**FOLEY & LARDNER LLP**
JUDY A. O'NEILL (admitted *pro hac vice*)
DEREK L. WRIGHT
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: joneill@foley.com
Email: DLWRIGHT@FOLEY.COM

Attorneys for Shanghai Inteva Automotive Door Systems Company, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

**SHANGHAI INTEVA AUTOMOTIVE DOOR SYSTEMS COMPANY, LTD.'S RESPONSE TO REORGANIZED DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(B) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) PENSION AND BENEFIT CLAIMS, AND (E) TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS**

Shanghai Inteva Automotive Door Systems Company, Ltd. ("SDADS" f/k/a Shanghai Delphi Automotive Door Systems), by and through its attorneys, Foley & Lardner LLP, files this Response (the "Response")[1] to the above-captioned Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records

---

[1] On January 13, 2010, SDADS filed a nearly identical response to the Reorganized Debtors Forty-First Omnibus Objection Pursuant to 11 U.S.C. § 503(B) and Fed. R. Bankr. P. 3007 to Expunge Certain (A) Severance Claims and (B) Books and Records Claims Asserting Administrative Expenses which was filed on December 21, 2009 and contained an identical objection to the SDADS Claim (defined below).

Claims, (C) Duplicate Claims, (D) Pension and Benefit Claims, and (E) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims (the "Forty-Fifth Omnibus Objection").  In support of this Response, and in support of SDADS's July 13, 2009 proof of administrative expense claim and November 4, 2009 amended proof of administrative expense claim filed against the Debtors, SDADS respectfully states as follows:

I.    **BACKGROUND**

   A.    **SDADS's Business Relationship with the Debtors**

   1.    On October 8 and 14, 2005, Delphi Corporation and certain of its affiliates (the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code").  On June 1, 2009, the Debtors sought approval of certain modifications to a plan of reorganization that was confirmed on January 25, 2009 (the "Modified Plan").  This Court entered an order approving the Modified Plan on July 30, 2009.

   2.    On October 6, 2009, the Debtors substantially consummated the Modified Plan and the Effective Date occurred.

   3.    On February 12, 2010, the Reorganized Debtors filed their Forty-Fifth Omnibus Objection.

   4.    The Debtors were in the business of, among other things, manufacturing certain automobile parts.  SDADS (formally known as Shanghai Delphi Automotive Door Systems, a joint venture the Debtors arranged with Shanghai Automotive Industrial Corporation) supplied automotive parts to the Debtors and continued to supply the Debtors up and until the Debtors

2

sold their Interiors and Closures Business (the "Business"), as well as their share of the joint venture described above, to Inteva Products, LLC on or about March 1, 2008.  Upon the Debtors' sale of the Business, SDADS no longer supplied parts to the Debtors.

**B.      SDADS's Claim Against the Debtors**

5.      On July 13, 2009, SDADS filed a timely administrative expense claim against the Debtors, claim number 19139, in the amount of $238,274.80 (the "Claim").  On November 4, 2009, SDADS filed an amended administrative expense claim against the Debtors, claim number 19994, in the same amount of $238,274.80 (the "Amended Claim" and together with the Claim, the "SDADS Claim").  The Amended Claim is identical to the Claim but included additional backup documentation including copies of the invoices supporting the total amount of the SDADS Claim.  Specifically, from October 2006 through February, 2008, SDADS provided goods and services to the Debtors in the total amount of $238,274.80 that remains unpaid and is reflected in the supporting invoices.  A list summarizing the invoices constituting the SDADS Claim along with copies of each invoice are attached to the Amended Claim which is attached hereto as Exhibit A.

**C.      The Objection to the SDADS Claim**

6.      On February 12, 2010, the Reorganized Debtors, filed the Forty-Fifth Omnibus Objection, objecting to the SDADS Claim.  The Reorganized Debtors did not provide any evidence in support of their objection to the Claim.  Rather, the Reorganized Debtors' sole basis for objecting to the SDADS Claim is that the SDADS Claim "assert[s] liabilities or dollar amounts that are not owing pursuant to the Reorganized Debtors' book and records."  *See* Forty-Fifth Omnibus Objection at ¶ 18.

## II.  ARGUMENT

7.      A timely-filed proof of claim "shall constitute prima facie evidence of the validity and amount of the claim."  Fed. R. Bankr. P. 3001(f); *see also In re Oneida Ltd.,* 400 B.R. 384, 389 (Bankr. S.D.N.Y. 2009) ("A proof of claim is prima facie evidence of the validity and amount of a claim, and the objector bears the initial burden of persuasion.").  To prevail on an objection to a proof of claim, any party objecting to the claim "has the burden of putting forth evidence sufficient to negate the prima facie validity of the claim by refuting one or more of the facts in the filed claim."  *In re St. Johnsbury Trucking Co., Inc*., 206 B.R. 318, 323 (Bankr. S.D.N.Y. 1997); *see also Oneida*, 400 B.R. at 389 (finding that the burden only shifts to the claimant if the objector produces "evidence equal in force to the prima facie case…which, if believed, would refute at least one of the allegations that is essential to the claim's legal sufficiency) (quoting, *In re Allegheny Intern., Inc*., 954 F.2d 167, 173-174 (3d Cir. 1992)).

