Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI  49501-0352
(616) 336-6000
Mary Kay Shaver (P-60411)

*Summit Polymers, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2010, a copy of Summit Polymers Inc.'s Response to Reorganized Debtors' Forty-fourth Omnibus Claims Objections was served via hard copy by overnight delivery to:

> The Honorable Robert D. Drain
> U.S. Bankruptcy Judge
> U.S. Bankruptcy Court for the
>    Southern District of New York
> One Bowling Green, Room 610
> New York, NY  10004

and upon the following parties via the court's electronic filing system and/or via facsimile as indicated.

| DPH Holdings Corp., f/k/a Delphi Corporation<br>Attn: General Counsel and President<br>Fax: 248/813-2673 | Simpson Thacher & Bartlett LLP<br>Attn: Kenneth S. Ziman, Esq.<br>kziman@stblaw.com<br>Fax: 212/455-2502 |
|---|---|

| Skadden, Arps, Slate, Meagher & Flom LLLP<br>Attn: John William Butler, Jr., Esq.<br>jack.butler@skadden.com<br>Fax: 312/407-8501<br><br>John K. Lyons, Esq.<br>john.lyons@skadden.com<br>Fax: 312/407-8532<br><br>Joseph N. Wharton, Esq.<br>joseph.wharton@skadden.com<br>Fax: 312/407-0411 | Davis Polk & Wardwell<br>Attn: Donald Bernstein, Esq.<br>donald.bernstein@davispolk.com<br>Fax: 212/701-5092<br><br>Brian Resnick, Esq.<br>brian.resnick@davispolk.com<br>Fax: 212/701-5213 |
| --- | --- |
| Lathem & Watkins<br>Attn: Robert J. Rosenberg, Esq.<br>robert.rosenberg@lw.com<br>Fax: 212/751-4864<br><br>Mark A. Broude, Esq.<br>mark.broude@lw.com<br>Fax: 212/751-4864 | Fried, Frank, Harris, Shriver & Jacobson LLP<br>Attn: Bonnie Steingart, Esq.<br>steinbo@ffhsj.com<br>Fax: 212/859-4000 |
| Office of the U.S. Trustee for the Southern District of New York<br>Attn: Alicia M. Leonhard, Esq.<br>Alicia.M.Leonhard@usdoj.gov<br>Fax: 212/668-2255 | |

I declare that the statement above is true to the best of my information, knowledge and belief.

                VARNUM LLP
                Attorneys for Summit Polymers, Inc.

Dated: March 10, 2010        By: /s/ Mary Kay Shaver
                                     Mary Kay Shaver (P-60411)
                                     Bridgewater Place
                                     P.O. Box 352
                                     Grand Rapids, MI  49501-0352
                                     Telephone: (616) 336-6755
                                     Fax: (616) 336-7000
                                     E-Mail: mkshaver@varnumlaw.com

#3294167