HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (admitted pro hac)
Seth A. Drucker (admitted pro hac)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Nidec Motors and Actuators (USA), Inc.
(f/k/a Valeo Electrical Systems Inc., Motors and Actuators
Division)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
         In re                                          :       Case No.: 05-44481 (RDD)
                                                        :
DPH HOLDINGS CORP., et al.,                             :       Chapter 11
                                                        :
             Reorganized Debtors.                       :       (Jointly Administered)
------------------------------------------------------- x

**RESPONSE OF NIDEC MOTORS AND ACTUATORS (USA), INC. (F/K/A
VALEO ELECTRICAL SYSTEMS INC., MOTORS AND ACTUATORS
DIVISION) TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS
OBJECTION PURSUANT TO 11 U.S.C. § 502(b) AND (d) AND FED. R. BANKR.
P. 3007 TO (I) MODIFY AND ALLOW (A) CERTAIN MODIFIED AND
ALLOWED CLAIMS, (B) A PARTIALLY SATISFIED CLAIM, AND (C)
CERTAIN PARTIALLY SATISFIED SCHEDULED LIABILITIES, (II)
DISALLOW AND EXPUNGE (A) CERTAIN FULLY SATISFIED SCHEDULED
LIABILITIES, (B) CERTAIN MDL-RELATED CLAIMS, (C) CERTAIN UNION
CLAIMS, (D) CERTAIN PERSONAL INJURY CLAIMS, AND (E) A
DUPLICATE CLAIM, (III) OBJECT TO CERTAIN (A) PREFERENCE-
RELATED CLAIMS AND (B) PREFERENCE-RELATED SCHEDULED
LIABILITIES, AND (IV) MODIFY CERTAIN
SERP-RELATED SCHEDULED LIABILITIES**

        Nidec Motors and Actuators (USA), Inc. (f/k/a Valeo Electrical Systems Inc.,

Motors and Actuators Division) ("Claimant") submits this response in Opposition to

Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b)

and (d) and Fed. R. Bankr. P. 3007 to (I) Modify and Allow (A) Certain Modified and

Allowed Claims, (B) a Partially Satisfied Claim, and (C) Certain Partially Satisfied

Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled

Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain

Personal Injury Claims, and (E) a Duplicate Claim, (III) Object to Certain (A)

Preference-Related Claims and (B) Preference-Related Scheduled Liabilities, and (IV)

Modify Certain SERP-Related Scheduled Liabilities, (the "Objection") [D.I. 19395], in

which Reorganized Debtors object to Claimant's proof of claim number 14152 (the

"Claim"), and states as follows:

### Background

1.      On February 3, 2010, the Reorganized Debtors filed the Objection and

objected to the Claim under the section of the Objection entitled "Preference Related

Claims."  Objection at § I, ¶¶ 43-45.

2.      The Objection states that the Reorganized Debtors "determined that

certain proofs of claim are asserted by Avoidance Defendants in Avoidance Actions

brought by the Debtors and or Reorganized Debtors…."  Objection at ¶ 43.  The

Reorganized Debtors further state that such claims "are potentially subject to

disallowance pursuant to section [11 U.S.C. § 502(d)]."

3.      Neither the Debtors nor the Reorganized Debtors have, as of the date of

this Response, notified Claimant that it is an Avoidance Defendant.  Accordingly,

Claimant is without knowledge or information as to whether its claim is, or may be,

subject to disallowance as requested in the Objection.

### Objection

4.      While Claimant does not object to the Court holding the Reorganized

Debtors' objection in abeyance until the conclusion of the Avoidance Action, if there is

such an action, Claimant's agreement to holding the Objection in abeyance is in no way a

waiver of any of Claimant's defenses to the Objection, or otherwise in the Avoidance

Action.

5.    Unless and until it is determined that Claimant received an avoidable

transfer, neither Debtors nor the Reorganized Debtors are entitled to an order disallowing

the Claim.  A properly filed proof of claim is deemed allowed until objected to, and "such

allowance compels the objecting party to go forward and produce sufficient evidence to

rebut the claimant's *prima facie* case."  In re Castaldo, No. 05-36349, 2006 Bankr.

LEXIS 4522, at *9 (Bankr. S.D.N.Y 2006).  The Reorganized Debtors have not produced

any evidence that Claimant received an avoidable transfer or that Claimant is subject to

an Avoidance Action and, until such time, the Claim cannot be disallowed.

6.    Further, Claimant objects to the extent the Reorganized Debtors' request

that "once such avoidance action is concluded, the Reorganized Debtors would have the

option to (a) set off, in whole or in part, the amount of any judgment against distributions

under the Modified Plan, if any, on account of the allowed amount of such Claim…."

Objection at § 24.  The Reorganized Debtors may not take any such action until an order

is entered disallowing the Claim.

7.    In support of this Response, Claimant relies on its proof of claim and the

attachments and addendum thereto.  Replies to this response should be served upon:

> Honigman Miller Schwartz and Cohn LLP
> Attn: E. Todd Sable and Seth A. Drucker
> Counsel for Nidec Motors and Actuators (USA), Inc. (f/k/a Valeo
> Electrical Systems Inc., Motors and Actuators Division)
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226

ACCORDINGLY, Claimant requests that the Court enter an order (i) denying the

Objection to the extent it purports to disallow the Claim, (ii) preserving Claimant's

defenses to and right to respond to the Objection upon the conclusion of the Avoidance

Action, and (iii) granting such other further relief as the Court deems just and proper.

HONIGMAN MILLER SCHWARTZ AND
COHN LLP


By:    /s/ Seth A. Drucker
E. Todd Sable (admitted pro hac)
Seth A. Drucker (admitted pro hac)
        2290 First National Building
        660 Woodward Ave., Suite 2290
        Detroit, MI  48226
        Telephone:  (313) 465-7000
        Facsimile:  (313) 465-7627
        Email: tsable@honigman.com
                sdrucker@honigman.com

Attorneys for Nidec Motors and Actuators
(USA), Inc. (f/k/a Valeo Electrical Systems
Inc., Motors and Actuators Division)

Dated:  March 11, 2010

DETROIT.4097643.1

4