Cynthia J. Haffey
BUTZEL LONG
150 W. Jefferson
Suite 100
Detroit, MI 48226
Telephone: (313) 983-7434
Facsimile: (313) 225-7080
E-mail: haffey@butzel.com

Attorney for Delphi Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 [RDD] |
| Debtors. | Chapter 11 |

**MOTION UNDER LOCAL BANKRUPTCY RULE 2090-1(b)**
**FOR ADMISSION *PRO HAC VICE* OF CYNTHIA J. HAFFEY**

I, Cynthia J. Haffey, a member in good standing of the bar of the State of Michigan and of the bar of the United States District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Delphi Corporation, *et al.*, in the adversary proceedings regarding the above-referenced case and set forth in Exhibit A. My contact information follows:

> Cynthia J. Haffey (P57352)
> 150 W. Jefferson
> Suite 100
> Detroit, MI 48226
> Telephone:(313) 983-7434
> Facsimile: (313) 225-7080
> E-mail: haffey@butzel.com

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Respectfully submitted,

BUTZEL LONG

By: /s/ Cynthia J. Haffey
Cynthia J. Haffey (P57352)
150 W. Jefferson
Suite 100
Detroit, MI 48226
(313) 983-7434
E-mail: haffey@butzel.com

Dated: March 11, 2010

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served this 11th day of March, 2010 upon all parties of record through the Court's Electronic Case Filing system.

/s/ Cynthia J. Haffey
Cynthia J. Haffey

# CERTIFICATE

The undersigned certifies that she is eligible for admission to the Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Motion, submits to the disciplinary jurisdiction of the court for any alleged misconduct that arises in the course of these Chapter 11 cases pursuant to Local Bankruptcy Rules for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated:  Detroit, Michigan
        March 11, 2010

/s/ Cynthia J. Haffey_____
Cynthia J. Haffey

# EXHIBIT A

| | **ADVERSARY PROCEEDINGS** |
|---|---|
| CASE NO. | DEFENDANT |
| 07-02084 | A 1 Specialized SVC. & Supp. Inc. |
| 07-02096 | A-1 Specialized Services |
| 07-02124 | ABI (Dems Texas) |
| 07-02138 | Access Electronics Inc. |
| 07-02142 | Access One Technology |
| 07-02147 | Acord Inc. |
| 07-02198 | Affinia Group Holdings Inc., Affinia, Affinia Canada Corp., Affinia Group, Affinia Canada, Brake Parts Inc., Itapsa S.A. DE C.V. and Wix Filtration Products Europe |
| 07-02076 | Ahuas Tool & Engineering Inc. |
| 07-02140 | AKS Receivables LLC, AKS and AKS Receivables |
| 07-02186 | Alpine Electronics of America |
| 07-02201 | Ambrake Corporation and Ambrake Corp. |
| 07-02090 | Amsea Inc. and Amsea |
| 07-02227 | Ann Arbor Machine Co. |
| 07-02077 | Applied Biosystems |
| 07-02125 | ATS Automation Tooling Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems, and Automation Tooling Systems |
| 07-02130 | Auramet Trading LLC |
| 07-02135 | Auto Cam |
| 07-02182 | Barnes & Associates |
| 07-02248 | BGF Industries and BGF Industries Inc. |
| 07-02259 | Blair Strip Steel Co. |
| 07-02800 | Bosch and Robert Bosche GMBH |
| 07-02270 | BP, BP Amoco Corp., BP Microsystems Inc., BP Products North America Castrol, Castrol Industrial and Unifrax Corp. |
| 07-02280 | Business Engine |
| 07-02282 | Calsonic Corp., Calsonic N. America Inc., and Calsonic North America, Inc. |
| 07-02284 | Campbell Marshall E. Co. |
| 07-02288 | Caretools |
| 07-02291 | Carlisle and Carlisle Companies, Inc. |
| 07-02074 | Carlisle Mexico S.A. DE C.V. |
| 07-02131 | Century Services Inc. |
| 07-02151 | Charter Manufacturing Co., Charter MFG. Co. Inc., and Milwaukee Wire Products |
| 07-02238 | Circle Plastics and Circle Plastics Products Inc. |
| 07-02257 | CNE |
| 07-02133 | Condura S. DE R.L. DE C.V. |
| 07-02161 | Corio-Project Overdrive |
| 07-02177 | Corning Inc., Corning Incorporated, and Corning |

