LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Michael J. Riela (MR-7829)
Jude M. Gorman (JG-5178)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com
       michael.riela@lw.com
       jude.gorman@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK )

        Lauren Gaskill, being duly sworn, deposes and says:

        1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

        2.    On March 11, 2010, I caused true and correct copies of the Response of Latham & Watkins LLP to the Objection of the United States Trustee to Its Final Fee

NY\1626917.1

Application, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Lauren Gaskill
Lauren Gaskill

Sworn to before me this
11<u>th</u> day of March, 2010

/s/ Sarita Chalen
Sarita Chalen
Notary Public, State of New York
No. 01CH6028175
Qualified in Bronx County
Commission Expires July 26, 2013

NY\1626917.1

**Exhibit A**

**VIA HAND DELIVERY**

Honorable Robert D. Drain
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, NY 10004

Brian Masumoto
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**VIA FED-EX**

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Bruce Simon | Paul W. Anderson |
| Cohen Weiss & Simon | Flextronics International USA, Inc. |
| 330 W 42nd St | 2090 Fortune Drive |
| New York, NY 10036 | San Jose, CA 95131 |

NY\1626917.1

| | |
|---|---|
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | WL Ross & Co., LLC<br>600 Lexington Avenue<br>19th Floor<br>New York, NY 10022<br>Attn: Stephen Toy |
| Dykema Gossett PLLC<br>Brendan G. Best, Esq.<br>39577 Woodward Ave, Suite 300<br>Bloomfield Hills, MI 48304 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Flextronics International<br>305 Interlocken Parkway<br>Broomfield, CO 80021 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |
| Stephen H Gross<br>Hodgson Russ LLP<br>1540 Broadway<br>24th Fl<br>New York, NY 10036 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Conference Board Chairman<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |

| | |
|---|---|
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Richard Duker<br>JPMorgan Chase Bank NA<br>270 Park Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>400 Madison Avenue, 4th Floor<br>New York, NY 10017 |
| Susan Atkins<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>277 Park Ave, 8th Floor<br>New York, NY 10172 | Sheryl Betance<br>Kurtzman Carson Consultants<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| David D. Cleary<br>Mohsin N. Khambati<br>Jason J. DeJonker<br>Peter A. Clark<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL   60606 | Leon Szlezinger<br>Mesirow Financial<br>666 Third Avenue<br>21st Floor<br>New York, NY 10017 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |

NY\1626917.1

| | |
|---|---|
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothschild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Harvey R. Miller, Esq.<br>Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>620 Eigth Avenue<br>New York, NY 10018-1405 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| Pickrel-Shaeffer & Ebeling<br>Sarah B. Carter, Esq.<br>2700 Kettering Tower<br>Dayton, OH  45423 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |
| Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, NY 11530-9194 | Fried, Frank, Harris, Shriver & Jacobson<br>One New York Plaza<br>New York, NY  10004<br>Attn: Brad Eric Scheler<br>     Bonnie Steingart<br>     Vivek Melwani<br>     Jennifer L. Rodburg<br>     Richard J. Slivinski |

NY\1626917.1

| | |
|---|---|
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |
| Tyco Electronics Corporation<br>MaryAnn Brereton<br>60 Columbia Road<br>Morristown, NJ  07960 | Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>James E. Till, Esq.<br>Milbank, Tweed Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 |
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Jason, Inc.<br>411 E. Wisconsin Avenue<br>Suite 2120<br>Milwaukee, WI  53202<br>Attn: Beth Klimczak<br>          General Counsel |
| Miami-Dade County Tax Collector<br>Metro-Dade Paralegal Unit<br>140 West Flagler Street<br>Suite 1403<br>Miami, FL  33130 | Dykema Gossett PLLC<br>Gregory J. Jordan<br>10 Wacker<br>Suite  2300<br>Chicago, IL  60606 |

**Via E-Mail**

| | | |
|---|---|---|
| aaronsona@pepperlaw.com | adalberto@canadas.com | aenglund@orrick.com |
| abrilliant@goodwinproctor.com | aee@hurwitzfine.com | agelman@sachnoff.com |

