HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (admitted pro hac)
Seth A. Drucker (admitted pro hac)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Valeo Electrical Systems, Inc., Wipers Division

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                           :
        In re                               :    Case No.: 05-44481 (RDD)
                                           :
DPH HOLDINGS CORP., et al.,         :    Chapter 11
                                           :
        Reorganized Debtors.           :    (Jointly Administered)
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies and declares that he caused copies to be served as follows:

1.     Document Served:     Response of Valeo Electrical Systems, Inc., Wipers Division to Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and (d) and Fed. R. Bankr. P. 3007 to (I) Modify and Allow (A) Certain Modified and Allowed Claims, (B) a Partially Satisfied Claim, and (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, and (E) A Duplicate Claim, (III) Object to Certain (A) Preference-Related Claims and (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities

2.     Served Upon:     All parties requesting Court ECF email notification

      Method of Service:     Via Court ECF email notification

3.     Served Upon:     John Wm. Butler, Jr.
                                   John K. Lyons
                                   Joseph N. Wharton

                Skadden, Arps, Slate, Meagher & Flom LLP
                155 North Wacker Drive
                Chicago, IL  60606

      Method of Service:    Via Facsimile and FedEx priority overnight

4.      Served Upon:    DPH Holdings Corp.
                Attn:  President
                5725 Delphi Drive
                Troy, MI  48098

      Method of Service:    Via Hand Delivery and FedEx priority overnight

5.      Date Served:    March 11, 2010

I certify and declare under penalty of perjury that the foregoing is true and correct.

                HONIGMAN MILLER SCHWARTZ AND
                COHN LLP


                By:  /s/ Seth A. Drucker
                    Seth A. Drucker (admitted pro hac)
                    2290 First National Building
                    660 Woodward Ave., Suite 2290
                    Detroit, MI  48226
                    Telephone:  (313) 465-7000
                    Facsimile:  (313) 465-7627
                    Email: sdrucker@honigman.com

Dated: March 11, 2010

DETROIT.4099663.1

2