HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (admitted pro hac)
Seth A. Drucker (admitted pro hac)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Valeo Climate Control Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------- x
                                    :
      In re                         :      Case No.: 05-44481 (RDD)
                                    :
DPH HOLDINGS CORP., et al.,         :      Chapter 11
                                    :
            Reorganized Debtors.    :      (Jointly Administered)
------------------------------------------------- x
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1.    Document Served:    Response of Valeo Climate Control Corporation to Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and (d) and Fed. R. Bankr. P. 3007 to (I) Modify and Allow (A) Certain Modified and Allowed Claims, (B) a Partially Satisfied Claim, and (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, and (E) A Duplicate Claim, (III) Object to Certain (A) Preference-Related Claims and (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities

2.    Served Upon:    All parties requesting Court ECF email notification

       Method of Service:    Via Court ECF email notification

3.    Served Upon:    John Wm. Butler, Jr.
                       John K. Lyons
                       Joseph N. Wharton

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL  60606

|            |                              |
|------------|------------------------------|
| Method of Service: | Via Facsimile and FedEx priority overnight |

4.    Served Upon:        DPH Holdings Corp.
                          Attn:  President
                          5725 Delphi Drive
                          Troy, MI  48098

|            |                              |
|------------|------------------------------|
| Method of Service: | Via Hand Delivery and FedEx priority overnight |

5.    Date Served:        March 11, 2010

I certify and declare under penalty of perjury that the foregoing is true and correct.


HONIGMAN MILLER SCHWARTZ AND
COHN LLP


By:  /s/ Seth A. Drucker
     Seth A. Drucker (admitted pro hac)
     2290 First National Building
     660 Woodward Ave., Suite 2290
     Detroit, MI  48226
     Telephone:  (313) 465-7000
     Facsimile:  (313) 465-7627
     Email: sdrucker@honigman.com


Dated: March 11, 2010

DETROIT.4099616.1