HONIGMAN MILLER SCHWARTZ AND COHN LLP
E. Todd Sable (admitted pro hac)
Seth A. Drucker (admitted pro hac)
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506

Attorneys for Valeo Switches and Detection Systems, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
    In re                                            :    Case No.: 05-44481 (RDD)
                                                        :
DPH HOLDINGS CORP., et al.,                             :    Chapter 11
                                                        :
    Reorganized Debtors.                             :    (Jointly Administered)
------------------------------------------------------- x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Document Served: Response of Valeo Switches and Detection Systems, Inc. to Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and (d) and Fed. R. Bankr. P. 3007 to (I) Modify and Allow (A) Certain Modified and Allowed Claims, (B) a Partially Satisfied Claim, and (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, and (E) A Duplicate Claim, (III) Object to Certain (A) Preference-Related Claims and (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities

2. Served Upon: All parties requesting Court ECF email notification

   Method of Service: Via Court ECF email notification

3. Served Upon: John Wm. Butler, Jr.
   John K. Lyons
   Joseph N. Wharton

        Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL  60606

    Method of Service:    Via Facsimile and FedEx priority overnight

4.    Served Upon:    DPH Holdings Corp.
Attn:  President
5725 Delphi Drive
Troy, MI  48098

    Method of Service:    Via Hand Delivery and FedEx priority overnight

5.    Date Served:    March 11, 2010

I certify and declare under penalty of perjury that the foregoing is true and correct.

    HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Seth A. Drucker
Seth A. Drucker (admitted pro hac)
2290 First National Building
660 Woodward Ave., Suite 2290
Detroit, MI  48226
Telephone:  (313) 465-7000
Facsimile:  (313) 465-7627
Email: sdrucker@honigman.com

Dated: March 11, 2010

DETROIT.4099632.1