**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| DPH HOLDINGS CORP., <u>et</u> <u>al.</u>, | : | 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

-------------------------------------------------------------x

### RESPONSE OF LEXINGTON RUBBER GROUP, INC.
### TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS CLAIMS
<u>OBJECTION PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007</u>

Lexington Rubber Group, Inc. ("***Lexington***") hereby responds (the

"***Response***") to the Forty-Fourth Omnibus Claims Objection[1] of the above-captioned

reorganized debtors (collectively, the "***Reorganized Debtors***"), as it relates to the proofs

of claim number 12151 and 11925 filed by Lexington in the above-referenced chapter 11

cases, as follows:

### <u>BACKGROUND</u>

1.    On October 8 and 14, 2005 (the "***Commencement Date***"), Delphi

Corporation ("***Delphi***") and certain of its affiliates (the "***Debtors***"), filed voluntary

petitions for relief under chapter 11 of title 11 of the United States Code (the

"***Bankruptcy Code***") with the Court.

---

[1] Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities [Docket No. 19395].

2.      On April 12, 2006, the Court entered an order establishing July 31, 2001 (the **"Bar Date"**) as the deadline for filing prepetition claims [Docket No. 3206]. On or about July 28, 2006, Lexington filed certain proofs of claim against Delphi Automotive Systems LLC, including claim numbers 12151 ("**Claim 12151**") and 11925 ("**Claim 11925**," and together with Claim 12151, the "**Lexington Claims**"), copies of which are attached hereto as **Exhibit A**.  Pursuant to the Lexington Claims, Lexington sought payment of $41,919.98 and $317,117.86, respectively, for goods delivered pursuant to certain agreements with the Debtors (the "**Lexington Contracts**"), but for which Lexington had not received payment.

3.      On December 10, 2007, the Debtors filed a plan of reorganization (the "**Plan**") [Docket No. 11386], which this Court confirmed on January 25, 2008 [Docket No. 12359].  Subsequent thereto, the Debtors requested an order modifying the Plan [Docket No. 14310] (the "**Modified Plan**"), which the Court approved on July 30, 2009 [Docket No. 18707].  Pursuant to the Modified Plan, the Reorganized Debtors assumed, among other contracts with Lexington, certain of the Lexington Contracts.  On or about November 17, 2009, Lexington received cure payments with respect to the assumed Lexington Contracts.  The Reorganized Debtors remain responsible for the post-Effective Date administration of these chapter 11 cases.

4.      On April 1, 2008, Lexington and Lexington Precision Corporation (the "**Lexington Debtors**") commenced voluntary chapter 11 cases under chapter 11 of the Bankruptcy Code, which are jointly administered under *In re Lexington Precision Corp., et al.*, Case No. 08-11153 (SCC), and currently pending before the Honorable Judge Shelley C. Chapman (the "**Lexington Court**").  On June 30, 2008, the Lexington

Court established August 15, 2008 (the "**Lexington Bar Date**") as the deadline to file

proofs a claim against the Lexington Debtors.  The Debtors were served with a notice of

the Lexington Bar Date.  To date, neither the Debtors nor the Reorganized Debtors have

filed proofs of claim against Lexington.

        5.      On February 3, 2010, Delphi filed the Forty-Fourth Omnibus

Claims Objection by which Delphi objected to, among other things, the Lexington Claims

on the basis that Lexington is an "Avoidance Defendant" and subject to a potential

avoidance action and, in turn, the Lexington Claims are subject to disallowance pursuant

to section 502(d) of the Bankruptcy Code.  As detailed below, section 502(d) of the

Bankruptcy Code permits the disallowance of a claim of a creditor who is a transferee of

property subject to an avoidance action.

        6.      On February 19, 2010, the Reorganized Debtors, served, arguably

ineffectively and in violation of the automatic stay, a summons and a complaint on

Lexington to recover alleged preferential payments (the "**Purported Avoidance Action**").

## RESPONSE

        7.      The Forty-Fourth Omnibus Claims Objection, as it relates to the

Lexington Claims, must be denied because (i) Lexington does not possess property of the

Debtors' estates subject to avoidance and, in turn, its claims cannot be disallowed

pursuant to section 502(d) of the Bankruptcy Code; and (ii) even if the transfers made to

Lexington were subject to avoidance, the preponderance of the Lexington Claims would

need to be paid to Lexington anyway as cure costs as a result of Delphi's assumption of

the Lexington Contracts.

## No Avoidance Judgment Exists Against Lexington

8.      Section 502(d) provides, in pertinent part, that:

> [T]he court shall disallow any claim of any entity from which property is recoverable under section . . . 550 . . . or that is a transferee of a transfer avoidable under section . . . 547 . . . of this title, unless such entity or transferee has paid the amount, or turned over any such property, for which such entity or transferee is liable . . . .

11 U.S.C. § 502(d).

9.      The Purported Avoidance Action does not provide grounds for disallowing the Lexington Claims.  Not only is the Purported Avoidance Action in violation of the Lexington's Debtors automatic stay as it seeks to collect on claims that arose prior to the Lexington Debtors' chapter 11 cases, but it is deficient on the merits. Assuming, *arguendo*, that that the Reorganized Debtors have validly commenced the Purported Avoidance Action, they can not prevail on a preference claim against Lexington because any payments Lexington received fall within the ordinary course exception to section 547 of the Bankruptcy Code.  Section 547(c) provides that a debtor may not avoid a transfer made in the ordinary course of business of the debtor and a transferee.  11 U.S.C. § 547(c)(2).  *See also In re N. Am. Energy Conservation, Inc. v. Avista Energy, Inc. (In re N. Am. Energy Conservation, Inc.)*, 339 B.R. 75, 82 (Bankr. S.D.N.Y. 2006) (determining that consistent payments to supplier fell within ordinary course exception).  As evidenced by the attachments to the Lexington Claims, Lexington routinely invoiced Delphi for delivered goods, and Delphi made numerous payments therefor.  Accordingly, any payments Lexington received prior to the Commencement

Date fall within the ordinary course exception to section 547, and would are not avoidable.

10.    In addition, the Reorganized Debtors' failure to file a proof of claim against Lexington prior to the Lexington Bar Date, should preclude the Reorganized Debtors from recovering on any alleged preference claim against the Lexington estate.  A creditor that fails to file a proof of claim prior to a court-ordered bar date "shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution."  Fed. R. Bankr. P. 3003(c)(2).  More than a year after the Lexington Bar Date, neither the Debtors nor the Reorganized Debtors have filed a proof of claim asserting preference claims against Lexington.  Accordingly, even if the Reorganized Debtors were to prevail in Purported Avoidance Action, the Reorganized Debtors would not receive a distribution on account of an untimely filed claim.

11.    Finally, notwithstanding the foregoing, the mere fact of a pending avoidance action is not sufficient grounds to disallow a claim.  There must be a judicial determination that Lexington received a preferential transfer.  Disallowance of a claim under section 502(d) is not permissible absent a judicial determination that a claimant is liable for an alleged preferential transfer.  *See Seta Corp. v. Atl. Computer Sys. (In re Atl. Computer Sys.)*, 173 B.R. 858, 862 (S.D.N.Y. 1994) (recognizing the need for "some sort of determination of the claimant's liability before its claims are disallowed"); *In re Jensen*, No. 09-14830 (MG), 2010 WL 424693, at *2 (Bankr. S.D.N.Y. Feb. 3, 2010) ("Merely having a possible judgment, however, is not sufficient to disallow a claim under section 502(d)."); *In re Lids Corp.*, 260 B.R. 680, 684 (Bankr. D. Del. 2001) ("To disallow a claim under section 502(d) requires a judicial determination that a claimant is

liable."). Here, the Court has not made any determination in the Purported Avoidance

Action as to the validity of any preference claims. Accordingly, disallowance of the

Lexington Claims would be inappropriate.

