ANDREWS KURTH LLP
Jonathan I. Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Telecopier: (212) 850-2929

Counsel to Microchip Technology, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
DPH HOLDINGS CORP., et al.,                                      :    Case No. 05-44481 (RDD)
                                                                 :
            Reorganized Debtors.                                 :    (Jointly Administered)
---------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that, Microchip Technology, Inc. ("Microchip Technology") hereby enters its appearance by and through its undersigned counsels, Andrews Kurth LLP and Snell & Wilmer L.L.P., pursuant to Bankruptcy Rules 2002, 2018, 3017, and 9007 and 11 U.S.C. §§ 342 and 1109(b), and requests that copies of all notices and pleadings, including all exhibits, given or filed in this case be given and served upon the person listed below at the following address and telephone/fax number:

> Andrews Kurth LLP
> Counsel to Microchip Technology, Inc.
> 450 Lexington Avenue, 15th Floor
> New York, New York 10017
> Telephone: (212) 850-2800
> Telecopier: (212) 850-2929
> Attn: Jonathan I. Levine, Esq.

NYC:209023.2

        Snell & Wilmer L.L.P.
        Counsel to Microchip Technology, Inc.
        One Arizona Center
        400 East Van Buren
        Phoenix, Arizona 85004
        Telephone:  (602) 382-6000
        Telecopier:  (602) 382-6070
        Attn: Steven D. Jerome, Esq.
            A. Evans O'Brien, Esq.

      PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

      This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be (a) a submission to the jurisdiction of this court by Microchip Technology or (b) a waiver of the right of Microchip Technology (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest service of process, or (v) to any other rights, claims, actions, setoffs or recoupments to which Microchip Technology is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Microchip Technology expressly reserves.

Dated:  New York, New York
        March 12, 2010

                                        ANDREWS KURTH LLP

                                        By: /s/ Jonathan I. Levine
                                        Jonathan I. Levine (JL 9674)
                                        450 Lexington Avenue
                                        New York, New York 10017
                                        Telephone Number: (212) 850-2800
                                        Facsimile Number: (212) 850-2929

                                        Counsel to Microchip Technology, Inc.

3

NYC:209023.2