Randy D. Austin, pro se
2617 Hudson Aurora Rd.
Hudson, Ohio 44236
330-655-7817
rdaustin@roadrunner.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
                                 :
    In re                        :    Chapter 11
                                 :
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)
                                 :
              Debtors,           :    (Jointly Administered)
                                 :
---------------------------------x

## RESPONSE OF RANDY D. AUSTIN TO
## OBJECTION TO CLAIM NO. 17330

On July 6, 2009, Randy D. Austin filed an Administrative Expense Claim Form against Delphi Corporation in the amount of $35,260 plus Outplacement Services.

The Claim has been assigned Claim No. 17330

Delphi has fulfilled the $35,260 claim.

Delphi has denied the Outplacement Services (Lee Hecht Harrison) specified in the Severance Agreement.

Lee Hecht Harrison verbally reported Delphi's denial of Outplacement Services the first week of July, 2009.

Lisa N. Fronk and Robert J. Spitak, both Delphi Human Resources, were contacted following the Delphi July shutdown. Both denied Lee Hecht Harrison outplacement services. The e-mail is attached.

Randy D. Austin, claimant, has accepted an employment offer November 22, 2009.

A financial remedy of $5000 is claimed.

FILED
2010 MAR -8 P 2:02
S.D.N.Y.
U.S. BANKRUPTCY COURT

Respectfully submitted,

*[signature]*

Randy D. Austin, Pro se
2617 Hudson Aurora Rd.
Hudson, Ohio  44236
330-655-7817
rdaustin@roadrunner.com


CETIFICATE OF SERVICE

A copy of the foregoing was sent by regular U.S. Mail postage prepaid this 30th day of November, 2009 to DPH Holding Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Attn President) and to counsel for the Reorganized Debtors, c/o Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Attn John Wm. Butler Jr, John K Lyons, Joseph N. Wharton).

*[signature]*

Randy D. Austin, Pro se
2617 Hudson Aurora Rd.
Hudson, Ohio  44236
330-655-7817
rdaustin@roadrunner.com

## Randy Austin

**From:** Spitak, Robert J [robert.spitak@delphi.com]
**Sent:** Wednesday, August 05, 2009 1:59 PM
**To:** rdaustin@roadrunner.com
**Subject:** RE: Lee Hecht Harrison

Randy,
I sent your question to Lisa Fronk and her reply is below.
Bob

> **From:** Randy Austin [mailto:rdaustin@roadrunner.com]
> **Sent:** Wednesday, August 05, 2009 1:11 PM
> **To:** Spitak, Robert J
> **Subject:** Lee Hecht Harrison
>
> Bob,
>
> How do I obtain the services of Lee Hecht Harrison?
>
> Randy Austin
> 330-655-7817
> rdaustin@roadrunner.com

**From:** Fronk, Lisa N
**Sent:** Wednesday, August 05, 2009 1:51 PM
**To:** Spitak, Robert J
**Subject:** FW: Lee Hecht Harrison

Please see below. Thanks.

Lisa N. Fronk
Senior Salaried Personnel Representative
Delphi Packard Electrical/Electronic Architecture
Telephone (330) 373-3414
Fax (330) 373-3450
1285 North River Road, M.S. 90H
Warren, Ohio 44483

*The information contained in this message may be privileged and confidential and thus protected from disclosure, subject to local laws and regulations. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Fronk, Lisa N
**Sent:** Friday, July 17, 2009 10:26 AM
**To:** 'rdaustin@roadrunner.com'
**Subject:** RE: Lee Hecht Harrison

Randy,

11/30/2009

The outplacement service information was described in two places in your separation package: (1) on page three under "Other Transition Assistance"; and on page seven, which is entitled "Career Transition Service". Page seven contained contact information. The package also stated (on page three) that the service should be commenced within 60 days of the date of separation. Unfortunately, the reason for denial of services is the expiration of the sixty day time period.

Lisa N. Fronk
Senior Salaried Personnel Representative
Delphi Packard Electrical/Electronic Architecture
Telephone (330) 373-3414
Fax (330) 373-3450
1285 North River Road, M.S. 90H
Warren, Ohio  44483

*The information contained in this message may be privileged and confidential and thus protected from disclosure, subject to local laws and regulations. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*

**From:** Randy Austin [mailto:rdaustin@roadrunner.com]
**Sent:** Friday, July 17, 2009 8:53 AM
**To:** Fronk, Lisa N
**Subject:** Lee Hecht Harrison

Lisa,

At a recent meeting of the Akron Job Center Networking group, John Erste mentioned that he was using Lee Hecht Harrison. John stated that he received contact information in his Delphi separation packet. I made contact with Lee Hecht Harrison using John's information who stated that Delphi denied LHH service.

The only mention of Lee Hecht Harrison in my Separation Package was in the Separation Agreement.

Please provide instructions on how to utilize the services defined by the Separation Agreement.

Randy Austin
330-655-7817
rdaustin@roadrunner.com

********************************************************************************
Note:   If the reader of this message is not the intended recipient, or an employee or agent resp
********************************************************************************
********************************************************************************
Note:   If the reader of this message is not the intended recipient, or an employee or agent resp
********************************************************************************

11/30/2009

Randy D Austin
2617 Hudson Aurora Rd.
Hudson, Ohio 44236-2325

Honorable Judge Robert D Drain
United States Bankruptcy Judge
US Bankruptcy Court for the Southern District of NY

Case No. 05-44481 (RDD)
**RESPONSE OF RANDY D. AUSTIN TO OBJECTION TO CLAIM NO. 17330**

Honorable Judge Robert D Drain,

I am attaching a copy of the objection filed with the court in November, 2009 for Outplacement Services documented in the July, 2009 Administrative Claim.

Respectfully submitted,

Randy D. Austin, Pro se
2617 Hudson Aurora Rd.
Hudson, Ohio 44236
330-655-7817
rdaustin@roadrunner.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent by regular U.S. Mail postage prepaid this 4th day of March, 2010 to DPH Holding Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Attn President) and to counsel for the Reorganized Debtors, c/o Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606.

Randy D. Austin, Pro se
2617 Hudson Aurora Rd.
Hudson, Ohio 44236
330-655-7817
rdaustin@roadrunner.com