MONTGOMERY, ELSNER & PARDIECK, LLP
308 West 2nd Street
Seymour, IN 47274
Telephone: (812) 522-4109
Facsimile: (812) 522-6473
wbraman@meplegal.com

William M. Braman
(Admitted *Pro Hac Vice*)

Attorneys for Universal Tool and Engineering Company, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2010, a copy of

**UNIVERSAL TOOL AND ENGINEERING COMPANY, INC.'S RESPONSE TO REORGANIZED DEBTORS' FORTY-FOURTH OMNIBUS OBJECTION**

was served upon the parties listed below electronically and by overnight courier:

| | |
|---|---|
| John W. Butler, Jr.<br>John K. Lyons<br>Joseph N. Wharton<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL  60606 | DPH Holdings Corp.<br>Attn: President<br>5725 Delphi Drive<br>Troy, MI  48098 |

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for
  the Southern District of New York
300 Quarropas Street, Courtroom 118
White Plains, NY  10601-4140

Dated: March 12, 2010     /s/  William M. Braman
 William M. Braman
 Montgomery, Elsner & Pardieck, LLP
 308 West 2nd Street
 Seymour, IN 47274
 (812) 522-4109
 Attorney for Universal Tool and
 Engineering Company, Inc.