Susan F. Balaschak (SB 1901)
Keith N. Costa (KC 1213)
Kathlyn M. Schwartz (KS 0517)
AKERMAN SENTERFITT LLP
335 Madison Avenue, Suite 2600
New York, NY 10017-4636
Telephone: 212.880.3800
Facsimile 212.880.8965
*Attorneys for Itautec America, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re                                                         :    Chapter 11 Case
                                                              :    05-44481-RDD
DPH HOLDINGS CORP., et al.,                                   :
        Reorganized Debtors.                       :    (Jointly Administered)
                                                              :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 12, 2010, I caused to be served Itautec America, Inc.'s Response to Reorganized Debtors' Forty-Fourth Omnibus Claims Objection by: (a) the United States Bankruptcy Court for the Southern District of New York's electronic filing system to all parties indicated on the electronic filing receipt and (b) by first-class mail upon the following entities of record:

| | |
|---|---|
| DPH Holdings Corp. | John Wm. Butler, Jr., Esq. |
| Attn: President | John K. Lyons, Esq. |
| 5725 Delphi Drive | Joseph N. Wharton, Esq. |
| Troy, Michigan 48098 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 155 North Wacker Drive |
| | Chicago, Illinois 60606 |

Dated: New York, New York
      March 12, 2010                    Respectfully submitted,

                                            **AKERMAN SENTERFITT LLP**

                                            /s/    Kathlyn M. Schwartz
                                            Kathlyn M. Schwartz (KS 0517)
                                            335 Madison Avenue, Suite 2600
                                            New York, NY 10017-4636
                                            Telephone: 212.880.3800
                                            Facsimile 212.880.8965
                                            *Attorneys for Itautec America, Inc.*

{NY095912;1}