**FOLEY & LARDNER LLP**
Salvatore A. Barbatano
Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Counsel for PBR Columbia, LLC
and PBR Knoxville, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                 )
In re:                               )
                                 )    Chapter 11
DPH HOLDINGS CORP., et al.,         )    Case No. 05-44481 (RDD)
                                 )    Jointly Administered
            Debtors.           )
-------------------------------------------------------------x

## MOTION TO SUBSTITUTE COUNSEL

PBR Columbia, LLC and PBR Knoxville, LLC, creditors and parties in interest herein, through its undersigned counsel, hereby moves the Court to permit entry of the proposed order, annexed hereto as Exhibit "A", permitting the law firm of Foley & Lardner LLP to withdraw as its counsel of records herein and to permit Gordon J. Toering, Esq., and the law firm of Warner Norcross & Judd LLP, to represent PBR Columbia, LLC and PBR Knoxville, LLC, effective as of March 12, 2010.

DETR_1384977.1

Dated: March 12, 2010
      Detroit, Michigan

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ Judy A. O'Neill
Salvatore Barbatano
Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Counsel for PBR Columbia, LLC and PBR
Knoxville, LLC*

DETR_1384977.1

## EXHIBIT A

DETR_1384977.1

**FOLEY & LARDNER LLP**
Salvatore Barbatano
Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Counsel for PBR Columbia, LLC*
*and PBR Knoxville, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                           )
In re:                                 )
                                      )        Chapter 11
DPH HOLDINGS CORP., et al.,       )        Case No. 05-44481 (RDD)
                                      )        Jointly Administered
             Debtors.           )
-------------------------------------------------------------x

### ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Upon the Motion to Substitute Counsel, dated March __, 2010, filed on behalf of PBR

Columbia, LLC and PBR Knoxville, LLC, creditors and parties in interest herein, it is hereby

**ORDERED** that the law firm of Foley & Lardner LLP is hereby permitted to withdraw

as counsel of record for PBR Columbia, LLC and PBR Knoxville, LLC and Gordon J. Toering,

Esq. and his law firm of Warner Norcross & Judd, LLP, are hereby enrolled as their counsel of

record in these cases.

Dated: March __, 2010
       New York, New York

                                   _____
                                   Honorable Robert D. Drain
                                   United States Bankruptcy Judge