**FOLEY & LARDNER LLP**
Salvatore A. Barbatano
Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Counsel for PBR Columbia, LLC
and PBR Knoxville, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             )
In re:                                                       )
                                                             )    Chapter 11
DPH HOLDINGS CORP., et al.,                                  )    Case No. 05-44481 (RDD)
                                                             )    Jointly Administered
                        Debtors.                             )
-------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF ORDER
## GRANTING MOTION TO SUBSTITUTE COUNSEL

**PLEASE TAKE NOTICE,** that on the 26th day of March, 2010 at 12:00 P.M. (the "Presentment Date"), PBR Columbia, LLC and PBR Knoxville, LLC, creditors and parties in interest, by its undersigned counsel, shall present the annexed "Order Granting Motion to Substitute Counsel (the "Proposed Order") for approval, to the Honorable Robert D. Drain, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, at the Judge's chambers located at 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE FURTHER NOTICE**, that any objections to the Proposed Order or any requests for a hearing on the motion, shall (i) be filed with the Bankruptcy Court electronically in accordance with General Order M-182 (General Order M-182 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the

DETR_1384977.1

official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with hard copy delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601), and (ii) be served in accordance with General Order M-182, upon Warner Norcross & Judd LLP, proposed attorneys for PBR Columbia, LLC and PBR Knoxcille, LLC, 900 Fifth Third Center, 111 Lyon St. NW, Grand Rapids, MI 49503, Attn: Gordon J. Toering, Esq.; (b) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, New York, New York 10004-2112, Attn: Brian Masumoto, Esq.; (c) Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacker Drive, Chicago, Illinois 60606, Attn: John William Butler, Jr., Esq., John K. Lyons, Esq. and Ron E. Meisler, Esq.; (d) Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn: Kayalyn A. Marafioti, Esq., Thomas J. Matz, Esq.; and (e) Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Albert Togut, Esq., Neil Berger, Esq., so as to be received on or before **March 26, 2010 at 11:30 A.M.** (New York time).  If no written objections are timely filed and served in accordance with this notice, the Proposed Order may be signed by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE,** that in the event objections to the entry of the Proposed Order are timely served and filed, the Court may schedule a hearing thereon.

Dated:  Detroit, Michigan
March 12, 2010

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ Judy A. O'Neill
Salvatore Barbatano
Judy A. O'Neill (admitted *Pro Hac Vice*)
500 Woodward Ave., Suite 2700
Detroit, MI 48226
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

*Counsel for PBR Columbia, LLC and PBR Knoxville, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of March, 2010, a copy of the (1) Notice of Presentment of Order Granting Motion to Substitute Counsel; and (2) Motion to Substitute Counsel has this day been served upon those listed below by depositing same in a sealed envelope, with postage prepaid thereon, addressed to the last-known address of the addresses as indicated below, and to the parties receiving electronic notice through the Court's ECF system in the above-referenced case.

| | |
|---|---|
| John William Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 N. Wacker Drive<br>Chicago, IL 60606 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Albert Togut<br>Neil Berger<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn: Brian Masumoto |

/s/ Judy A. O'Neill