## **EXHIBIT E**

WILMERHALE

September 29, 2006

James A. Shepherd

+1 202 663 6314 (t)
+1 202 663 6363 (f)
james.shepherd@wilmerhale.com

**BY OVERNIGHT MAIL**
Joseph Papelian, Esq.
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48908

Re:  In re Delphi Corp., et al. / Professional Fees and Expenses:  August 2006

Dear Counsel:

Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim
Compensation and Reimbursement of Expenses of Professionals, dated November 4, 2005, as
supplemented (the "Interim Fee Order"), and the Order Approving Joint Interest Agreement
Between Debtors and Official Committee of Unsecured Creditors, Implementing Protective
Order, and Approving Procedures to Protect Information in Fee Statements, dated April 18,
2006, enclosed please find the statement of professional fees and expenses incurred by Wilmer
Cutler Pickering Hale and Dorr LLP ("WCPHD") during August 2006 in the above-referenced
cases.  As detailed in the enclosures, WCPHD incurred professional fees of $6,757.50 and out-
of-pocket expenses of $499.15 during August 2006.  In addition, WCPHD incurred costs is the
amount of $174,049.57 for services rendered and costs incurred by PricewaterhouseCoopers
("PwC") during the period of February 1 through May 31, 2006.  PwC has assisted WCPHD in
this matter as referenced in the Debtors' application to retain PwC under 11 U.S.C. §§ 327(a)
and 328, which was approved by an order of the court dated June 21, 2006.  PwC's bills are
attached to WCPHD's enclosed fee statement as Attachment 1 to WCPHD's Expense Detail.

In accordance with the Interim Fee Order, WCPHD seeks a payment of $179,954.72, an
amount equal to 80 percent of the professional fees plus 100 percent of the expenses incurred
during August 2006.  We will file interim and final applications under 11 U.S.C. §§330 and 331
seeking allowance of all fees and expenses incurred by WCPHD in these cases.  Please contact
my colleague Andrew Currie at (202) 663-6314 with any questions you may have.

Sincerely,

James A. Shepherd

Enclosures

cc:    David M. Sherbin; John D. Sheehan; Alicia Leonhard; John Wm. Butler, Jr.; Robert J.
Rosenberg; Joe Sykes

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Baltimore    Beijing    Berlin    Boston    Brussels    London    Munich    New York    Northern Virginia    Oxford    Palo Alto    Waltham    Washington

In re Delphi Corp. et al    FEE STATEMENT OF WILMER CUTLER PICKERING HALE
(Case No. 05-44481)            AND DORR LLP (08/01/06 - 08/31/06)

### FEE/TASK CODE DETAIL

Joseph E. Papelian
Delphi Corporation
5725 Delphi Drive
M/C 483-400-803
Troy, MI 48098-2815

| Date | Timekeeper | Hours | Description | Task Code |
|---|---|---|---|---|
| 07/19/06 | Wilson, David A. | 0.20 | REVIEW AND REVISE MATERIALS TO BE SUBMITTED WITH FEE APPLICATION TO BANKRUPTCY COURT (0.2) | B160 |
| 08/01/06 | Cox, Byron | 0.30 | PREPARE WEEKLY E-MAIL DOCKET UPDATE | L190 |
| 08/01/06 | Wilson, David A. | 0.20 | TELEPHONE AND EMAIL COMMUNICATIONS WITH MR. PAPELIAN REGARDING RESPONDING TO LATEST INQUIRIES | L120 |
| 08/02/06 | Wilson, David A. | 0.20 | COMMUNICATIONS WITH MR. SCOTT REGARDING EMPLOYEE'S AVAILABILITY | L120 |
| 08/03/06 | Wilson, David A. | 0.60 | TELECONFERENCE WITH MESSRS. BRUST AND OPIE RE: SEC MATTERS (0.2); TELEPHONE TO MR. PAPELIAN REGARDING DOCUMENT PRODUCTION (0.2); PREPARE DOCUMENTS AND FORWARD TO MR. SCOTT (0.2) | L120 |
| 08/07/06 | Wilson, David A. | 0.10 | EMAILS WITH MR. PAPELIAN REGARDING COUNSEL FOR EMPLOYEE | L120 |
| 08/08/06 | Wilson, David A. | 0.10 | EMAILS WITH MR. SCOTT REGARDING COUNSEL FOR EMPLOYEE | L120 |
| 08/09/06 | Shepherd, James A. | 0.70 | TELEPHONE CONFERENCES WITH M. PISCATELLI REGARDING "HOLD-BACK" AMOUNTS (.3); | B160 |

