Hearing Date and Time: March 18, 2010 at 10:00 a.m.
Reply Deadline: March 12, 2010 at 4:00 p.m.

WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Philip D. Anker (PA-7833)
Knute Salhus
Michelle A. Goldis (MG-0530)

Special Regulatory Counsel for the Audit
Committee of Delphi Corporation;
Special Counsel to Delphi Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ X

## CERTIFICATE OF SERVICE

I certify that on this 12th day of March, 2010, a copy of the foregoing **REPLY TO OBJECTION OF THE UNITED STATES TRUSTEE TO THE FINAL FEE APPLICATION OF WILMER CUTLER PICKERING HALE AND DORR LLP** was served via the Court's electronic noticing system and by first-class, postage pre-paid mail to the Notice Parties listed below.

| | |
|---|---|
| DPH Holdings Corp.<br>f/k/a Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: General Counsel | DPH Holdings Corp.<br>f/k/a Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: John Brooks |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: David M. Sherbin | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: John D. Sheehan |

US1DOCS 7477614v1

| | |
|---|---|
| John W. Butler, Jr.<br>Skadden Arps Slate Meagher & Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606-1285<br>Fax: 312-407-0411 | Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NJ 10004<br>Attn: Brian S. Masumoto |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>Fax: 212-668-2255 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4802<br>Fax: 212-751-4864 |
| Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4802<br>Fax: 212-751-4864 | Kenneth S. Ziman<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Fax: 212-455-2502 |
| Donald S. Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Fax: 212-450-3800 | Brian M. Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Fax: 212-450-3800 |
| Valerie Venable<br>SABIC Innovative Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 | |

/s/ Michelle A. Goldis_____
Michelle A. Goldis (MG-0530)

*Special Regulatory Counsel for the Audit*
*Committee of Delphi Corporation; Special Counsel*
*to Delphi Corporation*