UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| **DPH HOLDINGS CORP.,** *et al.,* | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Derek P. Alexander, of Debevoise & Plimpton LLP certify that I am over eighteen years of age and that on the 12th day of March, 2010, I caused to be served copies of the **Supplement to the Final Fee Application of Rothschild Inc. for Compensation and Reimbursement of Expenses** [Docket No. 19659] on the following parties by overnight or hand delivery:

1. DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: John Brooks, David M. Sherbin and John D. Sheehan);

2. Counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.);

3. The Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard and Brian S. Masumoto);

4. Counsel for the former Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg);

5. Counsel for the agent under the Debtors' former prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman);

6. Counsel for the agent under the Debtors' former postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald S. Bernstein); and

7.  Valerie Venable, SABIC Innovative Plastics, 9930 Kincey Avenue, Huntersville, North Carolina 28078.

Dated: New York, New York,
March 12, 2010                             */s/ Derek P. Alexander*
                                               Derek Alexander
                                               DEBEVOISE & PLIMPTON LLP
                                               919 Third Avenue
                                               New York, New York 10022
                                               Tel. (212) 909-6000