LEWIS LAW, PLLC
Attorneys for Sumitomo Wiring Systems USA, Inc.
120 Bloomingdale Road
Suite 100
White Plains, NY 10605
(914) 761-8400
Kenneth M. Lewis
klewis@lewispllc.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------x

# CERTIFICATE OF SERVICE OF RESPONSE OF SUMITOMO WIRING SYSTEMS USA, INC. TO FORTY-FOURTH OMNIBUS CLAIMS OBJECTION
**(Claim No. 2111)**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Waccabuc, New York and am not a party to these proceedings.

On the 12th day of March, 2010, I served the Response of Sumitomo Wiring Systems USA, Inc. to Forty-Fourth Omnibus Claims Objection (Claim No. 2111), by Federal Express standard overnight service, upon the following parties:

DPH Holdings Corp.
5725 Delphi Drive, Troy, Michigan 48098
Attn.: President

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn.: John Butler, John Lyons and Joseph Wharton

Dated: White Plains, New York
       March 12, 2010

                                                        /s/ Kenneth M. Lewis
                                                        Kenneth M. Lewis