**EXHIBIT A**

Kristi A. Katsma
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
313.223.3500

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | Chapter 11 |
| In re | : | |
| | : | |
| DPH Holdings Corp., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**[PROPOSED] ORDER APPROVING SIXTH INTERIM APPLICATION FOR COMPENSATION OF DICKINSON WRIGHT PLLC, AS THE FINAL FEE APPLICATION AND APPROVING COMPENSATION FOR THE <u>PERIOD FROM APRIL 26, 2006 THROUGH AUGUST 15, 2007</u>**

THIS MATTER having come before the Court, upon request of Dickinson Wright PLLC ("Dickinson Wright") and stipulation of the Debtors, and United States Trustee wherein Dickinson Wright moved this Court for an order pursuant to 11 U.S.C. §§ 330 and 331, seeking approval of compensation for services rendered by Dickinson Wright from April 26, 2006 through August 15, 2007; the Court finds that (i) it has jurisdiction over the matters raised in the Sixth Interim Application pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); (iii) the relief requested is necessary and appropriate; (iv) proper and adequate notice and the hearing thereon has been given and that no other or further notice is necessary; and (v) good and sufficient cause exists for the granting of the relief requested by Dickinson Wright as stipulated to by the Debtors and the United States Trustee, after having given due deliberation upon the Sixth Interim Application as the final fee

1

**EXHIBIT A**

application of Dickinson Wright, and all of the proceedings had before the Court in connection with the Sixth Interim Application. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Sixth Interim Application meets the requirements of the Bankruptcy Code and shall act as the final fee application of Dickinson Wright PLLC.

2. The compensation and reimbursement of expenses sought by Dickinson Wright PLLC in the Debtors' bankruptcy case are both fair and reasonable.

2. Compensation for the period of April 26, 2006 through August 15, 2007 in the total amount of $455,642.49 for professional services rendered and costs and expenses incurred in the amount of $21,976.71 previously paid by the Debtors to Dickinson Wright is hereby approved pursuant to 11 U.S.C. 330 and 331.

Dated: New York, New York
_____, 2010

_____
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT A**

Submitted by
Dickinson Wright PLLC


By: /s/ Kristi A. Katsma
Kristi A. Katsma
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
313.223.3500



DETROIT 25980-99 1151563

3