Kristi A. Katsma
DICKINSON WRIGHT PLLC
500 Woodward Avenue
Suite 4000
Detroit, MI 48226
313.223.3500

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re | : | |
| | : | |
| DPH Holdings Corp., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 12, 2010, I electronically filed **Dickinson Wright PLLC's Response to Objection of the United States Trustee to the Final Fee Applications of the Retained Professionals and Stipulation to Allow the Sixth Interim Application of Dickinson Wright PLLC for Order Authorizing and Approving Compensation for Services Rendered to be Deemed the Final Application** with the Clerk of the Court using the ECF system which will send notification of such filing upon counsel of record.

I hereby certify that I served the documents via electronic mail to the following:

Alicia M. Leonhard                                    Michael W. Perl
alicia.m.leonhard@usdoj.gov                           michael.perl@skadden.com
*Office of the United States Trustee*                 *Counsel for the Debtors*

                                                      /s/Kristi A. Katsma
                                                      Dickinson Wright PLLC
                                                      500 Woodward Avenue, Suite 4000
                                                      Detroit, MI 48226
                                                      Telephone:    313.223.3500
                                                      Facsimile:    313.223.3598

                                                      *A Key Ordinary Course Counsel to the
                                                      Debtors and Debtors-in-Possession*

*DETROIT 25980-99 1151531*