UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------- x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
DPH HOLDINGS CORPORATION, *et al.,*                    :
                                                       :    Case No. 05-44481 (RDD)
                                                       :
                            Reorganized Debtors.       :    (Jointly Administered)
                                                       :
                                                       :
-------------------------------------------------------------------- x
```

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2010 I caused a true and correct copy of the Response

of International Union, UAW to Reorganized Debtors' Forty-Fourth Omnibus Claims Objection

[Docket No. 19669] to be duly served as set forth in the Reorganized Debtors' Forty-Fourth

Omnibus Claims Objection [Docket No. 19395] as follows:

> Hon. Robert D. Drain
> U.S. Bankruptcy Judge
> U.S.B.C. for the Southern District of New York
> The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
> 300 Quarropas Street, Courtroom 118
> White Plains, NY  10601-4140

DPH Holdings Corp.                     John Wm. Butler, Jr.
Att'n: President                       John K. Lyons
5725 Delphi Drive                      Joseph N. Wharton
Troy, MI  48098                        Ronald D. Kohut
                                       Skadden, Arps, Slate, Meagher & Flom LLP
                                       155 North Wacker Drive,
                                       Chicago, IL  60606

                                        /s/ Babette A. Ceccotti
                                       Babette A. Ceccotti

00155289.DOC.1