UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| **DELPHI CORPORATION**, *et al.*, | : | Case No.05-44481 (RDD) |
|  | : | (Jointly Administered) |
| **Debtors.** | : |  |
|  | : |  |

### ORDER ON
### EXPEDITED MOTION OF ILLINOIS TOOL WORKS INC. AND
### ITW FOOD EQUIPMENT GROUP LLC FOR (i) AN EXTENSION
### OF TIME TO FILE A SUPPLEMENTAL RESPONSE
### TO REORGANIZED DEBTORS' SUPPLEMENTAL REPLY;
### AND (ii) A CONTINUANCE OF THE HEARING SCHEDULED FOR MARCH 18, 2010

UPON CONSIDERATION OF the Expedited Motion Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC (collectively "ITW") For: (i) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply; And (ii) A Continuance Of The Hearing Scheduled For March 18, 2010 (the "Motion"), after due deliberation and sufficient cause appearing therefore, it hereby

ORDERED that the Motion is granted; and it is

FURTHER ORDERED that ITW's response to the Debtors' objection to ITW's claims be heard at the next scheduled claims' hearing; and it is

FURTHER ORDERED that ITW shall file any supplemental response to the Debtors' Supplemental Reply two (2) business days prior to the next scheduled claims' hearing.

Dated this __ day of March, 2010.

_____
The Honorable Robert D. Drain
United States Bankruptcy Judge

KBM/32073/63/97070v1
03/15/10-SPT/