FOX ROTHSCHILD LLP
Michael J. Viscount, Jr.
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401
(609) 348-4515

and

FOX ROTHSCHILD LLP
Fred Stevens
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Attorneys for M&Q Plastic Products L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                          :       Chapter 11
                                               :
DPH HOLDINGS CORP., et al.,                    :       Case No. 05-44481 (RDD)
                                               :
            Reorganized Debtors.               :       (Jointly Administered)
------------------------------------------------------------x

### APPLICATION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF MICHAEL J. VISCOUNT, JR.

I, Michael J. Viscount, hereby request permission to appear *pro hac vice* on behalf of M&Q Plastic Products L.P. in the above referenced case. My office addresses and office telephone number are as follows:

| | |
|---|---|
| Office Address: | FOX ROTHSCHILD LLP<br>1301 Atlantic Avenue<br>Atlantic City, NJ 08401 |
| Office Telephone No.: | (609) 348-4515 |
| Office Facsimile No.: | (609) 348-6834 |
| E-mail address: | mviscount@foxrothschild.com |

The state courts to which admitted I am admitted to practice and the dates of admission are as follows:

| Court | Admitted |
|---|---|
| State of New Jersey (Bar No. 01300) | 1981 |
| State of Pennsylvania (Bar No. 34634) | 1981 |

I am also admitted to practice before the following Federal Courts:

United States Third Circuit Court of Appeals
U.S. District Court for the Eastern District of Pennsylvania
U.S. District Court for the Eastern District of Michigan
U.S. District Court for the District of New Jersey

I am in good standing and eligible to practice in all courts to which admitted.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice in this case *pro hac vice*, and have instructed my local counsel to do so upon filing this application.

I make the foregoing statements under penalty of perjury.

Dated:    Atlantic City, New Jersey
          March 15, 2010

/s/ Michael J. Viscount
Michael J. Viscount
FOX ROTHSCHILD LLP
1301 Atlantic Avenue
Atlantic City, NJ 08401
(609) 348-4515