UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                                              :         Chapter 11
                                                                                        :
DPH HOLDINGS CORP., et al.,                                    :         Case No. 05-44481 (RDD)
                                                                                        :
                                  Reorganized Debtors.      :         (Jointly Administered)
-----------------------------------------------------------x

## ORDER ADMITTING MICHAEL J. VISCOUNT, JR., TO PRACTICE, *PRO HAC VICE*

The court having read the Application of Michael J. Viscount, Jr., for admission to practice *pro hac vice* in the above-captioned case to represent M&Q Plastic Products L.P., it is

ORDERED that the Application be, and it hereby is, granted in its entirety; and it is further

ORDERED that Michael J. Viscount, Jr., is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee if not already paid.

Dated:   White Plains, New York
              _____, 2010

                                                                              _____
                                                                              HONORABLE ROBERT D. DRAIN
                                                                              UNITED STATES BANKRUPTCY JUDGE