RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Joon P. Hong

*Attorneys for Goldman Sachs Credit Partners, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              : Chapter 11
                                                                   :
DPH HOLDINGS CORP, et al.,                                         : Case No. 05-44481 (RDD)
                                                                   :
                           Reorganized Debtors.                    : (Jointly Administered)
                                                                   :
                                                                   :
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Twaji Ewool, being duly sworn, deposes and says:

1. That I am over the age of eighteen years and am not a party to this action

2. That on this 15th day of March, 2010, I served a copy of the Response of Goldman Sachs Credit Partners, L.P. to Reorganized Debtors' Forty-Fourth Objection to Claims to all registered counsel of record via the Court's ECF filing system.

3. That on this 15th day of March, 2010, I served a copy of the Response of Goldman Sachs Credit Partners, L.P. to Reorganized Debtors' Forty-Fourth Objection to Claims in a sealed envelope via overnight Federal Express delivery addressed to the following:

> Rodney O'Neal
> President of DPH Holdings Corp.
> DPH Holdings Corp.
> 5725 Delphi Drive
> Troy, Michigan 48098
>
> John Wm. Butler, Jr.
> John K. Lyons
> Joseph N. Wharton
> Skadden, Arps, Slate, Meagher & Flom LLP
> 155 North Wacker Drive,
> Chicago, Illinois 60606

_____
TWAJI EWOOL

Sworn before me this 15th day
of March, 2010.

_____
NOTARY PUBLIC

ELAINE BONOWITZ
Notary Public, State of New York
No. 43-4893320
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires May 11, 20 11