UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
DPH HOLDINGS CORP., et al.,                                        :   Case No. 05-44481 (RDD)
                                                                   :
            Reorganized Debtors.                                 :   Jointly Administered
                                                                   :
------------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

    I, David F. Knapp, hereby certify that on March 15, 2010, I caused a true and correct copy of Westwood Associates, Inc.'s Response to the Reorganized Debtors' Forty-Fourth Omnibus Objection [Dkt. No. 19674] to be filed and served on all persons receiving electronic notice in these cases, as well as the following parties, which were all served by Federal Express overnight mail, and by electronic mail where indicated:

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    United States Bankruptcy Court for the Southern District of New York
    The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
    300 Quarropas Street, Courtroom 118
    White Plains, NY, 10601-4140

    DPH Holdings Corp.
    Attn: President
    5725 Delphi Drive
    Troy, MI 48098

    Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: John Wm. Butler, Jr., John K. Lyons, Joseph N. Wharton
    155 North Wacker Drive
    Chicago, IL 60606
    jack.butler@skadden.com
    john.lyons@skadden.com
    joseph.Wharton@skadden.com

                                                                   /s/ David F. Knapp