# EXHIBIT E

**PENAP**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 07-02436-rdd

*Assigned to:* Judge Robert D. Drain  *Date Filed:* 09/28/07
*Lead BK Case:* 05-44481
*Lead BK Title:* DPH Holdings Corp., et al.
*Lead BK Chapter:* 11
*Demand:* $1000

*Nature[s] of Suit:*  14 Recovery of money/property - other

**Plaintiff**
-----------------------

| | |
|---|---|
| **Delphi Corporation, et al.** | represented by **Togut, Segal & Segal LLP**<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>212-594-5000<br>*LEAD ATTORNEY*<br><br>**Eric Fisher**<br>Butzel Long, a professional corporation<br>380 Madison Avenue<br>22nd Floor<br>New York, NY 10017<br>(212) 374-5359<br>Fax : 212-818-1110<br>Email: fishere@butzel.com |

V.

**Defendant**
-----------------------

| | |
|---|---|
| **Microchip** | represented by **Microchip**<br>PRO SE |

| Filing Date | # | Docket Text |
|---|---|---|
| | | Adversary case 07-02436. Complaint against Defendant 407A *(Filed Under Seal)*. Nature(s) of Suit: (14 (Recovery of money/property - other)) Filed by Togut, Segal & Segal LLP, Scott Eric Ratner on behalf of Delphi Corporation, et al.. (Ratner, |

| | | |
|---|---|---|
| 09/28/2007 | 1 | Scott) (Entered: 09/28/2007) |
| 10/01/2007 | | Receipt of Complaint(07-02436-rdd) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 4448965. Fee amount 250.00. (U.S. Treasury) (Entered: 10/01/2007) |
| 02/29/2008 | 2 | Motion to Amend */(HEARING DATE: 3/19/2008 at 10:00 a.m.; OBJECTION DEADLINE: 3/12/2008 at 4:00 p.m.) Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order* with hearing to be held on 3/19/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 3/12/2008,. (Oswald, Frank) (Entered: 02/29/2008) |
| 03/31/2008 | 3 | Notice of Proposed Order*/Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order*. (Ratner, Scott) (Entered: 03/31/2008) |
| 04/11/2008 | 4 | Motion to Amend */(HEARING DATE: 4/30/2008 at 10:00 a.m.; OBJECTION DEADLINE: 4/23/2008 at 4:00 p.m.) Notice Of Motion And Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order* with hearing to be held on 4/30/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 4/23/2008,. (Oswald, Frank) (Entered: 04/11/2008) |
| 05/02/2008 | 5 | Notice of Proposed Order*/ Notice of Entry Of Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4 (m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order And Post-Confirmation Extension Of Avoidance Action Service Deadline Order*. (Magaliff, Howard) (Entered: 05/02/2008) |
| 01/08/2010 | 6 | Notice of Appearance in Adversary Proceeding filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Fisher, Eric) (Entered: 01/08/2010) |
| 01/11/2010 | 7 | Letter *Requesting Issuance of Summons* filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Attachments: # 1 Complaint# 2 Order)(Fisher, Eric) (Entered: 01/11/2010) |
| | | Summons with Notice of Pre-Trial Conference issued by Clerk's |

| | | |
|---|---|---|
| 02/11/2010 | [8] | Office with Pre-Trial Conference set for 4/6/2010 at 10:00 AM at White Plains Office Courtroom 118, Answer due by 3/15/2010, (Campbell, Tiffany) (Entered: 02/11/2010) |
| 02/26/2010 | [9] | Affidavit of Service *of Summons & Complaint* (related document(s) [8] , [1] ) filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Fisher, Eric) (Entered: 02/26/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/15/2010 11:36:14 | | | |
| **PACER Login:** | sw0018 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 07-02436-rdd Fil or Ent: filed From: 1/1/2007 To: 3/15/2010 Doc From: 0 Doc To: 99999999 Format: html |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |