DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-6501
Brian M. Resnick

*Counsel to JPMorgan Chase Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 Case No. |
| **DPH HOLDINGS CORP., et al.,** | 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors | |

## CERTIFICATE OF SERVICE

I, Brian M. Resnick, of Davis Polk & Wardwell LLP certify that I am over eighteen years of age and that on the 15th day of March, 2010, I caused true and correct copies of the *Response of JPMorgan Chase Bank, N.A. to the Reorganized Debtors' Forty-Fifth Omnibus Claims Objection (Claim No. 18616)* [Docket No. 19671] to be served on the following parties by hand delivery:

1. The Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140;

2. DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President); and

3. Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton).

New York, New York
Dated: March 15, 2010

                    By:   /s/ Brian M. Resnick
                           Brian M. Resnick

                           DAVIS POLK & WARDWELL LLP
                           450 Lexington Avenue
                           New York, New York 10017
                           Telephone: (212) 450-4000
                           Facsimile:  (212) 450-6501

                           *Counsel to JPMorgan Chase Bank, N.A.*