UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DPH HOLDINGS CORP, *et al.*, | : | Case No.05-44481 (RDD) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

ORDER ON
EXPEDITED MOTION OF ILLINOIS TOOL WORKS INC. AND
ITW FOOD EQUIPMENT GROUP LLC FOR (i) AN EXTENSION
OF TIME TO FILE A SUPPLEMENTAL RESPONSE
TO REORGANIZED DEBTORS' SUPPLEMENTAL REPLY;
AND (ii) A CONTINUANCE OF THE HEARING SCHEDULED FOR MARCH 18, 2010

UPON CONSIDERATION OF the Expedited Motion Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC (collectively "ITW") For: (i) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply; And (ii) A Continuance Of The Hearing Scheduled For March 18, 2010 (the "Motion"); and after due deliberation and sufficient cause appearing therefor, it hereby

ORDERED that the Motion is granted; and it is

FURTHER ORDERED that ITW's response to the Debtors' objection to ITW's claims be heard at the next scheduled omnibus claims hearing; and it is

FURTHER ORDERED that the deadline for ITW to file any supplemental response to the Debtors' Supplemental Reply is three (3) business days prior to the next scheduled omnibus claims hearing.

Dated this 16th day of March, 2010

/s/ Robert D. Drain
The Honorable Robert D. Drain
United States Bankruptcy Judge

KBM/32073/63/97070v1
03/15/10-SPT/