FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
(313) 234-7100
Judy A. O'Neill

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                :
In re:                                       :
                                                :        Chapter 11
DPH HOLDINGS CORP., et al.,                :        Case No. 05-44481 (RDD)
                                                :        Jointly Administered
        Reorganized Debtors.                   :
------------------------------------------------------------x

## SUPPLEMENT TO RULE 2019 VERIFIED STATEMENT
## OF ATTORNEY FOR MULTIPLE CREDITORS

1. Foley & Lardner LLP ("F&L"), filed its initial Rule 2019 Verified Statement of Attorney for Multiple Creditors on November 1, 2005, and on January 8, 2007 filed its Amended Rule 2019 Verified Statement of Attorney for Multiple Creditors (together, the "Verified Statements"). F&L wishes to supplement its Verified Statements to include the following creditors of Delphi Corporation, et al., (the "Debtors") in addition to those creditors listed on the Verified Statements filed on November 1, 2005 and January 8, 2007, as listed below:

| NAME AND ADDRESSES OF CREDITOR | NATURE OF CREDITOR'S CLAIM | AMOUNT OF CREDITOR'S CLAIM and TIME OF ACQUISITION |
|---|---|---|
| Inteva Products, LLC, 1401 Crooks Road Troy, MI 48098 ("Inteva") and its subsidiary: Shanghai Inteva Automotive Door Systems Company, Ltd. No. 401, Mid Fu Te Rd. Waigogiao Free Trade Zone 200131 P.R. China ("Shanghai"). | Amounts due under the Master Sale and Purchase Agreement with the Debtor (the "MSPA"); filed by Inteva. | Approximately $16,701 administrative claim acquired post-petition. |
| | Amounts owed for employee relocation under the MSPA; filed by Inteva. | Approximately $170,000 administrative claim acquired post-petition. |
| | Amounts due under the MSPA; filed by Inteva. | Approximately $10,377 administrative claim acquired post-petition. |
| | For services provided pursuant to post-petition invoices; filed by Shanghai. | Approximately $238,274 administrative claim acquired post-petition. |

DETR_1388593.1

2.  F & L has extensive experience in representing creditors in Chapter 11 cases and is qualified to represent the entities listed above.

## VERIFICATION

I hereby certify that, based on inquiry, I have personal knowledge of the matters contained in this statement and that the foregoing facts and representations are true and correct.

Respectfully submitted,

**FOLEY & LARDNER LLP**

*/s/ Judy A. O'Neill*
Judy A. O'Neill
500 Woodward Ave., Suite 2700
Detroit, Michigan 48226-3489
Telephone: (313) 234-7100
Facsimile: (313) 234-2800

Executed on this 17th day of March, 2010

2