**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

    In re                                         :        Chapter11

DPH HOLDINGS CORP. et al.,       :        Case No. __05-44481 (RDD)__

                                            :

    Reorganized Debtors             :

                                            :

_____x

## Objection to the Thirty-Eighth Omnibus, Equity interests

("Supplemental Reply")

**A. Title of the claim,** Equity Interests

**B. Name of the claimant,** Lance W. Weber

**C. Statement setting forth the reason the claim should not be disallowed, expunged, reduced, or reclassified:**

Identified on Exhibit A which are Equity Interests that the Reorganized Debtors have identified as representing solely a proof of interest in the Debtors. Identified on Exhibit A which are Equity Interests that the Delphi identified as representing solely a proof of interest in Delphi. As defined in Rule 7001(4) of the Bankruptcy Code. The burden of proof has sufficient factual supporting the claimants claims set forth in claim number 18603. In re Worldcom, Inc., No. 02-13533, 2005 WL 3832065, at *4(Bankr. S.D.N.Y. Dec. 29,2005)(only a claim that alleges facts sufficient to support legal liability to claimant satisfies initial obligation to file substantiated proof of claim)

    Furthermore, claimant would like to invoke section 10(b) of the Exchange Act Rule which Delphi with Manipulation or Deception. That was a "fraud on the market" that caused many people and companies to lose money that they invested in them. This can be shown by Exhibit A and with the company filing Bankruptcy along with the value of Delphi (DPH) Equity which is valued at $0.00. Theory enunciated by the Supreme Court in Basic Inc. v. Levinson, 485 U.S. 224

(1988). Which therefore makeup moneys that people have invested/loaned to Delphi to fully supported operations. The Reorganized Debtors and Delphi (DPH) should pay back the money that was loaned/invested in them as part of their reorganization plan.

**D. Proof of the claimant:**

My information has previously been provided and my claim number is 18603. I have provided a copy of my claim submission form as proof of claim.

**E. To the extent that the claim is contingent or fully or partially unliquidated:**

The entire amount of $14030.00 is liquid.

**F. The address the debtors must return any reply to the response, if different from the address(es) presented in the claim:**

The current address on file is correct.

### NOTICE OF OBJECTION TO CLAIM

| Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Treatment Of Claim | Surviving claim Number (if any) |
|---|---|---|---|---|---|
| 7/14/2009 | 18603 | $14,030.00 | Equity Interests | Disallow And Expunge | |

DATE: March 15, 2010

Claimant

BY _Lance W. Weber_ (signature)

Lance W. Weber