# Madison Liquidity Investors
6310 Lamar Ave. Suite 120
Overland Park, Kansas 66020
Phone 913-982-5011

Date: March 10, 2010

Honorable Robert D Drain, US Bankruptcy Judge
US Bankruptcy Court, Southern District of New York
One Bowling Green, 5th Floor
New York, NY 10004-1408

In Re: DPH Holdings Corp.
Chapter 11 Case No: 05-44481

RESPONSE TO: NOTICE OF OBJECTION TO CLAIM - FORTY-FOURTH OMNIBUS

Party in Interest:   Madison Niche Opportunities, LLC
6310 Lamar Ave. Suite120
Overland Park, Kansas 66202

"Scheduled Amount": $31,200.00 – American Cable Company Inc.

**Fully Satisfied Scheduled Amount: $31,200.00**

Madison Niche Opportunities, LLC is hereby filing our initial response, dated March 10, 2010, to the Notice of Objection to Claim regarding Fully Satisfied Scheduled Liabilities in the amount of $31,200.00. Pursuant to an Evidence of Transfer of Claim filed with this court on June 6, 2007, Docket number 8230, the Scheduled Claim in the amount of $31,200.00  was sold, transferred and assigned to Madison Niche Opportunities, LLC from American Cable Company Inc. As a result of the transfer of claim, Madison Niche Opportunities, LLC is entitled to any and all rights and distributions of the respect to the Scheduled Claim.

Madison Niche Opportunities, LLC objects to the to the Debtor's assertions that is has fully satisfied the Scheduled Claim since Madison has received no distributions as stated in the Forty Forth Omnibus Objection and Notice of Objection to Claim.

Respectfully submitted,

*Kristy Stark*
Kristy Stark
Clearing Operations Manager
MADISON LIQUIDITY INVESTORS LLC

cc: DPH Holdings Corp
  Skadden, Arps, Slate, Meagher & Flom LLP ( J Butler Jr., J. Lyons & J.Wharton)

FILED 2010 MAR 15 P 12:11 U.S. BANKRUPTCY COURT S.D.N.Y.

Madison Liquidity Investors, LLC
6310 Lamar Avenue, Suite 120
Overland Park, Kansas 66202
Phone: 913.982.5000
Fax: 913.982.5039