**Hearing Date: March 18, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
  In re                             :    Chapter 11
                                    :
DPH HOLDINGS CORP., et al.,         :    Case No. 05-44481 (RDD)
                                    :
            Reorganized Debtors.    :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FIFTY-THIRD OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                            York, 300 Quarropas Street, Room 118, White Plains, New York
                            10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Third Omnibus Hearing Agenda:

    A.       Introduction

    B.       Continued Or Adjourned Matters (None)

    C.       Adversary Proceedings (1 Matter)

    D.       Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    E.       Contested Matters (2 Matters)

    F.       Final Fee Applications (41 Matters)

## A.    Introduction

## B.    Continued Or Adjourned Matters∗

        *See footnote.*

## C.    Adversary Proceedings

    1.      **"Pre-Trial Conferences"** – Pre-Trial Conferences In The Following Adversary Proceeding Case Numbers:  07-02076; 07-02090; 07-02182; 07-02185; 07-02188; 07-02210; 07-02214; 07-02217; 07-02238; 07-02248; 07-02250; 07-02259; 07-02260; 07-02280; 07-02295; 07-02309; 07-02310; 07-02312; 07-02333; 07-02339; 07-02350; 07-02374; 07-02554; 07-02555; 07-02581; 07-02600; 07-02606; 07-02623; 07-02625; 07-02644; 07-02649; 07-02650; 07-02690; 07-02694; 07-02739; 07-02750; And 07-02756.

        *Related filings:*        *Notice Of Rescheduling Of Pre-Trial Conferences*

        *Status:*        *The hearing with respect to this matter will be proceeding.*

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Omnibus Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912]; ATEL Leasing Corporation's Motion To Allow Administrative Claim [Docket No. 6990]; and Furukawa Administrative Expenses Motion [Docket No. 18706].  In addition, the following adversary proceedings have also been withdrawn from the agenda and would need to be re-noticed to be reinstated on a future Proposed Omnibus Hearing Agenda: National Union Fire Insurance Company Of Pittsburgh, Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement;  and Debtors' Motion for Determination [Docket No. 30] and Plaintiff's Motion for Leave [Docket No. 36], Computer Sciences Corporation Adv. Pro. No. 09-01271.

D.      **Uncontested, Agreed, Withdrawn, Or Settled Matters**

      *None.*

E.      **Contested Matters**

    2.      **"Forty-Fourth Omnibus Claims Objection"** - Reorganized Debtors'
Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d)
And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified
And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain
Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A)
Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related
Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And
(E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related
Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify
Certain SERP-Related Scheduled Liabilities  (Docket No. 19395)

      *Responses filed:*    *Response Of SIMCO Construction, Inc., To The
Reorganized Debtors' Forty-Fourth Omnibus
Objection Pursuant To 11 U.S.C. § 502(b) And (d)
And Fed. R. Bankr. P. 3007 To (I) Modify And Allow
(A) Certain Modified And Allowed Claims, (B) A
Partially Satisfied Claim, And (C) Certain Partially
Satisfied Scheduled Liabilities, (II) Disallow And
Expunge (A) Certain Fully Satisfied Scheduled
Liabilities, (B) Certain MDL-Related Claims, (C)
Certain Union Claims, (D) Certain Personal Injury
Claims, And (E) A Duplicate Claim, (III) Object To
Certain (A) Preference-Related Claims And (B)
Preference-Related Scheduled Liabilities, And (IV)
Modify Certain SERP-Related Scheduled Liabilities
(Docket No. 19424)*

                                *Response Of Park Enterprises Of Rochester, Inc. To
Forty-Fourth Omnibus Claims Objection (Docket No.
19597)*

                                *Response By Marquardt GmbH In Opposition To
Reorganized Debtors' Forty-Fourth Omnibus Claims
Objection Pursuant To 11 U.S.C. § 502(b) And (d)
And Fed. R. Bankr. P. 3007 (Docket No. 19609)*

                                *Response Of Hitachi Chemical (Singapore) Pte. Ltd.
To Reorganized Debtors' Forty-Fourth Omnibus
Claims Objection (Docket No. 19612)*

3

*Response Of M&Q Plastic Products L.P. To Forty-Fourth Omnibus Claims Objection Of DPH Holdings Corp. (Docket No. 19613)*

*NGK Automotive Ceramics USA, Inc.'s Response To Reorganized Debtors' Forty-Fourth Omnibus Objection (Docket No. 19616)*

*Jessica Kraus' Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19617)*

*NGK Automotive Ceramics USA, Inc.'s Second Response To Reorganized Debtors' Forty-Fourth Omnibus Objection (Docket No. 19618)*

*Summit Polymers Inc.'s Response To Reorganized Debtors' Forty-Fourth Omnibus Claims Objection (Docket No. 19619)*

*D&S Machine Products, Inc. Response To Reorganized Debtors' Forty-Fourth Omnibus Objection (Docket No. 19620)*

*PBR Knoxville L.L.C.'s Response To The Reorganized Debtors' Forty-Fourth Omnibus Objection (Proof of Claim No. 5980) (Docket No. 19621)*

*Bosch Chassis Systems Columbia L.L.C. F/K/A PBR Columbia L.L.C.'s Response To The Reorganized Debtors' Forty-Fourth Omnibus Objection (Proof of Claim No. 6610) (Docket No. 19622)*

*Bank of America N.A.'s Response To Reorganized Debtors' Forty-Fourth Omnibus Claims Objection [DE 19395] With Respect To Claim 11660 (Docket No. 19623)*

