**Hearing Date: March 18, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
  In re                                   :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
                    Reorganized Debtors.  :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED THIRTY-FIRST CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirty-First Claims Hearing Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (4 Matters)

    C.      Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.      Contested Matters (11 Matters)

**A.     Introduction**

**B.     Continued Or Adjourned Matters**

    1.     **"CSX Transportation Motion To Compel"** – Motion Of CSX Transport, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

          *Objections filed:*     *None.*

          *Replies filed:*     *None.*

          *Related filings:*     *None.*

          *Status:*     *This matter has been adjourned to the April 22, 2010 claims hearing.*

    2.     **"Sufficiency Hearing Regarding Claims of City of Olathe"** - Sufficiency Hearing Regarding Claims Of  City of Olathe As Objected To On The Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19044)

          *Responses filed:*     *City of Olathe, Kansas's Response And Objection To Reorganized Debtors' Thirty-Eight Omnibus Claims Objection (Docket No. 19152)*

          *Replies filed:*     *Reorganized Debtors' Omnibus Reply In Support Of Thirty-Eighth Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19167)*

*Reorganized Debtors' Supplemental Reply To Responses Of The City Of Olathe To Debtors' Objections To Proofs Of Claim Nos. 14825 And 14826 Filed By The City Of Olathe (Docket No. 19602)*

Related filings:    *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 14825 And 14826 Filed By City Of Olathe, Kansas (Docket No. 19648)*

Status:    *This matter has been adjourned without date pursuant to paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089).*

3.    **"Sufficiency Hearing Regarding Claims of  Illinois Tool Works Inc. and ITW Food Equipment Group LLC"** - Sufficiency Hearing Regarding Claims Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:    *Response of Creditors: (I) Illinois Tool Works Inc.; (II) Illinois Tool Works for Hobart Brothers Co.; (III) Hobart Brothers Company, (IV) ITW Food Equipment Group LLC; And (V) Tri-Mark, Inc. In Opposition To Debtors' Third Omnibus Objection To Certain Claims (Docket No. 5617)*

Replies filed:    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate*

3

*Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

*Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) [Docket No. 5452] With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 11983, 11985, 11988, And 11989 Filed By Illinois Tool Works Inc. And ITW Food Equipment Group LLC (Docket No. 19603)*

*Related filings:*        *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*

*Expedited Motion Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC For: (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply: And (II) A Continuance Of The Hearing Scheduled For March 18, 2010 (Docket No. 19672)*

*Status:*        *The hearing with respect to this matter has been adjourned to the April 22, 2010 claims hearing pursuant to the Order On Expedited Motion Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC For (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply: And (II) A Continuance Of The Hearing Scheduled For March 18, 2010 (Docket No. 19684).*

4.    **"Adjourned Sufficiency Hearings Regarding Certain Claims"** - Reorganized Debtors' Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (A) Proof Of Claim No. 11892 Filed By Ronald E. Jorgensen, (B) Proof Of Claim No. 12147 Filed By Pamela Gellar, (C) Proofs Of Claim Nos. 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha, (D) Proof Of Claim No. 14370 Filed By William P. Downey, (E) Administrative

4

Expense Claim No. 18265 Filed By Polymer Concentrates, Inc., (F) Administrative
Expense Claim No. 18422 Filed By Marybeth Cunningham, (G) Administrative
Expense Claim No. 19543 Filed By Jose C. Alfaro And Martha Alfaro, And (H)
Administrative Expense Claim No. 19545 Filed By Harris County Et Al. (Docket No.
19608)

| | |
|---|---|
| *Objections filed:* | *None.* |
| *Replies filed:* | *None.* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)* |
| *Status:* | *These matters have been adjourned without date.* |

## C.    Uncontested, Agreed, Or Settled Matters

5.    **"Evidentiary Hearing Regarding Claims of Charles K. Veenstra"** - Evidentiary
Hearing Regarding Claims Of Charles K. Veenstra As Objected To On The Debtors'
Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed R. Bankr. P.
3007 To Certain (A) Amended Claims, (B) Equity Claim, (C) Untimely
Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely
Claims, And (F) Claims Subject to Modification (Docket No. 13823)

| | |
|---|---|
| *Responses filed:* | *Veenstra Response To Debtors' Thirtieth Omnibus Claims Objection (Docket No. 13948)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 14006)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim Number 16805 (Charles K. Veenstra) (Docket No. 19507)* |
| *Related filings:* | *Notice Of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 16805 (Charles K. Veenstra) (Docket No. 19305)* |

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 16805 (Charles K. Veenstra) (Docket No. 19345)*

Status:   *This matter has been resolved pursuant to agreement between the parties.*

## D. Contested Matters

6. **"Sufficiency Hearing Regarding Claims of the New York State Department of Environmental Conservation"** - Sufficiency Hearing Regarding Claims Of The New York State Department of Environmental Conservation As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:  *The New York State Department Of Environmental Conservation's Response To Debtors' Third Omnibus Objection To Proofs of Claim Nos. 13776 And 13881 (Docket No. 5734)*

        *Supplemental Response Of The New York State Department Of Environmental Conservation In Opposition To Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 13776 And 13881 (Docket No. 19683)*

Replies filed:   *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

        *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) [Docket No. 5452] With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

6

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 13776 And 13881 Filed By The New York State Department Of Environmental Conservation (Docket No. 19600)*

Related filings:        *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*

Status:        *The hearing with respect to this matter will be proceeding.*

7.    **"Sufficiency Hearing Regarding Claims of PLA Holdings VI LLC"** - Sufficiency Hearing Regarding Claims Of PLA Holdings VI LLC As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:        *Response Of (A) Banco J.P. Morgan, S.A., Institucion De Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, Not Individually, But In Its Capacity As Trustee of Trust F/00121, (B) Prudential Financial, Inc., (C) Prudential Investment Management, Inc., (D) Prudential Real Estate Investors, A Division of Prudential Investment Management, Inc., (E) PLA Holding IV, LLC, (F) PLA Mexico Industrial Manager I LLC AND (G) PLA Industrial Fund I, LLC To Debtors' Third Omnibus Claim Objection (Docket No. 5736)*

Replies filed:        *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

*Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C)*

7

*Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) [Docket No. 5452] With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim No. 12833 Filed By PLA Holdings VI LLC (Docket No. 19601)*

Related filings:    *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*

Status:    *The hearing with respect to this matter will be proceeding.*

8.    **"Sufficiency Hearing Regarding Claims of Heraeus Amersil, Inc. a/k/a Heraeus Tenevo and Milliken & Company"** - Sufficiency Hearing Regarding Claims Of Heraeus Amersil, Inc. A/K/A Heraeus Tenevo And Milliken & Company As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:    *Response To Debtors' Second Omnibus Objection To Claims And Third Omnibus Claims Objection To Claims (Docket No. 5652)*

*Response In Opposition To Debtors' Third Omnibus Claims Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (Docket No. 5640)*

Replies filed:    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

8

*Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) [Docket No. 5452] With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

*Reorganized Debtors' Supplemental Reply To Response Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 10959 And 10960 Filed By Heraeus Amersil, Inc. A/K/A Heraeus Tenevo And (B) Proofs Of Claim Nos. 11643 And 11644 Filed By Milliken & Company (Docket No. 19604)*

Related filings:    *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*

Status:    *The hearing with respect to this matter will be proceeding.*

9.    **"Sufficiency Hearing Regarding Claims of Joyce L. Skillman, Audrey Amort Cabrera, Saundra L. Hamlin, Jeffrey A. Miller, Dwight L. Goodin, William E. Cross, and Scott A. McBain"** - Sufficiency Hearing Regarding Claims Of Joyce L. Skillman, Audrey Amort Cabrera, Saundra L. Hamlin, Jeffrey A. Miller, Dwight L. Goodin, William E. Cross, And Scott A. McBain As Objected To On The Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected on Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686); the Reorganized Debtors' Thirty- Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 18983); and the Reorganized Debtors' Thirty- Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

| | |
|---|---|
| *Responses filed:* | *Joyce L. Skillman's Response To The Thirty-Sixth Omnibus Claims Objection (Docket No. 19104)* |
| | *Audrey Amort Cabrera's Response To The Twenty-Sixth Omnibus Claims Objection (Docket no. 13131)* |
| | *Saundra L. Hamlin's Response To The Thirty-Sixth Omnibus Claims Objection (undocketed)* |
| | *Jeffrey A. Miller's Response To The Thirty-Sixth Omnibus Claims Objection (undocketed)* |
| | *Dwight L. Goodin's Response To The Thirty-Seventh Omnibus Claims Objection (Docket No. 19033)* |
| | *William E. Cross' Response To The Thirty-Seventh Omnibus Claims Objection (Docket No. 19070)* |
| | *Scott A. McBain's Response To The Thirty-Seventh Omnibus Claims Objection (Docket No. 19069)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 13153)* |
| | *Debtors' Omnibus Reply In Support Of Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 19099)* |
| | *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim No. 7054 Filed By Joyce L. Skillman, Proof Of Claim No. 9221 Filed By Audrey Amort Cabrera, Proof Of Claim No.* |

10

10830 Filed By Saundra L. Hamlin, Proof Of Claim No.
11375 Filed By Jeffrey A. Miller, Administrative Expense
Claim No. 16967 Filed By Dwight L. Goodin, Administrative
Expense Claim No. 18614 Filed By William E. Cross, And
Administrative Expense Claim No. 19162 Filed By Scott A.
McBain (Docket No. 19605)

Related filings:        Notice Of Sufficiency Hearing With Respect To Debtors'
Objections To Proofs Of Claims Nos. 6991, 7054, 9221,
10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911,
11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881,
14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370,
14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162,
19543, And 19545 (Docket No. 19504)

Status:                 The hearing with respect to this matter will be proceeding.

10.    **"Sufficiency Hearing Regarding Claims Filed by FHBC America, Inc. and
Subsequently Transferred to Contrarian Funds LLC"** - Sufficiency Hearing
Regarding Claims Filed By FHBC America, Inc. And Subsequently Transferred To
Contrarian Funds LLC As Objected To On The Debtors' Eighth Omnibus Objection
(Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To
Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of
Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket
No. 6962)

Responses filed:        Contrarian Funds LLC's Response To The Eighth Omnibus
Claims Objection (Docket No. 7276)

Replies filed:          Debtors' Omnibus Reply In Support Of Debtors' Eighth
Omnibus Objection (Procedural) Pursuant To 11 U.S.C.
Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Duplicate And Amended Claims, (B) Claims Duplicative Of
Consolidated Trustee Claim, (C) Equity Claims, And (D)
Protective Claims (Docket No. 7369)

                        Reorganized Debtors' Supplemental Reply To Response Of
Claimant To Debtors' Objection To Proof Of Claim No. 6991
Filed By FHBC America, Inc. And Subsequently Transferred
To Contrarian Funds LLC (Docket No. 19606)

Related filings:        Notice Of Sufficiency Hearing With Respect To Debtors'
Objections To Proofs Of Claims Nos. 6991, 7054, 9221,
10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911,
11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881,
14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370,
14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162,
19543, And 19545 (Docket No. 19504)

11

*Debtors' Thirty-First Omnibus Objection Pursuant To 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Untimely
Equity Claim, (B) Books And Records Claim That Is Subject
To Prior Order, (C) Untimely Books And Records Claims, (D)
Books And Records Tax Claim That Is Subject To Prior Order,
(E) Untimely Claims, And (F) Modified Claims Asserting
Reclamation That Are Subject To Prior Orders (Docket No.
14349)*

*Thirty-First Omnibus Claims Objection Order, Entered
November 24, 2008 (Docket No. 14489)*

|  |  |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

11. **"Sufficiency Hearing Regarding Claims of Michael Potter and Lance W.
Weber"** - Sufficiency Hearing Regarding Claims Of Michael Potter And Lance W.
Weber As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive)
Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Claims
With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books
And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate
Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No.
5452) and the Reorganized Debtors' Thirty- Eighth Omnibus Objection Pursuant To
11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity
Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension,
Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II)
Modify And Allow Certain Claims (Docket No. 19044)

|  |  |
|---|---|
| *Responses filed:* | *Michael Potter's Response To The Third Omnibus Claims Objection (Docket No. 5927)* |
|  | *Lance W. Weber's Response To The Thirty-Eighth Omnibus Claims Objection (Docket No. 19149)* |
|  | *Lance W. Weber's Supplemental Response To The Thirty-Eighth Omnibus Claims Objection (Docket No. 19689)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)* |
|  | *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain* |

12

*(A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) [Docket No. 5452] With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

*Reorganized Debtors' Omnibus Reply In Support Of Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19167)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim No. 11911 Filed By Michael Potter And Administrative Expense Claim No. 18603 Filed By Lance W. Weber (Docket No. 19607)*

| | |
|---|---|
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

12. **"Sufficiency Hearing Regarding Claims of The International Union Of Operating Engineers, Locals 101-S, 18-S, And 832-S"** – Sufficiency Hearing Regarding Claims Of The International Union Of Operating Engineers, Locals 101-S, 18-S, And 832-S As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Response Of IUOE Locals 18S, 101S, 832S To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18332)* |

13

*Supplemental Response To Reorganized Debtors'
Supplemental Reply To Responses Of Certain Claimants To
Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And
13730 Filed By The International Union Of Operating
Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim
Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C)
Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE,
Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334
Filed By The International Association Of Machinists And
Aerospace Workers And Its District 10 And Tool And Die
Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And
14350 Filed By International Brotherhood Of Electrical
Workers Local 663 (Docket No. 19190)*

*Replies filed:*         *Debtors' Omnibus Reply In Support Of Debtors'
Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain
Pension An OPEB Claims, (B) Certain Individual Workers'
Compensation Claims, (C) Certain Duplicate And/Or
Amended Individual Workers' Compensation Claims, (D)
Certain Untimely Individual Workers' Compensation Claims,
(E) A Secured Books And Records Claim, And (F) Certain
Untimely Claims, (II) Modify Certain (A) Wage And Benefit
Claims, (B) States Workers' Compensation Claims, And (C)
Individual Workers' Compensation Claims Asserting Priority,
(III) Provisionally Disallow Certain Union Claims, And (IV)
Modify And Allow Certain Settled Claims (Docket No. 18569)*

*Reorganized Debtors' Supplemental Reply To Responses Of
Certain Claimants To Debtors' Objections To (A) Proofs Of
Claim Nos. 13663 And 13730 Filed By The International
Union Of Operating Engineers (the "IUOE"), Local 101-S, (B)
Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE,
Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed
By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863
And 14334 Filed By The International Association Of
Machinists And Aerospace Workers And Its District 10 And
Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos.
13875 And 14350 Filed By The International Brotherhood Of
Electrical Workers, Local 663 (Docket No. 19157)*

*Reorganized Debtors' Supplemental Reply To The
Supplemental Response To The Reorganized Debtors'
Supplemental Reply To Responses Of Certain Claimants To
Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And
13730 Filed By The International Union Of Operating
Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim*

14

*Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C)*
*Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE,*
*Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334*
*Filed By The International Association Of Machinists And*
*Aerospace Workers And Its District 10 And Tool And Die*
*Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And*
*14350 Filed By The International Brotherhood Of Electrical*
*Workers, Local 663 (Docket No. 19203)*

Briefs filed:    *Reorganized Debtors' Brief Requesting Entry Of An Order*
*Disallowing And Expunging Proofs Of Claim Filed By The*
*IAM, The IBEW, And The IUOE (Docket No. 19402)*

*Unions' Brief In Opposition Brief To Debtors' Motion To*
*Disallow And Expunge Proofs Of Claim Filed By The IAM,*
*The IBEW, And The IUOE (Docket No. 19595)*

*Reorganized Debtors' Reply To Unions' Brief In Opposition*
*To Debtors' Motion To Disallow And Expunge Proofs Of*
*Claim Filed By The IAM, The IBEW, And The IUOE (Docket*
*No. 19668)*

Related filings:    *Notice Of Sufficiency Hearing With Respect To Debtors'*
*Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377,*
*1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387,*
*2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571,*
*10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251,*
*13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334,*
*14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520,*
*15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588,*
*15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591,*
*16849, And 16850 (Docket No. 19108)*

Status:    *The hearing with respect to this matter will be proceeding.*

13.    **"Sufficiency Hearing Regarding Claims Of The International Association Of
Machinists And Aerospace Workers And Its District 10 And Die Makers Lodge
78"** - Sufficiency Hearing Regarding Claims Of The International Association Of
Machinists And Aerospace Workers And Its District 10 And Die Makers Lodge 78
As Objected To On The Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11
U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An
OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain
Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain
Untimely Individual Workers' Compensation Claims, (E) A Secured Books And
Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage
And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual
Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow

15

Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

Responses filed:     *Response Of IBEW And IAM To Debtor's Thirty-Fourth Omnibus Claims Objection (Docket No. 18333)*

*Corrected Response Of IBEW And IAM To Debtor's Thirty-Fourth Omnibus Claims Objection (Docket No. 18334)*

*Supplemental Response To Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And 13730 Filed By The International Union Of Operating Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334 Filed By The International Association Of Machinists And Aerospace Workers And Its District 10 And Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And 14350 Filed By International Brotherhood Of Electrical Workers Local 663 (Docket No. 19190)*

Replies filed:     *Debtors' Omnibus Reply In Support Of Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And 13730 Filed By The International Union Of Operating Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334 Filed By The International Association Of Machinists And Aerospace Workers And Its District 10 And Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos.*

16

13875 And 14350 Filed By The International Brotherhood Of
Electrical Workers, Local 663 (Docket No. 19157)

Reorganized Debtors' Supplemental Reply To The
Supplemental Response To The Reorganized Debtors'
Supplemental Reply To Responses Of Certain Claimants To
Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And
13730 Filed By The International Union Of Operating
Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim
Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C)
Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE,
Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334
Filed By The International Association Of Machinists And
Aerospace Workers And Its District 10 And Tool And Die
Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And
14350 Filed By The International Brotherhood Of Electrical
Workers, Local 663 (Docket No. 19203)

| | |
|---|---|
| Briefs filed: | Reorganized Debtors' Brief Requesting Entry Of An Order Disallowing And Expunging Proofs Of Claim Filed By The IAM, The IBEW, And The IUOE (Docket No. 19402) |
| | Unions' Brief In Opposition Brief To Debtors' Motion To Disallow And Expunge Proofs Of Claim Filed By The IAM, The IBEW, And The IUOE (Docket No. 19595) |
| | Reorganized Debtors' Reply To Unions' Brief In Opposition To Debtors' Motion To Disallow And Expunge Proofs Of Claim Filed By The IAM, The IBEW, And The IUOE (Docket No. 19668) |
| Related filings: | Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108) |
| Status: | The hearing with respect to this matter will be proceeding. |

14.    **"Sufficiency Hearing Regarding Claims Of The International Brotherhood Of
Electrical Workers, Local 663"** - Sufficiency Hearing Regarding Claims Of The
International Brotherhood Of Electrical Workers, Local 663 As Objected To On The

Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Response Of IBEW And IAM To Debtor's Thirty-Fourth Omnibus Claims Objection (Docket No. 18333)* |
| | *Corrected Response Of IBEW And IAM To Debtor's Thirty-Fourth Omnibus Claims Objection (Docket No. 18334)* |
| | *Supplemental Response To Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And 13730 Filed By The International Union Of Operating Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334 Filed By The International Association Of Machinists And Aerospace Workers And Its District 10 And Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And 14350 Filed By International Brotherhood Of Electrical Workers Local 663 (Docket No. 19190)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension An OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) States Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And 13730 Filed By The International* |

18

*Union Of Operating Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334 Filed By The International Association Of Machinists And Aerospace Workers And Its District 10 And Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And 14350 Filed By The International Brotherhood Of Electrical Workers, Local 663 (Docket No. 19157)*

*Reorganized Debtors' Supplemental Reply To The Supplemental Response To The Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Nos. 13663 And 13730 Filed By The International Union Of Operating Engineers (the "IUOE"), Local 101-S, (B) Proofs Of Claim Nos. 13734 And 15071 Filed By The IUOE, Local 18-S, (C) Proofs Of Claim Nos. 13699 And 15075 Filed By The IUOE, Local 832-S, (D) Proofs Of Claim Nos. 13863 And 14334 Filed By The International Association Of Machinists And Aerospace Workers And Its District 10 And Tool And Die Makers Lodge 78, And (E) Proofs Of Claim Nos. 13875 And 14350 Filed By The International Brotherhood Of Electrical Workers, Local 663 (Docket No. 19203)*

| | |
|---|---|
| *Briefs filed:* | *Reorganized Debtors' Brief Requesting Entry Of An Order Disallowing And Expunging Proofs Of Claim Filed By The IAM, The IBEW, And The IUOE (Docket No. 19402)* |
| | *Unions' Brief In Opposition Brief To Debtors' Motion To Disallow And Expunge Proofs Of Claim Filed By The IAM, The IBEW, And The IUOE (Docket No. 19595)* |
| | *Reorganized Debtors' Reply To Unions' Brief In Opposition To Debtors' Motion To Disallow And Expunge Proofs Of Claim Filed By The IAM, The IBEW, And The IUOE (Docket No. 19668)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Nos. 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 1385, 1386, 1387, 2539, 3175, 5408, 6468, 6668, 7269, 9396, 10570, 10571, 10835, 10836, 10964, 10965, 10966, 10967, 10968, 12251, 13464, 13663, 13699, 13730, 13734, 13863, 13875, 14334, 14350, 14751, 15071, 15075, 15513, 15515, 15519, 15520, 15521, 15524, 15525, 15532, 15584, 15586, 15587, 15588,* |

*15590, 15591, 15592, 15593, 15594, 15595, 16175, 16591, 16849, And 16850 (Docket No. 19108)*

Status:    *The hearing with respect to this matter will be proceeding.*

15.    **"Evidentiary Hearing Regarding Claims of Robert E. Dettinger"** - Evidentiary Hearing Regarding Claims Of Robert E. Dettinger As Objected To On The Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

Responses filed:    *Letter By Robert E. Dettinger Re: Objection To The Thirty-Seventh Omnibus Claims Objection Regarding Administrative Claim No. 17863 (Docket No. 19032)*

*Letter By Robert E. Dettinger Re: Supplemental Response To DPH Holdings Corp., Et Al.'s Supplemental Reply, Case No. 05-44481, Proof Of Administrative Expense #17863 (Docket No. ___)*

Replies filed:    *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

*Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Number 17863 (Robert E. Dettinger) (Docket No. 19508)*

Related filings:    *Notice Of Hearing With Respect To Reorganized Debtors' Objection To Administrative Expense Claim No. 17863 (Robert E. Dettinger) (Docket No. 19306)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 17863 (Robert E. Dettinger) (Docket No. 19346)*

Status:    *The hearing with respect to this matter will be proceeding.*

16.    **"Evidentiary Hearing Regarding Claims of Anthony N. Gardner"** - Evidentiary Hearing Regarding Claims Of Anthony N. Gardner As Objected To On The Debtors' Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed R. Bankr. P.

3007 To Certain (A) Amended Claims, (B) Equity Claim, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 13823)

| | |
|---|---|
| *Responses filed:* | *Anthony N. Gardner's Response To Debtors' Thirtieth Omnibus Claims Objection (Docket No. 13949)* |
| | *Amended Response Of Anthony N. Gardner To The Thirtieth Omnibus Claim Objection (Docket No. 19388)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirtieth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Amended Claims, (B) Equity Claims, (C) Untimely Insufficiently Documented Claim, (D) Books And Records Claims, (E) Untimely Claims, And (F) Claims Subject To Modification (Docket No. 14006)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim Number 5368 (Anthony N. Gardner) (Docket No. 19506)* |
| *Related filings:* | *Notice Of Hearing With Respect To Debtors' Objection To Proof Of Claim No. 5368 (Anthony N. Gardner) (Docket No. 19307)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 5368 (Anthony N. Gardner) (Docket No. 19344)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated: New York, New York
March 17, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler Jr.
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

22