05-44481-rdd    Doc 19703    Filed 03/18/10    Entered 03/18/10 08:19:47    Main Document
Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DPH HOLDINGS CORP., et al., | ) ) | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |

### ORDER ADMITTING MARY KAY SHAVER TO PRACTICE, *PRO HAC VICE*

IT IS HEREBY ORDERED that Mary Kay Shaver is admitted to practice, *pro hac vice*, to represent Summit Polymers, Inc. in connection with the above-referenced Chapter 11 case and any related adversary proceedings in the United States Bankruptcy Court, Southern District of New York, subject to payment of the required filing fee.

Dated: March 17, 2010
      White Plains, New York

/s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Court