05-44481-rdd    Doc 19704    Filed 03/18/10    Entered 03/18/10 11:16:10    Main Document
Pg 1 of 2

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    Chapter 11 Case No.
                                                            :    Case No. 05-44481 (RDD)
**DPH Holdings Corp., et al.,**                             :
                                                            :    (Jointly Administered)
------------------------------------------------------------x
                                                            :    Adv. Pro. No. 07-02730 (RDD)
**DELPHI CORPORATION, et al.,**                             :
                                                            :
                    **Plaintiffs,**                         :
                                                            :
          - against -                                       :
                                                            :
**LEXINGTON CONNECTOR SEALS,**                              :
                                                            :
                    **Defendant.**                          :
                                                            :
------------------------------------------------------------x

**NOTICE OF BANKRUPTCY**

Defendant, Lexington Connector Seals, a division of Lexington Rubber Group, Inc. (collectively, "Lexington"), files this Notice of Bankruptcy and states as follows:

PLEASE TAKE NOTICE that on April 1, 2008, Lexington and its debtor affiliate, Lexington Precision Corporation (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United

US_ACTIVE:\43334077\02\26690.0008

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").  The Debtors' bankruptcy cases are being jointly administered under Case No. 08-11153 (SCC).

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the filing of the bankruptcy petition operates as an automatic stay of "the commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the case under [the Bankruptcy Code]."  11 U.S.C. § 362(a).

PLEASE TAKE FURTHER NOTICE that through the above-captioned civil action, the Plaintiffs, DPH Holdings Corp., et al., are attempting to recover a claim against Lexington that arose before the commencement of Lexington's bankruptcy case.  Accordingly, continuation of the above-referenced civil action is automatically stayed under the Bankruptcy Code.  The Debtors reserve their right to bring an action in the Bankruptcy Court for any violation of the automatic stay under section 362(a) of the Bankruptcy Code related, among other things, to the commencement of this action.

Dated: March 18, 2010
      New York, New York

/s/ Adam P. Strochak
Richard P. Krasnow
Adam P. Strochak
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Debtors
and Debtors in Possession