WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re                                                         :    **Chapter 11 Case No.**
                                                              :    **Case No. 05-44481 (RDD)**
DPH Holdings Corp., et al.,                                   :
                                                              :    **(Jointly Administered)**
-------------------------------------------------------------x
                                                              :    **Adv. Pro. No. 07-02730 (RDD)**
DELPHI CORPORATION, et al.,                                   :
                                                              :
                                   Plaintiffs,                :
                                                              :
            - against -                                       :
                                                              :
LEXINGTON CONNECTOR SEALS,                                    :
                                                              :
                                   Defendant.                 :
                                                              :
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                     )   ss.:
County of New York   )

    Duke Amponsah, being duly sworn, hereby deposes and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2.    On the 11th day of March 2010, I caused true and correct copies of the following pleading to be served upon the parties listed in Exhibit A via Overnight Mail.

✓ Response of Lexington Rubber Group, Inc. to Reorganized Debtors' Forty-Fourth Omnibus Claims Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 [Docket No. 19645]

Duke Amponsah

Sworn to before me this
11th day of March 2010

ANDREA WILMER
Notary Public, State of New York
No. 01WI6172356
Qualified in Kings County
Commission Expires August 6, 2011

## EXHIBIT A

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Attn: President

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.

Hon. Robert Drain
US Bankruptcy Court
300 Quarropas St
White Plains , NY   10601-4140