WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow
Adam P. Strochak

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In re                                                                   :    Chapter 11 Case No.
                                                                            :    Case No. 05-44481 (RDD)
DPH Holdings Corp., et al.,                             :
                                                                            :    (Jointly Administered)
------------------------------------------------------------X
                                                                            :    Adv. Pro. No. 07-02730 (RDD)
DELPHI CORPORATION, et al.,                      :
                                                                            :
                                    Plaintiffs,               :
                                                                            :
            - against -                                            :
                                                                            :
LEXINGTON CONNECTOR SEALS,            :
                                                                            :
                                    Defendant.            :
                                                                            :
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

State of New York    )
                                    )    ss.:
County of New York  )

Duke Amponsah, being duly sworn, hereby deposes and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

US_ACTIVE:\43339743\01\26690.0008

2. On the 18th day of March 2010, I caused true and correct copies of the following pleading to be served upon the parties listed in Exhibit A via Overnight Mail.

✓     Notice of Bankruptcy [Docket No. 19704]

_____
Duke Amponsah

Sworn to before me this
18th day of March 2010

_____

ANDREA WILMER
Notary Public, State of New York
No. 01WI6172356
Qualified in Kings County
Commission Expires August 6, 2011

## EXHIBIT A

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Attn: President

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.

Hon. Robert Drain
US Bankruptcy Court
300 Quarropas St
White Plains, NY  10601-4140