**Hearing Date And Time:  April 22, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Response Date And Time:  April 15, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :
      In re                       :     Chapter 11
                                :
DPH HOLDINGS CORP., et al.,    :     Case No. 05-44481 (RDD)
                                :
                                :     (Jointly Administered)
           Reorganized Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(b)
AND FED. R. BANKR. P. 3007 TO (I) DISALLOW AND EXPUNGE CERTAIN ADMINISTRATIVE
EXPENSE (A) BOOKS AND RECORDS CLAIMS, (B) METHODE ELECTRONICS CLAIMS, (C) STATE
WORKERS' COMPENSATION CLAIMS, (D) DUPLICATE STATE WORKERS' COMPENSATION
CLAIMS, (E) WORKERS' COMPENSATION CLAIMS, (F) TRANSFERRED WORKERS'
COMPENSATION CLAIMS, (G) TAX CLAIMS, (H) DUPLICATE INSURANCE CLAIMS, AND (I)
SEVERANCE CLAIMS, (II) DISALLOW AND EXPUNGE (A) A CERTAIN DUPLICATE WORKERS'
COMPENSATION CLAIM, (B) A CERTAIN DUPLICATE TAX CLAIM, AND (C) A CERTAIN
DUPLICATE SEVERANCE CLAIM, (III) MODIFY CERTAIN ADMINISTRATIVE EXPENSE (A) STATE
WORKERS' COMPENSATION CLAIMS AND (B) WORKERS' COMPENSATION CLAIMS, AND (IV)
ALLOW CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS

("FORTY-SIXTH OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized

debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors")

hereby submit this Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R.

Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And

Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D)

Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F)

Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims,

And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers'

Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate

Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers'

Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain

Administrative Expense Severance Claims (the "Forty-Sixth Omnibus Claims Objection" or the

"Objection"), and respectfully represent as follows:

<u>Background</u>

A.    <u>The Chapter 11 Filings</u>

1.    On October 8 and 14, 2005, Delphi Corporation and certain of its affiliates

(the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court

for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-

1330, as then amended (the "Bankruptcy Code").

2.    On December 10, 2007, the Debtors filed their first amended joint plan of

reorganization (Docket No. 11386) (the "Plan") and related disclosure statement (Docket No.

11388).  The Court entered an order confirming the Plan (as modified) (Docket No. 12359) (the

"Confirmation Order") on January 25, 2008, and the order became final on February 4, 2008.

3.        On October 3, 2008, the Debtors filed a motion under 11 U.S.C. § 1127

for an order approving (i) certain modifications to the Confirmed Plan and related disclosure

statement and (ii) related procedures for re-soliciting votes on the Confirmed Plan, as modified

(Docket No.14310) (the "Plan Modification Motion").  On June 1, 2009, the Debtors filed a

supplement to the Plan Modification Motion (Docket No. 16646) (the "Motion Supplement"),

which sought approval of (i) certain modifications to the Confirmed Plan (the "Modified Plan"),

(ii) supplemental disclosure, and (iii) procedures for re-soliciting votes on the Modified Plan.

This Court entered an order approving the Modified Plan (Docket No. 18707) (the "Modification

Approval Order") on July 30, 2009.

4.        On October 6, 2009 (the "Effective Date")[1], the Debtors substantially

consummated the Modified Plan and closed the transactions under the Master Disposition

Agreement, dated as of July 30, 2009, by and among Delphi, GM Components Holdings, LLC,

General Motors Company, Motors Liquidation Company (f/k/a General Motors Corporation),

DIP Holdco 3 LLC (which assigned its rights to DIP Holdco LLP, subsequently renamed Delphi

Automotive LLP, a United Kingdom limited liability partnership), and the other sellers and

buyers party thereto.  In connection therewith, DIP Holdco LLP, through various subsidiaries

and affiliates, acquired substantially all of the Debtors' global core businesses, and GM

Components Holdings, LLC and Steering Solutions Services Corporation acquired certain U.S.

manufacturing plants and the Debtors' non-core steering business, respectively.  The

Reorganized Debtors have emerged from reorganization as DPH Holdings and affiliates and

remain responsible for the post-Effective Date administration of these chapter 11 cases,

---

[1]    Capitalized terms used but not defined in this Objection have the meanings ascribed to them in the Modified
Plan.

including the disposition of certain retained assets, the payment of certain retained liabilities as

provided for under the Modified Plan, and the eventual closing of the cases.

5.      This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§

157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core

proceeding under 28 U.S.C. § 157(b)(2).

6.      The statutory predicates for the relief requested herein are sections 503(b)

of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").

B.      Administrative Claims Bar Dates

7.      Pursuant to Article 10.2 of the Modified Plan and paragraph 38 of the

Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As

Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date

To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B)

Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date

entered June 16, 2009 (Docket No. 17032) (the "Modification Procedures Order"), this Court

established July 15, 2009 (the "July 15 Bar Date") as the bar date for asserting a claim for an

administrative expense under section 503(b)(1) of the Bankruptcy Code (each, an

"Administrative Claim") for the period from the commencement of these cases through June 1,

2009.[2]  On or before June 20, 2009, in accordance with the Modification Procedures Order, the

Debtors caused Kurtzman Carson Consultants LLC ("KCC"), the Debtors' claims and noticing

agent, and Financial Balloting Group LLC, the Debtors' noticing and voting agent, or their agents

---

[2]     On July 15, 2009, this Court entered the Stipulation And Agreed Order Modifying Paragraph 38 Of
Modification Procedures Order Establishing Administrative Expense Bar Date (Docket No. 18259) to require
parties to submit an Administrative Expense Claim Form for Claims for the period from the commencement of
these cases through May 31, 2009 rather than through June 1, 2009.

to transmit with the resolicitation materials in connection with the Modified Plan a Notice Of Bar

Date For Filing Proofs Of Administrative Expense describing the procedures for asserting an

Administrative Claim.

        8.     In addition, Articles 1.5 and 10.5 of the Modified Plan established 30 days

after the Effective Date (as defined in the Modified Plan) (the "Post-Emergence Bar Date") as the

bar date for asserting an Administrative Claim for the period between June 1, 2009 and the

Effective Date, unless otherwise ordered by this Court.[3]  Because the Effective Date was October

6, 2009, the Post-Emergence Bar Date was November 5, 2009.  On or before October 6, 2009, in

accordance with the Modified Plan, the Reorganized Debtors caused KCC to transmit to all

parties identifying themselves as creditors of the Reorganized Debtors, as well as those holding

equity interests in the Reorganized Debtors, a Notice Of (A) Order Approving Modifications To

First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates,

Debtors And Debtors-In-Possession And (B) Occurrence Of Effective Date.  The notice

described, among other things, the procedures for asserting an Administrative Claim arising

between June 1, 2009 and the Effective Date.

        9.     On or before June 22, 2009, the Debtors published the notice of the July

15 Bar Date in the Detroit News & Free Press, the New York Times (National Edition), the Wall

Street Journal (National, Europe, and Asian Editions), and USA Today (Worldwide Edition) and

electronically through posting on the then-current Delphi Legal Information Website.  After

notices of the July 15 Bar Date and Post-Emergence Bar Date were given, 3,216 proofs of

---

[3]   Professional Claims are not subject to the Post-Emergence Bar Date and are instead subject to the provisions of Article 10.3 of the Modified Plan.

administrative expense (the "Proofs of Administrative Expense") were filed against the Debtors

and the Reorganized Debtors.

10.      On July 31, 2009, the Debtors filed a Motion Pursuant To 11 U.S.C. §§

105(a) And 503(b) For Order Authorizing Debtors To Apply Claims Objection Procedures To

Administrative Expense Claims (the "Administrative Claims Procedures Motion"), in which the

Debtors requested that certain claims objection procedures set forth in the Order Pursuant To 11

U.S.C. Section 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices

And Procedures Governing Objections To Claims entered by this Court on December 7, 2006

(Docket No. 6089) (the "Claims Objection Procedures Order") be applied to the adjudication of

Administrative Claims.  On October 22, 2009, this Court entered an order granting the

Administrative Claims Procedures Motion (Docket No. 18998) (the "Administrative Claims

Objection Procedures Order").

11.      The Reorganized Debtors have filed five omnibus objections to

Administrative Claims.[4]  After hearing these five omnibus objections,[5] this Court disallowed and

expunged approximately 2,170 Administrative Claims.  In addition, the hearings with respect to

approximately 165 Administrative Claims were adjourned pursuant to the Claims Objection

Procedures Order and the Administrative Claims Objection Procedures Order.

---

[4]    Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for
administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in,
the Debtors and making distributions (if any) with respect to all Claims and Interests . . .."  Modified Plan, art.
9.6.

[5]    The fifth of these omnibus objections was heard by this Court on March 18, 2010.

<u>Relief Requested</u>

12.    By this Objection, the Reorganized Debtors are objecting to 580 Proofs of

Administrative Expense[6] and seek entry of an order pursuant to section 503(b) of the Bankruptcy

Code and Bankruptcy Rule 3007(a) disallowing and expunging (a) the Administrative Claims set

forth on <u>Exhibit A</u> hereto because such Administrative Claims assert liabilities and dollar

amounts that are not reflected on the Reorganized Debtors' books and records,[7] (b) the

Administrative Claims set forth on <u>Exhibit B</u> hereto, which were filed by Methode Electronics,

Inc. and its affiliates, because such claims are duplicative, untimely, and assert claims not

reflected on the Reorganized Debtors' books and records, (c) the Administrative Claims set forth

on <u>Exhibit C</u> hereto because they were asserted by certain state workers compensation agencies

or self-insurers' guaranty associations for workers' compensation program-related payouts not

reflected on the Reorganized Debtors' books and records, (d) the Administrative Claims set forth

on <u>Exhibit D</u> because they are duplicative of other claims by certain state workers compensation

agencies or self-insurers' guaranty associations for workers' compensation program-related

payouts, (e) the Administrative Claims set forth on <u>Exhibit E</u> hereto because they were asserted

by individual employees of the Debtors for workers' compensation benefits not reflected on the

Reorganized Debtors' books and records, (f) the Administrative Claim set forth on <u>Exhibit F</u>

hereto because it is duplicative of other Administrative Claims filed by the claimant for workers'

compensation benefits, (g) the Administrative Claims set forth on <u>Exhibit G</u> hereto because they

---

[6]    All Proofs of Administrative Expense are set forth by claimant in alphabetical order on <u>Exhibit Q</u> hereto and
cross-referenced by Proof of Administrative Expense number and basis of objection.  <u>Exhibit P</u> hereto sets forth
the formal name of the Debtor entity and its associated bankruptcy case number referenced on <u>Exhibits M</u>, <u>N</u>,
and <u>O</u> hereto.

[7]    Pursuant to article 11.1 of the Modified Plan, the Reorganized Debtors now hold the Debtors' books and
records.

were asserted by individual current or former employees of the Debtors for workers'

compensation claims that were transferred to the GM Buyers (as defined in the Master

Disposition Agreement) pursuant to the Master Disposition Agreement, (h) the Administrative

Claims set forth on Exhibit H hereto because they were asserted by certain taxing authorities for

tax liabilities not reflected on the Reorganized Debtors' books and records, (i) the Administrative

Claim set forth on Exhibit I hereto filed by an individual former employee of the Debtors relating

to income tax reimbursements because it is duplicative of other claims, (j) the Administrative

Claims set forth on Exhibit J filed by certain insurance companies because they are duplicative

of other claims filed by those same insurance companies, (k) the Administrative Claims set forth

on Exhibit K hereto that were filed by claimants asserting liabilities for severance benefits

arising from agreements with the Debtors for which the Reorganized Debtors are not liable

because those severance benefits have been paid, and (l) the Administrative Claim set forth on

Exhibit L hereto that was filed by a claimant asserting liabilities for severance benefits because

such claim is duplicative of other claims filed by that claimant for severance benefits.

        13.      In addition, the Reorganized Debtors seek entry of an order pursuant to

section 503(b) of the Bankruptcy Code and Bankruptcy Rule 3007 modifying (a) the

Administrative Claims set forth on Exhibit M hereto that were filed by certain states for workers'

compensation program-related payouts and (b) the Administrative Claims set forth on Exhibit N

hereto that were filed by individual employees of the Debtors for workers' compensation benefits.

The amounts asserted in such Administrative Claims are unliquidated.  The Reorganized Debtors

propose to modify and allow each such Administrative Claim so that the modified and allowed

amount of each such Administrative Claim matches the Reorganized Debtors' books and records.

The Reorganized Debtors request that the proposed modified and allowed amounts of each such

8

Administrative Claim be distributed in the ordinary course pursuant to the terms of the workers'

compensation statute and regulations in the state in which each such Administrative Claim arises

and all applicable agreements, including without limitation the Master Disposition Agreement.

14.    Finally, the Reorganized Debtors seek entry of an order pursuant to

section 503(b) of the Bankruptcy Code and Bankruptcy Rule 3007 allowing the Administrative

Claims set forth on <u>Exhibit O</u> hereto filed by former employees asserting liabilities for severance

payments arising from agreements with the Debtors.  The amounts asserted in such

Administrative Claims match the Reorganized Debtors' books and records.  The Reorganized

Debtors request that the proposed allowed amounts of each such Administrative Claim be

distributed pursuant to (a) the terms of the agreement giving rise to each such Administrative

Claim and (b) the provisions of the Master Disposition Agreement that provide that each such

Administrative Claim is to be paid by and/or is the responsibility of a Company Buyer (as

defined in the Master Disposition Agreement).

<u>Objections To Claims</u>

C.    <u>Books And Records Claims</u>

15.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that certain Administrative Claims filed against the Debtors or

the Reorganized Debtors, as the case may be, assert liabilities or dollar amounts that are not

owing pursuant to the Reorganized Debtors' books and records (the "Books And Records

Claims").  Accordingly, the Reorganized Debtors believe that the parties asserting Books And

Records Claims are not creditors of the Debtors.

16.    The burden is on the claimant asserting an Administrative Claim to prove

by a preponderance of evidence that the allowance of the Administrative Claim is justified.  <u>See</u>

<u>In re United States Lines, Inc.</u>, 103 B.R. 427, 429 (Bankr. S.D.N.Y. 1989); <u>In re National Steel</u>

9

Corp. et al., 316 B.R. 287, 300 (Bankr. N.D. Ill. 2004); Solow v. American Airlines (In re

Midway Airlines), 221 B.R. 411, 446 (Bankr. N.D. Ill. 1998); In re Alumni Hotel Corp., 203 B.R.

624, 630 (Bankr. E.D. Mich. 1996).  Because the holders of Books And Records Claims have

failed to do this, their Books And Records Claims should be disallowed and expunged.

       17.    Set forth on Exhibit A hereto are the Books And Records Claims that the

Reorganized Debtors have identified as Administrative Claims for which the Debtors are not

liable.  These Books And Records Claims should be disallowed and expunged.  If this Court does

not disallow and expunge any Books And Records Claims in full, the Reorganized Debtors

expressly reserve all of their rights to further object to such Books And Records Claims at a later

date on any basis whatsoever.

       18.    Accordingly, the Reorganized Debtors (a) object to the Books And

Records Claims and (b) seek entry of an order disallowing and expunging the Books And

Records Claims in their entirety.

D.    Methode Electronics Claims

       19.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that proofs of administrative expense numbers 19950 and

19951, filed against the Reorganized Debtors by Methode Electronics, Inc. and its affiliates

(collectively, "Methode") on November 5, 2009, are duplicative of each other, include untimely

claims that were asserted after the applicable July 15 Bar Date, and assert liabilities and dollar

amounts that are not owing pursuant to the Reorganized Debtors' books and records.  The claims

asserted on proofs of administrative expense numbers 19950 and 19951 shall be referred to

herein collectively as the "Methode Electronics Claims."

       20.    First, the Methode Electronics Claims are duplicative because they assert

identical claims arising from the same liability.  It is axiomatic that creditors are not entitled to

multiple recoveries for a single liability against a debtor.  As a threshold matter, the Reorganized

Debtors therefore seek to eliminate one of the duplicative Methode Electronics Claims.

      21.    Second, Methode failed to file the Methode Electronics Claims before the

July 15 Bar Date, an act entirely within Methode's own control.  As described below, the

Contract Claim and Patent Claim (as such terms are defined below) asserted by Methode in the

Methode Electronics Claims mirror claims and counterclaims filed by Methode in state and

federal court actions commenced prior to May 31, 2009.  As a result of Methode's failure to file

the Methode Electronics Claims prior to the July 15 Bar Date, the Contract Claim and the Patent

Claim – to the extent that the Patent Claim asserts claims arising prior to June 1, 2009 – are

untimely and should be expunged.

      22.    Third, the Reorganized Debtors are not liable for the Methode Electronics

Claims in any event.  Methode Electronics asserts liabilities based on two distinct claims for

which litigation was commenced (and is currently stayed) in Michigan state and federal courts

prior to the Effective Date: (a) alleged anticipatory repudiation and breach of contract pending in

Michigan state court (the "Contract Claim") and (b) alleged patent infringement pending in

Michigan federal court (the "Patent Claim").

      23.    Methode argues that it is entitled to at least a $40 million administrative

expense as damages under the Contract Claim because of the Debtors' "bad-faith" termination of

such contract.  By the clear and unambiguous terms of their contract with Methode, however, the

Debtors had the right to terminate the contract at issue for convenience and for breach by

Methode.  The Debtors' termination rights were bargained for and specifically included as part of

the parties' contract.  In fact, during the negotiations of that agreement in 2008, Methode

modified the Debtors' General Terms and Conditions ("T&Cs") by deleting some paragraphs of

the T&Cs entirely and substituting others with alternative clauses, yet left the Debtors'

termination rights intact and unaltered.  Under well-settled law, courts are bound to enforce the

contract as written.  Rory v. Cont'l Ins. Co., 703 N.W. 2d 23, 30 (Mich. 2005) ("A fundamental

tenet of our jurisprudence is that unambiguous contracts are not open to judicial construction and

must be enforced as written." (emphasis in original)).

            24.      Moreover, because the Debtors' terminated the contract in accordance with

the terms of such contract, Methode's assertion of bad faith is unfounded.  Indeed, in connection

with the denial of a motion filed by Methode in the pending litigation, the Michigan Circuit

Court for the County of Oakland found that Methode was unlikely to succeed on the merits of its

argument that termination for convenience was in bad faith.  Order & Opinion Denying Motion

for Injunctive Relief, Case No. 2008-095518-CK (Mich. Cir. Ct. Sept. 14, 2008) (denying

motion to enjoin the Debtors from terminating contract for convenience and finding that

Methode was unlikely to succeed on the merits of its argument that termination for convenience

was in bad faith).  Accordingly, Methode's assertion of bad-faith is unfounded and its claim for

damages is spurious.  See Trionic Assocs. V. Harris Corp., 27 F. Supp. 2d 175, 182 (E.D.N.Y.

1998) (observing that "conduct which is expressly authorized by the contract cannot be said to

breach the implied covenant [of good faith and fair dealing]" and holding that termination for

convenience was not bad faith where expressly authorized by the parties' agreement).  Thus, the

Debtors are not liable for the asserted damages in the Contract Claim.[8]

---

[8]    Despite the plan injunction issued by this Court in paragraph 22 of the Modification Approval Order (the "Plan
        Injunction"), Methode continued to advance its counterclaims, which are duplicative of its Contract Claim, in
        the pending Michigan state court action over the objection of the Reorganized Debtors.  On February 24, 2010,
        the Michigan Circuit Court for the County of Oakland entered an order honoring this Court's injunction, thereby
        staying the state-court proceedings.

25.    In the Patent Claim, Methode argues that it is entitled to unliquidated

damages for alleged patent infringement.  The Patent Claim, however, is subject to a multitude of

defenses, including non-infringement of the Methode patent, invalidity of the Methode patent,

unenforceability of the Methode patent as a result of inequitable conduct, inventorship of the

claimed subject matter of the Methode patent by the Debtors' employees, interference caused by

the Methode patent with the Debtors' earlier-filed patent, and several other legal and equitable

defenses.  The Patent Claim asserted by Methode is, therefore, meritless.

26.    For the above and other reasons, the Methode Electronics Claims assert

liabilities or dollar amounts for which the Reorganized Debtors are not liable.  Accordingly, the

Reorganized Debtors (a) object to the Methode Electronics Claims set forth on Exhibit B hereto

and (b) seek entry of an order disallowing and expunging the Methode Electronics Claims in

their entirety.  If this Court does not disallow and expunge both of the Methode Electronics

Claims in full, the Reorganized Debtors expressly reserve all of their rights to further object to

such Methode Electronics Claims at a later date on any basis whatsoever.

E.    State Workers' Compensation Claims

27.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that certain Administrative Claims filed by certain state workers

compensation agencies or self-insurers' guaranty associations for workers' compensation program-

related payouts (a) assert liabilities that are not owing pursuant to the Reorganized Debtors' books

and records (the "State Workers' Compensation Claims") or (b) assert duplicate claims (the

"Duplicate State Workers' Compensation Claims") for a single liability.

28.    Accordingly, the Reorganized Debtors (a) object to the State Workers'

Compensation Claims and the Duplicate State Workers' Compensation Claims listed on Exhibit C

and Exhibit D hereto, respectively, and (b) seek entry of an order disallowing and expunging the

13

State Workers' Compensation Claims and the Duplicate State Workers' Compensation Claims in

their entirety.  If this Court does not disallow and expunge any of the State Workers'

Compensation Claims or the Duplicate State Workers' Compensation Claims in full, the

Reorganized Debtors expressly reserve all of their rights to further object to such State Workers'

Compensation Claims and Duplicate State Workers' Compensation Claims at a later date on any

basis whatsoever.

     F.    <u>Workers' Compensation Claims</u>

       29.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that (a) certain Administrative Claims filed by individual

employees of the Debtors for workers' compensation benefits assert liabilities that are not owing

pursuant to the Reorganized Debtors' books and records (the "Workers' Compensation Claims"),

(b) one Administrative Claim asserts a duplicate claim (the "Duplicate Workers' Compensation

Claim") for a single liability, and (c) certain Administrative Claims assert liabilities that have been

assumed by the GM Buyers pursuant to section 2.2.1 and schedule 1.1.A of the Master Disposition

Agreement (the "Transferred Workers' Compensation Claims"), including, among other things,

short-term and long-term workers' compensation claims asserted by Transferred U.S. Hourly

Employees or Transferred U.S. Salaried Employees (as such terms are defined in the Master

Disposition Agreement) of the GM Buyers.

       30.    Accordingly, the Reorganized Debtors (a) object to the Workers'

Compensation Claims, the Duplicate Workers' Compensation Claim, and the Transferred Workers'

Compensation Claims listed on <u>Exhibit E</u>, <u>Exhibit F</u>, and <u>Exhibit G</u> hereto, respectively, and (b)

seek entry of an order disallowing and expunging the Workers' Compensation Claims, the

Duplicate Workers' Compensation Claim, and the Transferred Workers' Compensation Claims in

their entirety.  If this Court does not disallow and expunge any of the Workers' Compensation

14

Claims, the Duplicate Workers' Compensation Claim, or the Transferred Workers' Compensation

Claims in full, the Reorganized Debtors expressly reserve all of their rights to further object to

such Workers' Compensation Claims, State Workers' Compensation Claim, and Transferred

Workers' Compensation Claims at a later date on any basis whatsoever.

G.    Tax Claims

31.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that (a) certain Administrative Claims filed by certain taxing

authorities assert liabilities that are not owing pursuant to the Reorganized Debtors' books and

records (the "Tax Claims") and (b) one Administrative Claim filed by an individual former

employee of the Debtors relating to income tax reimbursements asserts a duplicate claim (the

"Duplicate Tax Claim") for a single liability.

32.    Accordingly, the Reorganized Debtors (a) object to the Tax Claims and

the Duplicate Tax Claim listed on <u>Exhibit H</u> and <u>Exhibit I</u> hereto, respectively, and (b) seek entry

of an order disallowing and expunging the Tax Claims and the Duplicate Tax Claim in their

entirety.  If this Court does not disallow and expunge any of the Tax Claims or the Duplicate Tax

Claim in full, the Reorganized Debtors expressly reserve all of their rights to further object to such

Tax Claims and Duplicate Tax Claim at a later date on any basis whatsoever.

H.    Duplicate Insurance Claims

33.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that Administrative Claims filed by certain insurance companies

assert duplicate claims (the "Duplicate Insurance Claims") for a single liability.

34.    Accordingly, the Reorganized Debtors (a) object to the Duplicate

Insurance Claims listed on <u>Exhibit J</u> hereto and (b) seek entry of an order disallowing and

expunging the Duplicate Insurance Claims in their entirety.  If this Court does not disallow and

15

expunge any of the Duplicate Insurance Claims in full, the Reorganized Debtors expressly reserve

all of their rights to further object to such Duplicate Insurance Claims at a later date on any basis

whatsoever.

I.    Severance Claims

35.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that certain Administrative Claims filed against the Debtors (a)

assert liabilities or dollar amounts for severance benefits arising from agreements with the Debtors

that are not owing pursuant to the Reorganized Debtors' books and records because those

severance benefits have been paid (the "Severance Claims") or (b) assert a duplicate claim (the

"Duplicate Severance Claim") for a single liability.

36.    Accordingly, the Reorganized Debtors (a) object to the Severance Claims

and the Duplicate Severance Claim listed on Exhibit K and Exhibit L hereto, respectively, and (b)

seek entry of an order disallowing and expunging the Severance Claims in their entirety. If this

Court does not disallow and expunge any of the Severance Claims or the Duplicate Severance

Claim in full, the Reorganized Debtors expressly reserve all of their rights to further object to

such Severance Claims or Duplicate Severance Claim at a later date on any basis whatsoever.

J.    Modified State Workers' Compensation Claims

37.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that certain Administrative Claims filed against the Debtors by

certain state workers compensation agencies of self-insurers' guaranty associations assert

unliquidated liabilities or dollar amounts for workers' compensation program-related payouts

(the "Modified State Workers' Compensation Claims").  The Reorganized Debtors propose to

modify and allow each of the Modified State Workers' Compensation Claims so that the

proposed modified and allowed amount matches the Reorganized Debtors' books and records.

16

38.    The Reorganized Debtors are authorized to seek allowance of each of the

Allowed Severance Claims pursuant to articles 2.1, 9.6(a), 10.2, 10.5, and 11 of the Modified

Plan.  Accordingly, the Reorganized Debtors (a) object to the amount of each of the Modified

State Workers' Compensation Claims listed on Exhibit M and (b) seek an order modifying and

allowing the Modified State Workers' Compensation Claims to reflect the Allowed Total as set

forth on Exhibit M.  Thus, no Claimant listed on Exhibit M would be entitled to recover for any

Administrative Claim in an amount exceeding the dollar amount listed as the "Allowed Total"

for such Administrative Claim on Exhibit M.[9]  The Reorganized Debtors request that the

proposed modified and allowed amounts of each such Administrative Claim be distributed in the

ordinary course pursuant to the terms of the workers' compensation statute and regulations in the

state in which such Administrative Claims arise and all applicable agreements, including without

limitation the Master Disposition Agreement.

K.    Modified Workers' Compensation Claims

39.    During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that certain Administrative Claims filed against the Debtors by

certain individuals assert unliquidated liabilities or dollar amounts for workers' compensation

benefits (the "Modified Workers' Compensation Claims").  The Reorganized Debtors propose to

modify and allow each of the Modified Workers' Compensation Claims so that the proposed

modified and allowed amount matches the Reorganized Debtors' books and records.

40.    The Reorganized Debtors are authorized to seek allowance of each of the

Allowed Severance Claims pursuant to articles 2.1, 9.6(a), 10.2, 10.5, and 11 of the Modified

_____

[9]    For clarity, Exhibit M refers to the Debtor entities by case number and Exhibit Q displays the formal name of
the Debtor entities and their associated bankruptcy case numbers referenced in Exhibit M.

Plan.  Accordingly, the Reorganized Debtors (a) object to the amount of each of the Modified

Workers' Compensation Claims listed on Exhibit N and (b) seek an order modifying and

allowing the Modified Workers' Compensation Claims to reflect the Allowed Total as set forth

on Exhibit N.  Thus, no Claimant listed on Exhibit N would be entitled to recover for any

Administrative Claim in an amount exceeding the dollar amount listed as the "Allowed Total"

for such Administrative Claim on Exhibit N.[10]  The Reorganized Debtors request that the

proposed modified and allowed amounts of each such Administrative Claim be distributed in the

ordinary course pursuant to the terms of the workers' compensation statute and regulations in the

state in which such Administrative Claims arise and all applicable agreements, including without

limitation the Master Disposition Agreement.

L.      Allowed Severance Claims

                41.      During their review of the Proofs of Administrative Expense, the

Reorganized Debtors determined that certain Administrative Claims filed against the Debtors

assert liabilities or dollar amounts for severance benefits arising from agreements with the

Debtors that should be allowed in their asserted amounts (the "Allowed Severance Claims")

because the Reorganized Debtors' books and records match the asserted amount of each such

Administrative Claim.  Accordingly, the Reorganized Debtors seek to have each of the Allowed

Severance Claims allowed in the corresponding amount listed on Exhibit O[11] and propose that

the allowed amounts of each of the Allowed Severance Claims be distributed pursuant to (a) the

terms of the agreements giving rise to such Allowed Severance Claims and (b) the provisions of

---

[10]    For clarity, Exhibit N refers to the Debtor entities by case number and Exhibit Q displays the formal name of
        the Debtor entities and their associated bankruptcy case numbers referenced in Exhibit N.

[11]    For clarity, Exhibit O refers to the Debtor entities by case number and Exhibit P displays the formal name of the
        Debtor entities and their associated bankruptcy case numbers referenced in Exhibit O.

the Master Disposition Agreement that provide that such Allowed Severance Claims are to be
paid by and/or are the responsibility of a Company Buyer (as defined in the Master Disposition
Agreement).

42.      The Reorganized Debtors are authorized to seek allowance of each of the
Allowed Severance Claims pursuant to articles 2.1, 9.6(a), 10.2, 10.5, and 11 of the Modified
Plan.  Accordingly, the Reorganized Debtors seek entry of an order allowing each of the
Asserted Amount Claims at the corresponding amount listed on Exhibit O.

Separate Contested Matters

43.      Pursuant to the Claims Objection Procedures Order and the Administrative
Claims Procedures Order, (a) if a response is filed to this Forty-Sixth Omnibus Claims Objection,
the objection to each Administrative Claim covered by such response will be deemed to
constitute a separate contested matter as contemplated by Bankruptcy Rule 9014 and (b) any
order entered by this Court with respect to an Administrative Claim addressed by this Objection
will be deemed a separate order with respect to each such Administrative Claim.

Reservation Of Rights

44.      The Reorganized Debtors expressly reserve the right to amend, modify, or
supplement this Forty-Sixth Omnibus Claims Objection and to file additional objections to any
other Claims (filed or not) which may be asserted against the Reorganized Debtors, including
without limitation the right to object to any Claim not subject to this Objection on the basis that it
was asserted against the wrong Debtor entity.  Should one or more of the grounds stated in this
Objection be dismissed, the Reorganized Debtors reserve their rights to object on other stated
grounds or on any other grounds that the Reorganized Debtors may discover.  In addition, the
Reorganized Debtors reserve the right to seek further reduction of any Administrative Claim to
the extent that such Administrative Claim has already been paid.

19

<u>Responses To Objections</u>

45.       Responses to this Forty-Sixth Omnibus Claims Objection are governed by

the provisions of the Claims Objection Procedures Order and the Administrative Claims

Objection Procedures Order.  The following summarizes the provisions of the Claims Objection

Procedures Order, but is qualified in all respects by the express terms thereof.

M.       <u>Filing And Service Of Responses</u>

46.       To contest an objection, responses (each, a "Response"), if any, to this

Forty-Sixth Omnibus Claims Objection must (a) be in writing, (b) conform to the Federal Rules

of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York,

and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m),

9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case

Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the

"Supplemental Case Management Order"), and the Seventeenth Supplemental Order Under 11

U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing

Omnibus Hearing Dates And Revising Certain Notice Procedures, entered January 25, 2010

(Docket No. 19360) (together with the Supplemental Case Management Order, the "Case

Management Orders"), (c) be filed with this Court in accordance with General Order M-242 (as

amended) – registered users of the Court's case filing system must file electronically, and all

other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format

(PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in

hard copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, The

Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom

116, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725

Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized

Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago,

Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Michael W. Perl), in each case so

as to be **received no later than 4:00 p.m. (prevailing Eastern time) on April 15, 2010**.

N.  Contents Of Responses

47.    Every Response to this Forty-Sixth Omnibus Claims Objection must

contain at a minimum the following:

(a)    the title of the claims objection to which the Response is directed;

(b)    the name of the claimant and a brief description of the basis for the amount of the Administrative Claim;

(c)    a concise statement setting forth the reasons why the Administrative Claim should not be disallowed and expunged, modified and allowed, or allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the claims objection;

(d)    unless already set forth in the Proof of Administrative Expense previously filed with this Court, documentation sufficient to establish a prima facie right to payment; provided, however, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that the claimant must disclose to the Reorganized Debtors all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its Administrative Claim, subject to appropriate confidentiality constraints;

(e)    to the extent that the Administrative Claim is contingent or fully or partially unliquidated, the amount that the claimant believes would be the allowable amount of such Administrative Claim upon liquidation of the Administrative Claim or occurrence of the contingency, as appropriate; and

(f)    the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Administrative Claim.

O.    <u>Timely Response Required</u>

48.    If a Response is properly and timely filed and served in accordance with the foregoing procedures, the hearing on the relevant Administrative Claims covered by the Response will be adjourned to a future hearing, the date of which will be determined by the Reorganized Debtors, by serving notice to the Claimant as provided in the Claims Objection Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors request that this Court conduct a final hearing on April 22, 2010 at 10:00 a.m. (prevailing Eastern time).  The procedures set forth in the Claims Objection Procedures Order will apply to all Responses and hearings arising from this Forty-Sixth Omnibus Claims Objection.

49.    <u>Pursuant to the Claims Objection Procedures Order and the Administrative Claims Procedures Order, only those Responses made in writing and timely filed and received will be considered by this Court.  If a claimant whose Proof of Administrative Expense is subject to the Forty-Sixth Omnibus Claims Objection and who is served with this Forty-Sixth Omnibus Claims Objection fails to file and serve a timely Response in compliance with the foregoing procedures, the Reorganized Debtors may present to this Court an appropriate order seeking relief with respect to such Administrative Claim consistent with the relief sought in this Forty-Sixth Omnibus Claims Objection without further notice to the claimant, other than notice of the entry of such order; provided further, however, that if the claimant files a timely Response which does not include the required minimum information required by the foregoing procedures, the Reorganized Debtors may seek disallowance and expungement of the relevant Administrative Claim or Claims.</u>

<u>Further Information</u>

50.    Questions about this Forty-Sixth Omnibus Claims Objection or requests for additional information about the proposed disposition of Administrative Claims hereunder

should be directed to the Reorganized Debtors' counsel by e-mail to dphholdings@skadden.com,

by telephone at 1-800-718-5305, or in writing to Skadden, Arps, Slate, Meagher & Flom LLP,

155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons,

and Michael W. Perl).  Questions regarding the amount of a Claim or the filing of a

Administrative Claim should be directed to KCC at 1-888-249-2691 or

www.dphholdingsdocket.com.  Claimants should not contact the Clerk of the Bankruptcy Court

to discuss the merits of their Administrative Claims.

Notice

51.    Notice of this Objection has been provided in accordance with the Case

Management Orders.  In light of the nature of the relief requested, the Reorganized Debtors

submit that no other or further notice is necessary.

52.    The Reorganized Debtors will provide each claimant whose Proof of

Administrative Expense is subject to an objection pursuant to this Forty-Sixth Omnibus Claims

Objection with a personalized Notice Of Objection To Claim which specifically identifies the

claimant's Proof of Administrative Expense that is subject to an objection and the basis for such

objection as well as a copy of the Claims Objection Procedures Order.  A form of the Notice Of

Objection To Claim to be sent to the Claimants listed on Exhibits A, B, C, D, E, F, G, H, I, J, K,

and L is attached hereto as Exhibit R.  A form of the Notice Of Objection To Claim to be sent to

the Claimants listed on Exhibits M and N is attached hereto as Exhibit S.  A form of the Notice

Of Objection To Claim to be sent to the Claimants listed on Exhibit O is attached hereto as

Exhibit T.  Claimants will receive a copy of this Forty-Sixth Omnibus Claims Objection without

Exhibits A through L hereto.  Claimants will nonetheless be able to review Exhibits A through L

hereto free of charge by accessing the Reorganized Debtors' Legal Information Website

23

(www.dphholdingsdocket.com).  In light of the nature of the relief requested, the Reorganized

Debtors submit that no other or further notice is necessary.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter

an order (a) granting the relief requested herein and (b) granting the Reorganized Debtors such

other and further relief as is just.

Dated:   New York, New York
         March 19, 2010

         SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By:   /s/ John Wm. Butler, Jr.
          John Wm. Butler, Jr.
          John K. Lyons
          Ron E. Meisler
        155 North Wacker Drive
        Chicago, Illinois 60606

          - and -

        By:   /s/ Kayalyn A. Marafioti
          Kayalyn A. Marafioti
        Four Times Square
        New York, New York 10036

        Attorneys for DPH Holdings Corp., et al.,
         Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :

In re                                 :       Chapter 11
                              :

DPH HOLDINGS CORP., et al.,        :       Case No. 05-44481 (RDD)
                              :

            Reorganized Debtors.      :       (Jointly Administered)
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007 (I)
DISALLOWING AND EXPUNGING CERTAIN ADMINISTRATIVE EXPENSE (A)
BOOKS AND RECORDS CLAIMS, (B) METHODE ELECTRONICS CLAIMS, (C)
STATE WORKERS' COMPENSATION CLAIMS, (D) DUPLICATE STATE WORKERS'
COMPENSATION CLAIMS, (E) WORKERS' COMPENSATION CLAIMS, (F)
TRANSFERRED WORKERS' COMPENSATION CLAIMS, (G) TAX CLAIMS, (H)
DUPLICATE INSURANCE CLAIMS, AND (I) SEVERANCE CLAIMS, (II)
DISALLOWING AND EXPUNGING (A) A CERTAIN DUPLICATE WORKERS'
COMPENSATION CLAIM, (B) A CERTAIN DUPLICATE TAX CLAIM, AND (C) A
CERTAIN DUPLICATE SEVERANCE CLAIM, (III) MODIFYING AND ALLOWING
CERTAIN ADMINISTRATIVE EXPENSE (A) STATE WORKERS' COMPENSATION
CLAIMS AND (B) WORKERS' COMPENSATION CLAIMS, AND (IV) ALLOWING
CERTAIN ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS

("FORTY-SIXTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And

Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books

And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims,

(D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F)

Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims,

And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers'

Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate

Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers'

Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain

Administrative Expense Severance Claims (the "Forty-Sixth Omnibus Claims Objection" or the

"Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the

above-captioned cases (collectively, the "Reorganized Debtors"); and upon the record of the

hearing held on the Forty-Sixth Omnibus Claims Objection; and after due deliberation thereon;

and good and sufficient cause appearing therefor,

        IT IS HEREBY FOUND AND DETERMINED THAT:[2]

        A.        Each holder of a claim for an administrative expense under section

503(b)(1) of the Bankruptcy Code (each, an "Administrative Claim") listed on Exhibits A, B, C,

D, E, F, G, H, I, J, K, L, M, N, and O hereto was properly and timely served with a copy of the

Forty-Sixth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, the

proposed order granting the Forty-Sixth Omnibus Claims Objection, and notice of the deadline

for responding to the Forty-Sixth Omnibus Claims Objection.  No other or further notice of the

Forty-Sixth Omnibus Claims Objection is necessary.

        B.        This Court has jurisdiction over the Forty-Sixth Omnibus Claims

Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Forty-Sixth Omnibus Claims Objection

is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Forty-Sixth

Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1]  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Forty-Sixth Omnibus Claims Objection.

[2]  Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

C.      The Administrative Claims listed on <u>Exhibit A</u> assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records (the "Books And Records Claims").

D.      The Administrative Claims listed on <u>Exhibit B</u>, which were filed by Methode Electronics, Inc. and its affiliates, are duplicative of other Administrative Claims, were not timely filed pursuant to the Modification Procedures Order, and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records (the "Methode Electronics Claims").

E.      The Administrative Claims listed on <u>Exhibit C</u> were filed by certain states for workers' compensation program-related payouts and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records (the "State Workers' Compensation Claims").

F.      The Administrative Claims listed on <u>Exhibit D</u> were filed by certain states for workers' compensation program-related payouts and are duplicative of other Administrative Claims (the "Duplicate State Workers' Compensation Claims").

G.      The Administrative Claims listed on <u>Exhibit E</u> were filed by individual employees of the Debtors for workers' compensation benefits and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records (the "Workers' Compensation Claims").

H.      The Administrative Claim listed on <u>Exhibit F</u> was filed by a claimant for workers' compensation benefits and is duplicative of another Administrative Claim (the "Duplicate Workers' Compensation Claim").

3

I.        The Administrative Claims listed on <u>Exhibit G</u> were filed by individual current or former employees of the Debtors for workers' compensation claims that were transferred to the GM Buyers (as defined in the Master Disposition Agreement) pursuant to the Master Disposition Agreement (the "Transferred Workers' Compensation Claims").

J.        The Administrative Claims listed on <u>Exhibit H</u> were filed by certain taxing authorities for tax liabilities and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records (the "Tax Claims").

K.        The Administrative Claim listed on <u>Exhibit I</u> was filed by an individual former employee of the Debtors for income tax reimbursements and is duplicative of other Administrative Claims (the "Duplicate Tax Claim").

L.        The Administrative Claims listed on <u>Exhibit J</u> were filed by certain insurance companies and are duplicative of other Administrative Claims (the "Duplicate Insurance Claims").

M.        The Administrative Claims listed on <u>Exhibit K</u> were filed by claimants asserting liabilities for severance benefits arising from agreements with the Debtors for which the Reorganized Debtors are not liable because those severance benefits have been paid (the "Severance Claims").

N.        The Administrative Claim listed on <u>Exhibit L</u> was filed by a claimant asserting liabilities for severance benefits and is duplicative of another Administrative Claim (the "Duplicate Severance Claim").

O.        The Administrative Claims listed on <u>Exhibit M</u> were filed by certain state workers compensation agencies or self-insurers' guaranty assocations for workers' compensation

4

program-related payouts and the amounts asserted in such Administrative Claims are overstated

(the "Modified State Workers' Compensation Claims").

        P.     The Administrative Claims listed on <u>Exhibit N</u> were filed by individual

employees of the Debtors for workers' compensation benefits and the amounts asserted in such

Administrative Claims are overstated (the "Modified Workers' Compensation Claims").

        Q.     The Administrative Claims listed on <u>Exhibit O</u> were filed by former

employees of the Debtors asserting liabilities for severance benefits arising from agreements

with the Debtors that assert liabilities or dollar amounts that match the Reorganized Debtors'

books and records (the "Allowed Severance Claims").

        R.     <u>Exhibit P</u> hereto sets forth the formal name of the Debtor entity and its

associated bankruptcy case number referenced on <u>Exhibits M</u>, <u>N</u>, and <u>O</u> hereto.  <u>Exhibit Q</u> hereto

sets forth each of the Administrative Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>D</u>, <u>E</u>, <u>F</u>, <u>G</u>, <u>H</u>, <u>I</u>, <u>J</u>,

<u>K</u>, <u>L</u>, <u>M</u>, <u>N</u>, and <u>O</u> in alphabetical order by claimant and cross-references each such

Administrative Claim by (i) proof of administrative expense number and (ii) basis of objection.

        NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

        1.     Each Books And Records Claim listed on <u>Exhibit A</u> hereto is hereby

disallowed and expunged in its entirety.

        2.     Each Methode Electronics Claim listed on <u>Exhibit B</u> hereto is hereby

disallowed and expunged in its entirety.

        3.     Each State Workers' Compensation Claim listed on <u>Exhibit C</u> hereto is

hereby disallowed and expunged in its entirety.

4.    Each Duplicate State Workers' Compensation Claim listed on <u>Exhibit D</u> hereto is hereby disallowed and expunged in its entirety.

5.    Each Workers' Compensation Claim listed on <u>Exhibit E</u> hereto is hereby disallowed and expunged in its entirety.

6.    The Duplicate Workers' Compensation Claim listed on <u>Exhibit F</u> hereto is hereby disallowed and expunged in its entirety.

7.    Each Transferred Workers' Compensation Claim listed on <u>Exhibit G</u> hereto is hereby disallowed and expunged in its entirety.

8.    Each Tax Claim listed on <u>Exhibit H</u> hereto is hereby disallowed and expunged in its entirety.

9.    The Duplicate Tax Claim listed on <u>Exhibit I</u> hereto is hereby disallowed and expunged in its entirety.

10.    Each Duplicate Insurance Claim listed on <u>Exhibit J</u> hereto is hereby disallowed and expunged in its entirety.

11.    Each Severance Claim listed on <u>Exhibit K</u> hereto is hereby disallowed and expunged in its entirety.

12.    The Duplicate Severance Claim listed on <u>Exhibit L</u> hereto is hereby disallowed and expunged in its entirety.

13.    Each Modified State Workers' Compensation Claim listed on <u>Exhibit M</u> hereto is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed" column of <u>Exhibit M</u>.  The allowed amounts of each such Modified State Workers' Compensation Claim shall be distributed in the ordinary course pursuant to the terms of the workers' compensation statute and regulations in the state in which such

6

Administrative Claims arise and all applicable agreements, including without limitation the

Master Disposition Agreement.

14.     Each Modified Workers' Compensation Claim listed on <u>Exhibit N</u> hereto

is hereby modified and allowed to reflect the amount, classification, and Debtor listed in the

"Claim As Modified" column of <u>Exhibit N</u>.  The allowed amounts of each such Modified

Workers' Compensation Claim shall be distributed in the ordinary course pursuant to the terms of

the workers' compensation statute and regulations in the state in which such Administrative

Claims arise and all applicable agreements, including without limitation the Master Disposition

Agreement.

15.     Each Allowed Severance Claim listed on <u>Exhibit O</u> hereto is hereby

allowed to reflect the amount, classification, and Debtor listed in the "Claim As Allowed"

column on <u>Exhibit O</u>.  The allowed amounts of each such Allowed Severance Claim shall be

distributed pursuant to (a) the terms of the agreement giving rise to such Allowed Severance

Claim and (b) the provisions of the Master Disposition Agreement that provide that such

Allowed Severance Claim is to be paid by and/or is the responsibility of a Company Buyer (as

defined in the Master Disposition Agreement).

16.     Entry of this order is without prejudice to the Reorganized Debtors' rights

to object, on any grounds whatsoever, to any other administrative expense claims in these

chapter 11 cases or to further object to Administrative Claims that are the subject of the Forty-

Sixth Omnibus Claims Objection, except as such claims may have been settled and allowed.

17.     This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Administrative Claims subject to the Forty-Sixth Omnibus Claims Objection to hear

and determine all matters arising from the implementation of this order.

18.     Each of the objections by the Reorganized Debtors to each Administrative

Claim addressed in the Forty-Sixth Omnibus Claims Objection and attached hereto as <u>Exhibits</u> <u>A</u>,

<u>B</u>, <u>C</u>, <u>D</u>, <u>E</u>, <u>F</u>, <u>G</u>, <u>H</u>, <u>I</u>, <u>J</u>, <u>K</u>, <u>L</u>, <u>M</u>, <u>N</u>, and <u>O</u> constitutes a separate contested matter as

contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with

respect to each Administrative Claim that is the subject of the Forty-Sixth Omnibus Claims

Objection.  Any stay of this order shall apply only to the contested matter which involves such

Administrative Claim and shall not act to stay the applicability or finality of this order with

respect to the other contested matters covered hereby.

19.    Kurtzman Carson Consultants LLC is hereby directed to serve this order, including exhibits, in accordance with the Supplemental Case Management Order.

Dated:  New York, New York
        April ___, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

**In re DPH Holdings Corp., et al.**                    Pg 35 of 163   **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19265 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19649 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19634 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19273 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI CHINA LLC (05-44577) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19238 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19640 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19242 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | ASPIRE, INC (05-44618) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19233 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |

*       The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Forty-Sixth Omnibus Claims Objection

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19262 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19662 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19267 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | SPECIALTY ELECTRONICS, INC (05-44539) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19268 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19240 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19244 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19247 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19248 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | MOBILEARIA, INC. (05-47474) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19633 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19665 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19659 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI LLC (05-44615) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19661 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19644 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19660 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19272 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19271 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**         **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19263 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19631 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19274 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19234 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19237 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19630 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19258 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19666 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |

\*      The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**   **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19669 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19653 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19648 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19632 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19629 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19235 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,540,292.36<br>$12,540,292.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19251 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,540,292.36<br>$12,540,292.36 | 07/15/2009 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19641 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**      **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19663 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19241 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI LLC (05-44615) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19245 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19250 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19246 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19664 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI TECHNOLOGIES, INC (05-44554) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19259 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19260 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |

*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**     **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19645 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19657 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19243 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19652 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19646 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | MOBILEARIA, INC. (05-47474) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19249 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19253 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI RECEIVABLES LLC (05-47459) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19270 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19715 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $67,311,662.50<br>$67,311,662.50 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19264 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,540,292.36<br>$12,540,292.36 | 07/15/2009 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19628 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19642 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19266 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $180,676.36<br>$180,676.36 | 07/15/2009 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19635 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19256 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,540,292.36<br>$12,540,292.36 | 07/15/2009 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ACE AMERICAN INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19654 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | DREAL INC (05-44627) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19651 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19647 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI RECEIVABLES LLC (05-47459) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19643 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI CHINA LLC (05-44577) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19636 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19667 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | SPECIALTY ELECTRONICS, INC (05-44539) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19254 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DREAL INC (05-44627) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19255 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19650 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19252 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19655 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19269 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19637 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19639 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19668 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19239 | Secured: Priority: Administrative: Unsecured: Total: | $180,676.36 $180,676.36 | 07/15/2009 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19257 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI TECHNOLOGIES, INC (05-44554) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19236 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19638 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19658 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | ASPIRE, INC (05-44618) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19656 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ACE AMERICAN INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19261 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ATEL LEASING CORPORATION AS AGENT FOR 1 EIREANN II A DIVISION OF ATEL TRANSATLANTIC INVESTORS INC ATEL TRANSATLANTIC INVESTOR V MORAIS OR R WILDER ATEL LEASING CORPORATION AS AGENT FOR CREDITOR 600 CALIFORNIA ST 6TH FL SAN FRANCISCO, CA 94108 | 18427 | Secured: Priority: Administrative: Unsecured: Total: | $146,990.96 $146,990.96 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| BLUE CROSS BLUE SHIELD OF MICHIGAN ATTN ROBERT A PHILLIPS ESQ 600 LAFAYETTE EAST NO 1925 DETROIT, MI 48226-2998 | 18872 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

---

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          Pg 46 of 163   **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEAN HEALTH PLAN INC ATTN DAVID MONROE COLLECTIONS COORDINATOR PO BOX 56099 MADISON, WI 53705 | 17961 | Secured: Priority: Administrative: Unsecured: Total: | $2,290.29 $2,290.29 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES IT REPRESENTS MARIANNE G ROBBINS C O PREVIANT GOLDBERG ET AL 1555 N RIVERCENTER DR NO 202 MILWAUKEE, WI 53212 | 18627 | Secured: Priority: Administrative: Unsecured: Total: | $1,324,822.50 $1,324,822.50 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES IT REPRESENTS MARIANNE G ROBBINS C O PREVIANT GOLDBERG UELMAN ET AL 1555 N RIVERCENTER DR STE 202 MILWAUKEE, WI 53212 | 18626 | Secured: Priority: Administrative: Unsecured: Total: | $1,673,460.00 $1,673,460.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES IT REPRESENTS MARIANNE G ROBBINS C O PREVIANT GOLDBERG UELMAN ET AL 1555 N RIVERCENTER DR STE 202 MILWAUKEE, WI 53212 | 18854 | Secured: Priority: Administrative: Unsecured: Total: | $1,812,915.00 $1,812,915.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ILLINOIS UNION INSURANCE COMPANY ATTN MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19004 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | SPECIALTY ELECTRONICS, INC (05-44539) |
| ILLINOIS UNION INSURANCE COMPANY ATTN MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19178 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18913 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DREAL INC (05-44627) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**      Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19006 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18904 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI RECEIVABLES LLC (05-47459) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19007 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19174 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18920 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19177 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18909 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18905 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | MOBILEARIA, INC. (05-47474) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19018 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18910 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18919 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18914 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19175 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CHINA LLC (05-44577) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18915 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CONNECTION SYSTEMS (05-44624) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18916 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19017 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18921 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19016 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19003 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18911 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18906 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19005 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19049 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19180 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI TECHNOLOGIES, INC (05-44554) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18917 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | ASPIRE, INC (05-44618) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18912 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18907 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19008 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19051 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19050 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19038 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19179 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.        Pg 51 of 163   Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18918 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI LLC (05-44615) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18903 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI NY HOLDING CORPORATION (05-44480) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18900 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19176 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| ILLINOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 18908 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| ILLNOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19047 | Secured: Priority: Administrative: Unsecured: Total: | $12,540,292.36 $12,540,292.36 | 07/15/2009 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| ILLNOIS UNION INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19048 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |

*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCALS 18S 101S AND 832S ON BEHALF OF EMPLOYEES AND FORMER EMPLOYEES OF DELPHI BARBARA S MEHLSACK ESQ GORLICK KRAVITZ & LISTHAUS PC 17 STATE ST 4TH FL NEW YORK, NY 10004 | 18838 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $697,242.50<br>$697,242.50 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS BATTERY GROUP INC C O STEPHEN T BOBO REED SMITH LLP 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | 18720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,058,705.00<br>$13,058,705.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC POWER SOLUTIONS C O STEPHEN T BOBO REED SMITH LLP 10 S WACKER DR 40TH FL CHICAGO, IL 60606 | 18719 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,148,941.00<br>$10,148,941.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MARSH USA INC CRAIG PADOVER 121 RIVER ST HOBOKEN, NJ 07030 | 19086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $13,435.00<br>$13,435.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MARSH USA INC CRAIG PADOVER 121 RIVER ST HOBOKEN, NJ 07030 | 19084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,996.00<br>$1,996.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY CELESTE R GILL ASST ATTORNEY GENERAL 525 W OTTAWA ST WILLIAMS BLDG 6TH FLOOR PO BOX 30755 LANSING, MI 48909 | 19118 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,700,000.00<br>$9,700,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NEW JERSEY DEPARTMENT OF ENVIROMENTAL PROTECTION ANNE MILGRAM ATTORNEY GENERAL OF NEW JERSEY RICHARD J HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 093 TRENTON, NJ 08625-0093 | 19328 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $24,934.78<br>$24,934.78 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19707 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19703 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19671 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19676 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19711 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | MOBILEARIA, INC. (05-47474) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19673 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19693 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19683 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI TECHNOLOGIES, INC (05-44554) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19687 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19678 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19672 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI NY HOLDING CORPORATION (05-44480) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19679 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19700 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI CONNECTION SYSTEMS (05-44624) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19706 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19709 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19710 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI RECEIVABLES LLC (05-47459) |

\*     The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19689 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19686 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19704 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19688 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI CHINA LLC (05-44577) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19702 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DREAL INC (05-44627) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19705 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19674 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19692 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    **Forty-Sixth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19675 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19685 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19680 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | SPECIALTY ELECTRONICS, INC (05-44539) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19677 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19682 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19681 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 11/04/2009 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19699 | Secured: Priority: Administrative: Unsecured: Total: | $12,360,157.36 $12,360,157.36 | 11/04/2009 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQ DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19708 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.   Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19691 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19690 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19698 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 11/04/2009 | ASPIRE, INC (05-44618) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19684 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQ<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19701 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,360,157.36<br>$12,360,157.36 | 11/04/2009 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19202 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI TECHNOLOGIES, INC (05-44554) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19694 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $541.36<br>$541.36 | 11/04/2009 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | ASPIRE, INC (05-44618) |

\*   The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19227 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19231 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI FOREIGN SALES CORPORATION (05-44638) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19220 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19225 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19196 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19201 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19203 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19200 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI LIQUIDATION HOLDING COMPANY (05-44542) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19197 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19695 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19195 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | ENVIRONMENTAL CATALYSTS, LLC (05-44503) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19204 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19192 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19193 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19217 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19210 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                    **Forty-Sixth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19218 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19216 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI INTERNATIONAL HOLDINGS CORP (05-44591) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19696 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $541.36<br>$541.36 | 11/04/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19224 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI INTEGRATED SERVICE SOLUTIONS, INC (05-44623) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19232 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19230 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19213 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI FURUKAWA WIRING SYSTEMS LLC (05-47452) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19206 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | EXHAUST SYSTEMS CORPORATION (05-44573) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19215 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19191 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI NY HOLDING CORPORATION (05-44480) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19207 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI CHINA LLC (05-44577) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19211 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19212 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI RECEIVABLES LLC (05-47459) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19716 | Secured: Priority: Administrative: Unsecured: Total: | $67,311,662.50 $67,311,662.50 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19219 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.     **Forty-Sixth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19222 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI CONNECTION SYSTEMS (05-44624) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19697 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $541.36<br>$541.36 | 11/04/2009 | DELPHI LLC (05-44615) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19205 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19229 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19214 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | MOBILEARIA, INC. (05-47474) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19228 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536) |
| PACIFIC EMPLOYERS INSURANCE COMPANY<br>MARGERY N REED ESQUIRE<br>DUANE MORRIS LLP<br>30 S 17TH ST<br>PHILADELPHIA, PA 19103-4196 | 19209 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,359,616.00<br>$12,359,616.00 | 07/15/2009 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.          Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19670 | Secured: Priority: Administrative: Unsecured: Total: | $541.36 $541.36 | 11/04/2009 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19199 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | SPECIALTY ELECTRONICS, INC (05-44539) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19221 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI LLC (05-44615) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19226 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DREAL INC (05-44627) |
| PACIFIC EMPLOYERS INSURANCE COMPANY MARGERY N REED ESQUIRE DUANE MORRIS LLP 30 S 17TH ST PHILADELPHIA, PA 19103-4196 | 19198 | Secured: Priority: Administrative: Unsecured: Total: | $12,359,616.00 $12,359,616.00 | 07/15/2009 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| PARDUS DPH HOLDING LLC 590 MADISON AVE STE 25E NEW YORK, NY 10022 | 19190 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS A ENNIS | 17693 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| UBS SECURITIES LLC C O DEBORAH M BUELL ESQ CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLZ NEW YORK, NY 10006 | 18893 | Secured: Priority: Administrative: Unsecured: Total: | $8,823,572.99 $8,823,572.99 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| UNITED STEELWORKERS ATTN DAVID R JURY FIVE GATEWAY CENTER RM 807 PITTSBURGH, PA 15222 | 18428 | Secured: Priority: Administrative: Unsecured: Total: | $8,676,650.00 $8,676,650.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| US CUSTOMS AND BORDER PROTECTION ATTN REVENUE DIVISION BANKRUPTCY TEAM 6650 TELECOM DR STE 100 INDIANAPOLIS, IN 46278 | 19276 | Secured: Priority: Administrative: Unsecured: Total: | $201,239.95 $201,239.95 | 07/15/2009 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| US CUSTOMS AND BORDER PROTECTION ATTN REVENUE DIVISION BANKRUPTCY TEAM 6650 TELECOM DR STE 100 INDIANAPOLIS, IN 46278 | 19275 | Secured: Priority: Administrative: Unsecured: Total: | $5,897,837.63 $5,897,837.63 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| US ENVIRONMENTAL PROTECTION AGENCY UNITED STATES ATTORNEYS OFFICE 86 CHAMBERS ST 3RD FL NEW YORK, NY 10007 | 18956 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| US ENVIRONMENTAL PROTECTION AGENCY UNITED STATES ATTORNEYS OFFICE 86 CHAMBERS ST 3RD FL NEW YORK, NY 10007 | 19786 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| US ENVIRONMENTAL PROTECTION AGENCY UNITED STATES ATTORNEYS OFFICE 86 CHAMBERS ST 3RD FL NEW YORK, NY 10007 | 19539 | Secured: Priority: Administrative: Unsecured: Total: | $220,000.00 $220,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| XM SATELLITE RADIO INC SCOTT A GOLDEN ESQ HOGAN & HARTSON LLP 875 THIRD AVE NEW YORK, NY 10022 | 18652 | Secured: Priority: Administrative: Unsecured: Total: | $1,339,793.04 $1,339,793.04 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **235** | **$2,086,297,300.96** | | | |

\*   The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT B - METHODE ELECTRONICS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| METHODE ELECTRONICS INC ATTN TIMOTHY S MCFADDEN LOCKE LORD BISSELL & LIDDELL LLP 111 S WACKER DR CHICAGO, IL 60606 | 19950 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| METHODE ELECTRONICS INC ATTN TIMOTHY S MCFADDEN LOCKE LORD BISSELL & LIDDELL LLP 111 S WACKER DR CHICAGO, IL 60606 | 19951 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **2** | **UNL** | | | |

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DELORISE HOOKER MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN PO BOX 13187 JACKSON, MS 39236 | 19565 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 08/13/2009 | DELPHI CORPORATION (05-44481) |
| EASHONDA D WILLIAMS MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN PO BOX 13187 JACKSON, MS 39236 | 19573 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 08/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHIGAN FUNDS ADMINISTRATION DENNIS J RATERINK ASSISTANT ATTORNEY GENERAL LABOR DIVISION PO BOX 30736 LANSING, MI 48909 | 19168 | Secured: Priority: Administrative: Unsecured: Total: | $1,130,191.92 $1,130,191.92 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MICHIGAN SELF INSURERS SECURITY FUND DENNIS J RATERINK ASST ATTY GENERAL LABOR DIV PO BOX 30736 LANSING, MI 48909 | 19281 | Secured: Priority: Administrative: Unsecured: Total: | $5,557,750.00 $5,557,750.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION C O JEFFREY BERNSTEIN ESQ MCELROY DEUTSCH MULVANEY & CARPENTER LLP THREE GATEWAY CTR 100 MULBERRY ST NEWARK, NJ 07102-4079 | 19712 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION C O JEFFREY BERNSTEIN ESQ MCELROY DEUTSCH MULVANEY & CARPENTER LLP THREE GATEWAY CTR 100 MULBERRY ST NEWARK, NJ 07102-4079 | 18602 | Secured: Priority: Administrative: Unsecured: Total: | $1,400,000.00 $1,400,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE WORKERS COMPENSATION BOARD ATTN NANCY HERSHEY LORD AAG NYS OFFICE OF THE ATTORNEY GENERAL THE CAPITOL ALBANY, NY 12224 | 19059 | Secured: Priority: Administrative: Unsecured: Total: | $37,940,220.00 $37,940,220.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

*    "UNL" denotes an unliquidated claim.                    Page 1 of 2

**In re DPH Holdings Corp., et al.**      **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE WORKERS COMPENSATION BOARD ATTN NANCY HERSHY LORD AAC NYS OFFICE OF THE ATTORNEY GENERAL THE CAPITAL ALBANY, NY 12224 | 19058 | Secured: Priority: Administrative: Unsecured: Total: | $66,200,000.00 $66,200,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NEW YORK WORKERS COMPENSATION BOARD ATTN NANCY HERSHEY LORD AAG THE CAPITOL ALBANY, NY 12224 | 19057 | Secured: Priority: Administrative: Unsecured: Total: | $87,500,000.00 $87,500,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PAULLION ROBY MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN PO BOX 13187 JACKSON, MS 39236 | 19568 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 08/13/2009 | DELPHI CORPORATION (05-44481) |

         **Total:**    **10**          **$199,728,161.92**

---

\*    "UNL" denotes an unliquidated claim.          Page 2 of 2

In re Delphi Corporation, et al.                                                                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

| | | | |
|---|---|---|---|
| Claim: 19564 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19567 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| CATHY L ANDERSON | Administrative: UNL** | CATHY L ANDERSON | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | Unsecured: | MISSISSIPPI WORKERS COMPENSATION | Unsecured: |
| INDIVIDUAL SELF INSURER GUARANTY ASSN | | INDIVIDUAL SELF INSURER GUARANTY ASSN | |
| PO BOX 13187 | Total: UNL** | PO BOX 13187 | Total: UNL** |
| JACKSON, MS 39236 | | JACKSON, MS 39236 | |

| | | | |
|---|---|---|---|
| Claim: 19562 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19565 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| DELORISE HOOKER | Administrative: UNL** | DELORISE HOOKER | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | Unsecured: | MISSISSIPPI WORKERS COMPENSATION | Unsecured: |
| INDIVIDUAL SELF INSURER GUARANTY ASSN | | INDIVIDUAL SELF INSURER GUARANTY ASSN | |
| PO BOX 13187 | Total: UNL** | PO BOX 13187 | Total: UNL** |
| JACKSON, MS 39236 | | JACKSON, MS 39236 | |

| | | | |
|---|---|---|---|
| Claim: 19556 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19573 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| EASHONDA D WILLIAMS | Administrative: UNL** | EASHONDA D WILLIAMS | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | Unsecured: | MISSISSIPPI WORKERS COMPENSATION | Unsecured: |
| INDIVIDUAL SELF INSURER GUARANTY ASSN | | INDIVIDUAL SELF INSURER GUARANTY ASSN | |
| PO BOX 13187 | Total: UNL** | PO BOX 13187 | Total: UNL** |
| JACKSON, MS 39236 | | JACKSON, MS 39236 | |

| | | | |
|---|---|---|---|
| Claim: 19561 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19570 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| EMMA C KYLES | Administrative: UNL** | EMMA C KYLES | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | Unsecured: | MISSISSIPPI WORKERS COMPENSATION | Unsecured: |
| INDIVIDUAL SELF INSURER GUARANTY ASSN | | INDIVIDUAL SELF INSURER GUARANTY ASSN | |
| PO BOX 13187 | Total: UNL** | PO BOX 13187 | Total: UNL** |
| JACKSON, MS 39236 | | JACKSON, MS 39236 | |

**   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

## EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

| Claim: 19558 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19571 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| JOE N SWAN | Administrative: UNL** | JOE N SWAN | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | Unsecured: | MISSISSIPPI WORKERS COMPENSATION | Unsecured: |
| INDIVIDUAL SELF INSURER GUARANTY ASSN | | INDIVIDUAL SELF INSURER GUARANTY ASSN | |
| PO BOX 13187 | Total: UNL** | PO BOX 13187 | Total: UNL** |
| JACKSON, MS 39236 | | JACKSON, MS 39236 | |

| Claim: 19557 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19572 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| KAAREN D WASHINGTON | Administrative: UNL** | KAAREN D WASHINGTON | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | Unsecured: | MISSISSIPPI WORKERS COMPENSATION | Unsecured: |
| INDIVIDUAL SELF INSURER GUARANTY ASSN | | INDIVIDUAL SELF INSURER GUARANTY ASSN | |
| PO BOX 13187 | Total: UNL** | PO BOX 13187 | Total: UNL** |
| JACKSON, MS 39236 | | JACKSON, MS 39236 | |

| Claim: 19563 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19566 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| KENDRICK D HOLMES | Administrative: UNL** | KENDRICK D HOLMES | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | Unsecured: | MISSISSIPPI WORKERS COMPENSATION | Unsecured: |
| INDIVIDUAL SELF INSURER GUARANTY ASSN | | INDIVIDUAL SELF INSURER GUARANTY ASSN | |
| PO BOX 13187 | Total: UNL** | PO BOX 13187 | Total: UNL** |
| JACKSON, MS 39236 | | JACKSON, MS 39236 | |

| Claim: 19555 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19574 | Debtor: DELPHI CORPORATION (05-44481) |
|---|---|---|---|
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| LEE H YOUNG JR | Administrative: UNL** | LEE H YOUNG JR | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | Unsecured: | MISSISSIPPI WORKERS COMPENSATION | Unsecured: |
| INDIVIDUAL SELF INSURER GUARANTY ASSN | | INDIVIDUAL SELF INSURER GUARANTY ASSN | |
| PO BOX 13187 | Total: UNL** | PO BOX 13187 | Total: UNL** |
| JACKSON, MS 39236 | | JACKSON, MS 39236 | |

** "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**                                                          **Forty-Sixth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

| | | | |
|---|---|---|---|
| Claim: 19559 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Claim: 19568 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 08/13/2009 | | Date Filed: 08/13/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| PAULLION ROBY | Administrative: UNL** | PAULLION ROBY | Administrative: UNL** |
| MISSISSIPPI WORKERS COMPENSATION | | MISSISSIPPI WORKERS COMPENSATION | |
| INDIVIDUAL SELF INSURER GUARANTY | Unsecured: | INDIVIDUAL SELF INSURER GUARANTY ASSN | Unsecured: |
| ASSN | | PO BOX 13187 | |
| PO BOX 13187 | Total: UNL** | JACKSON, MS 39236 | Total: UNL** |
| JACKSON, MS 39236 | | | |

Total Claims To Be Expunged:                9

Total Asserted Amount To Be Expunged:        UNL

** "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AAMIR ANTHONY FLEMING | 18568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ALICIA K PIOTROWSKI | 18200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $578.59<br>$578.59 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| ALICIA PIOTROWSKI | 18150 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| ALMERON HARBACK JR | 16952 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| ALYCE FAYE ADKISSON | 16903 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| ANITA JONES | 18835 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ANN ELIZABETH ABLES | 17302 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ANNIE L GIBBS | 18450 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          Pg 72 of 163   **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARCELIA CHARO GONZALEZ | 17456 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| AUGUSTIN BANDA JR | 17156 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$653.00<br><br>$653.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| AXEL PAUL NEQUIST | 17427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA JEAN WINCHELL | 18400 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA LAFRENIER | 17722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA SCHEER | 17071 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| BENJAMIN NORRIS WALKER | 17174 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| BERNARD G EDDY JR | 18268 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BOBBY J FOSTER | 17708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| BONNIE K JACKSON | 18419 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| BRADLEY J ULMAN | 18151 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| BRENDA LEIGH YORK | 17083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| BRUCE EDWARD GEORGE | 17981 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| BUDDY HAGGARD | 18371 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CAROLYN L RUSSELL | 18894 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $575.00<br><br>$575.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CARROL L WILSON | 17181 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CHARLES A BEYER | 16985 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| CHARLES A BEYER | 16928 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| CHARLES FREDERIC STRAHM JR | 17649 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| CHARLOTTE J THOMAS | 18286 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CHERYL D HARRIS | 18705 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CHERYL D HARRIS | 17435 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| CHERYL D HARRIS | 18736 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| CRISTINA CHIARINA COON | 17791 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DANIEL G DUCHAM | 16926 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DANIEL J BRYANT | 18413 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DANIEL J SAUTER | 16901 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| DARWIN H SANADA | 19280 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DAYNA L JOHNSON | 16946 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DEBORAH LYNN VALLELUNGA | 18785 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DEBRA A DAVIS | 19009 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DEBRA A DAVIS | 19591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 08/31/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEBRA F SANGSTER | 16941 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DENISE A GARCIA | 17299 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DERICK LEWIS POUNDS | 19010 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DIANE L SMITH | 17782 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| DONALD ELDRIDGE | 18698 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| DONALD H BUTLER | 17553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DONALD SCOTT SHAGENA | 16955 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$671.00<br><br>$671.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DOUGLAS D WENDLAND | 18081 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**            Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EAWILDA S PERRY | 18569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| EDWARD P MATIJEGA | 17751 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $400.00<br><br>$400.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ERICK J COOPER | 18958 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ERMA SMITH | 18189 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| ESTHER STEWARD | 17545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ETTA ELAINE HAYWOOD | 17840 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| EUGENE LOUIS ERNDT | 17491 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| FARRA, VICTORIA A | 18451 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GARY A BREGE | 18586 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| GARY L COOK | 16898 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| GARY LOUIS DWYER | 17570 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| GARY T ANDREWS | 16875 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| GERALD ALLEN ROOD | 16943 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| GERARD J POYER | 17112 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| GRANT LEE BURNS | 17135 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| HARLEN STINNETT SR | 18752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**   Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HERMAN JONES | 18772 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HOWARD KEELS | 18462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,397.77<br>$30,397.77 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JACK BRISBIN | 17767 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JACK ROY KELLY | 17199 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| JACQUELINE I MUNGER | 17799 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| JACQUELYN K WASKOSKI | 18079 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| JAMES M GRAI | 16987 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JAMES MICHAEL GRAI | 16940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JAMES W LANTERMAN | 17285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JAMES WILLIAMS | 18331 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JAMES WILLIAMS | 19055 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JANET BARLOW | 18344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JANET E WEBB | 19109 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JANICE K HATCH | 18332 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JOAN A LYONS EXECTRIX OF DAVID E LYONS | 18513 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JOHN R TURTURA | 17103 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**     **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN T CZYMBOR | 17914 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOHN T CZYMBOR | 17879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH E FORD | 17473 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH W GALONSKA | 18593 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| JUDITH KAY BROWN | 18317 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| KATHY LABARR | 17890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| KEITH D HERRIMAN | 18829 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| KENNETH J TACEY II | 18368 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**   Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAFANCE ELLISON | 18562 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LARRY JOE WINELAND | 18064 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| LARRY SHOEMAKER | 18515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LAWRENCE ROBERT COLLISON | 18615 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LEONARD W CAHOON | 17897 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $653.00<br>$653.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LESLEY D ANDERSON | 18805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LETTIE H SANDERS | 17674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| LEWIS F HOLLINS | 17293 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LINDA HAIRSTON | 18341 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LINDA HAIRSTON | 17549 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| LINDA MARIE CARROLL | 18080 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| LISA DIANE DEMETER | 16865 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| LORENE HAYNES | 17730 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LOWELL LELAND GATTES | 18554 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LUCILLE PEPPER | 18167 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| LULA MAE PRITCHETT | 18583 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MAGALENE RICHARDSON | 18443 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MAGALENE RICHARDSON | 18154 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| MANUAL BOWMAN JR | 18336 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| MARDINE BUTTERFIELD | 18449 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MARIE E MAKAREWICZ | 17901 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARK E PRESCOTT | 17380 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARK MAIER | 17304 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARK O ODETTE | 18658 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARLENE E HILL | 16954 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| MARY ANN MITCHELL | 17533 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| MARY LEE ALLEN | 18404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MEREDITH L THOMAS | 17979 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL A REMAINDER | 17376 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL ANDREW BUDWIT | 18096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL E MOULTON | 18356 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL J BORDEAU | 17218 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $653.00<br>$653.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHAEL R COOTS | 18403 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL TANCREDI | 17911 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MILDRED MARIE CHURCH | 17201 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MOSBY CLARK | 17950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| NORMA L BLADE | 17959 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| PAMELA C KAPNICK | 17891 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PATRICK LEE WENZLICK | 17848 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $578.48<br>$578.48 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PAUL D TRENZ | 17997 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**       **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PAULA ANDERSON | 18765 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PAULA ANDERSON | 18510 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| PAULETTE ROBINSON | 17351 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PENNY CHRISTINE CLARK | 18361 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| PIERRE WILLIAM LAFLEUR | 17974 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| RANDALL F ARNDT | 17944 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| RASOLIND JO LEECK | 19595 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 09/08/2009 | DELPHI CORPORATION (05-44481) |
| RICARDO ESPINOZA | 17742 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                                        **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| RICHARD E HUTCHINSON | 17360 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RICKEY LEE WALDROP | 17226 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT M PURDY | 19054 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT STASIK | 17760 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RODNEY W BENSCHOTER | 16948 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| RONNY CHARLES PICKERING | 17245 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| RONNY CHARLES PICKERING | 17667 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| ROSLYNN WYNN | 17464 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SANDRA E WATSON | 18333 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| SANTIAGO J ZARAZUA | 17335 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SCOTT J CSIRKE | 18448 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| SHARAYAL JOHNSON | 17101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| SHARON D HIGGINS | 16989 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| SHEILA ANN THOMPSON | 17925 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SHEILA MARIE SHERMAN | 18223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $553.00<br>$553.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| SHEILA REID | 19080 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHIRLEY GIBSON | 18346 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| STELLA HARPER | 17616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$600.65<br><br>$600.65 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| STELLA MERINGA | 17462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| STEPHEN R MULLIN | 17386 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| STEVE O NEILL | 17147 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| STEVEN STREETER | 18203 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| SUSAN L HERLINE WRIGHT | 18271 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$507.70<br><br>$507.70 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| SUSAN MAY ROBBINS | 18823 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TERESA D LOVE | 18755 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TERRY GLEN LAMBERT | 17014 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| TERRY GLEN LAMBERT | 19594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 08/28/2009 | DELPHI CORPORATION (05-44481) |
| TERRY L ROE | 19601 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 09/14/2009 | DELPHI CORPORATION (05-44481) |
| TERRY L VISNAW | 18923 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| THERESA WALTON | 18259 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS J CONTRERAS | 18417 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS KEITH RADABAUGH | 17247 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Forty-Sixth Omnibus Claims Objection

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THOMAS KEITH RADABAUGH | 17246 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS KEITH RADABAUGH | 17266 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS KEITH RADABAUGH | 17265 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS KEITH RADABAUGH | 17264 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS W PAULSON | 17396 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TIMOTHY J ROUSSEAU | 17469 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| TYRONE E SPARKS | 19172 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TYRONE E SPARKS | 18353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**      Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT E - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VALENTINE, ELROY | 18372 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| VERNON M MAHAN | 18338 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| WALTER A GIBSON | 17676 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| WALTER JEROME LELO | 17941 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| WALTER WILLIAM HILLMAN JR | 18339 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM ALLEN LOTT | 18573 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| YOLANDA AGUILAR | 18996 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **183** | **$36,821.19** | | |

\* The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\* "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

**Forty-Sixth Omnibus Claims Objection**

## EXHIBIT F - DUPLICATE WORKERS' COMPENSATION CLAIM

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 18347 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 18274 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/13/2009 | | Date Filed: 07/14/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| CAROL SUE CLABURN | Administrative: UNL** | CAROL SUE CLABURN | Administrative: UNL** |
| | Unsecured: | | Unsecured: |
| | Total: UNL** | | Total: UNL** |

Total Claims To Be Expunged:    1
Total Asserted Amount To Be Expunged:    UNL

\*    The addresses of creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.          Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ETHEL BERRY | 17624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| GLORIA BRUMLEY | 18005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| GLORIA BRUMLEY | 18283 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MARY JANE WATSON | 18834 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MATLINGA, MARK S | 17434 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL LEE CESLICK | 17795 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| NAOMI NEAL | 16980 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$611.00<br><br>$611.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| PAMELA WHITTINGTON | 18125 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RITA WELLS | 18643 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| | Total:   9 | | $611.00 | | |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
**    "UNL" denotes an unliquidated claim.
Page 2 of 2

**In re DPH Holdings Corp., et al.**                                    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

# EXHIBIT H - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 19142 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 18180 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$28,064.35<br><br>$28,064.35 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| BLACKFORD CO TREASURER<br>BLACKFORD COUNTY TREASURERS OFFICE<br>PO BOX 453<br>HARTFORD CITY, IN 47348 | 17314 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,064.84<br><br>$1,064.84 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPARTMENT<br>111 S CHERRY ST STE 3200<br>OALTHE, KS 66061-3441 | 16910 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| CAMERON COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18850 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$222,046.72<br><br>$222,046.72 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CARROLLTON FARMERS BRANCH ISD<br>C O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E LUNA PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 17776 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$191.81<br><br>$191.81 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| CASS COUNTY TREASURER<br>200 COURT PARK RM 104<br>LOGANSPORT, IN 46947 | 18241 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$398.09<br><br>$398.09 | 06/30/2009 | DELPHI CORPORATION (05-44481) |

\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                     Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT H - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF DONNA DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 AUSTIN, TX 78760-7428 | 18842 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8.19<br><br>$8.19 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF EL PASO DAVID G AELVOET LINEBARGER GOGGAN BLAIR & SAMPSON LLP 711 NAVARRO STE 300 SAN ANTONIO, TX 78205 | 18179 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $293,842.56<br><br>$293,842.56 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF GOODLETTSVILLE 105 SOUTH MAIN ST GOODLETTSVILLE, TN 37072 | 17860 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,016.77<br><br>$2,016.77 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF HARLINGEN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 18845 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF MCALLEN DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 18846 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,635.87<br><br>$6,635.87 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE WILBUR E HOOKS DIRECTOR C O ATTORNEY GENERAL TENNESSEE DEPT OF REVENUE PO BOX 20207 NASHVILLE, TN 37202-0207 | 18999 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $107,808.05<br><br>$107,808.05 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| COUNTY OF SAN BERNARDINO OFFICE OF THE TAX COLLECTOR 172 W 3RD ST SAN BERNARDINO, CA 92415 | 18739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $226.75<br><br>$226.75 | 07/10/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT H - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COUNTY OF SANTA CLARA TAX COLLECTOR COUNTY GOVERNMENT CTR E WING 6TH FL 70 W HEDDING ST SAN JOSE, CA 95110 | 18386 | Secured: Priority: Administrative: Unsecured: Total: | $3,352.19 $3,352.19 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DONNA ISD LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 18841 | Secured: Priority: Administrative: Unsecured: Total: | $9.92 $9.92 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| GIBSON COUNTY TREASURER 101 N MAIN PRINCETON, IN 47670 | 17931 | Secured: Priority: Administrative: Unsecured: Total: | $38.27 $38.27 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT PO BOX 2643 HARLINGEN, TX 78551-2643 | 18851 | Secured: Priority: Administrative: Unsecured: Total: | $14,812.72 $14,812.72 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HARRIS COUNTY ET AL JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON, TX 77253-3064 | 19144 | Secured: Priority: Administrative: Unsecured: Total: | $3,199.41 $3,199.41 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HOWARD COUNTY INDIANA ATTN LAWRENCE MURRELL ATTORNEY 220 N MAIN ST COUNTY ADMINISTRATION CENTER KOKOMO, IN 46901 | 18629 | Secured: Priority: Administrative: Unsecured: Total: | $11,369,193.03 $11,369,193.03 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INDIANA DEPARTMENT OF STATE REVENUE CAROL LUSHELL BANKRUPTCY SECTION 100 N SENATE AVE RM N203 INDIANAPOLIS, IN 46204 | 16860 | Secured: Priority: Administrative: Unsecured: Total: | $685,004.01 $685,004.01 | 07/07/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JENNINGS COUNTY TREASURER PO BOX 368 VERNON, IN 47282 | 17034 | Secured: Priority: Administrative: Unsecured: Total: | $63.42 $63.42 | 06/29/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT H - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN A DONOFRIO SUMMIT COUNTY FISCAL OFFICER C O MARVIN D EVANS 220 S BALCH ST STE 118 AKRON, OH 44302-1606 | 16862 | Secured: Priority: Administrative: Unsecured: Total: | $465.08 $465.08 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| JON PETERSON DELAWARE COUNTY TREASURER 140 N SANDUSKY ST DELAWARE, OH 43015 | 16871 | Secured: Priority: Administrative: Unsecured: Total: | $4,304.94 $4,304.94 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| KNOX COUNTY TRUSTEE PO BOX 70 KNOXVILLE, TN 37901-0070 | 17661 | Secured: Priority: Administrative: Unsecured: Total: | $17,495.30 $17,495.30 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| LA COUNTY TREASURER AND TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054-0110 | 17270 | Secured: Priority: Administrative: Unsecured: Total: | $4,225.06 $4,225.06 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| LIMESTONE COUNTY REVENUE COMMISSIONER 100 S CLINTON ST STE A ATHENS, AL 35611 | 18590 | Secured: Priority: Administrative: Unsecured: Total: | $97,524.60 $97,524.60 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LIMESTONE COUNTY REVENUE COMMISSIONER 100 S CLINTON ST STE A ATHENS, AL 35611 | 18589 | Secured: Priority: Administrative: Unsecured: Total: | $286.20 $286.20 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LIMESTONE COUNTY REVENUE COMMISSIONER 100 S CLINTON ST STE A ATHENS, AL 35611 | 18588 | Secured: Priority: Administrative: Unsecured: Total: | $22,002.50 $22,002.50 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LINDA S MEININGER SHELBY COUNTY TREASURER DUANE A GOETTEMOELLER ASSISTANT PROSECUTOR PO BOX 987 SIDNEY, OH 45365 | 18410 | Secured: Priority: Administrative: Unsecured: Total: | $7,506.26 $7,506.26 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT H - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LINDA S MEININGER SHELBY COUNTY TREASURER DUANE A GOETTEMOELLER ASSISTANT PROSECUTOR PO BOX 987 SIDNEY, OH 45365 | 18412 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,251.50<br><br>$12,251.50 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LINDA S MEININGER SHELBY COUNTY TREASURER DUANE A GOETTEMOELLER ASSISTANT PROSECUTOR PO BOX 987 SIDNEY, OH 45365 | 18411 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $20,500.59<br><br>$20,500.59 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MARION COUNTY TREASURER MARION COUNTY TREASURER ATTN B DARLAND 200 E WASHINGTON ST STE 1001 INDIANAPOLIS, IN 46204 | 17120 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $45,020.51<br><br>$45,020.51 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| MATT GEARHARDT AUDITOR 201 W MAIN ST TROY, OH 45373 | 17368 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MCALLEN ISD DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 18848 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $16,528.55<br><br>$16,528.55 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MILWAUKEE COUNTY OFFICE OF THE COUNTY TREASURER ATTN SARAH THOMPSON DANIEL J DILIBERTI 901 N 9TH ST NO 102 MILWAUKEE, WI 53233-1462 | 18580 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $261,586.27<br><br>$261,586.27 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MONTGOMERY COUNTY JOHN P DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON PO BOX 3064 HOUSTON, TX 77253-3064 | 19143 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $280.05<br><br>$280.05 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NICHOLAS M BARBORAK COLUMBIANA COUNTY TREASURER 105 S MARKET ST LIBSON, OH 44432 | 18454 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT H - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NUECES COUNTY DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 AUSTIN, TX 78760-7428 | 18840 | Secured: Priority: Administrative: Unsecured: Total: | $18.00 $18.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PHARR SAN JUAN ALAMO ISD DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 18843 | Secured: Priority: Administrative: Unsecured: Total: | $2,488.62 $2,488.62 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PRINCE GEORGES COUNTY MARYLAND C O M EVANS MEYERS ESQ MEYERS RODBELL AND ROSENBAUM PA 6801 KENILWORTH AVE STE 400 RIVERDALE, MD 20737-1385 | 16981 | Secured: Priority: Administrative: Unsecured: Total: | $5,063.97 $5,063.97 | 06/29/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RELATIONAL LLC DBA RELATIONAL TECHNOLOGY SOLUTIONS FKA RELATIONAL FUNDING CORPORATION 3701 ALGONQUIN RD STE 600 ROLLING MEADOWS, IL 60008 | 18100 | Secured: Priority: Administrative: Unsecured: Total: | $326.25 $326.25 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT 152 E ROWSON ST SAN BENITO, TX 78586 | 18852 | Secured: Priority: Administrative: Unsecured: Total: | $90,727.37 $90,727.37 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SMITH COUNTY CLERK & MASTER 211 MAIN ST N CARTHAGE, TN 37030 | 18737 | Secured: Priority: Administrative: Unsecured: Total: | $99.60 $99.60 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| SOUTH TEXAS COLLEGE DIANE W SANDERS LINEBARGER GOGGAN BLAIR & SAMPSON LLP THE TERRACE II 2700 VIA FORTUNA DR STE 400 PO BOX 17428 AUSTIN, TX 78760-7428 | 18849 | Secured: Priority: Administrative: Unsecured: Total: | $3,442.53 $3,442.53 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                          Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT H - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SOUTH TEXAS ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>THE TERRACE II 2700 VIA<br>FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18847 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,160.36<br>$1,160.36 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF CALIFORNIA<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 17634 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,789.05<br>$6,789.05 | 07/03/2009 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 18741 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $6,789.05<br>$6,789.05 | 07/10/2009 | DELPHI CORPORATION<br>(05-44481) |
| STATE OF MICHIGAN<br>DEPARTMENT OF TREASURY<br>PEGGY A HOUSNER<br>ASSISTANT ATTORNEY GENERAL<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 18570 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $685.31<br>$685.31 | 07/13/2009 | DELPHI MEDICAL<br>SYSTEMS<br>CORPORATION<br>(05-44529) |
| STEPHEN P SHANAFELT PORTAGE<br>COUNTY TREASURER<br>449 S MERIDIAN ST<br>RAVENNA, OH 44266 | 19083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $18,570.66<br>$18,570.66 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| TAX COLLECTOR SANTA ROSA<br>COUNTY<br>DELINQUENT TAX DEPARTMENT<br>6495 CAROLINE ST STE E<br>MILTON, FL 32570 | 18509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION<br>(05-44481) |
| VALLEY VIEW ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>THE TERRACE II 2700 VIA<br>FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18844 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |

*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT H - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VENTURA COUNTY TAX COLLECTOR ATTN BANKRUPTCY 800 SOUTH VICTORIA AVE VENTURA, CA 93009-1290 | 18879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$130.81<br><br>$130.81 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| | **Total:** 53 | | **$13,384,245.96** | | |

**In re Delphi Corporation, et al.**                                         **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT I - DUPLICATE TAX CLAIM

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 20041 | Claim: 17837 |
| Date Filed: 10/30/2009 | Date Filed: 07/08/2009 |
| Creditor's Name: | Creditor's Name: |
| Debtor: DELPHI CORPORATION (05-44481) | Debtor: DELPHI CORPORATION (05-44481) |
| STEPHEN P GALE | STEPHEN P GALE |
| 16916 BUCKINGHAM | 16916 BUCKINGHAM |
| BEVERLY HILLS, MI 48025 | BEVERLY HILLS, MI 48025 |
| Secured: | Secured: |
| Priority: | Priority: |
| Administrative: UNL** | Administrative: UNL** |
| Unsecured: | Unsecured: |
| Total: UNL** | Total: UNL** |

Total Claims To Be Expunged:    1
Total Asserted Amount To Be Expunged:    UNL

---

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 18960<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE CO MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19025<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19742<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| Claim: 19745<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL<br>LTD AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD<br>AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19743<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL<br>LTD AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD<br>AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19751<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL<br>LTD AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI DIESEL SYSTEMS CORP (05-44612)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD<br>AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| Claim: 19752<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19737<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: SPECIALTY ELECTRONICS, INC (05-44539)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19746<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19748<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL<br>LTD AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI SERVICES HOLDING CORPORATION (05-44633)<br>Secured:<br>Priority:<br>Administrative: UNL\*\*<br>Unsecured:<br>Total: UNL\*\* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD<br>AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL\*\*<br>Unsecured:<br>Total: UNL\*\* |
| Claim: 19750<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL<br>LTD AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI LLC (05-44615)<br>Secured:<br>Priority:<br>Administrative: UNL\*\*<br>Unsecured:<br>Total: UNL\*\* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD<br>AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL\*\*<br>Unsecured:<br>Total: UNL\*\* |
| Claim: 19753<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL<br>LTD AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593)<br>Secured:<br>Priority:<br>Administrative: UNL\*\*<br>Unsecured:<br>Total: UNL\*\* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD<br>AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL\*\*<br>Unsecured:<br>Total: UNL\*\* |

\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19741<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19744<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI INTERNATIONAL HOLDINGS CORP (05-44591)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19740<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

\*     "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|

| | |
|---|---|
| Claim: 19738<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI ELECTRONICS (HOLDING) LLC (05-44547)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br><br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br><br>Total: UNL** |
| Claim: 19755<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI NY HOLDING CORPORATION (05-44480)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br><br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br><br>Total: UNL** |
| Claim: 19749<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br><br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br><br>Total: UNL** |

\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19754<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19747<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19739<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19020<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI NY HOLDING CORPORATION (05-44480)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19024<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19028<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19027    Debtor: DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586)<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>    Secured:<br>    Priority:<br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL   Administrative: UNL**<br>LTD AIU INSURANCE COMPANY ET AL   Unsecured:<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY   Total: UNL**<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | Claim: 19019    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>    Secured:<br>    Priority:<br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD   Administrative: UNL**<br>AIU INSURANCE COMPANY ET AL   Unsecured:<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY   Total: UNL**<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 |
| Claim: 19023    Debtor: SPECIALTY ELECTRONICS, INC (05-44539)<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>    Secured:<br>    Priority:<br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL   Administrative: UNL**<br>LTD AIU INSURANCE COMPANY ET AL   Unsecured:<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY   Total: UNL**<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | Claim: 19019    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>    Secured:<br>    Priority:<br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD   Administrative: UNL**<br>AIU INSURANCE COMPANY ET AL   Unsecured:<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY   Total: UNL**<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 |
| Claim: 19022    Debtor: DELPHI ELECTRONICS (HOLDING) LLC (05-44547)<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>    Secured:<br>    Priority:<br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL   Administrative: UNL**<br>LTD AIU INSURANCE COMPANY ET AL   Unsecured:<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY   Total: UNL**<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | Claim: 19019    Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>    Secured:<br>    Priority:<br>AIG ENTERTAINMENT RISKS AIG EXCESS<br>LIABILITY INSURANCE INTERNATIONAL LTD   Administrative: UNL**<br>AIU INSURANCE COMPANY ET AL   Unsecured:<br>MICHELLE A LEVITT AUTHORIZED<br>REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY   Total: UNL**<br>COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 |

\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    **Forty-Sixth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19026<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19029<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19021<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 18979<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE COMPA MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 18977<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE COMPA MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 18978<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE COMPA MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI INTERNATIONAL HOLDINGS CORP (05-44591)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |

\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.    **Forty-Sixth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT J - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 18980 | Debtor: DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596) | Claim: 19019 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/15/2009 | | Date Filed: 07/15/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE COMPA MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038 | Priority: | AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038 | Priority: |
| | Administrative: UNL** | | Administrative: UNL** |
| | Unsecured: | | Unsecured: |
| | Total: UNL** | | Total: UNL** |

**Total Claims To Be Expunged:** 34
**Total Asserted Amount To Be Expunged:** UNL

\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**          **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT K - SEVERANCE CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GEORGE CAVETT | 19114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,000.00<br><br>$40,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LINDA BARNETTE | 19103 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,000.00<br><br>$40,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PATRICIA A SNOW | 19115 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,000.00<br><br>$40,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SANDRA BROWN | 19060 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,000.00<br><br>$40,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | **$160,000.00** | | | |

---

\*    The addresses of creditors on this exhibit have been intentionally omitted for privacy reasons.

**In re Delphi Corporation, et al.**                                                      **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT L - DUPLICATE SEVERANCE CLAIM

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 19846 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 17217 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 11/03/2009 | | Date Filed: 07/02/2009 | |
| Creditor's Name: | Secured: | Creditor's Name: | Secured: |
| | Priority: | | Priority: |
| WILLIAM D MONTGOMERY | Administrative: $80,751.56 | DON MONTGOMERY | Administrative: $96,300.00 |
| | Unsecured: | | Unsecured: |
| | Total: $80,751.56 | | Total: $96,300.00 |

Total Claims To Be Expunged: **1**
Total Asserted Amount To Be Expunged: **$80,751.56**

\*    The addresses of creditors on this exhibit have been intentionally omitted for privacy reasons.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

## EXHIBIT M - MODIFIED STATE WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 19567<br>Date Filed:08/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>CATHY L ANDERSON<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br><br>CATHY L ANDERSON<br>PO BOX 13187<br>JACKSON, MS 39236 | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$12,004.03** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$12,004.03 | Unsecured |
| | | | **UNL** | | | | **$12,004.03** | |
| Claim: 19570<br>Date Filed:08/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>EMMA C KYLES<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br><br>EMMA C KYLES<br>PO BOX 13187<br>JACKSON, MS 39236 | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$36,553.07** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$36,553.07 | Unsecured |
| | | | **UNL** | | | | **$36,553.07** | |
| Claim: 19571<br>Date Filed:08/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>JOE N SWAN<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br><br>JOE N SWAN<br>PO BOX 13187<br>JACKSON, MS 39236 | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$5,516.19** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$5,516.19 | Unsecured |
| | | | **UNL** | | | | **$5,516.19** | |
| Claim: 19572<br>Date Filed:08/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>KAAREN D WASHINGTON<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br><br>KAAREN D WASHINGTON<br>PO BOX 13187<br>JACKSON, MS 39236 | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$7,188.80** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$7,188.80 | Unsecured |
| | | | **UNL** | | | | **$7,188.80** | |

\*      See Exhibit P for a listing of debtor entities by case number.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                                                    **Forty-Sixth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

**EXHIBIT M - MODIFIED STATE WORKERS' COMPENSATION CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 19566<br>Date Filed:08/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br> KENDRICK D HOLMES<br> PO BOX 13187<br> JACKSON, MS 39236 | Claim Holder Name<br><br> KENDRICK D HOLMES<br> PO BOX 13187<br> JACKSON, MS 39236 | | Docketed Total: | **UNL** | Modified And Allowed Total: | | | **$30,237.84** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$30,237.84 | Unsecured |
| | | | **UNL** | | | | **$30,237.84** | |
| Claim: 19574<br>Date Filed:08/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br> LEE H YOUNG JR<br> PO BOX 13187<br> JACKSON, MS 39236 | Claim Holder Name<br><br> LEE H YOUNG JR<br> PO BOX 13187<br> JACKSON, MS 39236 | | Docketed Total: | **UNL** | Modified And Allowed Total: | | | **$7,088.31** |
| | Case Number*<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$7,088.31 | Unsecured |
| | | | **UNL** | | | | **$7,088.31** | |

Total Claims To Be Modifed and Allowed:  6

Total Amount As Docketed:            **UNL**

Total Amount As Allowed:             **$98,588.24**

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

**EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS**

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 17052<br>Date Filed:06/30/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>BENEMIN M GALLAGHER | Claim Holder Name<br><br>BENEMIN M GALLAGHER | | Docketed Total: | UNL | | | Modified And Allowed Total: | $269,143.68 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$269,143.68 | Unsecured |
| | | | **UNL** | | | | **$269,143.68** | |
| Claim: 18221<br>Date Filed:07/10/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>BONNIE B SHEPHERD | Claim Holder Name<br><br>BONNIE B SHEPHERD | | Docketed Total: | UNL | | | Modified And Allowed Total: | $28,224.38 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$28,224.38 | Unsecured |
| | | | **UNL** | | | | **$28,224.38** | |
| Claim: 18274<br>Date Filed:07/14/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>CAROL SUE CLABURN | Claim Holder Name<br><br>CAROL SUE CLABURN | | Docketed Total: | UNL | | | Modified And Allowed Total: | $249,232.48 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$249,232.48 | Unsecured |
| | | | **UNL** | | | | **$249,232.48** | |
| Claim: 18466<br>Date Filed:07/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>CHARLES M RUHL | Claim Holder Name<br><br>CHARLES M RUHL | | Docketed Total: | UNL | | | Modified And Allowed Total: | $20,634.40 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$20,634.40 | Unsecured |
| | | | **UNL** | | | | **$20,634.40** | |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      See Exhibit P for a listing of debtor entities by case number.                    Page 1 of 7

\*\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

**EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS**

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 17383<br>Date Filed:07/06/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>CORA LEE SEGER | Claim Holder Name<br>CORA LEE SEGER | | Docketed Total: | **UNL** | | Modified And Allowed Total: | | **$2,943.69** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$2,943.69 | Unsecured |
| | | | **UNL** | | | | **$2,943.69** | |
| Claim: 17618<br>Date Filed:07/03/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>DEBRA K CLARK | Claim Holder Name<br>DEBRA K CLARK | | Docketed Total: | **UNL** | | Modified And Allowed Total: | | **$163,709.25** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$163,709.25 | Unsecured |
| | | | **UNL** | | | | **$163,709.25** | |
| Claim: 17764<br>Date Filed:07/06/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>DIA S PATTERSON | Claim Holder Name<br>DIA S PATTERSON | | Docketed Total: | **UNL** | | Modified And Allowed Total: | | **$48,249.54** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$48,249.54 | Unsecured |
| | | | **UNL** | | | | **$48,249.54** | |
| Claim: 18262<br>Date Filed:07/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>DIANA OHLMAN | Claim Holder Name<br>DIANA OHLMAN | | Docketed Total: | **UNL** | | Modified And Allowed Total: | | **$155,759.49** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$155,759.49 | Unsecured |
| | | | **UNL** | | | | **$155,759.49** | |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     See Exhibit P for a listing of debtor entities by case number.

\*\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

**EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS**

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 18114<br>Date Filed:07/09/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>DOROTHY MCDONALD | Claim Holder Name<br><br>DOROTHY MCDONALD | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$22,817.55** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$22,817.55 | Unsecured |
| | | | **UNL** | | | | **$22,817.55** | |
| Claim: 19137<br>Date Filed:07/15/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>ELIZABETH L VENSKO | Claim Holder Name<br><br>ELIZABETH L VENSKO | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$15,308.29** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$15,308.29 | Unsecured |
| | | | **UNL** | | | | **$15,308.29** | |
| Claim: 18754<br>Date Filed:07/15/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>GARY MANNING | Claim Holder Name<br><br>GARY MANNING | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$249,990.79** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$249,990.79 | Unsecured |
| | | | **UNL** | | | | **$249,990.79** | |
| Claim: 18036<br>Date Filed:07/09/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>GENE PRESLEY | Claim Holder Name<br><br>GENE PRESLEY | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$48,427.99** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$48,427.99 | Unsecured |
| | | | **UNL** | | | | **$48,427.99** | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    See Exhibit P for a listing of debtor entities by case number.                Page 3 of 7

\*\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

## EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 18078<br>Date Filed:07/09/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>HOLLIGAN MICHELLE | Claim Holder Name<br><br>HOLLIGAN MICHELLE | | Docketed Total: | UNL | | | Modified And Allowed Total: | $28,832.20 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$28,832.20 | Unsecured |
| | | | **UNL** | | | | **$28,832.20** | |
| Claim: 18345<br>Date Filed:07/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>JACQUELYN WINTERSMITH | Claim Holder Name<br><br>JACQUELYN WINTERSMITH | | Docketed Total: | UNL | | | Modified And Allowed Total: | $160,180.51 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$160,180.51 | Unsecured |
| | | | **UNL** | | | | **$160,180.51** | |
| Claim: 18479<br>Date Filed:07/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>JAMES WEBB JR | Claim Holder Name<br><br>JAMES WEBB JR | | Docketed Total: | UNL | | | Modified And Allowed Total: | $166,850.05 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$166,850.05 | Unsecured |
| | | | **UNL** | | | | **$166,850.05** | |
| Claim: 18504<br>Date Filed:07/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>JOHN R STEPHENSON | Claim Holder Name<br><br>JOHN R STEPHENSON | | Docketed Total: | UNL | | | Modified And Allowed Total: | $34,839.85 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$34,839.85 | Unsecured |
| | | | **UNL** | | | | **$34,839.85** | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    See Exhibit P for a listing of debtor entities by case number.

Page 4 of 7

\*\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

### EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 19121<br>Date Filed:07/15/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>KAREN J ALLINGER | Claim Holder Name<br><br>KAREN J ALLINGER | | Docketed Total: | **UNL** | | Modified And Allowed Total: | | **$32,925.06** |
| | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>UNL | Case Number**<br>05-44481 | Secured | Priority | Unsecured<br>$32,925.06 |
| | | | | **UNL** | | | | **$32,925.06** |
| Claim: 17444<br>Date Filed:07/07/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>LINDA CARTER WELCHE | Claim Holder Name<br><br>LINDA CARTER WELCHE | | Docketed Total: | **UNL** | | Modified And Allowed Total: | | **$531,406.91** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$531,406.91 | Unsecured |
| | | | **UNL** | | | | **$531,406.91** | |
| Claim: 17109<br>Date Filed:07/01/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>MICHAEL F WESLEY | Claim Holder Name<br><br>MICHAEL F WESLEY | | Docketed Total: | **UNL** | | Modified And Allowed Total: | | **$106,143.23** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$106,143.23 | Unsecured |
| | | | **UNL** | | | | **$106,143.23** | |
| Claim: 19152<br>Date Filed:07/15/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>PATRICIA A FIELDS | Claim Holder Name<br><br>PATRICIA A FIELDS | | Docketed Total: | **UNL** | | Modified And Allowed Total: | | **$182,630.37** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$182,630.37 | Unsecured |
| | | | **UNL** | | | | **$182,630.37** | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    See Exhibit P for a listing of debtor entities by case number.                                   Page 5 of 7

\*\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

## EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 19154<br>Date Filed:07/15/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>  PATTY STOCKER | Claim Holder Name<br><br>PATTY STOCKER | Docketed Total: | | UNL | | Modified And Allowed Total: | | $80,989.43 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$80,989.43 | Unsecured |
| | | | **UNL** | | | | **$80,989.43** | |
| Claim: 18683<br>Date Filed:07/14/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>  PAUL JOSEPH URBAN | Claim Holder Name<br><br>PAUL JOSEPH URBAN | Docketed Total: | | UNL | | Modified And Allowed Total: | | $47,100.04 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$47,100.04 | Unsecured |
| | | | **UNL** | | | | **$47,100.04** | |
| Claim: 18215<br>Date Filed:07/10/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>  RANDY L PERRY | Claim Holder Name<br><br>RANDY L PERRY | Docketed Total: | | UNL | | Modified And Allowed Total: | | $54,370.50 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$54,370.50 | Unsecured |
| | | | **UNL** | | | | **$54,370.50** | |
| Claim: 18938<br>Date Filed:07/15/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>  ROBERT M STELICK | Claim Holder Name<br><br>ROBERT M STELICK | Docketed Total: | | UNL | | Modified And Allowed Total: | | $184,410.94 |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$184,410.94 | Unsecured |
| | | | **UNL** | | | | **$184,410.94** | |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      See Exhibit P for a listing of debtor entities by case number.              Page 6 of 7

\*\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

## EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| **Claim: 17738**<br>Date Filed:07/06/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>SAUNDRA FLYNN | Claim Holder Name<br><br>SAUNDRA FLYNN | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$130,085.80** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$130,085.80 | Unsecured |
| | | | **UNL** | | | | **$130,085.80** | |
| **Claim: 19173**<br>Date Filed:07/15/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>TIMOTHY R JONES | Claim Holder Name<br><br>TIMOTHY R JONES | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$2,610.22** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$2,610.22 | Unsecured |
| | | | **UNL** | | | | **$2,610.22** | |
| **Claim: 18302**<br>Date Filed:07/13/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>ULRICH REYNOLDS | Claim Holder Name<br><br>ULRICH REYNOLDS | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$32,774.64** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$32,774.64 | Unsecured |
| | | | **UNL** | | | | **$32,774.64** | |
| **Claim: 17121**<br>Date Filed:06/30/2009<br>Docketed Total:$ 0.00<br>Filing Creditor Name:<br>WARREN JENKINS | Claim Holder Name<br><br>WARREN JENKINS | | Docketed Total: | **UNL** | | | Modified And Allowed Total: | **$324,398.29** |
| | Case Number**<br>05-44481 | Secured | Priority<br>UNL | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$324,398.29 | Unsecured |
| | | | **UNL** | | | | **$324,398.29** | |
| | | | | | **Total Claims To Be Modifed and Allowed:  28**<br><br>**Total Amount As Docketed:**          **UNL**<br><br>**Total Amount As Allowed:**          **$3,374,989.57** | | | |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     See Exhibit P for a listing of debtor entities by case number.

\*\*\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

### EXHIBIT O - ALLOWED SEVERANCE CLAIMS

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Claim: 19883
Date Filed:11/03/2009
Docketed Total:$ 110,900.00
Filing Creditor Name:
  DOUGLAS W EDNEY

Claim Holder Name
DOUGLAS W EDNEY     Docketed Total: **$110,900.00**      Allowed Total: **$110,900.00**

| Case Number** | Secured | Priority | Unsecured | Case Number** | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $110,900.00 | | 05-44481 | | $110,900.00 | |
| | | **$110,900.00** | | | | **$110,900.00** | |

**Row 2**

Claim: 19955
Date Filed:11/05/2009
Docketed Total:$ 120,320.00
Filing Creditor Name:
  JACKIE R STOVER

Claim Holder Name
JACKIE R STOVER     Docketed Total: **$120,320.00**      Allowed Total: **$120,320.00**

| Case Number** | Secured | Priority | Unsecured | Case Number** | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $120,320.00 | | 05-44481 | | $120,320.00 | |
| | | **$120,320.00** | | | | **$120,320.00** | |

**Row 3**

Claim: 20057
Date Filed:11/02/2009
Docketed Total:$ 87,360.00
Filing Creditor Name:
  RICHARD B BISHOP

Claim Holder Name
RICHARD B BISHOP     Docketed Total: **$87,360.00**      Allowed Total: **$87,360.00**

| Case Number** | Secured | Priority | Unsecured | Case Number** | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $87,360.00 | | 05-44481 | | $87,360.00 | |
| | | **$87,360.00** | | | | **$87,360.00** | |

**Row 4**

Claim: 20028
Date Filed:11/06/2009
Docketed Total:$ 135,420.00
Filing Creditor Name:
  WILLIAM H DAHLEM

Claim Holder Name
WILLIAM H DAHLEM     Docketed Total: **$135,420.00**      Allowed Total: **$135,420.00**

| Case Number** | Secured | Priority | Unsecured | Case Number** | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44481 | | $135,420.00 | | 05-44481 | | $135,420.00 | |
| | | **$135,420.00** | | | | **$135,420.00** | |

**Total Claims To Be Allowed: 4**

**Total Amount As Docketed: $454,000.00**

**Total Amount As Allowed:  $454,000.00**

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    See Exhibit P for a listing of debtor entities by case number.                    Page 1 of 1

In re DPH Holdings Corp., et al.                           Forty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

Exhibit P - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document

Forty-Sixth Omnibus Claims Objection

Pg 131 of 163

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AAMIR ANTHONY FLEMING | 18568 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19233 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19234 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19235 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19236 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19237 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19238 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19239 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19240 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19241 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19242 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19243 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19244 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19245 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19246 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19247 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19248 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19249 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19250 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19251 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19252 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19253 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19254 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19255 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19256 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19257 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19258 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19259 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19260 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19261 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19262 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19263 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19264 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19265 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19266 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19267 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19268 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19269 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19270 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19271 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19272 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19273 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19274 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19628 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19629 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19630 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19631 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19632 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19633 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19634 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document
Pg 132 of 163

Forty-Sixth Omnibus Claims Objection

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | 19635 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19636 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19637 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19638 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19639 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19640 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19641 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19642 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19643 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19644 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19645 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19646 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19647 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19648 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19649 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19650 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19651 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19652 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19653 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19654 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19655 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19656 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19657 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19658 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19659 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19660 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19661 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19662 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19663 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19664 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19665 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19666 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19667 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19668 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19669 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ACE AMERICAN INSURANCE COMPANY | 19715 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME | 18960 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19020 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19021 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19022 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19023 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19024 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19025 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19026 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19027 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19028 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19029 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19737 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19738 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19739 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |

In re DPH Holdings Corp., et al.                                                                Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document
Pg 133 of 163

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19740 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19741 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19742 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19743 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19744 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19745 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19746 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19747 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19748 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19749 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19750 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19751 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19752 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19753 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19754 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL | 19755 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME | 18977 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME | 18978 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME | 18979 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME | 18980 | EXHIBIT J - DUPLICATE INSURANCE CLAIMS |
| ALICIA K PIOTROWSKI | 18200 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ALICIA PIOTROWSKI | 18150 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ALMERON HARBACK JR | 16952 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ALYCE FAYE ADKISSON | 16903 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ANGELINA COUNTY | 19142 | EXHIBIT H - TAX CLAIMS |
| ANITA JONES | 18835 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ANN ELIZABETH ABLES | 17302 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ANNIE L GIBBS | 18450 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ARCELIA CHARO GONZALEZ | 17456 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ATEL TRANSATLANTIC INVESTORS INC ATEL TRANSATLANTIC INVESTOR | 18427 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AUGUSTIN BANDA JR | 17156 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| AXEL PAUL NEQUIST | 17427 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BARBARA JEAN WINCHELL | 18400 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BARBARA LAFRENIER | 17722 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BARBARA SCHEER | 17071 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BENEMIN M GALLAGHER | 17052 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| BENJAMIN NORRIS WALKER | 17174 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BERNARD G EDDY JR | 18268 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BEXAR COUNTY | 18180 | EXHIBIT H - TAX CLAIMS |
| BLACKFORD CO TREASURER | 17314 | EXHIBIT H - TAX CLAIMS |
| BLUE CROSS BLUE SHIELD OF MICHIGAN | 18872 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KANSAS | 16910 | EXHIBIT H - TAX CLAIMS |
| BOBBY J FOSTER | 17708 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BONNIE B SHEPHERD | 18221 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| BONNIE K JACKSON | 18419 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BRADLEY J ULMAN | 18151 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BRENDA LEIGH YORK | 17083 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BRUCE EDWARD GEORGE | 17981 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| BUDDY HAGGARD | 18371 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CAMERON COUNTY | 18850 | EXHIBIT H - TAX CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)
Forty-Sixth Omnibus Claims Objection
05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document
Pg 134 of 163
Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| CAROL SUE CLABURN | 18274 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| CAROL SUE CLABURN | 18347 | EXHIBIT F - DUPLICATE WORKERS' COMPENSATION CLAIM |
| CAROLYN L RUSSELL | 18894 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CARROL L WILSON | 17181 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CARROLLTON FARMERS BRANCH ISD | 17776 | EXHIBIT H - TAX CLAIMS |
| CASS COUNTY TREASURER | 18241 | EXHIBIT H - TAX CLAIMS |
| CATHY L ANDERSON | 19564 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |
| CATHY L ANDERSON | 19567 | EXHIBIT M - MODIFIED STATE WORKERS' COMPENSATION CLAIMS |
| CHARLES A BEYER | 16928 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CHARLES A BEYER | 16985 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CHARLES FREDERIC STRAHM JR | 17649 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CHARLES M RUHL | 18466 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| CHARLOTTE J THOMAS | 18286 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CHERYL D HARRIS | 17435 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CHERYL D HARRIS | 18705 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CHERYL D HARRIS | 18736 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| CITY OF DONNA | 18842 | EXHIBIT H - TAX CLAIMS |
| CITY OF EL PASO | 18179 | EXHIBIT H - TAX CLAIMS |
| CITY OF GOODLETTSVILLE | 17860 | EXHIBIT H - TAX CLAIMS |
| CITY OF HARLINGEN | 18845 | EXHIBIT H - TAX CLAIMS |
| CITY OF MCALLEN | 18846 | EXHIBIT H - TAX CLAIMS |
| COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE | 18999 | EXHIBIT H - TAX CLAIMS |
| CORA LEE SEGER | 17383 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| COUNTY OF SAN BERNARDINO | 18739 | EXHIBIT H - TAX CLAIMS |
| COUNTY OF SANTA CLARA | 18386 | EXHIBIT H - TAX CLAIMS |
| CRISTINA CHIARINA COON | 17791 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DANIEL G DUCHAM | 16926 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DANIEL J BRYANT | 18413 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DANIEL J SAUTER | 16901 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DARWIN H SANADA | 19280 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DAYNA L JOHNSON | 16946 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DEAN HEALTH PLAN INC | 17961 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| DEBORAH LYNN VALLELUNGA | 18785 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DEBRA A DAVIS | 19009 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DEBRA A DAVIS | 19591 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DEBRA F SANGSTER | 16941 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DEBRA K CLARK | 17618 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| DELORISE HOOKER | 19562 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |
| DELORISE HOOKER | 19565 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| DENISE A GARCIA | 17299 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DERICK LEWIS POUNDS | 19010 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DIA S PATTERSON | 17764 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| DIANA OHLMAN | 18262 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| DIANE L SMITH | 17782 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DONALD ELDRIDGE | 18698 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DONALD H BUTLER | 17553 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DONALD SCOTT SHAGENA | 16955 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| DONNA ISD | 18841 | EXHIBIT H - TAX CLAIMS |
| DOROTHY MCDONALD | 18114 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| DOUGLAS D WENDLAND | 18081 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)
05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document
Pg 135 of 163
Forty-Sixth Omnibus Claims Objection
Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DOUGLAS W EDNEY | 19883 | EXHIBIT O - ALLOWED SEVERANCE CLAIMS |
| EASHONDA D WILLIAMS | 19556 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |
| EASHONDA D WILLIAMS | 19573 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| EAWILDA S PERRY | 18569 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| EDWARD P MATIJEGA | 17751 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ELIZABETH L VENSKO | 19137 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| EMMA C KYLES | 19561 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |
| EMMA C KYLES | 19570 | EXHIBIT M - MODIFIED STATE WORKERS' COMPENSATION CLAIMS |
| ERICK J COOPER | 18958 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ERMA SMITH | 18189 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ESTHER STEWARD | 17545 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ETHEL BERRY | 17624 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| ETTA ELAINE HAYWOOD | 17840 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| EUGENE LOUIS ERNDT | 17491 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| FARRA, VICTORIA A | 18451 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GARY A BREGE | 18586 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GARY L COOK | 16898 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GARY LOUIS DWYER | 17570 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GARY MANNING | 18754 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| GARY T ANDREWS | 16875 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GENE PRESLEY | 18036 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| GEORGE CAVETT | 19114 | EXHIBIT K - SEVERANCE CLAIMS |
| GERALD ALLEN ROOD | 16943 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GERARD J POYER | 17112 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| GIBSON COUNTY TREASURER | 17931 | EXHIBIT H - TAX CLAIMS |
| GLORIA BRUMLEY | 18005 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| GLORIA BRUMLEY | 18283 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| GRANT LEE BURNS | 17135 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| HARLEN STINNETT SR | 18752 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | 18851 | EXHIBIT H - TAX CLAIMS |
| HARRIS COUNTY ET AL | 19144 | EXHIBIT H - TAX CLAIMS |
| HERMAN JONES | 18772 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| HOLLIGAN MICHELLE | 18078 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| HOWARD COUNTY INDIANA | 18629 | EXHIBIT H - TAX CLAIMS |
| HOWARD KEELS | 18462 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| REPRESENTS | 18627 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES IT REPRESENTS | 18626 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES IT REPRESENTS | 18854 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18900 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18903 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18904 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18905 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18906 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18907 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18908 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18909 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18910 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18911 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18912 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18913 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document
Pg 136 of 163

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ILLINOIS UNION INSURANCE COMPANY | 18914 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18915 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18916 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18917 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18918 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18919 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18920 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 18921 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19003 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19004 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19005 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19006 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19007 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19008 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19016 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19017 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19018 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19038 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19049 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19050 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19051 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19174 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19175 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19176 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19177 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19178 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19179 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLINOIS UNION INSURANCE COMPANY | 19180 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLNOIS UNION INSURANCE COMPANY | 19047 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ILLNOIS UNION INSURANCE COMPANY | 19048 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| INDIANA DEPARTMENT OF STATE REVENUE | 16860 | EXHIBIT H - TAX CLAIMS |
| 832S ON BEHALF OF EMPLOYEES AND FORMER EMPLOYEES OF DELPHI | 18838 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JACK BRISBIN | 17767 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JACK ROY KELLY | 17199 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JACKIE R STOVER | 19955 | EXHIBIT O - ALLOWED SEVERANCE CLAIMS |
| JACQUELINE I MUNGER | 17799 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JACQUELYN K WASKOSKI | 18079 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JACQUELYN WINTERSMITH | 18345 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| JAMES M GRAI | 16987 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JAMES MICHAEL GRAI | 16940 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JAMES W LANTERMAN | 17285 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JAMES WEBB JR | 18479 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| JAMES WILLIAMS | 18331 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JAMES WILLIAMS | 19055 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JANET BARLOW | 18344 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JANET E WEBB | 19109 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JANICE K HATCH | 18332 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JENNINGS COUNTY TREASURER | 17034 | EXHIBIT H - TAX CLAIMS |
| JOAN A LYONS EXECTRIX OF DAVID E LYONS | 18513 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JOE N SWAN | 19558 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document
Pg 137 of 163

Forty-Sixth Omnibus Claims Objection

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JOE N SWAN | 19571 | EXHIBIT M - MODIFIED STATE WORKERS' COMPENSATION CLAIMS |
| JOHN A DONOFRIO SUMMIT COUNTY FISCAL OFFICER | 16862 | EXHIBIT H - TAX CLAIMS |
| JOHN R STEPHENSON | 18504 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| JOHN R TURTURA | 17103 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JOHN T CZYMBOR | 17879 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JOHN T CZYMBOR | 17914 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JOHNSON CONTROLS BATTERY GROUP INC | 18720 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JOHNSON CONTROLS INC POWER SOLUTIONS | 18719 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JON PETERSON | 16871 | EXHIBIT H - TAX CLAIMS |
| JOSEPH E FORD | 17473 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JOSEPH W GALONSKA | 18593 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| JUDITH KAY BROWN | 18317 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| KAAREN D WASHINGTON | 19557 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |
| KAAREN D WASHINGTON | 19572 | EXHIBIT M - MODIFIED STATE WORKERS' COMPENSATION CLAIMS |
| KAREN J ALLINGER | 19121 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| KATHY LABARR | 17890 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| KEITH D HERRIMAN | 18829 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| KENDRICK D HOLMES | 19563 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |
| KENDRICK D HOLMES | 19566 | EXHIBIT M - MODIFIED STATE WORKERS' COMPENSATION CLAIMS |
| KENNETH J TACEY II | 18368 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| KNOX COUNTY TRUSTEE | 17661 | EXHIBIT H - TAX CLAIMS |
| LA COUNTY TREASURER AND TAX COLLECTOR | 17270 | EXHIBIT H - TAX CLAIMS |
| LAFANCE ELLISON | 18562 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LARRY JOE WINELAND | 18064 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LARRY SHOEMAKER | 18515 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LAWRENCE ROBERT COLLISON | 18615 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LEE H YOUNG JR | 19555 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |
| LEE H YOUNG JR | 19574 | EXHIBIT M - MODIFIED STATE WORKERS' COMPENSATION CLAIMS |
| LEONARD W CAHOON | 17897 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LESLEY D ANDERSON | 18805 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LETTIE H SANDERS | 17674 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LEWIS F HOLLINS | 17293 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LIMESTONE COUNTY REVENUE COMMISSIONER | 18588 | EXHIBIT H - TAX CLAIMS |
| LIMESTONE COUNTY REVENUE COMMISSIONER | 18589 | EXHIBIT H - TAX CLAIMS |
| LIMESTONE COUNTY REVENUE COMMISSIONER | 18590 | EXHIBIT H - TAX CLAIMS |
| LINDA BARNETTE | 19103 | EXHIBIT K - SEVERANCE CLAIMS |
| LINDA CARTER WELCHE | 17444 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| LINDA HAIRSTON | 17549 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LINDA HAIRSTON | 18341 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LINDA MARIE CARROLL | 18080 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LINDA S MEININGER SHELBY COUNTY TREASURER | 18410 | EXHIBIT H - TAX CLAIMS |
| LINDA S MEININGER SHELBY COUNTY TREASURER | 18411 | EXHIBIT H - TAX CLAIMS |
| LINDA S MEININGER SHELBY COUNTY TREASURER | 18412 | EXHIBIT H - TAX CLAIMS |
| LISA DIANE DEMETER | 16865 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LORENE HAYNES | 17730 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LOWELL LELAND GATTES | 18554 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LUCILLE PEPPER | 18167 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| LULA MAE PRITCHETT | 18583 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MAGALENE RICHARDSON | 18154 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MAGALENE RICHARDSON | 18443 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |

In re DPH Holdings Corp., et al.

Forty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document

Pg 138 of 163

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| MANUAL BOWMAN JR | 18336 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MARDINE BUTTERFIELD | 18449 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MARIE E MAKAREWICZ | 17901 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MARION COUNTY TREASURER | 17120 | EXHIBIT H - TAX CLAIMS |
| MARK E PRESCOTT | 17380 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MARK MAIER | 17304 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MARK O ODETTE | 18658 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MARLENE E HILL | 16954 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MARSH USA INC | 19084 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| MARSH USA INC | 19086 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| MARY ANN MITCHELL | 17533 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MARY JANE WATSON | 18834 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| MARY LEE ALLEN | 18404 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MATLINGA, MARK S | 17434 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| MATT GEARHARDT AUDITOR | 17368 | EXHIBIT H - TAX CLAIMS |
| MCALLEN ISD | 18848 | EXHIBIT H - TAX CLAIMS |
| MEREDITH L THOMAS | 17979 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| METHODE ELECTRONICS INC | 19950 | EXHIBIT B - METHODE ELECTRONICS CLAIMS |
| METHODE ELECTRONICS INC | 19951 | EXHIBIT B - METHODE ELECTRONICS CLAIMS |
| MICHAEL A REMAINDER | 17376 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MICHAEL ANDREW BUDWIT | 18096 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MICHAEL E MOULTON | 18356 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MICHAEL F WESLEY | 17109 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| MICHAEL J BORDEAU | 17218 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MICHAEL LEE CESLICK | 17795 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| MICHAEL R COOTS | 18403 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MICHAEL TANCREDI | 17911 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY | 19118 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| MICHIGAN FUNDS ADMINISTRATION | 19168 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| MICHIGAN SELF INSURERS SECURITY FUND | 19281 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| MILDRED MARIE CHURCH | 17201 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| MILWAUKEE COUNTY OFFICE OF THE COUNTY TREASURER | 18580 | EXHIBIT H - TAX CLAIMS |
| MONTGOMERY COUNTY | 19143 | EXHIBIT H - TAX CLAIMS |
| MOSBY CLARK | 17950 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| NAOMI NEAL | 16980 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| NEW JERSEY DEPARTMENT OF ENVIROMENTAL PROTECTION | 19328 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION | 18602 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION | 19712 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| NEW YORK STATE WORKERS COMPENSATION BOARD | 19058 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| NEW YORK STATE WORKERS COMPENSATION BOARD | 19059 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| NEW YORK WORKERS COMPENSATION BOARD | 19057 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| NICHOLAS M BARBORAK | 18454 | EXHIBIT H - TAX CLAIMS |
| NORMA L BLADE | 17959 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| NUECES COUNTY | 18840 | EXHIBIT H - TAX CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19191 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19192 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19193 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19194 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19195 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19196 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19197 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19198 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19199 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19200 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19201 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19202 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19203 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19204 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19205 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19206 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19207 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19208 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19209 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19210 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19211 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19212 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19213 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19214 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19215 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19216 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19217 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19218 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19219 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19220 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19221 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19222 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19223 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19224 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19225 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19226 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19227 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19228 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19229 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19230 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19231 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19232 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19670 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19671 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19672 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19673 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19674 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19675 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19676 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19677 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19678 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19679 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19680 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19681 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19682 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19683 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)
Forty-Sixth Omnibus Claims Objection

05-44481-rdd   Doc 19711   Filed 03/19/10   Entered 03/19/10 16:40:28   Main Document
Pg 140 of 163

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19684 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19685 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19686 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19687 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19688 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19689 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19690 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19691 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19692 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19693 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19694 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19695 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19696 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19697 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19698 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19699 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19700 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19701 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19702 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19703 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19704 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19705 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19706 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19707 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19708 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19709 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19710 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19711 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PACIFIC EMPLOYERS INSURANCE COMPANY | 19716 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PAMELA C KAPNICK | 17891 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| PAMELA WHITTINGTON | 18125 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| PARDUS DPH HOLDING LLC | 19190 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PATRICIA A FIELDS | 19152 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| PATRICIA A SNOW | 19115 | EXHIBIT K - SEVERANCE CLAIMS |
| PATRICK LEE WENZLICK | 17848 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| PATTY STOCKER | 19154 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| PAUL D TRENZ | 17997 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| PAUL JOSEPH URBAN | 18683 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| PAULA ANDERSON | 18510 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| PAULA ANDERSON | 18765 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| PAULETTE ROBINSON | 17351 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| PAULLION ROBY | 19559 | EXHIBIT D - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS |
| PAULLION ROBY | 19568 | EXHIBIT C - STATE WORKERS' COMPENSATION CLAIMS |
| PENNY CHRISTINE CLARK | 18361 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| PHARR SAN JUAN ALAMO ISD | 18843 | EXHIBIT H - TAX CLAIMS |
| PIERRE WILLIAM LAFLEUR | 17974 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| PRINCE GEORGES COUNTY MARYLAND | 16981 | EXHIBIT H - TAX CLAIMS |
| RANDALL F ARNDT | 17944 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| RANDY L PERRY | 18215 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| RASOLIND JO LEECK | 19595 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document
Pg 141 of 163

Forty-Sixth Omnibus Claims Objection

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| RELATIONAL FUNDING CORPORATION | 18100 | EXHIBIT H - TAX CLAIMS |
| RICARDO ESPINOZA | 17742 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| RICHARD B BISHOP | 20057 | EXHIBIT O - ALLOWED SEVERANCE CLAIMS |
| RICHARD E HUTCHINSON | 17360 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| RICKEY LEE WALDROP | 17226 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| RITA WELLS | 18643 | EXHIBIT G - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| ROBERT M PURDY | 19054 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ROBERT M STELICK | 18938 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| ROBERT STASIK | 17760 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| RODNEY W BENSCHOTER | 16948 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| RONNY CHARLES PICKERING | 17245 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| RONNY CHARLES PICKERING | 17667 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| ROSLYNN WYNN | 17464 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT | 18852 | EXHIBIT H - TAX CLAIMS |
| SANDRA BROWN | 19060 | EXHIBIT K - SEVERANCE CLAIMS |
| SANDRA E WATSON | 18333 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SANTIAGO J ZARAZUA | 17335 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SAUNDRA FLYNN | 17738 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| SCOTT J CSIRKE | 18448 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SHARAYAL JOHNSON | 17101 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SHARON D HIGGINS | 16989 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SHEILA ANN THOMPSON | 17925 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SHEILA MARIE SHERMAN | 18223 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SHEILA REID | 19080 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SHIRLEY GIBSON | 18346 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SMITH COUNTY CLERK & MASTER | 18737 | EXHIBIT H - TAX CLAIMS |
| SOUTH TEXAS COLLEGE | 18849 | EXHIBIT H - TAX CLAIMS |
| SOUTH TEXAS ISD | 18847 | EXHIBIT H - TAX CLAIMS |
| STATE OF CALIFORNIA | 17634 | EXHIBIT H - TAX CLAIMS |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD | 18741 | EXHIBIT H - TAX CLAIMS |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | 18570 | EXHIBIT H - TAX CLAIMS |
| STELLA HARPER | 17616 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| STELLA MERINGA | 17462 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| STEPHEN P GALE | 20041 | EXHIBIT I - DUPLICATE TAX CLAIM |
| STEPHEN P SHANAFELT PORTAGE COUNTY TREASURER | 19083 | EXHIBIT H - TAX CLAIMS |
| STEPHEN R MULLIN | 17386 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| STEVE O NEILL | 17147 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| STEVEN STREETER | 18203 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SUSAN L HERLINE WRIGHT | 18271 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| SUSAN MAY ROBBINS | 18823 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TAX COLLECTOR SANTA ROSA COUNTY | 18509 | EXHIBIT H - TAX CLAIMS |
| TERESA D LOVE | 18755 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TERRY GLEN LAMBERT | 17014 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TERRY GLEN LAMBERT | 19594 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TERRY L ROE | 19601 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TERRY L VISNAW | 18923 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| THERESA WALTON | 18259 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| THOMAS A ENNIS | 17693 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| THOMAS J CONTRERAS | 18417 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| THOMAS KEITH RADABAUGH | 17246 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19711    Filed 03/19/10    Entered 03/19/10 16:40:28    Main Document
Pg 142 of 163

Forty-Sixth Omnibus Claims Objection

Exhibit Q - Claimants And Related Claims Subject To Forty-Sixth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| THOMAS KEITH RADABAUGH | 17247 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| THOMAS KEITH RADABAUGH | 17264 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| THOMAS KEITH RADABAUGH | 17265 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| THOMAS KEITH RADABAUGH | 17266 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| THOMAS W PAULSON | 17396 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TIMOTHY J ROUSSEAU | 17469 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TIMOTHY R JONES | 19173 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| TYRONE E SPARKS | 18353 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| TYRONE E SPARKS | 19172 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| UBS SECURITIES LLC | 18893 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| ULRICH REYNOLDS | 18302 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| UNITED STEELWORKERS | 18428 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| US CUSTOMS AND BORDER PROTECTION | 19275 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| US CUSTOMS AND BORDER PROTECTION | 19276 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| US ENVIRONMENTAL PROTECTION AGENCY | 18956 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| US ENVIRONMENTAL PROTECTION AGENCY | 19539 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| US ENVIRONMENTAL PROTECTION AGENCY | 19786 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| VALENTINE, ELROY | 18372 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| VALLEY VIEW ISD | 18844 | EXHIBIT H - TAX CLAIMS |
| VENTURA COUNTY TAX COLLECTOR | 18879 | EXHIBIT H - TAX CLAIMS |
| VERNON M MAHAN | 18338 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| WALTER A GIBSON | 17676 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| WALTER JEROME LELO | 17941 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| WALTER WILLIAM HILLMAN JR | 18339 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| WARREN JENKINS | 17121 | EXHIBIT N - MODIFIED WORKERS' COMPENSATION CLAIMS |
| WILLIAM ALLEN LOTT | 18573 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |
| WILLIAM D MONTGOMERY | 19846 | EXHIBIT L - DUPLICATE SEVERANCE CLAIM |
| WILLIAM H DAHLEM | 20028 | EXHIBIT O - ALLOWED SEVERANCE CLAIMS |
| XM SATELLITE RADIO INC | 18652 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| YOLANDA AGUILAR | 18996 | EXHIBIT E - WORKERS' COMPENSATION CLAIMS |

# EXHIBIT R

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :
In re                                      :     Chapter 11
                                           :
DPH HOLDINGS CORP., et al.,                :     Case No. 05-44481 (RDD)
                                           :
            Reorganized Debtors.           :     (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:

         DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice.  According to the
Reorganized Debtors' records, you filed one or more proofs of administrative expense in the Debtors'
reorganization cases.  Based upon the Reorganized Debtors' review of your proof or proofs of
administrative expense, the Reorganized Debtors have determined that one or more of your claims for an
administrative expense under 11 U.S.C. § 503(b)(1) (each, an "Administrative Claim") identified in the
table below should be (a) disallowed and expunged, (b) modified and allowed, or (c) allowed, as the case
may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-
Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow
And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics
Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims,
(E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H)
Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain
Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain
Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers'
Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative
Expense Severance Claims (the "Forty-Sixth Omnibus Claims Objection"), dated March 19, 2010, a copy
of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Sixth Omnibus Claims
Objection is set for hearing on April 22, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-SIXTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR ADMINISTRATIVE CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN
TIME) ON APRIL 15, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED
BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT
ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Sixth Omnibus Claims Objection identifies 15 different categories of objections. The category of administrative claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Administrative Claims identified as having a Basis For Objection of "Books And Records Claims" assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "Methode Electronics Claims" are Administrative Claims filed by Methode Electronics, Inc. and affiliates that are duplicative of other Administrative Claims, were not timely filed, and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "State Workers' Compensation Claims" were filed by state workers' compensation agencies or self-insurers' guaranty association for workers' compensation program-related payments and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "Duplicate State Workers' Compensation Claims" are duplicative of other Administrative Claims filed by state workers' compensation agencies or self-insurers' guaranty associations.

Administrative Claims identified as having a Basis For Objection of "Workers' Compensation Claims" were filed by or on behalf of individual employees of the Debtors and assert liabilities and dollar amounts for workers' compensation benefits that are not owing pursuant to the Reorganized Debtors' books and records.

The Administrative Claim identified as having a Basis For Objection of "Duplicate Workers' Compensation Claim" is duplicative of another Administrative Claim filed by or on behalf of an individual employee of the Debtors for workers' compensation benefits.

Administrative Claims identified as having a Basis For Objection of "Transferred Workers' Compensation Claims" were filed by individual current or former employees for workers' compensation benefits and assert liabilities that have been assumed, pursuant to that certain Master Disposition Agreement, dated as of July 30, 2009 (as amended), among Delphi Corporation, GM Components Holdings, LLC, General Motors Company, Motors Liquidation Company, DIP Holdco 3, LLC (which assigned its rights to DIP Holdco LLP, subsequently renamed Delphi Automotive LLP, a United Kingdom limited liability partnership), and certain other sellers and buyers, by the GM Buyers (as defined in the Master Disposition Agreement).

Administrative Claims identified as having a Basis For Objection of "Tax Claims" were filed by taxing authorities and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

2

The Administrative Claim identified as having a Basis For Objection of "Duplicate Tax Claim" is duplicative of another Administrative Claim filed by an individual former employee of the Debtors relating to income tax reimbursements.

Administrative Claims identified as having a Basis For Objection of "Duplicate Insurance Claims" are duplicative of other Administrative Claims filed by insurance companies.

Administrative Claims identified as having a Basis For Objection of "Severance Claims" assert liabilities for severance benefits arising from agreements with the Debtors for which the Reorganized Debtors are not liable because those severance benefits have been paid.

The Administrative Claim identified as having a Basis For Objection of Duplicate Severance Claim is duplicative of another Administrative Claim for severance benefits.

Administrative Claims identified as having a Basis For Objection of "Modified State Workers' Compensation Claims" were filed by certain state workers' compensation agencies or self-insurers' guaranty associations for workers' compensation program-related payouts.  The amounts asserted in such Administrative Claims are overstated. The Reorganized Debtors propose (a) to modify and allow each such Administrative Claim so that the modified and allowed amount matches the Reorganized Debtors' books and records and (b) that the allowed amounts of each such Modified State Workers' Compensation Claim shall be distributed in the ordinary course pursuant to the terms of the workers' compensation statute and regulations in the state in which such Administrative Claims arise and all applicable agreements, including without limitation the Master Disposition Agreement.

Administrative Claims identified as having a Basis For Objection of "Modified Workers' Compensation Claims" were filed by individual employees of the Debtors for workers' compensation benefits.  The amounts asserted in such Administrative Claims are overstated.  The Reorganized Debtors propose (a) to modify and allow each such Administrative Claim so that the modified and allowed amount matches the Reorganized Debtors' books and records and (b) that the allowed amount of each such Modified State Workers' Compensation Claim shall be distributed pursuant to the terms of the workers' compensation statute and regulations in the state in which such Administrative Claims arise and all applicable agreements, including without limitation the Master Disposition Agreement.

Administrative Claims identified as having a Basis For Objection of "Allowed Severance Claims" were filed by former employees of the Debtors and assert liabilities for severance benefits arising from agreements with the Debtors.  The amounts asserted in such Administrative Claims match the Reorganized Debtors' books and records.  The Reorganized Debtors propose to distribute the allowed amounts of each such Administrative Claim pursuant to (a) the terms of the agreement giving rise to such Administrative Claim and (b) the provisions of the Master Disposition Agreement that provide that such Administrative Claims are to be paid by and/or are the responsibility of a Company Buyer (as defined in the Master Disposition Agreement).

3

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

If you wish to view the complete exhibits to the Forty-Sixth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com. If you have any questions about this notice or the Forty-Sixth Omnibus Claims Objection to your Administrative Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Michael W. Perl). Questions regarding the amount of an Administrative Claim or the filing of a Claim should be directed to Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, at 1-888-249-2691 or www.dphholdingsdocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), AND THE ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 503(b) AUTHORIZING DEBTORS TO APPLY CLAIMS OBJECTION PROCEDURES TO ADDRESS CONTESTED ADMINISTRATIVE EXPENSE CLAIMS, ENTERED OCTOBER 22, 2009 (THE "ADMINISTRATIVE CLAIMS PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF ADMINISTRATIVE EXPENSE THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF BOTH THE CLAIMS OBJECTION PROCEDURES ORDER AND THE ADMINISTRATIVE CLAIMS PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THOSE ORDERS BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Sixth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on April 15, 2010. Your Response, if any, to the Forty-Sixth Omnibus Claims Objection should (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York and the Claims Objection Procedures Order, (iii) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (iv) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the

---

1    Asserted Claim Amounts listed as $0.00 generally reflect that the Administrative Claim amount asserted is unliquidated.

4

Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Michael W. Perl).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Administrative Claim, (iii) a concise statement setting forth the reasons why the Administrative Claim should not be disallowed and expunged, modified, or allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Sixth Omnibus Claims Objection, (iv) unless already set forth in the proof of administrative expense previously filed with the Court, documentation sufficient to establish a <u>prima facie</u> right to payment; <u>provided</u>, <u>however</u>, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; <u>provided further</u>, <u>however</u>, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Administrative Claim, (v) to the extent that the Administrative Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Administrative Claim upon liquidation of the Administrative Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Administrative Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order and the Administrative Claims Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on April 22, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF ADMNISTRATIVE EXPENSE LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED ADMINISTRATIVE CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER AND THE ADMINISTRATIVE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH ADMINISTRATIVE CLAIM UPON LIQUIDATION OF THE ADMINISTRATIVE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-SIXTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-SIXTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining an Administrative Claim against the Reorganized Debtors.

[Claimant Name]

[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
        March 19, 2010

# EXHIBIT S

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
            In re                   :       Chapter 11
                                    :
DPH HOLDINGS CORP., et al.,         :       Case No. 05-44481 (RDD)
                                    :
            Reorganized Debtors.    :       (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


        DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases
(collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates,
debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the
Reorganized Debtors' records, you filed one or more proofs of administrative expense in the Debtors'
reorganization cases.  Based upon the Reorganized Debtors' review of your proof or proofs of
administrative expense, the Reorganized Debtors have determined that one or more of your claims for an
administrative expense under 11 U.S.C. § 503(b)(1) (each, an "Administrative Claim") identified in the
table below should be (a) disallowed and expunged, (b) modified and allowed, or (c) allowed, as the case
may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-
Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow
And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics
Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims,
(E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H)
Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain
Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain
Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers'
Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative
Expense Severance Claims (the "Forty-Sixth Omnibus Claims Objection"), dated March 19, 2010, a copy
of which is enclosed (without exhibits).  The Reorganized Debtors' Forty-Sixth Omnibus Claims
Objection is set for hearing on April 22, 2010 at 10:00 a.m. (prevailing Eastern time) before the
Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the
"Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.  AS
FURTHER DESCRIBED IN THE ENCLOSED FORTY-SIXTH OMNIBUS CLAIMS OBJECTION
AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS'
OBJECTION TO YOUR ADMINISTRATIVE CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN
TIME) ON APRIL 15, 2010.  IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED
BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT
ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Sixth Omnibus Claims Objection identifies 15 different categories of objections. The category of administrative claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Administrative Claims identified as having a Basis For Objection of "Books And Records Claims" assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "Methode Electronics Claims" are Administrative Claims filed by Methode Electronics, Inc. and affiliates that are duplicative of other Administrative Claims, were not timely filed, and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "State Workers' Compensation Claims" were filed by state workers' compensation agencies or self-insurers' guaranty association for workers' compensation program-related payments and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "Duplicate State Workers' Compensation Claims" are duplicative of other Administrative Claims filed by state workers' compensation agencies or self-insurers' guaranty associations.

Administrative Claims identified as having a Basis For Objection of "Workers' Compensation Claims" were filed by or on behalf of individual employees of the Debtors and assert liabilities and dollar amounts for workers' compensation benefits that are not owing pursuant to the Reorganized Debtors' books and records.

The Administrative Claim identified as having a Basis For Objection of "Duplicate Workers' Compensation Claim" is duplicative of another Administrative Claim filed by or on behalf of an individual employee of the Debtors for workers' compensation benefits.

Administrative Claims identified as having a Basis For Objection of "Transferred Workers' Compensation Claims" were filed by individual current or former employees for workers' compensation benefits and assert liabilities that have been assumed, pursuant to that certain Master Disposition Agreement, dated as of July 30, 2009 (as amended), among Delphi Corporation, GM Components Holdings, LLC, General Motors Company, Motors Liquidation Company, DIP Holdco 3, LLC (which assigned its rights to DIP Holdco LLP, subsequently renamed Delphi Automotive LLP, a United Kingdom limited liability partnership), and certain other sellers and buyers, by the GM Buyers (as defined in the Master Disposition Agreement).

Administrative Claims identified as having a Basis For Objection of "Tax Claims" were filed by taxing authorities and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

The Administrative Claim identified as having a Basis For Objection of "Duplicate Tax Claim" is duplicative of another Administrative Claim filed by an individual former employee of the Debtors relating to income tax reimbursements.

Administrative Claims identified as having a Basis For Objection of "Duplicate Insurance Claims" are duplicative of other Administrative Claims filed by insurance companies.

Administrative Claims identified as having a Basis For Objection of "Severance Claims" assert liabilities for severance benefits arising from agreements with the Debtors for which the Reorganized Debtors are not liable because those severance benefits have been paid.

The Administrative Claim identified as having a Basis For Objection of Duplicate Severance Claim is duplicative of another Administrative Claim for severance benefits.

Administrative Claims identified as having a Basis For Objection of "Modified State Workers' Compensation Claims" were filed by certain state workers' compensation agencies or self-insurers' guaranty associations for workers' compensation program-related payouts.  The amounts asserted in such Administrative Claims are overstated. The Reorganized Debtors propose (a) to modify and allow each such Administrative Claim so that the modified and allowed amount matches the Reorganized Debtors' books and records and (b) that the allowed amounts of each such Modified State Workers' Compensation Claim shall be distributed in the ordinary course pursuant to the terms of the workers' compensation statute and regulations in the state in which such Administrative Claims arise and all applicable agreements, including without limitation the Master Disposition Agreement.

Administrative Claims identified as having a Basis For Objection of "Modified Workers' Compensation Claims" were filed by individual employees of the Debtors for workers' compensation benefits.  The amounts asserted in such Administrative Claims are overstated.  The Reorganized Debtors propose (a) to modify and allow each such Administrative Claim so that the modified and allowed amount matches the Reorganized Debtors' books and records and (b) that the allowed amount of each such Modified State Workers' Compensation Claim shall be distributed pursuant to the terms of the workers' compensation statute and regulations in the state in which such Administrative Claims arise and all applicable agreements, including without limitation the Master Disposition Agreement.

Administrative Claims identified as having a Basis For Objection of "Allowed Severance Claims" were filed by former employees of the Debtors and assert liabilities for severance benefits arising from agreements with the Debtors.  The amounts asserted in such Administrative Claims match the Reorganized Debtors' books and records.  The Reorganized Debtors propose to distribute the allowed amounts of each such Administrative Claim pursuant to (a) the terms of the agreement giving rise to such Administrative Claim and (b) the provisions of the Master Disposition Agreement that provide that such Administrative Claims are to be paid by and/or are the responsibility of a Company Buyer (as defined in the Master Disposition Agreement).

3

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Modified Amount | Modified Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

If you wish to view the complete exhibits to the Forty-Sixth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com.  If you have any questions about this notice or the Forty-Sixth Omnibus Claims Objection to your Administrative Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Michael W. Perl).  Questions regarding the amount of an Administrative Claim or the filing of a Claim should be directed to Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, at 1-888-249-2691 or www.dphholdingsdocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), AND THE ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 503(b) AUTHORIZING DEBTORS TO APPLY CLAIMS OBJECTION PROCEDURES TO ADDRESS CONTESTED ADMINISTRATIVE EXPENSE CLAIMS, ENTERED OCTOBER 22, 2009 (THE "ADMINISTRATIVE CLAIMS PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF ADMINISTRATIVE EXPENSE THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE.  A COPY OF BOTH THE CLAIMS OBJECTION PROCEDURES ORDER AND THE ADMINISTRATIVE CLAIMS PROCEDURES ORDER IS INCLUDED HEREWITH.  THE FOLLOWING SUMMARIZES THE PROVISIONS OF THOSE ORDERS BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

If you disagree with the Forty-Sixth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on April 15, 2010. Your Response, if any, to the Forty-Sixth Omnibus Claims Objection should (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York and the Claims Objection Procedures Order, (iii) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on

---

1    Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (iv) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Michael W. Perl).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Administrative Claim, (iii) a concise statement setting forth the reasons why the Administrative Claim should not be disallowed and expunged, modified, or allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Sixth Omnibus Claims Objection, (iv) unless already set forth in the proof of administrative expense previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Administrative Claim, (v) to the extent that the Administrative Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Administrative Claim upon liquidation of the Administrative Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Administrative Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order and the Administrative Claims Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on April 22, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF ADMNISTRATIVE EXPENSE LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED ADMINISTRATIVE CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER AND THE ADMINISTRATIVE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH ADMINISTRATIVE CLAIM UPON LIQUIDATION OF THE ADMINISTRATIVE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-SIXTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-SIXTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION

5

PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining an Administrative Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
      March 19, 2010

6

**EXHIBIT T**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                           :

In re                         :       Chapter 11
                           :

DPH HOLDINGS CORP., et al.,      :       Case No. 05-44481 (RDD)
                           :

        Reorganized Debtors.      :       (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF OBJECTION TO CLAIM

[Claimant Name]:


       DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its affiliates, debtors and debtors-in-possession (the "Debtors"), are sending you this notice. According to the Reorganized Debtors' records, you filed one or more proofs of administrative expense in the Debtors' reorganization cases. Based upon the Reorganized Debtors' review of your proof or proofs of administrative expense, the Reorganized Debtors have determined that one or more of your claims for an administrative expense under 11 U.S.C. § 503(b)(1) (each, an "Administrative Claim") identified in the table below should be (a) disallowed and expunged, (b) modified and allowed, or (c) allowed, as the case may be, as summarized in the table below and described in more detail in the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (the "Forty-Sixth Omnibus Claims Objection"), dated March 19, 2010, a copy of which is enclosed (without exhibits). The Reorganized Debtors' Forty-Sixth Omnibus Claims Objection is set for hearing on April 22, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140. AS FURTHER DESCRIBED IN THE ENCLOSED FORTY-SIXTH OMNIBUS CLAIMS OBJECTION AND BELOW, THE DEADLINE FOR YOU TO RESPOND TO THE REORGANIZED DEBTORS' OBJECTION TO YOUR ADMINISTRATIVE CLAIM(S) IS 4:00 P.M. (PREVAILING EASTERN TIME) ON APRIL 15, 2010. IF YOU DO NOT RESPOND TIMELY IN THE MANNER DESCRIBED BELOW, THE ORDER GRANTING THE RELIEF REQUESTED MAY BE ENTERED WITHOUT ANY FURTHER NOTICE TO YOU OTHER THAN NOTICE OF ENTRY OF AN ORDER.

The enclosed Forty-Sixth Omnibus Claims Objection identifies 15 different categories of objections. The category of administrative claim objection applicable to you is identified in the table below in the column entitled "Basis For Objection":

Administrative Claims identified as having a Basis For Objection of "Books And Records Claims" assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "Methode Electronics Claims" are Administrative Claims filed by Methode Electronics, Inc. and affiliates that are duplicative of other Administrative Claims, were not timely filed, and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "State Workers' Compensation Claims" were filed by state workers' compensation agencies or self-insurers' guaranty association for workers' compensation program-related payments and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

Administrative Claims identified as having a Basis For Objection of "Duplicate State Workers' Compensation Claims" are duplicative of other Administrative Claims filed by state workers' compensation agencies or self-insurers' guaranty associations.

Administrative Claims identified as having a Basis For Objection of "Workers' Compensation Claims" were filed by or on behalf of individual employees of the Debtors and assert liabilities and dollar amounts for workers' compensation benefits that are not owing pursuant to the Reorganized Debtors' books and records.

The Administrative Claim identified as having a Basis For Objection of "Duplicate Workers' Compensation Claim" is duplicative of another Administrative Claim filed by or on behalf of an individual employee of the Debtors for workers' compensation benefits.

Administrative Claims identified as having a Basis For Objection of "Transferred Workers' Compensation Claims" were filed by individual current or former employees for workers' compensation benefits and assert liabilities that have been assumed, pursuant to that certain Master Disposition Agreement, dated as of July 30, 2009 (as amended), among Delphi Corporation, GM Components Holdings, LLC, General Motors Company, Motors Liquidation Company, DIP Holdco 3, LLC (which assigned its rights to DIP Holdco LLP, subsequently renamed Delphi Automotive LLP, a United Kingdom limited liability partnership), and certain other sellers and buyers, by the GM Buyers (as defined in the Master Disposition Agreement).

Administrative Claims identified as having a Basis For Objection of "Tax Claims" were filed by taxing authorities and assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records.

2

The Administrative Claim identified as having a Basis For Objection of "Duplicate Tax Claim" is duplicative of another Administrative Claim filed by an individual former employee of the Debtors relating to income tax reimbursements.

Administrative Claims identified as having a Basis For Objection of "Duplicate Insurance Claims" are duplicative of other Administrative Claims filed by insurance companies.

Administrative Claims identified as having a Basis For Objection of "Severance Claims" assert liabilities for severance benefits arising from agreements with the Debtors for which the Reorganized Debtors are not liable because those severance benefits have been paid.

The Administrative Claim identified as having a Basis For Objection of Duplicate Severance Claim is duplicative of another Administrative Claim for severance benefits.

Administrative Claims identified as having a Basis For Objection of "Modified State Workers' Compensation Claims" were filed by certain state workers' compensation agencies or self-insurers' guaranty associations for workers' compensation program-related payouts.  The amounts asserted in such Administrative Claims are overstated.  The Reorganized Debtors propose (a) to modify and allow each such Administrative Claim so that the modified and allowed amount matches the Reorganized Debtors' books and records and (b) that the allowed amounts of each such Modified State Workers' Compensation Claim shall be distributed in the ordinary course pursuant to the terms of the workers' compensation statute and regulations in the state in which such Administrative Claims arise and all applicable agreements, including without limitation the Master Disposition Agreement.

Administrative Claims identified as having a Basis For Objection of "Modified Workers' Compensation Claims" were filed by individual employees of the Debtors for workers' compensation benefits.  The amounts asserted in such Administrative Claims are overstated.  The Reorganized Debtors propose (a) to modify and allow each such Administrative Claim so that the modified and allowed amount matches the Reorganized Debtors' books and records and (b) that the allowed amount of each such Modified State Workers' Compensation Claim shall be distributed pursuant to the terms of the workers' compensation statute and regulations in the state in which such Administrative Claims arise and all applicable agreements, including without limitation the Master Disposition Agreement.

Administrative Claims identified as having a Basis For Objection of "Allowed Severance Claims" were filed by former employees of the Debtors and assert liabilities for severance benefits arising from agreements with the Debtors.  The amounts asserted in such Administrative Claims match the Reorganized Debtors' books and records.  The Reorganized Debtors propose to distribute the allowed amounts of each such Administrative Claim pursuant to (a) the terms of the agreement giving rise to such Administrative Claim and (b) the provisions of the Master Disposition Agreement that provide that such Administrative Claims are to be paid by and/or are the responsibility of a Company Buyer (as defined in the Master Disposition Agreement).

3

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | | |
|---|---|---|---|---|---|---|
| | | | | Correct Debtor | Allowed Amount | Allowed Nature |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

   If you wish to view the complete exhibits to the Forty-Sixth Omnibus Claims Objection, you can do so at www.dphholdingsdocket.com. If you have any questions about this notice or the Forty-Sixth Omnibus Claims Objection to your Administrative Claim, please contact the Reorganized Debtors' counsel by e-mail at dphholdings@skadden.com, by telephone at 1-800-718-5305, or in writing at Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Michael W. Perl). Questions regarding the amount of an Administrative Claim or the filing of a Claim should be directed to Kurtzman Carson Consultants LLC, the Debtors' claims and noticing agent, at 1-888-249-2691 or www.dphholdingsdocket.com. CLAIMANTS SHOULD NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF THEIR CLAIMS.

   THE PROCEDURES SET FORTH IN THE ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS, ENTERED DECEMBER 7, 2006 (THE "CLAIMS OBJECTION PROCEDURES ORDER"), AND THE ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 503(b) AUTHORIZING DEBTORS TO APPLY CLAIMS OBJECTION PROCEDURES TO ADDRESS CONTESTED ADMINISTRATIVE EXPENSE CLAIMS, ENTERED OCTOBER 22, 2009 (THE "ADMINISTRATIVE CLAIMS PROCEDURES ORDER"), APPLY TO YOUR PROOFS OF ADMINISTRATIVE EXPENSE THAT ARE SUBJECT TO THE REORGANIZED DEBTORS' OBJECTION AS SET FORTH ABOVE. A COPY OF BOTH THE CLAIMS OBJECTION PROCEDURES ORDER AND THE ADMINISTRATIVE CLAIMS PROCEDURES ORDER IS INCLUDED HEREWITH. THE FOLLOWING SUMMARIZES THE PROVISIONS OF THOSE ORDERS BUT IS QUALIFIED IN ALL RESPECTS BY THE TERMS OF THAT ORDER.

   If you disagree with the Forty-Sixth Omnibus Claims Objection, you must file a response (the "Response") and serve it so that it is actually received by no later than 4:00 p.m. (prevailing Eastern time) on April 15, 2010. Your Response, if any, to the Forty-Sixth Omnibus Claims Objection should (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York and the Claims Objection Procedures Order, (iii) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the

---

[1]   Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (iv) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140, and (e) be served upon (i) DPH Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President) and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., John K. Lyons, and Michael W. Perl).

Your Response, if any, must also contain at a minimum the following: (i) the title of the claims objection to which the Response is directed, (ii) the name of the claimant and a brief description of the basis for the amount of the Administrative Claim, (iii) a concise statement setting forth the reasons why the Administrative Claim should not be disallowed and expunged, modified, or allowed, as the case may be, including, but not limited to, the specific factual and legal bases upon which you will rely in opposing the Forty-Sixth Omnibus Claims Objection, (iv) unless already set forth in the proof of administrative expense previously filed with the Court, documentation sufficient to establish a prima facie right to payment; provided, however, that you need not disclose confidential, proprietary, or otherwise protected information in the Response; provided further, however, that you must disclose to the Reorganized Debtors all information and provide copies of all documents that you believe to be confidential, proprietary, or otherwise protected and upon which you intend to rely in support of the Administrative Claim, (v) to the extent that the Administrative Claim is contingent or fully or partially unliquidated, the amount that you believe would be the allowable amount of such Administrative Claim upon liquidation of the Administrative Claim or occurrence of the contingency, as appropriate, and (vi) the address(es) to which the Reorganized Debtors must return any reply to the Response, if different from the address(es) presented in the Administrative Claim.

If you properly and timely file and serve a Response in accordance with the procedures described above, and the Reorganized Debtors are unable to reach a consensual resolution with you, the hearing on any such Response will automatically be adjourned from the March 18, 2010 hearing date to a future date to be set pursuant to the Claims Objection Procedures Order and the Administrative Claims Procedures Order.  With respect to all uncontested objections, the Reorganized Debtors have requested that the Court conduct a final hearing on April 22, 2010 at 10:00 a.m. (prevailing Eastern time).

IF YOUR PROOF OF ADMNISTRATIVE EXPENSE LISTED ABOVE ASSERTS CONTINGENT OR UNLIQUIDATED ADMINISTRATIVE CLAIMS, YOU ARE REQUIRED BY THE CLAIMS OBJECTION PROCEDURES ORDER AND THE ADMINISTRATIVE CLAIMS OBJECTION PROCEDURES ORDER TO INCLUDE THE AMOUNT THAT YOU BELIEVE WOULD BE THE ALLOWABLE AMOUNT OF SUCH ADMINISTRATIVE CLAIM UPON LIQUIDATION OF THE ADMINISTRATIVE CLAIM OR OCCURRENCE OF THE CONTINGENCY, AS APPROPRIATE, IN ANY RESPONSE TO THE OBJECTION.

The Bankruptcy Court will consider only those Responses made as set forth herein and in accordance with the Claims Objection Procedures Order.  IF NO RESPONSES TO THE FORTY-SIXTH OMNIBUS CLAIMS OBJECTION ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THE PROCEDURES SET FORTH HEREIN AND IN THE CLAIMS OBJECTION PROCEDURES ORDER, THE BANKRUPTCY COURT MAY ENTER AN ORDER SUSTAINING THE FORTY-SIXTH OMNIBUS CLAIMS OBJECTION WITHOUT FURTHER NOTICE OTHER THAN NOTICE

OF THE ENTRY OF SUCH AN ORDER AS PROVIDED IN THE CLAIMS OBJECTION
PROCEDURES ORDER.  Thus, your failure to respond may forever bar you from sustaining an
Administrative Claim against the Reorganized Debtors.

[Claimant Name]
[Address 1]
[Address 2] [Address 3]
[City], [State] [Zip]
[Country]

Dated:  New York, New York
            March 19, 2010