**Adj. Hearing Date: May 17, 2010 at 10:00 a.m. ET**
**Adj Response Deadline:  April 6, 2010 at 4:00 p.m. ET**

ANDREWS KURTH LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929
Jonathan I. Levine (JL 9674)

    - and -

SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona  85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Steven D. Jerome (AZ Bar #018420)
A. Evans O'Brien (AZ Bar #026521)

Counsel to Microchip Technology Incorporated


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                                :
In re:                                                          :    Chapter 11
                                                                :
DELPHI CORPORATION, *et al*.,                                   :    Case No. 05-44481 (RDD)
                                                                :    Jointly Administered
---------------------------------------------------------------x
DELPHI CORPORATION                                              :
                                                                :    Adv. Pro. No. 07-02436 (RDD)
                            Plaintiffs,      :
                                                                :
                    -against-                  :
                                                                :
MICROCHIP,                                                      :
                                                                :
                            Defendant.       :
---------------------------------------------------------------x

**FIRST NOTICE OF ADJOURNMENT OF HEARING OF MOTION BY MICROCHIP TECHNOLOGY INCORPORATED SEEKING AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE  TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II)  PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL**

11299134

NYC:209562.1

**PLEASE TAKE NOTICE** that upon the accompanying motion (the "Motion") and all other pleadings and proceedings herein, Microchip Technology Incorporated ("Microchip"), by its undersigned counsel, shall move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, which was originally scheduled to be heard on April 6, 2010 at 10:00 a.m., **has been adjourned to May 17, 2010 at 10:00 a.m.** or such other date and time as soon thereafter as the Court may direct, for an Order (i) pursuant to Fed. R. of Civ. P. 60 and Fed. R. Bankr. P. 9024, vacating prior orders establishing procedures for certain adversary proceedings, including those commenced by the Debtors under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 553, and extending the time to serve process for such adversary proceedings, and (ii) pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), dismissing the adversary proceeding with prejudice, or (iii) in the alternative, dismissing the adversary proceeding on the ground of judicial estoppel, and (iv) for such other and further relief as the Court deems appropriate.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, in opposition to the relief requested shall be filed with the Court and served upon the undersigned counsel for Microchip no later than April 6, 2010 at 4:00 p.m. (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System which can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on 1 3.5 inch disk,

preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format and shall be served in accordance with General Order M-242, with a courtesy copy delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and served on Andrews Kurth LLP, attorneys for Defendant Microchip, 450 Lexington Avenue, 15th Floor, New York, New York 10017, attn: Jonathan I. Levine, Esq., in accordance with General Order M-182, so as to be received no later than the Objection Deadline.

Dated: March 22, 2010

                          ANDREWS KURTH LLP

By:    /s/ Jonathan I. Levine
        Jonathan I. Levine (JL 9674)
        450 Lexington Avenue, 15th Floor
        New York, New York 10017
        Telephone: (212) 850-2800
        Facsimile: (212) 850-2929

-and -

SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona  85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Steven D. Jerome (AZ Bar #018420)
A. Evans O'Brien (AZ Bar #026521)

Counsel to Microchip Technology Incorporated