IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                           :
    In re                                                  :   Chapter 11
                                                           :
DPH HOLDINGS CORP., et al.,                                :   Case No. 05-44481 (RDD)
                                                           :
              Reorganized Debtors.                         :   (Jointly Administered)
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
```

AFFIDAVIT OF SERVICE

    I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

    On March 17, 2010, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via overnight mail:

1) Reorganized Debtors' Omnibus Reply in Support of Forty-Fifth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Pension and Benefit Claims, and (E) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims ("Reorganized Debtors' Omnibus Reply in Support of Forty-Fifth Omnibus Claims Objection") (Docket No. 19698)

2) Reorganized Debtors' Omnibus Reply in Support of Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and (d) and Fed. R. Bankr. P. 3007 to (I) Modify and Allow (A) Certain Modified and Allowed Claims, (B) a Partially Satisfied Claim, and (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, and (E) a Duplicate Claim, (III) Object to Certain (A) Preference-Related Claims and (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities ("Reorganized Debtors' Omnibus Reply in Support of Forty-Fourth Omnibus Claims Objection") (Docket No. 19700)

On March 17, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit B</u> hereto via overnight mail:

3) Reorganized Debtors' Omnibus Reply in Support of Forty-Fifth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Pension and Benefit Claims, and (E) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims ("Reorganized Debtors' Omnibus Reply in Support of Forty-Fifth Omnibus Claims Objection") (Docket No. 19698)

On March 17, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit C</u> hereto via overnight mail:

4) Reorganized Debtors' Omnibus Reply in Support of Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and (d) and Fed. R. Bankr. P. 3007 to (I) Modify and Allow (A) Certain Modified and Allowed Claims, (B) a Partially Satisfied Claim, and (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow and Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, and (E) a Duplicate Claim, (III) Object to Certain (A) Preference-Related Claims and (B) Preference-Related Scheduled Liabilities, and (IV) Modify Certain SERP-Related Scheduled Liabilities ("Reorganized Debtors' Omnibus Reply in Support of Forty-Fourth Omnibus Claims Objection") (Docket No. 19700)

Dated: March 22, 2010

                                          */s/ Darlene Calderon*
                                          Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of March, 2010, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Nancy Santos*

Commission Expires: *1/2/14*

# EXHIBIT A

DPH Holdings Corp.
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| Delphi Automotive LLP | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler Bonnie Steingart Jennifer L Rodburg Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | Counsel to Equity Security Holders Committee |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | Postpetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | Counsel to the Reorganized Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Reorganized Debtor |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/18/2010 6:08 PM
Response Service List 100224.xls

# EXHIBIT B

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Davis Polk & Wardell LLP | JP Morgan Chase Bank | Brian M Resnick | 450 Lexington Ave | New York | NY | 10017 |
| Foley & Lardner LLP | Shangai Inteva Automotive Door Systems Co | Judy A ONeill Derek L Wright | 321 N Clark St Ste 2800 | Chicago | IL | 60654 |
| Randy D Austin | | 2617 Hudson Aurora Rd | | Hudson | OH | 44236 |
| Scott M Leach | | 9037 Orchard View Dr | | Grand Blanc | MI | 48439 |
| Sharyl Y Carter | | 1541 LaSalle Ave No 1 | | Niagara Falls | NY | 14301 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/18/2010 5:47 PM
45th Response Service List.xlsx

# EXHIBIT C

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Akerman Senterfitt LLP | Itautec America Inc | Susan F Balaschak keith N Costa Kathlyn M Schwartz | 335 Madison Ave Ste 2600 | New York | NY | 10017-4636 |
| Bond Schoeneck & King PLLC | Marquardt GMBH | Stephen A Donato Camille W Hill | One Lincoln Ctr | Syracuse | NY | 13202 |
| Cellino & Barnes PC | Jessica Kraus | Christopher D Damato Esq | 2500 Main Place Tower 350 Main St | Buffalo | NY | 14202-3725 |
| Cohen Weiss and Simon LLP | International Union UAW | Babette Ceccotti | 330 W 42nd St | New York | NY | 10036 |
| Fox Rothschild LLP | M&Q Plastic Products LP | Fred Stevens Esq | 100 Park Ave at E 40th St 15th Fl | New York | NY | 10017 |
| Fox Rothschild LLP | M&Q Plastic Products LP | Michael J Viscount Jr Esq Joshua T Klein Esq | 1301 Atlantic Ave Midtown Bldg Ste 400 | Atlantic City | NJ | 08401 |
| Haskell Slaughter Young & Rediker LLC | Simco Construction | Robert H Adams | 2001 Park Place N Ste 1400 | Birmingham | AL | 35203 |
| Honigman Miller Schwartz and Cohn LLP | Nidec Motors and Actuators USA Inc fka Valeo Electrical Systems Inc Motors and Actuators Division | E Todd Sable Seth A Drucker | 2290 First National Bldg 660 Woodward Ave | Detroit | MI | 48226-3506 |
| Honigman Miller Schwartz and Cohn LLP | Valeo Climate Control Corporation | E Todd Sable Seth A Drucker | 2290 First National Bldg 660 Woodward Ave | Detroit | MI | 48226-3506 |
| Honigman Miller Schwartz and Cohn LLP | Valeo Electrical Systems Inc Wipers Division | E Todd Sable Seth A Drucker | 2290 First National Bldg 660 Woodward Ave | Detroit | MI | 48226-3506 |
| Honigman Miller Schwartz and Cohn LLP | Valeo Switches and Detection Systems Inc | E Todd Sable Seth A Drucker | 2290 First National Bldg 660 Woodward Ave | Detroit | MI | 48226-3506 |
| Hunton & Williams LLP | Bank of America NA | Craig V Rasile | 200 Park Ave | New York | NY | 10166-0091 |
| Kramer Levin Naftalis & Frankel LLP | Hewlett Packard Co | Jordan D Kaye | 1177 Avenue of the Americas | New York | NY | 10036 |
| Lewis Law PLLC | Sumitomo Wiring Systems USA Inc | Kenneth M Lewis | 120 Bloomingdale Rd Ste 100 | White Plains | NY | 10605 |
| Madison Liquidity Investors | Madison Investment Trust Series 38 | Kristy Stark | 6310 Lamar Ave Ste 120 | Overland Park | KS | 66202 |
| Madison Liquidity Investors | Madison Niche Opportunities LLC | Kristy Stark | 6310 Lamar Ave Ste 120 | Overland Park | KS | 66202 |
| Mandel Katz & Brosnan LLP | TPG Credit Opportunities Fund LP TPG Credit Opportunities Investors LP TPG Credit Strategies Fund LP | Tara Hannon Siu Lan Chan Jay N Heinrich | The Law Bldg 210 Rte 303 | Valley Cottage | NY | 10989 |
| Montgomery Elsner & Pardieck LLP | Universal Tool and Engineering Company Inc | William M Braman | 308 W 2nd St | Seymour | IN | 47274 |
| Morgan & Morgan PA | Jeremiah J Saunders | Randy E Schimmelpfennig | 20 N Orange Ave 16th Fl | Orlando | FL | 32802-4979 |
| Morgan Lewis & Bockius LLP | Hitachi Chemical Singapore Pte Ltd | Menachem O Zelmanovitz Robert M Scannell | 101 Park Ave | New York | NY | 10178 |
| Orrick Herrington & Sutcliffe LLP | Westwood Associates Inc | Jonathan P Guy Alyssa D England | 666 Fifth Ave | New York | NY | 10103-0001 |
| Orrick Herrington & Sutcliffe LLP | Westwood Associates Inc | Richard H Wyron | Columbia Ctr 1152 15th St NW | Washington | DC | 20005-1706 |
| Richards Kibbe & Orbe LLP | Goldman Sachs Credit Partners LP | Joon P Hong | One World Financial Ctr | New York | NY | 10281 |
| Thompson & Knight LLP | Victory Packaging LP | Ira L Herman | 919 Third Ave 39th Fl | New York | NY | 10022 |
| Varnum LLP | Summit Polymers Inc | Mary Kay Shaver | Bridgewater Place PO Box 352 | Grand Rapids | MI | 49501-0352 |
| Warner Norcross & Judd | Bosch Chassis Systems Columbia LLC fka PBR Columbia LLC | Gordon J Toering | 900 Fifth Third Ctr 111 Lyons St NW | Grand Rapids | MI | 49503-2487 |
| Warner Norcross & Judd | D&S Machine Products Inc | Michael G Cruse | 2000 Town Ctr Ste 2700 | Southfield | MI | 48075 |
| Warner Norcross & Judd | Mubea Inc | Michael G Cruse | 2000 Town Ctr Ste 2700 | Southfield | MI | 48075 |
| Warner Norcross & Judd | NGK Automotive Ceramics USA Inc | Michael G Cruse | 2000 Town Ctr Ste 2700 | Southfield | MI | 48075 |
| Warner Norcross & Judd | PBR Knoxville LLC | Gordon J Toering | 900 Fifth Third Ctr 111 Lyons St NW | Grand Rapids | MI | 49503-2487 |
| Weil Gotshal & Manges LLP | Lexington Rubber Group Inc | Richard P Krasnow & Adam P Strochak | 767 Fifth Ave | New York | NY | 10153 |
| Woods Oviatt Gilman LLP | Park Enterprises of Rochester | John K McAndrew | 700 Crossroads Bldg 2 State St | Rochester | NY | 14614 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

3/18/2010 5:42 PM
44th Response Service List.xlsx