SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS'
OBJECTIONS TO PROOFS OF CLAIM NOS. 11892, 12147, 14019, 14020,
14022, 14023, 14024, 14025, 14026, 14370, AND 19543

PLEASE TAKE NOTICE that as set forth on Exhibit A attached hereto, Delphi Corporation and certain of its subsidiaries and affiliates, debtor and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") objected to the proofs of claim listed on Exhibit A (the "Proofs of Claim") filed by certain parties (collectively, the "Claimants").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors").

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6(a).

PLEASE TAKE FURTHER NOTICE that on February 18, 2010, the Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504), scheduling a claims objection hearing for purposes of holding a

sufficiency hearing to address the legal sufficiency of each Proof of Claim and whether each Proof of Claim states a colorable claim against the asserted Debtor on March 18, 2010, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that on March 8, 2010, the Reorganized Debtors filed the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (A) Proof Of Claim No. 11892 Filed By Ronald E. Jorgensen, (B) Proof Of Claim No. 12147 Filed By Pamela Gellar, (C) Proofs Of Claim Nos. 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha, (D) Proof Of Claim No. 14370 Filed By William P. Downey, (E) Administrative Expense Claim No. 18265 Filed By Polymer Concentrates, Inc., (F) Administrative Expense Claim No. 18422 Filed By Marybeth Cunningham, (G) Administrative Expense Claim No. 19543 Filed By Jose C. Alfaro And Martha Alfaro, And (H) Administrative Expense Claim No. 19545 Filed By Harris County Et Al. (Docket No. 19608), adjourning the claims objection hearing scheduled for March 18, 2010 to a future date.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order") and the Tenth Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered January 25, 2010 (Docket No. 19358), a sufficiency hearing (the "Sufficiency

Hearing") to address the legal sufficiency of each of the Proofs of Claim and whether each Proof of Claim states a colorable claim against the asserted Debtor is hereby scheduled for April 22, 2010, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof. Please review the Order carefully because failure to comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of your Proof of Claim. A copy of the Order is attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further adjourn the Sufficiency Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant and/or Assignee, as applicable.

Dated:  New York, New York
        March 25, 2010

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By:  /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

# EXHIBIT A

| A<br>Proof Of Claim Number | B<br>Date Filed | C<br>Party Filing Proof Of Claim | D<br>Owner Of Claim | E<br>Asserted Amount | F<br>Omnibus Claims Objection | G<br>Date Of Omnibus Claims Objection | H<br>Debtor Named On Proof Of Claim |
|---|---|---|---|---|---|---|---|
| 11892 | 7/28/2006 | JORGENSEN RONALD E | JORGENSEN RONALD E | $82,299.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 12147 | 7/28/2006 | GELLER PAMELA | GELLER PAMELA | $50,000.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI CORPORATION |
| 14019 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $10,000.00 | Omnibus Claims Objection | 9/21/2007 | DELPHI CORPORATION |
| 14020 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 14022 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI MEDICAL SYSTEMS CORPORATION |
| 14023 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION |
| 14024 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 14025 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI TECHNOLOGIES, INC |
| 14026 | 7/31/2006 | PASRICHA ATUL | PASRICHA ATUL | $0.00 | Twenty-First Omnibus Claims Objection | 9/21/2007 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 14370 | 7/31/2006 | WILLIAM P DOWNEY | WILLIAM P DOWNEY | $20,641.44 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 19543 | 8/10/2009 | JOSE C ALFARO AND MARTHA ALFARO | JOSE C ALFARO AND MARTHA ALFARO | $1,500,000.00 | Thirty-Seventh Omnibus Claims Objection | 10/15/2009 | DELPHI CORPORATION |