**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                                             :
**In re:**                                                   :     Chapter 11
                                                             :
**DPH HOLDINGS CORP., et al.,**                              :     Case No. 05-44481 (RDD)
                                                             :
              **Reorganized Debtors.**                       :     (Jointly Administered)
------------------------------------------------------------ x


# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Steven D. Jerome, a member in good standing of the bar in the State of Arizona and the bars of the U.S. District Court for the District of Arizona, and the U.S. Court of Appeals for the Third and Ninth Circuits, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Microchip Technology, Inc. in the above referenced case.

Mailing address: Steven D. Jerome, Snell & Wilmer L.L.P., One Arizona Center, 400 East Van Buren, Phoenix, Arizona 85004-2202

E-mail address: sjerome@swlaw.com; telephone number (602) 382-6344.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: March 18, 2010
New York, New York                                       /s/  Steven D. Jerome

_____


# ORDER

**ORDERED**,
that Steven D. Jerome, is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: March 25, 2010
White Plains, New York

                                  /s/Robert D. Drain
                                  UNITED STATES BANKRUPTCY JUDGE


NYC:209048.1