```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            )
In re:                                                      )
                                                            )     Chapter 11
DPH HOLDINGS CORP., et al.,                                 )     Case No. 05-44481 (RDD)
                                                            )     Jointly Administered
                    Debtors.                                )
------------------------------------------------------------x
```

## ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL

Upon the Motion to Substitute Counsel, dated March 12, 2010, filed on behalf of PBR Columbia, LLC and PBR Knoxville, LLC, creditors and parties in interest herein, it is hereby

**ORDERED** that the firm of Foley & Lardner LLP is hereby permitted to withdraw as counsel of record in these chapter 11 cases for PBR Columbia, LLC and PBR Knoxville, LLC, and Gordon J. Toering, Esq. and his law firm of Warner Norcross & Judd, LLP, are hereby enrolled as counsel of record for PBR Columbia, LLC and PBR Knoxville, LLC in these cases.

Dated: March 26, 2010
      White Plains, New York

                                            /s/Robert D. Drain
                                            Honorable Robert D. Drain
                                            United States Bankruptcy Judge

DETR_1384977.2