TOGUT, SEGAL & SEGAL LLP                                  **Hearing Date:  April 1, 2010 at 10 AM**
Attorneys for DPH Holdings Corp., *et al.*
One Penn Plaza, Suite 3335
New York, New York  10119
(212) 594-5000
Neil Berger
Daniel F. X. Geoghan

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                    :
In re:                                              :          Chapter 11
                                                    :          Case No. 05-44481 [RDD]
DPH HOLDINGS CORP, *et al.*,                        :
                                                    :
                    Reorganized Debtors,            :
                                                    :
---------------------------------------------------------------x
                                                    :
DELPHI CORPORATION, *et al.*,                       :
                                                    :
                    Plaintiffs,                     :          Adv. Pro. No. 07-02534 [RDD]
                                                    :
          v.                                        :
                                                    :
VALEO, VALEO AIRFLOW DIVISION                       :
VALEO CLIMATE CONTROL USA, VALEO                    :
ELECTRICAL SYSTEMS, VALEO                           :
ELECTRONICS NA, VALEO INC., VALEO                   :
SCHALTER UND SONSOREN and VALEO                     :
WIPER SYSTEMS & ELECTRIC MOTORS                     :
NORTH AMERICA.,                                     :
                                                    :
                    Defendants.                     :
---------------------------------------------------------------X


# RESPONSE TO OBJECTIONS BY VALEO
# DEFENDANTS TO REORGANIZED DEBTORS'
# EMERGENCY MOTION FOR ORDER UNDER SECTION
# 105(a) OF THE BANKRUPTCY CODE, FED. R. BANKR. P. 7004(a)
# AND 9006(b)(1), AND FED. R. CIV. P. 4(m) EXTENDING DEADLINE
# TO SERVE PROCESS FOR CERTAIN AVOIDANCE ACTIONS


## ("VALEO DEFENDANTS")

DPH Holdings Corp. and certain of its affiliated reorganized debtors

(collectively, the "Reorganized Debtors" or "DPH"), by their attorneys Togut, Segal &

Segal LLP, hereby respond to the objection (the "Objection") of Valeo Schalter und

Sorenson GMBH ("Valeo Schalter") to the Emergency Motion for Order under Section

105(A) of the Bankruptcy Code, Fed. R. Bankr. P. 7004(a) and 9006(b)(1), And Fed. R.

Civ. P. 4(m) Extending Deadline to Serve Process for Certain Avoidance Actions (the

"Extension Motion")[1] and respectfully represent as follows:

## PRELIMINARY STATEMENT

1.      The sole issue before the Court is the request by DPH for an

extension of the time within which it must complete service of process upon Valeo

Schalter in the above-captioned adversary proceeding (the "Valeo Action").

2.      Valeo Schalter subjected itself to the jurisdiction of this Court when

it filed proof of claim no. 16121 in this case.  Moreover, Valeo Schalter has demonstrated

that it has actual knowledge of the Valeo Action before expiration of any service

deadline.  Valeo Schalter has further acknowledged that the service deadline contained

in Rule 4(m) does not apply to foreign defendants.  These facts, and others discussed

below, weigh heavily in favor of granting the extension sought by DPH.

3.      As demonstrated in the Emergency Motion, DPH has made

diligent, good faith attempts to complete service upon numerous defendants, including

delivery of numerous summonses and complaints, including the summons and

complaint in the Valeo Action, to foreign service agencies for compliance with the

Hague Convention.  Service through the Hague Convention can be a lengthy process

dictated by the requirements of foreign jurisdictions.  *See Nylok Corp. v. Fastener World,*

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings and definitions set forth in
the Extension Motion.

*Inc.*, 396 F.3d 805, 807 (7th Cir. 2005) (reversing dismissal where diligent attempts to effect foreign service were made, such as hiring a foreign-service specialist and arranging for translations, and evidence was offered that foreign service could take up to twelve months).  Good cause has been established by DPH for the requested extension.  Prejudice as a result of the extension has not been established by Valeo Schalter.

### BACKGROUND

4.    On or about August 21, 2006, Valeo Schalter filed a Proof of Claim, a copy of which is attached hereto as Exhibit "1."  The invoices that are attached to the Proof of Claim confirm that prior to Petition Date, Valeo Schalter was doing business with the Reorganized Debtors as "Valeo Switches & Detection Systems," which has a place of business located at Troy, Michigan, and it was selling goods to Delphi Packard in El Paso, Texas.

5.    On September 29, 2007 the Reorganized Debtors timely commenced the Valeo Action against Valeo, Valeo Airflow Division, Valeo Climate Control USA, Valeo Electrical Systems, Valeo Electronics NA, Valeo Inc., Valeo Schalter Und Sonsoren and Valeo Wiper Systems & Electric Motors North America (together, "Valeo").  The Valeo Action seeks to recover 47 transfers aggregating $19,543,311.24, including wire and other transfers that total more than $9 million that were made within weeks before the Petition Date on what appears to be irregular bases.

6.    The Court found cause on prior occasions to extend the time within which the Reorganized Debtors could complete service of process in the Retained Adversary Proceedings.  The Third Extension Order provided an extension "without prejudice, however, to the Debtors 'right to seek further extensions . . ." (Docket No. 18999).

7.    The Valeo entities have actively participated in these cases and knew that Delphi was preserving preference actions.  The Valeo entities were served with the Preservation of Estate Claims Procedures Motion and Order and the Debtors' subsequent motions for extensions and the orders of the Court that granted those motions.  Copies of the pertinent sections of Affidavits of Service of those motions and orders are jointly attached hereto as Exhibit "2" (the "Affidavits of Service").[2]

**RESPONSE**

8.    The Second Circuit has consistently held that "[D]istrict courts have the discretion to grant extensions of the service period even where there is no good cause shown".  _Gore v. The RBA Group, Inc._ 2009 WL 884565 (S.D.N.Y.), p.5.  In _Gore_, the Court held that the following factors should be examined when determining whether to extend the time for service of process:

> "(1) whether the applicable statute of limitations would bar the refiled action;  (2) whether the defendant had actual notice of the claims asserted in the complaint;  (3) whether the defendant had attempted to conceal the defect in service;  and (4) whether the defendant would be prejudiced by the granting of plaintiff's request for relief from the provision."

_Gore v. The RBA Group, Inc._, 2009 LW 884565 (S.D.N.Y.), citing _Eastern Refractories Co. v. Forty Eight Insulations, Inc._, 187 F.R.D. 503, 506 (S.D.N.Y. 1999); _see also_ _Zapata v. City of New York,_ 502 F.3d 192, 196 (2nd Cir. 2007) ("[D]istrict courts have the discretion to grant extensions of the service even when there is no good cause shown").

---

[2]    Thomas F. Miller, the corporate secretary of various Valeo entities has supplied a declaration in support of the Valeo Schalter Objection.  If Valeo did begin a process of global restructuring that involved destruction of documents (hard copy and electronic) after the complaints were filed, with knowledge (actual or constructive) that Valeo may have been a defendant in a Retained Adversary Proceeding, the question is not whether Valeo is prejudiced, but whether or not there has been spoliation of evidence by Valeo.  That issue, however, is not before the Court.

9.      "[C]ourts have consistently considered the fact that the statute of limitations has run on a plaintiff's claim as a factor favoring the plaintiff in a Rule 4(m) analysis." _Id_ at 109.  "Relief may be justified, for example, if the applicable statute of limitations would bar the refiled action…" Fed.R.Civ.P. 4(m) Advisory Committee Note.  Here, the statute of limitations expired during October 2007, after the Valeo Adversary Proceeding was timely commenced.  This factor favors the extension sought by DPH.

10.      By filing its Objection to the Emergency Motion, Valeo Schalter has expressly acknowledged it has had actual notice of the claims in the Valeo Action before any service period ended.  _Wise v. DOD_, 196 F.R.D. 52- 54- 57 9S.D. Ohio 1999) (defendant's actual knowledge of the complaint before the Rule 4(m) period expires is strong reason to extend the period to make service, even without a showing of good cause).  Consequently, the second factor in the Court's _Gore_ analysis favors DPH.

11.      DPH has not sought to conceal any defect in service because there is no defect in service.  Valeo Schalter has not and cannot establish any such attempt of concealment.  Consequently the third factor in the Court's analysis also favors DPH.

12.      The Second Circuit has held that prejudice caused to a defendant as a result of extending a plaintiff's time to complete service of process is not dispositive where the action would otherwise be timed-barred.  _Gore v. The RBA Group, Inc.,_ at 7.  Valeo has not shown why any extension granted by this Court would cause prejudice to it.  "Of course, it will have to defend this litigation, but in that respect it is in no worse position than if it had been properly served at the outset."  _Gore v. The RBA Group, Inc.,_ at 7.

13.      The cases cited by Valeo are inapplicable to the facts here.  Valeo's reliance upon _Montalbano v. Easco Hand Tools, Inc.,_ 766 F.2d 737, 740 (2d Cir. 1985) to

support its assertion that DPH has failed to diligently attempt foreign service is

misplaced.  In *Montalbano*, no attempt was made to serve process in the applicable

foreign country.  *Id*.  Valeo also relies on *Allstate Ins. Co. v. Funai Corp.*, 249 F.R.D. 157

(M.D. Pa. 2008) in support of the same assertion.  Nevertheless, in *Allstate*, the plaintiffs'

sole attempt at service was untimely and no extension of time to effect service was

timely sought.  *Id*.  Here, unlike in *Montalbano* and *Allstate*, the time for service has not

yet expired.  DPH seeks an extension, in an abundance of caution (and as advised by

this Court on March 18, 2010) in the event that it is unsuccessful in procuring service

prior to the date in which service were to expire, unlike in *Montalbano* and *Allstate*, DPH

will already have made contact with the foreign jurisdiction and the service process will

be well underway.

14.    Valeo Schalter's other contentions, alleged abandonment of the

Valeo Action and possible discovery prejudice, are misplaced and not relevant to the

Emergency Motion.  Those contentions will be addressed, if ever required, at a later

date.  For purposes of preserving the rights of DPH, however, DPH asserts that the

Valeo Action was not abandoned;  it was preserved, as evidence by the incontrovertible

fact that the Valeo Action was commenced and preserved after the Preservation of

Estate Claims Procedures Order was entered.[3]  Moreover, discovery in the Valeo Action

has not commenced.  Consequently, any claim of prejudice by Valeo Schalter regarding

its ability to defend claims against it in the Valeo Adversary Proceeding is premature

---

[3]    The Preservation of Estate Claims Procedure Order "authorized" the Debtors, in their discretion, to abandon certain actions.  It did not direct them to do so.

and at best unreliable.[4]  DPH will work with Valeo to agree upon a discovery schedule
in the Valeo Action.

15.    The Valeo Action seeks to avoid and recover 47 separate transfers
to Valeo that total more than $19.5 million, including wire and other transfers that total
more than $9 million which were made to Valeo within weeks before the Petition Date
on what appear to be irregular bases.

16.    Valeo Schalter's attempt to deny DPH an opportunity to complete
service of process, where good cause is shown for an extension, should not be
permitted.

## **CONCLUSION**

DPH has shown good cause for the relief sought in the Emergency
Motion, and it would be a proper exercise of this Court's discretion to grant the
extension sought.

---

[4]    In support of this contention, Valeo submits the Miller declaration.  Miller does not and cannot
particularize any specific prejudice.  Moreover, the declaration does not assert that any asset or
document of Valeo Schalter has been sold, transferred or destroyed.

**WHEREFORE**, DPH respectfully requests that the Court overrule the

objection by Valeo Schalter, grant the Extension Motion, together with such other and

further relief as is best and appropriate.

Dated:  New York, New York                    DPH Holdings Corp.,
        March 31, 2010                         By its conflicts counsel,
                                               TOGUT, SEGAL & SEGAL LLP
                                               By:


                                               _____/s/ Neil Berger_____
                                               NEIL BERGER
                                               DANIEL F.X. GEOGHAN
                                               One Penn Plaza
                                               New York, New York 10119
                                               (212) 594-5000

# Exhibit "1"

| UNITED STATES BANKRUPTCY COURT __Southern__ | DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Corporation | Case Number<br>05-44481 | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case.    A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Claim #16121
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

**# 16121**

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Valeo Schalter Und Sensoren

Name and address where notices should be sent:

Valeo Schalter Und Sensoren
Gmbh
Gustav Rau Str 4
86650 Wemding
Germany

Telephone number:

— Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

⬚ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Received**

AUG 2 1 2006

Kurtzman Carson

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces    a previously filed claim, dated:_____
☐ amends

**1.  Basis for Claim**
☒ Goods Sold / Services Performed
☐ Customer Claim
☐ Taxes
☐ Money Loaned
☐ Personal Injury
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below).
Last four digits of SS #: _____
Unpaid compensation for services performed
from _27-04-2005_ to _23-10-2005_
      (date)            (date)

**2.  Date debt was incurred:**

**3.  If court judgment, date obtained:**

**4.  Total Amount of Claim at Time Case Filed:** $ _25 311,04 $_       _25 311,04 $_
      (unsecured)        (secured)      (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other _____

Value of Collateral:    $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:  $_____

**6.  Unsecured Nonpriority Claim** $_____

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7.  Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

Amount entitled to priority    $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8.  Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9.  Supporting Documents:**  *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:**    To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

R E C E I V E D
1  - 0  2006
CLAIMS PROCESSING CENTER
USBC SDNY

| Date<br>_11-07-2006_ | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0544481060410191902183678

Invoices issued in €

Amount in € = 19870,50

Rate 11.07.2006

$1€ = 1,2738$ $

Amount in $ = 25 311,04

**Valeo**

| 1) Versender / Lieferant | 2) Lieferanten-Nr | 3) Speditionsauftrags-Nr |
|---|---|---|
| Valeo Schalter und Sensoren GmbH<br>0935812605130<br>Kehläcker<br>Wemding 86650 | | 80076602 |

| 5) Beladestelle | **SPEDITIONAUFTRAG** | |
|---|---|---|
| | 6) Datum<br>10/18/2005 | 7) Relation-Nr. |
| | 9) Versandspediteur | 10) Spediteur-Nr. |

| 8) Sendungsnummer<br>80076602 | **Panalpina-Welttransport** 801532<br>GmbH<br>Ingolstaedter Str. 25 |
|---|---|

| 11) Empfänger | 12) Empfänger-Nr | 90461 Nuernberg<br>0911/4309-0 |
|---|---|---|
| Delphi Packard Electric Systems   S714388<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX | | 13) Bordero-/Ladeliste-Nr. |

| 14) Anliefer-/Abladestelle | 15) Versandvermerk für den Versandspediteur |
|---|---|
| Delphi Packard Electric Systems<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX<br>Abladestelle:Goods receiving | AIRFREIGHT UNPAID<br>120 X 80 X 76 |
| | 16)Eintrefftermin 10/21/2005 17) Eintreffzeit 10:21:28 |

| 18)Zeichen und Nr | 19)<br>Anzahl | 20)Packstück | 22)Inhalt | 23)Lademittel-<br>Gewicht kg | 24)Brutto-<br>Gewicht kg |
|---|---|---|---|---|---|
| 80076602 | 1 | EW-Palette IS | 7,500 ST 15339902 | 20.00 | 68.50 |

| 25) Summe | 1 | 26) Rauminhalt cdm/Lademeter | | Summen | 20.00 | 68.50 |
|---|---|---|---|---|---|---|

| 29) Gefahrgut UN-Nr.<br>Gefahrgut-Bezeichnung |
|---|

| 30) Frankatur | 31) Warenwert für Transportversicherung | 32) Versender-Nachnahme |
|---|---|---|
| Ab Werk | | |

| 33) Anlagen | 34) Auftragsnummer Kunde | 35) Kontierung |
|---|---|---|
| | 36) Transportmittel-Nr. | |
| | 37) LKW-Code | |
| | 38) Versandart | 39) Abrechnungs-Schl. |
| | 40) Empfangsbestätigung des Warenempfängers:<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand<br>erhalten" | |

| 41) Empfangsbestätigung<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand<br>übernommen" | | |
|---|---|---|
| | Firmenstempel/Unterschrift: | |
| 19.10.05 | 42) Die Sendung enthält<br>Euro-Flach-Pal.: | davon getauscht<br>Euro-Flach-Pal.: | 46) Für Spediteur |
| Datum   Uhrzeit   Unterschrift<br>LAU-JW 183 | Euro-Gitter-Pal.: | Euro-Gitter-Pal.: | |
| 43) Es gelten die Allgemeinen Deutschen Spediteurbedingungen<br>(ADSp) in ihrer jeweils neuesten Fassung. | | | |

**ALLGEMEINE VERKAUFSBEDINGUNGEN**

| 1) Versender / Lieferant | 2) Lieferanten-Nr | 3) Speditionsauftrags-Nr |
|---|---|---|
| Valeo Schalter und Sensoren GmbH<br>0935812605130<br>Kehläcker<br>Wemding 86650 | | 80076595 |

**5) Beladestelle**

**SPEDITIONAUFTRAG**

| 6) Datum | 7) Relation-Nr. |
|---|---|
| 10/18/2005 | |
| 8) Versandspediteur | 10) Spediteur-Nr. |

Panalpina-Welttransport  801532
GmbH
Ingolstaedter Str. 25
90461 Nuernberg
0911/4309-0

13) Bordero-/Ladeliste-Nr.

**8) Sendungsnummer**
80076595

| 11) Empfänger | 12) Empfänger-Nr |
|---|---|
| Delphi Packard Electric Systems       S714388<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX | |

| 14) Anliefer-/Abladestelle | 15) Versandvermerk für den Versandspediteur |
|---|---|
| Delphi Packard Electric Systems<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX<br>Abladestelle:Goods receiving | A I R F R E I G H T   U N P A I D<br>120 X 80 X 76 |
| | 16)Eintrefftermin 10/21/2005 17) Eintreffzeit 10:15:46 |

| 18)Zeichen und Nr. | 19) Anzahl | 20)Packstück | 22)Inhalt | 23)Lademittel-Gewicht kg | 24)Brutto-Gewicht kg |
|---|---|---|---|---|---|
| 80076595 | 1 | EW-Palette IS | 7,500 ST 15339902 | 20.00 | 68.50 |
| 25) Summe | 1 | 26) Rauminhalt cdm/Lademeter | Summen | 20.00 | 68.50 |

| 29) Gefahrgut UN-Nr.<br>Gefahrgut-Bezeichnung |
|---|

| 30) Frankatur | 31) Warenwert für Transportversicherung | 32) Versender-Nachnahme |
|---|---|---|
| Ab Werk | | |

| 33) Anlagen | 34) Auftragsnummer Kunde    35) Kontierung |
|---|---|
| | 36) Transportmittel-Nr.<br>37) LKW-Code<br>38) Versandart                     39) Abrechnungs-Schl. |
| | 40) Empfangsbestätigung des Warenempfängers:<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand erhalten" |

| 41) Empfangsbestätigung<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand übernommen" | |
|---|---|
| | Firmenstempel/Unterschrift: |
| 14.10.05<br>Datum          Uhrzeit          Unterschrift<br><br>LAM-JW183 | 42) Die Sendung enthält      davon getauscht     45) Für Spediteur<br>Euro-Flach-Pal.:      Euro-Flach-Pal.:<br><br>Euro-Gitter-Pal.:      Euro-Gitter-Pal.: |
| 43) Es gelten die Allgemeinen Deutschen Spediteurbedingungen (ADSp) in ihrer jeweils neuesten Fassung. | |

ALLGEMEINE VERKAUFSBEDINGUNGEN

| 1) Versender / Lieferant | 2) Lieferanten-Nr | | 3) Speditionsauftrags-Nr |
|---|---|---|---|
| Valeo Schalter und Sensoren GmbH | | | 80061674 |
| 0935812805130 | | | |
| Kohläcker | | | |
| Wemding 86650 | | | |

**SPEDITIONAUFTRAG**

| 6) Datum | | 7) Relation-Nr. |
|---|---|---|
| 08/30/2005 | | |
| 9) Versandspediteur | | 10) Spediteur-Nr. |
| Panalpina-Welttransport 801532 | | |
| GmbH | | |
| Ingolstaedter Str. 25 | | |
| 90461 Nuernberg | | |
| 0911/4309-0 | | |

5) Beladestelle

8) Sendungsnummer
80061674

| 11) Empfänger | 12) Empfänger-Nr |
|---|---|
| Delphi Packard Electric Systems   S714388 | |
| 48 Walter Jones, Mail Sta. 32B | |
| 79906 El Paso, TX | |

13) Bordero-/Ladeliste-Nr.

| 14) Anliefer-/Abladestelle | 15) Versandvermerk für den Versandspediteur |
|---|---|
| Delphi Packard Electric Systems | 120 X 80 X 76 |
| 48 Walter Jones, Mail Sta. 32B | |
| 79906 El Paso, TX | |
| Abladestelle:Goods receiving | |

16)Eintrefftermin 09/02/2005 17) Eintreffzeit 07:37:40

| 18)Zeichen und Nr | 19) Anzahl | 20)Packstück | 22)Inhalt | 23)Lademittel-Gewicht kg | 24)Brutto-Gewicht kg |
|---|---|---|---|---|---|
| 0061674 | 1 | EW-Palette IS | 9,000 ST 15339902 | 20.00 | 78.20 |

| 25) Summe | 1 | 26) Rauminhalt cdm/Lademeter | Summen | 20.00 | 78.20 |
|---|---|---|---|---|---|

| 29) Gefahrgut UN-Nr. |
|---|
| Gefahrgut-Bezeichnung |

| 30) Frankatur | 31) Warenwert für Transportversicherung | 32) Versender-Nachnahme |
|---|---|---|
| Ab Werk | | |

| 33) Anlagen | 34) Auftragsnummer Kunde | 35) Kontierung |
|---|---|---|
| | 36) Transportmittel-Nr. | |
| | 37) LKW-Code | |
| | 38) Versandart | 39) Abrechnungs-Schl. |

3 1. Aug. 2005

40) Empfangsbestätigung des Warenempfängers:
"Obige Sendung vollständig und in ordnungsgemäßem Zustand erhalten"

| 41) Empfangsbestätigung | |
|---|---|
| "Obige Sendung vollständig und in ordnungsgemäßem Zustand übernommen" | |

Firmenstempel/Unterschrift:

| 31.8-05 | Eisenberg | WUG 17284 | 42) Die Sendung enthält   davon getauscht | 46) Für Spediteur |
|---|---|---|---|---|
| Datum | Uhrzeit | Unterschrift | Euro-Flach-Pal.:   Euro-Flach-Pal.: | |
| 43) Es gelten die Allgemeinen Deutschen Spediteurbedingungen (ADSp) in ihrer jeweils neuesten Fassung. | | | Euro-Gitter-Pal.:   Euro-Gitter-Pal.: | |

**ALLGEMEINE VERKAUFSBEDINGUNGEN**

| 1) Versender / Lieferant    2) Lieferanten-Nr | 3) Speditionsauftrags-Nr |
| --- | --- |
| Valeo Schalter und Sensoren GmbH<br>0935812605130<br>Kehläcker<br>Wemding 86650 | 80060099 |

**SPEDITIONAUFTRAG**

| | |
| --- | --- |
| 5) Beladestelle | 6) Datum          7) Relation-Nr.<br>08/24/2005 |
| | 9) Versandspediteur    10) Spediteur-Nr. |
| 8) Sendungsnummer<br>80060099 | Panalpina-Welttransport 801532<br>GmbH<br>Ingolstaedter Str. 25<br>90461 Nuernberg<br>0911/4309-0 |
| 11) Empfänger    12) Empfänger-Nr<br>Delphi Packard Electric Systems  S714388<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX | 13) Bordero-/Ladeliste-Nr. |

| 14) Anliefer-/Abladestelle | 15) Versandvermerk für den Versandspediteur |
| --- | --- |
| Delphi Packard Electric Systems<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX<br>Abladestelle:Goods receiving | 120 X 80 X 75 |

16)Eintrefftermin 08/29/2005 17) Eintreffzeit 00:00:00

| 18)Zeichen und Nr | 19)<br>Anzahl | 20)Packstück | 22)Inhalt | 23)Lademittel-<br>Gewicht kg | 24)Brutto-<br>Gewicht kg |
| --- | --- | --- | --- | --- | --- |
| 80060099 | 1 | EW-Palette IS | 9,000 ST 15339902 | 20.00 | 78.20 |
| 25) Summe | 1 | 26) Rauminhalt cdm/Lademeter | Summen | 20.00 | 78.20 |

| 29) Gefahrgut UN-Nr.<br>Gefahrgut-Bezeichnung |
| --- |

| 30) Frankatur | 31) Warenwert für Transportversicherung | 32) Versender-Nachnahme |
| --- | --- | --- |
| Ab Werk | | |

| 7) Anlagen | 34) Auftragsnummer Kunde    35) Kontierung<br>36) Transportmittel-Nr.<br>37) LKW-Code<br>38) Versandart    39) Abrechnungs-Schl. |
| --- | --- |
| | 40) Empfangsbestätigung des Warenempfängers:<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand<br>erhalten" |
| 41) Empfangsbestätigung<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand<br>übernommen"<br><br>Datum    Uhrzeit    Unterschrift | Firmenstempel/Unterschrift: 24. Aug. 2005 |
| | 42) Die Sendung enthält  davon getauscht  46) Für Spediteur<br>Euro-Flach-Pal.:    Euro-Flach-Pal.:<br><br>Euro-Gitter-Pal.:    Euro-Gitter-Pal.: |
| 43) Es gelten die Allgemeinen Deutschen Spediteurbedingungen<br>(ADSp) in ihrer jeweils neuesten Fassung. | |

ALLGEMEINE VERKAUFSBEDINGUNGEN

leitet die Operationen, die von den Transportorganisatoren-commissires durchgeführt werden

| 1) Versender / Lieferant | 2) Lieferanten-Nr | 3) Speditionsauftrags-Nr |
|---|---|---|
| Valeo Schalter und Sensoren GmbH<br>0935812605130<br>Kehläcker<br>Wemding 86690 | | 80057774 |

**SPEDITIONAUFTRAG**

| 6) Datum | 7) Relation-Nr. |
|---|---|
| 08/11/2005 | |

| 9) Versandspediteur | 10) Spediteur-Nr. |
|---|---|
| Panalpina-Welttransport 801532<br>GmbH<br>Ingolstaedter Str. 25<br>90461 Nuernberg<br>0911/4309-0 | |

5) Beladestelle

8) Sendungsnummer
80057774

| 11) Empfänger | 12) Empfänger-Nr |
|---|---|
| Delphi Packard Electric Systems   S714388<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX | |

13) Bordero-/Ladeliste-Nr.

| 14) Anliefer-/Abladestelle | 15) Versandvermerk für den Versandspediteur |
|---|---|
| Delphi Packard Electric Systems<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX<br>Abladestelle:Goods receiving | 120 X 80 X 115   2X |

16) Eintreffermin 08/17/2005 17) Eintreffzeit 10:39:37

| 8) Zeichen und Nr | 19) Anzahl | 20) Packstück | 22) Inhalt | 23) Lademittel-Gewicht kg | 24) Brutto-Gewicht kg |
|---|---|---|---|---|---|
| 80057774 | 2 | EW-Palette IS | 30,000 ST 15339902 | 40.00 | 234.00 |

| 25) Summe | 2 | 26) Rauminhalt cdm/Lademeter | | Summen | 40.00 | 234.00 |
|---|---|---|---|---|---|---|

29) Gefahrgut UN-Nr.
Gefahrgut-Bezeichnung

| 30) Frankatur | 31) Warenwert für Transportversicherung | 32) Versender-Nachnahme |
|---|---|---|
| Ab Werk | | |

| 33) Anlagen | 34) Auftragsnummer Kunde | 35) Kontierung |
|---|---|---|
| | 36) Transportmittel-Nr. | |
| | 37) LKW-Code | |
| | 38) Versandart | 39) Abrechnungs-Schl. |

40) Empfangsbestätigung des Warenempfängers:
"Obige Sendung vollständig und in ordnungsgemäßem Zustand
erhalten"

Firmenstempel/Unterschrift:

41) Empfangsbestätigung
"Obige Sendung vollständig und in ordnungsgemäßem Zustand
übernommen"

| 42) Die Sendung enthält | davon getauscht | 46) Für Spediteur |
|---|---|---|
| Euro-Flach-Pal.: | Euro-Flach-Pal.: | |
| Euro-Gitter-Pal.: | Euro-Gitter-Pal.: | |

Datum     Uhrzeit     Unterschrift

43) Es gelten die Allgemeinen Deutschen Spediteurbedingungen
(ADSp) in ihrer jeweils neuesten Fassung.

| 1) Versender / Lieferant          2) Lieferanten-Nr | 3) Speditionsauftrags-Nr |
|---|---|
| Valeo Schalter und Sensoren GmbH<br>0935812605130<br>Kehläcker<br>Wemding 86650 | 80057358 |
| **5) Beladestelle** | **SPEDITIONAUFTRAG**<br>6) Datum                                 7) Relation-Nr.<br>08/09/2005 |
|  | 9) Versandspediteur                    10) Spediteur-Nr. |
| **8) Sendungsnummer**<br>80057358 | **Panalpina-Welttransport  801532**<br>GmbH<br>Ingolstaedter Str. 25 |
| 11) Empfänger                     12) Empfänger-Nr<br>Delphi Packard Electric Systems        S714388<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX | 90461 Nuernberg<br>0911/4309-0 |
|  | 13) Bordero-/Ladeliste-Nr. |

| 14) Anliefer-/Abladestelle | 15) Versandvermerk für den Versandspediteur |
|---|---|
| Delphi Packard Electric Systems<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX<br>Abladestelle:Goods receiving | 2 X 120X80X115 |
|  | 16)Eintrefftermin 08/12/2005 17) Eintreffzeit 12:39:03 |

| 18)Zeichen und Nr | 19) Anzahl | 20)Packstück | 22)Inhalt | 23)Lademittel-Gewicht kg | 24)Brutto-Gewicht kg |
|---|---|---|---|---|---|
| 80057358 | 2 | Flat pallet | 30,000 ST 15339902 | 28.00 | 222.00 |
| **25) Summe** | **2** | **26) Rauminhalt cdm/Lademeter** | **Summen** | **28.00** | **222.00** |

| 29) Gefahrgut UN-Nr.<br>Gefahrgut-Bezeichnung |  |  |
|---|---|---|
| 30) Frankatur<br>Ab Werk | 31) Warenwert für Transportversicherung | 32) Versender-Nachnahme |

| 33) Anlagen | 34) Auftragsnummer Kunde            35) Kontierung<br>36) Transportmittel-Nr.<br>37) LKW-Code<br>38) Versandart                          39) Abrechnungs-Schl. |
|---|---|
| 1 0. Aug. 2005 | 40) Empfangsbestätigung des Warenempfängers:<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand erhalten" |
| 41) Empfangsbestätigung<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand übernommen" | Firmenstempel/Unterschrift: |
| 10.8.2005    wUG-wG 56    Qehberge<br>Datum    Uhrzeit    Unterschrift | 42) Die Sendung enthält    davon getauscht<br>Euro-Flach-Pal.:    Euro-Flach-Pal.: | 46) Für Spediteur |
| 43) Es gelten die Allgemeinen Deutschen Spediteurbedingungen (ADSp) in ihrer jeweils neuesten Fassung. | Euro-Gitter-Pal.:    Euro-Gitter-Pal.: |

**ALLGEMEINE VERKAUFSBEDINGUNGEN**

| 1) Versender / Lieferant    2) Lieferanten-Nr | 3) Speditionsauftrags-Nr |
|---|---|
| Valeo Schalter und Sensoren GmbH<br>0935812605130<br>Kehlacker<br>Wemding 86650 | 80027759 |
| **5) Beladestelle** | **SPEDITIONAUFTRAG** |
| | 6) Datum              7) Relation-Nr.<br>04/28/2005 |
| **8) Sendungsnummer**<br>80027759 | 9) Versandspediteur        10) Spediteur-Nr.<br>**Panalpina-Welttransport  801532**<br>GmbH<br>Ingolstaedter Str. 25<br>90461 Nuernberg<br>0911/4309-0 |
| 11) Empfänger          12) Empfänger-Nr<br>Delphi Packard Electric Systems      S714388<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX | 13) Bordero-/Ladeliste-Nr. |

| 14) Anliefer-/Abladestelle | 15) Versandvermerk für den Versandspediteur |
|---|---|
| Delphi Packard Electric Systems<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX<br>Abladestelle:Goods receiving | |
| | 16)Eintrefftermin 05/03/2005 17) Eintreffzeit 00:00:00 |

| 18)Zeichen und Nr | 19) Anzahl | 20)Packstück | 22)Inhalt | 23)Lademittel-Gewicht kg | 24)Brutto-Gewicht kg |
|---|---|---|---|---|---|
| 80027759 | 1 | EW-Palette IS | 12,000 ST 15339902 | 25,65 | 100.65 |
| 80027759 | 1 | EW-Palette IS | 3,000 ST 15339902 | 12.50 | 31.30 |
| | | | | | |
| 25) Summe | 2 | 26) Rauminhalt cdm/Lademeter | Summen | 38.15 | 132.15 |

| 29) Gefahrgut UN-Nr.<br>Gefahrgut-Bezeichnung |  |  |
|---|---|---|
| **30) Frankatur**<br>Ab Werk | 31) Warenwert für Transportversicherung | 32) Versender-Nachnahme |

| 33) Anlagen | 34) Auftragsnummer Kunde       35) Kontierung<br>36) Transportmittel-Nr.<br>37) LKW-Code<br>38) Versandart              39) Abrechnungs-Schl.<br>40) Empfangsbestätigung des Warenempfängers:<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand<br>erhalten" |
|---|---|
| **41) Empfangsbestätigung**<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand<br>übernommen" | |
| 28.4.05     WAG WG 89 | Firmenstempel/Unterschrift: |
| Datum     Uhrzeit     Unterschrift | 42) Did Sendung enthält     davon getauscht     46) Für Spediteur<br>Euro-Flach-Pal.:     Euro-Flach-Pal.: |
| **43) Es gelten die Allgemeinen Deutschen Spediteurbedingungen<br>(ADSp) in ihrer jeweils neuesten Fassung.** | Euro-Gitter-Pal.:     Euro-Gitter-Pal.: |

**ALLGEMEINE VERKAUFSBEDINGUNGEN**
leitet die Operationen, die von den Transportorganisatoren-commissires durchgeführt werden

| 1) Versender / Lieferant       2) Lieferanten-Nr | 3) Speditionsauftrags-Nr |
|---|---|
| Valeo Schalter und Sensoren GmbH<br>0935812605130<br>Kehläcker<br>Wemding 86650 | 80027392 |

| 5) Beladestelle |
|---|

| **SPEDITIONAUFTRAG** |
|---|
| 6) Datum            7) Relation-Nr.<br>04/27/2005<br>9) Versandspediteur            10) Spediteur-Nr. |

| 8) Sendungsnummer |
|---|
| 80027392 |

| 11) Empfänger            12) Empfänger-Nr |
|---|
| Delphi Packard Electric Systems      S714388<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX |

**Panalpina-Welttransport  801532**
GmbH
Ingolstaedter Str. 25
90461 Nuernberg
0911/4309-0

13) Bordero-/Ladeliste-Nr.

| 14) Anliefer-/Abladestelle | 15) Versandvermerk für den Versandspediteur |
|---|---|
| Delphi Packard Electric Systems<br>48 Walter Jones, Mail Sta. 32B<br>79906 El Paso, TX<br>Abladestelle:Goods receiving | 120 X 80 X 110 |

16)Eintrefftermin 05/02/2005 17) Eintreffzeit 00:00:00

| 18)Zeichen und Nr | 19)<br>Anzahl | 20)Packstück | 22)Inhalt | 23)Lademittel-<br>Gewicht kg | 24)Brutto-<br>Gewicht kg |
|---|---|---|---|---|---|
| 80027392 | 1 | EW-Palette IS | 15,000 ST 15339902 | 25.65 | 116.05 |
| 25) Summe | 1 | 26) Rauminhalt cdm/Lademeter | Summen | 25.65 | 116.05 |

| 29) Gefahrgut UN-Nr.<br>Gefahrgut-Bezeichnung |
|---|

| 30) Frankatur | 31) Warenwert für Transportversicherung   32) Versender-Nachnahme |
|---|---|
| Ab Werk | |

| 33) Anlagen | 34) Auftragsnummer Kunde            35) Kontierung<br>36) Transportmittel-Nr.<br>37) LKW-Code<br>38) Versandart            39) Abrechnungs-Schl. |
|---|---|
| | 40) Empfangsbestätigung des Warenempfängers:<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand<br>erhalten" |
| 41) Empfangsbestätigung<br>"Obige Sendung vollständig und in ordnungsgemäßem Zustand<br>übernommen" | Firmenstempel/Unterschrift: |

28.4.05   MKG WG 87   [signature]

| Datum      Uhrzeit      Unterschrift | 42) Die Sendung enthält   davon getauscht | 46) Für Spediteur |
|---|---|---|
| | Euro-Flach-Pal.:   Euro-Flach-Pal.: | |
| 43) Es gelten die Allgemeinen Deutschen Spediteurbedingungen<br>(ADSp) in ihrer jeweils neuesten Fassung. | Euro-Gitter-Pal.:   Euro-Gitter-Pal.: | |

ALLGEMEINE VERKAUFSBEDINGUNGEN

DELIVERY NOTE : 800766602
VALEO SCHALTER & SENSOREN
VENDOR

Valeo Schalter und Sensoren GmbH
Laiernstrasse 12
74321 Bietigheim-Bissingen
GERMANY
Tel.:+49(7142)916-0 Fax:+49(7142)916-1000
VAT ID No. : DE812605110

Vendor Code            :

SUPPLIER

Valeo Schalter und Sensoren GmbH
Kohlacker
86650 WEMDING
GERMANY

DATE : 18.10.2005

SHIP TO CUSTOMER

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 329
79906 El PASO, TX
USA
Unloading point : Goods receiving

Your contact : Thomas Schneider
Telephone     : 07142 916-1799

Expedition on : 18.10.2005 at 16:21:24
Delivered on : 21.10.2005 at 10:11:28

| Material Description / Customer P.O. Number / Origin Country | Customer Material / Revision Level / VALEO Material Number | Shipped, Unit Quantity / of / Measure | Packaging Unit Type | Qty | Packaging Unit Nr / Lot Nr / Expiration date | Qty per packaging unit | Kanban Nr / External call Nr | Han |
|---|---|---|---|---|---|---|---|---|
| GEHAEUSE FLM PSDP43150057 GERMANY | 15339902 590-882-00-00 | 7,500  PC | SW=Palette ISO415 Exp Folding/ cardboard box | 1 5 : from 1577610 To 1577606 | 7,500 1,500 | 157 | |

Total gross weight  :  68.50 KG
Total no. of handling units 1
Total volume        :  0.00

SIGNATURE AND SHIP-TO STAMP
Received in good shape without damage due to
transport

CARRIER

PanAlpine-Welttransport
Ingolstaedter Str. 25
90461 Nuernberg

Vehicle Nr    :
Trailer Nr    :
Trailer Nr    :
Transport ID  :
Transport Mode :
Incoterms      :  EXW Wemding

TRANSIT LOCATION

Page 1 /



# DELIVERY NOTE : 80076595

## VALEO SCHALTER & SENSOREN
VENDOR

| Vendor Code | : |
|---|---|

VALEO SCHALTER & SENSOREN

Valeo Schalter und Sensoren GmbH
Laiernstrasse 12
74321 Bietigheim-Bissingen
86650 WEMDING
GERMANY
Tel:+49(7142)916-0 Fax:+49(7142)916-1000
VAT ID No. : DE812605130

**SUPPLIER**

Valeo Schalter und Sensoren GmbH
Kahlstrae
86650 WEMDING
GERMANY

Your contact : Thomas Schneider
Telephone     : 07142 916-1759

**DATE : 18.10.2005**

**SHIP TO CUSTOMER**

Delphi Packard Electric Systems
44 Walter Jones, Mail Sta. 325
79906 EL PASO, TX
USA
Unloading point : Goods receiving

Expedition on : 18.10.2005 AT 10:15:39
Delivered on : 21.10.2005 at 10:15:46

| Material Description Customer P.O. Number Origin Country | Customer Material Revision Level VALEO Material Number | Shipped Quantity | Unit of Measure | Packaging Unit/Type | Qty | Packaging Unit Nr Lot Nr Expiration date | Qty per packaging unit | Kanban Nr External call Nr | Han... |
|---|---|---|---|---|---|---|---|---|---|
| GEHAEUSE EZM PEDV4310057 GERMANY | 15339902 598-882-00-00 | 7,500 | PC | EW-Palette 15PW15_Exp Folding cartond box. | 1 5 | From 1577583 TO 1577579 | 7,500 1,500 | 157 |  |

**CARRIER**

Panalpina-Welttransport
Logolstandter Str. 25
90462 Nuernberg

| : |  |
|---|---|
| Vehicle Nr | : |
| Trailer Nr | : |
| Transport ID | : |
| Transport mode | : |
| Incoterms | : EXW Wending |

| Total gross weight | : 68.50 Kg |
|---|---|
| Total no. of handling units | : 1 |
| Total volume | : 0.00 |

SIGNATURE AND DATE/OR STAMP
Reviced in good shape without damage due to
transport

**TRANSIT LOCATION**

Page 1 /



DELIVERY NOTE : 80061674

**VALEO SCHALTER & SENSOREN**
VENDOR

Vendor Code :

Valeo Schalter und Sensoren GmbH
Laiernstrasse 12
74321 Bietigheim-Bissingen
86650 WENDING
GERMANY
Tel.:+49(7142)916-0 Fax.:+49(7142)916-1000
VAT ID No. : DE812605130

SUPPLIER

Valeo Schalter und Sensoren GmbH
Kohlackerr
86650 WENDING
GERMANY

Your contact : Thomas Schneider
Telephone : 07142 916-1759

DATE : 30.08.2005

SHIP TO CUSTOMER

Delphi Packard Electric Systems
460 Walter Jones, Mail Sta. 32B
79906 El PASO, TX
USA
Unloading point : Goods receiving

Expedition on : 30.08.2005 at 00:00:00
Delivered on : 02.09.2005 at 07:37:46

| Material Description | Customer P.O. Number | Customer Material Revision Level Origin Country | VALEO Material Number | Shipped Quantity | Unit of Measure | Packaging Unit Type | Qty | Packaging Unit Nr Lot Nr Expiration date | Qty per packaging unit | Kanban Nr External call Nr | Hand |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GEHAEUSE FIX PBTP431200S7 GERMANY 110 X 80 X 76 | 590-882-00-00 | | 15339982 | 9,000 | PC | EM-Palette 188x115 Exp | 1 | | 9,000 | | 138! |
| | | | | | | Folding carboard box | 6 | From 1389668 To 1389673 | 1,500 | | |

Total gross weight : 78.20 KG
Total no. of handling units : 1
Total volume : 0.00

SIGNATURE AND SHIP'S STAMP
Refused in good shape without damage due to
transport

CARRIER

Penaispina-Weltztransport
Ingolstaedter Str. 25
90461 Nuernberg

Vehicle Nr : LKW
Trailer Nr :
Transport ID :
Transport Mode : Truck
Incoterms : EXW Wending

TRANSIT LOCATION

Page 1 /

DATE : 24.08.2005

RY NOTE : 800600099
SCHALTER & SENSOREN
    VENDOR

eo Schalter und Sensoren GmbH
ermatrasse 11
21 Bietigheim-Bissingen
+49(7142)916-0 Fax:+49(7142)916-1000
ID No. : DE812605130

dor Code      :

**SUPPLIER**

Valeo Schalter und Sensoren GmbH
Kablicker
86650 WENDING
GERMANY

Your contact : Thomas Schneider
Telephone    : 07142 916-1759

**SHIP TO CUSTOMER**

Delphi Packard Electric Systems
46 Walter Jones, Mail Sta. 32B
79906 EL PASO, TX
USA
Unloading point : Goods receiving

Expedition on : 24.08.2005 at 00:00:00
Delivered on  : 29.08.2005

| Material Description<br>Customer P.O. Number<br>Origin Country | Customer Material<br>Revision Level<br>VALEO Material Number | Shipped<br>Quantity | Unit<br>of<br>Measure | Packaging<br>Unit Type | Qty | Packaging Unit Nr<br>Lot Nr<br>Expiration date | Qty per<br>packaging<br>unit | Kanban Nr<br>External call<br>Nr | Handling Un<br>Nr |
|---|---|---|---|---|---|---|---|---|---|
| E PLN | 15339902 | 9,000 | PC | EW-palette IEPPL1-Ecg | 1 | | 9,000 | | 1362375 |
| 0057 | 590-082-00-00 | | | Folding carboard boor | 6 | Repon 1362366<br>To  1362371 | 1,500 | | |

Total gross weight    : 74.20 KG
Total no. of handling units : 1
Total volume          :   0.00

**CARRIER**
plna-Waltrransport
staadter Str. 25
Nuernberg

Vehicle Nr
Trailer Nr
Transport ID
Transport Mode
Incoterms        : EXW Wending

SIGNATURE AND SHIP-TO STAMP
Received in good shape without damage due to
transport

**TRANSIT LOCATION**

Page 1 /   1



DATE : 11.08.2005

RY NOTE : 80057774
SCHALTER & SENSOREN
VENDOR

eo Schalter und Sensoren GmbH
ermatrasse 12
21 Bietigheim-Bissingen
-+49(7142)916-0 Fax:+49(7142)916-1000
ID No. : DE811601130

dor Code

SUPPLIER

Valeo Schalter und Sensoren GmbH
Kohlsäcker
86650 WÖRDING
GERMANY

Your contact   : Thomas Schreiber
Telephone      : 07142 916-1759

SHIP TO CUSTOMER

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. J2B
79906 EL PASO, TX
USA
Unloading point : Goods receiving

Expedition on : 11.08.2005 at 00:00:00
Delivered on : 17.08.2005 at 10:39:37

| Material Description Customer P.O. Number Origin Country | Customer Material Revision Level VALEO Material Number | Shipped Quantity | Unit of Measure | Packaging Unit Type | Qty | Packaging Unit Nr Lot Nr Expiration date | Qty per packaging unit | Kanban Nr External call Nr | Handling Un Nr |
|---|---|---|---|---|---|---|---|---|---|
| E FÜR | | | | EM-Palette ISPM15 Exp | 1 | | | | 1328602 |
| 0057 | 15339902 | 300,000 | PC | Folding cardboard box | 7 | From 1328541 To 1328547 | 15,000 | | |
| | 590-682-00-00 | | | Folding cardboard box | 3 | From 1328588 To 1328590 | 1,500 | | |
| | | | | | | | 1,500 | | |
| | | | | EM-Palette ISPM15 Exp | 1 | | | | 1328603 |
| | | | PC | Folding cardboard box | 10 | From 1328591 To 1328600 | 15,000 | | |
| ) X 115  2X | | | | | | | 1,500 | | |

Total gross weight   :   234.00 KG
Total no. of handling units :   2
Total volume            :      0.00

SIGNATURE AND SHIP-TO STAMP
Received in good shape without damage due to
transport

| CARRIER | | TRANSIT LOCATION |
|---|---|---|
| ina-Waltransport | Vehicle Nr : | |
| teadler Str. 25 | Trailer Nr : | |
| Nuernberg | Trailer ID : | |
| | Transport Mode : | |
| | Incoterms : EXW Waerding | |

DATE : 09.08.2005

DY NOTE : 800573358
SCHALTER & SENSOREN
VENDOR

so Schalter und Sensoren GmbH
enastrasse 12
21 Bietigheim-Bissingen
:+49(7142)916-0 Fax:+49(7142)916-1000
ID No. : DE812605110

Scr Code         :

SUPPLIER

Valeo Schalter und Sensoren GmbH
Kehlacker
86650 WEMDING
GERMANY

Your contact : Thomas Schneider
Telephone    : 07142 916-1759

SHIP TO CUSTOMER

Delphi Packard Electric Systems
16 Walter Jones, Mail Sta. 32B
75906 EL PASO, TX
USA
Unloading point : Goods receiving

Expedition on : 09.08.2005 at 12:39:02
Delivered on  : 12.08.2005 at 12:39:03

Page 1 / 1

| Material Description Customer P.O. Number Origin Country | Customer Material Revision Level VALEO Material Number | Shipped Quantity | Unit of Measure | Packaging Unit Type | Qty | Packaging Unit Nr Lot Nr Expiration date | Qty per packaging unit | Kanban Nr External call Nr | Handling Un Nr |
|---|---|---|---|---|---|---|---|---|---|
| E FLK 0057 | 15339902 590-882-00-00 | 30.000 | PC | Flat pallet | 1 | | | | 1322697 |
| | | | | Folding cardboard box | 10 | From 1322676 To 1322685 | 15.000 1.500 | | |
| | | | PC | Flat pallet | 1 | | | | 1322698 |
| | | | | Folding cardboard box | 10 | From 1322686 To 1322695 | 15.000 1.500 | | |

TRANSIT LOCATION

CARRIER
)ima-Welttransport
itsedter Str. 25
Nuernberg

Vehicle Nr      :
Trailer Nr     :
Transport ID   :
Transport Mode :
Incoterms      : EXW Wemding

Total gross weight     :    222.00 KG
Total no of handling units :    2
Total volume           :      0.00

SIGNATURE AND SHIP-TO STAMP
Received in good shape whole damage due to
transport

DATE : 28.04.2005

RY NOTE : 80027759
SCHALTER & SENSOREN    VENDOR

no Schalter und Sensoren GmbH
ernstrasse 12
21 Bietigheim-Bissingen
+49(7142)916-0 Fax:+49(7142)916-1000
ID No. : DE812606130

or Code

**SUPPLIER**

Valeo Schalter und Sensoren GmbH
Kohlaecker
86650 WENDING
GERMANY

Your contact : Thomas Schneider
Telephone : 07142 916-1759

**SHIP TO CUSTOMER**

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 EL PASO, TX
USA
Unloading point : Goods receiving

Expedition on : 28.04.2005 at 07:46:05
Delivered on : 03.05.2005

| Material Description Customer P.O. Number Origin Country | Customer Material Revision Level VALEO Material Number | Shipped Quantity | Unit of Measure | Packaging Unit Type | Qty | Packaging Unit Nr Lot Nr Expiration date | Qty per packaging unit | Kanban Nr External call Nr | Handling Un Nr |
|---|---|---|---|---|---|---|---|---|---|
| 6 FLM 0057 | 15339902 | 15,000 | PC | EH-Palette ISPM15  Exp | 1 | | 12,000 | | 100690653 |
| | | | | WRAP FALTSCHACHTEL | 8 | From 100690654 To 100690661 | 1,500 | | |
| | | | | HEIGKISTE.C22 | 1 | | | | |
| | 550-882-00-00 | | PC | EH-Palette ISPM15  890 | 1 | | 3,000 | | 100690662 |
| | | | | WRAP FALTSCHACHTEL | 1 | From 100690663 To 100690665 | 1,500 | | |
| | | | | WRAP FALTSCHACHTEL | 1 | From 100690665 | 1,500 | | |
| | | | | Folding cardboard box | 1 | To 100690665 | | | |

Total gross weight   :   132.15 KG
Total no. of handling units : 2
Total volume   :   0.00

SIGNATURE AND SHIP TO STAMP
Received in good shape without damage due to transport

**CARRIER**

xima-Weittransport
taendor Str. 25
Nuernberg

Vehicle Nr      : LKW
Trailer Nr      :
Transport ID    :
Transport Mode  : Truck
Incoterms       : EXW Wendling

TRANSIT LOCATION

[Page 1 / 1]



DATE : 27.04.2005

SHIP TO CUSTOMER

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 EL PASO, TX
USA
Unloading point : Goods receiving

Expedition on : 27.04.2005 at 16:11:20
Delivered on : 02.05.2005

SUPPLIER

Valeo Schalter und Sensoren GmbH
Kehlacker
86650 WEMDING
GERMANY

Your contact : Thomas Schneider
Telephone : 07142 916-1759

DELIVERY NOTE : 800027392
SCHALTER & SENSOREN
VENDOR

Valeo Schalter und Sensoren GmbH
enostrasse 11
21 Elektingheim-Bissingen
+49(7142)916-0 Fax:+49(7142)916-1000
ID No. : DE812645110

Abr Code :

| Material Description Customer Material Revision Level VALEO Material Number | Customer P.O. Number Origin Country | Shipped Quantity | Unit of Measure | Packaging Unit Type | Qty | Packaging Unit Nr Lot Nr Expiration date | Qty per packaging unit | Kanban Nr External call Nr | Handling Unit Nr |
|---|---|---|---|---|---|---|---|---|---|
| 6 PIN | 15339902 | 15.000 | PC | EN-Palette 218M15, Euw | 1 | | | | 100684891 |
| 0957 | 5S0-882-05-00 | | | WELLP-FALTSCHACHTEL | 1 | From 100684892 | 15.000 | | |
| | | | | NEILAKISTE,C22 | 1 | To 100684892 | 15.000 | | |

Total gross weight : 316.05 KG
Total no. of handling units 1
Total volume : 0.00

SIGNATURE AND SHIP-TO STAMP
Received in good shape without damage due to
transport

CARRIER

pine-Welttransport
standtor Str. 25
Nuernberg

Vehicle Nr : LKW
Trailer Nr :
Transport ID :
Transport Mode : Truck
Incoterms : EXW Wemding

TRANSIT LOCATION

Page 1 / 1

**Valeo**
Switches
& Detection Systems

Valeo Schalter und Sensoren GmbH
Lämmerstrasse 12
74321 Bietigheim-Bissingen - GERMANY
Tel:+49(7142)916-0
Fax:+49(7142)916-1000

VALEO VAT number: DE812605130
Tax number: 55083/10585

Invoice - Printed by computer
Please quote the invoice number in all payments and correspondence.

# Invoice

| | |
|---|---|
| 5a)Client account | 1a)Supplier code | | 97012248 | Page 1/ 1 |
| 530521 | | Delivery note number | 80027392 | |

Valeo Schalter und Sensoren GmbH * Postfach
* Wernding DE

DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550

48501-1550 Flint. MI. 48501-1550
USA
Customer Tax number:

Dispatch address

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 El Paso, TX
USA

4)Shipping date
04/27/2005

5)Billing date
04/27/2005

12)Unloading point
Goods receiving

Incoterms
EXW Wernding
Ex Works

9)Our order number
30016571

| 17)Reference in the order | 18)Your order number | 13) Classif. Acc. to order | 14)Packing according to: |
|---|---|---|---|
| | PEDP4310057 / 30100-18/manuell2 | | According to delivery |

| 11)Transport type | Frei | Unfrei | 10)Signature of the sender | 15)Gross Weight Kg | 16)Net Weight Kg |
|---|---|---|---|---|---|
| Truck | | X | | 116,047 | 90,000 |

| Pos. N° | Material 20)Description as from order Order, packaging detail, kg net per line 19)Material/Plan/Customer material | 21)Quantity | 22)U. | Unit code | Unit price | Total price |
|---|---|---|---|---|---|---|
| | | | | | | EUR |
| 10 | 590-882-00-00 GEHAEUSE FLH 15339902 39269099 Country of origin: DE | 15,000 | PC | 1 PC | 0.29 EUR | 4,350.00 |

| | |
|---|---|
| Total net | 4,350.00 |
| V.A.T. | 0.00 |
| Total amount | 4,350.00 |

UNLESS AGREED UPON OTHERWISE OUR GENERAL CONDITIONS OF SALE APPLY EXCLUSIVELY.
THE GOODS REMAIN THE PROPERTY OF VALEO UNTIL COMPLETE PAYMENT.

Terms of payment: End of month, the 25th

**Valeo**
Switches
& Detection Systems

Valeo Schalter und Sensoren GmbH
Lelamstrasse 12
74321 Bietigheim-Bissingen - GERMANY
Tel:+49(7142)916-0
Fax:+49(7142)916-1000

VALEO VAT number: DE812605130
Tax number: 55083/10565

Invoice - Printed by computer
Please quote the invoice number in all payments and correspondence.

| 5a)Client account | 1a)Supplier code | **Invoice** | 97012673 | Page 1 / 1 |
|---|---|---|---|---|
| 530521 | | Delivery note number | 80027759 | |

Valeo Schalter und Sensoren GmbH * Postfach
* Wernding DE

| | |
|---|---|
| Dispatch address | 4)Shipping date |
| | 04/27/2005 |

DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550

48501-1550 Flint. MI. 48501-1550
USA
Customer Tax number:

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 El Paso, TX
USA

| |
|---|
| Billing date |
| 04/28/2005 |
| 12)Unloading point |
| Goods receiving |
| Incoterms |
| EXW Wernding |
| Ex Works |
| 9)Our order number |
| 30016571 |

| 17)Reference in the order | 18)Your order number | 13) Classif. Acc. to order | 14)Packing according to: |
|---|---|---|---|
| | PEDP4310057 / 30100-18/manuell2 | | According to delivery |

| 11)Transport type | Frei | Unfrei | 10)Signature of the sender | 15)Gross Weight Kg | 16)Net Weight Kg |
|---|---|---|---|---|---|
| Truck | | X | | 132,147 | 90,000 |

| Pos. N° | Material 20)Description as from order Order, packaging detail, kg net per line 19)Material/Plan/Customer material | 21)Quantity | 22)U. | Unit code | Unit price | Total price EUR |
|---|---|---|---|---|---|---|
| 10 | 590-882-00-00 GEHAEUSE FLH 15339902 39269099  Country of origin: DE | 15,000 | PC | 1 PC | 0.29 EUR | 4,350.00 |

| | |
|---|---|
| Total net | 4,350.00 |
| V.A.T. | 0.00 |
| Total amount | 4,350.00 |

UNLESS AGREED UPON OTHERWISE OUR GENERAL CONDITIONS OF SALE APPLY EXCLUSIVELY.
THE GOODS REMAIN THE PROPERTY OF VALEO UNTIL COMPLETE PAYMENT.

Terms of payment: End of month, the 25th

**Valeo**
Switches
& Detection Systems

Valeo Schalter und Sensoren GmbH
Laiernstrasse 12
74321 Bietigheim-Bissingen - GERMANY
Tel:+49(7142)916-0
Fax:+49(7142)916-1000

VALEO VAT number: DE812605130
Tax number: 55083/10585

Invoice - Printed by computer
Please quote the invoice number in all payments and correspondence.

| | |
|---|---|
| **Invoice** | 97042861    Page 1 / 1 |
| Delivery note number | 80057358 |

| 5a)Client account | 1a)Supplier code | Dispatch address | 4)Shipping date |
|---|---|---|---|
| 530521 | | | 08/09/2005 |

Valeo Schalter und Sensoren GmbH * Postfach
* Wemding DE

DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550

48501-1550 Flint, MI. 48501-1550
USA
Customer Tax number:

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 El Paso, TX
USA

| 8)Invoice date | 08/09/2005 |
|---|---|
| 12)Unloading point | Goods receiving |
| Incoterms | EXW Wemding |
| | Ex Works |
| 9)Our order number | 30016571 |

| 17)Reference in the order | 18)Your order number | 13) Classif. Acc. to order | 14)Packing according to: |
|---|---|---|---|
| | PEDP4310057 / 30100-18/manuell2 | | According to delivery |

| 11)Transport type | Frei | Unfrei | 10)Signature of the sender | 15)Gross Weight Kg | 16)Net Weight Kg |
|---|---|---|---|---|---|
| | | X | | 222,000 | 180,000 |

| Pos. Nº | Material 20)Description as from order Order, packaging detail, kg net per line 19)Material/Plant/Customer material | 21)Quantity | 22)U. | Unit code | Unit price | Total price EUR |
|---|---|---|---|---|---|---|
| 10 | 590-882-00-00 GEHAEUSE FLH 15339902 39269099  Country of origin: DE | 30,000 | PC | 1 PC | 0.29 EUR | 8,700.00 |

Total net 8,700.00
V.A.T. 0.00
Total amount 8,700.00
UNLESS AGREED UPON OTHERWISE OUR GENERAL CONDITIONS OF SALE APPLY EXCLUSIVELY.
THE GOODS REMAIN THE PROPERTY OF VALEO UNTIL COMPLETE PAYMENT.

Terms of payment: End of month, the 25th

**Valeo**
Switches
& Detection Systems

Valeo Schalter und Sensoren GmbH
Lalenstrasse 12
74321 Bietigheim-Bissingen - GERMANY
Tel:+49(7142)916-0
Fax:+49(7142)916-1000

VALEO VAT number: DE812605130
Tax number: 65083/10585

Invoice - Printed by computer
Please quote the invoice number in all payments and correspondence.

# Invoice

| 5a)Client account | 1a)Supplier code | Delivery note number | 97043079 |
|---|---|---|---|
| 530521 | | | 80057774 | Page 1 / 1 |

Valeo Schalter und Sensoren GmbH * Postfach
* Wemding DE

Dispatch address

**DELPHI AUTOMOTIVE SYSTEMS**
P.O. BOX 1550

48501-1550 Flint. MI. 48501-1550
USA
Customer Tax number:

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 El Paso, TX
USA

| | |
|---|---|
| 4)Shipping date | 08/11/2005 |
| Billing date 08/11/2005 | |
| 12)Unloading point | Goods receiving |
| Incoterms | EXW Wemding |
| | Ex Works |
| 9)Our order number | 30016571 |

| 17)Reference in the order | 18)Your order number: PEDP4310057 / 30100-18/manuel12 | 13) Classif. Acc. to order | 14)Packing according to: According to delivery |
|---|---|---|---|

| 11)Transport type | Frei | Unfrei X | 10)Signature of the sender | 15)Gross Weight Kg 234,000 | 16)Net Weight Kg 180,000 |
|---|---|---|---|---|---|

| Pos. N° | Material / 20)Description as from order Order, packaging detail, kg net per line | 21)Quantity | 22)U. | Unit code | Unit price | Total price |
|---|---|---|---|---|---|---|
| | 19)Material/Plant/Customer material | | | | | EUR |
| 10 | 120 X 80 X 115   2X | | | | | |
| | 590-882-00-00 GEHAEUSE FLH | 30,000 | PC | 1 PC | 0.29 EUR | 8,700.00 |
| | 15339902 | | | | | |
| | 39269099  Country of origin: DE | | | | | |

| | |
|---|---|
| Total net | 8,700.00 |
| V.A.T. | 0.00 |
| Total amount | 8,700.00 |

UNLESS AGREED UPON OTHERWISE OUR GENERAL CONDITIONS OF SALE APPLY EXCLUSIVELY.
THE GOODS REMAIN THE PROPERTY OF VALEO UNTIL COMPLETE PAYMENT.

Terms of payment: End of month, the 25th

**Valeo**
Switches
& Detection Systems

Valeo Schalter und Sensoren GmbH
Laiernstrasse 12
74321 Bietigheim-Bissingen - GERMANY
Tel:+49(7142)916-0
Fax:+49(7142)916-1000

VALEO VAT number: DE812606130
Tax number: 56063/10586

Invoice - Printed by computer
Please quote the invoice number in all payments and correspondence.

# Invoice

| | |
|---|---|
| 5a)Client account | 1a)Supplier code |
| 530521 | |

Valeo Schalter und Sensoren GmbH * Postfach
* Wemding DE

DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550

48501-1550 Flint. MI. 48501-1550
USA
Customer Tax number:

Delivery note number: 97044422    Page 1/ 1
80060099

Dispatch address
4)Shipping date
08/24/2005

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 El Paso, TX
USA

Billing date
08/24/2005

12)Unloading point
Goods receiving

Incoterms
EXW Wemding
Ex Works

9)Our order number
30016571

| 17)Reference in the order | 18)Your order number | 13) Classif. Acc. to order | 14)Packing according to: |
|---|---|---|---|
| | PEDP4310057 / 30100-18/manuell2 | | According to delivery |

| 11)Transport type | Frei | Unfrei | 10)Signature of the sender | 15)Gross Weight Kg | 16)Net Weight Kg |
|---|---|---|---|---|---|
| | | X | | 78,200 | 54,000 |

| Pos. N° | Material  20)Description as from order Order, packaging detail, kg net per line  19)Material/Plant/Customer material | 21)Quantity | 22)U. | Unit code | Unit price | Total price |
|---|---|---|---|---|---|---|
| | | | | | | EUR |
| 10 | 590-982-00-00 GEHAEUSE FLH  15339902  39269099  Country of origin: DE | 9,000 | PC | 1 PC | 0.29 EUR | 2,610.00 |
| | Total net | | | | | 2,610.00 |
| | V.A.T. | | | | | 0.00 |
| | Total amount | | | | | 2,610.00 |

UNLESS AGREED UPON OTHERWISE OUR GENERAL CONDITIONS OF SALE APPLY EXCLUSIVELY.
THE GOODS REMAIN THE PROPERTY OF VALEO UNTIL COMPLETE PAYMENT.

Terms of payment: End of month, the 25th

**Valeo**
Switches
& Detection Systems

Valeo Schalter und Sensoren GmbH
Laiernstrasse 12
74321 Bietigheim-Bissingen - GERMANY
Tel:+49(7142)918-0
Fax:+49(7142)918-1000

VALEO VAT number: DE812605130
Tax number: 55063/10585

Invoice - Printed by computer
Please quote the invoice number in all payments and correspondence.

| 5a)Client account | 1a)Supplier code | **Invoice** | 97045420 | Page 1/ 1 |
|---|---|---|---|---|
| S30521 | | Delivery note number | 80061674 | |

Valeo Schalter und Sensoren GmbH * Postfach
* Wemding DE

**DELPHI AUTOMOTIVE SYSTEMS**
P.O. BOX 1550

48501-1550 Flint. MI. 48501-1550
USA
Customer Tax number:

| 4)Shipping address | |
|---|---|
| Dispatch address | |
| Delphi Packard Electric Systems | 09/30/2005 |
| 48 Walter Jones, Mail Sta. 32B | Billing date 08/30/2005 |
| 79906 El Paso, TX | 12)Unloading point |
| USA | Goods receiving |
| | Incoterms |
| | EXW Wemding |
| | Ex Works |
| | 6)Our order number |
| | 30016571 |
| | 14)Packing according to: |
| | According to delivery |

| 17)Reference in the order | 18)Your order number | 13) Classif. Acc. to order |
|---|---|---|
| | PEDP4310057 / 30100-18/manuell2 | |

| 11)Transport type | Frei | Unfrei | 10)Signature of the sender | 15)Gross Weight Kg | 16)Net Weight Kg |
|---|---|---|---|---|---|
| Truck | | X | | 78,200 | 54,000 |

| Pos. N° | Material 20)Description as from order Order, packaging detail, kg net per line 19)Material/Plant/Customer material | 21)Quantity | 22)U. | Unit code | Unit price | Total price EUR |
|---|---|---|---|---|---|---|
| 10 | 120 X 80 X 76 590-882-00-00 GEHEAUSE FLH 15339902 39269099  Country of origin: DE | 9,000 | PC | 1 PC | 0.29 EUR | 2,610.00 |

Total net    2,610.00
V.A.T.    0.00
Total amount    2,610.00
UNLESS AGREED UPON OTHERWISE OUR GENERAL CONDITIONS OF SALE APPLY EXCLUSIVELY.
THE GOODS REMAIN THE PROPERTY OF VALEO UNTIL COMPLETE PAYMENT.

Terms of payment: End of month, the 25th

# Valeo

Switches
& Detection Systems

Valeo Schalter und Sensoren GmbH
Laiernstrasse 12
74321 Bietigheim-Bissingen - GERMANY
Tel:+49(7142)918-0
Fax:+49(7142)918-1000

VALEO VAT number: DE812505130
Tax number: 35083/10585

Invoice - Printed by computer
Please quote the invoice number in all payments and correspondence.

## Invoice

| 5a)Client account | 1a)Supplier code | Delivery note number | **97054564** | Page 1/ 1 |
|---|---|---|---|---|
| 530521 | | | 80076595 | |

Valeo Schalter und Sensoren GmbH * Postfach
* Wemding DE

Despatch address

4)Shipping date
10/18/2005

**DELPHI AUTOMOTIVE SYSTEMS**
P.O. BOX 1550

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 El Paso, TX
USA

Billing date
10/18/2005

48501-1550 Flint. MI. 48501-1550
USA
Customer Tax number:

12)Unloading point
Goods receiving

Incoterms
EXW Wemding
Ex Works

9)Our order number
30016571

| 17)Reference in the order | 18)Your order number | | 13) Classif Acc. to order | 14)Packing according to: |
|---|---|---|---|---|
| | PEDP4310057 / 30100-18/manuell2 | | | According to delivery |

| 11)Transport type | | Frei | Unfrei | 10)Signature of the sender | 15)Gross Weight Kg | 16)Net Weight Kg |
|---|---|---|---|---|---|---|
| | | | X | | 68,500 | 45,000 |

| Pos. N° | Material 20)Description as from order Order, packaging detail, kg net per line 19)Material/Plant/Customer material | 21)Quantity | 22)U. | Unit code | Unit price | Total price |
|---|---|---|---|---|---|---|
| | | | | | | EUR |
| 10 | 590-882-00-00 GEHAEUSE FLH 15339902 39269099 Country of origin: DE | 7,500 | PC | 1 PC | 0.29 EUR | 2,175.00 |

|  |  |
|---|---|
| Total net | 2,175.00 |
| V.A.T. | 0.00 |
| Total amount | 2,175.00 |

UNLESS AGREED UPON OTHERWISE OUR GENERAL CONDITIONS OF SALE APPLY EXCLUSIVELY.
THE GOODS REMAIN THE PROPERTY OF VALEO UNTIL COMPLETE PAYMENT.

Terms of payment: Within 5 days Due net

**Valeo**
Switches
& Detection Systems

Valeo Schalter und Sensoren GmbH
Lalemstrasse 12
74321 Bietigheim-Bissingen - GERMANY
Tel:+49(7142)916-0
Fax:+49(7142)916-1000

VALEO VAT number:  DE812605130
Tax number:  55063/10585

Invoice - Printed by computer
Please quote the invoice number in all payments and correspondence.

# Invoice

| 5a)Client account | 1a)Supplier code | | 97054569 | Page 1/ 1 |
|---|---|---|---|---|
| 530521 | | Delivery note number | 80078602 | |
| Valeo Schalter und Sensoren GmbH • Postfach | | Dispatch address | 4)Shipping date | |
| • Wemding DE | | | 10/18/2005 | |

DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550

48501-1550 Flint. MI. 48501-1550
USA
Customer Tax number:

Delphi Packard Electric Systems
48 Walter Jones, Mail Sta. 32B
79906 El Paso, TX
USA

| | |
|---|---|
| Billing date | 10/18/2005 |
| 12)Unloading point | Goods receiving |
| Incoterms | EXW Wemding / Ex Works |
| 8)Our order number | 30016571 |

| 17)Reference in the order | 15)Your order number | | 13) Classif. Acc. to order | 14)Packing according to: |
|---|---|---|---|---|
| | PEDP4310057 / 30100-18/manuel2 | | | According to delivery |

| 11)Transport type | | Frei | Unfrei | 10)Signature of the sender | 15)Gross Weight Kg | 16)Net Weight Kg |
|---|---|---|---|---|---|---|
| | | | X | | 68,500 | 45,000 |

| Pos. Nr | Material 20)Description as from order Order, packaging detail, kg net per line 19)Material/Plan/Customer material | 21)Quantity | 22)U. | Unit code | Unit price | Total price |
|---|---|---|---|---|---|---|
| | | | | | | EUR |
| 10 | 590-882-00-00 GEHAEUSE FLH 15339902 39269099  Country of origin: DE | 7,500 | PC | 1 PC | 0.29 EUR | 2,175.00 |
| | Total net | | | | | 2,175.00 |
| | V.A.T. | | | | | 0.00 |
| | Total amount | | | | | 2,175.00 |

UNLESS AGREED UPON OTHERWISE OUR GENERAL CONDITIONS OF SALE APPLY EXCLUSIVELY.
THE GOODS REMAIN THE PROPERTY OF VALEO UNTIL COMPLETE PAYMENT.

Terms of payment: Within 5 days Due net

# Exhibit "2"

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
        In re                                     :      Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       :      Case No. 05-44481 (RDD)
                                                  :
                               Debtors.           :      (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am
employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing
agent for the Debtors in the above-captioned cases.

On August 6, 2007, I caused to be served the documents listed below (i) upon the
parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on
Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C
hereto via postage pre-paid U.S. mail:

1) Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And
   Commitment Agreement Pursuant To 11 U.S.C §§ 105(a), 363(b), 503(b), And
   507(a) ("Delphi-Appaloosa Investment And Plan Support Order") (Docket No.
   8856) [a copy of which is attached hereto as Exhibit D]

2) Sixth Amended Order Suspending Further Proceedings On Debtors' Motion For
   Order Under 11 U.S.C § 1113(c) Authorizing Rejection Of Collective
   Bargaining Agreements And Authorizing Modification Of Retiree Welfare
   Benefits Under 11 U.S.C. § 1114(g) ("Sixth Amended Section 1113 And 1114
   Proceedings Suspension Order") (Docket No. 8880) [a copy of which is
   attached hereto as Exhibit E]

3) Expedited Motion For Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107,
   108(a)(2), And 546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (i)
   Authorizing Debtors To Enter Into Stipulations Tolling Statute Of Limitations
   With Respect To Certain Claims, (ii) Authorizing Procedures To Identify
   Causes Of Action That Should Be Preserved, And (iii) Establishing Procedures
   For Certain Adversary Proceedings Including Those Commenced By Debtors
   Under 11 U.S.C. § 541, 544, 545, 547, 548, Or 553 ("Preservation Of Estate
   Claims Procedures Motion") (Docket No. 8905) [a copy of which is attached
   hereto as Exhibit F]

4)  Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And
    Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding
    Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation
    Including Modification Of IUOE ,IBEW, And IAM Collective Bargaining
    Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And
    IAM-Represented Retirees And (II) Modification Of, And Term Sheet
    Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly
    Active Employees And Retirees ("IUOE, IBEW, And IAM 1113/1114
    Settlement And Retiree Benefit Approval Motion") (Docket No. 8906) [a copy
    of which is attached hereto as Exhibit G]

5)  Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And
    Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding
    Among IUE-CWA, Delphi, And General Motors Corporation Including
    Modification Of IUE-CWA Collective Bargaining Agreements And Retiree
    Welfare Benefits For Certain IUE-CWA-Represented Retirees ("IUE-CWA
    1113/1114 Settlement Approval Motion") (Docket No. 8907) [a copy of which
    is attached hereto as Exhibit H]

On August 6, 2007, I caused to be served the document listed below (i) upon the
parties listed on Exhibit I hereto via overnight delivery and (ii) upon the parties listed on
Exhibit J hereto via electronic notification:

6)  Order Authorizing And Approving Delphi-Appaloosa Equity Purchase And
    Commitment Agreement Pursuant To 11 U.S.C §§ 105(a), 363(b), 503(b), And
    507(a) ("Delphi-Appaloosa Investment And Plan Support Order") (Docket No.
    8856) [a copy of which is attached hereto as Exhibit D]

On August 6, 2007, I caused to be served the documents listed below upon the
parties listed on Exhibit K hereto via overnight delivery:

7)  Sixth Amended Order Suspending Further Proceedings On Debtors' Motion For
    Order Under 11 U.S.C § 1113(c) Authorizing Rejection Of Collective
    Bargaining Agreements And Authorizing Modification Of Retiree Welfare
    Benefits Under 11 U.S.C. § 1114(g) ("Sixth Amended Section 1113 And 1114
    Proceedings Suspension Order") (Docket No. 8880) [a copy of which is
    attached hereto as Exhibit E]

8)  Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And
    Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding
    Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation
    Including Modification Of IUOE ,IBEW, And IAM Collective Bargaining
    Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And
    IAM-Represented Retirees And (II) Modification Of, And Term Sheet

Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees ("IUOE, IBEW, And IAM 1113/1114 Settlement And Retiree Benefit Approval Motion") (Docket No. 8906) [a copy of which is attached hereto as <u>Exhibit G</u>]

9)  Expedited Motion For Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among IUE-CWA, Delphi, And General Motors Corporation Including Modification Of IUE-CWA Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUE-CWA-Represented Retirees ("IUE-CWA 1113/1114 Settlement Approval Motion") (Docket No. 8907) [a copy of which is attached hereto as <u>Exhibit H</u>]

Dated: August 10, 2007

_____*/s/ Evan Gershbein*_____
Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 10th day of August, 2007, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____*/s/ Leanne V. Rehder*_____

Commission Expires:___*6/2/08*_____

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp., Valeo Electrical Systems, Inc. - Motors and Actuators Division/Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0359 | 248-645-1568 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beabears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2301 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions Nos. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige L. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Traxton Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tennaco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation of America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-836-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

8/9/2007 11:52 AM
Email

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                    :
        In re                                       :   Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :   Case No. 05-44481 (RDD)
                                                    :
                           Debtors.                 :   (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - -  x
```

AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 20, 2007, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1)  Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), And 546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (i) Authorizing Debtors To Enter Into Stipulations Tolling Statute Of Limitations With Respect To Certain Claims, (ii) Authorizing Procedures To Identify Causes Of Action That Should Be Preserved, And (iii) Establishing Procedures For Certain Adversary Proceedings Including Those Commenced By Debtors Under 11 U.S.C. § 541, 544, 545, 547, 548, Or 553 ("Preservation Of Estate Claims Procedures Order") (Docket No. 9105) [a copy of which is attached hereto as Exhibit D]

2)  Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among IUE-CWA, Delphi, And General Motors Corporation Including Modification Of IUE-CWA Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUE-CWA-Represented Retirees ("IUE-CWA 1113/1114 Settlement Approval Order") (Docket No. 9106) [a copy of which is attached hereto as Exhibit E]

3)  Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE, IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits

For Certain Non-Represented Hourly Active Employees And Retirees ("IUOE, IBEW, And IAM 1113/1114 Settlement And Retiree Benefit Approval Order") (Docket No. 9107) [a copy of which is attached hereto as <u>Exhibit F</u>]

4) Order Pursuant To 11 U.S.C. § 365(d)(4) Further Extending Deadline To Assume Or Reject Unexpired Leases Of Nonresidential Real Property ("Third 365(d)(4) Deadline Extension Order") (Docket No. 9108) [a copy of which is attached hereto as <u>Exhibit G</u>]

5) Order To Further Extend Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. § 1452 And Fed. R. Bankr. P. 9006 And 9027 ("Fourth Removal Deadline Extension Order") (Docket No. 9109) [a copy of which is attached hereto as <u>Exhibit H</u>]

On August 20, 2007, I caused to be served the documents listed below upon the parties listed on <u>Exhibit I</u> hereto via overnight:

6) Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among IUE-CWA, Delphi, And General Motors Corporation Including Modification Of IUE-CWA Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUE-CWA-Represented Retirees ("IUE-CWA 1113/1114 Settlement Approval Order") (Docket No. 9106) [a copy of which is attached hereto as <u>Exhibit E</u>]

7) Order Under 11 U.S.C. §§ 363, 1113, And 1114 And Fed. R. Bankr. P. 6004 And 9019 Approving (I) Memoranda Of Understanding Among IUOE, IBEW, IAM, Delphi, And General Motors Corporation Including Modification Of IUOE, IBEW, And IAM Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUOE, IBEW, And IAM-Represented Retirees And (II) Modification Of, And Term Sheet Regarding, Retiree Welfare Benefits For Certain Non-Represented Hourly Active Employees And Retirees ("IUOE, IBEW, And IAM 1113/1114 Settlement And Retiree Benefit Approval Order") (Docket No. 9107) [a copy of which is attached hereto as <u>Exhibit F</u>]

On August 20, 2007, I caused to be served the document listed below upon the parties listed on <u>Exhibit J</u> hereto via overnight mail:

8) Order Pursuant To 11 U.S.C. § 365(d)(4) Further Extending Deadline To Assume Or Reject Unexpired Leases Of Nonresidential Real Property ("Third 365(d)(4) Deadline Extension Order") (Docket No. 9108) [a copy of which is attached hereto as <u>Exhibit G</u>]

On August 20, 2007, I caused to be served the document listed below upon the parties listed on Exhibit K hereto via overnight mail:

9)  Order To Further Extend Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. § 1452 And Fed. R. Bankr. P. 9006 And 9027 ("Fourth Removal Deadline Extension Order") (Docket No. 9109) [a copy of which is attached hereto as Exhibit H]

Dated: August 23, 2007

                                        _____/s/ Elizabeth Adam_____
                                        Elizabeth Adam


State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of August, 2007, by Elizabeth Adam, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  _____/s/ Leanne V. Rehder_____

Commission Expires:___3/2/08_____

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. – Motors and Actuators Division; Valeo Electrical Systems, Inc. – Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A. Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howick & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | 248-645-1568 | bgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 500 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | 678-384-7034 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to buffalo Tac Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2929 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heathers@inplaytechnologies.com | Creditor |
| Intermet Corporation | Alan Miller | 301 Commerce Street | Ste 2901 | Fort Worth | TX | 76102 | | | | amiller@intermet.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78; District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Tturon Corporation |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Jones Day | Scott L. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | slfriedman@JonesDay.com | Counsel to WL Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-836-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

8/23/2007 1:11 PM
Email

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                       Debtors.         :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 28, 2008, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Fourth Supplement To KECP Motion (Docket No. 213) Seeking Authority To Continue Short-Term At-Risk Performance Payment Program ("AIP") For First Half Of 2008 (Docket No. 12920)

2) Motion For Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Reorganization Plan (Sixth § 1121(d) Exclusivity Extension Motion") (Docket No. 12921)

3) Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order ("Extension Of Avoidance Action Service Deadline Motion") (Docket No. 12922)

On February 28, 2008, I caused to be served the document listed below upon the party listed on Exhibit D hereto via overnight mail:

4) Fourth Supplement To KECP Motion (Docket No. 213) Seeking Authority To Continue Short-Term At-Risk Performance Payment Program ("AIP") For First Half Of 2008 (Docket No. 12920)

Dated: March 4, 2008

_/s/ Elizabeth Adam_
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of March, 2008, by
Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _/s/ Vanessa R. Quiñones_

Commission Expires: _3/20/11_

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., MS 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | ssross@hodgsonruss.com | Counsel for Hexcel Corporation; Co-Counsel for Yazaki North America, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Unicorn Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc.- Motors and Actuators Division;Valeo Electrical Systems, Inc.- Wipers Division; Valeo Switches & Detection System, Inc. Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.com | |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A. Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sjholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | ben.caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | heather.beshears@inplaytechnologies.com | Creditor |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 21

2/29/2008 10:39 AM
Email

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
        In re                                    :    Chapter 11
                                                 :
DELPHI CORPORATION, et al.,                      :    Case No. 05-44481 (RDD)
                                                 :
                        Debtors.      :    (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - x
```

AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On March 28, 2008, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via electronic notification, (ii) upon the parties listed on Exhibit B hereto via facsimile and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

> Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(I) And Fed. R. Civ. P. 4(m) to Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 13277)

Dated: April 1, 2008

_/s/ Elizabeth Adam_
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 1st day of April, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Vanessa R. Quiñones_

Commission Expires: _3/20/11_

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co Counsel for Yazaki North America, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Unicoa Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc.- Motors and Actuators Division;Valeo Electrical Systems, Inc.- Wipers Division; Valeo Switches & Detection System, Inc. Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.com | |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co, Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | ben.caughey@icemiller.com | Counsel to Sumxo, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Breshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | heather@inplaytechnologies.com | Creditor |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 21

3/31/2008 9:31 AM
Email

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
       In re                         :      Chapter 11
                                            :
   DELPHI CORPORATION, et al.,      :      Case No. 05-44481 (RDD)
                                            :
                    Debtors.   :      (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Elizabeth Adam, being duly sworn according to law, depose and say that I am
employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing
agent for the Debtors in the above-captioned cases.

      On April 10, 2008, I caused to be served the documents listed below (i) upon the
parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit
B hereto via electronic notification and (iii) upon the parties listed on Exhibit C hereto via
postage pre-paid U.S. mail:

1) Motion For Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline To
Assume Or Reject Leases Of Nonresidential Real Property ("Postconfirmation
365(d)(4) Deadline Extension Motion") (Docket No. 13359) [a copy of which is
attached hereto as Exhibit D]

2) Motion For Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive
Periods Within Which To File And Solicit Acceptances Of Reorganization Plan
("Postconfirmation § 1121(D) Exclusivity Extension Motion") (Docket No.
13360) [a copy of which is attached hereto as Exhibit E]

3) Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R.
Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions
Filed In Connection With Preservation Of Estate Claims Procedures Order
("Postconfirmation Extension Of Avoidance Action Service Deadline Motion")
(Docket No. 13361) [a copy of which is attached hereto as Exhibit F]

      On April 10, 2008, I caused to be served the document listed below upon the
parties listed on Exhibit G hereto via overnight mail:

4) Motion For Order Under 11 U.S.C. § 365(d)(4) Further Extending Deadline To
Assume Or Reject Leases Of Nonresidential Real Property ("Postconfirmation

365(d)(4) Deadline Extension Motion") (Docket No. 13359) [a copy of which is attached hereto as Exhibit D]

On April 10, 2008, I caused to be served the document listed below upon the parties listed on Exhibit H hereto via overnight mail:

5) Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order ("Postconfirmation Extension Of Avoidance Action Service Deadline Motion") (Docket No. 13361) [a copy of which is attached hereto as Exhibit F]

Dated: April 16, 2008

_/s/ Elizabeth Adam_
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 16th day of April, 2008, by Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ L. Maree Sanders_

Commission Expires: _10/1/09_

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 230 Park Avenue | 17th Floor | New York | NY | 10169 | | 212-751-4300 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation; Co-Counsel for Yazaki North America, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | sgross@hodgsonruss.com | Co-Counsel for Yazaki North America, Inc. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Unicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | elizabeth.flaagan@hro.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7546 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division; Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A. Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunton & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffrey.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beshears | 234 South Extension Road | | Mesa | AZ | 85201 | | | heather@inplaytechnologies.com | Creditor |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 21

4/10/2008 8:03 PM
Email

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - x
                      :

In re                    :    Chapter 11
                       :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                       :

             Debtors.   :    (Jointly Administered)
                       :
- - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Elizabeth Adam, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On May 1, 2008, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via electronic notification and (ii) upon the parties listed on Exhibit B hereto via postage pre-paid U.S. mail:

1) Order Pursuant to 11 U.S.C. § 365(d)(4) Further Extending Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property ("Postconfirmation 365(d)(4) Deadline Extension Order") (Docket No. 13482)

2) Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within which to File and Solicit Acceptances of Reorganization Plan ("Postconfirmation § 1121(d) Exclusivity Extension Order") (Docket No. 13483)

3) Order Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order ("Postconfirmation Extension of Avoidance Action Service Deadline Order") (Docket No. 13484)

4) Order Under 11 U.S.C. §§ 363 and 1146 Fed. R. Bankr. P. 2002, 6004, and 9014 Authorizing and Approving (I) Sale by Delphi Automotive Systems LLC of Certain Machinery, Equipment, and Inventory Used at Debtor's Kettering Facility Free and Clear of Liens and (II) Entry Into Lease Agreement in Connection Therewith ("Kettering Sale Approval Order") (Docket No. 13485)

5) Order (I) Supplementing January 5, 2008 DIP Order (Docket No. 6461) and Authorizing Debtors to (A) Extend Maturity Date of DIP Facility, (B) Enter into Related Documents, and (C) Pay Fees in Connection Therewith and (II)

Authorizing Debtors to Enter into Arrangement with General Motors Corporation or an Affiliate ("Second DIP Extension Order") (Docket No. 13489)

On May 1, 2008, I caused to be served the document listed below upon the party listed on Exhibit C hereto via postage pre-paid U.S. mail:

6)   Order Pursuant to 11 U.S.C. § 365(d)(4) Further Extending Deadline to Assume or Reject Unexpired Leases of Nonresidential Real Property ("Postconfirmation 365(d)(4) Deadline Extension Order") (Docket No. 13482)

On May 1, 2008, I caused to be served the document listed below upon the party listed on Exhibit D hereto via postage pre-paid U.S. mail:

7)   Order Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order ("Postconfirmation Extension of Avoidance Action Service Deadline Order") (Docket No. 13484)

On May 1, 2008, I caused to be served the document listed below upon the party listed on Exhibit E hereto via postage pre-paid U.S. mail:

8)   Order Under 11 U.S.C. §§ 363 and 1146 Fed. R. Bankr. P. 2002, 6004, and 9014 Authorizing and Approving (I) Sale by Delphi Automotive Systems LLC of Certain Machinery, Equipment, and Inventory Used at Debtor's Kettering Facility Free and Clear of Liens and (II) Entry Into Lease Agreement in Connection Therewith ("Kettering Sale Approval Order") (Docket No. 13485)

On May 1, 2008, I caused to be served the document listed below upon the party listed on Exhibit F hereto via postage pre-paid U.S. mail:

9)   Order (I) Supplementing January 5, 2008 DIP Order (Docket No. 6461) and Authorizing Debtors to (A) Extend Maturity Date of DIP Facility, (B) Enter into Related Documents, and (C) Pay Fees in Connection Therewith and (II) Authorizing Debtors to Enter into Arrangement with General Motors Corporation or an Affiliate ("Second DIP Extension Order") (Docket No. 13489)

2

Dated: May 6, 2008

/s/ Elizabeth Adam
Elizabeth Adam

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of May, 2008, by
Elizabeth Adam, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature:    /s/ Vanessa R. Quiñones

Commission Expires:    3/20/11

3

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Bialy, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbialy@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division; Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7488 | 313-465-7489 | ljmurphy@honigman.com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | 313-465-7627 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Hunton & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel to RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | stholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillespie@infineon.com | Global Account Manager for Infineon Technologies North America |
| InPlay Technologies Inc | Heather Beahears | 234 South Extension Road | | Mesa | AZ | 85201 | | | | heather@inplaytechnologies.com | Creditor |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | 231-728-2206 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Terenco Inc. and Contech LLC |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation of America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-836-8000 | 212-836-8689 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 20

5/12/2008 11:33 AM
Email

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - x
                         :

       In re                      :       Chapter 11
                              :

DELPHI CORPORATION, et al.,     :       Case No. 05-44481 (RDD)
                              :

            Debtors.      :       (Jointly Administered)
                              :

- - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On October 2, 2009, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order ("Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion") (Docket No. 18952)

2) Notice of (I) Adjournment of Hearing on Certain Objections to Nonassumption of Certain Contracts and Leases, Assumption and Assignment of Executory Contracts and Unexpired Leases, and Cure Amounts and (II) Hearing with Respect to Objection of Kokomo Gas and Fuel Company to Debtors' Notice of Assumption and Assignment (Docket No. 18953)

On October 2, 2009, I caused to be served the document listed below upon the parties listed on Exhibit D hereto via overnight mail:

3) Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order ("Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion") (Docket No. 18952)

On October 2, 2009, I caused to be served the document listed below (i) upon the parties listed on Exhibit E hereto via overnight mail, and (ii) upon the parties listed on Exhibit F hereto via electronic notification:

4)  Notice of (I) Adjournment of Hearing on Certain Objections to Nonassumption of Certain Contracts and Leases, Assumption and Assignment of Executory Contracts and Unexpired Leases, and Cure Amounts and (II) Hearing with Respect to Objection of Kokomo Gas and Fuel Company to Debtors' Notice of Assumption and Assignment (Docket No. 18953)

Dated: October 7, 2009

_____
/s/ Darlene Calderon
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of October, 2009, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____ /s/ Gary Christensen _____

Commission Expires: _11/12/09_____

2

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp., Valeo Electrical Systems, Inc. – Motors and Actuators Division; Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A. Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S. Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to HP Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co, Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |