

**Kansas Legislature**

Home > Statutes > Statute

Previous                                                                                              Next

## 79-1804
### Chapter 79.--TAXATION
### Article 18.--LEVY OF TAXES

**79-1804. When tax due; lien on real property.** All taxes shall be due on the first day of November of each year. A lien for all taxes shall attach to the real property subject to the same on the first day of November in the year in which such tax is levied, and such lien shall continue until such taxes and penalty, charges and interest which may have accrued thereon, shall be paid by the owner of the property or other person liable to pay the same: *Provided,* That in the event fee title to such property shall be acquired on or after the first day of January in any year and before the first day of November in such year by the United States government by purchase, condemnation or otherwise or shall be acquired by purchase, condemnation or otherwise for use exclusively for state, county, municipal, literary, educational, scientific, religious, benevolent or charitable purposes, then the taxes shall become due immediately upon such property and a lien for such taxes shall attach to all such real estate prior to its being so conveyed or acquired, said taxes to be computed upon the basis of the levy for the year last preceding in which such property is so conveyed or acquired, and the amount of tax due shall be that proportion of the full year's tax as the period of the year to the date of the possession of such real property is taken under such condemnation proceedings or conveyance bears to the full year.

The county clerk shall immediately compute such taxes and certify the same to the county treasurer who shall proceed to collect such taxes as provided by law: *Provided further, however,* When property is acquired by condemnation proceedings the county treasurer shall certify the amount of the taxes to the court having jurisdiction of the condemnation proceedings in order that the notice may be served upon the lien holders as provided by law; the county attorney may also collect the amount of such taxes by civil action against the persons liable therefor.

**History:** L. 1876, ch. 34, § 85; R.S. 1923, 79-1804; L. 1949, ch. 467, § 1; L. 1959, ch. 365, § 28; June 30.

# B

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative Expense Claim Form | |
|---|---|---|
| **Debtor against which claim is asserted:**<br>Delphi Corporation, et al. 05-44481 | **Case Name and Number**<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br>Board of County Commissioners of<br>Johnson County, Kansas<br><br>Name and Address Where Notices Should be Sent<br>Johnson County Legal Department<br>111 S. Cherry St., Suite 3200<br>Olathe, KS 66061-3441<br><br>Telephone No.<br>**(913) 715-1900** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

1. BASIS FOR CLAIM
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☒ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your social security number _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)          (date)

2. DATE DEBT WAS INCURRED **2009**

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ **43,174.88**  **Estimated Based on 2008 valuation and levy**
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information): **This secured claim is for 2009 Real Estate Property Taxes**

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date **06/24/2009** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*[signature]*<br>Roger L. Tarbutton<br>Asst. County Counselor | |

# 2008 REAL ESTATE PROPERTY TAX STATEMENT

| Owner Name | Property No. | Bill No. | Tax District | Situs Address |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | DF231335-4001 | 11080049719 | 0008 | 400 W DENNIS AVE |

| Class | Land Assessed Value | Improvement Value | Legal Description | |
|---|---|---|---|---|
| C | 20,978 | 250 | 35-13-23 W 57 A SE1/4 W OF RR | EX 2.26 A & ALL LTS 28 |
| V | 256,006 | | S 1/2 23 VAC OFF & HAW EX | 2.008 AC & EX 23.5 AC |
| | | | AC & 2-14-23 PT N 1/2 BG INT | W/L RR W 1060.13' S 4 |
| | | | 846.27' NE 456.13' EX .833 AC | IN ST 8.337 ACS M/L |
| | | | OLC 308 | |

| Tax Year | Appraised Value | Assessed Value | Mill Levy | Mill Levy Tax | Specials |
|---|---|---|---|---|---|
| 2008 | 2,218,290 | 277,234 | 122.1900 | $ 33,877.17 | $ 0.00 |

| Tax Paid | Half Tax Due | Full Tax Due | Interest Due | Fees Due | Total Due |
|---|---|---|---|---|---|
| $ 33,877.17 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

JOHNSON COUNTY TREASURER
913-715-2600

PAY AT HTTP://TREASURER.JOCOGOV.ORG OR 1-877-678-4785

---

RETURN THIS PORTION WITH PAYMENT                    DF231335-4001

Half Payment    $ 0.00          Full Payment    $ 0.00          Amount Enclosed    $

AMOUNT DUE ON OR BEFORE Wednesday, June 24, 2009

DELPHI AUTOMOTIVE SYSTEMS LLC

PO BOX 5082
TROY MI 48007-5082

Johnson County Treasurer
PO Box 2902
Shawnee Mission, KS  66201-1302

09196 1 11080049719 0000000000 0000000000 0000000000 0000000000 6

## 2008 REAL ESTATE PROPERTY TAX STATEMENT

| Owner Name | Property No. | Bill No. | Tax District | Situs Address |
|---|---|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | DF231335-4057 | 11081516919 | 0008 | 0 NS |

| Class | Land Assessed Value | Improvement Value | Legal Description | |
|---|---|---|---|---|
| | 76,088 | | 35-13-23 BG NW CR SE1/4 E RW/L RR S 6' W 20' S 972' W TO ACS M/L | 567.09' S 250' E 350' TO W/L SE1/4 N 1228' TO OLC 308 2 |

| Tax Year | Appraised Value | Assessed Value | Mill Levy | Mill Levy Tax | Specials |
|---|---|---|---|---|---|
| 2008 | 634,070 | 76,088 | 122.1900 | $ 9,297.71 | $ 0.00 |

| Tax Paid | Half Tax Due | Full Tax Due | Interest Due | Fees Due | Total Due |
|---|---|---|---|---|---|
| $ 9,297.71 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

JOHNSON COUNTY TREASURER
913-715-2600

PAY AT HTTP://TREASURER.JOCOGOV.ORG OR 1-877-678-4785

---

RETURN THIS PORTION WITH PAYMENT    DF231335-4057

Half Payment    $ 0.00        Full Payment    $ 0.00        Amount Enclosed    $

AMOUNT DUE ON OR BEFORE Wednesday, June 24, 2009

DELPHI AUTOMOTIVE SYSTEMS LLC

PO BOX 5082
TROY MI 48007-5082

Johnson County Treasurer
PO Box 2902
Shawnee Mission, KS 66201-1302

09196 1 11081516919 0000000000 0000000000 0000000000 0000000000 4

# C

# Web Tax Receipt



**Johnson County Treasurer**
111 S. Cherry St., Suite 1500
Olathe, KS 66061
(913) 715-2600
http://treasurer.jocogov.org

COUNTY RESIDENT
PO BOX 5082
TROY MI 48007-5082

Payment Date:    12/22/2009

Receipt Printed:    3/26/2010

Tracking Number:    6161340

## Real Estate

| Property # | Tax Year | Tax | Interest | Fees | Prior Payments | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|
| DF231335-4001 | 2009 | $33,845.58 | $0.00 | $0.00 | $0.00 | $16,922.79 | $16,922.79 |
| 400 W DENNIS AVE    OLATHE    KS | | | | | | | |
| | | | | | TOTAL | $16,922.79 | $16,922.79 |

# Web Tax Receipt



**Johnson County Treasurer**
111 S. Cherry St., Suite 1500
Olathe, KS 66061
(913) 715-2600
http://treasurer.jocogov.org

| | |
|---|---|
| COUNTY RESIDENT<br>PO BOX 5082<br>TROY MI 48007-5082 | Payment Date: 12/22/2009<br>Receipt Printed: 3/26/2010<br>Tracking Number: 6161343 |

## Real Estate

| Property # | Tax Year | Tax | Interest | Fees | Prior Payments | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|---|
| DF231335-4057<br>0  NS | 2009<br>OLATHE    KS | $9,289.05 | $0.00 | $0.00 | $0.00 | $4,644.53 | $4,644.52 |
| | | | | | TOTAL | $4,644.53 | $4,644.52 |

# D

# 2009 REAL ESTATE TAX STATEMENT

| Owner | Property No. | Bill No. | Tax District | Situs Address |
|---|---|---|---|---|
| CURRENT COUNTY RESIDENT | DF231335-4057 | 11091516919 | 0008 | 0 NS |

| Class | Land Assessed Value | Improvement Value | Legal Description | |
|---|---|---|---|---|
| | 76,088 | | 35-13-23 BG NW CR SE1/4 E RW/L RR S6' W 20' S972' W TO ACSM/L | 567.09' S250' E350' TO PT W W/L SE1/4 N 1228' TO POB 23.5 OLC 308 2 |

| Tax Year | Appraised Value | Assessed Value | Mill Levy | Mill Levy Tax | Specials |
|---|---|---|---|---|---|
| 2009 | 634,070 | 76,088 | 122.0800 | $9,289.05 | $0.00 |

| Tax Paid | Half Tax Due | Full Tax Due | Interest Due | Fees Due | Total Due |
|---|---|---|---|---|---|
| $4,644.53 | $0.00 | $4,644.52 | $0.00 | $0.00 | $4,644.52 |

Delinquent Tax Due

JOHNSON COUNTY TREASURER  913-715-2600

PAY AT HTTP://TREASURER.JOCOGOV.ORG OR 1-888-234-8800

---

RETURN THIS PORTION WITH PAYMENT                    DF231335-4057

| Half Payment | $0.00 | Full Payment | $4,644.52 | Amount Enclosed | $ |

AMOUNT DUE ON OR BEFORE    **Monday, May 10, 2010**

☐ Please "X" here to request a receipt be mailed to you.

CURRENT COUNTY RESIDENT
PO BOX 5082
TROY MI 48007-5082

Johnson County Treasurer
PO Box 2902
Shawnee Mission, KS 66201-1302

10151  1  11091516919  0000000000  0000464452  0000000000  0000000000  7

# 2009 REAL ESTATE TAX STATEMENT

| Owner | Property No. | Bill No. | Tax District | Situs Address |
|---|---|---|---|---|
| CURRENT COUNTY RESIDENT | DF231335-4001 | 11090049719 | 0008 | 400 W DENNIS AVE |

| Class | Land Assessed Value | Improvement Value | Legal Description | |
|---|---|---|---|---|
| C | 20,978 | 250 | 35-13-23 W 57 A SE1/4 W OF RR S1/2 23 VAC OFF & HAW EX AC & 2-14-23 PT N 1/2 BG INT 846.27' NE 456.13' EX .833 AC OLC 308 | EX 2.26 A & ALL LTS 28 & 29 & 2.008 AC & EX 23.5 AC 37.232 W/L RR W 1060.13' S 418.79' E IN ST 8.337 ACS M/L |
| V | 256,006 | | | |

| Tax Year | Appraised Value | Assessed Value | Mill Levy | Mill Levy Tax | Specials |
|---|---|---|---|---|---|
| 2009 | 2,218,290 | 277,234 | 122.0800 | $33,845.58 | $0.00 |

| Tax Paid | Half Tax Due | Full Tax Due | Interest Due | Fees Due | Total Due |
|---|---|---|---|---|---|
| $16,922.79 | $0.00 | $16,922.79 | $0.00 | $0.00 | $16,922.79 |

Delinquent Tax Due

PAY AT HTTP://TREASURER.JOCOGOV.ORG OR 1-888-234-8800

JOHNSON COUNTY TREASURER 913-715-2600

---

RETURN THIS PORTION WITH PAYMENT                                    DF231335-4001

| Half Payment | $0.00 | Full Payment | $16,922.79 | Amount Enclosed | $ |

AMOUNT DUE ON OR BEFORE    **Monday, May 10, 2010**

☐ Please "X" here to request a receipt be mailed to you.

CURRENT COUNTY RESIDENT
PO BOX 5082
TROY MI 48007-5082

Johnson County Treasurer
PO Box 2902
Shawnee Mission, KS  66201-1302

10151  1  11090049719  0000000000  0001692279  0000000000  0000000000  9