CT Corporation

30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

248 646 9033 tel
www.ctlegalsolutions.com

March 22, 2010

Eric B. Fisher
Butzel Long
22nd Floor, 380 Madison Avenue,
New York, NY 10017

Re:  In re: Delphi Corporation, et al, Pltfs. vs. Affinia Group Holdings Inc., et al., Dfts.

Case No.  0544481RDD

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have
indicated several corporate entities represented by The Corporation Company upon which
you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which
entity process is intended. Please note that it is not the responsibility of the registered
agent to make copies of documents received in our office. We merely take and forward to
the intended recipient, documents directed to the individual entities for which The
Corporation Company furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate
which entity you are serving. The documents should be addressed to the exact name of the
entity you wish to serve, c/o The Corporation Company at the address shown on this letter.

Furthermore, The envelope is directed to Affinia Group Holdings, Inc., the envelope is
directed to Affinia Group, Inc. and the Summons and Complaint are directed to multiple
entities.

Very truly yours,
The Corporation Company

Log# 516340582

FedEx Tracking# 792822590752



RECEIVED
MAR 3 0 2010
U.S. BANKRUPTCY COURT, S.D.N.Y.

cc: United States Bankruptcy Court - Southern District
    One Bowling Green,
    New York, NY 10004-1408

**CT Corporation**

30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

248 646 9033 tel
www.ctlegalsolutions.com

March 22, 2010

Eric B. Fisher
Butzel Long
22nd Floor, 380 Madison Avenue,
New York, NY  10017

Re:  In re: Delphi Corporation, et al, Pltfs. vs. EDS, et al., Dfts.

Case No.  0544481RDD

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by The Corporation Company upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which The Corporation Company furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o The Corporation Company at the address shown on this letter.

Furthermore, According to our records and the records of the State of Michigan, The Corporation Company represents more than one entity beginning with the name CDS. Please provide the complete name of the entity in which you intend to serve.

Very truly yours,
The Corporation Company

Log# 516340493

FedEx Tracking# 792822590752

cc:  United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY  10004-1408

RECEIVED
MAR 3 0 2010