Gary L. Cook
5249 Field Rd.
Clio, Mi 48420
Mar/26/2010

## Response to 46th Omnibus Claims Objection

Sirs,

In your most recent mailing you list my claim # as 16898 and an amount of 0.00 but my records show another claim that was a response to your figure of 0.00.

I ask that you refer to claim # 18740 that I filed in answer to your books and records assertion on 07/10/2009. As I am unaware of a resolution to this case this is my basis.

In all the back and forth mailings are the proofs and records that I filed as requested.

I am just a guy sitting here that had my income reduced by 50% on Oct/6/2009 with no explanation and doesn't get paid attorney fees for non resolution and excessive paper work.

Please refer to your files as I have to do.

I will include a photo to the court of the paper I have responded to. This pile is 6 inches thick and covers my queen bed.

In previous filings I gave permission to use already filed objections as needed, that continues.

Gary L. Cook



