Honorable Judge Robert Drain
United States Bankruptcy Court
Southern District of New York
New York, NY 10004

RECEIVED
BY MAIL ☐
BY HAND ☐

MAR 1 8 2010

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

cc: DPH Holdings Corp., Skadden, Arps, Slate, Meagher & Flom LLP
Subject: Delphi Bankruptcy, Administrative Expense Claims-Withdrawal of Notice of Objection to Claim docket #19423, Forty-Fifth Omnibus Case No. 05-44481 (RDD)
Date: 13 Mar 2010

Dear Honorable Judge Drain,

I wish to withdraw my 12 Feb 2010 Notice of Objection on docket #19423, Forty-Fifth Omnibus. Based on subsequent information received by me after that letter was mailed, it now appears that my original Administrative Claim #17165 has been "Allowed" and is expected to be paid in full by the end of April 2010. The letter of objection was filed as a precautionary action due to information I received indicating that there was an 18 Feb 2010 filing deadline for objections in situations where claims payments would still be due beyond the end of Feb 2010. Sorry for any confusion this may have caused.

Best regards,

Scott M. Leach
9037 Orchard View Dr.
Grand Blanc, MI 48439
(810)694-4245