# **EXHIBIT C**

*delphi - as of 12/31/06*

LOUGHLIN MEGHJI
+ COMPANY

February 23, 2007

Mr. Patrick H. Daugherty, Esq.
Partner – Highland Capital Management LP
Two Galleria Tower
13455 Noel Road
Dallas, TX 75240

Mr. Lenard M. Parkins, Esq.
Haynes & Boone LLP
1 Houston Center
1221 McKinney Suite 2100
Houston, TX 77010

Dear Sirs,

In accordance with the engagement letter dated December 31, 2006, I am enclosing an invoice for the fees and expenses for January 2007 for payment by Highland Capital Management LP.

Thank you for processing at your earliest convenience.

Yours truly,

Mohsin Y. Meghji



LOUGHLIN MEGHJI
+ COMPANY

February 23, 2007

Mr. Patrick H. Daugherty, Esq.
Partner – Highland Capital Management LP
Two Galleria Tower
13455 Noel Road Suite 800
Dallas, TX  75240

## INVOICE

| | |
|---|---:|
| January 2007 Fee | $150,000.00 |
| January 2007 Expenses | 11,544.19 |
| | **$161,544.19** |

**Wire payment instructions:**

First Republic Bank
Branch 71
1230 Ave of the Americas
New York, NY 10020

ABA#:  321081669
For Credit to: Loughlin Meghji & Co. Inc.
A/C#   97900007471

**Check payment instructions:**
Loughlin Meghji & Co. Inc.
148 Madison Ave, 8th Floor
New York, NY 10016



## January 2007 Expense Summary

|  | Mohsin Meghji | James Loughlin | Thomas Pernsteiner | Ted Rodewig | Karen Brown | Marty Young | Michael Brown | Stephan Repenning | Total |
|---|---|---|---|---|---|---|---|---|---|
| Airfare | $ - | $ 794.71 | $ 573.80 | $ - | $ 155.00 | $ - | $ - | $ - | $ 1,523.51 |
| Hotel | $ - |  | $ 1,319.31 | $ - | $ 627.48 | $ - | $ 486.38 | $ - | $ 2,433.17 |
| Meals | $ 96.87 | $ 25.00 | $ 147.22 | $ - | $ 82.28 | $ 407.13 | $ 188.93 | $ 55.38 | $ 1,002.81 |
| Taxi/Car Service | $ 193.00 | $ 292.00 | $ 701.00 | $ - | $ 249.00 | $ 273.00 | $ 480.00 | $ 24.00 | $ 2,212.00 |
| Phone | $ 130.36 |  | $ 220.64 | $ - | $ - | $ - | $ - | $ - | $ 351.00 |
| Car Rental | $ - |  | $ 92.19 | $ - | $ - | $ - | $ - | $ - | $ 92.19 |
| Other Transportation | $ - |  | $ - | $ 90.00 | $ - | $ 6.00 | $ 87.07 | $ - | $ 183.07 |
| Research | $ - |  | $ - | $ 1,176.14 | $ - | $ - | $ - | $ - | $ 1,176.14 |
| Misc Office Expenses | $ 2,530.30 |  | $ - | $ - | $ - | $ 40.00 | $ - | $ - | $ 2,570.30 |
| Total | $ 2,950.53 | $ 1,111.71 | $ 3,054.16 | $ 1,266.14 | $ 1,113.76 | $ 726.13 | $ 1,242.38 | $ 79.38 | $ 11,544.19 |



March 8, 2007

Mr. Patrick H. Daugherty, Esq.
Partner – Highland Capital Management LP
Two Galleria Tower
13455 Noel Road
Dallas, TX 75240

Mr. Lenard M. Parkins, Esq.
Haynes & Boone LLP
1 Houston Center
1221 McKinney Suite 2100
Houston, TX 77010

Dear Sirs,

In accordance with the engagement letter dated December 31, 2006, I am enclosing an invoice for the fees and expenses for February 2007 for payment by Highland Capital Management LP.

Thank you for processing at your earliest convenience.

Yours truly,

Mohsin Y. Meghji



LOUGHLIN MEGHJI
+ COMPANY

*Delphi*

March 8, 2007

Mr. Patrick H. Daugherty, Esq.
Partner – Highland Capital Management LP
Two Galleria Tower
13455 Noel Road Suite 800
Dallas, TX  75240

## INVOICE

| | |
|---|---:|
| February 2007 Fee | $150,000.00 |
| February 2007 Expenses | 20,025.20 |
| | **$170,025.20** |

---

**Wire payment instructions:**

First Republic Bank
Branch 71
1230 Ave of the Americas
New York, NY 10020

ABA#:  321081669
For Credit to: Loughlin Meghji & Co. Inc.
A/C#   97900007471

**Check payment instructions:**
Loughlin Meghji & Co. Inc.
148 Madison Ave, 8th Floor
New York, NY 10016

LOUGHLIN MEGHJI
+ COMPANY



### February 2007 Expense Summary

|  | Mohsin Meghji | Thomas Pernsteiner | Karen Brown | Total |
|---|---:|---:|---:|---:|
| Airfare | $ 1,448.80 | $ 2,388.10 | $ - | $ 3,836.90 |
| Hotel | $ - | $ 410.57 | $ - | $ 410.57 |
| Meals | $ 100.82 | $ 74.35 | $ 328.68 | $ 503.85 |
| Taxi/Car Service* | $ 401.80 | $ 2,319.00 | $ 22.00 | $ 2,742.80 |
| Phone | $ 137.43 | $ - | $ 100.50 | $ 237.93 |
| Car Rental | $ - | $ - | $ - | $ - |
| Other Transportation | $ - | $ 61.95 | $ - | $ 61.95 |
| Research | $ 6,000.00 | $ - | $ 3,169.58 | $ 9,169.58 |
| Misc Office Expenses | $ 3,061.62 | $ - | $ - | $ 3,061.62 |
| **Total** | $ 11,150.47 | $ 5,253.97 | $ 3,620.76 | $ 20,025.20 |

*Includes car service costs from Cleveland to Detroit (in lieu of airfare)



LOUGHLIN MEGHJI
+ COMPANY

July 10, 2007

*13999*
*allocated → Delphi*

Mr. Patrick H. Daugherty, Esq.
Partner – Highland Capital Management LP
Two Galleria Tower
13455 Noel Road
Dallas, TX 75240

Mr. Lenard M. Parkins, Esq.
Haynes & Boone LLP
1 Houston Center
1221 McKinney Suite 2100
Houston, TX 77010

*Delphi*

Dear Sirs,

In accordance with the engagement letter dated June 13, 2007, I am enclosing an invoice for the fees and expenses for June 2007 for payment by Highland Capital Management LP.

Thank you for processing at your earliest convenience.

Yours truly,

Mohsin Y. Meghji



July 10, 2007

Mr. Patrick H. Daugherty, Esq.
Partner – Highland Capital Management LP
Two Galleria Tower
13455 Noel Road Suite 800
Dallas, TX  75240

## INVOICE

| | |
|---|---:|
| June 2007 Fee | $100,000.00 |
| June 2007 Expenses | 16,430.28 |
| **Total Due** | **$116,430.28** |

---

**Wire payment instructions:**

First Republic Bank
Branch 71
1230 Ave of the Americas
New York, NY 10020

ABA#:   321081669
For Credit to: Loughlin Meghji & Co. Inc.
A/C#   97900007471

**Check payment instructions:**
Loughlin Meghji & Co. Inc.
148 Madison Ave, 8th Floor
New York, NY 10016

LOUGHLIN MEGHJI
+ COMPANY

### June 2007 Expense Summary

|  | Mohsin Meghji | Thomas Pernsteiner | Ted Rodewig | Karen Brown | Total |
|---|---:|---:|---:|---:|---:|
| Airfare | $ 887.19 | $ 3,522.40 | $ - | $ 653.78 | $ 5,063.37 |
| Hotel | $ 262.16 | $ 555.34 | $ - | $ 262.16 | $ 1,079.66 |
| Meals | $ 2,580.22 | $ 276.25 | $ 62.00 | $ 242.21 | $ 3,160.68 |
| Taxi/Car Service* | $ 584.61 | $ 1,116.49 | $ - | $ 272.00 | $ 1,973.10 |
| Phone | $ 118.23 | $ 105.08 | $ - | $ 212.57 | $ 435.88 |
| Car Rental | $ - | $ - | $ - | $ 158.97 | $ 158.97 |
| Other Transportation | $ - | $ 268.19 | $ 276.45 | $ 45.00 | $ 589.64 |
| Misc Office Expenses | $ 3,845.82 | $ 73.16 | $ - | $ 50.00 | $ 3,968.98 |
| Total | $ 8,278.23 | $ 5,916.91 | $ 338.45 | $ 1,896.69 | $ 16,430.28 |