In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Fifth Omnibus Claims Objection

**EXHIBIT A - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BLANCHE MARIE WILSON NOACK | 17197 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$105,380.00<br><br>$105,380.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| JAMES T PYTLIK | 17020 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| ROHIAL ANDREW PERVEZ | 20083 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$17,785.00<br><br>$17,785.00 | 12/07/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **3** | | **$123,165.00** | | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*   "UNL" denotes an unliquidated claim.