05-44481-rdd    Doc 19757-2    Filed 04/05/10    Entered 04/05/10 11:17:45    Exhibit
Pg 1 of 2

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

Forty-Fifth Omnibus Claims Objection

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAVID W FERCANA | 17208 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$776.95<br><br>$776.95 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS & CO<br>ATTN MICHAEL KEATS<br>1 NEW YORK PLAZA<br>NEW YORK, NY 10004 | 19061 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$888,409.88<br><br>$888,409.88 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HARBINGER DEL AUTO INVESTMENT COMPANY LTD<br>C O BENJAMIN MINTZ<br>KAYE SCHOLER LLP<br>425 PARK AVE<br>NEW YORK, NY 10022 | 18963 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JP MORGAN CHASE BANK NA<br>ATTN SUSAN E ATKINS<br>MANAGING DIRECTOR<br>277 PARK AVENUE 8TH FL<br>NEW YORK, NY 10172 | 18654 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED<br>C O MARC FALCONE<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 AVE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | 18883 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$7,157,818.25<br><br>$7,157,818.25 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED<br>C O MARC FALCONE<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | 19110 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| OHIO DEPT OF JOB & FAMILY SERVICES<br>OP REPAYMENT LOCKBOX<br>PO BOX 182059<br>COLUMBUS, OH 43218 | 17048 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$7,488.00<br><br>$7,488.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| WALTER A KUNKA | 19808 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,706.91<br><br>$2,706.91 | 11/05/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT B - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WASHINGTON STATE SUPPORT REGISTRY<br>PO BOX 11520<br>TACOMA, WA 98411-5520 | 19612 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $40,639.09<br><br><br><br>$40,639.09 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| Total: | 9 | | $8,097,839.08 | | |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.         Page 2 of 2