In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19757-3    Filed 04/05/10    Entered 04/05/10 11:17:45    Exhibit
Pg 1 of 3

Forty-Fifth Omnibus Claims Objection

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 20084<br>Date Filed: 12/07/2009<br>Creditor's Name:<br>BRADFORD S WAGNER<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $95,180.00<br>Unsecured:<br>Total: $95,180.00 | Claim: 18437<br>Date Filed: 07/13/2009<br>Creditor's Name:<br>BRADFORD S WAGNER<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 20019<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>DENISE C OLBRECHT<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $69,541.90<br>Unsecured:<br>Total: $69,541.90 | Claim: 18414<br>Date Filed: 07/13/2009<br>Creditor's Name:<br>DENISE C OLBRECHT<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $125,175.42<br>Unsecured:<br>Total: $125,175.42 |
| Claim: 19899<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>GAYLE INSCHO<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $95,000.00<br>Unsecured:<br>Total: $95,000.00 | Claim: 17060<br>Date Filed: 06/30/2009<br>Creditor's Name:<br>GAYLE INSCHO<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $93,000.00<br>Unsecured:<br>Total: $93,000.00 |
| Claim: 19818<br>Date Filed: 11/02/2009<br>Creditor's Name:<br>JAMES R THOMPSON<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $73,145.00<br>Unsecured:<br>Total: $73,145.00 | Claim: 17918<br>Date Filed: 07/06/2009<br>Creditor's Name:<br>JIM THOMPSON<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $99,860.00<br>Unsecured:<br>Total: $99,860.00 |

\*   The addresses of creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19757-3    Filed 04/05/10    Entered 04/05/10 11:17:45    Exhibit
Pg 2 of 3

Forty-Fifth Omnibus Claims Objection

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19882<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>JIMMY MUELLER<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $101,720.00<br>Unsecured:<br>Total: $101,720.00 | Claim: 17628<br>Date Filed: 07/03/2009<br>Creditor's Name:<br>JIMMY MUELLLER<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $101,720.00<br>Unsecured:<br>Total: $101,720.00 |
| Claim: 20010<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>MARCIA JONES<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $84,740.00<br>Unsecured:<br>Total: $84,740.00 | Claim: 18584<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>MARCIA JONES<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $96,560.00<br>Unsecured:<br>Total: $96,560.00 |
| Claim: 20044<br>Date Filed: 10/30/2009<br>Creditor's Name:<br>NATHANIEL WINSTON<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $86,480.00<br>Unsecured:<br>Total: $86,480.00 | Claim: 18613<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>NATHANIEL WINTON<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $92,240.00<br>Unsecured:<br>Total: $92,240.00 |
| Claim: 20011<br>Date Filed: 11/04/2009<br>Creditor's Name:<br>WILLIAM H BRINKMAN<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $85,445.00<br>Unsecured:<br>Total: $85,445.00 | Claim: 17213<br>Date Filed: 07/02/2009<br>Creditor's Name:<br>WILLIAM H BRINKMAN<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $89,160.00<br>Unsecured:<br>Total: $89,160.00 |

\*     The addresses of creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19757-3    Filed 04/05/10    Entered 04/05/10 11:17:45    Exhibit
Pg 3 of 3

Forty-Fifth Omnibus Claims Objection

**EXHIBIT C - DUPLICATE CLAIMS**

| CLAIM TO BE EXPUNGED * | SURVIVING CLAIM * |
|---|---|
| Claim: 19881<br>Date Filed: 11/03/2009<br>Creditor's Name:<br>WILLIAM H JOHNSON | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $104,480.00<br>Unsecured:<br>Total: $104,480.00 | Claim: 17033<br>Date Filed: 06/29/2009<br>Creditor's Name:<br>WILLIAM H JOHNSON | Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $102,480.00<br>Unsecured:<br>Total: $102,480.00 |

**Total Claims To Be Expunged:** 9

**Total Asserted Amount To Be Expunged:** $795,731.90

---

\*       The addresses of creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.