**EXHIBIT D - PENSION AND BENEFIT CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DONALD L KIDD | 18370 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| HORACE CURRY | 17043 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$476,000.00<br><br>$476,000.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| MARY REHBEIN | 19105 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$64,572.00<br><br>$64,572.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SHIRLEY J MURRY | 19183 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS L KNOLL | 18493 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,912,000.00<br><br>$1,912,000.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **5** | | **$2,452,572.00** | | |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.