**EXHIBIT E - TRANSFERRED WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DAVID L VINTON | 17100 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| DORIS FRAZIER | 18463 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS ROY RILEY | 16870 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **3** | **UNL** | | |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.            Page 1 of 1