In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19757-6    Filed 04/05/10    Entered 04/05/10 11:17:45    Exhibit
Pg 1 of 1

Forty-Fifth Omnibus Claims Objection

**EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS**

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 17217<br>Date Filed: 07/02/2009<br>Docketed Total: $96,300.00<br>Filing Creditor Name:<br>DON MONTGOMERY | Claim Holder Name<br>DON MONTGOMERY | | Docketed Total: | $96,300.00 | | | Modified And Allowed Total: | $80,185.00 |
| | Case Number**<br>05-44481 | Secured | Priority<br>$96,300.00<br>**$96,300.00** | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$80,185.00<br>**$80,185.00** | Unsecured |
| Claim: 17918<br>Date Filed: 07/06/2009<br>Docketed Total: $99,860.00<br>Filing Creditor Name:<br>JIM THOMPSON | Claim Holder Name<br>JIM THOMPSON | | Docketed Total: | $99,860.00 | | | Modified And Allowed Total: | $73,395.00 |
| | Case Number**<br>05-44481 | Secured | Priority<br>$99,860.00<br>**$99,860.00** | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$73,395.00<br>**$73,395.00** | Unsecured |
| Claim: 18584<br>Date Filed: 07/14/2009<br>Docketed Total: $96,560.00<br>Filing Creditor Name:<br>MARCIA JONES | Claim Holder Name<br>MARCIA JONES | | Docketed Total: | $96,560.00 | | | Modified And Allowed Total: | $84,740.00 |
| | Case Number**<br>05-44481 | Secured | Priority<br>$96,560.00<br>**$96,560.00** | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$84,740.00<br>**$84,740.00** | Unsecured |
| Claim: 17063<br>Date Filed: 06/30/2009<br>Docketed Total: $105,140.00<br>Filing Creditor Name:<br>MICHAEL K UPTIGROVE | Claim Holder Name<br>MICHAEL K UPTIGROVE | | Docketed Total: | $105,140.00 | | | Modified And Allowed Total: | $92,217.50 |
| | Case Number**<br>05-44481 | Secured | Priority<br>$105,140.00<br>**$105,140.00** | Unsecured | Case Number**<br>05-44481 | Secured | Priority<br>$92,217.50<br>**$92,217.50** | Unsecured |
| | | | | | **Total Claims To Be Modifed and Allowed:** | | **4** | |
| | | | | | **Total Amount As Docketed:** | | **$397,860.00** | |
| | | | | | **Total Amount As Allowed:** | | **$330,537.50** | |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   See Exhibit I for a listing of debtor entities by case number.                                    Page 1 of 1