In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19757-7    Filed 04/05/10    Entered 04/05/10 11:17:45    Exhibit
Pg 1 of 3

Forty-Fifth Omnibus Claims Objection

**EXHIBIT G - ALLOWED SEVERANCE CLAIMS**

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 18437<br>Date Filed: 07/13/2009<br>Docketed Total: $ 0.00<br>Filing Creditor Name:<br>BRADFORD S WAGNER | Claim Holder Name<br>BRADFORD S WAGNER     Docketed Total:  **UNL**<br><br>Case Number***    Secured    Priority    Unsecured<br>05-44481                             UNL<br>                                          **UNL** | Allowed Total:  **$95,180.00**<br><br>Case Number***    Secured    Priority    Unsecured<br>05-44481                             $95,180.00<br>                                          **$95,180.00** |
| Claim: 17670<br>Date Filed: 07/03/2009<br>Docketed Total: $ 0.00<br>Filing Creditor Name:<br>DIANE L HOPWOOD | Claim Holder Name<br>DIANE L HOPWOOD     Docketed Total:  **UNL**<br><br>Case Number***    Secured    Priority    Unsecured<br>05-44481                             UNL<br>                                          **UNL** | Allowed Total:  **$71,940.00**<br><br>Case Number***    Secured    Priority    Unsecured<br>05-44481                             $71,940.00<br>                                          **$71,940.00** |
| Claim: 17073<br>Date Filed: 06/30/2009<br>Docketed Total: $ 87,200.00<br>Filing Creditor Name:<br>LAURA E MILLER | Claim Holder Name<br>LAURA E MILLER     Docketed Total:  **$87,200.00**<br><br>Case Number***    Secured    Priority    Unsecured<br>05-44481                             $87,200.00<br>                                          **$87,200.00** | Allowed Total:  **$87,200.00**<br><br>Case Number***    Secured    Priority    Unsecured<br>05-44481                             $87,200.00<br>                                          **$87,200.00** |
| Claim: 19926<br>Date Filed: 11/04/2009<br>Docketed Total: $ 18,800.00<br>Filing Creditor Name:<br>MARA L HENDRESS | Claim Holder Name<br>MARA L HENDRESS     Docketed Total:  **$18,800.00**<br><br>Case Number***    Secured    Priority    Unsecured<br>05-44481                             $18,800.00<br>                                          **$18,800.00** | Allowed Total:  **$18,800.00**<br><br>Case Number***    Secured    Priority    Unsecured<br>05-44481                             $18,800.00<br>                                          **$18,800.00** |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*   "UNL" denotes an unliquidated claim.                                          Page 1 of 3
\*\*\*  See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT G - ALLOWED SEVERANCE CLAIMS**

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 17768<br>Date Filed: 07/06/2009<br>Docketed Total: $ 0.00<br>Filing Creditor Name:<br>RALPH E YOUNG | Claim Holder Name<br>RALPH E YOUNG | | Docketed Total: | **UNL** | | | Allowed Total: | **$45,900.00** |
| | Case Number***<br>05-44481 | Secured | Priority<br>UNL<br>**UNL** | Unsecured | Case Number***<br>05-44481 | Secured | Priority<br>$45,900.00<br>**$45,900.00** | Unsecured |
| Claim: 17428<br>Date Filed: 07/06/2009<br>Docketed Total: $ 0.00<br>Filing Creditor Name:<br>ROGER K MATHIS | Claim Holder Name<br>ROGER K MATHIS | | Docketed Total: | **UNL** | | | Allowed Total: | **$95,540.00** |
| | Case Number***<br>05-44481 | Secured | Priority<br>UNL<br>**UNL** | Unsecured | Case Number***<br>05-44481 | Secured | Priority<br>$95,540.00<br>**$95,540.00** | Unsecured |
| Claim: 18225<br>Date Filed: 07/10/2009<br>Docketed Total: $ 98,540.00<br>Filing Creditor Name:<br>SAMUEL C BLANKENSHIP | Claim Holder Name<br>SAMUEL C BLANKENSHIP | | Docketed Total: | **$98,540.00** | | | Allowed Total: | **$98,540.00** |
| | Case Number***<br>05-44481 | Secured | Priority<br>$98,540.00<br>**$98,540.00** | Unsecured | Case Number***<br>05-44481 | Secured | Priority<br>$98,540.00<br>**$98,540.00** | Unsecured |
| Claim: 17165<br>Date Filed: 07/01/2009<br>Docketed Total: $ 92,100.00<br>Filing Creditor Name:<br>SCOTT M LEACH | Claim Holder Name<br>SCOTT M LEACH | | Docketed Total: | **$92,100.00** | | | Allowed Total: | **$92,100.00** |
| | Case Number***<br>05-44481 | Secured | Priority<br>$92,100.00<br>**$92,100.00** | Unsecured | Case Number***<br>05-44481 | Secured | Priority<br>$92,100.00<br>**$92,100.00** | Unsecured |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*    "UNL" denotes an unliquidated claim.                                        Page 2 of 3
\*\*\*   See Exhibit I for a listing of debtor entities by case number.

**EXHIBIT G - ALLOWED SEVERANCE CLAIMS**

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED** | | | | CLAIM AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 20078<br>Date Filed: 11/12/2009<br>Docketed Total: $ 0.00<br>Filing Creditor Name:<br>TIMOTHY A ELDON | Claim Holder Name<br>TIMOTHY A ELDON | Docketed Total: | | **UNL** | | Allowed Total: | | **$39,520.00** |
| | Case Number***<br>05-44481 | Secured | Priority | Unsecured<br>UNL<br>**UNL** | Case Number***<br>05-44481 | Secured | Priority<br>$39,520.00<br>**$39,520.00** | Unsecured |
| Claim: 18204<br>Date Filed: 07/10/2009<br>Docketed Total: $ 0.00<br>Filing Creditor Name:<br>WILLIAM L MACNAUGHTON | Claim Holder Name<br>WILLIAM L MACNAUGHTON | Docketed Total: | | **UNL** | | Allowed Total: | | **$58,550.00** |
| | Case Number***<br>05-44481 | Secured | Priority<br>UNL<br>**UNL** | Unsecured | Case Number***<br>05-44481 | Secured | Priority<br>$58,550.00<br>**$58,550.00** | Unsecured |

**Total Claims To Be Allowed: 10**

**Total Amount As Docketed: $296,640.00**

**Total Amount As Allowed: $703,270.00**

---

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*    "UNL" denotes an unliquidated claim.                                                    Page 3 of 3
\*\*\*   See Exhibit I for a listing of debtor entities by case number.