**EXHIBIT H-1 - ADJOURNED SEVERENCE CLAIM**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RANDY D AUSTIN | 17330 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **1** | | **UNL** | | |

\*    The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.
\*\*   "UNL" denotes an unliquidated claim.                    Page 1 of 1