**EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| JPMORGAN CHASE BANK NA<br>C O SUSAN E ATKINS MANAGING DIRECTOR<br>277 PARK AVE 8TH FL<br>NEW YORK, NY 10172 | 18616 | Secured:<br>Priority:<br>Administrative: $60,062,043.77<br>Unsecured:<br>Total: $60,062,043.77 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| SDADS SHANGHAI INTEVA AUTOMOTIVE DOOR SYSTEMS COMPANY LTD<br>DEREK L WRIGHT ESQ<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654 | 19994 | Secured:<br>Priority:<br>Administrative: $238,274.80<br>Unsecured:<br>Total: $238,274.80 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| SHARYL YVETTE CARTER<br>1541 LA SALLE AVE NO 1<br>NIAGRA FALLS, NY 14301 | 17773 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| SHARYL YVETTE CARTER<br>1541 LA SALLE AVE NO 1<br>NIAGRA FALLS, NY 14301 | 17094 | Secured:<br>Priority:<br>Administrative: $50,000,000.00<br>Unsecured:<br>Total: $50,000,000.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | **$110,300,318.57** | | |

\*    "UNL" denotes an unliquidated claim.                    Page 1 of 1