**EXHIBIT H-3 - ADJOURNED PENSION AND BENEFIT CLAIM**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JAMES A LUECKE | 18049 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $159,000.00<br><br>$159,000.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| | **Total:** 1 | | **$159,000.00** | | |

\*   The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.
\*\*  "UNL" denotes an unliquidated claim.                  Page 1 of 1