| In re DPH Holdings Corp., et al. | Forty-Fifth Omnibus Claims Objection |
|---|---|

**Case No. 05-44481 (RDD)**

### Exhibit I - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |