Exhibit J - Claimants And Related Claims Subject To Forty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| BLANCHE MARIE WILSON NOACK | 17197 | EXHIBIT A - SEVERANCE CLAIMS |
| BRADFORD S WAGNER | 18437 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| BRADFORD S WAGNER | 20084 | EXHIBIT C - DUPLICATE CLAIMS |
| DAVID L VINTON | 17100 | EXHIBIT E - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| DAVID W FERCANA | 17208 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| DENISE C OLBRECHT | 20019 | EXHIBIT C - DUPLICATE CLAIMS |
| DIANE L HOPWOOD | 17670 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| DON MONTGOMERY | 17217 | EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS |
| DONALD L KIDD | 18370 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| DORIS FRAZIER | 18463 | EXHIBIT E - TRANSFERRED WORKERS' COMPENSATION CLAIMS |
| GAYLE INSCHO | 19899 | EXHIBIT C - DUPLICATE CLAIMS |
| GOLDMAN SACHS & CO | 19061 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HARBINGER DEL AUTO INVESTMENT COMPANY LTD | 18963 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| HORACE CURRY | 17043 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| JAMES A LUECKE | 18049 | EXHIBIT H-3 - ADJOURNED PENSION AND BENEFIT CLAIM |
| JAMES R THOMPSON | 19818 | EXHIBIT C - DUPLICATE CLAIMS |
| JAMES T PYTLIK | 17020 | EXHIBIT A - SEVERANCE CLAIMS |
| JIM THOMPSON | 17918 | EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS |
| JIMMY MUELLER | 19882 | EXHIBIT C - DUPLICATE CLAIMS |
| JP MORGAN CHASE BANK NA | 18654 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| JPMORGAN CHASE BANK NA | 18616 | EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LAURA E MILLER | 17073 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| MARA L HENDRESS | 19926 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| MARCIA JONES | 18584 | EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS |
| MARCIA JONES | 20010 | EXHIBIT C - DUPLICATE CLAIMS |
| MARY REHBEIN | 19105 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | 18883 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | 19110 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| MICHAEL K UPTIGROVE | 17063 | EXHIBIT F - MODIFIED AND ALLOWED SEVERANCE CLAIMS |
| NATHANIEL WINSTON | 20044 | EXHIBIT C - DUPLICATE CLAIMS |
| OHIO DEPT OF JOB & FAMILY SERVICES | 17048 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| RALPH E YOUNG | 17768 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| RANDY D AUSTIN | 17330 | EXHIBIT H-1 - ADJOURNED SEVERENCE CLAIM |
| ROGER K MATHIS | 17428 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| ROHIAL ANDREW PERVEZ | 20083 | EXHIBIT A - SEVERANCE CLAIMS |
| SAMUEL C BLANKENSHIP | 18225 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| SCOTT M LEACH | 17165 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| SDADS SHANGHAI INTEVA AUTOMOTIVE DOOR SYSTEMS COMPANY LTD | 19994 | EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| SHARYL YVETTE CARTER | 17094 | EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| SHARYL YVETTE CARTER | 17773 | EXHIBIT H-2 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| SHIRLEY J MURRY | 19183 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| THOMAS L KNOLL | 18493 | EXHIBIT D - PENSION AND BENEFIT CLAIMS |
| THOMAS ROY RILEY | 16870 | EXHIBIT E - TRANSFERRED WORKERS' COMPENSATION CLAIMS |

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19757-12    Filed 04/05/10    Entered 04/05/10 11:17:45    Exhibit
Pg 2 of 2

Forty-Fifth Omnibus Claims Objection

Exhibit J - Claimants And Related Claims Subject To Forty-Fifth Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TIMOTHY A ELDON | 20078 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |
| WALTER A KUNKA | 19808 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| WASHINGTON STATE SUPPORT REGISTRY | 19612 | EXHIBIT B - BOOKS AND RECORDS CLAIMS |
| WILLIAM H BRINKMAN | 20011 | EXHIBIT C - DUPLICATE CLAIMS |
| WILLIAM H JOHNSON | 19881 | EXHIBIT C - DUPLICATE CLAIMS |
| WILLIAM L MACNAUGHTON | 18204 | EXHIBIT G - ALLOWED SEVERANCE CLAIMS |