STEVENS & LEE, P.C.                                  **Hearing Date: May 17, 2010 at 9:30 a.m.**
485 Madison Avenue, 20th Floor                       **Objection/Response Deadline: April 6, 2010**
New York, NY  10022
(212) 319-8500
Constantine D. Pourakis (cp@stevenslee.com)

Attorneys for Globe Motors, Inc. and Globe Motors


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et.al.,* | : | (Jointly Administered) |
| | : | |
| | : | |
| DELPHI CORPORATION, *et.al.,* | : | |
| | : | Adv. Pro. No. 07-02333 (RDD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| GLOBE MOTORS, INC. and GLOBE MOTORS, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**JOINDER OF GLOBE MOTORS, INC. AND GLOBE MOTORS TO MOTIONS (I) TO
VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN
ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE
DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE
TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II)
DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE
ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING
ON THE GROUND OF JUDICIAL ESTOPPEL**

Globe Motors, Inc. and Globe Motors, by their undersigned attorneys, hereby join and adopt the
arguments set forth in the *MOTION BY WAGNER-SMITH COMPANY SEEKING AN ORDER (I)
PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR
ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS,
INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545,
547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH
ADVERSARY PROCEEDINGS, AND (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R.
BANKR. P. 7012(b),DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR
(III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE
GROUND OF JUDICIAL ESTOPPEL*, dated February 5, 2010 (Docket No. 19401); and

SL1 990521v1/105400.00001

*MOTION BY MICROCHIP TECHNOLOGY INCORPORATED SEEKING AN ORDER (I)
PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR
ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS,
INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545,
547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH
ADVERSARY PROCEEDINGS, (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R.
BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR
(III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING
ON THE GROUND OF JUDICIAL ESTOPPEL*, dated March 15, 2010 (Docket No. 19677).

Dated:  April 5, 2010                    **STEVENS & LEE, P.C.**


By:      _/s/ Constantine D. Pourakis_____
         Constantine D. Pourakis
         485 Madison Avenue, 20th floor
         New York, NY 10022
         Telephone: (212) 319-8500
         Email: cp@stevenslee.com


         - and -


         Colleen E. McManus (Illinois bar no. 06243473)
         **Much Shelist Denenberg Ament
         & Rubenstein, P.C.**
         191 N. Wacker Drive, Suite 1800
         Chicago, IL 60606
         Telephone:  312-521-2000
         Email: cmcmanus@muchshelist.com

2

SL1 990521v1/105400.00001