In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-1    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
Pg 1 of 1

Forty-Fourth Omnibus Claims Objection

## EXHIBIT A - MODIFIED AND ALLOWED CLAIMS

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED** | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 15624<br>Date Filed: 07/31/2006<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ALABAMA WORKERS COMPENSATION SELF INSURERS GUARANTY ASSOCIATION INC<br>MAYNARD COOPER & GALE PC<br>1901 6TH AVE N STE 2400<br>BIRMINGHAM, AL 35203 | Claim Holder Name<br>ALABAMA WORKERS COMPENSATION SELF INSURERS GUARANTY ASSOCIATION INC<br>MAYNARD COOPER & GALE PC<br>1901 6TH AVE N STE 2400<br>BIRMINGHAM, AL 35203<br><br>Docketed Total: **UNL**<br><br>Case Number*** / Secured / Priority / Unsecured<br>05-44640 / / / UNL<br>**UNL** | Allowed Total: **$1,264,902.78**<br><br>Case Number*** / Secured / Priority / Unsecured<br>05-44640 / / / $1,264,902.78<br>**$1,264,902.78** |
| Claim: 10582<br>Date Filed: 07/25/2006<br>Docketed Total: $25,577,870.48<br>Filing Creditor Name:<br>BATTENBERG III J T | Claim Holder Name<br>BATTENBERG III J T<br><br>Docketed Total: **$25,577,870.48**<br><br>Case Number*** / Secured / Priority / Unsecured<br>05-44481 / / $10,000.00 / $25,567,870.48<br>**$10,000.00** **$25,567,870.48** | Allowed Total: **$21,959,868.20**<br><br>Case Number*** / Secured / Priority / Unsecured<br>05-44481 / / $0.00 / $21,959,868.20<br>**$0.00** **$21,959,868.20** |
|  |  | **Total Claims To Be Allowed: 2**<br>**Total Amount As Docketed:** $25,577,870.48<br>**Total Amount As Allowed:** $23,224,770.98 |

\*      The addresses of certain of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.                                                                Page 1 of 1

\*\*\*    See Exhibit L for a listing of debtor entities by case number.