In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-2    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
Pg 1 of 1

Fourty-Fourth Omnibus Claim Objection

**EXHIBIT B - PARTIALLY SATISFIED CLAIM**

| CLAIM TO BE ALLOWED | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 1165<br>Date Filed: 12/14/2005<br>Docketed Total:    $1,280,342.50<br>Filing Creditor Name:<br>ATMEL CORPORATION<br>2325 ORCHARD PKWY<br>SAN JOSE, CA 95131 | Claim Holder Name<br><br>ATMEL CORPORATION<br>2325 ORCHARD PKWY<br>SAN JOSE, CA 95131<br><br>Docketed Total:    $1,280,342.50<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                                                   $1,280,342.50<br>                                                                                    $1,280,342.50 | Allowed Total:    $616,512.00<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44640                                                                   $570,000.00<br>05-44539                                                                   $46,512.00<br>                                                                                  $616,512.00 |
| | | **Total Claims To Be Allowed: 1**<br>**Total Amount As Docketed:**    $1,280,342.50<br>**Total Amount As Allowed:**    $616,512.00 |

\*   See Exhibit L for a listing of debtor entities by case number.