### EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability:** 10395881
**Date Filed:** 01/20/2006
**Docketed Total:** $8,678.36
**Filing Creditor Name:**

A MAIER PRAEZISION GMBH EFT
GEWERBEHALLESTR 1-3
78112
ST GEORGEN, GERMANY

Creditor Name
  A MAIER PRAEZISION GMBH EFT   Docketed Total: **$8,678.36**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,678.36 |
| | | | **$8,678.36** |

Allowed Total: **$4,339.18**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $4,339.18 |
| | | | **$4,339.18** |

---

**Scheduled Liability:** 10395922
**Date Filed:** 01/20/2006
**Docketed Total:** $5,292.00
**Filing Creditor Name:**

ABRACON CORPORATION
29 JOURNEY
ALISO VIEJO, CA 92656

Creditor Name
  ABRACON CORPORATION   Docketed Total: **$5,292.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,292.00 |
| | | | **$5,292.00** |

Allowed Total: **$2,646.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,646.00 |
| | | | **$2,646.00** |

---

**Scheduled Liability:** 10396125
**Date Filed:** 01/20/2006
**Docketed Total:** $187,932.79
**Filing Creditor Name:**

ALLAN TOOL & MACHINE CO INC
1822 E MAPLE RD
TROY, MI 48083

Creditor Name
  ALLAN TOOL & MACHINE CO INC   Docketed Total: **$187,932.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $187,932.79 |
| | | | **$187,932.79** |

Allowed Total: **$181,870.79**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $181,870.79 |
| | | | **$181,870.79** |

---

**Scheduled Liability:** 10407381
**Date Filed:** 04/12/2006
**Docketed Total:** $93,287.84
**Filing Creditor Name:**

AMKOR ELECTRONICS INC
1345 ENTERPRISE DR
WEST CHESTER, PA 19380

Creditor Name
  ASM CAPITAL LP   Docketed Total: **$93,287.84**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $93,287.84 |
| | | | **$93,287.84** |

Allowed Total: **$17,260.53**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,260.53 |
| | | | **$17,260.53** |

---

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Forty-Fourth Omnibus Claims Objection

Pg 2 of 24

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**SCHEDULED LIABILITY AS DOCKETED**

Scheduled Liability: 10396257
Date Filed: 01/20/2006
Docketed Total: $36,769.72
Filing Creditor Name:

AMTEC PRECISION PRODUCTS INC
1355 HOLMES RD
ELGIN, IL 60123

Creditor Name

AMTEC PRECISION PRODUCTS INC     Docketed Total: **$36,769.72**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $36,769.72 |
| | | | **$36,769.72** |

Allowed Total: **$25,997.92**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $25,997.92 |
| | | | **$25,997.92** |

---

Scheduled Liability: 10394291
Date Filed: 01/20/2006
Docketed Total: $1,528.69
Filing Creditor Name:

ANIXTER
2540 S. SARAH AVE.
FRESNO, CA 93706

Creditor Name

ANIXTER     Docketed Total: **$1,528.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $1,528.69 |
| | | | **$1,528.69** |

Allowed Total: **$196.01**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $196.01 |
| | | | **$196.01** |

---

Scheduled Liability: 10416989
Date Filed: 10/10/2008
Docketed Total: $28,659.96
Filing Creditor Name:

ARGENT AUTOMOTIVE SYSTEMS INC
PO BOX 67000 DEPT 99401
DETROIT, MI 48267-0994

Creditor Name

ASM CAPITAL LP     Docketed Total: **$28,659.96**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,659.96 |
| | | | **$28,659.96** |

Allowed Total: **$18,434.38**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $18,434.38 |
| | | | **$18,434.38** |

---

Scheduled Liability: 10396342
Date Filed: 01/20/2006
Docketed Total: $1,038.80
Filing Creditor Name:

ARK TECHNOLOGIES INC
6536 EAGLE WAY
CHICAGO, IL 60678-1653

Creditor Name

ARK TECHNOLOGIES INC     Docketed Total: **$1,038.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,038.80 |
| | | | **$1,038.80** |

Allowed Total: **$852.80**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $852.80 |
| | | | **$852.80** |

---

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Pg 3 of 24

Forty-Fourth Omnibus Claims Objection

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Scheduled Liability: 10417035
Date Filed: 10/10/2008
Docketed Total: $24,068.80
Filing Creditor Name:
ARMSTRONG INDUSTRIAL CORP LTD
531 BUKIT BATOK ST 23
659547
ST GEORGEN, 659547
SINGAPORE

Creditor Name
ARMSTRONG INDUSTRIAL CORP LTD
Docketed Total: $24,068.80

Allowed Total: $16,727.80

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $24,068.80 | 05-44640 | | | $16,727.80 |
| | | | **$24,068.80** | | | | **$16,727.80** |

**Row 2**

Scheduled Liability: 10407441
Date Filed: 04/12/2006
Docketed Total: $32,528.56
Filing Creditor Name:
AUTOMATIC SPRING PRODUCTS EFT CORP
PO BOX 79001
DETROIT, MI 48279-1075

Creditor Name
ASM CAPITAL LP
Docketed Total: $32,528.56

Allowed Total: $31,868.56

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $32,528.56 | 05-44640 | | | $31,868.56 |
| | | | **$32,528.56** | | | | **$31,868.56** |

**Row 3**

Scheduled Liability: 10407089
Date Filed: 04/12/2006
Docketed Total: $57,770.10
Filing Creditor Name:
AUTOSPLICE, INC
PO BOX 27189
SANTA ANA, CA 92799-7189

Creditor Name
AUTOSPLICE, INC
Docketed Total: $57,770.10

Allowed Total: $27,623.95

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $57,770.10 | 05-44567 | | | $27,623.95 |
| | | | **$57,770.10** | | | | **$27,623.95** |

**Row 4**

Scheduled Liability: 10396531
Date Filed: 01/20/2006
Docketed Total: $18,030.08
Filing Creditor Name:
BALLY RIBBON MILLS
23 N 7TH S
BALLY, PA 19503

Creditor Name
MADISON INVESTMENT TRUST SERIES 38
Docketed Total: $18,030.08

Allowed Total: $3,636.08

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $18,030.08 | 05-44640 | | | $3,636.08 |
| | | | **$18,030.08** | | | | **$3,636.08** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10396556<br>Date Filed: 01/20/2006<br>Docketed Total: $18,375.00<br>Filing Creditor Name:<br><br>BARRY INDUSTRIES INC<br>PO BOX 1326<br>ATTLEBORO FALLS, MA 02763 | ARGO PARTNERS | | Docketed Total: | **$18,375.00** | | | Allowed Total: | **$9,187.50** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$18,375.00<br><br>**$18,375.00** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$9,187.50<br><br>**$9,187.50** |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10396732<br>Date Filed: 01/20/2006<br>Docketed Total: $28,212.48<br>Filing Creditor Name:<br><br>BRIGHT HEADPHONE<br>ELECTRONICS CO<br>8TH FL NO 109 LI DE ST<br>TAIPEI<br>CHUNG HO CITY, R O C- 235<br>TAIWAN, PROVINCE OF CHINA | BRIGHT HEADPHONE<br>ELECTRONICS CO | | Docketed Total: | **$28,212.48** | | | Allowed Total: | **$910.08** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$28,212.48<br><br>**$28,212.48** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$910.08<br><br>**$910.08** |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10396820<br>Date Filed: 01/20/2006<br>Docketed Total: $66,999.17<br>Filing Creditor Name:<br><br>CALDWELL INDUSTRIES INC<br>2351 NEW MILLENNIUM DRIVE<br>LOUISVILLE, KY 40216 | ASM CAPITAL LP | | Docketed Total: | **$66,999.17** | | | Allowed Total: | **$65,288.17** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$66,999.17<br><br>**$66,999.17** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$65,288.17<br><br>**$65,288.17** |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10397014<br>Date Filed: 01/20/2006<br>Docketed Total: $45,708.59<br>Filing Creditor Name:<br><br>CHIPPAC LTD<br>47400 KATO RD<br>FREMONT, CA 94538 | CHIPPAC LTD | | Docketed Total: | **$45,708.59** | | | Allowed Total: | **$6,820.59** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$45,708.59<br><br>**$45,708.59** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$6,820.59<br><br>**$6,820.59** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10397062<br>Date Filed: 01/20/2006<br>Docketed Total: $64,197.82<br>Filing Creditor Name:<br><br>CIRCLE PROSCO INC<br>PO BOX 391<br>COLUMBUS, IN 47201 | Creditor Name<br><br>AMROC INVESTMENTS LLC | Docketed Total: **$64,197.82** | | | | Allowed Total: **$3,825.42** | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $64,197.82 | 05-44640 | | | $3,825.42 |
| | | | | **$64,197.82** | | | | **$3,825.42** |
| Scheduled Liability: 10397088<br>Date Filed: 01/20/2006<br>Docketed Total: $5,153.20<br>Filing Creditor Name:<br><br>CLARIANT CORP<br>MASTERBATCHES DIV<br>85 INDUSTRIAL DR<br>HOLDEN, MA 01520 | Creditor Name<br><br>CLARIANT CORP MASTERBATCHES DIV | Docketed Total: **$5,153.20** | | | | Allowed Total: **$2,108.20** | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $5,153.20 | 05-44640 | | | $2,108.20 |
| | | | | **$5,153.20** | | | | **$2,108.20** |
| Scheduled Liability: 10415623<br>Date Filed: 10/12/2007<br>Docketed Total: $74,193.08<br>Filing Creditor Name:<br><br>COMPUTER OPTICAL PRODUCTS,<br>INC<br>9174 DEERING AVE.<br>CHATSWORTH, CA 91311 | Creditor Name<br><br>ARGO PARTNERS | Docketed Total: **$74,193.08** | | | | Allowed Total: **$57,742.12** | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44507 | | | $74,193.08 | 05-44507 | | | $57,742.12 |
| | | | | **$74,193.08** | | | | **$57,742.12** |
| Scheduled Liability: 10397466<br>Date Filed: 01/20/2006<br>Docketed Total: $1,529.85<br>Filing Creditor Name:<br><br>DEARBORN CDT<br>250 W CARPENTER AVE<br>WHEELING, IL 60090 | Creditor Name<br><br>DEARBORN CDT | Docketed Total: **$1,529.85** | | | | Allowed Total: **$168.80** | | |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $1,529.85 | 05-44640 | | | $168.80 |
| | | | | **$1,529.85** | | | | **$168.80** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Scheduled Liability: 10416959
Date Filed: 10/10/2008
Docketed Total: $196,954.80
Filing Creditor Name:

DERBY FABRICATING INC
PO BOX 633844
CINCINNATI, OH 45263-3844

Creditor Name
ASM CAPITAL LP        Docketed Total: **$196,954.80**        Allowed Total: **$196,314.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $196,954.80 | 05-44640 | | | $196,314.72 |
| | | | **$196,954.80** | | | | **$196,314.72** |

**Row 2**

Scheduled Liability: 10415656
Date Filed: 10/12/2007
Docketed Total: $27,114.70
Filing Creditor Name:

DIODES INC
PO BOX 2960
LOS ANGELES, CA 90051-0960

Creditor Name
MADISON NICHE OPPORTUNITIES LLC        Docketed Total: **$27,114.70**        Allowed Total: **$26,802.18**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $27,114.70 | 05-44640 | | | $26,802.18 |
| | | | **$27,114.70** | | | | **$26,802.18** |

**Row 3**

Scheduled Liability: 10397855
Date Filed: 01/20/2006
Docketed Total: $86,320.46
Filing Creditor Name:

ELLIOTT TAPE INC
135 S LASALLE DEPT 6464
CHICAGO, IL 60674-6464

Creditor Name
ASM CAPITAL LP        Docketed Total: **$86,320.46**        Allowed Total: **$48,192.96**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $86,320.46 | 05-44640 | | | $48,192.96 |
| | | | **$86,320.46** | | | | **$48,192.96** |

**Row 4**

Scheduled Liability: 10397932
Date Filed: 01/20/2006
Docketed Total: $9,828.61
Filing Creditor Name:

ENRICAU SA 50 RUE JACQUES BALMAT
ZAC DU GRAND BOIS BP 45
F 74130
VOUGY, FRANCE

Creditor Name
ENRICAU SA 50 RUE JACQUES BALMAT        Docketed Total: **$9,828.61**        Allowed Total: **$328.10**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $9,828.61 | 05-44640 | | | $328.10 |
| | | | **$9,828.61** | | | | **$328.10** |

\* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Forty-Fourth Omnibus Claims Objection

Pg 7 of 24

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Row 1**

SCHEDULED LIABILITY TO BE ALLOWED:
Scheduled Liability: 10398016
Date Filed: 01/20/2006
Docketed Total: $144,434.01
Filing Creditor Name:
F & G TOOL & DIE CO INC
PO BOX 321
WEST CARROLLTON, OH 45449

SCHEDULED LIABILITY AS DOCKETED:
Creditor Name
F & G TOOL & DIE CO INC    Docketed Total: $144,434.01

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $144,434.01 |
| | | | $144,434.01 |

SCHEDULED LIABILITY AS ALLOWED:
Allowed Total: $111,912.07

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $111,912.07 |
| | | | $111,912.07 |

**Row 2**

SCHEDULED LIABILITY TO BE ALLOWED:
Scheduled Liability: 10394384
Date Filed: 01/20/2006
Docketed Total: $6,975.05
Filing Creditor Name:
FANSTEEL INTERCAST
3600 FORMOSA BUILDING N
SUITE 13
MC ALLEN, TX 78503

SCHEDULED LIABILITY AS DOCKETED:
Creditor Name
ASM CAPITAL LP    Docketed Total: $6,975.05

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $6,975.05 |
| | | | $6,975.05 |

SCHEDULED LIABILITY AS ALLOWED:
Allowed Total: $2,316.49

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44507 | | | $2,316.49 |
| | | | $2,316.49 |

**Row 3**

SCHEDULED LIABILITY TO BE ALLOWED:
Scheduled Liability: 10415591
Date Filed: 10/12/2007
Docketed Total: $30,768.00
Filing Creditor Name:
FILTERTEK INC
PO BOX 795191
ST LOUIS, MO 63179-0795

SCHEDULED LIABILITY AS DOCKETED:
Creditor Name
AMROC INVESTMENTS LLC    Docketed Total: $30,768.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $30,768.00 |
| | | | $30,768.00 |

SCHEDULED LIABILITY AS ALLOWED:
Allowed Total: $29,498.00

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $29,498.00 |
| | | | $29,498.00 |

**Row 4**

SCHEDULED LIABILITY TO BE ALLOWED:
Scheduled Liability: 10407270
Date Filed: 04/12/2006
Docketed Total: $14,752.80
Filing Creditor Name:
FISCHER-TECH LTD
NO 12 LOYANG WAY
4 LAYANG INDUSTRIAL ESTATE
SINGAPORE, 507602

SCHEDULED LIABILITY AS DOCKETED:
Creditor Name
FISCHER-TECH LTD    Docketed Total: $14,752.80

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $14,752.80 |
| | | | $14,752.80 |

SCHEDULED LIABILITY AS ALLOWED:
Allowed Total: $13,816.90

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,816.90 |
| | | | $13,816.90 |

\* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
Forty-Fourth Omnibus Claims Objection
Pg 8 of 24

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Scheduled Liability:** 10407128
**Date Filed:** 04/12/2006
**Docketed Total:** $11,992.20
**Filing Creditor Name:**
FRAEN MACHINNING CORP
DBA SWISSTRONICS
PO BOX 845046
BOSTON, MA 02284-5046

Creditor Name
FRAEN MACHINNING CORP    Docketed Total: **$11,992.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $11,992.20 |
| | | | **$11,992.20** |

Allowed Total: **$1,875.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,875.00 |
| | | | **$1,875.00** |

---

**Scheduled Liability:** 10393108
**Date Filed:** 01/20/2006
**Docketed Total:** $2,855.63
**Filing Creditor Name:**
GENERAL SILICONES
14140 LIVE OAK AVENUE, UNIT D
BALDWIN PARK, CA 91706

Creditor Name
GENERAL SILICONES    Docketed Total: **$2,855.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $2,855.63 |
| | | | **$2,855.63** |

Allowed Total: **$1,427.81**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,427.81 |
| | | | **$1,427.81** |

---

**Scheduled Liability:** 10407969
**Date Filed:** 04/12/2006
**Docketed Total:** $152,774.28
**Filing Creditor Name:**
GENERAL SILICONES EFT
14140 LIVE OAK AVE UNIT D
BALDWIN PARK, CA 91706

Creditor Name
LONGACRE MASTER FUND LTD    Docketed Total: **$152,774.28**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $152,774.28 |
| | | | **$152,774.28** |

Allowed Total: **$44,667.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $44,667.12 |
| | | | **$44,667.12** |

---

**Scheduled Liability:** 10407170
**Date Filed:** 04/12/2006
**Docketed Total:** $8,512.00
**Filing Creditor Name:**
GOSHEN DIE CUTTING INC
815 LOGAN STREET
GOSHEN, IN 46528

Creditor Name
ASM CAPITAL LP    Docketed Total: **$8,512.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $8,512.00 |
| | | | **$8,512.00** |

Allowed Total: **$5,992.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $5,992.00 |
| | | | **$5,992.00** |

---

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10398566<br>Date Filed: 01/20/2006<br>Docketed Total: $47,454.55<br>Filing Creditor Name:<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP ASSIGNEE AUTOSPLICE INC<br>PO BOX 673305<br>DETROIT, MI 48267-3305 | Creditor Name<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | Docketed Total: | | **$47,454.55** | | Allowed Total: | | **$1,215.08** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $47,454.55 | 05-44640 | | | $1,215.08 |
| | | | | **$47,454.55** | | | | **$1,215.08** |
| Scheduled Liability: 10398577<br>Date Filed: 01/20/2006<br>Docketed Total: $29,483.00<br>Filing Creditor Name:<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP ASSIGNEE PHOTO INSTRUMENT<br>PO BOX 673305<br>DETROIT, MI 48267-3305 | Creditor Name<br>HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | Docketed Total: | | **$29,483.00** | | Allowed Total: | | **$5,070.32** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $29,483.00 | 05-44640 | | | $5,070.32 |
| | | | | **$29,483.00** | | | | **$5,070.32** |
| Scheduled Liability: 10415466<br>Date Filed: 10/12/2007<br>Docketed Total: $71,383.69<br>Filing Creditor Name:<br>HEWITT TOOL & DIE INC<br>PO BOX 47<br>OAKFORD, IN 46965-0047 | Creditor Name<br>HEWITT TOOL & DIE INC | Docketed Total: | | **$71,383.69** | | Allowed Total: | | **$71,011.83** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $71,383.69 | 05-44640 | | | $71,011.83 |
| | | | | **$71,383.69** | | | | **$71,011.83** |
| Scheduled Liability: 10398809<br>Date Filed: 01/20/2006<br>Docketed Total: $10,862.60<br>Filing Creditor Name:<br>INDIUM CORPORATION OF AMERICA<br>PO BOX 3242<br>BUFFALO, NY 14240 | Creditor Name<br>INDIUM CORPORATION OF AMERICA | Docketed Total: | | **$10,862.60** | | Allowed Total: | | **$4,562.60** |
| | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| | 05-44640 | | | $10,862.60 | 05-44640 | | | $4,562.60 |
| | | | | **$10,862.60** | | | | **$4,562.60** |

\* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Pg 10 of 24

Forty-Fourth Omnibus Claims Objection

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability:** 10393119
**Date Filed:** 01/20/2006
**Docketed Total:** $27,074.76
**Filing Creditor Name:**

INDUSTRIAL ELECTRIC WIRE INC
BOX 88545
MILWAUKEE, WI 53288-0545

Creditor Name

ASM CAPITAL LP          Docketed Total: **$27,074.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $27,074.76 |
| | | | **$27,074.76** |

Allowed Total: **$26,844.76**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $26,844.76 |
| | | | **$26,844.76** |

---

**Scheduled Liability:** 10398993
**Date Filed:** 01/20/2006
**Docketed Total:** $17,898.69
**Filing Creditor Name:**

J P PRODUCTS CO INC
720 VANDENBURG ROAD
KING OF PRUSSIA, PA 19406

Creditor Name

J P PRODUCTS CO INC          Docketed Total: **$17,898.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $17,898.69 |
| | | | **$17,898.69** |

Allowed Total: **$11,605.43**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $11,605.43 |
| | | | **$11,605.43** |

---

**Scheduled Liability:** 10393126
**Date Filed:** 01/20/2006
**Docketed Total:** $12,731.07
**Filing Creditor Name:**

JACKSON SPRING & MFG. CO. INC
299 BOND STREET
ELK GROVE VILLAGE, IL 60007

Creditor Name

FAIR HARBOR CAPITAL LLC          Docketed Total: **$12,731.07**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $12,731.07 |
| | | | **$12,731.07** |

Allowed Total: **$314.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $314.00 |
| | | | **$314.00** |

---

**Scheduled Liability:** 10399013
**Date Filed:** 01/20/2006
**Docketed Total:** $549,607.89
**Filing Creditor Name:**

JAE ELECTRONICS
142 TECHNOLOGY DR STE 100
IRVINE, CA 92618

Creditor Name

ASM CAPITAL II LP          Docketed Total: **$549,607.89**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $549,607.89 |
| | | | **$549,607.89** |

Allowed Total: **$519,427.67**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $519,427.67 |
| | | | **$519,427.67** |

---

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Pg 11 of 24

Forty-Fourth Omnibus Claims Objection

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10393127<br>Date Filed: 01/20/2006<br>Docketed Total: $27,050.86<br>Filing Creditor Name:<br><br>K O A SPEER ELECTRONICS INC<br>K S E CAPITAL CORPORATION<br>PO BOX 711769<br>CINCINNATI, OH 45271-1769 | Creditor Name<br><br>K O A SPEER ELECTRONICS INC | Docketed Total: | | **$27,050.86** | | Allowed Total: | | **$14,672.70** |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$27,050.86<br><br>**$27,050.86** | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$14,672.70<br><br>**$14,672.70** |
| Scheduled Liability: 10407175<br>Date Filed: 04/12/2006<br>Docketed Total: $3,564.74<br>Filing Creditor Name:<br><br>KEATS SOUTHWEST<br>11425 ROJAS<br>EL PASO, TX 79936-6424 | Creditor Name<br><br>KEATS SOUTHWEST | Docketed Total: | | **$3,564.74** | | Allowed Total: | | **$1,130.50** |
| | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$3,564.74<br><br>**$3,564.74** | Case Number*<br>05-44567 | Secured | Priority | Unsecured<br>$1,130.50<br><br>**$1,130.50** |
| Scheduled Liability: 10394441<br>Date Filed: 01/20/2006<br>Docketed Total: $18,500.00<br>Filing Creditor Name:<br><br>KERK MOTION PRODUCTS<br>1 KERK DR.<br>HOLLIS, NH 03049 | Creditor Name<br><br>KERK MOTION PRODUCTS | Docketed Total: | | **$18,500.00** | | Allowed Total: | | **$755.00** |
| | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$18,500.00<br><br>**$18,500.00** | Case Number*<br>05-44507 | Secured | Priority | Unsecured<br>$755.00<br><br>**$755.00** |
| Scheduled Liability: 10399208<br>Date Filed: 01/20/2006<br>Docketed Total: $422,229.72<br>Filing Creditor Name:<br><br>KILIAN MFG CORP<br>PO BOX 1450 NW 5529<br>MINNEAPOLIS, MN 55485-5529 | Creditor Name<br><br>LONGACRE MASTER FUND LTD | Docketed Total: | | **$422,229.72** | | Allowed Total: | | **$219,511.92** |
| | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$422,229.72<br><br>**$422,229.72** | Case Number*<br>05-44640 | Secured | Priority | Unsecured<br>$219,511.92<br><br>**$219,511.92** |

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Pg 12 of 24

Forty-Fourth Omnibus Claims Objection

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Scheduled Liability:** 10405364
**Date Filed:** 04/12/2006
**Docketed Total:** $10,614.48
**Filing Creditor Name:**

KOA EUROPE GMBH
KADDENBUSCH 6
DAEGELING, 25578
GERMANY

Creditor Name
KOA EUROPE GMBH

Docketed Total: **$10,614.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $10,614.48 |
| | | | **$10,614.48** |

Allowed Total: **$5,651.34**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44610 | | | $5,651.34 |
| | | | **$5,651.34** |

---

**Scheduled Liability:** 10415483
**Date Filed:** 10/12/2007
**Docketed Total:** $1,942,709.39
**Filing Creditor Name:**

KOA SPEER ELECTRONICS INC
ACCOUNTS RECEIVABLE
PO BOX 547
BRADFORD, PA 16701

Creditor Name
KOA SPEER ELECTRONICS INC

Docketed Total: **$1,942,709.39**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,942,709.39 |
| | | | **$1,942,709.39** |

Allowed Total: **$807,655.30**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $807,655.30 |
| | | | **$807,655.30** |

---

**Scheduled Liability:** 10399237
**Date Filed:** 01/20/2006
**Docketed Total:** $749.48
**Filing Creditor Name:**

KODA STANZ UND
BIEGETECHNIK GMBH
PO BOX 12 02 53
D 44292
DORTMUND, GERMANY

Creditor Name
KODA STANZ UND BIEGETECHNIK GMBH

Docketed Total: **$749.48**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $749.48 |
| | | | **$749.48** |

Allowed Total: **$6.65**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $6.65 |
| | | | **$6.65** |

---

**Scheduled Liability:** 10399358
**Date Filed:** 01/20/2006
**Docketed Total:** $162,625.12
**Filing Creditor Name:**

LDM TECHNOLOGIES
DRAWER 67 894
DETROIT, MI 48327

Creditor Name
LDM TECHNOLOGIES

Docketed Total: **$162,625.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $162,625.12 |
| | | | **$162,625.12** |

Allowed Total: **$111,181.71**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $111,181.71 |
| | | | **$111,181.71** |

---

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Forty-Fourth Omnibus Claims Objection

Pg 13 of 24

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability:** 10415489
**Date Filed:** 10/12/2007
**Docketed Total:** $178,974.20
**Filing Creditor Name:**

LINEAR TECHNOLOGY CORP
1630 MC CARTHY BLVD
MILPITAS, CA 95035-7487

Creditor Name

LINEAR TECHNOLOGY CORP    Docketed Total: **$178,974.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $178,974.20 |
| | | | **$178,974.20** |

Allowed Total: **$3,625.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,625.63 |
| | | | **$3,625.63** |

---

**Scheduled Liability:** 10393414
**Date Filed:** 01/20/2006
**Docketed Total:** $3,465.00
**Filing Creditor Name:**

LUMEX INC
290 E HELEN RD
PALATINE, IL 60067

Creditor Name

LUMEX INC    Docketed Total: **$3,465.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $3,465.00 |
| | | | **$3,465.00** |

Allowed Total: **$1,732.50**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,732.50 |
| | | | **$1,732.50** |

---

**Scheduled Liability:** 10399513
**Date Filed:** 01/20/2006
**Docketed Total:** $10,039.20
**Filing Creditor Name:**

M RON CORP
6050 N 52ND AVE
GLENDALE, AZ 85301

Creditor Name

AMROC INVESTMENTS LLC    Docketed Total: **$10,039.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,039.20 |
| | | | **$10,039.20** |

Allowed Total: **$5,319.40**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $5,319.40 |
| | | | **$5,319.40** |

---

**Scheduled Liability:** 10399670
**Date Filed:** 01/20/2006
**Docketed Total:** $12,773.62
**Filing Creditor Name:**

MCCOURT LABEL CABINET CO EFT
PO BOX 79001
DETROIT, MI 48279-1562

Creditor Name

MCCOURT LABEL CABINET CO EFT    Docketed Total: **$12,773.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,773.62 |
| | | | **$12,773.62** |

Allowed Total: **$12,580.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $12,580.90 |
| | | | **$12,580.90** |

---

* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

| | | |
|---|---|---|
| Scheduled Liability:  10399702<br>Date Filed:  01/20/2006<br>Docketed Total:  $110,714.89<br>Filing Creditor Name:<br><br>MECHANICAL & INDUSTRIAL<br>FASTENERS MIFAST<br>PO BOX 809153<br>CHICAGO, IL 60680-9153 | Creditor Name<br><br>HAIN CAPITAL HOLDINGS LLC          Docketed Total:          **$110,714.89**<br><br>Case Number*          Secured          Priority          Unsecured<br>05-44640                                                                    $110,714.89<br><br>                                                                                              **$110,714.89** | Allowed Total:          **$74,927.42**<br><br>Case Number*          Secured          Priority          Unsecured<br>05-44640                                                                    $74,927.42<br><br>                                                                                              **$74,927.42** |
| Scheduled Liability:  10416958<br>Date Filed:  10/10/2008<br>Docketed Total:  $315,003.80<br>Filing Creditor Name:<br><br>MICHIGAN SPRING & STAMPING<br>EFT<br>2700 WICKHAM DR<br>MUSKEGON, MI 49441 | Creditor Name<br><br>SPCP GROUP LLC AS AGENT FOR          Docketed Total:          **$315,003.80**<br>SILVER POINT CAPITAL FUND LP<br>AND SILVER POINT CAPITAL<br>OFFSHORE FUND LTD<br><br>Case Number*          Secured          Priority          Unsecured<br>05-44640                                                                    $315,003.80<br><br>                                                                                              **$315,003.80** | Allowed Total:          **$307,802.15**<br><br>Case Number*          Secured          Priority          Unsecured<br>05-44640                                                                    $307,802.15<br><br>                                                                                              **$307,802.15** |
| Scheduled Liability:  10399813<br>Date Filed:  01/20/2006<br>Docketed Total:  $1,927.31<br>Filing Creditor Name:<br><br>MICRO STAMPING CORP<br>140 BELMONT DRIVE<br>SOMERSET, NJ 08873 | Creditor Name<br><br>MICRO STAMPING CORP          Docketed Total:          **$1,927.31**<br><br>Case Number*          Secured          Priority          Unsecured<br>05-44640                                                                    $1,927.31<br><br>                                                                                              **$1,927.31** | Allowed Total:          **$1,746.53**<br><br>Case Number*          Secured          Priority          Unsecured<br>05-44640                                                                    $1,746.53<br><br>                                                                                              **$1,746.53** |

\* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd     Doc 19770-3     Filed 04/05/10     Entered 04/05/10 15:30:54     Exhibit
Pg 15 of 24

Forty-Fourth Omnibus Claims Objection

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**SCHEDULED LIABILITY AS DOCKETED**

Scheduled Liability: 10399923
Date Filed: 01/20/2006
Docketed Total: $1,790.69
Filing Creditor Name:

MOCAP INC
PO BOX 60351
SAINT LOUIS, MO 63160-0351

Creditor Name

SIERRA LIQUIDITY FUND    Docketed Total: **$1,790.69**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,790.69 |
| | | | **$1,790.69** |

Allowed Total: **$1,519.44**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $1,519.44 |
| | | | **$1,519.44** |

---

Scheduled Liability: 10400044
Date Filed: 01/20/2006
Docketed Total: $3,145.46
Filing Creditor Name:

MYERS SPRING CO INC
720 WATER ST
LOGANSPORT, IN 46947

Creditor Name

ASM CAPITAL LP    Docketed Total: **$3,145.46**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $3,145.46 |
| | | | **$3,145.46** |

Allowed Total: **$2,287.63**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $2,287.63 |
| | | | **$2,287.63** |

---

Scheduled Liability: 10400161
Date Filed: 01/20/2006
Docketed Total: $13,682.62
Filing Creditor Name:

NIAGARA PLASTICS LLC
7090 EDINBORO RD
ERIE, PA 16509

Creditor Name

HAIN CAPITAL HOLDINGS LLC    Docketed Total: **$13,682.62**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $13,682.62 |
| | | | **$13,682.62** |

Allowed Total: **$10,607.85**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,607.85 |
| | | | **$10,607.85** |

---

Scheduled Liability: 10407212
Date Filed: 04/12/2006
Docketed Total: $287.97
Filing Creditor Name:

OHIO FASTENERS & TOOL INC
915 LAKE ROAD
MEDINA, OH 44258

Creditor Name

OHIO FASTENERS & TOOL INC    Docketed Total: **$287.97**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $287.97 |
| | | | **$287.97** |

Allowed Total: **$143.98**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $143.98 |
| | | | **$143.98** |

* See Exhibit L for a listing of debtor entities by case number.

## EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

### Row 1

Scheduled Liability: 10393257
Date Filed: 01/20/2006
Docketed Total: $1,543.90
Filing Creditor Name:

PESA LABELING SYSTEM CORP
275 KINGS HWY #104
BROWNSVILLE, TX 78521

Creditor Name

FAIR HARBOR CAPITAL LLC    Docketed Total: **$1,543.90**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,543.90 |
| | | | **$1,543.90** |

Allowed Total: **$1,441.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,441.00 |
| | | | **$1,441.00** |

### Row 2

Scheduled Liability: 10408631
Date Filed: 04/12/2006
Docketed Total: $35,073.02
Filing Creditor Name:

POLYMETALLURGICAL CORP
PO BOX 3249
NO ATTLEBORO, MA 02761

Creditor Name

REDROCK CAPITAL PARTNERS LLC    Docketed Total: **$35,073.02**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $35,073.02 |
| | | | **$35,073.02** |

Allowed Total: **$8,388.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $8,388.12 |
| | | | **$8,388.12** |

### Row 3

Scheduled Liability: 10415735
Date Filed: 10/12/2007
Docketed Total: $423,958.23
Filing Creditor Name:

PRIDGEON & CLAY INC
50 COTTAGE GROVE SW
GRAND RAPIDS, MI 49507

Creditor Name

ARGO PARTNERS    Docketed Total: **$423,958.23**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $423,958.23 |
| | | | **$423,958.23** |

Allowed Total: **$393,150.78**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $393,150.78 |
| | | | **$393,150.78** |

### Row 4

Scheduled Liability: 10408670
Date Filed: 04/12/2006
Docketed Total: $28,087.93
Filing Creditor Name:

PROTECTIVE CLOSURES CO INC
EFT CAPLUGS DIV
2150 ELMWOOD AVE
BUFFALO, NY 14207

Creditor Name

HAIN CAPITAL HOLDINGS LLC    Docketed Total: **$28,087.93**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $28,087.93 |
| | | | **$28,087.93** |

Allowed Total: **$10,393.94**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $10,393.94 |
| | | | **$10,393.94** |

\* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Forty-Fourth Omnibus Claims Objection

Pg 17 of 24

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

**Scheduled Liability:** 10407183
**Date Filed:** 04/12/2006
**Docketed Total:** $17,812.00
**Filing Creditor Name:**

RAYCHEM CORPORATION
DIV OF TYCO ELEC - PTC DIV
300 CONSTITUTION DRIVE
MENLO PARK, CA 94025

Creditor Name

RAYCHEM CORPORATION    Docketed Total: **$17,812.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $17,812.00 |
| | | | **$17,812.00** |

Allowed Total: **$8,906.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $8,906.00 |
| | | | **$8,906.00** |

---

**Scheduled Liability:** 10400957
**Date Filed:** 01/20/2006
**Docketed Total:** $53,087.04
**Filing Creditor Name:**

REM ELECTRONICS SUPPLY CO INC
PO BOX 831
WARREN, OH 44482

Creditor Name

AMROC INVESTMENTS LLC    Docketed Total: **$53,087.04**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $53,087.04 |
| | | | **$53,087.04** |

Allowed Total: **$50,768.12**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $50,768.12 |
| | | | **$50,768.12** |

---

**Scheduled Liability:** 10393460
**Date Filed:** 01/20/2006
**Docketed Total:** $1,570.00
**Filing Creditor Name:**

RF MONOLITHICS INC
4347 SIGMA ROAD
DALLAS, TX 75244

Creditor Name

RF MONOLITHICS INC    Docketed Total: **$1,570.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $1,570.00 |
| | | | **$1,570.00** |

Allowed Total: **$400.00**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44567 | | | $400.00 |
| | | | **$400.00** |

---

**Scheduled Liability:** 10415479
**Date Filed:** 10/12/2007
**Docketed Total:** $378,614.20
**Filing Creditor Name:**

RF MONOLITHICS INC
PO BOX 201106
DALLAS, TX 75320-1106

Creditor Name

ASM CAPITAL II LP    Docketed Total: **$378,614.20**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $378,614.20 |
| | | | **$378,614.20** |

Allowed Total: **$335,868.99**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $335,868.99 |
| | | | **$335,868.99** |

---

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Pg 18 of 24

Forty-Fourth Omnibus Claims Objection

### EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Scheduled Liability:** 10394518
**Date Filed:** 01/20/2006
**Docketed Total:** $5,875.71
**Filing Creditor Name:**

RINO MECHANICAL
216 C. NORTH MAIN STREET
FREEPORT, NY

Creditor Name

ASM CAPITAL LP          Docketed Total: **$5,875.71**          Allowed Total: **$3,885.39**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $5,875.71 | 05-44507 | | | $3,885.39 |
| | | | **$5,875.71** | | | | **$3,885.39** |

---

**Scheduled Liability:** 10410739
**Date Filed:** 04/12/2006
**Docketed Total:** $5,788.96
**Filing Creditor Name:**

ROTATION ENGINEERING
8800 XYLON AVENUE NORTH
BROOKLYN PARK, MN 55445

Creditor Name

ROTATION ENGINEERING          Docketed Total: **$5,788.96**          Allowed Total: **$3,373.79**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44507 | | | $5,788.96 | 05-44507 | | | $3,373.79 |
| | | | **$5,788.96** | | | | **$3,373.79** |

---

**Scheduled Liability:** 10401311
**Date Filed:** 01/20/2006
**Docketed Total:** $468,028.94
**Filing Creditor Name:**

SG INDUSTRIES INC
9113 MACON RD
CORDOVA, TN 38016

Creditor Name

SG INDUSTRIES INC          Docketed Total: **$468,028.94**          Allowed Total: **$313,528.68**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $468,028.94 | 05-44640 | | | $313,528.68 |
| | | | **$468,028.94** | | | | **$313,528.68** |

---

**Scheduled Liability:** 10393473
**Date Filed:** 01/20/2006
**Docketed Total:** $9,341.50
**Filing Creditor Name:**

SPARTECH POLYCOM
470 JOHNSON ROAD
CHICAGO, IL 60693

Creditor Name

SPARTECH POLYCOM          Docketed Total: **$9,341.50**          Allowed Total: **$4,760.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $9,341.50 | 05-44567 | | | $4,760.00 |
| | | | **$9,341.50** | | | | **$4,760.00** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10401539<br>Date Filed: 01/20/2006<br>Docketed Total: $6,142.84<br>Filing Creditor Name:<br><br>SPIROL INTERNATIONAL CORP EFT<br>DEPT CH 14018<br>PALATINE, IL 60055-4018 | **Creditor Name**<br><br>SPIROL INTERNATIONAL CORP EFT       Docketed Total:    **$6,142.84**<br><br>**Case Number\***  **Secured**  **Priority**  **Unsecured**<br>05-44640                                   $6,142.84<br><br>                                              **$6,142.84** | **Allowed Total:    $6,001.73**<br><br>**Case Number\***  **Secured**  **Priority**  **Unsecured**<br>05-44640                                   $6,001.73<br><br>                                              **$6,001.73** |
| Scheduled Liability: 10401548<br>Date Filed: 01/20/2006<br>Docketed Total: $5,965.16<br>Filing Creditor Name:<br><br>SPRINGCO METAL COATINGS INC<br>12500 ELMWOOD AVE<br>CLEVELAND, OH 44111 | **Creditor Name**<br><br>SIERRA LIQUIDITY FUND       Docketed Total:    **$5,965.16**<br><br>**Case Number\***  **Secured**  **Priority**  **Unsecured**<br>05-44640                                   $5,965.16<br><br>                                              **$5,965.16** | **Allowed Total:    $2,358.76**<br><br>**Case Number\***  **Secured**  **Priority**  **Unsecured**<br>05-44640                                   $2,358.76<br><br>                                              **$2,358.76** |
| Scheduled Liability: 10393477<br>Date Filed: 01/20/2006<br>Docketed Total: $2,106.00<br>Filing Creditor Name:<br><br>STAR MICRONICS AMERICA INC<br>1150 KING GEORGES POST ROAD<br>EDISON, NJ 8837 | **Creditor Name**<br><br>STAR MICRONICS AMERICA INC       Docketed Total:    **$2,106.00**<br><br>**Case Number\***  **Secured**  **Priority**  **Unsecured**<br>05-44567                                   $2,106.00<br><br>                                              **$2,106.00** | **Allowed Total:    $1,053.00**<br><br>**Case Number\***  **Secured**  **Priority**  **Unsecured**<br>05-44567                                   $1,053.00<br><br>                                              **$1,053.00** |
| Scheduled Liability: 10401589<br>Date Filed: 01/20/2006<br>Docketed Total: $6,800.00<br>Filing Creditor Name:<br><br>STAR MICRONICS AMERICA INC EFT<br>CREDIT DEPT<br>PO BOX 11345<br>NEW BRUNSWICK, NJ 08906-9972 | **Creditor Name**<br><br>STAR MICRONICS AMERICA INC EFT       Docketed Total:    **$6,800.00**<br><br>**Case Number\***  **Secured**  **Priority**  **Unsecured**<br>05-44640                                   $6,800.00<br><br>                                              **$6,800.00** | **Allowed Total:    $1,100.00**<br><br>**Case Number\***  **Secured**  **Priority**  **Unsecured**<br>05-44640                                   $1,100.00<br><br>                                              **$1,100.00** |

\* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd   Doc 19770-3   Filed 04/05/10   Entered 04/05/10 15:30:54   Exhibit
Pg 20 of 24

Forty-Fourth Omnibus Claims Objection

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10407114 <br> Date Filed: 04/12/2006 <br> Docketed Total: $24,293.51 <br> Filing Creditor Name: <br> STERLING SPRING LLC <br> PO BOX 97265 <br> CHICAGO, IL 60690-7265 | GOLDMAN SACHS CREDIT PARTNERS LP | Docketed Total: | | $24,293.51 | | Allowed Total: | | $355.50 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44567 | | | $24,293.51 | 05-44567 | | | $355.50 |
| | | | | **$24,293.51** | | | | **$355.50** |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10401762 <br> Date Filed: 01/20/2006 <br> Docketed Total: $8,571.42 <br> Filing Creditor Name: <br> TAIYO YUDEN SINGAPORE PTE LTD <br> 19 JOO KOON CIRCLE <br> JURONG TOWN <br> 629051, SINGAPORE | TAIYO YUDEN SINGAPORE PTE LTD | Docketed Total: | | $8,571.42 | | Allowed Total: | | $4,285.71 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $8,571.42 | 05-44640 | | | $4,285.71 |
| | | | | **$8,571.42** | | | | **$4,285.71** |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10401764 <br> Date Filed: 01/20/2006 <br> Docketed Total: $6,005.84 <br> Filing Creditor Name: <br> TAKUMI STAMPING INC <br> 8955 SEWARD ROAD <br> FAIRFIELD, OH 45011 | TAKUMI STAMPING INC | Docketed Total: | | $6,005.84 | | Allowed Total: | | $4,312.91 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $6,005.84 | 05-44640 | | | $4,312.91 |
| | | | | **$6,005.84** | | | | **$4,312.91** |

| | Creditor Name | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Scheduled Liability: 10401845 <br> Date Filed: 01/20/2006 <br> Docketed Total: $62,085.07 <br> Filing Creditor Name: <br> TELAMON CORPORATION <br> 5341 PAYSPHERE CIRCLE <br> CHICAGO, IL 60674 | AMROC INVESTMENTS LLC | Docketed Total: | | $62,085.07 | | Allowed Total: | | $51,728.12 |
| | **Case Number*** | **Secured** | **Priority** | **Unsecured** | **Case Number*** | **Secured** | **Priority** | **Unsecured** |
| | 05-44640 | | | $62,085.07 | 05-44640 | | | $51,728.12 |
| | | | | **$62,085.07** | | | | **$51,728.12** |

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

Forty-Fourth Omnibus Claims Objection

Pg 21 of 24

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10401888<br>Date Filed: 01/20/2006<br>Docketed Total: $7,097.40<br>Filing Creditor Name:<br>TG NORTH AMERICA CORP TG MISSOURI<br>PO BOX 67000 DEPT 176101<br>DETROIT, MI 48267-1761 | Creditor Name<br><br>TG NORTH AMERICA CORP TG MISSOURI — Docketed Total: **$7,097.40**<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $7,097.40<br><br>**$7,097.40** | Allowed Total: **$5,904.80**<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $5,904.80<br><br>**$5,904.80** |
| Scheduled Liability: 10402019<br>Date Filed: 01/20/2006<br>Docketed Total: $9,150.00<br>Filing Creditor Name:<br>TRANS-TECH INC<br>P O BOX 308<br>FREDERICK, MD 21705-0308 | Creditor Name<br><br>TRANS-TECH INC — Docketed Total: **$9,150.00**<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $9,150.00<br><br>**$9,150.00** | Allowed Total: **$5,850.00**<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $5,850.00<br><br>**$5,850.00** |
| Scheduled Liability: 10407193<br>Date Filed: 04/12/2006<br>Docketed Total: $9,727.36<br>Filing Creditor Name:<br>TRANSAMERICA LUBRICANTS INC<br>BLVD. GOMEZ MORIN 9050-C<br>CD. JUAREZ, 32530<br>MEXICO | Creditor Name<br><br>TRANSAMERICA LUBRICANTS INC — Docketed Total: **$9,727.36**<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44567 — — — $9,727.36<br><br>**$9,727.36** | Allowed Total: **$346.50**<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44567 — — — $346.50<br><br>**$346.50** |
| Scheduled Liability: 10402071<br>Date Filed: 01/20/2006<br>Docketed Total: $1,310.70<br>Filing Creditor Name:<br>TRUARC CO LLC<br>PO BOX 798001<br>SAINT LOUIS, MO 63179-8000 | Creditor Name<br><br>TRUARC CO LLC — Docketed Total: **$1,310.70**<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $1,310.70<br><br>**$1,310.70** | Allowed Total: **$1,175.15**<br><br>Case Number* — Secured — Priority — Unsecured<br>05-44640 — — — $1,175.15<br><br>**$1,175.15** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Row 1**

Scheduled Liability: 10402143
Date Filed: 01/20/2006
Docketed Total: $91,200.00
Filing Creditor Name:

ULTRALIFE BATTERIES INC
2000 TECHNOLOGY PARKWAY
NEWARK, NY 14513

Creditor Name

ULTRALIFE BATTERIES INC  Docketed Total: **$91,200.00**

Allowed Total: **$45,600.00**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $91,200.00 | 05-44640 | | | $45,600.00 |
| | | | **$91,200.00** | | | | **$45,600.00** |

**Row 2**

Scheduled Liability: 10402147
Date Filed: 01/20/2006
Docketed Total: $17,511.42
Filing Creditor Name:

UMPCO INC
PO BOX 5158
GARDEN GROVE, CA 92846

Creditor Name

AMROC INVESTMENTS LLC  Docketed Total: **$17,511.42**

Allowed Total: **$14,521.72**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $17,511.42 | 05-44640 | | | $14,521.72 |
| | | | **$17,511.42** | | | | **$14,521.72** |

**Row 3**

Scheduled Liability: 10415567
Date Filed: 10/12/2007
Docketed Total: $76,579.24
Filing Creditor Name:

UNITED INDUSTRIES INC
135 S LA SALLE DEPT 3920
CHICAGO, IL 60674-3920

Creditor Name

CONTRARIAN FUNDS LLC  Docketed Total: **$76,579.24**

Allowed Total: **$76,579.23**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $76,579.24 | 05-44640 | | | $76,579.23 |
| | | | **$76,579.24** | | | | **$76,579.23** |

**Row 4**

Scheduled Liability: 10402310
Date Filed: 01/20/2006
Docketed Total: $52,786.75
Filing Creditor Name:

VERNAY LABORATORIES INC
EFT
P O BOX 310
YELLOW SPRINGS, OH 45387

Creditor Name

AMROC INVESTMENTS LLC  Docketed Total: **$52,786.75**

Allowed Total: **$25,113.13**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $52,786.75 | 05-44640 | | | $25,113.13 |
| | | | **$52,786.75** | | | | **$25,113.13** |

* See Exhibit L for a listing of debtor entities by case number.

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-3    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
Pg 23 of 24

Forty-Fourth Omnibus Claims Objection

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | | | | SCHEDULED LIABILITY AS ALLOWED | | | |
|---|---|---|---|---|---|---|---|---|

**Scheduled Liability:** 10407121
**Date Filed:** 04/12/2006
**Docketed Total:** $85,195.63
**Filing Creditor Name:**

VICTORY PACKAGING
PO BOX 844138
DALLAS, TX 75284-4138

Creditor Name

VICTORY PACKAGING        Docketed Total: **$85,195.63**        Allowed Total: **$1,473.21**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44567 | | | $85,195.63 | 05-44567 | | | $1,473.21 |
| | | | **$85,195.63** | | | | **$1,473.21** |

---

**Scheduled Liability:** 10402337
**Date Filed:** 01/20/2006
**Docketed Total:** $12,808.47
**Filing Creditor Name:**

VIP-VIRANT DOO
KOPRSKA ULICA 88
1000
LJUBLJANA, SLOVENIA

Creditor Name

VIP-VIRANT DOO        Docketed Total: **$12,808.47**        Allowed Total: **$99.11**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $12,808.47 | 05-44640 | | | $99.11 |
| | | | **$12,808.47** | | | | **$99.11** |

---

**Scheduled Liability:** 10411226
**Date Filed:** 04/12/2006
**Docketed Total:** $70,456.00
**Filing Creditor Name:**

WAKEFIELD ENGINEERING INC
PO BOX 8500 41035
PHILADELPHIA, PA 19178-8500

Creditor Name

WAKEFIELD ENGINEERING INC        Docketed Total: **$70,456.00**        Allowed Total: **$63,626.19**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $70,456.00 | 05-44640 | | | $63,626.19 |
| | | | **$70,456.00** | | | | **$63,626.19** |

---

**Scheduled Liability:** 10402480
**Date Filed:** 01/20/2006
**Docketed Total:** $82,875.60
**Filing Creditor Name:**

WET AUTOMOTIVE CANADA
PO BOX 12700
SEATTLE, WA 98101

Creditor Name

ASM CAPITAL II LP        Docketed Total: **$82,875.60**        Allowed Total: **$48,031.96**

| Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|
| 05-44640 | | | $82,875.60 | 05-44640 | | | $48,031.96 |
| | | | **$82,875.60** | | | | **$48,031.96** |

\* See Exhibit L for a listing of debtor entities by case number.

**EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|

Scheduled Liability: 10402545
Date Filed: 01/20/2006
Docketed Total: $34,865.17
Filing Creditor Name:

WOCO DE MEXICO SA DE CV AV
DE LAS FUENTES NO 19 PARQUE
INDUSTRIAL BERNARDO
QUINTANA
CP76246
QUERETARO, MEXICO

Creditor Name

WOCO DE MEXICO SA DE CV AV DE    Docketed Total:    **$34,865.17**
LAS FUENTES NO 19 PARQUE

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $34,865.17 |
| | | | **$34,865.17** |

Allowed Total:    **$32,940.17**

| Case Number* | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | | $32,940.17 |
| | | | **$32,940.17** |

**Total Claims To Be Allowed: 92**

**Total Amount As Docketed:**    $7,601,897.24

**Total Amount As Allowed:**    $4,710,880.18

* See Exhibit L for a listing of debtor entities by case number.