05-44481-rdd    Doc 19770-4    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
Pg 1 of 6

In re DPH Holdings Corp., et al.  Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ACG TRANSFORMACION DE POLIMEROS SA DE CV<br>GUAYAKIRI 624 NAVE 2<br>76118 LOMA BONITA QUERETARO<br>QRO,<br>MEXICO | 10395954 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $918.19<br>Total: $918.19 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 10415680 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,577.09<br>Total: $48,577.09 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 10396722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,814.14<br>Total: $5,814.14 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 10398231 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $211,507.25<br>Total: $211,507.25 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 10397463 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,872.00<br>Total: $2,872.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 10398443 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,214.25<br>Total: $5,214.25 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 10400194 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,050.00<br>Total: $2,050.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AUDIO MPEG INC<br>2800 SHIRLINGTON RD STE 325<br>ARLINGTON, VA 22206 | 10407435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $147,747.00<br>Total: $147,747.00 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

05-44481-rdd    Doc 19770-4    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

In re DPH Holdings Corp., et al.      Pg 2 of 6      **Forty-Fourth Omnibus Claims Objection**

Case No. 05-44481 (RDD)

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CALEDON TUBING LTD<br>580 JAMES ST<br>ST MARYS, ON N4X 1A8<br>CANADA | 10396821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $19,592.59<br>Total: $19,592.59 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CITY CHEMICAL CORP<br>139 ALLINGS CROSSING RD<br>WEST HAVEN, NJ 06516 | 10397074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $731.04<br>Total: $731.04 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DAE SUNG ELECTRIC CO LTD<br>743-5 WONGSI-DONG<br>ANSAN KYUNGGI-DO, 425851<br>REPUBLIC OF KOREA | 10415484 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $43,149.03<br>Total: $43,149.03 | 10/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| DATWYLER LTD RUBBER & PLASTICS<br>MWST-NR CH 195 654<br>CH-6467 SCHATTDORF<br>GERMANY | 10397435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $66,816.00<br>Total: $66,816.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC<br>1565 HOTEL CIR S STE 310<br>SAN DIEGO, CA 92108 | 10396146 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $220.00<br>Total: $220.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIELECTRIC LABORATORIES<br>PO BOX 6660<br>NEW YORK, NY 10249-6660 | 10397616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,043.72<br>Total: $5,043.72 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIODES INC<br>PO BOX 2960<br>LOS ANGELES, CA 90051-0960 | 10417031 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $236.41<br>Total: $236.41 | 10/10/2008 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| ELITE FASTENERS CORP<br>2005 15TH ST.<br>ROCKFORD, IL 61104 | 10393100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,125.00<br>Total: $3,125.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ELLSWORTH ADHESIVE SYSTEM INC<br>P O BOX 1002<br>GERMANTOWN, WI 53022-8202 | 10393227 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $846.00<br>Total: $846.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| EXACTO SPRING CORP.<br>P O BOX 24<br>GRAFTON, WI 53024-0024 | 10393101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $533.00<br>Total: $533.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| FINISHING SERVICES INC<br>877 ANN STREET<br>YPSILANTI, MI 48197 | 10398104 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,144.81<br>Total: $8,144.81 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FISHERCAST GLOBAL CORP<br>710 NEAL DRIVE<br>PETERBOROUGH, ON K9J6X7<br>CANADA | 10407169 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $13,289.19<br>Total: $13,289.19 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| FOURSLIDES INC<br>1701 E LINCOLN AVE<br>MADISON HEIGHTS, MI 48071-4175 | 10407929 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $24,308.92<br>Total: $24,308.92 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FRAEN MACHINING<br>PO BOX 84-5046<br>BOSTON, MA 02284-5046 | 10398187 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,610.45<br>Total: $6,610.45 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HENZE STAMPING & MFG CO<br>31650 STEPHENSON HWY<br>MADISON HTS, MI 48071 | 10398591 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,667.50<br>Total: $25,667.50 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| IDG INC<br>PO BOX 60879<br>CHARLOTTE, NC 28260-0879 | 10398752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,892.16<br>Total: $1,892.16 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| INDUSTRIAL STAMPING & MFG EFT<br>16500 COMMON RD<br>ROSEVILLE, MI 48066 | 10398836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $525.80<br>Total: $525.80 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KENNEDY ACQUISITION INC<br>1700 SUNSET DRIVE<br>PLYMOUTH, WI 53073 | 10399177 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $11,031.57<br>Total: $11,031.57 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KIFICO<br>6-2 CHAAM-DONG CHEONAN SHI<br>CHUNGNAM<br>REPUBLIC OF KOREA | 10399207 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,435.52<br>Total: $2,435.52 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LUTZ SALES INC<br>4675 TURNBERRY DR<br>HANOVER PARK, IL 60103-5463 | 10407105 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $262.50<br>Total: $262.50 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICHIGAN SPRING & STAMPING PRECISION PRODUCTS GROUP<br>PO BOX 720 2700 WICKHAM DR<br>MUSKEGON, MI 49443 | 10393421 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $834.60<br>Total: $834.60 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICRO COMERCIAL COMPONENTS COR<br>21201 ITASCA ST<br>CHATWORTH, CA 91311 | 10393422 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $595.20<br>Total: $595.20 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| MICROCHIP TECHNOLOGY INC<br>PO BOX 100799<br>PASADENA, CA 91189-0799 | 10415547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,128.46<br>Total: $6,128.46 | 10/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| NEXANS AUTOELECTRIC<br>PAVLA KEPKOVA<br>VOHENSTRAUSER STR 20<br>FLOSS, 92685<br>GERMANY | 10407211 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,028.80<br>Total: $6,028.80 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PANASONIC INDUSTRIAL CORP<br>PO BOX 905358<br>CHARLOTTE, NC 28290-5358 | 10407107 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $49,148.54<br>Total: $49,148.54 | 04/12/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| PENN METAL STAMPING INC<br>RT 255<br>PO BOX 221<br>ST MARYS, PA 15857 | 10393444 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $111.92<br>Total: $111.92 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| SHANGHAI AUTOMOBILE<br>AIR-CONDITIONE ACCESSORIES CO<br># 1188 LIAN XI RD PUDONG<br>SHANGHAI,<br>CHINA | 10409255 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $144.23<br>Total: $144.23 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TAESUNG RUBBER & CHEMICAL CO LTD<br>157 GONGDAN-DONG GUMI-CITY<br>GYUNGBUK 730-030<br>REPUBLIC OF KOREA | 10401758 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $35,769.72<br>Total: $35,769.72 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TIPPMANN PROPERTIES<br>9009 COLDWATER RD<br>FT WAYNE, IN 46825 | 10401933 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $28,387.76<br>Total: $28,387.76 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TRADE DEBT NET<br>PO BOX 1487<br>WEST BABYLON, NY 11704 | 10400521 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $415.28<br>Total: $415.28 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| U S MANUFACTURING CORP<br>17717 MASONIC BLVD<br>FRASER, MI 48026 | 10402129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,598.20<br>Total: $8,598.20 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WHITLAM LABEL CO IN<br>24800 SHERWOOD AVE<br>CENTERLINE, MI 48015 | 10393182 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $60.00<br>Total: $60.00 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |

**EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ZENTRUM MIKROELEKTRONIK DRESDEN AG GRENZSTRASSE 28 D 01109 DRESDEN GERMANY | 10402638 | Secured: Priority: Administrative: Unsecured: Total: | $74,000.00 $74,000.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **41** | | **$869,383.84** | | |