**EXHIBIT E - MDL-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CATHERINE M ROZANSKI<br>DAVID F DUMOUCHEL P25658<br>C/O BUTZEL LONG<br>150 W JEFFERSON STE 100<br>DETROIT, MI 48226 | 12184 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$66,421.85<br>$66,421.85 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| DAWES ALAN S<br>ROBER M STERN ESQ<br>C/O O MELVENY & MYERS LLP<br>1625 EYE STREET NW<br>WASHINGTON, DC 20006 | 13410 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$584,823.05<br>$584,823.05 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| HARBINGER CAPITAL PARTNERS<br>MASTER FUND I LTD<br>ATTN ILENA L CRUZ ESQ<br>WHITE & CASE LLP<br>200 S BISCAYNE BLVD STE 4900<br>MIAMI, FL 33131-2352 | 14739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| JOHN BLAHNIK<br>C/O MILLER CANFIELD PADDOCK & STONE<br>THOMAS W CRANMER ESQ<br>840 W LONG LAKE RD STE 200<br>TROY, MI 48098 | 12056 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$80,693.20<br>$80,693.20 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| MILAN BELANS<br>C/O CLARK HILL PLC<br>BRYAN H ZAIR AND SUSANNA C BRENNAN<br>500 WOODWARD AVE STE 3500<br>DETROIT, MI 48226-3435 | 14935 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$62,620.13<br><br>UNL<br>$62,620.13 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PAUL R FREE<br>C/O PEPPER HAMILTON LLP<br>RICHARD A ROSSMAN<br>100 RENAISSANCE CTR STE 3600<br>DETROIT, MI 48243 | 15599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$252,093.54<br>$252,093.54 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **6** | | **$1,046,651.77** | | |

\*    "UNL" denotes an unliquidated claim.