**EXHIBIT F - PERSONAL INJURY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRADY BILLY WAYNE<br>GREGORY T YOUNG ATTORNEY<br>FOR CLAIMANT<br>32770 FRANKLIN RD<br>FRANKLIN, MI 48025 | 550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$100,000.00<br>$100,000.00 | 11/14/2005 | DELPHI CORPORATION<br>(05-44481) |
| HAUPERT BRIDGET<br>BRIDGET HAUPERT<br>1107 BLUE JAY DR<br>GREENTOWN, IN 46936 | 1086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$100,000.00<br>$100,000.00 | 12/09/2005 | DELPHI CORPORATION<br>(05-44481) |
| HAUPERT ERIC<br>ERIC HAUPERT<br>1107 BLUE JAY DR<br>GREENTOWN, IN 46936 | 1087 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$300,000.00<br>$300,000.00 | 12/09/2005 | DELPHI CORPORATION<br>(05-44481) |
| HURST KAREN HAWK<br>DAVID L JOHNSTON JR ATTORNEY<br>AT LAW<br>PO BOX 8216<br>ANNISTON, AL 36202 | 12407 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$350,000.00<br>$350,000.00 | 07/28/2006 | DELPHI CORPORATION<br>(05-44481) |
| W & RENEE BRADY BILLY<br>C/O WEAVER AND YOUNG PC<br>GREGORY T YOUNG<br>32770 FRANKLIN RD<br>FRANKLIN, MI 48025 | 4288 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$150,000.00<br>$150,000.00 | 05/01/2006 | DELPHI AUTOMOTIVE<br>SYSTEMS LLC (05-44640) |
| **Total:** | **5** | | **$1,000,000.00** | | |