05-44481-rdd    Doc 19770-7    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
Pg 1 of 1

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Forty-Fourth Omnibus Claims Objection

**EXHIBIT G - DUPLICATE CLAIM**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 10575 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 10582 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/25/2006 | Secured: | Date Filed: 07/25/2006 | Secured: |
| Creditor's Name: | Priority: | Creditor's Name: | Priority: $10,000.00 |
| BATTENBERG LUANN C | Administrative: | BATTENBERG III J T | Administrative: |
| | Unsecured: $1,913,074.87 | | Unsecured: $25,567,870.48 |
| | Total: $1,913,074.87 | | Total: $25,577,870.48 |

|  |  |
|---|---|
| Total Claims To Be Expunged: | 1 |
| Total Asserted Amount To Be Expunged: | $1,913,074.87 |

\*   The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.