## EXHIBIT H - PREFERENCE-RELATED CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| A 1 SPECIALIZED SERVICES & SUPPLIES INC<br>ATTN MR ASHOK KUMAR<br>PO BOX 270<br>CROYDON, PA 19021 | 644 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 11/17/2005 | DELPHI CORPORATION (05-44481) |
| AHAUS TOOL & ENGINEERING INC<br>200 INDUSTRIAL PKWY<br>PO BOX 280<br>RICHMOND, IN 47374-0280 | 1102 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $102,550.00<br>Total: $102,550.00 | 12/09/2005 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 8576 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $554,635.03<br>Total: $554,635.03 | 06/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 10186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $130,579.71<br>Total: $130,579.71 | 07/21/2006 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 14915 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $468,786.87<br>Total: $468,786.87 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 11264 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $673,272.82<br>Total: $673,272.82 | 07/27/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 8723 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,318.47<br>Total: $48,318.47 | 06/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AMROC INVESTMENTS LLC<br>ATTN DAVID S LEINWAND ESQ<br>535 MADISON AVE 15TH FL<br>NEW YORK, NY 10022 | 8130 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $666,985.31<br>Total: $666,985.31 | 06/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 7189 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $28,487.88<br>Total: $28,487.88 | 05/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 15809 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $25,216.00<br>Total: $25,216.00 | 08/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BENCHMARK DBA PLASCO DBA GOLDEN THUMB<br>BENCHMARK INDUSTRIAL SUPPLY LLC<br>PO BOX 367<br>SPRINGFIELD, OH 45501 | 1627 | Secured:<br>Priority: $9,243.52<br>Administrative:<br>Unsecured:<br>Total: $9,243.52 | 01/23/2006 | DELPHI CORPORATION (05-44481) |
| BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 4576 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $149,937.86<br>Total: $149,937.86 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*     "UNL" denotes an unliquidated claim.                Page 2 of 14

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 4575 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $406,570.92<br>Total: $406,570.92 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 4577 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $58,674.29<br>Total: $58,674.29 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BLUE ANGEL CLAIMS LLC<br>ATTN JENNIFER DONOVAN<br>C/O DAVIDSON KEMPER CAPITAL MANAGEMENT LLC<br>65 E 55TH ST 19TH FL<br>NEW YORK, NY 10022 | 4574 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,032,367.00<br>Total: $4,032,367.00 | 05/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BP PRODUCTS NORTH AMERICA INC<br>FUELS BUSINESS UNIT<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | 13883 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $54,027.22<br>Total: $54,027.22 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| BP PRODUCTS NORTH AMERICA INC<br>FUELS BUSINESS UNIT<br>ATTN TOM W STRATTAN<br>28100 TORCH PKWY STE 300<br>WARRENVILLE, IL 60555 | 13882 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,164.75<br>Total: $4,164.75 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| CARLISLE ENGINEERED PRODUCTS INC<br>STEVEN J FORD ESQ<br>CARLISLE COMPANIES INCORPORATED<br>250 S CLINTON ST STE 201<br>SYRACUSE, NY 13202 | 11910 | Secured:<br>Priority: $729,450.77<br>Administrative:<br>Unsecured: $4,139,419.50<br>Total: $4,868,870.27 | 07/28/2006 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.        Page 3 of 14

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CF SPECIAL SITUATION FUND I LP<br>ATTN STUART A LAVEN JR<br>BENESCH FRIEDLANDER COPLAN<br>& ARONOFF LLP<br>2300 BP TOWER<br>200 PUBLIC SQUARE<br>CLEVELAND, OH 44114-2378 | 11777 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$516,441.65<br>$516,441.65 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE S 225<br>GREENWICH, CT 06830 | 1546 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$199,278.47<br>$199,278.47 | 01/17/2006 | DELPHI CORPORATION (05-44481) |
| CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 9991 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$9,372.00<br>$9,372.00 | 07/20/2006 | DELPHI ELECTRONICS (HOLDING) LLC (05-44547) |
| CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 10123 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $322,860.53<br><br><br><br>$322,860.53 | 07/21/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 9990 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$17,809.30<br>$17,809.30 | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC<br>ATTN ALISA MUMOLA<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 460 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$53,054.40<br>$53,054.40 | 11/09/2005 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.                    Page 4 of 14

05-44481-rdd    Doc 19770-8    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit

In re DPH Holdings Corp., et al.        Pg 5 of 14        Forty-Fourth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CONTRARIAN FUNDS LLC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830<br><br>MONROE INC<br>C/O ROBERT D WOLFORD<br>MILLER JOHNSON<br>PO BOX 306<br>GRAND RAPIDS, MI 49501-0306 | 2352 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $132,868.28<br>Total: $132,868.28 | 03/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CUSTOM PROFILES INC<br>MIA YARBROUGH<br>PO BOX 279<br>FITZGERALD, GA 31750 | 509 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $17,378.32<br>Total: $17,378.32 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| CUSTOM PROFILES INC<br>MIA YARBROUGH<br>PO BOX 279<br>FITZGERALD, GA 31750 | 508 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,711.47<br>Total: $5,711.47 | 11/14/2005 | DELPHI CORPORATION (05-44481) |
| DANICE MANUFACTURING CO<br>361 DONOVAN ST<br>SOUTH LYON, MI 48178 | 15329 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $77,751.36<br>Total: $77,751.36 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| EX CELL O MACHINE TOOLS INC<br>PO BOX 67000 DEPT 102901<br>DETROIT, MI 48267-1029 | 4022 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,690.00<br>Total: $5,690.00 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FERNANDEZ RACING LLC<br>6835 GUION RD<br>INDIANAPOLIS, IN 46268 | 388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $16,500.00<br>Total: $16,500.00 | 11/07/2005 | DELPHI CORPORATION (05-44481) |

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 5820 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$34,903.14<br>$34,903.14 | 05/15/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HAIN CAPITAL HOLDINGS LLC<br>ATTN GANNA LIBERCHUK<br>301 RTE 17 6TH FL<br>RUTHERFORD, NJ 07070 | 15516 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $61,802.40<br><br><br><br>$61,802.40 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO<br>C/O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10959 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO<br>C/O JASON J DEJONKER ESQ<br>MCDERMOTT WILL & EMERY LLP<br>227 W MONROE ST<br>CHICAGO, IL 60606-5096 | 10960 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 07/26/2006 | DELPHI CORPORATION (05-44481) |
| HERAEUS MATERIALS LTD<br>UNIT A CINDERHILL INDUSTRIAL ESTATE<br>STOKE ON TRENT<br>STAFFORDSHIRE, ST3 5LB<br>UNITED KINGDOM | 5950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$5,389.25<br>$5,389.25 | 05/16/2006 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| JPMORGAN CHASE BANK NA<br>STANLEY LIM<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | 471 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,244,881.76<br>$2,244,881.76 | 11/10/2005 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.                Page 6 of 14

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JVS EQUIP PARA AUTO IND<br>ELIANA OLIVEIRA<br>AV BENEDITO FRANCO PENTEADO<br>385<br>BAIRRO DOS PIRE, 13256--971<br>BRAZIL | 7651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $25,697.10<br>$25,697.10 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| JVS EQUIP PARA AUTO IND<br>ELIANA OLIVEIRA MARISA LAKRADA<br>AV BENEDITO FRANCO PENTEADO<br>385<br>BAIRRO DOS PIRE, 13256--971<br>BRAZIL | 7650 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $12,762.00<br>$12,762.00 | 06/08/2006 | DELPHI CORPORATION (05-44481) |
| KYOCERA INDUSTRIAL CERAMICS CORP<br>C/O LOEB & LOEB LLP<br>345 PARK AVE 18TH FL<br>NEW YORK, NY 10154 | 12530 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $312,610.00<br>$312,610.00 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LATIGO MASTER FUND LTD<br>ATTN PAUL MALEK<br>590 MADISON AVE 9TH FL<br>NEW YORK, NY 10022 | 10597 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $2,419,203.01<br>$2,419,203.01 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LDI INCORPORATED<br>4311 PATTERSON<br>GRAND RAPIDS, MI 49512 | 9832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $268,853.90<br>$268,853.90 | 07/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 10394 | Secured: $594,923.93<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br><br>$594,923.93 | 07/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.                    Page 7 of 14

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LIQUIDITY SOLUTIONS INC<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 10393 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: UNL | 07/24/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF ELKHART PRODUCTS CORP<br>DBA REVENUE MANAGEMENT<br>ONE UNIVERSITY PLAZA STE 312<br>HACKENSACK, NJ 07601 | 432 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $155,995.20<br>Total: $155,995.20 | 11/08/2005 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 9828 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $471,910.96<br>Total: $471,910.96 | 07/18/2006 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 15669 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $155,334.07<br>Total: $155,334.07 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16415 | Secured: $1,983,000.60<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $1,983,000.60 | 11/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16420 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $172,202.38<br>Total: $172,202.38 | 11/16/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 579 | Secured: $57,000.00<br>Priority:<br>Administrative:<br>Unsecured: $21,355.00<br>Total: $78,355.00 | 11/15/2005 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 9515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $33,563.94<br>Total: $33,563.94 | 07/14/2006 | DELPHI CORPORATION (05-44481) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 15670 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $207,886.00<br>Total: $207,886.00 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LTC ROLL & ENGINEERING CO<br>C/O GARY H CUNNINGHAM ESQ<br>STROBL CUNNINGHAM & SHARP PC<br>300 E LONG LAKE RD STE 200<br>BLOOMFIELD HILLS, MI 48304 | 5 | Secured:<br>Priority: $10,790.84<br>Administrative:<br>Unsecured: $38,722.98<br>Total: $49,513.82 | 10/13/2005 | DELPHI CORPORATION (05-44481) |
| MITTAL STEEL USA INC FKA ISPAT INLAND STEEL<br>FRANK FALLUCCA CREDIT MANAGER<br>1 S DEARBORN<br>CHICAGO, IL 60603 | 10008 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $714,233.39<br>Total: $714,233.39 | 07/20/2006 | DELPHI CORPORATION (05-44481) |
| NSK STEERING SYSTEMS AMERICA INC<br>PO BOX 134007<br>ANN ARBOR, MI 48113-4007 | 1562 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $672,450.29<br>Total: $672,450.29 | 01/17/2006 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.                    Page 9 of 14

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| OWENS CORNING FIBERGLASS INC<br>C/O OWENS CORNING WORLD HEADQUARTERS<br>ATTN MARIANN PRZYSIECKI 10 6<br>ONE OWENS CORNING PKWY<br>TOLEDO, OH 43659 | 10824 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $79,343.84<br>Total: $79,343.84 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| PARK OHIO PRODUCTS INC<br>7000 DENISON AVE<br>CLEVELAND, OH 44102 | 15134 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $355,290.19<br>Total: $355,290.19 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| PONTIAC COIL INC<br>5800 MOODY DR<br>CLARKSTON, MI 48348-4768 | 5388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $157,798.33<br>Total: $157,798.33 | 05/09/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| QUANEX CORP<br>ATTN S J PROCIV<br>MACSTEEL<br>ONE JACKSON SQ STE 500<br>JACKSON, MI 49201 | 10624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $511,659.39<br>Total: $511,659.39 | 07/25/2006 | DELPHI CORPORATION (05-44481) |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PRODUCT ACTION INTERNATIONAL LLC<br>RIVERSIDE CLAIMS LLC<br>PO BOX 626 PLANETARIUM STATION<br>NEW YORK, NY 10024 | 8875 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $505,106.24<br>Total: $505,106.24 | 06/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SELECT INDUSTRIES CORPORATION<br>PAIGE LEIGH ELLERMAN ESQ<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI, OH 45202 | 15427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $20,842.73<br>Total: $20,842.73 | 07/31/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP<br>W TIMOTHY MILLER<br>425 WALNUT STT STE 1800<br>CINCINNATI, OH 45202 | 10014 | Secured: $507,337.84<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $507,337.84 | 07/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 16427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,130,675.71<br>Total: $1,130,675.71 | 11/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC<br>ATTN BRIAN JARMAIN<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 12011 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $179,220.24<br>Total: $179,220.24 | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 14404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,204,920.60<br>Total: $1,204,920.60 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 7748 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $865,213.80<br>Total: $865,213.80 | 06/09/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 16192 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $409,245.00<br>Total: $409,245.00 | 08/01/2006 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.          Page 11 of 14

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 14347 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $5,486,881.18<br>Total:    $5,486,881.18 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 12828 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $2,696,313.72<br>Total:    $2,696,313.72 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN IRENE WU<br>2 GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830 | 1524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $518,452.00<br>Total:    $518,452.00 | 01/13/2006 | DELPHI CORPORATION (05-44481) |
| SPECIAL SITUATIONS INVESTING GROUP INC<br>ATTN AL DOMBROWSKI<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004 | 6844 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $2,773,276.88<br>Total:    $2,773,276.88 | 05/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STEPHENSON CORPORATION<br>4401 WESTERN RD<br>FLINT, MI 48506 | 9312 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $55,193.34<br>Total:    $55,193.34 | 07/11/2006 | DELPHI CORPORATION (05-44481) |
| TYCO ELECTRONICS CORPORATION<br>GEORGE D NAGLE JR CREDIT MGR<br>PO BOX 3608 MS 3826<br>HARRISBURG, PA 17105-3608 | 10707 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $2,997,056.91<br>Total:    $2,997,056.91 | 07/26/2006 | DELPHI CORPORATION (05-44481) |

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VANGUARD DISTRIBUTORS INC<br>PO BOX 608<br>SAVANNAH, GA 31402 | 9319 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$788,321.49<br>$788,321.49 | 07/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | 9454 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$23,391.86<br>$23,391.86 | 07/13/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWHICH PL<br>SHELTON, CT 06484 | 9452 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,675,676.21<br>$2,675,676.21 | 07/13/2006 | DELPHI CORPORATION (05-44481) |
| VISHAY AMERICAS INC<br>ATTN MARION R HUBBARD<br>1 GREENWICH PL<br>SHELTON, CT 06484 | 9453 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$8,949.08<br>$8,949.08 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WIEGEL TOOL WORKS INC<br>DAVID LEIBOWITZ<br>LEIBOWITZ LAW CENTER<br>420 W CLAYTON ST<br>WAUKEGAN, IL 60085 | 10752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$121,998.56<br>$121,998.56 | 07/25/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| WILLIAMS ADVANCED MATERIALS EF INC<br>BEM SERVICES INC<br>2978 MAIN ST<br>BUFFALO, NY 14214 | 5656 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$16,424.61<br>$16,424.61 | 05/11/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*   "UNL" denotes an unliquidated claim.                Page 13 of 14

**EXHIBIT H - PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WILLOW HILL INDUSTRIES LLC<br>3700 CHAGRIN RIVER RD<br>MORELAND HLS, OH 44022-1130 | 7652 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $61,254.66<br>Total: $61,254.66 | 06/08/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **79** | **$48,482,720.25** | | |

* "UNL" denotes an unliquidated claim.                Page 14 of 14