**EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A M S E A INC<br>2111 W THOMPSON RD<br>FENTON, MI 48430 | 10395880 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ACCESS ONE TECHNOLOGY<br>23373 COMMERCE DR SUITE A2<br>FARMINGTON HILLS, MI 48335 | 10415558 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ANN ARBOR MACHINE CO<br>PO BOX 3010<br>INDIANAPOLIS, IN 46206-3010 | 10407391 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$12,590.34<br>$12,590.34 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| APPLIED BIOSYSTEMS<br>SHARILYN<br>850 LINCOLN CENTRE DRIVE<br>FOSTER CITY, CA 94404 | 10415490 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2007 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| ARGO PARTNERS<br>12 W 37TH ST 9TH FL<br>NEW YORK, NY 10018 | 10415529 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$44,580.09<br>$44,580.09 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ASM CAPITAL II LP<br>7600 JERICHO TURNPIKE STE 302<br>WOODBURY, NY 11797 | 10396550 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,500.00<br>$2,500.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| AURAMET TRADING, LLC<br>2 EXECUTIVE DR STE 645<br>FORT LEE, NJ 07024 | 10108141 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 01/20/2006 | DELPHI CORPORATION (05-44481) |
| AURAMET TRADING, LLC<br>2 EXECUTIVE DR STE 645<br>FORT LEE, NJ 07024 | 10108142 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br><br><br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.          Page 1 of 9

**EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BP AMOCO CORP<br>PO BOX 9076<br>DES MOINES, IA 50368-9076 | 10396708 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,486.11<br>Total: $3,486.11 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CALSONIC CORP<br>10D ANDY SPEAR<br>5 24 15 MINAMIDAI<br>NAKANO KU<br>TOKYO, 164<br>JAPAN | 10403836 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CARE TOOLS<br>9701 WILSHIRE BLVD., 10TH FLOOR<br>BEVERLY HILLS, CA 90212 | 10384661 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $8,000.00<br>Total: $8,000.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION (05-44511) |
| CARETOOLS<br>TOM GIANNULLI<br>9701 WILSHIRE BLVD., 10TH FLOOR<br>BEVERLY HILLS, CA 90212 | 10021713 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $100,000.00<br>Total: $100,000.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| CARETOOLS INC<br>9701 WILSHIRE BLVD 10TH FL<br>BEVERLY HILLS, CA 90212 | 10407553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $72,909.17<br>Total: $72,909.17 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CENTURY SERVICES INC<br>8 STEELCASE ROAD WEST<br>MARKHAM, ON L3R 1B2<br>CANADA | 10411676 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CHARTER MANUFACTURING CO INC WIRE DIV<br>114 N JACKSON ST<br>MILWAUKEE, WI 53202 | 10403870 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CRITECH RESEARCH INC<br>525 AVIS DRIVE - SUITE 7<br>ANN ARBOR, MI 48108 | 10411678 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.            Page 2 of 9

**EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DAYTON TOOL CO INC<br>1825 E FIRST STREET<br>DAYTON, OH 45403 | 10403926 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC<br>1565 HOTEL CIRCLE S STE 310<br>SAN DIEGO, CA 92108 | 10399739 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,251.00<br>Total: $9,251.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DIGEX INC<br>VALERIE THOMPSON<br>ONE DIGEX PLAZA<br>BELTSVILLE, MD 20705 | 10397624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $120,579.91<br>Total: $120,579.91 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DONGJINMOTOR CO LTD<br>274-3 MORA-DONG SUSANG-GU<br>BUSAN<br>REPUBLIC OF KOREA | 10397673 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $93,022.35<br>Total: $93,022.35 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| DOVE EQUIPMENT CO INC<br>723 SABRINA DR<br>EAST PEORIA, IL 61611 | 10397686 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,400.00<br>Total: $1,400.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| EQUIS CORPORATION<br>161 NORTH CLARK ST STE #2400<br>CHICAGO, IL 60601 | 10397955 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $141,250.97<br>Total: $141,250.97 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FA TECH CORP<br>9065 SUTTON PL<br>HAMILTON, OH 45011-9316 | 10407868 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $65,785.00<br>Total: $65,785.00 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FIN MACHINE CO LTD SALTERS LANE<br>SEDGEFIELD STOCKTON ON TEES<br>CLEVELAND TS213EB<br>GREAT BRITAIN,<br>UNITED KINGDOM | 10398100 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $21,955.09<br>Total: $21,955.09 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.    Page 3 of 9

05-44481-rdd    Doc 19770-9    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
In re DPH Holdings Corp., et al.                    Pg 4 of 9          Forty-Fourth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FLUENT INC<br>3035 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-3035 | 10398149 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $31,552.50<br>Total: $31,552.50 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GLOBE MOTORS<br>2275 STANLEY AVE.<br>DAYTON, OH 45404-12 | 10394401 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,590.00<br>Total: $1,590.00 | 01/20/2006 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION (05-44507) |
| GLOBE MOTORS INC<br>21183 NETWORK PL<br>CHICAGO, IL 60673-1211 | 10404630 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HSS LLC<br>PO BOX 377<br>FLUSHING, MI 48433 | 10408074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $370,162.24<br>Total: $370,162.24 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INTEC MEXICO LLC EFT<br>654 S VERMONT STREET<br>PALATINE, IL 60067 | 10411720 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| INVOTEC ENGINEERING INC<br>10909 INDUSTRY LN<br>MIAMISBURG, OH 45342 | 10404544 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ISI OF INDIANA INC<br>1212 EAST MICHIGAN ST<br>INDIANAPOLIS, IN 46202 | 10411616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $5,630,138.24<br>Total: $5,630,138.24 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| KATAMAN METALS INC EFT<br>7700 BONHOMME AVE STE 550<br>CLAYTON, MO 63105-1924 | 10404627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LANEKO ENGINEERING CO<br>275 NEW JERSEY DR<br>FORT WASHINGTON INDUST PARK<br>FORT WASHINGTON, PA 19034 | 10411703 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 10400723 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $18,465.00<br>Total: $18,465.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 22ND FL<br>NEW YORK, NY 10019 | 10396786 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $48,327.99<br>Total: $48,327.99 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| M2M INTERNATIONAL LTD<br>BOX 221<br>MARINE CITY, MI 48039<br>CANADA | 10411696 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MERRILL TOOL & MACHINE EFT INC<br>PO BOX 441066<br>DETROIT, MI 48244-1066 | 10399740 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,476.40<br>Total: $1,476.40 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MICROCHIP TECHNOLOGY INC<br>2767 S ALBRIGHT RD<br>KOKOMO, IN 46902 | 10415434 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 10/12/2007 | DELCO ELECTRONICS OVERSEAS CORPORATION (05-44610) |
| MICROCHIP TECHNOLOGY INC<br>COMPTECH<br>2355 W CHANDLER BLVD<br>CHANDLER, AZ 85224 | 10404724 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NILES USA INC<br>1175 ENTERPRISE DRIVE<br>WINCHESTER, KY 40391 | 10415467 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $974,356.24<br>Total: $974,356.24 | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.                    Page 5 of 9

**EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| NORSK HYRDO CANADA INC<br>PO BOX 2354<br>CAROL STREAM, IL 60132-2354<br>CANADA | 10404599 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| OXFORD POLYMERS INC<br>221 SOUTH STREET<br>NEW BRITAIN, CT 06051 | 10411710 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| POLAR OIL & CHEMICAL INC<br>7031 CORPORATE WAY<br>DAYTON, OH 45459 | 10404144 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRO TEC CORPORATION<br>PO BOX 1878<br>WARREN, MI 48090 | 10408656 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $3,904.35<br>Total: $3,904.35 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRODUCTION SPECIALTY GROUP EFT INC<br>N117 W19237 FULTON DR<br>GERMANTOWN, WI 53022 | 10404425 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10404750 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10408674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 04/12/2006 | DELPHI INTERNATIONAL SERVICES INC (05-44583) |
| PRUDENTIAL RELOCATION INC<br>PO BOX 841337<br>DALLAS, TX 75284 | 10400781 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,400.88<br>Total: $9,400.88 | 01/20/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

\*      "UNL" denotes an unliquidated claim.                    Page 6 of 9

**In re DPH Holdings Corp., et al.**  **Forty-Fourth Omnibus Claims Objection**
Case No. 05-44481 (RDD)

## EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| QC ONICS INC<br>1410 WOHLERT ST<br>ANGOLA, IN 46703 | 10404778 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RIECK GROUP LLC DBA RICK SERVICES<br>5245 WADSWORTH RD<br>DAYTON, OH 45414 | 10411691 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| ROTOR COATERS INTERNATIONAL<br>1279 RICKETT ROAD<br>BRIGHTON, MI 48116 | 10408755 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SETECH INC<br>903 INDUSTRIAL DR<br>MURFREESBORO, TN 37129 | 10408801 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$2,942,555.81<br>$2,942,555.81 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SHUERT INDUSTRIES INC<br>PO BOX 8020<br>STERLING HEIGHTS, MI 48314 | 10404388 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SOLID STATE STAMPING<br>MARYANN BUKOVI<br>43550 BUSINESS PARK DRIVE<br>TEMECULA, CA 92590-3665 | 10415492 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$38,545.40<br>$38,545.40 | 10/12/2007 | SPECIALTY ELECTRONICS, INC (05-44539) |
| SOLID STATE STAMPING INC EFT<br>43350 BUSINESS PARK DRIVE<br>TEMECULA, CA 92590 | 10408832 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SOLID STATE STAMPING INC.<br>43350-1 BUSINESS PARK DR.<br>P.O. BOX 2620<br>TEMECULA, CA 92590-2620 | 10415487 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2007 | DELPHI CONNECTION SYSTEMS (05-44624) |

\*   "UNL" denotes an unliquidated claim.                Page 7 of 9

**EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SPARTECH POLYCOM<br>470 JOHNSON ROAD<br>CHICAGO, IL 60693 | 10393473 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,341.50<br>Total: $9,341.50 | 01/20/2006 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| SPARTECH POLYCOM<br>7174 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | 10404730 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>ATTN BRIAN A JARMAIN<br>TWO GREENWICH PLAZA 1ST FL<br>GREENWICH, CT 06830 | 10395960 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $221,377.38<br>Total: $221,377.38 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| STYNER & BIENZ FORMTECH LTD<br>FREIBURGSTRASSE 556<br>CH-3172 NIEDERWANGEN<br>SWITZERLAND | 10408885 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $160.98<br>Total: $160.98 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10408931 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $515,360.31<br>Total: $515,360.31 | 04/12/2006 | DELPHI DIESEL SYSTEMS CORP (05-44612) |
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10404793 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL<br>Total: UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TECH CENTRAL<br>28333 TELEGRAPH RD STE 400<br>SOUTHFIELD, MI 48034 | 10401807 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $133,933.42<br>Total: $133,933.42 | 01/20/2006 | DELPHI TECHNOLOGIES, INC (05-44554) |
| TRADE DEBT NET<br>PO BOX 1487<br>WEST BABYLON, NY 11704 | 10397408 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,008.89<br>Total: $2,008.89 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.                    Page 8 of 9

**EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VIKING POLYMER SOLUTIONS LLC<br>PO BOX 67000 DEPT 94301<br>DETROIT, MI 48267-0943 | 10404651 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURES DR<br>HOLLAND, MI 49424 | 10415524 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 10/12/2007 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| WM HAGUE COMPANY<br>16 LOMAR INDUSTRIAL PK UNIT #8<br>PEPPERELL, MA 01463 | 10404171 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>UNL<br>UNL | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Total: | 67 | | $11,649,967.56 | | |

\*    "UNL" denotes an unliquidated claim.              Page 9 of 9