**EXHIBIT J - MODIFIED SERP-RELATED SCHEDULED LIABILITIES**

| SCHEDULED LIABILITY TO BE ALLOWED** | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10417038<br>Date Filed: 10/10/2008<br>Docketed Total: $894,254.46<br>Filing Creditor Name:<br>JOHNSON,ROBERT | Creditor Name<br>JOHNSON,ROBERT    Docketed Total: $894,254.46<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $894,254.46<br>                                                 $894,254.46 | Allowed Total: $849,254.46<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $849,254.46<br>                                                 $849,254.46 |
| Scheduled Liability: 10417039<br>Date Filed: 10/10/2008<br>Docketed Total: $1,679.02<br>Filing Creditor Name:<br>LIND,RICHARD | Creditor Name<br>LIND,RICHARD    Docketed Total: $1,679.02<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $1,679.02<br>                                                 $1,679.02 | Allowed Total: $1,565.98<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $1,565.98<br>                                                 $1,565.98 |
| Scheduled Liability: 10417037<br>Date Filed: 10/10/2008<br>Docketed Total: $582,366.09<br>Filing Creditor Name:<br>NORTHERN,EDWARD | Creditor Name<br>NORTHERN,EDWARD    Docketed Total: $582,366.09<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $582,366.09<br>                                                 $582,366.09 | Allowed Total: $543,255.33<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                         $543,255.33<br>                                                 $543,255.33 |
|  |  | **Total Claims To Be Allowed: 3**<br>**Total Amount As Docketed:** $1,478,299.57<br>**Total Amount As Allowed:** $1,394,075.77 |

\*     See Exhibit L for a listing of debtor entities by case number.

\*\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.