EXHIBIT K-1 - ADJOURNED PARTIALLY SATISFIED SCHEDULED LIABILITIES

| SCHEDULED LIABILITY TO BE ALLOWED | SCHEDULED LIABILITY AS DOCKETED | SCHEDULED LIABILITY AS ALLOWED |
|---|---|---|
| Scheduled Liability: 10407171<br>Date Filed: 04/12/2006<br>Docketed Total: $28,642.64<br>Filing Creditor Name:<br>HITACHI CHEMICAL SINGAPORE PTE<br>M GOTTLIEB ASSOCIATES<br>608 E BOULEVARD<br>KOKOMO, IN 46902 | Creditor Name<br>HITACHI CHEMICAL SINGAPORE PTE     Docketed Total:     $28,642.64<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44567                                                       $28,642.64<br>                                                                $28,642.64 | Allowed Total:     $6,718.64<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44567                                                       $6,718.64<br>                                                                $6,718.64 |
| Scheduled Liability: 10405357<br>Date Filed: 04/12/2006<br>Docketed Total: $23,128.00<br>Filing Creditor Name:<br>HITACHI CHEMICAL SINGAPORE PTE LTD<br>614 E POPLAR ST<br>KOKOMO, IN 46902 | Creditor Name<br>HITACHI CHEMICAL SINGAPORE PTE LTD     Docketed Total:     $23,128.00<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44610                                                       $23,128.00<br>                                                                $23,128.00 | Allowed Total:     $9,051.44<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44610                                                       $9,051.44<br>                                                                $9,051.44 |
| Scheduled Liability: 10402173<br>Date Filed: 01/20/2006<br>Docketed Total: $51,735.60<br>Filing Creditor Name:<br>UNITED METAL PROD CORP EFT<br>8101 LYNDON AVENUE<br>DETROIT, MI 48238 | Creditor Name<br>MADISON INVESTMENT TRUST SERIES 38     Docketed Total:     $51,735.60<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                       $51,735.60<br>                                                                $51,735.60 | Allowed Total:     $1,637.30<br><br>Case Number*     Secured     Priority     Unsecured<br>05-44640                                                       $1,637.30<br>                                                                $1,637.30 |
|  |  | Total Claims To Be Allowed: 3<br>Total Amount As Docketed:     $103,506.24<br>Total Amount As Allowed:     $17,407.38 |

\* See Exhibit L for a listing of debtor entities by case number.