**EXHIBIT K-2 - FULLY SATISFIED SCHEDULED LIABILITY**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | ASSERTED SCHEDULED LIABILITY AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 10396186 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$31,200.00<br>$31,200.00 | 01/20/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | | **$31,200.00** | | |