**EXHIBIT K-3 - ADJOURNED UNION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INTERNATIONAL UNION UAW<br>NIRAJ GANATRA ESQ<br>LEGAL DEPARTMENT<br>8000 E JEFFERSON AVE<br>DETROIT, MI 48214 | 13880 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$11,000,000,000.00<br><br><br>$11,000,000,000.00 | 07/31/2006 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL UNION UAW AND LOCAL 155 ON BEHALF OF ITS BARGAINING UNIT MEMBERS<br>WILLIAM J KARGES ESQ<br>400 GALLERIA OFFICENTRE STE 117<br>SOUTHFIELD, MI 48034 | 13270 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$992,869.85<br><br><br>$992,869.85 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UAW AND ITS LOCAL 286<br>NIRAJ GANATRA ESQ<br>INTERNATIONAL UNION UAW<br>LEGAL DEPARTMENT<br>8000 E JEFFERSON AVE<br>DETROIT, MI 48214 | 13838 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>UNL<br><br>UNL<br>UNL | 07/31/2006 | ASEC MANUFACTURING GENERAL PARTNERSHIP (05-44482) |
| UAW LOCAL 2083<br>PO BOX 70264<br>TUSCALOOSA, AL 35407 | 5268 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br>$3,191.00<br><br>UNL<br>$3,191.00 | 05/08/2006 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | | **$11,000,996,060.85** | | |

\*    "UNL" denotes an unliquidated claim.                    Page 1 of 1