**EXHIBIT K-4 - ADJOURNED PERSONAL INJURY CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KRAUS JESSICA<br>CHRISTOPHER D DAMATO ESQ<br>CELLINO & BARNES PC<br>17 COURT ST 7TH FL<br>BUFFALO, NY 14202-3290 | 14810 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$500,000.00<br>$500,000.00 | 07/31/2006 | DELPHI CORPORATION<br>(05-44481) |
| SAUNDERS JEREMIAH J<br>RANDY SCHIMMELPFENNIG<br>C/O MORGAN AND MORGAN<br>16TH FL 20 N ORANGE AVE<br>PO BOX 4979<br>ORLANDO, FL 32802 | 9438 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br><br>$100,000.00<br>$100,000.00 | 07/13/2006 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **2** | | **$600,000.00** | | |