**EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BANK OF AMERICA N A<br>ATTN DAVE HALESWORTH<br>1 BRYANT PARK<br>NEW YORK, NY 10035 | 11660 | Secured: UNL<br>Priority:<br>Administrative:<br>Unsecured: $10,605,213.61<br>Total: $10,605,213.61 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH, CT 06830 | 7371 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $694,417.04<br>Total: $694,417.04 | 06/02/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>C/O GOLDMAN SACHS & CO<br>30 HUDSON 17TH FL<br>JERSEY CITY, NJ 07302 | 2558 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $9,000,000.00<br>Total: $9,000,000.00 | 04/04/2006 | DELPHI CORPORATION (05-44481) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>C/O GOLDMAN SACHS & CO<br>ATTN PEDRO RAMIREZ 30 HUDSON ST 17TH FL<br>JERSEY CITY, NJ 07302<br><br>GOLDMAN SACHS CREDIT PARTNERS LP<br>ATTN PEDRO RAMIREZ<br>30 HUDSON ST 17TH FL<br>JERSEY CITY, NJ 07302 | 9940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $6,678,072.11<br>Total: $6,678,072.11 | 07/19/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| GOLDMAN SACHS CREDIT PARTNERS LP<br>ONE NEW YORK PLZ 42ND FL<br>NEW YORK, NY 10004 | 7547 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $653,828.81<br>Total: $653,828.81 | 06/06/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| HEWLETT PACKARD COMPANY<br>ATTN K HIGMAN<br>2125 E KATELLA AVE STE 400<br>ANAHEIM, CA 92806 | 9352 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,948,005.65<br>Total: $4,948,005.65 | 07/11/2006 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.                Page 1 of 6

**EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ITAUTEC AMERICA INC<br>ATTN EDUARDO ARCHER DE CASTILHO GENERAL MANAGER<br>1935 NW 87TH AVE<br>DORAL, FL 33172 | 10811 | Secured: $233,753.69<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: $233,753.69 | 07/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | 12151 | Secured:<br>Priority: $12,451.81<br>Administrative:<br>Unsecured: $29,468.17<br>Total: $41,919.98 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEXINGTON RUBBER GROUP INC<br>LEXINGTON CONNECTOR SEALS<br>1510 RIDGE RD<br>VIENNA, OH 44473-970 | 11925 | Secured:<br>Priority: $263,044.57<br>Administrative:<br>Unsecured: $54,073.29<br>Total: $317,117.86 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 2071 | Secured:<br>Priority: $579,972.85<br>Administrative:<br>Unsecured: $3,028,202.93<br>Total: $3,608,175.78 | 02/21/2006 | ASEC SALES GENERAL PARTNERSHIP (05-44484) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 16395 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $655,686.82<br>Total: $655,686.82 | 10/30/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 11114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $120,077.19<br>Total: $120,077.19 | 07/26/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.                     Page 2 of 6

**EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LONGACRE MASTER FUND LTD<br>VLADIMIR JELISAVCIC<br>810 SEVENTH AVE 33RD FL<br>NEW YORK, NY 10019 | 12153 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $187,779.14<br>Total: $187,779.14 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MADISON NICHE OPPORTUNITIES LLC<br>6310 LAMAR AVE STE 120<br>OVERLAND PARK, KS 66202 | 3752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $4,864.32<br>Total: $4,864.32 | 05/01/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MARQUARDT GMBH<br>SCHLOSS STR 16<br>RIETHEIM WEIHEIM 78604,<br>GERMANY | 12161 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $875,135.40<br>Total: $875,135.40 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| MUBEA INC<br>6800 INDUSTRIAL RD<br>FLORENCE, KY 41042 | 11688 | Secured:<br>Priority:<br>Administrative: $448,877.94<br>Unsecured: $80,487.44<br>Total: $529,365.38 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| PARK ENTERPRISES OF ROCHESTER INC<br>CHAMBERLAIN DAMANDA<br>ATTN JERRY GREENFIELD ESQ<br>2 STATE ST STE1600<br>ROCHESTER, NY 14614 | 9647 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $618,507.09<br>Total: $618,507.09 | 07/12/2006 | DELPHI CORPORATION (05-44481) |
| SIMCO CONSTRUCTION INC<br>BILLY SIMMONS<br>1311 COMMERCE DR NW<br>DECATUR, AL 35601 | 16320 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $144,606.92<br>Total: $144,606.92 | 09/18/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

**EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SPECIAL SITUATIONS INVESTING GROUP INC<br>ATTN AL DOMBROWSKI<br>C/O GOLDMAN SACHS & CO<br>85 BROAD ST 27TH FL<br>NEW YORK, NY 10004<br><br>PBR COLUMBIA LLC<br>ATTN DAVID WHEELER<br>201 METROPOLITAN DR<br>WEST COLUMBIA, SC 29170 | 6610 | Secured: $1,508,953.50<br>Priority:<br>Administrative:<br>Unsecured: $447,670.98<br>Total: $1,956,624.48 | 05/22/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| SUMITOMO WIRING SYSTEMS USA INC<br>MAX J NEWMAN ESQ<br>SCHAFER AND WEINER PLLC<br>ATTORNEYS FOR SUMITOMO WIRING SYSTEMS USA INC<br>40950 WOODWARD AVE STE 100<br>BLOOMFIELD HILLS, MI 48304<br><br>JPMORGAN CHASE BANK NA<br>NEELIMA VELUVOLU<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | 2111 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $92,057.65<br>Total: $92,057.65 | 02/24/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TPG CREDIT OPPORTUNITIES INVESTORS LP,<br>TPG CREDIT OPPORTUNITIES FUND LP<br>C/O TPG CREDIT MANAGEMENT LP<br>ATTN SHELLEY HARTMAN<br>4600 WELLS FARGO CTR<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402 | 9470 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $1,347,828.94<br>Total: $1,347,828.94 | 07/13/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| TPG CREDIT OPPORTUNITIES INVESTORS LP,<br>TPG CREDIT OPPORTUNITIES FUND LP,<br>TPG CREDIT STRATEGIES FUND LP<br>ATTN VICKI DOMINGUEZ<br>C/O TPG CREDIT MANAGEMENT LP<br>4600 WELLS FARGO CENTER<br>90 S SEVENTH ST<br>MINNEAPOLIS, MN 55402<br><br>JPMORGAN CHASE BANK NA<br>NEELIMA VELUVOLU<br>270 PARK AVE 17TH FL<br>NEW YORK, NY 10017 | 12678 | Secured:<br>Priority: $2,061,011.00<br>Administrative:<br>Unsecured: $16,691,418.68<br>Total: $18,752,429.68 | 07/28/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*   "UNL" denotes an unliquidated claim.               Page 4 of 6

**EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>MICHAEL K MCCRORY<br>BARNES & THORNBURG LLP<br>11 S MERIDIAN ST<br>INDIANAPOLIS, IN 46204 | 6878 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $348,481.97<br>Total:    $348,481.97 | 05/25/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>WILLIAM M BRAMAN<br>MONTGOMERY ELSNER & PARDIECK LLP<br>308 WEST 2ND ST<br>SEYMOUR, IN 47274 | 2174 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $234,500.00<br>Total:    $234,500.00 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC<br>WILLIAM M BRAMAN<br>MONTGOMERY ELSNER & PARDIECK LLP<br>308 WEST 2ND ST<br>SEYMOUR, IN 47274 | 2175 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $1,016,065.83<br>Total:    $1,016,065.83 | 03/03/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO CLIMATE CONTROL CORPORATION<br>ATTN CHRISTOPHER R CONNELY<br>150 STEPHENSON HWY<br>TROY, MI 48083-1116 | 11462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $506,709.93<br>Total:    $506,709.93 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO ELECTRICAL SYSTEMS INC MOTORS AND ACTUATORS DIVISION<br>CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DRIVE<br>AUBURN HILLS, MI 48326 | 14152 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $669,860.41<br>Total:    $669,860.41 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS, MI 48326 | 11466 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:    $95,661.00<br>Total:    $95,661.00 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.    Page 5 of 6

**EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| VALEO SWITCHES AND DETECTION SYSTEMS INC<br>ATTN CHRISTOPHER R CONNELY<br>3000 UNIVERSITY DR<br>AUBURN HILLS, MI 48326 | 11465 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $76,841.75<br>Total: $76,841.75 | 07/27/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| VICTORY PACKAGING LP<br>ATTN MR BENJAMIN SAMUELS<br>VICE CHAIRMAN<br>VICTORY PACKAGING LLP<br>3555 TIMMONS LAND STE 1440<br>HOUSTON, TX 77027 | 11640 | Secured:<br>Priority: UNL<br>Administrative:<br>Unsecured: $6,183,936.00<br>Total: $6,183,936.00 | 07/27/2006 | DELPHI CORPORATION (05-44481) |
| WESTWOOD ASSOCIATES INC<br>MICHELLE MCNULTY<br>PO BOX 431<br>MILFORD, CT 06460 | 14918 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $66,399.42<br>Total: $66,399.42 | 07/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **31** | **$71,263,923.85** | | |

\*    "UNL" denotes an unliquidated claim.                Page 6 of 6