**EXHIBIT K-6 - ADJOURNED PREFERENCE-RELATED SCHEDULED LIABILITY**

| CREDITOR'S NAME AND ADDRESS | SCHEDULED LIABILITY | SCHEDULED LIABILITY AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SUMMIT POLYMERS INC<br>6700 SPRINKLE RD<br>KALAMAZOO, MI 49001 | 10408891 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $278,111.11<br>Total: $278,111.11 | 04/12/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **1** | **$278,111.11** | | |

\*    "UNL" denotes an unliquidated claim.    Page 1 of 1