**In re DPH Holdings Corp., et al.**                                    Forty-Fourth Omnibus Claims Objection

**Case No. 05-44481 (RDD)**

### Exhibit L - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44507 | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION |
| 05-44539 | SPECIALTY ELECTRONICS, INC. |
| 05-44567 | DELPHI MECHATRONIC SYSTEMS, INC. |
| 05-44610 | DELCO ELECTRONICS OVERSEAS CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |