Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| A 1 SPECIALIZED SERVICES & SUPPLIES INC | 644 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| A M S E A INC | 10395880 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| A MAIER PRAEZISION GMBH EFT | 10395881 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ABRACON CORPORATION | 10395922 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ACCESS ONE TECHNOLOGY | 10415558 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ACG TRANSFORMACION DE POLIMEROS SA DE CV | 10395954 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ACORD INC | 10395960 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AHAUS TOOL & ENGINEERING INC | 1102 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ALABAMA WORKERS COMPENSATION SELF INSURERS GUARANTY ASSOCIATION INC | 15624 | EXHIBIT A - MODIFIED AND ALLOWED CLAIMS |
| ALLAN TOOL & MACHINE CO INC | 10396125 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ALLTEMATED INC | 10396146 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ALPINE ELECTRONICS OF AMERICA | 16192 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMBRAKE CORPORATION | 6844 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMERICAN CABLE COMPANY INC | 10396186 | EXHIBIT K-2 - FULLY SATISFIED SCHEDULED LIABILITY |
| AMKOR ELECTRONICS INC | 10407381 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10186 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 10397062 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10399513 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10400957 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10401845 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10402147 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10402310 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 10415591 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AMROC INVESTMENTS LLC | 11264 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 14915 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 8130 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 8576 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC | 8723 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF SPRIMAG INC | 8723 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMROC INVESTMENTS LLC AS ASSIGNEE OF STEERE ENTERPRISES INC | 8576 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AMTEC PRECISION PRODUCTS INC | 10396257 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ANIXTER | 10394291 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ANN ARBOR MACHINE CO | 10407391 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| APPLIED BIOSYSTEMS | 10415490 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ARGENT AUTOMOTIVE SYSTEMS INC | 10416989 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10396556 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10396722 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415529 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415623 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 10415680 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| ARGO PARTNERS | 10415735 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARGO PARTNERS | 7189 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ARK TECHNOLOGIES INC | 10396342 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ARMSTRONG INDUSTRIAL CORP LTD | 10417035 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL | 15809 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ASM CAPITAL II LP | 10396550 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10398231 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10399013 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10402480 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL II LP | 10415479 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10393119 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10394384 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10394518 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10396820 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10397463 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10397855 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10398443 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10400044 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10400194 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407170 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407381 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10407441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10416959 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ASM CAPITAL LP | 10416989 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ATMEL CORPORATION | 1165 | EXHIBIT B - PARTIALLY SATISFIED CLAIM |
| ATS AUTOMATION TOOLING SYSTEMS INC | 15669 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ATS AUTOMATION TOOLING SYSTEMS INC | 16415 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ATS MICHIGAN SALES AND SERVICE INC | 15670 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AUDIO MPEG INC | 10407435 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| AURAMET TRADING, LLC | 10108141 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AURAMET TRADING, LLC | 10108142 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| AUTOMATIC SPRING PRODUCTS EFT CORP | 10407441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| AUTOMOTIVE ELECTRONIC CONTROLS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4576 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AUTOMOTIVE SAFETY TECHNOLOGIES INC A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC | 4574 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| AUTOSPLICE, INC | 10407089 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BALLY RIBBON MILLS | 10396531 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BANK OF AMERICA N A | 11660 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| BARNES & ASSOCIATES | 10396550 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| BARRY INDUSTRIES INC | 10396556 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BATTENBERG III J T | 10582 | EXHIBIT A - MODIFIED AND ALLOWED CLAIMS |

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 19770-18    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
Pg 3 of 12  
Forty-Fourth Omnibus Claims Objection  
Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| BATTENBERG LUANN C | 10575 | EXHIBIT G - DUPLICATE CLAIM |
| BENCHMARK DBA PLASCO DBA GOLDEN THUMB | 1627 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BGF INDUSTRIES INC | 1546 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4574 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4575 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4576 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BLUE ANGEL CLAIMS LLC | 4577 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BP AMOCO CORP | 10396708 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| BP PRODUCTS NORTH AMERICA INC | 13882 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BP PRODUCTS NORTH AMERICA INC | 13883 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BRADY BILLY WAYNE | 550 | EXHIBIT F - PERSONAL INJURY CLAIMS |
| BRAKE PARTS INC WIX FILTRATION CORP AFFINIA GROUP INC | 12011 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| BRC RUBBER GROUP INC | 10396722 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| BRIGHT HEADPHONE ELECTRONICS CO | 10396732 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| BUSINESS ENGINE | 10396786 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CALDWELL INDUSTRIES INC | 10396820 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CALEDON TUBING LTD | 10396821 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| CALSONIC CORP | 10403836 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CAMPBELL MARSHALL E CO | 8130 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CARE TOOLS | 10384661 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARETOOLS | 10021713 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARETOOLS INC | 10407553 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CARLISLE ENGINEERED PRODUCTS INC | 11910 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CATHERINE M ROZANSKI | 12184 | EXHIBIT E - MDL-RELATED CLAIMS |
| CENTURY SERVICES INC | 10411676 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CF SPECIAL SITUATION FUND I LP | 11777 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CHARTER MANUFACTURING CO INC WIRE DIV | 10403870 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CHIPPAC LTD | 10397014 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CIRCLE PLASTICS PRODUCTS INC | 10415529 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CIRCLE PROSCO INC | 10397062 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CITY CHEMICAL CORP | 10397074 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| CLARIANT CORP MASTERBATCHES DIV | 10397088 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| COMPUTER OPTICAL PRODUCTS, INC | 10415623 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CONNECTOR PRODUCTS DIVISION A DIVISION OF METHODE ELECTRONICS INC | 4577 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 10123 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 10415567 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| CONTRARIAN FUNDS LLC | 1546 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 2352 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 460 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 9990 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CONTRARIAN FUNDS LLC | 9991 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| CONTRARIAN FUNDS LLC AS ASSIGNEE OF WESTWOOD ASSOCIATES INC | 7371 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| CORNING INCORPORATED | 471 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CRITECH RESEARCH INC | 10411678 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| CUSTOM PROFILES INC | 508 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| CUSTOM PROFILES INC | 509 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| D & R TECHNOLOGY LLC | 9470 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| D & S MACHINE PRODUCTS INC | 12153 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| DAE SUNG ELECTRIC CO LTD | 10415484 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DANICE MANUFACTURING CO | 15329 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| DANOBAT MACHINE TOOL CO INC | 10397408 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DATWYLER LTD RUBBER & PLASTICS | 10397435 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DAWES ALAN S | 13410 | EXHIBIT E - MDL-RELATED CLAIMS |
| DAYTON TOOL CO INC | 10403926 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DE AMERTEK CORPORATION INC | 10397463 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DEARBORN CDT | 10397466 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC | 10399739 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DEBT ACQUISITION COMPANY OF AMERICA V LLC AS TRANSFEREE TO WHEELS INTERNATIONAL FREIGHT SYSTEMS INC | 10396146 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DERBY FABRICATING INC | 10416959 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DIELECTRIC LABORATORIES | 10397616 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DIGEX INC | 10397624 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DIODES INC | 10415656 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| DIODES INC | 10417031 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| DONGJINMOTOR CO LTD | 10397673 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| DOSHI PRETTL INTERNATIONAL LLC | 16427 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| DOVE EQUIPMENT CO INC | 10397686 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| E I DU PONT DE NEMOURS AND COMPANY DUPONT | 10597 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ELECTRONIC DATA SYSTEMS CORPORATION | 12678 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| ELITE FASTENERS CORP | 10393100 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ELKHART PRODUCTS CORPORATION | 432 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ELLIOTT TAPE INC | 10397855 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ELLSWORTH ADHESIVE SYSTEM INC | 10393227 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| ENRICAU SA 50 RUE JACQUES BALMAT | 10397932 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| EQUIS CORPORATION | 10397955 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| EX CELL O MACHINE TOOLS INC | 4022 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| EXACTO SPRING CORP. | 10393101 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| F & G TOOL & DIE CO INC | 10398016 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FA TECH CORP | 10407868 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FAIR HARBOR CAPITAL LLC | 10393126 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FAIR HARBOR CAPITAL LLC | 10393257 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FANSTEEL INTERCAST | 10394384 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 19770-18    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit  
Pg 5 of 12  
Forty-Fourth Omnibus Claims Objection  
Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| FERNANDEZ RACING LLC | 388 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| FILTERTEK INC | 10415591 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FIN MACHINE CO LTD SALTERS LANE | 10398100 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FINISHING SERVICES INC | 10398104 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FISCHER-TECH LTD | 10407270 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FISHERCAST GLOBAL CORP | 10407169 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FLUENT INC | 10398149 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| FOURSLIDES INC | 10407929 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FRAEN MACHINING | 10398187 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FRAEN MACHINNING CORP | 10407128 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| FUJI BANK/FUKOKU SOUTH | 10398231 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| FULTON INDUSTRIES INC | 10415680 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| GENERAL SILICONES | 10393108 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GENERAL SILICONES EFT | 10407969 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GLOBE MOTORS | 10394401 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| GLOBE MOTORS INC | 10404630 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| GOLDMAN SACHS CREDIT PARTNERS LP | 10407114 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GOLDMAN SACHS CREDIT PARTNERS LP | 2558 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 7547 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| GOLDMAN SACHS CREDIT PARTNERS LP | 9940 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| GOSHEN DIE CUTTING INC | 10407170 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| GRM CORP | 10398443 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 10399702 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 10400161 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 10408670 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HAIN CAPITAL HOLDINGS LLC | 15516 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| HAIN CAPITAL HOLDINGS LLC | 5820 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| HARBINGER CAPITAL PARTNERS MASTER FUND I LTD | 14739 | EXHIBIT E - MDL-RELATED CLAIMS |
| HAUPERT BRIDGET | 1086 | EXHIBIT F - PERSONAL INJURY CLAIMS |
| HAUPERT ERIC | 1087 | EXHIBIT F - PERSONAL INJURY CLAIMS |
| HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | 10398566 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HENNESSEY CAPITAL SOLUTIONS HENNESSEY CAPITAL FUNDING CORP | 10398577 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HENZE STAMPING & MFG CO | 10398591 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO | 10959 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| HERAEUS AMERSIL INC AKA HERAEUS TENEVO | 10960 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION | 10393 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| HERAEUS INC CIRCUIT MATERIALS DIVISION AKA HERAEUS CERMALLOY INC AND HERAEUS INC CERMALLOY DIVISION | 10394 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| HERAEUS MATERIALS LTD | 5950 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 19770-18    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit
Pg 6 of 12

Forty-Fourth Omnibus Claims Objection

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| HERAEUS METAL PROCESSING INC | 10123 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| HEWITT TOOL & DIE INC | 10415466 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HEWLETT PACKARD COMPANY | 9352 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| HITACHI CHEMICAL SINGAPORE PTE | 10407171 | EXHIBIT K-1 - ADJOURNED PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HITACHI CHEMICAL SINGAPORE PTE LTD | 10405357 | EXHIBIT K-1 - ADJOURNED PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| HSS LLC | 10408074 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| HURST KAREN HAWK | 12407 | EXHIBIT F - PERSONAL INJURY CLAIMS |
| IDG INC | 10398752 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| INDIUM CORPORATION OF AMERICA | 10398809 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| INDUSTRIAL ELECTRIC WIRE INC | 10393119 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| INDUSTRIAL STAMPING & MFG EFT | 10398836 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| INPLAY TECHNOLOGIES FKA DURASWITCH | 2558 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| INTEC MEXICO LLC EFT | 10411720 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| INTERNATIONAL UNION UAW | 13880 | EXHIBIT K-3 - ADJOURNED UNION CLAIMS |
| INTERNATIONAL UNION UAW AND LOCAL 155 ON BEHALF OF ITS BARGAINING UNIT MEMBERS | 13270 | EXHIBIT K-3 - ADJOURNED UNION CLAIMS |
| INVOTEC ENGINEERING INC | 10404544 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ISI OF INDIANA INC | 10411616 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| ITAUTEC AMERICA INC | 10811 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| J P PRODUCTS CO INC | 10398993 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JACKSON SPRING & MFG. CO. INC | 10393126 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JAE ELECTRONICS | 10399013 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| JAMESTOWN CONTAINER CORP | 14915 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| JOHN BLAHNIK | 12056 | EXHIBIT E - MDL-RELATED CLAIMS |
| JOHNSON CONTROLS GMBH & CO KG | 15516 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| JOHNSON,ROBERT | 10417038 | EXHIBIT J - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| JPMORGAN CHASE BANK NA | 12678 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| JPMORGAN CHASE BANK NA | 2111 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| JPMORGAN CHASE BANK NA | 471 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| JVS EQUIP PARA AUTO IND | 7650 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| JVS EQUIP PARA AUTO IND | 7651 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| K O A SPEER ELECTRONICS INC | 10393127 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KATAMAN METALS INC EFT | 10404627 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| KEATS SOUTHWEST | 10407175 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KENNEDY ACQUISITION INC | 10399177 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| KERK MOTION PRODUCTS | 10394441 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KIFICO | 10399207 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| KILIAN MFG CORP | 10399208 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KOA EUROPE GMBH | 10405364 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KOA SPEER ELECTRONICS INC | 10415483 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 19770-18    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit  
Pg 7 of 12  
Forty-Fourth Omnibus Claims Objection  
Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| KODA STANZ UND BIEGETECHNIK GMBH | 10399237 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| KOSTAL OF MEXICANA S A DE C V | 14404 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| KRAUS JESSICA | 14810 | EXHIBIT K-4 - ADJOURNED PERSONAL INJURY CLAIMS |
| KYOCERA AMERICA INC | 7189 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| KYOCERA INDUSTRIAL CERAMICS CORP | 12530 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LANEKO ENGINEERING CO | 10411703 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LATIGO MASTER FUND LTD | 10597 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LDI INCORPORATED | 9832 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LDM TECHNOLOGIES | 10399358 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LEXINGTON RUBBER GROUP INC | 11925 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| LEXINGTON RUBBER GROUP INC | 12151 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| LIND,RICHARD | 10417039 | EXHIBIT J - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| LINEAR TECHNOLOGY CORP | 10415489 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LIQUIDITY SOLUTIONS INC | 10393 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LIQUIDITY SOLUTIONS INC | 10394 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF ELKHART PRODUCTS CORP | 432 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 10396786 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10399208 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10400723 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 10407969 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LONGACRE MASTER FUND LTD | 11114 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 12153 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 15669 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 15670 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16395 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16415 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 16420 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 2071 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 579 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 9515 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LONGACRE MASTER FUND LTD | 9828 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LTC ROLL & ENGINEERING CO | 5 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| LUMEX INC | 10393414 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| LUTZ SALES INC | 10407105 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| M RON CORP | 10399513 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| M&Q PLASTIC PRODUCTS L P | 7547 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| M2M INTERNATIONAL LTD | 10411696 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MADISON INVESTMENT TRUST SERIES 38 | 10396531 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MADISON INVESTMENT TRUST SERIES 38 | 10402173 | EXHIBIT K-1 - ADJOURNED PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MADISON NICHE OPPORTUNITIES LLC | 10396186 | EXHIBIT K-2 - FULLY SATISFIED SCHEDULED LIABILITY |

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 19770-18    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit  
Pg 8 of 12  
Forty-Fourth Omnibus Claims Objection  
Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| MADISON NICHE OPPORTUNITIES LLC | 10415656 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MADISON NICHE OPPORTUNITIES LLC | 3752 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| MAGNESIUM ALUMINUM CORP | 10186 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| MAGNESIUM ELEKTRON INC | 1524 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| MARQUARDT GMBH | 12161 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| MCCOURT LABEL CABINET CO EFT | 10399670 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MECHANICAL & INDUSTRIAL FASTENERS MIFAST | 10399702 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MERRILL TOOL & MACHINE | 10399739 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MERRILL TOOL & MACHINE EFT INC | 10399740 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| METHODE ELECTRONICS MALTA LTD A WHOLLY OWNED SUBSIDIARY OF METHODE ELECTRONICS INC FKA MERIT MALTA METHODE LTD | 4575 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| MICHIGAN SPRING & STAMPING | 10393421 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICHIGAN SPRING & STAMPING EFT | 10416958 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MICRO COMERCIAL COMPONENTS COR | 10393422 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICRO STAMPING CORP | 10399813 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC | 10415434 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC | 10415547 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| MICROCHIP TECHNOLOGY INC COMPTECH | 10404724 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| MILAN BELANS | 14935 | EXHIBIT E - MDL-RELATED CLAIMS |
| MITTAL STEEL USA INC FKA ISPAT INLAND STEEL | 10008 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| MOCAP INC | 10399923 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| MONROE INC | 2352 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| MUBEA INC | 11688 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| MYERS SPRING CO INC | 10400044 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| NEXANS AUTOELECTRIC | 10407211 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| NGK AUTOMOTIVE CERAMICS USA INC | 2071 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| NGK AUTOMOTIVE CERAMICS USA INC | 3752 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| NIAGARA PLASTICS LLC | 10400161 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| NILES USA INC | 10415467 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| NORGREN | 10400194 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| NORSK HYRDO CANADA INC | 10404599 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| NORTHERN,EDWARD | 10417037 | EXHIBIT J - MODIFIED SERP-RELATED SCHEDULED LIABILITIES |
| NSK STEERING SYSTEMS AMERICA INC | 1562 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| OHIO FASTENERS & TOOL INC | 10407212 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| OLIN CORPORATION ASSIGNED TO BANK OF AMERICA | 11660 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| OWENS CORNING FIBERGLASS INC C/O OWENS CORNING WORLD HEADQUARTERS | 10824 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| OXFORD POLYMERS INC | 10411710 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PANASONIC INDUSTRIAL CORP | 10407107 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PARK ENTERPRISES OF ROCHESTER INC | 16395 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| PARK ENTERPRISES OF ROCHESTER INC | 9647 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---|---|
| PARK OHIO PRODUCTS INC | 15134 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| PAUL R FREE | 15599 | EXHIBIT E - MDL-RELATED CLAIMS |
| PBR COLUMBIA LLC | 6610 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| PENN METAL STAMPING INC | 10393444 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PESA LABELING SYSTEM CORP | 10393257 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PETERSON MFG CO EFT | 10400521 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| PHILIPS SEMICONDUCTORS INC | 14347 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| POLAR OIL & CHEMICAL INC | 10404144 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| POLYMETALLURGICAL CORP | 10408631 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PONTIAC COIL INC | 5388 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| PREMIER TRIM LLC | 16420 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| PRIDGEON & CLAY INC | 10415735 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PRO TEC CORPORATION | 10408656 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRO TECH MACHINE | 10400723 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRODUCTION SPECIALTY GROUP EFT INC | 10404425 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PROTECTIVE CLOSURES CO INC EFT CAPLUGS DIV | 10408670 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 10400781 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 10404750 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| PRUDENTIAL RELOCATION INC | 10408674 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| QC ONICS INC | 10404778 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| QUANEX CORP | 10624 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| RAYCHEM CORPORATION | 10407183 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REDROCK CAPITAL PARTNERS LLC | 10408631 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REM ELECTRONICS SUPPLY CO INC | 10400957 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| REPUBLIC ENGINEERED PRODUCTS INC | 11264 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| RF MONOLITHICS INC | 10393460 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RF MONOLITHICS INC | 10415479 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RIECK GROUP LLC DBA RICK SERVICES | 10411691 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| RINO MECHANICAL | 10394518 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| RIVERSIDE CLAIMS LLC AS ASSIGNEE FOR PRODUCT ACTION INTERNATIONAL LLC | 8875 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ROTATION ENGINEERING | 10410739 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| ROTOR COATERS INTERNATIONAL | 10408755 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SASOL GERMANY GMBH | 460 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SAUNDERS JEREMIAH J | 9438 | EXHIBIT K-4 - ADJOURNED PERSONAL INJURY CLAIMS |
| SECURITAS SECURITY SERVICES USA INC | 9828 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SELECT INDUSTRIES CORPORATION | 15427 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP | 10014 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SETECH INC | 10408801 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SG INDUSTRIES INC | 10401311 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SHANGHAI AUTOMOBILE AIR-CONDITIONE ACCESSORIES CO | 10409255 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |

In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)  
05-44481-rdd    Doc 19770-18    Filed 04/05/10    Entered 04/05/10 15:30:54    Exhibit  
Pg 10 of 12  
Forty-Fourth Omnibus Claims Objection  
Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| SHUERT INDUSTRIES INC | 10404388 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SIERRA LIQUIDITY FUND | 10399923 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SIERRA LIQUIDITY FUND | 10401548 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SIMCO CONSTRUCTION INC | 16320 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| SOLID STATE STAMPING | 10415492 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SOLID STATE STAMPING INC EFT | 10408832 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SOLID STATE STAMPING INC. | 10415487 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPARTECH POLYCOM | 10393473 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPARTECH POLYCOM | 10404730 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPCP GROUP LLC | 12011 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC | 16427 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 10395960 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 10416958 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 12828 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14347 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 14404 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 1524 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 16192 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | 7748 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 6610 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC | 6844 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SPECIAL SITUATIONS INVESTING GROUP INC AS ASSIGNEE OF PBR COLUMBIA LLC | 6610 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| SPIROL INTERNATIONAL CORP EFT | 10401539 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| SPRINGCO METAL COATINGS INC | 10401548 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STAR MICRONICS AMERICA INC | 10393477 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STAR MICRONICS AMERICA INC EFT | 10401589 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STARBROOK INDUSTRIES INC | 9515 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| STEPHENSON CORPORATION | 9312 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| STERLING SPRING LLC | 10407114 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| STYNER & BIENZ FORMTECH LTD | 10408885 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| SUMITOMO CORPORATION OF AMERICA | 9990 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SUMITOMO CORPORATION OF AMERICA | 9991 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| SUMITOMO WIRING SYSTEMS USA INC | 2111 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| SUMMIT POLYMERS INC | 10408891 | EXHIBIT K-6 - ADJOURNED PREFERENCE-RELATED SCHEDULED LIABILITY |
| TAESUNG RUBBER & CHEMICAL CO LTD | 10401758 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TAIYO YUDEN SINGAPORE PTE LTD | 10401762 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TAKUMI STAMPING INC | 10401764 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TCS AMERICA A DIV OF TATA AMERICA INTERNATIONAL CORPORATION | 12828 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| TECH CENTRAL | 10401807 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TECH CENTRAL | 10404793 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TECH CENTRAL | 10408931 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TELAMON CORPORATION | 10401845 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TG NORTH AMERICA CORP TG MISSOURI | 10401888 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| THYSSEN KRUPP WAUPACA INC | 9940 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| TIPPMANN PROPERTIES | 10401933 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TPG CREDIT OPPORTUNITIES INVESTORS LP, BTPG CREDIT OPPORTUNITIES FUND LP | 9470 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| TPG CREDIT OPPORTUNITIES INVESTORS LP, BTPG CREDIT OPPORTUNITIES FUND LP, BTPG CREDIT STRATEGIES FUND LP | 12678 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| TRADE DEBT NET | 10397408 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| TRADE DEBT NET | 10400521 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| TRANS-TECH INC | 10402019 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TRANSAMERICA LUBRICANTS INC | 10407193 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TRUARC CO LLC | 10402071 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| TYCO ELECTRONICS CORPORATION | 10707 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| U S MANUFACTURING CORP | 10402129 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| UAW AND ITS LOCAL 286 | 13838 | EXHIBIT K-3 - ADJOURNED UNION CLAIMS |
| UAW LOCAL 2083 | 5268 | EXHIBIT K-3 - ADJOURNED UNION CLAIMS |
| ULTRALIFE BATTERIES INC | 10402143 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UMPCO INC | 10402147 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UNITED INDUSTRIES INC | 10415567 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UNITED METAL PROD CORP EFT | 10402173 | EXHIBIT K-1 - ADJOURNED PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| UNIVERSAL TOOL & ENGINEERING CO INC | 11114 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2174 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 2175 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| UNIVERSAL TOOL AND ENGINEERING COMPANY INC | 6878 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| VALEO CLIMATE CONTROL CORPORATION | 11462 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| VALEO ELECTRICAL SYSTEMS INC MOTORS AND ACTUATORS DIVISION | 14152 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| VALEO ELECTRICAL SYSTEMS INC WIPERS DIVISION | 11466 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| VALEO SWITCHES AND DETECTION SYSTEMS INC | 11465 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| VANGUARD DISTRIBUTORS INC | 9319 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |

Exhibit M - Creditors And Related Claims and Scheduled Liabilities Subject To Forty-Fourth Omnibus Claims Objection

| Claim/Scheduled Liability Holder | Claim/Scheduled Liability | Exhibit |
|---|---:|---|
| VERNAY LABORATORIES INC EFT | 10402310 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VICTORY PACKAGING | 10407121 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VICTORY PACKAGING LP | 11640 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| VIKING POLYMER SOLUTIONS LLC | 10404651 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| VIKING SOLUTIONS LLC | 5820 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| VIP-VIRANT DOO | 10402337 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| VISCOM INC | 579 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9452 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9453 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| VISHAY AMERICAS INC | 9454 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| W & RENEE BRADY BILLY | 4288 | EXHIBIT F - PERSONAL INJURY CLAIMS |
| WAKEFIELD ENGINEERING INC | 10411226 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WEST MICHIGAN SPLINE INC | 10415524 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| WESTWOOD ASSOCIATES INC | 14918 | EXHIBIT K-5 - ADJOURNED PREFERENCE-RELATED CLAIMS |
| WET AUTOMOTIVE CANADA | 10402480 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WHITLAM LABEL CO IN | 10393182 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |
| WIEGEL TOOL WORKS INC | 10752 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| WILLIAMS ADVANCED MATERIALS EF INC | 5656 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| WILLOW HILL INDUSTRIES LLC | 7652 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| WM HAGUE COMPANY | 10404171 | EXHIBIT I - PREFERENCE-RELATED SCHEDULED LIABILITIES |
| WOCO DE MEXICO SA DE CV AV DE LAS FUENTES NO 19 PARQUE | 10402545 | EXHIBIT C - PARTIALLY SATISFIED SCHEDULED LIABILITIES |
| WR GRACE & COMPANY CONN | 7748 | EXHIBIT H - PREFERENCE-RELATED CLAIMS |
| ZENTRUM MIKROELEKTRONIK DRESDEN AG | 10402638 | EXHIBIT D - FULLY SATISFIED SCHEDULED LIABILITIES |