UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                                 :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
            Reorganized Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING ADMINISTRATIVE EXPENSE NUMBER 17863
<u>IDENTIFIED IN THIRTY-SEVENTH OMNIBUS CLAIMS OBJECTIONS</u>

("CLAIMS OBJECTION ORDER REGARDING A CERTAIN
SERP CLAIM FILED BY ROBERT E. DETTINGER)

Upon the Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984) (the "Thirty-Seventh Omnibus Claims Objection" or the "Objection"), by which DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to administrative expense number 17863 filed by Robert E. Dettinger (the "Claimant"); and upon the letter response of Robert E. Dettinger (Docket No. 19032) (the "Response"); and upon the Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Number 17863 (Robert

E. Dettinger) (Docket No. 19508) (the "Supplemental Reply"); and upon the record of the March 18, 2010 hearing held on the Objection to administrative expense number 17863; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

    A.    Robert E. Dettinger, the holder of administrative expense number 17863, was properly and timely served with a copy of the Thirty-Seventh Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order with respect to the Thirty-Seventh Omnibus Claims Objection, and notice of the deadline for responding to the Thirty-Seventh Omnibus Claims Objection.

    B.    On January 12, 2010, the Reorganized Debtors filed the Notice Of Hearing With Respect To Reorganized Debtors' Objection To Administrative Expense Claim No. 17863 (Robert E. Dettinger) (Docket No. 19306) (the "Claims Objection Hearing Notice").

    C.    On January 20, 2010, the Reorganized Debtors filed their Statement Of Disputed Issues With Respect To Proof Of Claim Number 17863 (Robert E. Dettinger) (Docket No. 19346).

    D.    The Claimant was properly and timely served with a copy of the Supplemental Reply.

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  <u>See</u> Fed. R. Bankr. P. 7052.

   E. This Court has jurisdiction over the Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

   F. Administrative claim number 17863 should be deemed withdrawn and proof of claim number 16722 filed by the Claimant should remain an allowed general unsecured non-priority claim against DPH Holdings in the amount of $289,538.39.

   G. The relief requested in the Thirty-Seventh Omnibus Claims Objection is in the best interests of the Reorganized Debtors, their creditors, and other parties-in-interest.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

   1. Administrative expense number 17863 is hereby deemed withdrawn with prejudice and proof of claim number 16722 filed by the Claimant should remain an allowed general unsecured non-priority claim against DPH Holdings in the amount of $289,538.39.

   2. Entry of this order is without prejudice to the Reorganized Debtors' right to object to any other claims, as such term is defined in 11 U.S.C. § 101(5), in these chapter 11 cases, or to further object to claims that are the subject of the Thirty-Seventh Omnibus Claims Objection, on any grounds whatsoever.

   3. Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors.

   4. This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Thirty-Seventh Omnibus Claims Objection, as the case may be, to hear and determine all matters arising from the implementation of this order.

    5.  Kurtzman Carson Consultants LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.

Dated: White Plains, New York
   April 5, 2010

                */s/ Robert D. Drain*_____
                UNITED STATES BANKRUPTCY JUDGE

4

714749.03-Chicago Server 1A                MSW - Draft April 1, 2010 - 1:54 PM