**CT Corporation**

208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
www.ctlegalsolutions.com

RECEIVED
APR - 5 2010
U.S. BANKRUPTCY COURT, SDNY

March 26, 2010

Neil Berger
Togut, Segal & Segal, LLP
One Penn Plaza,
Suite 3335,
New York, NY 10119

Re: DPH Holdings Corp., et al., Pltf. vs. BP, et al. including Castrol Industrial, Dfts.

Case No. 0544481

Dear Sir/Madam:

We are herewith returning the Summons, Complaint, Letter, Exhibit(s) which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Castrol Industrial. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,


Felicia Randle
Service of Process

Log# 516371589

FedEx Tracking# 799446830355

cc: Southern District - New York - United States Bankruptcy Court
    Hamilton U.S. Custom House,
    1 Bowling Green,
    6th Floor,
    New York, NY 10004-1408