**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et.al.,* | : | (Jointly Administered) |
| | : | |
| DELPHI CORPORATION, *et.al.,* | : | |
| | : | Adv. Pro. No. 07-02333 (RDD) |
| Plaintiffs, | : | |
| v. | : | |
| GLOBE MOTORS, INC. and GLOBE MOTORS, | : | |
| Defendants. | : | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

      Lauren E. Keith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Hudson County, New Jersey.

      On April 5, 2010, deponent served true and correct copies of *Joinder of Globe Motors, Inc. and Globe Motors to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) In the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel* upon the attached Service List via First Class US mail.

                                                     /s/ Lauren E. Keith
                                                     Lauren E. Keith

Sworn to before me this
6th day of April 2010

/s/ Constantine Pourakis
Notary Public

SL1 990717v1/105400.00001

## SERVICE LIST

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attn: John Butler, Jr.
John K. Lyons
Albert L. Hogan III
Rob E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Kayalyn A. Marafioti

Butzel Long, PC
380 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Eric B. Fisher
Barry N. Seidel

Butzel Long, PC
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Attn: Cynthia J. Haffey

Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attn: Albert Togut, Esq.

Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY 10017
Attn: Jonathan I. Levine

Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004
Attn: Steven D. Jerome
A. Evans O'Brien

Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Attn: Andrew D. Gottfried
Attn: Karen Gertenberg