HAYNES AND BOONE, LLP
1221 Avenue of the Americas, 26th Floor
New York, New York 10020
Telephone:  (212) 659-7300
Facsimile:  (212) 884-8211
Lenard M. Parkins (NY Bar #4579124)
Jonathan Hook (NY Bar #4187449)

*Attorneys for Highland Capital Management, L.P.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| Delphi Corporation, *et al.*, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK      )
                                             ) ss:
COUNTY OF NEW YORK   )

Paul L. Fabsik, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in New York City, New York:

That on the 5th day of April, 2010 deponent served a copy of the Certification And Notice Of Filing Of Exhibits With Respect To Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. Sections 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases to the persons on Service List A via Fed Ex and;

That on the 5th day of April, 2010 deponent served a copy of the Certification And Notice Of Filing Of Exhibits With Respect To Application Of Highland Capital Management, L.P.

Pursuant To 11 U.S.C. Sections 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of

Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial

Contribution In These Chapter 11 Cases to the persons on Service List B via hand delivery.


SEE ATTACHED SERVICE LISTS


/s/ Paul L. Fabsik
Paul L. Fabsik


SWORN TO AND SUBSCRIBED before me on this 6th day of April, 2010 by Vivian
Hwang.


/s/ Vivian Hwang
Notary Public in and for The State of New York

## SERVICE LIST A

John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Brian S. Masumoto, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

## SERVICE LIST B

Kayalyn A. Marafioti, Partner
Thomas J. Matz, Counsel
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Brian S. Masumoto, Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111