Robert J. Lemons
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for GM LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re  :  **Chapter 11 Case No.**
:
**DPH HOLDINGS CORP,** *et al.*,  :  **05-44481 [RDD]**
:
      **Reorganized Debtors.**  :  **(Jointly Administered)**
:
------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE**

     Robert J. Lemons ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Weil, Gotshal & Manges LLP ("WG&M"), hereby moves the Court to enter an order permitting David Hird, also a member of WG&M, to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent GM LLC ("GM") in the above-referenced chapter 11 cases, pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.  In support of the Motion, Movant states as follows:

     1.    David Hird is a member in good standing of the Bar of the District of Columbia.

2

      2.      In support of the relief requested in this Motion, attached as Exhibit A is a certificate pursuant to Local Rule 2090-1(b) of the United States Bankruptcy Court for the Southern District of New York.

      3.      Movant requests that this Court approve this Motion so that David Hird may file pleadings and appear and be heard at hearings in these chapter 11 cases.

WHEREFORE, Movant respectfully requests that the Court enter an Order permitting David Hird to appear *pro hac vice* in association with the Movant as counsel to GM in these chapter 11 cases and granting such other and further relief as is just.

Dated: April 8, 2010
       New York, New York

/S/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for GM LLC

**Exhibit A**

I certify that I am eligible for admission to this Court, am a member in good standing of the Bar of the District of Columbia. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of these chapter 11 cases, pursuant to Local Rule 2090-1(b) of the District Court for the Southern District of New York; and I have access to, or have acquired, a copy of the Local Rules of this Court and am generally familiar with such Rules.

| | |
|---|---|
| Mailing Address: | David Hird<br>Weil Gotshal & Manges LLP<br>1300 Eye Street<br>NW Suite 900<br>Washington, DC 20005 |
| E-mail: | david.hird@weil.com |
| Phone Number: | (202) 682-7175 |
| Fax Number: | (202) 857-0940 |

I paid the fee of $25 at the time of filing this application with the Court.

Dated: April 8, 2010                    Respectfully submitted,

/s/ David Hird
David Hird (D.C. Bar # 940346)
david.hird@weil.com
WEIL GOTSHAL & MANGES LLP
1300 Eye Street
NW Suite 900
Washington, DC 20005
Tel:  (202) 682-7175
Fax:  (202) 857-0940

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
**In re**                                                        :        **Chapter 11 Case No.**
:
**DPH HOLDINGS CORP**, *et al.*,              :        **05-44481 [RDD]**
:
      **Reorganized Debtors.**          :        **(Jointly Administered)**
:
-----------------------------------------------------------------x

## ORDER GRANTING MOTION
## FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York For Admission Pro Hac Vice (the "Motion"), seeking admission *pro hac vice* of David Hird to represent GM LLC ("GM") in the above-referenced chapter 11 cases before the United States Bankruptcy Court for the Southern District of New York, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing thereof, it is

ORDERED that David Hird is permitted to appear *pro hac vice* as counsel to GM in the above-captioned chapter 11 cases, subject to the payment of the filing fee.

Dated: April ___, 2010
       New York, New York

                                                _____
                                                ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE