BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Deborah L. Thorne
Telephone: (312) 214-8307
Email: deborah.thorne@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| DPH HOLDINGS CORP., *et al.*, | ) | No. 05-44481 (RDD) |
|  | ) |  |
| Reorganized Debtors. | ) | Jointly Administered |
|  | ) |  |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, the undersigned counsel hereby files its Notice of Appearance on behalf of Johnson Controls, Inc. (Power Solutions) in the Chapter 11 cases. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 11 cases be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtors or their respective properties.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Johnson Controls, Inc. (Power Solutions) expressly reserves without prejudice.

Dated: April 8, 2010

BARNES & THORNBURG LLP
Counsel to Johnson Controls, Inc. (Power Solutions)

By:    /s/Deborah L. Thorne
      Deborah L. Thorne
      Business Address:
      One North Wacker Drive
      Suite 4400
      Chicago, Illinois 60606
      (312) 357-1313

CHDS01 594075v1