**HOGAN & HARTSON LLP**
Scott A. Golden (SG-6663)
Dena Copulsky Kaufman (DC-9222)
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys for XM Satellite Radio Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
DPH HOLDINGS CORP., et al.,                         :    Case No. 05-44481 (RDD)
                                                    :    (Jointly Administered)
                        Reorganized Debtors.        :
                                                    :
                                                    :
------------------------------------------------------------- x

## WITHDRAWAL OF CLAIM NO. 19788

XM Satellite Radio Inc. ("XM"), by and through undersigned counsel, hereby withdraws Claim No. 19788 filed on November 5, 2009 asserting an administrative claim against Delphi Automotive Systems LLC.

Dated:      April 8, 2010
            New York, New York

                                HOGAN & HARTSON LLP

                                By:    /s/ Scott A. Golden
                                       Scott A. Golden (SG-6663)
                                       Dena Copulsky Kaufman (DC-9222)
                                       875 Third Avenue
                                       New York, New York 10022
                                       (212) 918-3000 (telephone)
                                       (212) 918-3100 (facsimile)

                                Attorneys for XM Satellite Radio Inc.

\\\NY - 068843/000022 - 1180562 v1