BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, NY 10018
(212) 440-4400
Magdeline D. Coleman, Esquire

-and-

Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA 19102
(215) 665-8700

Attorneys for ATEL Leasing Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** : | |
| : | **Chapter 11** |
| : | |
| **DPH Holdings Corp., et al.,** : | **Case No. 05-44481** |
| : | |
| **Reorganized Debtors.** : | |
| : | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    Kindly withdraw my appearance in the above-referenced matter as counsel for ATEL Leasing Corp.

Dated: April 9, 2010        BUCHANAN INGERSOLL & ROONEY P.C.

                              By: /s/ Magdeline D. Coleman
                              E-mail: magdeline.coleman@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, NY  10018
(212) 440-4400
Magdeline D. Coleman, Esquire

-and-

Two Liberty Place
50 S. 16th Street, Ste. 3200
Philadelphia, PA  19102
(215) 665-8700

Attorneys for ATEL Leasing Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| | : |
| **DPH Holdings Corp., et al.,** | : **Case No. 05-44481** |
| | : |
| **Reorganized Debtors.** | : |
| | : |

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2010, I caused to be served the Withdrawal of Appearance upon all interested parties via ECF notification.

Dated: April 9, 2010         BUCHANAN INGERSOLL & ROONEY P.C.

By: /s/ Magdeline D. Coleman
E-mail:  magdeline.coleman@bipc.com

#2598844-v1