BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, NY 10018
(212) 440-4400
Peter S. Russ, Esquire

Attorneys for ATEL Leasing Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| | : |
| **DPH Holdings Corp., et al.,** | : **Case No. 05-44481** |
| | : |
| **Reorganized Debtors.** | : |
| | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance in the above-referenced matter as counsel for ATEL Leasing Corp.

Dated: April 9, 2010            BUCHANAN INGERSOLL & ROONEY P.C.

                                By: /s/ Peter S. Russ
                                E-mail: peter.russ@bipc.com

BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, NY  10018
(212) 440-4400
Peter S. Russ, Esquire

Attorneys for ATEL Leasing Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : |
| | : **Chapter 11** |
| | : |
| **DPH Holdings Corp., et al.,** | : **Case No. 05-44481** |
| | : |
| **Reorganized Debtors.** | : |
| | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of April, 2010, I caused to be served the Entry of Appearance upon all interested parties via ECF notification.

Dated: April 9, 2010         BUCHANAN INGERSOLL &
                             ROONEY P.C.

                             By:  /s/ Peter S. Russ
                             E-mail:  peter.russ@bipc.com