PENACHIO MALARA LLP
235 Main Street, Suite 600A
White Plains, NY  10601
Telephone:  914-946-2889
Facsimile:   914-946-2882

Anne Penachio, Esq.
Telephone:  914-946-2889
Email:  apenachio@pmlawllp.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
In re:                                  )        Chapter 11
                                        )
DELPHI CORPORATION, *et al.*,           )        Case No. 05-44481 (RDD)
                                        )
                Debtors.                )
_____)
                                        )
DELPHI CORPORATION, *et al.*,           )
                                        )
                Plaintiffs,             )        Adv. Pro. No. 07-02523 (RDD)
        v.                              )
                                        )
UVA MACHINE COMPANY,                    )
                                        )
                Defendant.              )
_____)

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, the undersigned counsel hereby enters an appearance on behalf of Defendant, UVA Machine Company.  Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Adversary Proceding be given to and served upon the undersigned at the office, address,

        and telephone number set forth below.

DATE:        White Plains, New York
                April 2, 2010

                                          PENACHIO MALARA LLP
                                          Counsel to UVA Machine Company and its
                                          successors by acquisition

                                          */s/ Anne Penachio*_____
                                          Anne Penachio, Esq.
                                          235 Main Street, Suite 600A
                                          White Plains, NY  10601
                                          Phone:  914-946-2889
                                          Fax:      914-946-2882
                                          Email:  apenachio@pmlawllp.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing notice of appearance and demand for service of papers was served on this 9th day of April, 2010 via the Court's ECF system on those parties registered to receive notice.

                                                          /s/ Anne Penachio
                                                          Anne Penachio