**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                       :     Chapter 11
                                                             :
DELPHI CORPORATION, *et al.*,                                :     Case No. 05-44481 (RDD)
                                                             :     Jointly Administered
---------------------------------------------------------------x
DELPHI CORPORATION                                           :
                                                             :     Adv. Pro. No. 07-02436 (RDD)
                          Plaintiffs,                        :
                                                             :
                  -against-                                  :
                                                             :
MICROCHIP,                                                   :
                                                             :
                          Defendant.                         :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

ABHISHEK MATHUR, being of full age, hereby certifies as follows:

On April 9, 2010, I caused true copies of the Limited Objection of Microchip Technology Incorporated to Reorganized Debtors' Motion for a Case Management Order Establishment Procedures Governing Adversary Proceedings, Docket # 19794, to be filed on CM/ECF and served on the following parties via the method shown: (a) via Electronic Mail and Federal Express, to Butzel Long, attorneys to Delphi Corporation et al., 380 Madison Avenue, 22nd Floor, New York, New York 10017, 150 West Jefferson, Suite 100, Detroit MI 48226, fishere@butzel.com, seidel@butzel.com, and haffey@butzel.com (Attn: Eric B. Fisher, Barry N. Seidel, and Cynthia J. Haffey); and (b) via ECF, to all parties on the Master Service List filed with the Court.

I certify that the foregoing statement is made by me are true. I am aware that if the foregoing statement is willfully false, I am subject to punishment.

/s/ Abhishek Mathur
Abhishek Mathur

Dated: April 9, 2010

NYC:210602.1