**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------X
:
In re:                                                  :          Chapter 11 Case No.:
                                                        :
DPH HOLDINGS CORP *et al.*,                             :          Case No. 05-44481 (RDD)
                                                        :
                          Debtors.                      :          (Jointly Administered)
                                                        :
--------------------------------------------------------**X**

### <u>NOTICE OF APPEARANCE AND DEMAND</u>
### <u>FOR SERVICE OF PLEADINGS AND OTHER PAPERS</u>

PLEASE TAKE NOTICE THAT:

Kramer Levin Naftalis & Frankel LLP, as counsel for **Vishay Americas Inc.** files this Notice

of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C.

§1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests

that the Clerk place counsel listed below in the matrix of listed creditors so as to receive all

documents, pleadings and exhibits in this case, and that all notices given or required to be served in

this case can be served upon the undersigned at the following address:

> **Jordan D. Kaye, Esq.**
> **KRAMER LEVIN NAFTALIS & FRANKEL LLP**
> **1177 Avenue of the Americas**
> **New York, New York 10036**
> **Telephone: (212) 715-9489**
> **Fax: (212) 715-8000**
> **E-mail: jkaye@kramerlevin.com**

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request

for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy

Procedure and additionally includes, without limitation, notices of any application, complaint,

demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan or

reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail,

telephone, telecopier or otherwise.

Dated:  April 12, 2010
      New York, New York

                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                            /s/  Jordan Kaye
                            Jordan D. Kaye
                            1177 Avenue of the Americas
                            New York, New York 10036
                            Telephone: (212) 715-9489
                            Fax: (212) 715-8000
                            E-mail: jkaye@kramerlevin.com

                            *Counsel for Vishay Americas Inc.*

KL2 2646821.1