KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-9489
Facsimile: (212) 715-8000
Jordan D. Kaye

*Counsel to Vishay Americas Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
In re:                                                       :  Chapter 11 Case No.:
                                                             :
DPH HOLDINGS CORP *et al.*,                                  :  Case No. 05-44481 (RDD)
                                                             :
               Debtors.                                      :  (Jointly Administered)
                                                             :
------------------------------------------------------------ X


# JOINDER OF VISHAY AMERICAS, INC. TO
# OBJECTION OF MICROCHIP TECHNOLOGY INC. TO
# REORGANIZED DEBTORS' MOTION FOR A CASE MANAGEMENT ORDER

1.  Vishay Americas, Inc. ("Vishay"), by its undersigned counsel, hereby joins in the Objection (the "Microchip Objection") of Microchip Technology Incorporated ("Microchip") [Docket No. 19794] to the motion of the Reorganized Debtors for a Case Management Order in the form of order attached thereto (the "Motion").

2.  Vishay is the defendant in an adversary proceeding (the "Adversary Proceeding") commenced by the Reorganized Debtors' predecessor-in-interest, Delphi Corp.  The Adversary Proceeding was filed under seal on September 26, 2007.

KL2 2646716.1

- 2 -

3.  For the reasons set forth in the Microchip Objection, the Case Management Order proposed by the Reorganized Debtors is unfair and one-sided. Vishay reserves the right to be heard before this Court with respect to the Motion and the relief requested by the Reorganized Debtors therein.

Respectfully submitted,

Dated: April 12, 2009

By: /s/ Jordan Kaye
Jordan D. Kaye
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9489
Fax: (212) 715-8000
E-mail: jkaye@kramerlevin.com

*Counsel to Vishay Americas Inc.*

KL2 2646716.1