**CT Corporation**

30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

248 646 9033 tel
www.ctlegalsolutions.com

April 05, 2010



Eric B. Fisher
Butzel Long
22nd Floor, 380 Madison Avenue,
New York, NY 10017

Re: In re: Delphi Corporation, et al, Pltfs. vs. Flextronics Int'l. Asia Pacific, Dft.

Case No. 0544481RDD

Dear Sir/Madam:

We are herewith returning the Letter, Second Summons and Notice of Pretrial Conference, Complaint, Exhibit(s), Order which we received regarding the above captioned matter.

Flextronics Int'l. Asia Pacific is not listed on our records or on the records of the State of MI.

Very truly yours,


Judi Schuett
Corporate Operations Specialist

Log# 516418240

FedEx Tracking# 791261820093

cc: United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY 10004-1408