Robert V. Sartin, Esq.
Frost Brown Todd LLC
250 W. Main Street, Suite 2800
Lexington, Kentucky  40507
Tel:  (859) 231-0000

*Attorney for Toyota Motor Engineering &*
*Manufacturing North America, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL
OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 18880 OF TOYOTA MOTOR
ENGINEERING & MANUFACTURING NORTH AMERICA, INC.**

**PLEASE TAKE NOTICE THAT** Toyota Motor Engineering & Manufacturing North America, Inc., by and through its undersigned counsel, hereby withdraws its administrative expense claim against Delphi Corporation, et al., Claim Number 18880.

Dated:  April 13, 2010

Respectfully Submitted,

FROST BROWN TODD LLC

/s/ Robert V. Sartin
Robert V. Sartin, Esq.
250 W. Main Street, Suite 2800
Lexington, KY  40507
Tel:  (859) 231-0000
Fax:  (859) 231-0011
E-mail:  rsartin@fbtlaw.com

*Attorney for Toyota Motor
Engineering & Manufacturing
North America, Inc.*

2

## **CERTIFICATE OF SERVICE**

      I, Robert V. Sartin, hereby certify that the foregoing was sent via regular U.S. Mail on April 13, 2010 and by the Court's ECF system, to the parties listed below.

DPH Holdings Corp.
5725 Delphi Drive
(Attn: President)
Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
(Attn: John Wm. Butler, Jr., John K. Lyons, and Joseph N. Wharton)
Chicago, Illinois 60606

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
Courtroom 118
White Plains, New York 10601-4140

      /s/ Robert V. Sartin
      Robert V. Sartin, Esq.
      250 W. Main Street, Suite 2800
      Lexington, KY  40507
      Tel:  (859) 231-0000
      Fax:  (859) 231-0011
      E-mail:  rsartin@fbtlaw.com

      *Attorney for Toyota Motor Engineering & Manufacturing North America, Inc.*

LEXLibrary 422244v.1