Exhibit A

# NEW YORK STATE
## DEPARTMENT OF
## ENVIRONMENTAL CONSERVATION

# Environmental Site Remediation Database Search Details

# Site Record

## Administrative Information

**Site Name:** GM Components Holdings, LLC Building 7
**Site Code:** C932138
**Program:** Brownfield Cleanup Program
**Classification:** A
**EPA ID Number:**

## Location

**DEC Region:** 9
**Address:** 200 UPPER MOUNTAIN ROAD
**City:**Lockport   **Zip:** 14094
**County:**Niagara
**Latitude:** 43.165216355
**Longitude:** -78.734643069
**Site Type:** STRUCTURE
**Estimated Size:** 31.000 Acres

## Site Owner(s) and Operator(s)

**Current Owner Name:** GM COMPONENTS HOLDINGS, LLC
**Current Owner(s) Address:** 200 UPPER MOUNTAIN ROAD
                                 LOCKPORT,NY, 14094
**Owner(s) during disposal:**Information not available
**Operator during disposal:**Information not available

## Site Document Repository

**Name:** Lockport Public Library
**Address:** 23 East Avenue
Lockport,NY 14094

## Hazardous Waste Disposal Period

## Site Description

A previous BCP application was reviewed by the Department of Environmental Conservation and the project determined to be eligible in December 2008. An agreement between the NYSDEC and Delphi was never signed, however, as the GM Components Holding, LLC purchased the facility in October 2009. The previous BCP application was terminated on November 4, 2009. A new BCP application was

submitted by GM Components Holdings, LLC. It covers the portion of GMs Lockport Complex known as Building 7, and includes the entire footprint of Building 7 and land to the east and west. GM's Lockport Complex is located at 200 Upper Mountain Road, Lockport, Niagara County. Building 7 is located in the southern central portion of the complex and was built as a manufacturing facility in stages from 1937 to 1951. This site is approximately 31 acres in size. GM Components Holdings, LLC (GMCH) owns and operates an automotive component manufacturing complex. Several manufacturing buildings are located within the complex. Building 7, Building 8 and Building 9 are dedicated to manufacturing and engineering. Building 6 has been leased to Delphi Properties Management, LLC for vehicle component engineering and testing and Building 10 has been converted to house new manufacturing operations staffed by non-GMCH personnel in the northern portion with the southern portion being used by GMCH as a warehouse. Current use of this site is industrial, while future use will be commercial and industrial. Known contaminants at this site include chlorinated solvents, semivolatile organic compounds, and PCBs. Chlorinated solvents have impacted soil and groundwater at the site, while SVOCs and PCBs have impacted site soil. This BCP Application is currently under review and the Department of Environmental Conservation will determine the application's approval and eligibility.

# Contaminants of Concern (Including Materials Disposed)

| Type of Waste | Quantity of Waste |
|---|---|
| 1,1,2 TCA | UNKNOWN |
| DICHLOROETHYLENE | UNKNOWN |
| METHYLENE CHLORIDE | UNKNOWN |
| TETRACHLOROETHYLENE (PCE) | UNKNOWN |
| TRICHLOROETHENE (TCE) | UNKNOWN |
| VINYL CHLORIDE | UNKNOWN |

## Site Environmental Assessment

Four monitoring wells have been installed downgradient of Building 7 and sampled on four occasions in 2007 and 2008. Benzene, dichloroethene, trichloroethene and toluene were detected in the well closest to Building 7. No VOCs, however, were detected in the other three downgradient wells. These results indicate that impacted groundwater from Building 7 is not migrating from the GM facility.

## Site Health Assessment

Information submitted with the BCP applicaiton regarding the conditions at the site are currently under review and will be revised as additional information becomes available.

For more Information: E-mail Us

Refine Current Search

Exhibit B

# NEW YORK STATE
# DEPARTMENT OF
# ENVIRONMENTAL CONSERVATION

# Environmental Site Remediation Database Search Details

---

# Site Record

## Administrative Information

**Site Name:** GM Components Holdings, LLC Building 8
**Site Code:** C932139
**Program:** Brownfield Cleanup Program
Classification: A
**EPA ID Number:**

## Location

**DEC Region:** 9
**Address:** 200 UPPER MOUNTAIN ROAD
**City:** Lockport   Zip: 14094
**County:** Niagara
**Latitude:** 43.168333333
**Longitude:** -78.735000000
**Site Type:** STRUCTURE
**Estimated Size:** 13.100 Acres

## Site Owner(s) and Operator(s)

**Current Owner Name:** GM COMPONENTS HOLDINGS, LLC
**Current Owner(s) Address:** 200 UPPER MOUNTAIN ROAD
                              LOCKPORT,NY, 14094
**Owner(s) during disposal:** Information not available
**Operator during disposal:** Information not available

## Site Document Repository

**Name:** Lockport Public Library
**Address:** 23 East Avenue
Lockport,NY 14094

# Hazardous Waste Disposal Period

# Site Description

A previous BCP application was reviewed by the Department of Environmental Conservation and the project determined to be eligible in December 2008. An agreement between the NYSDEC and Delphi was never signed, however, as the GM Components Holding, LLC purchased the facility in October 2009. The previous BCP application was terminated on November 4, 2009. A new BCP application was

submitted by GM Components Holdings, LLC. It covers the portion of GM's Lockport Complex known as Building 8, and includes the entire footprint of Building 8. GM's Lockport Complex is located at 200 Upper Mountain Road, Lockport, Niagara County. Building 8 was built as a manufacturing facility in stages from 1960 to 1966. This site is approximately 13.1 acres in size. GM Components Holdings, LLC (GMCH) owns and operates an automotive component manufacturing complex. Several manufacturing buildings are located within the complex. Building 7, Building 8 and Building 9 are dedicated to manufacturing and engineering. Building 6 has been leased to Delphi Properties Management, LLC for vehicle component engineering and testing and Building 10 has been converted to house new manufacturing operations staffed by non-GMCH personnel in the northern portion with the southern portion being used by GMCH as a warehouse. Current use of this site is industrial, while future use will be commercial and industrial. Known contaminants at this site include chlorinated solvents, SVOCs and metals. Chlorinated solvents have impacted soil and groundwater at the site, while SVOCs and metals have impacted site soil. This BCP Application is currently under review and the Department of Environmental Conservation will determine the application's approval and eligibility.

## Contaminants of Concern (Including Materials Disposed)

| Type of Waste | Quantity of Waste |
|---|---|
| ARSENIC | UNKNOWN |
| BENZO(A)PYRENE | UNKNOWN |
| DICHLOROETHYLENE | UNKNOWN |
| TETRACHLOROETHYLENE (PCE) | UNKNOWN |
| TRICHLOROETHENE (TCE) | UNKNOWN |
| VINYL CHLORIDE | UNKNOWN |

## Site Environmental Assessment

Fifteen monitoring wells have been installed downgradient of Building 8, including seven along Route 93. These wells have been sampled on numerous occasions and reveal that impacted groundwater from Building 8 is not migrating from the GM facility.

## Site Health Assessment

Information submitted with the BCP application regarding the conditions at the site are currently under review and will be revised as additional information becomes available.

For more Information: E-mail Us

Refine Current Search

Exhibit C

# NEW YORK STATE
# DEPARTMENT OF
# ENVIRONMENTAL CONSERVATION

# Environmental Site Remediation Database Search Details

# Site Record

## Administrative Information

**Site Name:** GM Components Holdings, LLC Building 10
**Site Code:** C932140
**Program:** Brownfield Cleanup Program
Classification: A
**EPA ID Number:**

## Location

**DEC Region:** 9
**Address:** 200 UPPER MOUNTAIN ROAD
**City:** Lockport    **Zip:** 14094
**County:** Niagara
**Latitude:** 43.165469029
**Longitude:** -78.737035533
**Site Type:** STRUCTURE
**Estimated Size:** 10.600 Acres

## Site Owner(s) and Operator(s)

**Current Owner Name:** GM COMPONENTS HOLDINGS, LLC
**Current Owner(s) Address:** 200 UPPER MOUNTAIN ROAD
                            LOCKPORT,NY, 14094
**Owner(s) during disposal:** Information not available
**Operator during disposal:** Information not available

## Site Document Repository

**Name:** Lockport Public Library
**Address:** 23 East Avenue
Lockport,NY 14094

## Site Description

A previous BCP application was reviewed by the Department of Environmental Conservation and the project determined to be eligible in December 2008. An agreement between the NYSDEC and Delphi was never signed, however, as the GM Components Holding, LLC purchased the facility in October 2009. The previous BCP application was terminated on November 4, 2009. A new BCP application was submitted by GM Components Holdings, LLC. It covers the portion of GM's Lockport Complex known as

Building 10, and includes the entire footprint of Building 10. GM's Lockport Complex is located at 200
Upper Mountain Road, Lockport, Niagara County. Building 10 was built as a warehouse in two stages:
the north end was completed in 1960 and the south end was completed in 1969. A portion of the building
was used for manufacturing by Delphi for a period of time. The north end of Building 10 has been
converted to new manufacturing operations by non-GM personnel. The south end of the building is being
utilized by GM as a warehouse. This site is approximately 10.6 acres in size. GM Components Holdings,
LLC (GMCH) owns and operates an automotive component manufacturing complex. Several
manufacturing buildings are located within the complex. Building 7, Building 8 and Building 9 are
dedicated to manufacturing and engineering. Building 6 has been leased to Delphi Properties
Management, LLC for vehicle component engineering and testing and Building 10 has been converted to
house new manufacturing operations staffed by non-GMCH personnel in the northern portion with the
southern portion being used by GMCH as a warehouse. Current use of this site is industrial, while future
use will be commercial and industrial. Known contaminants at this site include chlorinated solvents and
other VOCs. Tetrachloroethene has impacted soil, groundwater and soil gas at the site, while other
chlorinated solvents and VOCs have impacted groundwater and soil gas. In September 2007 Delphi
completed a Focused Environmental Assessment (FEA) at Building 10 to assess the extent of
chlorinated VOC impacts in soil and groundwater under the building, and to determine whether vapor
intrusion was a concern within the northern portion of the building. Based upon the results of the FEA, it
was determined that a soil vapor extraction system was required to mitigate potential indoor air impacts.
A soil vapor extraction/sub-slab depressurization system has been installed and has operated since
March 2009. This BCP Application is currently under review and the Department of Environmental
Conservation will determine the application's approval and eligibility.

# Contaminants of Concern (Including Materials Disposed)

| Type of Waste | Quantity of Waste |
|---|---|
| 1,1,2 TCA | UNKNOWN |
| 1,1,2,2-TETRACHLOROETHANE | UNKNOWN |
| BENZENE | UNKNOWN |
| DICHLOROETHYLENE | UNKNOWN |
| METHYLENE CHLORIDE | UNKNOWN |
| TETRACHLOROETHYLENE (PCE) | UNKNOWN |
| TOLUENE | UNKNOWN |
| TRICHLOROETHENE (TCE) | UNKNOWN |
| VINYL CHLORIDE | UNKNOWN |
| XYLENE (MIXED) | UNKNOWN |

## Site Environmental Assessment

Ten monitoring wells have been installed downgradient of Building 10, including four along Route 93. These wells have been sampled on numerous occasions and reveal that impacted groundwater from Building 10 is not migrating from the GM facility.

## Site Health Assessment

Information submitted with the BCP application regarding the conditions at the site are currently under review and will be revised as additional information becomes available.

For more Information: E-mail Us

Refine Current Search

Exhibit D

**NEW YORK STATE
DEPARTMENT OF
ENVIRONMENTAL CONSERVATION**

# Environmental Site Remediation Database Search Details

## Site Record

### Administrative Information

**Site Name:** Delphi Harrison Thermal Systems
**Site Code:** 932113
**Program:** State Superfund Program
**Classification:** 03
**EPA ID Number:**

### Location

**DEC Region:** 9
**Address:** 200 UPPER MOUNTAIN ROAD
**City:** LOCKPORT   **Zip:** 14094
**County:** Niagara
**Latitude:** 43.168255660
**Longitude:** -78.734757530
**Site Type:**
**Estimated Size:** 14.000 Acres

### Site Owner(s) and Operator(s)

**Current Owner Name:** Delphi Auotmotive Systems, LLC
**Current Owner(s) Address:** 200 UPPER MOUNTAIN ROAD
                              LOCKPORT,NY, 14094
**Owner(s) during disposal:** HARRISON RADIATOR DIV. OF G.M. CORP.
**Owner(s) during disposal:** Information not available
**Operator during disposal:** Harrison Radiator - Division of General Motors
**Stated Operator(s) Address:** 200 Upper Mountain Road
                                Lockport,NY 14094

### Hazardous Waste Disposal Period

**From:** 1970s  **To:** 1994

### Site Description

Delphi Harrison Thermal Systems owns and operates an automotive component manufacturing complex in Lockport, NY. The site is located at Building #8 in the north-central portion of the complex. This building formerly housed degreasing operations that utilized trichloroethylene (TCE). An above ground TCE storage tank was located at the southeast corner of this building from the early 1970's until May

1994, when it was decommissioned. Prior to the installation of this "new" tank, an "old" tank was located 40 feet to the south. Four fire protection lines exist beneath the former "new" TCE storage tank, one of which ruptured in October 1994. During excavation to repair the rupture, site workers noted a solvent odor. As a result, soils from an approximate area of 27' by 22' were excavated to a depth of approx. 7.5' and disposed of as hazardous waste. Four confirmatory samples were collected from the excavation and contained TCE at concentrations up to 1800 ppm. Additional soil removal was not conducted, and the excavation was backfilled with crushed stone to grade. To further evaluate the extent of TCE contamination, Delphi Thermal completed a soil gas survey, a utility bedding investigation, and installed twelve upper bedrock monitoring wells. These investigations indicate that site soils are not extensively contaminated, and that TCE migration along utility bedding is limited. Groundwater, however, is extensively contaminated with TCE and its breakdown products, with concentrations of TCE ranging up to 1000 ppm in the "new" tank area. A groundwater plume approximately 400 feet wide extends for at least 1300 feet from the former tank area. Groundwater data obtained to date, however, do not suggest that contamination is migrating off site. During 2001 the PRP installed additional monitoring wells to further define the nature and extent of the groundwater contamination plume. Investigation results have been incorporated into a Remedial Investigation report, which has been submitted and approved. A FS report has also been submitted and approved. In March 2005, a Record of Decision for the site was issued by the NYSDEC. The selected remedy included Monitored Natural Attenuation, development of a Site Management Plan, imposition of an environmental easement and certification of the institutional and engineering controls. Evaluation of vapor intrusion in an on-site building near the groundwater plume has been completed. Based upon the sub-slab vapor and indoor air results, it has been determined that no additional investigation or remedial measures are needed at this time to address the soil vapor intrusion exposure pathway. Long term groundwater monitoring began in October 2006 and is conducted annually. The latest round of sampling took place in June 2009. These results indicated that Monitored Natural Attenuation continues to be effective in protecting public health and the environment. The Department is awaiting completion and filing of an Environmental Easement and the signing of an Order on Consent by the Company, to reclassify the Site to a Class 4.

# Summary of Project Completion Dates

Projects associated with this site are listed in the Project Completion Dates table and are grouped by Operable Unit (OU). A site can be divided into a number of operable units depending on the complexity of the site and the number of issues associated with a site. Sites are often divided into operable units based on the media to be addressed (such as groundwater or contaminated soil), geographic area, or other factors.

# Contaminants of Concern (Including Materials Disposed)

Environmental Site Remediation Database Search

| Type of Waste | Quantity of Waste |
| --- | --- |
| TCE (F001AND D040 WASTE) | UNKNOWN |

Environmental Site Remediation Database Search

## Site Environmental Assessment

Soil and groundwater are contaminated with TCE and its breakdown products, however, investigations conducted to date do not suggest that contaminants are migrating off site. As a result, this site does not present a significant threat to the environment.

## Site Health Assessment

Twenty-four hour security is in effect at the site to restrict public access. Exposures to contaminated soil are unlikely because contaminants are well below ground surface. Exposures via drinking water are not expected because all area residents are connected to public water. Of the few residential wells identified in the vicinity, reportedly none are used for potable purposes and most have been abandoned.

For more Information: E-mail Us

Refine Current Search

Exhibit E



# NEW YORK STATE
## DEPARTMENT OF
# ENVIRONMENTAL CONSERVATION
# Spill Incidents Database Search Details

## Spill Record

## Administrative Information
**DEC Region:** 9
**Spill Number:** 0651261

## Spill Date/Time
**Spill Date:** 10/10/2006   **Spill Time:** 09:00:00 AM
**Call Received Date:** 10/10/2006   **Call Received Time:** 09:55:00 AM

## Location
**Spill Name:** DELPHI TERMAL SYSTEM
**Address:** 200 UPPER MOUNTAIN ROAD
**City:** LOCKPORT   **County:** Niagara

## Spill Description

| Material Spilled | Amount Spilled | Resource Affected |
|---|---|---|
| UNKNOWN PETROLEUM | UNKNOWN | Soil |

Spill Incidents Database Search

**Cause:** Other
**Source:** Commercial/Industrial
**Waterbody:**

# Record Close

**Date Spill Closed:** Not closed

If you have questions about this reported incident, please contact the Regional Office where the incident occurred.

Refine Current Search

Exhibit F

**NEW YORK STATE**
**DEPARTMENT OF**
**ENVIRONMENTAL CONSERVATION**

# Environmental Site Remediation Database Search Details

---

# Site Record

## Administrative Information

**Site Name:** Delphi Automotive Systems
**Site Code:** 828064
**Program:** State Superfund Program
Classification: 02
**EPA ID Number:**

## Location

**DEC Region:** 8
**Address:** 1000 LEXINGTON AVENUE
**City:** ROCHESTER   Zip: 14613
**County:** Monroe
**Latitude:** 43.180064130
**Longitude:** -77.657230670
**Site Type:** LANDFILL
**Estimated Size:** 16.000 Acres

## Site Owner(s) and Operator(s)

**Current Owner Name:** AC Rochester Division of General Motors
**Current Owner(s) Address:** 1000 Lexington Avenue
                              Rochester,NY, 14613
**Current Owner Name:** GMC/ROCHESTER PRODUCTS
**Current Owner(s) Address:** 1000 LEXINGTON AVE.
                              ROCHESTER,NY, 14613
**Owner(s) during disposal:** GMC/ROCHESTER PRODUCTS
**Owner(s) during disposal:** Information not available
**Operator during disposal:** GMC/ROCHESTER PRODUCTS
**Stated Operator(s) Address:** 1000 LEXINGTON AVE.
                                ROCHESTER,NY 14613
**Operator during disposal:** GMC/Rochester Products Division
**Stated Operator(s) Address:** 1000 Lexington Avenue
                                Rochester,NY 14613

# Hazardous Waste Disposal Period

**From:** 1937 **To:** 1968

## Site Description

This is a large manufacturing facility that first occupied this site in 1937. An area of the northern portion of the site was the "wide waters" of the old Erie Canal. This area was filled in during the 1920s and 1930s with material excavated for the construction of a "subway" which was constructed in the former canal bed. Rochester Products (now known as Delphi Automotive systems) used part of this area for their own filling and have since constructed buildings over most of that area. In 1981, monitoring wells were installed on the property. Samples taken from the wells revealed contamination by petroleum, chlorinated solvents and heavy metals. Floating product is present in the groundwater over a large portion of the site. In some areas, the product contains chlorinated solvents, and in some other areas it contains PCBs. The site is regulated under the RCRA program. In January of 1990, leaking degreaser units were discovered during on-site excavations. A soil vapor extraction system is in operation at one of the former degreaser areas. A blast enhanced bedrock trench has been constructed along the northern portion of the site to help stop contaminated groundwater from flowing offsite. The contaminated groundwater is being treated by a peroxidation system and an air stripper. After treatment, the water is discharged to a publicly operated treatment works (POTW). Delphi initiated a soil remediation program in 1996 which utilizes soil vapor extraction. A Consent Order for a Remedial Investigation/Feasibility Study (RI/FS) was signed in January of 2002. Fieldwork for the RI is complete. The FS is under review.

## Contaminants of Concern (Including Materials Disposed)

| Type of Waste | Quantity of Waste |
|---|---|
| CHLORINATED SOLVENTS | UNKNOWN |
| HEAVY METALS | UNKNOWN |
| LEAD | UNKNOWN |
| STODDARD SOLVENT | UNKNOWN |
| TRICHLOROETHYLENE (TCE) | UNKNOWN |

# Site Environmental Assessment

The work done during the RI defined the nature and extent of contamination as well as identified a number of source areas. Light non-aqueous phase liquid (LNAPL)(up to 10'thick) is present over large areas of the site. Off-site impacts are mitigated by the fractured rock collection system but source areas require additional work.

# Site Health Assessment

Exposures via drinking water are not expected because all homes in the vicinity of the site and the on-site structures are served by public water. Access to the active facility is restricted by fencing and security, eliminating the potential for public exposure to contaminated on-site soils. Interim remedial measures will be used in on-site buildings to mitigate the potential for soil vapor intrusion to impact indoor air. Based on a soil vapor intrusion evaluation, site-related contaminants in soil vapor are not expected to enter structures off-site.

For more Information: E-mail Us

Refine Current Search