**UNITES STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481(RDD) |
| | ) | |
| **DPH HOLDINGS CORP., et al,** | ) | |
| | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**MOTION FOR ADMISSION FOR**
**MARVIN E. CLEMENTS, JR TO PRACTICE,** *Pro Hac Vice*

I, Marvin E. Clements, Jr., a member in good standing of the bar in the State of Tennessee and the bar for the U.S. District Court for the Eastern, Western, and Middle Districts of Tennessee, request admission, *pro hac vice,* before the Honorable Judge Drain to represent the Tennessee Department of Revenue, a creditor in the above referenced case. I agree to pay the fee of $25 upon approval by this Court of admission to practice, *pro hac vice*.

/s/ Marvin E. Clements, Jr._____
MARVIN E. CLEMENTS, JR. BPR.016031
Senior Counsel
Bankruptcy Division
Office of the Tennessee Attorney General
PO Box 20207
Nashville, Tennessee 37202-0207
(615) 741-1935
ICTNNewYork@ag.tn.gov

Dated: April 13, 2010.

## CERTIFICATE OF SERVICE

I, Marvin E. Clements, Jr., certify that on April 13, 2010 a true and exact copy of this Motion for Admission to Practice *pro hac vice* was deposited in the United States mail, sent FedEx overnight, to the parties set out below.

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street
Courtroom 118
White Plains, New York  10601-4140


DPH Holdings Corporation
Attn: President
5725 Delphi Drive
Troy, Michigan  48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., John K. Lyons and Michael W. Perl
155 North Wacker Drive
Chicago, Illinois 60606


/s/ Marvin E. Clements, Jr.
MARVIN E. CLEMENTS, JR.

## UNITES STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | Case No. 05-44481(RDD) |
| | ) | |
| **DPH HOLDINGS CORP., et al,** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER GRANTING MOTION FOR ADMISSION FOR
## MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE*

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
    New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE