UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                                  :       Chapter 11
:
DPH HOLDINGS CORP., et al.,       :       Case No. 05-44481 (RDD)
:
:       (Jointly Administered)
:
    Reorganized Debtors.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER AUTHORIZING REORGANIZED DEBTORS TO FILE (I) A REDACTED
VERSION OF REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSES OF
CERTAIN CLAIMANTS TO DEBTORS' OBJECTIONS TO PROOFS OF CLAIM NUMBERS
14019, 14020, 14022, 14023, 14024, 14025, AND 14026 FILED BY ATUL PASRICHA AND
PROOF OF CLAIM NUMBER 12147 FILED BY PAMELA GELLER AND
(II) UNREDACTED VERISONS OF (A) THE SUPPLEMENTAL REPLY AND (B) A CERTAIN
AGREEMENT BETWEEN DEBTORS AND ATUL PASRICHA UNDER SEAL

("DPH HOLDINGS – PASRICHA SEALING ORDER")

        Upon the ex parte application, dated April 13, 2010 (the "Application"), of DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors") for an order under 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 authorizing Reorganized Debtors to file (I) a redacted version of Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller (the "Supplemental Reply") and (II) unredacted versions of the (A) Supplemental Reply and (B) a certain agreement between Debtors and Atul Pasricha (the "Agreement") under seal; and it appearing that pursuant to Fed. R. Bankr. P. 9018 no notice of the relief requested in the Application need be provided other than as set forth in the Application; and this Court having determined that the relief requested in the Application is in the best

interests of the Reorganized Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Application is GRANTED.

2. Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018, the Reorganized Debtors are authorized to file (I) a redacted version of the Supplemental Reply and (II) unredacted versions of the (A) Supplemental Reply and (B) the Agreement under seal.

3. The unredacted Supplement Reply and the Agreement (and any information derived therefrom) shall remain confidential, be filed under seal, and shall be served on and made available only to (a) Atul Pasricha and his counsel and (b) such other parties as may be ordered by this Court after imposition of appropriate confidentiality restrictions or as may be agreed to in writing by the Reorganized Debtors and Mr. Pasricha.

4. This Court retains jurisdiction to enforce this order and the confidentiality of the Agreements, and the sensitive information contained therein, including the authority to impose sanctions on any person or entity which violates this order.

Dated:   White Plains, New York
         April [●], 2009

                                                UNITED STATES BANKRUPTCY JUDGE