FOX ROTHSCHILD LLP  
Midtown Building, Suite 400  
1301 Atlantic Avenue  
Atlantic City, NJ  08401  
Michael J. Viscount, Jr. (Admitted *pro hac vice*)  
Tel: (609) 348-4515  

     -and-  

100 Park Avenue, 15th Floor  
New York, NY 10017  
Fred Stevens  
Tel: (212) 878-7905  

Hearing Date:  May 17, 2010 at 9:30 a.m.  
Objection Deadline:  April 26, 2010  

*Attorneys for M&Q Plastic Products, LP*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI CORPORATION, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Adv. Pro. No. 07-02743 (RDD) |
| vs. | : | |
| | : | |
| M&Q PLASTIC PRODUCTS AND M AND Q PLASTIC PRODUCTS., | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------x

**JOINDER OF M&Q PLASTIC PRODUCTS L.P. TO MOTIONS (I) TO VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING <u>ON THE GROUND OF JUDICIAL ESTOPPEL</u>**

AC1 906840v1 04/14/10

M&Q Plastic Products L.P., purported defendant ("<u>Defendant</u>" or "<u>M&Q</u>")[1], by and through its undersigned counsel, hereby joins and adopts the arguments set forth in the following motions (the "<u>Motions</u>") filed by Wagner-Smith Company and Microchip Technology Incorporated (the "<u>Complaining Preference Defendants</u>"):

(a) *MOTION BY WAGNER-SMITH COMPANY SEEKING AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, AND (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL*, dated February 5, 2010 (Docket No. 19401); and

(b) *MOTION BY MICROCHIP TECHNOLOGY INCORPORATED SEEKING AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL*, dated March 15, 2010 (Docket No. 19677).

The facts set out in the respective Motions of Microchip Technology Incorporated and Wagner-Smith Company are substantially the same if not identical with respect to M&Q such that any relief granted for the benefit of one or the other of the Complaining Defendants should be granted for all and others who are similarly situated.

Dated:  New York, New York
        April 14, 2010

                                 FOX ROTHSCHILD LLP

                            By:  */s/ Fred Stevens*
                                Michael J. Viscount (Admitted *pro hac vice*)
                                Midtown Building, Suite 400
                                1301 Atlantic Avenue
                                Atlantic City, NJ  08401
                                (609) 348-4515

---

[1] M&Q Plastic Products L.P. ceased doing business and on or around September 30, 2010, and has filed a certificate of dissolution with the Secretary of State for the State of Delaware.  The remaining assets of the partnership are held in the M&Q Plastic Products Wire Protection Division Liquidating Trust (the "<u>M&Q Liquidating Trust</u>") under Liquidating Trust Agreement dated as of December 22, 2009.  Univest National Bank and Trust Co. currently serves as trustee of M&Q Liquidating Trust.

AC1 906840v1 04/14/10

          -and-

Fred Stevens
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Attorneys for Defendant M&Q Plastic Products, LP*

3