WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

WEIL, GOTSHAL & MANGES LLP
Weil, Gotshal & Manges LLP
1300 Eye Street, NW, Suite 900
Washington, D.C. 20005
(202) 682-7190
(202) 857-0940
David R. Berz, Esq.
David B. Hird, Esq.
Matthew D. Morton, Esq.

Counsel for Interested Party
GM Components Holdings LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DPH Holdings CORP., et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

State of New York  )
                   )  ss.:
County of New York )

  Sarah Roberts, being duly sworn, hereby deposes and says:

    1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

2.  On the 13th day of April 2010, I caused true and correct copies of the following pleading to be served upon the parties listed in Exhibit A via United States Postal Service.

> Statement Of GM Components Holdings LLC
> Regarding Claims Objection Between Reorganized
> Debtors And The New York State Department
> Of Environmental Conservation [Docket No. 19806]

*Sarah Roberts*
Sarah Roberts

Sworn to before me this
13th day of April 2010

NICOLE ALISEO
Notary Public, State of New York
No. 01AL6186782
Qualified in Richmond County
Commission Expires May 12, 2012

US_ACTIVE:\43363538\01\72240.0639          2

## EXHIBIT A - SERVICE LIST

Eugene J. Leff, Esq.
Acting Bureau Chief (NYC Office)
Environmental Protection Bureau
New York State Attorney General's Office
120 Broadway, 26th Floor
New York, NY 10271

Kenneth Berlin
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4802