UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                  :     Chapter 11
                                                       :
DPH HOLDINGS CORP., et al.,                            :     Case No. 05-44481 (RDD)
                                                       :
                Debtors.                  :     (Jointly Administered)
---------------------------------------------------------x
DELPHI CORPORATION, et al.,                            :
                                                       :
                Plaintiffs,               :
                                                       :     Adv. Pro. No. 07-02743 (RDD)
           vs.                           :
                                                       :
M&Q PLASTIC PRODUCTS AND M AND Q                       :
PLASTIC PRODUCTS.,                                     :
                                                       :
                Defendants.               :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )   ss.:
COUNTY OF NEW YORK        )

        ALEXIS LUCISANO, being sworn, deposes and says:

    1.    I am not a party to this action, am over eighteen years of age, am a resident of Queens County, and am an employee of Fox Rothschild LLP, 100 Park Avenue, 15th Floor, New York, New York 10017.

    2.    On April 14, 2010, I served a true and correct copy of the Joinder of M&Q Plastic Products L.P. to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. Section 541, 544, 545, 547, 548 or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding With Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel upon the

NY1 461414v1 04/14/10

following parties at the listed address designated for that purpose by depositing true copies of the same enclosed in a first class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Skadden, Arps, Slate , Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attn: John W. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn Marafioti

Butzel Long, A Professional Corporation
380 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Eric B. Fisher, Esq. and Barry N. Seidel, Esq.

Butzel Long, A Professional Corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
Attn: Cynthia J. Haffey, Esq.

*[continued on next page]*

Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attn: Albert Togut, Esq.

                                                     *s/ Alexis Lucisano*
                                                     Alexis Lucisano

Sworn to before me this
14th day of April, 2010

*s/ Kathleen Aiello*
Kathleen Aiello
Notary Public, State of New York
No. 02AI6210801
Qualified in New York County
Commission Expires August 31, 2013