**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
**DPH HOLDINGS CORP,** *et al.*,            :    05-44481 [RDD]
                                            :
        Reorganized Debtors.                :    (Jointly Administered)
                                            :
-----------------------------------------------------------------x

## ORDER GRANTING MOTION
## FOR ADMISSION TO PRACTICE PRO HAC VICE

Upon the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York For Admission Pro Hac Vice (the "Motion"), seeking admission *pro hac vice* of David Hird to represent GM LLC ("GM") in the above-referenced chapter 11 cases before the United States Bankruptcy Court for the Southern District of New York, as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that David Hird is permitted to appear *pro hac vice* as counsel to GM in the above-captioned chapter 11 cases, subject to the payment of the filing fee.

Dated: April 14, 2010
       White Plains, New York

                         /s/Robert D. Drain
                         ROBERT D. DRAIN
                         UNITED STATES BANKRUPTCY JUDGE

2