Hearing Date and Time: May 20, 2010 at 10:00 a.m., E.T.
Objection Deadline: May 13, 2010 at 4:00 p.m., E.T.

JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver, Ste 777
Troy, Michigan 48084
Telephone: (248) 649-1900
Facsimile: (248) 649-2920
Howard S. Sher (*admitted pro hac vice*)
Alan J. Schwartz (*admitted pro hac vice*)

MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Ste. 900
Washington, DC 20005
Telephone: (202) 626-5800
Facsimile: (202) 626-5801
Anthony F. Shelley(*admitted pro hac vice*)
Timothy P. O'Toole(*admitted pro hac vice*)
Michael N. Khalil

Attorneys for Dennis Black, Charles
Cunningham, Kenneth Hollis and
The Delphi Salaried Retiree Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------x
                              :
In re                         :   Chapter 11
                              :
DPH HOLDINGS CORP., *et al.*, :   Case No. 05-44481(RDD)
                              :
       Reorganized Debtors.   :   (Jointly Administered)
                              :
------------------------------x

**AMENDED NOTICE OF HEARING ON MOTION OF THE SALARIED RETIREES FOR ORDER CONFIRMING THAT SECOND AMENDED COMPLAINT DOES NOT VIOLATE THE MODIFIED PLAN OR THE PLAN MODIFICATION ORDER**

**PLEASE TAKE NOTICE THAT:**

1.   The hearing on Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No.

19750) (the "Motion"),[1] filed by Dennis Black, Charles Cunningham, Kenneth Hollis and The Delphi Salaried Retiree Association (collectively, the "Salaried Retirees"), which was originally noticed for April 22, 2010, at 10:00 a.m., has been **rescheduled for May 20, 2010 at 10:00 a.m. (New York time)**. The hearing shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 118 of the United States Bankruptcy Court, Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

2.   Objections, if any, to the relief sought in the Motion must be made in writing, with a hard copy to Chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York and be filed with the Bankruptcy Court and must be served in accordance with the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (Docket No. 2883), and the Sixteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Revising Certain Notice Procedures, entered December 11, 2009

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

(Docket No. 191780), so as to be actually received by not later than **4:00 p.m. (New York time) on May 13, 2010** (the "Objection Deadline").

3. If no objections are timely filed and served with respect to the Motion, the Salaried Retirees may, on or after the Objection Deadline, submit to the Court a final order substantially in the form attached to the Motion, which final order may be entered with no further notice or opportunity to be heard offered to any party.

4. Copies of the Motion may be obtained from the Court's website at http://ecf.nysb.uscourts.gov or free of charge at http://dphholingsdocket.com/dph.

                                Respectfully submitted,

Dated: April 14, 2010           /s/ Howard S. Sher
                                Howard S. Sher (*admitted pro hac vice*)
                                Alan J. Schwartz (*admitted pro hac vice*)
                                JACOB & WEINGARTEN, P.C.
                                2301 W. Big Beaver, Ste. 777
                                Troy, Michigan 48084
                                Telephone: (248) 649-1900
                                Facsimile: (248) 649-2920

                                Anthony F. Shelley
                                Timothy P. O'Toole
                                Michael N. Khalil
                                MILLER & CHEVALIER CHARTERED
                                655 15th Street, NW, Ste. 900
                                Washington, DC 20005
                                Telephone: (202) 626-5800
                                Facsimile: (202) 626-5801

                                Attorneys for Dennis Black, Charles
                                Cunningham, Kenneth Hollis and
                                The Delphi Salaried Retiree Association

# Proof Of Service

Hearing Date and Time: May 20, 2010 at 10:00 a.m., E.T.
Objection Deadline: May 13, 2010 at 4:00 p.m., E.T.

JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver, Ste 777
Troy, Michigan 48084
Telephone: (248) 649-1900
Facsimile: (248) 649-2920
Howard S. Sher (*admitted pro hac vice*)
Alan J. Schwartz (*admitted pro hac vice*)

MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Ste. 900
Washington, DC 20005
Telephone: (202) 626-5800
Facsimile: (202) 626-5801
Anthony F. Shelley(*admitted pro hac vice*)
Timothy P. O'Toole(*admitted pro hac vice*)
Michael N. Khalil

Attorneys for Dennis Black, Charles
Cunningham, Kenneth Hollis and
The Delphi Salaried Retiree Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                    :
In re                               :   Chapter 11
                                    :
DPH HOLDINGS CORP., *et al.*,       :   Case No. 05-44481(RDD)
                                    :
          Reorganized Debtors.      :   (Jointly Administered)
                                    :
------------------------------------x

**PROOF OF SERVICE**

    I, Teri Breaugh, state that on April 14, 2010, I did send a copy of Amended Notice Of Hearing On Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order and this Proof Of Service by first class mail to:

John A. Menke
Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Ralph L. Landy
Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Heather Lennox
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Robert S. Walker
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

David M. Glass
Sr. Trial Counsel, Dep't of Justice,
 Civil Division
20 Mass. Ave., N.W., Room 7200
Washington, D.C. 20530

DPH Holdings Corp.
Attn: David Sherbin
5725 Delphi Drive
Troy, MI 48098

Judge Robert D. Drain
300 Quarropas Street
Room 118
White Plains, NY 10601

US Bankruptcy Court
Attn: Clerk of the Court
300 Quarropas Street
White Plains, NY 10601

Alicia M. Leonhard
Office of the US Trustee
33 Whitehall Street, Ste. 2100
New York, NY 10004

Tracy Hope Davis
US Trustee Office
33 Whitehall St.
21st Floor
New York, NY 10004

John Wm. Bulter, Jr.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, IL 60606-1720

Andrew M. Kramer
Jones Day
51 Louisiana Ave NW
Washington, D.C. 20001

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: April 14, 2010

                                              /s/ Teri Breaugh
                                        Teri Breaugh
                                        Jacob & Weingarten, P.C.
                                        2301 West Big Beaver Road
                                        Suite 777
                                        Troy, Michigan 48084
                                        howard@jacobweingarten.com