| Unit Name | File Number | Claimant Last Name | Date of Loss | Claim Paid - Ind/Loss | Claim Paid - Medical | Claim Paid - Expense/Other |
|---|---|---|---|---|---|---|
| Adrian Operations | A518205147-0001-01 | PERRY | 10/10/2005 | $115,820.65 | $12,515.19 | $5,164.22 |
| Adrian Operations | A618200868-0001-01 | SCHARER | 1/30/2006 | $6,152.29 | $6,795.02 | $735.23 |
| Adrian Operations | A618203638-0001-01 | VANNORMAN | 9/16/2006 | $54,261.15 | $16,791.49 | $7,535.40 |
| Adrian Operations | 4.4061E+11 | MCCONNELL | 10/5/2006 | $7,993.74 | $14,956.65 | $4,189.32 |
| Adrian Operations | A718200080-0001-01 | SNYDER | 1/10/2007 | $4,335.48 | $17,868.53 | $731.98 |
| Adrian Operations | A718200393-0001-01 | RUHL | 2/7/2007 | $0.00 | $1,357.18 | $17,407.19 |
| Adrian Operations | A718200582-0001-01 | FORCHE | 2/26/2007 | $4,338.00 | $15,490.31 | $804.41 |
| Adrian Operations | 2007688781 | GURTZWEILER | 5/14/2007 | $306.76 | $627.02 | $5,039.85 |
| Adrian Operations | 4.407705E+11 | EVERETT-TROYE | 5/21/2007 | $45,389.64 | $29,875.75 | $17,823.94 |
| Adrian Operations | A718202008-0001-01 | SMITH | 7/26/2007 | $12,045.90 | $23,496.12 | $6,991.85 |
| Adrian Operations | 2007-768681 | STACE | 12/3/2007 | $0.00 | $6,418.99 | $1,874.29 |
| Adrian Operations | 4.00801E+11 | THOMPSON | 1/14/2008 | $0.00 | $0.00 | $2,954.14 |
| Chassis Saginaw | 4.2051E+11 | CLARK | 10/25/2005 | $0.00 | $0.00 | $4,940.35 |
| Chassis Saginaw | A518204944-0001-01 | GALLAGHER | 11/29/2005 | $127,359.86 | $30,151.84 | $2,015.48 |
| Chassis Saginaw | 4.20512E+11 | GALONSKA | 11/30/2005 | $29,199.42 | $3,387.85 | $11,991.17 |
| Chassis Saginaw | 3.90512E+11 | JONES | 12/1/2005 | $0.00 | $0.00 | $22,160.67 |
| Chassis Saginaw | 4.606903E+11 | WESLEY | 3/14/2006 | $80,897.61 | $3,277.05 | $11,332.08 |
| Chassis Saginaw | 4.50608E+11 | PATTERSON | 8/14/2006 | $3,409.99 | $2,476.86 | $10,178.38 |
| Chassis Saginaw | 3.80609E+11 | MANNING | 9/26/2006 | $49,168.39 | $10,514.72 | $8,807.74 |
| Chassis Saginaw | 4.50612E+11 | GOLLADAY | 12/18/2006 | $0.00 | $0.00 | $9,566.61 |
| Chassis Saginaw | A718200980-0001-01 | CAMPBELL | 4/10/2007 | $184.00 | $430.56 | $9,143.57 |
| Chassis Saginaw | A918200202-0001-01 | CLABURN | 5/28/2007 | $0.00 | $0.00 | $744.60 |
| Chassis Saginaw | 3.90708E+11 | RICHESON | 7/13/2007 | $0.00 | $0.00 | $3,661.56 |
| Chassis Saginaw | 3.8071E+11 | TODD | 10/17/2007 | $519.98 | $3,938.15 | $963.95 |
| Coopersville MI Operations | A618201425-0001-01 | STEVENSON | 2/28/2006 | $19,364.57 | $5,260.58 | $12,082.53 |
| Coopersville MI Operations | A718201698-0001-01 | COOPER | 6/16/2006 | $0.00 | $0.00 | $9,100.65 |
| Delco Flint (Hourly) | A918200321-0001-01 | HOSKINS | 12/22/2006 | $0.00 | $0.00 | $792.85 |
| Delphi Conversion PLANT | A818200007-0001-01 | PRESLEY | 8/4/2006 | $0.00 | $0.00 | $5,289.16 |
| Delphi Conversion PLANT | A918200081-0001-01 | HENDERSON | 11/7/2008 | $0.00 | $0.00 | $12.55 |
| Delphi Diesel Systems | A918200234-0001-01 | Hoga | 3/10/2009 | $197.28 | $1,127.39 | $50.37 |
| Division Office Headquarters (Salaried) | A618203357-0001-01 | Urban | 8/21/2006 | $41,351.43 | $50,461.36 | $4,412.13 |
| Division Office Headquarters (Salaried) | A718202514-0001-01 | Van Jaarsveld | 8/6/2007 | $0.00 | $5,583.41 | $383.35 |
| East Flint MI Operations | 3.7051E+11 | FIELDS | 10/14/2005 | $98,694.66 | $3,183.06 | $4,712.10 |

| Claim Total Paid | Claim Future Reserve - Ind/Loss | Claim Future Reserve - Medical | Claim Future Reserve - Expense | Claim Total Future Reserves | Claim Total Incurred | Total Reserves By Facility |
|---|---|---|---|---|---|---|
| $133,500.06 | $266,495.35 | $56,799.36 | $7,035.78 | $330,330.49 | $463,830.55 | |
| $13,682.54 | $30.00 | $9,248.96 | $3,274.77 | $12,553.73 | $26,236.27 | |
| $78,588.04 | $306,137.98 | $12,187.89 | $8,074.77 | $326,400.64 | $404,988.68 | |
| $27,139.71 | $13,178.26 | $5,000.00 | $6,560.68 | $24,738.94 | $51,878.65 | |
| $22,935.99 | $8,189.24 | $5,732.33 | $3,399.18 | $17,320.75 | $40,256.74 | |
| $18,764.37 | $20,852.00 | $0.00 | $7,792.81 | $28,644.81 | $47,409.18 | |
| $20,632.72 | $0.00 | $24,909.69 | $3,351.59 | $28,261.28 | $48,894.00 | |
| $5,973.63 | $25,193.24 | $3,172.98 | $10,510.15 | $38,876.37 | $44,850.00 | |
| $93,089.33 | $229,274.59 | $22,424.25 | $10,976.06 | $262,674.90 | $355,764.23 | |
| $42,533.87 | $23,964.26 | $7,896.30 | $8,508.15 | $40,368.71 | $82,902.58 | |
| $8,293.28 | $3,316.96 | $8,581.01 | $4,375.71 | $16,273.68 | $24,566.96 | |
| $2,954.14 | $3,016.86 | $11,000.00 | $10,545.86 | $24,562.72 | $27,516.86 | |
| $4,940.35 | $64,929.80 | $5,000.00 | $4,559.65 | $74,489.45 | $79,429.80 | |
| $159,527.18 | $269,157.89 | $16,974.64 | $9,200.00 | $295,332.53 | $454,859.71 | $1,151,007.02 |
| $44,578.44 | $0.00 | $0.00 | $1,485.14 | $1,485.14 | $46,063.58 | |
| $22,160.67 | $70,100.80 | $2,000.00 | $4,049.73 | $76,150.53 | $98,311.20 | |
| $95,506.74 | $103,951.75 | $16,058.33 | $11,638.00 | $131,648.08 | $227,154.82 | |
| $16,065.23 | $41,492.16 | $0.00 | $6,779.96 | $48,272.12 | $64,337.35 | |
| $68,490.85 | $245,843.76 | $10,272.74 | $9,192.26 | $265,308.76 | $333,799.61 | |
| $9,566.61 | $15,000.00 | $1,500.00 | $1,643.85 | $18,143.85 | $27,710.46 | |
| $9,758.13 | $49,316.00 | $1,000.00 | $1,806.43 | $52,122.43 | $61,880.56 | |
| $744.60 | $4,800.00 | $1,000.00 | $6,805.40 | $12,605.40 | $13,350.00 | |
| $3,661.56 | $7,695.60 | $1,500.00 | $5,224.29 | $14,419.89 | $18,081.45 | |
| $5,422.08 | $0.68 | $2,176.12 | $880.85 | $3,057.65 | $8,479.73 | $993,035.83 |
| $36,707.68 | $96,301.43 | $2,000.00 | $6,425.24 | $104,726.67 | $141,434.35 | |
| $9,100.65 | $48,000.00 | $2,500.00 | $4,449.35 | $54,949.35 | $64,050.00 | |
| $792.85 | $23,856.00 | $5,000.00 | $12,357.15 | $41,213.15 | $42,006.00 | $41,213.15 |
| $5,289.16 | $36,712.00 | $5,000.00 | $5,710.84 | $47,422.84 | $52,712.00 | $159,676.02 |
| $12.55 | $17,736.00 | $25,900.00 | $5,393.45 | $49,029.45 | $49,042.00 | |
| $1,375.04 | $801.84 | $1,872.61 | $1,599.63 | $4,274.08 | $5,649.12 | $96,452.29 |
| $96,224.92 | $27,276.57 | $14,104.26 | $8,087.87 | $49,468.70 | $145,693.62 | $4,274.08 |
| $5,966.76 | $8,676.00 | $7,166.59 | $5,316.65 | $21,159.24 | $27,126.00 | |
| $106,589.82 | $191,976.34 | $12,392.21 | $5,152.90 | $209,521.45 | $316,111.27 | $70,627.94 |

| Facility | Claim Number | Last Name | Date | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|
| East Flint MI Operations | 4.305511E+11 | FLYNN | 11/5/2005 | $24,080.57 | $10,417.07 | $21,827.35 |
| East Flint MI Operations | 4.205120E+11 | WEBB JR | 12/12/2005 | $53,472.70 | $3,757.24 | $13,255.00 |
| East Flint MI Operations | A718200596-0001-01 | POPE | 3/6/2006 | $0.00 | $857.42 | $8,058.01 |
| East Flint MI Operations | A818200674-0001-01 | LADUKE | 3/6/2006 | $0.00 | $0.00 | $2,606.96 |
| East Flint MI Operations | A618201461-0001-01 | WILLIAMS | 3/13/2006 | $25,000.00 | $2,271.66 | $7,561.28 |
| East Flint MI Operations | A818201728-0001-01 | REYNOLDS | 3/31/2006 | $0.00 | $0.00 | $4,421.72 |
| East Flint MI Operations | A618202026-0001-01 | HYATT | 5/11/2006 | $0.00 | $4,936.83 | $13,146.47 |
| East Flint MI Operations | A618203109-0001-01 | MARTA-SCHILLIN | 7/21/2006 | $0.00 | $4,082.28 | $6,375.80 |
| East Flint MI Operations | A718200789-0001-01 | MILLER | 6/16/2006 | $0.00 | $70.00 | $6,699.03 |
| East Flint MI Operations | A618202670-0001-01 | THRONSON | 7/5/2006 | $4,942.00 | $0.00 | $7,771.47 |
| East Flint MI Operations | A718201220-0001-01 | Shepherd | 8/4/2006 | $0.00 | $0.00 | $9,157.57 |
| East Flint MI Operations | A718203124-0001-01 | HARRISON | 9/1/2006 | $0.00 | $0.00 | $6,797.12 |
| East Flint MI Operations | A618204152-0001-01 | KANE | 10/16/2006 | $30,064.50 | $129.52 | $9,512.79 |
| East Flint MI Operations | A718203040-0001-01 | SOHLDEN | 12/8/2006 | $1,365.42 | $0.00 | $4,669.55 |
| East Flint MI Operations | 4.507050E+11 | ALLINGER | 2/20/2007 | $725.00 | $0.00 | $5,839.12 |
| East Flint MI Operations | A718200672-0001-01 | WALKER | 3/7/2007 | $1,398.02 | $0.00 | $5,959.56 |
| East Flint MI Operations | 4.807030E+11 | JOZWIAK | 3/30/2007 | $0.00 | $0.00 | $10,839.86 |
| East Flint MI Operations | A718201154-0001-01 | STOCKER | 4/2/2007 | $22,185.45 | $11,270.80 | $1,356.13 |
| East Flint MI Operations | A718201153-0001-01 | COLEY | 4/22/2007 | $0.00 | $1,965.61 | $2,943.99 |
| East Flint MI Operations | 4.607040E+11 | MCDONALD | 4/23/2007 | $0.00 | $1,114.43 | $7,342.55 |
| East Flint MI Operations | A818201924-0001-01 | Stephenson | 4/23/2007 | $0.00 | $35.64 | $3,209.35 |
| East Flint MI Operations | 3.807060E+11 | HINTON | 6/9/2007 | $0.00 | $0.00 | $3,833.20 |
| East Flint MI Operations | A718202411-0001-01 | YEARBY JR | 7/15/2007 | $0.00 | $271.47 | $3,722.13 |
| East Flint MI Operations | 4.507210E+11 | WITT | 9/25/2007 | $0.00 | $0.00 | $2,326.11 |
| East Flint MI Operations | A718203190-0001-01 | WINTERSMITH | 11/5/2007 | $0.00 | $1,584.04 | $2,306.02 |
| East Flint MI Operations | 2008-782563 | BISAHA | 1/5/2008 | $16,902.16 | $2,077.02 | $924.98 |
| East Flint MI Operations | 4.608060E+11 | HOLLIGAN | 2/10/2008 | $0.00 | $0.00 | $3,022.29 |
| East Flint MI Operations | 2008-788806 | SEGER | 3/5/2008 | $10,389.94 | $9,359.43 | $2,947.47 |
| East Flint MI Operations | A818201731-0001-01 | BURRELL | 3/8/2008 | $0.00 | $0.00 | $1,379.90 |
| East Flint MI Operations | 2008-793902 | VENSKO | 3/30/2008 | $0.00 | $5,709.61 | $2,066.54 |
| East Flint MI Operations | A818201066-0001-01 | SKRZELA | 4/10/2008 | $1,398.00 | $0.00 | $3,462.79 |
| East Flint MI Operations | A818202002-0001-01 | DICOSOLA | 11/25/2008 | $0.00 | $1,573.15 | $1,374.93 |
| East Flint MI Operations | 2008-856163 | CZECHOWSKI | 12/9/2008 | $0.00 | $977.00 | $67.03 |
| East Flint MI Operations | 2008-832002 | HARRIS | 9/2/2008 | $0.00 | $1,779.56 | $790.04 |
| Grand Rapids MI Operations | 2007-703721 | SMITH | 6/4/2007 | $0.00 | $4,188.23 | $1,332.40 |
| Grand Rapids MI Operations | A718202140-0001-01 | BECKWITH | 7/26/2007 | $0.00 | $0.00 | $12.50 |
| Grand Rapids MI Operations | 2007-771728 | BAILEY | 11/2/2007 | $0.00 | $14,710.31 | $3,256.82 |

| | | | |
|---|---|---|---|
| $56,324.99 | $114,018.43 | $389.40 | $6,372.65 |
| $70,484.94 | $150,711.77 | $7,242.76 | $8,895.52 |
| $8,915.43 | $37,000.00 | $0.00 | $4,786.28 |
| $2,606.96 | $8,472.00 | $3,800.00 | $11,293.04 |
| $34,832.94 | $0.00 | $0.00 | $2,988.66 |
| $4,421.72 | $0.00 | $500.00 | $10,178.28 |
| $8,083.30 | $81,000.00 | $4,485.53 | $7,469.53 |
| $6,769.03 | $117,216.00 | $4,930.00 | $7,800.97 |
| $16,795.75 | $18,356.00 | $4,000.00 | $11,978.53 |
| $6,375.80 | $0.00 | $5,000.00 | $1,480.20 |
| $9,157.57 | $18,138.80 | $1,000.00 | $9,092.43 |
| $6,797.12 | $18,356.00 | $4,900.00 | $9,502.88 |
| $39,706.81 | $135.50 | $3,000.00 | $6,683.21 |
| $6,034.97 | $30,058.06 | $500.00 | $6,330.45 |
| $6,564.12 | $19,627.00 | $500.00 | $1,160.88 |
| $7,357.58 | $18,601.98 | $10,000.00 | $10,390.44 |
| $10,839.86 | $7,500.00 | $5,600.00 | $5,920.14 |
| $34,812.38 | $65,322.23 | $8,654.35 | $7,012.85 |
| $3,993.60 | $2,658.84 | $12,471.00 | $10,293.28 |
| $3,833.20 | $3,500.00 | $3,000.00 | $10,266.80 |
| $3,244.99 | $13,500.00 | $4,964.36 | $12,390.65 |
| $8,456.98 | $8,584.80 | $4,979.72 | $5,757.45 |
| $4,909.60 | $8,592.80 | $668.17 | $7,706.01 |
| $2,326.11 | $1,858.64 | $6,500.00 | $8,843.89 |
| $3,890.06 | $11,526.84 | $15,965.96 | $9,205.85 |
| $19,904.16 | $9,057.28 | $6,924.98 | $1,875.02 |
| $3,022.29 | $15,989.74 | $5,000.00 | $9,977.71 |
| $22,696.84 | $1,563.54 | $9,265.08 | $1,402.53 |
| $1,379.90 | $5,600.88 | $1,500.00 | $6,670.10 |
| $7,776.15 | $0.00 | $8,490.39 | $2,295.46 |
| $4,860.79 | $4,514.00 | $6,000.00 | $8,787.21 |
| $2,948.08 | $2,956.00 | $4,476.85 | $4,925.07 |
| $1,044.03 | $4,781.92 | $7,073.00 | $6,132.97 |
| $2,569.60 | $0.00 | $184.44 | $66.44 |
| $5,520.63 | $1,899.84 | $14,566.46 | $2,865.72 |
| $12.50 | $9,371.64 | $500.00 | $10,037.50 |
| $17,967.13 | $7,517.12 | $10,102.02 | $2,943.18 |

| |
|---|
| $120,780.48 |
| $166,850.05 |
| $41,786.28 |
| $23,565.04 |
| $2,988.66 |
| $10,678.28 |
| $92,955.06 |
| $129,946.97 |
| $34,334.53 |
| $6,480.20 |
| $28,231.23 |
| $32,758.88 |
| $9,818.71 |
| $36,888.51 |
| $21,287.88 |
| $38,992.42 |
| $19,020.14 |
| $80,989.43 |
| $25,423.12 |
| $16,766.80 |
| $30,855.01 |
| $19,321.97 |
| $16,966.98 |
| $17,202.53 |
| $36,698.65 |
| $17,857.28 |
| $30,967.45 |
| $12,231.15 |
| $13,770.98 |
| $10,785.85 |
| $19,301.21 |
| $12,357.92 |
| $17,987.89 |
| $250.88 |
| $19,332.02 |
| $19,909.14 |
| $20,562.32 |

| |
|---|
| $177,105.47 |
| $237,334.99 |
| $50,701.71 |
| $26,172.00 |
| $37,821.60 |
| $15,100.00 |
| $111,038.36 |
| $136,716.00 |
| $51,130.28 |
| $12,856.00 |
| $37,388.80 |
| $39,556.00 |
| $49,525.52 |
| $42,923.48 |
| $27,852.00 |
| $46,350.00 |
| $29,860.00 |
| $115,801.81 |
| $29,416.72 |
| $20,600.00 |
| $34,100.00 |
| $27,778.95 |
| $21,876.58 |
| $19,528.64 |
| $40,588.71 |
| $37,761.44 |
| $33,989.74 |
| $34,927.99 |
| $15,150.88 |
| $18,562.00 |
| $24,162.00 |
| $15,306.00 |
| $19,031.92 |
| $2,820.48 |
| $24,852.65 |
| $19,921.64 |
| $38,529.45 |

$1,406,619.87

| Location | ID | Name | Date | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|
| Grand Rapids MI Operations | A818201181-0001-01 | HAYNES | 1/21/2008 | $0.00 | $6,760.73 | $233.67 |
| Grand Rapids MI Operations | 4.008806E+11 | THURKETTLE | 6/2/2008 | $0.00 | $0.00 | $3,306.56 |
| Grand Rapids MI Operations | 2008-829569 | DEJONG | 7/22/2008 | $3,272.71 | $6,913.25 | $248.69 |
| Grand Rapids MI Operations | 2008-837906 | PRICE | 9/22/2008 | $0.00 | $4,247.74 | $116.50 |
| Grand Rapids MI Operations | 2008-848207 | COOK, SR. | 11/5/2008 | $3,666.82 | $3,344.99 | $2,140.99 |
| Grand Rapids MI Operations | 2008-852826 | Kompier | 11/25/2008 | $3,528.46 | $8,553.07 | $264.04 |
| Grand Rapids MI Operations | 2009-863583 | LANG | 12/2/2008 | $0.00 | $987.42 | $17.74 |
| Grand Rapids MI Operations | 2009-866563 | SPICUZZA | 1/7/2009 | $0.00 | $2,528.87 | $48.81 |
| Grand Rapids MI Operations | 2009-866443 | KARELL | 3/9/2009 | $0.00 | $1,886.00 | $21.79 |
| Grand Rapids MI Operations | 2009-872544 | PAYNE | 5/6/2009 | $0.00 | $217.80 | $7.51 |
| Grand Rapids MI Operations | 2009-869344 | SCHNEIDER | 4/6/2009 | $0.00 | $972.88 | $10.48 |
| Grand Rapids MI Operations | 2009-861147 | MOORE | 10/28/2008 | $0.00 | $660.12 | $7.26 |
| Grand Rapids MI Operations | 2009-873664 | VANDERWEL | 5/19/2009 | $0.00 | $0.00 | $0.00 |
| Grand Rapids MI Operations | 2009-874684 | WISEMAN | 5/29/2009 | $0.00 | $0.00 | $0.00 |
| Saginaw Operations | A618202121-0001-01 | LAPINE | 10/11/2005 | $0.00 | $0.00 | $12,614.16 |
| Saginaw Operations | A518204945-0001-01 | ARNST | 10/18/2005 | $87,443.15 | $10,222.52 | $7,906.20 |
| Saginaw Operations | A618200776-0001-01 | THURSTON | 10/20/2005 | $92,673.01 | $2,396.87 | $9,889.91 |
| Saginaw Operations | 3.8051E+11 | NEWBOLD JR | 10/24/2005 | $11,614.57 | $3,590.64 | $8,000.37 |
| Saginaw Operations | A518204675-0001-01 | BASHANS | 10/29/2005 | $117,130.01 | $11,589.62 | $3,669.53 |
| Saginaw Operations | A618201965-0001-01 | LUNA | 11/7/2005 | $77,660.00 | $26,452.21 | $2,162.56 |
| Saginaw Operations | 4.006602E+11 | SHOOK | 11/30/2005 | $125,319.48 | $5,705.44 | $2,455.70 |
| Saginaw Operations | 3.605512E+11 | METIVA | 12/5/2005 | $77,897.34 | $3,506.74 | $13,206.82 |
| Saginaw Operations | A518205188-0001-01 | JONES | 12/8/2005 | $0.00 | $173.23 | $5,554.95 |
| Saginaw Operations | A618200034-0001-01 | TUNE | 12/12/2005 | $105,706.19 | $940.12 | $19,689.26 |
| Saginaw Operations | A618201195-0001-01 | CHALTRAW | 12/17/2005 | $74,608.23 | $13,242.33 | $10,549.27 |
| Saginaw Operations | A618200531-0001-01 | STROHPAUL | 1/11/2006 | $99,380.14 | $1,228.95 | $3,028.47 |
| Saginaw Operations | 4.306206E+11 | SWINTON | 1/15/2006 | $66,709.65 | $1,742.93 | $7,945.98 |
| Saginaw Operations | A818200332-0001-01 | HACK | 1/16/2006 | $1,425.09 | $0.00 | $10,340.61 |
| Saginaw Operations | 3.8061E+11 | SCOTT | 1/22/2006 | $3,899.71 | $637.00 | $9,028.40 |
| Saginaw Operations | A618200465-0001-01 | Guzman | 1/25/2006 | $64,726.76 | $34,691.42 | $5,376.66 |
| Saginaw Operations | A618200462-0001-01 | ZAREMBA | 1/27/2006 | $117,922.06 | $17,605.93 | $5,885.61 |
| Saginaw Operations | 4.806601E+11 | REPPUHN | 1/30/2006 | $0.00 | $0.00 | $8,553.65 |
| Saginaw Operations | A618200541-0001-01 | REGALADO | 2/1/2006 | $24,508.29 | $9,354.54 | $10,829.46 |
| Saginaw Operations | 4.30602E+11 | WILSON | 2/16/2006 | $0.00 | $0.00 | $6,175.47 |
| Saginaw Operations | 3.906603E+11 | THOMAS JR | 2/27/2006 | $90,730.91 | $308.96 | $11,818.50 |
| Saginaw Operations | A618201351-0001-01 | BUSH | 2/28/2006 | $10,388.31 | $6,881.70 | $5,408.94 |

| Col1 | Col2 | Col3 | Col4 |
|---|---|---|---|
| $6,994.40 | $3,577.36 | $18,939.27 | $27,224.96 |
| $3,306.56 | $9,000.00 | $11,500.00 | $34,219.36 |
| $10,434.65 | $2,639.29 | $5,817.38 | $29,543.44 |
| $4,364.24 | $7,143.08 | $331.34 | $32,850.00 |
| $9,152.80 | $2,733.18 | $6,005.01 | $23,892.63 |
| $12,345.57 | $905.54 | $13,746.93 | $13,457.98 |
| $1,005.16 | $0.00 | $21,012.58 | $15,147.20 |
| $2,577.68 | $6,012.00 | $7,471.13 | $32,130.00 |
| $1,907.79 | $1,554.04 | $9,314.00 | $24,300.00 |
| $983.36 | $2,992.20 | $4,477.12 | $23,892.63 |
| $667.38 | $0.00 | $439.88 | $27,300.00 |
| $220.35 | $0.00 | $489.00 | $1,200.00 |
| $225.31 | $0.00 | $782.20 | $579.65 |
| $0.00 | $0.00 | $1,000.00 | $800.00 |
| $0.00 | $0.00 | $750.00 | $881.19 |
| $12,614.16 | $106,669.98 | $5,000.00 | $856.50 |
| $105,571.87 | $101,116.85 | $7,627.48 | $131,669.98 |
| $104,959.79 | $215,414.07 | $7,103.13 | $218,260.00 |
| $23,205.58 | $7,677.43 | $5,000.00 | $40,825.43 |
| $132,389.16 | $167,427.00 | $8,341.16 | $312,837.79 |
| $106,274.77 | $142,670.00 | $5,047.79 | $261,530.00 |
| $133,480.62 | $335,551.71 | $18,390.85 | $491,311.41 |
| $94,610.90 | $287,219.73 | $12,993.26 | $397,525.34 |
| $5,728.18 | $17,914.00 | $3,039.86 | $35,027.09 |
| $126,335.57 | $241,834.41 | $6,909.88 | $382,740.60 |
| $98,399.83 | $118,972.92 | $6,702.19 | $231,125.67 |
| $103,637.56 | $251,056.13 | $5,529.94 | $365,519.16 |
| $76,398.56 | $247,812.88 | $13,757.07 | $347,522.53 |
| $11,765.70 | $20,239.63 | $4,400.00 | $38,034.72 |
| $13,565.11 | $28,565.45 | $21,463.00 | $67,915.16 |
| $104,794.84 | $93,407.44 | $4,393.64 | $208,269.26 |
| $141,413.60 | $456,262.18 | $15,443.91 | $624,871.78 |
| $8,553.65 | $75,000.00 | $500.00 | $89,600.00 |
| $44,692.29 | $20,444.00 | $5,000.00 | $77,723.28 |
| $6,175.47 | $112,145.60 | $5,000.00 | $130,345.60 |
| $102,858.37 | $212,539.33 | $5,191.04 | $326,189.33 |
| $22,678.95 | $26,323.69 | $8,618.30 | $61,062.00 |

$245,206.12

| Employer | ID | Last Name | Date | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| Saginaw Operations | A6182011136-0001-01 | RILEY | 3/13/2006 | $97,215.40 | $16,188.63 |
| Saginaw Operations | A6182202065-0001-01 | WELCH | 3/19/2006 | $0.00 | $86.67 |
| Saginaw Operations | A7182027765-0001-01 | VERDUSCO | 3/25/2006 | $0.00 | $0.00 |
| Saginaw Operations | A6182019962-0001-01 | ROBINSON | 3/29/2006 | $21,485.55 | $17,634.67 |
| Saginaw Operations | A6182025536-0001-01 | HARRIS | 5/30/2006 | $0.00 | $2,014.15 |
| Saginaw Operations | 4.006006E+11 | CHILDS | 6/9/2006 | $7,391.10 | $0.00 |
| Saginaw Operations | A6182202633-0001-01 | LUTENSKE | 6/27/2006 | $90,595.38 | $5,889.02 |
| Saginaw Operations | 3.90607E+11 | LOSEE | 6/30/2006 | $95,598.73 | $5,264.30 |
| Saginaw Operations | 4.406607E+11 | SIPIALA | 7/17/2006 | $0.00 | $9,510.65 |
| Saginaw Operations | 4.109603E+11 | THOMPSON | 7/18/2006 | $0.00 | $0.00 |
| Saginaw Operations | A6182203454-0001-01 | LITTLE | 8/9/2006 | $28,683.88 | $7,028.35 |
| Saginaw Operations | A7182201241-0001-01 | MEDINA | 8/25/2006 | $47,872.02 | $13,819.33 |
| Saginaw Operations | A8182200963-0001-01 | HAGGERTY | 9/22/2006 | $0.00 | $0.00 |
| Saginaw Operations | A6182037756-0001-01 | PRAHIN | 10/5/2006 | $39,594.03 | $1,367.81 |
| Saginaw Operations | A8182201857-0001-01 | WOODROW | 10/13/2006 | $0.00 | $0.00 |
| Saginaw Operations | A6182041154-0001-01 | WEISS | 11/3/2006 | $0.00 | $241.74 |
| Saginaw Operations | 4.107077E+11 | SCHATZER | 11/10/2006 | $0.00 | $0.00 |
| Saginaw Operations | A7182022312-0001-01 | DIAZ | 11/14/2006 | $0.00 | $0.00 |
| Saginaw Operations | A8182200333-0001-01 | HYDER | 12/1/2006 | $0.00 | $0.00 |
| Saginaw Operations | 2006-654317 | CARPENTER | 12/12/2006 | $0.00 | $745.55 |
| Saginaw Operations | A6182204247-0001-01 | EWALD | 12/14/2006 | $1,885.31 | $205.15 |
| Saginaw Operations | 3.90706E+11 | GOODMAN | 1/15/2007 | $0.00 | $0.00 |
| Saginaw Operations | 2007-662800 | CRIPPS | 2/15/2007 | $0.00 | $836.58 |
| Saginaw Operations | 4.207074E+11 | ANDREWS | 2/19/2007 | $0.00 | $0.00 |
| Saginaw Operations | A7182200562-0001-01 | SCHOFIELD | 2/26/2007 | $2,687.10 | $625.34 |
| Saginaw Operations | A7182200773-0001-01 | DIXON | 3/19/2007 | $32,995.82 | $1,994.24 |
| Saginaw Operations | A7182012116-0001-01 | ANDERSON | 4/21/2007 | $42,857.09 | $14,284.43 |
| Saginaw Operations | A7182012111-0001-01 | HILL | 4/23/2007 | $0.00 | $1,533.13 |
| Saginaw Operations | 4.407074E+11 | GONTKO | 4/28/2007 | $42,153.10 | $65,200.62 |
| Saginaw Operations | 3.90705E+11 | GOEBEL JR | 5/7/2007 | $10,896.93 | $5,056.49 |
| Saginaw Operations | A7182001869-0001-01 | FERGUSON | 5/31/2007 | $33,096.39 | $7,535.42 |
| Saginaw Operations | A7182016011-0001-01 | BROWN | 6/5/2007 | $38,016.59 | $3,794.83 |
| Saginaw Operations | 4.707076E+11 | DOUD | 6/27/2007 | $165.35 | $3,245.41 |
| Saginaw Operations | A7182011958-0001-01 | POLLICK | 7/17/2007 | $1,465.37 | $6,392.39 |
| Saginaw Operations | A7182012039-0001-01 | LUKOWSKI | 7/23/2007 | $70,650.43 | $35,427.49 |
| Saginaw Operations | 2007-727403 | PERRY | 8/7/2007 | $38,505.64 | $20,415.06 |
| Saginaw Operations | 3.90708E+11 | HILL | 8/20/2007 | $34,837.90 | $11,568.22 |

| Amount 3 |
|---|
| $14,511.26 |
| $3,212.38 |
| $7,970.75 |
| $3,548.62 |
| $5,380.67 |
| $10,538.14 |
| $4,361.50 |
| $14,512.21 |
| $6.50 |
| $3,504.98 |
| $4,278.65 |
| $4,674.96 |
| $11,959.02 |
| $3,592.33 |
| $1,396.35 |
| $6,703.65 |
| $75.47 |
| $5,741.10 |
| $1,121.87 |
| $10,549.48 |
| $14,559.43 |
| $31.04 |
| $5,705.48 |
| $11,335.03 |
| $873.10 |
| $3,151.76 |
| $6,254.15 |
| $6,937.51 |
| $12,227.76 |
| $1,950.84 |
| $3,474.86 |
| $8,065.79 |
| $143.04 |
| $3,929.20 |
| $3,425.74 |
| $1,234.43 |

| | | | |
|---|---|---|---|
| $127,915.29 | $59,519.54 | $13,505.59 | $202,023.85 |
| $3,299.05 | $4,236.00 | $10,913.33 | $27,986.00 |
| $7,970.75 | $8,472.00 | $7,000.00 | $27,472.00 |
| $42,668.84 | $52,212.64 | $11,145.68 | $112,278.54 |
| $7,394.82 | $12,974.00 | $3,200.00 | $30,572.83 |
| $17,929.24 | $289,304.90 | $9,550.00 | $319,546.00 |
| $100,845.90 | $220,750.62 | $9,360.98 | $339,346.00 |
| $115,375.24 | $494,539.27 | $84,806.87 | $709,921.38 |
| $9,510.65 | $20,444.00 | $2,500.00 | $41,594.00 |
| $6.50 | $4,064.16 | $25,300.00 | $34,960.16 |
| $39,217.21 | $82,854.96 | $7,252.27 | $131,419.46 |
| $65,970.00 | $39,134.06 | $3,261.08 | $109,968.57 |
| $4,674.96 | $18,356.00 | $1,000.00 | $31,806.00 |
| $52,920.86 | $12,075.16 | $0.00 | $66,683.96 |
| $3,592.33 | $16,944.00 | $0.00 | $24,394.00 |
| $1,638.09 | $100,000.00 | $2,000.00 | $115,991.74 |
| $6,703.65 | $8,472.00 | $8,500.00 | $33,722.00 |
| $75.47 | $11,296.00 | $13,700.00 | $31,121.00 |
| $5,741.10 | $17,183.92 | $4,600.00 | $34,133.92 |
| $1,867.42 | $4,734.12 | $6,104.45 | $19,384.12 |
| $12,639.94 | $14,970.95 | $0.00 | $31,661.41 |
| $14,559.43 | $20,800.00 | $5,000.00 | $47,400.00 |
| $867.62 | $6,400.00 | $4,763.42 | $14,750.00 |
| $5,705.48 | $11,203.36 | $1,850.00 | $22,803.36 |
| $14,647.47 | $57,312.90 | $1,965.00 | $78,690.34 |
| $35,863.16 | $45,477.45 | $12,355.76 | $99,173.27 |
| $60,293.28 | $66,203.04 | $8,412.96 | $144,107.52 |
| $7,787.28 | $7,561.08 | $12,766.87 | $40,661.08 |
| $114,291.23 | $85,124.47 | $78,951.58 | $289,217.03 |
| $28,181.18 | $4,337.86 | $8,243.51 | $47,584.79 |
| $42,582.65 | $10,207.11 | $15,964.58 | $73,759.50 |
| $45,286.28 | $25,374.21 | $4,907.34 | $81,142.97 |
| $11,476.55 | $4,000.00 | $0.00 | $19,066.74 |
| $8,000.80 | $0.00 | $1,612.59 | $10,726.35 |
| $110,007.12 | $183,784.57 | $35,744.62 | $339,007.11 |
| $62,346.44 | $34,841.80 | $23,084.94 | $129,597.44 |
| $47,640.55 | $25,286.98 | $18,639.89 | $97,532.99 |

| Entity | Claim Number | Last Name | First Name | Date | Amount 1 | Amount 2 | Amount 3 |
|---|---|---|---|---|---|---|---|
| Saginaw Operations | 2007-732127 | TAYLOR JR | | 8/20/2007 | $910.82 | $3,283.88 | $3,477.48 |
| Saginaw Operations | 2007-737241 | JARZABKOWSKI | | 8/30/2007 | $37,900.71 | $254.81 | $7,390.21 |
| Saginaw Operations | 4.5071E+11 | BOGGS | | 9/4/2007 | $1,775.90 | $507.72 | $1,600.76 |
| Saginaw Operations | 4.7071E+11 | THIEL | | 10/8/2007 | $57,813.14 | $24,135.30 | $4,797.03 |
| Saginaw Operations | 2007-750361 | DRAKE | | 10/9/2007 | $0.00 | $740.95 | $3,669.45 |
| Saginaw Operations | 2007-756983 | PRESTON | | 10/26/2007 | $17,164.83 | $14,783.62 | $8,857.96 |
| Saginaw Operations | 2007-756962 | EAREGOOD | | 10/26/2007 | $0.00 | $2,191.19 | $3,688.82 |
| Saginaw Operations | 2007-766522 | MCKELLAR | | 11/27/2007 | $0.00 | $602.64 | $1,423.82 |
| Saginaw Operations | A818200978-0001-01 | KAGLE | | 12/11/2007 | $1,344.81 | $799.36 | $1,844.31 |
| Saginaw Operations | 4.50801E+11 | LA BONTE | | 12/21/2007 | $15,516.50 | $35,339.25 | $1,152.65 |
| Saginaw Operations | 2008-786882 | DELEON | | 2/16/2008 | $0.00 | $71.38 | $2,660.96 |
| Saginaw Operations | 4.60803E+11 | WALKER | | 2/19/2008 | $0.00 | $0.00 | $1,205.90 |
| Saginaw Operations | 3.70806E+11 | RADINA | | 4/4/2008 | $27,571.55 | $14,032.32 | $991.38 |
| Saginaw Operations | 2008-801001 | DELACRUZ | | 4/17/2008 | $0.00 | $1,098.37 | $2,483.27 |
| Saginaw Operations | A818201389-0001-01 | CURTIS | | 4/25/2008 | $0.00 | $0.00 | $5,649.09 |
| Saginaw Operations | A818200958-0001-01 | SPIALEK | | 5/5/2008 | $0.00 | $0.00 | $4,545.79 |
| Saginaw Operations | 2008-819262 | BARK | | 5/30/2008 | $0.00 | $1,137.98 | $18.34 |
| Saginaw Operations | 2008-821482 | BLOSSEY, III | | 6/5/2008 | $0.00 | $547.47 | $3,276.67 |
| Saginaw Operations | A818202036-0001-01 | MARTINEZ | | 6/9/2008 | $0.00 | $0.00 | $3,772.48 |
| Saginaw Operations | A818201117-0001-01 | HERBOLSHEIMER | | 6/13/2008 | $14,674.43 | $11,650.36 | $2,800.59 |
| Saginaw Operations | 2008-824903 | TALLEY | | 6/16/2008 | $0.00 | $15.45 | $4,717.39 |
| Saginaw Operations | 4.20806E+11 | SEELEY | | 6/23/2008 | $0.00 | $0.00 | $1,189.11 |
| Saginaw Operations | A818201280-0001-01 | DENNIS | | 7/21/2008 | $1,288.98 | $0.00 | $30.70 |
| Saginaw Operations | 3.608806E+11 | MARTINEAU | | 7/21/2008 | $1,134.00 | $0.00 | $5,661.59 |
| Saginaw Operations | 2008-830772 | MCKINNEY | | 8/13/2008 | $0.00 | $100.60 | $15.47 |
| Saginaw Operations | 2008-833163 | STRUDGEON | | 9/8/2008 | $0.00 | $931.23 | $763.21 |
| Saginaw Operations | 4.308809E+11 | MCCALL | | 9/11/2008 | $7,625.69 | $2,788.60 | $203.25 |
| Saginaw Operations | 2008-837844 | DUPREE | | 9/15/2008 | $6,372.14 | $863.68 | $25.47 |
| Saginaw Operations | 2008-839528 | Fallon | | 9/29/2008 | $0.00 | $3,625.06 | $108.82 |
| Saginaw Operations | A818201769-0001-01 | EARLE | | 10/6/2008 | $0.00 | $1,385.02 | $2,406.52 |
| Saginaw Operations | A818201760-0001-01 | LAVRACK | | 10/7/2008 | $9,308.67 | $8,758.18 | $1,009.90 |
| Saginaw Operations | 3.70809E+11 | KAISER | | 10/10/2008 | $0.00 | $0.00 | $6.50 |
| Saginaw Operations | 2008-846189 | DAY | | 10/27/2008 | $0.00 | $1,272.01 | $116.07 |
| Saginaw Operations | 2008-849523 | TAYLOR, JR | | 11/10/2008 | $5,956.07 | $6,947.61 | $213.94 |
| Saginaw Operations | 2008-855863 | BENAVIDES | | 12/11/2008 | $0.00 | $1,079.92 | $498.87 |
| Saginaw Operations | 2009-860703 | FELTMAN | | 12/17/2008 | $0.00 | $1,795.69 | $45.04 |
| Saginaw Operations | 2009-858663 | HENDRICK | | 1/14/2009 | $0.00 | $5,602.63 | $213.65 |

| | | | | |
|---|---|---|---|---|
| $7,672.18 | $25,387.18 | $2,116.12 | $8,322.52 | $35,825.82 | $43,498.00 |
| $45,545.73 | $135,619.29 | $10,995.19 | $8,709.79 | $155,324.27 | $200,870.00 |
| $3,884.38 | $7,848.34 | $5,742.28 | $6,199.24 | $19,789.86 | $23,674.24 |
| $86,745.47 | $338,063.10 | $26,213.24 | $9,131.39 | $373,407.73 | $460,153.20 |
| $4,410.40 | $10,187.04 | $1,000.00 | $10,635.55 | $21,822.59 | $26,232.99 |
| $40,806.41 | $21,381.66 | $11,216.38 | $4,492.04 | $37,090.08 | $77,896.49 |
| $5,880.01 | $2,862.72 | $4,818.28 | $11,361.18 | $19,042.18 | $24,922.19 |
| $2,026.46 | $35,285.32 | $5,000.00 | $13,926.18 | $54,211.50 | $56,237.96 |
| $3,988.48 | $33,404.67 | $12,600.64 | $11,505.69 | $57,511.00 | $61,499.48 |
| $52,008.40 | $4,519.38 | $17,760.75 | $5,959.35 | $28,239.48 | $80,247.88 |
| $2,732.34 | $9,600.00 | $4,978.62 | $2,839.04 | $17,417.66 | $20,150.00 |
| $1,205.90 | $6,424.56 | $1,000.00 | $6,394.10 | $13,818.66 | $15,024.56 |
| $42,595.25 | $9,948.93 | $22,467.68 | $5,308.62 | $37,725.23 | $80,320.48 |
| $3,581.64 | $5,802.26 | $2,201.63 | $5,516.73 | $13,520.62 | $17,102.26 |
| $5,649.09 | $20,857.72 | $0.00 | $4,700.91 | $25,558.63 | $31,207.72 |
| $4,545.79 | $2,315.94 | $4,750.00 | $6,454.21 | $13,520.15 | $18,065.94 |
| $1,156.32 | $6,400.00 | $10,412.02 | $6,281.66 | $23,093.68 | $24,250.00 |
| $3,824.14 | $3,840.00 | $4,302.53 | $2,223.33 | $10,365.86 | $14,190.00 |
| $3,772.48 | $29,184.36 | $5,000.00 | $7,077.52 | $41,261.88 | $45,034.36 |
| $29,125.38 | $6,017.57 | $10,449.64 | $7,291.41 | $23,758.62 | $52,884.00 |
| $4,732.84 | $3,451.68 | $6,000.00 | $10,482.61 | $19,934.29 | $24,667.13 |
| $1,189.11 | $14,665.76 | $5,000.00 | $14,410.89 | $34,076.65 | $35,265.76 |
| $1,319.68 | $2,956.00 | $12,061.02 | $3,719.30 | $18,736.32 | $20,056.00 |
| $6,795.59 | $7,348.64 | $5,000.00 | $4,538.41 | $16,887.05 | $23,682.64 |
| $116.07 | $0.00 | $1,399.40 | $91.03 | $1,490.43 | $1,606.50 |
| $1,694.44 | $4,343.10 | $336.75 | $4,711.79 | $9,391.64 | $11,086.08 |
| $10,617.54 | $19,227.99 | $5,116.47 | $8,946.75 | $33,291.21 | $43,908.75 |
| $7,261.29 | $115.86 | $10,136.32 | $3,924.53 | $14,176.71 | $21,438.00 |
| $3,733.88 | $5,912.00 | $11,174.94 | $4,847.18 | $21,934.12 | $25,668.00 |
| $3,791.54 | $10,721.12 | $10,514.98 | $8,485.48 | $29,721.58 | $33,513.12 |
| $19,076.75 | $11,133.89 | $11,241.82 | $4,726.10 | $27,101.81 | $46,178.56 |
| $6.50 | $19,214.00 | $25,400.00 | $4,989.50 | $49,603.50 | $49,610.00 |
| $1,388.08 | $6,400.00 | $10,177.99 | $7,683.93 | $24,261.92 | $25,650.00 |
| $13,117.62 | $992.68 | $6,865.95 | $1,932.06 | $9,790.69 | $22,908.31 |
| $1,578.79 | $2,000.00 | $3,020.08 | $7,051.13 | $12,071.21 | $13,650.00 |
| $1,840.73 | $6,992.64 | $12,004.31 | $3,700.96 | $22,697.91 | $24,538.64 |
| $5,816.28 | $1,053.72 | $6,197.37 | $4,422.35 | $11,673.44 | $17,489.72 |

| Employer | Claim # | Last Name | Date | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| Saginaw Operations | 2009-859763 | LAYTON | 1/22/2009 | $9,366.91 | $2,390.68 |
| Saginaw Operations | A918200345-0001-01 | GILLIAM | 1/26/2009 | $39,562.11 | $604.80 |
| Saginaw Operations | 2009-860343 | DRAKE | 1/27/2009 | $0.00 | $29.57 |
| Saginaw Operations | 4.209901E+11 | STUCKEY | 1/27/2009 | $525.26 | $6.50 |
| Saginaw Operations | 2009-864443 | PIORKOWSKI | 2/17/2009 | $0.00 | $14.87 |
| Saginaw Operations | 4.209903E+11 | DAVIS SR | 2/23/2009 | $65.86 | $6.85 |
| Saginaw Operations | 4.209903E+11 | HILL | 2/26/2009 | $0.00 | $6.85 |
| Saginaw Operations | 2009-865264 | DAVIS, SR | 3/4/2009 | $0.00 | $27.02 |
| Saginaw Operations | 2009-866051 | DYER II | 3/4/2009 | $742.49 | $6.50 |
| Saginaw Operations | 4.30905E+11 | BIERLEIN | 4/30/2009 | $0.00 | $6.85 |
| Saginaw Operations | 4.80904E+11 | WISNIEWSKI | 4/14/2009 | $0.00 | $6.85 |
| Saginaw Operations | 4.80904E+11 | PHILLIPS | 10/22/2007 | $3,897.79 | $125.42 |
| Saginaw Operations | 2007-754721 | RANDALL | 6/18/2008 | $911.91 | $35.18 |
| Saginaw Operations | 2008-829625 | DEOPSOMER II | 9/2/2008 | $95.92 | $3.63 |
| Saginaw Operations | 2008-832603 | STUHR | 10/9/2008 | $0.00 | $0.00 |
| Saginaw Operations | A918200394-0001-01 | ROSS | 2/9/2009 | $0.00 | $0.00 |
| Saginaw Operations | 2009-862284 | MILLER | 2/23/2009 | $96.85 | $5.01 |
| Saginaw Operations | 2009-871244 | MEJIA-RHODES | 3/9/2009 | $84.66 | $8.28 |
| Saginaw Operations | 2009-866805 | HACKER | 3/11/2009 | $0.00 | $0.00 |
| Saginaw Operations | 2009-866624 | BEAMON | 3/20/2009 | $148.91 | $5.34 |
| Saginaw Operations | A918200288-0001-01 | DAWKINS, JR | 3/27/2009 | $64.15 | $4.54 |
| Saginaw Operations | A918200315-0001-01 | BERNARD | 4/3/2009 | $371.94 | $19.90 |
| Saginaw Operations | A918200402-0001-01 | DAVIS, SR | 4/6/2009 | $0.00 | $0.00 |
| Saginaw Operations | 2009-869703 | HILL | 4/7/2009 | $0.00 | $0.00 |
| Saginaw Operations | A918200344-0001-01 | RAY | 4/9/2009 | $750.86 | $12.06 |
| Saginaw Operations | 2009-872003 | BLOHM | 4/10/2009 | $0.00 | $0.00 |
| Saginaw Operations | A918200420-0001-01 | HOWARD | 4/14/2009 | $739.60 | $23.46 |
| Saginaw Operations | 2009-870085 | BEAMON | 4/14/2009 | $112.91 | $8.64 |
| Saginaw Operations | 2009-870403 | Green | 4/21/2009 | $202.62 | $10.61 |
| Saginaw Operations | 2009-871164 | GAVORD | 4/21/2009 | $163.48 | $11.28 |
| Saginaw Operations | 2009-871144 | MURPHY | 4/21/2009 | $306.52 | $14.50 |
| Saginaw Operations | 2009-871025 | WALLACE | 4/21/2009 | $128.31 | $6.67 |
| Saginaw Operations | 2009-871123 | RODRIGUEZ | 4/21/2009 | $202.62 | $10.61 |
| Saginaw Operations | 2009-871186 | STANLEY | 4/22/2009 | $0.00 | $0.00 |
| Saginaw Operations | A918200403-0001-01 | BORCHART | 4/22/2009 | $223.94 | $8.02 |
| Saginaw Operations | 2009-870964 | DOUD | 4/28/2009 | $153.06 | $4.49 |
| Saginaw Operations | 2009-871583 | BUCKLEY | 4/28/2009 | $112.91 | $8.64 |
| Saginaw Operations | 2009-871564 | | | | |

| | | | |
|---|---|---|---|
| $51,319.70 | $30,479.67 | $28,537.89 | $11,759.32 | $70,776.88 | $122,096.58 |
| $604.80 | $21,593.90 | $6,000.00 | $12,545.20 | $40,139.10 | $40,743.90 |
| $554.83 | $720.66 | $5,824.74 | $7,270.43 | $13,815.83 | $14,370.66 |
| $6.50 | | $2,000.00 | $5,143.50 | $9,321.18 | $9,327.68 |
| $80.73 | $4,270.40 | $3,634.14 | $3,835.13 | $11,739.67 | $11,820.40 |
| $6.50 | $2,177.68 | $1,000.00 | $143.15 | $1,943.15 | $1,950.00 |
| $6.85 | $800.00 | $19,500.00 | $11,443.15 | $48,139.51 | $48,146.36 |
| $6.85 | $17,196.36 | $5,607.51 | $7,222.98 | $14,478.13 | $15,247.64 |
| $769.51 | $1,647.64 | $4,600.00 | $6,993.50 | $14,593.50 | $14,600.00 |
| $6.50 | $3,000.00 | $1,000.00 | $543.15 | $2,343.15 | $2,350.00 |
| $6.85 | $800.00 | $500.00 | $3,743.15 | $8,243.15 | $8,250.00 |
| $4,023.21 | $4,000.00 | $369.25 | $94.08 | $463.33 | $4,486.54 |
| $947.09 | $0.00 | $0.00 | $164.82 | $164.82 | $1,111.91 |
| $99.55 | $0.00 | $754.08 | $102.87 | $856.95 | $956.50 |
| $92.94 | $0.00 | $475.00 | $118.75 | $593.75 | $593.75 |
| $154.25 | $0.00 | $1,400.00 | $81.50 | $1,481.50 | $1,481.50 |
| $0.00 | $0.00 | $853.15 | $94.99 | $948.14 | $1,050.00 |
| $101.86 | $0.00 | $800.00 | $106.50 | $906.50 | $906.50 |
| $0.00 | $0.00 | $0.00 | $13.00 | $13.00 | $105.94 |
| $0.00 | $0.00 | $551.09 | $94.66 | $645.75 | $800.00 |
| $68.69 | $0.00 | $700.00 | $95.46 | $795.46 | $864.15 |
| $391.84 | $0.00 | $528.06 | $36.60 | $564.66 | $956.50 |
| $0.00 | $0.00 | $900.00 | $106.50 | $1,006.50 | $1,006.50 |
| $0.00 | $0.00 | $1,100.00 | $106.50 | $1,206.50 | $1,206.50 |
| $762.92 | $0.00 | $349.14 | $94.44 | $443.58 | $1,206.50 |
| $0.00 | $0.00 | $700.00 | $106.50 | $806.50 | $806.50 |
| $763.06 | $0.00 | $160.40 | $83.04 | $243.44 | $1,006.50 |
| $121.55 | $0.00 | $362.09 | $110.11 | $472.20 | $593.75 |
| $213.23 | $0.00 | $997.38 | $89.39 | $1,086.77 | $1,300.00 |
| $174.76 | $0.00 | $436.52 | $188.72 | $625.24 | $800.00 |
| $321.02 | $0.00 | $993.48 | $85.50 | $1,078.98 | $1,400.00 |
| $134.98 | $0.00 | $1,071.69 | $93.33 | $1,165.02 | $1,300.00 |
| $213.23 | $0.00 | $997.38 | $189.39 | $1,186.77 | $1,400.00 |
| $0.00 | $0.00 | $900.00 | $106.50 | $1,006.50 | $1,006.50 |
| $231.96 | $0.00 | $1,276.06 | $91.98 | $1,368.04 | $1,600.00 |
| $157.55 | $0.00 | $1,146.94 | $95.51 | $1,242.45 | $1,400.00 |
| $121.55 | $0.00 | $787.09 | $97.86 | $884.95 | $1,006.50 |

| Facility | | | | Reserves |
|---|---|---|---|---|
| Saginaw Operations | A918200441-0001-01 | ANDERSON | 4/28/2009 | $240.85 |
| Saginaw Operations | A918200435-0001-01 | MARQUEZ | 4/29/2009 | $201.78 |
| Saginaw Operations | 2009-872150 | GAILEY | 5/1/2009 | $65.86 |
| Saginaw Operations | 2009-872729 | HERRICK | 5/7/2009 | $360.93 |
| Saginaw Operations | 2009-873063 | FETTERS JR | 5/12/2009 | $60.23 |
| Saginaw Operations | A918200466-0001-01 | HUTCHISON | 5/13/2009 | $0.00 |
| Saginaw Operations | A918200465-0001-01 | GRACE | 5/14/2009 | $0.00 |
| Saginaw Operations | 2009-873364 | FOSTER | 5/15/2009 | $50.88 |
| Saginaw Operations | 2009-873566 | ZECHMEISTER | 5/18/2009 | $22.09 |
| Saginaw Operations | 4.50906E+11 | KUBACKI | 5/19/2009 | $0.00 |
| Saginaw Operations | 2009-873744 | HAMME | 5/20/2009 | $1,172.00 |
| Saginaw Operations | 2009-874005 | WOLFE | 5/21/2009 | $0.00 |
| Saginaw Operations | 2009-874503 | ANKLAM | 5/28/2009 | $0.00 |
| Saginaw Operations | 2009-874483 | Hofmann | 5/28/2009 | $0.00 |
| Saginaw Operations | 2009-874604 | COLBECK | 5/29/2009 | $0.00 |
| Saginaw Operations | 2009-874963 | FRITCH | 6/3/2009 | $0.00 |
| West Flint MI Operations | A818202071-0001-01 | WILLIAMS | 9/29/2006 | $0.00 |
| World Headquarters | A818200607-0001-01 | Frank | 3/10/2008 | $8,785.79 |
| World Headquarters | A818201317-0001-01 | Savage | 7/25/2008 | $427.38 |
| | | | | $13,466.12 |

| Facility | Reserves |
|---|---|
| Adrian Operations | $1,151,007.02 |
| Chassis Saginaw | $993,035.83 |
| Coopersville MI Operations | $159,676.02 |
| Delco Flint (Hourly) | $41,213.15 |
| Delphi Conversion PLANT | $96,452.29 |
| Delphi Diesel Systems | $4,274.08 |
| Division Office Headquarters (Salaried) | $70,627.94 |
| East Flint MI Operations | $1,406,619.87 |
| West Flint MI Operations | $30,720.58 |
| World Headquarters | $15,965.34 |
| Subtotal | $3,969,592.12 |
| IBNR | $1,587,957.00 |
| Total | $5,557,750.00 |

Right column totals (from main table): $10.68, $14.24, $8.02, $29.95, $11.90, $0.00, $0.00, $4.12, $3.63, $0.00, $3.63, $0.00, $0.00, $0.00, $0.00, $0.00, $2,773.42, $499.99, $605.21

| | | | | |
|---|---|---|---|---|
| $251.53 | $0.00 | $959.15 | $89.32 | $1,048.47 |
| $216.02 | $0.00 | $348.22 | $75.76 | $423.98 |
| $73.88 | $0.00 | $834.14 | $98.48 | $932.62 |
| $390.88 | $0.00 | $489.07 | $126.55 | $615.62 | $1,006.50 |
| $72.13 | $0.00 | $1,339.77 | $194.60 | $1,534.37 | $1,606.50 |
| $0.00 | $0.00 | $1,150.00 | $106.50 | $1,256.50 | $1,256.50 |
| $0.00 | $0.00 | $475.00 | $118.75 | $593.75 | $593.75 |
| $55.00 | $0.00 | $849.12 | $195.88 | $1,045.00 | $1,100.00 |
| $25.72 | $0.00 | $452.91 | $115.12 | $568.03 | $593.75 |
| $0.00 | $0.00 | $475.00 | $118.75 | $593.75 | $593.75 |
| $1,175.63 | $0.00 | $728.00 | $102.87 | $830.87 | $2,006.50 |
| $0.00 | $0.00 | $900.00 | $106.50 | $1,006.50 | $1,006.50 |
| $0.00 | $0.00 | $1,450.00 | $106.50 | $1,556.50 | $1,556.50 |
| $0.00 | $0.00 | $1,100.00 | $81.50 | $1,181.50 | $1,181.50 |
| $0.00 | $0.00 | $1,400.00 | $106.50 | $1,506.50 | $1,506.50 |
| $0.00 | $0.00 | $475.00 | $118.75 | $593.75 | $593.75 |
| $2,773.42 | $21,944.00 | $1,000.00 | $7,776.58 | $30,720.58 | $33,494.00 |
| $9,285.78 | $0.00 | $6,714.21 | $3,846.01 | $10,560.22 | $19,846.00 |
| $14,498.71 | $311.62 | $4,592.21 | $501.29 | $5,405.12 | $19,903.83 |

$8,019,956.77
$30,720.58
$15,965.34