UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| DPH Holdings Corp., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

### AFFIDAVIT

RICHARD W. SMITH, Assistant Funds Administrator, Funds Administration, P.O. Box 30182, Lansing, Michigan 48909, being first duly sworn says:

1) That I am the Assistant Funds Administrator as authorized in Chapter 5 of the Workers' Disability Compensation Act, MCLA 418.515(2), and is duly authorized to and does make this affidavit.

2) That pursuant to the Workers' Disability Compensation Act, MCLA 418.501, MCLA 418.502, MCLA 418.537, MCLA 418.533, and MCLA 418.561, the Michigan Self-Insurers' Security Fund has, or may have, limited statutory liability for workers' compensation benefits due to disabled employees of the debtor, but subject to the subrogation provisions of MCLA 418.533 for any funds paid to said employees.

3) That the attached Summary of Claims represents the reserve estimates for Delphi Corporation's workers' compensation claims, as measured on June 9, 2009, for all Delphi's post-petition obligations not being assumed by General Motors. This summary is based on a Reserve Summary received by the Michigan Workers' Compensation Agency from Sedgwick Claims Management, the third-party administrator for Delphi.

The Michigan Self-Insurers' Security Fund claim is supported by reserve values and listed by claimant and facility, as identified in the attachment.

4) Future Incurred But Not Reported claims are estimated at a value of 40% of the Total Known Reserve value, based on history and experience.

*Richard W. Smith*
RICHARD W. SMITH

STATE OF MICHIGAN                    )
                                      )
ACTING IN THE COUNTY OF Ingham       )

Subscribed and sworn before me this 14th day of April, 2010

_____
Notary Public