SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

NOTICE OF ADJOURNMENT OF HEARINGS ON
(I) SUBSTANTIAL CONTRIBUTION APPLICATIONS,
(II) REORGANIZED DEBTORS' CASE MANAGEMENT
MOTION, AND (III) DELPHI SALARIED RETIREES' MOTION

PLEASE TAKE NOTICE that the following matters have been noticed for hearing at

the Fifty-Fourth Omnibus Hearing in the above-captioned cases, which is scheduled for April 22,

2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States

Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140:[1]

      1.    **"Reorganized Debtors' Forty-Sixth Omnibus Claims Objection"** - Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711);

      2.    **"Reorganized Debtors' Case Management Motion"** - Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings;

      3.    **"Delphi Salaried Retirees' Motion"** - Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19750);

      4.    **"Substantial Contribution Application of CR Intrinsic Investors, LLC and Elliot Associates, L.P."** - Summary Sheet And Application Of Certain Senior Noteholders Pursuant To Sections 503(b)(3) And (4) Of The Bankruptcy Code For Allowance And Reimbursement Of Reasonable Compensation And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19115);

      5.    **"Substantial Contribution Application of Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Northeast Investors Trust; SPCP Group, LLC; and Whitebox Advisors, LLC"** - Application By Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Northeast Investors Trust; SPCP Group, LLC; And Whitebox Advisors, LLC, On Behalf Of Themselves And Senior Noteholders Previously Represented, For Payment Of Fees And Expenses Pursuant To 11 U.S.C. § 1129(a)(4) And Bankruptcy Rule 9019 (Docket No. 19091);

      6.    **"Substantial Contribution Application of Delphi Trade Committee"** - Application Of The Delphi Trade Committee For Reimbursement Of Expenses Arising From Substantial Contribution Made In These Cases (Docket No. 19116) And Notice Of Filing Of Exhibits To Application Of The Delphi Trade Committee For Reimbursement Of Expenses Arising From Substantial Contribution Made In These Cases (Docket No. 19119);

---

[1] See Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered January 25, 2010 (Docket No. 19360).

05-44481-rdd    Doc 19830    Filed 04/14/10    Entered 04/14/10 21:26:31    Main Document
Pg 3 of 5

7.   **"Substantial Contribution Application of IUE-CWA"** - Motion Of IUE-CWA Pursuant To Sections 503(b)(3)(d) And (b)(4) Of The Bankruptcy Code For Allowance And Payment Of Fees Incurred In Making A Substantial Contribution To The Debtors' Chapter 11 Case (Docket No. 19113) And Declaration Of Thomas M. Kennedy In Support Of Motion Of IUE-CWA Pursuant To Sections 503(b)(3)(D) And (b)(4) Of The Bankruptcy Code For Allowance And Payment Of Fees Incurred In Making A Substantial Contribution To The Debtors' Chapter 11 Case (Docket No. 19114); and

8.   **"Substantial Contribution Application of Highland Capital Management, L.P."** - Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contributions In These Chapter 11 Cases (Docket No. 19112).

PLEASE TAKE FURTHER NOTICE that, pursuant to the direction of this Court and agreements among the relevant parties, the hearings on the above-listed matters two through seven (each, an "Adjourned Matter" and, collectively, the "Adjourned Matters") have been adjourned to the Fifty-Fifth Omnibus Hearing, which is scheduled to occur on Thursday, May 20, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.[2]

PLEASE TAKE FURTHER NOTICE that, pursuant to the direction of this Court and an agreement between the Reorganized Debtors and Highland Capital Management L.P. ("Highland"), the hearing on Highland's Substantial Contribution Application has been adjourned to the Fifty-Sixth Omnibus Hearing, which is scheduled to occur on Wednesday, June 30, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.[3]

---

[2]   Id.

[3]   See  Eighteenth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered April 5, 2010 (Docket No. 19774).

3

PLEASE TAKE FURTHER NOTICE that all corresponding deadlines shall shift in accordance with the Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883) (as amended, supplemented, or otherwise modified, the "Supplemental Case Management Order"); provided, however, that the Reorganized Debtors intend to seek entry of a scheduling order such that all deadlines for Highland to present its affirmative case, including the deadlines to file any briefs, declarations, affidavits, and exhibits, in respect of Highland's Substantial Contribution Application will correspond to the Fifty-Fifth Omnibus Hearing, such that the deadlines for Highland will be consistent with the deadlines for all other Substantial Contribution Applications.

PLEASE TAKE FURTHER NOTICE that, for the avoidance of doubt and subject to further adjournment pursuant to the Supplemental Case Management Order or court order, responses or objections, if any, to any of the Adjourned Matters must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Case Management Order, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5-inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) served in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Case Management Order, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on May 13, 2010.

PLEASE TAKE FURTHER NOTICE that replies, if any, to any response or objection to any of the Adjourned Matters must be filed no later than 4:00 p.m. (prevailing Eastern time) on May 19, 2010.

PLEASE TAKE FURTHER NOTICE that only those responses or objections to the Adjourned Matters that are made as set forth herein and in accordance with the Supplemental Case Management Order will be considered at the hearing on the respective Adjourned Matter. If no such responses or objections are timely filed and served in accordance with the procedures set forth herein and the Supplemental Case Management Order, the Bankruptcy court may enter an order granting the requested relief without further notice.

Dated:   New York, New York
         April 14, 2010

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Albert L. Hogan III
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

    - and -

By:  /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors