**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al. | ) | Case No. 05-44481 |
| | ) | |
| | ) | (Jointly Administered) |
| Reorganized Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of Response Of The ACE Companies To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims, to be served by first class mail, postage prepaid and by electronic mail, fax or Federal Express as noted, upon the individuals and/or firms identified on the attached service list.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 15, 2010                                DUANE MORRIS LLP

                                                     By: /s/ Wendy M. Simkulak, Esquire
                                                     Wendy M. Simkulak, Esquire (WS8945)

DM3\1348410.1

## SERVICE LIST

DPH Holdings Corp.
Attn:  President
       General Counsel
5725 Delphi Drive
Troy, MI 48098
Fax: 248-813-2673

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attn:  John Wm. Butler, Jr., Esq.
       John K. Lyons, Esq.
       Michael W. Perl, Esq.
Email: jack.butler@skadden.com; john.lyons@skadden.com; michael.perl@skadden.com

*Attorneys for the Reorganized Debtors*


The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
*Via FedEx Only*

United States Trustee
c/o Clerk's Office
U.S. Bankruptcy Court
 for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
*Via FedEx Only*

DM3\1348410.1