UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Case No. 05-44481RDD |
| DELPHI CORPORATION, ET AL., | Chapter 11 (Jointly Administered) |
| Debtor(s). | Hon. Robert D. Drain |

## PROOF OF SERVICE

The undersigned certifies that on April 15, 2010, a copy of Response Of The State Of Michigan, Department Of Treasury To Reorganized Debtor's Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. §503(b) And Fed. R. Bankr.P. 3007 To (1) Disallow and Expunge Certain Administrative Expense (G) Tax Claims was served upon the following parties either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claim Docketing Center
P.O. Box 5058
Bowling Green Station
New York, NY 10274-5058

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Att'n: President

Skadden, Arps, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606
Att: John Wm. Butler, Jr
John K. Lyons
Michael W. Perl

/s/ Patricia A. Game
Patricia A. Game, Legal Secretary
Department of Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
Telephone: (313) 456-0140

1