EXHIBIT A

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative<br>Expense Claim<br>Form |
|---|---|
| **Debtor against which claim is asserted:**<br>Delphi Corporation, et al. 05-44481 | **Case Name and Number**<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered |

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor** *(The person or other entity to whom the debtor owes money or property)*

ATEL Leasing Corporation, as agent for: 1) Eireann II, a division of ATEL Transatlantic Investors, Inc. (ATEL Transatlantic Investors, Inc. is hereinafter referred to as "ATI"), 2) CAI-UBK Equipment, a division of ATI, 3) CAI-ALJ Equipment, a division of ATI, 4) II Bu de Mexico, S.A. de C.V., a Mexican Company, and 5) Eireann III, a division of ATEL Transatlantic Investors II, Inc. ("ATI II")

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Name and Address Where Notices Should be Sent**
ATEL Leasing Corporation, as Agent for Creditor
600 California Street, 6th Floor
San Francisco, CA 94108
Attn: V. Morais or R. Wilder
Telephone No. (415) 989-8800

☐ Check box if the address differs from the address on the envelope sent to you by the court

Claim #18427
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

**THIS SPACE IS FOR COURT USE ONLY**

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:**
Various- See Spreadsheet attached and Creditor's Proof of Claim filed 08/05/06.

Check this box if the claim ☐ replaces
☐ amends a previous claim. Dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe briefly): Lease of personal property used in Debtor's business operations.

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
     (date)           (date)

**2. DATE DEBT WAS INCURRED**
Master Lease Agreements dated as of 05/01/95 and 08/19/97

**3. IF COURT JUDGMENT, DATE OBTAINED**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $146,990.96 ***
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information): Executory Contracts: Equipment Leases.
\* In addition to the above amounts, for any of the above referenced Lease #s where Debtor has either not rejected a lease or has not returned all of the equipment leased under a lease then the Debtor still has an ongoing obligation to Creditor under the lease for the payment of monthly rent + use tax, plus other ongoing obligations related to personal property taxes, providing insurance on the leased equipment per the terms of the lease, plus any other obligations Debtor is responsible for under the lease.

**6. Date: CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes debtor.

**7. SUPPORTING DOCUMENT:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". Copies Sent with Creditor's Proof of Claim Filed 08/05/06.

**8. TIME STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**THIS SPACE IS FOR COURT USE ONLY**

**RECEIVED**
JUL 13 2009
KURTZMAN CARSON CONSULTANTS

Date: 07/10/2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

*[signature]*
Russell H. Wilder, Executive Vice President and Chief Credit Officer for ATEL Leasing Corporation

■ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return

0544481090713000000000372

Oustanding Post-Petition Date Invoices Owed by Delphi as of May 31, 2009

| Lease # | Invoice# | Invoice Due Date | Invoice Amount | Due Amount | Tran Code |
|---|---|---|---|---|---|
| 68DELP0A-2R2 | 680010224 | 3/19/2007 | 1,567.71 | 1,567.71 | Property Tax |
| 68DELP0A-2R2 | 680010224 | 3/19/2007 | 31,354.16 | 23,683.36 | Property Tax |
| 68DELP0A-2R2 | 680010335 | 3/31/2009 | 500.00 | 500.00 | Property Tax |
| 68DELP0A-2R2 | 680010335 | 3/31/2009 | 11,075.19 | 11,075.19 | Property Tax |
| 68DELP0A-3R1 | 680010225 | 3/19/2007 | 405.05 | 405.05 | Property Tax |
| 68DELP0A-3R1 | 680010225 | 3/19/2007 | 8,101.10 | 6,119.17 | Property Tax |
| 68DELP0A-3R1 | 680010336 | 3/31/2009 | 149.49 | 149.49 | Property Tax |
| 68DELP0A-3R1 | 680010336 | 3/31/2009 | 2,989.89 | 2,989.89 | Property Tax |
| 68DELP0A-4-R3 | 680010226 | 3/19/2007 | 252.53 | 252.53 | Property Tax |
| 68DELP0A-4-R3 | 680010226 | 3/19/2007 | 5,050.65 | 3,815.01 | Property Tax |
| 68DELP0A-4-R3 | 680010337 | 3/31/2009 | 35.79 | 35.79 | Property Tax |
| 68DELP0A-4-R3 | 680010337 | 3/31/2009 | 715.85 | 715.85 | Property Tax |
| 68DELP0A-5-R3 | 680010227 | 3/19/2007 | 401.69 | 401.69 | Property Tax |
| 68DELP0A-5-R3 | 680010227 | 3/19/2007 | 8,033.75 | 6,068.29 | Property Tax |
| 68DELP0A-5-R3 | 680010338 | 3/31/2009 | 56.56 | 56.56 | Property Tax |
| 68DELP0A-5-R3 | 680010338 | 3/31/2009 | 1,131.12 | 1,131.12 | Property Tax |
| 75GMCO081501 | 750009388 | 1/30/2009 | 288.93 | 288.93 | Rent |
| 75GMCO081501 | 750009408 | 2/28/2009 | 288.93 | 288.93 | Rent |
| 75GMCO081501 | 750009418 | 3/30/2009 | 288.93 | 288.93 | Rent |
| 75GMCO081501 | 750009434 | 4/30/2009 | 288.93 | 288.93 | Rent |
| 75GMCO081501 | 750009443 | 5/30/2009 | 288.93 | 288.93 | Rent |
| 75GMCO081601 | 750009395 | 1/31/2009 | 338.49 | 338.49 | Rent |
| 75GMCO081601 | 750009410 | 2/28/2009 | 338.49 | 338.49 | Rent |
| 75GMCO081601 | 750009423 | 3/31/2009 | 338.49 | 338.49 | Rent |
| 75GMCO081601 | 750009435 | 4/30/2009 | 338.49 | 338.49 | Rent |
| 75GMCO081601 | 750009448 | 5/31/2009 | 338.49 | 338.49 | Rent |
| 75GMCO081901-R1 | 750006730 | 12/8/2005 | 397.78 | 397.78 | Property Tax |
| 75GMCO081901-R2 | 750009396 | 1/31/2009 | 169.48 | 169.48 | Rent |
| 75GMCO081901-R2 | 750009411 | 2/28/2009 | 169.48 | 169.48 | Rent |
| 75GMCO081901-R2 | 750009424 | 3/31/2009 | 169.48 | 169.48 | Rent |
| 75GMCO081901-R2 | 750009436 | 4/30/2009 | 169.48 | 169.48 | Rent |
| 75GMCO081901-R2 | 750009449 | 5/31/2009 | 169.48 | 169.48 | Rent |
| 87GMCO12341118 | 870000429 | 10/30/2005 | 433.53 | 433.53 | Sales Tax |
| 87GMCO12341118 | 870000429 | 10/30/2005 | 2,890.10 | 2,890.10 | Rent |
| 87GMCO12341118 | 870000462 | 8/30/2006 | 1,669.34 | 1,669.34 | Rent |
| 87GMCO12341118 | 870000465 | 9/30/2006 | 2,890.10 | 2,890.10 | Rent |
| 87GMCO12341118 | 870000468 | 10/30/2006 | 2,890.10 | 2,890.10 | Rent |
| 87GMCO12341118 | 870000471 | 11/30/2006 | 2,890.10 | 2,890.10 | Rent |
| 87GMCO12341118 | 870000474 | 12/30/2006 | 2,890.10 | 2,890.10 | Rent |
| 87GMCO12341118 | 870000477 | 1/30/2007 | 2,890.10 | 2,890.10 | Rent |
| 87GMCO12341118 | 870000480 | 2/28/2007 | 2,787.80 | 2,787.80 | Rent |
| 87GMCO12341118 | 870000483 | 3/30/2007 | 2,787.80 | 2,787.80 | Rent |
| 87GMCO12341118 | 870000486 | 4/30/2007 | 2,194.12 | 2,194.12 | Rent |
| 87GMCO12341118 | 870000489 | 5/30/2007 | 1,669.34 | 1,669.34 | Rent |

O:\RUSS\ATEL LEASING CORPORATION\Delphi Corporation\Post Petition Amounts Due as of May 31, 2009

| Lease # | Invoice# | Invoice Due Date | Invoice Amount | Due Amount | Tran Code |
|---|---|---|---|---|---|
| 87GMCO12341134 | 870000430 | 10/30/2005 | 1,465.35 | 1,465.35 | Sales Tax |
| 87GMCO12341134 | 870000433 | 11/30/2005 | 1,465.35 | 1,465.35 | Sales Tax |
| 87GMCO12341134 | 870000436 | 12/30/2005 | 1,465.35 | 1,465.35 | Sales Tax |
| 87GMCO12341134 | 870000439 | 1/30/2006 | 1,465.35 | 1,465.35 | Sales Tax |
| 87GMCO12341134 | 870000443 | 2/28/2006 | 1,465.35 | 1,465.35 | Sales Tax |
| 87GMCO12341134 | 870000446 | 3/30/2006 | 1,465.35 | 1,465.35 | Sales Tax |
| 87GMCO12341134 | 870000449 | 4/30/2006 | 1,465.35 | 1,465.35 | Sales Tax |
| 87GMCO12341134 | 870000453 | 5/30/2006 | 1,465.35 | 1,465.35 | Sales Tax |
| 87GMCO12341134 | 870000457 | 6/30/2006 | 1,263.23 | 1,263.23 | Sales Tax |
| 87GMCO12341134 | 870000460 | 7/30/2006 | 1,263.23 | 1,263.23 | Sales Tax |
| 87GMCO12341134 | 870000463 | 8/30/2006 | 2,694.88 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000463 | 8/30/2006 | 1,212.70 | 1,023.19 | Sales Tax |
| 87GMCO12341134 | 870000466 | 9/30/2006 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000466 | 9/30/2006 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000469 | 10/30/2006 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000469 | 10/30/2006 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000472 | 11/30/2006 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000472 | 11/30/2006 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000475 | 12/30/2006 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000475 | 12/30/2006 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000478 | 1/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000478 | 1/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000481 | 2/28/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000481 | 2/28/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000484 | 3/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000484 | 3/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000487 | 4/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000487 | 4/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000490 | 5/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000490 | 5/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000493 | 6/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000493 | 6/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000496 | 7/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000496 | 7/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000499 | 8/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000499 | 8/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000502 | 9/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000502 | 9/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000505 | 10/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000505 | 10/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000970 | 11/30/2007 | 353.71 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000970 | 11/30/2007 | 2,358.02 | 1,010.58 | Rent |
| 87GMCO12341134 | 870000975 | 12/30/2007 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870000975 | 12/30/2007 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001023 | 7/30/2008 | 202.12 | 151.59 | Sales Tax |

| Lease # | Invoice# | Invoice Due Date | Invoice Amount | Due Amount | Tran Code |
|---|---|---|---|---|---|
| 87GMCO12341134 | 870001023 | 7/30/2008 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001026 | 8/30/2008 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001026 | 8/30/2008 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001029 | 9/30/2008 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001029 | 9/30/2008 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001032 | 10/30/2008 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001032 | 10/30/2008 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001035 | 11/30/2008 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001035 | 11/30/2008 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001038 | 12/30/2008 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001038 | 12/30/2008 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001041 | 1/30/2009 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001041 | 1/30/2009 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001044 | 2/28/2009 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001044 | 2/28/2009 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001047 | 3/30/2009 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001047 | 3/30/2009 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001050 | 4/30/2009 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001050 | 4/30/2009 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341134 | 870001053 | 5/30/2009 | 202.12 | 151.59 | Sales Tax |
| 87GMCO12341134 | 870001053 | 5/30/2009 | 1,347.44 | 1,010.58 | Rent |
| 87GMCO12341135 | 870000431 | 10/30/2005 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000434 | 11/30/2005 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000437 | 12/30/2005 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000440 | 1/30/2006 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000444 | 2/28/2006 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000447 | 3/30/2006 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000450 | 4/30/2006 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000454 | 5/30/2006 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000458 | 6/30/2006 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000461 | 7/30/2006 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000464 | 8/30/2006 | 98.13 | 98.13 | Sales Tax |
| 87GMCO12341135 | 870000467 | 9/30/2006 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870000467 | 9/30/2006 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870000470 | 10/30/2006 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870000470 | 10/30/2006 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870000473 | 11/30/2006 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870000473 | 11/30/2006 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870000476 | 12/30/2006 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870000476 | 12/30/2006 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870000479 | 1/30/2007 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870000479 | 1/30/2007 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870000482 | 2/28/2007 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870000482 | 2/28/2007 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001027 | 8/30/2008 | 98.13 | 49.06 | Sales Tax |

| Lease # | Invoice# | Invoice Due Date | Invoice Amount | Due Amount | Tran Code |
|---|---|---|---|---|---|
| 87GMCO12341135 | 870001027 | 8/30/2008 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001030 | 9/30/2008 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001030 | 9/30/2008 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001033 | 10/30/2008 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001033 | 10/30/2008 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001036 | 11/30/2008 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001036 | 11/30/2008 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001039 | 12/30/2008 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001039 | 12/30/2008 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001042 | 1/30/2009 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001042 | 1/30/2009 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001045 | 2/28/2009 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001045 | 2/28/2009 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001048 | 3/30/2009 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001048 | 3/30/2009 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001051 | 4/30/2009 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001051 | 4/30/2009 | 654.17 | 327.09 | Rent |
| 87GMCO12341135 | 870001054 | 5/30/2009 | 98.13 | 49.06 | Sales Tax |
| 87GMCO12341135 | 870001054 | 5/30/2009 | 654.17 | 327.09 | Rent |
| | | | Total | 146,990.96 | |

In addition to the above amounts, for any of the above referenced Lease #s where the Debtor has either not rejected a lease or has not returned all of the equipment leased under a lease then the Debtor still has an ongoing obligation to Creditor under the lease for the payment of monthly rent + use tax, plus other ongoing obligations related to personal property taxes, providing insurance on the leased equipment and maintaining the equipment per the terms of the lease, plus any other obligations Debtor is responsible for under the lease.