| | |
|---|---|
| ANDREW M. CUOMO | Hearing Date: April 22, 2010 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | Hearing Time: 10:00 a.m. |
| Nancy Hershey Lord, Assistant Attorney General | |
| New York State Office of the Attorney General | |
| The Capitol | |
| Albany, NY 12224 | |
| Telephone: (518) 473-6992 | |
| Facsimile: (518) 473-1572 | |

Attorney for the New York State
Workers Compensation Board

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| | Case # 05-44481-(RDD) |
| **DPH HOLDINGS CORP., <u>et. al.</u>,** | |
| | (Jointly Administered) |
| Reorganized Debtors. | |

---------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIMS NUMBERED 19057, 19058, 19059 FILED BY THE NEW YORK STATE WORKERS' COMPENSATION BOARD

The New York State Workers' Compensation Board (the "Board"), by its attorney, Andrew M. Cuomo, Attorney General of the State of New York, hereby withdraws its administrative expense claims filed against Delphi Corporation, et. al. bearing claim numbers 19057, 19058, and 19059 and each dated July 15, 2009. The withdrawal of these claims is made possible by virtue of the agreement the Board reached with General Motors Company, its

subsidiaries, divisions and affiliates, including GM Components Holdings, LLC., subsequent to the filing of said claims.

Dated: Albany, New York
      April 15, 2010

                                ANDREW M. CUOMO
                                Attorney General of the State of New York
                                <u>Attorney for the New York State Workers'
                                    Compensation Board</u>

By:   <u>/s/ Nancy Hershey Lord</u>
       Nancy Hershey Lord (NHL-3067)
       Assistant Attorney General
       The Capitol
       Albany, NY 12224
       Telephone: (518) 473-6992
       Facsimile: (518) 473-1572