# EXHIBIT B

# United States Bankruptcy Court
Southern District of New York

**Administrative Claim Request Form**

Exhibit B

COPY

Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

| | |
|---|---|
| Debtor against which Administrative Claim is asserted : <br><br> Delphi Corporation, et al. 05-44481 | Case Name and Number <br> In re Delphi Corporation., *et al.* 05-44481 <br> Chapter 11, Jointly Administered |

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Claim Request Form is to be used solely in connection with a request for payment of an administrative expense arising after June 1, 2009, pursuant to 11 U.S.C. § 503.

| | |
|---|---|
| Name of Creditor <br> *(The person or other entity to whom the debtor owes money or property)* <br><br> New Jersey Self-Insurers Guaranty Association <br><br> Name and Address Where Notices Should be Sent <br><br> c/o Jeffrey Bernstein, Esq. <br> McElroy, Deutsch, Mulvaney & Carpeenter,LLP <br> Three Gateway Center, 100 Mulberry St., Newark, N 07102 <br> Telephone No. <br><br> (973) 622-7711 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your Administrative Claim. Attach copy of statement giving particulars. <br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. <br><br><br> THIS SPACE IS FOR COURT USE ONLY |

| | |
|---|---|
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this Administrative Claim ☐ replaces <br> ☐ amends a previously filed claim, dated: _____ <br> _____ |

**1. BASIS FOR ADMINISTRATIVE CLAIM**

| | |
|---|---|
| ☐ Goods sold <br> ☐ Services performed <br> ☐ Money loaned <br> ☐ Personal injury/wrongful death <br> ☐ Taxes <br> ☑ Other (Describe briefly)   Workers Compensation, see Exhibit A | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) <br> ☐ Wages, salaries, and compensation (Fill out below) <br> Your social security number _____ <br> Unpaid compensation for services performed <br> from _____ to _____ <br>     (date)         (date) |

| | |
|---|---|
| 2. DATE DEBT WAS INCURRED   See Exhibit A | 3. IF COURT JUDGMENT, DATE OBTAINED: |

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ _____ See Exhibit A

☐ Check this box if Administrative Claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. BRIEF DESCRIPTION OF ADMINISTRATIVE CLAIM (attach any additional information):

    See Exhibit A

| | |
|---|---|
| 6. **CREDITS AND SETOFFS:** The amount of all payments on this Administrative Claim has been credited and deducted for the purpose of making this Administrative Claim request. In filing this Administrative Claim request, claimant has deducted all amounts that claimant owes to debtor. <br><br> 7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11". <br><br> 8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your Administrative Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Claim request. | THIS SPACE IS FOR COURT USE ONLY <br><br> **RECEIVED** <br><br> NOV 0 4 2009 <br><br> KURTZMAN CARSON CONSULTANTS |

| | |
|---|---|
| Date <br><br> November 3, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this Administrative Claim (attach copy of power of attorney, if any) <br><br> Jeffrey Bernstein, Esq., McElroy, Deutsch, Mulvaney & Carpenter, LLP <br> Attorneys for New Jersey Self- Insurers Guaranty Association |

*The instructions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to the general rules.*

## "DEFINITIONS"

| DEBTORS | ADMINISTRATIVE CLAIM | ADMINISTRATIVE CLAIMS BAR DATE |
|---|---|---|
| The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.<br><br>**CREDITOR**<br>A creditor is any person, corporation, or other entity to whom the debtor owes a debt. | Any claim against one of the Debtors (or all or some of them), whether or not asserted, as defined in 11 U.S.C. § 101(5)) for payment of an administrative expense of a kind specified in 11 U.S.C. § 503(b) and entitled to priority pursuant to 11 U.S.C. § 507(a)(1). | Pursuant to section 10.5 of the Modified Plan, all requests for payment of an Administrative Claim that has arisen after June 1, 2009 must be filed no later than November 5, 2009; provided, however, all requests for payment of a Professional Claim (as defined in section 1.182 of the Modified Plan) shall be subject to the provisions of Article 10.3 of the Modified Plan. |

## Items to be completed in Administrative Claim Request Form (if not already filled in):

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the Debtors owe money or property, and the Debtors' account number(s), if any. If anyone else has already filed an Administrative Claim Request Form relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this Administrative Claim Request Form replaces or changes an Administrative Claim Request Form that was already filed, check the appropriate box on the form.

**1. Basis for Administrative Claim:**
Check the type of debt for which the Administrative Claim Request Form is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the Debtors, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the Debtors first owed the debt.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Administrative Claim:**
Fill in the total amount of the entire Administrative Claim. If interest or other charges in addition to the principal amount of the Administrative Claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**Brief Description of Administrative Claim:**
Describe the Administrative Claim including, but not limited to, the actual and necessary costs and expenses of operating one or more of the Debtors' Estates or any actual and necessary costs and expenses of operating one or more of the Debtors' businesses.

**6. Credits and Setoffs:**
By signing this Administrative Claim Request Form, you are stating under oath that in calculating the amount of your Administrative Claim you have given the Debtors credit for all payments received from the Debtors.

**7. Supporting Documents:**
You must attach to this Administrative Claim Request Form copies of documents that show the Debtors owe the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available you must attach an explanation of why they are not available.

**8. Date-Stamped Copy:**
To receive an acknowledgement of the filing of your Administrative Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Claim Request Form.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 357

## EXHIBIT A

This is an administrative expense claim for the period subsequent to June 1, 2009.  An administrative expense claim for the period up to and including June 1, 2009 was previously filed on July 14, 2009, pursuant to a prior notice of bar date for filing said claim.

New Jersey Self-Insurers Guaranty Association ("Association"), formed pursuant to N.J.S.A. 34:15-120.16, is a non-profit entity created to pay workers' compensation claims of employees of insolvent employers who were self-insured in New Jersey.  At the time of the bankruptcy filing, Delphi Corporation or its subsidiaries or affiliates (hereafter "Debtor") was self-insured in the State of New Jersey.

By way of background, on or about October 13, 2005, the Bankruptcy Court entered an Order granting the Debtor authority to continue paying, among other things, workers' compensation obligations.  It appears, to date, that there is no indication of any default by Delphi regarding these obligations.

However, pursuant to the Debtor's First Amended Joint Plan of Reorganization ("Plan") (as modified), the Debtor appears to have substantially changed its proposed treatment of pre-petition workers' compensation claims from  flow-through claims, to be paid in the ordinary course of Debtor's business, to claims that will be paid in accordance with Debtor's understanding of applicable bankruptcy law.  The Association's proof of claim for pre-petition workers' compensation payments, which was previously filed on July 26, 2006, is presently the subject of an omnibus objection by the Debtor, and not addressed herein.

As noted above, this proof of claim addresses the payment of post-petition workers' compensation claims as administrative expense claims for that period subsequent to June 1, 2009.  The Association asserts an administrative expense claim to the extent that the Association becomes liable for payments on behalf of the Debtor resulting from a failure by the Debtor to meet its workers' compensation obligations for claims arising subsequent to June 1, 2009 owing to the Debtor having been a self insured.  As indicated above, at present, the Association has not made any payments on behalf of the Debtor, and is not aware of any pending claim against the Debtor by the Association for reimbursement of payments pertaining to workers' compensation claims.

The Association is a potential payer in connection with the Debtor's self-insured workers' compensation obligations if a bond established by the Debtor to satisfy such claims and any other layer of insurance coverage is insufficient.  To assure that the Association has filed for such administrative expense claims for the period set forth, for which it may become responsible or for any other administrative expense claim in the event that any acts or omissions of the Debtor occurred prior to the Debtor's filing of its petition, or occur subsequent thereto, or should the bond coverage prove insufficient, giving rise to a claim against the Debtor, the Association files this administrative expense proof of claim to preserve its right to assert its claim against the Debtor, without prejudice to any rights or claims it may have against any other parties.

1351087-1