Deborah L. Thorne
Kathleen L. Matsoukas (KL-1821)
Business Address:
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al. | ) | Case No. 05-44481 |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kathleen Leicht Matsoukas, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the **Response of Johnson Controls, Inc. Power Solutions (Claim No. 18719 and Johnson Controls Battery Group, Inc. (Claim No. 18720) to Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge Certain Administrative Expense (A) Books and Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, and (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims and (B) Workers' Compensation Claims, and (IV) Allow Certain Administrative Expense Severance Claims**, to be served by electronic mail or Federal Express as indicated, upon the individuals and/or firms identified on the attached Service List.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 15, 2010

BARNES & THORNBURG LLP
Counsel to Johnson Controls Battery Group, Inc.
and Johnson Controls, Inc. (Power Solutions)

By:    /s/Kathleen L. Matsoukas
Deborah L. Thorne
Kathleen L. Matsoukas (KL-1821)
Business Address:
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone:  (312) 357-1313

# SERVICE LIST

DPH Holdings Corp.
Attn:   President
        General Counsel
5725 Delphi Drive
Troy, MI 48098
*<u>Via Fedex Only</u>*


Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attn:   John Wm. Butler, Jr., Esq.
        John K. Lyons, Esq.
        Michael W. Perl, Esq.
**Email**: jack.butler@skadden.com; johnllyons@skadden.com; michael.perl@skadden.com

*Attorneys for the Reorganized Debtors*



The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
*<u>Via FedEx Only</u>*

United States Trustee
c/o Clerk's Office
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
*<u>Via FedEx Only</u>*