| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date:  April 22, 2010<br>Hearing Time:  10:00 a.m. |

---------------------------------------------------------- x
:
In re                                                              :    Case No. 05-44481 (RDD)
:
DPH HOLDINGS CORP., *et al.*,                  :    Chapter 11
:
                Reorganized Debtors.    :    (Jointly Administered)
---------------------------------------------------------- x

**AFFIRMATION OF SERVICE**

I, Alicia M. Leonhard, declare, under penalty of perjury, that on March 15, 2010, I served the Objection of the United States Trustee to Creditors' Applications for Reimbursement of Professional Fees and Expenses (the "Objection") on the parties listed below via e-mail:

| | | |
|---|---|---|
| Jack Butler, Esq.<br>Skadden Arps<br>115 N. Wacker Drive<br>Chicago, IL 60606<br>jbutler@skadden.com<br>via e-mail | Robert Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>robert.rosenberg@lw.com<br>via e-mail | Kayalyn Marafioti, Esq.<br>Skadden Arps<br>Four Times Square<br>New York, NY 10036<br>kmarafioti@skadden.com<br>via e-mail |
| Lenard M. Parkins, Esq.<br>Haynes & Boone<br>1221 Avenue of the Americas<br>26th Floor<br>New York, NY 11020<br>lenard.parkins@haynesboone.com<br>via e-mail | Isaac M. Pachulski, Esq.<br>Stutman Treister & Glatt<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067<br>ipachulski@stutman.com<br>via e-mail | Alan Brilliant, Esq.<br>Goodwin Proctor<br>620 Eighth Avenue<br>New York, NY 10018<br>abrilliant@goodwinproctor.com<br>via-email<br>(e-mail service failed) |
| David Rosner, Esq.<br>Kasowitz Benson Torres & Friedman<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>drosner@kasowitz.com<br>via e-mail | | |

1

On March 16, 2010, I served the Objection on the following parties via e-mail:

| | |
|---|---|
| Meagan E. Costello, Esq. | Thomas Kennedy, Esq. |
| Goodwin Proctor | Kennedy Jennik & Murray |
| 620 Eighth Avenue | 113 University Place |
| New York, NY 10018 | New York, NY 10003 |
| mcostello@goodwinproctor.com | tkennedy@kjmlabor.com |

Dated: New York, NY
       March 16, 2010

      */s/ Alicia M. Leonhard*
      Alicia M. Leonhard
      Assistant United States Trustee
      271 Cadman Plaza East, Suite 4529
      Brooklyn, NY 11201
      Phone: 718.422.4960
      Facsimile: 718.422.4990
      Alicia.M.Leonhard@usdoj.gov