UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | ) No. 05-44481 (RDD) |
| Reorganized Debtors. | ) Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Deborah L. Thorne, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Johnson Controls Battery Group, Inc. and Johnson Controls, Inc. (Power Solutions), creditors in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Illinois and the United States District Courts for the Northern District of Illinois, the Northern and Southern Districts of Indiana, and the Western District of Michigan.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 16, 2010
Chicago, Illinois

By:    /s/Deborah L. Thorne
Deborah L. Thorne
Kathleen L. Matsoukas (KL-1821)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Tel.: (312) 357-1313
Fax: (312) 759-5646

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | ) No. 05-44481 (RDD) |
| Reorganized Debtors. | ) Jointly Administered |

## **ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Deborah L. Thorne to be admitted, *pro hac vice*, to represent Johnson Controls Battery Group, Inc. and Johnson Controls, Inc. (Power Solutions) (the "Clients"), creditors in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and the United States District Courts for the Northern District of Illinois, the Northern and Southern Districts of Indiana, and the Western District of Michigan, it is hereby

ORDERED, that Deborah L. Thorne, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE