**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X

In re:                                                                      Chapter 11
                                                                            Case No. 05-44481 (rdd)
**Delphi Corporation., *et al.***                                          Jointly Administered

                            Debtors
------------------------------------------------------X


<u>**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**</u>

**THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO**
**AN ORDER OF THE BANKRUPTCY COURT DATED APRIL 14, 2010,  [DOCKET NO.**
**19823],  DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL**


Reorganized Debtors' Supplemental Reply to Responses of Certain Claimants to Debtors'
Objections to Proofs of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, and 14026
filed by Atul Pasricha and Proof of Claim Number 12147 Filed by Pamela Geller; and Exhibit A