UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                                       :        Chapter 11
:
DPH HOLDINGS CORP., et al.,      :        Case No. 05-44481 (RDD)
:
            Reorganized Debtors. :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Mark D. Campana, a non-attorney, certify that on April 13, 2010, I caused the following document to be served by overnight courier on the parties identified on the attached Exhibit A and by E-mail on the parties identified on the attached Exhibit B:

1)     Ex Parte Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Reorganized Debtors To File (I) A Redacted Version Of Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller And (II) Unredacted Versions Of (A) The Supplemental Reply And (B) A Certain Agreement Between Debtors And Atul Pasricha Under Seal (Docket No. 19814)

In addition, I certify that on April 13, 2010, I caused an unredacted version of the document identified below to be served by overnight courier on the parties identified on the attached Exhibit C and a redacted version to be served by overnight courier on the parties identified on the attached Exhibit D:

2)     Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller

In addition, I certify that on April 13, 2010, I caused an unredacted version of the document identified below to be served by E-mail on the party identified on the attached Exhibit E and a redacted version to be served by E-mail on the party identified on the attached Exhibit F:

3)     Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022,

14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller

Dated: April 16, 2010

      /s/  *Mark D. Campana*
      Mark D. Campana

Subscribed and sworn to (or affirmed) before me on this 16th day of April, 2010.

Signature : /s/  *David E. Barnes*

Commission Expires:  *October 24, 2011*

## EXHIBIT A

Thomas R. Slome Esq.
Meyer Suozzi English & Klein PC
990 Stewart Ave., Suite 300
Garden City, NY 11530-9194


Pamela Geller
1715 Carrington Way
Bloomfield, MI 48302


Daljit S. Doogal
Foley & Lardner LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489


Atul Pasricha
2394 Heronwood Dr.
Bloomfield Hills, MI 48302

## EXHIBIT B

Thomas R. Slome Esq.
Meyer Suozzi English & Klein PC
990 Stewart Ave., Suite 300
Garden City, NY 11530-9194
tslome@msek.com


Daljit S. Doogal
Foley & Lardner LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
ddoogal@foley.com

## EXHIBIT C

Daljit S. Doogal
Foley & Lardner LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
ddoogal@foley.com


Atul Pasricha
2394 Heronwood Dr.
Bloomfield Hills, MI 48302

## EXHIBIT D

Thomas R. Slome Esq.
Meyer Suozzi English & Klein PC
990 Stewart Ave., Suite 300
Garden City, NY 11530-9194


Pamela Geller
1715 Carrington Way
Bloomfield, MI 48302

## EXHIBIT E

Daljit S. Doogal
Foley & Lardner LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226-3489
ddoogal@foley.com

## EXHIBIT F

Thomas R. Slome Esq.
Meyer Suozzi English & Klein PC
990 Stewart Ave., Suite 300
Garden City, NY 11530-9194
tslome@msek.com