| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative<br>Expense Claim<br>Form |
|---|---|

| Debtor against which claim is asserted:<br>Delphi Corporation, et al. 05-44481 | Case Name and Number<br>In re Delphi Corporation., et al., 05-44481<br>Chapter 11, Jointly Administered |
|---|---|

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor**
(The person or other entity to whom the debtor owes money or property)
U.S. Customs and Border Protection

**Name and Address Where Notices Should be Sent**
U.S. Customs and Border Protection
Attn: Revenue Division, Bankruptcy Team
6650 Telecom Dr., Suite 100
Indianapolis, IN 46278
Telephone No.
1-800-743-3333 (relay); 317-298-1561

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 0473

Check here if this claim ☐ replaces
☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe briefly) Interest, Liquidated Damages, Fines & Penalties, Contingent drawbacks and unliquidated/contingent duties, fees and other charges

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
  Your social security number _____
  Unpaid compensation for services performed
  from _____ (date) to _____ (date)

**2. DATE DEBT WAS INCURRED** See Attached

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $ 5,897,837.63 + unliquidated/contingent
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):

COPY

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
**JUL 15 2009**
**KURTZMAN CARSON CONSULTANTS**

Date: JUL 14 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
[signature] Kara N. Welty
Chief, Debt Collection Section

Attachment A

This claim reflects the known liability of the debtor to this agency of the United States. The United States reserves the right to amend this claim to assert subsequently discovered liabilities. This agency holds subject to setoff against this claim a debt owed to the debtor of $643,187.02. The identification of any sums held subject to setoff is without prejudice to any other right under 11 U.S.C. § 553 to set off, against this claim, debts owed to debtor by this or any other federal agency.

Delphi Corporation
Case No. 05-44481 (RDD)

Administrative Expense Claim

REFUNDS

| Entry Number | Entry Date | Liquidation Date | Port of Entry | Amount |
|---|---|---|---|---|
| 300-48329335 | May 8, 2009 | July 10, 2009 | Detroit, MI | $64,735.73 |
| 300-48329368 | May 8, 2009 | July 10, 2009 | Detroit, MI | $40,224.99 |
| 300-48329384 | May 8, 2009 | July 10, 2009 | Detroit, MI | $9,673.96 |
| 300-48329533 | May 8, 2009 | July 10, 2009 | Detroit, MI | $168,559.76 |
| 300-48329780 | May 13, 2009 | July 10, 2009 | Detroit, MI | $48,676.94 |
| 300-48329806 | May 14, 2009 | July 10, 2009 | Detroit, MI | $66,855.49 |
| 300-48329954 | May 15, 2009 | July 10, 2009 | Detroit, MI | $71,928.46 |
| 300-48330184 | May 21, 2009 | July 10, 2009 | Detroit, MI | $61,839.32 |
| 300-48330218 | May 26, 2009 | July 10, 2009 | Detroit, MI | $42,821.82 |
| 300-48330226 | May 26, 2009 | July 10, 2009 | Detroit, MI | $629.42 |
| 300-48330374 | May 28, 2009 | July 10, 2009 | Detroit, MI | $67,241.13 |
| Total = | | | | $643,187.02 |

See Attachment A.

The above refunds were diverted for the purpose of setoff; however, they are not deducted from the total amount of the administrative claim.

Delphi Corporation
Case No. 05-44481 (RDD)

Administrative Expense Claim

Liquidated Damages

| CBP Case Number | Violation Date | Violation | Amount Due |
|---|---|---|---|
| 2009-3801-200752-01 * | March 2, 2009 | other liquidation damages 19 U.S.C. § 1484(B) | $331,392.00 |
| 2009-3801-200853-01 * | April 1, 2009 | other liquidation damages 19 U.S.C. § 1484(B) | $5,000,000.00 |
| 2009-3801-201003-01 * | May 4, 2009 | other liquidation damages 19 U.S.C. § 1484(B) | $5,000,000.00 |
| 2009-3901-200295-01 | January 4, 2009 | 19 C.F.R. § 10.39(D)(1) | $896.00 |
| | | Total (maximum liability under two bond periods) = | $5,000,896.00 |

* These cases were a result of debtor's failure to file reconciliation on flagged entry summaries.

Fines & Penalties

| CBP Case Number | Violation Date | Violation | Amount Due |
|---|---|---|---|
| 2009-2304-300020-01 | October 23, 2006 | 19 U.S.C. § 1592 | $55,068.04 |

See attached copy of case no. 2009-2304-300020-01 explaining the violation.

| DEPARTMENT OF HOMELAND SECURITY U.S. OF CUSTOMS AND BORDER PROTECTION | CASE NUMBER       F02 2009230430002001 |
|---|---|
| NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED AND DEMAND FOR PAYMENT | PORT CODE AND NAME 2304 LAREDO, TX |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |
| DELPHI CORPORATION P.O. BOX 5091 TROY                     MI    48007  ID: 38343047300 | |

DEMAND IS HEREBY MADE FOR PAYMENT OF $55,068.04, REPRESENTING PENALTIES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
ON OCTOBER 23, 2006 DELPHI CORPORATION FILED PROTEST 230406100084 (EXHIBIT A) FOR REFUND OF DUTIES BASED ON MISCLASSIFICATION OF IMPORTED MDSE ON 34 ENTRY SUMMARIES. COMMODITIES INVOLVED WERE RADIOS WITH CD PLAYERS AND XM SATELLITE RADIO RECEIVERS. QUERIES DONE REVEALED THAT MONIES HAD ALREADY BEEN REFUNDED FOR ALL THE ENTRY SUMMARIES ON TWO DIFFERENT NAFTA RECONCILIATION ENTRIES. REFUNDS WERE ISSUED FOR THE ENTIRE DUTIES AND MERCHANDISE PROCESSING FEES UNDER ENTRIES GN3-00016583 AND GN3-00016617 ON AUGUST 04, 2006 AND AUGUST 25, 2006, RESPECTIVELY (EXHIBITS B AND C).
THIS IS NOT THE FIRST TIME DELPHI HAS FILED PROTESTS REQUESTING REFUND REQUESTS FOR ENTRY SUMMARIES WHERE REFUNDS HAVE ALREADY BEEN ISSUED. FURTHER RESEARCH CONDUCTED REVEALED THAT PROTEST 230405100038 DATED MARCH 17, 2005 (EXHIBIT D) WAS FILED FOR MISCLASSIFICATION REQUESTING REFUND OF DUTIES PAID. ENTRY SUMMARY GN3-93981818 SHOWED THAT A REFUND FOR SAME SUMMARY LINE ITEM HAD BEEN ISSUED UNDER PROTEST 230405100044 (EXHIBIT E) ON MAY 27, 2005.

COMMERCIAL FRAUD 1592

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| 19USC1592 | | BOND TYPE: | |
| | | BOND#: | |
| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
| NAME AND ADDRESS OF PRINCIPAL ON BOND | | | |
| NAME AND ADDRESS OF SURETY ON BOND | | | SURETY NO. |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION. YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION. WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT:
U.S. CUSTOMS SERVICE/ATTN:FPF, P.O. BOX 3130, LAREDO, TX 780443130
UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH YOUR BOND OR THE MATTER WILL BE REFERRED TO THE UNITED STATES ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF:
60 DAYS FROM THE DATE OF THIS NOTICE

| SIGNATURE: | TITLE | DATE |
|---|---|---|
| BY | | 12/05/2008 |

Delphi Corporation
Case No. 05-44481 (RDD)
Administrative Expense Claim
UNLIQUIDATED ACCELERATED DRAWBACK ENTRIES *
Pursuant to 19 C.F.R. Part 191.92

| Entry Number | Entry Date | Port of Entry | Accelerated Drawback Duty Refunds Paid to Debtor |
|---|---|---|---|
| WY7-10030682 | September 23, 2008 | Chicago, IL | $89,137.23 |
| WY7-10031854 | October 27, 2008 | Chicago, IL | $89,947.15 |
| WY7-10031862 | October 27, 2008 | Chicago, IL | $68,075.30 |
| WY7-10031870 | October 24, 2008 | Chicago, IL | $86,120.26 |
| WY7-10031888 | October 24, 2008 | Chicago, IL | $86,220.54 |
| WY7-10031896 | October 27, 2008 | Chicago, IL | $88,428.97 |
| WY7-10031912 | October 24, 2008 | Chicago, IL | $46,285.49 |
| WY7-10032035 | November 3, 2008 | Chicago, IL | $2,750.96 |
| WY7-10032043 | November 3, 2008 | Chicago, IL | $24,881.70 |
| WY7-10032472 | December 22, 2008 | Chicago, IL | $84,994.79 |
| WY7-10032480 | December 16, 2008 | Chicago, IL | $82,829.88 |
| WY7-10032514 | December 22, 2008 | Chicago, IL | $71,687.20 |
| WY7-10033132 | March 4, 2009 | Chicago, IL | $9,020.75 |
| Total = | | | $830,380.22 |

* See Attachment 1.

Attachment 1

A drawback claim filed by an importer is a request that Customs refund duties paid upon the importation of merchandise when the merchandise is later exported in some form or when substitute merchandise is exported. See generally 19 U.S.C. § 1313; 19 C.F.R. Part 191. Generally, Customs may refund up to 99% of previously paid duties. 19 U.S.C. § 1313(a); § 1313(j).

In the case of a non-accelerated drawback claim, the claimant makes the claim, but it is not paid until after Customs has determined that the claimant is entitled to payment. In the case of an accelerated drawback claim, the claimant posts a bond and, therefore, is able to receive payment of the claim before Customs determines that the claimant is entitled to payment. This matter involves accelerated drawback claims.

When accelerated drawback is requested and paid, a Customs office may approve the drawback subject to later audit. 19 C.F.R. §§ 191.91-191.93; 19 C.F.R. § 191.61. After Customs has paid an accelerated drawback claim, Customs reviews the claim and makes a determination as to whether the claim was correct. This is referred to as the liquidation process.

At the present time, Customs has not liquidated these accelerated drawback claims. As a result, Customs has asserted a contingent claim for the underlying accelerated drawback payments made to the Debtor. To the extent they are able, the responsible ports will be instructed to review and liquidate these drawback claims. However, postponement of the liquidation process may be required for one or more of following reasons: 1) the ports are awaiting a determination from the Office of Regulations and Rulings on a related issue, 2) additional documents are needed from the Debtor/Importer, 3) related litigation must be resolved before the entries can be liquidated, 4) the documentation is voluminous and going through it is going to require additional time, or 5) claims have been selected for verification as set out at 19 C.F.R. § 191.61. As dictated by the eventual liquidations, Customs will amend its proof of claim.

Delphi Corporation
Case No. 05-44481 (RDD)

Administrative Expense Claim

Interest - Reconciliation Entries

| Bill Number | Entry Number | Entry Date | Liquidation Date | Interest Due |
|---|---|---|---|---|
| 45342800 | 300-48329608 | May 11, 2009 | July 17, 2009 | $3,494.27 |
| 45342801 | 300-48329855 | May 18, 2009 | July 17, 2009 | $2,111.41 |
| 45342802 | 300-48330069 | May 22, 2009 | July 17, 2009 | $2,603.16 |
| 45342803 | 300-48330085 | May 22, 2009 | July 17, 2009 | $2,648.44 |
| 45342804 | 300-48330259 | May 29, 2009 | July 17, 2009 | $1,532.09 |
| Total = | | | | $12,389.37 |

Interest will continue to accrue until paid.

Delphi Corporation
Case No. 05-44481 (RDD)

Administrative Expense Claim

UNLIQUIDATED ENTRIES

There are at least 37,000 unliquidated post-petition entries which may liquidate with duty, fees, or other charges due U.S. Customs and Border Protection per 19 CFR 159.1 thru 159.58.

| Entry Number | Entry Date | Port of Entry |
| --- | --- | --- |

For a listing of unliquidated post-petition entries, please see attached CD (inserted inside envelope).

Included in the claim is a list of unliquidated entries. A commercial importer can make entry of merchandise, submit certain minimal documentation, and receive release of that merchandise immediately upon the completion of any required inspection. See 19 C.F.R. Parts 141 and 142. Within ten working days after entry, the importer must file entry documents with CBP, giving the details of the importation, and provide payment of the duties, fees, and other charges the importer estimates are due. CBP has a limited amount of time to review the entry and assess any additional amounts due, refund excess amounts deposited, or, in most cases liquidate the entry with no change. See 19 U.S.C. § 1504. This review process is referred to as liquidation and is described in CBP regulations at 19 C.F.R. Part 159.