# CERTIFICATE OF SERVICE

I, Joseph N. Cordaro, Assistant United States Attorney for the Southern District of New York, hereby certify that on April 16, 2010, in addition to service via ECF, I caused a true copy of the Response of the United States of America to Reorganized Debtors' Objection to the Administrative Expense Claims of United States Customs and Border Protection (Claim Nos. 19275 and 19276) to be served upon the persons set forth below:

<u>By Federal Express</u>
DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, Michigan 48098

<u>By Electronic Mail and Federal Express</u>
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Michael W. Perl, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

<u>By Federal Express</u>
Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

   s/ Joseph N. Cordaro
JOSEPH N. CORDARO
Assistant United States Attorney