Hearing Date and Time: April 22, 2010 at 10:00 am
Response Date and Time: April 15, 2010 at 4:00 pm

BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: peter.russ@bipc.com
Peter S. Russ, Esquire

*Attorneys for ATEL Leasing Corporation,
as agent for Eireann II, CAI-UBK Equipment,
CAI-ALJ Equipment, II BU de Mexico
S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:    Chapter 11
In re: :
:    Case No. -05-44481 (RDD)
DELPHI CORPORATION, et al., :
:    (Jointly Administered)
                Debtors. :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

      I hereby certify that on April 15, 2010 I caused to be served the RESPONSE OF ATEL LEASING CORPORATION TO DEBTORS' (I) FORTY-SIXTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(b) and FED. R. BANKR. P. 3007 TO (I) DISALLOW AND EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE (A) BOOKS AND RECORDS CLAIMS, (B) METHODE ELECTRONICS CLAIMS, (C) STATE WORKERS' COMPENSATION CLAIMS, (D) DUPLICATE WORKERS COMPENSATION CLAIMS, (E) WORKERS COMPENSATION CLAIMS, (F) TRANSFERRED WORKERS' COMPENSATION CLAIMS, (G) TAX CLAIMS, (H) DUPLICATE INSURANCE CLAIMS, AND (I) SEVERANCE CLAIMS, (II) DISALLOW AND EXPUNGE (A) A CERTAIN DUPLICATE WORKERS' COMPENSATION CLAIM (B) A CERTAIN DUPLICATE TAX CLAIM, AND (C) A CERTAIN DUPLICATE SEVERANCE CLAIM, (III) MODIFY CERTAIN ADMINISTRATIVE EXPENSE (A) STATE WORKERS' COMPENSATION CLAIMS AND (B) WORKERS COMPENSATION CLAIMS, AND (IV) ALLOW CERTAIN

ADMINISTRATIVE EXPENSE SEVERANCE CLAIMS (THE "FORTY-SIXTH OMNIBUS CLAIMS OBJECTION") upon the persons and entities listed as noted thereon.

Dated:  New York, New York                    Respectfully submitted,
       April 16, 2010

                                                **BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for ATEL Leasing Corporation as agent*
*for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

                                                By:    /s/Peter S. Russ

                                              Peter S. Russ, Esq.

                                              One Chase Manhattan Plaza
                                              New York, New York 10005
                                              Telephone:  (212) 440-4400
                                              Facsimile:  (212) 440-4401
                                              E-mail: peter.russ@bipc.com

Service List

Hand Delivery:
Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street, Courtroom 118
White Plains, NY  10610

Electronic Mail:
Shadden , Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn:   John Wm. Butler, Jr. c/o Louis Chiappetta, Esquire-louis.chiappetta@skadden.com
         John K. Lyons c/o Louis Chiappetta, Esquire-louis.chiappetta@skadden.com
         Michael W. Perl - michael.perl@skadden.com


Overnight mail:
DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI  48098


All other interested parties via ECF Notification

#2603183-v1