# UNITES STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | Case No. 05-44481(RDD) |
| | ) | |
| **DPH HOLDINGS CORP., et al,** | ) | |
| | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER GRANTING MOTION FOR ADMISSION FOR MARVIN E. CLEMENTS, JR. TO PRACTICE *PRO HAC VICE*

Upon the motion dated April 13, 2010, and good cause appearing, it is

**ORDERED**, that Marvin E. Clements, Jr., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  April 16, 2010
         White Plains, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE