UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | CHAPTER 11 |
| DPH HOLDINGS CORP., et al., | CASE NO. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## REQUEST TO BE REMOVED FROM RECEIVING NOTICES IN A CASE

I hereby request that I be removed from the electronic notice list and all other service lists in the above-referenced case:

        Bruce N. Elliott        elliott@cmplaw.com

    /s/  Bruce N. Elliott
Bruce N. Elliott (Admitted Pro Hac Vice)
Conlin, McKenney & Philbrick, P.C.
Attorneys for Brazeway, Inc.
350 S. Main Street, Suite 400
Ann Arbor, Michigan 48104-2131
Telephone:  (734) 761-9000
Facsimile: (734) 761-9001
elliott@cmplaw.com

Dated:   April 16, 2010

H:\CLM\Brazeway\Delphi\request to be removed.wpd