UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DPH HOLDINGS CORP., *et al.*, | ) No. 05-44481 (RDD) |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |
| | ) |
| | ) |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Deborah L. Thorne to be admitted, *pro hac vice*, to represent Johnson

Controls Battery Group, Inc. and Johnson Controls, Inc. (Power Solutions) (the "Clients"),

creditors in the above-referenced case, and upon the movant's certification that the movant is a

member in good standing of the bar in the State of Illinois and the United States District Courts

for the Northern District of Illinois, the Northern and Southern Districts of Indiana, and the

Western District of Michigan, it is hereby

ORDERED, that Deborah L. Thorne, Esq., is admitted to practice, *pro hac vice*, in the

above-referenced case to represent the Clients, in the United States Bankruptcy Court for the

Southern District of New York, provided that the filing fee has been paid.


Dated:  April 19, 2010
　　　　White Plains, New York

　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE