Patrick Warren Hunt (P69713) (*pro hac vice* pending)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
pwh@krwlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | CHAPTER 11 |
| DELPHI CORPORATION, et al, | Case No: 05-44481 [RDD] |
| Debtors. | (Jointly Administered) |
| | Honorable Robert D. Drain |
| DELPHI CORPORATION, et al, | |
| Plaintiffs, | Adv. Pro. No. 07-02385 [RDD] |
| v. | |
| PONTIAC COIL INC., | |
| Defendant. | |

## **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

1. Patrick Warren Hunt, a member in good standing of the bar in the State of Michigan, requests admission, *pro hac vice*, to represent Pontiac Coil, Inc., the defendant in the above –referenced adversary proceeding.  My address is 500 Woodward Avenue, Suite 2500, Detroit, Michigan 48226; my email address is pwh@krwlaw.com;  and my telephone number is 313-961-0200.  I am admitted to the United States District Court for the Eastern District of Michigan and have never been subject to any disciplinary proceedings or cited for contempt.

2. I have submitted the filing fee of $25.00 with this Motion for *pro hac vice* admission.

{34458\1\DT459185.DOC;1}                                2

                                               Respectfully submitted,

                                               By: /s/ Patrick Warren Hunt
                                                    Patrick Warren Hunt (P69713)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone:     313-961-0200
Fax:              313-961-0388
pwh@krwlaw.com

Attorneys for Pontiac Coil, Inc.

Dated: April 19, 2010