**CT Corporation**   150 Fayetteville Street   919 821 7139 tel
Box 1011   919 821 7253 fax
Raleigh, NC 27601   www.ctlegalsolutions.com



April 06, 2010

Neil Berger
One Penn Plaza, Suite 3335,
New York, NY 10119

Re: In re: Delphi Corporation, et al., Pltfs. // To: Affinia Group Holdings Inc., et al. including Wix Filtration Products Europe, Dfts.

Case No. 05-44481

Dear Sir/Madam:

We are herewith returning the Letter, Second Summons and Notice of Pretrial Conference, Complaint, Exhibit which we received regarding the above captioned matter.

Wix Filtration Products Europe is not listed on our records or on the records of the State of NC.

Very truly yours,


Ronnie Strickland
Manager Fulfill Ctr

Log# 516424077

FedEx Tracking# 791524854441

cc: US Bankruptcy Court, Southern District of NY
    Moynihan US Courthouse,
    500 Pearl Street,
    New York, NY 10007-1312