**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



IN RE:                                      CHAPTER 11

**DPH HOLDINGS CORP, ET AL.**             **CASE NO. 05-44481 (RDD)**
                                          **(Jointly Administered)**

        **Reorganized Debtors**

_____/

## RESPONSE TO OBJECTION
## TO CLAIM OF MARK ODETTE (SS#: _____ -9170)

The Creditor, Janet K. Hatch, responds to the Objection to Claim as follows:

1.  The Creditor was employed by Delphi Corporation before its bankruptcy was filed.

2.  The Creditor was injured on the job before the bankruptcy was filed.

3.  The Creditor received Workers' Compensation Benefits from the Debtor for their injuries and filed the claim to protect the claim for benefits.

4.  The Objection to Claim is based on the claim being for Workers' Compensation Benefits.

5.  The Claim for Benefits is a legitimate claim.

6.  Since the benefits were paid by the Debtor and approved by a state agency, the Debtor had actual notice of the claim and benefits.

7.  The Creditor estimates the claim value is a minimum of $250,000.00.

8.  The Creditor asks that the Objection to Claim be denied.

DATED: _4-14-10_

                                  Mark Odette

U.S. Bankruptcy Court
Southern District of New York
Clerk's Office
One Bowling Green
New York, NY   10004-1408

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Brieant Federal Building
300 Quarropas Street
Courtroom 118
White Plains, NY 10601-4140

DPH Holdings Corp.
Attention: President
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom, LLP
Attention: Butler, Lyons & Perl
155 North Wacker Drive
Chicago, IL   60606