James E. DeLine (P45205) (*pro hac vice* pending)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
jed@krwlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | CHAPTER 11 |
| DELPHI CORPORATION, et al, | Case No: 05-44481 [RDD] |
| | (Jointly Administered) |
| Debtors. | |
| | Honorable Robert D. Drain |
| DELPHI CORPORATION, et al, | |
| | Adv. Pro. No. 07-02385 [RDD] |
| Plaintiffs, | |
| v. | |
| PONTIAC COIL INC., | |
| Defendant. | |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

1. James E. DeLine, a member in good standing of the bar in the State of Michigan, requests admission, *pro hac vice*, to represent Pontiac Coil, Inc., the defendant in the above-referenced adversary proceeding. My address is 500 Woodward Avenue, Suite 2500, Detroit, Michigan 48226; my email address is jed@krwlaw.com; and my telephone number is 313-961-0200. I am admitted to the United States District Court for the Eastern District of Michigan and have never been subject to any disciplinary proceedings or cited for contempt.

2. I have submitted the filing fee of $25.00 with this Motion for *pro hac vice* admission.

{34458\1\DT459978.DOC;1}

                                          Respectfully submitted,

                                          By:  /s/ James E. DeLine
                                                  James E. DeLine (P45205)
                                          Kerr, Russell and Weber, PLC
                                          500 Woodward Avenue, Suite 2500
                                          Detroit, MI 48226
                                          Telephone:          313-961-0200
                                          Fax:                   313-961-0388
                                          jed@krwlaw.com

                                          Attorneys for Pontiac Coil, Inc.

Dated:  April 19, 2010

{34458\1\DT459978.DOC;1}            2