

Express

The Wo

Envelope

STANDARD OVERNIGHT

TRK# 4403 4453 4200

14301 —NY-US

Form
0201

XX DKKA

MON
Deliver By:
29MAR10

BUF
A4

TO

SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

Ref: DELPHI JCP MEMPHIS 27163-1
Dept: Delphi Corporation

ORIGIN ID: OLVA (310) 823-9000
SHIPPING DEPT
KIRKPATRICK CARSON CONSULTANTS
2395 ALASKA AVE

EL SEGUNDO, CA 90245
UNITED STATES US

BILL SENDER

Delivery Address
Barcode

Ship Date: 26MAR10
ActWgt: 1.0 LB MAN
SysWgt#: 019151/FC9FE2361
Account: S 345012SE0

(310) 823-9000
FedEx
Express



CL.S050107/22/23

FZ <sub>RT</sub> 356  9  D
4200
03.29

PRF 27163-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                        :
In re                   :    Chapter 11
                        :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                        :
           Debtors.    :    (Jointly Administered)
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

APR 1 9 2010

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 2002(m),
3007, 7016, 7026, 9006, 9007, AND 9014 ESTABLISHING (I) DATES FOR
HEARINGS REGARDING OBJECTIONS TO CLAIMS AND (II) CERTAIN
NOTICES AND PROCEDURES GOVERNING OBJECTIONS TO CLAIMS

("CLAIM OBJECTION PROCEDURES ORDER")

Upon the Motion For Order Pursuant To 11 U.S.C. §§ 502(b) And 502(c) And

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For

Hearings Regarding Disallowance Or Estimation Of Claims And (ii) Certain Notices And

Procedures Governing Hearings Regarding Disallowance Or Estimation Of Claims, dated

October 31, 2006 (the "Motion"), of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"); and upon the objections to the Motion and the record of the hearing held on the

Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor,

PLEASE TAKE FURTHER NOTICE that the Debtors' election to accept the

Claimant's Asserted Estimated Amount is without prejudice to the Debtors' right to object to any

other claims in these chapter 11 cases, or to further object to the Proof of Claim, on any grounds

whatsoever.

Dated: New York, New York
_____ _, 200_

                         SKADDEN, ARPS, SLATE, MEAGHER &
                         FLOM LLP

                         By:_____
                            John Wm. Butler, Jr. (JB 4711)
                            John K. Lyons (JL 4951)
                            Ron E. Meisler (RM 3026)
                         333 West Wacker Drive, Suite 2100
                         Chicago, Illinois  60606
                         (312) 407-0700

                         By:_____
                            Kayalyn A. Marafioti (KM 9632)
                            Thomas J. Matz (TM 5986)
                         Four Times Square
                         New York, New York 10036
                         (212) 735-3000

                         Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession

April 12, 2010

United States Bankruptcy Court
Southern District of New York

In re

Delphi Corporation, et al.

Debtors

Chapter 11
Case no 05-44481 (R
(Jointly Administered)

I Sharyl Yvette Carter reside at 1541 LaSalle
Ave #1, Niagara Falls, New York 14301, my numbers
are (716) 282-3624 and (937) 202-8072

Enclosed are copies of the envelope, documents that
were mailed to me by the Debtors consultants (KCC)
Kurtzman Carson Consultants, 2335 Alaska Ave,
El Segundo, CA 90245.

I object, and disagree with the Delphi Corp,
and their affiliated Debtors on all, and plans
they have with case no 05-44481 (RBB) and
on any and all of my claims that I have
against the Debtors.

I Sharyl Y. Carter respectfu, respectfully
ask the Courts to allow all my claims

against the Debtors and their affiliated Debtors.
My claims were timely filed with the courts,
when the Debtors allowed me Sharyl J. Carter to
do so. Throughout this chapter 11 case no 05-4481,
the Debtors have not always mailed documents,
information to me in a timely manner, some were
after the first, date of deadlines, court dates,
responses, reply. As the Debtors stated this order,
any other order, plans motions, etc are in the
best interest of the Debtors and their affiliated Debtors.
The amount of my claims, and claim are the
same amount of $50 million. Unless order by the
courts of a lesser amount, but continue to be in
the million each claim, or claims to I Sharyl J.
Carter continue to mention, there is no price
high enough on what I have been through
and continue to go through with this company.
It is all in the notes, grievances, books, and
records, with the courts thats involve and
the Debtor's and their affiliated Debtor

Attorneys, past, and present, also noted in my Responses, reply, etc. My claims, or claim should not be disallowed, or expunge as the Debtors request they should be allowed by the courts, I ask.

The Debtors stated they may send notices to each Claimants when they deem it appropriate to do so, subject to the Requirements of the Bankruptcy Code, Rules. If that is the case all claims should be allowed into the courts as timely filed. The debtors and their affiliated debtors continue to adjourned hearing schedules, dates, etc. My question is why the claimants have to continue to respond Reply, Repeatly for the same Plan, Objection, Motions etc. This is not fare to me, Claimants who is Unemployed and have a family to support, when the Debtors and affiliated debtors are Responsible for all this, and claims in all courts, I

Respectfully, and continue to ask the courts to allow all my claims against the debtors and their affiliated debtors. Another question, what happens when a claimant can not answer these responses, reply, motion, etc anymore, due to money problems, health problems? Especially when I Sharyl If. Carter have been responding, replying for years while this case NO D5-44481 been in the courts - United States Bankruptcy Court. This would be unfair to me, claimants, but in the best interest of the debtors.

I have no problems with trying to settle these, all my claims against the debtors and their affiliated debtors, when settle I ask the courts to have the debtors show proof of payments, and any amount that was already paid out to whomever, as stated in previously responses reply.

by the Debtors.

I Sharyl Y. Carter have no problems with a telephonic meeting on the phone, or mediations, especially if I can, due to medical problems, He As I continued to Response, and reply to t Debtors and their affiliates Debtors. I ask the Courts again respectfully to allow all my claims against the Debtors. If and when I allowed payment, the payments should be directly to me, Not the Debtors and their affiliated Debtors. Again the Debtors have all informations, documents, dates, evidence And grievance books, and records to support my claims.

Sincerely

Sharyl Y. Carter

PRF 27163-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - x
                      :
      In re                :    Chapter 11
                      :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                      :
          Reorganized Debtors. :    (Jointly Administered)
                      :
- - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS' OBJECTIONS TO PROOFS OF CLAIM NUMBERS 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, AND 20054

## EXHIBIT A

| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
|---|---|---|---|---|---|---|---|
| 5268 | 5/8/2008 | UAW LOCAL 2083 | UAW LOCAL 2083 | $3,191.00 | Forty-Fourth Omnibus Claims Objection | 2/3/2010 | DELPHI CORPORATION |
| 13270 | 7/31/2006 | INTERNATIONAL UNION, UAW, AND LOCAL 155 ON BEHALF OF ITS BARGAINING UNIT MEMBERS | INTERNATIONAL UNION, UAW, AND LOCAL 155 ON BEHALF OF ITS BARGAINING UNIT MEMBERS | $992,699.85 | Forty-Fourth Omnibus Claims Objection | 2/3/2010 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 18838 | 7/31/2006 | UAW AND ITS LOCAL 286 | UAW AND ITS LOCAL 286 | $0.00 | Forty-Fourth Omnibus Claims Objection | 2/3/2010 | ASEC MANUFACTURING GENERAL PARTNERSHIP |
| 13580 | 7/31/2006 | INTERNATIONAL UNION UAW | INTERNATIONAL UNION UAW | $11,000,000,000.00 | Forty-Fourth Omnibus Claims Objection | 2/3/2010 | DELPHI CORPORATION |
| 15585 | 7/31/2006 | HYUNDAI MOTOR COMPANY | HYUNDAI MOTOR COMPANY | $0.00 | Thirty-Eighth Omnibus Claims Objection | 11/6/2009 | DELPHI CORPORATION |
| 15583 | 7/31/2006 | HYUNDAI MOTOR AMERICA | HYUNDAI MOTOR AMERICA | $0.00 | Thirty-Eighth Omnibus Claims Objection | 11/6/2009 | DELPHI CORPORATION |
| 16825 | 6/29/2009 | STANLEY D. SMITH | STANLEY D. SMITH | $0.00 | Thirty-Seventh Omnibus Claims Objection | 10/15/2009 | DELPHI CORPORATION |
| 17081 | 6/30/2009 | JAMES A LUECKE | JAMES A LUECKE | $159,000.00 | Thirty-Seventh Omnibus Claims Objection | 10/15/2009 | DELPHI CORPORATION |
| 17773 | 7/7/2009 | SHARYL YVETTE CARTER | SHARYL YVETTE CARTER | $0.00 | Forty-Fifth Omnibus Claims Objection | 2/12/2010 | DELPHI CORPORATION |
| 18048 | 6/29/2009 | JAMES A LUECKE | JAMES A LUECKE | $159,000.00 | Forty-Fifth Omnibus Claims Objection | 2/12/2010 | DELPHI CORPORATION |
| 18027 | 7/9/2009 | FRANK X. BUDELEWSKI | FRANK X. BUDELEWSKI | $4,932.11 | Thirty-Seventh Omnibus Claims Objection | 10/15/2009 | DELPHI CORPORATION |
| 18604 | 7/14/2009 | WALTER A KUNKA | WALTER A KUNKA | $5,380.77 | Thirty-Seventh Omnibus Claims Objection | 10/15/2009 | DELPHI CORPORATION |
| 18740 | 7/10/2006 | GARY L COOK | GARY L COOK | $311,800.00 | Thirty-Ninth Omnibus Claims Objection | 11/6/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 20017 | 11/5/2003 | ANDREW C GREGOS | ANDREW C GREGOS | $528,443.24 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI CORPORATION |
| 20051 | 10/30/2009 | ROBYN R BUDD | ROBYN R BUDD | $23,962.50 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI CORPORATION |

April 12, 2010

United States Bankruptcy Court
Southern District of New York

   IN RE

BPH Holding Corp, et al
          Reorganized Debtors.

Chapter 11
Case No 05-44481(RD)
(Jointly Administered)

   I Sharyl Yvette Carter reside at 1541 LaSalle Av##
Niagara Falls, New York, 14301. My NUMBERS ARE
(716) 282-3624 and (937) 302-8072.
   Enclosed are copies of the FED/EX envelope,
and notice, documents that were mailed to me.
I did not notice any response, reply deadline
in the upper right hand corner, like other docu-
ments mailed to me previously when I Sharyl
Y. Carter have to response, reply by. I will
object, and disagree to any, all of BPH
Holding Corp - Reorganized Debtors and their
affiliates debtors Plans, also their objection

to my claim No 17773 and any other
claim no, also in Exhibit A as enclosed. My
claim, or claims should not be expunge, or dis-
allowed as the debtors would like, and request.
I think my claim no 17773 and any other
claims should be allowed. All of my documents
and evidence, notes, proof, the debtors have in
their files, records, books, with their attorneys
who represented them previously that should
have been pass on to present attorneys.
    I respectfully ask the courts to
allow my claim, or claims against the
debtors and their affiliated debtors.

Sincerely



Express



*The World*

Envelope

STANDARD OVERNIGHT

TRK# 4468 4674 9533

14301 — NY-US

Form
0201

XX DKK

BUF

FZ
**356**
6 **D**
9533
04.14

Ref: DELPHI MM MEMPHIS 27887-6
Dept: Delphi Corporation

TO
SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

EL SEGUNDO, CA 90245
UNITED STATES US

ORIGIN ID: DLVA
SHIPPING DEPT
KURTZMAN CARSON CONSULTANTS
2335 ALASKA AVE

1 of 10

April 14, 2010

United States Bankruptcy Court
Southern District of New York

In Re                                    Chapter 11
DPH Holding Corp, et N..          Case No# 05-44481 (RDD)
            Reorganized Debtors    (Jointly Administered)

APR 19 2010

Supplemental Reply, Response Regarding
Certain Claims Nio's 17894, and 17773

I Sharyl Yvette Carter Reside at 1541
LaSalle Ave #1, Niagara Falls, New York
14301. My Numbers are (716) 282-3624
and (937) 302-8072.

Enclosed are Copies of the FedEx envelope,
and paper work that was mailed me to,
Sharyl Y. Carter on April 14, 2010 by the
Debtors Consultants, (KCC) Kurtzman

Carson Consultants, 2335 Alaska Ave, El
Segundo, CA 90245. At the Above Right
Corner is the Hearing Date and Time of
April 23, 2010 at 10:00 am, and Supplemental
Response Date and Time: April 21, 2010 at
4:00pm.

I Sheryl Y. Carter object, and disagree to
the Debtors and their affiliated Debtors of my
claims Nos 17094 and 17773. I ask the
Courts to allow all my claims against the
Debtors and their affiliated Debtors.

As the Debtors states that they the Reorganized
Debtors shall retain responsibility the ad-
ministering disputing, objecting to compromising
or Otherwise Resolving all Claims against,
and Interests in, the Debtors making

distributions with respect to all Claims and Interests. Therefore all my claims should be Respectful allowed by the Courts.

The Debtors continue to state that certain administrative expense claims were not reflected on the Reorganized Debtors books and Records. Then whose books and Records are my Shard of Carter claims are on, also how did we, I get to this points if all or some of my claims are not true? I Continue to ask the Courts to have the Debtors and their affiliated Debtors produce, give up all Records, books, Notes, grievance, evidence, information that the Debtors have on me. My claims should not be disallow: and expunge as the Debtors Requesting. Also if my

Claims continue to be the same claims as previously, stated by the Debtors. Who's fault is that, who do that Responsibility Relies on? As I previously stated and gave my Responses, Reply to all the Debtors and their affiliated Debtors on all my claims I have against the Debtors. Drew to several different Courts, claims NDI's, the Debtors Attorney's to have this matter corrected. Would this be or Rely on the Debtors fault for all the delays, continue Hearing adjournments, etc that the Debtors and their affiliated Request from the Courts.

I continue, and place an amount of $50 million for each of my claims, also

for interests, that does not mean that my claims no's against the Debtors are the same duplicate claims. As stated by the Debtors that the administrative expense claim number 17094 was not listed on the Sufficiency Hearing Notice, for the sake of judicial efficiency. I ask again who's fault is that, and my claims or claim should not be disallowed or expunge for someone else mistakes.

The Debtors stated I have no merits and facts that supported my Sharyl Carter other two claims no's 16849 and 16850. When all the facts, merits, proof was given to the Debtors and their affiliated Debtors and previously Attorneys, my, and the Debtors

Attorneys. I believe Since I already gave
all information, Evidence, notes, grievance,
to support all my claims against the
Debtors, my claims should be allowed.
How many times do the Debtors need the
same information, and other information
thats in their books, and Records as well.
when, if the courts allow all my claims
against the Debtors and their affiliated
Debtors, I Sharyl Hunter should be
granted a right to payments. I
Respectfully ask the courts to allow All
my claims, and to not sustain them.
If the amount that I requested for
my claims against the Debtors care
to high for the Debtors, that do not

mean that they are the same claims, I
would then ask the courts to decide
truthfully an high in the millions it
amounts to be allow for payment to me,
Sharyl y Carter for all that I have been,
and continue to go through with the Debtors
and their affiliated Debtors.

As stated by the Debtors, when I stated
I was told for years by the Debtors that I
Sharyl y Carter did not have any claims
against the Debtors and their affiliated
Debtors, and did not timely file my claims.
The Debtors stated nothing in my Ms Carter
Response provided any rational explanation,
documentation, evidence, or support for any

any of the claims asserted in the Expunged Claims. Why would I make that up? That was told me to several times, and to my previously Attorney's Mr. Bonow, Mr. Katchner, also by the Debtors Attorney when I called their office for information. That was to delay, distract me from filing the proof of Claims against the Debtors, and any other Reasons.

With all the Dockets no's listed in the enclosed Copies, and my Sheryl L Carter Claims no's against the Debtors in previously, past courts until present and continue on. I respectfully ask the courts to allow all my claims against the Debtors and their affiliated Debtors. After my previously Attorneys mislead,

and misguided, misrepresentation, other tactics, and also from the Debtors and their affiliated Debtors. I'm handling this Pro se the best I Sharyl Y Carter can handle my claims against the Debtors. If I do not provide facts of law to supports my claims, thats because I am not a legal Lawyer, Attorney who can just mention, or state other cases that would support the same case as my case against the Debtors. I am doing the best I can do, I think that is good going against the Debtors and their affiliated Debtors to have last this long, when the Debtors have massive

amounts of Attorneys who can mention their cases comparing to my claims against the Debtors, my share of Carter nos 17094 and 17773 should be allowed I ask Respectful by the Courts.

Sincerely



Express

The Wo

Envelope

RT 356 9 D 1316 04.15

FZ

ORIGIN ID: DLVA
SHIPPING DEPT
KURTZMAN CARSON CONSULTANTS
2335 ALASKA AVE

EL SEGUNDO, CA 90245
UNITED STATES US

TO
SHARYL YVETTE CARTER
1541 LA SALLE AVE NO 1

NIAGRA FALLS, NY 14301

Ref: DELPHI MN MEMPHIS 27393-1
Dept Delphi Corporation

ActWgt: 1.0 LB MAN
System#: 5580842/CAFE2861
Account#: S 345812520

(310) 823-3000

FedEx
Express

E

STANDARD OVERNIGHT

TRK#   4468 4675 1316        Form
                            0201

14301    — NY — US    XX  DKKA

THU
Deliver By
16APR10
BUF    A4

BILL SENDER

Delivery Address
Barcode

CL858010722723