

# FedEx Express



*The Wo* Envelope

RT 356 6 D 1316 04.15 FZ

```
ORIGIN ID: OLVA              (310) 823-9000
SHIPPING DEPT                ActWgt: 1.0 LB MAN
KURTZMAN CARSON CONSULTANTS  System#: 5586427CAFE2361
2335 ALASKA AVE              Account: S 345812520

EL SEGUNDO, CA 90245
UNITED STATES US

TO  SHARYL YVETTE CARTER
    1541 LA SALLE AVE NO 1

    NIAGRA FALLS, NY 14301

Ref: DELPHI MM MEMPHIS 27939-1
Dept: Delphi Corporation
```

BILL SENDER

Delivery Address Barcode

STANDARD OVERNIGHT

TRK# 4468 4675 1316   Form 0201

14301  -NY-US    XX DKKA

THU
Deliver By:
15APR10
BUF
A4



FedEx Express

CLS050107722723

a: 14APR10

PRF 27939-1

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | : Chapter 11 |
| DPH HOLDINGS CORP., et al., | : Case No. 05-44481 (RDD) |
| | : (Jointly Administered) |
| Reorganized Debtors. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

[RECEIVED APR 19 2010 U.S. BANKRUPTCY COURT, SDNY]

NOTICE OF RESCHEDULING OF
THIRTY-SECOND CLAIMS HEARING

PLEASE TAKE NOTICE that the Thirty-Second Claims Hearing in the above-captioned cases, which is scheduled to occur on Thursday, April 22, 2010 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas

Street, Courtroom 118, White Plains, New York 10601-4140,[1] has been rescheduled for Friday, April 23, 2010 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that all corresponding deadlines shall shift in accordance with (a) the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) or (b) the Administrative Claims Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), as applicable.

Dated:    New York, New York
          April 13, 2010

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP

                                    By:  /s/ John Wm. Butler, Jr.
                                         John Wm. Butler, Jr.
                                         John K. Lyons
                                         Albert L. Hogan III
                                         Ron E. Meisler
                                    155 North Wacker Drive
                                    Chicago, Illinois 60606

                                         - and -

                                    By:  /s/ Kayalyn A. Marafioti
                                         Kayalyn A. Marafioti
                                    Four Times Square
                                    New York, New York 10036

                                    Attorneys for DPH Holdings Corp., et al.,
                                         Reorganized Debtors

---

[1] See Tenth Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered January 25, 2010 (Docket No. 19358).