BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
David M. Powlen
Telephone: (302) 888-4536

    - and -

BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Kathleen L. Matsoukas
Telephone: (312) 357-1313

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, the undersigned counsel hereby files her Notice of Appearance on behalf of Howard County, Indiana in the Chapter 11 cases. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 11 cases be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery,

telephone, telegraph, telex, or otherwise which affect the above-captioned debtors or their respective properties.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Howard County, Indiana expressly reserves without prejudice.

Dated:  April 19, 2010               BARNES & THORNBURG LLP

By:  /s/ Kathleen L. Matsoukas
    David M. Powlen
    1000 N. West Street, Suite 1200
    Wilmington, Delaware  19801
    Telephone:  (302) 888-4536
    Email:  david.powlen@btlaw.com

- and -

Kathleen L. Matsoukas (KL-1821)
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone:  (312) 357-1313
Email:  kathleen.matsoukas@btlaw.com

Attorneys for Howard County, Indiana

CHDS01 KMATSOUKAS 596124v1