# EXHIBIT A

Detach and return coupon with 1st installment payment

2010 - Howard County - 1st Installment

Deeded Owner: Delco Electronics Corp

| | | |
|---|---|---|
| Acreage: 0.74 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: **May 10, 2010** |
| 1st INSTALLMENT - A | | Property Taxes Due: $255.37 |
| STATE PARCEL NUMBER: **34-10-06-327-015.000-002** | | Other Charges (See Table 4): $5.00 |
| | | Delinquent Tax: $228.31 |
| | | Delinquent Penalty: $182.67 |
| | | LESS PREPAYMENTS: $0.00 |

NAME AND ADDRESS OF TAXPAYER
Delco Elctronics Corp
c/o GM Tax Staff M/C 482-C14-C66
PO Box 9024
Detroit MI 48202-9024

**Pay This Amount For 1st Installment** $671.35

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

000034200920613823940100000000671356

---

Detach and return coupon with 2nd installment payment

2010 - Howard County - 2nd Installment

Deeded Owner: Delco Electronics Corp

| | | |
|---|---|---|
| Acreage: 0.74 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: **November 10, 2010** |
| 2nd INSTALLMENT - B | | Property Taxes Due: $255.37 |
| STATE PARCEL NUMBER: **34-10-06-327-015.000-002** | | Other Charges (See Table 4): $0.00 |
| | | Delinquent Tax: $0.00 |
| | | Delinquent Penalty: $0.00 |
| | | LESS PREPAYMENTS: $0.00 |

NAME AND ADDRESS OF TAXPAYER
Delco Elctronics Corp
c/o GM Tax Staff M/C 482-C14-C66
PO Box 9024
Detroit MI 48202-9024

**Pay This Amount for 2nd Installment** $255.37

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

000034200920613823940200000000255377

---

LEGAL DESCRIPTION: HAYNES ADDN LOTS 49 TO 52

NOTICE: THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS OF YOUR TAXES.

TAXPAYER NAME:  Delco Elctronics Corp                         PROPERTY NUMBER 34-10-06-327-015.000-002

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

**For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

Treasurer's Office is open 8 to 4, Monday thru Friday.
Drop Box located in lobby available 24 hours.
Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC
Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

Thank you for your cooperation

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment          2010 - Howard County - 1st Installment          Deeded Owner: Delco Electronics Corp

| | | | |
|---|---|---|---|
| Acreage: 21.30 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: | **May 10, 2010** |
| 1st INSTALLMENT - A | | Property Taxes Due: | $11,244.86 |
| STATE PARCEL NUMBER: | **34-10-07-200-010.000-002** | Other Charges (See Table 4) | $10.65 |
| | | Delinquent Tax: | $12,668.35 |
| | | Delinquent Penalty: | $10,134.69 |
| | | LESS PREPAYMENTS: | $0.00 |

```
*+00034200915285948891*
```

NAME AND ADDRESS OF TAXPAYER

Delco Electronics Corp
c/o GM Tax Staff  M/C 482-C14-C66
PO Box 9024
Detroit MI 48202-9024

| Pay This Amount For 1st Installment | **$34,058.55** |
|---|---|

Remit By Mail To:  HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420091528594889010000034058557

---

Detach and return coupon with 2nd Installment payment          2010 - Howard County - 2nd Installment          Deeded Owner: Delco Electronics Corp

| | | | |
|---|---|---|---|
| Acreage: 21.30 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: | **November 10, 2010** |
| 2nd INSTALLMENT - B | | Property Taxes Due: | $11,244.86 |
| STATE PARCEL NUMBER: | **34-10-07-200-010.000-002** | Other Charges (See Table 4) | $0.00 |
| | | Delinquent Tax: | $0.00 |
| | | Delinquent Penalty: | $0.00 |
| | | LESS PREPAYMENTS: | $0.00 |

```
*+00034200915285948892*
```

NAME AND ADDRESS OF TAXPAYER

Delco Electronics Corp
c/o GM Tax Staff  M/C 482-C14-C66
PO Box 9024
Detroit MI 48202-9024

| Pay This Amount for 2nd Installment | **$11,244.86** |
|---|---|

Remit By Mail To:  HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420091528594889020000011244866

---

LEGAL DESCRIPTION:  10-115-6A1 PT NE4 7-23-4  21.30 AC    CK-203B-034

| TAXPAYER NAME: | Delco Electronics Corp | PROPERTY NUMBER 34-10-07-200-010.000-002 |
|---|---|---|

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

Treasurer's Office is open 8 to 4, Monday thru Friday.
Drop Box located in lobby available 24 hours.
Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC
Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

Thank you for your cooperation

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment                    2010 - Howard County - 1st Installment                    Deeded Owner: Delco Electronics Corporation

Acreage: 151.44

1st INSTALLMENT - A

STATE PARCEL NUMBER: 34-10-08-100-001.000-002

Check here if a change of address is indicated on back of form ☐

Delinquent after: **May 10, 2010**
Property Taxes Due: $611,211.24
Other Charges (See Table 4): $426.79
Delinquent Tax: $1,188,085.03
Delinquent Penalty: $950,468.02
LESS PREPAYMENTS: $0.00

**Pay This Amount For 1st Installment**    **$2,750,191.08**

NAME AND ADDRESS OF TAXPAYER
Delco Electronics Corporation
% GM Tax Staff  M/C 482-C14-C66
PO Box 9024
Detroit MI 48202-9024

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420090586736662010002750191087

---

Detach and return coupon with 2nd Installment payment                    2010 - Howard County - 2nd Installment                    Deeded Owner: Delco Electronics Corporation

Acreage: 151.44

2nd INSTALLMENT - B

STATE PARCEL NUMBER: 34-10-08-100-001.000-002

Check here if a change of address is indicated on back of form ☐

Delinquent after: **November 10, 2010**
Property Taxes Due: $611,211.24
Other Charges (See Table 4): $426.79
Delinquent Tax: $0.00
Delinquent Penalty: $0.00
LESS PREPAYMENTS: $0.00

**Pay This Amount for 2nd Installment**    **$611,638.03**

NAME AND ADDRESS OF TAXPAYER
Delco Electronics Corporation
% GM Tax Staff  M/C 482-C14-C66
PO Box 9024
Detroit MI 48202-9024

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420090586736662020000611638030

---

LEGAL DESCRIPTION: PT N2 NW4 8-23-4 151.44 AC

**NOTICE: THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS OF YOUR PROPERTY TAXES**

**TAXPAYER NAME:**  Delco Electronics Corporation                    **PROPERTY NUMBER 34-10-08-100-001.000-002**

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

**For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

**Treasurer's Office is open 8 to 4, Monday thru Friday.**
**Drop Box located in lobby available 24 hours.**

Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC
Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

**Thank you for your cooperation**

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment    2010 - Howard County - 1st Installment    Deeded Owner: Delco Electronics Corporation

Indiana law (IC 6-1.1-37-10) Requires...

| Acreage: 37.71 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: | May 10, 2010 |
| --- | --- | --- | --- |
| 1st INSTALLMENT - A | | Property Taxes Due: | $283,232.69 |
| STATE PARCEL NUMBER: 34-10-08-326-002.000-002 | | Other Charges (See Table 4) | $103.46 |
| | | Delinquent Tax: | $410,259.50 |
| | | Delinquent Penalty: | $328,207.58 |
| | | LESS PREPAYMENTS: | $0.00 |

*+00034200905207871021*

NAME AND ADDRESS OF TAXPAYER

Delco Electronics Corporation
% GM Tax Staff M/C 482-C14-C66
PO Box 9024
Detroit MI 48202-9024

| Pay This Amount For 1st Installment | $1,021,803.23 |
| --- | --- |

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

00003420090520787102010001021803236

---

Detach and return coupon with 2nd Installment payment    2010 - Howard County - 2nd Installment    Deeded Owner: Delco Electronics Corporation

| Acreage: 37.71 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: | November 10, 2010 |
| --- | --- | --- | --- |
| 2nd INSTALLMENT - B | | Property Taxes Due: | $283,232.69 |
| STATE PARCEL NUMBER: 34-10-08-326-002.000-002 | | Other Charges (See Table 4) | $93.79 |
| | | Delinquent Tax: | $0.00 |
| | | Delinquent Penalty: | $0.00 |
| | | LESS PREPAYMENTS: | $0.00 |

*+00034200905207871022*

NAME AND ADDRESS OF TAXPAYER

Delco Electronics Corporation
% GM Tax Staff M/C 482-C14-C66
PO Box 9024
Detroit MI 48202-9024

| Pay This Amount for 2nd Installment | $283,326.48 |
| --- | --- |

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

00003420090520787102020000283326481

---

LEGAL DESCRIPTION: PT SW4 8-23-4  37.71 AC

NOTICE: THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS OF YOUR PROPERTY TAX.

| TAXPAYER NAME: | Delco Electronics Corporation | PROPERTY NUMBER 34-10-08-326-002.000-002 |
| --- | --- | --- |

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

**For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

Treasurer's Office is open 8 to 4, Monday thru Friday.
Drop Box located in lobby available 24 hours.
Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC
Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

Thank you for your cooperation

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment    2010 - Howard County - 1st Installment    Deeded Owner: Delco Electronics Corporation

| | | |
|---|---|---|
| Acreage: 0.37 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: **May 10, 2010** |
| 1st INSTALLMENT - A | | Property Taxes Due: $663.08 |
| STATE PARCEL NUMBER: **34-10-06-155-014.000-002** | | Other Charges (See Table 4): $5.00 |
| | | Delinquent Tax: $605.67 |
| | | Delinquent Penalty: $484.53 |
| | | LESS PREPAYMENTS: $0.00 |


*+00034200911354411421*

NAME AND ADDRESS OF TAXPAYER
Delco Electronics Corporation
c/o Bob Arrigo
5725 Delphi Dr., Mail 483-400-155
Troy MI 48098

**Pay This Amount For 1st Installment: $1,758.28**

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420091135441142010000001758287

---

Detach and return coupon with 2nd Installment payment    2010 - Howard County - 2nd Installment    Deeded Owner: Delco Electronics Corporation

| | | |
|---|---|---|
| Acreage: 0.37 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: **November 10, 2010** |
| 2nd INSTALLMENT - B | | Property Taxes Due: $663.08 |
| STATE PARCEL NUMBER: **34-10-06-155-014.000-002** | | Other Charges (See Table 4): $0.00 |
| | | Delinquent Tax: $0.00 |
| | | Delinquent Penalty: $0.00 |
| | | LESS PREPAYMENTS: $0.00 |

*+00034200911354411422*

NAME AND ADDRESS OF TAXPAYER
Delco Electronics Corporation
c/o Bob Arrigo
5725 Delphi Dr., Mail 483-400-155
Troy MI 48098

**Pay This Amount for 2nd Installment: $663.08**

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420091135441142020000000663086

---

LEGAL DESCRIPTION: FAIRLAWN EXT OF FAIRLAWN ADDN LOTS 358 359 & 360

NOTICE: THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS OF YOUR PROPERTY TAXES.

TAXPAYER NAME:   Delco Electronics Corporation                    PROPERTY NUMBER 34-10-06-155-014.000-002

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

**For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

Treasurer's Office is open 8 to 4, Monday thru Friday.
Drop Box located in lobby available 24 hours.
Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC
Credit Card Payments: in person or online    www.co.howard.in.us    both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

Thank you for your cooperation

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment

2010 - Howard County - 1st Installment

Deeded Owner: Delco Electronics Corporation

Indiana Law (IC 6-1.1-37-10) Requires the Treasurer to add a late payment penalty... [illegible]

Acreage: 9.53

1st INSTALLMENT - A

STATE PARCEL NUMBER: **34-10-06-151-024.000-002**

Check here if a change of address is indicated on back of form ☐

| | |
|---|---|
| Delinquent after: | **May 10, 2010** |
| Property Taxes Due: | $1,265.23 |
| Other Charges (See Table 4) | $5.00 |
| Delinquent Tax: | $1,133.70 |
| Delinquent Penalty: | $906.93 |
| LESS PREPAYMENTS: | $0.00 |
| **Pay This Amount For 1st Installment** | **$3,310.86** |

*+00034200900602165031*

NAME AND ADDRESS OF TAXPAYER

Delco Electronics Corporation
c/o Bob Arrigo
5725 Delphi Dr., Mail 483-400-155
Troy MI 48098

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

0000342009006021650301 0000003310869

---

Detach and return coupon with 2nd Installment payment

2010 - Howard County - 2nd Installment

Deeded Owner: Delco Electronics Corporation

Acreage: 9.53

2nd INSTALLMENT - B

STATE PARCEL NUMBER: **34-10-06-151-024.000-002**

Check here if a change of address is indicated on back of form ☐

| | |
|---|---|
| Delinquent after: | **November 10, 2010** |
| Property Taxes Due: | $1,265.23 |
| Other Charges (See Table 4) | $0.00 |
| Delinquent Tax: | $0.00 |
| Delinquent Penalty: | $0.00 |
| LESS PREPAYMENTS: | $0.00 |
| **Pay This Amount for 2nd Installment** | **$1,265.23** |

*+00034200900602165032*

NAME AND ADDRESS OF TAXPAYER

Delco Electronics Corporation
c/o Bob Arrigo
5725 Delphi Dr., Mail 483-400-155
Troy MI 48098

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

0000342009006021650302 0000001265236

---

LEGAL DESCRIPTION: PT NW4 6-23-4  9.53 AC

**NOTICE: THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS OF YOUR PROPERTY TAX**

TAXPAYER NAME:   Delco Electronics Corporation                    PROPERTY NUMBER 34-10-06-151-024.000-002

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

Treasurer's Office is open 8 to 4, Monday thru Friday.

Drop Box located in lobby available 24 hours.

Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC

Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

Thank you for your cooperation

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

2010 - Howard County - 1st Installment    Deeded Owner: Delphi Automotive Systems LLC  (FKA Delco Electronics Corp)

Detach and return coupon with 1st Installment payment

Indiana law (IC 6-1.1-37-10) Requires the Treasurer to add a late payment penalty to the amount of taxes that are not paid on the date by which they are due. The penalty will be assessed at 5%...

| | | | |
|---|---|---|---|
| Acreage: 0.00 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: | **May 10, 2010** |
| 1st INSTALLMENT - A | | Property Taxes Due: | $2,586,963.32 |
| STATE PARCEL NUMBER: 34-92-00-386-003.000-002 | | Other Charges (See Table 4) | $0.00 |
| | | Delinquent Tax: | $3,823,328.05 |
| | | Delinquent Penalty: | $3,135,129.00 |
| | | LESS PREPAYMENTS: | $0.00 |

*+00034200917492978891*

NAME AND ADDRESS OF TAXPAYER
Delphi Automotive Systems LLC  (FKA Delco E
PO Box 5082
Troy MI 48007-5082

| Pay This Amount For 1st Installment | **$9,545,420.37** |
|---|---|

Remit By Mail To:  HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420091749297889010009545420370

---

Detach and return coupon with 2nd Installment payment

2010 - Howard County - 2nd Installment    Deeded Owner: Delphi Automotive Systems LLC  (FKA Delco Electronics Corp)

| | | | |
|---|---|---|---|
| Acreage: 0.00 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: | **November 10, 2010** |
| 2nd INSTALLMENT - B | | Property Taxes Due: | $2,586,963.32 |
| STATE PARCEL NUMBER: 34-92-00-386-003.000-002 | | Other Charges (See Table 4) | $0.00 |
| | | Delinquent Tax: | $0.00 |
| | | Delinquent Penalty: | $0.00 |
| | | LESS PREPAYMENTS: | $0.00 |

*+00034200917492978892*

NAME AND ADDRESS OF TAXPAYER
Delphi Automotive Systems LLC  (FKA Delco E
PO Box 5082
Troy MI 48007-5082

| Pay This Amount for 2nd Installment | **$2,586,963.32** |
|---|---|

Remit By Mail To:  HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420091749297889020002586963323

---

LEGAL DESCRIPTION:  Business @ 2151 E Lincoln Rd

NOTICE: THIS BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS OF YOUR PROPERTY TAX.

**TAXPAYER NAME:**  Delphi Automotive Systems LLC  (FKA Del          **PROPERTY NUMBER 34-92-00-386-003.000-002**

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

**For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

Treasurer's Office is open 8 to 4, Monday thru Friday.
Drop Box located in lobby available 24 hours.
Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC
Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

Thank you for your cooperation

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment
2010 - Howard County - 1st Installment
Deeded Owner: Delphi Automotive Systems LLC

Indiana Law (IC 6-1.1-37-10) Requires the Treasurer to add a late payment penalty to each installment. The penalty will be in the amount of 5% of the unpaid tax if the installment is completely paid within 30 days after the due date and the taxpayer is not liable for any other delinquent property taxes on the same parcel. Otherwise the penalty will be 10% of the amount due.

| | | |
|---|---|---|
| Acreage: 0.00 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: **May 10, 2010** |
| 1st INSTALLMENT - A | | Property Taxes Due: $17,929.68 |
| STATE PARCEL NUMBER: **34-92-00-386-008.000-002** | | Other Charges (See Table 4): $0.00 |
| | | Delinquent Tax: $15,751.98 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | Delinquent Penalty: $12,916.64 |
| *+00034200913303058241* | | LESS PREPAYMENTS: $0.00 |

| Pay This Amount For 1st Installment | **$46,598.30** |
|---|---|

NAME AND ADDRESS OF TAXPAYER
Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

00003420091330305824010000046598308

---

Detach and return coupon with 2nd Installment payment
2010 - Howard County - 2nd Installment
Deeded Owner: Delphi Automotive Systems LLC

| | | |
|---|---|---|
| Acreage: 0.00 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: **November 10, 2010** |
| 2nd INSTALLMENT - B | | Property Taxes Due: $17,929.68 |
| STATE PARCEL NUMBER: **34-92-00-386-008.000-002** | | Other Charges (See Table 4): $0.00 |
| | | Delinquent Tax: $0.00 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | | Delinquent Penalty: $0.00 |
| *+00034200913303058242* | | LESS PREPAYMENTS: $0.00 |

| Pay This Amount for 2nd Installment | **$17,929.68** |
|---|---|

NAME AND ADDRESS OF TAXPAYER
Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

00003420091330305824020000017929689

---

LEGAL DESCRIPTION: Business @ Various Locations (CCC5,CD99,CA61,PM94)

**NOTICE: THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS OF YOUR PROPERTY TAX.**

TAXPAYER NAME:   Delphi Automotive Systems LLC                PROPERTY NUMBER 34-92-00-386-008.000-002

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

**For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

**Treasurer's Office is open 8 to 4, Monday thru Friday.**
**Drop Box located in lobby available 24 hours.**
Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC
Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

**Thank you for your cooperation**

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment

2010 - Howard County - 1st Installment

Deeded Owner: Delphi Automotive Systems LLC

Indiana Law (IC 6-1.1-37-10) Requires the Treasurer to add a late payment penalty to the unpaid portion of the amount due for each installment. The penalty will be added as follows: 5%...

| | | |
|---|---|---|
| Acreage: 0.00 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: **May 10, 2010** |
| 1st INSTALLMENT - A | | Property Taxes Due: $10,048.84 |
| STATE PARCEL NUMBER: **34-92-00-386-009.000-002** | | Other Charges (See Table 4): $0.00 |
| | | Delinquent Tax: $6,387.10 |
| | | Delinquent Penalty: $5,237.44 |
| | | LESS PREPAYMENTS: $0.00 |

NAME AND ADDRESS OF TAXPAYER

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

**Pay This Amount For 1st Installment: $21,673.38**

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

00003420091863689160010000021673385

---

Detach and return coupon with 2nd Installment payment

2010 - Howard County - 2nd Installment

Deeded Owner: Delphi Automotive Systems LLC

| | | |
|---|---|---|
| Acreage: 0.00 | Check here if a change of address is indicated on back of form ☐ | Delinquent after: **November 10, 2010** |
| 2nd INSTALLMENT - B | | Property Taxes Due: $10,048.84 |
| STATE PARCEL NUMBER: **34-92-00-386-009.000-002** | | Other Charges (See Table 4): $0.00 |
| | | Delinquent Tax: $0.00 |
| | | Delinquent Penalty: $0.00 |
| | | LESS PREPAYMENTS: $0.00 |

NAME AND ADDRESS OF TAXPAYER

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

**Pay This Amount for 2nd Installment: $10,048.84**

Remit By Mail To: HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

00003420091863689160020000010048843

LEGAL DESCRIPTION:  Business @ 2033 W Boulevard (Plant 8)

**THIS TAX BILL IS THE ONLY NOTICE YOU WILL RECEIVE FOR PAYMENT OF BOTH INSTALLMENTS OF YOUR PROPERTY TAX**

TAXPAYER NAME:    Delphi Automotive Systems LLC                    PROPERTY NUMBER 34-92-00-386-009.000-002

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

**For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

Treasurer's Office is open 8 to 4, Monday thru Friday.
Drop Box located in lobby available 24 hours.
Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC
Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

Thank you for your cooperation

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment       2010 - Howard County - 1st Installment       Deeded Owner: Delphi Automotive Systems LLC

Acreage: 0.00

**1st INSTALLMENT - A**

Check here if a change of address is indicated on back of form ☐

**STATE PARCEL NUMBER:** 34-92-00-386-007.000-002

*+0003420090510890218*

NAME AND ADDRESS OF TAXPAYER

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| | |
|---|---:|
| Delinquent after: | **May 10, 2010** |
| Property Taxes Due: | $21.47 |
| Other Charges (See Table 4) | $0.00 |
| Delinquent Tax: | $25.76 |
| Delinquent Penalty: | $21.15 |
| LESS PREPAYMENTS: | $0.00 |
| **Pay This Amount For 1st Installment** | **$68.38** |

Remit By Mail To:   HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

0000342009051089021801000000068389

---

Detach and return coupon with 2nd Installment payment       2010 - Howard County - 2nd Installment       Deeded Owner: Delphi Automotive Systems LLC

Acreage: 0.00

**2nd INSTALLMENT - B**

Check here if a change of address is indicated on back of form ☐

**STATE PARCEL NUMBER:** 34-92-00-386-007.000-002

*+0003420090510890218*

NAME AND ADDRESS OF TAXPAYER

Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

| | |
|---|---:|
| Delinquent after: | **November 10, 2010** |
| Property Taxes Due: | $21.47 |
| Other Charges (See Table 4) | $0.00 |
| Delinquent Tax: | $0.00 |
| Delinquent Penalty: | $0.00 |
| LESS PREPAYMENTS: | $0.00 |
| **Pay This Amount for 2nd Installment** | **$21.47** |

Remit By Mail To:   HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST. RM 226
KOKOMO IN 46901

0000342009051089021802000000021470

---

**LEGAL DESCRIPTION:** Business @ 1940 S Elizabeth St

**TAXPAYER NAME:**   Delphi Automotive Systems LLC                    PROPERTY NUMBER 34-92-00-386-007.000-002

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.

If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.

You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.

**For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**

Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.

Treasurer's Office is open 8 to 4, Monday thru Friday.

Drop Box located in lobby available 24 hours.

Local Banks accepting payments: Community First, First Farmers, Harris, Key Bank, Star and PNC

Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees

To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.

Thank you for your cooperation

**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**

Detach and return coupon with 1st Installment payment     2010 - Howard County - 1st Installment     Deeded Owner: Delphi Automotive Systems LLC

Acreage: 0.00
1st INSTALLMENT - A
STATE PARCEL NUMBER:  34-92-00-386-015.000-002

Check here if a change of address is indicated on back of form ☐

Delinquent after:                 **May 10, 2010**
Property Taxes Due:              $8,173.35
Other Charges (See Table 4):     $0.00
Delinquent Tax:                  $0.00
Delinquent Penalty:              $0.00
**LESS PREPAYMENTS:**            $0.00

| Pay This Amount For 1st Installment | **$8,173.35** |

NAME AND ADDRESS OF TAXPAYER
Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

Remit By Mail To:  HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420091212161589010000008173350

---

Detach and return coupon with 2nd Installment payment     2010 - Howard County - 2nd Installment     Deeded Owner: Delphi Automotive Systems LLC

Acreage: 0.00
2nd INSTALLMENT - B
STATE PARCEL NUMBER:  34-92-00-386-015.000-002

Check here if a change of address is indicated on back of form ☐

Delinquent after:                 **November 10, 2010**
Property Taxes Due:              $8,173.35
Other Charges (See Table 4):     $0.00
Delinquent Tax:                  $0.00
Delinquent Penalty:              $0.00
**LESS PREPAYMENTS:**            $0.00

| Pay This Amount for 2nd Installment | **$8,173.35** |

NAME AND ADDRESS OF TAXPAYER
Delphi Automotive Systems LLC
PO Box 5082
Troy MI 48007-5082

Remit By Mail To:  HOWARD COUNTY TREASURER
MARTHA J LAKE
220 N MAIN ST.  RM 226
KOKOMO IN 46901

00003420091212161589020000008173359

---

**LEGAL DESCRIPTION:**  Equipment @ 1697 Touby Pike

**TAXPAYER NAME:**  Delphi Automotive Systems LLC                    **PROPERTY NUMBER** 34-92-00-386-015.000-002

The validity of the tax - The time at which the tax is payable or any subsequent proceeding instituted for the collection of the tax is not affected by the failure of a person to receive his tax bill.
If any circumstances have changed that would make you ineligible for a deduction that you have been allowed in the exemption block in Table 5 on the TS-1, you must notify the county auditor. If such a change in circumstances has occurred and you have not notified the county auditor, the deduction will be disallowed and you will be liable for taxes and penalties on the amount deducted.
You must have sufficient funds in your checking account at the time we present your check to the bank or your tax payment is void.
      **For Questions Concerning Tax Amounts, Please call the County Treasurer's office at (765)456-2213**
Mailed payments must have a Postal Service postmark on or before the due date printed on the front of the statement. The payment envelope must be properly addressed and must have sufficient postage.
      **Treasurer's Office is open 8 to 4, Monday thru Friday.**
      **Drop Box located in lobby available 24 hours.**
      Local Banks accepting payments: **Community First, First Farmers, Harris, Key Bank, Star and PNC**
              **Credit Card Payments: in person or online   www.co.howard.in.us   both have convenience fees**
To notify this office of any ADDRESS CHANGE, check the box on the front of the payment coupon and complete and sign the form, which appears on the reverse side of the payment coupon. To ensure prompt posting of your tax payment, please detach and return the payment coupon with your check.
      **Thank you for your cooperation**
<u>**Important Note: If your mortgage company is responsible for the payment of your taxes, please forward this statement intact to them immediately.**</u>

# EXHIBIT B

| PARCEL NUMBER | SPRING 2010 | Special Assessments | FALL 2010 | Special Assessments |
|---|---|---|---|---|
| **DELPHI** | | | | |
| Real Estate | | | | |
| 34-10-06-327-015.000-002 | $ 255.37 | $ 5.00 | $ 255.37 | |
| 34-10-07-200-010.000-002 | $ 11,244.86 | $ 10.65 | $ 11,244.86 | |
| 34-10-08-100-001.000-002 | $ 611,211.24 | $ 426.79 | $ 611,211.24 | 426.79 |
| 34-10-08-326-002.000-002 | $ 283,232.69 | $ 103.46 | $ 283,232.69 | 93.79 |
| 34-10-06-155-014.000-002 | $ 663.08 | $ 5.00 | $ 663.08 | |
| 34-10-06-151-024.000-002 | $ 1,265.23 | $ 5.00 | $ 1,265.23 | |
| Sub-total | $ 907,872.47 | $ 555.90 | $ 907,872.47 | 520.58 |
| Personal Property | | | | |
| 34-92-00-386-003.000-002 | $ 2,586,963.32 | $ - | $ 2,586,963.32 | |
| 34-92-00-386-008.000-002 | $ 17,929.68 | $ - | $ 17,929.68 | |
| 34-92-00-386-014.000-002 | $ - | $ - | $ - | |
| 34-92-00-386-005.100-002 | $ - | $ - | $ - | |
| 34-92-00-386-009.000-002 | $ 10,048.84 | $ - | $ 10,048.84 | |
| 34-92-00-386-004.000-002 | $ - | $ - | $ - | |
| 34-92-00-386-012.000-002 | $ - | $ - | $ - | |
| 34-92-00-386-006.000-002 | $ - | $ - | $ - | |
| 34-92-00-386-007.000-002 | $ 21.47 | $ - | $ 21.47 | |
| 34-92-00-386-010.000-002 | $ - | $ - | $ - | |
| 34-92-00-386-015.000-002 | $ 8,173.35 | $ - | $ 8,173.35 | |
| Sub-total | $ 2,623,136.66 | $ - | $ 2,623,136.66 | - |
| TOTAL | $ 3,531,009.13 | $ 555.90 | $ 3,531,009.13 | 520.58 |