BARNES & THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
David M. Powlen
Telephone: (302) 888-4536

- and -

BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Kathleen L. Matsoukas
Telephone: (312) 357-1313

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al. | ) | Case No. 05-44481 |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kathleen L. Matsoukas, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the **Response of Howard County, Indiana (Holder of Administrative Claim No. 18629) to Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge Certain Administrative Expense (A) Books and Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, and (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims and (B) Workers' Compensation Claims, and (IV) Allow Certain**

**Administrative Expense Severance Claims**, to be served by electronic mail or Federal Express as indicated, upon the individuals and/or firms identified on the attached <u>Service List</u>.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 19, 2010

BARNES & THORNBURG LLP
Counsel to Howard County, Indiana

By:   /s/Kathleen L. Matsoukas

David M. Powlen
1000 N. West Street, Suite 1200
Wilmington, Delaware  19801
Telephone:  (302) 888-4536
Email:  david.powlen@btlaw.com

- and -

Kathleen L. Matsoukas (KL-1821)
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone:  (312) 357-1313
Email:  kathleen.matsoukas@btlaw.com

Attorneys for Howard County, Indiana

# SERVICE LIST

DPH Holdings Corp.
Attn:   President
        General Counsel
5725 Delphi Drive
Troy, MI 48098
*Via Fedex Only*


Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attn:   John Wm. Butler, Jr., Esq.
        John K. Lyons, Esq.
        Michael W. Perl, Esq.
**Email**: jack.butler@skadden.com; johnllyons@skadden.com; michael.perl@skadden.com

*Attorneys for the Reorganized Debtors*


The Honorable Robert D. Drain
United States Bankruptcy Judge,
United States Bankruptcy Court
For the Southern District of New York
The Honorable Charles J. Brieant Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601-4140
*Via FedEx Only*

United States Trustee
c/o Clerk's Office
U.S. Bankruptcy Court
For the Southern District of New York
300 Quarropas Street
White Plains, NY 10601
*Via FedEx Only*

CHDS01 KMATSOUKAS 595915v1