**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| DPH HOLDINGS CORP., et al., | : Chapter 11 Case |
| Debtors. | : 05-44481-RDD |
| | : |
| _____ | : (Jointly Administered) |

**REQUEST TO BE REMOVED FROM RECEIVING NOTICES IN A CASE**

AND NOW COMES, Robert Szwajkos, Esquire, of Curtin & Heefner LLP, counsel for SPS Technologies, LLC, and hereby request that I be removed from the electronic notice list and all other service lists in the above referenced case.

Robert Szwajkos        rsz@curtinheefner.com

CURTIN & HEEFNER LLP


By: /s/ Robert Szwajkos
    Robert Szwajkos, Esquire

    Attorneys for SPS Technologies, LLC a/k/a
    SPS Technologies-Cleveland
    NSS Technologies, Inc.
    SPS Technologies Waterford Company
    Greer Stop Nut, Inc.

    250 N. Pennsylvania Avenue
    Morrisville, PA 19067
    Telephone: 215-736-2521
    Facsimile: 215-736-3614

Dated: April 20, 2010

606448.1/37859