UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DELPHI CORPORATION, *et al.*, | : Case No. 05-44481 (RDD) |
| | : |
| Debtors. | : Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Ann Marie Walsh, Esq., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Methode Electronics, Inc. in the above-referenced case.

I certify that I am a member in good standing of the Bar of the State of Illinois.

I am submitting the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: April 20, 2010
Chicago, Illinois

By: /s/ Ann Marie Walsh

Ann Marie Walsh, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0654
Facsimile: (312) 896-6654

W/1615315v1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

In re

DELPHI CORPORATION, *et al.*,

        Debtors.

_____:

: Chapter 11
:
: Case No. 05-44481 (RDD)
:
: Jointly Administered
:
:

### **ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE***

Upon the motion of Ann Marie Walsh, Esq. to be admitted, *pro hac vice*, to represent Methode Electronics, Inc. in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the Bar of the State of Illinois, it is hereby:

ORDERED that Ann Marie Walsh, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case to represent Methode Electronics, Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:    _____, 2010
        White Plains, New York

                                                _____
                                                THE HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE