**WACHTELL, LIPTON, ROSEN & KATZ**

51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Douglas K. Mayer
Emil A. Kleinhaus
Alexander B. Lees

Hearing Date: May 20, 2010
Hearing Time: 10:00 a.m.
Objection Deadline: May 13, 2010

**LOCKE LORD BISSELL & LIDDELL LLP**

111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0654
Facsimile: (312) 896-6654
Ann Marie Walsh

*Attorneys for Methode Electronics, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| _____ | |
| | : Chapter 11 |
| In re | : |
| | : Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| _____: | |

**NOTICE OF MOTION BY METHODE ELECTRONICS, INC.
FOR AN ORDER (I) PERMITTING METHODE TO CONTINUE
POST-PETITION LITIGATION WITH THE REORGANIZED
DEBTORS IN MICHIGAN AND (II) OVERRULING THE
REORGANIZED DEBTORS' TIMELINESS OBJECTION
TO METHODE'S ADMINISTRATIVE EXPENSE CLAIMS**

**PLEASE TAKE NOTICE** that Methode Electronics, Inc. ("Methode"), by and

through its undersigned counsel, based on this notice of motion, the accompanying memorandum

of law, the Declaration of Anne Marie Walsh, Esq. and other accompanying documents, hereby

moves for entry of an order, substantially in the form attached hereto as Exhibit A: (1) permitting Methode to continue pursuing post-petition litigation claims against DPH-DAS LLC and affiliated reorganized debtors (the "Reorganized Debtors") in the state and federal courts of Michigan; and (2) overruling the objection of the Reorganized Debtors to Methode's administrative expense claims to the extent the objection is predicated on the date when Methode filed certain claim forms with this Court (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion will be held on May 20, 2010 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), The Honorable Charles L. Brieant Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that answering papers, if any, in opposition to the relief requested shall be filed with the Court and served upon the undersigned counsel for Methode no later than May 13, 2010 at 5:00 p.m. (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Motion must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System, which can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format, and shall be served in accordance with General Order M-242, with a courtesy copy delivered to the Chambers

2

of the Honorable Robert D. Drain, United States Bankruptcy Judge, and served on Wachtell,

Lipton, Rosen & Katz, attorneys for Methode, 51 West 52nd Street, New York, New York

10019, attn.:  Douglas K. Mayer, in accordance with General Order M-182, so as to be received

no later than the Objection Deadline.

>           **PLEASE TAKE FURTHER NOTICE** that only those objections made as set

forth herein will be considered by the Bankruptcy Court at the Hearing.  If no objections to the

Motion are timely filed and served in accordance with the procedures set forth herein, the

Bankruptcy Court may enter an order granting the Motion without further notice.


Dated:  April 20, 2010
New York, New York

>                           **WACHTELL, LIPTON, ROSEN & KATZ**
>
>                            /s/ Douglas K. Mayer
>                            Douglas K. Mayer
>                            Emil A. Kleinhaus
>                            Alexander B. Lees
>                           51 West 52nd Street
>                           New York, New York  10019
>                           Telephone:  (212) 403-1000
>                           Facsimile:  (212) 403-2000
>
>
>                           **LOCKE LORD BISSELL & LIDDELL LLP**
>                            Ann Marie Walsh
>                           111 South Wacker Drive
>                           Chicago, Illinois  60606
>                           Telephone:  (312) 443-0654
>                           Facsimile:  (312) 896-6654
>
>                           *Attorneys for Methode Electronics, Inc.*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| | : Chapter 11 |
| In re | : |
| | : Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | : |
| | : Jointly Administered |
| Debtors. | : |
| | : |
| _____: | |

### ORDER GRANTING THE MOTION OF METHODE ELECTRONICS, INC. FOR AN ORDER (I) PERMITTING METHODE TO CONTINUE POST-PETITION LITIGATION WITH THE REORGANIZED DEBTORS IN MICHIGAN AND (II) OVERRULING THE REORGANIZED DEBTORS' TIMELINESS OBJECTION TO METHODE'S ADMINISTRATIVE EXPENSE CLAIMS

Upon the motion dated April 20, 2010 of Methode Electronics, Inc. ("Methode") for entry of an order (1) permitting Methode to continue pursuing post-petition litigation claims against DPH-DAS LLC and affiliated reorganized debtors (the "Reorganized Debtors") in the state and federal courts of Michigan, and (2) overruling the objection of the Reorganized Debtors to Methode's administrative expense claims to the extent the objection is predicated on the date when Methode filed certain claim forms with this Court (the "Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and based upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Nothing in this Court's July 30, 2009 Plan Modification Order [D.I. 18707] or any other order entered in these cases shall be construed as prohibiting Methode from continuing to pursue litigation in the state and federal courts of Michigan of any claims, rights, or defenses against the Reorganized Debtors, Delphi Automotive Systems LLC, Marian, Inc., or any other party in *DAS-DPH LLC* v. *Methode Electronics Inc.*, No. 08-095518-CK (Mich. Cir. Ct. Oakland County) and *Methode Electronics, Inc.* v. *DPH-DAS, LLC, et al.*, Nos. 09-cv-14303, 09-cv-13078 (E.D. Mich.).

3.      The Reorganized Debtors' objections to Methode's administrative expense claims as untimely are overruled.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:      _____, 2010
            White Plains, New York

                                _____
                                THE HONORABLE ROBERT D. DRAIN
                                UNITED STATES BANKRUPTCY JUDGE