# Exhibit G

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

DELPHI AUTOMOTIVE SYSTEMS, LLC, a
Delaware limited liability company,

       Plaintiff/Counter-Defendant,

vs.

METHODE ELECTRONICS, INC.,

       Defendant/Counter-Plaintiff.

Case No. 08-095518-CK

Hon. Nanci J. Grant

---

Thomas S. Bishoff (P53753)
Stephen W. King (P56456)
Attorneys for Delphi
Dykema Gossett PLLC
400 Renaissance Center, 35th Floor
Detroit, Michigan 48243
(313) 568-5341

Charles E. Brown (P46400)
Co-Counsel for Delphi
Delphi Automotive Systems, LLC
MC 480-410-254
5825 Delphi Dr.
Troy, Michigan 48098
(248) 813-3368

Ann Marie Walsh (*pro hac vice*)
Attorney for Methode
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606
(312) 443-0654

John R. Trentacosta (P31856)
Gary E. Steinbauer (P69789)
Co-Counsel for Methode
Foley & Lardner LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226-3489
(313) 234-7100

## JURY DEMAND

Defendant/Counter-Plaintiff Methode Electronics, Inc. demands a trial by jury on all issues so triable.

Respectfully submitted,

METHODE ELECTRONICS, INC.

BY:

_____
One of its Attorneys

Ann Marie Walsh (*pro hac vice*)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0654
(312) 896-6654  (fax)

and

John R. Trentacosta (P31856)
Jeffrey S. Kopp (P59485)
Gary E. Steinbauer (P69789)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
(313) 234-7100
(313) 234-2800 (fax)

Dated: August 21, 2009

2

## STATE OF MICHIGAN

## IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC, a Delaware limited liability company, | Case No. 08-095518 – CK |
| Plaintiff/Counter-Defendant | Hon. Nanci J. Grant |
| vs. | |
| METHODE ELECTRONICS, INC., | |
| Defendant/Counter-Plaintiff | |

---

Thomas S. Bishoff (P53753)
Stephen W. King (P56456)
Attorneys for Delphi
**DYKEMA GOSSETT PLLC**
400 Renaissance Center, 35th Floor
Detroit, MI 48243
(313) 568-5341

Charles E. Brown (P46400)
Co-Counsel for Delphi
**DELPHI AUTOMOTIVE SYSTEMS, LLC**
MC 480-410-254
5825 Delphi Dr.
Troy, MI 48098
(248) 813-3368

Ann Marie Walsh (pro hac vice)
Attorney for Methode
**LOCKE LORD BISSELL & LIDDELL LLP**
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0654

John R. Trentacosta (P31856)
Gary E. Steinbauer (P69789)
Co-Counsel for Methode
**FOLEY & LARDNER LLP**
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100

## PROOF OF SERVICE

PATRICIA A. KINNEY states that she is an employee of Foley & Lardner LLP, and that on **August 21, 2009**, she caused a copy of: **Jury Demand**, along with this Proof Of Service, to be served upon the following counsel of record:

Thomas S. Bishoff (P53753)  
Stephen W. King (P56456)  
Attorneys for Delphi  
Dykema Gossett PLLC  
400 Renaissance Center, 35th Floor  
Detroit, MI  48243  
**Via Hand Delivery**

Charles E. Brown (P46400)  
Co-Counsel for Delphi  
Delphi Automotive Systems, LLC  
MC 480-410-254  
5825 Delphi Dr.  
Troy, MI  48098  
**Via U.S. Mail only**

_____  
Patricia A. Kinney

2



Dykema Gossett PLLC
400 Renaissance Center
Detroit, Michigan 48243
WWW.DYKEMA.COM

Tel: (313) 568-6800
Fax: (313) 568-6691

**Thomas S. Bishoff**
Direct Dial: (313) 568-5341
Email: TBISHOFF@DYKEMA.COM

August 25, 2009

**VIA EMAIL AND HAND DELIVERY**

John R. Trentacosta, Esq.
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226
jtrentacosta@foley.com

Re:  Delphi Automotive Systems, LLC v Methode Electronics, Inc.
     Oakland County Circuit Court Case No. 08-095518-CK

Dear John:

Enclosed is Jury Demand and Proof of Service.

Very truly yours,

**DYKEMA GOSSETT** PLLC

Thomas S. Bishoff

Enclosures

cc:  Ann Marie Walsh, Esq. (w/encl., via email)
     Charles E. Brown, Esq. (w/encl., via email)
     Stephen W. King, Esq. (w/encl., via email)

DET01\621311.13
ID\TSB - 101289/0005

California | Illinois | Michigan | Texas | Washington D.C.

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

DELPHI AUTOMOTIVE SYSTEMS, LLC,
a Delaware limited liability company,

    Plaintiff/Counter-Defendant,

vs.

METHODE ELECTRONICS, INC.,

    Defendant/Counter-Plaintiff.

Civil Action No. 08-095518-CK

Hon. Nanci J. Grant

"OAKLAND" "COUNTY" 08-095518-CK

JUDGE NANCI J. GRANT
DELPHI AUTOMO  v  METHODE ELECT

| | |
|---|---|
| Thomas S. Bishoff (P53753)<br>Stephen W. King (P56456)<br>Attorneys for Delphi<br>Dykema Gossett PLLC<br>400 Renaissance Center<br>Detroit, Michigan 48243<br>(313) 568-5341<br><br>Charles E. Brown (P46400)<br>Co-Counsel for Delphi<br>Delphi Automotive Systems, LLC<br>MC 480-410-254<br>5825 Delphi Dr.<br>Troy, Michigan 48098<br>(248) 813-3368 | John R. Trentacosta (P31856)<br>Jeffrey S. Kopp (P59485)<br>Gary E. Steinbauer (P69789)<br>Attorneys for Methode<br>Foley & Lardner LLP<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226-3489<br>(313) 234-7100<br><br>Ann Marie Walsh<br>Admitted *pro hac vice*<br>Co-Counsel for Methode<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, Illinois 60606<br>(312) 443-0654 |

## JURY DEMAND

Plaintiff/Counter-Defendant Delphi Automotive Systems, LLC demands a trial by jury on all issues so triable.

Dated: August 24, 2009

Respectfully submitted,

DYKEMA GOSSETT PLLC

By: _____
Thomas S. Bishoff (P53753)
Stephen W. King (P56456)
Attorneys for Delphi
400 Renaissance Center
Detroit, Michigan 48243
(313) 568-5341

DET01\713482.1
ID\TSB - 101289/0005

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

DELPHI AUTOMOTIVE SYSTEMS, LLC,
a Delaware limited liability company,

        Plaintiff/Counter-Defendant,        Civil Action No.: 08-095518-CK

vs.        Hon. Nanci J. Grant

METHODE ELECTRONICS, INC.,

        Defendant/Counter-Plaintiff.

*OAKLAND* *COUNTY* 08-095518-CK

JUDGE NANCI J. GRANT
DELPHI AUTOMO v METHODE ELEC

| | |
|---|---|
| Thomas S. Bishoff (P53753)<br>Stephen W. King (P56456)<br>Attorneys for Delphi<br>DYKEMA GOSSETT PLLC<br>400 Renaissance Center<br>Detroit, MI 4843<br>(313) 568-5341<br><br>Charles E. Brown (P46400)<br>Co-Counsel for Delphi<br>Delphi Automotive Systems, LLC<br>MC 480-410-254<br>5825 Delphi Dr.<br>Troy, Michigan 48098<br>(248) 813-3368 | John R. Trentacosta (P31856)<br>Gary E. Steinbauer (P69789)<br>Attorneys for Methode<br>FOLEY & LARDNER LLP<br>One Detroit Center<br>500 Woodward Ave., Suite 2700<br>Detroit, MI 48226<br>(313) 234-7124<br><br>and<br><br>Ann Marie Walsh<br>Admitted *pro hac vice*<br>Co-Counsel for Methode<br>LOCKE LORD BISSELL & LIDDELL<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0654 |

## PROOF OF SERVICE

The undersigned states that on August 25, 2009, a copy of:

- **JURY DEMAND**; and

- this **PROOF OF SERVICE** were served upon:

John R. Trentacosta, Esq.
FOLEY & LARDNER LLP
One Detroit Center
500 Woodward Ave., Suite 2700
Detroit, MI 48226

via email and hand-delivery and also upon:

Ann Marie Walsh, Esq.
LOCKE LORD BISSELL & LIDDELL
111 South Wacker Drive
Chicago, IL 60606

via email only.

                                  I declare that the statements above are true to
                                  the best of my information, knowledge and belief.

                                  */s/ Kathleen Cooper*

Dated: August 25, 2009

DET01\621391.1
ID\TSB - 101289/0005

2