# Exhibit H

**SCHEDULING ORDER**

2008-095518-CK

DELPHI AUTOMOTIVE SYSTEMS    V    METHODE ELECTRONICS INC
SO-07-2008-095518-CK

ANN MARIE WALSH
111 S WACKER
CHICAGO IL  60606

IT IS ORDERED THAT:

- ALL PARTIES SHALL NAME THEIR EXPERTS BY 06/25/2009.

- THIS CASE SHALL BE EVALUATED ON OR ABOUT AUGUST    OF 2009.
  THE COURT WILL SEND A CASE EVALUATION NOTICE IN ACCORDANCE
  WITH MCR 2.403(G)(1).

- EACH PARTY SHALL SUBMIT ITS WITNESS LIST AND A LIST OF PROPOSED EXHIBITS TO
  OPPOSING COUNSEL AND THE COURT BY 06/25/2009.

- ALL DISPOSITIVE AND MOTIONS IN LIMINE SHALL BE HEARD BY THE COURT BY  09/23/2009;
  OTHERWISE, SUCH MOTIONS WILL BE DEEMED WAIVED.

- DISCOVERY SHALL BE COMPLETED BY 07/24/2009.

- THIS CASE IS SET FOR TRIAL ON 11/20/2009, AT 8:30 A.M.

- ALL DEPOSITIONS TO BE USED AT TRIAL SHALL BE PURGED NOT LATER THAN TWO WEEKS
  BEFORE THE TRIAL OR THE OBJECTIONS SHALL BE DEEMED WAIVED.

- THE APPROPRIATENESS OF THIS CASE FOR SOME FORM OF ALTERNATE DISPUTE RESOLUTION
  SHALL BE BROUGHT TO THE COURT'S ATTENTION AFTER CASE EVALUATION BUT BEFORE TRIAL.

- IN JURY CASES, PROPOSED JURY INSTRUCTIONS SHALL BE SUBMITTED IN WRITING TO
  THE COURT AT THE COMMENCEMENT OF THE TRIAL.  IN NON-JURY CASES, TRIAL BRIEFS
  SHALL BE SUBMITTED ONE WEEK BEFORE THE TRIAL DATE.

- THE APPEARANCE OF COUNSEL UPON A PLEADING SHALL BE DEEMED TO BE THE APPEARANCE
  OF EVERY MEMBER OF HIS/HER LAW FIRM.  ADJOURNMENTS OF CASE EVALUATION OR TRIAL
  MUST BE REQUESTED BY MOTION. ANY ADJOURNMENTS AFTER THE FIRST REQUEST SHALL
  REQUIRE THE SIGNATURES OF THE LITIGANTS.

- OBJECTIONS TO THIS SCHEDULE MUST BE MADE WITHIN 14 DAYS OF THE DATE OF THIS
  ORDER OR THEY ARE DEEMED WAIVED.  OBJECTIONS SHALL BE ACCOMPANIED BY A GOOD
  CAUSE SHOWING AND A PROPOSED ALTERNATIVE SCHEDULING ORDER AGREED TO BY ALL
  THE PARTIES.

- THE COURT PROVIDES A COPY OF THIS ORDER TO PARTIES FILING APPEARANCES
  THROUGH 02/14/2009 . PLAINTIFF IS RESPONSIBLE FOR PROVIDING A COPY OF THIS
  ORDER TO ADDED PARTIES OR PARTIES FILING APPEARANCES AFTER 02/14/2009.

DATE: 01/03/2009                                NANCI J. GRANT
                                                CIRCUIT JUDGE

    ANY QUESTIONS CONCERNING THIS ORDER SHOULD BE DIRECTED TO THE ASSIGNED
    JUDGE'S CLERK.

| STATE OF MICHIGAN 6TH JUDICIAL CIRCUIT | SCHEDULING ORDER | Case No. 2008-095518-CK |
|---|---|---|

Court Address: 1200 North Telegraph Road, Pontiac, MI 48341

Telephone Number: (248) 858-0358

Plaintiff's Name: Delphi Automotive Systems

v

Defendant's Name: Methode Electronics, Inc.

Plaintiff's Attorney, Bar No., Address & Telephone No.
Thomas S. Bishoff (P53753)
Charles E. Brown (P46400)

Defendant's Attorney, Bar No., Address & Telephone No.
John R. Trentacosta (P31856)
Ann Marie Walsh
Admitted Pro Hac Vice

Date: _____

IT IS ORDERED THAT:

1. Discovery shall be completed by **10/26/09**.
2. Each party shall submit a witness and exhibit list to opposing counsel and the Court by **9/25/09**.
3. This case shall be mediated on **November 2009**.
4. This case shall be tried on **Feb 22, 2010**.
5. All dispositive motions and motions in limine shall be heard by **12/16/09**.
6. All depositions to be used at trial shall be purged not later than two weeks before trial or the objections shall be deemed waived.
7. All parties shall name their experts by **9/25/09**.
8. The appearance of counsel upon a pleading shall be deemed to be the appearance of every member of his/her law firm. The appearance shall require the presence of either the attorney who files the pleading or a member of his/her law firm at mediation or trial. No adjournments of mediation or trial shall be allowed.
9. All parties shall submit to the Court their jury instructions and theory of case, one week prior to trial.

Trial Date: **JUN 03 2009**

NANCI J. GRANT
CIRCUIT JUDGE

NANCI J. GRANT, Circuit Court Judge

A TRUE COPY
RUTH JOHNSON
Oakland County Clerk - Register of Deeds
By _____ Deputy

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

DELPHI AUTOMOTIVE SYSTEMS, LLC,
a Delaware limited liability company,

   Plaintiff/Counter-Defendant,  Civil Action No.: 08-095518-CK

vs.           Hon. Nanci J. Grant OAKLAND COUNTY 08-095518-CK

METHODE ELECTRONICS, INC.,

   Defendant/Counter-Plaintiff.  JUDGE NANCI J. GRANT
                DELPHI AUTOMO v METHODE ELECT

---

| | |
|---|---|
| Thomas S. Bishoff (P53753) | John R. Trentacosta (P31856) |
| Stephen W. King (P56456) | Gary E. Steinbauer (P69789) |
| Attorneys for Delphi | Attorneys for Methode |
| Dykema Gossett PLLC | Foley & Lardner LLP |
| 400 Renaissance Center, 35th Floor | 500 Woodward Avenue, Suite 2700 |
| Detroit, Michigan 48243 | Detroit, Michigan 48226-3489 |
| (313) 568-5341 | (313) 234-7100 |
| | |
| Charles E. Brown (P46400) | Ann Marie Walsh |
| Co-Counsel for Delphi | Admitted pro hac vice |
| Delphi Automotive Systems, LLC | Co-Counsel for Defendant Methode |
| MC 480-410-254 | Locke Lord Bissell & Liddell LLP |
| 5825 Delphi Dr. | 111 South Wacker Drive |
| Troy, Michigan 48098 | Chicago, Illinois 60606 |
| (248) 813-3368 | (312) 443-0654 |

NOTICE
THIS ORDER CONTAINS A DATE SET BY THE COURT. YOU WILL NOT RECEIVE FURTHER NOTICE OF THIS DATE.

---

**ORDER REGARDING DELPHI'S MOTION FOR LEAVE TO FILE
SECOND AMENDED VERIFIED COMPLAINT AND
EXTENSION OF SCHEDULING ORDER DATES**

At a session of said Court, held in the City of Pontiac, County of Oakland, State of Michigan on   JUL 0 1 2009

PRESENT: Honorable Nanci J. Grant, Circuit Court Judge

On or about June 16, 2009, Plaintiff/Counter-Defendant Delphi Automotive Systems, LLC ("Delphi") filed with the Court its Motion for Leave to File Second Amended Verified Complaint for Injunctive and Other Relief.

On or about June 19, 2008 Defendant/Counter-Plaintiff Methode Electronics, Inc. ("Methode") filed with the Court its Response to Delphi's Motion for Leave to File Second Amended Verified Complaint. In its Response, Methode requested in the alternative, to the extent the Court was inclined to grant Delphi's motion, a sixty (60) day extension of all Court deadlines.

On June 24, 2009, the Court conducted a hearing regarding Delphi's Motion, considered the briefs and other papers submitted by the parties, and considered argument from counsel for the parties regarding Delphi's Motion.

For the reasons stated on the record at the June 24, 2009 hearing,

**IT IS HEREBY ORDERED THAT** Delphi's Motion for Leave to File Second Amended Verified Complaint is granted and Delphi shall have leave to file its Second Amended Verified Complaint.

**IT IS FURTHER ORDERED THAT** the Court's June 3, 2009 Scheduling Order is modified as follows:

| Event | Old Date | New Date |
|---|---|---|
| Discovery shall be completed by: | 10/26/2009 | **12/23/2009** |
| Each party shall submit a witness and exhibit list to opposing counsel and the Court by: | 9/25/2009 | **11/20/2009** |
| This case shall be mediated on: | November 2009 | **January 2010** |
| This case shall be tried on: | 2/22/2010 | **4/19/2010** |

| All dispositive motions and motions in limine shall be heard by: | 12/16/2009 | **2/17/2010** |
|---|---|---|
| All parties shall name their experts by: | 9/25/2009 | **11/20/2009** |

**SO ORDERED.**

NANCI J. GRANT
CIRCUIT JUDGE

_____
HONORABLE NANCI J. GRANT
Circuit Court Judge

**AGREED AS TO FORM:**

_Thomas Bishoff (all w/ consent)_          _John Trentacosta (all w/ consent)_
Thomas S. Bishoff (P53753)                 John R. Trentacosta (P34856)
Counsel for Delphi                          Counsel for Methode

A TRUE COPY
RUTH JOHNSON
Oakland County Clerk - Register of Deeds
By _____
         Deputy

3