# EXHIBIT O

ELECTRONIC Acknowledgment USDC Eastern District of Michigan record opened as case number 09cv13078
From: Barecchia, Katherine
Sent: Wednesday, August 05, 2009 11:08 AM
To: Miller, Michelle
Subject: FW: Activity in Case 1:09-cv-02191 Methode Electronics, Inc. v. Delphi Automotive Systems LLC et al other




Katherine Pauley Barecchia | Blank Rome LLP
Watergate 600 New Hampshire Avenue, NW | Washington, DC 20037
Phone: 202.772.5848 | Fax: 202.772.1669 | Email: Barecchia@BlankRome.com




--------------------------------------------------------------------------
From: usdc_ecf_ilnd@ilnd.uscourts.gov [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
Sent: Wednesday, August 05, 2009 11:04 AM
To: ecfmail_ilnd@ilnd.uscourts.gov
Subject: Activity in Case 1:09-cv-02191 Methode Electronics, Inc. v. Delphi Automotive Systems LLC et al other


This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2

Notice of Electronic Filing


The following transaction was entered on 8/5/2009 at 10:04 AM CDT and filed on 8/5/2009
       Case Name:    Methode Electronics, Inc. v. Delphi Automotive Systems LLC et al
       Case Number:  1:09-cv-2191
       Filer:
       WARNING: CASE CLOSED on 07/13/2009
       Document Number: No document attached

Docket Text:
ELECTRONIC Acknowledgment by the USDC, Eastern District of Michigan, of Transferred case record opened as case number 2:09cv13078, filed on 8/5/09. (lcw, )


1:09-cv-2191 Notice has been electronically mailed to:

Binal J. Patel      bpatel@bannerwitcoff.com, bwlitdocket@bannerwitcoff.com

Charles Randolph Wolfe , Jr     wolfe@blankrome.com

Charles W. Shifley      cshifley@bannerwitcoff.com, bwlitdocket@bannerwitcoff.com,

Page 1

ELECTRONIC Acknowledgment USDC Eastern District of Michigan record opened as case number 09cv13078
twebber@bannerwitcoff.com

David J. Stetler    dstetler@stetleranduffy.com, darends@stetleranduffy.com, edocket@stetleranduffy.com

Henry M. Baskerville    hbasker@stetleranduffy.com, edocket@stetleranduffy.com, kmcguire@stetleranduffy.com

Jonathan M. Cyrluk    cyrluk@stetleranduffy.com, edocket@stetleranduffy.com, jswallow@stetleranduffy.com

Katherine Pauley Barecchia    barecchia@blankrome.com

Matthew P. Becker    mbecker@bannerwitcoff.com, bwlitdocket@bannerwitcoff.com

Timothy James Rechtien    trechtien@bannerwitcoff.com, docketingdept@uspatent.com, jmcnett@uspatent.com, vkoleno@bannerwitcoff.com

1:09-cv-2191 Notice has been delivered by other means to: