# EXHIBIT P

**2:09-cv-13078-PDB-VMM** Methode Electronics, Inc. v. Delphi Automotive Systems LLC et al
Paul D Borman, presiding
Virginia M Morgan, referral
Date filed: 08/05/2009
Date of last filing: 03/16/2010

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 08/05/2009  *Entered:* 04/09/2009 | Complaint |
| 1 | *Docket Text:* **TRANSFERRED** COMPLAINT filed by Plaintiff Methode Electronics, Inc.; Jury Demand. (Attachment: #(1) Exhibit A). Filing fee $350.00. (ar, ). [Transferred from ilnd on 8/5/2009.] Case transferred in from Illinois Northern; Case Number 1:09-cv-02191. Modified on 8/5/2009 (SSro). | |
| 2 | *Filed:* 08/05/2009  *Entered:* 07/17/2009 | Memorandum Opinion & Order |
| 2 | *Docket Text:* CORRECTED MEMORANDUM Opinion and Order Signed by the Honorable David H. Coar on 7/16/2009:(mb, ) [Transferred from ilnd on 8/5/2009.] Modified on 8/5/2009 (SSro). | |
| 3 | *Filed & Entered:* 08/05/2009 | Case Transferred In - District Transfer |
| 3 | *Docket Text:* Docket Sheet from Illinois Northern; Case Number 1:09-cv-02191. Modified on 8/5/2009 (SSro). | |
| 4 | *Filed & Entered:* 08/06/2009 | Notice of Appearance |
| 4 | *Docket Text:* NOTICE of Appearance by William Cosnowski, Jr on behalf of Delphi Automotive Systems LLC. (Cosnowski, William) | |
| 5 | *Filed & Entered:* 08/06/2009 | Notice of Appearance |
| 5 | *Docket Text:* NOTICE of Appearance by Joseph E. Papelian on behalf of Delphi Automotive Systems LLC. (Papelian, Joseph) | |
| 6 | *Filed & Entered:* 08/06/2009 | Notice (Other) |
| 6 | *Docket Text:* NOTICE by Delphi Automotive Systems LLC *of Related Case or Companion Case* (Cosnowski, William) | |
| 7 | *Filed & Entered:* 08/06/2009 | Notice of Non-Admission of Attorney |
| 7 | *Docket Text:* NOTICE of non-admission of Attorney David J. Stetler. (DPer) | |
| 8 | *Filed & Entered:* 08/06/2009 | Notice of Non-Admission of Attorney |
| 8 | *Docket Text:* NOTICE of non-admission of Attorney Henry M. Baskerville. (DPer) | |
| 9 | *Filed & Entered:* 08/06/2009 | Notice of Non-Admission of Attorney |
| 9 | *Docket Text:* NOTICE of non-admission of Attorney Jonathan M. Cyrluk. (DPer) | |
| 10 | *Filed & Entered:* 08/06/2009 | Notice of Non-Admission of Attorney |
| 10 | *Docket Text:* NOTICE of non-admission of Attorney Matthew P. Becker. (DPer) | |
| | *Filed & Entered:* 08/10/2009 | Notice to Appear |

| 11 | Docket Text: NOTICE TO APPEAR: **Scheduling Conference set for 9/22/2009 04:15 PM before District Judge Paul D Borman** (DGoo) | |
|---|---|---|
| 12 | Filed & Entered: | 08/11/2009 | Notice of Appearance |
| | Docket Text: NOTICE of Appearance by Todd A. Holleman on behalf of Methode Electronics, Inc.. (Holleman, Todd) | |
| 13 | Filed & Entered: | 08/11/2009 | Notice of Appearance |
| | Docket Text: NOTICE of Appearance by Marcy L. Rosen on behalf of Methode Electronics, Inc.. (Rosen, Marcy) | |
| 14 | Filed & Entered: | 08/12/2009 | Notice of Appearance |
| | Docket Text: NOTICE of Appearance by Thomas W. Cranmer on behalf of Methode Electronics, Inc.. (Cranmer, Thomas) | |
| 15 | Filed & Entered: | 08/13/2009 | Notice (Other) |
| | Docket Text: NOTICE by Delphi Automotive Systems LLC *of the Appearance of* (Brown, Charles) | |
| 16 | Filed & Entered: | 08/14/2009 | Notice of Appearance |
| | Docket Text: NOTICE of Appearance by Katherine P. Barecchia - NOT SWORN on behalf of Methode Electronics, Inc.. (Barecchia - NOT SWORN, Katherine) | |
| 17 | Filed & Entered: | 08/18/2009 | Notice of Appearance |
| | Docket Text: NOTICE of Appearance by Charles R. Wolfe, Jr on behalf of Methode Electronics, Inc.. (Wolfe, Charles) | |
| 18 | Filed & Entered: Terminated: | 08/28/2009 10/21/2009 | Motion to Compel |
| | Docket Text: MOTION to Compel by Delphi Automotive Systems LLC. (Attachments: # (1) Index of Exhibits, # (2) Exhibit A - US Patent No. 6,101,436, # (3) Exhibit B - Delphi's First Set of Requests for Production, # (4) Exhibit C - Delphi's First Set of Interrogatories, # (5) Exhibit D - 7-15-09 Letter from Rechtien to Barecchia, # (6) Exhibit E - 8-11-09 Letter from Rechtien to Barecchia, # (7) Exhibit F - 8-24-09 Letter from Rechtien to Barecchia, # (8) Exhibit G - Methode's Responses to Delphi's First Set of Interrogatories, # (9) Exhibit H - Methode's First Set of Requests for Production to Delphi, # (10) Exhibit I - 8-27-09 Letter from Barecchia to Rechtien, # (11) Exhibit J - 8-4-09 Letter from Barecchia to Patel, # (12) Exhibit K - Methode's Responses to Delphi's First Set of Requests for Production, # (13) Exhibit L - Methode's Earnings Call Transcript, # (14) Exhibit M - Methode's First Set of Interrogatories to Delphi) (Rechtien - NOT SWORN, Timothy) | |
| 19 | Filed & Entered: | 09/01/2009 | Stipulation and Order |
| | Docket Text: STIPULATION AND ORDER of withdrawl of counsel for plaintiff Signed by District Judge Paul D Borman. (DGoo) | |
| 20 | Filed & Entered: | 09/02/2009 | Order Referring Motion to Magistrate Judge |
| | Docket Text: ORDER REFERRING MOTION to Magistrate Judge Virginia M Morgan: [18] MOTION to Compel filed by Delphi Automotive Systems LLC. Signed by District Judge Paul D Borman. (DGoo) | |
| 21 | Filed & Entered: | 09/10/2009 | Statement of Disclosure of Corporate Affiliations |
| | Docket Text: STATEMENT of DISCLOSURE of CORPORATE AFFILIATIONS and FINANCIAL INTEREST by Methode Electronics, Inc. (Rosen, Marcy) | |

| | | | |
|---|---|---|---|
| | *Filed & Entered:* | 09/14/2009 | Response to Motion |
| 22 | *Docket Text:* RESPONSE to [18] MOTION to Compel filed by Methode Electronics, Inc.. (Attachments: # (1) Index of Exhibits, # (2) Exhibit 1 - Methode Electronics, Inc.s Objections and Responses to Delphi Automotive Systems LLCs First Set of Interrogatories, # (3) Exhibit 2 - Letter from T. Rechtien to K. Barecchia 7/15/2009, # (4) Exhibit 3 - Letter from K. Barecchia to B. Patel 8/4/2009, # (5) Exhibit 4 - Letter from T. Rechtien to K. Barecchia 8/11/2009, # (6) Exhibit 5 - Letter from T. Rechtien to K. Barecchia 8/24/2009, # (7) Exhibit 6 - Letter from K. Barecchia to T. Rechtien 8/27/2009, # (8) Exhibit 7 - Delphi Automotive Systems LLCs Objections and Responses to Methode Electronics, Inc.s First Set of Interrogatories, # (9) Exhibit 8 - Methode Electronics, Inc.s Response to Delphi Automotive Systems LLCs First Set of Requests for Production of Documents and Things) (Wolfe, Charles) | | |
| | *Filed & Entered:* | 09/21/2009 | Set Deadlines/Hearings |
| | *Docket Text:* Set Deadlines/Hearings: **Scheduling Conference set for 9/22/2009 04:15 PM before District Judge Paul D Borman is CANCELED. Parties are to submit a plan.** (DGoo) | | |
| 23 | *Filed & Entered:* | 09/22/2009 | Notice of Hearing on Motion |
| | *Docket Text:* NOTICE of hearing on [18] MOTION to Compel: **Resolved/Unresolved Issues due by 10/13/2009** and **Motion Hearing set for 10/19/2009 01:30 PM before Magistrate Judge Virginia M Morgan in Ann Arbor..** (JJoh) | | |
| 24 | *Filed & Entered:* | 09/22/2009 | Notice of Appearance |
| | *Docket Text:* NOTICE of Appearance by Ann Marie Walsh - NOT SWORN on behalf of Methode Electronics, Inc.. (Walsh - NOT SWORN, Ann) | | |
| 25 | *Filed & Entered:* | 09/22/2009 | Report (Free) |
| | *Docket Text:* Revised Joint Submission and Report of Rule 26(f) Conference REPORT by Methode Electronics, Inc., Delphi Technologies, Inc., Delphi Automotive Systems LLC, Marian, Incorporated (Attachments: # (1) Index of Exhibits, # (2) Exhibit A - Proposed Scheduling Order) (Rosen, Marcy) | | |
| 26 | *Filed & Entered:* | 09/24/2009 | Order Referring Other Matters to Magistrate Judge |
| | *Docket Text:* ORDER REFERRING OTHER MATTERS to Magistrate Judge *Morgan*: *Scheduling Conference to agree on a discovery plan* re [25] Report (Free), Report (Free) filed by Delphi Automotive Systems LLC, Methode Electronics, Inc., Delphi Technologies, Inc., Marian, Incorporated. Signed by District Judge Paul D Borman. (DGoo) | | |
| 27 | *Filed & Entered:* | 09/28/2009 | Reply to Response to Motion |
| | *Docket Text:* REPLY to Response re [18] MOTION to Compel filed by Delphi Automotive Systems LLC. (Attachments: # (1) Index of Exhibits, # (2) Exhibit A - U.S. Patent and Trademark Office search report, # (3) Exhibit B - August 24, 2009 Letter from Rechtien to Barecchia, # (4) Exhibit C - August 27, 2009 Letter from Barecchia to Rechtien, # (5) Exhibit D - September 10, 2009 Michigan Order) (Rechtien - NOT SWORN, Timothy) | | |
| 28 | *Filed & Entered:* | 09/30/2009 | Notice of Withdrawal of Attorney |
| | *Docket Text:* NOTICE of Withdrawal of Attorney Charles E. Brown by Delphi Automotive Systems LLC. (Brown, Charles) | | |
| 29 | *Filed & Entered:* | 09/30/2009 | Notice to Appear |
| | *Docket Text:* NOTICE TO APPEAR: **Scheduling Conference set for 10/19/2009 at 01:30 PM before Magistrate Judge Virginia M Morgan in Ann Arbor.** (JJoh) | | |
| | *Filed & Entered:* | 10/05/2009 | Motion for Protective Order |

| | | |
|---|---|---|
| 30 | *Terminated:* | 11/17/2009 |
| | *Docket Text:* MOTION for Protective Order by Methode Electronics, Inc.. (Attachments: # (1) Index of Exhibits, # (2) Exhibit 1- Methode's Proposed Protective Order, # (3) Exhibit 2 - Defendants' Proposed Protective Order, # (4) Exhibit 3 - Comparison of Methode's Proposed Protective Order and Defendants' Proposed Protective Order, # (5) Exhibit 4 - Declaration of Charles R. Wolfe, Jr. in Support of Methode Electronics, Inc.'s Motion for Protective Order) (Wolfe, Charles) | |
| 31 | *Filed & Entered:* <br> *Terminated:* | 10/05/2009    Motion for Protective Order <br> 11/17/2009 |
| | *Docket Text:* MOTION for Protective Order by Delphi Automotive Systems LLC. (Attachments: # (1) Index of Exhibits, # (2) Exhibit A - Delphi's Proposed Protective Order, # (3) Exhibit B - Protective Order entered in Delphi Automotive Sys., LLC v. Methode Elecs., Inc., Case No. 2008-095518, # (4) Exhibit C - Delphi Automotive Sys., LLC v. Methode Elecs., Inc., Case No. 2008-095518, July 24, 2009, Order and Opinion, # (5) Exhibit D - Protective Order entered in Hochstein v. Microsoft Corp., No. 04-73071 (E.D. Mich. Jan. 19, 2004), # (6) Exhibit E - Protective Order entered in Auto. Tech. Intl, Inc. v. Delphi Corp., No. 08-11048 (E.D. Mich. Jan. 16, 2009), # (7) Exhibit F - Delphis Letter to the Michigan State Court and Second Supplemental Brief in Support of Its Proposed Protective Order in the Michigan State Court Action and Accompanying Exhibits, # (8) Exhibit G - Methode's Proposed Protective Order, # (9) Exhibit H - August 26, 2009 Email from Barecchia to Patel, # (10) Exhibit I - Methodes Subpoena of Nike IHM, # (11) Exhibit J - Methodes Subpoena of Dow Corning Corporation, # (12) Exhibit K - August 17, 2009 Letter from Nike IHM to Barecchia) (Rechtien - NOT SWORN, Timothy) | |
| | *Filed:* <br> *Entered:* | 10/19/2009    Motion Hearing <br> 10/20/2009 |
| | *Docket Text:* Minute Entry - Motion Hearing held on 10/19/2009 re [18] MOTION to Compel filed by Delphi Automotive Systems LLC before Magistrate Judge Virginia M Morgan. Disposition: Granted in part. (Tape #VMM 10/19/2009) (JJoh) | |
| | *Filed:* <br> *Entered:* | 10/19/2009    Scheduling Conference <br> 10/20/2009 |
| | *Docket Text:* Minute Entry - Scheduling Conference regarding Discovery Plan held on 10/19/2009 before Magistrate Judge Virginia M Morgan. Disposition: Resolved. (Tape #VMM 10/19/2009) (JJoh) | |
| 32 | *Filed & Entered:* | 10/19/2009    Order Referring Motion to Magistrate Judge |
| | *Docket Text:* ORDER REFERRING MOTION to Magistrate Judge Virginia M Morgan: [31] MOTION for Protective Order filed by Delphi Automotive Systems LLC, [30] MOTION for Protective Order filed by Methode Electronics, Inc.. Signed by District Judge Paul D Borman. (DGoo) | |
| 33 | *Filed & Entered:* | 10/19/2009    Response to Motion |
| | *Docket Text:* RESPONSE to [30] MOTION for Protective Order filed by Delphi Automotive Systems LLC. (Attachments: # (1) Exhibit A - May 1, 2007 Declaration of Lawrence Rupert) (Rechtien - NOT SWORN, Timothy) | |
| 34 | *Filed & Entered:* | 10/19/2009    Reply to Response to Motion |
| | *Docket Text:* REPLY to Response re [30] MOTION for Protective Order filed by Methode Electronics, Inc.. (Attachments: # (1) Index of Exhibits, # (2) Exhibit 1 - U.S. Patent No. 6,830,406, # (3) Exhibit 2 - Email from D. McLerran to K. Barecchia (June 19, 2009), # (4) Exhibit 3 - Letter from Nikes in-house legal specialist to K. Barecchia (July 1, 2009), # (5) | |

| | | | |
|---|---|---|---|
| | Exhibit 4 - Letter from Nikes outside counsel to K. Barecchia (August 17, 2009), # (6) Exhibit 5 - Email from Dows in-house counsel to K. Barecchia (July 31, 2009)) (Wolfe, Charles) | | |
| 35 | *Filed & Entered:* | 10/21/2009 | Order on Motion to Compel |
| | *Docket Text:* ORDER granting in part and denying in part [18] Motion to Compel - Signed by Magistrate Judge Virginia M Morgan. (JJoh) | | |
| 36 | *Filed & Entered:* | 10/23/2009 | Report (Free) |
| | *Docket Text:* Second Revised Joint Submission and Report of Rule 26(f) Conference REPORT by Methode Electronics, Inc., Delphi Technologies, Inc., Delphi Automotive Systems LLC, Marian, Incorporated (Attachments: # (1) Exhibit A - Proposed Scheduling Order) (Rechtien - NOT SWORN, Timothy) | | |
| 37 | *Filed & Entered:* | 10/29/2009 | Notice of Hearing on Motion |
| | *Docket Text:* NOTICE of hearing on [30] AND [31] MOTIONS for Protective Order: **Motion Hearing set for 11/6/2009 at 01:30 PM before Magistrate Judge Virginia M Morgan in Ann Arbor.**. (JJoh) | | |
| 38 | *Filed & Entered:* | 11/03/2009 | Transcript |
| | *Docket Text:* TRANSCRIPT of Motion Hearing held on 10/19/2009. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 84) Redaction Request due 11/24/2009. Redacted Transcript Deadline set for 12/4/2009. Release of Transcript Restriction set for 2/1/2010. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) | | |
| 39 | *Filed & Entered:* | 11/03/2009 | Notice of Filing Transcript |
| | *Docket Text:* Notice of Filing Transcript. (Metcalf, M) | | |
| 40 | *Filed & Entered:* | 11/04/2009 | Notice (Other) |
| | *Docket Text:* NOTICE of Cancellation of Hearing on November 6, 2009 before Magistrate Judge Virginia Morgan (JJoh) | | |
| 41 | *Filed & Entered:* | 11/05/2009 | Scheduling Order |
| | *Docket Text:* SCHEDULING ORDER: **Discovery due by 8/16/2010 Dispositive Motion Cut-off set for 12/17/2010** Signed by District Judge Paul D Borman. (Refer to image for additional dates) (DGoo) | | |
| 42 | *Filed & Entered:* | 11/17/2009 | Order on Motion for Protective Order |
| | *Docket Text:* OPINION AND ORDER granting in part [31] Motion for Protective Order and denying [30] Motion for Protective Order - Signed by Magistrate Judge Virginia M Morgan. (JJoh) | | |
| 43 | *Filed & Entered:* | 12/01/2009 | Notice (Other) |
| | *Docket Text:* NOTICE by Delphi Automotive Systems LLC *of Name Change to DPH-DAS LLC* (Attachments: # (1) Index of Exhibits, # (2) Exhibit 1 - Amended & Restated Certificate of Incorporation of Delphi Corporation, # (3) Exhibit 2 - Certificate of Amendment changing the name of Delphi Automotive Systems LLC to DPH-DAS LLC filed with the State of Delaware on October 6, 2009) (Rechtien - NOT SWORN, Timothy) | | |
| 44 | *Filed & Entered:* | 12/02/2009 | Objection |
| | *Docket Text:* OBJECTION to [42] Order on Motion for Protective Order, by Methode Electronics, Inc.. (Attachments: # (1) Index of Exhibits, # (2) Exhibit 1. November 17, 2009 Opinion and Order Granting in Part Delphi's Motion for Protective Order (#31) [Ex.A 31-3] and | | |

| | | | |
|---|---|---|---|
| | Denying Methode's Motion for Protective Order (#30), # (3) Exhibit 2. Methode's Proposed Protective Order) (Barecchia, Katherine) | | |
| 45 | *Filed & Entered:* | 12/02/2009 | Memorandum |
| | *Docket Text:* MEMORANDUM re [44] Objection, *to Order on Motion for Protective Order* by Methode Electronics, Inc. (Attachments: # (1) Index of Exhibits, # (2) Exhibit 1 - November 17, 2009 Opinion and Order Granting in Part Delphi's Motion for Protective Order (#31) [Ex.A 31-3] and Denying Methode's Motion for Protective Order (#30), # (3) Exhibit 2 - Methode's Proposed Protective Order, # (4) Exhibit 3 - Excerpts from October 19, 2009 Hearing before Magistrate Judge Morgan, # (5) Exhibit 4 - Declaration of Charles R. Wolfe Jr.) (Barecchia, Katherine) | | |
| 46 | *Filed & Entered:*<br>*Terminated:* | 12/04/2009<br>01/08/2010 | Motion for Leave to File |
| | *Docket Text:* MOTION for Leave to File *First Amended Complaint* by Methode Electronics, Inc.. (Attachments: # (1) Exhibit 1 - First Amended Complaint) (Wolfe, Charles) | | |
| 47 | *Filed & Entered:* | 12/07/2009 | Protective Order |
| | *Docket Text:* PROTECTIVE ORDER Signed by District Judge Paul D Borman. (DGoo) | | |
| 48 | *Filed & Entered:*<br>*Terminated:* | 12/08/2009<br>01/04/2010 | Motion for Miscellaneous Relief |
| | *Docket Text:* MOTION Motion for Relief from Order re [47] Protective Order by Methode Electronics, Inc.. (Holleman, Todd) | | |
| 49 | *Filed & Entered:* | 12/09/2009 | Notice to Appear |
| | *Docket Text:* NOTICE TO APPEAR: **Miscellaneous Hearing (OBJECTION TO MAGISTRATE JUDGE'S ORDER ON PROTECTIVE ORDER) set for 1/8/2010 03:00 PM before District Judge Paul D Borman** (DGoo) | | |
| 50 | *Filed & Entered:* | 12/10/2009 | Order Referring Motion to Magistrate Judge |
| | *Docket Text:* ORDER REFERRING MOTION to Magistrate Judge Virginia M Morgan: [46] MOTION for Leave to File *First Amended Complaint* filed by Methode Electronics, Inc.. Signed by District Judge Paul D Borman. (DGoo) | | |
| 51 | *Filed & Entered:* | 12/21/2009 | Stipulation and Order |
| | *Docket Text:* STIPULATION AND ORDEREXTENDING TIME FOR DEFENDANTS DPH-DAS LLC AND MARIAN, INC. AND COUNTER-PLAINTIFF DELPHI TECHNOLOGIES, INC. TO FILE THEIR OPPOSITION TO METHODE ELECTRONICS, INC.S MOTION TO AMEND re [46] MOTION for Leave to File *First Amended Complaint* Signed by District Judge Paul D Borman. (DGoo) | | |
| 52 | *Filed & Entered:* | 12/21/2009 | Response to Motion |
| | *Docket Text:* RESPONSE to [48] MOTION Motion for Relief from Order re [47] Protective Order filed by Delphi Automotive Systems LLC. (Attachments: # (1) Index of Exhibits, # (2) Exhibit A - November 30, 2009 Rechtien Email to Wolfe, et al., # (3) Exhibit B - December 1, 2009 Rechtien Email to Wolfe, et al. confirming submission of DPHs modified protective order) (Rechtien - NOT SWORN, Timothy) | | |
| 53 | *Filed & Entered:* | 12/21/2009 | Response (Free) |
| | *Docket Text:* RESPONSE to [44] Objection, *TO MAGISTRATE JUDGE MORGANS ORDER GRANTING IN PART DPH-DAS LLCS MOTION FOR A PROTECTIVE ORDER AND DENYING METHODE ELECTRONICS, INC.S MOTION FOR A PROTECTIVE ORDER* by Delphi Automotive Systems LLC. (Attachments: # (1) Index of Exhibits, # (2) Exhibit A - Delphi | | |

| | | |
|---|---|---|
| | Automotive Sys., LLC v. Methode Elecs., Inc., Case No. 2008-095518, July 23, 2009, Order and Opinion, # (3) Exhibit B - Michigan State Court Action Protective Order, # (4) Exhibit C - Hochstein v. Microsoft Corp., No. 04-73071 (E.D. Mich. Jan. 19, 2004) (Protective Order) (Borman, J.), # (5) Exhibit D - Auto. Tech. Intl, Inc. v. Delphi Corp., No. 08-11048 (E.D. Mich. Jan. 16,2009) (Protective Order) (Cleland, J.)) (Rechtien - NOT SWORN, Timothy) | |
| 54 | *Filed & Entered:*             12/22/2009 | Order |
| | *Docket Text:* ORDER for response and determination without oral argument re [46] MOTION for Leave to File *First Amended Complaint* filed by Methode Electronics, Inc. :( **Response due by 1/5/2010**) - Signed by Magistrate Judge Virginia M Morgan. (JJoh) | |
| | *Filed:*                      12/30/2009 *Entered:*            01/02/2010 | Set Motion and R&R Deadlines/Hearings |
| | *Docket Text:* RE-SET DEADLINE as to [46] MOTION for Leave to File *First Amended Complaint* : **Response due by 1/11/2010** Entered by Magistrate Judge Virginia M Morgan. (JJoh) | |
| 55 | *Filed & Entered:*             12/31/2009 | Reply to Response to Motion |
| | *Docket Text:* REPLY to Response re [48] MOTION Motion for Relief from Order re [47] Protective Order filed by Methode Electronics, Inc.. (Holleman, Todd) | |
| 56 | *Filed & Entered:*             12/31/2009 | Reply (Free) |
| | *Docket Text:* REPLY to [53] Response (Free), Response (Free), Response (Free) *TO OBJECTION TO MAGISTRATE JUDGE MORGANS ORDER* by Methode Electronics, Inc.. (Attachments: # (1) Exhibit 1 - Methode Electronics, Inc.'s Reply in Support of Its Objection to Magistrate Judge Morgan's Order) (Holleman, Todd) | |
| 57 | *Filed & Entered:*             01/04/2010 | Order |
| | *Docket Text:* ORDER setting aside re [47] Protective Order. THE COURT WILL HOLD A HEARING ON JANUARY 8, 2010 AT 3 PM ON PLAINTIFF/COUNTER-DEFENDANT METHODE ELECTRONICS, INC.S TIMELY-FILED OBJECTIONS TO MAGISTRATE JUDGE MORGANS NOVEMBER 17, 2009 OPINION AND ORDER Signed by District Judge Paul D Borman. (DGoo) | |
| | *Filed & Entered:*             01/08/2010 | Miscellaneous Hearing |
| | *Docket Text:* Minute Entry - Miscellaneous Hearing held on 1/8/2010 Re: [44] Objection, filed by Methode Electronics, Inc. before District Judge Paul D Borman. Disposition: taken under advisement(Court Reporter Lizza) (DGoo) | |
| 58 | *Filed & Entered:*             01/08/2010 | Stipulation and Order |
| | *Docket Text:* STIPULATION AND ORDER CONSOLIDATING ACTIONS Signed by District Judge Paul D Borman. (DGoo) | |
| 59 | *Filed & Entered:*             01/11/2010 | Notice (Other) |
| | *Docket Text:* NOTICE by Methode Electronics, Inc. *WITHDRAWAL OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT* Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (Holleman, Todd) Modified on 1/11/2010 (CGre). [WRONG EVENT USED] | |
| 60 | *Filed & Entered:*             01/13/2010 | Transcript |
| | *Docket Text:* TRANSCRIPT of Hearing On Plaintiff's Objection To Magistrate Judge's Protective Order held on 01/08/2010. (Court Reporter/Transcriber: Leann S. Lizza) (Number of Pages: 41) Redaction Request due 2/3/2010. Redacted Transcript Deadline set for 2/16/2010. Release of Transcript Restriction set for 4/13/2010. Transcript may be viewed at the court public terminal or | |

| | | |
|---|---|---|
| | purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (Lizza, L.) | |
| 61 | *Filed & Entered:* 01/13/2010 | Notice of Filing Transcript |
| | *Docket Text:* Notice of Filing Transcript. Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (Lizza, L.) | |
| 62 | *Filed & Entered:* 01/19/2010 | Order |
| | *Docket Text:* OPINION and ORDER affirming and modifying Magistrate Judge's November 17, 2009 Opinion and Order; Denying Methode's objections to Magistrate Judge's November 17, 2009 Opinion and Order. Signed by District Judge Paul D Borman. Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (McGee, R) | |
| 63 | *Filed & Entered:* 01/22/2010 | Stipulation and Order |
| | *Docket Text:* STIPULATION AND ORDER re (1 in 2:09-cv-14303-PDB-VMM)extending time to respond Complaint,,, Signed by District Judge Paul D Borman. Associated Cases: 2:09-cv-14303-PDB-VMM, 2:09-cv-13078-PDB-VMM (DGoo) | |
| 64 | *Filed & Entered:* 01/26/2010 | Attorney Appearance |
| | *Docket Text:* ATTORNEY APPEARANCE: Heather R. Bozimowski appearing on behalf of Methode Electronics, Inc. Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (Bozimowski, Heather) | |
| 65 | *Filed & Entered:* 02/05/2010 | Answer to Complaint |
| | *Docket Text:* ANSWER to Complaint with Affirmative Defenses with Jury Demand, COUNTERCLAIM filed by Methode Electronics, Inc. against Delphi Automotive Systems, LLC by Methode Electronics, Inc. Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (JPur) | |
| 66 | *Filed & Entered:* 02/08/2010 | Exhibit |
| | *Docket Text:* EXHIBIT *A* re (65 in 2:09-cv-13078-PDB-VMM) Answer to Complaint, (26 in 2:09-cv-14303-PDB-VMM, 26 in 2:09-cv-14303-PDB-VMM) Answer to Complaint,, Counterclaim, by Methode Electronics, Inc. Associated Cases: 2:09-cv-14303-PDB-VMM, 2:09-cv-13078-PDB-VMM (Wolfe, Charles) | |
| 67 | *Filed & Entered:* 03/01/2010 | Answer (Free) |
| | *Docket Text:* ANSWER to (65 in 2:09-cv-13078-PDB-VMM) Answer to Complaint, (26 in 2:09-cv-14303-PDB-VMM, 26 in 2:09-cv-14303-PDB-VMM) Answer to Complaint,, Counterclaim, by Delphi Automotive Systems, LLC. (Attachments: # (1) Exhibit A - U.S. Patent No. 6,101,436) Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (Rechtien - NOT SWORN, Timothy)[ANSWER TO COUNTERCLAIM] Modified on 3/2/2010 (DPer). | |
| 68 | *Filed & Entered:* 03/03/2010 | Memorandum Opinion & Order |
| | *Docket Text:* [STRICKEN] CORRECTED OPINION and ORDER Granting in Part(31 in 2:09-cv-13078-PDB-VMM)Delphi's MOTION for Protective Order, and Denying (30 in 2:09-cv-13078-PDB-VMM) Methode's MOTION for Protective Order - Signed by Magistrate Judge Virginia M Morgan. Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (JJoh) Modified on 3/3/2010 (DGoo). | |
| 69 | *Filed & Entered:* 03/03/2010 | Order to Strike |
| | *Docket Text:* ORDER to Strike (29 in 2:09-cv-14303-PDB-VMM) Memorandum Opinion & Order,. Signed by District Judge Paul D Borman. Associated Cases: 2:09-cv-13078-PDB-VMM, | |

| 70 | 2:09-cv-14303-PDB-VMM (DGoo) | | |
|---|---|---|---|
| | *Filed & Entered:* | 03/16/2010 | Protective Order |
| | *Docket Text:* PROTECTIVE ORDER Signed by District Judge Paul D Borman. Associated Cases: 2:09-cv-13078-PDB-VMM, 2:09-cv-14303-PDB-VMM (DGoo) | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/19/2010 10:07:33 | | | |
| PACER Login: | wl0008 | Client Code: | 05326-0500Lees |
| Description: | History/Documents | Search Criteria: | 2:09-cv-13078-PDB-VMM |
| Billable Pages: | 7 | Cost: | 0.56 |