# EXHIBIT R

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Methode Electronics, Inc., | : |
| | : |
| PLAINTIFF, | : |
| | : Civil Action No.: 09-CV-13078 |
| v. | : *Jury Trial Demanded* |
| | : |
| Delphi Automotive Systems LLC, | : |
| | : |
| and | : Judge Paul D. Borman |
| | : |
| Marian, Incorporated, | : Magistrate Judge Virginia M. Morgan |
| | : |
| DEFENDANTS, | : |
| | : |
| AND RELATED COUNTERCLAIMS. | : |

| | |
|---|---|
| Delphi Automotive Systems, LLC | : |
| | : |
| Plaintiff, | : Civil Action No. 2:09-cv-14303 |
| | : |
| v. | : |
| | : Hon. Paul Borman |
| Methode Electronics, Inc., | : |
| | : |
| Defendant. | : |
| | : |

## STIPULATED ORDER CONSOLIDATING ACTIONS

This matter having come before the Court on the agreement of all parties in the above-captioned actions that these actions should be consolidated for all purposes pursuant to Fed. R. Civ. P. 42(a) because they both involve a common controlling issue of law or fact, and this order resolving Methode Electronics Inc.'s Motion to Dismiss in case no. 14303 and Methode Electronics, Inc.'s Motion for Leave to Amend in case no. 13078;

NOW, THEREFORE:

**IT IS HEREBY ORDERED** that the above actions shall be and hereby are consolidated for all purposes, with Methode Electronics, Inc. as the Plaintiff in the consolidated action. The Schedule attached as Exhibit A hereto shall govern the consolidated action.

                                                 S/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: January 8, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 8, 2010.

                                                 S/Denise Goodine
                                                 Case Manager

The above Order Consolidating Actions is stipulated and agreed to by:

| | |
|---|---|
| Dated: January 11, 2010 | By: /s/ Charles R. Wolfe, Jr. |
| Thomas Cranmer | Charles R. Wolfe, Jr. |
| Todd Holleman | Katherine Barecchia |
| MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. | BLANK ROME LLP |
| 150 West Jefferson, Suite 2500 | 600 New Hampshire Ave. N.W. |
| Detroit, MI 48226 | Washington, DC 20037 |
| 313.496.7668 | 202.772.5841 |
| cranmer@millercanfield.com | Wolfe@BlankRome.com |
| holleman@millercanfield.com | Barecchia@BlankRome.com |
| | *Attorneys for Methode Electronics, Inc.* |

|  |  |
|---|---|
| Dated:  January 11, 2010 | By:   /s/ (with consent) Binal J. Patel |

Joseph E. Papelian
  joseph.e.papelian@delphi.com
William Cosnowski, Jr.
  william.cosnowski.jr@delphi.com
Delphi Corporation
5725 Delphi Dr.
M/C 483.400.554
Troy, MI 48098
Tel:  248-813-3309
Fax: 248-813-1122

Charles W. Shifley
  cshifley@bannerwitcoff.com
Binal J. Patel
  bpatel@bannerwitcoff.com
Matthew P. Becker
  mbecker@bannerwitcoff.com
Timothy J. Rechtien
  trechtien@bannerwitcoff.com
BANNER & WITCOFF, LTD.
10 South Wacker Dr., Suite 2000
Chicago, Illinois 60606
Tel:  312.463.5000
Fax:  312.463.5001

*Attorneys for Delphi Automotive Systems, LLC, DPH-DAS, LLC, and Marian, Inc.*

## CERTIFICATE OF SERVICE

1.  I hereby certify that on January 11, 2010, I electronically submitted the foregoing paper with the Clerk of the Court using the ECF system and the Court will send notification of such filing to the following parties:

| | |
|---|---|
| Binal Patel | bpatel@bannerwitcoff.com |
| Charles R. Wolfe, Jr. | wolfe@blankrome.com |
| Charles W. Shifley | cshifley@bannerwitcoff.com |
| Joseph E. Papelian | joseph.e.papelian@delphi.com |
| Katherine P. Barecchia | barecchia@blankrome.com |
| Marcy L. Rosen | rosen@millercanfield.com |
| Thomas W. Cranmer | cranmer@millercanfield.com, |
| Timothy J. Rechtien | trechtien@bannerwitcoff.com |
| Todd A. Holleman | holleman@millercanfield.com, |
| William Cosnowski, Jr. | william.cosnowski.jr@delphi.com |

2.  Also, on January 11, 2010, I served the following party by U.S. First Class Mail:

Matthew P. Becker, Esq.
Banner & Witcoff, Ltd.
10 South Wacker Drive, Suite 3000
Chicago, IL 60606

3.  Said services were made by enclosing the aforementioned documents in a postage paid, correctly addressed, sealed wrapper and deposited in an official receptacle of the U.S. Post Office, in the County of Wayne, Michigan.


By: /s/ Charles R. Wolfe, Jr._____

# EXHIBIT A

## PROPOSED SCHEDULING ORDER

| Event | |
|---|---|
| The parties shall exchange evidence related to conception and reduction to practice | January 15, 2010 or 5 days after entry of the protective order, whichever is later |
| The accused infringers shall disclose any invalidity contentions | January 29, 2010 or 19 days after entry of the protective order, whichever is later |
| The parties shall exchange their respective versions of proposed terms and claim elements for construction in the form of jury instructions | March 29, 2010 |
| The parties shall disclose any extrinsic evidence in support of their respective claim constructions. As to any experts so disclosed, a Rule 26(a)(2) shall be included as part of the disclosure. Discovery as to extrinsic evidence shall be on an expedited basis. | April 14, 2010 |
| Any modification to the proposed terms and claim elements for construction | May 3, 2010 |
| The parties shall file their opening memoranda in support of their respective versions of claim construction along with any exhibits to be offered during the *Markman* hearing and a list of witnesses who will be called to testify at | May 31, 2010 |

| Event | |
|---|---|
| the hearing. (In addition to any lay witnesses called, each side is limited to no more than one expert witness.) | |
| The parties shall file their memoranda in opposition to the other parties' opening claim construction memoranda | June 21, 2010 |
| The parties shall file and serve any tutorials they wish to present during the *Markman* hearing | **10 days** prior to the *Markman* hearing |
| The cutoff of any other fact discovery | **August 16, 2010** or **60 days** after entry of the Court's *Markman* Order (whichever is later) |
| The party bearing the burden of proof for an issue shall serve its opening expert report | **September 17, 2010** or **90 days** after entry of the Court's *Markman* Order (whichever is later) |
| The parties shall exchange rebuttal expert reports | **October 18, 2010** or **120 days** after entry of the Court's *Markman* Order (whichever is later) |
| Depose any other party's expert(s) | **November 19, 2010** or **150 days** after entry of the Court's *Markman* Order (whichever is later) |
| Any dispositive motions | **December 17, 2010** or **30 days** following the close of expert discovery (whichever is later) |
| The final pretrial order | **March 18, 2011** or **90 days** from the deadline for dispositive motions (whichever is later) |

| Event | |
|---|---|
| The final pretrial conference. | A date to be set by the Court |
| Trial | A date to be set by the Court |

17591059.1\143174-00001