# EXHIBIT T

Order documents from our nationwide document retrieval service.
- OR - Call 1.866.540.8818.

# Michigan Circuit Court

### MI Circuit - Oakland

## 2008095518CK

### DELPHI AUTOMOTIVE SYSTEMS vs. METHODE ELECTRONICS INC

This case was retrieved from the court on Monday, April 19, 2010

## Header

| | |
|---:|:---|
| Case Number: | 2008095518CK |
| Date Filed: | 10/23/2008 |
| Date Full Case Retrieved: | 04/19/2010 |

[Summary] [Participants] [Proceedings] [Additional Case Information]

## Summary

### No Information is Available for this case

Back to Top

## Participants

| Litigants | Attorneys |
|---|---|
| Delphi Automotive Systems<br>Plaintiff | Thomas S. Bishoff<br>Bar #: 53753 |
| None<br>Plaintiff | Stephen W. King<br>Bar #: 56456 |
| Dphdas<br>Plaintiff | Rodney R. Rodavich<br>Bar #: 57353 |
| Dph Das<br>Plaintiff | Rodney R. Rodavich<br>Bar #: 57353 |
| Methode Electronics Inc<br>Defendant | Gary Edward Steinbauer<br>Bar #: 69789 |
| None<br>Defendant | Ann Marie Walsh<br>Bar #: 99998 |
| None<br>Defendant | Helen Din<br>Bar #: 99998 |
| None<br>Defendant | Larry Scott Perlman<br>Bar #: 71698 |

Back to Top

## Proceedings

| Date | Details |
|---|---|
| 10/23/2008 | Complaint Filed<br>Code: C |
| 10/23/2008 | Summons Issued |

| Date | Entry |
|---|---|
| 10/23/2008 | Motion Filed Emerg/Temp Ro/Prelim Inj/Possession/Brf |
| | Code: Si |
| | Code: Mtn |
| 10/24/2008 | P/S on Summons Filed 10/24/08 |
| | Code: Sum |
| 10/27/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 10/27/2008 | P/S on Summons Filed 10/24/08 |
| | Code: Sum |
| 10/29/2008 | Motion Praecipe Filed For 11052008 Judge 07 |
| | Code: Mpr |
| 10/30/2008 | P/S on Summons Filed 10/24/08 |
| | Code: Sum |
| 11/03/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 11/03/2008 | Notice of Hearing Filed |
| | Code: Noh |
| 11/03/2008 | Motion Filed Dft/Admit Ann Marie Walsh Pro Hac Vice |
| | Code: Mtn |
| 11/03/2008 | Brief Filed Dft/Sppt Mtn Admit Pro Hac Vice |
| | Code: Brf |
| 11/04/2008 | Motion Praecipe Filed For 11122008 Judge 07 |
| | Code: Mpr |
| 11/05/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 11/05/2008 | Motion Praecipe Filed For 11122008 Judge 07 |
| | Code: Mpr |
| 11/07/2008 | Brief Filed Dft/Oppose to Mtn For Prelim Inj |
| | Code: Brf |
| 11/07/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 11/10/2008 | Brief Filed Suppt of Delphi Emrgency Mtn |
| | Code: Brf |
| 11/10/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 11/12/2008 | Motion Emergency Tro, Prelim Inj Tua |
| | Code: M |
| 11/12/2008 | Defense Motion Admit Ann Walsh Pro Hac Vice Grtd |
| | Code: Dm |
| 11/13/2008 | Order Filed For Admssn Pro Hac Vice |
| | Code: Ord |
| 11/19/2008 | Opinion Issued M For Prelim Injunction And; |
| | Code: Oi |
| 11/19/2008 | For Poss Pend Final Judg Denied |
| 11/19/2008 | Opinion Filed /Ord |
| | Code: Opn |
| 11/21/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 11/21/2008 | Answer to Complaint Filed Methode/Afm |
| | Code: Atc |
| 12/05/2008 | Amended Complaint Filed Delphi |
| | Code: Amc |
| 12/05/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 12/26/2008 | Answer Filed to Amc & Afm/Methode |
| | Code: Ans |
| 12/26/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |

| Date | Entry |
|---|---|
| 12/30/2008 | Affidavit/Proof of Service Filed Amd |
| | Code: Pos |
| 12/30/2008 | Verification of Timothy R Glandon Filed |
| | Code: Oth |
| 12/30/2008 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 01/03/2009 | Scheduling Order Written |
| | Code: Sop |
| 01/03/2009 | 06/25/2009 Expert Date. |
| 01/03/2009 | 08/24/2009 Case Evaluation Date. |
| 01/03/2009 | 06/25/2009 Witness Date. |
| 01/03/2009 | 09/23/2009 Motion Date. |
| 01/03/2009 | 07/24/2009 Discovery Date. |
| 01/03/2009 | 11/20/2009 Trial Date. |
| 01/03/2009 | Date Set For Trial on 11202009 08 30 AM |
| | Code: Apr |
| 01/07/2009 | Scheduling Order Filed |
| | Code: So |
| 01/09/2009 | Answer Filed Methode/To Amd Complt/Afm/Ctrclm |
| | Code: Ans |
| 01/09/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 01/14/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 01/15/2009 | Letter Filed Enclsng Exhs |
| | Code: Let |
| 02/02/2009 | Answer Filed Delphi/To Cntr Claim/Afm |
| | Code: Ans |
| 01/30/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 02/03/2009 | Date Set For Erly Intrv on 03132009 11 30 AM |
| | Code: Apr |
| 02/04/2009 | Civil Eic Notice And Order Filed |
| | Code: Eio |
| 03/05/2009 | Stip/Ord Filed Cancel Eiv Conf |
| | Code: Sto |
| 05/13/2009 | Request Filed Methode/1st to Admit |
| | Code: Req |
| 05/13/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 05/20/2009 | Motion Praecipe Filed For 05272009 Judge 07 |
| | Code: Mpr |
| 05/20/2009 | Notice of Hearing Filed |
| | Code: Noh |
| 05/20/2009 | Motion Filed For Protect Order/Extend Dates/Delphi |
| | Code: Mtn |
| 05/20/2009 | Brief Filed Sppt Mtn Protect Order/Extend Dates/Delphi |
| | Code: Brf |
| 05/20/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 05/27/2009 | Motion Praecipe Filed For 06032009 Judge 07 |
| | Code: Mpr |
| 05/26/2009 | Notice of Hearing Filed |
| | Code: Noh |
| 05/26/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 05/27/2009 | Stip/Ord Filed re Disc Responses |
| | Code: Sto |

| Date | Entry |
|---|---|
| 06/01/2009 | Response Filed to Mtn Protective Ord/Methode |
|  | Code: Res |
| 06/01/2009 | Affidavit/Proof of Service Filed |
|  | Code: Pos |
| 06/02/2009 | Brief Filed Sppt Mtn Protective Order/Extend Dates/Plf |
|  | Code: Brf |
| 06/02/2009 | Affidavit/Proof of Service Filed |
|  | Code: Pos |
| 06/04/2009 | Request Filed Plf/To Admt |
|  | Code: Req |
| 06/04/2009 | Affidavit/Proof of Service Filed |
|  | Code: Pos |
| 06/05/2009 | Scheduling Order Filed |
|  | Code: So |
| 06/05/2009 | Date Set For Case Eval on 08242009 10:40 AM |
|  | Code: Apr |
| 06/12/2009 | Reply Filed Dft/To Proposed Protective Ord |
|  | Code: Rep |
| 06/12/2009 | Affidavit/Proof of Service Filed |
|  | Code: Pos |
| 06/16/2009 | Motion Filed Leave to File 2nd Amd Cmplnt/Plf |
|  | Code: Mtn |
| 06/16/2009 | Affidavit/Proof of Service Filed |
|  | Code: Pos |
| 06/16/2009 | Notice of Hearing Filed |
|  | Code: Noh |
| 06/16/2009 | Brief Filed Suppt Mtn Leave to File 2nd Amc |
|  | Code: Brf |
| 06/17/2009 | Motion Praecipe Filed For 06242009 Judge 07 |
|  | Code: Mpr |
| 06/17/2009 | Motion Praecipe Filed For 06242009 Judge 07 |
|  | Code: Mpr |
| 06/16/2009 | Affidavit/Proof of Service Filed |
|  | Code: Pos |
| 06/16/2009 | Brief Filed Suppl/Suppt Mtn Protective Ord |
|  | Code: Brf |
| 06/19/2009 | Response Filed Methode/To Mtn For Leave File 2nd Amc |
|  | Code: Res |
| 06/19/2009 | Affidavit/Proof of Service Filed |
|  | Code: Pos |
| 06/24/2009 | Motion Leave to File Amended Grtd |
|  | Code: M |
| 06/24/2009 | Motion Protective Order Tua |
|  | Code: M |
| 06/30/2009 | Adjourn For Investigation/Discovery |
|  | Code: Aid |
| 06/30/2009 | Adj-Counsel 11202009 to 02222010 by Notice |
|  | Code: Apc |
| 06/30/2009 | Date Set For Trial on 02222010 08 30 AM 07 |
|  | Code: Apr |
| 06/30/2009 | Adjourn For Investigation/Discovery |
|  | Code: Aid |
| 06/30/2009 | Adj-Counsel 02222010 to 04192010 by Notice |
|  | Code: Apc |
| 06/30/2009 | Date Set For Trial on 04192010 08 30 AM Y 07 |
|  | Code: Apr |
| 06/30/2009 | Adjourned Per Case Evaluation Clerk From 08242009 |
|  | Code: Apm |

| Date | Entry |
|---|---|
| 06/30/2009 | Date Set For Case Eval on 11052009 no Time Set |
| | Code: Apr |
| 06/30/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 06/30/2009 | Brief Filed Plf/Suppl/In Suppt of Mtn Protective Ord |
| | Code: Brf |
| 07/02/2009 | Stip/Ord Filed re Disc Res |
| | Code: Sto |
| 07/02/2009 | Order Filed re Plf Mtn Leave File 2nd Amc/Extend so |
| | Code: Ord |
| 07/02/2009 | Response Filed Dft/To 2nd Supplemental Brf |
| | Code: Res |
| 07/06/2009 | Response Filed Plf/To Interrog/Req Productn/Admt |
| | Code: Res |
| 07/07/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 07/08/2009 | Adjourned Per Case Evaluation Clerk From 11052009 |
| | Code: Apm |
| 07/08/2009 | Date Set For Case Eval on 01122010 no Time Set |
| | Code: Apr |
| 07/13/2009 | Response Filed Plf/To Req to Admit |
| | Code: Res |
| 07/13/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 07/22/2009 | Opinion Issued M Protective Order Grtd |
| | Code: Oi |
| 07/22/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 07/21/2009 | Amended Complaint Filed 2nd Amd |
| | Code: Amc |
| 07/23/2009 | Opinion Filed & Ord/Grnt Plf Mtn For Protective Ord/Po |
| | Code: Opn |
| 07/29/2009 | Order Filed Final Pretrial |
| | Code: Ord |
| 08/11/2009 | Order Filed Protective |
| | Code: Ord |
| 08/13/2009 | Answer Filed Dft/To Amd/Suppl Complt/Afm/Cmc Clm |
| | Code: Ans |
| 08/13/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 08/19/2009 | Motion Praecipe Filed For 08262009 Judge 07 |
| | Code: Mpr |
| 08/19/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 08/19/2009 | Notice of Hearing Filed |
| | Code: Noh |
| 08/19/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 08/19/2009 | Motion Filed Methode/Correct Errors |
| | Code: Mtn |
| 08/21/2009 | Brief Filed Plf/To Mtn Correct Errors |
| | Code: Brf |
| 08/21/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 08/21/2009 | Jury Demand Filed |
| | Code: Jd |
| 08/21/2009 | Affidavit/Proof of Service Filed |

| Date | Description |
|---|---|
| 08/26/2009 | Code: Pos |
| | Motion Amend Opinion of 07/23/09 Grntd |
| | Code: M |
| 08/25/2009 | Jury Demand Filed |
| | Code: Jd |
| 08/25/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 08/27/2009 | Opinion Issued M Protective Order Grtd |
| | Code: Oi |
| 08/28/2009 | Opinion Filed & Ord |
| | Code: Opn |
| 09/02/2009 | Motion Praecipe Filed For 09092009 Judge 07 |
| | Code: Mpr |
| 09/02/2009 | Motion Praecipe Filed For 09092009 Judge 07 |
| | Code: Mpr |
| 09/02/2009 | Motion Praecipe Filed For 09092009 Judge 07 |
| | Code: Mpr |
| 09/02/2009 | Dfts Brief Suppt Mtn Tro Filed Under Seal-Mr |
| 09/02/2009 | Notice Sent to Supreme Ct/Scao MR |
| 09/02/2009 | Motion Filed Dft/For Temp RO & Prelim Inj/Pos |
| | Code: Mtn |
| 09/02/2009 | Notice of Hearing Filed |
| | Code: Noh |
| 09/02/2009 | Motion Filed Dft/For Leave to Exceed Page Limit/Pos |
| | Code: Mtn |
| 09/02/2009 | Notice of Hearing Filed |
| | Code: Noh |
| 09/02/2009 | Motion Filed Dft/To Admit Pro Hac Vice/Pos |
| | Code: Mtn |
| 09/02/2009 | Notice of Hearing Filed |
| | Code: Noh |
| 09/02/2009 | Brief Filed Dft/In Suppt of Mtn Leave Exceed Page Limi |
| | Code: Brf |
| 09/02/2009 | Brief Filed Dft/In Suppt of Mtn to Admit Pro Hac Vice |
| | Code: Brf |
| 09/03/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 09/03/2009 | Answer Filed Plf/To Cntr Clm/Afm |
| | Code: Ans |
| 09/04/2009 | Affidavit Filed of Kenneth Beteet |
| | Code: Aff |
| 09/04/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 09/08/2009 | Brief Filed Plf/Oppose Mtn For Temp RO & Prelim Inj |
| | Code: Brf |
| 09/08/2009 | Notice of Hearing Filed |
| | Code: Noh |
| 09/08/2009 | Motion Filed Plf/For Leave Exceed Page Limit |
| | Code: Mtn |
| 09/08/2009 | Brief Filed Plf/Suppt Mtn For Leave Exceed Page Limit |
| | Code: Brf |
| 09/08/2009 | Affidavit/Proof of Service Filed |
| | Code: Pos |
| 09/09/2009 | Defense Motion Pro Hace Vice Helen Din Grntd |
| | Code: Dm |
| 09/10/2009 | Opinion Issued DM Prelim Injunction Denied |
| | Code: Oi |
| 09/10/2009 | Order Filed Admit Pro Hac Vice For Methode |

| Date | Entry |
|---|---|
| 09/10/2009 | Opinion Filed & Ord |
| | Code: Ord |
| | Code: Opn |
| 10/09/2009 | Notice Filed W/Draw Delphi Co Counsel/Pos |
| | Code: Ntc |
| 10/19/2009 | Adjourned Per Case Evaluation Clerk From 01122010 |
| | Code: Apm |
| 10/19/2009 | Date Set For Case Eval on 01052010 no Time Set |
| | Code: Apr |
| 10/20/2009 | Motion Praecipe Filed For 10282009 Judge 07 |
| | Code: Mpr |
| 10/20/2009 | Notice of Hearing Filed |
| | Code: Noh |
| 10/20/2009 | Motion Filed Compel Disc/Brf/Pos/Plf |
| | Code: Mtn |
| 10/27/2009 | Motion Praecipe Filed For 11042009 Judge 07 |
| | Code: Mpr |
| 10/27/2009 | Notice of Hearing Filed /Pos |
| | Code: Noh |
| 10/28/2009 | Motion Praecipe Filed For 11042009 Judge 07 |
| | Code: Mpr |
| 10/28/2009 | Motion Filed Ext so Dates/Brf/Noh/Pos/Joint |
| | Code: Mtn |
| 11/02/2009 | Brief Filed Dft/In Res to Delphi Mtn/Pos |
| | Code: Brf |
| 11/02/2009 | Notice of Hearing Filed /Pos |
| | Code: Noh |
| 11/02/2009 | Notice of Hearing Filed /Pos |
| | Code: Noh |
| 11/02/2009 | Brief Filed Amd/Res Mtn Compel/Pos |
| | Code: Brf |
| 11/03/2009 | Motion Praecipe Filed For 11182009 Judge 07 |
| | Code: Mpr |
| 11/03/2009 | Motion Praecipe Filed For 11182009 Judge 07 |
| | Code: Mpr |
| 11/04/2009 | Notice Filed of App/Pos/Delphi |
| | Code: Ntc |
| 11/04/2009 | Notice Filed W/Drawal of Counsel/Pos |
| | Code: Ntc |
| 11/04/2009 | Appearance Filed Dft/Pos |
| | Code: App |
| 11/06/2009 | Date Set For Case Eval on 01052010 9:00 AM |
| | Code: Apr |
| 11/13/2009 | Motion Filed Leave Ptn Ohio Ct/Pos/Dft |
| | Code: Mtn |
| 11/16/2009 | Notice of Hearing Filed /Pos |
| | Code: Noh |
| 11/16/2009 | Motion Praecipe Filed For 12022009 Judge 07 |
| | Code: Mpr |
| 11/18/2009 | Notice of Hearing Filed /Pos |
| | Code: Noh |
| 11/18/2009 | Motion Praecipe Filed For 12022009 Judge 07 |
| | Code: Mpr |
| 11/19/2009 | Adjourn For Investigation/Discovery |
| | Code: Aid |
| 11/19/2009 | Adj-Counsel 04192010 to 07192010 by Order |
| | Code: Apc |
| 11/19/2009 | Date Set For Trial on 07192010 08 30 AM Y 07 |

| Date | Entry |
|---|---|
| 11/19/2009 | Order Filed re Ext so Dates |
| | Code: Ord |
| 11/18/2009 | Motion Extend so Dates Grntd |
| | Code: M |
| 11/19/2009 | Adjourned Per Case Evaluation Clerk From 01052010 |
| | Code: Apm |
| 11/19/2009 | Date Set For Case Eval on 04262010 no Time Set |
| | Code: Apr |
| 11/25/2009 | Response Filed Mtn Leave Ptn Crt Issue Sbpoena/Pos/Plf |
| | Code: Res |
| 11/25/2009 | Motion Praecipe Filed For 12022009 Judge 07 |
| | Code: Mpr |
| 11/25/2009 | Motion Filed Compel Disc/Br/Noh/Pos/Dft |
| | Code: Mtn |
| 11/30/2009 | Exhibit B to Plfs Response Filed Under Seal-Mr |
| 11/30/2009 | Notice of Hearing Filed /Pos |
| | Code: Noh |
| 11/30/2009 | Motion Praecipe Filed For 12092009 Judge 07 |
| | Code: Mpr |
| 11/30/2009 | Motion Praecipe Filed For 12092009 Judge 07 |
| | Code: Mpr |
| 11/30/2009 | Notice of Hearing Filed /Pos |
| | Code: Noh |
| 11/30/2009 | Notice of Hearing Filed /Pos |
| | Code: Noh |
| 12/02/2009 | Stip/Ord Filed W/Drawal Counsel |
| | Code: Sto |
| 12/04/2009 | Notice Filed Name Change/Pos/Plf |
| | Code: Ntc |
| 12/04/2009 | Motion Filed Dismiss or Enjoin/Brf/Noh/Pos/Plf |
| | Code: Mtn |
| 12/04/2009 | Notice of Hearing Filed Amd/Pos |
| | Code: Noh |
| 12/07/2009 | Motion Praecipe Filed For 01062010 Judge 07 |
| | Code: Mpr |
| 12/07/2009 | Notice of Hearing Filed Corrected/Pos |
| | Code: Noh |
| 12/07/2009 | Brief Filed in Oppt to Mtn to Compel Disc/Pos/Plf |
| | Code: Brf |
| 12/23/2009 | Brief Filed Methode/In Res to Mtn Dismiss/Pos |
| | Code: Brf |
| 12/23/2009 | Brief Filed in Response to Mtn to Dismiss/Pos/Methode |
| | Code: Brf |
| 01/05/2010 | Reply Filed to Dft Brf Res Mtn Dismiss/Pos/Plf |
| | Code: Rep |
| 01/06/2010 | Motion Dismiss Tua |
| | Code: M |
| 01/20/2010 | Opinion Issued M Dismiss Held in Abeyance |
| | Code: Oi |
| 01/20/2010 | Opinion Filed & Ord re Mtn Dismiss/Enjoin Proceed/Pos |
| | Code: Opn |
| 02/05/2010 | Date Set For Case Eval on 04262010 10:40 AM |
| | Code: Apr |
| 02/09/2010 | Brief Filed in Suppt of Mtn/Pos/Plf |
| | Code: Brf |
| 02/10/2010 | Brief Filed Supplmntl to Mtn Dismiss/Pos/Methodes |
| | Code: Brf |

| | |
|---|---|
| 02/24/2010 | Opinion Filed & Ord Grt Delphi Mtn Dismiss/Pos |
| | Code: Opn |
| 02/24/2010 | Opinion Issued Dismiss or Enjoin Proceedings Grtd |
| | Code: Oi |
| 03/10/2010 | Motion Praecipe Filed For 03172010 Judge 07 |
| | Code: Mpr |
| 03/10/2010 | Motion Filed Dft Clarify 2/24/10 Ord/Noh/Pos |
| | Code: Mtn |
| 03/18/2010 | Stip/Ord Filed Clarify Relief Grant 02/24/10 |
| | Code: Sto |

[Back to Top]

## Additional Case Information

Case E-filed: YES

[Back to Top]

Copyright © 2010 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***