# EXHIBIT U

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

DELPHI AUTOMOTIVE SYSTEMS, LLC,
a Delaware limited liability company,

        Plaintiff/Counter-Defendant,      Civil Action No.: 08-095518-CK

vs.                                            Hon. Nanci J. Grant

METHODE ELECTRONICS, INC.,

        Defendant/Counter-Plaintiff.

---

| | |
|---|---|
| Thomas S. Bishoff (P53753) | John R. Trentacosta (P31856) |
| Stephen W. King (P56456) | Gary E. Steinbauer (P69789) |
| Attorneys for Delphi | Attorneys for Methode |
| Dykema Gossett PLLC | Foley & Lardner LLP |
| 400 Renaissance Center, 35th Floor | 500 Woodward Avenue, Suite 2700 |
| Detroit, Michigan 48243 | Detroit, Michigan 48226-3489 |
| (313) 568-5341 | (313) 234-7100 |
| | |
| | Ann Marie Walsh |
| | Admitted *pro hac vice* |
| | Co-Counsel for Defendant Methode |
| | Locke Lord Bissell & Liddell LLP |
| | 111 South Wacker Drive |
| | Chicago, Illinois 60606 |
| | (312) 443-0654 |

---

## ORDER REGARDING EXTENSION OF SCHEDULING ORDER DATES

At a session of said Court, held in the City of Pontiac, County of Oakland, State of Michigan on  NOV 19 2009

PRESENT: Honorable Nanci J. Grant, Circuit Court Judge

The matter having come before the Court on the Parties' Joint Motion to Extend Scheduling Order Dates and the Court otherwise being advised on the premises,

**IT IS HEREBY ORDERED THAT** the Parties' Motion is granted.

**IT IS FURTHER ORDERED THAT** the Court's July 1, 2009 Scheduling Order is modified as follows:

| Event | Old Date | New Date |
| --- | --- | --- |
| Discovery shall be completed by: | 12/23/2009 | **3/23/2010** |
| Each party shall submit a witness and exhibit list to opposing counsel and the Court by: | 11/20/2009 | **2/18/2010** |
| This case shall be mediated on: | January 2010 | **April 2010** |
| This case shall be tried on: | 4/19/2010 | **7/19/2010** |
| All dispositive motions and motions in limine shall be heard by: | 2/17/2010 | **5/18/2010** |
| All parties shall name their experts by: | 11/20/2009 | **2/18/2010** |

**SO ORDERED.**

_____
HONORABLE NANCI J. GRANT
Circuit Court Judge

Received for Filing Oakland County Clerk 2009 NOV 19 AM 09:22

2