# EXHIBIT Y

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

DAS-DPH LLC (f/n/a DELPHI
AUTOMOTIVE SYSTEMS LLC),
a Delaware limited liability company,,

    Plaintiff/Counter-Defendant,           Case No. 08-095518-CK

vs.           Hon. Nanci J. Grant

METHODE ELECTRONICS, INC.,

    Defendant/Counter-Plaintiff.

---

**STIPULATED ORDER CLARIFYING THE RELIEF GRANTED IN
THE COURT'S ORDER AND OPINION OF FEBRUARY 24, 2010**

At session of said Court, held in the city of Pontiac, Oakland County, Michigan, on    MAR 17 2010   .

Present: Hon.    Nanci J. Grant   
                Circuit Court Judge

This matter having come before the Court upon the stipulation of the parties, DAS-DPH LLC ("DPH") and Methode Electronics, Inc. ("Methode"); the parties having agreed to stipulate, pursuant to MCR 2.612(A), to clarify the relief granted in the Court's Order and Opinion dated February 24, 2010; the Court being otherwise informed of the premises:

**IT IS ORDERED** that the first paragraph on Page 2 of the Court's Order and Opinion dated February 24, 2010 is revised as follows:

- "This matter comes before the Court on Plaintiff's motion to dismiss or, in the alternative, enjoin proceedings. Since the filing of its motion, DPH withdrew its motion to dismiss without prejudice and proceeded on its motion to enjoin only. For the following reasons, DPH's Motion to Enjoin these proceedings is granted."

**IT IS FURTHER ORDERED** that the last paragraph on Page 3 of the Court's Order and Opinion dated February 24, 2010 is revised as follows:

- "DPH's motion is granted to the extent it seeks to enjoin proceedings before this Court. The proceedings before this Court are enjoined until further order of the bankruptcy court."

                              /s/ Judge Nanci J. Grant   TP
DETR_1389504.1                              Circuit Court Judge

Received for Filing Oakland County Clerk 2010 MAR 18 AM 08:50

**STIPULATED AS TO FORM AND CONTENT:**

Received for Filing Oakland County Clerk 2010 MAR 18 AM 08:50

/s/ *Thomas S. Bishoff (w/ consent)*
Thomas S. Bishoff (P53753)
Stephen W. King (P56456)
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-5341
*Attorneys for Plaintiff/Counter-Defendant*

Dated: March 16, 2010

/s/ *Larry S. Perlman*
Ann Marie Walsh (admitted *pro hac vice*)
Helen Din (admitted *pro hac* vice)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0654
*Attorneys for Defendant/Counter-Plaintiff*

John R. Trentacosta (P31856)
Larry S. Perlman (P71698)
FOLEY & LARDNER LLP
500 Woodward Ave., Suite 2700
Detroit, MI 48226
(313) 234-7100
*Co-counsel for Defendant/Counter-Plaintiff*

Dated: March 16, 2010

DETR_1389504.1