# EXHIBIT Z

COPY

| United States Bankruptcy Court<br>Southern District of New York<br><br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative<br>Expense Claim<br>Request | |
|---|---|---|
| Debtor against which claim is asserted:<br>Delphi Corporation, 05-44481 | Case Name and Number<br>In re Delphi Corporation., *et al.* 05-44481<br>Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case pursuant to 11 U.S.C. § 503.

| Name of Creditor<br><br>Methode Electronics, Inc.<br><br><br>Name and Address Where Notices Should be Sent<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL 060606<br>ATTN: Timothy S. McFadden<br><br>Telephone No. (312) 443-0700 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

1. BASIS FOR CLAIM
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - X Other (Describe briefly) SEE ATTACHED ADDENDUM
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (Fill out below)
     Your social security number _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)            (date)

2. DATE DEBT WAS INCURRED SEE ATTACHED ADDENDUM

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ Contingent and Unliquidated

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information): SEE ATTACHED ADDENDUM

| | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.<br><br>7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".<br><br>8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | RECEIVED<br><br>NOV 05 2009<br><br>KURTZMAN CARSON CONSULTANTS |
| Date   November 5, 2009 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>C. Guinn Collins, One of Its Attorneys  | |

COPY

## ADDENDUM TO ADMINISTRATIVE EXPENSE CLAIM OF
## METHODE ELECTRONICS, INC.

This administrative expense claim of Methode Electronics, Inc. and its affiliates ("Methode") is a protective filing and arises out of various patent and contractual business relationships between Methode and certain of the Debtors which are currently the subject of the lawsuits described herein. This administrative expense claim is protective in nature as such litigation is proceeding in non-bankruptcy jurisdictions and venues selected by such Debtors. Methode is filing this claim, among other things, to preserve any and all rights and entitlements Methode may have as herein asserted, and nothing set forth herein should be construed as an admission that any claims or causes of action exist against Methode. Since both of the lawsuits forming the basis of this administrative expense claim are contingent on the results of such litigation, Methode files its claim in an unliquidated amount. Although a significant portion of the damages which Methode would be entitled if judgments are granted in Methode's favor will be incurred subsequent to October 8, 2009 (the "Effective Date"), the effective date of the Debtors' First Amended Joint Plan of Reorganization (As Modified), Methode files this administrative expense claim for all amounts which are now, or will become due to it, for the periods prior to the Effective Date.

### I. Claims Arising From Patent Infringement

Methode also has asserted causes of against Delphi Automotive Systems LLC Inc. (collectively, the "Defendant") for various causes of action related to patent infringement, which case is pending in the U.S. District Court for the Eastern District of Michigan (the "Michigan District Court"), Case No. 09-CV-13078. The case was originally filed in the U.S. District Court for the Northern District of Illinois on April 9, 2009 and transferred to the U.S. District Court for the Eastern District of Michigan on July 20, 2009. Methode is asserting a claim for patent infringement against the Defendant and Marian, Inc. The Defendant is asserting that Methode's patent is not infringed and is invalid and unenforceable. Counter-plaintiff Delphi Technologies is asserting that Methode's patent is invalid based on a patent it owns. The case is in the early discovery phase and nothing substantive has yet occurred. Methode is claiming damages resulting from the Defendant's infringement of its patent in the form of lost profits but, in no event, less than a reasonable royalty. Methode is also seeking an award of triple damages and attorneys fees. It is impossible to give a current damages figure since the volume of infringing sales is not yet known. Damages will accrue as long as Defendant makes, uses or sells infringing products over the life of the patent or until Delphi is enjoined. Methode files this contingent and unliquidated administrative expense claim for all damages which are proven to have occurred prior to the Effective Date.

On October 30, 2009, Delphi Automotive Systems, LLC filed a Complaint against Methode in the Michigan District Court for breach of contract and declaratory injunction relief regarding certain patents. Methode reserves all rights to judgments and damages for claims it may allege in this action which were incurred or arose prior to the Effective Date.

### II. Claims Arising From Three Year Supply Agreement

Effective September 30, 2008, Methode and Delphi Automotive Systems LLC entered into a three year agreement (the "Supply Agreement") pursuant to which Methode agreed to supply Delphi with certain parts for a three year term. On October 23, 2008, Delphi initiated a legal action against Methode in the Circuit Court for the County of Oakland, Michigan, Case No. 08-095518-CK and filed an "emergency motion" for a TRO, Preliminary Injunction, and Immediate Possession Pending Final Judgment seeking copies of certain tooling drawings in Methode's possession. On August 27, 2009, the Debtors delivered a notice to Methode purporting to terminate the Supply Agreement effective September 10, 2009 (the "Termination Date"), only ten months into the three year term. Methode asserts that Delphi negotiated the three-year contract in bad faith and has counterclaimed against Delphi for damages for Delphi's premature and improper termination of the parties' three year contract.

Methode has sustained damages under the breach of the Supply Agreement in an amount not less than $40,500,000, which is comprised of the following: lost profits, goodwill writeoffs, fixed asset writeoffs, inventory obsolescence, tear down costs, unpaid invoices, and employee severance costs.

### III.    Reservation of Rights

Methode expressly reserves the right to amend or supplement this administrative expense claim at any time for whatever reason, including without limitation, for the purpose of filing additional claims or to specify the amount of Methode's unmatured and/or unliquidated claims as they become matured and/or liquidated. By virtue of the filing of this administrative expense claim, Methode does not waive, and hereby expressly reserves, its rights to pursue claims, including, but not limited to, the claims described herein, against the Debtors based upon alternative legal theories.

Due to the voluminous nature of the claims and litigation set forth herein and related documents, such documents are not attached to this Administrative Expense Claim. Methode will provide these documents upon request.