**Hearing Date: April 22, 2010**
                                     **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                   :
  In re                                            :   Chapter 11
                                                   :
DPH HOLDINGS CORP., et al.,               :   Case No. 05-44481 (RDD)
                                                   :
                      Reorganized Debtors.  :   (Jointly Administered)
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FIFTY-FOURTH OMNIBUS HEARING AGENDA

Location Of Hearing:       United States Bankruptcy Court for the Southern District of New
                                     York, 300 Quarropas Street, Room 118, White Plains, New York
                                     10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Fourth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (7 Matters)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**∗

        1.    **"Highland Capital Management, L.P. Substantial Contribution Application"** - Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contributions In These Chapter 11 Cases (Docket No. 19112)

            *Objections filed:*    *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)*

            *Reply filed:*    None.

            *Related filings:*    *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)*

            *Certification And Notice Of Filing Of Exhibits With Respect To Application Of Highland Capital*

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Omnibus Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912] and ATEL Leasing Corporation's Motion To Allow Administrative Claim [Docket No. 6990]. In addition, the following adversary proceedings have also been withdrawn from the agenda and would need to be re-noticed to be reinstated on a future Proposed Omnibus Hearing Agenda: National Union Fire Insurance Company Of Pittsburgh, Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement; and Debtors' Motion for Determination [Docket No. 30] and Plaintiff's Motion for Leave [Docket No. 36], Computer Sciences Corporation Adv. Pro. No. 09-01271.

|   |   |
|---|---|
|   | *Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19756)* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the omnibus hearing scheduled for June 30, 2010 pursuant to the Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830).* |

2. **"IUE-CWA Substantial Contribution Application"** - Motion Of IUE-CWA Pursuant To Sections 503(b)(3)(d) And (b)(4) Of The Bankruptcy Code For Allowance And Payment Of Fees Incurred In Making A Substantial Contribution To The Debtors' Chapter 11 Case (Docket No. 19113) And Declaration Of Thomas M. Kennedy In Support Of Motion Of IUE-CWA Pursuant To Sections 503(b)(3)(D) And (b)(4) Of The Bankruptcy Code For Allowance And Payment Of Fees Incurred In Making A Substantial Contribution to The Debtors' Chapter 11 Case (Docket No. 19114)

|   |   |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the omnibus hearing scheduled for May 20, 2010 pursuant to the Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830).* |

3. **"Certain Senior Noteholders Substantial Contribution Application"** - Summary Sheet And Application Of Certain Senior Noteholders Pursuant To Sections 503(b)(3) And (4) Of The Bankruptcy Code For Allowance And Reimbursement Of Reasonable Compensation And Actual, Necessary

3

05-44481-rdd    Doc 19900    Filed 04/21/10    Entered 04/21/10 11:58:35    Main Document
Pg 4 of 14

Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19115)

|  |  |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the omnibus hearing scheduled for May 20, 2010 pursuant to the Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830).* |

4. **"Delphi Trade Committee Substantial Contribution Application"** - Application Of The Delphi Trade Committee For Reimbursement Of Expenses Arising From Substantial Contribution Made In These Cases (Docket No. 19116) And Notice Of Filing Of Exhibits To Application Of The Delphi Trade Committee For Reimbursement Of Expenses Arising From Substantial Contribution Made In These Cases (Docket No. 19119)

|  |  |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the omnibus hearing scheduled for May 20, 2010 pursuant to the Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830).* |

5.   **"Davidson Kempner Capital Management LLC, et al. Substantial Contribution Application"** - Application By Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Northeast Investors Trust; SPCP Group, LLC; And Whitebox Advisors, LLC, On Behalf Of Themselves And Senior Noteholders Previously Represented, For Payment Of Fees And Expenses Pursuant To 11 U.S.C. § 1129(a)(4) And Bankruptcy Rule 9019 (Docket No. 19091)

*Objections filed:*   *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)*

*Reply filed:*   *None.*

*Related filings:*   *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)*

*Status:*   *The hearing with respect to this matter has been adjourned to the omnibus hearing scheduled for May 20, 2010 pursuant to the Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830).*

6.   **"Salaried Retirees' Motion"** - Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19750)

*Objections filed:*   *None.*

*Reply filed:*   *None.*

*Related filings:*   *Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order [Docket No. 12359] (Docket No. 18707)*

*Stipulation Concerning The Automatic Stay In Connection With The Commencement Of An Action Against The Pension Benefit Guaranty Corporation (Docket No. 18896)*

5

|  |  |  |
|---|---|---|
|  |  | *Motion Of General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19361)* |
|  |  | *Objection Of The Salaried Retirees To Motion Of General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19492)* |
|  |  | *Order Enforcing Plan And Plan Modification Order (Docket No. 19578)* |
|  | *Status:* | *The hearing with respect to this matter has been adjourned to the omnibus hearing scheduled for May 20, 2010 pursuant to the Amended Notice Of Hearing On Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19822) and the Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830).* |
| 7. | "**Motion for Case Management Order**" – Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings | |
|  | *Objections filed:* | *Objection Of Auramet Trading LLC Regarding Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19793)* |
|  |  | *Limited Objection Of Microchip Technology Incorporated To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19794)* |
|  |  | *Joinder Of Vishay Americas, Inc. To Objection Of Microchip Technology Inc. To Reorganized Debtors' Motion For A Case Management Order (Docket No. 19800)* |

*Autocam Corporation's Objection To Debtors' Case Management Motion And Joinder In (A) Limited Objection Of Microchip Technology Incorporated To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings; And (B) Objection Of Auramet Trading LLC Regarding Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19805)*

*Joinder Of M&Q Plastic Products L.P. To Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Dismissing The Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (Docket No. 19818)*

*Response And Objection Of Defendant, Spartech Polycom, To Reorganized Debtors' Motion For Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19826)*

*Objection Of The DSSI Defendants To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19827)*

*Joint Objection Of Ambrake Corporation And Sumitomo Wiring Systems (USA), Inc. To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19835)*

*Defendant Setech, Inc.'s Objection To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19855)*

*Reservation Of Rights And Joinder Of HP Enterprise Services, LLC And Affiliates To Objections Of Auramet Trading LLC And Microchip Technology Inc.*

7

|  |  |  |
|---|---|---|
|  |  | *To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19856)* |
|  |  | *Reservation Of Rights And Joinder Of Hewlett-Packard Company And Affiliates To Objections Of Auramet Trading LLC And Microchip Technology Inc. To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19857)* |
|  | *Replies filed:* | *None.* |
|  | *Related filings:* | *None.* |
|  | *Status:* | *The hearing with respect to this matter has been adjourned to the omnibus hearing scheduled for May 20, 2010 pursuant to the Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830).* |

C.  **Uncontested, Agreed, Withdrawn, Or Settled Matters**

   *None.*

D.  **Contested Matters**

   8.  **"Forty-Sixth Omnibus Claims Objection"** - Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

   |  |  |
   |---|---|
   | *Responses filed:* | *Response Of Johnson County, Kansas, To Reorganized Debtor's Forty-Sixth Omnibus Objection (Docket No. 19748)* |

*Gary L. Cook's Response To 46th Omnibus Claims Objection (Docket No. 19753)*

*Response Of The Tennessee Department Of Revenue To The Debtors' Forty-Sixth Omnibus Objection To The Certain Tax Claims (Docket No. 19808)*

*Response To Debtors' Forty-Sixth Omnibus Claims Objection On Behalf Of Michigan Funds Administration (Docket No. 19824)*

*Response To Debtors' Forty-Sixth Omnibus Claims Objection On Behalf Of Michigan Self-Insurers' Security Fund (Docket No. 19825)*

*Response Of The ACE Companies To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 to (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, and (I) Severance Claims, (II) Disallow and Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, and (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19836)*

*Response Of The State Of Michigan, Department Of Treasury To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. §503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (G) Tax Claims (Docket No. 19838)*

*Response Of ATEL Leasing Corporation To Debtors' (I) Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode*

9

*Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate Workers Compensation Claims, (E) Workers Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow and Expunge (A) A Certain Duplicate Workers' Compensation Claim (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19840)*

*Response Of New Jersey Self-Insurers Guaranty Association (Claim Nos. 18602 And 19712) To Debtors' Forty-Sixth Omnibus Objection To Claims (Docket No. 19842)*

*Response Of Johnson Controls Inc. Power Solutions (Claim No. 18719) And Johnson Controls Battery Group, Inc. (Claim No. 18720) To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow and Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19843)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19565 (Delorise Hooker) (Docket No. 19844)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19566 (Kendrick D. Holmes) (Docket No 19845)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19567 (Cathy L. Anderson) (Docket No. 19846)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19568 (Paullion Roby) (Docket No. 19847)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19570 (Emma C. Kyles) (Docket No. 19848)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19571 (Joe N. Swan) (Docket No. 19849)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19572 (Kaaren D. Washington) (Docket No. 19850)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19573 (Eashonda D. Williams) (Docket No. 19851)*

*Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19574 (Lee H. Young, Jr.) (Docket No. 19852)*

*Response Of The United States Of America To Reorganized Debtors' Objection To The Administrative Expense Claims Of United States Customs And Border Protection [Claim Nos. 19275 And 19276] (Docket No. 19867)*

*Response Of The United States Of America To Reorganized Debtors' Objection To The Administrative Expense Claims Of The United States Environmental Protection Agency [Claim Nos. 18956, 19539, And 19786] (Docket No. 19870)*

*Response To Objection To Claim Of Paulette Robinson (SS# Ending In 3654) (Docket No. 19880)*

*Response To Objection To Claim Of Mark Odette (SS# Ending In 9170) (Docket No. 19881)*

*Response To Objection To Claim Of Sheila Reid (SS# Ending In 1547) (Docket No. 19882)*

*Response To Objection To Claim Of Terry Roe (SS# Ending In 4258) (Docket No. 19883)*

*Response To Objection To Claim Of Janice Hatch (SS# Ending In 5009) (Docket No. 19885)*

*Response Of Howard County, Indiana (Holder Of Administrative Claim No. 18629) To Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19889)*

|  |  |
|---|---|
|  | *Notice Of Motion By Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19895)* |
|  | *Memorandum Of Law In Support Of Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19896)* |
|  | *Declaration Of Ann Marie Walsh In Support Of The Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19897)* |
|  | *Response Of Linda S. Meininger, Shelby County, Ohio Treasurer, To Objection To Proofs Of Claims Numbered 18410, 18411, And 18412 (undocketed)* |
| *Reply filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *Notice Of Withdrawal Of Administrative Expense Claims Numbered 19057, 19058, 19059 Filed By The New York State Workers' Compensation Board (Docket No. 19841)* |
|  | *Amended Administrative Claim Of New Jersey Department Of Environmental Protection (Docket No. 19853)* |
| *Status:* | *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To* |

13

*Claims And (II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) and the Administrative Claims Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims (Docket No. 18998)*

**E.    Adversary Proceedings**

*None*.

Dated: New York, New York
       April 21, 2010

                SKADDEN, ARPS, SLATE, MEAGHER
                   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors