

RECEIVED
BY MAIL ☐
BY HAND ☐
APR 15 2010
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:                                    *
                                          CASE NO. 05-44481 (RDD)
DPH HOLDINGS CORP., et al.                *   Chapter 11

                                          *   RESPONSE OF LINDA S.
                                              MEININGER, SHELBY COUNTY,
                                              OHIO TREASURER TO
                                          *   OBJECTION TO PROOF OF CLAIMS
                                              NUMBERED 18410; 18411; 18412

* * * * * * * * * * * * * * *

Now comes Duane A. Goettemoeller, Attorney for Linda S. Meininger, Shelby County

Treasurer, and responds to the Objection to Claims No. 18410; 18411 and 18412 filed with this

Court on March 19, 2010, as follows:

This response is a response to the claims objection filed March 19, 2010 as part of the

Forty-sixth Claims Objection as to

a) Claim Number 18410 filed July 13, 2009, as a tax claim in the amount of $7,506.26

(personal property taxes for tax year 2007);

b) Claim Number 18411 filed July 13, 2009, as a tax claim in the amount of $20,500.59

(personal property taxes for tax year 2005); and

SHELBY COUNTY PROSECUTING ATTORNEY
126 North Main Avenue
Sidney, Ohio 45365
(937) 498-2101
Fax No. (937) 492-2532

c) Claim Number 18412 filed July 13, 2009, as a tax claim in the amount of $12,251.50 (personal property taxes for tax year 2006). All of the above claims are made relative to Delphi Corporation, which originally filed in Case No. 05-44481 and each such claim was properly filed prior to the administrative claim bar date of July 15, 2009.

i)   The name of the Claimant is Linda Meininger, Treasurer of Shelby County, Ohio, and each of the above claims is for personal property tax returns under the laws of the State of Ohio;

ii)   Personal property tax claims are certified to each individual county by the State of Ohio, which then becomes a tax in the year of certification (in this event, 2009) as registered upon the books of each county Treasurer. This certification, received in August is then delivered to the taxed entity for payment. The tax certification was proper and properly filed (served) upon the tax entity (in this case Delphi Automotive Systems, LLC) in the form of the administrative claim upon the date set forth above. Personal property taxes are due and payable upon receipt. Each of these tax claims arose after the filing of the original Bankruptcy Case No. 05-44481 and is a proper administrative claim.

iii)   Attached hereto and incorporated herein by reference are:

Exhibits A, B and C, copies of the properly filed proofs of claims, along with a copy of the readout for each such claim.

Exhibits D and E, copies of the personal property tax bills as carried on the records of Linda S. Meininger, Shelby County Treasurer, as they were mailed to Delphi Automotive Systems, LLC.

iv)   As of this writing, no part of the claims is known to be contingent as fully or partially contingent.

SHELBY COUNTY PROSECUTING ATTORNEY
126 North Main Avenue
Sidney, Ohio 45365
(937) 498-2101
Fax No. (937) 492-2532

v)   Please cause further response or Court Order to be sent to:

>   Duane A. Goettemoeller
>   Assistant Prosecuting Attorney
>   126 North Main Avenue
>   Post Office Box 987
>   Sidney, Ohio 45365
>   Telephone: (937) 498-2101
>   Facsimilie: (937) 492-2532
>   Email: goeduane-kbsg@woh.rr.com

>   OFFICE OF THE PROSECUTOR,
>   SHELBY COUNTY, OHIO
>
>   By: *[signature]*
>   Duane A. Goettemoeller
>   Assistant Prosecuting Attorney
>   Attorney No. 0029641
>   126 North Main Avenue
>   Post Office Box 987
>   Sidney, Ohio 45365
>   Telephone: (937) 498-2101
>   Facsimilie: (937) 492-2532
>   Email: goeduane-kbsg@woh.rr.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response was served by a 3 ½ floppy disk and a hard copy of this response upon the following by Federal Express Priority Overnight mail this 14th day of April 2010.

DPH Holdings Corp.
Attention: President
5725 Delphi Drive
Troy, Michigan 48098

SHELBY COUNTY PROSECUTING ATTORNEY
126 North Main Avenue
Sidney, Ohio 45365
(937) 498-2101
Fax No. (937) 492-2532

John Wm. Butler, Jr.
John K. Lyons
Michael W. Perl
SKADDEN, ARPS, SLATE, MEAGHER &
 FLOM, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

                                                Duane A. Goettemoeller

I:\Kathy\County\Treasurer\Real Estate\DPH Holdings Corp\Response to Obj of POC.doc

SHELBY COUNTY PROSECUTING ATTORNEY
126 North Main Avenue
Sidney, Ohio 45365
(937) 498-2101
Fax No. (937) 492-2532

**United States Bankruptcy Court**
Southern District of New York
Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

**Administrative Expense Claim Form**

EXHIBIT A

| Debtor against which claim is asserted: | Case Name and Number |
|---|---|
| Delphi Corporation, et al. 05-44481 | In re Delphi Corporation., et al. 05-44481 Chapter 11, Jointly Administered |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor** *(The person or other entity to whom the debtor owes money or property)*
Linda S. Meininger, Shelby County Treasurer

Name and Address Where Notices Should be Sent
Duane A. Goettemoeller, Assistant Prosecutor
P. O. Box 987, Sidney, OH 45365

Telephone No. (937) 498-2101

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

COPY

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 2-806489

Check here if this claim  ☐ replaces
                         ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes  Personal Property Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. DATE DEBT WAS INCURRED**
Tax Year 2007

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $ 7,506.26
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):
Personal Property Taxes due and owing Shelby County, Ohio.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 7/10/09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Duane A. Goettemoeller, Assistant Prosecuting Attorney, Shelby County, Ohio

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 13 2009
KURTZMAN CARSON CONSULTANTS

```
5722551 V5R1M0 010525        Print Key Output      S1087F2B       06/22/09    Page    1
                                                                              13:13:29

Display Device  . . . . . :   T5
User . . . . . . . . . . :    KATHY

Personal Property Receipt Entry

Account No  2-806489

DELPHI AUTOMOTIVE SYSTEMS LLC

Total Due      40258.35

      Yr  Sc  2nd-Pen    Interest        Tax         Total
      --  --  -------    --------        ---         -----
 3 Charge  07                  46914     703712      750626    6-23-09
   Paid                                                        Add-Prior
   Remitted
   Due                         46914     703712      750626

 4 Charge  00
   Paid
   Remitted
   Due

F1:
F2=Pay History  F3=Info1  F4=Info2  F5/6=A/TNotes  F17/18=View 1st/subseq
```

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | Administrative Expense Claim Form |
|---|---|

EXHIBIT B

| Debtor against which claim is asserted: <br> Delphi Corporation, *et al.* 05-44481 | Case Name and Number <br> In re Delphi Corporation., *et al.* 05-44481 <br> Chapter 11, Jointly Administered |
|---|---|

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

Name of Creditor
*(The person or other entity to whom the debtor owes money or property)*

Linda S. Meininger, Shelby County Treasurer

Name and Address Where Notices Should be Sent
Duane A. Goettemoeller, Assistant Prosecutor
P. O. Box 987
Sidney, OH 45365-0987
Telephone No. (937) 498-2101

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 2-806489

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☒ Taxes  Personal Property Taxes
☐ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
   Your social security number _____
   Unpaid compensation for services performed
   from _____ to _____
        (date)        (date)

**2. DATE DEBT WAS INCURRED** Tax Year 2005

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $ 20,500.59
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim (attach any additional information):**

Personal Property Taxes due and owing Shelby County, Ohio.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 13 2009
KURTZMAN CARSON CONSULTANTS

Date: July 10, 2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Duane A. Goettemoeller, Assistant Prosecuting Attorney, Shelby County, Ohio

```
722551 V5R1M0 010525                    Print Key Output                    S1087F2B
                                                                           06/22/09    Page    1
                                                                                      13:13:15

                          Personal Property Receipt Entry

Display Device . . . . :  T5
User . . . . . . . . . :  KATHY

DELPHI AUTOMOTIVE SYSTEMS LLC
Account No   2-806489
Total Due        40258.35

Charge   Yr  Sc  2nd-Pen    Interest      Tax        Total
paid     05  --  --          254388      1795671    2050059    8-10-07
omitted                                                        Delinquent

Charge   06                  124716      1100434    1225150    9-09-08
paid                                                           Delinquent
omitted

1 2-pay History   F3-Info1  F4-Info2  F5/6-A/TNotes  F17/18-view 1st/subseq
```

DELPHI AUTOMOTIVE SYSTEMS LLC          CLINTON TWP - SIDNEY SD
P O BOX 5082
TROY,    MI    48007

                                       2005 TAX    $20,500.59
                                       2006 TAX    12,251.50
                                       2007 TAX     7,506.26
                                       TOTAL      $40,258.35

*Linda S. Meininger*
LINDA S. MEININGER
SHELBY COUNTY TREASURER

# United States Bankruptcy Court
## Southern District of New York
Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

## Administrative Expense Claim Form

EXHIBIT C

| | |
|---|---|
| **Debtor against which claim is asserted:** Delphi Corporation, et al. 05-44481 | **Case Name and Number** In re Delphi Corporation., et al. 05-44481 Chapter 11, Jointly Administered |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)
Linda S. Meininger, Shelby County Treasurer

**Name and Address Where Notices Should be Sent**
Duane A. Goettemoeller, Assistant Prosecutor
P. O. Box 987, Sidney, OH 45365

**Telephone No.** (937) 498-2101

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

COPY

THIS SPACE IS FOR COURT USE ONLY

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 2-806489

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ____

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☒ Taxes — Personal Property Taxes
- ☐ Other (Describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number ____
  Unpaid compensation for services performed from ____ (date) to ____ (date)

**2. DATE DEBT WAS INCURRED:** Tax Year 2006

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $12,251.50
☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):

Personal Property Taxes due and owing Shelby County, Ohio.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 7/10/09 | Duane A. Goettemoeller, Assistant Prosecuting Attorney, Shelby County, Ohio |

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
JUL 13 2009
KURTZMAN CARSON CONSULTANTS

```
5722551 V5R1M0 010525              Print Key Output         S1087F2B     06/22/09   13:13:15   Page   1

Display Device  . . . . . :  T5
User . . . . . . . . . . . :  KATHY

Personal Property Receipt Entry

Account No   2-806489

DELPHI AUTOMOTIVE SYSTEMS LLC

Total Due        40258.35

     Yr  Sc  2nd-Pen   Interest      Tax          Total
     --  --  -------   --------   --------     --------
1 Charge  05                        254388      1795671      2050059     8-10-07
  Paid                                                                   Delinquent
  Remitted
  Due                               254388      1795671      2050059

2 Charge  06                        124716      1100434      1225150     9-09-08
  Paid                                                                   Delinquent
  Remitted
  Due                               124716      1100434      1225150

F1:
F2=Pay History   F3=Info1   F4=Info2   F5/6=A/TNotes   F17/18=view 1st/subseq

                                                     CLINTON TWP - SIDNEY SD

DELPHI AUTOMOTIVE SYSTEMS LLC
P O BOX 5082
TROY, MI    48007
```

Linda S. Meininger /kc
LINDA S. MEININGER
SHELBY COUNTY TREASURER

2005 TAX   $20,500.59
2006 TAX    12,251.50
2007 TAX     7,506.26
TOTAL     $40,258.35



