SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APPLICATION UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE*

("PRO HAC VICE APPLICATION")

1. Kayalyn A. Marafioti ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York, and a member of Skadden, Arps, Slate, Meagher and Flom LLP ("Skadden, Arps"), hereby submits this application (the "Application") for an order permitting Louis S. Chiappetta of Skadden, Arps to practice pro hac vice before the United States Bankruptcy Court for the Southern District of New York and to appear and represent DPH Holdings Corp. and certain of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), under Rule 2090-1(b) of the Local Bankruptcy Rules of the Southern District of New York (the "Local Rules").  In support of the Application, the Movant states as follows:

2. Louis S. Chiappetta is an associate with Skadden, Arps and practices in the firm's corporate restructuring practice.  Based on the annexed certification, Mr. Chiappetta is admitted, practicing, and in good standing as a member of the bar of the State of Illinois.  Mr. Chiappetta has been practicing law since 2009.  There are no disciplinary proceedings pending against Mr. Chiappetta.

3. The Movant requests that this Court grant this Application so that Mr. Chiappetta may file pleadings and appear and be heard at hearings in the above-captioned chapter 11 cases.

4. Pursuant to the annexed certificate, Mr. Chiappetta submits to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the course of these cases.  In addition, as indicated on the attached certificate, Mr. Chiappetta has acquired or has access to a copy of the Local Rules and is generally familiar with such rules.

5. Mr. Chiappetta has submitted the fee of $25 in connection with this Application for admission to practice pro hac vice.

WHEREFORE, the Movant respectfully requests that this Court enter an order (a) permitting Louis S. Chiappetta to appear pro hac vice in association with the Movant as counsel for the Reorganized Debtors in these chapter 11 cases and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:  New York, New York
April 21, 2010

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

              By: /s/ Kayalyn A. Marafioti
                  Kayalyn A. Marafioti
              Four Times Square
              New York, New York 10036
              (212) 735-3000

              Attorneys for DPH Holdings Corp., et al.,
                      Reorganized Debtors

<u>CERTIFICATE</u>

        The undersigned certifies that he is eligible for admission to this Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Application, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in the course of these chapter 11 cases pursuant to Local Bankruptcy Rules for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated:  New York, New York
         April 21, 2010

                                              /s/ Louis S. Chiappetta
                                           SKADDEN, ARPS, SLATE,
                                               MEAGHER & FLOM LLP
                                           155 North Wacker Drive
                                           Chicago, Illinois 60606
                                           (312) 407-0700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
:
   In re                                  :        Chapter 11
:
DPH HOLDINGS CORP., et al.,        :        Case No. 05-44481
:
          Reorganized Debtors.   :       (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon the application of Kayalyn A. Marafioti, dated April 21, 2010, for the admission pro hac vice of Louis S. Chiappetta in the above-captioned reorganization cases; it is hereby

ORDERED that Louis S. Chiappetta is admitted to practice pro hac vice in the above-captioned reorganization cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  White Plains, New York
         April __, 2010

                                                          _____
                                                          UNITED STATES BANKRUPTCY JUDGE