UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

DPH HOLDINGS CORP, ET AL.

    Reorganized Debtors

_____/

CHAPTER 11

CASE NO. 05-44481 (RDD)
(Jointly Administered)

### RESPONSE TO OBJECTION
### TO CLAIM OF SHEILA REID (SS# ███-██-1547)

The Creditor, Janet K. Hatch, responds to the Objection to Claim as follows:

1. The Creditor was employed by Delphi Corporation before its bankruptcy was filed.

2. The Creditor was injured on the job before the bankruptcy was filed.

3. The Creditor received Workers' Compensation Benefits from the Debtor for their injuries and filed the claim to protect the claim for benefits.

4. The Objection to Claim is based on the claim being for Workers' Compensation Benefits.

5. The Claim for Benefits is a legitimate claim.

6. Since the benefits were paid by the Debtor and approved by a state agency, the Debtor had actual notice of the claim and benefits.

7. The Creditor estimates the claim value is a minimum of $250,000.00.

8. The Creditor asks that the Objection to Claim be denied.

DATED: 4/14/10

_Sheila Reid_
Sheila Reid

FILED
2010 APR 19 P 1:12
U.S. BANKRUPTCY COURT
S.D.N.Y.

U.S. Bankruptcy Court
Southern District of New York
Clerk's Office
One Bowling Green
New York, NY   10004-1408

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Brieant Federal Building
300 Quarropas Street
Courtroom 118
White Plains, NY 10601-4140

DPH Holdings Corp.
Attention: President
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom, LLP
Attention: Butler, Lyons & Perl
155 North Wacker Drive
Chicago, IL   60606