# Michael H. Glassman

Attorney at Law
20 Park Place
Morristown, New Jersey 07960
Telephone: (973) 993-1242
Fax: (973) 993-8400

April 8, 2010

Honorable Robert D. Drain
U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the Southern District of NY
300 Quarropas Street
Court Room 118
White Plains, NY 10601-4140
**CERTIFIED MAIL R.R.R. & Regular Mail**

Re: my client: Robert Stasik
Claim no.: 17760
Case no.: 05-4481 (RDD)

Dear Judge Drain:

I disagree with the Forty-Sixth Omnibus Claims Objection. I do not want Mr. Stasik's workers' compensation claim disallowed and expunged.

Pursuant to the requested format in the notice of objection to claim, page 5, paragraph 2, please accept the following information:

(i)  Title of the claims objection:
     In re DPH (Ch.11), 05-44481

(ii) Robert Stasik-award in N.J. Division of Workers' Compensation has not been established yet.

(iii) Concise statement why Administrative Claim should not be disallowed: I represent the claimant in a re-opener case in the New Jersey Division of Workers' Compensation. The amount of claimant's award is unliquidated and has not yet been determined.

Sometimes, the bond holder or the State Guaranty fund want the right to subrogate the claimant's bankruptcy claim against the employer. We want this claim against DPH to remain open so that the petitioner's rights are preserved in the N.J. Division of Workers' Compensation.

(iv) Documentation of <u>Prima Facie</u> right to claim: I have medical records which show petitioner's injuries, but I am not enclosing them at present due to confidentiality.

(v) Fully unliquidated at present. I would have to speculate at how much the claim would be worth. As an example, if the petitioner received 25% ($30,420.00) for his last award, if it goes up to 27 ½%, he will receive $4,233.00. If he goes up to 30%, he will receive $8,790.00. He also maybe entitled to medical treatment and temporary (wage) disability.

(vi) Reply may be sent to my office.

Please note that I do not practice in bankruptcy court and I am not registered for the electronic filing system.

Respectfully submitted,

*Michael H. Glassman*

Michael H. Glassman

MHG/ksh
Cc: Sakadden, Arps,(Chicago)-Certified Mail RRR.
    Skadden, Arps,(NYC)-Certified Mail RRR.
    Kurtzman Carson Consultants, LLC
    DPH Holdings-Certified Mail RRR