April 9, 2010

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
For the Southern District of New
York

Your Honor,

In response to the Worker's Compensation claim Case no. 05-4481 Claim no.18513. I Joan A. Lyons, Exectrix of the Estate of David E. Lyons am currently receiving a death benefit, From the State of Ohio Workers Compensation, in the amount of 589.00 weekly set by the State, due to the accidental death of my husband at Delphi Corporation in November 2000.

This benefit was previously being paid by Sedgwick Claims Management Services, Inc. In October of 2009, I was contacted by Ohio Bureau of Workers Compensation, stating They would now be taking care of this claim, so I am assuming the case was transferred, And I would not need to take any further action.

Concerning the surviving spouse benefit from the pension of my husband, I received a Letter from Delphi Corporation, stating that Pension Benefit Guaranty Corporation would Be taking over the survivors pension benefit, which they have done.

I filed a claim not to duplicate a existing claim, but to protect my benefits as a widow of a Deceased employee of Delphi Corporation. When I could not get any information from the Delphi Restructuring Hotline to give me guidance, now I realize I may not have needed to File a claim because the benefits I was entitled to by law seem to have been, transferred. If this is not the case, would you please inform me, so I know how to proceed going Forward.

Sincerely,

Joan A. Lyons
Joan A. Lyons