**Hearing Date: April 23, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED THIRTY-SECOND CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirty-Second Claims Hearing Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (18 Matters)

    C.      Uncontested, Agreed, Or Settled Matters (5 Matters)

    D.      Contested Matters (11 Matters)

**A.      Introduction**

**B.      Continued Or Adjourned Matters**

1.      **"CSX Transportation Motion To Compel"** – Motion Of CSX Transport, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

| | |
|---|---|
| *Objections filed:* | *None.* |
| *Replies filed:* | *None.* |
| *Related filings:* | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for May 20, 2010.* |

2.      **"Sufficiency Hearing Regarding Claims of Jose C. Alfaro and Martha Alfaro"** - Sufficiency Hearing Regarding Claims Of Jose C. Alfaro and Martha Alfaro As Objected To On Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims,(VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

| | |
|---|---|
| *Responses filed:* | *Response To The Thirty-Sixth Omnibus Claims Objection To Claims No. 19543 Claimants Jose C. Alfaro And Martha Alfaro (Docket No. 19076)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books and Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI)* |

|  | *Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)* |
|---|---|
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 11892, 12147, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, And 19543 (Docket No. 19725)* |
|  | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
|  | *Administrative Expense Claim Number 19543* |
| *Status:* | *This matter has been adjourned without date  pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 19543 Filed By Jose C. Alfaro And Martha Alfaro (Docket No. 19859).* |

3.   **"Sufficiency Hearing Regarding Claims of Bradley A. Bennett and Barbara R. Bennett"** - Sufficiency Hearing Regarding Claims Of  Bradley A. Bennett and Barbara R. Bennett As Objected To On Debtors' Twelfth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7824)

| *Responses filed:* | *Bradley A. Bennett's Response To The Debtors' Objection To Claim (Docket No. 8087)* |
|---|---|
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Twelfth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 8099)* |
| *Related filings:* | *Notice of Sufficiency Hearing with Respect to Debtors' Objections to Proofs of Claim Nos. 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, and 15595 (Docket No. 19726)* |
|  | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
|  | *Proof Of Claim Number 16591* |
| *Status:* | *This matter has been adjourned without date pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (A) Proof Of Claim No.* |

*16591 Filed By Bradley A. Bennett And Barbara R. Bennett (Docket No. 19815).*

4.      **"Claims Objection Hearing Regarding Claims of Contrarian Funds LLC as Assignee of Omron Dualtec Automotive Electronics, Inc."** - Claims Objection Hearing Regarding Claims Of Contrarian Funds LLC As Assignee Of Omron Dualtec Automotive Electronics, Inc. As Objected To On Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825); Debtors' Thirty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, and (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182); And Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

Objections filed:      *Contrarian Funds, LLC To Debtors' Twelfth And Thirteenth Omnibus Claims Objection (Docket No. 8001)*

*Response Of Omron Dualtec Automotive Electronics Inc. To Debtors' Thirty-Fourth Omnibus Claims Objection (Docket No. 18336)*

Replies filed:      *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 8101)*

*Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

*Debtors' Omnibus Reply in Support of Thirty-Fifth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)*

*Related filings:*    *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 12669 (Contrarian Funds LLC As Assignee Of Omron Dualtec Automotive Electronics, Inc.) (Docket No. 19434)*

*Reorganized Debtors' Statement Of Disputed Issues with Respect To Proof Of Claim No. 12669 (Contrarian Funds LLC As Assignee Of Omron Dualtec Automotive Electronics, Inc.) (Docket No. 19562)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 12669*

*Status:*    *This matter has been adjourned without date pursuant to the Notice of Adjournment of Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim Number 12669 Filed by Contrarian Funds LLC as Assignee of Omron Dualtec Automotive Electronics, Inc. (Docket No. 19727).*

5.    **"Claims Objection Hearing Regarding Claims of Emhart Teknologies LLC"** - Claims Objection Hearing Regarding Claims Of Emhart Teknologies LLC  As Objected To On Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. Bankr. P. 3007 To Certain (A) Insufficiently

Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) And Debtors' Twenty-Ninth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Disallow And Expunge Claims Due To Cure Payments And (B) Modify General Unsecured Claims By Amount Of Cure Payments (Docket No. 13270)

| | |
|---|---|
| *Responses filed:* | *Response Of Emhart Teknologies Inc. To The Debtors' Twentieth-Ninth Omnibus Claims Objection (Docket No. 13450)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 9094)* |
| | *Debtors' Omnibus Reply In Support Of Twenty-Ninth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Disallowing And Expunge Claims By Amount Of Cure Payments (Docket No. 13477)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim Number 6670 (Emhart Teknologies LLC) (Docket No. 19737)* |
| *Related filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)* |
| | *Order Under 11 U.S.C. § 546(c) And Amended Reclamation Procedures Order Classifying Reclamation Claims As General Unsecured Nonpriority Claims For All Purposes (Docket No. 18312)* |

6

> *Notice of Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim No. 6670 (Emhart Teknologies LLC) (Docket No. 19439)*
>
> *Reorganized Debtors' Statement Of Disputed Issues with Respect To Proof Of Claim No. 6670 (Emhart Teknologies LLC) (Docket No. 19563)*
>
> *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*
>
> *Proof Of Claim Number 6670*

Status:    *This matter has been adjourned without date pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 6670 Filed By Emhart Teknologies LLC (Docket No. 19858).*

6.    **"Sufficiency Hearing Regarding Claims of Andrew C. Gregos"** - Sufficiency Hearing Regarding Claims Of Andrew C. Gregos As Objected To On Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

Responses filed:    *Anthony M. Gregos' Response To Forty-Third Omnibus Claims Objection (Docket No. 19523)*

Replies filed:    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative*

*Expense Claim Number 16925 Filed By Stanley D. Smith,*
*Administrative Expense Claim Numbers 17081 And 18049*
*Filed By James A. Luecke, Administrative Expense Claim*
*Number 18087 Filed By Frank X. Budelewski, Administrative*
*Expense Claim Number 18604 Filed By Walter A. Kunka,*
*Administrative Expense Claim Number 20017 Filed By*
*Andrew C. Gregos, And Administrative Expense Claim*
*Number 20054 Filed By Robyn R. Budd (Docket No. 19809)*

| | |
|---|---|
| *Related filings:* | *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (a) Salaried Employees And (b) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities, dated March 11, 2009 (Docket No. 16448)* |

*Notice Of Sufficiency Hearing With Respect To Debtors'*
*Objections To Proofs Of Claim Numbers 5268, 13270, 13838,*
*13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087,*
*18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing*
*(Docket No. 19817)*

*Administrative Expense Claim Number 20017*

| | |
|---|---|
| *Status:* | *This matter has been adjourned without date pursuant to an agreement between the parties.* |

7.  **"Sufficiency Hearing Regarding Claims of Hyundai Motor Company"** -
    Sufficiency Hearing Regarding Claims Of Hyundai Motor Company As Objected To
    On Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b)
    And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B)
    Claims Duplicative Of Consolidated Trustee Claims, (C) Equity Claims, And (D)
    Protective Claims (Docket No. 6962); Debtors' Tenth Omnibus Objection
    (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain
    (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7300);
    And Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R.
    Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records
    Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E)
    Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket
    No. 19044)

| | |
|---|---|
| *Responses filed:* | *Hyundai Motor Company's Response To Debtors' Eighth Omnibus Claims Objection (Docket No. 7217)* |

*Hyundai Motor Company's Response To Debtors' Tenth Omnibus Claims Objection (Docket No. 7651)*

*Hyundai's Response To Debtors' Thirty-Eighth Omnibus Claims Objection (Docket No. 19151)*

*Replies filed:*    *Debtors' Omnibus Reply In Support Of Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 7369)*

*Debtors' Omnibus Reply In Support Of Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7749)*

*Reorganized Debtors' Omnibus Reply In Support Of Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19167)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Numbers 15584, 15585, 15586, 15587, 15588, And 15595 Filed By Hyundai Motor Company And (B) Proofs Of Claim Numbers 15589, 15590, 15591, 15592, 15593, And 15594 Filed By Hyundai Motor America (Docket No. 19810)*

*Related filings:*    *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, And 15595 (Docket No. 19726)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proofs Of Claim Numbers 15584, 15585, 15586, 15587, 15588, and 15595*

Status:          *This matter has been adjourned to the claims hearing scheduled for May 20, 2010 pursuant to an agreement between the parties.*

8.    **"Sufficiency Hearing Regarding Claims of Hyundai Motor America"** - Sufficiency Hearing Regarding Claims Of Hyundai Motor America As Objected To On Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claims, (C) Equity Claims, And (D) Protective Claims (Docket No. 6962); And Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7300)

Responses filed:        *Hyundai Motor America's Response To Debtors' Eighth Omnibus Claims Objection (Docket No. 7214)*

                        *Hyundai Motor Company's Response To Debtors' Tenth Omnibus Claims Objection (Docket No. 7652)*

                        *Hyundai's Response To Debtors' Thirty-Eighth Omnibus Claims Objection (Docket No. 19151)*

Replies filed:          *Debtors' Omnibus Reply In Support Of Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 7369)*

                        *Debtors' Omnibus Reply In Support Of Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7749)*

                        *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Numbers 15584, 15585, 15586, 15587, 15588, And 15595 Filed By Hyundai Motor Company And (B) Proofs Of Claim Numbers 15589, 15590, 15591, 15592, 15593, And 15594 Filed By Hyundai Motor America (Docket No. 19810)*

Related filings:        *Notice Of Sufficiency Hearing with Respect to Debtors' Objections To Proofs Of Claim Nos. 15584, 15586, 15587,*

10

*15588, 15590, 15591, 15592, 15593, 15594, And 15595 (Docket No. 19726)*

*Notice of Sufficiency Hearing with Respect to Debtors' Objections to Proofs of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proofs Of Claim Numbers 15589, 15590, 15591, 15592, 15593, And 15594*

Status:          *This matter has been adjourned to the claims hearing scheduled for May 20, 2010 pursuant to an agreement between the parties.*

9.   **"Claims Objection Hearing Regarding Claims of LTC Roll & Engineering Co."** -  Claims Objection Hearing Regarding Claims of  LTC Roll & Engineering Co. as Objected to on Debtors' Eleventh Omnibus Objection (Substantive) Pursuant to 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7301)

Objections filed:     *LTC Roll & Engineering Co.'s Response To Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7612)*

Replies filed:        *Debtors' Omnibus Reply In Support Of Debtors' Eleventh Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7755)*

Related filings:      *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 5 (LTC Roll & Engineering Co.) (Docket No. 19435)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 5 (LTC Roll & Engineering Co.) (Docket No. 19567)*

11

*Notice Of Rescheduling Of Thirty-Second Claims Hearing
(Docket No. 19817)*

*Proof Of Claim Number 5*

Status: *This matter has been adjourned without date pursuant to the
Notice of Adjournment of Claims Objection Hearing with
Respect to Debtors' Objection to Proof of Claim Number 5
Filed by LTC Roll & Engineering Co (Docket No. 19728).*

10. **"Claims Objection Hearing Regarding Claims of Riverside Claims LLC and
Greak & Busby PC"** -   Claims Objection Hearing Regarding Claims Of Riverside
Claims LLC And Greak & Busby PC As Objected To On Debtors' Fifteenth
Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(B) And Fed. R.
Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not
Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax
Claim, And (D) Claims Subject To Modification, Tax Claims Subject To
Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

Objections filed: *Riverside Claims, LLC's Response To Debtors' Fifteenth
Omnibus Claims Objection (Docket No. 8326)*

Replies filed: *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth
Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
503(b) And Fed. R. Bankr. P. 3007 To Certain (A)
Insufficiently Documented Claims, (B) Claims Not Reflected
On Debtors' Books and Records, (C) Untimely Claims and
Untimely Tax Claim, And (D) Claims Subject To Modification,
Tax Claims Subject To Modification, And Modified Claims
Asserting Reclamation (Docket No. 8396)*

Related filings: *Notice Of Transfer Of Claim No. 8502 Pursuant To F.R.B.P.
3001(e)(2) Or (4) (Docket No. 8310)*

*Notice Of Claims Objection Hearing With Respect To
Debtors' Objection To Proof Of Claim No. 8502 (Riverside
Claims LLC And Greak & Busby PC) (Docket No. 19440)*

*Reorganized Debtors' Statement Of Disputed Issues With
Respect To Proof Of Claim No. 8519 (Riverside Claims, LLC
and Greak & Busby, P.C.) (Docket No. 19558)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing
(Docket No. 19817)*

*Proof Of Claim Number 8502*

*Status:*          *This matter has been adjourned without date pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 8502 Filed By Greak & Busby, P.C. And Subsequently Transferred To Riverside Claims, LLC (Docket No. 19731).*

11.   **"Claims Objection Hearing Regarding Claims of Riverside Claims LLC and Hurley Packaging of Texas Inc."** -  Claims Objection Hearing Regarding Claims Of Riverside Claims LLC And Hurley Packaging Of Texas Inc. As Objected To On Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

*Objections filed:*          *Riverside Claims, LLC's Response To Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8326)*

*Replies filed:*          *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)*

*Related filings:*          *Notice Of Transfer Of Claim No. 8519 Pursuant To F.R.B.P. 3001(e)(2) Or (4) (Docket No. 8308)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 8519 (Riverside Claims LLC And Hurley Packaging Of Texas Inc.) (Docket No. 19441)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 8519 (Riverside Claims, LLC And Hurley Packaging of Texas, Inc.) (Docket No. 19559)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 8519*

*Status:*          *This matter has been adjourned without date pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number*

*8519 Filed By Hurley Packaging Of Texas, Inc. And Subsequently Transferred To Riverside Claims, LLC (Docket No. 19732).*

12. **"Claims Objection Hearing Regarding Claims of Special Situations Investing Group, Inc. and PBR Columbia LLC"** - Claims Objection Hearing Regarding Claims Of Special Situations Investing Group, Inc. And PBR Columbia LLC As Objected To On Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) and Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged (Docket No. 14442)

|  |  |
|---|---|
| *Objections filed:* | *Response Of PBR Columbia LLC To Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8239)* |
|  | *Response Of PBR Columbia LLC To Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged (Docket No. 14576)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)* |
|  | *Debtors' Omnibus Reply In Support Of Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification, And (C) Claims To Be Expunged (Docket No. 14599)* |

| | |
|---|---|
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 6610 (Special Situations Investing Group, Inc. And PBR Columbia LLC) (Docket No. 19436)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 6610 (Special Situations Investing Group, Inc. And PBR Columbia LLC) (Docket No. 19565)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Proof Of Claim Number 6610* |
| *Status:* | *This matter has been adjourned without date pursuant to the Notice of Adjournment of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 6610 Filed By PBR Columbia LLC And Subsequently Transferred To Special Situations Investing Group, Inc. (Docket No. 19733).* |

13. **"Claims Objection Hearing Regarding Claims of TGI Direct Inc."** - Claims Objection Hearing Regarding Claims Of TGI Direct Inc. As Objected To On Debtors' Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 12686)

| | |
|---|---|
| *Objections filed:* | *TGI Direct Inc.'s Response To Debtors' Twenty-Sixth Omnibus Notice Of Objection To Claim (Docket No. 13084)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Twenty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification And Modified Claim Asserting Reclamation (Docket No. 13153)* |
| *Related filings:* | *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order* |

15

*Identified In Twenty-Fourth Omnibus Claims Objection (Docket No. 12363)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 16780 (TGI Direct Inc.) (Docket No. 19566)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 16780*

Status:          *This matter has been adjourned without date pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof of Administrative Expense Number 16780 Filed By TGI Direct Inc. (Docket No. 19734).*

14.    **"Claims Objection Hearing Regarding Claims of U.S. Customs and Border Protection"** - Claims Objection Hearing Regarding Claims Of U.S. Customs And Border Protection As Objected To On Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 7999)

Responses filed:          *United States Of America's Response To Debtor's Objection To The Claims Of U.S. Customs And Border Protection (Docket No. 8381)*

Replies filed:          *Debtors' Omnibus Reply In Support Of Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8396)*

*Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 16127 (U.S. Customs And Border Protection) (Docket No. 19736)*

Related filings:          *Joint Stipulation And Agreed Order Capping Proof Of Claim No. 16127 (U.S. Customs And Border Protection) (Docket No. 12499)*

16

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 16127 (Us Customs And Border Protection) (Docket No. 19443)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 16127 (U.S. Customs And Border Protection) (Docket No. 19564)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 16127*

Status:    *This matter has been adjourned without date pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 16127 Filed By U.S. Customs And Border Protection (Docket No. 19872)*

15.    **"Sufficiency Hearing Regarding Claims of UAW Local 2083"** - Sufficiency Hearing Regarding Claims Of UAW Local 2083 As Objected To On Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

Responses filed:    *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)*

Replies filed:    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)*

17

> *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)*

| | |
|---|---|
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Proof Of Claim Number 5268* |
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for May 20, 2010 pursuant to an agreement between the parties.* |

16. **"Sufficiency Hearing Regarding Claims of UAW and Its Local 286"** - Sufficiency Hearing Regarding Claims Of  UAW and Its Local 286 As Objected To On Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

| | |
|---|---|
| *Responses filed:* | *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B)* |

18

*Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)*

| | |
|---|---|
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 13838*

| | |
|---|---|
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for May 20, 2010 pursuant to an agreement between the parties.* |

17. **"Sufficiency Hearing Regarding Claims of International Union, UAW, and Local 155 on Behalf of Its Bargaining Unit Members"** - Sufficiency Hearing Regarding Claims Of  International Union, UAW, and Local 155 on Behalf of Its Bargaining Unit Members As Objected To On Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

| | |
|---|---|
| *Responses filed:* | *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain* |

19

*Fully Satisfied Scheduled Liabilities, (B) Certain
MDL-Related Claims, (C) Certain Union Claims, (D) Certain
Personal Injury Claims, And (E) A Duplicate Claim, (III)
Object To Certain (A) Preference-Related Claims And (B)
Preference-Related Scheduled Liabilities, And (IV) Modify
Certain SERP-Related Scheduled Liabilities (Docket No.
19700)*

*Reorganized Debtors' Supplemental Reply To Response Of
Claimant To Debtors' Objection To Proofs Of Claim Numbers
5268, 13270, 13838, And 13880 Filed By The UAW (Docket
No. 19811)*

| | |
|---|---|
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |

*Notice Of Sufficiency Hearing With Respect To Debtors'
Objections To Proofs Of Claim Numbers 5268, 13270, 13838,
13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087,
18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing
(Docket No. 19817)*

*Proof Of Claim Number 13270*

| | |
|---|---|
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for May 20, 2010 pursuant to an agreement between the parties.* |

18.  **"Sufficiency Hearing Regarding Claims of International Union UAW"** -
Sufficiency Hearing Regarding Claims Of International Union UAW As Objected
To On Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant 11 U.S.C. §
502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain
Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain
Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain
Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain
Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III)
Object To Certain (A) Preference-Related Claims And (B) Preference-Related
Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities
(Docket No. 19395)

| | |
|---|---|
| *Responses filed:* | *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply in Support of Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and (d) and Fed. R. Bankr. P. 3007 to (I) Modify and* |

20

*Allow (A) Certain Modified and Allowed Claims, (B) a
Partially Satisfied Claim, and (C) Certain Partially Satisfied
Scheduled Liabilities, (II) Disallow and Expunge (A) Certain
Fully Satisfied Scheduled Liabilities, (B) Certain
MDL-Related Claims, (C) Certain Union Claims, (D) Certain
Personal Injury Claims, and (E) a Duplicate Claim, (III)
Object to Certain (A) Preference-Related Claims and (B)
Preference-Related Scheduled Liabilities, and (IV) Modify
Certain SERP-Related Scheduled Liabilities (Docket No.
19700)*

*Reorganized Debtors' Supplemental Reply To Response Of
Claimant To Debtors' Objection To Proofs Of Claim Numbers
5268, 13270, 13838, And 13880 Filed By The UAW (Docket
No. 19811)*

| | |
|---|---|
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |

*Notice Of Sufficiency Hearing With Respect To Debtors'
Objections To Proofs Of Claim Numbers 5268, 13270, 13838,
13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087,
18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing
(Docket No. 19817)*

*Proof Of Claim Number 13880*

| | |
|---|---|
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for May 20, 2010 pursuant to an agreement between the parties.* |

## C.    Uncontested, Agreed, Or Settled Matters

19.     **"Ace Companies' Contract Objection"** – Ace Companies filed their Limited
Objection Of The Ace Companies To First Amended Joint Plan Of Reorganization
Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession
(as Modified) (the "Limited Plan Objection") (Docket No. 18216)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Replies filed:* | *None.* |
| *Related filings:* | *Notice Of Adjournment Of Hearing On Objections To Notices Of Nonassumption, Cure Amounts, And Assumption And Assignment Of Executory Contracts And Unexpired Leases To August 17, 2009 (Docket No. 18649)* |

21

*Stipulation And Order Resolving Limited Objection Of The Ace Companies To Approval And/Or Confirmation Of First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) And Preserving Limited Objection Of The Ace Companies To Assignment Of Agreements To Buyers (Docket No. 18793)*

*Notice Of Hearing With Respect To The Ace Companies' Contract Objection (Docket No. 19754)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

Status:            *This matter has been resolved pursuant to a stipulation between the parties.*

20.    **"Claims Objection Hearing Regarding Claims of 2088343 Ontario Limited and 1599963 Ontario Limited"** - Claims Objection Hearing Regarding Claims of 2088343 Ontario Limited and 1599963 Ontario Limited as Objected to on Debtors' Twenty- Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 11588)

Objections filed:    *2088343 Ontario Limited's Response To Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12261)*

Replies filed:    *Debtors' Omnibus Reply In Support Of Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 12338)*

Related filings:    *Notice Of Transfer Of Claim Pursuant To FRBP Rule 2001(e)(2) (Docket No. 7852)*

*Order Pursuant To 11 U.S.C. §§ 105(a) And 502(c) (A) Estimating And Setting Maximum Cap On Certain Contingent Or Unliquidated Claims And (B) Approving Expedited Claims Estimation Procedures (Docket No. 9685)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 4769 (2088343 Ontario Limited And 1599963 Ontario Limited) (Docket No. 19442)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 4769 (1599963 Ontario Limited) (Docket No. 19560)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 4769 Filed By 1599963 Ontario Limited And Subsequently Transferred To 2088343 Ontario Limited (Docket No. 19729)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 4769*

Status:                *This matter has been resolved pursuant to a stipulation between the parties.*

21.    **"Claims Objection Hearing Regarding Claims of Twin Corporation"** -  Claims Objection Hearing Regarding Claims Of Twin Corporation as Objected To On Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617) And  Reorganized Debtors' Fortieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected- To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified and Allowed, And (III) Allow Certain Claims (Docket No. 19222)

Objections filed:        *Creditor Twin Corporation's Response To Debtors' Notice Of Objection To Claim (Docket No. 19318)*

Replies filed:        *Debtors' Omnibus Reply In Support Of Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books and Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And*

23

*Consensually Modified And Reduced Claims (Docket No. 9094)*

*Reorganized Debtors' Omnibus Reply In Support Of Fortieth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Books And Records Claims, (B) Fully Satisfied Claims, And (C) Objected-To Claims To Be Disallowed, (II) Modify And Allow Certain (A) Partially Satisfied Claims, (B) Claims To Be Further Modified, (C) Objected-To Claims To Be Modified And Allowed, And (III) Allow Certain Claims (Docket No. 19338)*

Related filings:       *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject To Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims Identified In Nineteenth Omnibus Claims Objection (Docket No. 9225)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim No. 8523 (Twin Corporation) (Docket No. 19437)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim No. 8523 (Twin Corporation) (Docket No. 19561)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 8523 Filed By Twin Corporation (Docket No. 19730)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 8523*

Status:       *This matter has been resolved pursuant to a stipulation between the parties.*

22.    **"Sufficiency Hearing Regarding Claims of Robyn R. Budd"** - Sufficiency Hearing Regarding Claims Of Robyn R. Budd As Objected To On Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit,

And OPEB Claims, (H) Workers' Compensation Claims, (II) Modify And Allow
Certain Administrative Expense Severance Claims, And (III) Allow Certain
Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Robin R. Budd's Response To Forty-Third Omnibus Claims Objection (Docket No. 19514)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925 Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski, Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative Expense Claim Number 20017 Filed By Andrew C. Gregos, And Administrative Expense Claim Number 20054 Filed By Robyn R. Budd (Docket No. 19809)* |
| *Related filings:* | *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (a) Salaried Employees And (b) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities, dated March 11, 2009 (Docket No. 16448)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Administrative Expense Claim Number 20054*

Status:                        *This hearing with respect to this matter will be proceeding.*

23.    **"Sufficiency Hearing Regarding Claims of Pamela Geller"** - Sufficiency Hearing Regarding Claims Of Pamela Geller as Objected To On The Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)

Responses filed:              *Pamela Geller's Response To Debtors' Twenty-First Omnibus Claims Objection (Docket No. 10712)*

Replies filed:                *Debtors' Omnibus Reply In Support Of Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (10713)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller (Docket No. 19829)*

Related filings:              *Order Under 11 U.S.C. § 105(a) And Fed. R. Bankr. P. 2016(a) Authorizing Advancement Of Defense Costs Under Debtors' Insurance Policies (Docket No. 6264)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 11892, 12147, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, And 19543 (Docket No. 19725)*

*Ex Parte Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Reorganized Debtors To File (I) A Redacted Version Of Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019,*

26

*14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller And (II) Unredacted Versions Of (A) The Supplemental Reply And (B) A Certain Agreement Between Debtors And Atul Pasricha Under Seal (Docket No. 19814)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Order Authorizing Reorganized Debtors To File (I) A Redacted Version Of Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller And (II), Under Seal, Unredacted Versions Of (A) The Supplemental Reply And (B) A Certain Agreement Between Debtors And Atul Pasricha (Docket No. 19823)*

*Confidential – Subject To Bankruptcy Court Order Re: Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller; And Exhibit A (Docket No. 19865)*

*Proof Of Claim Number 12147*

Status:  *This hearing with respect to this matter will be proceeding.*

## D.    Contested Matters

24.    **"Sufficiency Hearing Regarding Claims of the New York State Department of Environmental Conservation"** - Sufficiency Hearing Regarding Claims Of The New York State Department of Environmental Conservation As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:  *The New York State Department of Environmental Conservation's Response To Debtors' Third Omnibus Objection To Proofs of Claim Nos. 13776 And 13881 (Docket No. 5734)*

27

*Supplemental Response Of The New York State Department Of Environmental Conservation In Opposition To Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 13776 And 13881 (Docket No. 19683)*

*Reorganized Debtors' Response To The Statement Of GM Components Holding LLC Regarding Claims Objection Between Reorganized Debtors And The New York State Department Of Environmental Conservation (Docket No. 19887)*

*Response Of The New York State Department Of Environmental Conservation To The Statement Of GM Components Holding LLC Regarding Claims Objection Between Reorganized Debtors And The New York State Department Of Environmental Conservation (Docket No. 19905)*

*Replies filed:*       *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

*Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 13776 And 13881 Filed By The New York State Department Of Environmental Conservation (Docket No. 19600)*

*Related filings:*       *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221,*

> *10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*
>
> *Letter By David R. Berz Re: DPH Holdings Corp., Case No. 05-44481, Hearing Scheduled For March 18, 2010 At 10:30 A.M (Docket No. 19699)*
>
> *Statement Of GM Components Holdings LLC Regarding Claims Objection Between Reorganized Debtors And The New York State Department Of Environmental Conservation (Docket No. 19806)*
>
> *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*
>
> *Proofs Of Claim Numbers 13776 And 13881*

|  |  |
|---|---|
| *Status:* | *This hearing with respect to this matter will be proceeding.* |

25. **"Sufficiency Hearing Regarding Claims of Illinois Tool Works Inc. and ITW Food Equipment Group LLC"** - Sufficiency Hearing Regarding Claims Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC As Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Responses filed:* | *Response Of Creditors: (I) Illinois Tool Works Inc.; (II) Illinois Tool Works For Hobart Brothers Co.; (III) Hobart Brothers Company, (IV) ITW Food Equipment Group LLC; And (V) Tri-Mark, Inc. In Opposition To Debtors' Third Omnibus Objection To Certain Claims (Docket No. 5617)* |
|  | *Supplemental Brief Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC In Support of Claim Nos. 11983, 11985, 11988 And 11989 (Docket No. 19893)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate* |

*Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

*Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) [Docket No. 5452] With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 11983, 11985, 11988, And 11989 Filed By Illinois Tool Works Inc. And ITW Food Equipment Group LLC (Docket No. 19603)*

*Related filings:*      *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*

*Expedited Motion Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC For: (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply: And (II) A Continuance Of The Hearing Scheduled For March 18, 2010 (Docket No. 19672)*

*Order On Expedited Motion Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC For (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply: And (II) A Continuance Of The Hearing Scheduled For March 18, 2010 (Docket No. 19684)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proofs Of Claim Numbers 11983, 11985, 11988, And 11989*

*Status:*      *The Reorganized Debtors are seeking to adjourn this matter.*

26.    **"Sufficiency Hearing Regarding Claims of Atul Pasricha"** - Sufficiency Hearing Regarding Claims Of Pasricha Atul As Objected To On The Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 9535)

> Responses filed:    *Response Of Atul Pasricha To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10699)*

> Replies filed:    *Debtors' Omnibus Reply In Support Of Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10713)*

> *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Gelle (Docket No. 19829)*

> Related filings:    *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 11892, 12147, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, And 19543 (Docket No. 19725)*

> *Ex Parte Application Under 11 U.S.C. § 107(b) And Fed. R. Bankr. P. 9018 For Order Authorizing Reorganized Debtors To File (I) A Redacted Version Of Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller And (II) Unredacted Versions Of (A) The*

31

*Supplemental Reply And (B) A Certain Agreement Between Debtors And Atul Pasricha Under Seal (Docket No. 19814)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Order Authorizing Reorganized Debtors To File (I) A Redacted Version Of Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller And (II), Under Seal, Unredacted Versions Of (A) The Supplemental Reply And (B) A Certain Agreement Between Debtors And Atul Pasricha (Docket No. 19823)*

*Confidential – Subject To Bankruptcy Court Order Re: Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026 Filed By Atul Pasricha And Proof Of Claim Number 12147 Filed By Pamela Geller; And Exhibit A (Docket No. 19865)*

*Proofs Of Claim Numbers 14019, 14020, 14022, 14023, 14024, 14025, And 14026*

*Status:*          *This hearing with respect to this matter will be proceeding.*

27.    **"Sufficiency Hearing Regarding Claims of Ronald E. Jorgensen"** - Sufficiency Hearing Regarding Claims Of Ronald E. Jorgensen as Objected To On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses filed:*          *Ronald E. Jorgensen's Response To The Third Omnibus Claims Objection (Docket No. 5672)*

*Replies filed:*          *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate*

*Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

*Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) [Docket No. 5452] With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

*Reorganized Debtors' Supplemental Reply To Response Of A Certain Claimant To Debtors' Objection To Proof Of Claim Number 11892 Filed By Ronald E. Jorgensen (Docket No. 19813)*

Related filings:        *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 11892, 12147, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, And 19543 (Docket No. 19725)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 11892*

Status:        *The hearing with respect to this matter will be proceeding.*

28.    **"Sufficiency Hearing Regarding Claims of Jeffrey A. Miller"** - Sufficiency Hearing Regarding Claims Of Jeffrey A. Miller As Objected To On The Reorganized Debtors' Thirty- Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 18983)

Responses filed:        *Jeffrey A. Miller's Response To The Thirty-Sixth Omnibus Claims Objection (Undocketed)*

Replies filed:        *Debtors' Omnibus Reply In Support Of Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 19099)*

33

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim No. 7054 Filed By Joyce L. Skillman, Proof Of Claim No. 9221 Filed By Audrey Amort Cabrera, Proof Of Claim No. 10830 Filed By Saundra L. Hamlin, Proof Of Claim No. 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim No. 16967 Filed By Dwight L. Goodin, Administrative Expense Claim No. 18614 Filed By William E. Cross, And Administrative Expense Claim No. 19162 Filed By Scott A. Mcbain (Docket No. 19605)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925 Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski, Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative Expense Claim Number 20017 Filed By Andrew C. Gregos, And Administrative Expense Claim Number 20054 Filed By Robyn R. Budd (Docket No. 19809)*

*Supplement To The Reorganized Debtors' Second Supplemental Reply To Response Of Jeffrey A. Miller To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller (Docket No. 19828)*

*Related filings:*    *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (a) Salaried Employees And (b) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities, dated March 11, 2009 (Docket No. 16448)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*

*Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Number 11375 Filed by Jeffrey A. Miller (Docket No. 19779)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 11375*

Status:             *The hearing with respect to this matter will be proceeding.*

29.    **"Sufficiency Hearing Regarding Claims of Stanley D. Smith"** - Sufficiency Hearing Regarding Claims Of Stanley D. Smith As Objected To On Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims,(VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

Responses filed:        *Response Of Stanley D. Smith To Thirty-Seventh Omnibus Claims Objection (Docket No. 19006)*

*Letter by Stanley D. Smith Re: Objection To Dismissal of Claim No. 16925 (Docket No. 19781)*

Replies filed:          *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925 Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski, Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative Expense Claim Number 20017 Filed By Andrew C. Gregos, And Administrative Expense Claim Number 20054 Filed By Robyn R. Budd (Docket No. 19809)*

Related filings:        *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And*

*Employer-Paid Post-Retirement Life Insurance Benefits For Certain (a) Salaried Employees And (b) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities, dated March 11, 2009 (Docket No. 16448)*

*Notice of Sufficiency Hearing with Respect to Debtors' Objections to Proofs of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, and 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Administrative Expense Claim Number 16925*

*Status:*                 *This hearing with respect to this matter will be proceeding.*

30.    **"Sufficiency Hearing Regarding Claims of James A. Luecke"** - Sufficiency Hearing Regarding Claims Of James A. Luecke As Objected To On Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims,(VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984) and Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19423)

*Responses filed:*       *James A. Luecke's Response To Thirty-Seventh Omnibus Claims Objection (Docket No. 19007)*

*James A. Luecke's Response To Forty-Fifth Omnibus Claims Objection (Docket No. 19707)*

*Replies filed:*         *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

*Reorganized Debtors' Omnibus Reply In Support Of Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. §*

36

*503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19698)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925 Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski, Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative Expense Claim Number 20017 Filed By Andrew C. Gregos, And Administrative Expense Claim Number 20054 Filed By Robyn R. Budd (Docket No. 19809)*

Related filings:    *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (a) Salaried Employees And (b) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities, dated March 11, 2009 (Docket No. 16448)*

*Notice of Sufficiency Hearing with Respect to Debtors' Objections to Proofs of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, and 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Administrative Expense Claim Numbers 17081 And 18049*

Status:    *This hearing with respect to this matter will be proceeding.*

31.    **"Sufficiency Hearing Regarding Claims of Frank X. Budelewski"** - Sufficiency Hearing Regarding Claims Of Frank X. Budelewski As Objected To On Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims,(VI)

Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

| | |
|---|---|
| *Responses filed:* | *Frank X. Budelewski's Response To Thirty-Seventh Omnibus Claims Objection (Docket No. 19026)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925 Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski, Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative Expense Claim Number 20017 Filed By Andrew C. Gregos, And Administrative Expense Claim Number 20054 Filed By Robyn R. Budd (Docket No. 19809)* |
| *Related filings:* | *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (a) Salaried Employees And (b) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities, dated March 11, 2009 (Docket No. 16448)* |
| | *Notice of Sufficiency Hearing with Respect to Debtors' Objections to Proofs of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, and 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Administrative Expense Claim Number 18087* |
| *Status:* | *This hearing with respect to this matter will be proceeding.* |

32.    **"Sufficiency Hearing Regarding Claims of Walter A. Kunka"** - Sufficiency Hearing Regarding Claims Of Walter A. Kunka As Objected To On Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

| | |
|---|---|
| *Responses filed:* | *Walter A. Kunka's Response To Thirty-Seventh Omnibus Claims Objection (Undocketed)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925 Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski, Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative Expense Claim Number 20017 Filed By Andrew C. Gregos, And Administrative Expense Claim Number 20054 Filed By Robyn R. Budd (Docket No. 19809)* |
| *Related filings:* | *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (a) Salaried Employees And (b) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities, dated March 11, 2009 (Docket No. 16448)* |
| | *Notice of Sufficiency Hearing with Respect to Debtors' Objections to Proofs of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, and 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |

*Administrative Expense Claim Number 18604*

Status:          *This hearing with respect to this matter will be proceeding.*

33.      **"Sufficiency Hearing Regarding Claims of Gary L. Cook"** - Sufficiency Hearing
Regarding Claims Of  Gary L. Cook As Objected To On Reorganized Debtors'
Thirty-Ninth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr.
P. 3007 To Expunge Certain Administrative Expense (I) Workers' Compensation
Claims, (II) Workers' Compensation Claims Transferred To GM Buyers, And (III)
Severance Claims (Docket No. 19045) and Reorganized Debtors' Forty-Sixth
Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I)
Disallow and Expunge Certain Administrative Expense (A) Books and Records
Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims,
(D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation
Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H)
Duplicate Insurance Claims, and (I) Severance Claims, (II) Disallow and Expunge
(A) a Certain Duplicate Workers' Compensation Claim, (B) a Certain Duplicate Tax
Claim, and (C) a Certain Duplicate Severance Claim, (III) Modify Certain
Administrative Expense (A) State Workers' Compensation Claims and (B) Workers'
Compensation Claims, and (IV) Allow Certain Administrative Expense Severance
Claims (Docket No. 19711)

Responses filed:          *Gary L. Cook's Response To The Thirty-Ninth Omnibus*
*Claims Objection (Docket No. 19148)*

*Gary L. Cook's Response To The Forty-Sixth Omnibus Claims*
*Objection (Docket No. 19753)*

Replies filed:          *Reorganized Debtors' Omnibus Reply In Support Of*
*Thirty-Ninth Omnibus Objection Pursuant To 11 U.S.C. §*
*503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain*
*Administrative Expense (I) Workers' Compensation Claims,*
*(II) Workers' Compensation Claims Transferred To GM*
*Buyers, And (III) Severance Claims (Docket No. 19168)*

*Reorganized Debtors' Supplemental Reply To Response Of*
*Claimant To Debtors' Objections To Administrative Expense*
*Claim Numbers 16898 And 18740 Filed By Gary L. Cook*
*(Docket No. 19816)*

Related filings:          *Notice Of Sufficiency Hearing With Respect To Debtors'*
*Objections To Proofs Of Claim Numbers 5268, 13270, 13838,*
*13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087,*
*18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing*
*(Docket No. 19817)*

*Administrative Expense Claim Numbers 16898 And 18740*

Status:                *This hearing with respect to this matter will be proceeding.*

34.    **"Sufficiency Hearing Regarding Claims of Sharyl Y. Carter"** - Sufficiency
Hearing Regarding Claims Of Sharyl Y. Carter As Objected To On Reorganized
Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R.
Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance
Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And
Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify
And Allow Certain Administrative Expense Severance Claims, And (III) Allow
Certain Administrative Expense Claims (Docket No. 19423)

Responses filed:        *Sharyl Y. Carters Response To The Forty-Fifth Omnibus*
*Claims Objection (Docket No. 19599)*

*Letter By Sharyl Yvette Carter Re: Federal Express Receipts*
*& Copies Of Documents Regarding Objections (Docket No.*
*19886)*

Replies filed:        *Reorganized Debtors' Omnibus Reply In Support Of*
*Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. §*
*503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain*
*Administrative Expense (A) Severance Claims, (B) Books And*
*Records Claims, (C) Duplicate Claims, (D) Pension And*
*Benefit Claims, And (E) Transferred Workers' Compensation*
*Claims, (II) Modify And Allow Certain Administrative*
*Expense Severance Claims, And (III) Allow Certain*
*Administrative Expense Severance Claims (Docket No.*
*19698)*

*Reorganized Debtors' Supplemental Reply To Response Of*
*Claimant To Debtors' Objection To Administrative Expense*
*Claim Numbers 17094 And 17773 Filed By Sharyl Y. Carter*
*(Docket No. 19812)*

Related filings:        *Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11*
*U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A)*
*Certain Pension And OPEB Claims, (B) Certain Individual*
*Workers' Compensation Claims, (C) Certain Duplicate*
*And/Or Amended Individual Workers' Compensation Claims,*
*(D) Certain Untimely Individual Workers' Compensation*
*Claims, (E) A Secured Books And Records Claim, And (F)*
*Certain Untimely Claims, (II) Modify Certain (A) Wage And*
*Benefit Claims, (B) State Workers' Compensation Claims,*
*And (C) Individual Workers' Compensation Claims Asserting*
*Priority, (III) Provisionally Disallow Certain Union Claims,*

41

*And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Administrative Expense Claim Numbers 17094 And 17773*

*Status:*          *This hearing with respect to this matter will be proceeding.*

Dated: New York, New York
April 22, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors