UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
   In re                              :    Chapter 11
                                                  :
DPH HOLDINGS CORP., et al.,                       :    Case No. 05-44481
                                                  :
                     Debtors.    :    (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon the application of Kayalyn A. Marafioti, dated April 21, 2010, for the admission pro hac vice of Michael W. Perl in the above-captioned reorganization cases, it is hereby

ORDERED that Michael W. Perl is admitted to practice pro hac vice in the above-captioned reorganization cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  White Plains, New York
       April 22, 2010

                              /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE