UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
   In re                                  :        Chapter 11
:
DPH HOLDINGS CORP., et al.,         :        Case No. 05-44481
:
             Reorganized Debtors.   :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon the application of Kayalyn A. Marafioti, dated April 21, 2010, for the admission pro hac vice of Louis S. Chiappetta in the above-captioned reorganization cases, it is hereby

ORDERED that Louis S. Chiappetta is admitted to practice pro hac vice in the above-captioned reorganization cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  White Plains, New York
         April 22, 2010

                                      /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE