**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**



COPY

IN RE:                              CHAPTER 11

DPH HOLDINGS CORP, ET AL.          CASE NO.  05-44481 (RDD)
                                   (Jointly Administered)
        Reorganized Debtors

_____/

<u>RESPONSE TO OBJECTION</u>
<u>TO CLAIM OF TERRY ROE (SS#:        -4258)</u>

The Creditor, Terry Roe, responds to the Objection to Claim as follows:

1.    The Creditor was employed by Delphi Corporation before its bankruptcy was filed.

2.    The Creditor was injured on the job before the bankruptcy was filed.

3.    The Creditor received Workers' Compensation Benefits from the Debtor for their injuries and filed the claim to protect the claim for benefits.

4.    The Objection to Claim is based on the claim being for Workers' Compensation Benefits.

5.    The Claim for Benefits is a legitimate claim.

6.    Since the benefits were paid by the Debtor and approved by a state agency, the Debtor had actual notice of the claim and benefits.

7.    The Creditor estimates the claim value is a minimum of $250,000.00.

8.  The Creditor asks that the Objection to Claim be denied.

DATED: _4·14·10_          _Terry Roe_
                          Terry Roe