Christopher J. Battaglia, Esq.
Julie D. Dyas, Esq.
**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765-9100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| DPH Holdings Corp., *et al.*, | : Case No. 05-44481 (RDD) |
| Debtors. | : |
| | : Jointly Administered |
| -------------------------------------------------------x | : |

# AMENDED VERIFIED STATEMENT OF HALPERIN BATTAGLIA RAICHT, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

The undersigned, a member of the firm of Halperin Battaglia Raicht, LLP, hereby certifies:

1. I am a member of the law firm Halperin Battaglia Raicht, LLP ("HBR"), 555 Madison Avenue, 9th Floor, New York, NY 10022.

2. This Amended Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. HBR has been retained as counsel for individual creditors and/or defendants in the above-referenced bankruptcy cases. A list of each of these creditors' names and addresses is attached hereto.

4. Unless otherwise indicated, each creditor or defendant named on the attached list has executed or is in the process of executing an employment agreement and/or power of attorney authorizing HBR to represent the creditor in the bankruptcy proceedings.

{00126585.1 \ 0000-021}

5. The address of each creditor or defendant for purposes hereof is as set forth in **Exhibit "A."**

6. The creditors hold claims in varying amounts against certain of the above-referenced Chapter 11 debtors and/or are defendants in alleged causes of action pursuant to Chapter 5 of the Bankruptcy Code. The relevant information identifying the creditors or defendants and the nature and amount of their claim or dispute is available upon request.

7. HBR does not hold any claims against or interest in the Debtors.

8. HBR will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: New York, New York
       April 22, 2010

                                        HALPERIN BATTAGLIA RAICHT, LLP

                                        By:  /s/ *Christopher J. Battaglia*_____
                                             Christopher J. Battaglia
                                             555 Madison Avenue, 9th Floor
                                             New York, New York 10022
                                             (212) 765-9100

{00126585.1 \ 0000-021}                        2

Exhibit A – List of Clients

| Creditor Name | Contact Name | Address | Status |
|---|---|---|---|
| AKS Receivables, LLC | c/o Ronald E. Gold, Esq. Frost Brown & Todd | 2200 PNC Center, 201 East Fifth Street Cincinnati, Ohio 45202-4182 | Active Matter |
| ARC Automotive, Inc. | c/o Cherie MacDonald, Esq. Greensfelder, Hemker & Gale, P.C. | 12 Wolf Creek Drive, Suite 100 Swansea, IL 62226 | Matter Resolved (representation concluded) |
| Automotive Technologies International | c/o A. Kochanowski, Esq. Sommers Schwartz, P.C. | 2000 Town Center, Suite 900 Southfield, MI 48075 | Matter Resolved (representation concluded) |
| Casco Products Corp. | c/o Cherie MacDonald, Esq. Greensfelder, Hemker & Gale, P.C. | 12 Wolf Creek Drive, Suite 100 Swansea, IL 62226 | Matter Resolved (representation concluded) |
| Hutchinson FTS | c/o David R. Draper, Esq. The DraperFirm | 18580 Mack Ave Grosse Pointe Farms, MI 48236 | Matter Resolved (representation concluded) |
| US Xpress | c/o Bruce C. Bailey, Esq. Chambliss, Bahner & Stophel, PC | Two Union Square, Suite 1000 Chattanooga, TN 37402 | Matter Resolved (representation concluded) |

{00056245.2 \ 0611-001}