# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| DELPHI CORPORATION, et al., ) | |
| ) | Case No. 05-44481 |
| Debtor. ) | |
| ) | (Jointly Administered) |

## REQUEST TO BE REMOVED FROM RECEIVING NOTICES IN CASE

COMES NOW the undersigned, Michael Leo Hall, attorney of record for MERCEDES-BENZ U.S. INTERNATIONAL, INC., and hereby requests that he be removed from the electronic notice list and all other service list in the above referenced case.

Michael Leo Hall    mhall@burr.com

Dated: April 23, 2010.

Respectfully submitted,

/s/ Michael Leo Hall
Michael Leo Hall

Attorney for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

**OF COUNSEL:**
BURR & FORMAN LLP
3100 SouthTrust Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1823815 v1