BUTZEL LONG, a professional corporation
Eric B. Fisher
Barry N. Seidel
Cynthia J. Haffey (Detroit office)
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 374-5359
Facsimile: (212) 818-0494
fishere@butzel.com

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CORPORATION *et al.*,

                       Plaintiffs.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

Adv. Pro. No. 07-02074, *et seq*.

## ORDER

Upon letter request by DPH Holdings Corporation and certain of its affiliated reorganized debtors (collectively, the "Plaintiffs"), by their counsel and pursuant to Fed. R. Bankr. P. 9006, and with consent from Defendants with pending motions to dismiss, as well as certain other Defendants, for the Court's endorsement of certain procedures, identified below, coordinating the scheduling and resolution of motions to dismiss avoidance actions in these bankruptcy proceedings ("Avoidance Actions") that are filed on or before May 14, 2010; and it appearing that the requested procedures are in the best interest of the parties and the Court; and notice of Plaintiffs' letter requesting such procedures having been provided to consenting Defendants; and such letter having been electronically filed in all Avoidance Actions; and no further or other notice of such letter being required; and sufficient cause appearing, it is hereby **ORDERED** that the following schedule and procedures shall govern the motions to dismiss in the Avoidance Actions ("Dismissal Motions"):

1. For those Defendants whose time to respond to the Avoidance Action complaints would otherwise run on or before May 14, 2010, Dismissal Motions shall instead be due no later than May 14, 2010. (Any Dismissal Motion that is filed on or before May 14, 2010 is hereinafter referred to as a "First Wave Dismissal Motion." Any Dismissal Motion that is filed after May 14, 2010 is hereinafter referred to as a "Second Wave Dismissal Motion");

2. The currently scheduled hearings on pending Dismissal Motions on May 17 and June 7, 2010 shall be adjourned to an omnibus hearing to be held on July 22, 2010, which shall be the scheduled hearing date for all First Wave Dismissal Motions;

3. Plaintiffs shall have the right to file, on or before June 7, 2010, a single Objection of up to fifty (50) pages in response to all First Wave Dismissal Motions;

4. The Moving Defendants and any other Defendants that may file a First Wave Dismissal Motion (collectively, the "First Wave Movants") shall have the right to file, on or before July 2, 2010, any reply briefs. For the avoidance of all doubt, two or more First Wave Movants may, but shall not be required to, file a combined reply brief, and such movants may file joinder(s) in other such reply briefs; and

5. The Court shall determine on a future date the procedures governing any Second Wave Dismissal Motions.

Dated: _____
JUDGE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE