SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


        - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti


Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors


DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698


DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                       :
      In re                                                            :
                                                                       :
DPH HOLDINGS CORP., et al.,                                            :        Chapter 11
                                                                       :        Case No.: 05-44481-RDD
                                  Reorganized Debtors.                 :
                                                                       :         (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER
RESOLVING ACE COMPANIES' CONTRACT OBJECTION

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and ACE American Insurance Company, Pacific Employers Insurance Company, and Illinois Union Insurance Company and each of their affiliates (collectively, the "ACE Companies") agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on June 16, 2009, the Debtors filed the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17030) (the "Modified Plan").

WHEREAS, on July 14, 2009, the ACE Companies filed a Limited Objection Of The ACE Companies To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 18216) (the "Limited Plan Objection").

WHEREAS, on July 30, 2009, this Court entered an Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order (Docket No. 12359) (Docket No. 18707).

WHEREAS, Delphi Corporation and certain of its subsidiaries and affiliates and the ACE Companies entered into a Stipulation And Order Resolving Limited Objection Of The ACE Companies To Approval And/Or Confirmation Of First Amended Joint Plan Of

2

Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-

Possession (As Modified) And Preserving Limited Objection Of The ACE Companies To

Assignment Of Agreements To Buyers (the "Stipulation And Order"), a copy of which is

attached hereto as Exhibit A.[1]

WHEREAS, on August 14, 2009, this Court entered the Stipulation And Order

(Docket No. 18793).

WHEREAS, the Stipulation And Order resolved the ACE Companies' Modified

Plan Objection but did not resolve the ACE Companies' Contract Objection.

WHEREAS, the Reorganized Debtors represent that, on October 6, 2009, the

Debtors substantially consummated the Modified Plan and emerged from chapter 11 as the

Reorganized Debtors.

WHEREAS, to resolve the ACE Companies' Contract Objection, the Reorganized

Debtors and the ACE Companies are entering into this joint stipulation and agreed order.

THEREFORE, the Reorganized Debtors and the ACE Companies stipulate and

agree as follows:

1.      The Reorganized Debtors represent and confirm that they have not

assigned and will not assign any of the Agreements pursuant to section 365 of the Bankruptcy

Code, 11 U.S.C. § 365, and the Modified Plan.

2.      Based on the Reorganized Debtors' representation in paragraph 1 hereof,

the ACE Companies agree to withdraw with prejudice the Contract Objection.

3.      Except as expressly amended hereby, all of the terms and conditions of the

Stipulation And Order shall remain in full force and effect.

---

[1]     All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Stipulation
        And Order.

        4.       Upon the Court's entry of this joint stipulation and agreed order, the ACE

Companies' Contract Objection shall be deemed withdrawn with prejudice.

So Ordered in White Plains, New York, this 23rd day of April, 2010.


                           /s/Robert D. Drain
                           UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:


 /s/ John K. Lyons                              /s/ Lewis R. Olshin
John Wm. Butler, Jr.                           Wendy M. Simkulak
John K. Lyons                                  DUANE MORRIS LLP
Ron E. Meisler                                 1540 Broadway, 14th Floor
SKADDEN, ARPS, SLATE, MEAGHER                  New York, New York 10036-4086
 & FLOM LLP                                    (212) 692-1000
155 North Wacker Drive
Chicago, Illinois 60606                                - and -
(312) 407-0700
                                               Margery N. Reed
          - and -                              Lewis R. Olshin
                                               30 South 17th Street
Kayalyn A. Marafioti                           Philadelphia, Pennsylvania 19103-4196
Four Times Square                              (215) 979-1000
New York, New York 10036
(212) 735-3000                                 Attorneys for the ACE Companies

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors