UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) CHAPTER 11 |
| DELPHI CORPORATION, et al, | ) Case No: 05-44481 [RDD] |
| Debtors. | ) (Jointly Administered) |
| DELPHI CORPORATION, et al, | ) |
| Plaintiffs, | ) Adv. Pro. No. 07-02385 [RDD] |
| v. | ) |
| PONTIAC COIL INC., | ) |
| Defendant. | ) |

### ORDER FOR ADMISSION OF JAMES E. DELINE *PRO HAC VICE*

This matter having come before the Court upon the Motion for Admission *Pro Hac Vice* filed by James E. DeLine in accordance with L.B.R. 2090-1; and the Court being duly advised, it is

ORDERED that James E. DeLine is admitted *pro hac vice* in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, for all purposes, provided that the filing fee has been paid.

Dated: White Plains, New York
April 23, 2010

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

{34458\1\DT459980.DOC;1}