UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| DELPHI CORPORATION, et al, | Case No: 05-44481 [RDD] |
| Debtors. | (Jointly Administered) |
| DELPHI CORPORATION, et al, | |
| Plaintiffs, | Adv. Pro. No. 07-02385 [RDD] |
| v. | |
| PONTIAC COIL INC., | |
| Defendant. | |

## ORDER FOR ADMISSION OF PATRICK WARREN HUNT *PRO HAC VICE*

This matter having come before the Court upon the Motion for Admission *Pro Hac Vice* filed by Patrick Warren Hunt in accordance with L.B.R. 2090-1; and the Court being duly advised,

IT IS ORDERED that Patrick Warren Hunt is admitted *pro hac vice* in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, for all purposes, provided that the filing fee has been paid.

Dated: White Plains, New York
April 23, 2010

                                                /s/Robert D. Drain
                                     UNITED STATES BANKRUPTCY JUDGE

{34458\1\DT459194.DOC;1}