UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :

      In re                                        :        Chapter 11

                                                        :

DPH HOLDINGS CORP., et al.,        :        Case No. 05-44481 (RDD)

                                                        :

                                                        :        (Jointly Administered)

               Reorganized Debtors.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER SCHEDULING HEARING ON THE SUBSTANTIAL CONTRIBUTION APPLICATION FILED BY HIGHLAND CAPITAL MANAGEMENT, L.P. FOR JUNE 30, 2010

Upon the application of Highland Capital Management, L.P. ("Highland") for payment of compensation and reimbursement pursuant to section 503(b)(3) and (4) of the Bankruptcy Code (the "Highland Substantial Contribution Application"), and pursuant to the direction of this Court and agreements among the relevant parties, it is hereby

ORDERED that the hearing on the Highland Substantial Contribution Application is scheduled for the Fifty-Sixth Omnibus Hearing, which is scheduled to occur June 30, 2010, at 10:00 a.m. (prevailing Eastern time); and it is further

ORDERED that responses or objections, if any, to the Highland Substantial Contribution Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures (as amended, supplemented, or otherwise modified, the " Supplemental Case Management Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy

Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5-inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) served in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Case Management Order, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on May 13, 2010; and it is further

ORDERED that replies, if any, to any response or objection to the Highland Substantial Contribution Application must be filed no later than 4:00 p.m. (prevailing Eastern time) on May 19, 2010, and it is further

ORDERED that all other deadlines for Highland to present its affirmative case, including the deadlines to file any briefs, declarations, affidavits, and exhibits, in respect of Highland's Substantial Contribution Application will correspond to the Fifty-Fifth Omnibus Hearing scheduled for May 20, 2010, such that the deadlines for Highland will be consistent with the deadlines for all other substantial contribution applications, and it is further

ORDERED that only those responses or objections to the Highland Substantial Contribution Application that are made as set forth herein and in accordance with the Supplemental Case Management Order will be considered at the hearing on the Highland Substantial Contribution Application. If no such responses or objections are timely filed and served in accordance with the procedures set forth herein and the Supplemental Case Management Order, this Court may enter an order granting the requested relief without further notice.

Dated: White Plains, New York
April 23, 2010

<u>/s/Robert D. Drain</u>
UNITED STATES BANKRUPTCY JUDGE