UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :    Case No. 05-44481 (RDD)
DPH HOLDINGS CORP., *et al.*,                      :
                                                   :    Jointly Administered
            Debtors.                               :
------------------------------------------------------------x
                                                   :

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Ronald E. Gold, a member in good standing of the bar in the States of Illinois and Ohio, the Supreme Courts of Illinois and Ohio, the District Courts for the Northern District of Illinois, the Northern and Southern Districts of Indiana, the Western District of Kentucky, the Northern and Southern Districts of Ohio, the Eastern District of Wisconsin, and the Courts of Appeals for the Sixth and Seventh Circuits, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent AKS Receivables, LLC in the above-referenced cases and associated cases, including adversary proceeding number 07-02140(RDD).

      My mailing address is Frost Brown Todd LLC, 2200 PNC Center, 201 East Fifth Street, Cincinnati, Ohio  45202-4182; email address is rgold@fbtlaw.com; and telephone number is (513) 651-6156.

      I agree to pay the fee of $25 upon entry of an Order by this Court admitting me to practice *pro hac vice*.

Dated:  April 21, 2010
         Cincinnati, Ohio                     */s/ Ronald E. Gold*

## ORDER

      **ORDERED**, that Ronald E. Gold, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  _____ __, 2010
         New York, New York

                                          UNITED STATES BANKRUPTCY JUDGE

{00126521.1 \ 0000-021}