05-44481-rdd   Doc 19949-1   Filed 04/27/10   Entered 04/27/10 15:39:51   Exhibit A
Pg 1 of 2

In re DPH Holdings Corp., et al.                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD OF MICHIGAN<br>ATTN ROBERT A PHILLIPS ESQ<br>600 LAFAYETTE EAST NO 1925<br>DETROIT, MI 48226-2998 | 18872 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DEAN HEALTH PLAN INC<br>ATTN DAVID MONROE<br>COLLECTIONS COORDINATOR<br>PO BOX 56099<br>MADISON, WI 53705 | 17961 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$2,290.29<br><br>$2,290.29 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| IAMAW DISTRICT 10 AND LODGE 78 ON BEHALF OF THE EMPLOYEES IT REPRESENTS<br>MARIANNE G ROBBINS<br>C/O PREVIANT GOLDBERG ET AL<br>1555 N RIVERCENTER DR NO 202<br>MILWAUKEE, WI 53212 | 18627 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,324,822.50<br><br>$1,324,822.50 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES IT REPRESENTS<br>MARIANNE G ROBBINS<br>C/O PREVIANT GOLDBERG UELMAN ET AL<br>1555 N RIVERCENTER DR STE 202<br>MILWAUKEE, WI 53212 | 18854 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,812,915.00<br><br>$1,812,915.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| IBEW LOCAL 663 ON BEHALF OF THE EMPLOYEES IT REPRESENTS<br>MARIANNE G ROBBINS<br>C/O PREVIANT GOLDBERG UELMAN ET AL<br>1555 N RIVERCENTER DR STE 202<br>MILWAUKEE, WI 53212 | 18626 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,673,460.00<br><br>$1,673,460.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCALS 18S 101S AND 832S ON BEHALF OF EMPLOYEES AND FORMER EMPLOYEES OF DELPHI<br>BARBARA S MEHLSACK ESQ<br>GORLICK KRAVITZ & LISTHAUS PC<br>17 STATE ST 4TH FL<br>NEW YORK, NY 10004 | 18838 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$697,242.50<br><br>$697,242.50 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MARSH USA INC<br>CRAIG PADOVER<br>121 RIVER ST<br>HOBOKEN, NJ 07030 | 19084 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,996.00<br><br>$1,996.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of a creditor on this exhibit has been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19949-1    Filed 04/27/10    Entered 04/27/10 15:39:51    Exhibit A

In re DPH Holdings Corp., et al.    Pg 2 of 2    Forty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARSH USA INC<br>CRAIG PADOVER<br>121 RIVER ST<br>HOBOKEN, NJ 07030 | 19086 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$13,435.00<br><br>$13,435.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY<br>CELESTE R GILL ASST ATTORNEY GENERAL<br>525 W OTTAWA ST<br>WILLIAMS BLDG 6TH FLOOR<br>PO BOX 30755<br>LANSING, MI 48909 | 19118 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$9,700,000.00<br><br>$9,700,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NEW JERSEY DEPARTMENT OF ENVIROMENTAL PROTECTION<br>ANNE MILGRAM ATTORNEY GENERAL OF NEW JERSEY<br>RICHARD J HUGHES JUSTICE COMPLEX<br>25 MARKET ST<br>PO BOX 093<br>TRENTON, NJ 08625-0093 | 19328 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$24,934.78<br><br>$24,934.78 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS A ENNIS | 17693 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| UNITED STEELWORKERS<br>ATTN DAVID R JURY<br>FIVE GATEWAY CENTER RM 807<br>PITTSBURGH, PA 15222 | 18428 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$8,676,650.00<br><br>$8,676,650.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| XM SATELLITE RADIO INC<br>SCOTT A GOLDEN ESQ<br>HOGAN & HARTSON LLP<br>875 THIRD AVE<br>NEW YORK, NY 10022 | 18652 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,339,793.04<br><br>$1,339,793.04 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| **Total:** | **13** | | **$25,267,539.11** | | |

\*    The addresses of a creditor on this exhibit has been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.