**EXHIBIT B - STATE WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NEW YORK STATE WORKERS COMPENSATION BOARD<br>ATTN NANCY HERSHEY LORD AAG<br>NYS OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224 | 19059 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$37,940,220.00<br><br>$37,940,220.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NEW YORK STATE WORKERS COMPENSATION BOARD<br>ATTN NANCY HERSHY LORD AAC<br>NYS OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY, NY 12224 | 19058 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$66,200,000.00<br><br>$66,200,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NEW YORK WORKERS COMPENSATION BOARD<br>ATTN NANCY HERSHEY LORD AAG<br>THE CAPITOL<br>ALBANY, NY 12224 | 19057 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$87,500,000.00<br><br>$87,500,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **3** | | **$191,640,220.00** | | |