**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

## EXHIBIT C - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS

### CLAIM TO BE EXPUNGED

| | Claim | Date Filed | Creditor's Name | Debtor | Secured | Priority | Administrative | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1564 | 08/13/2009 | CATHY L ANDERSON, MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN, PO BOX 13187, JACKSON, MS 39236 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | | | UNL** | | UNL** |
| 2 | 1562 | 08/13/2009 | DELORISE HOOKER, MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN, PO BOX 13187, JACKSON, MS 39236 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | | | UNL** | | UNL** |
| 3 | 1556 | 08/13/2009 | EASHONDA D WILLIAMS, MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN, PO BOX 13187, JACKSON, MS 39236 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | | | UNL** | | UNL** |
| 4 | 1561 | 08/13/2009 | EMMA C KYLES, MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN, PO BOX 13187, JACKSON, MS 39236 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | | | UNL** | | UNL** |

### SURVIVING CLAIM

| | Claim | Date Filed | Creditor's Name | Debtor | Secured | Priority | Administrative | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 19567 | 08/13/2009 | CATHY L ANDERSON, MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN, PO BOX 13187, JACKSON, MS 39236 | DELPHI CORPORATION (05-44481) | | | UNL** | | UNL** |
| 2 | 19565 | 08/13/2009 | DELORISE HOOKER, MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN, PO BOX 13187, JACKSON, MS 39236 | DELPHI CORPORATION (05-44481) | | | UNL** | | UNL** |
| 3 | 19573 | 08/13/2009 | EASHONDA D WILLIAMS, MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN, PO BOX 13187, JACKSON, MS 39236 | DELPHI CORPORATION (05-44481) | | | UNL** | | UNL** |
| 4 | 19570 | 08/13/2009 | EMMA C KYLES, MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN, PO BOX 13187, JACKSON, MS 39236 | DELPHI CORPORATION (05-44481) | | | UNL** | | UNL** |

**    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 19558<br>Date Filed: 08/13/2009<br>Creditor's Name:<br>JOE N SWAN<br>MISSISSIPPI WORKERS COMPENSATION<br>INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19571<br>Date Filed: 08/13/2009<br>Creditor's Name:<br>JOE N SWAN<br>MISSISSIPPI WORKERS COMPENSATION<br>INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19557<br>Date Filed: 08/13/2009<br>Creditor's Name:<br>KAAREN D WASHINGTON<br>MISSISSIPPI WORKERS COMPENSATION<br>INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19572<br>Date Filed: 08/13/2009<br>Creditor's Name:<br>KAAREN D WASHINGTON<br>MISSISSIPPI WORKERS COMPENSATION<br>INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19563<br>Date Filed: 08/13/2009<br>Creditor's Name:<br>KENDRICK D HOLMES<br>MISSISSIPPI WORKERS COMPENSATION<br>INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19566<br>Date Filed: 08/13/2009<br>Creditor's Name:<br>KENDRICK D HOLMES<br>MISSISSIPPI WORKERS COMPENSATION<br>INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative UNL**<br>Unsecured:<br>Total: UNL** |
| Claim: 19555<br>Date Filed: 08/13/2009<br>Creditor's Name:<br>LEE H YOUNG JR<br>MISSISSIPPI WORKERS COMPENSATION<br>INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: UNL**<br>Unsecured:<br>Total: UNL** | Claim: 19574<br>Date Filed: 08/13/2009<br>Creditor's Name:<br>LEE H YOUNG JR<br>MISSISSIPPI WORKERS COMPENSATION<br>INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative UNL**<br>Unsecured:<br>Total: UNL** |

** "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

**EXHIBIT C - DUPLICATE STATE WORKERS' COMPENSATION CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 19559 | Claim: 19568 |
| Date Filed: 08/13/2009 | Date Filed: 08/13/2009 |
| Creditor's Name: | Creditor's Name: |
| PAULLION ROBY | PAULLION ROBY |
| MISSISSIPPI WORKERS COMPENSATION | MISSISSIPPI WORKERS COMPENSATION |
| INDIVIDUAL SELF INSURER GUARANTY | INDIVIDUAL SELF INSURER GUARANTY ASSN |
| ASSN | PO BOX 13187 |
| PO BOX 13187 | JACKSON, MS 39236 |
| JACKSON, MS 39236 | |

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Debtor: | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) | Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | | Secured: | |
| Priority: | | Priority: | |
| Administrative: | UNL** | Administrative | UNL** |
| Unsecured: | | Unsecured: | |
| Total: | UNL** | Total: | UNL** |

**Total Claims To Be Expunged:**
**Total Asserted Amount To Be Expunged:**

** "UNL" denotes an unliquidated claim.