**In re DPH Holdings Corp., et al.**                                      **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S  NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AAMIR ANTHONY FLEMING | 18568 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| ALICIA K PIOTROWSKI | 18200 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$578.59<br><br>$578.59 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| ALICIA PIOTROWSKI | 18150 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| ALMERON HARBACK JR | 16952 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| ALYCE FAYE ADKISSON | 16903 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| ANITA JONES | 18835 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ANN ELIZABETH ABLES | 17302 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ANNIE L GIBBS | 18450 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARCELIA CHARO GONZALEZ | 17456 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| AUGUSTIN BANDA JR | 17156 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $653.00<br>$653.00 | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| AXEL PAUL NEQUIST | 17427 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA JEAN WINCHELL | 18400 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA LAFRENIER | 17722 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| BARBARA SCHEER | 17071 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| BENJAMIN NORRIS WALKER | 17174 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| BERNARD G EDDY JR | 18268 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |

*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.                                Page 2 of 22

**In re DPH Holdings Corp., et al.**          **Forty-Sixth Omnibus Claims Objection**

**Case No. 05-44481 (RDD)**

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S  NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BOBBY J FOSTER | 17708 | Secured: Priority: Administrative: Unsecured: Total: | UNL  UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| BONNIE K JACKSON | 18419 | Secured: Priority: Administrative: Unsecured: Total: | UNL  UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| BRADLEY J ULMAN | 18151 | Secured: Priority: Administrative: Unsecured: Total: | UNL  UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| BRENDA LEIGH YORK | 17083 | Secured: Priority: Administrative: Unsecured: Total: | UNL  UNL | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| BRUCE EDWARD GEORGE | 17981 | Secured: Priority: Administrative: Unsecured: Total: | UNL  UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| BUDDY HAGGARD | 18371 | Secured: Priority: Administrative: Unsecured: Total: | UNL  UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CAROLYN L RUSSELL | 18894 | Secured: Priority: Administrative: Unsecured: Total: | $575.00  $575.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CARROL L WILSON | 17181 | Secured: Priority: Administrative: Unsecured: Total: | UNL  UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CHARLES A BEYER | 16985 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| CHARLES A BEYER | 16928 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| CHARLES FREDERIC STRAHM JR | 17649 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| CHARLOTTE J THOMAS | 18286 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CHERYL D HARRIS | 18705 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CHERYL D HARRIS | 17435 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| CHERYL D HARRIS | 18736 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| CRISTINA CHIARINA COON | 17791 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                      Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT D - WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DANIEL G DUCHAM | 16926 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DANIEL J BRYANT | 18413 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DANIEL J SAUTER | 16901 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| DARWIN H SANADA | 19280 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DAYNA L JOHNSON | 16946 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DEBORAH LYNN VALLELUNGA | 18785 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DEBRA A DAVIS | 19009 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DEBRA A DAVIS | 19591 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 08/31/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DEBRA F SANGSTER | 16941 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DENISE A GARCIA | 17299 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| DERICK LEWIS POUNDS | 19010 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| DIANE L SMITH | 17782 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| DONALD ELDRIDGE | 18698 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| DONALD H BUTLER | 17553 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| DONALD SCOTT SHAGENA | 16955 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$671.00<br><br>$671.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| DOUGLAS D WENDLAND | 18081 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19949-4    Filed 04/27/10    Entered 04/27/10 15:39:51    Exhibit D

In re DPH Holdings Corp., et al.                Pg 7 of 22                Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EAWILDA S PERRY | 18569 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| EDWARD P MATIJEGA | 17751 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $400.00<br><br>$400.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ERICK J COOPER | 18958 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ERMA SMITH | 18189 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| ESTHER STEWARD | 17545 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| ETTA ELAINE HAYWOOD | 17840 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| EUGENE LOUIS ERNDT | 17491 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| FARRA, VICTORIA A | 18451 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GARY A BREGE | 18586 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| GARY LOUIS DWYER | 17570 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| GARY T ANDREWS | 16875 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| GERALD ALLEN ROOD | 16943 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| GERARD J POYER | 17112 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| GRANT LEE BURNS | 17135 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| HARLEN STINNETT SR | 18752 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HERMAN JONES | 18772 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd   Doc 19949-4   Filed 04/27/10   Entered 04/27/10 15:39:51   Exhibit  D

In re DPH Holdings Corp., et al.          Pg 9 of 22          Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HOWARD KEELS | 18462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $30,397.77<br>$30,397.77 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JACK BRISBIN | 17767 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JACK ROY KELLY | 17199 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| JACQUELINE I MUNGER | 17799 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| JACQUELYN K WASKOSKI | 18079 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| JAMES M GRAI | 16987 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JAMES MICHAEL GRAI | 16940 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JAMES W LANTERMAN | 17285 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JAMES WILLIAMS | 18331 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JAMES WILLIAMS | 19055 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JANET BARLOW | 18344 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JANET E WEBB | 19109 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| JOHN R TURTURA | 17103 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| JOHN T CZYMBOR | 17879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOHN T CZYMBOR | 17914 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| JOSEPH E FORD | 17473 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S  NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSEPH W GALONSKA | 18593 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| JUDITH KAY BROWN | 18317 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| KATHY LABARR | 17890 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| KEITH D HERRIMAN | 18829 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| KENNETH J TACEY II | 18368 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LAFANCE ELLISON | 18562 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LARRY JOE WINELAND | 18064 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| LARRY SHOEMAKER | 18515 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAWRENCE ROBERT COLLISON | 18615 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LEONARD W CAHOON | 17897 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$653.00<br><br>$653.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LESLEY D ANDERSON | 18805 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LETTIE H SANDERS | 17674 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| LEWIS F HOLLINS | 17293 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LINDA HAIRSTON | 17549 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| LINDA HAIRSTON | 18341 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LINDA MARIE CARROLL | 18080 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S  NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LISA DIANE DEMETER | 16865 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| LORENE HAYNES | 17730 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| LOWELL LELAND GATTES | 18554 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LUCILLE PEPPER | 18167 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| LULA MAE PRITCHETT | 18583 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MAGALENE RICHARDSON | 18443 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MAGALENE RICHARDSON | 18154 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| MANUAL BOWMAN JR | 18336 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MARDINE BUTTERFIELD | 18449 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MARIE E MAKAREWICZ | 17901 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARK E PRESCOTT | 17380 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARK MAIER | 17304 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MARLENE E HILL | 16954 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| MARY ANN MITCHELL | 17533 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| MARY LEE ALLEN | 18404 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MEREDITH L THOMAS | 17979 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                                    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S  NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MICHAEL A REMAINDER | 17376 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL ANDREW BUDWIT | 18096 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL E MOULTON | 18356 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL J BORDEAU | 17218 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$653.00<br><br>$653.00 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL R COOTS | 18403 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL TANCREDI | 17911 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MILDRED MARIE CHURCH | 17201 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| MOSBY CLARK | 17950 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*      "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NORMA L BLADE | 17959 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| PAMELA C KAPNICK | 17891 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PATRICK LEE WENZLICK | 17848 | Secured: Priority: Administrative: Unsecured: Total: | $578.48 $578.48 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| PAUL D TRENZ | 17997 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| PAULA ANDERSON | 18510 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| PAULA ANDERSON | 18765 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PENNY CHRISTINE CLARK | 18361 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| PIERRE WILLIAM LAFLEUR | 17974 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Forty-Sixth Omnibus Claims Objection

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RANDALL F ARNDT | 17944 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| RASOLIND JO LEECK | 19595 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 09/08/2009 | DELPHI CORPORATION (05-44481) |
| RICARDO ESPINOZA | 17742 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RICHARD E HUTCHINSON | 17360 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| RICKEY LEE WALDROP | 17226 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT M PURDY | 19054 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| RODNEY W BENSCHOTER | 16948 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| RONNY CHARLES PICKERING | 17245 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RONNY CHARLES PICKERING | 17667 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| ROSLYNN WYNN | 17464 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| SANDRA E WATSON | 18333 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| SANTIAGO J ZARAZUA | 17335 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SCOTT J CSIRKE | 18448 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| SHARAYAL JOHNSON | 17101 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| SHARON D HIGGINS | 16989 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| SHEILA ANN THOMPSON | 17925 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |

*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                          Forty-Sixth Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S  NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHEILA MARIE SHERMAN | 18223 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $553.00<br>$553.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| SHIRLEY GIBSON | 18346 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| STELLA HARPER | 17616 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $600.65<br>$600.65 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| STELLA MERINGA | 17462 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| STEPHEN R MULLIN | 17386 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| STEVE O NEILL | 17147 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/01/2009 | DELPHI CORPORATION (05-44481) |
| STEVEN STREETER | 18203 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| SUSAN L HERLINE WRIGHT | 18271 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $507.70<br>$507.70 | 07/13/2009 | DELPHI CORPORATION (05-44481) |

*        The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

**      "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    Pg 20 of 22                    Forty-Sixth Omnibus Claims Objection
**Case No. 05-44481 (RDD)**

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUSAN MAY ROBBINS | 18823 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TERESA D LOVE | 18755 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TERRY GLEN LAMBERT | 19594 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 08/28/2009 | DELPHI CORPORATION (05-44481) |
| TERRY GLEN LAMBERT | 17014 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| TERRY L VISNAW | 18923 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| THERESA WALTON | 18259 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS J CONTRERAS | 18417 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS KEITH RADABAUGH | 17246 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                    **Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S  NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THOMAS KEITH RADABAUGH | 17247 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS KEITH RADABAUGH | 17265 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS KEITH RADABAUGH | 17264 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS KEITH RADABAUGH | 17266 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS W PAULSON | 17396 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| TIMOTHY J ROUSSEAU | 17469 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| TYRONE E SPARKS | 19172 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TYRONE E SPARKS | 18353 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

## EXHIBIT D - WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VALENTINE, ELROY | 18372 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| VERNON M MAHAN | 18338 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| WALTER A GIBSON | 17676 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| WALTER JEROME LELO | 17941 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| WALTER WILLIAM HILLMAN JR | 18339 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| WILLIAM ALLEN LOTT | 18573 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| YOLANDA AGUILAR | 18996 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| Total: | 175 | $36,821.19 | | | |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.