**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

**EXHIBIT E - DUPLICATE WORKERS' COMPENSATION CLAIM**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 1847 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 18274 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/13/2009 | Secured: | Date Filed: 07/14/2009 | Secured: |
| Creditor's Name: | Priority: | Creditor's Name: | Priority: |
| CAROL SUE CLABURN | Administrative: UNL** | CAROL SUE CLABURN | Administrative: UNL** |
| | Unsecured: | | Unsecured: |
| | Total: UNL** | | Total: UNL** |

**Total Claims To Be Expunged:**
**Total Asserted Amount To Be Expunged:** UNL

\*    The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

Page 1 of 1