**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

Forty-Sixth Omnibus Claims Objection

## EXHIBIT F - TRANSFERRED WORKERS' COMPENSATION CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ETHEL BERRY | 17624 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| GLORIA BRUMLEY | 18005 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| GLORIA BRUMLEY | 18283 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MARY JANE WATSON | 18834 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MATLINGA, MARK S | 17434 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL LEE CESLICK | 17795 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/07/2009 | DELPHI CORPORATION (05-44481) |
| NAOMI NEAL | 16980 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$611.00<br><br>$611.00 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| PAMELA WHITTINGTON | 18125 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.  
\*\*  "UNL" denotes an unliquidated claim.

**EXHIBIT F - TRANSFERRED WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RITA WELLS | 18643 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **9** | | **$611.00** | | |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.                Page 2 of 2