In re DPH Holdings Corp., et al.  
Case No. 05-44481 (RDD)  
Forty-Sixth Omnibus Claims Objection

## EXHIBIT G - TAX CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| ANGELINA COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 19142 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BEXAR COUNTY<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 18180 | Secured:<br>Priority:<br>Administrative: $28,064.35<br>Unsecured:<br>Total: $28,064.35 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| BLACKFORD CO TREASURER<br>BLACKFORD COUNTY TREASURERS OFFICE<br>PO BOX 453<br>HARTFORD CITY, IN 47348 | 17314 | Secured:<br>Priority:<br>Administrative: $1,064.84<br>Unsecured:<br>Total: $1,064.84 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| CAMERON COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18850 | Secured:<br>Priority:<br>Administrative: $222,046.72<br>Unsecured:<br>Total: $222,046.72 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CARROLLTON FARMERS BRANCH ISD<br>C O ANDREA SHEEHAN<br>LAW OFFICES OF ROBERT E LUNA PC<br>4411 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | 17776 | Secured:<br>Priority:<br>Administrative: $191.81<br>Unsecured:<br>Total: $191.81 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| CASS COUNTY TREASURER<br>200 COURT PARK RM 104<br>LOGANSPORT, IN 46947 | 18241 | Secured:<br>Priority:<br>Administrative: $398.09<br>Unsecured:<br>Total: $398.09 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF DONNA<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>AUSTIN, TX 78760-7428 | 18842 | Secured:<br>Priority:<br>Administrative: $8.19<br>Unsecured:<br>Total: $8.19 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19949-7    Filed 04/27/10    Entered 04/27/10 15:39:51    Exhibit G

In re DPH Holdings Corp., et al.    Pg 2 of 7    Forty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT G - TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CITY OF EL PASO<br>DAVID G AELVOET<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>711 NAVARRO STE 300<br>SAN ANTONIO, TX 78205 | 18179 | Secured:<br>Priority:<br>Administrative: $293,842.56<br>Unsecured:<br>Total: $293,842.56 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF GOODLETTSVILLE<br>105 SOUTH MAIN ST<br>GOODLETTSVILLE, TN 37072 | 17860 | Secured:<br>Priority:<br>Administrative: $2,016.77<br>Unsecured:<br>Total: $2,016.77 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF HARLINGEN<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18845 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF MCALLEN<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18846 | Secured:<br>Priority:<br>Administrative: $6,635.87<br>Unsecured:<br>Total: $6,635.87 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNARDINO, CA 92415 | 18739 | Secured:<br>Priority:<br>Administrative: $226.75<br>Unsecured:<br>Total: $226.75 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| COUNTY OF SANTA CLARA<br>TAX COLLECTOR<br>COUNTY GOVERNMENT CTR E WING 6TH FL<br>70 W HEDDING ST<br>SAN JOSE, CA 95110 | 18386 | Secured:<br>Priority:<br>Administrative: $3,352.19<br>Unsecured:<br>Total: $3,352.19 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| DONNA ISD<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18841 | Secured:<br>Priority:<br>Administrative: $9.92<br>Unsecured:<br>Total: $9.92 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT G - TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GIBSON COUNTY TREASURER<br>101 N MAIN<br>PRINCETON, IN 47670 | 17931 | Secured:<br>Priority:<br>Administrative: $38.27<br>Unsecured:<br>Total: $38.27 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| HARLINGEN CONSOLIDATED INDEPENDENT SCHOOL DISTRICT<br>PO BOX 2643<br>HARLINGEN, TX 78551-2643 | 18851 | Secured:<br>Priority:<br>Administrative: $14,812.72<br>Unsecured:<br>Total: $14,812.72 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HARRIS COUNTY ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 19144 | Secured:<br>Priority:<br>Administrative: $3,199.41<br>Unsecured:<br>Total: $3,199.41 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| INDIANA DEPARTMENT OF STATE REVENUE<br>CAROL LUSHELL<br>BANKRUPTCY SECTION<br>100 N SENATE AVE RM N203<br>INDIANAPOLIS, IN 46204 | 16860 | Secured:<br>Priority:<br>Administrative: $685,004.01<br>Unsecured:<br>Total: $685,004.01 | 07/07/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| JENNINGS COUNTY TREASURER<br>PO BOX 368<br>VERNON, IN 47282 | 17034 | Secured:<br>Priority:<br>Administrative: $63.42<br>Unsecured:<br>Total: $63.42 | 06/29/2009 | DELPHI CORPORATION (05-44481) |
| JOHN A DONOFRIO SUMMIT COUNTY FISCAL OFFICER<br>C O MARVIN D EVANS<br>220 S BALCH ST STE 118<br>AKRON, OH 44302-1606 | 16862 | Secured:<br>Priority:<br>Administrative: $465.08<br>Unsecured:<br>Total: $465.08 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| JON PETERSON<br>DELAWARE COUNTY TREASURER<br>140 N SANDUSKY ST<br>DELAWARE, OH 43015 | 16871 | Secured:<br>Priority:<br>Administrative: $4,304.94<br>Unsecured:<br>Total: $4,304.94 | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| KNOX COUNTY TRUSTEE<br>PO BOX 70<br>KNOXVILLE, TN 37901-0070 | 17661 | Secured:<br>Priority:<br>Administrative: $17,495.30<br>Unsecured:<br>Total: $17,495.30 | 07/03/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19949-7    Filed 04/27/10    Entered 04/27/10 15:39:51    Exhibit G

In re DPH Holdings Corp., et al.    Pg 4 of 7    Forty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT G - TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LA COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 17270 | Secured:<br>Priority:<br>Administrative: $4,225.06<br>Unsecured:<br>Total: $4,225.06 | 07/02/2009 | DELPHI CORPORATION (05-44481) |
| LIMESTONE COUNTY REVENUE COMMISSIONER<br>100 S CLINTON ST STE A<br>ATHENS, AL 35611 | 18588 | Secured:<br>Priority:<br>Administrative: $22,002.50<br>Unsecured:<br>Total: $22,002.50 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LIMESTONE COUNTY REVENUE COMMISSIONER<br>100 S CLINTON ST STE A<br>ATHENS, AL 35611 | 18590 | Secured:<br>Priority:<br>Administrative: $97,524.60<br>Unsecured:<br>Total: $97,524.60 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| LIMESTONE COUNTY REVENUE COMMISSIONER<br>100 S CLINTON ST STE A<br>ATHENS, AL 35611 | 18589 | Secured:<br>Priority:<br>Administrative: $286.20<br>Unsecured:<br>Total: $286.20 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| MARION COUNTY TREASURER<br>MARION COUNTY TREASURER<br>ATTN B DARLAND<br>200 E WASHINGTON ST STE 1001<br>INDIANAPOLIS, IN 46204 | 17120 | Secured:<br>Priority:<br>Administrative: $45,020.51<br>Unsecured:<br>Total: $45,020.51 | 06/30/2009 | DELPHI CORPORATION (05-44481) |
| MATT GEARHARDT AUDITOR<br>201 W MAIN ST<br>TROY, OH 45373 | 17368 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| MCALLEN ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18848 | Secured:<br>Priority:<br>Administrative: $16,528.55<br>Unsecured:<br>Total: $16,528.55 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MILWAUKEE COUNTY OFFICE OF THE COUNTY TREASURER<br>ATTN SARAH THOMPSON<br>DANIEL J DILIBERTI<br>901 N 9TH ST NO 102<br>MILWAUKEE, WI 53233-1462 | 18580 | Secured:<br>Priority:<br>Administrative: $261,586.27<br>Unsecured:<br>Total: $261,586.27 | 07/14/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

05-44481-rdd   Doc 19949-7   Filed 04/27/10   Entered 04/27/10 15:39:51   Exhibit G

In re DPH Holdings Corp., et al.       Pg 5 of 7       Forty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT G - TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MONTGOMERY COUNTY<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 19143 | Secured:<br>Priority:<br>Administrative: $280.05<br>Unsecured:<br>Total: $280.05 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NICHOLAS M BARBORAK<br>COLUMBIANA COUNTY TREASURER<br>105 S MARKET ST<br>LIBSON, OH 44432 | 18454 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| NUECES COUNTY<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>AUSTIN, TX 78760-7428 | 18840 | Secured:<br>Priority:<br>Administrative: $18.00<br>Unsecured:<br>Total: $18.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PHARR SAN JUAN ALAMO ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18843 | Secured:<br>Priority:<br>Administrative: $2,488.62<br>Unsecured:<br>Total: $2,488.62 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PRINCE GEORGES COUNTY MARYLAND<br>C O M EVANS MEYERS ESQ<br>MEYERS RODBELL AND ROSENBAUM PA<br>6801 KENILWORTH AVE STE 400<br>RIVERDALE, MD 20737-1385 | 16981 | Secured:<br>Priority:<br>Administrative: $5,063.97<br>Unsecured:<br>Total: $5,063.97 | 06/29/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| RELATIONAL LLC DBA RELATIONAL TECHNOLOGY SOLUTIONS FKA RELATIONAL FUNDING CORPORATION<br>3701 ALGONQUIN RD STE 600<br>ROLLING MEADOWS, IL 60008 | 18100 | Secured:<br>Priority:<br>Administrative: $326.25<br>Unsecured:<br>Total: $326.25 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| SAN BENITO CONSOLIDATED INDEPENDENT SCHOOL DISTRICT<br>152 E ROWSON ST<br>SAN BENITO, TX 78586 | 18852 | Secured:<br>Priority:<br>Administrative: $90,727.37<br>Unsecured:<br>Total: $90,727.37 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 19949-7    Filed 04/27/10    Entered 04/27/10 15:39:51    Exhibit G

In re DPH Holdings Corp., et al.    Pg 6 of 7    Forty-Sixth Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT G - TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SMITH COUNTY CLERK & MASTER<br>211 MAIN ST N<br>CARTHAGE, TN 37030 | 18737 | Secured:<br>Priority:<br>Administrative: $99.60<br>Unsecured:<br>Total: $99.60 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| SOUTH TEXAS COLLEGE<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18849 | Secured:<br>Priority:<br>Administrative: $3,442.53<br>Unsecured:<br>Total: $3,442.53 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SOUTH TEXAS ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18847 | Secured:<br>Priority:<br>Administrative: $1,160.36<br>Unsecured:<br>Total: $1,160.36 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| STATE OF CALIFORNIA<br>BANKRUPTCY SECTION MS A340<br>FRANCHISE TAX BOARD<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 17634 | Secured:<br>Priority:<br>Administrative: $6,789.05<br>Unsecured:<br>Total: $6,789.05 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| STATE OF CALIFORNIA<br>FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO, CA 95812-2952 | 18741 | Secured:<br>Priority:<br>Administrative: $6,789.05<br>Unsecured:<br>Total: $6,789.05 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| STEPHEN P SHANAFELT PORTAGE COUNTY TREASURER<br>449 S MERIDIAN ST<br>RAVENNA, OH 44266 | 19083 | Secured:<br>Priority:<br>Administrative: $18,570.66<br>Unsecured:<br>Total: $18,570.66 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TAX COLLECTOR SANTA ROSA COUNTY<br>DELINQUENT TAX DEPARTMENT<br>6495 CAROLINE ST STE E<br>MILTON, FL 32570 | 18509 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT G - TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| VALLEY VIEW ISD<br>DIANE W SANDERS<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>THE TERRACE II 2700 VIA FORTUNA DR STE 400<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 | 18844 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| VENTURA COUNTY TAX COLLECTOR<br>ATTN BANKRUPTCY<br>800 SOUTH VICTORIA AVE<br>VENTURA, CA 93009-1290 | 18879 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$130.81<br><br>$130.81 | 07/15/2009 | DELPHI CORPORATION<br>(05-44481) |
| **Total:** | **46** | | **$1,866,301.22** | | |

\*    "UNL" denotes an unliquidated claim.