**In re Delphi Corporation, et al.**　　　　　　　　　　　　　　　　　　　　**Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT H - DUPLICATE TAX CLAIM

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 20041　　　　　　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 10/30/2009<br>Creditor's Name:　　　　　　Secured:<br>　　　　　　　　　　　　　　Priority:<br>STEPHEN P GALE<br>16916 BUCKINGHAM　　　　　Administrative:　UNL*<br>BEVERLY HILLS, MI 48025　　Unsecured:<br>　　　　　　　　　　　　Total:　UNL* | Claim: 17837　　　　　　Debtor: DELPHI CORPORATION (05-44481)<br>Date Filed: 07/08/2009<br>Creditor's Name:　　　　　　Secured:<br>　　　　　　　　　　　　　　Priority:<br>STEPHEN P GALE<br>16916 BUCKINGHAM　　　　　Administrative:　UNL*<br>BEVERLY HILLS, MI 48025　　Unsecured:<br>　　　　　　　　　　　　Total:　UNL* |

**Total Claims To Be Expunged:**
**Total Asserted Amount To Be Expunged:**

\*　"UNL" denotes an unliquidated claim.