**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

## EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 18960<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE CO<br>MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL*<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL*<br>Total: UNL* |
| Claim: 19025<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL*<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL*<br>Total: UNL* |
| Claim: 19751<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI DIESEL SYSTEMS CORP (05-44612)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL*<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative:<br>Unsecured: UNL*<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

**EXHIBIT I - DUPLICATE INSURANCE CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 19752<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19755<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI NY HOLDING CORPORATION (05-44480)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19746<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 1954<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19738<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI ELECTRONICS (HOLDING) LLC (05-44547)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19747<br>Date Filed: 11/05/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC (05-44636)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br><br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 19737<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: SPECIALTY ELECTRONICS, INC (05-44539)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19753<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19750<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI LLC (05-44615)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 1741<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 1745<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 1743<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

**EXHIBIT I - DUPLICATE INSURANCE CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 1740<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19739<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC (05-44558)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19744<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI INTERNATIONAL HOLDINGS CORP (05-44591)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 1742<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19748<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI SERVICES HOLDING CORPORATION (05-44633)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19749<br>Date Filed: 11/05/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>CHARTIS US BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 19023<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: SPECIALTY ELECTRONICS, INC (05-44539)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19020<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI NY HOLDING CORPORATION (05-44480)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19026<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS KOREA, INC (05-44580)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

Forty-Sixth Omnibus Claims Objection

### EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 19028<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19021<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: SPECIALTY ELECTRONICS INTERNATIONAL LTD (05-44536)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19024<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP (05-44570)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*   "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

## EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 19927<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC (05-44586)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19022<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI ELECTRONICS (HOLDING) LLC (05-44547)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 19029<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

**EXHIBIT I - DUPLICATE INSURANCE CLAIMS**

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 18980<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE COMPA<br>MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC (05-44596)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 18977<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE COMPA<br>MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC (05-44589)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |
| Claim: 18978<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE COMPA<br>MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI INTERNATIONAL HOLDINGS CORP (05-44591)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

\*    "UNL" denotes an unliquidated claim.

**In re Delphi Corporation, et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT I - DUPLICATE INSURANCE CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|
| Claim: 18979<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD AIU INSURANCE COMPANY AMERICAN HOME ASSURANCE COMPA<br>MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION (05-44593)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* | Claim: 19019<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: UNL*<br>Unsecured:<br>Total: UNL* |

**Total Claims To Be Expunged:** 34  
**Total Asserted Amount To Be Expunged:** UNL

\* "UNL" denotes an unliquidated claim.