**EXHIBIT J - SEVERANCE CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GEORGE CAVETT | 19114 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$40,000.00<br><br>$40,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LINDA BARNETTE | 19103 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$40,000.00<br><br>$40,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| PATRICIA A SNOW | 19115 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$40,000.00<br><br>$40,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| SANDRA BROWN | 19060 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$40,000.00<br><br>$40,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **4** | | **$160,000.00** | | |

\*   The addresses of creditors on this exhibit have been intentionally omitted for privacy reasons.