In re Delphi Corporation, et al.  
Case No. 05-44481 (RDD)

Forty-Sixth Omnibus Claims Objection

**EXHIBIT K - DUPLICATE SEVERANCE CLAIM**

| CLAIM TO BE EXPUNGED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: | 1846 | Claim: | 17217 |
| Date Filed: | 11/03/2009 | Date Filed: | 07/02/2009 |
| Creditor's Name: | | Creditor's Name: | |
| WILLIAM D MONTGOMERY | | DON MONTGOMERY | |
| Debtor: | DELPHI CORPORATION (05-44481) | Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | | Secured: | |
| Priority: | | Priority: | |
| Administrative: | $80,751.56 | Administrative: | $96,300.00 |
| Unsecured: | | Unsecured: | |
| Total: | $80,751.56 | Total: | $96,300.00 |

Total Claims To Be Expunged:  
Total Asserted Amount To Be Expunged: $80,751.56

\* The address of the creditor on this exhibit has been intentionally omitted for privacy reasons.

Page 1 of 1