**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT L - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | |
| Claim: 17052 | BENEMIN M GALLAGHER | | | | | | | |
| Date Filed: 06/30/2009 | | Docketed Total: | | UNL | | Modified And Allowed Total: | | $269,143.68 |
| Docketed Total: $0.00 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Filing Creditor Name: | Case Number** | | UNL | | Case Number** | | $269,143.68 | |
| BENEMIN M GALLAGHER | 05-44481 | | UNL | | 05-44481 | | $269,143.68 | |
| | Claim Holder Name | | | | | | | |
| Claim: 18221 | BONNIE B SHEPHERD | | | | | | | |
| Date Filed: 07/10/2009 | | Docketed Total: | | UNL | | Modified And Allowed Total: | | $28,224.38 |
| Docketed Total: $0.00 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Filing Creditor Name: | Case Number** | | UNL | | Case Number** | | $28,224.38 | |
| BONNIE B SHEPHERD | 05-44481 | | UNL | | 05-44481 | | $28,224.38 | |
| | Claim Holder Name | | | | | | | |
| Claim: 18874 | CAROL SUE CLABURN | | | | | | | |
| Date Filed: 07/14/2009 | | Docketed Total: | | UNL | | Modified And Allowed Total: | | $249,232.48 |
| Docketed Total: $0.00 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Filing Creditor Name: | Case Number** | | UNL | | Case Number** | | $249,232.48 | |
| CAROL SUE CLABURN | 05-44481 | | UNL | | 05-44481 | | $249,232.48 | |
| | Claim Holder Name | | | | | | | |
| Claim: 18466 | CHARLES M RUHL | | | | | | | |
| Date Filed: 07/13/2009 | | Docketed Total: | | UNL | | Modified And Allowed Total: | | $20,634.40 |
| Docketed Total: $0.00 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Filing Creditor Name: | Case Number** | | UNL | | Case Number** | | $20,634.40 | |
| CHARLES M RUHL | 05-44481 | | UNL | | 05-44481 | | $20,634.40 | |

\*      The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.  
\*\*     See Exhibit O for a listing of debtor entities by case number.  
\*\*\*    "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT L - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | CLAIM AS ALLOWED*** |
|---|---|---|
| Claim: 17383<br>Date Filed: 07/06/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>CORA LEE SEGER | Claim Holder Name<br>CORA LEE SEGER<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                UNL         UNL<br>Docketed Total:                         UNL | Case Number**   Secured   Priority        Unsecured<br>05-44481                   $2,943.69<br>Modified And Allowed Total:          $2,943.69        $2,943.69 |
| Claim: 17618<br>Date Filed: 07/03/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>DEBRA K CLARK | Claim Holder Name<br>DEBRA K CLARK<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                UNL         UNL<br>Docketed Total:                         UNL | Case Number**   Secured   Priority        Unsecured<br>05-44481                   $163,709.25<br>Modified And Allowed Total:        $163,709.25       $163,709.25 |
| Claim: 17764<br>Date Filed: 07/06/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>DIA S PATTERSON | Claim Holder Name<br>DIA S PATTERSON<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                UNL         UNL<br>Docketed Total:                         UNL | Case Number**   Secured   Priority        Unsecured<br>05-44481                   $48,249.54<br>Modified And Allowed Total:          $48,249.54       $48,249.54 |
| Claim: 18262<br>Date Filed: 07/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>DIANA OHLMAN | Claim Holder Name<br>DIANA OHLMAN<br><br>Case Number**   Secured   Priority   Unsecured<br>05-44481                                UNL         UNL<br>Docketed Total:                         UNL | Case Number**   Secured   Priority        Unsecured<br>05-44481                   $155,759.49<br>Modified And Allowed Total:        $155,759.49       $155,759.49 |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.  
\*\*    See Exhibit O for a listing of debtor entities by case number.  
\*\*\*  "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT L - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 18114<br>Date Filed: 07/09/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>DOROTHY MCDONALD | Claim Holder Name<br>DOROTHY MCDONALD<br><br>Case Number**<br>05-44481 | Docketed Total:<br><br>Secured<br>_____ | Priority<br>UNL<br>**UNL** | Unsecured<br><br>**UNL** | Case Number**<br>05-44481 | Modified And Allowed Total:<br><br>Secured<br>_____ | Priority<br>$22,817.55<br>**$22,817.55** | $22,817.55<br><br>Unsecured |
| Claim: 19137<br>Date Filed: 07/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ELIZABETH L VENSKO | Claim Holder Name<br>ELIZABETH L VENSKO<br><br>Case Number**<br>05-44481 | Docketed Total:<br><br>Secured<br>_____ | Priority<br>UNL<br>**UNL** | Unsecured<br><br>**UNL** | Case Number**<br>05-44481 | Modified And Allowed Total:<br><br>Secured<br>_____ | Priority<br>$15,308.29<br>**$15,308.29** | $15,308.29<br><br>Unsecured |
| Claim: 18754<br>Date Filed: 07/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>GARY MANNING | Claim Holder Name<br>GARY MANNING<br><br>Case Number**<br>05-44481 | Docketed Total:<br><br>Secured<br>_____ | Priority<br>UNL<br>**UNL** | Unsecured<br><br>**UNL** | Case Number**<br>05-44481 | Modified And Allowed Total:<br><br>Secured<br>_____ | Priority<br>$249,990.79<br>**$249,990.79** | $249,990.79<br><br>Unsecured |
| Claim: 18036<br>Date Filed: 07/09/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>GENE PRESLEY | Claim Holder Name<br>GENE PRESLEY<br><br>Case Number**<br>05-44481 | Docketed Total:<br><br>Secured<br>_____ | Priority<br>UNL<br>**UNL** | Unsecured<br><br>**UNL** | Case Number**<br>05-44481 | Modified And Allowed Total:<br><br>Secured<br>_____ | Priority<br>$48,427.99<br>**$48,427.99** | $48,427.99<br><br>Unsecured |

\*     The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.  
\*\*    See Exhibit O for a listing of debtor entities by case number.  
\*\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT L - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | |
| Claim: 18078 | HOLLIGAN MICHELLE | | Docketed Total: | UNL | | | Modified And Allowed Total: | $28,832.20 |
| Date Filed: 07/09/2009 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Docketed Total: $0.00 | Case Number** | | UNL | | Case Number** | | $28,832.20 | |
| Filing Creditor Name: | 05-44481 | | UNL | | 05-44481 | | $28,832.20 | |
| HOLLIGAN MICHELLE | | | | | | | | |
| | Claim Holder Name | | | | | | | |
| Claim: 18345 | JACQUELYN WINTERSMITH | | Docketed Total: | UNL | | | Modified And Allowed Total: | $160,180.51 |
| Date Filed: 07/13/2009 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Docketed Total: $0.00 | Case Number** | | UNL | | Case Number** | | $160,180.51 | |
| Filing Creditor Name: | 05-44481 | | UNL | | 05-44481 | | $160,180.51 | |
| JACQUELYN WINTERSMITH | | | | | | | | |
| | Claim Holder Name | | | | | | | |
| Claim: 18479 | JAMES WEBB JR | | Docketed Total: | UNL | | | Modified And Allowed Total: | $166,850.05 |
| Date Filed: 07/13/2009 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Docketed Total: $0.00 | Case Number** | | UNL | | Case Number** | | $166,850.05 | |
| Filing Creditor Name: | 05-44481 | | UNL | | 05-44481 | | $166,850.05 | |
| JAMES WEBB JR | | | | | | | | |
| | Claim Holder Name | | | | | | | |
| Claim: 18504 | JOHN R STEPHENSON | | Docketed Total: | UNL | | | Modified And Allowed Total: | $34,839.85 |
| Date Filed: 07/13/2009 | | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Docketed Total: $0.00 | Case Number** | | UNL | | Case Number** | | $34,839.85 | |
| Filing Creditor Name: | 05-44481 | | UNL | | 05-44481 | | $34,839.85 | |
| JOHN R STEPHENSON | | | | | | | | |

\*       The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.  
\*\*      See Exhibit O for a listing of debtor entities by case number.  
\*\*\*     "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

**EXHIBIT L - MODIFIED WORKERS' COMPENSATION CLAIMS**

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | | | | CLAIM AS ALLOWED*** | | | |
|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | Secured | Priority | Unsecured | | Secured | Priority | Unsecured |
| Claim: 19121<br>Date Filed: 07/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>KAREN J ALLINGER | KAREN J ALLINGER<br><br>Case Number**<br>05-44481 | Docketed Total: | UNL<br>UNL | UNL | Case Number**<br>05-44481 | Modified And Allowed Total: | $32,925.06<br>**$32,925.06** | **$32,925.06** |
| Claim: 17444<br>Date Filed: 07/07/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>LINDA CARTER WELCHE | LINDA CARTER WELCHE<br><br>Case Number**<br>05-44481 | Docketed Total: | UNL<br>UNL | UNL | Case Number**<br>05-44481 | Modified And Allowed Total: | $531,406.91<br>**$531,406.91** | **$531,406.91** |
| Claim: 17109<br>Date Filed: 07/01/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>MICHAEL F WESLEY | MICHAEL F WESLEY<br><br>Case Number**<br>05-44481 | Docketed Total: | UNL<br>UNL | UNL | Case Number**<br>05-44481 | Modified And Allowed Total: | $106,143.23<br>**$106,143.23** | **$106,143.23** |
| Claim: 19152<br>Date Filed: 07/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>PATRICIA A FIELDS | PATRICIA A FIELDS<br><br>Case Number**<br>05-44481 | Docketed Total: | UNL<br>UNL | UNL | Case Number**<br>05-44481 | Modified And Allowed Total: | $182,630.37<br>**$182,630.37** | **$182,630.37** |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*   See Exhibit O for a listing of debtor entities by case number.
\*\*\*  "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Forty-Sixth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT L - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | CLAIM AS ALLOWED*** |
|---|---|---|
| Claim: 19154<br>Date Filed: 07/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>PATTY STOCKER | Claim Holder Name<br>PATTY STOCKER<br><br>Case Number**       Docketed Total:<br>05-44481<br>　　Secured       Priority       Unsecured<br>　　　　　　　　UNL<br>　　　　　　　　UNL                    UNL | Case Number**       Modified And Allowed Total: $80,989.43<br>05-44481<br>　　Secured       Priority            Unsecured<br>　　　　　　　　$80,989.43<br>　　　　　　　　$80,989.43 |
| Claim: 18683<br>Date Filed: 07/14/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>PAUL JOSEPH URBAN | Claim Holder Name<br>PAUL JOSEPH URBAN<br><br>Case Number**       Docketed Total:<br>05-44481<br>　　Secured       Priority       Unsecured<br>　　　　　　　　UNL<br>　　　　　　　　UNL                    UNL | Case Number**       Modified And Allowed Total: $47,100.04<br>05-44481<br>　　Secured       Priority            Unsecured<br>　　　　　　　　$47,100.04<br>　　　　　　　　$47,100.04 |
| Claim: 18215<br>Date Filed: 07/10/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>RANDY L PERRY | Claim Holder Name<br>RANDY L PERRY<br><br>Case Number**       Docketed Total:<br>05-44481<br>　　Secured       Priority       Unsecured<br>　　　　　　　　UNL<br>　　　　　　　　UNL                    UNL | Case Number**       Modified And Allowed Total: $54,370.50<br>05-44481<br>　　Secured       Priority            Unsecured<br>　　　　　　　　$54,370.50<br>　　　　　　　　$54,370.50 |
| Claim: 18938<br>Date Filed: 07/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ROBERT M STELICK | Claim Holder Name<br>ROBERT M STELICK<br><br>Case Number**       Docketed Total:<br>05-44481<br>　　Secured       Priority       Unsecured<br>　　　　　　　　UNL<br>　　　　　　　　UNL                    UNL | Case Number**       Modified And Allowed Total: $184,410.94<br>05-44481<br>　　Secured       Priority            Unsecured<br>　　　　　　　　$184,410.94<br>　　　　　　　　$184,410.94 |

\*　　The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.
\*\*　　See Exhibit O for a listing of debtor entities by case number.
\*\*\*　　"UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT L - MODIFIED WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED* | CLAIM AS DOCKETED*** | CLAIM AS ALLOWED*** |
|---|---|---|
| Claim: 17738<br>Date Filed: 07/06/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>SAUNDRA FLYNN | Claim Holder Name<br>SAUNDRA FLYNN<br><br>Case Number**    Docketed Total:    UNL<br>05-44481<br>     Secured    Priority    Unsecured<br>                     UNL<br>                     UNL | Case Number**    Modified And Allowed Total:    $130,085.80<br>05-44481<br>     Secured    Priority    Unsecured<br>                $130,085.80<br>                $130,085.80 |
| Claim: 19173<br>Date Filed: 07/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>TIMOTHY R JONES | Claim Holder Name<br>TIMOTHY R JONES<br><br>Case Number**    Docketed Total:    UNL<br>05-44481<br>     Secured    Priority    Unsecured<br>                     UNL<br>                     UNL | Case Number**    Modified And Allowed Total:    $2,610.22<br>05-44481<br>     Secured    Priority    Unsecured<br>                $2,610.22<br>                $2,610.22 |
| Claim: 18302<br>Date Filed: 07/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>ULRICH REYNOLDS | Claim Holder Name<br>ULRICH REYNOLDS<br><br>Case Number**    Docketed Total:    UNL<br>05-44481<br>     Secured    Priority    Unsecured<br>                     UNL<br>                     UNL | Case Number**    Modified And Allowed Total:    $32,774.64<br>05-44481<br>     Secured    Priority    Unsecured<br>                $32,774.64<br>                $32,774.64 |
| Claim: 17121<br>Date Filed: 06/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>WARREN JENKINS | Claim Holder Name<br>WARREN JENKINS<br><br>Case Number**    Docketed Total:    UNL<br>05-44481<br>     Secured    Priority    Unsecured<br>                     UNL<br>                     UNL | Case Number**    Modified And Allowed Total:    $324,398.29<br>05-44481<br>     Secured    Priority    Unsecured<br>                $324,398.29<br>                $324,398.29 |
| | | **Total Claims To Be Modified and Allowed:** 28<br>**Total Amount As Docketed:** UNL<br>**Total Amount As Allowed:** $3,374,989.57 |

\*    The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.  
\*\*    See Exhibit O for a listing of debtor entities by case number.  
\*\*\*    "UNL" denotes an unliquidated claim.