**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT M - ALLOWED SEVERANCE CLAIMS

| CLAIM TO BE ALLOWED* | CLAIM AS DOCKETED | CLAIM AS ALLOWED |
|---|---|---|
| Claim: 19883<br>Date Filed: 11/03/2009<br>Docketed Total: $110,900.00<br>Filing Creditor Name:<br>DOUGLAS W EDNEY | Claim Holder Name<br>DOUGLAS W EDNEY<br><br>Case Number**: 05-44481<br><br>Secured _____<br>Priority $110,900.00<br>Unsecured _____<br>Docketed Total: $110,900.00 | Claim Holder Name<br><br>Case Number**: 05-44481<br><br>Secured _____<br>Priority $110,900.00<br>Unsecured _____<br>Allowed Total: $110,900.00 |
| Claim: 19955<br>Date Filed: 11/05/2009<br>Docketed Total: $120,320.00<br>Filing Creditor Name:<br>JACKIE R STOVER | Claim Holder Name<br>JACKIE R STOVER<br><br>Case Number**: 05-44481<br><br>Secured _____<br>Priority $120,320.00<br>Unsecured _____<br>Docketed Total: $120,320.00 | Claim Holder Name<br><br>Case Number**: 05-44481<br><br>Secured _____<br>Priority $120,320.00<br>Unsecured _____<br>Allowed Total: $120,320.00 |
| Claim: 20057<br>Date Filed: 11/02/2009<br>Docketed Total: $87,360.00<br>Filing Creditor Name:<br>RICHARD B BISHOP | Claim Holder Name<br>RICHARD B BISHOP<br><br>Case Number**: 05-44481<br><br>Secured _____<br>Priority $87,360.00<br>Unsecured _____<br>Docketed Total: $87,360.00 | Claim Holder Name<br><br>Case Number**: 05-44481<br><br>Secured _____<br>Priority $87,360.00<br>Unsecured _____<br>Allowed Total: $87,360.00 |
| Claim: 20028<br>Date Filed: 11/06/2009<br>Docketed Total: $135,420.00<br>Filing Creditor Name:<br>WILLIAM H DAHLEM | Claim Holder Name<br>WILLIAM H DAHLEM<br><br>Case Number**: 05-44481<br><br>Secured _____<br>Priority $135,420.00<br>Unsecured _____<br>Docketed Total: $135,420.00 | Claim Holder Name<br><br>Case Number**: 05-44481<br><br>Secured _____<br>Priority $135,420.00<br>Unsecured _____<br>Allowed Total: $135,420.00 |
| | | Total Claims To Be Allowed: 4<br>Total Amount As Docketed: $454,000.00<br>Total Amount As Allowed: $454,000.00 |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.  
\*\*  See Exhibit O for a listing of debtor entities by case number.