**In re DPH Holdings Corp., et al.**

**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

## EXHIBIT N-2 - ADJOURNED METHODE ELECTRONICS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| METHODE ELECTRONICS INC ATTN TIMOTHY S MCFADDEN LOCKE LORD BISSELL & LIDDELL LLP 111 S WACKER DR CHICAGO, IL 60606 | 19951 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| METHODE ELECTRONICS INC ATTN TIMOTHY S MCFADDEN LOCKE LORD BISSELL & LIDDELL LLP 111 S WACKER DR CHICAGO, IL 60606 | 19950 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **2** | | **UNL** | | |

* "UNL" denotes an unliquidated claim.