**EXHIBIT N-3 - ADJOURNED STATE WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| DELORISE HOOKER<br>MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236 | 19565 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 08/13/2009 | DELPHI CORPORATION (05-44481) |
| EASHONDA D WILLIAMS<br>MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236 | 19573 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 08/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHIGAN FUNDS ADMINISTRATION<br>DENNIS J RATERINK ASSISTANT ATTORNEY GENERAL<br>LABOR DIVISION<br>PO BOX 30736<br>LANSING, MI 48909 | 19168 | Secured:<br>Priority:<br>Administrative: $1,130,191.92<br>Unsecured:<br>Total: $1,130,191.92 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| MICHIGAN SELF INSURERS SECURITY FUND<br>DENNIS J RATERINK ASST ATTY GENERAL<br>LABOR DIV<br>PO BOX 30736<br>LANSING, MI 48909 | 19281 | Secured:<br>Priority:<br>Administrative: $5,557,750.00<br>Unsecured:<br>Total: $5,557,750.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION<br>C O JEFFREY BERNSTEIN ESQ<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>THREE GATEWAY CTR<br>100 MULBERRY ST<br>NEWARK, NJ 07102-4079 | 19712 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| NEW JERSEY SELF INSURERS GUARANTY ASSOCIATION<br>C O JEFFREY BERNSTEIN ESQ<br>MCELROY DEUTSCH MULVANEY & CARPENTER LLP<br>THREE GATEWAY CTR<br>100 MULBERRY ST<br>NEWARK, NJ 07102-4079 | 18602 | Secured:<br>Priority:<br>Administrative: $1,400,000.00<br>Unsecured:<br>Total: $1,400,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| PAULLION ROBY<br>MISSISSIPPI WORKERS COMPENSATION INDIVIDUAL SELF INSURER GUARANTY ASSN<br>PO BOX 13187<br>JACKSON, MS 39236 | 19568 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 08/13/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **7** | **$8,087,941.92** | | |

\*    "UNL" denotes an unliquidated claim.                    Page 1 of 1