**EXHIBIT N-4 - ADJOURNED WORKERS' COMPENSATION CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GARY L COOK | 16898 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/26/2009 | DELPHI CORPORATION (05-44481) |
| JANICE K HATCH | 18332 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| JOAN A LYONS EXECTRIX OF DAVID E LYONS | 18513 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MARK O ODETTE | 18658 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| PAULETTE ROBINSON | 17351 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT STASIK | 17760 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| SHEILA REID | 19080 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| TERRY L ROE | 19601 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 09/14/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | **8** | **UNL** | | |

\*   The addresses of the creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.