**EXHIBIT N-5 - ADJOURNED TAX CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BOARD OF COUNTY COMMISSIONERS OF JOHNSON COUNTY KANSAS<br>JOHNSON COUNTY LEGAL DEPARTMENT<br>111 S CHERRY ST STE 3200<br>OALTHE, KS 66061-3441 | 16910 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| COMMISSIONER OF REVENUE OF THE STATE OF TENNESSEE<br>WILBUR E HOOKS DIRECTOR<br>C/O ATTORNEY GENERAL<br>TENNESSEE DEPT OF REVENUE<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | 18999 | Secured:<br>Priority:<br>Administrative: $107,808.05<br>Unsecured:<br>Total: $107,808.05 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HOWARD COUNTY INDIANA<br>ATTN LAWRENCE MURRELL ATTORNEY<br>220 N MAIN ST<br>COUNTY ADMINISTRATION CENTER<br>KOKOMO, IN 46901 | 18629 | Secured:<br>Priority:<br>Administrative: $11,369,193.03<br>Unsecured:<br>Total: $11,369,193.03 | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LINDA S MEININGER SHELBY COUNTY TREASURER<br>DUANE A GOETTEMOELLER ASSISTANT PROSECUTOR<br>PO BOX 987<br>SIDNEY, OH 45365 | 18411 | Secured:<br>Priority:<br>Administrative: $20,500.59<br>Unsecured:<br>Total: $20,500.59 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LINDA S MEININGER SHELBY COUNTY TREASURER<br>DUANE A GOETTEMOELLER ASSISTANT PROSECUTOR<br>PO BOX 987<br>SIDNEY, OH 45365 | 18410 | Secured:<br>Priority:<br>Administrative: $7,506.26<br>Unsecured:<br>Total: $7,506.26 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| LINDA S MEININGER SHELBY COUNTY TREASURER<br>DUANE A GOETTEMOELLER ASSISTANT PROSECUTOR<br>PO BOX 987<br>SIDNEY, OH 45365 | 18412 | Secured:<br>Priority:<br>Administrative: $12,251.50<br>Unsecured:<br>Total: $12,251.50 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY<br>PEGGY A HOUSNER ASSISTANT ATTORNEY GENERAL<br>CADILLAC PL<br>3030 W GRAND BLVD STE 10 200<br>DETROIT, MI 48202 | 18570 | Secured:<br>Priority:<br>Administrative: $685.31<br>Unsecured:<br>Total: $685.31 | 07/13/2009 | DELPHI MEDICAL SYSTEMS CORPORATION (05-44529) |
| Total: | 7 | $11,517,944.74 | | |

\*    "UNL" denotes an unliquidated claim.