**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT N-6 - ADJOURNED MODIFIED STATE WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED** |
|---|---|---|
| Claim: 19567<br>Date Filed: 08/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>CATHY L ANDERSON<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br>CATHY L ANDERSON<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Case Number*  Secured         Priority      Unsecured<br>05-44481                              UNL            UNL<br>Docketed Total:                                       **UNL**   | <br><br><br><br><br>Case Number*  Secured         Priority        Unsecured<br>05-44481                           $12,004.03<br>Modified And Allowed Total:          **$12,004.03**   **$12,004.03** |
| Claim: 19570<br>Date Filed: 08/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>EMMA C KYLES<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br>EMMA C KYLES<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Case Number*  Secured         Priority      Unsecured<br>05-44481                              UNL            UNL<br>Docketed Total:                                       **UNL**   | <br><br><br><br><br>Case Number*  Secured         Priority        Unsecured<br>05-44481                           $36,553.07<br>Modified And Allowed Total:          **$36,553.07**   **$36,553.07** |
| Claim: 19571<br>Date Filed: 08/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>JOE N SWAN<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br>JOE N SWAN<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Case Number*  Secured         Priority      Unsecured<br>05-44481                              UNL            UNL<br>Docketed Total:                                       **UNL**   | <br><br><br><br><br>Case Number*  Secured         Priority        Unsecured<br>05-44481                           $5,516.19<br>Modified And Allowed Total:          **$5,516.19**   **$5,516.19** |
| Claim: 19572<br>Date Filed: 08/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>KAAREN D WASHINGTON<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br>KAAREN D WASHINGTON<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Case Number*  Secured         Priority      Unsecured<br>05-44481                              UNL            UNL<br>Docketed Total:                                       **UNL**   | <br><br><br><br><br>Case Number*  Secured         Priority        Unsecured<br>05-44481                           $7,188.80<br>Modified And Allowed Total:          **$7,188.80**   **$7,188.80** |

\*    See Exhibit O for a listing of debtor entities by case number.
\*\*   "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Sixth Omnibus Claims Objection**

### EXHIBIT N-6 - ADJOURNED MODIFIED STATE WORKERS' COMPENSATION CLAIMS

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED** | CLAIM AS ALLOWED** |
|---|---|---|
| Claim: 19566<br>Date Filed: 08/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>KENDRICK D HOLMES<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br><br>KENDRICK D HOLMES<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     UNL<br>                                                         UNL | Modified And Allowed Total:    $30,237.84<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $30,237.84<br>                                              $30,237.84 |
| Claim: 19574<br>Date Filed: 08/13/2009<br>Docketed Total: $0.00<br>Filing Creditor Name:<br>LEE H YOUNG JR<br>PO BOX 13187<br>JACKSON, MS 39236 | Claim Holder Name<br><br>LEE H YOUNG JR<br>PO BOX 13187<br>JACKSON, MS 39236<br><br>Docketed Total:    UNL<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                                     UNL<br>                                                         UNL | Modified And Allowed Total:    $7,088.31<br><br>Case Number*    Secured    Priority    Unsecured<br>05-44481                              $7,088.31<br>                                              $7,088.31 |
| | | Total Claims To Be Modified and Allowed:    6<br>Total Amount As Docketed:    UNL<br>Total Amount As Allowed:    $98,588.24 |

\*   See Exhibit O for a listing of debtor entities by case number.  
\*\*  "UNL" denotes an unliquidated claim.