| | |
|---|---|
| K&L GATES LLP<br>Robert N. Michaelson<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 536-3900 | Hearing Date: May 17, 2010 at 9:30 a.m. |

Attorneys for NXP Semiconductors USA, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: :<br>:<br>DELPHI CORPORATION, *et al.*, :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br>Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| DELPHI CORPORATION, *et al.*, :<br>:<br>Plaintiffs, :<br>:<br>v. :<br>:<br>PHILIPS SEMICONDUCTOR, PHILIPS :<br>SEMICONDUCTORS, and PHILIPS :<br>SEMICONDUCTORS, INC. (n/k/a NXP :<br>SEMICONDUCTORS USA, INC.), :<br>:<br>Defendants. : | <br><br><br><br><br><br>Adv. Pro. No. 07-02580 (RDD) |

------------------------------------------------------------x

**JOINDER OF PHILIPS SEMICONDUCTOR, PHILIPS SEMICONDUCTORS, and PHILIPS SEMICONDUCTORS, INC (n/k/a NXP SEMICONDUCTORS USA, INC.) TO MOTIONS (I) TO VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL**

Philips Semiconductor, Philips Semiconductors, and Philips Semiconductors, Inc. (n/k/a NXP Semiconductors USA, Inc.), by its undersigned attorneys, hereby joins and adopt the arguments set forth in the Motion by Wagner-Smith Company Seeking an Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Order Establishing Procedures

NY-781652-v1

for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548 or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, and (ii) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding With Prejudice, or (iii) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, dated February 5, 2010 (Docket No. 19401); and Motion by Microchip Technology Incorporated Seeking an Order (i) Pursuant to Fed R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (ii) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, or (iii) In the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, dated March 15, 2010 (Docket No. 19677).

Dated:  New York, New York
        April 27, 2010

K&L GATES LLP

By:    /s/ Robert N. Michaelson
       Robert N. Michaelson
599 Lexington Avenue
New York, New York  10022
Tel:  212.536.3900
Fax:  212.536.3901

Attorneys for NXP Semiconductors USA, Inc.

2