BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 684-5000
(317) 684-5173 (FAX)
djurkiewicz@boselaw.com
David J. Jurkiewicz (IN Bar #18018-53)

*Counsel for Decatur Plastic Products, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DPH HOLDINGS CORP, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**JOINDER OF DECATUR PLASTIC PRODUCTS, INC. TO
OBJECTION OF MICROCHIP TECHNOLOGY INC. TO REORGANIZED
DEBTORS' MOTION FOR A CASE MANAGEMENT ORDER**

1.  Decatur Plastic Products, Inc. ("Decatur"), by its undersigned counsel, hereby joins in the Objection (the "Microchip Objection") of Microchip Technology Incorporated ("Microchip") [Docket No. 19794] to the motion of the Reorganized Debtors for a Case Management Order in the form of order attached thereto (the "Motion").

2.  Decatur is the defendant in an adversary proceeding (the "Adversary Proceeding") commenced by the Reorganized Debtors' predecessor-in-interest, Delphi Corp. The Adversary Proceeding was filed under seal on September 26, 2007.

3.  For the reasons set forth in the Microchip Objection, the Case Management Order proposed by the Reorganized Debtors violates due process and is an inappropriate derogation of the Federal Rules of Bankruptcy Procedure. Decatur reserves the right to be heard before this Court with respect to the Motion and the relief requested by the Reorganized Debtors therein.

1648649/12212-4

Dated: April 28, 2010

                                      Respectfully submitted,

                                      /s/ David J. Jurkiewicz
                                      David J. Jurkiewicz
                                      Attorney No. 18018-53
                                      BOSE MCKINNEY & EVANS LLP
                                      111 Monument Circle, Suite 2700
                                      Indianapolis, Indiana 46204
                                      (317) 684-5000
                                      (317) 684-5173 (FAX)
                                      djurkiewicz@boselaw.com

                                      Counsel for Decatur Plastic Products, Inc.