# EXHIBIT E

HONIGMAN MILLER SCHWARTZ AND COHN LLP I. I.
I. W. Winsten (P30528)
Judy B. Calton (P38733)
Douglas C. Salzenstein (P59288)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com
Attorneys for Affinia Group Holdings Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CORPORATION et. al.                    Case No. 05-44481 (RDD)

                Plaintiff,

Against

AFFINIA GROUP HOLDINGS, INC.,                 Adv. Pro. No. 07-02198 (rdd)
AFFINIA,   AFFINIA CANADA CORP.,
AFFINIA GROUP, AFFINIA CANADA,
BRAKE PARTS, INC., ITAPSA S.A. DE C.V.
AND WIX FILTRATION
PRODUCTS EUROPE

                Defendants.
_____/

### DECLARATION OF PATRICK MANNING

Patrick Manning declares as follows:

1. I am the Vice President, Business Development of Affinia Group Holdings Inc. ("**Holdings**").

2. I make this Declaration on personal knowledge, and if called as a witness, would testify to the facts contained herein.

3. I am familiar with the various entities which are affiliated with or subsidiaries of Holdings.

4. There are no entities affiliated with or subsidiaries of Holdings named "Affinia," "Affinia Group" or Affinia Canada."

5. I make this Declaration under penalty of perjury.

                 Patrick Manning

Executed in Ann Arbor, Michigan
on April 16, 2010

DETROIT.4148418.1