# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Debtors:**  Delphi Corporation, et al., n/k/a DPH Holdings Corp.[1]
**Case Number:**  Jointly Administered 05-44481 (RDD)

**Quarterly Operating Report for the Period Ended:**
March 31, 2010

**Debtors' Address:**
5725 Delphi Drive
Troy, Michigan 48098

**Operating Income for the Three Months Ended March 31, 2010:**  $30 Million

**Debtors' Attorneys:**

David M. Sherbin
Sean P. Corcoran
Karen J. Craft
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Telephone: (248) 813-3009
Facsimile: (248) 813-3445

**Report Preparer:**

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under penalty of perjury that the information contained therein is complete, accurate, and truthful to the best of my knowledge. [2]

**Date:**  April 29, 2010          /s/:  KEITH D. STIPP
                                   Keith D. Stipp
                                   Treasurer and Acting Chief Financial Officer of Delphi Corporation

---

(1)   See next page for a listing of relevant Debtors by case number.
(2)   All amounts herein are unaudited and subject to revision. The Debtors reserve all rights to revise this report.

**DELPHI CORPORATION, <u>et al.</u>**
**QUARTERLY OPERATING REPORT**

[1] The Debtors subject to this Quarterly Operating Report in these jointly administered cases are as follows:

| Debtor Name | Case Number |
|---|---|
| Delphi Technologies, Inc. | 05-44554 |
| Delphi China LLC | 05-44577 |

# DELPHI CORPORATION, et al.
## SCHEDULE OF DISBURSEMENTS
### THREE MONTHS ENDED MARCH 31, 2010

| Debtor Name | Case Number | Amount |
|---|---|---|
| Delphi Technologies, Inc. | 05-44554 | 2,021,024 |
| Delphi China LLC | 05-44577 | — |

(1) Operating expenses plus any applicable cure payments for the three months ended March 31, 2010 was used as a proxy for disbursements for Delphi Technologies, Inc. and Delphi China, LLC.