Hodgson Russ LLP
60 E. 42nd Street, 37th Floor
New York, NY 10165
Telephone: (212) 661-3535
Facsimile: (212) 972-1677
Deborah J. Piazza, Esq.

and

Ice Miller LLP
One America Square, 29th floor
Indianapolis, IN 46282
Telephone: (317) 236-2397
Facsimile: (317) 592-4643
Henry A. Efroymson, Esq.

Attorneys for *Fin Machine Co. Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | |
| | Jointly Administered |
-----------------------------------------------------------x
| | |
|---|---|
| DELPHI CORPORATION, *et al.*, | Adv. Pro. No. 07-02274 (RDD) |
| Plaintiffs, | |
| -against- | |
| FIN MACHINE CO. LTD., | |
| Defendant. | |
----------------------------------------------------- x

**APPLICATION UNDER LOCAL BANKRUPTCY
RULE 2090-1 (b) FOR ADMISSION *PRO HAC VICE***

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

        1.       Deborah J. Piazza ("Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States Bankruptcy Court for the Southern District of New York and a partner with Hodgson Russ LLP hereby

submits this application (the "Application") to this Court for an order permitting Henry A. Efroymson, of Ice Miller LLP, ("Ice Miller") to practice pro hac vice before the United States Bankruptcy Court for the Southern District of New York to appear and represent Fin Machine Co. Ltd. in the above-referenced chapter 11 cases and related adversary proceedings, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"). In support of the Application, the Movant states as follows:

## Jurisdiction

2. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)

## The Relief Requested Should be Approved by the Court

3. In support of the Application, Movant states as follows:

(i) Mr. Efroymson is a member in good standing of the Bar of the State of Indiana. There are no disciplinary proceedings pending in any court against him.

(ii) In support of the relief requested in this Application, attached is a certificate pursuant to Local Rule 2090-1(b).

(iii) Movant requests that this Court approve this Application so that Mr. Efroymson may file pleadings and appear and be heard at hearings in these chapter 11 cases and the related adversary proceedings.

WHEREFORE, the Movant respectfully requests that this Court enter an order the relief herein and such other and further relief as is just and proper.

Dated: New York, New York
April 30, 2010

Hodgson Russ LLP

By: /s/ Deborah J. Piazza
Deborah J. Piazza
60 East 42nd Street
New York, New York 10165
Telephone: (212) 661-3535
Facsimile: (212) 972-1677

## CERTIFICATE

I certify that I am eligible for admission to this Court, am admitted to practice in the jurisdiction specified in the Application, and am in good standing in such jurisdiction; I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs during the course of these chapter 11 cases and adversary proceedings, pursuant to Local Rule 2090-1(b); and I have access to, or have acquired, a copy of the Local Rules and am generally familiar with such Local Rules.

| | |
|---|---|
| Mailing Address: | Henry A. Efroymson<br>Ice Miller LLP<br>One America Square, 29th floor<br>Indianapolis, IN 46282 |
| E-mail: | henry.efroymson@icemiller.com |
| Telephone: | (317) 236-2397 |

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: New York, New York
April 29, 2010

                                                 /s/ Henry A. Efroymson
                                                Henry A. Efroymson
                                                Ice Miller LLP
                                                One America Square, 29th floor
                                                Indianapolis, IN 46282
                                                Telephone: (317) 236-2397
                                                Facsimile: (317) 592-4643
                                                henry.efroymson@icemiller.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

DELPHI CORPORATION, *et al.*,

-----------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

                        Plaintiffs,
   -against-

FIN MACHINE CO. LTD.,

                        Defendant.
-------------------------------------------------------- x

Chapter 11
Case No. 05-44481 (RDD)

Jointly Administered

Adv. Pro. No. 07-02274 (RDD)

**ORDER UNDER LOCAL R. BANKR. P. 2090-1(b)**
**AUTHORIZING HENRY A. EFROYMSON TO PRACTICE PRO HAC VICE**

     Upon the application (the "Application") of Deborah J. Piazza, a partner with the law firm Hodgson Russ LLP, pursuant to Rule 2090-1(b) of the Local Rules of the Bankruptcy Court for the Southern District of New York ("Local Rules"), for entry of an order authorizing Henry A. Efroymson to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent Fin Machine Co. Ltd. in the above-referenced chapter 11 cases and related adversary proceedings, all as more fully described in the Application; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

     ORDERED that the Application is granted as provided herein; and it is further

     ORDERED that Henry A. Efroymson is permitted to appear *pro hac vice* as counsel to Fin Machine Co. Ltd. in the above-captioned chapter 11 cases and related adversary proceedings, subject to the payment of the filing fee; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       May _____2010

                                      _____
                                      UNITED STATES BANKRUPTCY JUDGE