Hodgson Russ LLP
60 E. 42nd Street, 37th Floor
New York, NY 10165
Telephone: (212) 661-3535
Facsimile: (212) 972-1677
Deborah J. Piazza, Esq.

Ice Miller LLP
One America Square, 29th floor
Indianapolis, IN 46282
Telephone: (317) 236-2397
Facsimile: (317) 592-4643
Henry A. Efroymson, Esq

Attorneys for Fin Machine Co. Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al*., | |
| | Jointly Administrated |
| -----------------------------------------------------------x | |
| DELPHI CORPORATION, *et al*., | Adv. Pro. No. 07-02274 (RDD) |
| Plaintiffs, | |
| -against- | |
| FIN MACHINE CO. LTD., | |
| Defendant. | |
| ----------------------------------------------------- x | |

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears for Fin Machine Co. Ltd. in the above-captioned proceedings and requests that copies of all notices given or required to be given and all papers served or required to be served (except process) in the case and adversary proceeding be given to and served upon it at the address of counsel as set forth below:

Ice Miller LLP
One America Square, 29th floor
Indianapolis, IN 46282
Telephone: (317) 236-2397
Facsimile: (317) 592-4643
Henry A. Efroymson, Esq.
henry.efroymson@icemiller.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, monthly reports, statements, schedules, lists, notices of any kind, orders, pleadings, briefs, applications, notices of appearance, motions, applications, affidavits, adversary complaints, demands, hearings, requests or petitions, disclosure statements, answers, reply papers, memoranda, trustee reports and any other documents brought before the Court with respect to this case and adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that Fin Machine Co. Ltd. (Henry A. Efroymson, Esq.) hereby consent to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is a limited appearance for purposes of notice and service only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated:  New York, New York
        April 30, 2010

Respectfully submitted,

**HODGSON RUSS LLP**

By:    /s/ Deborah J. Piazza
       Deborah J. Piazza, Esq.
       60 E. 42nd Street, 37th Floor
       New York, NY 10165
       Telephone: (212) 661-3535
       Facsimile: (212) 972-1677

000160/01261 Litigation 7362904v1

**ICE MILLER LLP**

By:    /s/Henry A. Efroymson
Henry A. Efroymson, Esq
One America Square, 29th floor
Indianapolis, IN 46282
Telephone: (317) 236-2397
Facsimile: (317) 592-4643

*Attorneys for Fin Machine Co. Ltd.*