UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

DELPHI CORPORATION, *et al*.,

------------------------------------------------------------x
DELPHI CORPORATION, *et al*.,

               Plaintiffs,
   -against-

FIN MACHINE CO. LTD.,

               Defendant.
----------------------------------------------------------- x

Chapter 11
Case No. 05-44481 (RDD)

Jointly Administered

Adv. Pro. No. 07-02274 (RDD)

**ORDER UNDER LOCAL R. BANKR. P. 2090-1(b)**
**AUTHORIZING HENRY A. EFROYMSON TO PRACTICE PRO HAC VICE**

     Upon the application (the "Application") of Deborah J. Piazza, a partner with the law firm Hodgson Russ LLP, pursuant to Rule 2090-1(b) of the Local Rules of the Bankruptcy Court for the Southern District of New York ("Local Rules"), for entry of an order authorizing Henry A. Efroymson to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York to represent Fin Machine Co. Ltd. in the above-referenced chapter 11 cases and related adversary proceedings, all as more fully described in the Application; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates, creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

     ORDERED that the Application is granted as provided herein; and it is further

     ORDERED that Henry A. Efroymson is permitted to appear *pro hac vice* as counsel to Fin Machine Co. Ltd. in the above-captioned chapter 11 cases and related adversary proceedings, subject to the payment of the filing fee; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: White Plains, New York
May 4, 2010

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE
