Amy M. Tonti Esq.
**REED SMITH LLP**
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: 412-288-3274
Fax: 412-288-3063

Attorneys for Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DPH HOLDINGS CORP., *et al.*, | ) | Bankruptcy Case No. 05-44481 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Adversary Case No. 07-02433 |
| | ) | |
| v. | ) | |
| | ) | |
| NORILSK NICKEL USA INC. | ) | |
| NORILSK NICKEL USA, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2010, a true and correct copy of Nickel USA, Inc.'s Objection to Debtors' Case Management Motion and Joinder in (A) Limited Objection of Microchip Technology Incorporated to Reorganized Debtors' Motion for A Case Management Order Establishing Procedures Governing Adversary Proceedings; and (B) Objection of Auramet Trading LLC Regarding Debtors' Motion for A Case Management Order

- 2 -

Establishing Procedures Governing Adversary Proceedings was served on the parties listed on the attached Service List in the manner indicated:

                                            */s/ Stacy L. Lucas*
                                            Stacy L. Lucas, Paralegal

**SERVICE LIST**

| | |
|---|---|
| Togut Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br><br>Counsel for Plaintiff<br><br>*VIA FIRST CLASS MAIL* | Cynthia J. Haffey, Esq.<br>Butzel Long<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, MI 48226<br>Email: haffey@butzel.com<br><br>Counsel for Delphi Corporation, *et al.*<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Eric Fisher, Esq.<br>Barry N. Seidel, Esq.<br>Butzel Long, a professional corporation<br>380 Madison Avenue<br>22nd Floor<br>New York, NY 10017<br>Email: fishere@butzel.com<br>Email:  seidelb@butzel.com<br><br>Counsel for Plaintiff, Delphi Corporation, *et al.*<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | DPH Holdings Corp., et al.<br>5725 Delphi Drive<br>Troy, MI 48098<br><br>Debtor<br><br>*VIA FIRST CLASS MAIL* |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br><br>*VIA FIRST CLASS MAIL* | Tracy Hope Davis<br>United States Trustee Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br><br>*VIA FIRST CLASS MAIL* |
| Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo, CA 90245<br><br>Claims and Noticing Agent<br><br>*VIA FIRST CLASS MAIL* | Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>Email: mark.broude@lw.com<br><br>Counsel for Official Committee of Unsecured Creditors<br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |

- 3 -

| | |
|---|---|
| Michael D. Warner, Esq.<br>Warner Stevens, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102<br><br>Email: bankruptcy@warnerstevens.com<br><br>Counsel for Official Committee of Unsecured Creditors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>Email: robert.rosenberg@lw.com<br><br>Counsel for Official Committee of Unsecured Creditors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Committee of Eligible Salaried Retirees<br>Farella Braun & Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br><br>*VIA FIRST CLASS MAIL* | Andrew Currie, Esq.<br>Caroline Rogus, Esq.<br>WilmerHale, LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Email: Andrew.Currie@wilmerhale.com<br>Email: Caroline.Rogus@wilmerhale.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| David S. Gragg, Esq.<br>Langley & Banack, Incorporated<br>745 E. Mulberry<br>Suite 900<br>San Antonio, TX 78212<br>Email: dgragg@langleybanack.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | David S. Rosner, Esq.<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10119-6022<br>Email: drosner@kasowitz.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |

US_ACTIVE-103640216.1 5/4/10 12:52 PM

- 5 -

| | |
|---|---|
| David M. Sherbin, Esq.<br>Delphi Automotive LLP<br>5725 Delphi Drive<br>Troy, MI 48098<br>Email: david.sherbin@delphi.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Dennis J. Connolly, Esq.<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Email: dconnolly@alston.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Email: dbartner@shearman.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Jessica Kastin, Esq.<br>O'Melveny & Myers<br>7 Times Square<br>New York, NY 10036<br>Email: jkastin@omm.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, IL 60606-1720<br>Email: jbutler@skadden.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Kayalyn A. Marafioti, Esq.<br>Ron E. Meisler, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Email: kmarafio@skadden.com<br>Email:  rmeisler@skadden.com<br>Email:  tmatz@skadden.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |

- 6 -

| | |
|---|---|
| Lowell Peterson, Esq.<br>Meyer, Suozzi, English & Klein<br>1350 Broadway, Suite 501<br>New York, NY 10018<br>Email: lpeterson@msek.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Mark S. Lichtenstein, Esq.<br>Crowell & Moring LLP<br>590 Madison Avenue<br>20th Fl<br>New York, NY 10022<br>Email: mlichtenstein@crowell.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Mateo Fowler, Esq.<br>Quinn Emanuel Urquhardt Oliver & Hedges<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017<br>Email: mateofowler@quinnemanuel.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Michael O'Hayer, Esq.<br>22 North Walnut Street<br>West Chester, PA 19380<br>Email: mkohayer@aol.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Paul J.N. Roy, Esq.<br>Mayer, Brown, LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Email: proy@mayerbrownrowe.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Ron E. Meisler, Esq.<br>Thomas J. Matz, Esq.<br>Skadden Arps Slate Meagher & Flom<br>4 Times Square<br>New York, NY 10036<br>Email: rmeisler@skadden.com<br>Email: tmatz@skadden.com<br><br>Counsel for Debtors<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |

- 7 -

| | |
|---|---|
| Janice B. Grubin, Esq.<br>Roger K. Marion, Esq.<br>Sarah J. Greenberg, Esq.<br>Todtman, Nachamie, Spizz & Johns, P.C.<br>425 Park Avenue, 5th Floor<br>New York, NY 10022<br>Email: jgrubin@tnsj-law.com<br>Email: rmarion@tnsj-law.com<br>Email: sgreenberg@tnsj-law.com<br><br>Counsel for Auramet Trading, LLC<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Jonathan Levine, Esq.<br>Andrews Kurth, LLP<br>450 Lexington Avenue<br>15th Floor<br>New York, NY 10017<br>Email: jlevine@andrewskurth.com<br><br>Counsel to Microchip Technology Incorporated<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Steven D. Jerome, Esq.<br>A. Evans O'Brien, Esq.<br>SNELL & WILMER L.L.P.<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, Arizona 85004<br>Email: sjerome@swlaw.com<br>Email: eobrian@swlaw.com<br><br>Counsel to Microchip Technology Incorporated<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Jordan D. Kaye, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>E-mail: jkaye@kramerlevin.com<br><br>Counsel for Vishay Americas, Inc.<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Patrick E. Mears, Esq.<br>BARNES & THORNBURG LLP<br>171 Monroe Avenue, NW, Suite 1000<br>Grand Rapids, Michigan 49503<br>Email: pmears@btlaw.com<br><br>Counsel to Autocam Corporation<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Michael J. Viscount, Jr.<br>FOX ROTHSCHILD LLP<br>Midtown Building, Suite 400<br>1301 Atlantic Avenue<br>Atlantic City, NJ 08401<br>Email: mviscount@foxrothschild.com<br><br>Counsel for M&Q Plastic Products, LP<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |

| | |
|---|---|
| Fred Stevens, Esquire<br>FOX ROTHSCHILD LLP<br>100 Park Avenue, 15th Floor<br>New York, NY 10017<br>Email: fstevens@foxrothschild.com<br><br>Counsel for M&Q Plastic Products, LP<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Michelle McMahon, Esq.<br>BRYAN CAVE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Email: mkmcmahon@bryancave.com<br><br>Counsel for Spartech Polycom<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Lloyd A. Palans, Esq.<br>Christopher J. Lawhorn, Esq.<br>BRYAN CAVE LLP<br>200 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>Email: lapalans@bryancave.com<br>Email: cjlawhorn@bryancave.com<br><br>Counsel for Spartech Polycom<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Richard M. Meth, Esq.<br>FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, New Jersey 07068<br>973-992-4800<br>- and -<br>100 Park Avenue, 15th Floor<br>New York, NY 10017<br>Email: rmeth@foxrothschild.com<br><br>Counsel for Defendants DSSI (improperly identified) and DSSI, LLC<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| C. R. Bowles, Esq.<br>Greenebaum Doll & Mcdonald PLLC<br>3500 National City Tower<br>101 South Fifth Street<br>Louisville, KY 40202<br>Email: crb@gdm.com<br><br>Counsel for Defendants DSSI (improperly identified) and DSSI, LLC<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | Michael C. Hammer, Esq.<br>James A. Plemmons. Esq.<br>Dawn R. Copley, Esq.<br>Dickinson Wright PLLC<br>301 East Liberty, Suite 500<br>Ann Arbor, Michigan 48104-2266<br>Email: mhammer@dickinsonwright.com<br>Email: dcopley@dickinsonwright.com<br>Email: jplemmons@dickinsonwright.com<br><br>Counsel for Ambrake Corporation and Sumitomo Wiring Systems (USA), Inc.<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |

US_ACTIVE-103640216.1 5/4/10 12:52 PM

| | |
|---|---|
| Madison L. Martin<br>Robert C. Goodrich Jr.<br>Stites & Harbison PLLC<br>401 Commerce Street, Suite 800<br>Nashville, TN 37219<br>Email: robert.goodrich@stites.com<br>Email: madison.martin@stites.com<br><br>Counsel for Setech, Inc.<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | John A. Bicks, Esq.<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Email: jbicks@sonnenschein.com<br><br>Counsel for Setech, Inc.<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| Lisa M. Schweitzer, Esq.<br>Cleary Gottlieb Steen Hailton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Email: lschweitzer@cgsh.com<br><br>Counsel for Hewlett-Packard Company, Hewlett-Packard Financial Services Company and Hewlett-Packard Mexico, S. de. R. L. de C. V, HP Enterprise Services,LLC, HP Enterprise Services UK Ltd, and Hewlett-Packard (Canada) Co.<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | David J. Jurkiewicz, Esq.<br>Bose Mckinney & Evans LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, Indiana 46204<br>Email: djurkiewicz@boselaw.com<br><br>Counsel for Decatur Plastic Products, Inc.<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* |
| David J. Jurkiewicz<br>Bose McKinney & Evans LLP<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204<br>Email: djurkiewicz@boselaw.com<br><br>Counsel for Decatur Plastic Products, Inc.<br><br>*VIA FIRST CLASS MAIL AND ELECTRONIC MAIL* | |

US_ACTIVE-103640216.1 5/4/10 12:52 PM