*Hearing Date and Time: May 20, 2010 at 10:00 a.m. EDT*

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Attorneys for Defendant, NSK Steering Systems America, Inc.
500 Fifth Avenue, Suite 1815
New York, NY 10018
Telephone: (212) 704-4400
Fax: (212) 704-4410
Susan I. Robbins (SR 5759)

and

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Attorneys for Defendant, NSK Steering Systems America, Inc.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com
Donald J. Hutchinson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Jointly Administered<br>Case No. 05-44481-RDD |
| Debtors. | |
| DELPHI CORPORATION, *et al.*, | |
| Plaintiffs, | Adversary Proceeding No.<br>07-02459-RDD |
| VS. | |
| NSK STEERING SYSTEMS AMERICA, INC., | |
| Defendant. | |

**OBJECTION TO MOTION BY REORGANIZED DEBTORS FOR
ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING
<u>PROCEDURES GOVERNING ADVERSARY PROCEEDINGS</u>**

17,949,230.1\063870-00042

NSK Steering Systems America, Inc. ("Defendant"), by its attorneys, Miller, Canfield, Paddock and Stone, P.L.C., hereby objects to the Motion by Reorganized Debtors for Entry of a Case Management Order Establishing Procedures Governing Adversary Proceedings ("Case Management Motion"). Defendant hereby incorporates by reference, as if fully stated in this objection, the arguments stated in opposition to the Case Management Motion by the defendants in certain other adversary proceedings in the Delphi case in the following objections:

1. Defendant's Objections to Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings filed by the defendants in *Delphi Corp., et al. v. Affinia Group Holdings, Inc., et al.*, Adversary Proceeding No. 07-02198 (RDD);

2. Defendant's Objections to Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings filed by the defendants in *Delphi Corp., et al. v. Valeo, et al.*, Adversary Proceeding No. 07-02534 (RDD);

3. Defendant's Objection to Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings filed by the defendant in *Delphi Corp., et al. v. ATS Automation Tooling Systems Inc., et al.*, Adversary Proceeding No. 07-02125 (RDD);

4. Limited Objection of Microchip Technology Incorporated to Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings filed by the defendant in *Delphi Corp., et al. v. Microchip*, Adversary Proceeding No. 07-02436 (RDD); and

5. Objection of the DSSI Defendants to Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings filed by the defendant in *Delphi Corp., et al. v. DSSI and DSSI, LLC*, Adversary Proceeding No. 07-02236 (RDD); and

6. Response and Objection of Defendant, Spartech Polycom, to Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings filed by the defendant in *Delphi Corp., et al. v. Spartech Polycom*, Adversary Proceeding No. 07-02639 (RDD).

For all of the reasons stated in the foregoing objections and incorporated herein, the Defendant requests that the Court deny the Case Management Motion and instead only enter an appropriate case management order that is modified as requested in the foregoing objections.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By /s/ Donald J. Hutchinson
    Donald J. Hutchinson (P39545)
Attorneys for Defendant, NSK Steering Systems America, Inc.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com

Dated: May 4, 2010

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Attorneys for Defendant
500 Fifth Avenue, Suite 1815
New York, NY 10018
Telephone: (212) 704-4400
Fax: (212) 704-4410
Susan I. Robbins (SR 5759)

and

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Attorneys for Defendant
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Fax: (313) 496-8450
Email: hutchinson@millercanfield.com
Donald J. Hutchinson

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Jointly Administered<br>Case No. 05-44481-RDD |
| DELPHI CORPORATION, *et al.*,<br><br>Plaintiffs,<br>VS.<br><br>NSK STEERING SYSTEMS AMERICA, INC.,<br><br>Defendant. | Adversary Proceeding No.<br>07-02459-RDD |

## **CERTIFICATE OF SERVICE**

Donald J. Hutchinson hereby certifies that, on May 4, 2010, he served a copy of the foregoing Objections to Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings upon counsel for the Plaintiff and reorganized debtors by e-mail directed to the email address set forth below and that he provided

17,949,230.1\063870-00042

a courtesy copy of the same to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge by e-mail directed to chambers:

>Daniel F. X. Geoghan, Esq.
>Togut Segal & Segal LLP
>One Penn Plaza
>Suite 3335
>New York, NY 10119
>**Via Email: dgeoghan@teamtogut.com**
>
>Eric B. Fisher, Esq.
>Butzel Long
>380 Madison Avenue, 22nd Floor
>New York, NY 10017
>**Via Email: fishere@butzel.com**
>
>The Honorable Robert D. Drain
>United States Bankruptcy Judge
>**Via Email: rdd.chambers@nysb.uscourts.gov**

>/s/ Donald J. Hutchinson
>    Donald J. Hutchinson (P39545)
>Miller, Canfield, Paddock and Stone, P.L.C.
>150 West Jefferson Avenue, Suite 2500
>Detroit, MI 48226
>Telephone: (313) 963-6420
>Fax: (313) 496-8450
>Email: hutchinson@millercanfield.com

Dated:  May 4, 2010

17,949,230.1\063870-00042                    2