Jean R. Robertson (OH 00069252)
Nathan A. Wheatley (OH 0072192)
Tiiara N. A. Patton (TP-8803)
CALFEE, HALTER & GRISWOLD LLP
KeyBank Center, Suite 1400
800 Superior Avenue
Cleveland, Ohio 44114
jrobertson@calfee.com
nwheatley@calfee.com
tpatton@calfee.com
Telephone:     (216) 622-8200
Facsimile:      (216) 241-0816
*Counsel for Williams Advanced Materials Inc.*

Hearing Date: July 22, 2010 @ 10:00 am
Objection Deadline: May 14, 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481-RDD<br>Jointly Administered |
| DELPHI CORPORATION<br><br>                    Plaintiffs,<br><br>v.<br><br>WILLIAMS ADVANCED MATERIALS EF,<br><br>                    Defendants. | Adv. Pro. No. 07-02606-RDD |

**JOINDER OF WILLIAMS ADVANCED MATERIALS INC. TO MOTIONS (I) TO VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING <u>ON THE GROUND OF JUDICIAL ESTOPPEL</u>**

Williams Advanced Materials Inc., purported defendant ("<u>WAM</u>") by and through its

undersigned counsel, hereby joins and adopts the arguments set forth in the following motions

{00809104.DOC;1 }

(the "Motions") filed by Wagner-Smith Company and Microchip Technology Incorporated (the "Complaining Preference Defendants"):

- Motion by Wagner-Smith Company Seeking an Order (I) Pursuant to Fed. R. Civ. P, 60 and Fed, R. Bank R. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, and (II) Pursuant to Fed. R, Civ. P, 12(b) and Fed, R. Bank R, P. 7012(b), Dismissing the Adversary Proceeding With Prejudice of (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, (Docket No. 19401); and

- Motion by Microchip Technology Incorporated Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for such Adversary Proceedings, (II) Pursuant to Fed R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, (Docket No. 19677).

The facts set out in the above referenced Motions are substantially the same, if not identical, with respect to WAM so that any relief granted for the benefit of one or the other of the Complaining Preference Defendants should be granted for all and others who are similarly situated.

Dated: May 5, 2010

Respectfully submitted,

/s/ Tiiara N. A. Patton
Jean R. Robertson (OH 00069252)
Nathan A. Wheatley (OH 0072192)
Tiiara N. A. Patton (TP-8803)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio 44114
Telephone:    (216) 622-8200
Facsimile:    (216) 241-0816 (facsimile)
Email:    jrobertson@calfee.com
nwheatley@calfee.com
tpatton@calfee.com

*Counsel for Williams Advanced Materials Inc.*

{00809104.DOC;1 }    2

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2010, I caused the forgoing Joinder of Williams Advanced Materials Inc. to Motions (i) To Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (ii) Dismissing the Adversary Proceeding with Prejudice, or (iii) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel to be served through electronic transmission via the Court's CM/ECF system to all parties who are listed on the Court's Electronic Mail Notice List.

/s/ Tiiara N. A. Patton
Tiiara N. A. Patton (TP-8803)

{00809104.DOC;1 }