HOGAN LOVELLS US LLP
Matthew P. Morris, Esq.
875 Third Ave
New York, NY 10022
(212) 918-3000
*Attorney for TESA AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.* | Chapter 11<br><br>Case No. 05-44481-RDD |

### NOTICE OF APPEARANCE
### ON BEHALF OF TESA AG
### AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**"), Hogan Lovells US LLP hereby enters its appearance on behalf of TESA AG, a party in interest in the above-captioned cases.  The undersigned respectfully requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

HOGAN LOVELLS US LLP
Matthew P. Morris, Esq.
875 Third Ave
New York, NY 10022
(212) 918-3000
matthew.morris@hoganlovells.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy

-2-

Rules specified above, but also includes, without limitation, notices of any application, order, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise filed with regard to the above-captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit shall not waive any right of TESA AG (1) to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which TEGA AG is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: May 3, 2010
      New York, New York

                                       **HOGAN LOVELLS US LLP**

                                       By: /s/ *Matthew P. Morris, Esq.*
                                           Matthew P. Morris, Esq.
                                           875 Third Ave
                                           New York, NY 10022
                                           (212) 918-3000
                                           matthew.morris@hoganlovells.com

                                           *Attorney for TESA AG*