

**NATIONAL REGISTERED AGENTS, INC.**
An NRAI Solutions Company

April 27, 2010

Eric Fisher
BUTZEL LONG
Suite 100, 150 West Jefferson
Detroit, MI 48226-4452

RE: Title of Action: Delphi Corporation, et al. v. Securitas Companies and Securitas Security
    Entity Served: Securitas Security
    Case/Docket Number: 05-44481 (RDD)

Dear Mr Fisher,

Legal documents in the above titled action have been received by National Registered Agents, Inc. (NRAI) for one of the defendants/parties listed in the enclosed documents.

NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:

[ ]  NRAI Resigned as Agent with the State Authority on [date].

[ ]  NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.

[X]  NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.

[ ]  NRAI can find no record of the entity being listed with the State Authority.

[ ]  Method of Service is unacceptable – [reason].

[ ]  Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to send to all parties being served.

[ ]  Other Agent listed with the State Authority.

[ ]  The registered agent's authority to receive service has been revoked.

[ ]  Other:

Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,


Diane L. Flanagan
Sr. Corp. Specialist


Enclosures
CC: Court Having Jurisdiction: United States Bankruptcy Court, Southern District of New York
    NRAI – D. Howarth