**CT Corporation**

30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

248 646 9033 tel
www.ctlegalsolutions.com

April 23, 2010

Butzel Long
150 West Jefferson,
Suite 100,
Detroit, MI 48226-4452

Re: DPH Holdings Corp, et al., Debtors // To: Flextronics Int'l. Asia Pacific

Case No. 0544481RDD

Dear Sir/Madam:

We are herewith returning the Order, Schedule which we received regarding the above captioned matter.

Flextronics Int'l. Asia Pacific is not listed on our records or on the records of the State of MI.

Very truly yours,

Judi Schuett
Corporate Operations Specialist

Log# 516523521

FedEx Tracking# 790211002540

cc: United States Bankruptcy Court - Southern District
    One Bowling Green,
    New York, NY 10004-1408



APR 3 0 2010