**NORRIS, McLAUGHLIN & MARCUS, PA**
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
Melissa A. Peña (MP-3320)
Local Counsel for Defendant, Dove Equipment Co., Inc.

-and-

**MILLER HALL & TRIGGS**
416 Main Street
Suite 1125
Peoria, IL 61602-1161
309-671-9600
William R. Kohlhase, Esq.*
*Admitted to Practice Law in the State of Illinois and
Before the United States Bankruptcy Court of Illinois
and Central District of Illinois
Co-Counsel for Defendant, Dove Equipment Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In the Matter of:

Delphi Corporation., *et al.*,

      Debtor.

------------------------------------------------------------X

Delphi Corporation, *et al.*,

      Plaintiffs,

v.

Dove Equipment Co, Inc.,

      Defendant.
------------------------------------------------------------X

Chapter 11

Case No. 05-44481 [RDD]
(Jointly Administered)

Adv. Pro. No. 07-02214 [RDD]

**CERTIFICATE OF SERVICE**

  Melissa A. Peña, of full age, hereby certifies and says:

1. I am an attorney admitted to practice law in the State and Federal Courts of New York and an associate with the law firm Norris, McLauglin & Marcus, PA, local counsel for Dove Equipment Co., Inc. I am not a party to this action.

2. I hereby certify that on March 16, 2010, I caused to be served on counsel for plaintiff, Delphi Corporation, Eric Fisher, Esq.; Butzel Long, 380 Madison Avenue, New York, New York 10017, fishere@butzel.com, via electronic court filing service, true and accurate copies of the Answer and Affirmative Defenses of Dove Equipment Co., Inc. to Complaint to Avoid and Recover Transfers II U.S.C. §§§547 and 550.

3. I hereby certify that on March 17, 2010, I caused to be served on counsel for plaintiff, Togut Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York, 10119, via first class mail service postage prepaid, true and accurate copies of the Answer and Affirmative Defenses of Dove Equipment Co., Inc. to Complaint to Avoid and Recover Transfers II U.S.C. §§§547 and 550.

4. I hereby certify that the foregoing statements made by me are true. I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: March 17, 2010                BY:        /s/ Melissa A. Peña
                                                MELISSA A. PEÑA