**NORRIS, McLAUGHLIN & MARCUS, PA**
875 Third Avenue, 8th Floor
New York, New York 10022
(212) 808-0700
Melissa A. Peña (MP-3320)
Local Counsel for Defendant, Dove Equipment Co., Inc.

-and-

**MILLER, HALL & TRIGGS**
416 Main Street, Suite 1125
Peoria, IL 61602-1161
(309) 671-9600
William R. Kohlhase*
*Admitted to Practice Law in the State of Illinois and
Before the United States Bankruptcy Court,
Central District of Illinois*
Co-Counsel for Defendant, Dove Equipment Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
………………………………………………….X

| | |
|---|---|
| In the Matter of: | Chapter 11 |
| Delphi Corporation, *et al.*, | Case No. 05-44481 [RDD] |
| Debtor. | (Jointly Administered) |

………………………………………………...X

| | |
|---|---|
| Delphi Corporation, *et al.*, | |
| Plaintiffs, | Adv. Pro. No. 07-02214 [RDD] |
| v. | |
| Dove Equipment Co., Inc., | |
| Defendant. | |

………………………………………………….X

## CERTIFICATE OF SERVICE

      Melissa A. Peña hereby certifies that, on May 6, 2010, she caused to be served a copy of Dove Equipment Co. Inc.'s Limited Objections to Debtor's Motion for a Case Management Order Establishing Proceedings upon counsel for the Plaintiff and the debtors, via email and first class mail, and that she provided a courtesy copy of the same to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, via first class mail, to chambers:

Daniel F.X. Geoghan, Esq.
Togut Segal & Segal LLP
One Penn Plaza
Suite 3355
New York, New York 10119
**Via Email: dgeoghan@teamtogut.com and First Class Mail**

Eric B. Fisher, Esq.
David Devine, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, NY 10017
**Via Email: fishere@butzel.com**
            **devined@butzel.com and First Class Mail**

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Judge
300 Quarropas Street
White Plains, NY 10601-4140
**Via First Class Mail**

/s/ Melissa A. Peña
Melissa A. Peña (MP3320)
Norris McLaughlin & Marcus, P.A.
875 Third Avenue – 8th Floor
New York, NY 10022
Telephone: 212-808-0700
Fax: 212-808-0844
Email: mapena@nmmlaw.com

Dated: May 6, 2010