ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.
And Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re:**                                                  : **Chapter 11**
                                                            :
    **DPH HOLDINGS CORP.,** *et al,*    : Case No. 05-44481 (RDD)
                                                            :
       Reorganized Debtors. : Jointly Administered
------------------------------------------------------------x

**NOTICE OF RESCHEDULED HEARING ON SUPPLEMENT TO
MOTION OF FURUKAWA ELECTRIC COMPANY, LTD. FOR ALLOWANCE
OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C.
§ 503(b)(1)(A) AND, IN THE ALTERNATIVE, FOR LEAVE TO FILE A
LATE ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO
BANKRUPTCY RULE 9006(B) [DOCKET NO 19783]**

**PLEASE TAKE NOTICE** that on April 6, 2010, Furukawa Electric Company, Ltd. ("Furukawa") filed a Supplement To Motion for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and, in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Bankruptcy Rule 9006(B) (the "Supplement").

**PLEASE TAKE FURTHER NOTICE** that the hearing originally set for **May 20, 2010**, at **10:00 a.m.** to consider the Supplement has been **rescheduled** for **June 30, 2010** at **10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140 (the "Bankruptcy Court")

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Supplement must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, Case Management Order, entered by this Court on October 14, 2005 and the Sixteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Revising Certain Notice Procedures, entered by this Court on December 11, 2009 (the "Sixteenth Supplemental Order"), (c) filed with the Bankruptcy Court in accordance with General Order M-242 (as amended)-registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) counsel to Furukawa Electric Company, Ltd., Dennis J. Connolly and David A. Wender, Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309, (ii) all parties shown on the Master Service List, so as to be received no later than **4:00 p.m**. (prevailing Eastern time) on **June 23, 2010** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only objections made as set forth herein and in accordance with the Case Management Order and the Sixteenth

Supplemental Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Supplement are timely filed and served in accordance with the procedures set forth herein and in the Case Management Order and the Sixteenth Supplemental Order, the Bankruptcy Court may enter an order granting the Supplement without further notice.

Dated: May 7, 2010.

        ALSTON & BIRD LLP

        /s/ David A. Wender
        Dennis J. Connolly (DC-9932)
        David A. Wender (admitted *pro hac vice*)

        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, Georgia 30309-3424
        Telephone (404) 881-7000
        Facsimile (404) 881-7777

        *Counsel for Furukawa Electric Company, Ltd.*