**Hearing Date and Time:  May 20, 2010 at 10:00 a.m. (prevailing Eastern time)**

**HASKELL SLAUGHTER YOUNG & REDIKER, LLC**
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203
Robert H. Adams

Attorney for SIMCO Construction, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No.:  05-44481 (RDD) |
| Debtor. | (Jointly Administered) |
| DELPHI CORPORATION, | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 07-02625-rdd |
| SIMCO CONSTRUCTION, INC. | |
| Defendant. | |

**SIMCO CONSTRUCTION, INC.'S JOINDER TO THE**
**LIMITED OBJECTION OF MICROCHIP TECHNOLOGY**
**INCORPORATED TO REORGANIZED DEBTORS' MOTION**
**FOR A CASE MANAGEMENT ORDER ESTABLISHING**
**PROCEDURES GOVERNING ADVERSAY PROCEEDINGS**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

      **COMES NOW,** SIMCO Construction, Inc. ("SIMCO"), by and through its attorneys Haskell Slaughter Young & Rediker, LLC, and hereby joins in the Limited Objection of Microchip Technology Incorporated (the "Objection") to Reorganized

Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings (the "Motion") [Docket No. 19794]. In support of its Joinder in the Objection, SIMCO submits the following:

1.    SIMCO is the Defendant in the above styled adversary proceeding which was commenced by the predecessors of the Reorganized Debtors on September 29, 2007.

2.    For the reasons set forth in the Objection, the Case Management Order proposed by the Reorganized Debtors will unjustly affect SIMCO's ability to defend this adversary proceeding. SIMCO reserves the right to be heard before this Court with respect to the Motion and the relief requested by the Reorganized Debtors therein.

/s/ Robert H. Adams
Robert H. Adams
**HASKELL SLAUGHTER YOUNG & REDIKER, LLC**
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203
(205)251-1000
(205)324-1133 facsimile
rha@hsy.com

3501352_1

**HASKELL SLAUGHTER YOUNG & REDIKER, LLC**
2001 Park Place North
Suite 1400
Birmingham, Alabama 35203
Robert H. Adams

Attorney for SIMCO Construction, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------x | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No.: 05-44481 (RDD) |
| | : | |
| Debtor. | : | (Jointly Administered) |
| ----------------------------------------------------x | : | |
| DELPHI CORPORATION, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Adv. Pro. No. 07-02625-rdd |
| v. | : | |
| | : | |
| SIMCO CONSTRUCTION, INC. | : | |
| | : | |
| Defendant. | : | |
| ----------------------------------------------------x | | |

## AFFIDAVIT OF SERVICE

STATE OF ALABAMA    )
                                  )
COUNTY OF JEFFERSON  )

      Robert H. Adams, being duly sworn deposes and says:

      1.    I am not a party to this action, am over 18 years of age and reside in Jefferson County, Alabama.

      2.    On May 7, 2010, I electronically filed **Simco Construction, Inc.'s Joinder to the Limited Objection of Microchip Technology Incorporated to Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings** with the Clerk of the Bankruptcy Court using the CM/ECF system.

3

3.  I served a true and correct copy of the foregoing, via the United States Postal Service First Class Mail or electronically through the Court's CM/ECF system, on the following participants and non-participants:

| | |
|---|---|
| DPH Holdings Corp., et al.<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Alicia M. Leonhard<br>Tracy Hope Davis<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004-2112 |
| Eric B. Fisher<br>Barry N. Seidel<br>Butzel Long, a professional corporation<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Susan Atkins<br>Gianni Russello<br>JP Morgan Chase Bank, N.A.<br>277 Park Avenue, 8th Floor<br>New York, New York 10172 |
| Cynthia J. Haffey<br>Butzel Long, a professional corporation<br>150 West Jefferson, Suite 100<br>Detroit, Michigan 48226 | |

4.  I submitted a true and correct copy of the foregoing via overnight mail to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

/s/ Robert H. Adams
Robert H. Adams

Sworn to before me this
7th day of May, 2010.

/s/ Mary J. Barnette
Notary Public
My Commission Expires: 11/17/2013

3501352_1