Phillips Lytle LLP
Angela Z. Miller (AM4473)
Allan L. Hill (AH3707)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Attorneys for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| ------------------------------------------------------------ | |
| DELPHI CORPORATION, *et. al.*, | |
| Plaintiffs, | |
| v. | |
| DUPONT COMPANY, DUPONT CO., DUPONT ELECTRONIC MATRLS. INC., DUPONT P & E M CO., DUPONT POWDER COATINGS, DUPONT POWER COATINGS USA INC., E I DUPONT DE NEMOURS, E I DUPONT DE NEMOURS & CO. INC., and DUPONT E I DE NEMOURS INC., | Adv. Pro. No. 07-02242 (RDD) |
| Defendants. | |

-------------------------------------------------------------x

**<u>Federal Rule of Bankruptcy Procedure 7007.1 Statement</u>**

Pursuant to Fed. R. Civ. P. Rule 7.1 and Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Court to evaluate any possible disqualification or recusal, the undersigned counsel for E.I. du Pont de Nemours and Company ("DuPont") in the above-captioned proceeding certifies that, to the best of her present knowledge, information, and belief, with respect to DuPont, there is no parent corporation and there is no publicly-held

corporation that owns 10% or more of its stock.  DuPont reserves the right to amend or

supplement this statement in any way at a later date.

Dated: Buffalo, New York
May 10, 2010                    PHILLIPS LYTLE LLP


                                By     /s/ Angela Z. Miller
                                         Angela Z. Miller (AM4473)
                                         Allan L. Hill (AH3707)
                                437 Madison Avenue, 34th Floor
                                New York, NY  10022
                                Telephone No. (212) 759-4888
                                  and
                                3400 HSBC Center
                                Buffalo, New York  14203
                                Telephone No. (716) 847-8400
                                Fax (716) 852-6100

                                Attorneys for E.I. DuPont de Nemours and Company


Doc # 01-2370263.1

- 2 -