Phillips Lytle LLP
Angela Z. Miller (AM4473)
Allan L. Hill (AH3707)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Attorneys for E.I. du Pont de Nemours and Company*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

DPH HOLDINGS CORP., *et al.*,

-----------------------------------------------------------

DELPHI CORPORATION, *et. al.*,

              Plaintiffs,

      v.

DUPONT COMPANY, DUPONT CO.,
DUPONT ELECTRONIC MATRLS. INC.,
DUPONT P & E M CO., DUPONT POWDER
COATINGS, DUPONT POWER COATINGS
USA INC., E I DUPONT DE NEMOURS,
E I DUPONT DE NEMOURS & CO. INC.,
and DUPONT E I DE NEMOURS INC.,

              Defendants.
------------------------------------------------------------x

:   Chapter 11
:   Case No. 05-44481 (RDD)
:   (Jointly Administered)
:
:   Adv. Pro. No. 07-02242 (RDD)

**<u>CERTIFICATE OF SERVICE</u>**

      I, Jayne A. Hahn, being at all times over 18 years of age, hereby certify that on May 10, 2010 true and correct copies of the (i) Joinder of E. I. duPont de Nemours and Company to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings,

- 2 -

(II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b) Dismissing the Adversary Proceeding with Prejudice, or (III) In the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel and (ii) Federal Rule of Bankruptcy Procedure 7007.1 Statement were caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by U.S. mail to the parties so indicated below:

> Delphi Corporation, et al.
> 5725 Delphi Drive
> Troy, MI   48098
>
> Togut Segal & Segal LLP
> One Penn Plaza
> Suite 3335
> New York, NY   10119
>
> Eric Fisher, Esq.
> Butzel Long
> 380 Madison Avenue
> 22nd Floor
> New York, NY   10017

Dated: Buffalo, New York
       May 10, 2010                          By:   /s/ Jayne A. Hahn
                                                   Jayne A. Hahn

Doc # 01-2370012.1