**HARRIS D. LEINWAND, ESQ.**  
315 Madison Avenue Suite 901  
New York, New York 10017  
Tel: (212) 725-7338  

Hearing Date: July 22, 2010  
Objection Due: June 7, 2010  
Reply Due : July 2, 2010  

Attorneys for Ahaus Tool & Engineering Inc.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------------- x  

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| DELPHI CORPORATION, <u>et al</u>., | : Case No. 05-44481 (RDD) |
| | : Jointly Administered |
| Debtors, | : |

----------------------------------------------------------------x  

| | |
|---|---|
| | : |
| DELPHI CORPORATION, et al., | : Adv. Pro. No. 07-02076 (RDD) |
| | : |
| Plaintiffs, | : |
| | : |
| - against - | : |
| | : |
| | : |
| AHAUS TOOL & ENGINEERING INC. | : |
| | : |
| Defendant. | : |

-----------------------------------------------------------------x  

**JOINDER OF AHAUS TOOL & ENGINEERING INC. TO MOTIONS SEEKING AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING <u>ON THE GROUND OF JUDICIAL ESTOPPEL</u>**

AHAUS TOOL & ENGINEERING INC., ("Ahaus") by its undersigned counsel, hereby

joins in and adopts the arguments set forth in the following motions (the "Motions") filed by

1

Wagner-Smith Company and Microchip Technology Incorporated ( the "Moving Preference Defendants"):

1. **MOTION BY WAGNER-SMITH COMPANY SEEKING AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL (DOCKET NO. 19401)**

2. **MOTION BY MICROCHIP TECHNOLOGY INCORPORATED SEEKING AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL +(DOCKET NO. 19677)**

The facts set out in the Motions are substantially similar to the relevant facts with respect to Ahaus so that any relief granted for the benefit of the Moving Preference Defendants should be granted to Ahaus. Ahaus served and filed a similar motion in its adversary proceeding (07-02076). It was substantially copied from Wagner-Smith Company's motion. It sets forth additional facts and arguments which provide additional reasons why the relief sought in the Motions should be granted to Ahaus.

Dated: New York, New York
May 10, 2010

2

**HARRIS D. LEINWAND, ESQ.**
Attorney for Defendant Ahaus Tool & Engineering Inc.

_/S/_____
Harris D. Leinwand, Esq. (HL-4419)
315 Madison Avenue - Suite 901
New York, NY 10017
Telephone: (212) 7257338

3