**HARRIS D. LEINWAND, ESQ.**  Hearing Date: July 22, 2010
315 Madison Avenue Suite 901  Objection Due: June 7, 2010
New York, New York 10017  Reply Due : July 2, 2010
Tel: (212) 725-7338

Attorneys for Ahaus Tool & Engineering Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                                         :
                                                               : Chapter 11
DELPHI CORPORATION, et al.,                                    : Case No. 05-44481 (RDD)
                                                               : Jointly Administered
                    Debtors,                                   :
--------------------------------------------------------------x
                                                               :
DELPHI CORPORATION, et al.,                                    : Adv. Pro. No. 07-02076 (RDD)
                                                               :
Plaintiffs,                                                    :
                                                               :
- against -                                                    :
                                                               :
                                                               :
AHAUS TOOL & ENGINEERING INC.                                  :
                                                               :
Defendant.                                                     :
--------------------------------------------------------------x

## CERTIFICATE OF SERVICE

**I,** Harris D. Leinwand, being over 18 years old, hereby certify that on May 10, 2010 true and correct copies of the Joinder of Ahaus Tool & Engineering Inc., in the motions filed by Wagner-Smith Company and Microchip Technology Incorporated to vacate orders extending time to serve avoidance complaints, *inter alia*, and to dismiss the avoidance complaints were served by U.S. mail on:

1

Skadden, Arps, Slate, Meagher & Flom LLP

Attn: John Wm. Butler, Jr.

333 West Wacker Drive, Suite 2100

Chicago, Illinois 60606

Office of the United States Trustee

Southern District of New York

Attn: Alicia M. Leonhard

33 Whitehall Street - Suite 2100

New York, NY 10004

Eric B. Fisher, Esq.

Butzel Long

380 Madison Avenue - 22nd Floor

New York, NY 10017

Al Togut, Esq.

Togut Segal & Segal

One Penn Plaza Suite 3335

New York, NY 10119

Dated: New York, New York
May 10, 2010

    /S/_____
Harris D. Leinwand, Esq. (HL-4419)