# EXHIBIT K

05-44481-rdd    Doc 20004-11    Filed 05/10/10    Entered 05/10/10 20:01:32    Exhibit K
Pg 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00645-MSK-BNB

JOSE C. ALFARO, and
MARTHA ALFARO,

    Plaintiffs,

v.

GENERAL MOTORS CORPORATION,
DELCO ELECTRONICS CORPORATION,
DELPHI AUTO SYSTEMS, f/k/a INLAND FISHER GUIDE,

    Defendants.

## JUDGMENT UNDER FED. R. CIV. P. 54(b)

The Court has entered an Order **(#67)** granting Defendant General Motors Corporation's motion for summary judgment. The remaining Defendants are debtors in possession in a Chapter 11 bankruptcy case, in which the automatic stay is imposed and in which there is a claim allowance process which will address the claim in this action.  As a consequence and without objection, the Court finds that there is no just reason to delay the entry of judgment in favor of Defendant General Motors Corporation.  Pursuant to Fed. R. Civ. P. 54(b),

**JUDGMENT** is therefore entered in favor of Defendant General Motors Corporation and against the Plaintiffs, Jose C. Alfaro and Martha Alfaro.  Defendant General Motors Corporation shall have its costs by the filing of a Bill of Costs with the Clerk of Court within ten days of the

entry of judgment.

Dated this 2nd day of January, 2007

**BY THE COURT:**

*Marcia S. Krieger*
―――――――――――――――――――

Marcia S. Krieger
United States District Judge