## EXHIBIT A



**OFFICE OF THE CITY ATTORNEY**

Lawrence J. Haskin,
City Attorney

Barry J. Book,
Assistant City Attorney

July 10, 2009

TRANSMITTED VIA UPS NEXT DAY

Kurtzman Carson Consultants LLC
Attention: Delphi Corporation, et al
2335 Alaska Avenue
El Segundo, CA 90245

    Re:    Delphi Corporation, et al.
            Case No. 05-44481 (RDD)

Dear Sir/Madam:

I am in receipt of the notice of bar date for filing Proofs of Administrative Expense dated June 16, 2009. I am submitting this administrative expense claim form in behalf of the City of Oak Creek. Enclosed please find the original and two copies of the Administrative Claim. Please file-stamp a copy and return it to my office in the enclosed, self-addressed, stamped envelope. Thank you.

                                Very truly yours,

                                Lawrence J. Haskin

LJH:lsh

cc:    Pamela Bauer, City Clerk

7300 S. 13th St., Suite 104
Oak Creek, WI 53154
Tel: (414) 762-5105
Fax: (414) 762-6340



| **United States Bankruptcy Court**<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | **Administrative Expense Claim Form** | |
|---|---|---|
| Debtor against which claim is asserted:<br>Delphi Corporation, et al. 05-44481 | Case Name and Number<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br><br>City of Oak Creek<br><br>Name and Address Where Notices Should be Sent<br>Lawrence J. Haskin, City Attorney<br>7300 S. 13th Street, Ste 104<br>Oak Creek, WI  53154<br>Telephone No.<br>414-762-5105 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces<br>☐ amends a previously filed claim, dated: _____ | |

1. BASIS FOR CLAIM
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your social security number _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)        (date)

2. DATE DEBT WAS INCURRED  6/17/09  $  970.20
                            6/30/09  $ 3,084.67

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 4,054.87
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):
   This is an administrative claim for water bills and weed cutting.

6. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
RECEIVED
JUL 13 2009
KURTZMAN CARSON CONSULTANTS

Date: 7-10-09

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Lawrence J. Haskin, City Attorney*



COPY

Page 1 of 1

### Larry Haskin

**From:** Mark Wyss [mwyss@oakcreekwi.org]
**Sent:** Thursday, July 02, 2009 11:54 AM
**To:** Larry Haskin
**Subject:** Delphi Bankruptcy

Larry-

Finance has an outstanding weed invoice #20090150 dated June 17,2009 in the amount of $970.20 which has been issued to Delphi.

Mark D. Wyss
Finance Director
City of Oak Creek
8640 S Howell Ave
Oak Creek WI 53154
414-768-6514 (Phone)
414-768-9587 (Fax)

7/10/2009

| Oak Creek Water and Sewer Util | | Transaction Summary<br>Report Date(s): 01/01/2005 to 07/07/2009 | | | Page: 1<br>Jul 07, 2009 07:48am |
|---|---|---|---|---|---|

Report Criteria:
  Customer.Cust No = 813900730100-813900730200

| Date | Billings | Billing Adjustments | Payments | Payment Adjustments | Balance |
|---|---|---|---|---|---|
| 12/31/2004 | | | | | 16,178.44 |
| 01/14/2005 | - | - | 16,178.44 - | - | - |
| 01/31/2005 | 16,144.51 | - | - | - | 16,144.51 |
| 02/16/2005 | - | - | 16,144.51 - | - | - |
| 02/28/2005 | 19,235.24 | - | - | - | 19,235.24 |
| 03/17/2005 | - | - | 19,235.24 - | - | - |
| 03/31/2005 | 20,158.72 | - | - | - | 20,158.72 |
| 04/15/2005 | - | - | 20,158.72 - | - | - |
| 04/30/2005 | 25,636.84 | - | - | - | 25,636.84 |
| 05/16/2005 | - | - | 25,636.84 - | - | - |
| 05/31/2005 | 12,876.44 | - | - | - | 12,876.44 |
| 06/16/2005 | - | - | 12,876.44 - | - | - |
| 06/30/2005 | 16,696.83 | - | - | - | 16,696.83 |
| 07/15/2005 | - | - | 16,696.83 - | - | - |
| 07/31/2005 | 14,550.05 | - | - | - | 14,550.05 |
| 08/15/2005 | - | - | 14,550.05 - | - | - |
| 08/31/2005 | 16,256.14 | - | - | - | 16,256.14 |
| 09/16/2005 | - | - | 16,256.14 - | - | - |
| 09/30/2005 | 17,349.32 | - | - | - | 17,349.32 |
| 10/31/2005 | 15,215.89 | - | - | - | 32,565.21 |
| 11/18/2005 | - | - | 4,011.64 - | - | 28,553.57 |
| 11/30/2005 | 15,495.61 | - | - | - | 44,049.18 |
| 12/15/2005 | - | 28,836.88 - | - | - | 15,212.30 |
| 12/16/2005 | - | - | 15,212.30 - | - | - |
| 12/31/2005 | 16,398.44 | - | - | - | 16,398.44 |
| 01/17/2006 | - | - | 16,398.44 - | - | - |
| 01/31/2006 | 12,209.02 | - | - | - | 12,209.02 |
| 02/16/2006 | - | - | 12,209.02 - | - | - |
| 02/28/2006 | 14,708.48 | - | - | - | 14,708.48 |
| 03/16/2006 | - | - | 14,708.48 - | - | - |
| 03/31/2006 | 14,658.40 | - | - | - | 14,658.40 |
| 04/14/2006 | - | - | 14,658.40 - | - | - |
| 04/30/2006 | 14,317.86 | - | - | - | 14,317.86 |
| 05/15/2006 | - | - | 14,317.86 - | - | - |
| 05/31/2006 | 15,256.57 | - | - | - | 15,256.57 |
| 06/14/2006 | - | - | 15,256.57 - | - | - |
| 06/30/2006 | 16,274.57 | - | - | - | 16,274.57 |
| 07/17/2006 | - | - | 16,274.57 - | - | - |
| 07/31/2006 | 12,187.70 | - | - | - | 12,187.70 |
| 08/17/2006 | - | - | 12,187.70 - | - | - |
| 08/31/2006 | 15,688.92 | - | - | - | 15,688.92 |
| 09/29/2006 | - | 4,278.39 - | - | - | 11,410.53 |
| 09/30/2006 | 14,317.91 | - | - | - | 25,728.44 |
| 10/16/2006 | - | - | 25,728.44 - | - | - |
| 10/31/2006 | 11,268.69 | - | - | - | 11,268.69 |
| 11/17/2006 | - | - | 11,268.69 - | - | - |
| 11/30/2006 | 11,328.25 | - | - | - | 11,328.25 |
| 12/19/2006 | - | - | 11,328.25 - | - | - |
| 12/31/2006 | 10,006.99 | - | - | - | 10,006.99 |
| 01/16/2007 | - | - | 10,006.99 - | - | - |
| 01/31/2007 | 12,592.44 | 25,259.35 | 25,259.35 - | - | 12,592.44 |
| 02/16/2007 | - | - | 12,592.44 - | - | - |
| 02/28/2007 | 20,596.17 | - | - | - | 20,596.17 |
| 03/14/2007 | - | - | 20,596.17 - | - | - |
| 03/31/2007 | 11,264.46 | - | - | - | 11,264.46 |

Handwritten annotations:
- (next to 12/15/2005 28,836.88): = amount written off due to bankruptcy claim
- (next to 01/31/2007 25,259.35): = amount added back to acct for purchase of claim

| | | | | | | |
|---|---|---|---|---|---|---|
| Oak Creek Water and Sewer Util | | | Transaction Summary | | | Page: 2 |
| | | | Report Date(s): 01/01/2005 to 07/07/2009 | | | Jul 07, 2009 07:48am |

| Date | Billings | Billing Adjustments | Payments | Payment Adjustments | Balance |
|---|---|---|---|---|---|
| 04/16/2007 | - | - | 11,264.46 - | - | - |
| 04/30/2007 | 10,895.08 | - | - | - | 10,895.08 |
| 05/16/2007 | - | - | 10,895.08 - | - | - |
| 05/31/2007 | 11,125.47 | - | - | - | 11,125.47 |
| 06/15/2007 | - | - | 11,125.47 - | - | - |
| 06/30/2007 | 10,948.84 | - | - | - | 10,948.84 |
| 07/16/2007 | - | - | 10,948.84 - | - | - |
| 07/31/2007 | 12,358.75 | - | - | - | 12,358.75 |
| 08/16/2007 | - | - | 12,358.75 - | - | - |
| 08/31/2007 | 10,082.65 | - | - | - | 10,082.65 |
| 09/17/2007 | - | - | 10,082.65 - | - | - |
| 09/30/2007 | 10,332.30 | - | - | - | 10,332.30 |
| 10/17/2007 | - | - | 10,332.30 - | - | - |
| 10/31/2007 | 10,970.36 | - | - | - | 10,970.36 |
| 11/23/2007 | - | - | 10,970.36 - | - | - |
| 11/30/2007 | 9,879.11 | - | - | - | 9,879.11 |
| 12/17/2007 | - | - | 9,879.11 - | - | - |
| 12/31/2007 | 7,446.84 | - | - | - | 7,446.84 |
| 01/14/2008 | - | - | 7,446.84 - | - | - |
| 01/31/2008 | 10,453.20 | - | - | - | 10,453.20 |
| 02/15/2008 | - | - | 10,453.20 - | - | - |
| 02/29/2008 | 7,830.87 | - | - | - | 7,830.87 |
| 03/14/2008 | - | - | 7,830.87 - | - | - |
| 03/31/2008 | 7,789.74 | - | - | - | 7,789.74 |
| 04/20/2008 | - | - | 7,789.74 - | - | - |
| 04/30/2008 | 9,698.96 | - | - | - | 9,698.96 |
| 05/14/2008 | - | - | 9,698.96 - | - | - |
| 05/31/2008 | 8,228.52 | - | - | - | 8,228.52 |
| 06/16/2008 | - | - | 8,228.52 - | - | - |
| 06/30/2008 | 5,636.13 | - | - | - | 5,636.13 |
| 07/16/2008 | - | - | 5,636.13 - | - | - |
| 07/31/2008 | 1,677.73 | - | - | - | 1,677.73 |
| 08/14/2008 | - | - | 1,677.73 - | - | - |
| 08/31/2008 | 6,969.21 | - | - | - | 6,969.21 |
| 09/16/2008 | - | - | 6,969.21 - | - | - |
| 09/30/2008 | 6,377.31 | - | - | - | 6,377.31 |
| 10/14/2008 | - | - | 6,377.31 - | - | - |
| 10/31/2008 | 1,773.83 | - | - | - | 1,773.83 |
| 11/16/2008 | - | - | 1,773.83 - | - | - |
| 11/30/2008 | 1,979.43 | - | - | - | 1,979.43 |
| 12/15/2008 | - | - | 1,979.43 - | - | - |
| 12/31/2008 | 2,517.51 | - | - | - | 2,517.51 |
| 01/15/2009 | - | - | 2,517.51 - | - | - |
| 01/31/2009 | 1,908.86 | - | - | - | 1,908.86 |
| 02/17/2009 | - | - | 1,908.86 - | - | - |
| 02/28/2009 | 1,607.39 | - | - | - | 1,607.39 |
| 03/16/2009 | - | - | 1,607.39 - | - | - |
| 03/31/2009 | 1,868.07 | - | - | - | 1,868.07 |
| 04/13/2009 | - | - | 1,868.07 - | - | - |
| 04/30/2009 | 1,742.56 | - | - | - | 1,742.56 |
| 05/14/2009 | - | - | 1,742.56 - | - | - |
| 05/31/2009 | 21,744.68 | - | - | - | 21,744.68 |
| 06/15/2009 | - | - | 21,744.68 - | - | - |
| 06/30/2009 | 3,084.67 | - | - | - | 3,084.67 |
| Totals: | 609,820.53 | 7,855.92 - | 615,058.38 - | - | 3,084.67 |

← amount due is from current bill due 7/20/09

| Oak Creek Water and Sewer Util | | | | Transaction Summary | | Page: 3 |
| | | | | Report Date(s): 01/01/2005 to 07/07/2009 | | Jul 07, 2009 07:48am |

| Date | Billings | Billing Adjustments | Payments | Payment Adjustments | Balance |
|---|---|---|---|---|---|

Report Criteria:
   Customer.Cust No = 813900730100-813900730200