# **EXHIBIT B**

4350780_1



OFFICE OF THE
CITY ATTORNEY

Lawrence J. Haskin,
City Attorney

Barry J. Book,
Assistant City Attorney

August 4, 2009

TRANSMITTED VIA UPS NEXT DAY

Kurtzman Carson Consultants LLC
Attention: Delphi Corporation, et al
2335 Alaska Avenue
El Segundo, CA 90245

    Re:    Delphi Corporation, et al.
            Case No. 05-44481 (RDD)

Dear Sir/Madam:

I am submitting this amended administrative expense claim form in behalf of the City of Oak Creek. Enclosed please find the original and two copies of the Administrative Claim. Please file-stamp a copy and return it to my office in the enclosed, self-addressed, stamped envelope. Thank you.

Very truly yours,

Lawrence J. Haskin

LJH:lsh

cc:    Pamela Bauer, City Clerk

7300 S. 13th St., Suite 104
Oak Creek, WI 53154
Tel: (414)762-5105
Fax: (414)762-6340



| **United States Bankruptcy Court**<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue<br>El Segundo, California 90245 | **Administrative Expense Claim Form** | |
|---|---|---|
| Debtor against which claim is asserted:<br>Delphi Corporation, et al. 05-44481 | Case Name and Number<br>In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered | |

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>*(The person or other entity to whom the debtor owes money or property)*<br><br>City of Oak Creek<br>Name and Address Where Notices Should be Sent<br>Lawrence J. Haskin, City Attorney<br>7300 S. 13th Street, Ste 104<br>Oak Creek, WI 53154<br>Telephone No.<br>414-762-5105 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: | Check here if this claim ☐ replaces<br>☒ amends a previously filed claim, dated: 7-10-09 | |

1. BASIS FOR CLAIM
   ☒ Goods sold
   ☒ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☒ Taxes
   ☐ Other (Describe briefly)

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your social security number _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)           (date)

2. DATE DEBT WAS INCURRED:  1/31/06  $145,299.76
                             6/17/09  $     970.20
                             6/30/09  $   3,084.67

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $149,354.63
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information):
   This is an administrative claim for water bills, weed cutting and personal property taxes.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. DATE-STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date 8/4/2009

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Lawrence J. Haskin, City Attorney

THIS SPACE IS FOR COURT USE ONLY

## INSTRUCTIONS FOR FILING ADMINISTRATIVE EXPENSE CLAIM FORM

*The instructions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to the general rules.*

### "DEFINITIONS"

| DEBTORS | ADMINISTRATIVE EXPENSE CLAIM | ADMINISTRATIVE BAR DATE |
|---|---|---|
| The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.<br><br>**CREDITOR**<br>A creditor is any person, corporation, or other entity to whom the debtor owes a debt. | Any right to payment constituting a cost or expense of administration of any of the Chapter 11 Cases arising under 11 U.S.C. § 503(b) of the Bankruptcy Code for the period from the commencement of these cases through June 1, 2009, provided however, that you do not need to file an Administrative Expense Claim Form for (i) any claim for postpetition goods and services delivered to the Debtors prior to June 1, 2009 that are not yet due and payable pursuant to the applicable contract terms; (ii) employee claims arising prior to June 1, 2009 for wages, salary, and other benefits arising in the ordinary course of business that are not yet due and payable; (iii) any claim for which the party has already properly filed an Administrative Expense Claim Form (as defined in the Modification Procedures Order) (Docket No. 17032) or a proof of claim form with the Court which has not been expunged by order of the Court and provided that such proof of claim clearly and unequivocally sets forth that such claim is made for an administrative expense priority; (iv) any claim for fees and/or reimbursement of expenses by a professional employed in these chapter 11 cases accruing through January 25, 2008, and which are subject to this Court's Interim Compensation Orders (as defined in Modification Procedures Order); or (v) any claim asserted by any Debtor or any direct or indirect subsidiary of any of the Debtors in which the Debtors in the aggregate directly or indirectly own, control or hold with power to vote, 50% or more of the outstanding voting securities of such subsidiary. | Pursuant to section 10.2 of the Modified Plan and paragraphs 38-39 of the Modification Procedures Order, all requests for payment of an Administrative Claim that has arisen between October 8, 2005 and June 1, 2009 must be filed no later than July 15, 2009. |

### Items to be completed in Administrative Expense Claim Form (if not already filled in):

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the Debtors owe money or property, and the Debtors' account number(s), if any. If anyone else has already filed an Administrative Expense Claim Form relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this Administrative Expense Claim Form replaces or changes an Administrative Expense Claim Form that was already filed, check the appropriate box on the form.

**1. Basis for Claim:**
Check the type of debt for which the Administrative Expense Claim Form is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the Debtors, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the Debtors first owed the debt.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Administrative Claim:**
Fill in the total amount of the entire Claim. If interest or other charges in addition to the principal amount of the Claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Brief Description of Claim:**
Describe the Administrative Expense Claim including, but not limited to, the actual and necessary costs and expenses of operating one or more of the Debtors' Estates or any actual and necessary costs and expenses of operating one or more of the Debtors' businesses.

**6. Credits and Setoffs:**
By signing this Administrative Expense Claim Form, you are stating under oath that in calculating the amount of your Claim you have given the Debtors credit for all payments received from the Debtors.

**7. Supporting Documents:**
You must attach to this Administrative Expense Claim Form copies of documents that show the Debtors owe the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available you must attach an explanation of why they are not available.

**8. Date-Stamped Copy:**
To receive an acknowledgement of the filing of your Claim, enclose a stamped, self-addressed envelope and copy of this Administrative Expense Claim Form.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 357

## 2005 Personal Property Tax Record

08/04/2009  04:38 PM
Page 1 Of 1

**Bill #:** 176
**Parcel #:** 103275
**Computer #:** 265-09156-0160

CITY OF OAK CREEK
MILWAUKEE COUNTY, WI

DELPHI AUTOMOTIVE SYSTEM
TAX STAFF
PO BOX 5082

TROY MI 48007-5082

**Property Address** 7929 S HOWELL AVE
**Volume/Page**   /   /
**Sec-Twn-Rng**  0-  0-  0  160:  40:
**Plat**
**Block**          **Lot**
**Legal Description**       **Acres**   0.000
MANUFACTURING PARCEL

**School District**  4018
**Special Districts**  #1: 5020  #2: 0  #3: 0
                       #4: 0  #5: 0  #6: 0

| VALUES: | | |
|---|---|---|
| | Land | 2,249,100 |
| | Improve | 0 |
| Ratio  0.9630 | Total | 2,249,100 |
| Fair Market  2,335,500 | Total Acres | 0.000 |

| | | Amount Paid | Balance | Balance Code |
|---|---|---|---|---|
| Gross Tax | 50,637.56 | | | |
| School Credits | 2,279.25 | | | |
| First Dollar Credit | 0.00 | | | |
| Lottery Credit | 0.00 | 0 Claim(s) | | |
| Net Tax | 48,358.31 | 21,215.80 | 27,142.51 — D | |
| Special Assessments | 0.00 | 0.00 | 0.00 — N | |
| Special Charges | 0.00 | 0.00 | 0.00 | |
| Delinquent Utilities | 0.00 | 0.00 | 0.00 | |
| Woodland Tax | 0.00 | 0.00 | 0.00 | N |
| Private Forest | 0.00 | 0.00 | 0.00 | |
| Managed Forest | 0.00 | 0.00 | 0.00 | |
| Sub Total | | | 27,142.51 | |
| Interest | | 0.00 | 11,671.28 | Interest & Penalty Calculated |
| Penalty | | 0.00 | 5,835.64 | For August 2009. |
| Total | | 48,358.31 | 21,215.80 | 44,649.43 |

**KEY**
N = No Balance
P = Postponed
D = Delinquent

### PAYMENT HISTORY:

| Date | Receipt #  Batch # | Source | Tax | SP Asmt  Status | Other Notes | Interest | Penalty | Total Paid | Over Paid |
|---|---|---|---|---|---|---|---|---|---|
| 01/25/2006 | 1773  400519 | Municipality | 21,215.80 | 0.00 | 0.00  LB 1/25/06 #2 | 0.00 | 0.00 | 21,215.80 | 0.00 |

## 2005 Personal Property Tax Record

08/04/2009  04:37 PM
Page 1 Of 1

| | | |
|---|---|---|
| Bill #: | 174 | CITY OF OAK CREEK |
| Parcel #: | 102500 | MILWAUKEE COUNTY, WI |
| Computer #: | 265-09156-0050 | |

(7901 S HOWELL AVE) DELCO ELECTR CORP A233
ATTN DELPHI AUTO SYS LLC
PO BOX 5082

TROY MI 48007-5082

**Property Address**  7929 S HOWELL AVE
**Volume/Page**   /   /
**Sec-Twn-Rng**  0-  0-  0  160:  40:
**Plat**
**Block**            **Lot**
**Legal Description**      **Acres**  0.000
MANUFACTURING PARCEL

**School District**  4018
**Special Districts**  #1: 5020  #2: 0  #3: 0
#4: 0  #5: 0  #6: 0

| VALUES: | Land | 5,070,000 |
|---|---|---|
| | Improve | 0 |
| Ratio  0.9630 | Total | 5,070,000 |
| Fair Market  5,264,800 | Total Acres | 0.000 |

| | | | | |
|---|---|---|---|---|
| Gross Tax | 114,148.98 | | | |
| School Credits | 5,137.97 | | | |
| First Dollar Credit | 0.00 | | | |
| Lottery Credit | 0.00 | 0 Claim(s) | | |
| | | Amount Paid | Balance | Balance Code |
| Net Tax | 109,011.01 | 47,825.40 | 61,185.61 — D | **KEY** |
| Special Assessments | 0.00 | 0.00 | 0.00 — N | N = No Balance |
| Special Charges | 0.00 | 0.00 | 0.00 | P = Postponed |
| Delinquent Utilities | 0.00 | 0.00 | 0.00 | D = Delinquent |
| Woodland Tax | 0.00 | 0.00 | 0.00  N | |
| Private Forest | 0.00 | 0.00 | 0.00 | |
| Managed Forest | 0.00 | 0.00 | 0.00 | |
| Sub Total | | | 61,185.61 | |
| Interest | | 0.00 | 26,309.81 | *Interest & Penalty Calculated* |
| Penalty | | 0.00 | 13,154.91 | *For August 2009.* |
| Total | 109,011.01 | 47,825.40 | 100,650.33 | |

**PAYMENT HISTORY:**

| Date | Receipt # | Tax | SP Asmt | Other | Interest | Penalty | Total Paid | Over Paid |
|---|---|---|---|---|---|---|---|---|
| | Batch # | Source | Status | Notes | | | | |
| 01/25/2006 | 1772 | 47,825.40 | 0.00 | 0.00 | 0.00 | 0.00 | 47,825.40 | 0.00 |
| | 400519 | Municipality | | LB 1/25/06 #2 | | | | |

### Larry Haskin

**From:** Mark Wyss [mwyss@oakcreekwi.org]
**Sent:** Thursday, July 02, 2009 11:54 AM
**To:** Larry Haskin
**Subject:** Delphi Bankruptcy

Larry-

Finance has an outstanding weed invoice #20090150 dated June 17, 2009 in the amount of $970.20 which has been issued to Delphi.

Mark D. Wyss
Finance Director
City of Oak Creek
8640 S Howell Ave
Oak Creek WI 53154
414-768-6514 (Phone)
414-768-9587 (Fax)

| Oak Creek Water and Sewer Util | | | Transaction Summary | | | Page: 1 |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Report Date(s): 01/01/2005 to 07/07/2009 | | | Jul 07, 2009 07:48am |

Report Criteria:
    Customer.Cust No = 813900730100-813900730200

| Date | Billings | Billing Adjustments | Payments | Payment Adjustments | Balance |
| --- | --- | --- | --- | --- | --- |
| 12/31/2004 | | | | | 16,178.44 |
| 01/14/2005 | - | - | 16,178.44 - | - | - |
| 01/31/2005 | 16,144.51 | - | - | - | 16,144.51 |
| 02/16/2005 | - | - | 16,144.51 - | - | - |
| 02/28/2005 | 19,235.24 | - | - | - | 19,235.24 |
| 03/17/2005 | - | - | 19,235.24 - | - | - |
| 03/31/2005 | 20,158.72 | - | - | - | 20,158.72 |
| 04/15/2005 | - | - | 20,158.72 - | - | - |
| 04/30/2005 | 25,636.84 | - | - | - | 25,636.84 |
| 05/16/2005 | - | - | 25,636.84 - | - | - |
| 05/31/2005 | 12,876.44 | - | - | - | 12,876.44 |
| 06/16/2005 | - | - | 12,876.44 - | - | - |
| 06/30/2005 | 16,696.83 | - | - | - | 16,696.83 |
| 07/15/2005 | - | - | 16,696.83 - | - | - |
| 07/31/2005 | 14,550.05 | - | - | - | 14,550.05 |
| 08/15/2005 | - | - | 14,550.05 - | - | - |
| 08/31/2005 | 16,256.14 | - | - | - | 16,256.14 |
| 09/16/2005 | - | - | 16,256.14 - | - | - |
| 09/30/2005 | 17,349.32 | - | - | - | 17,349.32 |
| 10/31/2005 | 15,215.89 | - | - | - | 32,565.21 |
| 11/16/2005 | - | - | 4,011.64 - | - | 28,553.57 |
| 11/30/2005 | 15,495.61 | - | - | - | 44,049.18 |
| 12/15/2005 | - | 28,836.88 - | - | - | 15,212.30 |
| 12/16/2005 | - | - | 15,212.30 - | - | - |
| 12/31/2005 | 16,398.44 | - | - | - | 16,398.44 |
| 01/17/2006 | - | - | 16,398.44 - | - | - |
| 01/31/2006 | 12,209.02 | - | - | - | 12,209.02 |
| 02/16/2006 | - | - | 12,209.02 - | - | - |
| 02/28/2006 | 14,708.48 | - | - | - | 14,708.48 |
| 03/16/2006 | - | - | 14,708.48 - | - | - |
| 03/31/2006 | 14,658.40 | - | - | - | 14,658.40 |
| 04/14/2006 | - | - | 14,658.40 - | - | - |
| 04/30/2006 | 14,317.86 | - | - | - | 14,317.86 |
| 05/15/2006 | - | - | 14,317.86 - | - | - |
| 05/31/2006 | 15,256.57 | - | - | - | 15,256.57 |
| 06/14/2006 | - | - | 15,256.57 - | - | - |
| 06/30/2006 | 16,274.57 | - | - | - | 16,274.57 |
| 07/17/2006 | - | - | 16,274.57 - | - | - |
| 07/31/2006 | 12,187.70 | - | - | - | 12,187.70 |
| 08/17/2006 | - | - | 12,187.70 - | - | - |
| 08/31/2006 | 15,688.92 | - | - | - | 15,688.92 |
| 09/29/2006 | - | 4,278.39 - | - | - | 11,410.53 |
| 09/30/2006 | 14,317.91 | - | - | - | 25,728.44 |
| 10/18/2006 | - | - | 25,728.44 - | - | - |
| 10/31/2006 | 11,268.69 | - | - | - | 11,268.69 |
| 11/17/2006 | - | - | 11,268.69 - | - | - |
| 11/30/2006 | 11,328.25 | - | - | - | 11,328.25 |
| 12/19/2006 | - | - | 11,328.25 - | - | - |
| 12/31/2006 | 10,006.99 | - | - | - | 10,006.99 |
| 01/16/2007 | - | - | 10,006.99 - | - | - |
| 01/31/2007 | 12,592.44 | 25,259.35 | 25,259.35 - | - | 12,592.44 |
| 02/15/2007 | - | - | 12,592.44 - | - | - |
| 02/28/2007 | 20,596.17 | - | - | - | 20,596.17 |
| 03/14/2007 | - | - | 20,596.17 - | - | - |
| 03/31/2007 | 11,264.46 | - | - | - | 11,264.46 |

= amount written off due to bankruptcy claim

= amount added back to acct for purchase of claim

05-44481-rdd    Doc 20007-2    Filed 05/11/10    Entered 05/11/10 13:07:35    Exhibit B
Pg 10 of 11

| Oak Creek Water and Sewer Util | | | Transaction Summary | | | Page: 2 |
| | | | Report Date(s): 01/01/2005 to 07/07/2009 | | | Jul 07, 2009 07:48am |

| Date | Billings | Billing Adjustments | Payments | Payment Adjustments | Balance |
|---|---|---|---|---|---|
| 04/16/2007 | - | - | 11,284.46 - | - | - |
| 04/30/2007 | 10,895.08 | - | - | - | 10,895.08 |
| 05/16/2007 | - | - | 10,895.08 - | - | - |
| 05/31/2007 | 11,125.47 | - | - | - | 11,125.47 |
| 06/15/2007 | - | - | 11,125.47 - | - | - |
| 06/30/2007 | 10,948.84 | - | - | - | 10,948.84 |
| 07/16/2007 | - | - | 10,948.84 - | - | - |
| 07/31/2007 | 12,358.75 | - | - | - | 12,358.75 |
| 08/16/2007 | - | - | 12,358.75 - | - | - |
| 08/31/2007 | 10,082.65 | - | - | - | 10,082.65 |
| 09/17/2007 | - | - | 10,082.65 - | - | - |
| 09/30/2007 | 10,332.30 | - | - | - | 10,332.30 |
| 10/17/2007 | - | - | 10,332.30 - | - | - |
| 10/31/2007 | 10,970.36 | - | - | - | 10,970.36 |
| 11/23/2007 | - | - | 10,970.36 - | - | - |
| 11/30/2007 | 9,879.11 | - | - | - | 9,879.11 |
| 12/17/2007 | - | - | 9,879.11 - | - | - |
| 12/31/2007 | 7,448.84 | - | - | - | 7,448.84 |
| 01/14/2008 | - | - | 7,448.84 - | - | - |
| 01/31/2008 | 10,453.20 | - | - | - | 10,453.20 |
| 02/15/2008 | - | - | 10,453.20 - | - | - |
| 02/29/2008 | 7,830.87 | - | - | - | 7,830.87 |
| 03/14/2008 | - | - | 7,830.87 - | - | - |
| 03/31/2008 | 7,789.74 | - | - | - | 7,789.74 |
| 04/20/2008 | - | - | 7,789.74 - | - | - |
| 04/30/2008 | 9,696.96 | - | - | - | 9,696.96 |
| 05/14/2008 | - | - | 9,696.96 - | - | - |
| 05/31/2008 | 8,226.52 | - | - | - | 8,226.52 |
| 06/16/2008 | - | - | 8,226.52 - | - | - |
| 06/30/2008 | 5,836.13 | - | - | - | 5,836.13 |
| 07/16/2008 | - | - | 5,836.13 - | - | - |
| 07/31/2008 | 1,677.73 | - | - | - | 1,677.73 |
| 08/14/2008 | - | - | 1,677.73 - | - | - |
| 08/31/2008 | 6,989.21 | - | - | - | 6,989.21 |
| 09/15/2008 | - | - | 6,989.21 - | - | - |
| 09/30/2008 | 6,377.31 | - | - | - | 6,377.31 |
| 10/14/2008 | - | - | 6,377.31 - | - | - |
| 10/31/2008 | 1,773.83 | - | - | - | 1,773.83 |
| 11/15/2008 | - | - | 1,773.83 - | - | - |
| 11/30/2008 | 1,979.43 | - | - | - | 1,979.43 |
| 12/15/2008 | - | - | 1,979.43 - | - | - |
| 12/31/2008 | 2,517.51 | - | - | - | 2,517.51 |
| 01/15/2009 | - | - | 2,517.51 - | - | - |
| 01/31/2009 | 1,908.86 | - | - | - | 1,908.86 |
| 02/17/2009 | - | - | 1,908.86 - | - | - |
| 02/28/2009 | 1,607.39 | - | - | - | 1,607.39 |
| 03/16/2009 | - | - | 1,607.39 - | - | - |
| 03/31/2009 | 1,868.07 | - | - | - | 1,868.07 |
| 04/13/2009 | - | - | 1,868.07 - | - | - |
| 04/30/2009 | 1,742.56 | - | - | - | 1,742.56 |
| 05/14/2009 | - | - | 1,742.56 - | - | - |
| 05/31/2009 | 21,744.68 | - | - | - | 21,744.68 |
| 06/15/2009 | - | - | 21,744.68 - | - | - |
| 06/30/2009 | 3,084.67 | - | - | - | 3,084.67 |
| Totals: | 609,820.53 | 7,955.62 - | 615,058.38 - | - | 3,084.67 |

*handwritten note:* ← amount due is from current bill due 7/20/09

| Oak Creek Water and Sewer Util | | Transaction Summary | | | | Page: 3 |
| | | Report Date(s): 01/01/2005 to 07/07/2009 | | | | Jul 07, 2009 07:49am |

| Date | Billings | Billing Adjustments | Payments | Payment Adjustments | Balance |
|---|---|---|---|---|---|

Report Criteria:
 Customer.Cust No = 813600730100-813600730200