# EXHIBIT C

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION, ET AL.,


       Debtors.


- - - - - - - - - - - - - - - - - - - - - -x


       U.S. Bankruptcy Court

       One Bowling Green

       New York, New York


       October 22, 2009

       10:02 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

6

1    MS. MARAFIOTI:  That's correct.  I think that would be
2  November 5 --
3    THE COURT:  Okay.
4    MS. MARAFIOTI:  -- would be the thirtieth day.
5    THE COURT:  All right, so you're within the deadline.
6    MS. MARAFIOTI:  Right.
7    THE COURT:  I'll enter the order --
8    MS. MARAFIOTI:  Okay, very good.  Thank you, Your
9  Honor.
10   THE COURT:  -- for the reasons stated in the motion.
11 As with the last ones, this is without prejudice to the rights
12 of these potential defendants to argue other defenses, other
13 than the running of the limitations period.  And I think that
14 goes without saying.  So this is just an extension of the time
15 to actually serve.
16   MS. MARAFIOTI:  That's right, Your Honor.
17   THE COURT:  So do you have a disc for me?
18   MS. MARAFIOTI:  I believe we do.  If I may approach
19 the bench, Your Honor.
20   THE COURT:  Sure.  Obviously, the debtors' decision to
21 proceed this way is borne out by the fact that the vast
22 majority of these cases have already been, effectively, booted
23 out.  And as the motion states, the potential plaintiff, here,
24 certainly should have a little more time to analyze whether it
25 makes sense to bring the remaining lawsuits or only some of