# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
          In re                     :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                        Debtor.     :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO PURCHASERS IN CONNECTION WITH
SALE OF INTERIORS AND CLOSURES BUSINESSES

PLEASE TAKE NOTICE THAT:

            1.      Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections,

(III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In

10963

Connection With Sale Of Interiors And Closures Businesses (the "Bidding Procedures

Order") entered by the United States Bankruptcy Court for the Southern District of New York

(the "Bankruptcy Court") on October 26, 2007, Delphi Corporation ("Delphi") and certain of

its affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the

"Selling Debtor Entities"),[1] have entered into a Master Sale And Purchase Agreement (the

"Agreement") with Inteva Products, LLC and certain of its affiliates (the "Buyers") for the

purchase of substantially all of the assets primarily used in the cockpits and interior systems

and integrated closure systems businesses of Delphi.

2.      Pursuant to the terms of the Agreement and subject to completion of a

competitive bidding process described in the Bidding Procedures Order and the attachments

thereto, the Selling Debtor Entities will seek to assume and assign the prepetition contracts

(the "Assumed U.S. Contracts") and assign the postpetition contracts (the "Postpetition

Contracts") listed on Exhibit 1 hereto to the Buyers at the hearing to be held at 10:00 a.m.

(prevailing Eastern time) on December 20, 2007 (the "Sale Hearing") before the Honorable

Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Room 610, New York, New York

10004.

3.      Objections, if any, to the assumption and assignment of an Assumed

Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c)

conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the

Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and

105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC,
Delphi Automotive Systems (Holdings) Inc. and Delphi Technologies, Inc. Certain assets will be sold
under the Agreement by non-debtor affiliates of the Selling Debtor Entities listed on Schedule 1 to the
Agreement.  The Selling Debtor Entities and the selling non-Debtor affiliates are collectively referred
to as the "Sellers."

Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March

20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Amended

Eighth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P.

2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice,

Case Management, and Administrative Procedures, entered October 26, 2006 (Docket No.

5418) (together with the Supplemental Case Management Order, the "Case Management

Orders"), (d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as

amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (e) be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Room 610, New York, New

York 10004, and (f) be served in hard-copy form so it is actually received within ten days

after the date of this Notice by (i) Delphi Automotive Systems LLC, 5725 Delphi Drive,

Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy,

Michigan 48098 (Att'n: Deputy General Counsel, Transactions & Restructuring), (iii) counsel

to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite

2100, Chicago, Illinois 60606 (Att'n: Ron E. Meisler and Brian M. Fern), (iv) counsel for the

agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue,

New York, New York 10017 (Att'n: Donald Bernstein and Brian Resnick), (v) counsel for the

official committee of unsecured creditors, Latham & Watkins LLP, 885 Third Avenue, New

York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), (vii) counsel for

the official committee of equity security holders, Fried, Frank, Harris, Shriver & Jacobson

LLP, One New York Plaza, New York, New York 10004 (Att'n: Bonnie Steingart), (viii)

3

counsel for the Buyers, Cadwalader, Wickersham & Taft LLP, One World Financial Center,

New York, New York 10281 (Att'n: Mike Ryan), and (ix) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York,

New York 10004 (Att'n: Alicia M. Leonhard).

        4.     If an objection to the assumption and assignment of an Assumed U.S.

Contract is timely filed and received, a hearing with respect to the objection will be held

before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, at the Sale Hearing or such date and time as the Court may

schedule. If no objection is timely received, the non-Debtor party to the Assumed U.S.

Contract will be deemed to have consented to the assumption and assignment of the Assumed

U.S. Contract and will be forever barred from asserting any other claims, including but not

limited to the propriety or effectiveness of the assumption and assignment of the Assumed

U.S. Contract, against the Selling Debtor Entities or the Buyers, or the property of either of

them.

        5.     Pursuant to 11 U.S.C. § 365, there is adequate assurance of future

performance that the Cure Amount set forth in the Cure Notice will be paid in accordance

with the terms of the Sale Approval Order. Further, there is adequate assurance of the

Buyers' future performance under the executory contract or unexpired lease to be assumed

and assigned because of the significant resources of the Buyers.

6.      Prior to the Closing Date, the Selling Debtor Entities may revise their decision with respect to the assumption and/or assignment of any Assumed U.S. Contract or Postpetition Contract and provide a new notice amending the information provided in this Notice.

Dated:      New York, New York
            November 16, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:    /s/ John Wm. Butler, Jr.
       John Wm. Butler, Jr. (JB 4711)
       John K. Lyons (JL 4951)
       Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

By:    /s/ Kayalyn A. Marafioti
       Kayalyn A. Marafioti (KM 9632)
       Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

5

# EXHIBIT 1

Valeo Climate Control Corp.
3620 Symmes Road
Hamilton OH 45015

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 550054579 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                    Debtor.         :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ASSUMPTION AND/OR ASSIGNMENT OF EXECUTORY
CONTRACT OR UNEXPIRED LEASE TO BUYERS IN CONNECTION
WITH SALE OF STEERING AND HALFSHAFT BUSINESS

PLEASE TAKE NOTICE THAT:

        1.    Pursuant to the Order Under 11 U.S.C. § 363 And Fed. R. Bankr. P.

2002 And 9014 (I) Approving Bidding Procedures, (II) Granting Certain Bid Protections,

(III) Approving Form And Manner Of Sale Notices, And (IV) Setting Sale Hearing Date In

12323

Connection With Sale Of Steering And Halfshaft Business (the "Bidding Procedures Order")

entered by the United States Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court") on December 21, 2007, Delphi Corporation ("Delphi") and certain of its

affiliates, including certain affiliated chapter 11 Debtors as set forth in the Agreement (the

"Selling Debtor Entities"),[1] have entered into a Master Sale And Purchase Agreement (the

"Agreement") with Steering Solutions Corporation and certain of its affiliates (the "Buyers")

for the purchase of substantially all of the assets primarily used in the steering and halfshaft

business of Delphi (the "Steering Business").

      2.     Pursuant to the terms of the Agreement and subject to completion of a

competitive bidding process described in the Bidding Procedures Order and the attachments

thereto, the Selling Debtor Entities will seek to assume and assign the prepetition contracts

(the "Pre-Petition Contracts") and assign the postpetition contracts (the "Post-Petition

Contracts") listed on Exhibit 1 hereto to the Buyers at the hearing to be held at 10:00 a.m.

(prevailing Eastern time) on February 21, 2008 (the "Sale Hearing") before the Honorable

Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, Room 610, New York, New York

10004.

      3.     To the extent that the Selling Debtor Entities do not receive additional

Qualified Bids, the Selling Debtor Entities shall have the right, at their election, to seek an

earlier Sale Hearing (the "Earlier Sale Hearing"); provided, however, that if the Selling

Debtor Entities seek approval of the Sale at the Earlier Sale Hearing, the Selling Debtors shall

serve those parties receiving notice of the Sale under paragraphs 12(a) and (d) of the Bidding

---

[1]      Under the Agreement, the Selling Debtor Entities include Delphi, Delphi Automotive Systems LLC,
Delphi Technologies, Inc., Delphi China LLC, and Delphi Automotive Systems (Holdings), Inc.
Certain assets will be sold under the Agreement by non-Debtor affiliates of the Selling Debtor Entities
listed on Schedule 1 to the Agreement. The Selling Debtor Entities and the selling non-Debtor
affiliates are collectively referred to as the "Sellers."

Procedures Order with a notice of the Earlier Sale Hearing on or before 20 days prior to the Earlier Sale Hearing and allow any such party to file an objection to the Sale no later than seven days prior to the Earlier Sale Hearing.

    4.    Objections, if any, to the assumption and assignment of a Pre-Petition Contract must (a) be in writing, (b) state with specificity the reasons for such objection, (c) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order") and the Ninth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures, entered October 19, 2007 (Docket No. 10661) (together with the Supplemental Case Management Order, the "Case Management Orders"), (d) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (e) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004, and (f) be served in hard-copy form so that it is actually received within ten days after the date of this notice by (i) Delphi Automotive Systems LLC, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: Legal Staff), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: Deputy General Counsel, Transactional & Restructuring), (iii)

counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John K. Lyons, Ron E. Meisler, and Brian

M. Fern), (iv) counsel for the agent under the postpetition credit facility, Davis Polk &

Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Donald Bernstein and

Brian Resnick), (v) counsel for the official committee of unsecured creditors, Latham &

Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg

and Mark A. Broude), (vii) counsel for the official committee of equity security holders,

Fried, Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York

10004 (Att'n: Bonnie Steingart), (viii) counsel for the Buyers, Kirkland & Ellis LLP, 777

South Figueroa Street, Los Angeles, California 90017 (Att'n: Richard L. Wynne), and (ix) the

Office of the United States Trustee for the Southern District of New York, 33 Whitehall

Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard).

     5.     If an objection to the assumption and assignment of a Pre-Petition

Contract is timely filed and received, a hearing with respect to the objection will be held

before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States

Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610,

New York, New York 10004, at the Sale Hearing or such date and time as the Court may

schedule. If no objection is timely received, the non-Debtor party to the Pre-Petition Contract

will be deemed to have consented to the assumption and assignment of the Pre-Petition

Contract to the Buyers and will be forever barred from asserting any other claims, including,

but not limited to, the propriety or effectiveness of the assumption and assignment of the Pre-

Petition Contract, against the Selling Debtor Entities or the Buyers, or the property of either

of them.

     6.     Pursuant to 11 U.S.C. § 365, there is adequate assurance of future

performance that the Cure Amount set forth in the Cure Notice will be paid in accordance

with the terms of the Sale Approval Order. Further, there is adequate assurance of the

Buyers' future performance under the executory contract or unexpired lease to be assumed

and assigned because of the significant resources of the Buyers.

       7.    In the event that the Selling Debtor Entities emerge from these chapter 11

cases prior to the closing of the Sale, then the Pre-Petition Contracts listed on <u>Exhibit 1</u> would

not be assumed under the Sale Approval Order. Instead, the Pre-Petition Contracts listed on

<u>Exhibit 1</u> would be assumed pursuant to the Debtors' plan of reorganization (the "Plan"), and any

cure amounts would be paid in accordance with the confirmed Plan. Even if the Pre-Petition

Contracts listed on <u>Exhibit 1</u> are assumed pursuant to the Debtors' Plan, the Selling Debtor

Entities would assign such contracts to the Buyers under the terms of the order approving the

sale of the Steering Business.

       8.    Prior to the Closing Date, the Selling Debtor Entities may revise their

decision with respect to the assumption and/or assignment of any Pre-Petition Contract or

Post-Petition Contract and provide a new notice amending the information provided in this

notice.

Dated:  New York, New York
         January 23, 2008

                             SKADDEN, ARPS, SLATE, MEAGHER
                               & FLOM LLP

                           By:_____/s/ John Wm. Butler, Jr._____
                                 John Wm. Butler, Jr. (JB 4711)
                                 John K. Lyons (JL 4951)
                                 Ron E. Meisler (RM 3026)
                           333 West Wacker Drive, Suite 2100
                           Chicago, Illinois  60606
                           (312) 407-0700

                                - and -

                           By:_____/s/ Kayalyn A. Marafioti_____
                                 Kayalyn A. Marafioti (KM 9632)
                                 Thomas J. Matz (TM 5986)
                           Four Times Square
                           New York, New York 10036
                           (212) 735-3000

                           Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession

# EXHIBIT 1

VALEO ELECTRICAL SYSTEMS INC
VALEO ELECTRONICS NORTH AMERICA
PO BOX 2557
CAROL STREAM, IL 60132

| Contract to be assumed and/or assigned: |
|---|
| Purchase Order Number(s) 90I3813 |

# EXHIBIT 1

VALEO SWITCHES & DETECTION SYSTEMS
150 STEPHENSON HWY
TROY, MI 48083

| Contract to be assumed and/or assigned: |
| --- |
| Purchase Order Number(s) 90I4236 |

# EXHIBIT 1

VALEO SWITCHES & DETECTION SYSTEMS
Robin Aranowski
3000 UNIVERSITY DR
AUBURN HILLS, MI 48326

| **Contract to be assumed and/or assigned:** |
| --- |
| Purchase Order Number(s) 90I3813, 90I4236 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

JULY 10, 2009 NOTICE OF FILING OF NOTICES OF ASSUMPTION AND
ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR
UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO PARNASSUS
HOLDINGS II, LLC UNDER MODIFIED PLAN OF REORGANIZATION

("JULY 10, 2009 NOTICE OF FILING PARNASSUS ASSUMPTION AND
ASSIGNMENT NOTICES")

18076

1.      On June 16, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed the First Amended Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan") (Docket No. 17030).

2.      On the same date, the Debtors also filed the Supplement To First Amended Disclosure Statement With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17031).

3.      Also on June 16, 2009, the Court entered the Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date (Docket No. 17032) (the "Modification Procedures Order").

4.      Paragraph 35 of the Modification Procedures Order requires that the Debtors file a notice (the "Parnassus Assumption and Assignment Notice ") identifying Parnassus Holdings II, LLC as the party to which the Debtors' would assign all of their rights, title, and interests in certain executory contracts and unexpired leases (the "Parnassus Assumed Contracts").  In compliance with paragraph 35 of the Modification Procedures Order, the Debtors have today filed the Parnassus Assumption and Assignment Notice.  A copy of the Parnassus Assumption and Assignment Notice, with accompanying schedules, is attached hereto as Exhibit A.

Dated:    New York, New York
July 10, 2009

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:   /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

– and –

By:   /s/ Kayalyn A. Marafioti
     Kayalyn A. Marafioti
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

2

## Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| VALEO ELECTRICAL SYSTEMS EFT AIRFLOW DIVISION | D0550055268 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation. In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 06-012128 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 06-012132 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 2004 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 30020087 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 30020206 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 30020232 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 30020234 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 710003 | $0.00 | |
| VALEO CLIMATE CONTROL | DELPHI P PAST SERVICE PARTS | 710004 | $0.00 | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
## (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 06-012128 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 06-012132 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 10004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 20002 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 20002 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 20004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[2] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 2004 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30003 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30020087 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30020206 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30020232 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 30020234 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500000279 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002005 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002046 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002305 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002600 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002602 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P CHIHUAHUA I | 5500002705 | $0.00 | |
| VALEO ELECTRICAL SYSTEMS INC | DELPHI P PAST SERVICE PARTS | 710003 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

[2] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, all contracts or leases primarily relating to business conducted at any of the Debtors' manufacturing facilities, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to Parnassus, **other than** contracts or leases primarily relating to (a) the Debtors' Steering business, including but not limited to, business conducted at the manufacturing facility in Saginaw, Michigan, (b) business conducted at the manufacturing facilities located in Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center), and (c) business conducted at certain manufacturing facilities located in Athens, Alabama; Fitzgerald, Georgia; New Castle, Indiana; Olathe, Kansas; Flint, Michigan; Saginaw, Michigan (Chassis); Clinton, Mississippi; Columbus, Ohio; Cortland, Ohio; Dayton, Ohio; Kettering, Ohio; Ravenna, Ohio; Warren, Ohio; Columbia, Tennessee; and Oak Creek, Wisconsin.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 2004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 10003 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 22 | 10003 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P OUTSIDE SALES | 20004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 20004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 47 | 20169 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 710003 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 710004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 910003 | $0.00 | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[2] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 910004 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 47 | 12020832 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 30020087 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 30020206 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 30020232 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 30020234 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P OUTSIDE SALES | 4500000116 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 22 | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 45 | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 9 | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 47 | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | OUTSIDE SALES MWO | 4600000289 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000270 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000271 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000272 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000273 | $0.00 | |

[2] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[3] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000274 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000275 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000276 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000277 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000278 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000279 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000280 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000281 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000282 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000283 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000284 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 45 | 5500000286 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 47 | 5500000287 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000292 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | OUTSIDE SALES MWO | 5500000293 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 22 | 5500000294 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000295 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500000296 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500001421 | $0.00 | |

[3] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[4] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500001525 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002005 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002006 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002046 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002071 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002305 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002334 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002395 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002396 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002397 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002398 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002399 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002400 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002401 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002600 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002601 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002602 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002603 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PLANT 45 | 5500002645 | $0.00 | |

[4] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[5] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002705 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P CHIHUAHUA I | 5500002861 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 06-012128 | $0.00 | |
| NIDEC MOTORS & ACTUATORS (USA) INC | DELPHI P PAST SERVICE PARTS | 06-012132 | $0.00 | |

---

[5] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Debtors. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - -x

JULY 10, 2009 NOTICE OF FILING OF NOTICES OF ASSUMPTION AND
ASSIGNMENT WITH RESPECT TO CERTAIN EXECUTORY CONTRACTS OR
UNEXPIRED LEASES TO BE ASSUMED AND ASSIGNED TO GM COMPONENTS
HOLDINGS, LLC OR STEERING SOLUTIONS SERVICES CORPORATION, AS
APPLICABLE, UNDER MODIFIED PLAN OF REORGANIZATION

("JULY 10, 2009 NOTICE OF FILING GM ASSUMPTION AND ASSIGNMENT NOTICES")

18077

1.     On June 16, 2009, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (the "Debtors"), filed the First Amended Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "Modified Plan") (Docket No. 17030).

2.     On the same date, the Debtors also filed the Supplement To First Amended Disclosure Statement With Respect To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (Docket No. 17031).

3.     Also on June 16, 2009, the Court entered the Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date (Docket No. 17032) (the "Modification Procedures Order").

4.     Paragraph 35 of the Modification Procedures Order requires that the Debtors file a notice (the "GM Assumption and Assignment Notice") identifying GM Components Holdings, LLC as the party to which the Debtors' would assign all of their rights, title, and interests in certain executory contracts and unexpired leases (the "GM Assumed Contracts").  In compliance with paragraph 35 of the Modification Procedures Order, the Debtors have today filed the GM Assumption and Assignment Notice identifying GM Components Holdings, LLC and Steering Solutions Services Corporation, as applicable, as the parties to which the Debtors' would assign all of their rights, title, and interests in the GM Assumed Contracts.  A copy of the

GM Assumption and Assignment Notice, with accompanying schedules, is attached hereto as

Exhibit A.


Dated:        New York, New York
              July 10, 2009

                                    SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP
                                    By:    /s/ John Wm. Butler, Jr.
                                           John Wm. Butler, Jr.
                                           Ron E. Meisler
                                    155 North Wacker Drive
                                    Chicago, Illinois 60606
                                    (312) 407-0700

                                           – and –

                                    By:    /s/ Kayalyn A. Marafioti
                                           Kayalyn A. Marafioti
                                    Four Times Square
                                    New York, New York 10036
                                    (212) 735-3000

                                    Attorneys for Delphi Corporation, et al.,
                                    Debtors and Debtors-in-Possession

2

## Schedule 1 – Supplier Contracts

| Non-Debtor Counterparty | Contract(s) | Cure Amount[1] |
|---|---|---|
| VALEO ELECTRICAL SYSTEMS EFT AIRFLOW DIVISION | D0550053730 | $0.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.

## Schedule 2 – Other Executory Contracts Or Unexpired Leases
### (Including Customer Contracts)

Unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, the contracts and leases primarily relating to the Debtors' Steering business, including, but not limited to, (a) business conducted at the manufacturing facility in Saginaw, Michigan and (b) the contracts and leases listed on this Schedule will be assumed by the Debtors and assigned to Steering Solutions Services Corporation.  In addition, unless identified as a rejected contract or lease pursuant to Article VIII of the Modified Plan, contracts and leases primarily relating to business conducted at the following manufacturing facilities of the Debtors, including, but not limited to, the contracts and leases listed on this Schedule, will be assumed by the Debtors and assigned to GM Components: Grand Rapids, Michigan; Rochester, New York (excluding the Henrietta technical center); Kokomo, Indiana (including the Cuneo Warehouse, and including the technical center); and Lockport, New York (including the technical center).

| Non-Debtor Counterparty | Applicable Manufacturing Facility | Contract(s) | Cure Amount (If Any)[1] | Rejected Contracts (If Any) |
|---|---|---|---|---|
| VALEO SYSTEMES DE CONTROLE MOTEUR | DELPHI D KOKOMO PLANT 6,7,8,9 | 8800505002 | $0.00 | |
| VALEO SYSTEMES DE CONTROLE MOTEUR | DELPHI D KOKOMO PLANT 6,7,8,9 | PEX 9200632713 | $0.00 | |
| VALEO SYSTEMES DE CONTROLE MOTEUR | DELPHI D KOKOMO PLANT 6,7,8,9 | PEX 9200633732 | $0.00 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

---

[1] The cure amounts, if any, relating to contracts noted with "*" are currently disputed pursuant to the procedures set forth in the Confirmed Plan and the December 10 Solicitation Procedures Order.