HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7000
I. W. Winsten (P30528)
Judy B. Calton (P38733)
E. Todd Sable (P54956)
Marcia Bennett Boyce (P67584)
Attorneys for Valeo Climate Control Corp.,
Valeo Electrical Systems, Inc., Valeo, Inc. and
Valeo Schalter und Sensoren GmbH

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____/

DPH HOLDINGS CORP., et al.,

    Reorganized Debtors.
_____/

DELPHI CORPORATION, et al.,

    Plaintiffs,

v.

VALEO, VALEO AIRFLOW DIVISION, VALEO
CLIMATE CONTROL USA, VALEO ELECTRICAL
SYSTEMS, VALEO ELECTRONICS NA, VALEO
INC., VALEO SCHALTER UND SENSOREN AND
VALEO WIPER SYSTEMS & ELECTRIC MOTORS
NORTH AMERICA,

    Defendants.
_____/

In re:   Case No. 05-44481 (RDD)
Chapter 11
Jointly Administered

Adversary Proceeding No. 07-02534 (RDD)

## CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2010, I caused to be electronically filed *Motion of Valeo Climate Control Corp., Valeo Electrical Systems, Inc., Valeo, Inc. and Valeo Schalter Und Sensoren GmbH To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; (C) Dismiss The Claims Against Certain Defendants Named In The Complaint; And (D) Dismiss Claims Based On Assumption Of Contracts; Or (E) In The Alternative, To Require Plaintiffs To File A More Definite Statement; Notice of Motion; Memorandum of Law in Support of Motion and Certificate of Service* using the ECF system which will send notification of such filing to the following:

J. Ted Donovan TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com Anne Marie Aaronson aaronsoa@pepperlaw.com David B. Aaronson david.aaronson@dbr.com Elizabeth Abdelmasieh elizabeth@regencap.com Marc Abrams maosbny@willkie.com, mabrams@willkie.com Letitia Accarrino Laccarrino@wilentz.com Franklin C. Adams franklin.adams@bbklaw.com Robert H. Adams rha@hsy.com, cpm@hsy.com;mjb@hsy.com Jennifer L. Adamy bankruptcy@goodwin.com David J. Adler dadler@mccarter.com Michael J. Alerding malerding@binghammchale.com Derek P. Alexander dalexand@debevoise.com, pacer@gruss.com Joseph W. Allen jallen@jaeckle.com Christopher A. Andreoff candreoff@jaffelaw.com, ckelley@jaffelaw.com Philip D. Anker philip.anker@wilmerhale.com Joel D. Applebaum japplebaum@clarkhill.com Bruce D. Atherton batherton@bathertonlaw.com Allison R. Bach abach@dickinsonwright.com Stephen M. Bales sbales@zieglermetzger.com C. David Bargamian dbargamian@bsdd.com Courtney Engelbrecht Barr cbarr@lockelord.com, docket@lockelord.com Leslie S. Barr lbarr@windelsmarx.com, theston@windelsmarx.com William J. Barrett william.barrett@bfkn.com David S. Barritt barritt@chapman.com William M. Barron wbarron@sgrlaw.com, dbarron@sgrlaw.com;plee@sgrlaw.com Donald F. Baty dbaty@honigman.com Douglas P. Baumstein dbaumstein@whitecase.com, lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com Peter Nils Baylor pnb@nutter.com Ronald Scott Beacher rbeacher@daypitney.com W. Robinson Beard jkirk@stites.com Thomas M. Beeman tom@beemanlawoffice.com Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com Ryan B. Bennett rbennett@kirkland.com, pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com;brad.weiland@kirkland.com Neil Matthew Berger neilberger@teamtogut.com, abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;kackerman@teamtogut.com;mhamersky@teamtogut.com;mdubatowka@teamtogut.com;nmoss@teamtogut.com Leslie Ann Berkoff lberkoff@moritthock.com Richard J. Bernard rbernard@bakerlaw.com Jeffrey Bernstein jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com Daniel B. Besikof dbesikof@loeb.com Brendan G. Best ssalinas@dykema.com Brendan G. Best ssalinas@dykema.com Beth Ann Bivona bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com Christopher B. Block block@gordonrees.com Anthony D. Boccanfuso Anthony_Boccanfuso@aporter.com Florence Bonaccorso-Saenz florence.saenz@la.gov Charles E. Boulbol rtrack@msn.com Claude R. Bowles crb@gdm.com, shm@gdm.com Jordan Brackett jbrackett@fklaw.com, vgarvey@fklaw.com Eliza K. Bradley ebradley@robergelaw.com Kate M. Bradley kbradley@brouse.com, jhickey@brouse.com William M. Braman wbraman@meplegal.com Wendy D. Brewer wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com Allan S. Brilliant allan.brilliant@dechert.com Lynn M. Brimer lbrimer@stroblpc.com, sfraser@stroblpc.com Timothy W. Brink timothy.brink@dlapiper.com James L. Bromley maofiling@cgsh.com Mark A. Broude mark.broude@lw.com, peter.gilhuly@lw.com Robert F. Brown rbrown@rendigs.com William J. Brown wbrown@phillipslytle.com Lee B. Brumitt lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com Adam D. Bruski adbruski@lambertleser.com Daniel E. Bruso dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com Jacob Buchdahl jbuchdahl@susmangodfrey.com Deborah M. Buell maofiling@cgsh.com Douglas J. Buncher dbuncher@neliganlaw.com, snash@neliganlaw.com;sklein@neliganlaw.com Martin G. Bunin marty.bunin@alston.com

Kevin J. Burke kburke@cahill.com Brent Adam Burns bburns@babfirm.com Michael G. Busenkell mbusenkell@wcsr.com John Wm. Butler jbutler@skadden.com Christopher M. Cahill ccahill@clarkhill.com Aaron R. Cahn cahn@clm.com Robert A. Calinoff rcalinoff@candklaw.com Judy B. Calton jcalton@honigman.com Paul W. Carey bankrupt@modl.com, pwcarey@modl.com Scott Cargill scargill@lowenstein.com James C. Carignan carignanj@pepperlaw.com;custerm@pepperlaw.com Eric D. Carlson carlson@millercanfield.com James S. Carr KDWBankruptcyDepartment@kelleydrye.com D. Christopher Carson ccarson@burr.com Michelle Carter mcarter@kslaw.com, pwhite@kslaw.com;;dmeadows@kslaw.com Erin M. Casey erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com Linda J. Casey caseyl@pepperlaw.com, jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com Michael Cassell mcassell@lefkowitzhogan.com Katherine R. Catanese kcatanese@foley.com Ben T. Caughey ben.caughey@icemiller.com George B. Cauthen george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com Babette A. Ceccotti bceccotti@cwsny.com, ecf@cwsny.com Michael J. Chapman mchapman@rendigs.com Sarah B. Chapman Carter scarter@pselaw.com Erik G. Chappell egc@lydenlaw.com J Eric Charlton echarlton@hiscockbarclay.com Conrad Chiu cchiu@daypitney.com Gloria M. Chon gloria.chon@kkue.com Joseph L. Clasen jclasen@rc.com, sgleason@rc.com;promanello@rc.com;tgorrell@rc.com David D. Cleary mkhambat@dl.com Marvin E. Clements agbanknewyork@ag.tn.gov Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com Michael A. Cohen macohen@kirkland.com Theodore A. Cohen tcohen@smrh.com, amontoya@sheppardmullin.com Mark B. Conlan mconlan@gibbonslaw.com Dennis J. Connolly dconnolly@alston.com Susan M. Cook smcook@lambertleser.com Jesse Cook-Dubin jcookdubin@vorys.com, cdfricke@vorys.com Dawn R. Copley dcopley@dickinsonwright.com,dnavin@dickinsonwright.com Joseph N. Cordaro joseph.cordaro@usdoj.gov Trent P. Cornell tcornell@stahlcowen.com Patrick M. Costello pcostello@bbslaw.com Thomas W. Cranmer cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com David N. Crapo dcrapo@gibbonslaw.com Tyson A. Crist tcrist@szd.com Maureen A. Cronin mao-ecf@debevoise.com Michael G. Cruse mcruse@wnj.com, hziegler@wnj.com Gary H. Cunningham gcunningham@gmhlaw.com Louis A. Curcio lcurcio@sonnenschein.com Vincent D'Agostino vdagostino@lowenstein.com, jbecht@lowenstein.com Jeannine D'Amico jeannine.damico@cwt.com Sherri Lynn Dahl sdahl@ssd.com, SSzymanski@ssd.com Michael R. Dal Lago bankruptcy@morrisoncohen.com Michael S. Davis mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com Carina M. De La Torre cdelatorre@boselaw.com James J. DeCristofaro james.decristofaro@lovells.com Karen Veronica DeFio kdefio@bsk.com, kdoner@bsk.com;tayers@bsk.com James E. DeLine jed@krwlaw.com, pal@krwlaw.com J. Michael Debbeler mdebbeler@graydon.com Robert Dehney rdehney@mnat.com, cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@mnat.com Karol K. Denniston karol.denniston@dlapiper.com Gerard DiConza gdiconza@dlawpc.com, las@dlawpc.com Maria J. DiConza diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com John P. Dillman houston_bankruptcy@publicans.com Gianni Dimos gianni.dimos@pillsburylaw.com Karen Dine karen.dine@pillsburylaw.com Stephen A. Donato sdonato@bsk.com,

kdoner@bsk.com;heddy@bsk.com Amish R. Doshi adoshi@daypitney.com Mary Joanne Dowd dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com Daniel D. Doyle ddoyle@spencerfane.com, kcollier@spencerfane.com;ssidebottom@spencerfane.com David G. Dragich ddragich@harringtondragich.com David B. Draper ddraper@terra-law.com Dennis J. Drebsky ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com Robert W. Dremluk rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com, Seth A. Drucker sdrucker@honigman.com David W. Dykhouse mcobankruptcy@pbwt.com Frank L. Eaton featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com Erica L. Edman eedman@pillsburywinthrop.com Daniel Egan degan@kslaw.com Gayle Ehrlich gehrlich@sandw.com, ccarlson@sandw.com Robert L. Eisenbach reisenbach@cooley.com David M. Eisenberg deisenberg@ermanteicher.com Judith Elkin judith.elkin@haynesboone.com Paige Leigh Ellerman ellerman@taftlaw.com, docket@taftlaw.com Kristin Elliott kelliott@kelleydrye.com Rex H. Elliott loris@cooperelliott.com Alyssa Englund aenglund@orrick.com Michael R. Enright menright@rc.com Richard L. Epling richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com Margot Erlich margot.erlich@pillsburylaw.com Scott L. Esbin bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com Stephen Vincent Falanga sfalanga@connellfoley.com Marc Falcone mfalcone@paulweiss.com Eugene I. Farber efarber747@aol.com Kathleen A. Farinas kf@lgrslaw.com Robert Michael Farquhar mfarquhar@winstead.com, whsu@winstead.com William L. Farris farrisw@sullcrom.com Bonnie Glantz Fatell fatell@blankrome.com Oscar B. Fears bfears@law.ga.gov Benjamin D. Feder KDWBankruptcyDepartment@kelleydrye.com Robert J. Feinstein rfeinstein@pszyj.com, dharris@pszyjw.com Ilene J. Feldman collinsfeldman@aol.com Richard L. Ferrell Ferrell@taftlaw.com Charles J. Filardi charles@filardi-law.com, abothwell@filardi-law.com Eric Fisher fishere@butzel.com, richarda@butzel.com Elizabeth K. Flaagan eflaagan@faegre.com Jonathan L. Flaxer jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com Daniel A. Fliman dfliman@kasowitz.com, courtnotices@kasowitz.com Paul C. Foley foley@mountaindearborn.com Jonathan D. Forstot jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com Mateo Z. Fowler leticiabustinduy@quinnemanuel.com Edward M. Fox edward.fox@klgates.com Shawn Randall Fox sfox@mcguirewoods.com Joseph D. Frank jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com Mark S. Frankel mfrankel@couzens.com Thomas M. Franklin tmflaw@swbell.net Edward A. Friedman efriedman@fklaw.com, vgarvey@fklaw.com Michael Friedman mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com Scott J. Friedman sjfriedman@jonesday.com, ChicagoBRR@jonesday.com Patricia B. Fugee pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com Lars H. Fuller lfuller@rothgerber.com Timothy A. Fusco fusco@millercanfield.com, skoczylas@millercanfield.com Thomas M. Gaa tgaa@bbslaw.com, catherine@bbslaw.com James Gadsden bankruptcy@clm.com James M. Garner jgarner@shergarner.com, jchocheles@shergarner.com Victoria D. Garry vgarry@ag.state.oh.us Joanne Gelfand joanne.gelfand@akerman.com Yann Geron ygeron@foxrothschild.com Philip J. Giacinti pjg@procopio.com, caw@procopio.com Karen Giannelli kgiannelli@gibbonslaw.com Leo J.

Gibson lgibson@bsdd.com A. Spencer Gilbert sgilbert@asgilbert.com, kimwolford@asgilbert.com Celeste R. Gill gillc1@michigan.gov Joseph M. Gitto jgitto@nixonpeabody.com Rozanne M. Giunta rmgiunta@lambertleser.com Eduardo J. Glas eglas@mccarter.com Jeffrey R. Gleit jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com Larry Ivan Glick larryglick@erols.com Ronald L. Glick rlg@stevenslee.com Dean M. Gloster dgloster@fbm.com Matthew Alexander Gold courts@argopartners.net Eric D. Goldberg egoldberg@Stutman.com Scott R. Goldberg sgoldber@quarles.com Thomas D. Goldberg tdgoldberg@dbh.com Scott A. Golden sagolden@hhlaw.com, khseal@hhlaw.com Robert C. Goodrich nashvillebankruptcyfilings@stites.com Robert D. Gordon rgordon@clarkhill.com Neil Andrew Goteiner ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com Gary A. Gotto ggotto@krplc.com Garry M. Graber ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com David S. Gragg dgragg@langleybanack.com, cjohnston@langleybanack.com Jeffrey J. Graham jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com Warren R. Graham wrg@dmlegal.com Corey D. Grandmaison corgra@bkf-law.com, aijhal@bkf-law.com Jonathan S. Green greenj@millercanfield.com John T. Gregg jgregg@btlaw.com Lisa S. Gretchko lgretchko@howardandhoward.com, dbrandon@howardandhoward.com David M. Grogan dgrogan@slk-law.com Stephen H. Gross sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com Stephen B. Grow sgrow@wnj.com, kfrantz@wnj.com Janice Beth Grubin jgrubin@tnsj-law.com, snobles@tnsj-law.com Kevin Grzelak phcdelphi@priceheneveld.com Peter J. Gurfein pgurfein@akingump.com Elizabeth A. Haas info@thehaaslawfirm.com Cynthia J. Haffey haffey@butzel.com Richard F. Hahn rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com Dennis M. Haley dhaley@winegarden-law.com Alan D. Halperin ahalperin@halperinlaw.net, spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net Michael C. Hammer mchammer2@dickinsonwright.com Marc B. Hankin mhankin@jenner.com, docketing@jenner.com William J. Hanlon whanlon@seyfarth.com Kristopher M. Hansen insolvency2@stroock.com Jill M. Hartley jh@previant.com Brian W. Harvey bharvey@goodwinprocter.com, bharvey@goodwinprocter.com Bruce A. Harwood bharwood@sheehan.com, ntoli@sheehan.com;nhbankruptcycourt@sheehan.com Lonie A. Hassel lah@groom.com William M. Hawkins whawkins@loeb.com, sorszula@loeb.com;jjensen@dimontelaw.com Nava Hazan nhazan@mwe.com Ryan D. Heilman rheilman@schaferandweiner.com Ira L. Herman ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com Neil E. Herman Nherman@morganlewis.com Brian S. Hermann bhermann@paulweiss.com Jennifer B. Herzog jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com William Heuer wheuer@duanemorris.com Robert M. Hirsh hirsh.robert@arentfox.com, constantino.nova@arentfox.com Shannon E. Hoff mstinson@burr.com Marie Polito Hofsdal marie.hofsdal@wilsonelser.com Albert L. Hogan al.hogan@skadden.com, andrew.fuchs@skadden.com;chdocket@skadden.com Michelle R. Holl mholl@mayerbrownrowe.com Evan C. Hollander ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com Pamela Smith Holleman pholleman@sandw.com Casey B. Howard choward@lockelord.com John R. Humphrey jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com P. Warren Hunt pwh@krwlaw.com John J. Hunter jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com Jay W. Hurst

jay.hurst@oag.state.tx.us Donald J. Hutchinson hutchinson@millercanfield.com Roland Hwang hwangr@michigan.gov Mark S. Indelicato eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com;lschlussel@hahnhessen.com Michael G. Insalaco minsalaco@zeklaw.com Michael J. Jacobs mjacobs@hbss.net Susan Jennik sjennik@kjmlabor.com Nan E. Joesten njoesten@fbm.com Mary L. Johnson mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com Roger G. Jones rjones@bccb.com Richard Josephson basargent@stoel.com John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com David J. Jurkiewicz djurkiewicz@boselaw.com, mwakefield@boselaw.com Allen G. Kadish kadisha@gtlaw.com, cusumanod@gtlaw.com Robert G. Kamenec rkamenec@plunkettcooney.com Dana P. Kane lsi@liquiditysolutions.com Karel S. Karpe karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com Andrew C. Kassner andrew.kassner@dbr.com William M. Katich wkatich@atg.state.il.us Kristi A. Katsma kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com Jordan Kaye jkaye@kramerlevin.com Patrick J. Keating pkeating@bdblaw.com David Kennedy david.kennedy2@usdoj.gov Thomas M. Kennedy tkennedy@kjmlabor.com Michael P. Kessler michael.kessler@weil.com Jocelyn Keynes jkeynes@halperinlaw.net Jocelyn Keynes jk@stevenslee.com Ron Kilgard BankruptcyECF@krplc.com Tami Hart Kirby tkirby@porterwright.com Myron Kirschbaum mkirschbaum@kayescholer.com Karen L. Kirshenbaum kkirshenbaum@lynchrowin.com Jeremy C. Kleinman jkleinman@fgllp.com Tracy L. Klestadt tklestadt@klestadt.com, tklestadt@gmail.com Brandi P. Klineberg bklineberg@moritthock.com Anthony J. Kochis akochis@wolfsonbolton.com, stravis@wolfsonbolton.com Howard Koh hkoh@meisterseelig.com Seth F. Kornbluth skornbluth@herrick.com Alan M. Koschik akoschik@brouse.com Lawrence J. Kotler ljkotler@duanemorris.com Deborah Kovsky-Apap kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com Stuart A. Krause skrause@zeklaw.com Julia S. Kreher jkreher@hodgsonruss.com, rleek@hodgsonruss.com;mreyen@hodgsonruss.com Sarah Quinn Kuhny sarah.kuhny@btlaw.com Patrick J. Kukla pkukla@carsonfischer.com Duane Kumagai dkumagai@rutterhobbs.com Glenn M. Kurtz gkurtz@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com Randall D. LaTour rdlatour@vssp.com, cdfricke@vorys.com Robinson B. Lacy Lacyr@sullcrom.com Darryl S. Laddin bkrfilings@agg.com Ralph L. Landy landy.ralph@pbgc.gov, efile@pbgc.gov Stuart A. Laven slaven@bfca.com James N. Lawlor jlawlor@wmd-law.com, gbenaur@wmd-law.com James Michael Lawniczak jlawniczak@calfee.com Elena Lazarou elazarou@reedsmith.com, elazarou@reedsmith.com Harlan Mitchell Lazarus hmllaw@att.net, hmllaw@att.net David H. Lee dlee@nixonpeabody.com Thomas A. Lee notices@becket-lee.com David S. Lefere davidl@bolhouselaw.com Eugene Leff eleff@oag.state.ny.us Rachel Jeanne Lehr rachel.lehr@dol.lps.state.nj.us Michael S. Leib msl@maddinhauser.com, bac@maddinhauser.com Damon R. Leichty damon.leichty@btlaw.com Harris Donald Leinwand hleinwand@aol.com, hleinwand@aol.com David E. Lemke david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com Joseph H. Lemkin jhlemkin@duanemorris.com, tjsantorelli@duanemorris.com;dalvarado@duanemorris.com Ira M. Levee ilevee@lowenstein.com, mseymour@lowenstein.com Jill Levi jlevi@toddlevi.com, drosenberg@toddlevi.com Jonathan Levine jlevine@andrewskurth.com, jlevine@akllp.com

Kenneth M. Lewis klewis@lewispllc.com Kim Martin Lewis kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com Barry E. Lichtenberg barryster@att.net Mark S. Lichtenstein mlichtenstein@crowell.com, mlichtenstein@crowell.com David Liebov liebovd@sullcrom.com Carmen H. Lonstein carmen.lonstein@bakernet.com Eric Lopez Schnabel mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com Dennis W. Loughlin dloughlin@wnj.com, robinclark@wnj.com Daniel A. Lowenthal dalowenthal@pbwt.com, mcobankruptcy@pbwt.com A. Peter Lubitz plubitz@nyc.rr.com Donald K. Ludman dludman@brownconnery.com Matthew J. Lund kovskyd@pepperlaw.com Douglas L. Lutz dlutz@fbtlaw.com, ahammerle@fbtlaw.com Christopher A. Lynch clynch@reedsmith.com John H. Maddock jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com Amina Maddox amina.maddox@law.dol.lps.state.nj.us John S. Mairo jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com Donald W. Mallory dmallory@ctks.com, ddcass@ctks.com Richard Mancino maosbny@willkie.com, rmancino@willkie.com Jacob A. Manheimer jmanheimer@pierceatwood.com, mpottle@pierceatwood.com Kayalyn A. Marafioti kmarafio@skadden.com, John.Murphy@skadden.com Wendy G. Marcari wmarcari@ebglaw.com, nyma@ebglaw.com Alan E. Marder lgomez@msek.com Andrew L. Margulis amargulis@ropers.com Kenneth S. Marks kmarks@susmangodfrey.com, pwallace@susmangodfrey.com Ilan Markus ilan.markus@leclairryan.com John J. Marquess jjm@legalcost.com Madison L. Martin nashvillebankruptcyfilings@stites.com Gregory J Mascitti gmascitti@nixonpeabody.com, roc.managing.clerk@nixonpeabody.com;sfoster@nixonpeabody.com Richard Gary Mason rgmason@wlrk.com, calert@wlrk.com Victor J. Mastromarco vmastromar@aol.com Kathleen Leicht Matsoukas kmatsoukas@btlaw.com Deborah A. Mattison dmattison@wcqp.com Douglas Kirk Mayer dkmayer@wlrk.com, calert@wlrk.com Kristin B. Mayhew abothwell@pepehazard.com Alan S. Maza mazaa@sec.gov Jil Mazer-Marino jmazermarino@msek.com, kgiddens@msek.com Daniel P. Mazo dpm@curtinheefner.com Aaron G. McCollough amccollough@mcguirewoods.com Michael K. McCrory michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com Robert F. McDonough rmcdonough@polsinelli.com, ahatch@polsinelli.com;tbackus@polsinelli.com Ralph E. McDowell rmcdowell@bodmanllp.com Douglas J. McGill douglas.mcgill@dbr.com Frank McGinn ffm@bostonbusinesslaw.com Scott S. McKessy smckessy@reedsmith.com Terence McLaughlin maosbny@willkie.com, tmclaughlin@willkie.com Michelle McMahon michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com Greta A. McMorris gmcmorris@stinsonmoheck.com Austin L. McMullen amcmullen@babc.com Patrick E. Mears patrick.mears@btlaw.com Derek F. Meek dmeek@burr.com Barbara S Mehlsack bmehlsack@gkllaw.com Timothy Mehok timothy.mehok@hellerehrman.com Ron E. Meisler rmeisler@skadden.com Richard G. Menaker rmenaker@mhjur.com Marc B. Merklin mmerklin@brouse.com Richard M. Meth msteen@foxrothschild.com, spmicklich@daypitney.com G. Christopher Meyer cmeyer@ssd.com Sally Meyer smeyer@madisonliquidity.com Merle C. Meyers mmeyers@mlg-pc.com Robert N. Michaelson rmichaelson@klgates.com Angela Z. Miller amiller@phillipslytle.com, jhahn@phillipslytle.com Brian Parker Miller parker.miller@alston.com Kathleen M. Miller kmm@skfdelaware.com, tlc@skfdelaware.com W. Timothy Miller miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com Alan K. Mills amills@btlaw.com,

bankruptcyindy@btlaw.com Robert K. Minkoff rminkoff@jefferies.com, mrichards@jefferies.com Benjamin Mintz bmintz@kayescholer.com, daniel.bloom@kayescholer.com;rpawlowski@kayescholer.com;maosbny@kayescholer.com Joseph Thomas Moldovan bankruptcy@morrisoncohen.com James P. Moloy jmoloy@boselaw.com Michael C. Moody mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com Audrey E. Moog amoog@hhlaw.com Brett S. Moore bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com Brian F. Moore bmoore@mccarter.com Gene T. Moore gtmlaw@bellsouth.net James O. Moore james.moore@dechert.com, james.moore@dechert.com Matthew P. Morris matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com Thomas R. Morris morris@silvermanmorris.com, morris@silvermanmorris.com Lawrence F. Morrison morrlaw@aol.com Sarah E. Morrison sarah.morrison@doj.ca.gov Whitney L. Mosby wmosby@binghammchale.com Eric T. Moser eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com Alisa Mumola alisa@contrariancapital.com Jill L. Murch jmurch@foley.com, khall@foley.com James P. Murphy murph@berrymoorman.com Shannon Lowry Nagle snagle@omm.com, bwajda@omm.com Stephen M. Nagle stephen.nagle@oag.state.ny.us Jennifer L. Nassiri jennifer.nassiri@dlapiper.com Bruce S. Nathan bnathan@lowenstein.com David Neier dneier@winston.com, dcunsolo@winston.com Melissa Z. Neier mneier@ibolaw.com Harold E. Nelson hal@nlsg.com Michael R. Nestor bankfilings@ycst.com Marie L. Nienhuis pmitchell@bcblaw.net Timothy F. Nixon tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com Richard P. Norton rnorton@hunton.com Kasey C. Nye kasey.nye@quarles.com Michael P. O'Connor mpolaw@aol.com Michael O'Hayer mkohayer@aol.com Michael B. O'Neal moneal@wnj.com Judy A. O'Neill joneill@foley.com Martin P. Ochs martin@oglaw.net Sean A. Okeefe sokeefe@winthropcouchot.com Norman D. Orr norman.orr@kkue.com Patrick J. Orr porr@klestadt.com Lawrence E. Oscar leoscar@hahnlaw.com, hlpcr@hahnlaw.com Karen Ostad kostad@mofo.com Mark Russell Owens mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com Isaac M. Pachulski ipachulski@stutman.com Nicholas R. Pagliari npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com Charles Palella cpalella@kurzman.com Ingrid S. Palermo ipalermo@bsk.com Sapna W. Palla spalla@kayescholer.com, bmintz@kayescholer.com;maosbny@kayescholer.co George Panters gpanteris@panterislaw.com Charles N. Panzer cpanzer@sillscummis.com Lenard M. Parkins lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com Richard J. Parks rjp@pietragallo.com, kas2@pietragallo.com Barbra R. Parlin barbra.parlin@hklaw.com, chip.lancaster@hklaw.com Tiiara N.A. Patton tpatton@calfee.com, nwheatley@calfee.com Melissa A. Pena mapena@nmmlaw.com Anne J. Penachio apenachio@pmlawllp.com;penachio.anne@gmail.com, fmalara@pmlawllp.com;bk@pmlawllp.com Susan P. Persichilli susan.persichilli@bipc.com Geoffrey J. Peters colnyecf@weltman.com Lowell Peterson lpeterson@msek.com Ronald R. Peterson rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com Robert A. Peurach rpeurach@gdakmak.com Ed Phillips ephillips@thurman-phillips.com Deborah J. Piazza dpiazza@hodgsonruss.com, ncalderon@hodgsonruss.com Christine A.M. Pierpont cpierpont@ssd.com Shone Pierre florence.saenz@la.gov Oscar N. Pinkas

opinkas@sonnenschein.com Leslie A. Plaskon leslieplaskon@paulhastings.com James A. Plemmons jplemmons2@dickinsonwright.com Constantine Pourakis cp@stevenslee.com Mark T. Power MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprimm@hahnhessen.com;nrigano@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com Susan Power-Johnston sjohnston@cov.com Ronald S. Pretekin pretekin@coollaw.com, piatt@coollaw.com Susan Przekop-Shaw przekopshaws@michigan.gov Dennis E. Quaid dquaid@fagelhaber.com Amanda Raboy araboy@cov.com Thomas B. Radom radom@butzel.com John J. Rapisardi john.rapisardi@cwt.com, agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com Craig V. Rasile crasile@hunton.com, mtucker@hunton.com,adeboer@hunton.com,keckhardt,mmannering@hunton.com Dennis Jay Raterink raterinkd@michigan.gov Gary Ravert gravert@mwe.com Eric T. Ray eray@balch.com Jo Christine Reed jcreed@sonnenschein.com, rmillner@sonnenschein.com Lawrence R. Reich reichlaw@aol.com Steven J. Reisman sreisman@curtis.com, ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com Susan Fuhrer Reiter sreiter@mijb.com, mtcraig@mijb.com Kenneth A. Reynolds kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com Kenneth A. Reynolds kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com Walter Reynolds wreynolds@porterwright.com Jeffrey N. Rich jeff.rich@klgates.com, nathanael.meyers@klgates.com Marc E. Richards mrichards@blankrome.com Tracy E. Richardson tracy.richardson@dol.lps.state.nj.us Paul J. Ricotta pricotta@mintz.com Craig Philip Rieders crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com Sandra A. Riemer sriemer@phillipsnizer.com, ddore@phillipsnizer.com Marianne Goldstein Robbins MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM Matthew R. Robbins mrr@previant.com Elizabeth A. Roberge eroberge@robergelaw.com H. Buswell Roberts broberts@slk-law.com, droberts@slk-law.com Ronald L. Rose rrose@dykema.com Scott D. Rosen srosen@cb-shea.com Heath D. Rosenblat hrosenblat@kayscholer.com Paul M. Rosenblatt prosenblatt@kilpatrickstockton.com Jeffrey A. Rosenthal maofiling@cgsh.com David A. Rosenzweig DRosenzweig@Fulbright.com David S. Rosner dfliman@kasowitz.com;courtnotices@kasowitz.com David E. Roth pdarby@bradleyarant.com Ira Rubin norma@bizwoh.rr.com Robert B. Rubin brubin@burr.com Peter S. Russ peter.russ@bipc.com, donna.curcio@bipc.com Lyle D. Russell lylerussell@magnusoft.com Maura I. Russell dangiulo@dreierllp.com, ECFNotices@dreierllp.com E. Todd Sable tsable@honigman.com Chester B. Salomon csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com Diane W. Sanders austin.bankruptcy@publicans.com William A. Sankbeil was@krwlaw.com Thomas P. Sarb ecfsarbt@millerjohnson.com Robert V. Sartin rsartin@fbtlaw.com, chruska@fbtlaw.com William F. Savino wsavino@damonmorey.com, alunday@damonmorey.com Robert Scannell rscannell@morganlewis.com Louis A. Scarcella lscarcella@farrellfritz.com Thomas J. Schank tomschank@hunterschank.com, mcraig@hunterschank.com Ilan D. Scharf ischarf@pszjlaw.com Michael L. Schein mschein@vedderprice.com, ecfnydocket@vedderprice.com James R. Scheuerle jrs@parmenterlaw.com, lms@parmenterlaw.com Andrew W. Schilling aschilling@fklaw.com, vgarvey@fklaw.com Michael Schlanger michael@schlangerlegal.com,

jeanne@schlangerlegal.com William H. Schorling william.schorling@bipc.com, donna.curcio@bipc.com Christopher P. Schueller christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com Sheila R. Schwager srs@hteh.com Andrea B. Schwartz andrea.b.schwartz@usdoj.gov Bryan I. Schwartz bschwartz@lplegal.com Kathlyn Schwartz kathlyn.schwartz@akerman.com Matthew L. Schwartz matthew.schwartz@usdoj.gov Lisa M. Schweitzer lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com Barry N. Seidel seidelb@butzel.com, oliver@butzel.com Lon J. Seidman filings@spallp.com, lseidman@silvermanacampora.com Howard Seife arosenblatt@chadbourne.com Jay Selanders jay.selanders@kutakrock.com Mark A. Shaiken mshaiken@stinson.com, jgant@stinson.com Mark H. Shapiro shapiro@steinbergshapiro.com Mary Kay Shaver mkshaver@varnumlaw.com Brian L. Shaw bshaw100@shawgussis.com Andrea Sheehan sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com Howard S. Sher howard@jacobweingarten.com David M. Sherbin david.sherbin@delphi.com Andrew Howard Sherman asherman@sillscummis.com, asherman@sillscummis.com Mark Sherrill mark.sherrill@sablaw.com Stephen J. Shimshak sshimshak@paulweiss.com, sshimshak@paulweiss.com J. Christopher Shore cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whitecase.com Robert J. Sidman rjsidman@vorys.com, bkbowers@vorys.com Robert Sidorsky sidorsky@butzel.com Glenn E. Siegel Glenn.Siegel@dechert.com John D. Silk silk@rbmchicago.com Aaron M. Silver asilver@honigman.com Paul N. Silverstein paulsilverstein@andrewskurth.com, jlevine@akllp.com Wendy M. Simkulak wmsimkulak@duanemorris.com Sam O. Simmerman sosimmerman@kwgd.com, mhelmick@kwgd.com John A. Simon jsimon@foley.com Rebecca H. Simoni rsimoni@vonbriesen.com, jpurpora@vonbriesen.com Joseph E. Simpson jsimpson@hselaw.com Thomas R. Slome lgomez@msek.com Richard G. Smolev rsmolev@kayescholer.com, maosbny@kayescholer.com;rcappiello@kayescholer.com Jesse L. Snyder jforstot@tpwlaw.com;mmuller@tpwlaw.com Marc P. Solomon msolomon@burr.com Sean C. Southard ssouthard@klestadt.com Paul H. Spaeth spaethlaw@phslaw.com Robyn J. Spalter notice@regencap.com Sarah F. Sparrow ssparrow@tuggleduggins.com, martit@tuggleduggins.com Douglas E. Spelfogel dspelfogel@foley.com Michael A. Spero jspecf@sternslaw.com Byron C. Starcher byron.starcher@nelsonmullins.com Stephen Z. Starr sstarr@starrandstarr.com, schoi@starrandstarr.com Catherine Steege csteege@jenner.com, jeffrey_cross@discovery.com Matthew B. Stein mstein@sonnenschein.com Rick A. Steinberg rsteinberg@nakblaw.com Bonnie Steingart steinbo@ffhsj.com, nydocketclrk@ffhsj.com Andrew W. Stern astern@sidley.com Malani Sternstein msternstein@sheppardmullin.com Fred Stevens fstevens@foxrothschild.com Jason V. Stitt jstitt@kmklaw.com Alexander Stotland axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com Brent C. Strickland bstrickland@wtplaw.com Harvey A. Strickon harveystrickon@paulhastings.com Joseph G. Strines joseph.strines@dplinc.com James M. Sullivan sullivan.james@arentfox.com, constantino.nova@arentfox.com Michelle T. Sutter msutter@ag.state.oh.us Charles C. Swanekamp cswanekamp@jaeckle.com, mbialy@jaeckle.com;smigaj@jaeckle.com Marc N. Swanson swansonm@millercanfield.com Paul Sweeney psweeney@loganyumkas.com, jbeckman@loganyumkas.com Dona Szak dszak@ajamie.com Douglas T. Tabachnik dtabachnik@dttlaw.com Jeffrey L. Tanenbaum garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.co

m Roger L. Tarbutton roger.tarbutton@jocogov.org Samuel Jason Teele jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com Jay Teitelbaum jteitelbaum@tblawllp.com Deborah L. Thorne deborah.thorne@btlaw.com, kbruhnke@btlaw.com Richard S. Toder rtoder@morganlewis.com Gordon J. Toering gtoering@wnj.com Albert Togut alcourt@teamtogut.com, kackerman@teamtogut.com Sheldon S. Toll lawtoll@comcast.net Martin B. Tucker mtucker@fbtlaw.com Debra S. Turetsky dturetsky@reedsmith.com Ann Marie Uetz auetz@foley.com Raymond J. Urbanik rurbanik@munsch.com Robert Usadi mmcloughlin@cahill.com Nina M. Varughese varughesen@pepperlaw.com Shmuel Vasser shmuel.vasser@dechert.com Lori V. Vaughan lvaughan@foley.com Frank F. Velocci frank.velocci@dbr.com, andrew.groesch@dbr.com James J. Vincequerra jvincequerra@wolfblock.com Michael J. Viscount mviscount@foxrothschild.com Gary Vist gvist@masudafunai.com, docketing@masudafunai.com Joseph J. Vitale jvitale@cwsny.com Arthur T. Walsh omclaw@aol.com Sean M. Walsh swalsh@gmhlaw.com Michael D. Warner bankruptcy@warnerstevens.com Terence D. Watson twatson@irasacks.com W. Clark Watson cwatson@balch.com Robert K. Weiler rweiler@greenseifter.com, lellis@greenseifter.com William P. Weintraub wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com Allison H. Weiss aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com Jay Welford jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com Robert J. Welhoelter rjwelho@gmail.com Elizabeth Weller dallas.bankruptcy@publicans.com David A. Wender david.wender@alston.com Michael R. Wernette mwernette@schaferandweiner.com Robert A White rwhite@murthalaw.com Amy Williams-Derry awilliams-derry@kellerrohrback.com, bellis@kellerrohrback.com;bspangler@kellerrohrback.com Stephen F. Willig swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com Eric R. Wilson KDWBankruptcyDepartment@Kelleydrye.com Eric D. Winston ericwinston@quinnemanuel.com Jeffrey C. Wisler jcw@cblhlaw.com Craig A. Wolfe cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com Douglas Wolfe dwolfe@asmcapital.com Robert D. Wolford ecfwolfordr@millerjohnson.com Scott A. Wolfson swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com Kelly A. Woodruff kwoodruff@fbm.com, svillalobos@fbm.com Jeffrey A. Wurst JWURST@RMFPC.COM Zhiyuan Xu mxu@schiffhardin.com David Farrington Yates fyates@sonnenschein.com Doron Yitzchaki dyitzchaki@dickinsonwright.com Stephen L. Yonaty syonaty@chwattys.com Kenneth S. Yudell kyudell@aryllp.com German Yusufov pcaocvbk@pcao.pima.gov Helen A. Zamboni hzamboni@underbergkessler.com Menachem O. Zelmanovitz mzelmanovitz@morganlewis.com Peter Alan Zisser pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

The following parties were also served by First Class Mail:

    DPH Holdings Corp.
    Attn: John Brooks
    5725 Delphi Drive
    Troy, MI 48098

    Office of the United States Trustee
    for the Southern District of New York

Attn: Alicia M. Leonhard, Esq.
Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP,
Attorneys for Valeo Climate Control Corp.,
Valeo Electrical Systems, Inc., Valeo, Inc. and
Valeo Schalter und Sensoren GmbH


By: /s/ Judy B. Calton
 Judy B. Calton (P38733)
 E. Todd Sable (P54956)
 Marcia Bennet Boyce (P67584)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345

Dated: May 11, 2010

e-mail: jcalton@honigman.com

DETROIT.4182659.1