**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
900 Third Avenue, 16th Floor
New York, NY 10022
Tel: (212) 752-8000
Fax: (212) 752-8393
Greg A. Friedman (GF – 4506)

    - and –

500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Norman L. Pernick (DE No. 2290)
Patrick J. Reilley (DE No. 4451)

Counsel to Cadence Innovation LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DPH HOLDINGS CORP., et al.,<br><br>               Reorganized Debtors. | Case No. 05-44481 (RDD)<br><br>Chapter 11<br><br>(Jointly Administered)<br>**Related to Docket No. 19873** |

### AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS SECOND DAY SERVICE

STATE OF NEW YORK    )
                                  )SS.:
COUNTY OF NEW YORK   )

    WILLIAM MONGE, being duly sworn deposes and says:

    Deponent is not a party to this proceeding, is over 18 years of age and resides at New York, New York.

    On May 11, 2010 Deponent served Cadence Innovation LLC's Response to Reorganized Debtors' Forty-Seventh Omnibus Objection to Proofs of Claim

46102/0001-6736137v1

  *(Docket No. 20012)*, upon:

    Honorable Robert D. Drain
    United States Bankruptcy Judge
    USBC for SDNY
    The Honorable Charles L. Brieant Jr.
    Federal Building and Courthouse
    300 Quarropas Street
    Courtroom 116
    White Plains, NY 10401-4140

    DPH Holdings Corp.
    Attn: President
    5725 Delphi Drive
    Troy MI 48098

    Skadden, Arps, Slate, Meagher & Flom LLP
    Attn: John Wm. Butler, Jr.,
     John K. Lyons, and Michael W. Perl
    155 North Wacker Drive
    Chicago, IL 60606

by federal express second day delivery, by depositing a true copy of same in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the Federal Express within the State of New York.

             /s/ William Monge
             WILLIAM MONGE

Sworn to before me this
11th day of May, 2010

/s/ Nolan Shanahan
Notary Public, State of New York