

# Tax 16.5 - port 15002

**Utilities  Window  Help**

## Tax Master File Maintenance

**Main | Notes | Rentals | User Page**

| Account | VAND |
| --- | --- |
| City Cd | |
| Home | |
| Fed# | |
| Name | DELPHI AUTOMOTIVE SYSTEMS |
| Add1 | HUMAN RESOURCES LLC |
| Add2 | P O BOX 62410 |
| City | PHOENIX |
| St | AZ |
| Zip | 85082 |
| Tele | 602-797-5258 |
| Ext | |
| Cr | |
| Fye | 12-31-08 |
| Pays | 12 |
| Status | Y |

Text  View  Scan
WHist  Former  Audit
MX/TB  QM  Plan
TC  TP  TH
TB  TX

Ltr 11-10-2005

| Local | |
| --- | --- |
| Alt# | |
| Name | SUSAN ALLEN (CONTACT) |
| Add1 | |
| Add2 | |
| City | |
| St | |
| Zip | |
| Tele | |
| Ext | |
| Cr | |

Activity 02-27-2008   Audit

Start Dt 01-01-2002   Inact Dt

| RA | X | Year | C/O & Ref | Misc+Je+CT | Reconcile | Pen/Int | Payments | Balance | Acct Bal |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| R | | 2008 | | 0.00 | 239,573.52 | | 239,573.52 | 0.00 | 35687.53 |
| R | | 2007 | | 0.00 | 530,871.67 | | 530,871.67 | 0.00 | |
| R | | 2006 | | 0.00 | 522,926.85 | 7,587.11 | 494,826.43 | 35687.53 | |
| R | | 2005 | | 0.00 | 474,233.92 | | 474,233.92 | 0.00 | |
| R | | 2004 | | 0.00 | 413,722.33 | 0.00 | 413,722.33 | 0.00 | |
| R | | 2003 | | 0.00 | 583,879.61 | 0.00 | 583,879.61 | 0.00 | |
| R | | 2002 | | 0.00 | 594,757.93 | 0.00 | 594,757.93 | 0.00 | |

Print Screen | Duplicate | Trans | Hcopy | Cancel | Update | Delete | Prev | Next

**EXHIBIT A**

Start | Tax 16.5 - p... | 2 Microsoft... | Vandalia Ohio... | Sanderson Do... | 10:36 AM