**From:** Bridgette Leiter [bleiter@vandaliaohio.org]
**Sent:** Tuesday, May 11, 2010 9:34 AM
**To:** Carter, Sarah
**Subject:** RE: Delphi/City of Vandalia

Hi Sarah:

The due date for the payment was 1/31/07. The charges were only calculated and assessed from March 2007 through July 2007. The amounts due are a penalty charge of $5,058.08, and an interest charge of $2,529.03.

The penalty charge was calculated using the tax base due ($28,100.42 x 3% per month for a total of 6 months past due) = $5,058.08.

The interest charge was calculated using the tax base due ($28,100.42 x 1.5% per month for a total of 6 months past due) = $2,529.03.

If you have any questions, or need additional questions, please let me know. Have a great day!

Thanks,
Bridgette



EXHIBIT C