


November 12, 2008

**City of Vandalia**
Attn: Bill Estep, Tax Commissioner
333 James Bohannan Dr.
Vandalia, OH 45377

RE: Notice for additional tax liability for year 2006
Company: Delphi Automotive Systems Svc HR    Fed ID: 38-3547664    State ID: 005036-W

Dear Mr. Estep:

Our corporate office received a notice in regards to our 2006 withholding taxes for Delphi Automotive Systems Services HR. The notice indicates that there is an additional tax liability due because the withholding taxes that paid were less than 2% of the taxable wages reported on the employee's W2's.

The total wages that were reported on the W2's was $26,146,342.95 and we submitted a total of $494,826.43 in withholding taxes. Your records show that the total tax liability for 2006 is $522,926.86 ($26,146,342.95 * 2%). Which is a difference of $28,100.43 in additional tax liability.

Enclosed is a copy of an employee listing showing other locals that the employee's have contributed to in the year 2006, which will give us a total credit of $18,892.49. And should then adjust the additional tax liability to $9,207.94. Please inform us as soon as possible if you agree with the amount and forward an updated notice to us so that we may issue a check and resolve the issue.

Please contact me if you have any additional questions.

Sincerely,

Nadia Young
Tax Analyst
GM Payroll Services
602) 797-5366



General Motors Payroll Services-Employment Tax, PO Box 62410, Phoenix, AZ 85082-2410

## Delphi Automotive System Services HR
## Tax year 2006
### FEIN: 38-3547664   State ID: 005036-W

| VANDALIA EMPLOYEE INFO ||| OTHER LOCAL WITHHELD || OTHER LOCAL CREDIT AMOUNT |
|---|---|---|---|---|---|
| SSN | Vandalia Tax | Taxable Wages | Local | Total Tax W/H | |
| 95689139 | $298.46 | $14,922.48 | Moraine | $1,587.66 | $0.00 |
| 97606888 | $648.22 | $34,389.04 | Kettering | $1,678.11 | $39.56 |
| 186421935 | $541.33 | $27,066.09 | Winston Salem | $1,601.47 | $0.00 |
| 211366870 | $1,861.00 | $94,977.52 | Newton SD | $1,633.12 | $38.55 |
| 234062048 | $292.01 | $16,138.15 | Winston Salem | $71.10 | $30.75 |
| 265612095 | $1,629.58 | $83,577.44 | Piqua SD | $391.64 | $41.97 |
| 269686617 | $1,261.58 | $64,356.72 | Winston Salem | $186.46 | $25.55 |
| 270705024 | $1,350.21 | $68,868.03 | Xenia | $419.74 | $27.15 |
| 270909603 | $1,035.73 | $52,795.04 | Trotwood | $152.17 | $20.17 |
| 271680280 | $1,067.61 | $53,381.39 | Niles | $194.15 | $0.00 |
| 272425205 | $1,623.42 | $82,857.92 | Twin Valley SD | $544.78 | $33.74 |
| 272446513 | $1,020.59 | $51,029.33 | Winston Salem | $791.87 | $0.00 |
| 272483849 | $48.37 | $2,764.00 | Winston Salem | $1,523.82 | $6.91 |
| 273442786 | $438.15 | $23,941.83 | Winston Salem | $1,953.59 | $40.69 |
| 273460903 | $0.00 | $106,060.00 | Winston Salem | $2,386.39 | $2,121.20 |
| 273743831 | $1,454.66 | $74,165.09 | Winston Salem | $214.46 | $28.64 |
| 274507317 | $4.92 | $281.00 | Winston Salem | $1.40 | $0.70 |
| 274745938 | $348.87 | $18,948.36 | Winston Salem | $1,263.18 | $30.10 |
| 274883646 | $218.21 | $12,197.70 | Winston Salem | $56.23 | $25.74 |
| 275701080 | $392.60 | $21,338.28 | Winston Salem | $1,426.43 | $34.17 |
| 275720704 | $1,525.13 | $77,903.28 | Winston Salem | $227.66 | $32.94 |
| 276604659 | $1,415.26 | $72,169.08 | Fairborn SD | $333.41 | $28.12 |
| 277520133 | $1,597.61 | $81,522.08 | Kettering | $468.62 | $32.83 |
| 277544351 | $1,653.55 | $84,314.24 | Winston Salem | $243.55 | $32.73 |
| 277867474 | $227.91 | $11,394.84 | Kettering | $1,013.99 | $0.00 |
| 279583111 | $1,643.01 | $83,873.78 | Franklyn Monroe SD | $614.12 | $34.47 |
| 279648106 | $541.38 | $27,068.00 | Kettering | $847.20 | $0.00 |
| 280442871 | $1,882.29 | $96,047.12 | Fairborn SD | $391.22 | $38.65 |
| 280542503 | $79.87 | $4,564.16 | Winston Salem | $2,666.43 | $11.41 |
| 282507706 | $405.73 | $22,056.87 | Winston Salem | $1,564.90 | $35.41 |
| 283649725 | $1,383.22 | $70,579.24 | Trotwood | $204.78 | $28.36 |
| 283763533 | $387.37 | $21,052.53 | Kettering | $1,180.88 | $33.68 |
| 283788920 | $1,197.04 | $61,034.64 | Winston Salem | $32.14 | $23.65 |
| 284589941 | $1,781.32 | $90,940.07 | National Trails SD | $1,530.85 | $37.48 |
| 285501078 | $1,146.76 | $86,031.72 | Winston Salem | $788.91 | $573.87 |
| 286444597 | $1,137.37 | $58,159.85 | Bradford SD | $854.02 | $25.83 |
| 286721881 | $1,175.06 | $59,919.48 | Winston Salem | $173.14 | $23.33 |
| 286866903 | $267.80 | $14,658.73 | Columbus | $29.76 | $25.37 |
| 288443348 | $0.00 | $2,547.24 | Winston Salem | $51.43 | $50.94 |
| 289749714 | $1,832.87 | $93,392.52 | Winston Salem | $271.74 | $34.98 |
| 291405544 | $1,438.60 | $73,442.18 | New Lebanon SD | $512.98 | $30.24 |
| 291562727 | $1,688.00 | $86,104.64 | Eaton SD | $954.90 | $34.09 |
| 291564010 | $0.00 | $930.56 | Winston Salem | $19.54 | $18.61 |
| 291626266 | $1,585.23 | $80,885.74 | Winston Salem | $1,819.91 | $32.48 |
| 291828451 | $724.17 | $36,207.75 | Cincinnati | $37.80 | $0.00 |
| 292467230 | $960.61 | $48,954.91 | Winston Salem | $188.97 | $18.49 |
| 292468860 | $0.00 | $6,582.40 | Winston Salem | $148.10 | $131.65 |
| 294423753 | $0.00 | $2,909.12 | Moraine | $46.14 | $46.14 |
| 295881934 | $1,178.03 | $60,119.50 | Kettering | $1,052.11 | $24.36 |
| 296825696 | $1,328.10 | $67,725.00 | Springfield | $690.39 | $26.40 |
| 296846325 | $275.89 | $14,883.70 | Winston Salem | $857.47 | $21.78 |

## Delphi Automotive System Services HR
## Tax year 2006
### FEIN: 38-3547664   State ID: 005036-W

| VANDALIA EMPLOYEE INFO | | | OTHER LOCAL WITHHELD | | OTHER LOCAL |
|---|---|---|---|---|---|
| SSN | Vandalia Tax | Taxable Wages | Local | Total Tax W/H | CREDIT AMOUNT |
| 297442164 | $503.10 | $151,029.16 | Kettering | $2,643.01 | $2,517.48 |
| 297509882 | $0.00 | $117,685.32 | Winston Salem | $2,647.88 | $2,353.71 |
| 298728494 | $1,486.15 | $75,777.88 | Eaton SD | $827.14 | $29.41 |
| 298788948 | $1,244.12 | $63,457.98 | Winston Salem | $185.14 | $25.04 |
| 298845869 | $162.41 | $8,120.79 | Kettering | $142.10 | $0.00 |
| 299449961 | $90.00 | $98,837.78 | Moraine | $4,643.35 | $1,886.76 |
| 299500435 | $1,731.76 | $88,384.56 | Winston Salem | $256.84 | $35.93 |
| 299661657 | $163.75 | $78,366.58 | Kettering | $1,371.43 | $1,371.43 |
| 300447481 | $0.00 | $87,001.44 | Winston Salem | $1,957.51 | $1,740.03 |
| 301529313 | $1,295.42 | $65,523.21 | Kettering | $49.29 | $15.04 |
| 301587454 | $146.52 | $7,325.95 | Columbus | $1,739.70 | $0.00 |
| 301609417 | $369.67 | $19,135.64 | Columbus | $499.00 | $13.04 |
| 301664665 | $157.50 | $7,875.00 | Dublin | $52.50 | $0.00 |
| 301687020 | $525.92 | $26,823.98 | Reading | $339.38 | $10.56 |
| 302627629 | $0.00 | $149,930.00 | Moraine | $2,998.59 | $2,998.59 |
| 302684491 | $1,318.45 | $67,362.10 | New Lebanon SD | $111.80 | $28.79 |
| 302809338 | $0.00 | $53,938.84 | Moraine | $1,078.78 | $1,078.78 |
| 308766433 | $46.33 | $16,538.44 | Winston Salem | $372.12 | $284.44 |
| 310561137 | $2,651.62 | $135,389.20 | Madison Cnty | $1,457.79 | $56.16 |
| 313922278 | $1,631.71 | $83,310.84 | Wayne Cnty | $1,211.77 | $34.51 |
| 314543713 | $1,772.19 | $90,428.31 | Trotwood | $2,034.65 | $36.38 |
| 332505568 | $1,851.01 | $94,405.73 | Delaware Cnty | $966.91 | $37.10 |
| 357727461 | $1,421.69 | $72,507.26 | Trotwood | $209.72 | $28.46 |
| 375584479 | $1,669.67 | $85,216.28 | Trotwood | $247.70 | $34.66 |
| 380668695 | $1,259.92 | $64,243.34 | Winston Salem | $185.55 | $24.95 |
| 386984925 | $224.84 | $11,242.15 | Winston Salem | $22.65 | $0.00 |
| 400621844 | $1,228.97 | $62,684.04 | Trotwood | $181.49 | $24.71 |
| 402025211 | $716.42 | $36,542.70 | Winston Salem | $105.80 | $14.43 |
| 424485506 | $9.26 | $815.24 | Trotwood | $11.90 | $7.04 |
| 435764242 | $1,366.37 | $69,766.79 | Winston Salem | $203.35 | $28.97 |
| 467653066 | $1,471.57 | $75,083.64 | Winston Salem | $217.87 | $30.10 |
| 508213887 | $136.33 | $7,572.21 | Winston Salem | $34.03 | $15.11 |
| 509506834 | $1,016.90 | $51,807.04 | Franklyn Monroe SD | $577.46 | $19.24 |
| 562455803 | $1,126.26 | $56,312.77 | Winston Salem | $1,117.40 | $0.00 |
| 578587178 | $1,585.17 | $80,892.12 | Marion Cnty | $558.30 | $32.67 |
| 579020710 | $89.84 | $5,133.76 | Winston Salem | $442.63 | $12.84 |
| 600074496 | $1,618.52 | $82,538.41 | Xenia SD | $382.83 | $32.25 |
| | | | | | $18,892.49 |

| | |
|---|---|
| TOTAL WAGES | $26,146,342.95 |
| TAX @ 2% | $522,926.86 |
| VANDALIA W/H | $494,826.43 |
| DIFFERENCE | $28,100.43 |
| LOCAL CREDIT | $18,892.49 |
| **ADDITIONAL AMOUNT DUE** | **$9,207.94** |



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 17, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **916280828516**.

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | VANADALIA, OH |
| Signed for by: | M.BECK | Delivery date: | Nov 14, 2008 10:08 |
| Service type: | Standard Box | | |



| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 916280828516 | Ship date: | Nov 13, 2008 |
| | | Weight: | 1.0 lbs. |

| Recipient: | | Shipper: | |
|---|---|---|---|
| VANADALIA, OH US | | TEMPE, AZ US | |
| Reference | | 3016 EMPLOYMENT TAX | |
| Department number | | 3016 EMPLOYMENT TAX | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339