# **EXHIBIT C**

(Administrative Diminution Calculations)

**EXHIBIT C**

**Administrative Diminution Claim adjusted as of 5/11/10 to reflect actual proceeds of disposition**

|  | Petition Date | Return Date |  |  | SLV % | |
|---|---|---|---|---|---|---|
| Challenger | 10/20/2005 | 10/6/2009 | Lessor's Cost | 10/20/2005 | 9/20/2009 |
| SLV for N599DA | $24,222,209 | $21,406,347 | $24,149,760 | 1.003 | 0.8864 |
| OLV for N599DA | $18,493,000 | $11,800,346 | earlier OLV is as of 12/20/05; OLV as of 10/6/09 is actual net proceeds of disposition |
| Difference | $5,729,209 | $9,606,002 |
| **Diminution in value not compensated by rent** | | | **$3,876,792 for Challenger** |

|  | Petition Date | Return Date |  |  | SLV % | |
|---|---|---|---|---|---|---|
| Learjet | 10/20/2005 | 10/6/2009 | Lessor's Cost | 10/20/2005 | 9/20/2009 |
| SLV for N699DA | $11,007,273 | $9,499,808 | $11,125,200 | 0.9894 | 0.8539 |
| OLV for N699DA | $7,815,610 | $4,157,330 | earlier OLV is as of 12/20/05; OLV as of 10/6/09 is actual net proceeds of disposition |
| Difference | $3,191,663 | $5,342,479 |
| **Diminution in value not compensated by rent** | | | **$2,150,816 for Learjet** |

**Total Administrative Diminution Claim**     **$6,027,608**

Note: no interest is added to reflect the receipt of these funds after 10/6/09 although the documents probably allow it.