BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

John T. Gregg, Admitted Pro Hac Vice
Telephone: (616) 742-3945
Email: jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
|  | ) |  |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## CERTIFICATE OF SERVICE

Document Served: - **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19069 filed in Delphi Automotive Systems LLC Case)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19124 filed in Delphi Automotive Systems Human Resources LLC Case)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19125 filed in Delphi Automotive Systems LLC Case)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19123 filed in Delphi Corporation Case)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19087 filed in Delphi Automotive Systems Human Resources LLC Case)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19603 filed in Delphi Automotive Systems LLC)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19604 filed in Delphi Corporation Case)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19602 filed in Delphi Automotive Systems Human Resources LLC Case)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19815 filed in Delphi Automotive Systems Human Resources LLC Case)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 20008 filed in Delphi Automotive Systems LLC)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 20006 filed in Delphi Automotive Systems Human Resources LLC)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 20007 filed in Delphi Corporation)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19817 filed in Delphi Automotive Systems LLC)**

- **Response of Bank of America, N.A. to Forty-Seventh Omnibus Claims Objection of Reorganized Debtors (Claim No. 19816 filed in Delphi Corporation Case)**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached <u>Exhibit A</u> at their respective addresses by Federal Express on the date indicated below.

Date of Service:  May 11, 2010    I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears

# **EXHIBIT A**

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
The Honorable Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas Street, Courtroom 118
White Plains, NY  10601-4140

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Michael W. Perl, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL  60606

DPH Holdings, Corp.
Attn:  President
5725 Delphi Drive
Troy, MI  48098