# EXHIBIT A

| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York<br>Delphi Corporation et al. Claims Processing<br>c/o Kurtzman Carson Consultants LLC. 2335 Alaska Avenue<br>El Segundo, California 90245 | ADMINISTRATIVE<br>EXPENSE CLAIM<br>FORM |
|---|---|
| Debtor against which claim is asserted:<br>Delphi Corporation, et al. 05-44481 | Case Name and Number<br>In re Delphi Corporation, et al. 05-44481<br>Chapter 11, Jointly Administered |

NOTE: This Administrative Expense Claim Request form is to be used solely in connection with a request for payment of administrative expenses arising after the commencement of the above case prior to the filing of a plan pursuant to 11 U.S.C. § 503.

**Name of Creditor**
(The person or other entity to whom the debtor owes money or property):

Nissan North America, Inc.
One Nissan Way
Franklin, TN 37067
Attention: Dan Nugent, Senior Counsel

Name and Address Where Notice Should be Sent:
Waller Lansden Dortch & Davis, LLP
Attn: Michael R. Paslay, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380

☐ Check box if you are aware that anyone else has filed a proof of administrative claim relating to your claim. Attach copy or statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

Claim #18975
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

1. **BASIS FOR CLAIM:**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money Loaned
   ☐ Personal Injury/ wrongful death
   ☐ Taxes
   X Other (Describe briefly)- see attached

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your Social Security number: _____
   Unpaid compensation for services performed
   from _____ to _____
          (date)           (date)

2. DATE DEBT INCURRED: VARIOUS

3. IF COURT JUDGMENT, DATE OBTAINED:

4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $ 249,138.70

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

5. Brief Description of Claim (attach any additional information): see attached

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor..

7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interested. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. IF the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

8. DATE-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
JUL 15 2009
KURTZMANCARSONCONSULTANTS

| Date | Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach a power of attorney, if any) |
|---|---|
| 7-14-09 | NISSAN NORTH AMERICA, INC.<br>By: [signature] BRAD SEWALL |

**Penalty for presenting fraudulent claim:** Fine up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.
*See Attached. NISSAN NORTH AMERICA, INC. hereby incorporates the attachments hereto, which shall for all purposes be deemed a part of this Proof of Claim.*

2895179.2



0544481090715000000000334

## ATTACHMENT TO ORIGINAL ADMINISTRATIVE EXPENSE CLAIM OF NISSAN NORTH AMERICA, INC.

### DELPHI CORPORATION, et al.
### CASE NO. 05-44481 Chapter 11 Jointly Administered

Delphi Corporation ("Delphi"), along with the other related debtors in the above-referenced cases (collectively, the "Debtors") are engaged in the design, manufacture, and/or sale of motor vehicle components ("Parts"). Nissan North America, Inc. ("Nissan") is engaged in the design, manufacture, assembly and/or sale of motor vehicles and Parts. The Debtors and Nissan have an established business relationship ( the "Relationship") whereby the Debtors manufacture Parts according to Nissan's specifications. The Relationship includes the terms and conditions contained in that certain Master Purchase Agreement between Delphi and Nissan. Purchase orders and releases (collectively "Purchase Orders") are used by Nissan to, among other things, specify the quantities of the Parts to be purchased and the required delivery dates for such Parts.

Nissan asserts all claims it has or may have against the Debtors at law, in equity or otherwise on account of the Relationship, including specifically and without limitation, any and all claims related to (i) any intellectual property claims, including but not limited to patents or patent infringement of products, goods, and/or services provided by the Debtors (collectively referred to as "Patent Claims"), and/or (ii) any warranty or product liability obligations (collectively referred to as "Warranty Obligations"), including without limitation those that have arisen or may arise per the terms of certain contracts between Nissan and Debtors (collectively, the "Contracts"). Nissan and the Debtors have a long standing course of dealing under the Contracts as to the handling of warranty claims through certain agreed upon charge-back procedures. The full amount of Debtors' warranty obligations under each Contract is unknown, but includes all sums for which Debtors are or could become liable to Nissan pursuant to the terms of each Contract. Specifically, Nissan asserts that current administrative Warranty Obligations are $249,138.70 due from the Debtors, per the attached spreadsheet. Generally, Nissan continues to complete its claim reconciliation and reserves its right to amend, supplement or withdraw this claim.

Nissan asserts that it has a right against Debtors to recover any sums for which Debtors are or could become liable to Nissan pursuant to the Relationship, Patent Claims, Warranty Obligations, Purchase Orders, Contracts and/or common or statutory law. Nissan reserves the right to amend its claim for the full amount of damages it can prove, and expressly asserts all claims it has or may have against the Debtors in connection with the business relationship, or at law, in equity or otherwise, whether now known or unknown, including, but not limited to, prepetition interest, attorneys' fees and other charges and fees associated thereto, as applicable.

Notwithstanding anything to the contrary herein, by filing this claim, Nissan preserves any and all rights to assert further administrative claims for the Contracts, Purchase Orders, Warranty Obligations and Patent Claims.

Nissan asserts that its claims are secured by a right of setoff and/or recoupment against the Debtors. To the extent that Nissan has additional setoff or recoupment rights against any of the Debtors, Nissan reserves such rights under applicable law and orders entered in theses cases and in no way waives its rights to setoff or recoupment with respect to any amounts owing whether pre- or post-petition.

2895179.2

    Nissan further asserts that it has an administrative claim against the Debtors pursuant to 11 U.S.C. § 503 and the Relationship, including without limitation the Contracts.

    Although Nissan does not believe that it has any liability to any third party on account of any Patent Claims or Warranty Obligations, and Nissan expressly denies any such liability, to the extent that Nissan is found liable to any third party on account of a Patent Claim or Warranty Obligation, Nissan asserts a claim against the Debtors for any and all liability of Nissan to any third party on account of said Patent Claim or Warranty Obligation. Further, Nissan asserts rights to attorney fees, interest, and other charges to which it is or may become entitled.

    Nissan reserves and asserts all rights it may have to indemnification, contribution or subrogation against the Debtors, and all rights to setoff and recoupment, and further reserves the right to amend this Proof of Claim against any or all of the Debtors at any time to include amounts incurred and not paid, and/or amounts which may be incurred post-petition to the extent allowable by law.

2895179.2

| Reference | Inv. ref. | Amount in DC | Local amnt | Doc. date | Comments |
|---|---|---|---|---|---|
| DM000970233 | 1700035011 | 2,202.25 | 2,202.25 | 09/22/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM000975536 | 1700041232 | 2,175.44 | 2,175.44 | 10/16/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM000982157 | 1700048627 | 739.88 | 739.88 | 11/21/2008 | |
| DM000982158 | 1700048628 | 12,149.79 | 12,149.79 | 11/21/2008 | |
| DM000982159 | 1700048629 | 4,175.26 | 4,175.26 | 11/21/2008 | |
| DM000982160 | 1700048452 | 25,932.74 | 25,932.74 | 11/21/2008 | Warranty/GEAR ASSY-POWER STEERING |
| CM000103980 | 1900203303 | -739.88 | -739.88 | 12/18/2008 | Reverses DM000982157 |
| CM000103981 | 1900203304 | -12,149.79 | -12,149.79 | 12/18/2008 | Reverses DM000982158 |
| CM000103982 | 1900203305 | -4,175.26 | -4,175.26 | 12/18/2008 | Reverses DM000982159 |
| DM000986551 | 1700053667 | 20,219.36 | 20,219.36 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM000986552 | 1700053670 | 739.88 | 739.88 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM000986553 | 1700053673 | 12,149.79 | 12,149.79 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM000986554 | 1700053676 | 4,175.26 | 4,175.26 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM000986555 | 1700053679 | 1,295.01 | 1,295.01 | 12/18/2008 | Warranty/GEAR ASSY-POWER STEERING |
| DM000992012 | 1700058233 | 3,925.28 | 3,925.28 | 01/24/2009 | Warranty/GEAR ASSY-POWER STEERING |
| DM000992013 | 1700058236 | 2,272.10 | 2,272.10 | 01/24/2009 | Warranty/GEAR ASSY-POWER STEERING |
| DM000997008 | 1700064220 | 1,290.63 | 1,290.63 | 02/20/2009 | Warranty/POWER STEERING PUMP |
| DM000100981 | 1700068914 | 8,889.39 | 8,889.39 | 03/12/2009 | Warranty/GEAR ASSY-POWER STEERING |
| DM001007685 | 1700071905 | 159,407.26 | 159,407.26 | 04/16/2009 | Warranty/GEAR ASSY-POWER STEERING / POWER STEERING PUMP |
| DM001015460 | 1700008205 | 3,179.11 | 3,179.11 | 05/22/2009 | Warranty/GEAR ASSY-POWER STEERING |
| **Warranty Totals:** | | **$ 247,853.50** | | | |
| DM07Q54430801 | 1700029459 | 1,280.00 | 1,280.00 | 08/21/2008 | NBA Quality Incidents 3-08 |
| **Debit Memo Totals:** | | **$ 1,280.00** | | | |
| **Total of Debit Memos:** | | **$ 249,133.50** | | | |
| PRC005357 | 2100042379 | 5.20 | 5.20 | 05/31/2009 | Retro pricing |
| **PRC Totals:** | | **$ 5.20** | | | |

**249,138.70**

| Vendor | CoCd | Type | Reference | Text | Inv. ref. | Paymt.ref. | PayT | PBk | User name | Doc.no. | Pstg date | Prmnt date | Amount in DC | LC amnt. | Doc. date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3109951 | 2177 | KG | DM000097023 | | 1700035011 | IT022 | | N999 | BDC_MM | 1700035011 | 09/22/2008 | 09/22/2008 | 2,202.25 | 2,202.25 | 09/22/2008 | Warranty |
| 3109951 | 2177 | KG | DM000097556 | | 1700041232 | IT022 | | N999 | BDC_MM | 1700041232 | 10/16/2008 | 10/16/2008 | 2,175.44 | 2,175.44 | 10/16/2008 | Warranty |
| 3109951 | 2177 | KG | DM00009682157 | | 1700048626 | IT022 | | N999 | MOOREW2 | 1700048626 | 11/21/2008 | 11/21/2008 | 739.88 | 739.88 | 11/21/2008 | Warranty |
| 3109951 | 2177 | KG | DM00009682158 | | 1700048627 | IT022 | | N999 | MOOREW2 | 1700048627 | 11/21/2008 | 11/21/2008 | 12,149.79 | 12,149.79 | 11/21/2008 | Warranty |
| 3109951 | 2177 | KG | DM00009682159 | | 1700048628 | IT022 | | N999 | MOOREW2 | 1700048628 | 11/21/2008 | 11/21/2008 | 4,175.26 | 4,175.26 | 11/21/2008 | Warranty |
| 3109951 | 2177 | KG | DM00009682160 | | 1700048452 | IT022 | | N999 | MOOREW2 | 1700048452 | 11/21/2008 | 11/21/2008 | 25,932.74 | 25,932.74 | 11/21/2008 | Warranty |
| 3109951 | 2177 | KR | DM000091103980 | | 1900203303 | IT022 | | N235 | MOOREW2 | 1900203303 | 12/18/2008 | 11/21/2008 | -739.88 | -739.88 | 12/18/2008 | Reversal of DM0000982157 |
| 3109951 | 2177 | KR | CM000103981 | | 1900203304 | IT022 | | N235 | MOOREW2 | 1900203304 | 01/25/2009 | 01/25/2009 | -4,175.26 | -4,175.26 | 12/18/2008 | Reversal of DM0000982159 |
| 3109951 | 2177 | KR | CM000103982 | | 1900203305 | IT022 | | N235 | MOOREW2 | 1900203305 | 12/18/2008 | 01/25/2009 | -12,149.79 | -12,149.79 | 12/18/2008 | Reversal of DM0000982158 |
| 3109951 | 2177 | KG | DM000098651 | | 1700053667 | IT022 | | N999 | BDC_MM | 1700053667 | 12/18/2008 | 12/18/2008 | 20,219.36 | 20,219.36 | 12/18/2008 | Warranty |
| 3109951 | 2177 | KG | DM000098652 | | 1700053670 | IT022 | | N999 | BDC_MM | 1700053670 | 12/18/2008 | 12/18/2008 | 739.88 | 739.88 | 12/18/2008 | Warranty |
| 3109951 | 2177 | KG | DM000098653 | | 1700053673 | IT022 | | N999 | BDC_MM | 1700053673 | 12/18/2008 | 12/18/2008 | 12,149.79 | 12,149.79 | 12/18/2008 | Warranty |
| 3109951 | 2177 | KG | DM000098654 | | 1700053676 | IT022 | | N999 | BDC_MM | 1700053676 | 12/18/2008 | 12/18/2008 | 4,175.26 | 4,175.26 | 12/18/2008 | Warranty |
| 3109951 | 2177 | KG | DM000098655 | | 1700053679 | IT022 | | N999 | BDC_MM | 1700053679 | 12/18/2008 | 12/18/2008 | 1,295.01 | 1,295.01 | 12/18/2008 | Warranty |
| 3109951 | 2177 | KG | DM000099212 | | 1700058233 | IT022 | | N999 | BDC_MM | 1700058233 | 01/24/2009 | 01/24/2009 | 3,925.28 | 3,925.28 | 01/24/2009 | Warranty |
| 3109951 | 2177 | KG | DM000099213 | | 1700058236 | IT022 | | N999 | BDC_MM | 1700058236 | 01/24/2009 | 01/24/2009 | 2,272.10 | 2,272.10 | 01/24/2009 | Warranty |
| 3109951 | 2177 | KG | DM000099700 | | 1700064220 | IT022 | | N999 | BDC_MM | 1700064220 | 02/20/2009 | 02/20/2009 | 1,290.63 | 1,290.63 | 02/20/2009 | Warranty |
| 3109951 | 2177 | KG | DM000100098 | | 1700068914 | IT022 | | N999 | BDC_MM | 1700068914 | 03/12/2009 | 03/12/2009 | 8,889.39 | 8,889.39 | 03/12/2009 | Warranty |
| 3109951 | 2177 | KG | DM000100768 | | 1700001905 | IT022 | | N999 | BDC_MM | 1700001905 | 04/16/2009 | 04/16/2009 | 159,407.26 | 159,407.26 | 04/16/2009 | Warranty |
| 3109951 | 2177 | KG | DM000101546 | | 1700008205 | IT022 | | N999 | BDC_MM | 1700008205 | 05/22/2009 | 05/22/2009 | 3,179.11 | 3,179.11 | 05/22/2009 | Warranty |
| | | | | | | | | | | | | Warranty Totals: | $ 247,853.50 | | | |
| 3109951 | 2177 | KG | DM07C54430801 | *6152208256 Elizabeth.Tang@nrnm.nissanusa.com | 1700029459 | | | N000 | MATTINV | 1700029459 | 08/21/2008 | 08/21/2008 | 1,280.00 | 1,280.00 | 08/21/2008 | NBA Quality Incidents 3-08 |
| | | | | | | | | | | | | Debit Memo Totals: | $ 1,280.00 | | | |
| | | | | | | | | | | | | Total of Debit Memos: | $ 249,133.50 | | | |
| F01425001 | 2177 | NP | PRC005357 | | 2100042379 | | | N000 | MOOREW2 | 2100042379 | 06/02/2009 | 05/31/2009 | 5.20 | 5.20 | 05/31/2009 | Retro pricing |
| | | | | | | | | | | | | PRC Totals: | $ 5.20 | | | |
| MX0111274 | 2158 | RE | F23786 | RECARGA EXTINTOR AFFF 10 KG,PQS 50 KGS,C02 9 KGS. | 5100150792 | 6030 | | 0001 | A | PADILB2 | 5100150792 | 12/30/2008 | 12/30/2008 | -5,546.07 | -75,263.50 | 12/15/2008 | Based 7/9/09 Currency Rate |
| | | | | | | | | | | | | PRC Totals: | $ (5,546.07) | | | |