| Main Plant Code | Hyperion Code | Customer Name | Customer Number | Receivable Number | Discrep Classe | Creation Date. | Amount Due | IV Currency Code |
|---|---|---|---|---|---|---|---|---|
| 134 | 454 | DELPHI CO| 18414292 | 24104345 | PRICE | 11/3/2009 | $ (40.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24104349 | PRICE | 11/3/2009 | $ (13.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24104354 | PRICE | 11/3/2009 | $ (27.00) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176450 | PRICE | 12/17/2009 | $ (40.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176456 | PRICE | 12/17/2009 | $ 16.80 | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176460 | PRICE | 12/17/2009 | $ (27.00) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176467 | PRICE | 12/17/2009 | $ (13.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176472 | PRICE | 12/17/2009 | $ (13.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176477 | PRICE | 12/17/2009 | $ (27.00) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176479 | PRICE | 12/17/2009 | $ 16.74 | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176481 | PRICE | 12/17/2009 | $ (13.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176489 | PRICE | 12/17/2009 | $ 33.48 | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176492 | PRICE | 12/17/2009 | $ (27.00) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176494 | PRICE | 12/17/2009 | $ 33.48 | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176495 | PRICE | 12/17/2009 | $ 33.48 | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176502 | PRICE | 12/17/2009 | $ (13.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176504 | PRICE | 12/17/2009 | $ 33.48 | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176510 | PRICE | 12/17/2009 | $ 33.48 | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176514 | PRICE | 12/17/2009 | $ (27.00) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176515 | PRICE | 12/17/2009 | $ (13.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176520 | PRICE | 12/17/2009 | $ 33.60 | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24176524 | PRICE | 12/17/2009 | $ (13.50) | USD |
| 134 | 454 | DELPHI CO| 18414292 | 24235093 | PRICE | 1/22/2010 | $ 697.60 | USD |
| 153 | 456 | DELPHI CO| 18414292 | 23963242 | PRICE | 9/2/2009 | $ 89.40 | USD |
| 153 | 456 | DELPHI CO| 18414292 | 24176530 | PRICE | 12/17/2009 | $ 1,450.00 | USD |
| | | | | | | | $ 2,161.04 | |

| GL Currency Code | IV | Part Number | Quantity | Invoice Date |
|---|---|---|---|---|
| USD | 5212857573001 | 15422472 | 9000 | 9/17/2009 |
| USD | 5212804068001 | 15422472 | 3000 | 9/9/2009 |
| USD | 5212790877001 | 15422472 | 6000 | 9/7/2009 |
| USD | 5212297245001 | 15422472 | 9000 | 6/12/2009 |
| USD | 5212296938003 | 15461252 | 2000 | 6/12/2009 |
| USD | 5212345743001 | 15422472 | 6000 | 6/22/2009 |
| USD | 5212402873001 | 15422472 | 3000 | 7/3/2009 |
| USD | 5212366588001 | 15422472 | 3000 | 6/26/2009 |
| USD | 5212073288001 | 15422472 | 6000 | 5/4/2009 |
| USD | 5212023512003 | 15461252 | 2000 | 4/25/2009 |
| USD | 5212118783001 | 15422472 | 3000 | 5/12/2009 |
| USD | 5212265593002 | 15461252 | 4000 | 6/8/2009 |
| USD | 5211920072001 | 15422472 | 6000 | 4/6/2009 |
| USD | 5211965868003 | 15461252 | 4000 | 4/15/2009 |
| USD | 5211957061001 | 15461252 | 4000 | 4/14/2009 |
| USD | 5212193211001 | 15422472 | 3000 | 5/26/2009 |
| USD | 5212193644003 | 15461252 | 4000 | 5/26/2009 |
| USD | 5212144245003 | 15461252 | 4000 | 5/16/2009 |
| USD | 5212169819001 | 15422472 | 6000 | 5/21/2009 |
| USD | 5212236966001 | 15422472 | 3000 | 6/2/2009 |
| USD | 5212276343002 | 15461252 | 4000 | 6/9/2009 |
| USD | 5212244759001 | 15422472 | 3000 | 6/3/2009 |
| USD | 1901157606 | 15422796 | 8000 | 3/22/2008 |
| USD | 5212433036001 | 15450806 | 1000 | 7/9/2009 |
| USD | 5212353341001 | 15451326 | 1000 | 6/24/2009 |