885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
Joseph L. Clasen (JC 1759)
Nathan C. Zezula (NZ 0010)

*Counsel for Prudential Relocation,
Prudential Relocation Inc. and Prudential
Relocation Int'l*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :    Case No.: 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                                :
                                                             :    Jointly Administered
                                                             :
------------------------------------------------------------ x
                                                             :
                                                             :    Adv. Pro. No. 07-02702
                                                             :
DELPHI CORPORATION, *et al.*,                                :
                                                             :
                        Plaintiffs,                          :
                                                             :
            - against -                                      :
                                                             :
PRUDENTIAL RELOCATION,                                       :
PRUDENTIAL RELOCATION INC. and                               :
PRUDENTIAL RELOCATION INT'L.,                                :
                                                             :
                        Defendants.                          :
------------------------------------------------------------ x

**JOINDER OF PRUDENTIAL RELOCATION, PRUDENTIAL RELOCATION INC.
AND PRUDENTIAL RELOCATION INT'L TO MOTIONS (I) TO
VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN
ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE
DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE
TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II)
DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE
ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING
<u>ON THE GROUND OF JUDICIAL ESTOPPEL</u>**

10356065-v1

Defendants Prudential Relocation, Prudential Relocation Inc., and Prudential Relocation Int'l. (collectively "Prudential") by their undersigned counsel, hereby join and adopt the arguments set forth in the following motions (the "Motions") filed by Wagner-Smith Company and Microchip Technology Incorporated (the "Complaining Preference Defendants"):

- Motion by Wagner-Smith Company Seeking an Order (I) Pursuant to Fed. R. Civ. P, 60 and Fed, R. Bank R. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, and (II) Pursuant to Fed. R, Civ. P, 12(b) and Fed, R. Bank R, P. 7012(b), Dismissing the Adversary Proceeding With Prejudice of (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, (Docket No. 19401); and

- Motion by Microchip Technology Incorporated Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for such Adversary Proceedings, (II) Pursuant to Fed R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, (Docket No. 19677).

The facts set out in the above referenced Motions are substantially the same, if not identical, with respect to Prudential so that any relief granted for the benefit of one or the other of the Complaining Preference Defendants should be granted for all and others who are similarly situated.

Date: May 12, 2010

                    PRUDENTIAL RELOCATION, INC.

By:   /s/ Joseph L. Clasen
      Joseph L. Clasen (JC 1759)
      Nathan C. Zezula (NZ 0010)
      ROBINSON & COLE LLP
      885 Third Avenue, Suite 2800
      New York, NY 10022-4834
      Telephone: (212) 451-2900
      Facsimile: (212) 451-2999

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, a copy of the foregoing was filed electronically via the Bankruptcy Court's ECF System. Notice of this filing will be sent by e-mail to all parties receiving such notice by operation of the Court's ECF system. Parties may access this filing through the Court's ECF System. In addition, copies of the foregoing have been served via Federal Express upon the following parties:

Neil Berger, Esq.
Scott E. Ratner, Esq.
Daniel F. X. Geoghan, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

/s/ Joseph L. Clasen