CT Corporation

30600 Telegraph Road
Suite 2345
Bingham Farms, MI 48025

248 646 9033 tel
www.ctlegalsolutions.com

RECEIVED
MAY 11 2010
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

April 20, 2010

Eric B. Fisher
Butzel Long
22nd Floor, 380 Madison Avenue,
New York, NY  10017

Re:  In re: Delphi Corporation, et al, Pltfs. vs. Flextronics Int'l. Asia Pacific, Dft.

Case No.  0544481RDD

Dear Sir/Madam:

We are herewith returning the Notice, Affidavit, Service List which we received regarding the above captioned matter.

Flextronics Int'l. Asia Pacific is not listed on our records or on the records of the State of MI.

Very truly yours,

Stephanie Hendrickson
Service of Process Manager

Log# 516497133

FedEx Tracking# 791526108284

cc:  United States Bankruptcy Court - Southern District
One Bowling Green,
New York, NY  10004-1408