ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re:**                                                  :   Chapter 11
                                                            :
   **DPH HOLDINGS CORP.,** *et al,*           :   Case No. 05-44481 (RDD)
                                                            :
      **Reorganized Debtors.** :   Jointly Administered
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA     )
                     )     ss:
COUNTY OF FULTON     )

    DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

    1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

    2.    On the 12th day of May 2010, I caused true and correct copies of the **Response of Furukawa Electric Company, Ltd. to the Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P.**

**3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and Modify Certain Administrative Expense Claims** to be delivered in the manner so indicated to the parties listed on the Service List attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 12th day of May 2010.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2012

# EXHIBIT "A"

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Court for the<br>Southern District of New York<br>The Hon. Charles L. Brieant Jr. Federal<br>Building and Courthouse<br>300 Quarropas Street<br>Courtroom 118<br>White Plains, NY 10601-4140<br>***Via UPS Overnight Delivery*** | DPH Holdings Corp.<br>Attn: President<br>5725 Delphi Drive<br>Troy, MI 48098<br>***Via UPS Overnight Delivery*** |
| John Wm. Butler, Jr.<br>John K. Lyons<br>Michael W. Perl<br>Skadden, Arps, Slate, Meagher &<br>  Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606<br>***Via UPS Overnight Delivery*** | |