Delphi Open Invoices as of 4/30/10

| Invoice Number | Invoice Date | Invoice Amount | Invoice Due | Payment Amount | Balance |
|---|---|---|---|---|---|
| 969980992 | 2008-01-15 | $334.69 | 2/15/2008 | $0.00 | $334.69 |
| 682654873 | 2008-02-28 | $231.65 | 3/28/2008 | $0.00 | $231.65 |
| 435135094 | 2008-03-03 | $106.81 | 4/3/2008 | $0.00 | $106.81 |
| 275804340 | 2008-03-03 | $111.86 | 4/3/2008 | $0.00 | $111.86 |
| 255538813 | 2008-03-11 | $372.66 | 4/11/2008 | $0.00 | $372.66 |
| 277018803 | 2008-03-12 | $488.18 | 4/12/2008 | $0.00 | $488.18 |
| 235037014 | 2008-03-17 | $109.01 | 4/18/2008 | $0.00 | $109.01 |
| 757588252 | 2008-03-17 | $114.17 | 4/17/2009 | $0.00 | $114.17 |
| 999414345 | 2008-03-18 | $268.32 | 4/18/2008 | $0.00 | $268.32 |
| 588342576 | 2008-03-19 | $794.90 | 4/19/2008 | $0.00 | $794.90 |
| 646100700 | 2008-03-24 | $134.58 | 4/24/2008 | $0.00 | $134.58 |
| 646100711 | 2008-03-24 | $134.58 | 4/24/2008 | $0.00 | $134.58 |
| 756117762 | 2008-03-24 | $485.84 | 4/24/2008 | $0.00 | $485.84 |
| 407286132 | 2008-03-26 | $340.87 | 4/26/2008 | $0.00 | $340.87 |
| 647597392 | 2008-04-01 | $115.67 | 5/1/2009 | $0.00 | $115.67 |
| 647597506 | 2008-04-07 | $115.49 | 4/7/2008 | $0.00 | $115.49 |
| 757158861 | 2008-04-09 | $247.74 | 5/9/2008 | $0.00 | $247.74 |
| 647590716 | 2008-04-11 | $134.49 | 5/11/2009 | $0.00 | $134.49 |
| 759383995 | 2008-04-11 | $575.73 | 5/1/2008 | $0.00 | $575.73 |
| 660673683 | 2008-04-14 | $177.07 | 5/14/2008 | $0.00 | $177.07 |
| 241325140 | 2008-04-17 | $336.55 | 5/17/2008 | $0.00 | $336.55 |
| 775557090 | 2008-04-25 | $159.01 | 5/25/2008 | $0.00 | $159.01 |
| 722177260 | 2008-04-28 | $146.85 | 5/28/2008 | $0.00 | $146.85 |
| 135213260 | 2008-05-05 | $305.56 | 6/5/2008 | $0.00 | $305.56 |
| 284954946 | 2008-05-08 | $72.27 | 5/8/2008 | $0.00 | $72.27 |
| 245499273 | 2008-05-13 | $181.32 | 6/13/2008 | $0.00 | $181.32 |
| 858808532 | 2008-05-20 | $118.77 | 6/20/2008 | $0.00 | $118.77 |
| 828402385 | 2008-05-20 | $195.62 | 6/30/2008 | $0.00 | $195.62 |
| 272060935 | 2008-05-21 | $1,315.70 | 6/21/2008 | $0.00 | $1,315.70 |
| 164399060 | 2008-05-22 | $118.77 | 6/22/2008 | $0.00 | $118.77 |
| 548799521 | 2008-05-29 | $424.95 | 6/29/2008 | $0.00 | $424.95 |
| 983092526 | 2008-06-13 | $209.82 | 7/13/2008 | $0.00 | $209.82 |
| 500210675 | 2008-06-17 | $191.42 | 7/17/2008 | $0.00 | $191.42 |
| 211621911 | 2008-06-19 | $170.32 | 7/19/2008 | $0.00 | $170.32 |
| 647590753 | 2008-06-24 | $145.96 | 7/24/2009 | $0.00 | $145.96 |
| 999402062 | 2008-06-26 | $503.66 | 7/26/2008 | $0.00 | $503.66 |
| 519330770 | 2008-06-27 | $68.21 | 7/27/2008 | $0.00 | $68.21 |
| 582889392 | 2008-06-27 | $156.32 | 7/27/2008 | $0.00 | $156.32 |
| 544207893 | 2008-06-30 | $385.79 | 7/30/2008 | $0.00 | $385.79 |
| 197336053 | 2008-07-03 | $271.72 | 8/3/2008 | $0.00 | $271.72 |
| 582889716 | 2008-07-08 | $155.75 | 8/8/2008 | $0.00 | $155.75 |
| 437730963 | 2008-07-16 | $1,930.50 | 8/16/2008 | $0.00 | $1,930.50 |
| 196073043 | 2008-07-16 | $1,981.47 | 8/16/2008 | $0.00 | $1,981.47 |
| 656792161 | 2008-07-17 | $146.28 | 8/17/2008 | $0.00 | $146.28 |
| 246070635 | 2008-07-18 | $122.22 | 8/18/2008 | $0.00 | $122.22 |
| 270979354 | 2008-07-18 | $455.81 | 8/18/2008 | $0.00 | $455.81 |
| 787440835 | 2008-07-18 | $495.34 | 8/18/2008 | $0.00 | $495.34 |
| 427326351 | 2008-07-22 | $232.39 | 7/22/2008 | $0.00 | $232.39 |
| 213979220 | 2008-07-25 | $122.57 | 8/25/2008 | $0.00 | $122.57 |
| 213979345 | 2008-07-28 | $122.13 | 8/28/2008 | $0.00 | $122.13 |
| 270962915 | 2008-07-28 | $155.37 | 8/28/2008 | $0.00 | $155.37 |
| 283348343 | 2008-07-29 | $122.13 | 8/29/2008 | $0.00 | $122.13 |
| 563067842 | 2008-07-30 | $122.13 | 8/30/2008 | $93.91 | $28.22 |
| 200102475 | 2008-07-30 | $170.57 | 8/30/2008 | $0.00 | $170.57 |
| 406858966 | 2008-07-31 | $1,034.34 | 8/31/2008 | $0.00 | $1,034.34 |
| 452775035 | 2008-08-01 | $156.33 | 9/1/2008 | $0.00 | $156.33 |
| 245999331 | 2008-08-04 | $167.57 | 9/4/2008 | $0.00 | $167.57 |
| 675867743 | 2008-08-06 | $121.16 | 8/6/2008 | $0.00 | $121.16 |
| 236720993 | 2008-08-08 | $154.14 | 9/8/2008 | $0.00 | $154.14 |
| 196086111 | 2008-08-08 | $233.73 | 8/8/2008 | $0.00 | $233.73 |
| 340711571 | 2008-08-12 | $45.00 | 9/12/2008 | $0.00 | $45.00 |

Delphi Open Invoices as of 4/30/10

| Invoice Number | Invoice Date | Invoice Amount | Invoice Due | Payment Amount | Balance |
|---|---|---|---|---|---|
| 405017093 | 2008-08-13 | $360.95 | 9/13/2008 | $0.00 | $360.95 |
| 638547873 | 2008-08-14 | $674.03 | 9/14/2008 | $0.00 | $674.03 |
| 146595643 | 2008-08-18 | $287.04 | 9/18/2008 | $0.00 | $287.04 |
| 782135970 | 2008-08-19 | $459.11 | 9/19/2008 | $0.00 | $459.11 |
| 584330865 | 2008-08-20 | $259.36 | 9/20/2008 | $0.00 | $259.36 |
| 444021303 | 2008-08-26 | $802.52 | 9/26/2008 | $0.00 | $802.52 |
| 450285054 | 2008-09-09 | $335.48 | 10/9/2008 | $0.00 | $335.48 |
| 963136753 | 2008-09-10 | $181.89 | 9/10/2008 | $0.00 | $181.89 |
| 947773385 | 2008-09-10 | $362.87 | 10/10/2008 | $0.00 | $362.87 |
| 489416362 | 2008-09-10 | $729.19 | 10/10/2008 | $0.00 | $729.19 |
| 135211716 | 2008-09-11 | $309.62 | 10/11/2008 | $0.00 | $309.62 |
| 791191494 | 2008-09-12 | $368.51 | 10/12/2008 | $0.00 | $368.51 |
| 864394882 | 2008-09-15 | $559.49 | 10/15/2008 | $0.00 | $559.49 |
| 791284900 | 2008-09-19 | $369.88 | 10/19/2008 | $0.00 | $369.88 |
| 450285371 | 2008-09-22 | $811.80 | 9/22/2008 | $0.00 | $811.80 |
| 453499281 | 2008-09-22 | $931.20 | 10/22/2008 | $0.00 | $931.20 |
| 647604565 | 2008-09-24 | $225.29 | 10/24/2009 | $0.00 | $225.29 |
| 450289070 | 2008-09-29 | $605.71 | 10/29/2009 | $0.00 | $605.71 |
| 450286535 | 2008-09-29 | $926.23 | 10/29/2008 | $0.00 | $926.23 |
| 437719295 | 2008-10-01 | $138.12 | 11/1/2008 | $0.00 | $138.12 |
| 437719310 | 2008-10-01 | $427.71 | 11/1/2008 | $0.00 | $427.71 |
| 991411422 | 2008-10-02 | $174.25 | 11/3/2008 | $0.00 | $174.25 |
| 575690614 | 2008-10-02 | $733.75 | 11/2/2008 | $0.00 | $733.75 |
| 878936590 | 2008-10-02 | $1,127.41 | 11/2/2008 | $0.00 | $1,127.41 |
| 119437636 | 2008-10-06 | $418.06 | 11/6/2008 | $0.00 | $418.06 |
| 403919434 | 2008-10-06 | $544.84 | 11/6/2008 | $0.00 | $544.84 |
| 499167675 | 2008-10-07 | $749.90 | 10/7/2008 | $0.00 | $749.90 |
| 174089252 | 2008-10-13 | $152.67 | 11/13/2008 | $0.00 | $152.67 |
| 468613600 | 2008-10-13 | $710.28 | 11/13/2008 | $0.00 | $710.28 |
| 172242066 | 2008-10-20 | $148.82 | 11/20/2008 | $0.00 | $148.82 |
| 418414861 | 2008-10-20 | $493.14 | 11/20/2008 | $0.00 | $493.14 |
| 447635031 | 2008-10-28 | $2,425.00 | 11/27/2008 | $0.00 | $2,425.00 |
| 174078752 | 2008-11-03 | $145.72 | 12/3/2009 | $0.00 | $145.72 |
| 174046740 | 2008-11-10 | $183.38 | 12/10/2008 | $0.00 | $183.38 |
| 450288064 | 2008-11-11 | $612.41 | 12/11/2008 | $0.00 | $612.41 |
| 174087550 | 2008-11-17 | $247.57 | 12/17/2008 | $0.00 | $247.57 |
| 450288086 | 2008-11-17 | $516.26 | 12/17/2009 | $0.00 | $516.26 |
| 045244570 | 2008-11-19 | $169.88 | 12/19/2008 | $0.00 | $169.88 |
| 045194855 | 2008-11-19 | $468.23 | 12/19/2008 | $0.00 | $468.23 |
| 597465606 | 2008-11-21 | $1,287.65 | 12/21/2008 | $0.00 | $1,287.65 |
| 425995323 | 2008-11-24 | $321.81 | 12/24/2008 | $0.00 | $321.81 |
| 196113190 | 2008-11-25 | $107.89 | 12/25/2008 | $0.00 | $107.89 |
| 045620422 | 2008-11-26 | $266.76 | 12/26/2008 | $0.00 | $266.76 |
| 045672082 | 2008-12-02 | $350.06 | 1/2/2008 | $0.00 | $350.06 |
| 226171934 | 2008-12-05 | $827.60 | 1/5/2009 | $0.00 | $827.60 |
| 259057024 | 2008-12-08 | $160.25 | 1/8/2008 | $0.00 | $160.25 |
| 758619816 | 2008-12-15 | $152.41 | 1/15/2008 | $0.00 | $152.41 |
| 174035050 | 2008-12-16 | $203.66 | 1/16/2009 | $0.00 | $203.66 |
| 144578641 | 2008-12-18 | $536.53 | 1/18/2009 | $0.00 | $536.53 |
| 174032316 | 2008-12-22 | $144.12 | 1/22/2009 | $0.00 | $144.12 |
| 383375893 | 2009-01-09 | $124.06 | 2/9/2009 | $0.00 | $124.06 |
| 922332600 | 2009-01-13 | $106.97 | 2/13/2009 | $0.00 | $106.97 |
| 119393444 | 2009-01-16 | $527.65 | 2/16/2009 | $0.00 | $527.65 |
| 119390401 | 2009-01-20 | $740.46 | 2/20/2009 | $0.00 | $740.46 |
| 119379562 | 2009-01-26 | $164.36 | 1/26/2009 | $0.00 | $164.36 |
| 547218696 | 2009-01-30 | $144.26 | 03/01/09 | $0.00 | $144.26 |
| 799062740 | 2009-01-30 | $274.66 | 1/30/2009 | $0.00 | $274.66 |
| 358226315 | 2009-02-02 | $108.39 | 2/2/2009 | $0.00 | $108.39 |
| 119379783 | 2009-02-02 | $192.47 | 3/2/2009 | $0.00 | $192.47 |
| 719977193 | 2009-02-03 | $140.52 | 3/3/2009 | $0.00 | $140.52 |
| 358226363 | 2009-02-03 | $224.73 | 3/3/2009 | $0.00 | $224.73 |

Delphi Open Invoices as of 4/30/10

| Invoice Number | Invoice Date | Invoice Amount | Invoice Due | Payment Amount | Balance |
|---|---|---:|---:|---:|---:|
| 358226610 | 2009-02-09 | $108.20 | 3/9/2009 | $0.00 | $108.20 |
| 119380940 | 2009-02-09 | $192.13 | 3/9/2009 | $0.00 | $192.13 |
| 497588954 | 2009-02-09 | $228.28 | 3/9/2009 | $0.00 | $228.28 |
| 424154360 | 2009-02-10 | $78.38 | 3/10/2009 | $0.00 | $78.38 |
| 755433313 | 2009-02-10 | $151.87 | 3/10/2009 | $0.00 | $151.87 |
| 905428311 | 2009-02-10 | $165.27 | 3/10/2009 | $0.00 | $165.27 |
| 920257586 | 2009-02-16 | $298.03 | 3/16/2009 | $0.00 | $298.03 |
| 849792031 | 2009-02-16 | $1,174.47 | 3/16/2009 | $0.00 | $1,174.47 |
| 727132711 | 2009-02-19 | $244.97 | 3/19/2009 | $0.00 | $244.97 |
| 119381426 | 2009-02-24 | $349.00 | 3/24/2009 | $0.00 | $349.00 |
| 787876913 | 2009-03-06 | $105.47 | 4/6/2009 | $0.00 | $105.47 |
| 778937305 | 2009-03-06 | $389.28 | 3/6/2009 | $0.00 | $389.28 |
| 564815985 | 2009-03-13 | $504.75 | 4/13/2009 | $0.00 | $504.75 |
| 163727922 | 2009-03-16 | $104.62 | 4/16/2009 | $0.00 | $104.62 |
| 559791665 | 2009-03-16 | $309.24 | 4/16/2009 | $0.00 | $309.24 |
| 647590801 | 2009-03-18 | $281.87 | 4/18/2009 | $0.00 | $281.87 |
| 773277750 | 2009-03-23 | $131.19 | 4/23/2009 | $0.00 | $131.19 |
| 263357080 | 2009-03-25 | $244.43 | 4/25/2009 | $0.00 | $244.43 |
| 767660541 | 2009-03-30 | $132.14 | 4/30/2009 | $0.00 | $132.14 |
| 942728135 | 2009-03-30 | $186.71 | 4/30/2009 | $0.00 | $186.71 |
| 028582002 | 2009-03-30 | $825.64 | 4/30/2009 | $0.00 | $825.64 |
| 119371755 | 2009-04-06 | $163.35 | 5/6/2009 | $0.00 | $163.35 |
| 028946923 | 2009-04-06 | $374.08 | 5/6/2009 | $0.00 | $374.08 |
| 776759723 | 2009-04-08 | $282.52 | 5/8/2009 | $0.00 | $282.52 |
| 699856286 | 2009-04-13 | $2,178.24 | 5/13/2009 | $0.00 | $2,178.24 |
| 934597731 | 2009-04-27 | $191.79 | 4/27/2009 | $0.00 | $191.79 |
| 083071914 | 2009-04-28 | $748.16 | 5/25/2009 | $0.00 | $748.16 |
| 706675222 | 2009-05-05 | $901.60 | 6/5/2009 | $0.00 | $901.60 |
| 359762093 | 2009-05-07 | $770.12 | 6/7/2009 | $0.00 | $770.12 |
| 840703426 | 2009-05-13 | $596.00 | 6/13/2009 | $0.00 | $596.00 |
| 363044636 | 2009-05-21 | $278.03 | 6/21/2009 | $0.00 | $278.03 |
| 784544740 | 2009-05-26 | $825.32 | 6/26/2009 | $0.00 | $825.32 |
| 263405166 | 2009-06-01 | $106.78 | 7/1/2009 | $0.00 | $106.78 |
| 417476102 | 2009-06-01 | $144.31 | 7/1/2009 | $0.00 | $144.31 |
| 641209203 | 2009-06-03 | $1,826.18 | 7/3/2008 | $0.00 | $1,826.18 |
| 641214114 | 2009-06-05 | $2,397.74 | 7/5/2009 | $0.00 | $2,397.74 |
| 742866795 | 2009-06-09 | $211.26 | 7/9/2009 | $0.00 | $211.26 |
| 337209460 | 2009-06-26 | $130.74 | 7/26/2009 | $0.00 | $130.74 |
| 081248694 | 2009-06-30 | $301.31 | 6/30/2009 | $0.00 | $301.31 |
| 675695182 | 2009-07-08 | $109.89 | 8/8/2009 | $0.00 | $109.89 |
| 768427166 | 2009-07-08 | $178.89 | 8/8/2009 | $0.00 | $178.89 |
| 754287041 | 2009-07-17 | $148.61 | 8/17/2009 | $0.00 | $148.61 |
| 082711532 | 2009-07-24 | $95.37 | 8/24/2009 | $0.00 | $95.37 |
| 742869820 | 2009-08-05 | $775.73 | 8/5/2009 | $0.00 | $775.73 |
| 206562904 | 2009-08-10 | $148.91 | 9/10/2009 | $0.00 | $148.91 |
| 206562915 | 2009-08-10 | $176.37 | 9/10/2009 | $0.00 | $176.37 |
| 737097664 | 2009-08-12 | $240.67 | 9/12/2009 | $0.00 | $240.67 |
| 479906081 | 2009-08-19 | $125.14 | 9/19/2009 | $0.00 | $125.14 |
| 313941482 | 2009-09-03 | $134.00 | 9/3/2009 | $0.00 | $134.00 |
| 975285205 | 2009-09-14 | $221.22 | 10/14/2009 | $0.00 | $221.22 |
| 719085242 | 2009-09-16 | $110.26 | 10/16/2009 | $0.00 | $110.26 |
| 492577046 | 2009-09-16 | $115.43 | 10/16/2009 | $0.00 | $115.43 |
| 647599584 | 2009-09-25 | $223.78 | 10/25/2009 | $0.00 | $223.78 |
| 913206685 | 2009-09-28 | $166.80 | 10/28/2009 | $0.00 | $166.80 |
| 847072446 | 2009-09-30 | $318.78 | 10/30/2009 | $0.00 | $318.78 |
| 361640344 | 2009-10-06 | $248.56 | 11/6/2009 | $0.00 | $248.56 |
| 688212560 | 2009-10-13 | $109.70 | 11/13/2009 | $0.00 | $109.70 |
| 707089423 | 2009-10-13 | $131.45 | 11/13/2009 | $0.00 | $131.45 |
| 275131290 | 2009-11-20 | $111.77 | 12/20/2009 | $0.00 | $111.77 |
| 263357566 | 2009-11-20 | $642.89 | 12/20/2009 | $0.00 | $642.89 |
| 263357662 | 2009-11-20 | $688.19 | 12/20/2009 | $0.00 | $688.19 |

Delphi Open Invoices as of 4/30/10

| Invoice Number | Invoice Date | Invoice Amount | Invoice Due | Payment Amount | Balance |
|---|---|---|---|---|---|
| 763959862 | 2009-11-23 | $155.32 | 12/23/2009 | $0.00 | $155.32 |
| 675238760 | 2009-12-04 | $816.83 | 1/4/2010 | $0.00 | $816.83 |
| 961099274 | 2009-12-23 | $463.89 | 1/23/2010 | $0.00 | $463.89 |
| 065435506 | 2010-02-02 | $331.17 | 3/2/2010 | $0.00 | $331.17 |
| 674904075 | 2010-02-11 | $575.47 | 4/11/2010 | $0.00 | $575.47 |
| 469478343 | 2010-02-15 | $117.91 | 3/15/2010 | $0.00 | $117.91 |
| 550181564 | 2010-02-18 | $117.91 | 3/18/2010 | $0.00 | $117.91 |
| 685920060 | 2010-02-22 | $609.78 | 3/22/2010 | $0.00 | $609.78 |
| 773673865 | 2010-03-01 | $194.32 | 4/1/2010 | $0.00 | $194.32 |
| 707748263 | 2010-03-23 | $119.50 | 4/23/2008 | $0.00 | $119.50 |
| 062683154 | 2010-03-25 | $358.17 | 4/25/2010 | $0.00 | $358.17 |
| 263357581 | 2010-04-22 | $762.07 | 5/22/2010 | $0.00 | $762.07 |
|  |  |  |  |  |  |
|  | Invoice Total | $74,852.89 |  |  |  |
|  | Total Payments | $93.91 |  |  |  |
|  | **Balance** | **$74,758.98** |  |  |  |