05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)  Pg 1 of 92   287 513 844

Page 154 of 425

| CONSIGNEE | CONSIGNEE MEMO | | DELIVERING TRAILER | SHIPPER | |

FREIGHT BILL NUMBER
287 513 844
CITY RTE/BYO SCAC        DEST

ADV CAR

| PO#  | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | SLF | | |
| | | | | AO | UF | BO |

COLLECT
THIS AMOUNT
#.00

**UPS Freight™**  www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|------|----|----|--------------------------------------------|-------------|------|------|---------|
| | | | SHIPMENT WEIGHED AT ANY. | | | | |
| | | | WEIGHT DECLARED AS 05780 LBS. | | | | |
| | | | ACTUAL WEIGHT IS 06005 LBS. | | | | |
| | | | ACCESSORIAL CHARGE | | | | |
| | | | PER AUTH FROM CONS MARTHA | | | | |
| | | | ELP S/C ID | | | | |
| | | | PER AUTH FROM CONS MARTHA | | | | |
| | | | * * * * * ATTENTION * * * * * | | | | |
| | | | RUTH CERVANTES | | | | |
| | | | 528001100VR2000        SID# | | | | |
| | | | ACCOUNT # | | | | |
| | | | CONTD PAGE   2 | | | | |

| CONTD | < TTL PCS | PRINT NAME | | TTL WT > | ODOM | ARRIVE | DEPART | TOTAL CHARGES |
| PIECES DLVRD | | SIGNATURE | FIRM | | | | |
| WRAP   INTACT? | | X | | | DATE | DRIVER NAME | |
| YES    NO? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | CONTD |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

---

| CONSIGNEE | DELIVERY RECEIPT | | DELIVERING TRAILER | SHIPPER | 287 513 844 |

FREIGHT BILL NUMBER
287 513 844
CITY RTE/BYO SCAC        DEST

ADV CAR

| PO#  | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | SLF |

915 812 4745
DOCK PICKUP
05/20/09-05/20/09 REQ DEL DATE

**UPS Freight™**  www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|------|----|----|--------------------------------------------|-------------|------|
| | | | SHIPMENT WEIGHED AT ANY. | | |
| | | | WEIGHT DECLARED AS 05780 LBS. | | |
| | | | ACTUAL WEIGHT IS 06005 LBS. | | |
| | | | ACCESSORIAL CHARGE | | |
| | | | PER AUTH FROM CONS MARTHA | | |
| | | | ELP S/C ID | | |
| | | | PER AUTH FROM CONS MARTHA | | |
| | | | * * * * * ATTENTION * * * * * | | |
| | | | RUTH CERVANTES | | |
| | | | 528001100VR2000        SID# | | |
| | | | ACCOUNT # | | |
| | | | CONTD PAGE   2 | | |

| CONTD | < TTL PCS | PRINT NAME | | TTL WT > | ODOM | ARRIVE | DEPART |
| PIECES DLVRD | | SIGNATURE | FIRM | | | | |
| WRAP   INTACT? | | X | | | DATE | DRIVER NAME | |
| YES    NO? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

CONSIGNEE MEMO

CONSIGNEE

DELIVERING TRAILER

SHIPPER   287 513 844

FREIGHT BILL NUMBER

287 513 844

| CITY RTE/BYD SCAC | DEST |
| --- | --- |

ADV CAR

UPS FREIGHT PHONE NUMBER

PICK UP DATE   ORIG   BLF

AD       UF       BO

COLLECT
THIS AMOUNT

$.00

## UPS Freight™   UPS   www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BILL TO: 12891340 | | | | |
| | | | SABIC INNOVATIVE PLASTICS | | | | |
| | | | UPGF 81984 0000001 | | | | |
| | | | CZAR    198          05086 | | | | |
| | | | | | | | |
| | | | CONTD PAGE 3 | | | | |

| 6  < TTL PCS | PRINT NAME | | TTL WT> | 6005 | ODOM | ARRIVE | DEPART | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PIECES DLVRD | SIGNATURE | FIRM | | | | | | PPD |
| WRAP  INTACT? | X | | | | DATE | DRIVER NAME | | |
| YES    NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | | | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | | |

CONSIGNEE   DELIVERY RECEIPT

DELIVERING TRAILER

SHIPPER   287 513 844

FREIGHT BILL NUMBER

287 513 844

| CITY RTE/BYD SCAC | DEST |
| --- | --- |

ADV CAR

UPS FREIGHT PHONE NUMBER

PICK UP DATE   ORIG   BLF

## UPS Freight™   UPS   www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BILL TO: 12891340 | | | | |
| | | | SABIC INNOVATIVE PLASTICS | | | | |
| | | | UPGF 81984 0000001 | | | | |
| | | | CZAR    198          05086 | | | | |
| | | | | | | | |
| | | | CONTD PAGE 3 | | | | |

| 6  < TTL PCS | PRINT NAME | | TTL WT> | 6005 | ODOM | ARRIVE | DEPART |
| --- | --- | --- | --- | --- | --- | --- | --- |
| PIECES DLVRD | SIGNATURE | FIRM | | | | | |
| WRAP  INTACT? | X | | | | DATE | DRIVER NAME | |
| YES    NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | |

7000004_000211

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B
(cont.)   Pg 3 of 92

Page 155 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 1-09-2009 | ELP | IND | 383375893 | $ 124.06 | USD |

| CONSIGNEE: 36094892 | P.O. NO. NONE | | Payment Due | |
|---|---|---|---|---|
| DELPHI DELCO CORP PLT 9 RECV 2033 E BLVD KOKOMO, IN 46902 | B/L NO. 6760 | | ON RECEIPT | |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 02277321 | BILL TO: 32801414 |
|---|---|
| THERMOTECH %ARIAS LOSISTICS 543 B AMERICAS AVE EL PASO, TX 79907 | DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | AUTO PARTS | 218 | 000085-00 | 85 | 166.25 | 362.43 |
| | | | 70.00% DISCOUNT | | | | 70.00 | -253.70 |
| | | | 001410 LTL FUEL ADJUSTMENT | | | | 14.10 | 15.33 |
| | | | INCENTIVE DISCOUNT MAY APPLY | | | | | |
| | | | 566709-JRZ      CUSTOMER # | | | | | |
| | | | UPGF  6180 0002309 | | | | | |
| | | | UPGF 560   01/05/09 C N  87726 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/02/10 R297455     124.06 | | | | | |
| | | | 02/23/10 R296344     124.06 | | | | | |
| | | | 02/16/10 R294838     124.06 | | | | | |
| | | | 02/03/10 R293037     124.06 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 218 | | | | |
| | | | AMOUNT DUE | | | | | 124.06 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE MEMO

| NSIGNEE | | DELIVERING TRAILER | | SHIPPER | 383 375 893 |
|---|---|---|---|---|---|
| DELPHI DELCO CORP | | 928385 UPGF | | THERMOTECH | |
| _T 9 RECV | | FREIGHT BILL NUMBER | | xARIAS LOSISTICS | |
| 033 E BLVD | | 383 375 893 | | 563 B AMERICAS AVE | |
| OKOMO | IN 46902 | CRV NTES/VD SCAC | DEST | EL PASO        TX 79907 | |
| 36094092 | (317)457-8461 | 638 | IND | 02277321 | |
| NONE | | PICK UP DATE | ORG | ADV CAR | |
| | UPS FREIGHT PHONE NUMBER | 01/09/09 | ELP | BLV 6760 | |
| | (800)333-7400 | | AD | UF 124.06 BD | |

COLLECT
THIS AMOUNT

UPGF                    383 375 893

$.00
$.00

## PS Freight™                www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | SK | 1 PIECE(S) COUNTED AND VERIFIED ON, | | | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| | | | AUTO PARTS | 218 | 000085-00 | 166.25 | 362.43 |
| | | | 70.00% DISCOUNT | | | LESS | < 253.70> |
| | | | LTL FUEL ADJUSTMENT | | | 14.10 | 15.33 |
| | | | INCENTIVE DISCOUNT MAY APPLY | | | | |
| | | | 566709-JRZ        CUSTOMER # | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | xTRENDSET INC | | | | |
| | | | PO BOX11208 | | | | |

| :ONTD < TTL PCS | | | QOOM | ARRVE | DEPART | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 1 | SIGNATURE | TTL WT > | BS2 | 1802 | 13:10 | |
| ICES DLVRD | X | PKM DELPHI | | | | CONTD |
| RAP INTACT? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | DATE 1-15-08 | DRIVER NAME Bryan | | | |
| YES    NO? | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 5 of 92

Page 156 of 425

*THERMOTECH*
*Calle Ohm No. 8450-A*
*Parque Industrial A.J. Bermudez*
*Cd Juarez CHI 32470*
*Phone: 915-779-0411 Fax: 915-217-2375*



| Bill of Lading | |
|---|---|
| 6,760 | 12/22/2008 |

Page  1  of  1

Consigned To:   DELPHI AUTOMOTIVE SYSTEMS
PROTO LAB PLANT 9
ATTN JANA ROYAL
2055 E BOULEVARD
KOKOMO IN  46902

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 566709-IRZ | | COLLECT |

| NMFC Number | Kind of Package, Special Marks, and Exceptions | # of Pkgs. | Qty/Carton | Weight | Class |
|---|---|---|---|---|---|
| | 9.08 Lbs per Pkg | 24 | 42 | 218.00 | |
| | Density | | | | |
| | Exempt per Item 171    Yes | | | | |
| | Actual Density | | | | |
| | Actual Weight    5,232.00 | | | | |

041  12-23  15:45
ODOMETER   ARRIVE   DEPART   DESTINATION

UPS Freight  383  375  893  ELP

Subject to Section 7 of conditions of applicable bill of lading. If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

| Total Packages | 24.00 |
|---|---|
| Total Weight | 218.00 |

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Straight Bill Of Lading

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 7 of 92

Page 157 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 10-06-2008 | DTR | AST | 403919434 | $ 544.84 USD |

| CONSIGNEE: 30326295 | P.O. NO. | |
|---|---|---|
| TAYLOR PRESS | NONE | Payment Due |
| 13675 N INTERSTATE HWY 35 | B/L NO. 1279 DELPHI | ON RECEIPT |
| JARRELL, TX 76537 | | |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| | | | |

| SHIPPER: 52642391 | BILL TO: |
|---|---|
| NBJX USA INC | DELPHI CORP    32801414 |
| | %TRENDSET INC |
| 39048 WEBB DR | PO BOX 1208 |
| WESTLAND, MI 48185 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 8 | | CN | BAR PIN BUSHINGS | 252 | 114820-00 | 77.5 | 165.80 | 417.82 |
| | | | 003040 LTL FUEL ADJUSTMENT | | | | 30.40 | 127.02 |
| | | |      ATTENTION · · · · · | | | | | |
| | | | BRAD WERNER | | | | | |
| | | | CONSIGNEE PHONE NUMBER | | | | | |
| | | | 512 746 2932 | | | | | |
| | | | UPGF 560    02/04/08 C N 146116 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/22/10 P3458508    544.84 | | | | | |
| | | |    02/22/10 P3421849    544.84 | | | | | |
| | | |    01/18/10 P3384610    544.84 | | | | | |
| | | |    12/21/09 P3347416    544.84 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 1 | | | TOTAL | 252 | | | | |
| | | | AMOUNT DUE | | | | | 544.84 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (REF)

TAYLOR PRESS

3675 N INTERSTATE HWY 35
ARRELL                TX 76537
  30326295

NOME/

09

54109 JNJX
FREIGHT BILL NUMBER
403 919 434

UNIT USE/TRLR SEAL
20 LR

PCE BY PKR
10/06/08

UPS FREIGHT PHONE NUMBER
(800)333-7400

SHIPPER
NBJX USA INC

39048 WEBB DR
WESTLAND                MI 48185
       47657831      (734)721-7340

ADV CAR
1279 DELPHI

BASE AST
ORIG
DTR

403 919 434

UPGF

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | |
|-----|----|----|---------------------------------------------|--------------|------|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | 252 | 114020-00 | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | |
| | | | (8 CN) BAR PIN BUSHINGS | | | |
| | | | LTL FUEL ADJUSTMENT | | | |
| | | | * * * *   ATTENTION   * * * * | | | |
| | | | BRAD WERNER | | | |
| | | | CONSIGNEE PHONE NUMBER | | | |
| | | | 512 746 2932 | | | |
| | | | BILL TO: 51674073 | | | |
| | | | DELPHI CORP | | | |
| | | | UPGF 560    02/04/08 C N 146116 | | | |

www.upsfreight.com

Freight

TTL PCS
1

5 DMGD
YP
os

TTL WT
252

PRINT NAME

SIGNATURE

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

Taylor Press

OOM
7.00

DATE
10-9

ARRIV
1020

UNPAID
1625

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 9 of 92

Page 158 of 425

# BILL OF LADING

## Bill of Lading # 1279Delphi

| TO | | FROM | |
|---|---|---|---|
| Consignee  Taylor Press Products | | Shipper  NBJX USA, Inc. | |
| Street    13675 North IH 35 | | Street    39048 Webb Drive | |
| Destination Attn: Brad Werner 512/746-2932 | | Origin | |
| City State Zip  Jarrell, Texas  76537 | | City State Zip  Westland, MI  48185 | |
| Route: | | Special Instructions: | |

| FOR PAYMENT, SEND BILL TO | SHIPPER'S INSTRUCTIONS |
|---|---|
| Name  Delphi E&C Los Pinos | |
| Company    Vialidad Ch-P #8802 | |
| Street    Los Pinos 1 | |
| City State Zip   Chihudnua, CH, MX 31416 | |

| NO. SHIPPING UNITS | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| 8 cartons on 1 Skid | Bar Pin Bushings (22242272) | 220 | | |
| | Weight of skids | 32 | | |
| | Total | 252 | | |

REMIT C.O.D.

C.O.D. AMOUNT: $

037  12:58  13:01
ODOMETER    ARRIVE    DEPART    DESTINATION

UPS Freight  403 919 434 DTR

If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES $

Freight Charges are collect unless marked prepaid

Third Party Billing – See Above

NOTE — Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

RECEIVED subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above is apparent good order, except as noted (contents and condition of packages unknown), marked consigned and destined as indicated above which said carrier (the word carrier being understood through this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery as said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions.

| Shipper NBJX USA | Carrier  UPS FREIGHT (UPGF)    ( 1 SKID ) |
|---|---|
| Per | Per  GREG MILLER    Date: 10-6-08 |

Mark with "X" or "RQ" if appropriate to designate Hazardous Material s Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional nest bed for identifying hazardous materials on Bills of Lading 172.201(a)(1) (iii) of Title 4 9. Code of Federal Regulations. Also when shipping hazardous materials, the shipper's certification statement prescribed in section 172.204(a) of the Federal Regulations, as indicated on the Bill of Lading does apply, unless a specific exception from the requirement is provided in t he Regulation for a particular material.

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 11 of 92

Page 159 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 8-13-2008 | GAR | DAY | 405017093 | $ 360.95 | USD |

| CONSIGNEE: 29685725 | | | P.O. NO. K071708A | Payment Due | |
|---|---|---|---|---|---|
| DELPHI CORP | | | B/L NO. 66486 | ON RECEIPT | |
| DIV I CISCO 39003 | | | | | |
| 250 NORTHWOODS BLVD | | | ADV SCAC  PRO# | DATE | BEY SCAC |
| VANDALIA, OH 45377 | | | | | |

| SHIPPER: 00607530 | BILL TO: 32801414 |
|---|---|
| AIRFLOW SYSTEMS | DELPHI CORP |
| 11221 PAGEMILL RD | %TRENDSET INC |
| DALLAS, TX 75243-8308 | PO BOX 1208 |
| | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | FILTERING MACHINE | 373 | 000150-00 | 150 | 203.45 | 758.87 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -493.27 |
| | | | 003590 LTL FUEL ADJUSTMENT | | | | 35.90 | 95.35 |
| | | | · · · · ATTENTION · · · · · | | | | | |
| | | | LARRY GAY | | | | | |
| | | | TAG450745788 | | | | | |
| | | | · · DO NOT BREAK DOWN SKID · · | | | | | |
| | | | · · · TOP LOAD ONLY! · · · | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560  02/04/08 C N 278271 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508  360.95 | | | | | |
| | | | 02/22/10 P3421849  360.95 | | | | | |
| | | | 01/18/10 P3384610  360.95 | | | | | |
| | | | 12/21/09 P3347416  360.95 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 1 | | | TOTAL | 373 | | | | |
| | | | AMOUNT DUE | | | | | 360.95 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

**DELIVERY RECEIPT**

| CONSIGNEE | | DELIVERING TRAILER | SHIPPER | 405 017 093 |
|---|---|---|---|---|
| DELPHI CORP | | 928313 UPGF | AIRFLOW SYSTEMS | |
| DIV I CISCO 39003 | | FREIGHT BILL NUMBER | 11221 PAGEMILL RD | |
| 258 NORTHWOODS BLVD | | 405 017 093 | DALLAS    TX 75243-8388 | |
| VANDALIA    OH 45377 | | CITY STD/HYD SCAC / DEST | 08607538   (214)583-8088 | |
| 20853011    (937)455-5800 | | 14H    DAY | ADV CAR | |
| # E071708A | | PICK UP DATE    ORIG | BLS  66486 | |
| | (800)333-7408 | 08/13/08    GAR | | |
| 15    D/R COPY:    1 | | | | |

**IPS Freight ™**    www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS.) | NMFC |
|---|---|---|---|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| 1 | | SK | FILTERING MACHINE | 373 | 000150-08 |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | * * * * * ATTENTION * * * * * | | |
| | | | LARRY GAY | | |
| | | | TAG450745708 | | |
| | | | * * DO NOT BREAK DOWN SKID * * | | |
| | | | - - - TOP LOAD ONLY! - - - | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 24068435 | | |

| CONT'D | < TTL PCS | PRINT NAME  J. WACKER | TTL WT > | | PROS | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|
| SEALS IN/VIO INTACT? YES NO? | | SIGNATURE  X  Wacker | TTL WT FRM | | 0241392 | | DRIVER SIGNS  HA |
| | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 13 of 92

Page 160 of 425

**UPS Freight™**

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| | | | DELPHI CORP | | |
| | | | IDATA2LOGISTICS | | |
| | | | PO BOX 6030 | | |
| | | | GRAND BLANC       MI 484006030 | | |
| | | | UPGF   6180 0261658 | | |
| | | | UPGF 560    02/04/08 C N 278271 | | |
| | | | CONT'D PAGE 2 | | |
| 1 | | | | TTL WT > 373 | |

PIECES DLVRD   INTACT?   WRAP   YES   NO?

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

IS SHIPPING ORDER *(must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the Agent.)*

| NE OF CARRIER | CARRIERS NO. 830171 | DATE |  | SHIPPER'S NO. |
|---|---|---|---|---|
| UPS FRT. COLLECT |  | 3/13/2008 |  | 66486 |

RVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading...

**FROM:**
SHIPPER

**AIRFLOW SYSTEMS, INC.**
11221 PAGEMILL ROAD
DALLAS, TEXAS   USA   75243
PH: 214-503-8008

ORIGIN

EMERGENCY RESPONSE PHONE NO.

**TO:**
CONSIGNEE   **DELPHI THERMAL SYSTEM**
ATTN: LARRY GAY
TAG: 450745788
STREET   250 NORTHWOOD BLVD.
DESTINATION   VANDALIA, OH  45377

ZIP

| LIVERING RRIER | ROUTE |  |  | VEHICLE NUMBER |  |
|---|---|---|---|---|---|
| NO. PACKAGES | # H.M. | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHARGES (FOR CARRIER USE ONLY) |
| 1 SKID |  | TOTAL OF 1 PIECES OF 1 FILTERING MACHINES, NOI DO NOT BREAK DOWN SKID NMFC# 121190  2 | 373 | 150 | |
|  |  | REFERENCE# K071708A | | | |
|  |  | UPS FRT. COLLECT | | | |

616  1447  1501  DESTINATION
ODOMETER  ARRIVE  DEPART
UPS Freight 405 017 093 GAR

**C.O.D.** Amt $

EMT C.O.D. TO:

C.O.D. FEE:
☐ Prepaid
☐ Collect $

TOTAL CHARGES $

**AIRFLOW SYSTEMS, INC.**
11221 PAGEMILL ROAD   DALLAS, TEXAS   USA   75243     Shipper, Per

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.
UPS Frt (std.) ~ Sep 8/3 08

* MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

2

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 15 of 92

Page 161 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 7-31-2008 | JCK | FTW | 406858966 | $ 1,034.34   USD | |

| CONSIGNEE: NEW AMERICAN REEL COMPANY LLC | P.O. NO. NONE | Payment Due |
|---|---|---|
| 15 COUNTY ROAD 72 HUNTERTOWN, IN 46748 | B/L NO. 038080 | ON RECEIPT |
| | ADV SCAC | PRO# |

| | | DATE | BEY SCAC |
|---|---|---|---|

| SHIPPER:         04834524 DELPHI CORP DIV P CISCO 60022 1001 INDUSTRIAL PARK DR CLINTON, MS 39056-3299 | BILL TO:         32801414 DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 18 | | OT | ... SHIPMENT REWEIGHED ... REELS 0005000 AS WEIGHT 65.00% DISCOUNT 003800 LTL FUEL ADJUSTMENT WAIVED  INSPECTION 04117-FTW ORIGINAL WGT/REWEIGH SHIPMENT WEIGHED AT FTW. WEIGHT DECLARED AS 04117 LBS. ACTUAL WEIGHT IS 04825 LBS. 210     CUBIC FEET DOES NOT MEET CCAP REQ UPGF  6180 0261658 UPGF 560    02/04/08 C N 231256 ...................................... PREVIOUSLY INVOICED ON:   03/22/10 P3458508     1034.34   02/22/10 P3421849     1034.34   01/18/10 P3384610     1034.34   12/21/09 P3347416     1034.34 | 4,825 | 041330-02 | 85 | 42.83 65.00 38.00 | 2,141.50 -1,391.98 284.82 |
| 5 | | | TOTAL | 4,825 | | | | |
| | | | AMOUNT DUE | | | | | 1,034.34 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**



**PS Freight™**

www.psfreight.com

406 858 966

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B
(cont.)   Pg 17 of 92

Page 162 of 425





**THIS SHIPPING ORDER**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order.

From **DELPHI** 1001 Industrial Pk Dr, Clinton, MS 39056    No. **038080**

Manifest or Ship No. Bailment #0131902    Seal No. N/A

Confirmation #CCS902380
48031

At Clinton, MS, July 30, 2002 By UPS Freight    Carrier's No. N/A

Consigned to New American Reel Company LLC 15 County Road 72

Destination to Hunktown    State TN #6748-960    County    Delivery Address

Route

Delivering Carrier UPS Freight    Car or Vehicle Initials N/A    No. N/A

| No. Packages | Kind of Package, Description of Articles, Special Marks and Exceptions | | *WEIGHT (Sub to Cor.) | Class or Rate | Ck. Col. |
|---|---|---|---|---|---|
| | PALLETS 'N CARTONS | ELECTRICAL CABLE ASSEMBLIES OR WIRING HARNESSES | | | |
| | BOXES | | | | |
| | PALLETS | BATTERY CABLES WITH TERMINALS ATTACHED | | | |
| | BOXES | | | | |
| | PALLETS | ELECTRIC CABLE, COPPER BRASS OR BRONZE N.O.I. | | | |
| | BOXES | | | | |
| | BOXES | ELECTRIC WIRING PLUGS, ELECTRIC CORD SETS, RECEPTACLES, ROSETTES OR SOCKETS OR PARTS THEREOF N.O.I. | | | |
| | BOXES | BRASS CABLE TERMINALS | | | |
| | BOXES | BOLTS OR NUTS IRON OR STEEL N.O.I. | | | |
| | BOXES | AUTO BODY PARTS, PLASTIC OR ... | | | |
| | PALLETS | COPPER WIRE, COVERED INSUL | | | |
| | CLIPS, SHEET STEEL N.O.I. | | | | |
| | DUCT, HOSE N.O.I OR TUBING, FLEXIBLE | | | | |

PACKARD ELECTRIC
COLTON JOORFETZ
prepaid

688 ODOMETER 1636 ARRIVE 1714 DEPART DESTINATION

UPS Freight 406 858 966 JCK

18 pc on Reels 4117
5 skids Total 4,117 lbs

Weight of SK-9131    lbs. not included in above weight - to be transported free.
Weight of SK-5401    lbs. not included in above weight - to be transported free.
Weight of pallets    lbs. not included in above weight - to be transported free.

②  PACKARD ELECTRIC, SHIPPER Kaya Smith    Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.
Per    Per UPS Freight JCK 555

Permanent post-office address of shipper, P.O. Box 260, Clinton, MS. 39040    FRM4969-0700

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 19 of 92

Page 163 of 425

**UPS Freight**

UPS Freight
1000 Semmes Avenue
P.O. Box 1216
Richmond, Virginia 23218-1216
Web Address: www.UPSFreight.com
Customer Service: 1-800-333-7400

*Freight Inspection Certificate*

| Shipment PRO Number | Suffix |
|---|---|
| 406858966 | R0 |

| | | | |
|---|---|---|---|
| Date of Inspection | 08/01/2008 | Orig. Service Center JCK | Dest. Service Center FTW |
| Shipper | DELPHI CORP | | |
| Consignee | NEW AMERICAN REEL CO | | |
| Packing Type | OT | (BG BX BD CN CR CS DR OT PL RK RL SK) | |
| Description | REELS | | |
| Model/I.D. | | | |

| Length | Width | Height | Pieces | Cube |
|---|---|---|---|---|
| 54.00 | 41.00 | 32.00 | 5 | 205.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |

* Length / Width / Height in inches

Handling Units 5
Shipment Weight 4825
Shipment Cube 205.00
Shipment Density 20.08

Adequate Packaging? ● Yes ○ No
Can double stack freight? ● Yes ○ No

Linear Footage Used

NMFC Item Number  041330-02

Change Type  N

N - NMFC Change
C - CCAP Added
F - Feet Added only

E - Extreme Length
NW - NMFC and Weight Change
K - Cube added only

NC - NMFC Change & CCAP Added
CW - CCAP & WL Change

Comments
SPMT SHOULD BE RATED 41330-2, CL 85

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 406838966                                    Weighed Date 08/04/2008
Weighing performed at FTW Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 500 and 995

| Handling Units | Weight (lbs.) |
|---|---|
| 1 | 725 |
| 2 | 2,050 |
| 2 | 2,050 |
| Actual Scale Total                  5 | 4,825 |

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 21 of 92

Page 164 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-26-2008 | ATL | BKL | **407286132** | $ 340.87 | USD |

| CONSIGNEE: | 37676354 |
|---|---|
| DELPHI AUTOMOTIVE | |
| 146 92 GUY BREWER BLVD | |
| JAMAICA, NY 11434 | |

| P.O. NO. | NONE |
|---|---|
| B/L NO. | NONE |
| ADV SCAC | PRO# |

**Payment Due**
**ON RECEIPT**

| | DATE | BEY SCAC |

| SHIPPER: | 14727134 |
|---|---|
| GROOV PIN CORP | |
| 39 HERRING RD | |
| NEWNAN, GA 30265-1005 | |

| BILL TO: | 32801414 |
|---|---|
| DELPHI CORP | |
| %TRENDSET INC | |
| PO BOX 1208 | |
| MAULDIN, SC 29662-1208 | |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 12 | | OT | *** SHIPMENT REWEIGHED *** | 485 | 000050-00 | 50 | | |
| | | | METAL FASTENERS | | | | | |
| | | | 0000500 AS WEIGHT | | | | 141.27 | 706.35 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -459.13 |
| | | | 003060 LTL FUEL ADJUSTMENT | | | | 30.60 | 75.65 |
| | | | 001800 REWEIGH FEE | | | | | 18.00 |
| | | | 00152-RIC ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT RIC. | | | | | |
| | | | WEIGHT DECLARED AS 00152 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00485 LBS. | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 231795 | | | | | |
| | | | ·············································· | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    340.87 | | | | | |
| | | | 02/22/10 P3421849    340.87 | | | | | |
| | | | 01/18/10 P3384610    340.87 | | | | | |
| | | | 12/21/09 P3347416    340.87 | | | | | |
| | | | ·············································· | | | | | |
| 1 | | | TOTAL | 485 | | | | |
| | | | AMOUNT DUE | | | | | 340.87 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (DR1)

SIGNER

DELPHI AUTOMOTIVE

66 92 GUY BREWER BLVD
JAMAICA          NY 11434
        15291294

263566 GVNT

407 286 132

34    10      BKL

(800)333-7400    03/22/08    ATL

BROCV PIN CORP

95 HERRING RD
NEWNAN          GA 30265-1035
        14737134      (770)251-5055

ATINE

i Freight    www.upsfreight.com        407 286 132              UPGF

| # PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | WEIGHT (LB) | |  | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | | |
| | | | (12 GT) METAL FASTENERS | 485 | 000050-00 | | | |
| | | | AS WEIGHT | 500 | | | | |
| | | | 55.00% DISCOUNT | | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | REWEIGH FEE | | | | | |
| | | | 00152-RIC ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT RIC. | | | | | |
| | | | WEIGHT DECLARED AS 00152 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00485 LBS. | | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | | |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)   Pg 23 of 92

Page 165 of 425

BILL TO: 09617031
DELPHI AUTOMOTIVE SYSTEMS
PO BOX 1550
FLINT                MI 485011550
UPGF   6180 0261658
UPGF 560    02/04/08 C N 231795

CONTD PAGE  2

407 286 132

UPGF

TTL  WT ▶   485

1   TTL PCS

UPS WS10.0.41
STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE
UPS FREIGHT (UPGF)

WEB SITE:    www.ups.com
DATE:    03/25/2008

Page 1 of 1

**CONSIGNEE**
KOREA DELPHI AUTOMOTIVE SYSTEMS

*UPS Freight cannot deliver to a P.O. Box*
146-92 GUY BREWER BLVD
C/O BNX SHIPPING INC
JAMAICA, NY 11434
US

**SHIPPER**
GROOV-PIN CORP
ATTENTION: JIMMY SLATON

39 HERRING RD
NEWNAN, GA 302651005
US
PHONE: 7702615054

**BILL TO**
KOREA DELPHI AUTOMOTIVE SYSTEMS

146-92 GUY BREWER BLVD.
C/O BNX SHIPPING INC
JAMAICA, NY 11434
US

**BILLING METHOD**
- [ ] Prepaid
- [✓] Collect
- [ ] Third Party

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)

By checking this box, the Payer requests UPS Freight to guarantee delivery of this shipment according to UPS Freight's transit schedules and agrees to pay 25% more (\$30 minimum) above the cost normally incurred with the service. Payer will not be liable for payment if shipment fails to deliver on scheduled day.

Received $ _____ to be delivered, in the employment of the charges on the property described hereon. (cash or casher)

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM* | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | Pallet | | METAL FASTENERS | 152 | LBS | | 50 |
| | | | | | | | |
| | | | **TOTALS:** | 152 | | | |

**SHIPPED AS:**    1    HANDLING UNITS AND    12    LOOSE

*Marked with an "X" at. consignee Hazardous Materials as defined in Title 48 of the Code of Federal Regulation

Hazardous Material Emergency Contact Number

Additional Services (CHARGES MAY APPLY)
- [ ] CALL BEFORE DELIVERY
- [ ] CONSTRUCTION SITE DELIVERY
- [ ] HOLIDAY DELIVERY
- [ ] RESIDENTIAL DELIVERY
- [ ] WEEKEND DELIVERY
- [ ] INSIDE DELIVERY
- [ ] LIFT GATE REQUIRED
- [ ] HOLIDAY PICKUP
- [ ] INSIDE PICKUP
- [ ] RESIDENTIAL PICKUP
- [ ] WEEKEND PICKUP
- [ ] SORT AND SEGREGATE Pieces

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|
| | 4/5 | 427 | |

UPS Freight 407 286 132 ATL

| COD FEE | | COD AMT | |
|---|---|---|---|
| [ ] Prepaid | [ ] Collect | $ | |

- [ ] CONSIGNEE CHECK ACCEPTABLE
- [ ] CERTIFIED CHECK OR CASH

REMIT COD CASH/ CHECK TO:

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the damaged box or shipped, lost, damaged, or destroyed; or (2) the amount determined from applicable actual net (\$.10) or (3) the (2) net liability as stated in the applicable governing tariffs, unless "Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges are paid. Maximum carrier liability is limited at \$25.00 per pound per package and \$100,000 per shipment, liability for commodities of similar than clear box or shipped, will be subject to \$100 per pound per package. Loss also be commodities or subject to a package with an Excess Declared Value Coverage is requested. Liability for specific commodities or articles described in the UPGF rules tariff item 784 section 5 is limited to \$0.50 per pound per package. Loss also be commodities or subject to a package with an Excess Declared Value Coverage is requested.

**Shipper requests Excess Declared value in the amount of \$ _____**

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request.

(Signature)

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. UPS Freight may decline to make delivery of the shipment without payment of freight and all other lawful charges.

| TRAILER NUMBER | LINEAR FEET of Shipment |
|---|---|
| | |

SEAL # APPLIED

| BEYOND SCAC: | CROSS REF PRO # |
|---|---|
| [ ] SHIPPER LOAD/ UNLOAD | |

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Firm name _____

Signed by _____

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Carrier: UPS Freight      Driver: _____

Date Received: 3 26 08    UPS Freight Piece Count

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 25 of 92

Page 166 of 425

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

## WEIGHT CERTIFICATE

Freight Bill Number 407286132

Weighed Date 03/27/2008

Weighing performed at RIC Service Center

## WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| | Handling Units | Weight (lbs ) |
|---|---|---|
| | 1 | 485 |
| Actual Scale Total | 1 | 485 |

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B (cont.)   Pg 27 of 92

Page 167 of 425

# UPS Freight™



**UPS FREIGHT LTL**

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 6-01-2009 | DAL | ELP | **417476102** | **$ 144.31 USD** |

| CONSIGNEE: 20857185 | P.O. NO. | Payment Due |
|---|---|---|
| DELPHI CORP | NONE | |
| DIV S CISCO 44978 | B/L NO. | **ON RECEIPT** |
| 32 CELERITY WAGON DR | NONE | |
| EL PASO, TX 79906 | ADV SCAC / PRO# | DATE / BEY SCAC |

| SHIPPER: 34879316 | BILL TO: 32801414 |
|---|---|
| AA GLOBAL PRIORITY SHIPPING | DELPHI CORP |
| | %TRENDSET INC |
| 2300 CROSS UNDER #3 | PO BOX 1208 |
| DALLAS, TX 75261 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | ··· SHIPMENT REWEIGHED ··· | | | | | |
| 10 | | BX | AUTO APRTS | 295 | 019160-02 | 85 | 106.84 | 315.18 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -204.87 |
| | | | 00136O LTL FUEL ADJUSTMENT | | | | 13.60 | 15.00 |
| | | | 00190C REWEIGH FEE | | | | | 19.00 |
| | | | 00150-DAL ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT DAL. | | | | | |
| | | | WEIGHT DECLARED AS 00150 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00295 LBS. | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560   01/05/09 C N 153202 | | | | | |
| | | | | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    144.31 | | | | | |
| | | | 01/18/10 P3384610    144.31 | | | | | |
| | | | 12/10/09 R286145     144.31 | | | | | |
| | | | 12/01/09 R284645     144.31 | | | | | |
| | | | ·················· | | | | | |
| 10 | | | TOTAL | 295 | | | | |
| | | | AMOUNT DUE | | | | | 144.31 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

INSIGNEE

DELPHI CORP
I& S CISCO 44978
2 CELERITY WAGON DR
L PASO          TX 79906
   20857185     (915)783-4700
  NONE

DELIVERING TRAILER
   927544 UPGF
FREIGHT BILL NUMBER
   417 476 102
CITY RTE/RYD SCAC          DEST
      26A                  ELP
PICK UP DATE        ORIG
   06/01/09         DAL

AA GLOBAL PRIORITY SHIPPING

2300 CROSS UNDER #3
DALLAS        TX 75261
   34879316
ADV CAR
BY  NONE

UPS FREIGHT PHONE NUMBER
   (800)333-7400

417 476 102

PS Freight™   UPS   www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|-----|----|----|----------------------------------------------|-------------|------|---|---|
| 10  |    | BX | 10 PIECE(S) COUNTED AND VERIFIED ON | 295 | 019160-02 | | |
|     |    |    |    10 OT  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
|     |    |    | AUTO APRTS | | | | |
|     |    |    | 65.00% DISCOUNT | | | | |
|     |    |    | LTL FUEL ADJUSTMENT | | | | |
|     |    |    | REWEIGH FEE | | | | |
|     |    |    | 00150-DAL ORIGINAL WGT/REWEIGH | | | | |
|     |    |    | SHIPMENT WEIGHED AT DAL. | | | | |
|     |    |    | WEIGHT DECLARED AS 00150 LBS. | | | | |
|     |    |    | ACTUAL WEIGHT IS 00295 LBS. | | | | |
|     |    |    | BILL FREIGHT CHARGES TO: | | | | |
|     |    |    | BILL TO: 32801414 | | | | |

CONTD  <TTL PCS    PRINT NAME       SIGNATURE    TTL WT>        ODOM   ARRIVE   DEPART
ICES DLVRD 10(t n)   AVILES   X  SA   6/3      C.            713    1041    1310
RAP  INTACT?        RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    DATE    DRIVER NAME
ES   NO??          RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE   6/3

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 29 of 92

Page 168 of 425

DELIVERY RECEIPT

CONSIGNEE

DELIVERING TRAILER    SHIPPER    417 476 102

FREIGHT BILL NUMBER
417 476 102

CITY RTE/BYD SCAC    DEST

POB    UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORIG    ADV CAR
BLB

**UPS Freight™**    UPS    www.upsfreight.com

| PPCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|------------------------------------------------|-------------|------|---|---|
|      |    |    | DELPHI CORP                                    |             |      |   |   |
|      |    |    | XTRENDSET INC                                  |             |      |   |   |
|      |    |    | PO BOX 1208                                    |             |      |   |   |
|      |    |    | MAULDIN            SC 29662                     |             |      |   |   |
|      |    |    | UPSF   6180 0261658                            |             |      |   |   |
|      |    |    | UPGF 560   01/05/09 C N 153202                 |             |      |   |   |
|      |    |    |                                                |             |      |   |   |
|      |    |    | CONTD PAGE  2                                  |             |      |   |   |

| 10 < TTL PCS | PRINT NAME | | TTL WT > | 295 | ODOM | ARRIVE | DEPART |
|--------------|------------|---|----------|-----|------|--------|--------|
| PIECES DLVRD | SIGNATURE | | FIRM | | | | |
| WRAP  INTACT? | X | | | | | | |
| YES    NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | DATE | DRIVER NAME | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | |

JUN. 1. 2009  3:53PM    M:S MWXD                                           NO. 6759    P. 2

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)                                    PLEASE PRINT OR TYPE

**CONSIGNEE (TO)**
EL PASO CROSSDOCK
STREET ADDRESS
32 CELEBRITY WAGON
CITY  EL PASO  TX  STATE  ZIP  79906
P.O. NUMBER

CONSIGNEE PHONE #
(915) 783-4740

**BILL TO**
MWXD
6380 CENTRE PARK DR.
WEST CHESTER  OH  45069

**SHIPPER (FROM)**
A.A GLOBAL PRIORITY SHIPPING CENTER
STREET ADDRESS
2300 CROSSUNDER #3
CITY  DALLAS  STATE  TX  ZIP  75261

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE NOTED
CHECK ONE:  ☐ Prepaid  ☐ Collect  ☒ Third Party Prepaid

| NO. PKGS | PKG TYPE | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs) | CLASS |
|----------|----------|------------------------------------------|--------------|-------|
| 10 |  | BOXES  AUTO PARTS | 150 |  |

COD FEE
☐ PREPAID  ☐ COLLECT        COD AMT $

UPS Freight 417 476 102 DAL

ODOMETER    ARRIVE    DEPART    DESTINATION

Firm name:  MWXD
Signed By:                        Carrier  UPS Freight        Driver
Date received:  6/1/9      UPS Freight resp. piece count  10 6 18
                           SHIPPER COPY

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 31 of 92

Page 169 of 425

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number: 417476102
Weighing performed at DAL Service Center

Weighed Date: 06/01/2009

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| | Handling Units | Weight (lbs) |
|---|---|---|
| | 10 | 295 |
| Actual Scale Total | 10 | 295 |

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 33 of 92

Page 170 of 425

# UPS Freight™



UPS FREIGHT LTL

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 10 20-2008 | DTR | HAR | 418414861 | $   493.14   USD |

| CONSIGNEE:     17585805 | P.O. NO. | |
|---|---|---|
| DELPHI | NONE | **Payment Due** |
| 3301 NAFTA PKWY | B/L NO. | |
| BROWNSVILLE, TX 78521 | 5897 10 | **ON RECEIPT** |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:     46121946 | BILL TO:     32801414 |
|---|---|
| PRISM PLASTICS | DELPHI CORP |
| | %TRENDSET INC |
| 2040 INTERNATIONAL WAY | PO BOX 1208 |
| PORT HURON, MI 48060 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 40 | | CN | PLASTIC AUTO PARTS | 450 | 000100-00 | 100 | | |
| | | | 0000500 AS WEIGHT | | | | 221.19 | 1,105.95 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -718.87 |
| | | | 002740 LTL FUEL ADJUSTMENT | | | | 27.40 | 106.06 |
| | | | · · · · ·  ATTENTION  · · · · · | | | | | |
| | | | EDNA AGUILAR | | | | | |
| | | | CONSIGNEE PHONE # 956 228 1451 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146137 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    493.14 | | | | | |
| | | | 02/22/10 P3421849    493.14 | | | | | |
| | | | 01/18/10 P3384610    493.14 | | | | | |
| | | | 12/21/09 P3347416    493.14 | | | | | |
| | | | ..................................... | | | | | |
| 1 | | | TOTAL | 450 | | | | |
| | | | AMOUNT DUE | | | | | 493.14 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (REP)

SHIPPER

DELPHI

301 NAFTA PKWY
BROWNSVILLE          TX 78521
    17585805

NONE

24"

SAV-C

3038  IN TX
FREIGHT BILL NUMBER
418 414 861
CTY STN/RETD SCAC           BLSS
    IOA
PICK-UP INFO
10/20/08     DTR

418 414 861

SHIPPER
PRISM PLASTICS
2040 INTERNATIONAL WAY
PORT HURON        MI 48060
    46121946
ADV CAR
BLT      5892 10

UPS FREIGHT PHONE NUMBER
(800)333-7400

HAR
DRC.

UPGF

Freight          www.upsfreight.com

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | | |
|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (40 CN) PLASTIC AUTO PARTS | 450 | 000100-00 | | |
| | | | AS WEIGHT | 500 | | | |
| | | | 65.00% DISCOUNT | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | * * * *  ATTENTION  * * * * | | | | |
| | | | EDNA AGUILAR | | | | |
| | | | CONSIGNEE PHONE # 956 228 1451 | | | | |
| | | | SECTION 7 SIGNED | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |

UNT O   TTL PCS

35 ID PRD          137

TOT          SPACE F

ZI PKS      ☐ BOY

PRINT NAME
James Jones
SIGNATURE
X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

TTL  WT

ITEM

ODOM    ARRIVE    DEPART

235   225   234

DATE    COURIER NAME

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B (cont.)   Pg 35 of 92

Page 171 of 425

CONFIGNET   DELIVERY RECEIPT (D.D.)   SHIPPER   418 414 861

FREIGHT BILL NUMBER   418 414 861   BL52

PO#   SHIPPER RELEASE PHONE NUMBER   PICK UP DATE   OBL   ADV CAR   BL#

MPS Freight   www.mpsfreight.com   UPGF

# PCS   WM   PT   DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS   WEIGHT (LBS)   RATE

DELPHI CORP
XTRENOSET INC
PO BOX 1208
MAULDIN              SC 29662
UPGF   6180 0261658
UPGF  560     02/04/08  C N 146137

CONT'D PAGE  2

1   TTL PCS   FROM NAME   TTL WT   450   CODOM   ARRIVE   DEPART

PIECES DUMBO   SIGNATURE

TARSHIP  YES   BREAK?  NO   RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED   DRVR   DRIVER NAME   RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC

STOREE SERVICE 1-800-333-7400

PS Freight (UPGF)

PLEASE PRINT OR TYPE

WEB SITE: www.upsfreight.com

DATE

CONSIGNEE (TO)

DELPHI CMMS

STREET ADDRESS
3301 NAFTA PARKWAY

CITY BROWNSVILLE    STATE TX    ZIP 78521

SUITE B    DEPARTMENT DOCK 2

CONSIGNEE PHONE # (956) 728-1451   CONTACT NAME (AUTH) Edna Aguilar

SHIPPER (FROM)

Prism Plastics

STREET ADDRESS
2040 International Way

CITY Port Huron    STATE MI    ZIP 48040

BILL OF LADING NUMBER S897-10    STORE #    DEPARTMENT

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED

CHECK ONE:  ☐ Prepaid  ☒ Collect  ☐ Third Party Prepaid

| NO. PKGS. | PKG. TYPE | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs) | RATE | CLASS |
|---|---|---|---|---|---|
| 1 | PALLET | Plastic Auto Parts | 450 | | 100 |
| | | 40 CARTONS TOTAL | | | |

TOTAL CUBE:

ADDITIONAL SERVICES (CHARGES MAY APPLY):
☐ INSIDE DELIVERY REQUIRED  ☐ RESIDENTIAL DELIVERY
☐ LIFT GATE PICKUP/DELIVERED  ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY  ☐ OTHER:

COD FEE  ☐ PREPAID  ☐ COLLECT    COD AMT $

UPS Freight  418 414 861 DTR

Firm Name: Prism Plastics

Carrier: UPS Freight 102008    Driver:

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 37 of 92

Page 172 of 425



**PRISM Plastics**
2040 International Way
Port Huron   MI   48060
TEL: 810-987-6127
FAX: 810-987-7721

| SHIPPER | |
|---|---|
| 5897-10 | 10/20/2008 |
| Carrier Pro #: | |

Page  1  of  1

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD.
TROY  MI  48084-1706

**Ship To:**

Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville  TX  78521
USA

| Ship Date: 10/20/2008 | | Ship Via: MILK RUN | | FOB: COLLECT | | Terms: NET 45 DAYS |
|---|---|---|---|---|---|---|

| Quantity | Cartons | Part Number | Description | EC# | PO Number / RAN Number | Lot Number |
|---|---|---|---|---|---|---|
| 2,976 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081005310 |
| 525 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081005280 |
| | | | | | | |
| 3,150 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081005310 |
| 350 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081005280 |
| | | | | | | |



1 SKID @ 450 LBS

40 TOTAL CARTONS

**Comment:**

**Shipped By:**                                        **Received By:**

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 39 of 92

Page 173 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 2-10-2009 | AUR | RCH | 424154360 | $  78.38  USD | |

| CONSIGNEE: 37934190 | | | | |
|---|---|---|---|---|
| DYNAK | P.O. NO. 0466 | | Payment Due | |
| 33 SAGINAW DR | B/L NO. SKO 39785 | | ON RECEIPT | |
| ROCHESTER, NY 14623 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 36048972 | BILL TO: 32801414 |
|---|---|
| ALLEGHENY RODNEY METALS | DELPHI CORP |
| | %TRENDSET INC |
| 725 CENTER AVE | PO BOX 1208 |
| CAROL STREAM, IL 60188 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | OT | STAINLESS COIL | 204 | 107060-00 | 50 | FLOOR | 75.00 |
| | | | 000450 LTL FUEL ADJUSTMENT | | | | 4.50 | 3.38 |
| | | | SKO 159437      BILL-LADING # | | | | | |
| | | | UPGF  81094 0000001 | | | | | |
| | | | CZAR    195              03023 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    78.38 | | | | | |
| | | | 02/22/10 P3421849    78.38 | | | | | |
| | | | 01/18/10 P3384610    78.38 | | | | | |
| | | | 12/21/09 P3347416    78.38 | | | | | |
| | | | ...................................... | | | | | |
| 3 | | | TOTAL | 204 | | | | |
| | | | AMOUNT DUE | | | | | 78.38 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | CONSIGNEE MEMO | ORIGIN/ORIG TRAILER | SHIPPER | 424 154 360 |
|---|---|---|---|---|

DYNAK

926803 OVNI

ALLEGHENY RODNEY METALS

725 CENTER AVE

3 SAGINAW DR
DCHESTER    NY 14623

424 154 360

CAROL STREAM    IL 60188
36848972

37934190

CITY STEAVR SCAC    BEXT

8A    RCH

ADV CAR

0466

UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORIG
(800)333-7400    02/10/09    AUR    BLP    SKO 39785

AD    UF    BD

COLLECT
THIS AMOUNT

.00

.00

UPGF                                424 154 360

**PS Freight™**    www.spsfreight.com

| PCS | | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT/RLBS | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | 3 PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 3 OT HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 3 | | OT | STAINLESS COIL | 204 | 107068-00 | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | SKO 159437        BILL-LADING 0 | | | | |
| | | | BILL TO: 24068435 | | | | |
| | | | DELPHI CORP | | | | |
| | | | UPGF    6180 0261658 | | | | |
| | | | UPGF 560    01/05/09 C N  95620 | | | | |

| PRINT NAME    DRAKE | TTL WT>    204 | DROM    413 | ABOVE   8 161 | SIGNER   1/10 1 | TOTAL CHARGES    PPD |
|---|---|---|---|---|---|
| SIGNATURE   X    DYNAK | FIRM    DYNAK | DRM   272 | KU | | |

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B (cont.)   Pg 41 of 92

Page 174 of 425

ATI Allegheny Ludlum
Allegheny Technologies
225 CENTER STREET, CAROL STREAM
CAROL STREAM, IL 60188
Tel: 800-323-1290 Fax: 650-481-3632

Ship Date 10F2008
Prebill
Via UPS/CAROLSTRM
FOR CAROL STREAM, IL
Fr: 3RD PARTY BILL
Route 0- 0 Manifest
Vhcle Trailer
Slp ERIC KELLAWAY /24 226-6422
Sold To: ( 11185)
DYNAK INC                [47350001]
33 SAGINAW DRIVE
ROCHESTER, NY 14623

No: SKO 39785

Consigned To: (000)
DYNAK INC                [47350001]
33 SAGINAW DRIVE
ROCHESTER, NY 14623
Tel: 585-271-2255 Fax: 585-271-6040

*Terry*

Con                     Tel 585-271-2255    Fax 585-271-6048

BILL OF LADING

1) Our Order SKO 159452-  1 Your PO B 0464
OHMALOY 40 01 BRIGHT ANNEAL
.0320 Nom X 0.3000"

| Heat Number | Tag No | | | | PCS Net Wt Gr LBS |
|---|---|---|---|---|---|
| 022000C312A | 726450-00244003 142567 | | | | 1  55  63 |
| 022000C312A | 726450-00244003 142566 | | | | 1  37  25 |
| 022000C312A | 726450-00244003 142563 | | | | 1  33  60 |
| | Total: | | | | 3  185  204 |

Tag                     *** Physical Analysis ***
142563                  YLT/22×60000/TENST+86000/TI DNG+24/R38T+73/MELTS+1
142566                  YLT/22×60000/TENST+86000/ELONG+24/R38T+73/MELTS+1
142567                  YLT/22×60000/TLNL+86000/ELONG+24/R38T+73/MELTS+1

Heat Number             *** Chemical Analysis ***
726450-00244003 C=0.01 Mn=0.37 P=0.022 S=0.0002 Si=0.21 Cr=12.9 Ni=0.50 Al=3.6
                       Mo=0.050 Cu=0.13 N=0.000

                        Tags    Pcs Net Wt Gr LBS
            TOTAL:       3       3    185    204

PLEASE SHIP AS SOON AS MATERIAL IS READY.

PLEASE SHIP 3RD PARTY BILLING USING DELFRT
ACCOUNT # 153E00

*285 Metro Park*
*Rochester NY*
*14623*

UPS Freight  424 154 360  AUR

| ROCHESTER | AMHERST | DEPART | DESTINATION |
|---|---|---|---|
| 677 | 505 | 521 | |

THIS SHIPPING ORDER must be legibly filled in ...

| AGENT | PER | PCS. DATE |
|---|---|---|
| Charles D (3) 2-10-09 | | 3  2-10-09 |

CARRIER

ATI Allegheny Ludlum
Allegheny Technologies

SHIPPER:
PER

Allegheny Ludlum Corporation
(Signature of consignee)

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 43 of 92

Page 175 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P O BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 11-24-2008 | DTR | HAR | 425995323 | $ 321.81 USD |

| | | | |
|---|---|---|---|
| CONSIGNEE: 17585805<br>DELPHI<br><br>3301 NAFTA PKWY<br>BROWNSVILLE, TX 78521 | P.O. NO.<br>599210 | **Payment Due** | |
| | B/L NO.<br>NONE | **ON RECEIPT** | |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| | |
|---|---|
| SHIPPER: 05130753<br>PRISM PLASTICS<br><br>2040 INTERNATIONAL WAY<br>PORT HURON, MI 48060 | BILL TO: 32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | PLASTIC AUTO PARTS | 300 | 000100-00 | 100 | 257.77 | 773.31 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -502.65 |
| | | | 001890 LTL FUEL ADJUSTMENT | | | | 18.90 | 51.15 |
| | | | · · · · ·  ATTENTION  · · · · · | | | | | |
| | | | EDNA AGUILAR | | | | | |
| | | | CONSIGNEE PHONE # 956 228 1451 | | | | | |
| | | | SHRINK WRAPPED SKID | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146137 | | | | | |
| | | | ······························ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      321.81 | | | | | |
| | | | 02/22/10 P3421849      321.81 | | | | | |
| | | | 01/18/10 P3384610      321.81 | | | | | |
| | | | 12/21/09 P3347416      321.81 | | | | | |
| | | | ······························ | | | | | |
| 1 | | | TOTAL | 300 | | | | |
| | | | AMOUNT DUE | | | | | 321.81 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI

3301 NAFTA PKWY
BROWNSVILLE      TX 78521
  12585805
  589210

UPS FREIGHT PHONE NUMBER
(800)333-7400

4174 JNJX
FREIGHT BILL NUMBER

425 995 323
CARRIER/PRO SCAC

10A
PICK UP DATE
11/24/08

425 995 323

PRISM PLASTICS

2040 INTERNATIONAL WAY
PORT HURON      MI 48060
  05130759

ADV CAR
NONE

i Freight      www.upsfreight.com

425 995 323

| # PCS | BM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (SUB) | RATE |
|-------|----|----|----|----|----|
| 3 | Sk | | 1 ) PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING | | |
| | | | PLASTIC AUTO PARTS | 306 | 000100-00 |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | * * * * ATTENTION  * * * * | | |
| | | | EDNA AGUILAR | | |
| | | | CONSIGNEE PHONE # 956 228 1451 | | |
| | | | SHRINK WRAPPED SKID | | |
| | | | SECTION 7 SIGNED | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 32801414 | | |

ONTD    TTL PCS
RECEIVED
BAY    BREACH
YES    NO

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
(ITEMIZED EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE)

COSS

903/047

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 45 of 92

Page 176 of 425



UPS Freight    www.upsfreight.com    UPGF

| # PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | |
|---|---|---|---|---|---|---|

425 995 323

DELPHI CORP
XTRENUSET INC
PO BOX 1908
HAULDIN          SC 29662
UPGF    6180 0261658
UPGF 560    02/04/08 C N 146137

CONTD PAGE 2

| 1 | TTL PCS | | | TTL WT | 300 | | | |

CUSTOMER SERVICE 1-800-333-7400
STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

WEB SITE www.upsfreight.com
DATE

PLEASE PRINT OR TYPE

**1. CONSIGNEE (TO)**

DELPHI CMMS
3301 NAFTA PARKWAY
BROWNSVILLE      TX   78521
P.O. NUMBER      FREIGHT SUITE  B      DOCK  2
5692-10
CONSIGNEE PHONE #     CONTACT NAME  (ATTN)
(956) 28-1451    EDNA AGUILAR

**2. SHIPPER (FROM)**

PRISM PLASTICS
STREET ADDRESS
2040 INTERNATIONAL WAY
CITY  PORT HURON      STATE MI   ZIP 48060
BILL OF LADING NUMBER      STORE #      DEPARTMENT #

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid   ☒ Collect   ☐ Third Party Prepaid

**3. BILL TO**

ADDRESS

CITY

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)      GRTD

| 4. NO. PKGS. | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 1 | PALLET | | Plastic Auto Parts | 300 | | 100 |
| | | | | | | |
| | | | 30 TOTAL CARTONS | | | |
| | | | | | | |
| | TOTAL CUBE: | | | | | |

*Mark with an "X" to designate hazardous materials as defined in Sec 49 of the Code of Fed. Reg.      Hazardous material emergency contact #

**5. ADDITIONAL SERVICES (CHARGES MAY APPLY)**
☐ INSIDE DELIVERY REQUIRED      ☐ RESIDENTIAL DELIVERY
☐ LIFT GATE PICKUP/DELIVERY      ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY   ☐ OTHER:

REMIT C.O.D. CASH / CHECK TO

| COD FEE | COD SHIPMENTS COVERED BY UPGF 102 RULES ITEM 430 | | NOT CHECKED, BOTH ARE ACCEPTABLE |
|---|---|---|---|
| ☐ PREPAID  ☐ COLLECT | COD AMT $ | ☐ CONSIGNEE CHECK ACCEPTABLE | ☐ CERTIFIED CHECK OR CASH |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper...

SEAL # APPLIED:

☐ SHIPPER LOAD / CONSIGNEE UNLOAD

UPS Freight    425 995 323 DTR

Firm Name  PRISM PLASTICS

Carrier:  UPS Freight      Driver:

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 47 of 92

Page 177 of 425

**PRISM Plastics**
2040 International Way
Port Huron    MI    48060
TEL: 810-987-6127
FAX: 810-987-7721

| SHIPPER | |
|---|---|
| 5992-10 | 11/24/2008 |
| Carrier Pro #: | |
| | Page  1  of  1 |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD.
TROY  MI  48084-1706

**Ship To:**
Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville  TX  78521
USA

| Ship Date: 11/24/2008 | | Ship Via: MILK RUN | | FOB: COLLECT | | Terms: NET 45 DAYS | |
|---|---|---|---|---|---|---|---|
| Quantity | Cartons | Part Number | Description | EC# | PO Number/ RAN Number | Lot Number |
| 1,050 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081106062 |
| 350 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081106085 |
| 1,225 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081106088 |
| | | | | | | |
| 1,050 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081106062 |
| 350 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081106065 |
| 1,225 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081106088 |



Comment:

Shipped By:                    Received By:

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B
(cont.)   Pg 49 of 92

Page 178 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 7-22-2008 | JCK | ELP | 427326351 | $    232.39   USD |

| CONSIGNEE:        00604251 | P.O. NO. |
|---|---|

CONSIGNEE:        00604251
DELPHI CORP
DIV P CISCO 60606
48 WALTER JONES BLVD
EL PASO, TX 79906

P.O. NO.
  15496464

B/L NO.
  53679114

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:        04716784
DELPHI CORP
DIV P CISCO 60031 DOCK 23
925 INDUSTRIAL PARK RD
BROOKHAVEN, MS 39601

BILL TO:        32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | FREIGHT ALL KINDS | 274 | 009100-00 | 100 | 174.96 | 479.39 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -311.60 |
| | | | 003850 LTL FUEL ADJUSTMENT | | | | 38.50 | 64.60 |
| | | | 6194632        BILL-LADING # | | | | | |
| | | | 53679114        SID# | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 304947 | | | | | |
| | | | .............................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    232.39 | | | | | |
| | | | 02/22/10 P3421849    232.39 | | | | | |
| | | | 01/18/10 P3384610    232.39 | | | | | |
| | | | 12/21/09 P3347416    232.39 | | | | | |
| | | | .............................. | | | | | |
| 1 | | | TOTAL | 274 | | | | |
| | | | AMOUNT DUE | | | | | 232.39 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | CONSIGNEE MEMO | | | | | 427 326 351 |
|---|---|---|---|---|---|---|
| DELPHI CORP | | DELIVERING TRAILER | | SHIPPER | | DELPHI CORP |
| DOCK 87-88 | | 927318 UPGF | | | | DIV F CISCO 60051 DOCK |
| 48 WALTER JONES BLVD | | FREIGHT BILL NUMBER | | | | 925 INDUSTRIAL PARK RD |
| EL PASO | TX 79906 | 427 326 351 | | | | BROOKHAVEN    MS 39601 |
| 08236900 | (915)612-8624 | CITY INTERNED ROAD | | DEST | | 19015501 |
| PO# 15496464 | UPS FREIGHT PHONE NUMBER | PICK UP DATE | | ORG | | ADV CAB |
| | (800)333-7400 | 07/22/08 | | JCK | | BLD 53479114 |
| | | | | | | AD        WF   232.39 BO |

COLLECT
THIS AMOUNT
4.00
4.00

UPS Freight™     www.upsfreight.com     UPGF     427 326 351

| PCS | WT | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(SUB) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| | SK | | FREIGHT ALL KINDS | 274 | 009100-00 | 174.96 | 479.39 |
| | | | 65.00% DISCOUNT | | | LESS$ < 311.60> | |
| | | | LTL FUEL ADJUSTMENT | | | 38.50 | 64.60 |
| | | | 6194632          BILL-LADING 0 | | | | |
| | | | 53479114          SID0 | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 24068435 | | | | |
| | | | DELPHI CORP | | | | |
| | | | XDATAZLOGISTICS | | | | |
| | | | PO BOX 6030 | | | | |

| CONTD | <TTL PCS | | <TTL WT> | | PROM | | ARRIVE | DELIVERY | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| SEAL CLEAN? | INTACT? | SIGNATURE | | FROM DC | | ODOM | | | |
| | X | | | | | 114 | D36 | 1359 | CONTD |
| | | RECEIVED—THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | DATE | | DRIVER NAME | | |

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 51 of 92

Page 179 of 425

| CONSIGNEE | CONSIGNEE MEMO | | DELIVERING TRAILER | SHIPPER | 427 326 351 | |
|-----------|----------------|--|---------------------|---------|-------------|--|

FREIGHT BILL NUMBER
427 326 351

| | | CITY KENNY'S SCAC | DEST | | | |
|--|--|------------------|------|--|--|--|
| POD | | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | ADV CAR | |
| | | | | | PU | MF | DH |

COLLECT
THIS AMOUNT
0.00

**UPS Freight ®**    www.upsfreight.com

| PCS | WR | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT LBS | NMFC | RATE | CHARGES |
|-----|----|----|----------------------------------------------|------------|------|------|---------|
| | | | GRAND BLANC      MI 484886858 | | | | |
| | | | UPGF   6184 0261658 | | | | |
| | | | UPGF 568   02/04/08 C N 304947 | | | | |
| | | | | | | | |
| | | | CONTD PAGE  2 | | | | |

| 1 | < TTL PCS | PPD BASE | | TTL WT > | 274 | DISC | AMINE | REPWT | TOTAL CHARGES |
|---|-----------|----------|--|----------|-----|------|-------|-------|---------------|
| PIECES GLUED | | DESCHARGE | | FUEL | | | | | 232.39 COL |
| WRAP  INTACT? | | X | | | | | | | |
| YES   NO | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | BASE | MINED BASE | | |

# DELPHI

Packard Electric Systems

Page 1 of 1

| Shipped From: FT23 | Ship To:    SHIPPER | **Bill of Lading / Packing Slip** |
|---|---|---|
| Company DELPHI PLANT 21 - SHIPPING 921 INDUSTRIAL PARK RD BROOKHAVEN MS 39601 | Company Delphi ETDC DOCK 87-84 48 Walter Jone Blvd EL PASO 79906 | Bill of Lading - SID: 53679114 |

Unloading Point

| Sold To: | Final Destination:    SHIPPER |
|---|---|
|  | Company Delphi ETDC DOCK 87-84 48 Walter Jone Blvd EL PASO 79906 |

Unloading Point

Ext Sup - SID:
Master BOL: 6194632
Supplier Code:
Seal No. N/A

Trailer No.: N/A
Air Bill No.:
Logistic No.:
Terms: COL-Collect - Sds Ship Point
Routing: 000000

SCAC Code: JPGF
Pro No.:
Request Shipped / Actual Shipped
07/22/2008 11:11 / 07/22/2008 12:40

Subject to Section 7 of Condition of applicable bill of lading if the shipment is to be delivered to the consignee without the recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight & other lawful charges.

Signature of Shipper (Consignor)

**Premium Shipment Information:**
PTA No.:
Responsibility:
Reason Code:
Reason:
Received subject to the lawfully filed tariffs in effect on the date of issue of this bill of lading Terms and conditions shown in the uniform bill of lading apply.

Carrier's Signature & Date:

| Total Containers: 00005 | | |
|---|---|---|
| Gross Weight | 294 000 Lb | 133 384 KG |
| Tare Weight | 0.000 Lb | 0.000 KG |
| Net Weight | 0.000 Lb | 0.000 KG |

Hazardous Placards Offered?    (circle one)    Yes    No

Carrier's Signature:

Date: 07-22-08

| SK | Description of Commodity | Net Weight DGM |
|---|---|---|
|  | 70 - F.A.K. - Freight All Kinds | 294 055    0.000 KG |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper signature (Required if shipping Hazardous Material):

| Material No. Customer Material No. | Description | Customer PO | Cust. Item | Qty/ Packs | Catalog No. |
|---|---|---|---|---|---|
| H2SC | 15496464 | | | 6,400.000 PC | |

DIMENSIONS OF CARRIER MAY NOT APPLY - SUBJECT TO TERMS OF LIABILITY OF THE CARRIER AS PRESCRIBED. ( SEE CARRIER SERVICE DIRECTORY )

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|
| 961 | 1803 | 1221 | |

UPS Freight  427 326 351  JCK

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 53 of 92

Page 180 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-03-2008 | HAR | HAR | 435135094 | $ 106.81 | USD |

| CONSIGNEE:<br>LOS INDIOS RECIVING CENTER<br><br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS, TX 78567 | P.O. NO.<br>NONE | | Payment Due | |
|---|---|---|---|---|
| | B/L NO.<br>NONE | | ON RECEIPT | |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:        11423031<br>PLASTICS DECORATORS<br>STE 3<br>7620 VICTORIA COURT<br>BROWNSVILLE, TX 78521 | BILL TO:        32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |
|---|---|

| PCS. | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | AUTO PARTS,PLASTIC BUTTONS<br>002640 LTL FUEL ADJUSTMENT<br>UPGF   6180 0180289<br>UPGF 560    02/04/08 C N 302997<br><br>......................<br>PREVIOUSLY INVOICED ON:<br>  03/22/10 P3458508    106.81<br>  02/22/10 P3421849    106.81<br>  01/18/10 P3384610    106.81<br>  12/21/09 P3347416    106.81<br>...................... | 100 | 018260-01 | 250 | FLOOR<br>26.40 | 84.50<br>22.31 |
| 1 | | | TOTAL<br>               AMOUNT DUE | 100 | | | | 106.81 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RED)

| CONSIGNEE | | BROUND TRAILER | | SHIPPER | 435 135 094 |
|---|---|---|---|---|---|
| LOS INDIOS RECIVING CENTER | | DOCK | | PLASTICS DECORATORS STE 3 | |
| | | FREIGHT BILL NUMBER | | 7620 VICTORIA COURT | |
| 702 JOAQUIN CAVAZOS RD | | 435 135 094 | | BROWNSVILLE    TX 78521 | |
| LOS INDIOS        TX 78567 | | DFY PCE/PKD SCH. | RESI | 11423031    (868)826-2000 | |
| | | 12F | HAR | ADV CAR | |
| PP NONE | NPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | BU/    NONE | |
| | (800)333-7400 | 03/03/08 | HAR | | |

GA

Flora A

435 135 094

PS Freight™    www.npsfreight.com                                    UPGF

| # PCS | PKG | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | MARK | |
|---|---|---|---|---|---|---|
| | | | 1  PIECE(S) COUNTED AND VERIFIED ON | WITH THE | FOLLOWING | |
| | | | 1 SK  HANDLING UNIT(S) | | | |
| 1 | | SK | AUTO PARTS,PLASTIC BUTTONS | 100 | 018260-01 | |
| | | | BILL TO: 35600036 | | | |
| | | | DELPHI MECHATRONIC SYSTEMS | | | |

| | TTL PCS | POINT NAME | | TTL WT ▶ | 100 | ODOM  902 | ARRIVE  602 | DEPART  610 | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1sk | SIGNATURE | | FROM | | 278 | 1244 | 185 | |
| PCES DLVRD | WRAP | INTACT? | X | | | DATE  304/A | DRIVER NAME  602 A | | |
| ☐ YES ☐ NO | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | | |

UPS Freight (UPGF)    SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC

PLEASE PRINT OR TYPE

**CONSIGNEE (TO)**
Los Indios Receiving Center
702 Joaquin Cavazos Road
Los Indios    TX    78587

**SHIPPER (FROM)**
Plastic Decorations Inc.
7620 Victoria Court Suite #3
Brownsville    TX    78521

**BILL TO**
Delphi Mechatronic System
PO BOX 792
Brownsville    TX    78522

DESCRIPTION OF ARTICLES, SPECIAL MARKS

Plastic Buttons    Auto Parts    100    18260?

TOTAL CUBE:

ODOMETER    ARRIVE    DEPART    DESTINATION
047    1748    1807

UPS Freight    435 135 094    HAR

*Francisco Vasquez*

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B (cont.)   Pg 57 of 92

Page 182 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 10-01-2008 | LAR | SGN | 437719295 | $  138.12  USD |

| CONSIGNEE:  21723155 | P.O. NO.  0550040072 | Payment Due |
|---|---|---|
| DELPHI CORP | B/L NO.  413893 | |
| 1101 N CENTER RD | | ON RECEIPT |
| FLINT, MI 48556 | ADV SCAC   PRO#   DATE   BEY SCAC | |

| SHIPPER:  31829114 | BILL TO:  32801414 |
|---|---|
| HINOJOSA FWDG | DELPHI CORP |
| 802 HALLMARK | %TRENDSET INC |
| LAREDO, TX 78045 | PO BOX 1208 |
| | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | CHEMICALS | 124 | 043940-02 | 85 | MIN | 302.64 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -196.72 |
| | | | 003040 LTL FUEL ADJUSTMENT | | | | 30.40 | 32.20 |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 280256 | | | | | |
| | | | ................................ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    138.12 | | | | | |
| | | | 02/22/10 P3421849    138.12 | | | | | |
| | | | 01/18/10 P3384610    138.12 | | | | | |
| | | | 12/21/09 P3347416    138.12 | | | | | |
| | | | ................................ | | | | | |
| 1 | | | TOTAL | 124 | | | | |
| | | | AMOUNT DUE | | | | | 138.12 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (DRD)

| | | | |
|---|---|---|---|
| CONSIGNEE | | PRO/LOAD NUMBER | SHIPPER HINOJOSA FWOG |
| DELPHI CORP | | 268532 UPGF | 802 HALLMARK |
| 1101 N CENTER RD | | 437 719 295 | LAREDO |
| FLINT | MI 48556 | | TX 78045 |

437 719 295

| CUST ORD/BND SLSC | DEST | |
|---|---|---|
| 13C | SGN | ADV CAR |
| | LAR | RU 709179 |

| | |
|---|---|
| 21723155 | 3102911 |
| 0550040072 | |

UPS FREIGHT PHONE NUMBER: (800)333-7400

PICK UP DATE: 10/01/08

06

437 719 295          UPGF

| # PCS | PKG | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|---|---|---|---|---|---|
| 1 | SK | | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING | 124 | 043940-02 |
| | | | CHEMICALS | | |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 32801414 | | |
| | | | DELPHI CORP | | |
| | | | XTRENDSET INC | | |
| | | | PO BOX 1208 | | |
| | | | MAULDIN          SC 29662 | | |
| | | | UPGF   6180 0261658 | | |

CONT'D   TTL PCS

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

PRINT NAME: Kim Davis
SIGNATURE: Kim Davis

ODOM   ARRIVE   DEPART

DATE: 06

STRAIGHT BILL OF LADING - SHORT FORM · ORIGINAL · NON-NEGOTIABLE

No. 413893
Page 1 of 1

Cookson Electronic Metals, S.A. de C.V.

Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5559 1588

Ave NAFTA, Nave No. 800  Apodaca, NLE 66600

SHIP DATE 09/26/08

| SHIPPER'S NO. | AT |
|---|---|
| 709179-000 | Cookson Mexico Maquila |

CUSTOMER ORDER#

| PRO/COL |
|---|
| COL |

NAME OF CARRIER
143271 UPS (Collect)     PRO# DA HINOJOSA

SALESMAN/ACCT #
9009

CONSIGNED TO DESTINATION
Delphi Delco (DA43) DIP
1101 N. Center Road
Dock 43
Flint MI 48556
USA

BILL TO
SAME

Phone# (810) 257-6732

| PKGS. | HM | DESCRIPTION OF ARTICLES | CLASS | NET WEIGHT |
|---|---|---|---|---|
| 3 | P | NMFC ITEM 43940, SUB 2, CHEMICALS, N.O.I. (NOT REGULATED) | | 124 LB |
| | | 116740          Order#/Line | | |
| | | NR300-A2 NC HF V/F SPRAY    5GL    709179-000 | | |
| | | X VOC-FREE N/CLN                 1.000 | | |
| | | Cust PO- 0550040072 | | |
| | | MSDS# AA 00116742 | | |

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO CARRIER OF LIABILITY OF THE LABELS & BOXES LEASED UNDER CARRIER LEASE 1-800-PIC-PACK

| | 1213 | 1235 | |
|---|---|---|---|
| DOCUMENT | | ARRIVE | DESTINATION |

UPS Freight 437 719 295  LAR

1st dl. Hyans Serman 10/1/08

NUMBER PACKAGES

| 3 | Pail | | 124.95 | Per | $ | ATD PMT/LT TO: |

| 3 | TOTAL PKGS. | TOTAL GROSS WEIGHT | 124.95 | AGENT | PER | COD CHARGE TO BE PAID BY |
|---|---|---|---|---|---|---|
| | | | | | | ☐ SHIPPER |
| | | | | | | ☐ CONSIGNEE |

PLACARDS: ☐ Offered ☐ Refused   BRACING: ☐ Supplied ☐ Refused   EMER. Response Info.: ☐ MSDS ☐ DOT ER Guide ☐ Carrier

UPS Freight

CEAMBOL

ALT-FO-CED 0003

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 61 of 92

Page 184 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 10-01-2008 | LAR | HAR | 437719310 | $    427.71 | USD |

| CONSIGNEE: 15340636 | P.O. NO. 0550040504 | Payment Due |
|---|---|---|
| DELPHI CORP | B/L NO. 703521 | **ON RECEIPT** |
| 702 JOAQUIN CAVAZOS | | |
| LOS INDIOS, TX 78567 | ADV SCAC    PRO#    DATE    BEY SCAC | |

| SHIPPER: 31829114 | BILL TO: 32801414 |
|---|---|
| HINOJOSA FWDG | DELPHI CORP |
| 802 HALLMARK | %TRENDSET INC |
| LAREDO, TX 78045 | PO BOX 1208 |
| | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | SK | CHEMICALS | 1,666 | 043940-02 | 65 | 56.25 | 937.13 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -609.13 |
| | | | 003040 LTL FUEL ADJUSTMENT | | | | 30.40 | 99.71 |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 301828 | | | | | |
| | | | ......................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    427.71 | | | | | |
| | | | 02/22/10 P3421849    427.71 | | | | | |
| | | | 01/18/10 P3384610    427.71 | | | | | |
| | | | 12/21/09 P3347416    427.71 | | | | | |
| | | | ......................................... | | | | | |
| 3 | | | TOTAL | 1,666 | | | | |
| | | | AMOUNT DUE | | | | | 427.71 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

437 719 310

DELPHI CORP

702 JOAQUIN CAVAZOS
US INDIOS          TX 78567
    11445114
0550040504                    (800)333-7400

'02

HINOJOSA FWDG

862 HALLMARK
LAREDO            TX 78045
    31029114
ADV CAR
    703521

209040 DVNT

437 719 310
12F              HAR
PICK UP DATE     ORIG
10/01/08         LAR

UPGF

437 719 310

| # PCS | AM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE |
|-------|----|----|-----|------|------|
|   |   |   | 3  PIECE(S) COUNTED AND VERIFIED ON |   |   |
|   |   |   | 3 5K  HANDLING UNIT(S) WITH THE FOLLOWING |   |   |
| 3 | 3K | CHEMICALS | | 1666 | 043940-02 |
|   |   | 65.00% DISCOUNT |   |   |
|   |   | LTL FUEL ADJUSTMENT |   |   |
|   |   | UPGF   6180 0261658 |   |   |
|   |   | UPGF 560    02/04/08 C N 301828 |   |   |

Ibkds Chemicals  10-3-08  3:15pm

William Dellilier        Delphi

1666

966    2:12   2:20

3 PCS    35K

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NON-NEGOTIABLE

3

Cookson Electronics Mexico, L & Co.

A SEMEN ELECTRONICS COMPANY

Emergency Contact: US & Canada: CHEMTREC 1-800 424 9300
Mexico: 01 800 022 1400. (55) 5559 1588

Ave NAFTA, Nave No. 600   Apodaca, NLE 66600

No. 413918
Page 1 of 1

SHIP DATE 09/26/08

| SHIPPER'S NO. | AT: | CUSTOMER ORDER# | PRO/COL |
|---|---|---|---|
| 703521-000 | Cookson Mexico-Maquila | | COL |

| NAME OF CARRIER | | SALESMAN/ACC'T# |
|---|---|---|
| 143271 UPS (Collect) | | 9025 |
| PRO# DA HINOJOSA | | |

CONSIGNED TO DESTINATION

Delphi D Deltronics (DA26) DIP
702 Joaquin Cavazos Road
Los Indios TX 78567
USA

BILL TO
SAME

Phone# (956) 228-7210

| PKGS | HM | DESCRIPTION OF ARTICLES | CLASS | NET WEIGHT |
|---|---|---|---|---|
| 40 | P | NMFC ITEM 43940, SUB 2, CHEMICALS, N.O.I. (NOT REGULATED) 116740 Order#/Line NR300-A2 NC HF V/F SPRAY   5GL    703521-000 X VOC-FREE N/CLN                    1.000 Cust PO- 0550040504 MSDS# AA 00116742 | | 1,666 LB |
| 40 | P | NMFC ITEM 43940, SUB 2, CHEMICALS, N.O.I. (NOT REGULATED) 116740 Order#/Line NR300-A2 NC HF V/F SPRAY   5GL    709096-000 X VOC-FREE N/CLN                    1.000 Cust PO- 0550040504 MSDS# AA 00116742 | | 1,666 LB |

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF
THE CARRIER RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

ODOMETER 861   1213   1233   DESTINATION

UPS Freight 437 719 310 LAR

354D. Ryan Lum   10/1/08

| | 60 | Pail | | 3,248.70 83.30 | Per | $ | AND REMIT TO |
| | 80 | TOTAL PKGS. | TOTAL GROSS WEIGHT | 3,332.00 | AGENT | PER | COD CHARGE TO BE PAID BY □ SHIPPER □ CONSIGNEE |

PLACARDS: □Offered □Refused   BRACING: □Supplied □Refused   EMER. Response Info : □MSDS □DOT ER Guide □Carrier

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

"I hereby declared that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations."

Subject to section 7 of the terms and conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

CEAMBOL

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above...

ALT-FO-CED-0003

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B
(cont.)   Pg 65 of 92

Page 186 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 7-16-2008 | LAR | ELP | 437730963 | $ 1,930.50   USD |

| CONSIGNEE: | 20857185 | | | |
|---|---|---|---|---|

CONSIGNEE:      20857185
DELPHI CORP
DIV S CISCO 44978
32 CELERITY WAGON DR
EL PASO, TX 79906

| P.O. NO. NONE | | Payment Due |
|---|---|---|
| B/L NO. NONE | | ON RECEIPT |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:      34826050
LAREDO X DOCK
% UPS FREIGHT
6120 RIVERSIDE DR
LAREDO, TX 78041

BILL TO:      32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ASST PARTS | 16 | 000070-00 | 70 | FLOOR | 88.50 |
| | | | 003810 LTL FUEL ADJUSTMENT | | | | 38.10 | 33.72 |
| | | | 0015078 ORIG INBOUND CHARGES | | | | | 150.78 |
| | | | 0165750 STORAGE CHARGE DEST | | | | | 1,657.50 |
| | | | 39DAYS | | | | | |
| | | | 245499295 RO XREF PRO # | | | | | |
| | | | RECON AUTH BY MARY CHAVEZ FM | | | | | |
| | | | DELPHI   PH:915 783 4906 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 301829 | | | | | |
| | | | LAREDO X DOCK | | | | | |
| | | | LAREDO,TX,78045        :OC | | | | | |
| | | | DELPHI              :OS | | | | | |
| | | | ELPASO,TX,79906 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508   1930.50 | | | | | |
| | | | 01/18/10 R290520    1930.50 | | | | | |
| | | | 01/05/10 R288837    1930.50 | | | | | |
| | | | 12/29/09 R288190    1930.50 | | | | | |
| | | | ..................................... | | | | | |
| 1 | | | TOTAL | 16 | | | | |
| | | | AMOUNT DUE | | | | | 1,930.50 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE DEMO

DELPHI CORP
IV S CISCO 44975
2 CELERITY WAGON DR
L PASO        TX 79906
    06102893    (915)783-4788
, NONE
                 (800)555-7488

DES INCOMING TRAILER
927544 UPGF
FREIGHT BILL NUMBER
437 738 963
CITY STATE® BCAC
24A
PICK UP DATE
07/16/08

SHIPPER  437 730 963
LAREDO X DOCK
X UPS FREIGHT
6120 RIVERSIDE DR
LAREDO       TX 78841
34026050
DB63
ELP
ADV CAR
OMS   NONE
BLS
LAR   AD      W   1938.58

COLLECT
THIS AMOUNT
                    0.00
                    0.00

UPGF          437 738 963

PB Freight ™          www.upsfreight.com

| PCS | | PT | DESCRIPTION OF ARTICLES AND SPECIAL HANDLING | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | 1  PIECE(S)  COUNTED  AND  VERIFIED  ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 1 | | SK | ASST PARTS | 16 | 000070-00 | FLOOR | 80.50 |
| | | | LTL FUEL ADJUSTMENT | | | 50.10 | 55.72 |
| | | | ORIG INBOUND CHARGES | | | | 150.78 |
| | | | STORAGE CHARGE DEST | | | | 1657.50 |
| | | | 59DAYS | | | | |
| | | | 245499295 R8 XREF PRO 0 | | | | |
| | | | RECON AUTH BY MARY CHAVEZ FN | | | | |
| | | | DELPHI   PH:915 783 4906 | | | | |
| | | | LAREDO X DOCK          :OC | | | | |
| | | | LAREDO,TX.78045 | | | | |

2 CROOKED
BT ×   PRODUCT IS OK
No DAMAYS.

CONTD  < TTL PCS >        PRINT NAME  VICTOR TORALGA   TTL WT >                                  TOTAL CHARGES
SGTR  IN WOLD   15-8      SIGNATURE X  VICTOR                                                    CONTD
SEAL  INTACT?            RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
YES  /NO?                RECORD EXCEPTIONS & DESCRIPTIONS OF FLOORS IN BODY OF FREE ABOVE

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 67 of 92

Page 187 of 425

## RECONSIGNMENT BILL OF LADING

| CONSIGNEE | SHIPPER |
|---|---|
| Delphi E & C<br>ATTN: Mary Chavez<br>32 Coler TX Wilson<br>El Paso, Texas 79906 | Laredo Dock<br>% UPS Freight<br>6120 Riverside DR<br>Laredo, TX 78045 |

| SHIPPER NO.: | PURCHASE ORDER NO.: | |
|---|---|---|
| **COLLECT ON DELIVERY**<br>$<br>☐ CASH OR CERTIFIED CHECK - COCC<br>☐ CONSIGNEE CHECK OK - CCOK<br>☐ FEE PREPAID - FEPP<br>☐ FEE COLLECT - FECO | REMIT C.O.D. TO: | |
| | THIRD PARTY BILL TO ADDRESS: | FREIGHT CHARGES:<br>☐ PREPAID<br>☒ COLLECT<br>☐ DEADHEAD |

| PCS | HM | DESCRIPTION OF ARTICLES | WEIGHT | NMFC | VALUE |
|---|---|---|---|---|---|
| 15K | | ASST Parts | 16 | 0000 00-00 | |

IF HAZARDOUS SHOW EMERGENCY RESPONSE INFORMATION HERE: (HMPH)

| ORIGINAL CONSIGNEE | RATING INFORMATION |
|---|---|
| Laredo X Dock<br>13109 Spivey DR<br>Laredo, TX 78045 | XREF PRO(S) 245 449 245<br>MARKING/TAGGING-NO. PIECES:<br>STENCIL? YES ☐ NO ☐ 39 Days<br>CHARGEABLE STORAGE (DAYS):<br>INBOUND CHARGES: PREPAID ☐ COLLECT ☒<br>AMOUNT $ 150.28 |
| ORIGINAL SHIPPER | DELIVERY ATTEMPTED? YES ☐ NO ☒<br>POINT OF RECONSIGNMENT - IF DELIVERY<br>CITY, STATE, ZIP DIFFERS FROM TERMINAL |
| Same as<br>Consignee | ADDRESS - EXIT:<br>RECONSIGNING WITHIN SAME TERMINAL<br>SERVICE AREA? YES ☒ NO ☐<br>DROP / AMEND C.O.D. AMOUNT:    YES ☐    NO ☐ |

RECONSIGNMENT / RETURN AUTHORIZATION: (COMPANY, PERSON CONTACTED, PHONE NUMBER, DATE CONTACTED)

Delphi, Mary Chavez, 915-783-4906 - 7/16/08

PRO LABEL

Charge RCF
7/16/08 (15K)

**UPS Freight™**  **UPS**

ODOMETER    ARRIVE    DEPART    DESTINATION

UPS Freight 437 730 963  LAR

OTC 372 (1-07)

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 69 of 92

Page 188 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 8-26-2008 | DTR | HAR | 444021303 | $ 802.52  USD |

| CONSIGNEE: 17585805 DELPHI 3301 NAFTA PKWY BROWNSVILLE, TX 78521 | P.O. NO. NONE |
|---|---|

Payment Due

ON RECEIPT

| B/L NO. SA 01 154952 | | |
|---|---|---|
| AOV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 11223855 SALINE METALS SYSTEMS LLC 905 WOODLAND DR SALINE, MI 48176 | BILL TO: 32801414 DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | AUTO PARTS | 780 | 019160-01 | 100 | 221.19 | 1,725.28 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -1,121.43 |
| | | | 003290 LTL FUEL ADJUSTMENT | | | | 32.90 | 198.67 |
| | | | SHPR LOAD CONSIGNEE UNLOAD | | | | | |
| | | | ATTACH MISC DOCUMENTS | | | | | |
| | | | CUSTOM PAPER/COMMERCIAL INVOICE | | | | | |
| | | | 000051 LESS PALLET WEIGHT | | | | | |
| | | | 000729 NET WEIGHT | | | | | |
| | | | 154952                    SID# | | | | | |
| | | | 78526              CUSTOMER # | | | | | |
| | | | C01360              CUSTOMER # | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146146 | | | | | |
| | | | ........................................ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508    802.52 | | | | | |
| | | |   02/22/10 P3421849    802.52 | | | | | |
| | | |   01/18/10 P3384610    802.52 | | | | | |
| | | |   12/21/09 P3347416    802.52 | | | | | |
| | | | ........................................ | | | | | |
| 1 | | | TOTAL | 780 | | | | |
| | | | AMOUNT DUE | | | | | 802.52 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (DES)

DELPHI

3301 NAFTA PARKWAY
BROWNSVILLE        TX 78521
BX 22261960
NONE

(800)333-7400

4598  WIX
444 021 303

1QA          HAR
08/26/00     OTB

SALINE METALS SYSTEMS LLC

905 WOODLAND DR
SALINE              MI 48176
11223855

SA 01 154952

SUPPLOAD CONSIGNEE UNLOAD

'S Freight'        www.qsfreight.com

UPGF

444 021 303

| # PCS | UM | FT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | MISC |
|-------|----|----|-----|-----|-----|
| 1 | SK | | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING | 780 | 019160-01 |
| | | | AUTO PARTS | | |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | ATTACH MISC DOCUMENTS | | |
| | | | CUSTOM PAPER/COMMERCIAL INVOICE | | |
| | | | 000051 LESS PALLET WEIGHT | | |
| | | | 000729 NET WEIGHT | | |
| | | | 154952                    SID# | | |
| | | | 78526        CUSTOMER # | | |
| | | | COM 360    CUSTOMER # | | |

CONTD PCS          TTL WT

Ramiro Rosales Sr.

Delphi

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B
(cont.)   Pg 71 of 92

Page 189 of 425

444 021 303

UPGF

444 021 303

UPS Freight™   www.upsfreight.com

444 021 303

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

2 PCS

BILL FREIGHT CHARGES TO:
BILL TO: 24068435
DELPHI CORP
XDATA2LOGISTICS
PO BOX 6030
GRAND BLANC      MI 484806030
UPGF   6180 0261658
UPGF 560   02/04/08 C N 146146

CONT'D PAGE  2

1   TR PCS

TTL WT   780

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

SALINE METALS SYSTEMS, LLC
905 WOODLAND DR., SALINE, MI 48176
PHONE# (734)429-9451          DUNNS # 61-546-8227

SHIPPER'S
NO. SA 01 154952
08/26/08

From

THIS SHIPPING ORDER
must be legibly filled in, in ink, in indelible Pencil or in Carbon, and retained by the agent.

SHIPPER LOAD
CONSIGNEE UNLOAD

FINAL DESTINATION:

INTEVA PRODUCTS CMM
AVE MICHIGAN Y PROLONGACION
UNION C
MEXICO

MATAMOROS CONSIGNED TO    MXB7510

Delph. T&I (RHD)
Matamoros. CMM1
3301 Nafta Parkway Suite B
Brownsville TX 78526

CARRIER: UPS.
U.P.S.

F.O.B.: MILAN

| SUPPLIER CODE | CUSTOMER NO. | TERMS | | PAGE |
|---|---|---|---|---|
| | C01360 | NET 30 | | |

| QUANTITY | COMMODITY | | |
|---|---|---|---|
| | Auto Parts | | |
| | | Gross Weight | 780 |
| | | Tare Weight | 51 |
| | | Net Weight | 729 |
| 1 PALLET | Pallet | | |
| | 1 Packaging List(s) | | |
| | Shipper #'s | | |
| | S I D 154952 | | |

UPS Freight    444 021 303 DTR

Osaid  [signature]
UPS F
8/26/0F

| TOTAL PKG. SHIPPED | NO. PKGS | | WEIGHT | ✓ |
|---|---|---|---|---|
| PALLETS | CARTONS | | | |

Shipper, Per      Agent, Per

permanent post office address of shipper.

COPY 2

PO2.F741.001

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B
(cont.)   Pg 73 of 92

Page 190 of 425

# COMMERCIAL INVOICE

| INTERNATIONAL AIR WAYBILL NO | | | NOTE: All shipments must be accompanied by a International Air waybill. When shipping air freight | | | | |
|---|---|---|---|---|---|---|---|
| Date of Exportation | 06/26/06 | | Export References (i e. order no., invoice no. etc) SHIPPER/ INVOICE# 154952 | | | | |
| Shipper / Exporter (complete name and address) SALINE METAL SYSTEMS 906 WOODLAND DR. EAST SALINE, MI 48176 | | | Consignee( complete name and address ) DELPHI T&I (RH01) MATAMOROS C88M1 3301 NAFTA PARKWAY SUITE B Brownsville, TX 78526 | | | | |
| Country of Export UNITED STATES OF AMERICA | | | Importer if other than Consignee ( complete name and address ) | | | | |
| Country of Manufacture UNITED STATES OF AMERICA | | | | | | | |
| Country of Ultimate Destination Mexico | | | | | | | |
| No. of pkgs. | Type of pkg | Full Description of Goods | QTY | Unit of Measure | WEIGHT | Unit Value | Total Value |
| 0 | CTN | P/N 16858021 CENTER SUPPORT BRKT P.O. 0550022261 | 0 | EA. | 0 | $0.1066 | $ |
| 1 | PALLET | P/N 26868807  REACTION PLATE P.O. 0550022261 | 704 | EA. | 780 | $0.8727 | $    614.38 |
| 1 | CTN | | | TOTAL WEIGHT | 780 | lbs | |
| 704 | Pcs | | | | | | $    614.38 |
| THESE COMMODITIES TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCOR-DANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U S. LAW PROHIBITED | | | | | | CHECK ONE | |
| | | | | | | X F.O.B | |
| | | | | | | C & F | |
| I DECLARE ALL THE INFORMATION CONTAINED IN THIS INVOICE TO BE TRUE AND CORRECT | | | | | | C I F | |

MMS Shipping Personnel                          06/26/06

SIGNATURE OF SHIPPER / EXPORTER          DATE

Note:      Federal I. D. 20-3819436

**SHIPPER**

SALINE METAL SYSTEMS, L.L.C.          154252

AUG  26,2008

905 WOODLAND DR. EAST - SALINE, MI  48176
(734)429-9451      DUNS 61-946-8227

S
H
I
P
T
O

INTEVA PRODUCTS CMM
AVE MICHIGAN Y PROLONGACION
UNION C
MEXICO

PLEASE MAIL ALL PAYMENTS TO:
SALINE METAL SYSTEMS, LLC
75 REMITTANCE DRIVE
SUITE 2560
CHICAGO, IL  60675-2560

S
O
L
D

MATAMOROS          MX87310
       C01360 - ITV1
INTEVA PRODUCTS LLC
1401 CROOKS ROAD

B/L # 154252
CARRIER:    UPSG
            U.P.S.

T
O

TROY                    MI 48004-7106

F.O.B.

| SUPPLIER CODE | CUSTOMER NO. | TERMS | We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. | PAGE |
|---|---|---|---|---|
| 30622190 | C01360 | NET 30 | | 1 |

| QUAN. TY | | DESCRIPTION | | |
|---|---|---|---|---|
| 704 | PC 752465207 | PO:4500003781 | REL:704 | |
| | REACTION PLATE | | LOCMN:A602 | |
| | 1 PALLET | | | |
| | Gross: 280.0 | Tare: 51.0 | Net: 229.0 | |
| | | | | |
| | Gross: 280.0 | Tare : 51.0 Net: 229.0 | | |

| TOTAL PKG. SHIPPED | |
|---|---|
| PALLETS | CARTONS |
| 1 | |

PO2.F741.002                                        COPY 3

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 75 of 92

Page 191 of 425

# UPS Freight™



UPS FREIGHT LTL URGENT

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 10-28-2008 | KAN | HAR | 447635031 | $ 2,425.00  USD |

| CONSIGNEE: 02619761 AUTOMOTIE SAFETY TECHNOLOGY STE G 3801 W MILITARY HWY MCALLEN, TX 78503 | P.O. NO. NONE |
| | B/L NO. NONE |
| | Payment Due |
| | ON RECEIPT |

| | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|

| SHIPPER: 52626442 GASKET ENGINEERING 4500 E 75TH TER KANSAS CITY, MO 64132-2000 | BILL TO: DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208   32801414 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | WAIVED  FUEL ADJ FLAT ·UPS FREIGHT URGENT DELIVERY· 00242500 UPS FREIGHT URGENT 0002425.00 PER NRG0721 NONE      XREF PRO # · UPS FREIGHT URGENT SERVICE · APPROVED BY:NORMA GARCIA STANDARD RATES & DISCOUNTS DO NOT APPLY. · · · · DIMENSION INFO · · · · 5    :PIECES 44   :LENGTH 40   :WIDTH 24   :HEIGHT 700  :ACTUAL WEIGHT 194  :DIMENSIONAL FACTOR 1089 :CHARGEABLE (GAD) WEIGHT ............................. PREVIOUSLY INVOICED ON:   03/22/10 P3458508    2425.00   02/22/10 P3421849    2425.00   01/18/10 P3384610    2425.00   12/21/09 P3347416    2425.00 ............................. TOTAL | | | | | 2,425.00 |
| | | | AMOUNT DUE | | | | | 2,425.00 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

PLEASE PRINT OR TYPE

DATE  10/30/2008

CONSIGNEE (TO)
AUTOMOTIVE SAFETY

STREET ADDRESS: 3901 N MILITARY HWY
STE G

CITY: MCALLEN    STATE: TX    ZIP: 78503

P.O. NUMBER

SHIPPER (FROM)
CASKET ENGINEERING
EARLE JACKSON

STREET ADDRESS: 8510 E 75TH TRER

CITY: KANSAS CITY    STATE: MO    ZIP: 64132

BILL TO: DELPHI CORP.
NORMA GARCIA

PO BOX 6030

GRAND BLANC    MI    48480

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
☐ Prepaid    ☐ Collect    ☒ Third Party Prepaid

| NO. PKGS | PKG. TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | Length | Width | Height | WEIGHT (lbs) | RATE  | NO. | CLASS |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 0 | | | 44 | 40 | 24 | | | | |
| 0 | 0 | | | 0 | 0 | 0 | 700 | | | |
| 0 | 0 | | | 0 | 0 | 0 | | | | |

Urgent Services Shipment - This shipment is a time critical shipment, which was requested
through UPS Freight Urgent Services. This urgent shipment is not subject to standard LTL
rating procedures. Due to the delivery time requirements UPS Freight utilized alternate
transportation solutions to comply with the service requested which is outside the normal LTL

COD FEE    ☐ PREPAID    ☐ COLLECT    COD AMT $

KAN 447635031

UPS Freight COPY

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 77 of 92

Page 192 of 425

447 635 031      1 of 2



"Garcia, Norma C"
<norma.c.garcia@delphi.com
>

10/28/2008 06:20 PM

To    <RKBORDEAUX@upsfreight.com>

cc    "Casas, Efrain Axihito" <efrain.akihito.casas@delphi.com>

bcc

Subject    FW: From UPS Freight

Approved

Thanks,

Norma.

-----Original Message-----
From: RKBORDEAUX@upsfreight.com [mailto:RKBORDEAUX@upsfreight.com]
Sent: Tuesday, October 28, 2008 3:11 PM
To: Garcia, Norma C
Cc: RKBORDEAUX@upsfreight.com
Subject: From UPS Freight

....................................................................
.......

This form must be signed and returned immediately to ensure service
expectations are met as requested of UPS Freight Urgent Services.
....................................................................
.......

UPS Freight LTL Urgent Services Authorization Form
            800-644-0900
            804-291-5353 fax
Please verify information and fax or email the authorization back.

THIS FORM MUST BE SIGNED BY THE COMPANY THAT IS RESPONSIBLE FOR THE
FREIGHT BILL.

Billing Address: _____

                 _____
                 _____

Signed By:       _____

Date:            _____

Ref/Quote#: 2233548
Origin Zip: 64132
Destination Zip: 79503
Weight: 700
Handling Unit Comments: GASKETS
Count of Pcs: 5       Length: 44    Width: 40    Height: 24

Shipper Name: GASKET ENGINEERING
Address: 4500 E 75TH TERR.
KANSAS CITY, MO 64132
Contact: ERNIE JACKSON

447 635 031       2 of 2

Phone: 816 363 8333 X 111

Consignee Name: AUTOMOTIVE SAFETY
Address: 3801 W MILITARY HWY
STE G
MCALLEN, TX 78503
Contact: JUAN
Phone: 956 228 7744

Third Party Name: DELPHI CORP.
Address:
PO BOX 6030

GRAND BLANC, MI 48480
Contact: NORMA GARCIA
Phone: 956 228 6329

Pickup Date: 10/28/2008
Rqrd Del Date/Time: 10/29/2008 12:00 PM
Sales Rep: Rodney Bordeaux
Expedited Rate: $2,425.00
Charges Paic By: Third Party
Pro #: 447635031

..................................................................
.......

Rate given is based on information supplied by the customer. Dimensions
and weight need to be exact. If the dimensions and/or weight differ,
UPS Freight will not be held liable for maintaining this service
agreement.
Also, any difference in this information can result in a change in the
rate. Bill of Lading should have same information as above.  The
expedited
rate does not include charges incurred due to waiting time, driver
unloading,
or other accessorials not previously discussed.  Allowed time for
loading/unloading for contract carriers or trade shows is 1 hour.
Waiting
time charge after that will be $65 per hour.

I give UPS Ground Freight Inc. the authority to bill my company
for the above freight charges for a guaranteed/expedited shipment.  I
understand that if the freight does not deliver on or before the
specified date that I will not be invoiced for this move.
However, I understand that I am still responsible for these charges
if the shipment is delayed due to weather, customer error, or traffic
delays due to detours/road closures/accidents.  On cross border
shipments, if the shipment is delayed in customs, I understand that
I will still be responsible for the Expedited charges.
I understand that if a load is cancelled that I will be subject to
dry run charges that will be communicated at the time of cancellation.

In the event that UPS Freight fails to deliver this shipment on or
before the specified day, UPS Freight's sole liability will be for the
refund of freight charges for this move.  In no event will UPS Freight
be liable for any consequential damages arising from any failure
to deliver by the agreed date.

1026051C47650051_UPGF-199_ccixx.pdf

05-44481-rdd   Doc 20040-3   Filed 05/12/10   Entered 05/12/10 16:11:58   Exhibit B
(cont.)   Pg 79 of 92

Page 193 of 425

# UPS Freight™



UPS FREIGHT LTL

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | | Net Amount Due | |
|---|---|---|---|---|---|---|
| 9-09-2008 | DTR | HAR | 450285054 | | $ 335.48 | USD |

| CONSIGNEE: 17585805 | P.O. NO. NONE | Payment Due | |
| DELPHI | B/L NO. 578710 | ON RECEIPT | |
| 3301 NAFTA PKWY | ADV SCAC | PRO# | DATE | BEY SCAC |
| BROWNSVILLE, TX 78521 | | | | |

SHIPPER:      41672713
PRISM PLASTICS

2040 INTERNATIONAL WAY
PORT HURON, MI 48060

BILL TO:         32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ··· SHIPMENT REWEIGHED ··· PLASTIC AUTO PARTS | 480 | 000060-00 | 60 | | |
| | | | 000500 AS WEIGHT | | | | 137.33 | 686.65 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -446.32 |
| | | | 003210 LTL FUEL ADJUSTMENT | | | | 32.10 | 77.15 |
| | | | 001800 REWEIGH FEE | | | | | 18.00 |
| | | | 00400-DTR ORIGINAL WGT/REWEIGH SHIPMENT WEIGHED AT DTR. WEIGHT DECLARED AS 00400 LBS. ACTUAL WEIGHT IS 00480 LBS. · · · · · ATTENTION · · · · · EDNA AGUILAR CONSIGNEE PHONE # 956 228 1451 SWS UPGF   6180 0261658 UPGF 560    02/04/08 C N 146137 ............................ PREVIOUSLY INVOICED ON: 03/22/10 P3458508    335.48 02/22/10 P3421849    335.48 01/18/10 P3384610    335.48 12/21/09 P3347416    335.48 ............................ | | | | | |
| 1 | | | TOTAL | 480 | | | | |
| | | | AMOUNT DUE | | | | | 335.48 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RET)

CONT

DELPHI

301 MAFIA PKWY
ROUNSVILLE            TX 78521
17585805

NONE                (800)333-7400

15

54611 JNJX

450 285 054

10A          HAR
                    DEL

09/09/08     OTR

SHIPPER
PRISM PLASTICS
2040 INTERNATIONAL WAY
PORT HURON        MI 48060
41672713

ADV CAR

570/ 10

450 285 054

450 285 054

UPGF

Freight

www.upsfreight.com

| PCS | WGH | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | |
|---|---|---|---|---|---|---|
| | | | 1  PIECE(S) COUNTED AND VERIFIED ON | | | |
| 1 | | SK | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING | | | |
| | | | PLASTIC AUTO PARTS | 480 | 000060-00 | |
| | | | AS WEIGHT | 500 | | |
| | | | 65.00X DISCOUNT | | | |
| | | | LTL FUEL ADJUSTMENT | | | |
| | | | REWEIGH FEE | | | |
| | | | 00400-OTR ORIGINAL WGT/REWEIGH | | | |
| | | | SHIPMENT WEIGHED AT OTR. | | | |
| | | | WEIGHT DECLARED AS 00400 LBS. | | | |
| | | | ACTUAL WEIGHT IS 00480 LBS. | | | |
| | | | * * * * *   ATTENTION   * * * * * | | | |

INTO   LTL PCS
5 OLVED
AC/
TWS   IMPACT?    NO

PRINT NAME   OE

SIGNATURE   Jesus Flores

TRL WI

ITEM

DOOM   655   ARRIVE 2:46   DEPART 2:53

DATE  09/15/08   DRIVER NAME

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B (cont.)    Pg 81 of 92

Page 194 of 425

450 285 054

450 285 054

**UPS Freight**   www.upsfreight.com

450 285 054

UPGF

| # PCS | WT | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | MISC |
|---|---|---|---|---|---|

EONA AGUILAR
CONSIGNEE PHONE # 956 228 1451
SWS
SECTION 7 SIGNED
BILL FREIGHT CHARGES TO:
BILL TO: 32801414
DELPHI CORP
XTRENDSET INC
PO BOX 1208
MAULDIN          SC 29662
UPGF   6180 0261658
          CONTD PAGE  2

| CONTD | TTL PCS | PRINT NAME | TTL WT | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|

PCES DENIED
WRAP      INTACT?
☐ YES    ☐ NO

SIGNATURE

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

DATE      DRIVER NAME

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
PS Freight (UPGF)

PLEASE PRINT OR TYPE

UPS   WEB SITE: www.upsfreight.com
DATE 9.9.08

**CONSIGNEE (TO)**
DELPHI CMMS
3301 NAFTA PARKWAY
BROWNSVILLE TX 78521
SUITE B   DOCK 2
CONSIGNEE PHONE # (956) 228-1451   EDNA AGUILAR

**SHIPPER (FROM)**
PRISM PLASTICS
2040 INTERNATIONAL WAY
PORT HURON MI 48060
BILL OF LADING # 587-10

FREIGHT CHARGES ARE PREPAID - PS1 OTHERWISE MARKED
CHECK ONE: ☐ Prepaid  ☒ Collect  ☐ Third Party Prepaid

| NO. PKGS. | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT | NMFC NO. | CLASS |
|---|---|---|---|---|
| 1 PALLET | PLASTIC AUTO PARTS | 400 | | 60 |
| | 21 CARTONS | | | |

TOTAL CUBE:

COD FEE   COD AMT $

Firm name: PRISM PLASTICS   Carrier: UPS Freight #PLF   Driver:

UPS Freight 450 285 054 DTR

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 83 of 92

Page 195 of 425



**PRISM Plastics**
2040 International Way
Port Huron    MI    48060
TEL: 810-987-6127
FAX: 810-987-7721

### SHIPPER

| 5787-10 | 9/9/2008 |
|---|---|
| Carrier Pro #: | |

Page 1 of 1

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD.
TROY MI 48084-1706

**Ship To:**
Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville TX 78521
USA

| Ship Date | Ship Via | FOB: | Terms: NET 45 DAYS |
|---|---|---|---|

| Quantity | Cartons | Part Number | Description | EC# | PO Number | Lot Number |
|---|---|---|---|---|---|---|
| 3,150 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904733 |
| 525 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904817 |
| | | | | | | |
| 3,150 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904733 |
| 525 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904817 |





UPS Freight

CERTIFIED SHIPMENT WEIGHT FORM

| H/U | PKG TYPE | WEIGHT |
|-----|----------|--------|
| 1 | Sk | 480 |
| | | |
| | | |
| | | |
| | | |
| | | |

PRO NUMBER: 450 265 054

ACTUAL WEIGHT: 445

ORIGINAL WEIGHT: 480

WEIGHT RECOVERED: -35

WEIGHED BY: Rick Coler

WEIGHING SERVICE CENTER: 44 185

DATE WEIGHED: 2/6/6

Shipment weighed per National Motor Freight Classification Items 995 and 360 and Rules Tariff Items 361 and 990.

OTC-CY16A (Rev. 05/98)
PRINTED IN U.S.A.

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 85 of 92

Page 196 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 9-22-2008 | DTR | HAR | 450285371 | $  811.80  USD |

| | |
|---|---|
| CONSIGNEE:    17585805<br>DELPHI<br><br>3301 NAFTA PKWY<br>BROWNSVILLE, TX 78521 | P.O. NO.    5825 10 |
| | B/L NO.    5825 10 |

| CONSIGNEE block | Payment Due |
|---|---|
| | ON RECEIPT |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| | | | |

| | |
|---|---|
| SHIPPER:    47575732<br>PRISM PLASTICS<br><br>2040 INTERNATIONAL WAY<br>PORT HURON, MI 48060 | BILL TO:        32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | `···    SHIPMENT REWEIGHED    ···`<br>PLASTIC AUTO PARTS 9.70 PCF<br>65.00% DISCOUNT<br>003110 LTL FUEL ADJUSTMENT<br>001800 INSPECTION<br>001800 REWEIGH FEE<br>00650-DTR ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT DTR.<br>WEIGHT DECLARED AS 00650 LBS.<br>ACTUAL WEIGHT IS 00515 LBS.<br>53.08   CUBIC FEET<br>03 LINEAR FEET<br>ATTACH MISC DOCUMENTS<br>SHIPPER<br>`·  ·  ·  · ATTENTION ·  ·  ·  ·  ·`<br>EDNA AGUILAR<br>CONSIGNEE PHONE # 956 228 1451<br>SWS<br>UPGF   6180 0261658<br>UPGF 560    02/04/08 C N 146137<br>`·······························`<br>PREVIOUSLY INVOICED ON:<br>    03/22/10 P3458508    811.80<br>    02/22/10 P3421849    811.80<br>    01/18/10 P3384610    811.80<br>    12/21/09 P3347416    811.80<br>`·······························` | 515 | 018260-02 | 150 | 328.30<br>65.00<br>31.10 | 1,690.75<br>1,098.99<br>184.04<br>18.00<br>18.00 |
| 1 | | | TOTAL<br>                   AMOUNT DUE | 515 | | | | 811.80 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE

DELPHI

3301 NAFTA PKWY
BROWNSVILLE          TX 78521
17585805

5825 10                (800)333-7400

28        O/R COPY:      1

266274 UPGF
450 285 371

10A        HAR

PIECE OF DATE
09/22/08      OTR

450 285 371

IRISH FORSYTH

2040 INTERNATIONAL WAY
PORT HURON        MI 48060
47575732

ADV CAR
5825 10

UPGF

| PCS | RM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | MARK | | |
|---|---|---|---|---|---|---|---|
| | | | 1  PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING | | | | |
| 1 | | SK | PLASTIC AUTO PARTS 9.70 PCF | 515 | 018260-02 | | |
| | | | 65.00% DISCOUNT | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | INSPECTION | | | | |
| | | | OTR S/C 10 | | | | |
| | | | REWEIGH FEE | | | | |
| | | | OTR S/C 10 | | | | |
| | | | 00650-OTR ORIGINAL WGT/REWEIGH | | | | |
| | | | SHIPMENT WEIGHED AT OTR. | | | | |
| | | | WEIGHT DECLARED AS 00650 LBS. | | | | |

450 285 371

www.upcfreight.com

CONTO    TTL PCS

CFS DI VND

PPAY    PPACE?
[ ] YES    [ ] NO

PROME NAME

SIGNATURE
X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

TTL WT

FIRM

DATE    DRIVER NAME

ODOM    ARRIVE    DEPART

05-44481-rdd    Doc 20040-3    Filed 05/12/10    Entered 05/12/10 16:11:58    Exhibit B
(cont.)    Pg 87 of 92

Page 197 of 425

450 285 371

PS Freight          www.upsfreight.com          450 285 371          UPGF

ACTUAL WEIGHT IS 00515 LBS.
53.00   CUBIC FEET
03 LINEAR FEET
ATTACH MISC DOCUMENTS
SHIPPER
* * * * * ATTENTION * * * * *
EDNA AGUILAR
CONSIGNEE PHONE # 956 228 1451
SWS
SECTION 7 SIGNED
BILL FREIGHT CHARGES TO:
          CONTD PAGE 2

450 285 371

FREIGHT BILL NUMBER

450 285 371

Freight™    www.upsfreight.com    450 285 371

**UPGF**

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

```
BILL TO: 32001414
DELPHI CORP
4TRENDSET INC
PO BOX 1208
MAULDIN            SC 29662
UPGF   6100 0261658
UPGF 560   02/04/08  C N 146137
```

CONTD PAGE  3

1    PIECES                                      515

TTL WT ▶

FROM NAME

JAmes Judian

SIGNATURE

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

CUSTOMER SERVICE 1-800-333-7400
STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

WEB SITE: www.upsfreight.com
DATE 9-22-08

PLEASE PRINT OR TYPE

UPS

**1 CONSIGNEE (TO)**
DELPHI CMM3
3301 NAFTA PARKWAY
BROWNSVILLE    STATE TX    ZIP 78521
P.O. NUMBER    SUITE B    DOCK 2
S825-10
CONSIGNEE PHONE (956) 228-1451    CONTACT NAME (ATTN) EDNA AGUILAR

**2 SHIPPER (FROM)**
PRISM PLASTICS
7040 INTERNATIONAL WAY
PORT HURON    STATE MI    ZIP 48060
BILL OF LADING NUMBER    STORE #    DEPARTMENT #
S825-10

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE:  ☐ Prepaid   ☒ Collect   ☐ Third Party Prepaid

**3 BILL TO**
ADDRESS
CITY    STATE    ZIP

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)

**4** DESCRIPTION OF ARTICLES, WEIGHT, HMFC #, CLASS, AND ADDITIONAL OR CORRECTIONS

| PKG QTY | PKG TYPE | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | HMFC NO. | CLASS |
|---|---|---|---|---|---|
| 1 | PALLET | PLASTIC AUTO PARTS | 650 | | 100 |

TOTAL CUBE:

**5 ADDITIONAL SERVICES** (CHARGES MAY APPLY)
☐ INSIDE DELIVERY REQUIRED
☐ LIFT GATE PICKUP/DELIVERY
☐ NOTIFICATION BEFORE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ SORT AND SEGREGATE
☐ OTHER

COD FEE  ☐ PREPAID  ☐ COLLECT    COD AMT $

UPS Freight   450 285 371   DTR

Firm Name: PRISM PLASTICS

Carrier: UPS Freight

Driver:

7000004-000255

**PRISM Plastics**
2040 International Way
Port Huron      MI      48060
TEL: 810-987-8127
FAX: 810-987-7721

## SHIPPER

| 5825-10 | 9/22/2008 |
|---|---|
| Carrier Pro #: | |

Page  1  of  1

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD.
TROY MI 48084-1706

**Ship To:**

Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville TX 78521
USA

| Ship Date: 9/22/2008 | | Ship Via: MILK RUN | | FOB: COLLECT | | Terms: NET 45 DAYS | |
|---|---|---|---|---|---|---|---|
| Quantity | Cartons | Part Number | Description | EC# | PO Number / RAN Number | Lot Number | |
| 3,150 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904939 | |
| 700 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904817 | |
| 700 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904991 | |
| | | | | | | | |
| 3,150 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904939 | |
| 700 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904817 | |
| 700 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904991 | |



Comment:

Shipped By: _____   Received By: _____

**UPS Freight**

UPS Freight
1000 Semmes Avenue
P.O. Box 1216
Richmond, Virginia 23218-1216
Web Address: www.UPSFreight.com
Customer Service: 1-800-333-7400

## Freight Inspection Certificate

Shipment PRO Number: 450285371    Suffix: R0

| | | | |
|---|---|---|---|
| Date of inspection | 09/22/2008 | Orig. Service Center DTR | Dest. Service Center HAR |
| Shipper | PRISM PLASTICS | | |
| Consignee | DELPHI | | |
| Packing Type | SK | (BG BX BD CN CR CS DR OT PL RK RL SK) | |
| Description | PLASTIC AUTO PARTS | | |
| Model/I.D. | | | |

| Length | Width | Height | Pieces | Cube |
|---|---|---|---|---|
| 45.50 | 48.00 | 42.00 | 1 | 53.08 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |

* Length / Width / Height in inches

Handling Units: 1
Shipment Weight: 515
Shipment Cube: 53.08
Shipment Density: 9.70

Adequate Packaging? ● Yes ○ No
Can double stack freight? ● Yes ○ No

Linear Footage Used

---

NMFC Item Number: 018260-02

Change Type: N

| | |
|---|---|
| N - NMFC Change | E - Extreme Length |
| C - CCAP Added | NW - NMFC and Weight Change |
| F - Feet Added only | K - Cube added only |

NC - NMFC Change & CCAP Added
CW - CCAP & Wt. Change

Comments
INSPECTED FOUND TO BE PLASTIC AUTO PARTS NOI 4 BUT LESS THAN 10 PCF

Inspector ID: Matt Neely

The information set forth in this document constitutes an accurate description of the shipment covered hereby and conforms with applicable laws and tariffs.

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number: 490285571                                    Weighed Date: 09/27/2008
Weighing performed at DTR Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100 series items 360 and 995

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 515 |
| Actual Scale Total | 1 | 515 |