8.      Here, the SDADS Claim is prima facie valid as it was timely filed and contains supporting documentation for the amounts included in the proof of claim.  In contrast, the only evidence that the Reorganized Debtors have submitted in support of their objection to the SDADS Claim is the conclusory assertion that the SDADS Claim is not owed based on the Reorganized Debtors' books and records.  The Reorganized Debtors' mere assertion that the SDADS Claim is subject to disallowance does not rebut the prima facie validity of the SDADS Claim.  The Reorganized Debtors' objection to the SDADS Claim therefore should be disallowed with prejudice.[2]

---

[2] SDADS reserves the right to submit additional evidence in support of the SDADS Claim in the event that this matter proceeds to a contested hearing.

WHEREFORE, SDADS respectfully requests that this Court enter an Order: (i) allowing the SDADS Claim as an administrative expense against the Debtors in the amount of $238,274.80; (ii) overruling the Reorganized Debtors' objection to the SDADS Claim and (iii) granting SDADS such other relief as this Court deems just and proper.

Dated:  March 10, 2010                                    Respectfully submitted,

                                                          SHANGHAI INTEVA AUTOMOTIVE
                                                          DOOR SYSTEMS COMPANY, LTD.

                                                          By:   /s/ *Judy A. O'Neill*
                                                                 One of Its Attorneys

FOLEY & LARDNER LLP
Judy A. O'Neill (admitted *pro hac vice*)
Derek L. Wright
321 North Clark Street
Suite 2800
Chicago, Illinois 60654
Telephone: (312) 832-4500
Facsimile:  (312) 832-4700

# EXHIBIT A

| **United States Bankruptcy Court**<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | **Administrative Expense Claim Form** | |
|---|---|---|
| Debtor against which claim is asserted :<br>Delphi Corporation, *et al.*  05-44481 | Case Name and Number<br>In re Delphi Corporation., *et al.*  05-44481<br>Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br>SDADS (Shanghai Inteva Automotive Door<br>            Systems Company, Ltd.)<br>Name and Address Where Notices Should be Sent<br>Derek L. Wright, Esq., Foley & Lardner LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, IL 60654<br>Telephone No.<br>312-832-4500 | Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>Check box if you have never received any notices from the bankruptcy court in this case.<br>Check box if the address differs from the address on the envelope sent to you by the court. | **THIS SPACE IS FOR COURT USE ONLY** |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR. | Check here if this claim ☐ replaces<br>☒ amends    a previously filed claim, dated: 7/13/09 | |

| 1. BASIS FOR CLAIM<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☒ Other (Describe briefly)  See Attached | Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>Wages, salaries, and compensation (Fill out below)<br>Your social security number _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>            (date)            (date) |
|---|---|
| 2. DATE DEBT WAS INCURRED  See Attached | 3. IF COURT JUDGMENT, DATE OBTAINED: |

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $  238,274.80
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):
See Attached

| 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".<br><br>8. DATE-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| Date<br><br>11/7/2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>                    Derek Wright<br>                    (Counsel to Inteva as owner of SDADS) |

**Attachment to Amended Administrative Expense Claim Filed by Shanghai
Inteva Automotive Door Systems Company, Ltd. ("SDADS" f/k/a Shanghai Delphi
Automotive Door Systems)**

**Basis for Claim**

This administrative expense claim of SDADS is based on various purchase order agreements between Delphi Corporation (the "Debtor") and SDADS. Pursuant to those purchase orders, the Debtor has unpaid invoices due SDADS for goods and services provided to the Debtor on a post-petition basis. A list of the amounts due, along with copies of the corresponding invoices, are attached hereto. The total amount of SDADS's administrative expense claim against the Debtor is $238,274.80.

**Reservation of Rights**

SDADS reserves any and all rights it has or may have in law and in equity and any and all rights it has or may have under state and federal law. SDADS further reserves all rights to amend or supplement this proof of claim and to assert any and all additional claims it may have against the Debtor.

| Invoice No. | Doc Date | Invoice Amt./Amount Due (US$) |
|---|---|---|
| SDADS00486 | CFS53274 | -231.34 |
| SDAD00908 | 2006-10-30 | 3,561.28 |
| SDAD00950 | 2007-04-02 | 22,795.77 |
| SDAD00951 | 2007-04-02 | 2,934.00 |
| SDAD00953 | 2007-04-09 | 4,630.32 |
| SDAD00955 | 2007-04-16 | 2,934.00 |
| SDAD00956 | 2007-04-20 | 126,838.66 |
| SDAD00958 | 2007-04-20 | 4,401.00 |
| SDAD00966 | 2007-06-04 | 3,172.85 |
| SDAD00984 | 2007-07-19 | 2,129.04 |
| SDAD00988 | 2007-08-06 | 2,934.00 |
| SDAD00990 | 2007-08-13 | 2,934.00 |
| SDAD00994 | 2007-08-27 | 24,594.06 |
| O-SDADS0001 | 2008-01-21 | 8,241.16 |
| CMM-SDADS0017 | 2008-02-04 | 26,406.00 |
|  |  |  |
|  | Total: | 238,274.80 |

CHIC_4527153.1

**DELPHI**
    Systems

Date:    2006-10-30
Invoice No.:  SDAD00908

## INVOICE &PACKING LIST

**Ship To:**

Delphi Automotive Interior Systems
200 Georgesville Rd,Columbus,
OH,43228
Attn: Steve Cecutti
Tel: 1-614-275-5188/5152
Fax: 1-614-275-5180

**Ship From:**

Shanghai Delphi Automotive
Door Systems Co., Ltd.
No.401,Mid Fu Te Rd,Waigaoqiao Free
Trade Zone 200131  P.R. China
Tel:  86 21 50462288
Fax: 86 21 50463640

| Description | Qty | | | NW | GW | Unit Price | Ttl Amount |
| (China) | pcs | Plt | Ctn | (KG) | (KG) | (US$) | (US$) |
|---|---|---|---|---|---|---|---|
| Tailgate Cable<br>16873511 尾门拉索（左） | 4,000 | 1 | | 536.000 | 580 | 1.18340 | 4,733.60 |
| Global Rear Compartment Actuator<br>16888781汽车门锁执行器 | 5,376 | 4 | | 591.360 | 892 | 3.8300 | 20,590.08 |
| Global Rear Compartment Actuator<br>16888782汽车门锁执行器 | 6,720 | 5 | | 739.200 | 1,116 | 4.4300 | 29,769.60 |
| | 16,096 | 10 | - | 1,866.560 | 2,588 | | 55,093.28 |

Total Quantity(Pcs):        16,096
Total Package:        10  Pallets    -   Cartons
Total Amount(US$):    55,093.28
Net Weight(Kg):        1,866.560
Gross Weight(Kg):      2,588
Total Measurement(CBM):  13.449
Original Country:      China
Term:           CIF
Payment Term:       T/T
Freight(US$):        2,700
Insurance(us$):      55
Sail Date:          2006-10-30

**Siganature And Stamp:**
**Date:**



上海德尔福汽车车门系统有限公司 发票
**Shanghai Delphi Automotive Door Systems Co., Ltd.**

出口专用

INVOICE

发票代码: 131000410615
发票号码: 70057862

| 发票编号/Invoice No. | SDAD00960 | | |
|---|---|---|---|
| 发票日期/Date | 2007-4-2 | | Shanghai |

买方/Buyer
DELPHI COLUMBUS OPERATIONS

200 GEORGESVILLE ROAD, COLUMBUS OHIO 43228-2020
USA

合同号/Contract No. 550051461

付款方式/Terms of Payment T/T

信用证号/Credit No.

运输方式/Means of Transport and Route
BY OCEAN CTP

由/From          经/Via          至/To
SHANGHAI                        COLUMBUS

订单号/Order No.

| 唛头和箱号/Marks and Numbers | 货名/Description | 数量/Quantity | 单价/Unit Price | 总价/Total Amount |
|---|---|---|---|---|
| 16888781 | R/C Actr | 2,688.00 | USD3.83000 | USD10,295.04 |
| 16888782 | R/C Actr | 5,376.00 | USD4.43000 | USD23,815.68 |
| 16890834 | Cable | 31,360.00 | USD1.34820 | USD42,279.55 |
| 16890835 | Cable | 27,440.00 | USD1.34820 | USD36,994.61 |

USDTotal:: 113,384.88

| 电话 Telephone | 传真 Telefax | 电挂 Telex | 开户银行 Banker | 银行账号 Account No. for USD |
|---|---|---|---|---|
| (86)02150462288 | 1736726003 | | Citibank N.A. Shanghai Branch | 1736726003 |

注册地址: 中国上海外高桥保税区 富特中路401号
Address: 401 Fu Te Zhong Road, Wai Gao Qiao Free Trade Zone, Shanghai, China
税号/Tax No.: 310115607410997
工商注册号/Business Register No.: 企合沪浦总字第316223号（浦东）
注: 手工开票无效
Remark: hand Writing Null and Void

810115607410997
发票专用章

开票人: Moray Ruan
Prepared By: Moray Ruan

上海德尔福汽车门系统有限公●发票
# Shanghai Delphi Automotive Door Systems Co., Ltd.

出口专用

发票代码: 131000410615
发票号码: **70057863**

**INVOICE**

| | |
|---|---|
| 发票编号/Invoice No. | SDA000951 |
| 发票日期/Date | 2007-4-2       Shanghai |

**买方/Buyer**
DELPHI COLUMBUS OPERATIONS

200 GEORGESVILLE ROAD, COLUMBUS OHIO 43228-2920
USA

| | |
|---|---|
| 合同号/Contract No. | SSE05-461 |
| 付款方式/Terms of Payment | T/T |
| 信用证号/Credit No. | |
| 运输方式/Means of Transport and Route | BY OCEAN CIF |

**订单号/Order No.**

| 由/From | 经/Via | 至/To |
|---|---|---|
| SHANGHAI | | COLUMBUS |

| 唛头和指号/Marks and Numbers | 品名/Description | 数量/Quantity | 单价/Unit Price | 总价/Total Amount |
|---|---|---|---|---|
| 16887772 | Striker Spacer | 36,000.00 | USD0.08150 | USD2,934.00 |

USDTotal: 2,934.00

| 电话<br>Telephone | 传真<br>Telefax | 电挂<br>Telex | 开户银行<br>Banker | 银行帐号<br>Account No. for USD |
|---|---|---|---|---|
| (86) 02150492288 | 21730726003 | | Citibank N.A.<br>Shanghai Branch | 1730726003 |

注册地址: 中国上海外高桥保税区富特中路 401 号
Address: 401 Fu Te Zhong Road, Wai Gao Qiao Free Trade Zone, Shanghai, China
税号/Tax No.: 310115607410097
工商注册号/Business Register No.: 企业沪满思字第 316223 号（浦东）

注: 手工开票无效
Remark: hand Writing Null and Void

Prepared By: Moray Ruan

上海德●尔福汽车门系统有限公●发票
## Shanghai Delphi Automotive Door Systems Co., Ltd.

出口专用

**INVOICE**

发票代码: 131000410615
发票号码: **70057865**

| | |
|---|---|
| 发票编号/Invoice No. | SDADD0953 |
| 发票日期/Date | 2007-4-9 | Shanghai |

**买方/Buyer**

DELPHI COLUMBUS OPERATIONS

200 GEORGESVILLE ROAD, COLUMBUS OHIO 43228-2020
USA

| | |
|---|---|
| 合同号/Contract No. | SS-05-041 |
| 付款方式/Terms of Payment | T/T |
| 信用证号/Credit No. | |
| 运输方式/Means of Transport and Route | BY OCEAN CIF |

由/From　SHANGHAI　　经/Via　　至/To　COLUMBUS

**订单号/Order No.**

| 唛头和箱号/Marks and Numbers | 品名/Description | 数量/Quantity | 单价/Unit Price | 总价/Total Amount |
|---|---|---|---|---|
| 16887763 | Liner | 14,400.00 | USD0.11780 | USD1,696.32 |
| 16887772 | Striker Spacer | 36,000.00 | USD0.08150 | USD2,934.00 |

USDTotal: 4,630.32

| 电话 Telephone | 传真 Telefax | 电挂 Telex | 开户银行 Banker | 银行帐号 Account No. for USD |
|---|---|---|---|---|
| (86) 02150462288 | 1730776003 | | Citibank N.A. Shanghai Branch | 1730776003 |

注册地址: 中国上海外高桥保税区富特中路401号
Address: 401 Fo Te Zhong Road, Wai Gao Qiao Free Trade Zone, Shanghai, China
税号/Tax No.: 310115607410997
工商注册号/Business Register No.: 全企沪调总字第 316223 号 (浦东)

0115607410997

发票专用章

开票人: Prepared By: Morny Ruan

注: 手工开票无效
Remark: hand Writing Null and Void

上海德尔福汽车车门系统有限公司 发票
# Shanghai Delphi Automotive Door Systems Co., Ltd.

出口专用

## INVOICE

发票代码: 131000410615

发票号码: **70057869**

| | |
|---|---|
| | 发票编号/Invoice No. SOA800055 |
| | 发票日期/Date  2007-4-16    Shanghai |
| 买方/Buyer: DELPHI COLUMBUS OPERATIONS | 合同号/Contract No. |
| 200 GEORGESVILLE ROAD COLUMBUS OHIO 43228-2029 USA | 付款方式/Terms of Payment  T/T |
| | 信用证号/Credit No. |
| | 运输方式/Means of Transport and Route BY OCEAN CIF |

| 订单号/Order No. | 由/From SHANGHAI | 经/Via | 至/To COLUMBUS |
|---|---|---|---|

| 唛头和箱号/Marks and Numbers | 品名/Description | 数量/Quantity | 单价/Unit Price | 总价/Total Amount |
|---|---|---|---|---|
| 16887772 | Striker Spacer | 36,000.00 | USD0.08150 | USD2,934.00 |

USDTotal: 2,934.00

| 电话 Telephone | 传真 Telefax | 电报 Telex | 开户银行 Banker | 银行帐号 Account No. for USD |
|---|---|---|---|---|
| (86)02150452228 | 1730720003 | | Citibank N.A. Shanghai Branch | 1730720003 |

注册地址: 中国上海外高桥保税区富特中路401号
Address: 401 Fu Te Zhong Road, Wai Gao Qiao Free Trade Zone, Shanghai, China
税号/Tax No.: 310115607410997
工商注册号/Business Register No.: 企合沪总字第316221号（浦东）
注：手工开票无效
Remark: Hand Writing Null and Void

0115607410997

发票专用章开票人:

Prepared By: Moray. Ruan

# 上海德尔福汽车门系统有限公司 发票
## Shanghai Delphi Automotive Door Systems Co., Ltd.

出口专用

发票代码: 131000410615
发票号码: **70057866**

**INVOICE**

| | |
|---|---|
| | 发票编号/Invoice No. SDAD00656 |
| | 发票日期/Date   2007-4-20      Shanghai |
| 买方/Buyer | 合同号/Contract No. |
| DELPHI COLUMBUS OPERATIONS | 付款方式/Terms of Payment |
| 200 GEORGESVILLE ROAD, COLUMBUS OHIO 43228-2020 USA | T/T |
| | 信用证号/Credit No. |
| | 运输方式/Means of Transport and Route |
| 订单号/Order No. | BY OCEAN CIF |
| | 由/From          经/Via          至/To |
| | SHANGHAI                        COLUMBUS |

| 唛头和编号/Marks and Numbers | 品名/Description | 数量/Quantity | 单价/Unit Price | 总价/Total Amount |
|---|---|---|---|---|
| 16950834 | Cable | 47,040.00 | USD1.34820 | USD63,419.33 |
| 16950835 | Cable | 47,040.00 | USD1.34820 | USD63,419.33 |

USDTotal: 126,838.66

| 电话 Telephone | 传真 Telefax | 电报 Telex | 开户银行 Banker | 银行帐号 Account No. for USD |
|---|---|---|---|---|
| (86) 02150462208 | 1730726003 | | Citibank N.A. Shanghai Branch | 1730726003 |

注册地址: 中国上海外高桥保税区富特中路401号
Address: 401 Fu Te Zhong Road, Wai Gao Qiao Free Trade Zone, Shanghai, China
代号/Tax No.: 310115607410997
工商注册号/Business Register No.: 企合沪浦总字第316223号 (浦东)

310115607410997
发票专用章

开票人:
Prepared By:   Moray, Ruan

注: 手工开票无效
Remark: hand Writing Null and Void

上海德尔福汽车车门系统有限公司 发票
# Shanghai Delphi Automotive Door Systems Co., Ltd.

出口专用

**INVOICE**

发票代码: 1310G0410615
发票号码: **70057870**

| | |
|---|---|
| 发票编号/Invoice No. | SDAD00068 |
| 发票日期/Date  2007-4-20 | Shanghai |

| 买方/Buyer | 合同号/Contract No. |
|---|---|
| DELPHI COLUMBUS OPERATIONS | |
| | 付款方式/Terms of Payment |
| 200 GEORGESVILLE ROAD, COLUMBUS OHIO 43228-2020 USA | T/T |
| | 信用证号/Credit No. |

| | 运输方式/Means of Transport and Route |
|---|---|
| 订单号/Order No. | BY OCEAN CIF |

| 由/From | 经/Via | 至/To |
|---|---|---|
| SHANGHAI | | COLUMBUS |

| 唛头和编号/Marks and Numbers | 品名/Description | 数量/Quantity | 单价/Unit Price | 总价/Total Amount |
|---|---|---|---|---|
| 16837772 | Striker Spacer | 54,000.00 | USD0.08150 | USD4,401.00 |

USDTotal: 4,401.00

| 电话 Telephone | 传真 Telefax | 电挂 Telex | 开户银行 Banker | 银行账号 Account No. for USD |
|---|---|---|---|---|
| (86) 02150462288 | 1730726003 | | Citibank N.A. Shanghai Branch | 1730726003 |

注册地址: 中国上海外高桥保税区富特中路 401 号
Address: 401 Fu Te Zhong Road, Wai Gao Qiao Free Trade Zone, Shanghai, China
税号/Tax No.: 310115607410997
工商注册号/Business Register No.: 企合沪满总字第 316223 号 (浦东)
注: 手工开票无效
Remark: hand Writing Null and Void

Prepared By: Moray Ruan

# 上海●尔福汽车车门系统有限公司●发票
## Shanghai Delphi Automotive Door Systems Co., Ltd.

出口专用

**INVOICE**

发票代码：131000410615
发票号码：70057879

| | |
|---|---|
| 发票端号／Invoice No. | SDAD000966 |
| 发票日期／Date | 2007-6-4 |

Shanghai

买方／Buyer
DELPHI COLUMBUS OPERATIONS

200 GEORGESVILLE ROAD, COLUMBUS OHIO
43228-2030 USA

合同号／Contract No.

付款方式／Terms of Payment
T/T

信用证号／Credit No.

运输方式／Means of Transport and Route

订单号／Order No.

BY OCEAN CIF

| 由／From | 经／Via | 至／To |
|---|---|---|
| SHANGHAI | | COLUMBUS |

| 唛头和编号／Marks and Numbers | 品名／Description | 数量／Quantity | 单价／Unit Price | 总价／Total Amount |
|---|---|---|---|---|
| 16890834 | Cable | 27,440.00 | USD1.34820 | USD36,994.61 |
| 16890835 | Cable | 27,440.00 | USD1.34820 | USD36,994.61 |
| 16890861 | R/C Actr | 9,408.00 | USD3.87600 | USD36,465.41 |
| 16890862 | R/C Actr | 20,160.00 | USD4.47600 | USD90,236.16 |

USDTotal: 200,690.79

| 电话 Telephone | 传真 Telefax | 电挂 Telex | 开户银行 Banker | 银行帐号 Account No. for USD |
|---|---|---|---|---|
| | | | Citibank (China) | 1730726003 |
| 1730726003 | | | Co., Ltd. 的 | |

注册地址：中国上海外高桥保税区富特中路401号
Address: 401 Fu Te Zhong Road, Wai Gao Qiao Free Trade Zone, Shanghai, China

税号／Tax No.: 310115607410997

工商注册号／Business Register No.: 企合沪渝总字第316223号

310115607410997

注：手工开票无效
Remark: hand Writing Null und Void

Prepared By: Moray

发票专用章

上海德尔福汽车车门系统有限公司发票
## Shanghai Delphi Automotive Door Systems Co., Ltd.

出口专用

INVOICE

发票代码 / 131000410615
发票号码 / 70057902

| | |
|---|---|
| 发票编号 / Invoice No. | SDA000984 |
| 发票日期 / Date | 2007-7-19    Shanghai |

买方 / Buyer
DELPHI COLUMBUS OPERATIONS

200 GEORGESVILLE ROAD, COLUMBUS OHIO
43228-2020 USA

合同号 / Contract No.

付款方式 / Terms of Payment
T/T

信用证号 / Credit No.

运输方式 / Means of Transport and Route
By Ocean CIF

订单号 / Order No.

| 由 / From | 经 / Via | 至 / To |
|---|---|---|
| Shanghai | | Columbus |

| 唛头和箱号 / Marks and Numbers | 品名 / Description | 数量 / Quantity | 单价 / Unit Price | 总价 / Total Amount |
|---|---|---|---|---|
| 16889946 | R/C Actr | 240.00 | 8.87100 | 2,129.04 |

Total: 2,129.04

| 电话 Telephone | 传真 Telefax | 电挂 Telex | 开户银行 Banker | 银行帐号 Account No. for USD |
|---|---|---|---|---|
| | | | Citibank (China) Co., Ltd sh... | 1730725003 |

1730725003
注册地址: 中国上海外高桥保税区富特中路401号
Address: 401 Fu Te Zhong Road, Wai Guo Qiao Free Trade Zone, Shanghai, China
税号 / Tax No.: 310115607410997
工商注册号 / Business Register No.: 企合沪浦总字第316223号（浦东）
注: 手工开票无效
Remark: hand Writing Null and Void

Issued By:    Michael

**DELPHI**
     Systems

**DELPHI**
     Systems

Date:    2007-8-6
Invoice No.:  SDAD00988

# INVOICE & PACKING LIST

**Ship To:**

Delphi Automotive Interior System
200 Georgesville Rd.Columbus,
OH,43228
Attn: Steve Cecutti
Tel: 1-614-275-5188/5152
Fax: 1-614-275-5180

**Ship From:**

Shanghai Delphi Automotive
Door Systems Co . Ltd.
No.401,Mid Fu Te Rd,Waigaoqiao Free
Trade Zone 200131 .P.R. China
Tel: 86 21 50482288
Fax: 86 21 50463746

| Description ( Columbus) | Description (China) | Qty | | NW | GW | Unit Price | Ttl Amount |
|---|---|---|---|---|---|---|---|
| | | pcs | Plt | (KG) | (KG) | (US$) | (US$) |
| Striker Spacer 16887818垫片 | Striker Spacer 16887772 垫片7772 | 36.000 | 2 | 1.026.000 | 1.101 | 0.0815 | 2,934.00 |
| | | | | | | | |
| Total | Total | 36.000 | 2 | 1,026.000 | 1.101 | | 2,934.00 |

Total Quantity(Pcs):      36.000
Total Package:      2 pallets
Total Amount(US$):      2,934.00
Net Weight(Kg):      1.026.000
Gross Weight(Kg)      1,101
Total Measurement(CBM):      0.528
Original Country:      China
Term:      CIF
Payment Term:      T/T
Freight(US$):      60
Insurance(us$):      87
Sail Date:      2007-8-6

Siganature And Stamp:

Date

**DELPHI**     **DELPHI**

    Systems         Systems

Date:    2007-8-13

Invoice No.:  SDAD00990

## INVOICE & PACKING LIST

**Ship To:**

Delphi Automotive Interior Systems
200 Georgesville Rd,Columbus,
OH,43228
Attn: Steve Cecutti
Tel: 1-614-275-5188/5152
Fax: 1-614-275-5180

**Ship From:**

Shanghai Delphi Automotive
Door Systems Co., Ltd.
No.401,Mid Fu Te Rd,Waigaoqiao Free
Trade Zone 200131  P.R. China
Tel: 86 21 50462288
Fax: 86 21 50463746

| Description（Columbus） | Description (China) | Qty | | NW | GW | Unit Price | Ttl Amount |
|---|---|---|---|---|---|---|---|
| | | pcs | Plt | (KG) | (KG) | (US$) | (US$) |
| Striker Spacer 16887535垫片 | Striker Spacer *6887820 垫片7820 | 18,000 | 1 | 597.780 | 635 | 0.0815 | 1,467.00 |
| Striker Spacer 16887818垫片 | Striker Spacer 16887772 垫片7772 | 18,000 | 1 | 513.000 | 551 | 0.0815 | 1,467.00 |
| | | | | | | | |
| Total | Total | 36,000 | 2 | 1,110.780 | 1,186 | | 2,934.00 |

Total Quantity(Pcs):            36,000
Total Package:               2  pallets
Total Amount(US$):          2,934.00
Net Weight(Kg):              1,110.780
Gross Weight(Kg):           1.186
Total Measurement(CBM):     0.528
Original Country:             China
Term:                        CIF
Payment Term:              T/T
Freight(US$):               60
Insurance(us$):             87
Sail Date:                 2007-8-13

                          **Siganature And Stamp:**

                                 Date

# 上海德尔福汽车门系统有限公司发票
## Shanghai Delphi Automotive Door Systems Co., Ltd.

出口专用

INVOICE

发票代码 131000410615
发票号码 70057922

| | |
|---|---|
| | 发票编号/Invoice No. |
| | SDAI00004 |
| | 发票日期/Date  2007-8-27    Shanghai |
| 买方/Buyer | 合同号/Contract No. |
| DELPHI COLUMBUS OPERATIONS | 550022271 |
| 200 GEORGESVILLE ROAD, COLUMBUS OHIO 43228-2020 USA | 付款方式/Terms of Payment |
| | T/T |
| | 信用证号/Credit No. |
| | |
| | 运输方式/Means of Transport and Route |
| 订单号/Order No. | By Ocean CIF |
| | 由/From            经/Via            至/To |
| | Shanghai                            Columbus |

| 唛头和箱号/Marks and Numbers | 品名/Description | 数量/Quantity | 单价/Unit Price | 总价/Total Amount |
|---|---|---|---|---|
| 16887753 | Lever | 14,400.00 | 0.11780 | 1,696.32 |
| 16887920 | Striker Spacer | 306,000.00 | 0.08150 | 24,939.00 |
| 16887272 | Striker Spacer | 162,000.00 | 0.08150 | 13,203.00 |

Total: 39,838.32

| 电话 Telephone | 传真 Telefax | 电挂 Telex | 开户银行 Bunker | 银行帐号 Account No. for USD |
|---|---|---|---|---|
| | | | Citibank (China) Co., Ltd sh | 1730726003 |

注册地址：中国上海外高桥保税区富特中路 401 号
Address: 401 Fu Te Zhong Road, Wai Gao Qiao Free Trade Zone, Shanghai China
税号/Tax No.: 310115607410997
工商注册号/Business Register No.: 企合沪消息字第 316223 号（浦东）

注：手工开票无效
Remark: hand Writing Null and Void

开票人/Prepared By: Michael

310115607410997
发票专用章

**DELPHI**
     Systems

Date:    2008-1-21

Invoice No.:  O-SDADS0001

# INVOICE & PACKING LIST

**Ship To:**

DELPHI T& I ORION
Orion Cockpit Assembly 4872 S .Lapeer Road
ORION MI 48360 UNITED STATES
Attn:Kelley,Kevin
Phone :+1 248-655-8820
Fax :  +1 866-746-9161

**Ship From:**

Shanghai Delphi Automotive
Door Systems Co., Ltd.
No.401,Mid Fu Te Rd,Waigaoqiao Free
Trade Zone 200131  P.R. China
Tel: 86 21 50462288
Fax: 86 21 50463746

| Description | Qty | | NW | GW | Unit Price | Ttl Amount |
|---|---|---|---|---|---|---|
| | pcs | Plt | (KG) | (KG) | (US$) | (US$) |
| Striker Spacer 16887820 垫片7820 | 108.000 | 6 | 3.587.000 | 3,813 | 0.0815 | 8,802.00 |
| Striker Spacer 16887772 垫片7772 | 216.000 | 12 | 6,156.000 | 6,609 | 0.0815 | 17,604.00 |
| | | | | | | |
| **Total** | **324,000** | **18** | **9,743.000** | **10,422** | | **26,406.00** |

Total Quantity(Pcs):    324,000
Total Package:    18  pallets
Total Amount(US$):    26,406.00
Net Weight(Kg):    9.743.000
Gross Weight(Kg):    10,422
Total Measurement(CBM):    4.752
Original Country:    China
Term:    CIF
Payment Term:    T/T
Freight(US$):    800
Insurance(us$):    520
Sail Date:    2008-1-21

**Siganature And Stamp:**

Date:

**DELPHI**
Systems

Date:          2008-2-4
Invoice No.  CMM-SDADS0017

# INVOICE &PACKING LIST

**Ship To:**
Delphi I CISCO 39701
DCMM Brownsville Warehouse,
3301 Nafta Parkway, Brownsville, TX. 78521,USA
Contact:Raul Velazquez
Tel: 1-956-228-1818

**Ship From:**
Shanghai Delphi Automotive
Door Systems Co., Ltd.
No 401,Mid Fu Te Rd,Waigaoqiao Free
Trade Zone 200131 P.R.China
Tel: 86 21 50462288
Fax:86 21 50463640

| Description | Qty | | | NW | GW | Unit Price | Ttl Amount |
|---|---|---|---|---|---|---|---|
| (China) | pcs | Plt | Ctn | (KG) | (KG) | (US$) | (US$) |
| Tailgate Cable PU 900<br>16890834 尾门拉索（右）900 | 15,680 | 4 | | 2,210.880 | 2,430 | 1.3482 | 21,139.78 |
| Tailgate Cable PU 900<br>16890835 尾门拉索（左）900 | 15,680 | 4 | | 2,210.880 | 2,430 | 1.3482 | 21,139.78 |
| Tailgate Cable UUV 900<br>16890832 尾门拉索（右）900 | 3,920 | 1 | | 560.560 | 615 | 1.3657 | 5,353.54 |
| Tailgate Cable UUV 900<br>16890833 尾门拉索（左）900 | 3,920 | 1 | | 560.560 | 615 | 1.3657 | 5,353.54 |
| Global Rear Compartment Actuator<br>16890861汽车门锁执行器 | 18,816 | 14 | | 2,069.760 | 3,123 | 3.8750 | 72,930.82 |
| Global Rear Compartment Actuator<br>16890862汽车门锁执行器 | 8,064 | 5 | | 887.040 | 1,341 | 4.4760 | 36,094.46 |
| TOTAL | 66,080 | 30 | - | 8,499.680 | 10,554 | | 162,011.92 |

Total Quantity(Pcs)              66,080
Total Package:                    30  Pallets  -  Cartons
Total Amount(US$):               162,011.92
Net Weight(Kg):                   8,499.680
Gross Weight(Kg):                 10,554
Total Measurement(CBM):          37.588
Original Country:                 China
Term:                             CIF
Payment Term:                     T/T
Freight(US$):                     4.000
Insurance(us$):                   4.101
Sail Date:                        2008-2-4

Siganature And Stamp:
Date:

**FOLEY & LARDNER LLP**
JUDY A. O'NEILL (admitted *pro hac vice*)
DEREK L. WRIGHT
321 N. Clark Street, Suite 2800
Chicago, IL  60654-5313
Telephone:  312.832.4500
Facsimile:  312.832.4700
joneill@foley.com
dlwright@foley.com

Attorneys for Shanghai Inteva Automotive Door Systems Company, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, I caused to be electronically filed with the United States Bankruptcy Court for the Southern District of New York, the SHANGHAI INTEVA AUTOMOTIVE DOOR SYSTEMS COMPANY, LTD.'S RESPONSE TO REORGANIZED DEBTORS' FORTY-FIFTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(B) AND FED. R. BANKR. P. 3007 TO (I) EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) SEVERANCE CLAIMS, (B) BOOKS AND RECORDS CLAIMS, (C) DUPLICATE CLAIMS, (D) PENSION AND BENEFIT CLAIMS, AND (E) TRANSFERRED WORKERS' COMPENSATION CLAIMS, (II) MODIFY AND ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, AND (III) ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS, using the ECF system which will send notification of such filing to registered users in the case and caused to be served via overnight delivery on the following at the addresses set forth below:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
 and Courthouse
300 Quarropas Street
Courtroom 118
White Plains, NY 10601-4140

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Att'n: President

Counsel to the Reorganized Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 NorthWacker Drive
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.
    John K. Lyons
    Joseph N. Wharton

 

                          SHANGHAI INTEVA AUTOMOTIVE
                          DOOR SYSTEMS COMPANY, LTD.

                          By:       /s/ *Judy A. O'Neill*
                                One of Its Attorneys

FOLEY & LARDNER LLP
Judy A. O'Neill
Derek L. Wright
321 North Clark Street
Suite 2800
Chicago, Illinois 60654
Telephone: (312) 832-4500
Facsimile:  (312) 832-4700

2