| | |
|---|---|
| 07-02188 | Critech Research Inc. |
| 07-02210 | Custom Profiles Inc. |
| 07-02212 | D&R Technology LLC, and D and R Technology LLC |
| 07-02217 | D&S Machine Products Inc. |
| 07-02245 | Danice Manufacturing Co. |
| 07-02250 | Danobat Machine Tool Co. Inc. |
| 07-02260 | Dayton Tool Co. Inc., and Dayton Tool |
| 07-02098 | Decatur Plastic Products Inc. |
| 07-02185 | Digex Inc. |
| 07-02203 | Dongjin Motor Co. LTD. |
| 07-02211 | Doshi Prettl International and Doshi Prettl Int. |
| 07-02214 | Dove Equipment Co. Inc. |
| 07-02234 | Dr. Schneider |
| 07-02236 | DSSI and DSSI LLC |
| 07-02242 | Dupont Company, Dupont Co., Dupont Electronic Matrls. Inc., Dupont P&E M Co., Dupont Powder Coatings, Dupont Powder Coatings USA Inc., E I Dupont De Nemours, EI Dupont De Nemours & Co. Inc., and Dupont E I DE Nemours Inc. |
| 07-02220 | Duraswitch Industries Inc. |
| 07-02256 | Eco-Bat America LLC |
| 07-02262 | EDS, EDS Corp., Electronic Data Systems, Electronic Data Systems Corp., Electronic Data Systems DE, Electronic Data Systems LTD., and EDS Canada Inc. |
| 07-02272 | Elkhart Products Corp. |
| 07-02309 | Equis Corporation (UGL Equis) |
| 07-02350 | FA Tech Corp. |
| 07-02358 | Fernandez Racing LLC |
| 07-02274 | Fin Machine Co. LTD |
| 07-02312 | Fluent Inc. |
| 07-02298 | Flextronics Int'l Asia Pacific |
| 07-02301 | Florida Production Engineering Inc. and Florida Production Eng. |
| 07-02783 | Freudenberg, Flexitech Inc., Freudenberg High Quality, Freudenbery NOK, Freudenberg NOK DE Mexico, Freudenberg Nonwovens, Freudenberg-NOK General, Freudenberg-NOK/ARMET, Vibracoustic DE Mexico, and Vibracoustic GMBH & Co. KG |
| 07-02351 | Grace Davison |
| 07-02333 | Globe Motors Inc. and Globe Motors |
| 07-02374 | Hague WM Co. and WM Hague Co. |
| 07-02442 | Heraeus Metals Processing and Heraeus Metal Processing LTD. |
| 07-02445 | Heraeus Precious Metals |
| 07-02449 | Hewlett Packard, Hewlett Packard Co. Inc., Hewlett Packard Company, Hewlett Packard Limited, Hewlett Packard Mexicos, Hewlett-Packard Company, and Hewlett-Packard Financial SVCS. |

| | |
|---|---|
| 07-02475 | HSS and HSS LLC. |
| 07-02525 | Intec Group |
| 07-02295 | Invotec Engineering and Invotec Engineering Inc. |
| 07-02310 | Itautec America Inc. |
| 07-02301 | ISI of Indiana Inc. |
| 07-02305 | ISPAT Inland |
| 07-02322 | Jamestown Container and Jamestown Container Corp. |
| 07-02357 | JVS Eqtos P/Autom Ind'l. LTDA |
| 07-02372 | Kataman, Kataman Metals, Kataman Metals Inc., and Kataman Metals |
| 07-02714 | Kyocera, Kyocera America Inc., Kyocera Industrial, Kyocera Industrial Ceramics Corp., and Kyocera Mita America Inc. |
| 07-02720 | Laneko Engineering Co., Wachovia Bank NA, and Laneko Engineering Co. Inc. |
| 07-02723 | LDI Incorporated |
| 07-02730 | Lexington Connector Seals |
| 07-02739 | LTC Roll & Engineering Co. |
| 07-02745 | M2M International LTD. |
| 07-02753 | Macsteel |
| 07-02756 | Magnesium Aluminum Corp. |
| 07-02758 | Magnesium Electron Inc., and Magnesium Elektron Inc. |
| 07-02378 | Marquardt GMBH |
| 07-02785 | Master Automatic and Master Automatic Inc. |
| 07-02416 | Merrill Tool & Machine |
| 07-02432 | Methode Electronics Inc. |
| 07-02436 | Microchip |
| 07-02457 | Miller Industrial Products |
| 07-02466 | MJ Celco and MJ Celco Inc. |
| 07-02743 | M&Q Plastic Products, and M and Q Plastic Products |
| 07-02477 | Monroe Inc. |
| 07-02484 | MSX, MSX International, and MSX International Inc. |
| 07-02489 | Mubea, and Mubea Inc. |
| 07-02500 | Multitronics Inc. |
| 07-02527 | ND AMC LLC |
| 07-02414 | Niles USA, Inc. and Niles USA |
| 07-02433 | Norilsk Nickel USA Inc., and Norilsk Nickel USA |
| 07-02435 | Norsk Hyrdo Canada Inc. and Norsk Hydro Canada |
| 07-02462 | Nxgen Technologies LLC |
| 07-02479 | Olin Corp. |
| 07-02799 | Osar SRL |
| 07-02540 | Owens Corning |

| | |
|---|---|
| 07-02543 | Oxford Polymers Inc. |
| 07-02562 | Park Enterprises and Park Enterprises Inc. |
| 07-02563 | Park Ohio Industries, and Park Ohio Industries Inc. |
| 07-02571 | PBR Automotive USA LLC |
| 07-02572 | PBR Columbia LLC |
| 07-02580 | Philips Semiconductor, Philips Semiconductors, and Philips Semiconductors Inc. |
| 07-02287 | Plasco and Plasco Inc. |
| 07-02313 | PMP |
| 07-02339 | Polar Oil and Polar Oil & Chemical Inc. |
| 07-02344 | Polk Audio |
| 07-02385 | Pontiac Coil Inc. |
| 07-02689 | Pro TEC Corporation |
| 07-02690 | Pro Tech Machine |
| 07-02804 | Product Action Int'l Inc., and Product Action International |
| 07-02694 | Production Specialty Group |
| 07-02697 | Progressive |
| 07-02711 | QC Onics Inc., and QC Onics Ventures |
| 07-02737 | Regions Bank Birmingham |
| 07-02742 | Republic |
| 07-02744 | Republic Engineered Products, Republic Eng. Products, and Republic Engineered |
| 07-02750 | Rieck Group LLC |
| 07-02767 | Rotor Coaters International |
| 07-02768 | RSR Corporation, RSR, and RSR Corp. |
| 07-02769 | RSR/Ecobat |
| 07-02775 | Sasol Germany GMBH |
| 07-02617 | Securitas Companies and Securitas Security |
| 07-02618 | Select Tool & Die Corp. |
| 07-02619 | Setech Inc. and Setech |
| 07-02623 | Shuert Industries Inc. |
| 07-02625 | Simco Construction Inc. |
| 07-02633 | Solid State Stamping Inc., Solid State Stamping I and Solid State Stamping Inc. |
| 07-02639 | Spartech Polycom |
| 07-02644 | Sprimag Inc. |
| 07-02649 | Stapla Ultrasonics Corp. |
| 07-02650 | Starbrook Industries Inc. |
| 07-02652 | Steere Enterprises Inc. |
| 07-02657 | Steiner & Bienz Formtech |
| 07-02654 | Stephenson & Sons Roofing |
| 07-02661 | Summit Polymers Inc. |
| 07-02668 | Tata America Intn'l. Corp. |
| 07-02672 | Tech Central |

| | |
|---|---|
| 07-02679 | Tesa AG |
| 07-02688 | Timken, Timken Company, Timken Corporation, Timken France SAS, and Timken Super Precision |
| 07-02790 | Tyco, Tyco Adhesives, Tyco Electronics-Raychem, Tyco Electronics Corp., Tyco Electronics Corporation, Tyco Electronics Identification, Tyco Electronics Logistics AG, and Tyco/Electronics |
| 07-02505 | Universal Tool & engineering, Universal Tool & Engineering C, and Universal Tool & Engr. Co. |
| 07-02523 | UVA Machine Company |
| 07-02539 | Vanguard Distributors Inc. |
| 07-02551 | Victory Packaging and Victory Packing LP |
| 07-02553 | Viking Polymer Solutions LLC |
| 07-02554 | Viking Solutions LLC |
| 07-02555 | Viscom Inc. USA |
| 07-02556 | Vishay Americas Inc. |
| 07-02581 | Wagner Smith Company |
| 07-02597 | Wells Fargo Business and Wells Fargo Minnesota |
| 07-02600 | West Michigan Spline Inc. |
| 07-02602 | Westwood Associates Inc., Westwood & Associates/Nanya, and Westwood C/O Nanya |
| 07-02605 | Wiegel Tool Works Inc. |
| 07-02606 | Williams Advanced Materials EF [Mathis] |
| 07-02607 | Willow Hill and Willow Hill LLC |