NY\1626917.1

| | | |
|---|---|---|
| agottfried@morganlewis.com | cweidler@paulweiss.com | george.cauthen@nelsonmullins.com |
| akatz@entergy.com | dadler@mccarter.com | gerdekomarek@bellsouth.net |
| alan.mills@btlaw.com | dallas.bankruptcy@publicans.com | gettelman@e-hlaw.com |
| aleinoff@amph.com | david.aaronson@dbr.com | ggotto@kellerrohrback.com |
| amalone@colwinlaw.com | david.boyle@airgas.com | ggreen@fagelhaber.com |
| amathews@robinsonlaw.com | david.lemke@wallerlaw.com | gjarvis@ggelaw.com |
| amccollough@mcguirewoods.com | davidpmartin@erisacase.com | gkurtz@ny.whitecase.com |
| amcmullen@bccb.com | davidpmartin@bellsouth.net | guzzi@whitecase.com |
| amoog@hhlaw.com | dbaty@honigman.com | dbaumstein@ny.whitecase.com |
| andrew.herenstein@quadranglegroup.com | dbrown@klettrooney.com | gogimalik@andrewskurth.com |
| andrew.kassner@dbr.com | dconnolly@alston.com | gpeters@weltman.com |
| anne.kennelly@hp.com | dwender@alston.com | gravert@mwe.com |
| aordubegian@weineisen.com | dcrapo@gibbonslaw.com | greenj@millercanfield.com |
| arosenberg@paulweiss.com | ddavis@paulweiss.com | greg.bibbes@infineon.com |
| jbrass@paulweiss.com | ddeutsch@chadbourne.com | gregory.kaden@ropesgray.com |
| asherman@sillscummis.com | ddragich@foley.com | growsb@wnj.com |
| aswiech@akebono-usa.com | ddraper@terra-law.com | gsantella@masudafunai.com |
| athau@cm-p.com | ddunn@akingump.com | gschwed@loeb.com |
| attorneystella@sszpc.com | derrien@coollaw.com | gtoering@wnj.com |
| austin.bankruptcy@publicans.com | dgheiman@jonesday.com | hannah@blbglaw.com |
| axs@maddinhauser.com | diconzam@gtlaw.com | hborin@schaferandweiner.com |
| ayala.hassell@eds.com | djury@steelworkers-usw.org | heather@inplaytechnologies.com |
| bankrupt@modl.com | dkarp@cm-p.com | heyens@gtlaw.com |
| pwcarey@modl.com | dladdin@agg.com | Hirsh.Robert@arentfox.com |
| bankruptcy@goodwin.com | dlowenthal@thelenreid.com | hkolko@msek.com |
| barnold@whdlaw.com | dludman@brownconnery.com | hleinwand@aol.com |
| bbeckworth@nixlawfirm.com | dmdelphi@duanemorris.com | holly@regencap.com |
| bellis-monro@sgrlaw.com | dpm@curtinheefner.com | housnerp@michigan.gov |
| Ben.Caughey@icemiller.com | dquaid@tcfhlaw.com | houston_bankruptcy@publicans.com |
| bharwood@sheehan.com | efiledocketgroup@fagelhaber.com | hwangr@michigan.gov |
| bhoover@goldbergsegalla.com | driggio@candklaw.com | hzamboni@underbergkessler.com |
| bkessinger@akebono-usa.com | drosenzweig@fulbright.com | idizengoff@akingump.com |
| bmcdonough@teamtogut.com | dwdykhouse@pbwt.com | ilevee@lowenstein.com |
| bmehlsack@gkllaw.com | dweiner@schaferandweiner.com | ira.herman@tklaw.com |
| bnathan@lowenstein.com | eabdelmasieh@nmmlaw.com | jaffeh@pepperlaw.com |
| bsmoore@pbnlaw.com | EAKleinhaus@wlrk.com | james.bentley@srz.com |
| bspears@winstead.com | ecdolan@hhlaw.com | jangelovich@nixlawfirm.com |
| cahn@clm.com | echarlton@hiscockbarclay.com | janice.grubin@dbr.com |
| cahope@chapter13macon.com | efox@klng.com | japplebaum@clarkhill.com |
| carol.weiner.levy@srz.com | egc@lydenlaw.com | javanzato@apslaw.com |
| carol_sowa@denso-diam.com | egeekie@schiffhardin.com | jay.hurst@oag.state.tx.us |
| carren.shulman@hellerehrman.com | eglas@mccarter.com | jay.selanders@kutakrock.com |
| caseyl@pepperlaw.com | egunn@mcguirewoods.com | jbernstein@mdmc-law.com |
| cbattaglia@halperinlaw.net | ekutchin@kutchinrufo.com | jcrotty@rieckcrotty.com |
| ahalperin@halperinlaw.net | elazarou@reedsmith.com | jdonahue@miheritage.com |
| jdyas@halperinlaw.net | elizabeth.flaagan@hro.com | jeannine.damico@cwt.com |
| cbelmonte@ssbb.com | Elliott@cmplaw.com | Jeff.Ott@molex.com |
| cdruehl@goodwinproctor.com | emarcks@ssd.com | jeffery.gillispie@infineon.com |
| cfortgang@silverpointcapital.com | emccolm@paulweiss.com | jeisenhofer@gelaw.com |
| cgalloway@atsautomation.com | emeyers@mrrlaw.net | jengland@linear.com |
| charles@filardi-law.com | enrique.bujidos@es.pwc.com | jforstot@tpw.com |
| chill@bsk.com | ephillips@thurman-phillips.com | jgtougas@mayerbrown.com |
| ckm@greensfelder.com | eray@balch.com | jguerrier@dreierllp.com |
| jpb@greensfelder.com | ewaters@sheppardmullin.com | jguy@orrick.com |
| cnorgaard@ropers.com | ferrell@taftlaw.com | jh@previant.com |
| Cohen.Mitchell@arentfox.com | ffm@bostonbusinesslaw.com | mgr@previant.com |
| craig.freeman@alston.com | fholden@orrick.com | jharris@quarles.com |
| crieders@gjb-law.com | fstevens@foxrothschild.com | jhlemkin@duanemorris.com |
| cs@stevenslee.com | ftrikkers@rikkerslaw.com | jkp@qad.com |
| cp@stevenslee.com | fusco@millercanfield.com | jkreher@hodgsonruss.com |
| cschulman@sachnoff.com | fyates@sonnenschein.com | jlanden@madisoncap.com |
| csullivan@bsk.com | gdiconza@dlawpc.com | jlapinsky@republicengineered.com |

| | | |
|---|---|---|
| jlevi@toddlevi.com | lmagarik@kjmlabor.com | mwarner@warnerstevens.com |
| jmanheimer@pierceatwood.com | lmcbryan@hwmklaw.com | mwinthrop@winthropcouchot.com |
| jmbaumann@steeltechnologies.com | lmurphy@honigman.Com | myarnoff@sbclasslaw.com |
| jminias@stroock.com | lnewman@fagelhaber.com | mzelmanovitz@morganlewis.com |
| jmoennich@wickenslaw.com | lpeterson@msek.com | nhp4@cornell.edu |
| jmsullivan@mwe.com | lpinto@wcsr.com | niizeki.tetsuhiro@furukawa.co.jp |
| jmurch@foley.com | lsarko@kellerrohrback.com | pabutler@ssd.com |
| joel_gross@aporter.com | claufenberg@kellerrohrback.com | pbaisier@seyfarth.com |
| john.brannon@tklaw.com | eriley@kellerrohrback.com | pbarr@jaffelaw.com |
| john.gregg@btlaw.com | lschwab@bbslaw.com | pbilowz@goulstonstorrs.com |
| john.persiani@dinslaw.com | lwalzer@angelogordon.com | pbosswick@ssbb.com |
| john.sieger@kattenlaw.com | madison.cashman@stites.com | pcostello@bbslaw.com |
| jonathan.greenberg@BASF.COM | maofiling@cgsh.com | pgurfein@akingump.com |
| jorenstein@aoblaw.com | maofiling@cgsh.com | pjanovsky@zeklaw.com |
| jposta@sternslaw.com | marc.hirschfield@ropesgray.com | pjricotta@mintz.com |
| jspecf@sternslaw.com | margot.erlich@pillsburylaw.com | pricotta@mintz.com |
| jrhunter@hunterschank.com | mark.houle@pillsburylaw.com | pmears@btlaw.com |
| jrobertson@calfee.com | mark.owens@btlaw.com | Pretekin@coollaw.com |
| JRS@Parmenterlaw.com | marvin.clements@state.tn.us | prubin@herrick.com |
| jsalmas@mccarthy.ca | massimiliano_cini@brembo.it | raterinkd@michigan.gov |
| lsalzman@mccarthy.ca | mbane@kelleydrye.com | rbeacher@daypitney.com |
| jshickich@riddellwilliams.com | mbusenkell@eckertseamans.com | cchiu@daypitney.com |
| jsimon@foley.com | mcruse@wnj.com | rcarrillo@gsblaw.com |
| jsmairo@pbnlaw.com | mdallago@morrisoncohen.com | rcharles@lrlaw.com |
| jstempel@kirkland.com | mdebbeler@graydon.com | rcovino@lordbissell.com |
| jtaylor@binghammchale.com | metkin@lowenstein.com | rdaversa@mayerbrown.com |
| malerding@binghammchale.com | mfarquhar@winstead.com | rdremluk@seyfarth.com |
| wmosby@binghammchale.com | mgreger@allenmatkins.com | resterkin@morganlewis.com |
| jtaylor@binghammchale.com | mhall@burr.com | Rfeinstein@pszjlaw.com |
| wmosby@binghammchale.com | miag@michigan.gov | Ischarf@pszjlaw.com |
| judith.elkin@haynesboone.com | miag@michigan.gov | RGMason@wlrk.com |
| jvitale@cwsny.com | michael.cook@srz.com | rgordon@clarkhill.com |
| bceccotti@cwsny.com | michael.mccrory@btlaw.com | rgriffin@iuoe.org |
| jwilson@tylercooper.com | michaelz@orbotech.com | rheilman@schaferandweiner.com |
| jwisler@cblh.com | miller@taftlaw.com | rhett.campbell@tklaw.com |
| jzackin@sillscummis.com | mkilgore@UP.com | richard.epling@pillsburylaw.com |
| karen.dine@pillsburylaw.com | mkohayer@aol.com | richard.kremen@dlapiper.com |
| kcookson@keglerbrown.com | mlee@contrariancapital.com | rjclark@hancocklaw.com |
| kcunningham@pierceatwood.com | jstanton@contrariancapital.com | rjones@bccb.com |
| ken.higman@hp.com | wraine@contrariancapital.com | rjp@pbandg.com |
| khansen@stroock.com | solax@contrariancapital.com | rjsidman@vssp.com |
| khopkins@milesstockbridge.com | mmachen@sonnenschein.com | rkidd@srcm-law.com |
| kim.robinson@bfkn.com | mmassad@hunton.com | rlp@quarles.com |
| klaw@bbslaw.com | mmeyers@mlg-pc.com | rmcdowell@bodmanllp.com |
| kmayhew@pepehazard.com | mmharner@jonesday.com | rmeth@daypitney.com |
| kmiller@skfdelaware.com | mmoody@okmlaw.com | rnorton@reedsmith.com |
| Knathan@nathanneuman.com | mnewman@schaferandweiner.com | rnsteinwurtzel@swidlaw.com |
| knorthup@kutchinrufo.com | mparker@fulbright.com | robert.goodrich@stites.com |
| knye@quarles.com | mrichards@blankrome.com | robert.morris@timken.com |
| krk4@daimlerchrysler.com | mrichman@foley.com | robert.welhoelter@wallerlaw.com |
| krosen@lowenstein.com | mrr@previant.com | robin.spear@pillsburylaw.com |
| kwalsh@lordbissell.com | mscott@riemerlaw.com | rpeterson@jenner.com |
| lawallf@pepperlaw.com | mseidl@pszjlaw.com | rrichards@sonnenschein.com |
| lawtoll@comcast.net | mshaiken@stinsonmoheck.com | rrosenbaum@mrrlaw.net |
| lberkoff@moritthock.com | msomerstein@kelleydrye.com | rsmolev@kayescholer.com |
| lcurcio@tpw.com | msternstein@sheppardmullin.com | rsz@curtinheefner.com |
| lekvall@wgllp.com | msutter@ag.state.oh.us | rthibeaux@shergarner.com |
| lenard.parkins@haynesboone.com | mtf@afrct.com | rthibeaux@shergarner.com |
| kenric.kattner@haynesboone.com | mtrentadue@boselaw.com | rtrack@msn.com |
| lgretchko@howardandhoward.com | cdelatorre@boselaw.com | rurbanik@munsch.com |
| lisa.moore2@nationalcity.com | murph@berrymoorman.com | jwielebinski@munsch.com |
| lloyd.sarakin@am.sony.com | mviscount@foxrothschild.com | drukavina@munsch.com |

| | |
|---|---|
| rusadi@cahill.com | tsable@honigman.com |
| rweisberg@carsonfischer.com | tscobb@vssp.com |
| rwyron@orrick.com | tslome@rsmllp.com |
| sabelman@cagewilliams.com | twardle@sheppardmullin.com |
| sagolden@hhlaw.com | vdagostino@lowenstein.com |
| sandy@nlsg.com | vhamilton@sillscummis.com |
| sarah.morrison@doj.ca.gov | skimmelman@sillscummis.com |
| sarbt@millerjohnson.com | vmastromar@aol.com |
| wolfordr@millerjohnson.com | wachstein@coollaw.com |
| scargill@lowenstein.com | wallace@blbglaw.com |
| schnabel@klettrooney.com | wbeard@stites.com |
| schristianson@buchalter.com | loucourtsum@stites.com |
| sdabney@kslaw.com | wendy.brewer@btlaw.com |
| bdimos@kslaw.com | whanlon@seyfarth.com |
| sdeeby@clarkhill.com | whawkins@loeb.com |
| sdonato@bsk.com | william.barrett@bfkn.com |
| sdrucker@honigman.com | wkohn@schiffhardin.com |
| sean@blbglaw.com | wmsimkulak@duanemorris.com |
| sfreeman@lrlaw.com | wsavino@damonmorey.com |
| sgoldber@quarles.com | bruzinsky@jw.com |
| sgross@hodgsonruss.com | dkillen@jw.com |
| sgross@hodgsonruss.com | hforrest@jw.com |
| shandler@mwe.com | jteitelbaum@morganlewis.com |
| mquinn@mwe.com | rbaskin@tblawllp.com |
| shandler@sbclasslaw.com | ipachulski@stutman.com |
| shapiro@steinbergshapiro.com | jdavidson@stutman.com |
| sharon.petrosino@hp.com | |
| sholmes@hunton.com | |
| sjennik@kjmlabor.com | |
| sjfriedman@jonesday.com | |
| sjohnston@cov.com | |
| skrause@zeklaw.com | |
| smcook@lambertleser.com | |
| snirmul@gelaw.com | |
| sokeefe@winthropcouchot.com | |
| sopincar@mcdonaldhopkins.com | |
| sosimmerman@kwgd.com | |
| spaethlaw@phslaw.com | |
| sriley@mcdonaldhopkins.com | |
| srosen@cb-shea.com | |
| sselbst@mwe.com | |
| sshimshak@paulweiss.com | |
| steven.keyes@aam.com | |
| susanwhatley@nixlawfirm.com | |
| swalsh@chglaw.com | |
| tbrink@lordbissell.com | |
| tch@previant.com | |
| tcohen@sheppardmullin.com | |
| tdonovan@finkgold.com | |
| tgaa@bbslaw.com | |
| tguerriero@us.tiauto.com | |
| thaler@tglawfirm.com | |
| timothy.mehok@hellerehrman.com | |
| tkennedy@kjmlabor.com | |
| tlauria@whitecase.com | |
| featon@miami.whitecase.com | |
| tmaxson@cohenlaw.com | |
| tmcfadden@lordbissell.com | |
| tom@beemanlawoffice.com | |
| tomschank@hunterschank.com | |
| tracy.richardson@dol.lps.state.nj.us | |
| trenda@milesstockbridge.com | |