### Preference Claims Would Be Paid as Cure Claims

12.     Even if the alleged preferential transfer that the Reorganized

Debtors claim Lexington received were to result in the disallowance of the Lexington

Claims, any so-called "preference-related" payments Lexington had received would still

need to be paid as cure amounts for the Lexington Contracts that the Reorganized

Debtors assumed. Section 365(b) provides, in relevant part, that:

> If there has been a default in an executory contract or
> unexpired lease of the debtor, the [debtor] may not assume
> such contract or lease unless, at the time of assumption of
> such contract or lease, the [debtor]— (A) cures, or provides
> adequate assurance that the [debtor] will promptly cure,
> such default . . .

11 U.S.C. § 365(b)(1)(A). In other words, a "debtor must cure all defaults, assure future

performance, and make the other contracting party whole before it may be permitted to

assume the agreement." *In re Kiwi Int'l Air Lines, Inc.*, 344 F.3d 311, 318 (3d Cir.

2003). Furthermore, it is "well-settled doctrine that a preference action may not be

maintained for payments made in connection with an assumed executory contract."

*Unsecured Claims Estate Representative of Teligent Inc. v. Cigna Healthcare, Inc. (In re*

*Teligent Inc.)*, 324 B.R. 479, 485 (S.D.N.Y. 2005). *See also In re Superior Toy & Mfg.*

*Co., Inc.*, 78 F.3d 1169, 1174 (7th Cir. 1996) (ruling that sections 365 and 547 "are

mutually exclusive avenues" for a debtor). Upon assumption of the Lexington Contracts,

the Reorganized Debtors became liable for the outstanding amounts due, including the

Lexington Claims.  If the Reorganized Debtors were to recover any of the purported

preferential transfers, Lexington would receive a general unsecured claim on account of

the recovered preferential payments; such claim would still have to be paid in full as cure

in order for the Debtors to have assumed the Lexington Contracts.  Accordingly, the

Lexington Claims relating to the Lexington Contracts should not be disallowed.

## **CONCLUSION**

13.     For the foregoing reasons, Lexington respectfully requests that the

Court deny the Forty-Fourth Omnibus Claims Objection with prejudice as it relates to the

Lexington Claims and grant Lexington such other and further relief as is just.

DATED:  March 11, 2010
           New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Lexington Rubber Group, Inc.

# EXHIBIT A

**Lexington Claims**

| UNITED STATES BANKRUPTCY COURT  Southern | DISTRICT OF  New York | PROOF OF CLAIM |
|---|---|---|

Name of Debtor
Delphi Corporation

Case Number
05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Lexington Connector Seals

Name and address where notices should be sent:

Lexington Connector Seals
Rubber Group Inc
1510 Ridge Rd
Rm Chg Per Ltr 05 10 04 Am
Vienna OH 44473

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces / ☐ amends if this claim a previously filed claim, dated:

**1. Basis for Claim**
- ☑ Goods Sold / Services Performed
- ☐ Customer Claim
- ☐ Taxes
- ☐ Money Loaned
- ☐ Personal Injury
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)     (date)

**2. Date debt was incurred:**
8-5-04 through 10-7-05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 54073.29 (unsecured)   263044.57 (priority)   317117.86 (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $ 54073.29
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 263044.57
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 1 ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191627107034

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 9/26/2005 | 694 | PEDP4020148 | 795.00 | | 795.00 | | 795.00 |
| 9/27/2005 | 696 | PEDP4020148 | 135.70 | | 135.70 | | 135.70 |
| 9/27/2005 | 701 | PEDP4020148 | 132.50 | | 132.50 | | 132.50 |
| 9/28/2005 | 707 | PEDP4020148 | 265.00 | | 265.00 | 265.00 | - |
| 10/3/2005 | 726 | PEDP4020148 | 250.20 | | 250.20 | 250.20 | - |
| 8/25/2005 | 40484 | PEDP4020122 | 1,664.00 | 950.40 | 713.60 | | 713.60 |
| 9/1/2005 | 40559 | PEDP4020122 | 1,664.00 | 950.40 | 713.60 | | 713.60 |
| 9/8/2005 | 40632 | PEDP4020122 | 1,664.00 | 950.40 | 713.60 | | 713.60 |
| 9/26/2005 | 40798 | PEDP4020122 | 384.00 | | 384.00 | | 384.00 |
| 9/26/2005 | 40799 | PEDP4020122 | 384.00 | | 384.00 | | 384.00 |
| 9/29/2005 | 40835 | PEDP4020122 | 384.00 | | 384.00 | 384.00 | - |
| 9/10/2004 | 63956 | PEDP3020140 | 599.62 | | 599.62 | | 599.62 |
| 1/27/2005 | 68226 | PEDP4020192 | 2,659.20 | | 2,659.20 | | 2,659.20 |
| 5/6/2005 | 69922 | PEDP4020147 | 349.38 | | 349.38 | | 349.38 |
| 6/6/2005 | 70285 | PEDP4020147 | 245.99 | | 245.99 | | 245.99 |
| 6/8/2005 | 70319 | PEDP4020147 | 307.49 | | 307.49 | | 307.49 |
| 6/13/2005 | 70367 | PEDP4020147 | 240.24 | | 240.24 | | 240.24 |
| 6/27/2005 | 70474 | PEDP4020147 | 983.97 | | 983.97 | | 983.97 |
| 6/30/2005 | 70513 | PEDP4020147 | 1,494.16 | | 1,494.16 | | 1,494.16 |
| 7/19/2005 | 70623 | PEDP4020147 | 1,494.16 | | 1,494.16 | | 1,494.16 |
| 7/21/2005 | 70652 | PEDP4020147 | 1,494.16 | | 1,494.16 | | 1,494.16 |
| 7/21/2005 | 70653 | PEDP4020147 | 1,494.16 | | 1,494.16 | | 1,494.16 |
| 7/21/2005 | 70654 | PEDP4020147 | 1,494.16 | | 1,494.16 | | 1,494.16 |
| 7/25/2005 | 70691 | PEDP4020147 | 330.33 | | 330.33 | | 330.33 |
| 7/27/2005 | 70708 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 7/27/2005 | 70709 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 7/27/2005 | 70710 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 7/27/2005 | 70720 | PEDP4020147 | 240.24 | | 240.24 | | 240.24 |
| 7/28/2005 | 70731 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/2/2005 | 70759 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/4/2005 | 70797 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/4/2005 | 70800 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/4/2005 | 70801 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/4/2005 | 70802 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/4/2005 | 70803 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70816 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70817 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70821 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70822 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70823 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70824 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70825 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70826 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70827 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/8/2005 | 70828 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 8/8/2005 | 70829 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/9/2005 | 70848 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/9/2005 | 70849 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/17/2006 | 70935 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/17/2006 | 70936 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/17/2006 | 70937 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/18/2006 | 70948 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/19/2006 | 70969 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/19/2006 | 70970 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/19/2006 | 70973 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/19/2006 | 70974 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/19/2005 | 70975 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/22/2005 | 70994 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/22/2005 | 70996 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/22/2005 | 70997 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 8/22/2005 | 70998 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/6/2005 | 71160 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/8/2005 | 71195 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/9/2005 | 71207 | PEDP4020147 | 210.21 | | 210.21 | | 210.21 |
| 9/14/2005 | 71260 | PEDP4020147 | 518.62 | 146.69 | 371.93 | | 371.93 |
| 9/20/2005 | 71312 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71313 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71314 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71317 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71318 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71319 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71320 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71321 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71322 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71323 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71324 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/20/2005 | 71328 | PEDP4020147 | 35.50 | | 35.50 | | 35.50 |
| 9/21/2005 | 71335 | PEDP4020147 | 730.42 | | 730.42 | | 730.42 |
| 9/22/2005 | 71337 | PEDP4020147 | 2,265.60 | - | 2,265.60 | | 2,265.60 |
| 9/22/2005 | 71338 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/22/2005 | 71339 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/22/2005 | 71340 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/22/2005 | 71341 | PEDP4020147 | 283.20 | | 283.20 | | 283.20 |
| 9/22/2005 | 71342 | PEDP4020147 | 1,224.47 | | 1,224.47 | | 1,224.47 |
| 9/22/2005 | 71343 | PEDP4020147 | 329.33 | | 329.33 | | 329.33 |
| 9/22/2005 | 71344 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/22/2005 | 71345 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/23/2005 | 71346 | PEDP4020147 | 1,704.02 | | 1,704.02 | | 1,704.02 |
| 9/23/2005 | 71347 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/23/2005 | 71348 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/23/2005 | 71349 | PEDP4020147 | 500.35 | | 500.35 | | 500.35 |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 9/23/2005 | 71350 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/23/2005 | 71351 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/23/2005 | 71352 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/23/2005 | 71353 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/23/2005 | 71354 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/23/2005 | 71355 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/26/2005 | 71357 | PEDP4020147 | 889.06 | | 889.06 | | 889.06 |
| 9/26/2005 | 71358 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71359 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71360 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71361 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71362 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71363 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71364 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71365 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71366 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71367 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/26/2005 | 71368 | PEDP4020147 | 617.49 | | 617.49 | | 617.49 |
| 9/26/2005 | 71369 | PEDP4020147 | 720.19 | | 720.19 | | 720.19 |
| 9/26/2005 | 71372 | PEDP4020147 | 1,712.16 | | 1,712.16 | | 1,712.16 |
| 9/27/2005 | 71374 | PEDP4020147 | 1,414.24 | | 1,414.24 | | 1,414.24 |
| 9/27/2005 | 71375 | PEDP4020147 | 642.06 | | 642.06 | | 642.06 |
| 9/27/2005 | 71376 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/27/2005 | 71377 | PEDP4020147 | 2,265.60 | | 2,265.60 | | 2,265.60 |
| 9/27/2005 | 71378 | PEDP4020147 | 849.60 | | 849.60 | | 849.60 |
| 9/27/2005 | 71379 | PEDP4020147 | 123.50 | | 123.50 | | 123.50 |
| 9/28/2005 | 71384 | PEDP4020147 | 288.16 | | 288.16 | 288.16 | - |
| 9/28/2005 | 71385 | PEDP4020147 | 708.64 | | 708.64 | | 708.64 |
| 9/28/2005 | 71386 | PEDP4020147 | 518.62 | | 518.62 | | 518.62 |
| 9/29/2005 | 71388 | PEDP4020147 | 2,265.60 | | 2,265.60 | 2,265.60 | - |
| 9/29/2005 | 71389 | PEDP4020147 | 2,265.60 | | 2,265.60 | 2,265.60 | - |
| 9/29/2005 | 71390 | PEDP4020147 | 2,265.60 | | 2,265.60 | 2,265.60 | - |
| 9/29/2005 | 71391 | PEDP4020147 | 2,265.60 | | 2,265.60 | 2,265.60 | - |
| 9/29/2005 | 71392 | PEDP4020147 | 566.40 | | 566.40 | 566.40 | - |
| 9/29/2005 | 71393 | PEDP4020147 | 702.25 | | 702.25 | | 702.25 |
| 9/29/2005 | 71394 | PEDP4020147 | 288.16 | | 288.16 | 288.16 | - |
| 9/30/2005 | 71396 | PEDP4020147 | 37,906.96 | | 37,906.96 | 37,906.96 | - |
| 9/30/2005 | 71398 | PEDP4020147 | 452.83 | | 452.83 | 452.83 | - |
| 9/30/2005 | 71400 | PEDP4020147 | 283.20 | | 283.20 | | 283.20 |
| 9/30/2005 | 71401 | PEDP4020147 | 963.09 | | 963.09 | | 963.09 |
| 9/30/2005 | 71402 | PEDP4020147 | 148.18 | | 148.18 | 148.18 | - |
| 10/3/2005 | 71405 | PEDP4020147 | 329.33 | | 329.33 | | 329.33 |
| 10/4/2005 | 71406 | PEDP4020147 | 8,233.20 | | 8,233.20 | | 8,233.20 |
| 10/4/2005 | 71407 | PEDP4020147 | 3,798.47 | | 3,798.47 | | 3,798.47 |
| 10/11/2005 | 71415 | PEDP4020147 | 3,471.12 | | 3,471.12 | | 3,471.12 |
| 10/3/2005 | AFC41222 | | (108,281.72) | | (108,281.72) | | (108,281.72) |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 9/20/2005 | 174190 | PEDP4020192 | (10,355.00) | | (10,355.00) | | (10,355.00) |
| 8/5/2004 | 157884 | PEDP4020006 | 1,973.32 | | 1,973.32 | | 1,973.32 |
| 12/20/2004 | 163429 | PEDP4020006 | 1,564.96 | | 1,564.96 | | 1,564.96 |
| 12/22/2004 | 163550 | PEDP4020006 | 15,609.24 | | 15,609.24 | | 15,609.24 |
| 12/28/2004 | 163609 | PEDP4020006 | 3,704.08 | | 3,704.08 | | 3,704.08 |
| 3/9/2005 | 166216 | PEDP4020192 | 12,576.75 | 9,124.71 | 3,452.04 | | 3,452.04 |
| 4/19/2005 | 167828 | PEDP4020146 | 1,131.75 | 997.95 | 133.80 | | 133.80 |
| 4/19/2005 | 167839 | PEDP4020146 | 7,410.75 | 6,697.15 | 713.60 | | 713.60 |
| 4/22/2005 | 168015 | PEDP4020146 | 4,036.75 | 3,947.55 | 89.20 | | 89.20 |
| 4/25/2005 | 168083 | PEDP4020146 | 2,268.50 | 2,223.90 | 44.60 | | 44.60 |
| 4/26/2005 | 168167 | PEDP4020146 | 8,205.00 | 8,160.40 | 44.60 | | 44.60 |
| 4/26/2005 | 188188 | PEDP4020192 | 2,808.50 | 931.00 | 1,877.50 | | 1,877.50 |
| 4/27/2005 | 168238 | PEDP4020146 | 4,189.50 | 4,100.30 | 89.20 | | 89.20 |
| 4/28/2005 | 168292 | PEDP4020146 | 7,236.25 | 7,147.05 | 89.20 | | 89.20 |
| 4/29/2005 | 168343 | PEDP4020146 | 5,865.25 | 5,731.45 | 133.80 | | 133.80 |
| 5/3/2005 | 168474 | PEDP4020146 | 5,071.50 | 4,937.70 | 133.80 | | 133.80 |
| 5/4/2005 | 168508 | PEDP4020146 | 12,381.85 | 11,065.85 | 1,316.00 | | 1,316.00 |
| 5/5/2005 | 168566 | PEDP4020146 | 7,236.50 | 7,102.70 | 133.80 | | 133.80 |
| 5/5/2005 | 168592 | PEDP4020146 | 11,165.25 | 10,986.85 | 178.40 | | 178.40 |
| 5/5/2005 | 168612 | PEDP4020146 | 1,116.50 | 941.50 | 175.00 | | 175.00 |
| 5/5/2005 | 168613 | PEDP4020146 | 1,769.50 | 1,724.90 | 44.60 | | 44.60 |
| 5/6/2006 | 168639 | PEDP4020146 | 603.75 | 559.15 | 44.60 | | 44.60 |
| 5/6/2005 | 168647 | PEDP4020146 | 6,853.50 | 6,764.30 | 89.20 | | 89.20 |
| 5/9/2005 | 168714 | PEDP4020146 | 710.38 | 497.38 | 213.00 | | 213.00 |
| 5/9/2005 | 168736 | PEDP4020146 | 6,670.00 | 6,580.80 | 89.20 | | 89.20 |
| 5/9/2005 | 168756 | PEDP4020146 | 7,381.88 | 5,952.25 | 1,429.63 | | 1,429.63 |
| 5/10/2005 | 168788 | PEDP4020146 | 11,570.75 | 11,347.75 | 223.00 | | 223.00 |
| 5/12/2005 | 168896 | PEDP4020146 | 1,436.75 | 1,347.55 | 89.20 | | 89.20 |
| 5/12/2005 | 168899 | PEDP4020146 | 4,322.63 | 4,233.43 | 89.20 | | 89.20 |
| 5/12/2005 | 168900 | PEDP4020146 | 970.00 | 925.40 | 44.60 | | 44.60 |
| 5/12/2005 | 168913 | PEDP4020146 | 2,810.74 | 2,758.04 | 52.70 | | 52.70 |
| 5/13/2005 | 168950 | PEDP4020146 | 8,594.75 | 8,282.55 | 312.20 | | 312.20 |
| 5/16/2005 | 169025 | PEDP4020146 | 213.00 | | 213.00 | | 213.00 |
| 5/16/2005 | 169029 | PEDP4020146 | 11,658.75 | 11,614.15 | 44.60 | | 44.60 |
| 5/17/2005 | 169106 | PEDP4020146 | 7,016.25 | 6,837.85 | 178.40 | | 178.40 |
| 5/18/2005 | 169179 | PEDP4020146 | 9,192.00 | 9,147.40 | 44.60 | | 44.60 |
| 5/18/2005 | 169191 | PEDP4020146 | 5,055.85 | 3,742.54 | 1,313.31 | | 1,313.31 |
| 5/19/2005 | 169220 | PEDP4020146 | 1,888.75 | 1,754.95 | 133.80 | | 133.80 |
| 5/19/2005 | 169225 | PEDP4020146 | 5,601.75 | 5,512.55 | 89.20 | | 89.20 |
| 5/20/2005 | 169285 | PEDP4020146 | 7,274.00 | 7,184.80 | 89.20 | | 89.20 |
| 5/23/2005 | 169370 | PEDP4020146 | 9,532.75 | 9,488.15 | 44.60 | | 44.60 |
| 5/27/2005 | 169653 | PEDP4020192 | 3,160.00 | 1,963.36 | 1,196.64 | | 1,196.64 |
| 5/31/2005 | 169691 | PEDP4020146 | 2,550.13 | 2,505.53 | 44.60 | | 44.60 |
| 5/31/2005 | 169698 | PEDP4020146 | 9,902.25 | 9,367.05 | 535.20 | | 535.20 |
| 6/1/2005 | 169767 | PEDP4020146 | 4,642.00 | 4,597.40 | 44.60 | | 44.60 |
| 6/1/2005 | 169774 | PEDP4020192 | 1,506.50 | 1,389.83 | 116.67 | | 116.67 |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 6/2/2005 | 169840 | PEDP4020146 | 6,789.75 | 6,700.55 | 89.20 | | 89.20 |
| 6/3/2005 | 169890 | PEDP4020146 | 8,190.00 | 8,100.80 | 89.20 | | 89.20 |
| 6/3/2005 | 169892 | PEDP4020146 | 1,690.00 | | 1,690.00 | | 1,690.00 |
| 6/3/2005 | 169894 | PEDP4020146 | 245.50 | | 245.50 | | 245.50 |
| 6/3/2005 | 169914 | PEDP4020146 | 5,249.50 | 4,981.90 | 267.60 | | 267.60 |
| 6/6/2005 | 169954 | PEDP4020146 | 1,946.63 | 1,812.83 | 133.80 | | 133.80 |
| 6/6/2005 | 169988 | PEDP4020146 | 12,487.00 | 12,308.60 | 178.40 | | 178.40 |
| 6/6/2005 | 169994 | PEDP4020146 | 199.75 | | 199.75 | | 199.75 |
| 6/8/2005 | 170077 | PEDP4020146 | 6,740.25 | 6,606.45 | 133.80 | | 133.80 |
| 6/8/2005 | 170098 | PEDP4020146 | 1,239.00 | | 1,239.00 | | 1,239.00 |
| 6/9/2005 | 170138 | PEDP4020146 | 564.00 | 519.40 | 44.60 | | 44.60 |
| 6/9/2005 | 170149 | PEDP4020146 | 1,653.50 | 1,564.30 | 89.20 | | 89.20 |
| 6/10/2005 | 170189 | PEDP4020146 | 6,466.20 | 6,377.00 | 89.20 | | 89.20 |
| 6/10/2005 | 170215 | PEDP4020146 | 5,561.50 | 5,472.30 | 89.20 | | 89.20 |
| 6/10/2005 | 170243 | PEDP4020146 | 9,474.42 | 9,310.84 | 163.58 | | 163.58 |
| 6/13/2004 | 170284 | PEDP4020146 | 12,673.50 | 12,495.10 | 178.40 | | 178.40 |
| 6/13/2005 | 170303 | PEDP4020146 | 750.00 | 564.00 | 186.00 | | 186.00 |
| 6/14/2006 | 170336 | PEDP4020146 | 3,476.25 | 3,431.65 | 44.60 | | 44.60 |
| 6/14/2005 | 170342 | PEDP4020146 | 534.00 | | 534.00 | | 534.00 |
| 6/15/2005 | 170387 | PEDP4020146 | 361.00 | 180.50 | 180.50 | | 180.50 |
| 6/15/2005 | 170405 | PEDP4020146 | 4,668.45 | 3,893.38 | 775.07 | | 775.07 |
| 6/16/2005 | 170452 | PEDP4020146 | 9,538.85 | 9,337.85 | 201.00 | | 201.00 |
| 6/17/2005 | 170508 | PEDP4020146 | 9,071.00 | 8,872.25 | 198.75 | | 198.75 |
| 6/20/2005 | 170586 | PEDP4020146 | 7,716.75 | 7,672.15 | 44.60 | | 44.60 |
| 6/22/2005 | 170682 | PEDP4020146 | 426.00 | | 426.00 | | 426.00 |
| 6/23/2005 | 170734 | PEDP4020146 | 634.50 | 589.90 | 44.60 | | 44.60 |
| 6/24/2005 | 170794 | PEDP4020192 | 6,020.29 | 5,881.08 | 139.21 | | 139.21 |
| 6/27/2005 | 170862 | PEDP4020146 | 1,159.00 | | 1,159.00 | | 1,159.00 |
| 6/28/2005 | 170910 | PEDP4020146 | 729.00 | 595.20 | 133.80 | | 133.80 |
| 6/29/2005 | 170974 | PEDP4020146 | 319.88 | 275.28 | 44.60 | | 44.60 |
| 6/30/2005 | 171024 | PEDP4020146 | 888.00 | 843.40 | 44.60 | | 44.60 |
| 6/30/2005 | 171045 | PEDP4020146 | 27,621.75 | 27,354.15 | 267.60 | | 267.60 |
| 7/1/2005 | 171096 | PEDP4020146 | 243.00 | 198.40 | 44.60 | | 44.60 |
| 7/5/2005 | 171144 | PEDP4020146 | 1,020.00 | 930.80 | 89.20 | | 89.20 |
| 7/11/2005 | 171367 | PEDP4020192 | 2,745.00 | 1,700.08 | 1,044.92 | | 1,044.92 |
| 7/15/2005 | 171510 | PEDP4020192 | 7,817.25 | 7,300.14 | 517.11 | | 517.11 |
| 7/15/2005 | 171516 | PEDP4020146 | 40,982.25 | 40,402.45 | 579.80 | | 579.80 |
| 7/19/2005 | 171647 | PEDP4020146 | 8,180.25 | 7,957.25 | 223.00 | | 223.00 |
| 7/19/2005 | 171664 | PEDP4020146 | 2,026.25 | 1,703.88 | 322.37 | | 322.37 |
| 7/20/2005 | 171708 | PEDP4020146 | 871.50 | 826.90 | 44.60 | | 44.60 |
| 7/20/2005 | 171709 | PEDP4020146 | 6,006.00 | 5,827.60 | 178.40 | | 178.40 |
| 7/21/2005 | 171772 | PEDP4020146 | 6,480.00 | 6,390.80 | 89.20 | | 89.20 |
| 7/22/2005 | 171834 | PEDP4020146 | 3,587.25 | 3,542.65 | 44.60 | | 44.60 |
| 7/25/2005 | 171867 | PEDP4020146 | 2,301.00 | | 2,301.00 | | 2,301.00 |
| 7/25/2005 | 171889 | PEDP4020146 | 9,330.00 | 9,151.60 | 178.40 | | 178.40 |
| 7/26/2005 | 171948 | PEDP4020146 | 11,600.25 | 11,377.25 | 223.00 | | 223.00 |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 7/27/2005 | 171992 | PEDP4020146 | 12,896.25 | 12,673.25 | 223.00 | | 223.00 |
| 7/27/2005 | 172020 | PEDP4020146 | 13,307.63 | 12,755.95 | 551.68 | | 551.68 |
| 7/28/2005 | 172052 | PEDP4020146 | 7,105.50 | 6,971.70 | 133.80 | | 133.80 |
| 7/28/2005 | 172059 | PEDP4020192 | 6,440.13 | 5,973.27 | 466.86 | | 466.86 |
| 7/29/2005 | 172083 | PEDP4020146 | 8,045.63 | 7,956.43 | 89.20 | | 89.20 |
| 7/29/2005 | 172125 | PEDP4020146 | 3,453.00 | 3,408.40 | 44.60 | | 44.60 |
| 8/1/2005 | 172174 | PEDP4020146 | 2,434.50 | 2,389.90 | 44.60 | | 44.60 |
| 8/3/2005 | 172274 | PEDP4020146 | 4,121.25 | 4,076.65 | 44.60 | | 44.60 |
| 8/5/2005 | 172384 | PEDP4020146 | 11,852.25 | 11,450.85 | 401.40 | | 401.40 |
| 8/8/2005 | 172445 | PEDP4020146 | 8,983.00 | 8,849.20 | 133.80 | | 133.80 |
| 8/8/2005 | 172456 | PEDP4020146 | 459.00 | | 459.00 | | 459.00 |
| 8/10/2005 | 172582 | PEDP4020146 | 6,392.25 | 6,347.65 | 44.60 | | 44.60 |
| 8/11/2005 | 172648 | PEDP4020146 | 6,924.00 | 6,656.40 | 267.60 | | 267.60 |
| 8/12/2005 | 172686 | PEDP4020146 | 10,410.00 | 10,320.80 | 89.20 | | 89.20 |
| 8/12/2005 | 172711 | PEDP4020146 | 4,357.61 | 835.50 | 3,522.11 | | 3,522.11 |
| 8/15/2005 | 172746 | PEDP4020146 | 13,419.00 | 13,196.00 | 223.00 | | 223.00 |
| 8/16/2005 | 172836 | PEDP4020146 | 5,692.50 | 5,558.70 | 133.80 | | 133.80 |
| 8/17/2005 | 172863 | PEDP4020146 | 8,567.00 | 8,522.40 | 44.60 | | 44.60 |
| 8/17/2005 | 172882 | PEDP4020146 | 4,285.13 | 4,195.93 | 89.20 | | 89.20 |
| 8/18/2005 | 172922 | PEDP4020146 | 7,554.00 | 7,464.80 | 89.20 | | 89.20 |
| 8/18/2005 | 172930 | PEDP4020192 | 2,595.50 | 1,759.56 | 835.94 | | 835.94 |
| 8/19/2005 | 172981 | PEDP4020146 | 9,219.75 | 9,039.25 | 180.50 | | 180.50 |
| 8/22/2005 | 173038 | PEDP4020146 | 7,922.25 | 7,578.11 | 344.14 | | 344.14 |
| 8/23/2005 | 173100 | PEDP4020146 | 5,310.00 | 5,168.60 | 141.40 | | 141.40 |
| 8/23/2005 | 173107 | PEDP4020192 | 8,955.13 | 8,012.32 | 942.81 | | 942.81 |
| 8/24/2005 | 173160 | PEDP4020146 | 6,054.00 | 5,905.16 | 148.84 | | 148.84 |
| 8/24/2005 | 173169 | PEDP4020146 | 5,955.48 | 5,171.80 | 783.68 | | 783.68 |
| 8/25/2005 | 173216 | PEDP4020146 | 8,064.00 | 7,895.06 | 168.94 | | 168.94 |
| 8/25/2005 | 173226 | PEDP4020192 | 10,335.11 | 9,335.00 | 1,000.11 | | 1,000.11 |
| 8/26/2005 | 173269 | PEDP4020146 | 7,743.00 | 7,577.26 | 165.74 | | 165.74 |
| 8/26/2005 | 173283 | PEDP4020192 | 3,054.50 | 2,952.14 | 102.36 | | 102.36 |
| 8/30/2005 | 173387 | PEDP4020146 | 7,248.00 | 6,910.60 | 337.40 | | 337.40 |
| 8/30/2005 | 173403 | PEDP4020192 | 4,818.00 | 3,099.53 | 1,718.47 | | 1,718.47 |
| 8/31/2005 | 173430 | PEDP4020146 | 9,171.00 | 8,946.84 | 224.16 | | 224.16 |
| 8/31/2005 | 173446 | PEDP4020192 | 2,190.00 | 1,443.97 | 746.03 | | 746.03 |
| 9/1/2005 | 173482 | PEDP4020146 | 8,524.94 | 8,130.61 | 394.33 | | 394.33 |
| 9/1/2005 | 173497 | PEDP4020146 | 5,481.75 | 5,338.62 | 143.13 | | 143.13 |
| 9/1/2005 | 173499 | PEDP4020146 | 2,578.13 | | 2,578.13 | | 2,578.13 |
| 9/1/2005 | 173514 | PEDP4020146 | 9,178.75 | 8,045.43 | 1,133.32 | | 1,133.32 |
| 9/2/2005 | 173531 | PEDP4020146 | 1,310.88 | 1,165.31 | 145.57 | | 145.57 |
| 9/2/2005 | 173536 | PEDP4020146 | 5,390.44 | 5,099.44 | 291.00 | | 291.00 |
| 9/2/2005 | 173538 | PEDP4020146 | 6,231.75 | 6,081.13 | 150.62 | | 150.62 |
| 9/2/2005 | 173544 | PEDP4020192 | 2,163.00 | 2,115.60 | 47.40 | | 47.40 |
| 9/6/2005 | 173592 | PEDP4020146 | 1,067.88 | 968.89 | 98.99 | | 98.99 |
| 9/6/2005 | 173597 | PEDP4020146 | 8,749.50 | 8,441.24 | 308.26 | | 308.26 |
| 9/6/2005 | 173625 | PEDP4020192 | 1,508.00 | 1,271.08 | 236.92 | | 236.92 |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 9/7/2005 | 173681 | PEDP4020146 | 8,328.75 | 8,113.02 | 215.73 | | 215.73 |
| 9/7/2005 | 173702 | PEDP4020147 | 957.00 | | 957.00 | | 957.00 |
| 9/8/2005 | 173729 | PEDP4020146 | 6,270.38 | 6,119.37 | 151.01 | | 151.01 |
| 9/8/2005 | 173746 | PEDP4020192 | 4,529.49 | 4,244.11 | 285.38 | | 285.38 |
| 9/9/2005 | 173784 | PEDP4020192 | 729.00 | 589.25 | 139.75 | | 139.75 |
| 9/12/2005 | 173867 | PEDP4020192 | 6,978.00 | 1,802.19 | 5,175.81 | | 5,175.81 |
| 9/13/2005 | 173921 | PEDP4020192 | 402.00 | 364.06 | 37.94 | | 37.94 |
| 9/14/2005 | 173990 | PEDP4020192 | 6,103.25 | 5,729.13 | 374.12 | | 374.12 |
| 9/16/2005 | 174083 | PEDP4020192 | 10,634.99 | 10,237.77 | 397.22 | | 397.22 |
| 9/19/2005 | 174155 | PEDP4020192 | 8,114.18 | 7,429.88 | 684.30 | | 684.30 |
| 9/20/2005 | 174191 | RMA50084 | (198.51) | | (198.51) | | (198.51) |
| 9/21/2005 | 174270 | PEDP4020192 | 5,364.50 | 3,680.33 | 1,684.17 | | 1,684.17 |
| 9/22/2005 | 174338 | PEDP4020146 | 491.00 | | 491.00 | | 491.00 |
| 9/22/2005 | 174347 | PEDP4020192 | 8,910.75 | | 8,910.75 | | 8,910.75 |
| 9/23/2005 | 174357 | PEDP4020146 | 3,900.00 | | 3,900.00 | | 3,900.00 |
| 9/23/2005 | 174366 | PEDP4020146 | 134.25 | | 134.25 | | 134.25 |
| 9/23/2005 | 174383 | PEDP4020146 | 299.63 | | 299.63 | | 299.63 |
| 9/23/2005 | 174391 | PEDP4020146 | 4,355.50 | 2,454.22 | 1,901.28 | | 1,901.28 |
| 9/23/2005 | 174397 | PEDP4020146 | 805.50 | | 805.50 | | 805.50 |
| 9/26/2005 | 174409 | PEDP4020146 | 5,877.00 | | 5,877.00 | | 5,877.00 |
| 9/26/2005 | 174411 | PEDP4020146 | 134.25 | | 134.25 | | 134.25 |
| 9/26/2005 | 174412 | PEDP4020146 | 579.88 | | 579.88 | | 579.88 |
| 9/26/2005 | 174413 | PEDP4020146 | 402.75 | | 402.75 | | 402.75 |
| 9/26/2005 | 174414 | PEDP4020146 | 273.50 | | 273.50 | | 273.50 |
| 9/26/2005 | 174415 | PEDP4020146 | 1,611.00 | | 1,611.00 | | 1,611.00 |
| 9/26/2005 | 174435 | PEDP4020146 | 8,850.75 | | 8,850.75 | | 8,850.75 |
| 9/26/2005 | 174445 | PEDP4020146 | 606.00 | | 606.00 | | 606.00 |
| 9/27/2005 | 174462 | PEDP4020146 | 7,412.49 | | 7,412.49 | | 7,412.49 |
| 9/27/2005 | 174473 | PEDP4020146 | 76.88 | | 76.88 | | 76.88 |
| 9/27/2005 | 174474 | PEDP4020146 | 3,509.88 | | 3,509.88 | | 3,509.88 |
| 9/27/2005 | 174483 | PEDP4020146 | 1,977.50 | | 1,977.50 | | 1,977.50 |
| 9/27/2005 | 174485 | PEDP4020146 | 7,934.25 | | 7,934.25 | | 7,934.25 |
| 9/27/2005 | 174496 | PEDP4020192 | 2,703.87 | | 2,703.87 | | 2,703.87 |
| 9/27/2005 | 174500 | PEDP4020146 | 245.50 | | 245.50 | | 245.50 |
| 9/27/2005 | 174501 | PEDP4020146 | 491.00 | | 491.00 | | 491.00 |
| 9/27/2005 | 174502 | PEDP4020146 | 1,227.50 | | 1,227.50 | | 1,227.50 |
| 9/28/2005 | 174512 | PEDP4020146 | 9,156.38 | | 9,156.38 | 9,156.38 | - |
| 9/28/2005 | 174522 | PEDP4020146 | 375.50 | | 375.50 | 375.50 | - |
| 9/28/2005 | 174523 | PEDP4020146 | 1,798.38 | | 1,798.38 | 1,798.38 | - |
| 9/28/2005 | 174526 | PEDP4020146 | 6,792.00 | | 6,792.00 | 6,792.00 | - |
| 9/28/2005 | 174540 | PEDP4020146 | 736.50 | | 736.50 | 736.50 | - |
| 9/28/2005 | 174542 | PEDP4020146 | 134.25 | | 134.25 | 134.25 | - |
| 9/28/2005 | 174544 | PEDP4020146 | 245.50 | | 245.50 | 245.50 | - |
| 9/28/2005 | 174546 | PEDP4020146 | 491.00 | | 491.00 | 491.00 | - |
| 9/28/2005 | 174548 | PEDP4020146 | 268.50 | | 268.50 | 268.50 | - |
| 9/28/2005 | 174554 | PEDP4020146 | 656.25 | | 656.25 | 656.25 | - |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 9/28/2005 | 174556 PEDP4020146 | | 1,480.50 | | 1,480.50 | 1,480.50 | - |
| 9/28/2005 | 174557 PEDP4020146 | | 150.00 | | 150.00 | 150.00 | - |
| 9/29/2005 | 174572 PEDP4020146 | | 5,970.75 | | 5,970.75 | 5,970.75 | - |
| 9/29/2005 | 174576 PEDP4020146 | | 3,742.25 | | 3,742.25 | 3,742.25 | - |
| 9/29/2005 | 174579 PEDP4020146 | | 93.00 | | 93.00 | 93.00 | - |
| 9/29/2005 | 174581 PEDP4020146 | | 5,999.25 | | 5,999.25 | 5,999.25 | - |
| 9/29/2005 | 174583 PEDP4020146 | | 375.50 | | 375.50 | 375.50 | - |
| 9/29/2005 | 174592 PEDP4020146 | | 6,475.00 | | 6,475.00 | 6,475.00 | - |
| 9/29/2005 | 174596 PEDP4020146 | | 245.50 | | 245.50 | 245.50 | - |
| 9/29/2005 | 174604 PEDP4020192 | | 6,286.12 | | 6,286.12 | 6,286.12 | - |
| 9/29/2005 | 174606 PEDP4020146 | | 2,711.75 | | 2,711.75 | 2,711.75 | - |
| 9/29/2005 | 174607 PEDP4020146 | | 493.50 | | 493.50 | 493.50 | - |
| 9/29/2005 | 174608 PEDP4020146 | | 134.25 | | 134.25 | 134.25 | - |
| 9/29/2005 | 174609 PEDP4020146 | | 964.25 | | 964.25 | 964.25 | - |
| 9/29/2005 | 174614 PEDP4020146 | | 303.00 | | 303.00 | 303.00 | - |
| 9/29/2005 | 174617 PEDP4020146 | | 491.00 | | 491.00 | 491.00 | - |
| 9/29/2005 | 174623 PEDP4020146 | | 329.00 | | 329.00 | 329.00 | - |
| 9/30/2005 | 174625 PEDP4020146 | | 10,372.18 | | 10,372.18 | 10,372.18 | - |
| 9/30/2005 | 174626 PEDP4020146 | | 4,105.50 | | 4,105.50 | 4,105.50 | - |
| 9/30/2005 | 174627 PEDP4020146 | | 5,189.32 | | 5,189.32 | 5,189.32 | - |
| 9/30/2005 | 174636 PEDP4020146 | | 7,775.75 | | 7,775.75 | 7,775.75 | - |
| 9/30/2005 | 174639 PEDP4020146 | | 240.00 | | 240.00 | 240.00 | - |
| 9/30/2005 | 174643 PEDP4020146 | | 146.25 | | 146.25 | 146.25 | - |
| 9/30/2005 | 174644 PEDP4020146 | | 874.50 | | 874.50 | 874.50 | - |
| 9/30/2005 | 174649 PEDP4020146 | | 134.25 | | 134.25 | 134.25 | - |
| 9/30/2005 | 174655 PEDP4020146 | | 491.00 | | 491.00 | 491.00 | - |
| 9/30/2005 | 174665 PEDP4020192 | | 3,581.75 | | 3,581.75 | 3,581.75 | - |
| 9/30/2005 | 174672 PEDP4020146 | | 987.00 | | 987.00 | 987.00 | - |
| 9/30/2005 | 174679 PEDP4020146 | | 181.00 | | 181.00 | 181.00 | - |
| 9/30/2005 | 174689 PEDP4020146 | | 303.00 | | 303.00 | 303.00 | - |
| 9/30/2005 | 174690 PEDP4020146 | | 207.50 | | 207.50 | 207.50 | - |
| 10/1/2005 | 174709 PEDP4020146 | | 1,974.00 | | 1,974.00 | 1,974.00 | - |
| 10/3/2005 | 174710 PEDP4020146 | | 9,307.49 | | 9,307.49 | 9,307.49 | - |
| 10/3/2005 | 174711 PEDP4020146 | | 4,814.75 | | 4,814.75 | 4,814.75 | - |
| 10/3/2005 | 174719 PEDP4020146 | | 1,500.00 | | 1,500.00 | 1,500.00 | - |
| 10/3/2005 | 174722 PEDP4020146 | | 7,366.19 | | 7,366.19 | 7,366.19 | - |
| 10/3/2005 | 174728 PEDP4020146 | | 360.75 | | 360.75 | 360.75 | - |
| 10/3/2005 | 174729 PEDP4020146 | | 1,088.13 | | 1,088.13 | 1,088.13 | - |
| 10/3/2005 | 174730 PEDP4020146 | | 229.50 | | 229.50 | 229.50 | - |
| 10/3/2005 | 174756 PEDP4020146 | | 2,503.50 | | 2,503.50 | 2,503.50 | - |
| 10/4/2005 | 174757 PEDP4020146 | | 12,816.96 | | 12,816.96 | 12,816.96 | - |
| 10/4/2005 | 174758 PEDP4020146 | | 3,655.58 | | 3,655.58 | 3,655.58 | - |
| 10/4/2005 | 174759 PEDP4020146 | | 4,834.50 | | 4,834.50 | 4,834.50 | - |
| 10/4/2005 | 174760 PEDP4020146 | | 6,845.25 | | 6,845.25 | 6,845.25 | - |
| 10/4/2005 | 174779 PEDP4020146 | | 2,920.25 | | 2,920.25 | 2,920.25 | - |
| 10/4/2005 | 174782 PEDP4020192 | | 1,036.00 | | 1,036.00 | 1,036.00 | - |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Packard Electrical Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 342 Reclamation Claim | General Claim |
|---|---|---|---|---|---|---|---|
| 10/5/2005 | 174805 | PEDP4020146 | 11,121.48 | | 11,121.48 | 11,121.48 | - |
| 10/5/2005 | 174806 | PEDP4020146 | 2,183.32 | | 2,183.32 | 2,183.32 | - |
| 10/5/2005 | 174807 | PEDP4020146 | 2,196.00 | | 2,196.00 | 2,196.00 | - |
| 10/5/2005 | 174828 | PEDP4020146 | 2,295.00 | | 2,295.00 | 2,295.00 | - |
| 10/5/2005 | 174846 | PEDP4020146 | 1,316.00 | | 1,316.00 | 1,316.00 | - |
| 10/6/2005 | 174847 | PEDP4020146 | 11,204.00 | | 11,204.00 | 11,204.00 | - |
| 10/6/2005 | 174848 | PEDP4020146 | 5,008.74 | | 5,008.74 | 5,008.74 | - |
| 10/6/2005 | 174849 | PEDP4020146 | 182.40 | | 182.40 | 182.40 | - |
| 10/6/2005 | 174850 | PEDP4020146 | 3,457.38 | | 3,457.38 | 3,457.38 | - |
| 10/6/2005 | 174903 | PEDP4020146 | 2,503.25 | | 2,503.25 | 2,503.25 | - |
| 10/7/2005 | 174908 | PEDP4020146 | 10,720.70 | | 10,720.70 | 10,720.70 | - |
| 10/7/2005 | 174909 | PEDP4020146 | 7,297.50 | | 7,297.50 | 7,297.50 | - |
| 10/7/2005 | 174910 | PEDP4020146 | 182.40 | | 182.40 | 182.40 | - |
| 10/7/2005 | 174911 | PEDP4020146 | 1,023.38 | | 1,023.38 | 1,023.38 | - |
| 10/1/2005 | AFC45851 | | (180,227.60) | | (180,227.60) | | (180,227.60) |
| | | | 1,101,161.19 | 784,043.33 | 317,117.86 | 263,044.57 | 54,073.29 |

Copies of invoices are enclosed.

*Agrees with amount used on disagreement with their original reclamation settlement. Extension is through 8-9-06 for them to resolve claim.*

UNITED STATES BANKRUPTCY COURT _____   DISTRICT OF _____   PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| Delphi Corporation | 05-44481 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Lexington Rubber Group Inc

Name and address where notices should be sent:

Lexington Rubber Group Inc
Lexington Connector Seals
1510 Ridge Rd
Vienna OH 44473-970

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim, dated:_____

**1. Basis for Claim**

☑ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #:
Unpaid compensation for services performed
from _____ to _____
   (date)          (date)

**2. Date debt was incurred:**
8-29-2005 through 10-7-2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 29468.17      12451.01      41919.98
   (unsecured)      (secured)   (priority)   (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle
☐ Other _____

Value of Collateral:   $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any:   $ _____

**6. Unsecured Nonpriority Claim** $ 29468.17

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**

☑ Check this box if you have an unsecured priority claim

Amount entitled to priority $ 12451.81

Specify the priority of the claim:

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).

☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).

☑ Other — Specify applicable paragraph of 11 U.S.C. § 507(a)( / ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

05444810604101916271070047

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Energy & Chassis Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 239 Reclamation Settlement | General Claim |
|---|---|---|---|---|---|---|---|
| 9/19/2005 | 40732 | D0550015750 | 2,037.31 | | 2,037.31 | | 2,037.31 |
| 9/20/2005 | 40743 | D0550015750 | 3,395.52 | | 3,395.52 | | 3,395.52 |
| 9/21/2005 | 40765 | D0550015750 | 2,716.42 | | 2,716.42 | | 2,716.42 |
| 9/27/2005 | 40812 | D0550015750 | 2,716.42 | | 2,716.42 | | 2,716.42 |
| 9/28/2005 | 40823 | D0550015750 | 3,395.52 | | 3,395.52 | 3,395.52 | - |
| 9/29/2005 | 40836 | D0550015750 | 2,716.42 | | 2,716.42 | 2,716.42 | - |
| 9/30/2005 | 40847 | D0550015750 | 2,716.42 | | 2,716.42 | 1,638.06 | 1,078.36 |
| 9/30/2004 | 160415 | D0550005582 | 450.44 | 225.22 | 225.22 | | 225.22 |
| 12/15/2004 | 163272 | D0550007341 | 459.16 | 445.40 | 13.76 | | 13.76 |
| 12/20/2004 | 163440 | D0550007341 | 1,836.64 | | 1,836.64 | | 1,836.64 |
| 12/23/2004 | 163570 | D0550037567 | 287.11 | 244.51 | 42.60 | | 42.60 |
| 1/6/2005 | 163839 | D0550037567 | 287.11 | 244.51 | 42.60 | | 42.60 |
| 1/13/2005 | 164123 | D0550037567 | 660.00 | 574.80 | 85.20 | | 85.20 |
| 1/14/2005 | 164170 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 1/17/2005 | 164201 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 1/18/2005 | 164259 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 1/20/2005 | 164360 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 1/25/2005 | 164531 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 1/26/2005 | 164603 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 1/27/2005 | 164642 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 1/31/2005 | 164780 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 2/3/2005 | 164940 | D0550037567 | 660.00 | 574.80 | 85.20 | | 85.20 |
| 2/4/2005 | 164987 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 2/8/2005 | 165108 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 2/10/2005 | 165201 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 2/21/2005 | 165623 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 2/22/2005 | 165680 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 2/25/2005 | 165813 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 3/1/2005 | 165923 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 3/3/2005 | 166033 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 3/9/2005 | 166246 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 3/16/2005 | 166478 | D0550037567 | 990.00 | 862.20 | 127.80 | | 127.80 |
| 3/21/2005 | 166676 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 3/22/2005 | 166749 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 3/29/2005 | 166958 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 3/29/2005 | 167004 | D0550009924 | 55.60 | 53.93 | 1.67 | | 1.67 |
| 3/31/2005 | 167063 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/1/2005 | 167132 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/4/2005 | 167188 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/7/2005 | 167388 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/8/2005 | 167426 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/11/2005 | 167483 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/12/2005 | 167556 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/18/2005 | 167819 | ALERT #5073 | (1,358.47) | | (1,358.47) | | (1,358.47) |
| 4/21/2005 | 167959 | D0550037567 | 434.00 | 391.40 | 42.60 | | 42.60 |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Energy & Chassis Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 239 Reclamation Settlement | General Claim |
|---|---|---|---|---|---|---|---|
| 4/25/2005 | 168102 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/26/2005 | 168176 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 4/28/2005 | 168274 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 5/2/2005 | 168408 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 5/5/2005 | 168574 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 5/9/2005 | 168718 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 5/11/2005 | 168877 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 5/17/2005 | 169092 | D0550037567 | 660.00 | 574.80 | 85.20 | | 85.20 |
| 5/17/2005 | 169099 | RMA50043 | (64.14) | | (64.14) | | (64.14) |
| 5/19/2005 | 169258 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 5/23/2005 | 169371 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 5/31/2005 | 169726 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 6/1/2005 | 169770 | D0550005582 | 225.22 | | 225.22 | | 225.22 |
| 6/2/2005 | 169820 | D0550037567 | 434.00 | 391.40 | 42.60 | | 42.60 |
| 6/3/2005 | 169885 | D0550037567 | 660.00 | 574.80 | 85.20 | | 85.20 |
| 6/6/2005 | 169983 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 6/7/2005 | 170026 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 6/10/2005 | 170194 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 6/13/2005 | 170266 | D0550037567 | 660.00 | 574.80 | 85.20 | | 85.20 |
| 6/15/2005 | 170429 | D0550009924 | 53.93 | | 53.93 | | 53.93 |
| 6/21/2005 | 170653 | D0550037567 | 660.00 | 574.80 | 85.20 | | 85.20 |
| 6/22/2005 | 170674 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 7/18/2005 | 171590 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 7/20/2005 | 171700 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 7/20/2005 | 171703 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 7/21/2005 | 171763 | D0550037567 | 660.00 | 574.80 | 85.20 | | 85.20 |
| 7/22/2005 | 171804 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 7/27/2005 | 171986 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 8/10/2005 | 172567 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 8/15/2005 | 172756 | D0550037567 | 990.00 | 862.20 | 127.80 | | 127.80 |
| 8/16/2005 | 172847 | D0550037567 | 990.00 | 862.20 | 127.80 | | 127.80 |
| 8/17/2005 | 172881 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 8/17/2005 | 172887 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 8/18/2005 | 172912 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 8/19/2005 | 172972 | D0550037567 | 660.00 | 574.80 | 85.20 | | 85.20 |
| 8/23/2005 | 173086 | D0550037567 | 330.00 | 287.40 | 42.60 | | 42.60 |
| 8/29/2005 | 173355 | D0550037567 | 330.00 | | 330.00 | | 330.00 |
| 8/29/2005 | 173365 | D0450123967 | 9,500.00 | | 9,500.00 | | 9,500.00 |
| 9/19/2005 | 174115 | D0550037567 | 330.00 | | 330.00 | | 330.00 |
| 9/26/2005 | 174441 | D0550007337 | 104.00 | | 104.00 | | 104.00 |
| 9/26/2005 | 174443 | D0550009924 | 377.52 | | 377.52 | | 377.52 |
| 9/27/2005 | 174461 | D0550037567 | 330.00 | | 330.00 | | 330.00 |
| 9/27/2005 | 174490 | D0550004679 | 225.22 | | 225.22 | | 225.22 |
| 9/28/2005 | 174510 | D0550037567 | 330.00 | | 330.00 | | 330.00 |
| 9/28/2005 | 174562 | D0550004679 | 225.22 | | 225.22 | | 225.22 |

Lexington Rubber Group, Inc
Delphi Automotive Systems LLC
dba Delphi Energy & Chassis Systems

| Invoice Date | Invoice # | Purchase Order # | Original Invoice | Payments Received | Amount Due | Claim 239 Reclamation Settlement | General Claim |
|---|---|---|---|---|---|---|---|
| 9/29/2005 | 174588 | D0550014212 | | | - | 706.81 | (706.81) |
| 9/30/2005 | 174684 | D0550014212 | 159.90 | | 159.90 | 159.90 | - |
| 9/30/2005 | 174688 | D0550005582 | 1,126.10 | | 1,126.10 | | 1,126.10 |
| 9/30/2005 | 174691 | D0550009924 | 377.52 | | 377.52 | 247.55 | 129.97 |
| 10/3/2005 | 174714 | D0550005582 | 1,126.10 | | 1,126.10 | 245.31 | 880.79 |
| 10/3/2005 | 174715 | D0550014212 | 159.90 | | 159.90 | 159.90 | - |
| 10/4/2005 | 174770 | D0550014212 | 159.90 | | 159.90 | 159.90 | - |
| 10/4/2005 | 174772 | D0550005582 | 1,126.10 | | 1,126.10 | 1,126.10 | - |
| 10/5/2005 | 174809 | D0550014212 | 319.80 | | 319.80 | 319.80 | - |
| 10/5/2005 | 174845 | D0550005582 | 450.44 | | 450.44 | 450.44 | - |
| 10/6/2005 | 174867 | D0550005582 | 1,126.10 | | 1,126.10 | 1,126.10 | - |
| Total | | | 65,758.45 | 23,838.77 | 41,919.68 | 12,451.81 | 29,467.87 |

Copies of invoices are enclosed.