In re Delphi Corp. et al    FEE STATEMENT OF WILMER CUTLER PICKERING HALE
(Case No. 05-44481)    AND DORR LLP (08/01/06 - 08/31/06)

### FEE/TASK CODE DETAIL

| Date | Timekeeper | Hours | Description | Task Code |
|------|-----------|-------|-------------|-----------|
|  |  |  | REVIEW JULY BILL IN PREPARATION OF FEE STATEMENT (.2); EMAIL EXCHANGES WITH B. COX AND D. ELMORE REGARDING UPDATING CONFLICTS CHECKS FOR PURPOSES OF MAKING APPROPRIATE SUPPLEMENTAL DISCLOSURES (.2). |  |
| 08/10/06 | Davidow, Charles | 0.40 | CONFERENCE CALL WITH AUDIT COMMITTEE RE SEC STATUS AND ISSUES | C300 |
| 08/10/06 | Wilson, David A. | 0.30 | TELECONFERENCE WITH MESSRS. BRUST AND OPIE RE: SEC MATTERS | L120 |
| 08/11/06 | Davidow, Charles | 0.30 | CONVERSATION WITH J. SCOTT RE EDS CONTRACT | C300 |
| 08/11/06 | Wilson, David A. | 0.40 | TELEPHONE FROM MR. SCOTT REGARDING STATUS AND FOLLOW-UP QUESTIONS (0.2); EMAILS WITH COUNSEL REGARDING RESPONDING TO MR. SCOTT (0.2) | L120 |
| 08/14/06 | Wilson, David A. | 0.10 | EMAILS WITH MR. SHERBIN AND MR. DAVIDOW REGARDING LATEST INQUIRY | L120 |
| 08/15/06 | Shepherd, James A. | 0.20 | REVIEW PROTOCOLS FOR SUPPLEMENTAL CONFLICT CHECK FOR PURPOSES OF MAKING APPROPRIATE SUPPLEMENTAL DISCLOSURES. | B160 |
| 08/16/06 | Shepherd, James A. | 0.60 | REVIEW AND EDIT JULY FEE STATEMENT (.2); CONFER WITH D. WILSON REGARDING SAME (.3); CORRESPONDENCE TO A. PERRY REGARDING SAME (.1). | B160 |
| 08/16/06 | Wilson, David A. | 0.20 | CONFERENCE WITH MR. SHEPHERD REGARDING FEE | L120 |

In re Delphi Corp. et al          FEE STATEMENT OF WILMER CUTLER PICKERING HALE
(Case No. 05-44481)                      AND DORR LLP (08/01/06 - 08/31/06)


## FEE/TASK CODE DETAIL

| Date | Timekeeper | Hours | Description | Task Code |
|------|-----------|-------|-------------|-----------|
| | | | SUBMISSIONS (0.1); TELEPHONE FROM MR. PAPELIAN REGARDING DEVELOPMENTS AT THE SEC (0.1) | |
| 08/17/06 | Davidow, Charles | 0.40 | AUDIT COMMITTEE CALL RE SEC STATUS. | L120 |
| 08/17/06 | Shepherd, James A. | 0.20 | CORRESPONDENCE TO D. WILSON AND C. DAVIDOW REGARDING JULY FEE STATEMENTS. | B160 |
| 08/21/06 | Cox, Byron | 0.30 | PREPARE WEEKLY E-MAIL DOCKET UPDATE | L190 |
| 08/21/06 | Currie, Andrew J. | 0.30 | REVIEW DOCUMENTS RE FEE COMMITTEE AND UPCOMING HEARING. | B110 |
| 08/21/06 | Shepherd, James A. | 0.20 | DRAFT JULY FEE STATEMENT (.2) | B160 |
| 08/22/06 | Davidow, Charles | 1.10 | CALL WITH SCOTT RE: SEC MATTERS (0.2); REVIEW EMPLOYEE MATERIALS (0.5); RESPOND TO PAPELIAN INQUIRY RE SEC FOIA PROCESS (0.4). | L120 |
| 08/23/06 | Davidow, Charles | 0.40 | CONFERENCE CALL WITH BRUST, PAPELIAN RE STATUS OF SEC MATTERS. | L120 |
| 08/25/06 | Davidow, Charles | 0.50 | READ MARION MATERIALS RE SEC RESPONSE (0.3); E-MAIL EXCHANGE AND CONFER WITH MORSE RE PWC BILLING (0.2). | L120 |
| 08/25/06 | Morse, Duane | 0.10 | E-MAIL EXCHANGES WITH CHUCK DAVIDOW REGARDING PWC DELPHI FEES. | L120 |
| 08/28/06 | Cox, Byron | 0.30 | PREPARE WEEKLY E-MAIL DOCKET UPDATE | L190 |
| 08/28/06 | Wilson, David A. | 0.30 | REVIEW RECENT EMAILS REGARDING INQUIRIES FROM SEC STAFF AND MEMO FROM MR. | L120 |

In re Delphi Corp. et al      FEE STATEMENT OF WILMER CUTLER PICKERING HALE
(Case No. 05-44481)                  AND DORR LLP (08/01/06 - 08/31/06)

## FEE/TASK CODE DETAIL

| Date | Timekeeper | Hours | Description | Task Code |
|------|-----------|-------|-------------|-----------|
| | | | PAPELIAN REGARDING DRINKER BIDDLE | |
| 08/29/06 | Shepherd, James A. | 0.20 | DRAFT JULY FEE STATEMENT | B160 |
| 08/29/06 | Wilson, David A. | 0.20 | EMAILS WITH MR. SCOTT REGARDING FOLLOW-UP ON PENDING QUESTIONS (0.1); EMAIL FROM AND CONFERENCE WITH MR. DAVIDOW REGARDING INQUIRIES FROM SEC STAFF (0.1) | L120 |
| 08/30/06 | Davidow, Charles | 1.20 | CONFER WITH BRUST RE: SEC MATTERS (0.3); AUDIT COMMITTEE CALL RE: SAME (0.4); CALL WITH SEC STAFF RE: SAME (0.3); CONFER WITH MARCU RE SEC STAFF STATUS (0.2). | L120 |
| 08/30/06 | Shepherd, James A. | 0.40 | DRAFT AND FILE JULY FEE STATEMENT | B160 |
| 08/30/06 | Wilson, David A. | 0.60 | CONFERENCE CALL WITH MR. BRUST AND MR. OPIE REGARDING UPDATES ON STATUS WITH SEC (0.5); TELEPHONE FROM MR. PAPELIAN REGARDING DEVELOPMENTS WITH THE SEC (0.1) | L120 |
| 08/31/06 | Wilson, David A. | 0.20 | TELEPHONE FROM MR. MARTIN REGARDING STATUS OF INDIVIDUALS WHO RECEIVED WELLS NOTICES | L120 |

Total                    11.80

Page 4

In re Delphi Corp. et al        FEE STATEMENT OF WILMER CUTLER PICKERING HALE
(Case No. 05-44481)              AND DORR LLP (08/01/06 - 08/31/06)

## FEE/TASK CODE DETAIL

### LEGAL SERVICES

| TimeKeeper | Hours | Rate | Total |
|---|---|---|---|
| Davidow, Charles | 4.30 | 730.00 | $3,139.00 |
| Morse, Duane | 0.10 | 720.00 | $72.00 |
| Wilson, David A. | 3.70 | 525.00 | $1,942.50 |
| Currie, Andrew J. | 0.30 | 515.00 | $154.50 |
| Shepherd, James A. | 2.50 | 515.00 | $1,287.50 |
| Cox, Byron | 0.90 | 180.00 | $162.00 |

| **Total Legal Services:** | **11.80** | | **$6,757.50** |

## EXPENSE SUMMARY

In re Delphi Corp., et al.
(Case No. 05-44481)

**FEE STATEMENT OF WILMER CUTLER**                    August 2006
**PICKERING HALE AND DORR LLP**

### EXPENSES

| | | |
|---|---|---|
| COURIER SERVICES | $ | 99.51 |
| PHOTOCOPIES | | 75.20 |
| DOCUMENT PRINTING | | 18.94 |
| TRAVEL | | 305.50 |
| PwC – FEBRUARY-MAY, 2006[1] | | 174,049.57 |
| | | |
| **TOTAL EXPENSES** | | **$174,548.72** |

---

[1] See Attachment 1.

re Delphi Corp. et al

se No. 05-44481)

FEE AND EXPENSE STATEMENT OF WILMER
CUTLER PICKERING HALE AND DORR LLP

Expense Detail
Aug - 06

| Cost Code | Date | Name | Quantity | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 10.10 | 10.10 | COURIER SERVICES |
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 8.51 | 8.51 | COURIER SERVICES |
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 10.10 | 10.10 | COURIER SERVICES |
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 9.50 | 9.50 | COURIER SERVICES |
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 10.10 | 10.10 | COURIER SERVICES |
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 10.10 | 10.10 | COURIER SERVICES |
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 9.50 | 9.50 | COURIER SERVICES |
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 9.50 | 9.50 | COURIER SERVICES |
| CRRH | 8/11/2006 | Charles Davidow | 1.00 | 9.50 | 9.50 | COURIER SERVICES |
| CRRH | 8/11/2006 | X Firm | 1.00 | 12.60 | 12.60 | COURIER SERVICES - Urban Express COURIER AND |
| | | **Courier Total** | | | **$ 99.51** | |
| PHOS | 8/1/2006 | James Shepherd | 266.00 | 0.10 | 26.60 | PHOTOCOPY |
| PHOS | 8/1/2006 | James Shepherd | 44.00 | 0.10 | 4.40 | PHOTOCOPY |
| PHOS | 8/1/2006 | Steven Snider | 370.00 | 0.10 | 37.00 | PHOTOCOPY |
| PHOS | 8/1/2006 | Yolande Thompson | 5.00 | 0.10 | 0.50 | PHOTOCOPY |
| PHOS | 8/9/2006 | Gwynn Roberson | 13.00 | 0.10 | 1.30 | PHOTOCOPY |
| PHOS | 8/9/2006 | Gwynn Roberson | 14.00 | 0.10 | 1.40 | PHOTOCOPY |
| PHOS | 8/28/2006 | Gwynn Roberson | 22.00 | 0.10 | 2.20 | PHOTOCOPY |
| PHOS | 8/31/2006 | James Shepherd | 18.00 | 0.10 | 1.80 | PHOTOCOPY |
| | | **Photocopy Total** | | | **$ 75.20** | |
| PRTH | 8/11/2006 | Craig Goldblatt | 1.00 | 18.94 | 18.94 | DOCUMENT PRINTING - Pacer Service Center PACER |
| | | **Printing Total** | | | **$ 18.94** | |
| AVH | 8/23/2006 | Charles Davidow | 1.00 | 51.90 | 51.90 | TRAVEL |
| TRAVH | 8/23/2006 | Charles Davidow | 1.00 | 208.60 | 208.60 | TRAVEL - CC Davidow, Charles AIR TRAVEL TO NY |
| TRAVH | 8/23/2006 | Charles Davidow | 1.00 | 45.00 | 45.00 | TRAVEL - CC Davidow, Charles NAVIGANT TRAVEL |
| | | **Travel Total** | | | **$ 305.50** | |
| | | **GRAND TOTAL** | | | **$ 499.15** | |

Bs41

# ATTACHMENT 1
## PricewaterhouseCoopers Invoices
## February 1 – May 31, 2006

# PRICEWATERHOUSECOOPERS 🅾

PricewaterhouseCoopers LLP
BP Tower, 27th Floor
200 Public Square
Cleveland OH 44114-2301
Telephone (216) 875 3000
Facsimile (216) 566 7848

March 14, 2006

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098-2815

**In Re:  Special Investigation**

Progress billing for professional services rendered from February 1, 2006 to February 28, 2006
in connection with the above-referenced matter:

| | |
|---|---|
| Accounting and Forensic Services | $  99,272.50 |
| (See detail of hours by person attached) | |
| Out-of-pocket expenses | 325.07 |
| | $  99,597.57 |

# PriceWaterhouseCoopers 🄫

Special Investigation
Summary of Hours and Rates by Staff
February 1, 2006 to February 28, 2006

### Forensic Review Team

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Vondra | Partner | 60.0 | 575 | 34,500.00 |
| Hacker | Partner | 2.1 | 575 | 1,207.50 |
| Parrado | Director | 3.0 | 485 | 1,455.00 |
| Alam | Sr. Associate | 98.0 | 295 | 28,910.00 |
| Kubicki | Sr. Associate | 23.0 | 295 | 6,785.00 |
| McCarthy | Associate | 59.0 | 225 | 13,275.00 |
| | | 245.1 | | 86,133.00 |

### FTS Data Retrieval and Analysis

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Upton | Partner | 3.2 | 575 | 1,840.00 |

### FTS Computer Imaging and E-Mail Retrieval

| Name | Title | Hours | Rate | Amount |
|------|-------|-------|------|--------|
| Chawla | Director | 10.0 | 485 | 4,850.00 |
| Shah | Sr. Associate | 15.0 | 295 | 3,982.50 |
| Blake | Associate | 9.0 | 225 | 2,025.00 |
| | | 34.0 | | 11,300.00 |
| | | 297.8 | | 99,272.50 |

# PriceWaterhouseCoopers

Detailed description of accounting and forensic services rendered from February 1, 2006 to
February 28, 2006 in connection with the Special Investigation of Delphi Corporation.

### Forensic Review Team / FTS Data Retrieval and Analysis /
### FTS Computer Imaging and E-Mail Retrieval

- Investigation of documents and accounting with respect to steel management
  program at the request of SEC Staff.

- Email review of documents relating to steel management program.

- Continued gathering of data and followed up on SEC's inquiries regarding
  restatement adjustment for GM warranty transaction in June 2000

- Conference calls with Delphi Finance, Delphi Legal and outside auditors
  (D&T).

- Investigation of documents and journal entries into spin out accounting with
  General Motors

- Continued discussions with Delphi employees regarding additional inquiries
  from the SEC

- Continued discussions and conference calls with Audit Committee and
  investigative team

- Various discussions and meetings with outside legal counsel regarding status
  of investigation, and responding to SEC questions

- Document and draft memo regarding process for identification of privileged,
  potentially privileged, and non privileged emails.

- Email review of documents arising out of Laura Marion email on disposal
  accounting.

- Out Index processing of additional Pam Geller files and reconciliation of █████ *FORMER EMPLOYEE*
  █████ mail file processing. Perform data quality control on █████████
  production data and privileged data reconciliation. *FORMER EMPLOYEE'S*

- Review and investigation into search terms related to OPEB/Pension review.

# PRICEWATERHOUSECOOPERS 🅿🅲

March 15, 2006

Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, Michigan  48098-2815
USA

Invoice Number : 1030467618-1

**INVOICE FOR SERVICES**
PricewaterhouseCoopers LLP
P.O.Box 75647
Chicago, IL  60675-5647

Contract Number: 5000127627

| | | |
|---|---|---|
| IN RE:  SPECIAL INVESTIGATION-Accounting & Forensic Services (See attached detail of hours by person.) | $ | 99,272.50 |
| Progress billing for professional services rendered from February 1, 2006 through February 28, 2006 in connection with the above-referenced matter. | | |
| | $ | 325.07 |
| **Total Invoice** | $ | 99,597.57 |

Contact:   Albert A. Vondra  216-363-5812
WBS No.: 0.0109392.001

**Payment Due Upon Receipt**

Tax Identification Number: 134008324

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

March 15, 2006

Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, Michigan  48098-2815
USA

| | | |
|---|---|---|
| Invoice Number | | 1030467618-1 |
| Invoice Amount | $ | 99,597.57 |

Amount Paid _____

**By Wire Transfer Remit To:**
Citibank, NA
New York, NY
ABA # 021000089
Swift: CITIUS33
PricewaterhouseCoopers LLP
Account # 30408437

**By Check Remit To:**
PricewaterhouseCoopers LLP
P.O.Box 75647
Chicago, IL  60675-5647

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.
IF PAYING BY WIRE, PLEASE INCLUDE IN THE DESCRIPTION FIELD.

# PriceWaterhouseCoopers 🄫

PricewaterhouseCoopers LLP
BP Tower, 27th Floor
200 Public Square
Cleveland OH 44114-2301
Telephone (216) 875 3000
Facsimile (216) 586 7846

April 20, 2006

Delphi Corporation
5725 Delphi Drive
Troy  MI  48098-2815

### In Re:  Special Investigation

Enclosed is our progress bill for work performed from March 1, 2006 to March 31, 2006.  Our
work consisted of accounting investigation and forensic technology support.  If you have any
questions, please feel free to call.

Sincerely,

Albert A. Vondra

Enclosure

# PRICEWATERHOUSE COOPERS 🏢

April 20, 2006

| | Invoice Number : 1030499190-3 |

Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, Michigan  48098-2815
USA

**INVOICE FOR SERVICES**
PricewaterhouseCoopers LLP
P.O.Box 75647
Chicago, IL  60675-5647

Contract Number: 5000127627

| | | | |
|---|---|---|---|
| IN RE: SPECIAL INVESTIGATION-Accounting & Forensic Services<br>(See attached detail of hours by person) | | $ | 48,975.00 |
| Progress billing for professional services rendered from<br>March 1, 2006 to March 31, 2006 in connection with the<br>above-referenced matter. | | | |
| Out-of-pocket expenses | | $ | 0.00 |
| Total Invoice | | $ | 48,975.00 |

Contact:  Albert A. Vondra  216-363-5812
WBS No.: 0.0176713.001

**Payment Due Upon Receipt**

Tax Identification Number: 134008324

# PriceWaterhouseCoopers 🅛

### Special Investigation
### Summary of Hours and Rates by Staff
### March 1, 2006 to March 31, 2006

*Forensic Review Team*

| | | | | |
|---|---|---|---|---|
| Vondra | Partner | 39.0 | 575 | 22,425.00 |
| Hacker | Partner | 1.0 | 575 | 575.00 |
| Parrado | Director | 2.5 | 485 | 1,212.50 |
| Medica | Director | 3.5 | 485 | 1,697.50 |
| Kubicki | Sr. Associate | 5.0 | 295 | 1,475.00 |
| McCarthy | Associate | 18.0 | 225 | 4,050.00 |
| | | 69.0 | | 34,560.00 |

*FTS Data Retrieval, Imaging, E-Mail and Analysis*

| | | | | |
|---|---|---|---|---|
| Upton | Partner | 7.2 | 575 | 4,140.00 |
| Chawla | Director | 9.0 | 485 | 4,365.00 |
| Shah | Sr. Associate | 28.0 | 295 | 8,260.00 |
| Blake | Associate | 4.0 | 225 | 900.00 |
| Johnson | Associate | 2.0 | 225 | 450.00 |
| | | 50.2 | | 18,155.00 |
| | | 118.2 | | 48,975.00 |

# PRICEWATERHOUSECOOPERS

Detailed description of accounting and forensic services rendered from March 1, 2006 to March 31, 2006 in connection with the Special Investigation of Delphi Corporation.

## Forensic Review Team / FTS Data Retrieval and Analysis /
## FTS Computer Imaging and E-Mail Retrieval

- Investigation of documents and accounting with respect to steel management program at the request of SEC Staff.
- Email review of documents relating to steel management program.
- Meeting with Delphi Corporate Audit Services (Brian Thelen, Dan McCollum) relating to findings on steel management program.
- Continued gathering of data and followed up on SEC's inquiries regarding restatement adjustment for GM warranty transaction in June 2000
- Conference call with Delphi Finance (J. Sheehan), Delphi Legal (M. Loeb) and outside auditors (D&T – Brock Plumb) concerning the discussion with the SEC regarding restatement
- Conference call with Delphi Legal, D&T Legal (Sarah Simpson) and outside counsel concerning restatement entries involving GM warranty transaction
- Investigation of documents and journal entries into spin out accounting with General Motors
- Continued discussions and conference calls with Audit Committee (R. Brust), Delphi Legal (Papelian, Sherbin) and investigative team (FORMER EMPLOYEE)
- Email review of documents arising out of email ~~[redacted]~~ on disposal accounting.
- Various discussions with outside legal counsel regarding status of investigation, and responding to SEC questions
- Document and draft memo regarding process for identification of privileged, potentially privileged, and non privileged emails.
- Discussions and review into documents contained in D&T files with Delphi Legal (J. Papelian)
- Continued gathering of data and followed up on SEC's inquiries regarding restatement adjustments
- Responding to requests from WilmerHale (D. Wilson) for information related to the eDiscovery work undertaken by PwC.   Updating eDiscovery documentation as requested by WilmerHale (D. Wilson)
- Undertaking additional searches of the data related to the OPEB matter at the request of WilmerHale (D. Wilson)
- Processing Matt Schuster data as requested by WilmerHale (D. Wilson)

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE

April 20, 2006

Invoice Number        1030499190-3
Invoice Amount    $        48,975.00

Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, Michigan  48098-2815
USA

Amount Paid _____

By Wire Transfer Remit To:        By Check Remit To:
Citibank, NA                PricewaterhouseCoopers LLP
New York, NY                P.O.Box 75647
ABA # 021000089            Chicago, IL  60675-5647
Swift: CITIUS33
PricewaterhouseCoopers LLP
Account # 30408437

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.
IF PAYING BY WIRE, PLEASE INCLUDE IN THE DESCRIPTION FIELD.

06/01/2006  16:36    216-555-7426              PRICEWATERHOUSECOOPE                  PAGE  01



PricewaterhouseCoopers LLP
BP Tower, 27th Floor
200 Public Square
Cleveland OH 44114-2301
Telephone (216) 875 3000
Facsimile (216) 566 7846

June 1, 2006

Delphi Corporation
5725 Delphi Drive
Troy  Michigan  48098-2815

**In Re:  Special Investigation**

Enclosed is our progress bill for work performed from April 1, 2006 to April 30, 2006.  Our
work consisted of accounting investigation and forensic technology support.  If you have any
questions, please feel free to call.

Sincerely,

Albert A. Vondra

Enclosure

06/01/2006  16:36    216-566-7426                    PRICEWATERHOUSECOOPE                    PAGE  02



**PRICEWATERHOUSE COOPERS** 🄫

PricewaterhouseCoopers LLP
BP Tower, 27th Floor
200 Public Square
Cleveland OH 44114-2301
Telephone (216) 875 3000
Facsimile (216) 566 7846

June 1, 2006

Delphi Corporation
5725 Delphi Drive
Troy  Michigan 48098-2815

<u>In Re:  Special Investigation</u>

Progress billing for professional services rendered from April 1, 2006 to April 30, 2006 in
connection with the above-referenced matter:

Accounting and Forensic Services                    <u>$ 17,437.00</u>
(See detail of hours by person attached)

# PRICEWATERHOUSECOOPERS

### Special Investigation
### Summary of Hours and Rates by Staff
#### April 1, 2006 to April 30, 2006

| Forensic Review Team | | | | |
|---|---|---|---|---|
| Vondra | Partner | 22.0 | 575 | 12,650.00 |
| Parrado | Director | 2.0 | 485 | 970.00 |
| Medica | Director | 3.0 | 485 | 1,455.00 |
| McCarthy | Associate | 2.5 | 225 | 562.50 |
| | | 29.5 | | 15,637.50 |
| *FTS Computer Imaging and E-Mail Retrieval* | | | | |
| Shah | Sr. Associate | 6.1 | 295 | 1,799.50 |
| | | 35.6 | | 17,437.00 |

Detailed description of accounting and forensic services rendered from April 1, 2006 to April 30, 2006 in connection with the Special Investigation of Delphi Corporation.

### Forensic Review Team / FTS Data Retrieval and Analysis / FTS Computer Imaging and E-Mail Retrieval

➢ Inquiry from SEC Staff (Paul Gunson) concerning disclosure made by Delphi in Press Release related to calculations of cash flow

➢ Various discussions with outside legal counsel regarding status of investigation, and responding to SEC questions including the questions concerning the PGM transaction

➢ Review and comment on SEC draft Consent Order, Final Judgment and Complaint

➢ Conference call with SEC staff on results of inquiry into press release

➢ Review of additional documents obtained by outside counsel

➢ Preparation of memoranda at the request of outside counsel in response to SEC concerning eight documents obtained from SEC's own review

# PRICEWATERHOUSECOOPERS 🄫

June 01, 2006

**INVOICE NUMBER: 2000572978**
**PAYMENT DUE UPON RECEIPT**

PwC TAX ID #: 134008324
PwC D&B #: 00-186-37-94

**SEND CHECK PAYMENT TO:**
PricewaterhouseCoopers LLP
P.O. Box 75647
Chicago, IL  60675-5647

John Sheehan
Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, MI 48098-2815
USA

**WIRE TRANSFER INSTRUCTIONS:**
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
To Credit: PricewaterhouseCoopers LLP

IN RE: SPECIAL INVESTIGATION – Accounting/Forensic          $          17,437.00
(See attached detail of hours by person)

Progress billing for professional services rendered from
April 1, 2006 to April 30, 2006 in connection with the
above-referenced matter.

Expenses                                                   $              0.00

**TOTAL INVOICE**                                          $          17,437.00

Contact:   Albert A. Vondra 216-363-5812
WBS No.: 0.0109392.001

# PRICEWATERHOUSE COOPERS 🏷

PricewaterhouseCoopers LLP
BP Tower, 27th Floor
200 Public Square
Cleveland OH 44114-2301
Telephone (216) 875 3000
Facsimile (216) 566 7846

June 29, 2006

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098-2815

### In Re:  Special Investigation

Enclosed is our progress bill for work performed from May 1, 2006 to May 31, 2006.  Our
work consisted of accounting investigation and forensic technology support.  If you have any
questions, please feel free to call.

Sincerely,

Albert A. Vondra

Enclosure

# PRICEWATERHOUSE COOPERS 🏛

PricewaterhouseCoopers LLP
BP Tower, 27th Floor
200 Public Square
Cleveland OH 44114-2301
Telephone (216) 875 3000
Facsimile (216) 566 7846

June 29, 2006

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098-2815

### In Re:  Special Investigation

Progress billing for professional services rendered from May 1, 2006 to May 31, 2006 in connection with the above-referenced matter.

| | |
|---|---|
| Accounting and Forensic Services<br>(See attached detail of hours by person.) | $ 8,040.00 |

# PRICEWATERHOUSE COOPERS 🅿

June 29, 2006

| | |
|---|---|
| | INVOICE NUMBER : 1030583742-8 |
| | PAYMENT DUE UPON RECEIPT |
| | |
| | PwC TAX ID #: 134008324 |
| | PwC D&B #: 00-186-37-94 |

John Sheehan
Delphi Automotive
World Headquarters
5725 Delphi Drive
Troy, MI  48098-2815
USA

SEND CHECK PAYMENT TO:
PricewaterhouseCoopers LLP
P.O. Box 75647
Chicago, IL  60675-5647

WIRE TRANSFER INSTRUCTIONS:
Citibank NA, New York, NY
Account #: 30408437
ABA #: 021000089 or Swift #: CITIUS33
**To Credit: PricewaterhouseCoopers LLP**

IN RE:  SPECIAL INVESTIGATION (Accounting & Forensic Services)          $          8,040.00
(See attached detail of hours by person.)

Progress billing for professional services rendered from May 1, 2006 to
May 31, 2006 in connection with the above referenced matter.

TOTAL INVOICE                                                          $          8,040.00

Contact:   Albert A. Vondra  216-363-5812
WBS No.:  0.0109392.001

TO ENSURE PROPER CREDIT TO YOUR ACCOUNT, PLEASE INDICATE ON YOUR PAYMENT:

Invoice Number: 1030583742
Client Account Number: 3858

*PRICEWATERHOUSECOOPERS* 🏢

Special Investigation
Summary of Hours and Rates by Staff
May 1, 2006 to May 31, 2006

*Forensic Review Team*

| | | | | |
|---|---|---|---|---|
| Vondra | Partner | 6.0 | 575 | 3,450.00 |
| Medica | Director | 9.0 | 485 | 4,365.00 |
| McCarthy | Associate | 1.0 | 225 | 225.00 |
| | | 16.0 | | 8,040.00 |

Detailed description of accounting and forensic services rendered from May 1, 2006 to May 31, 2006 in connection with the Special Investigation of Delphi Corporation.

### Forensic Review Team

❖ Various discussions with outside legal counsel regarding status of investigation and responding to SEC questions.

❖ Review Ryder transaction including work product files and discuss with Internal Audit (D. Kolano).

❖ Discussion with outside counsel (D. Wilson) concerning SEC questions on recovery from outside suppliers of amounts in excess of warranty settlement.

❖ Review of new documents and emails regarding LIFO/FIFO inventory, reduction plans, etc. Discussions with outside counsel (D. Wilson) concerning same.

❖ Review and obtain compensation analysis, at the request of SEC staff, and production to outside counsel (D. Wilson).