*Response Of Mubea Inc. To Reorganized Debtors' Forty-Fourth Omnibus Objection (Docket No. 19626)*

*Response Of Creditor Jeremiah J. Saunders (Creditor #9348) To Objection To Claim (Docket No. 19629)*

*Response Of Nidec Motors And Actuators (USA), Inc. (F/K/A Valeo Electrical Systems Inc., Motors And Actuators Division) To Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007*

4

*To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19631)*

*Response Of Valeo Switches And Detection Systems, Inc. To Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19632)*

*Response of Valeo Electrical Systems, Inc., Wipers Division To Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19633)*

*Response of Valeo Climate Control Corporation To Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d)*

*And Fed. R. Bankr. P. 3007 To (I) Modify And Allow
(A) Certain Modified And Allowed Claims, (B) A
Partially Satisfied Claim, And (C) Certain Partially
Satisfied Scheduled Liabilities, (II) Disallow and
Expunge (A) Certain Fully Satisfied Scheduled
Liabilities, (B) Certain MDL-Related Claims, (C)
Certain Union Claims, (D) Certain Personal Injury
Claims, And (E) A Duplicate Claim, (III) Object To
Certain (A) Preference-Related Claims And (B)
Preference-Related Scheduled Liabilities, And (IV)
Modify Certain SERP-Related Scheduled Liabilities
(Docket No. 19634)*

*Response Of Hewlett Packard Company To The
Reorganized Debtors' Forty-Fourth Omnibus
Objection To Claims (Docket No. 19635)*

*Universal Tool And Engineering Company, Inc.'s
Response To Reorganized Debtors' Forty-Fourth
Omnibus Objection (Docket No. 19639)*

*Response of Lexington Rubber Group, Inc. To
Reorganized Debtors' Forty-Fourth Omnibus Claims
Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R.
Bankr. P. 3007 (Docket No. 19645)*

*Response Of TPG Credit Opportunities Fund, L.P.,
TPG Credit Opportunities Investors, L.P. And TPG
Credit Strategies Fund L.P. To The Reorganized
Debtors' Forty-Fourth Omnibus Claims Objection
(Docket No. 19646)*

*Itautec America, Inc.'s Response To Reorganized
Debtors' Forty-Fourth Omnibus Claims Objection
(Docket No. 19653)*

*Response Of Sumitomo Wiring Systems USA, Inc. To
Forty-Fourth Omnibus Claims Objection (Claim No.
2111) (Docket No. 19657)*

*PBR Knoxville L.L.C.'s Amended And Restated
Response To The Reorganized Debtors' Forty-Fourth
Omnibus Objection (Proof of Claim No. 5980)
(Docket No. 19658)*

*Response Of Victory Packaging L.P. To Reorganized
Debtors' Forty-Fourth Omnibus Claims Objection
(Docket No. 19666)*

6

*Response Of International Union, UAW To Reorganized Debtors' Forty-Fourth Omnibus Claims Objection (Docket No. 19669)*

*Westwood Associates, Inc.'s Response To The Reorganized Debtors' Forty-Fourth Omnibus Objection (Docket No. 19674)*

*Response Of Goldman Sachs Credit Partners, L.P. To Reorganized Debtors' Forty-Fourth Omnibus Objection To Claims (Docket No. 19675)*

*Madison Liquidity Investors, LLC's Response To Reorganized Debtors' Forty-Fourth Omnibus Objection To Claims (Docket No. 19690)*

*Madison Liquidity Investors, LLC's Response To Reorganized Debtors' Forty-Fourth Omnibus Objection To Claims (Docket No. 19691)*

| | |
|---|---|
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).* |

3.    **"Forty-Fifth Omnibus Claims Objection"** - Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19423)

| | |
|---|---|
| *Responses filed:* | *Letter By Scott M. Leach Re: Objection To Motion To Disallow And/Or Expunge Claims (Docket No. 19577)* |

7

*Response From Sharyl Yvette Carter (Docket No. 19599)*

*Shanghai Inteva Automotive Door Systems Company, Ltd.'s Response To Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19627)*

*Randy D. Austin's Response To Objection To Claim No.: 17330 (Docket No. 19651)*

*Response of JPMorgan Chase Bank, N.A. To The Reorganized Debtors' Forty-Fifth Omnibus Claims Objection [Claim No. 18616] (Docket No. 19671)*

| | |
|---|---|
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) and the Administrative Claims Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims (Docket No. 18998)* |

## F.    Final Fee Applications

4.    **"Banner & Witcoff, Ltd Final Fee Application"** - Seventh And Final Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To DPH Holdings Corporation, Seeking Allowance Of Compensation And

Reimbursement Of Expenses Under 11 U.S.C. Sections 330 And 331 (Docket No. 19389)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Seventh And Final Application Of Banner & Witcoff, Ltd., Intellectual Property Counsel To DPH Holdings Corporation, Seeking Allowance Of Compensation And Reimbursement Of Expenses Under 11 U.S.C. Sections 330 And 331 (Docket No. 19385)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |

9

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

5.   **"Blake, Cassels & Graydon LLP Final Fee Application" -** Final Fee Application Of Blake, Cassels & Graydon LLP As Canadian Counsel For Debtors For Allowance And Payment Of Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 19347)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

10

6.      **"Buck Consultants, LLC Final Fee Application"** – Fifth Application Of Buck Consultants, LLC For Final Allowance Of Compensation For Services Rendered As Pension And Benefits Actuary To The Official Committee Of Unsecured Creditors (Docket No. 19211)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

7.      **"Butzel Long Final Fee Application"** - Seventh And Final Application Of Butzel Long, Commercial And Litigation Counsel To Debtors And

Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 1, 2007 Through January 25, 2008 Under 11 U.S.C. §§ 330 And 331 (Docket No. 19207)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Notice Of Seventh And Final Application Of Butzel Long Commercial And Litigation Counsel To Debtors And Debtors-In-Possession, For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period October 1, 2007 Through January 25, 2008 Under 11 U.S.C. §§ 330 And 331 (Docket No. 19208)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For* |

12

*The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

Status:          *The hearing with respect to this matter will be proceeding.*

8.     **"Cadwalader, Wickersham & Taft LLP Final Fee Application"** - Final Application Of Cadwalader, Wickersham & Taft LLP, As Attorneys For the Debtors, For Allowance Of Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From October 10, 2005 Through August 15, 2007 (Docket No. 19348)

Objections filed:     *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

Replies filed:     *None.*

Statements filed:     *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

Related filings:     *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For*

13

*The Period From October 8, 2005 Through January
25, 2008 (Docket No. 19394)*

Status:          *The hearing with respect to this matter will be
proceeding.*

9.      **"Cantor Colburn LLP Final Fee Application"** **-** Seventh Application Of
Cantor Colburn LLP For Allowance Of Interim And Final Compensation For
Services Rendered And Expenses Incurred Pursuant To 11 U.S.C. §§ 330,
331 (Docket No. 19340)

Objections filed:     *Objection Of The United States Trustee To The Final
Fee Applications Of The Retained Professionals
(Docket No. 19579)*

Replies filed:        *None.*

Statements filed:     *Statement Of The Delphi Joint Fee Review Committee
With Respect To Retained Professionals' Final Fee
Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To
Professionals' Final Fee Application (Docket No.
19665)*

Related filings:      *Order Under 11 U.S.C. § 331 Establishing
Procedures For Interim Compensation And
Reimbursement Of Expenses Of Professionals (Docket
No. 869, as supplemented by Docket Nos. 2747, 2986,
3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order
Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Requests For Payment Of
Professional Claims (Docket No. 19304)*

*Notice Of Filing Of Seventh Application Of Cantor
Colburn LLP For Allowance Of Interim And Final
Compensation For Services Rendered And Expenses
Incurred Pursuant To 11 U.S.C. §§ 330, 331 (Docket
No. 19343)*

*Order Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Request For Payment Of
Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications
For March 18, 2010 (Docket No. 19383)*

14

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

Status:            *The hearing with respect to this matter will be proceeding.*

10.    **"Covington & Burling LLP Final Fee Application" -** Final Fee Application Of Covington & Burling LLP, Foreign Trade And Special Corporate Committee Legal Counsel To The Debtors And Debtors-In-Possession, For Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19240)

Objections filed:        *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

Replies filed:          *None.*

Statements filed:       *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

Related filings:        *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

15

*Notice Of Hearing On Applications Of Professionals
Seeking Final Allowance And Payment Of
Compensation And Reimbursement Of Expenses For
The Period From October 8, 2005 Through January
25, 2008 (Docket No. 19394)*

*Status:*              *The hearing with respect to this matter will be
proceeding.*

11.        **"Deloitte & Touche LLP Final Fee Application" -** Seventh Interim And
Final Fee Application Of Deloitte & Touche LLP As Independent Auditors
And Accountants To The Debtors, For The Period From October 8, 2005
Through January 25, 2008 (Docket No. 19224)

*Objections filed:*     *Objection Of The United States Trustee To The Final
Fee Applications Of The Retained Professionals
(Docket No. 19579)*

*Replies filed:*        *None.*

*Statements filed:*     *Statement Of The Delphi Joint Fee Review Committee
With Respect To Retained Professionals' Final Fee
Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To
Professionals' Final Fee Application (Docket No.
19665)*

*Related filings:*      *Order Under 11 U.S.C. § 331 Establishing
Procedures For Interim Compensation And
Reimbursement Of Expenses Of Professionals (Docket
No. 869, as supplemented by Docket Nos. 2747, 2986,
3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order
Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Requests For Payment Of
Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Request For Payment Of
Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications
For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals
Seeking Final Allowance And Payment Of*

16

*Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

12.    **"Dickinson Wright PLLC Final Fee Application" -** Sixth Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From June 1, 2007 Through August 15, 2007 (Docket No. 10929)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *Dickinson Wright PLLC's Response to Objection of the United States Trustee to the Final Fee Applications of the Retained Professionals and Stipulation to Allow the Sixth Interim Application of Dickinson Wright PLLC for Order Authorizing and Approving Compensation for Services Rendered to be Deemed Its Final Application (Docket No. 19667)* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Final Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From June 1, 2007 Through August 15, 2007 (Docket No. 10855)* |
| | *Withdrawal Of  Final Interim Application Of Dickinson Wright PLLC For Order Authorizing And Approving Compensation For Services Rendered From June 1, 2007 Through August 15, 2007 (Docket No. 10928)* |

17

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

Status:                    *The hearing with respect to this matter will be proceeding.*

13.    **"DLA Piper LLP Final Fee Application"** - DLA Piper LLP (US), Corporate, Employment, And Intellectual Property Counsel For Debtor MobileAria, Inc.'s Sixth And Final Application For Final Allowance Of Compensation And Reimbursement Of Expenses Under U.S.C. §§ 330 And 331 (Docket No. 19273)

*Objections filed:*        *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

*Replies filed:*           *None.*

*Statements filed:*        *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

*Related filings:*         *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

18

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

Status:        *The hearing with respect to this matter will be proceeding.*

14.    **"Dykema Gossett PLLC Final Fee Application"** – Summary Sheet Pursuant To United States Trustee Guidelines For Reviewing Applications For Compensation And Reimbursement Of Expenses For Second And Final Fee Application Of Dykema Gossett PLLC For Allowance Of Compensation And Reimbursement Of Expenses As Special Counsel For The Debtors To April 1, 2007 For The Period From October 1, 2007 Through And Including January 25, 2008 (Docket No. 19204)

Objections filed:        *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

Replies filed:        *None.*

Statements filed:        *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

Related filings:        *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

19

*Notice Of Filing of Second And Final Application Of
Dykema Gossett PLLC For Order Authorizing And
Approving Compensation And Reimbursement of
Expenses (Docket No. 19205)*

*Reorganized Debtors' Expedited Motion For Order
Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Requests For Payment Of
Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Request For Payment Of
Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications
For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals
Seeking Final Allowance And Payment Of
Compensation And Reimbursement Of Expenses For
The Period From October 8, 2005 Through January
25, 2008 (Docket No. 19394)*

*Status:*     *The hearing with respect to this matter will be
proceeding.*

15.    **"Ernst & Young LLP Final Fee Application"** – Seventh Interim And Final
Application Of Ernst & Young LLP, Tax Advisors To the Debtors, For
Allowance And Payment Of Compensation For Professional Services And
Reimbursement Of Actual And Necessary Expenses (Docket No. 19252)

*Objections filed:*     *Objection Of The United States Trustee To The Final
Fee Applications Of The Retained Professionals
(Docket No. 19579)*

*Replies filed:*     *None.*

*Statements filed:*     *Statement Of The Delphi Joint Fee Review Committee
With Respect To Retained Professionals' Final Fee
Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To
Professionals' Final Fee Application (Docket No.
19665)*

*Related filings:*     *Order Under 11 U.S.C. § 331 Establishing
Procedures For Interim Compensation And
Reimbursement Of Expenses Of Professionals (Docket*

20

*No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

16.          **"Fried, Frank, Harris, Shriver & Jacobson LLP Final Fee Application"** - Combined Sixth Interim And Final Application Of Fried, Frank, Harris, Shriver & Jacobson LLP, As Counsel For The Official Committee Of Equity Security Holders, For Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred And Posted During The Period From May 8, 2006 Through January 25, 2008 (Docket No. 19218)

*Objections filed:*          *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

*Replies filed:*          *None.*

*Statements filed:*          *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

*Related filings:*          *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket*

*No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

|   |   |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

17. **"FTI Consulting, Inc. Final Fee Application" -** Seventh Interim (For The Period October 1, 2007 Through January 25, 2008) And Final Application For Allowance Of Compensation And Reimbursement Of Expenses Incurred By FTI Consulting, Inc. As Restructuring And Financial Advisor To The Debtors For The Period October 8, 2005 Through January 25, 2008 (Docket No. 19259)

|   |   |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
|   | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket* |

22

*No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

18.   **"Gregory P. Joseph Law Offices LLC Final Fee Application"** - Combined First Interim And Final Application Of Gregory P. Joseph Law Offices LLC, Conflict Counsel For The Official Committee Of Equity Security Holders, For Compensation For Professional Services Rendered And Reimbursement Of Expenses Incurred And Posted During The Period From October 1, 2007 Through January 25, 2008 (Docket No. 19382)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket* |

*No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

19.    **"Groom Law Group, Chartered Final Fee Application"** - Final Fee Application Of Groom Law Group, Chartered, As Special Employee Benefits Counsel For The Debtors, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 25, 2008 (Docket No. 19281)

*Objections filed:*    *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

*Replies filed:*      *None.*

*Statements filed:*   *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

*Related filings:*    *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket*

24

> *No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*
>
> *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*
>
> *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*
>
> *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*
>
> *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

20.      **"Houlihan Lokey Howard & Zukin Capital Final Fee Application"** - Seventh Interim & Final Fee Application Of Houlihan Lokey Howard & Zukin Capital For Allowance Of Compensation And Reimbursement Of Expenses (Docket No. 19219)

*Objections filed:*      *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

*Replies filed:*      *None.*

*Statements filed:*      *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

*Related filings:*      *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

25

*Reorganized Debtors' Expedited Motion For Order
Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Requests For Payment Of
Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Request For Payment Of
Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications
For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals
Seeking Final Allowance And Payment Of
Compensation And Reimbursement Of Expenses For
The Period From October 8, 2005 Through January
25, 2008 (Docket No. 19394)*

*Status:*          *The hearing with respect to this matter will be
proceeding.*

21.     **"Howard & Howard Attorneys, P.C. Final Fee Application"** - Seventh
Fee Application Of Howard & Howard Attorneys, P.C. For Allowance Of
Fees and Expenses For The Period From October 1, 2007 Through January
25, 2008 And Application Of Howard & Howard Attorneys P.C. For Final
Approval And Final Allowance Of All Fees And Expenses For The Period
From October 8, 2005 Through January 25, 2008 And Application Of
Howard & Howard Attorneys P.C. For Approval Of Fees And Expenses
Attendant To Preparation And Pursuit Of Its Seventh And Final Application
For Fees And Expenses (Docket No. 19214)

*Objections filed:*     *Objection Of The United States Trustee To The Final
Fee Applications Of The Retained Professionals
(Docket No. 19579)*

*Replies filed:*        *None.*

*Statements filed:*     *Statement Of The Delphi Joint Fee Review Committee
With Respect To Retained Professionals' Final Fee
Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To
Professionals' Final Fee Application (Docket No.
19665)*

*Related filings:*      *Order Under 11 U.S.C. § 331 Establishing
Procedures For Interim Compensation And
Reimbursement Of Expenses Of Professionals (Docket*

26

*No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Notice Of Filing And Notice Of Hearing Regarding The Following Applications Of Howard & Howard Attorneys P.C.: (I) Seventh Fee Application Of For Allowance Of Fees And Expenses For The Period From October 1, 2007 Through January 25, 2008, (II) Application For Final Approval And Final Allowance Of All Fees And Expenses For The Period From October 8, 2005 Through January 25, 2008, And (III) Application For Approval Of Fees And Expenses Attendant To Preparation And Pursuant Of Its Seventh And Final Application For Fees And Expenses (Docket No. 19215)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

*Status:*      *The hearing with respect to this matter will be proceeding.*

22.    **"Ivins, Phillips, and Barker Charted Final Fee Application"** - Final Application Of Ivins, Phillips, & Barker Chartered As Special Pension Benefits Tax Counsel To The Debtors And Debtors-In-Possession, Seeking Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 25, 2008 (Docket No. 19349)

*Objections filed:*      *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

27

| | |
|---|---|
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

23.  **"Jaeckle Fleischmann & Mugel, LLP Final Fee Application"** - Seventh And Final Fee Application Of Jaeckle, Fleischmann & Mugel, LLP, For An Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses For The Period From October 1, 2007 Through January 25, 2009 (Docket No. 19180)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |

28

| | |
|---|---|
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

24. **"Jeffries & Company, Inc. Final Fee Application"** - Final Fee And Expense Application Of Jefferies & Company, Inc. As Investment Banker To The Official Committee Of Unsecured Creditors (Docket No. 19249)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |

29

<div style="margin-left:35%">

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

</div>

| | |
|---|---|
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

25.    **"Jones Lang LaSalle Americas, Inc. Final Fee Application"** - Jones Lang LaSalle Americas, Inc.'s Final Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Pursuant To 11 U.S.C. §§ 328, 300 And 331 (Docket No. 19265)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |

Statement Of DPH Holdings Corp. With Respect To
Professionals' Final Fee Application (Docket No.
19665)

Related filings:       Order Under 11 U.S.C. § 331 Establishing
Procedures For Interim Compensation And
Reimbursement Of Expenses Of Professionals (Docket
No. 869, as supplemented by Docket Nos. 2747, 2986,
3630, 4545, 5310, 6145, and 12367)

Notice Of Jones Lang LaSalle Americas, Inc.'s Final
Application For Allowance And Payment Of
Compensation And Reimbursement Of Expenses
Pursuant To 11 U.S.C. §§ 328, 330 And 331 (Docket
No. 19266)

Reorganized Debtors' Expedited Motion For Order
Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Requests For Payment Of
Professional Claims (Docket No. 19304)

Order Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Request For Payment Of
Professional Claims (Docket No. 19370)

Order Scheduling Hearing On Final Fee Applications
For March 18, 2010 (Docket No. 19383)

Notice Of Hearing On Applications Of Professionals
Seeking Final Allowance And Payment Of
Compensation And Reimbursement Of Expenses For
The Period From October 8, 2005 Through January
25, 2008 (Docket No. 19394)

Status:       The hearing with respect to this matter will be
proceeding.

26.    **"KPMG LLP Final Fee Application"** - Seventh Interim And Final
Application Of KPMG LLP, As Tax And Transaction Services Advisors And
Advisory And Valuation Services Advisors For The Debtors, For Entry Of
An Order (I) Allowing Compensation For Professional Services Rendered
And Reimbursement Of Actual And Necessary Expenses Incurred From
October 1, 2007 Through January 25, 2008 And All Subsequent Monthly
Periods Through The Effective Date Of October 6, 2009; (II) Allowing
Compensation For Professional Services Rendered And Reimbursement Of
Actual And Necessary Expenses Incurred From October 8, 2005 Through
October 6, 2009; (III) Authorizing And Directing The Debtors To Release

31

Prior Holdback Amounts; And (IV) Authorizing And Directing The Debtors
To Pay All Unpaid Fees And Expenses (Docket No. 19261)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

27.   **"Latham & Watkins LLP Final Fee Application"** - Final Fee And
Expense Application Of Latham & Watkins LLP As Counsel To The Official
Committee Of Unsecured Creditors (Docket No. 19212)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *Response Of Latham & Watkins LLP To The Objection Of The United States Trustee To Its Final Fee Application (Docket No. 19636)* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

28.     **"Legal Cost Control, Inc. Final Fee Application"** - Fifth And Final Fee Application Of Legal Cost Control, Inc. As Fee And Expense Analyst To The Delphi Fee And Expense Review Committee, For Allowance Of Interim And Final Compensation For Services Rendered For The Seventh And Final Fee Application Period, October 1, 2007 Through And Including January 25,

2008, And For Final Compensation For The Period October 1, 2006 Through January 25, 2008 (Docket No. 19074)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

29. **"Mayer Brown LLP Final Fee Application"** - Application Of Mayer Brown LLP, Special Outsourcing Counsel To The Debtors, For (I) Interim Approval And Allowance Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From October 1, 2007 Through

January 25, 2008, And (II) Final Allowance And Payment Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From February 1, 2006 Through January 25, 2008 (Docket No. 19220)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

30.     **"Mesirow Financial Consulting, LLC Final Fee Application"** - Final Fee Application Cover Sheet Of Mesirow Financial Consulting, LLC For Allowance Of Compensation And Reimbursement Of Expenses As Financial

Advisor To The Official Committee Of Unsecured Creditors For The Period
From October 19, 2005 Through January 25, 2008 (Docket No. 19262)

*Objections filed:*    *Objection Of The United States Trustee To The Final
Fee Applications Of The Retained Professionals
(Docket No. 19579)*

*Replies filed:*    *None.*

*Statements filed:*    *Statement Of The Delphi Joint Fee Review Committee
With Respect To Retained Professionals' Final Fee
Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To
Professionals' Final Fee Application (Docket No.
19665)*

*Related filings:*    *Order Under 11 U.S.C. § 331 Establishing
Procedures For Interim Compensation And
Reimbursement Of Expenses Of Professionals (Docket
No. 869, as supplemented by Docket Nos. 2747, 2986,
3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order
Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Requests For Payment Of
Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For
Professionals To File Final Request For Payment Of
Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications
For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals
Seeking Final Allowance And Payment Of
Compensation And Reimbursement Of Expenses For
The Period From October 8, 2005 Through January
25, 2008 (Docket No. 19394)*

*Status:*    *The hearing with respect to this matter will be
proceeding.*

31.    **"O'Melveny & Myers LLP Final Fee Application"** - Seventh And Final
Application Of O'Melveny & Myers LLP For Order Authorizing And
Approving Compensation And Reimbursement Of Expenses (Docket No.
19299)

36

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Motion For Enlargement Of Time To File The Seventh And Final Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 19297)* |
| | *Notice Of Filing of Seventh And Final Application Of O'Melveny & Myers LLP For Order Authorizing And Approving Compensation And Reimbursement Of Expenses (Docket No. 19300)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |

37

<table>
<tr><td><em>Status:</em></td><td><em>The hearing with respect to this matter will be proceeding.</em></td></tr>
</table>

32.     **"Price, Heneveld, Cooper, DeWitt & Litton, LLP Final Fee Application"** - Certification For Final Fee Application For Approval Of Compensation And Reimbursement Of Expenses Of Price, Heneveld, Cooper, Dewitt & Litton, LLP, Intellectual Property Counsel To Debtors, Under 11 U.S.C. §§ 330 And 331 For Services Rendered From October 1, 2007, Through January 25, 2008 (Docket No. 13258)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |

38

*Status:*                 *The hearing with respect to this matter will be*
                          *proceeding.*

33.    **"PricewaterhouseCoopers LLP Final Fee Application"** - Summary Of
       Sixth Interim Fee Application For Compensation Of Services Rendered And
       Reimbursement Of Actual And Necessary Expenses Incurred By
       PricewaterhouseCoopers LLP To Provide Certain Sarbanes-Oxley
       Compliance, Tax And Financial Planning, And Other General Tax
       Consulting Services To Delphi Corporation, Et Al., For The Period October 1,
       2007 Through January 25, 2008 And Final Fee Application For
       Compensation Of Services Rendered And Reimbursement Of Actual And
       Necessary Expenses Incurred By PricewaterhouseCoopers LLP To Provide
       Certain Sarbanes-Oxley Compliance, Tax And Financial Planning, And
       Other General Tax Consulting Services To Delphi Corporation, Et Al., For
       The Period February 1, 2006 Through January 25, 2008 (Docket No. 19351)

       *Objections filed:*       *Objection Of The United States Trustee To The Final*
                                 *Fee Applications Of The Retained Professionals*
                                 *(Docket No. 19579)*

       *Replies filed:*          *None.*

       *Statements filed:*       *Statement Of The Delphi Joint Fee Review Committee*
                                 *With Respect To Retained Professionals' Final Fee*
                                 *Applications (Docket No. 19664)*

                                 *Statement Of DPH Holdings Corp. With Respect To*
                                 *Professionals' Final Fee Application (Docket No.*
                                 *19665)*

       *Related filings:*        *Order Under 11 U.S.C. § 331 Establishing*
                                 *Procedures For Interim Compensation And*
                                 *Reimbursement Of Expenses Of Professionals (Docket*
                                 *No. 869, as supplemented by Docket Nos. 2747, 2986,*
                                 *3630, 4545, 5310, 6145, and 12367)*

                                 *Reorganized Debtors' Expedited Motion For Order*
                                 *Under 11 U.S.C. § 105 Enlarging Time For*
                                 *Professionals To File Final Requests For Payment Of*
                                 *Professional Claims (Docket No. 19304)*

                                 *Order Under 11 U.S.C. § 105 Enlarging Time For*
                                 *Professionals To File Final Request For Payment Of*
                                 *Professional Claims (Docket No. 19370)*

                                 *Order Scheduling Hearing On Final Fee Applications*
                                 *For March 18, 2010 (Docket No. 19383)*

39

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

Status:            *The hearing with respect to this matter will be proceeding.*

34.    **"Quinn Emanuel Urquhart Oliver & Hedges, LLP Final Fee Application" -** Application Of Quinn Emanuel Urquhart Oliver & Hedges, LLP, Special Litigation Counsel To The Debtors, For Final Allowance And Payment Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred From October 8, 2005 Through August 15, 2007 (Docket No. 19274)

Objections filed:        *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

Replies filed:        *None.*

Statements filed:        *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

Related filings:        *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

Status:          *The hearing with respect to this matter will be proceeding.*

35.    **"Rader, Fishman & Grauer PLLC Final Fee Application" -** Notice Of Filing Of Seventh And Final Application For Approval Of Compensation And Reimbursement Of Expenses Of Rader, Fishman & Grauer PLLC, Intellectual Property Counsel To The Debtors, For Services Rendered From October 1, 2007 Through January 25, 2008 (Docket No. 13764)

Objections filed:    *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

Replies filed:      *None.*

Statements filed:    *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

Related filings:    *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

Status:            *The hearing with respect to this matter will be proceeding.*

36.    **"Rothschild Inc. Final Fee Application"** - Final Application Of Rothschild Inc. For Compensation And Reimbursement Of Expenses (Docket No. 19255)

Objections filed:    *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

Replies filed:    *Supplement To The Final Application Of Rothschild Inc. For Compensation And Reimbursement Of Expenses (Docket No. 19659)*

Statements filed:    *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

Related filings:    *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

Status:          *The hearing with respect to this matter will be proceeding.*

37.    **"Shearman & Sterling LLP Final Fee Application"** - Seventh And Final Application Of Shearman & Sterling LLP, As Attorneys For The Debtors, For (A) Allowance Of Interim Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 1, 2007 Through January 25, 2008 And (B) Final Allowance Of Compensation For Professional Services Rendered And For Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through And Including January 25, 2008 (Docket No. 19201)

Objections filed:      *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

Replies filed:          *None.*

Statements filed:      *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

Related filings:      *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*

*Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*

43

*Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*

*Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

*Status:*            *The hearing with respect to this matter will be proceeding.*

38.    **"Skadden, Arps, Slate, Meagher & Flom LLP Final Fee Application"** -
Seventh And Final Application Of Skadden, Arps, Slate, Meagher & Flom
LLP, Counsel To Debtors And Debtors-in-Possession, Seeking Final
Allowance And Payment Of Compensation And Reimbursement Of
Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 19256)

*Objections filed:*     *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

*Replies filed:*        *Reply Of Skadden, Arps, Slate, Meagher & Flom LLP To The Objection Of The United States Trustee To Its Final Fee Application (Docket No. 19663)*

*Statements filed:*     *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

*Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

*Related filings:*      *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)*

*Notice Of Seventh And Final Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors And Debtors-In-Possession, Seeking Allowance And Payment Of Interim Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 19257)*

44

> *Revised Notice Of Seventh And Final Application Of Skadden, Arps, Slate, Meagher & Flom LLP, Counsel To Debtors And Debtors-In-Possession, Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses Under 11 U.S.C. §§ 330 And 331 (Docket No. 19258)*
>
> *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)*
>
> *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)*
>
> *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)*
>
> *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

*Status:*      *The hearing with respect to this matter will be proceeding.*

39. **"Steven Hall & Partners, LLC Final Fee Application"** - Final Fee And Expense Application Of Steven Hall & Partners, LLC As Compensation And Employment Agreement Advisor For The Official Committee Of Unsecured Creditors (Docket No. 19239)

*Objections filed:*      *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)*

*Replies filed:*      *None.*

*Statements filed:*      *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)*

                      *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)*

45

| | |
|---|---|
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

40.     **"Thompson Hine LLP Final Fee Application"** - Seventh Interim And Final Application Of Thompson Hine LLP As Special Counsel For Debtors For Interim Court Approval, Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced From October 1, 2007 Through January 25, 2008 (Docket Nos. 19323)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |

46

| | |
|---|---|
| Related filings: | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| | *Amended Seventh Interim Application Of Thompson Hine LLP As Special Counsel For The Debtors For Interim Court Approval Allowance And Payment Of Compensation For Services Rendered And Expenses Advanced During The Seventh Interim Period (October 1, 2007 Through January 25, 2008) And Application Of Thompson Hine LLP As Special Counsel For The Debtors For Final Court Approval Of Payment Of All Compensation For Services Rendered And Expenses Advanced During The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19486)* |
| Status: | *The hearing with respect to this matter will be proceeding.* |

41.    **"Togut, Segal & Segal LLP Final Fee Application"** - Seventh And Final Application Of Togut, Segal & Segal LLP For (A) Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses Incurred As Conflicts Counsel For The Debtors During The Period October 1, 2007 Through January 25. 2008 And (B) Final Allowance Of Compensation And Reimbursement Of Expenses For Services Rendered As Conflicts Counsel For The Debtors For The Period Of October 8, 2005 Through January 25, 2008 (Docket No. 19253)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Notice Of Hearing Of Seventh And Final Application Of Togut, Segal & Segal LLP For (A) Allowance Of Compensation For Services Rendered And For Reimbursement Of Expenses Incurred As Conflicts Counsel For The Debtors During The Period October 1, 2007 Through January 25. 2008 And (B) Final Allowance Of Compensation And Reimbursement Of Expenses For Services Rendered As Conflicts Counsel For The Debtors For The Period Of October 8, 2005 Through January 25, 2008 (Docket No. 19254)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |

48

Status:                    *The hearing with respect to this matter will be*
                           *proceeding.*

42.        **"W.Y. Campbell & Company Final Fee Application"** - Final Application
           Of W.Y. Campbell & Company For Compensation And Reimbursement
           Expenses (Docket No. 19126)

           *Objections filed:*        *Objection Of The United States Trustee To The Final*
                                      *Fee Applications Of The Retained Professionals*
                                      *(Docket No. 19579)*

           *Replies filed:*           *None.*

           *Statements filed:*        *Statement Of The Delphi Joint Fee Review Committee*
                                      *With Respect To Retained Professionals' Final Fee*
                                      *Applications (Docket No. 19664)*

                                      *Statement Of DPH Holdings Corp. With Respect To*
                                      *Professionals' Final Fee Application (Docket No.*
                                      *19665)*

           *Related filings:*         *Order Under 11 U.S.C. § 331 Establishing*
                                      *Procedures For Interim Compensation And*
                                      *Reimbursement Of Expenses Of Professionals (Docket*
                                      *No. 869, as supplemented by Docket Nos. 2747, 2986,*
                                      *3630, 4545, 5310, 6145, and 12367)*

                                      *Reorganized Debtors' Expedited Motion For Order*
                                      *Under 11 U.S.C. § 105 Enlarging Time For*
                                      *Professionals To File Final Requests For Payment Of*
                                      *Professional Claims (Docket No. 19304)*

                                      *Order Under 11 U.S.C. § 105 Enlarging Time For*
                                      *Professionals To File Final Request For Payment Of*
                                      *Professional Claims (Docket No. 19370)*

                                      *Order Scheduling Hearing On Final Fee Applications*
                                      *For March 18, 2010 (Docket No. 19383)*

                                      *Notice Of Hearing On Applications Of Professionals*
                                      *Seeking Final Allowance And Payment Of*
                                      *Compensation And Reimbursement Of Expenses For*
                                      *The Period From October 8, 2005 Through January*
                                      *25, 2008 (Docket No. 19394)*

           *Status:*                  *The hearing with respect to this matter will be*
                                      *proceeding.*

49

43.    **"Warner Stevens, L.L.P. Final Fee Application"** - Seventh Interim And
Final Fee Application For Compensation And Reimbursement Of Expenses
Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee
Of Unsecured Creditors For The Period Of November 10, 2005 Through
January 25, 2008 (Docket Nos. 19245)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To The Final Fee Applications Of The Retained Professionals (Docket No. 19579)* |
| *Replies filed:* | *None.* |
| *Statements filed:* | *Statement Of The Delphi Joint Fee Review Committee With Respect To Retained Professionals' Final Fee Applications (Docket No. 19664)* |
| | *Statement Of DPH Holdings Corp. With Respect To Professionals' Final Fee Application (Docket No. 19665)* |
| *Related filings:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869, as supplemented by Docket Nos. 2747, 2986, 3630, 4545, 5310, 6145, and 12367)* |
| | *Reorganized Debtors' Expedited Motion For Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Requests For Payment Of Professional Claims (Docket No. 19304)* |
| | *Order Under 11 U.S.C. § 105 Enlarging Time For Professionals To File Final Request For Payment Of Professional Claims (Docket No. 19370)* |
| | *Order Scheduling Hearing On Final Fee Applications For March 18, 2010 (Docket No. 19383)* |
| | *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)* |
| | *Supplement To Seventh Interim And Final Fee Application For Compensation And Reimbursement Of Expenses Of Warner Stevens, L.L.P., As Conflicts Counsel To The Official Committee Of Unsecured* |

50

*Creditors For The Period Of November 10, 2005*
*Through January 25, 2008 (Docket No. 19585)*

Status:          *The hearing with respect to this matter will be*
                 *proceeding.*

44.    **"Wilmer Cutler Pickering Hale and Dorr LLP Final Fee Application"** -
       Notice Of Seventh Interim And Final Application Of Wilmer Cutler
       Pickering Hale And Dorr LLP For Allowance Of Compensation For Services
       Rendered And Expenses Incurred From October 8, 2005 Through January 25,
       2008 (Docket No. 19236) And Seventh Interim And Final Application Of
       Wilmer Cutler Pickering Hale And Dorr LLP For Allowance Of
       Compensation For Services Rendered And Expenses Incurred From October
       8, 2005 Through January 25, 2008 (Docket No. 19238)

       Objections filed:    *Objection Of The United States Trustee To The Final*
                            *Fee Applications Of The Retained Professionals*
                            *(Docket No. 19579)*

       Replies filed:       *Reply To Objection Of The United States Trustee To*
                            *The Final Fee Application Of Wilmer Cutler*
                            *Pickering Hale And Dorr LLP (Docket No. 19660)*

       Statements filed:    *Statement Of The Delphi Joint Fee Review Committee*
                            *With Respect To Retained Professionals' Final Fee*
                            *Applications (Docket No. 19664)*

                            *Statement Of DPH Holdings Corp. With Respect To*
                            *Professionals' Final Fee Application (Docket No.*
                            *19665)*

       Related filings:     *Order Under 11 U.S.C. § 331 Establishing*
                            *Procedures For Interim Compensation And*
                            *Reimbursement Of Expenses Of Professionals (Docket*
                            *No. 869, as supplemented by Docket Nos. 2747, 2986,*
                            *3630, 4545, 5310, 6145, and 12367)*

                            *Reorganized Debtors' Expedited Motion For Order*
                            *Under 11 U.S.C. § 105 Enlarging Time For*
                            *Professionals To File Final Requests For Payment Of*
                            *Professional Claims (Docket No. 19304)*

                            *Order Under 11 U.S.C. § 105 Enlarging Time For*
                            *Professionals To File Final Request For Payment Of*
                            *Professional Claims (Docket No. 19370)*

                            *Order Scheduling Hearing On Final Fee Applications*
                            *For March 18, 2010 (Docket No. 19383)*

51

> *Notice Of Hearing On Applications Of Professionals Seeking Final Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From October 8, 2005 Through January 25, 2008 (Docket No. 19394)*

*Status:*   *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
       March 17, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors