# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 9-29-2008 | DTR | AST | 450286535 | $ 926.23 USD |

CONSIGNEE:   30326295
TAYLOR PRESS

13675 N INTERSTATE HWY 35
JARRELL, TX 76537

P.O. NO.
NONE
B/L NO.
1273DELPHI

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:   52642391
NBJX USA INC

39048 WEBB DR
WESTLAND, MI 48185

BILL TO:   32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 15 | | CN | BAR PIN BUSHINGS | 445 | 114820-00 | 77.5 | 142.06 | 710.30 |
| | | | 0000500 AS WEIGHT | | | | | |
| | | | 003040 LTL FUEL ADJUSTMENT | | | | 30.40 | 215.93 |
| | | | · · · · · ATTENTION · · · · · | | | | | |
| | | | BRAD WERNER | | | | | |
| | | | 000032 LESS PALLET WEIGHT | | | | | |
| | | | 000413 NET WEIGHT | | | | | |
| | | | CONSIGNEE PHONE NUMBER | | | | | |
| | | | 512 746 2932 | | | | | |
| | | | UPGF 560   02/04/08 C N 146116 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508   926.23 | | | | | |
| | | | 02/22/10 P3421849   926.23 | | | | | |
| | | | 01/18/10 P3384610   926.23 | | | | | |
| | | | 12/21/09 P3347416   926.23 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · | | | | | |
| 1 | | | TOTAL | 445 | | | | |
| | | | AMOUNT DUE | | | | | 926.23 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RED)

SSIGNEE

TAYLOR PRESS

13675 N INTERSTATE HWY 35
JARRELL          TX 76537
        30326295

NONE

62

54117 JNJX

450 286 535

09/29/08

450 286 535

NBJX USA INC

39048 WEBB DR
WESTLAND          MI 48185
      47657831      (734)721-7340

1273DELPHI

(800)233-7400

5 Freight                www.npcfreight.com          450 286 535                                    UPGF

| # PCS | WM | FT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | (1 SK) HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (16 CN) BAR PIN BUSHINGS | 445 | 114620-00 | | |
| | | | AS WEIGHT | 500 | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | * * * *     ATTENTION   * * * * | | | | |
| | | | BRAD WERNER | | | | |
| | | | 000032 LESS PALLET WEIGHT | | | | |
| | | | 000413 NET WEIGHT | | | | |
| | | | CONSIGNEE PHONE NUMBER | | | | |
| | | | 512 746 2932 | | | | |
| | | | BILL TO: 51674873 | | | | |

CONT'D  TTL PCS
S OWED
B/P    BROKER?
YES    NO

PRINT NAME  Tyler Stroup
SIGNATURE  X
FIRM  Taylor Press

TTL WT

ODOM  295
DATE  10-2

ARRIVE  1521
DEPART  1525

# BILL OF LADING

## Bill of Lading # 1273Delphi

| TO | | FROM | |
|---|---|---|---|
| Consignee **Taylor Press Products** | | Shipper **NBJX USA, Inc.** | |
| Street **13675 North IH 35** | | Street **39048 Webb Drive** | |
| Destination Attn: **Brad Werner 512/746-2932** | | Origin | |
| City State Zip **Jarrell, Texas 76537** | | City State Zip **Westland, MI 48185** | |
| Route: | | Special Instructions: | |

| FOR PAYMENT, SEND BILL TO | | SHIPPER'S INSTRUCTIONS |
|---|---|---|
| Name: **Delphi E&C Los Pinos** | | |
| Company **Vialidad Ch-P #8802** | | |
| Street **Los Pinos 1** | | |
| City State Zip **Chihuahua, CH, MX 31416** | | |

| NO. SHIPPING UNITS | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| 15 cartons on 1 Skid | Bar Pin Bushings (22242272) | 413 | | |
| | | | | |
| | Weight of skids | 32 | | |
| | Total | 445 | | |

REMIT C.O.D.     C.O.D. AMOUNT: $

| | | |
|---|---|---|
| 2/7   13:20   13:25 ODOMETER   ARRIVE   DEPART   DESTINATION | If this shipment is to be delivered to the consignee without recourse o n the consignor, the consignor shall sign the following statement: The carrier shall not make deli very of this shipment without payment of freight and al l other lawful charges. | TOTAL CHARGES $ |
| **UPS Freight 450 286 535 DTR** | | |
| NOTE: W here the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value o f the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____ | (Signature of Consignor) | Freight Charges are collect unless market prepaid **Third Party Billing – See Above** |

RECEIVED subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above is apparent good order, except as noted (contents and condition of packages unknown), marked consigned and destined as indicated above which said carrier being understood through this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery as said destination. If on its route, otherwise to deli ver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions.

| Shipper NBJX USA | Carrier |
|---|---|
| Per _____ 9/29/08 | Per _____ Date: 9/29/08 |

Mark with "X" or "RQ" if applicable to designate Hazardous Material s Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of that column is an optional met hod for identifying hazardous materials on Bills of Lading 172.201(a)(1) (iii) of Title 4 9. Code of Federal Regulations. Also when shipping hazardous materials, the shipper' s certification statement prescribed in section 172.204(a) of the Federal Regulations, as indicated on the Bill of Lading does apply, unless a specific exception from the requirement is pro vided in t he Regulation for a particular material.

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 11-11-2008 | DTR | HAR | 450288064 | $ 612.41 | USD |

| CONSIGNEE: 17585805 | P.O. NO. 595710 | Payment Due | |
|---|---|---|---|
| DELPHI | B/L NO. | | |
| 3301 NAFTA PKWY | NONE | ON RECEIPT | |
| BROWNSVILLE, TX 78521 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 44007305 | BILL TO: |
|---|---|
| PRISM PLASTICS | DELPHI CORP          32801414 |
| | %TRENDSET INC |
| 2040 INTERNATIONAL WAY | PO BOX 1208 |
| PORT HURON, MI 48060 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 56 | | CN | PLASTIC AUTO PARTS | 650 | 000100-00 | 100 | 221.19 | 1,437.74 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -934.53 |
| | | | 002170 LTL FUEL ADJUSTMENT | | | | 21.70 | 109.20 |
| | | | · · · · · ATTENTION · · · · · | | | | | |
| | | | EDNA AGUILAR | | | | | |
| | | | CONSIGNEE PHONE # 956 228 1451 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146137 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    612.41 | | | | | |
| | | | 02/22/10 P3421849    612.41 | | | | | |
| | | | 01/18/10 P3384610    612.41 | | | | | |
| | | | 12/21/09 P3347416    612.41 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 1 | | | TOTAL | 650 | | | | |
| | | | AMOUNT DUE | | | | | 612.41 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

450 288 064

DELIVERY RECEIPT (DDR)

SIGNEE

DELPHI

:301 NAFTA PKWY
:ROWNSVILLE          TX 28521
    17505805

5852 10                    (800)333-7400

17

BONDED BILLE

4123 JNJX

450 288 064

10A

PICK UP DATE
11/11/08

SHIPPER
PRISM PLASTICS

2040 INTERNATIONAL WAY
PORT HURON          MI 48060
    44007305

HAR

ADV CAR
NONE

F/A

450 288 064                    UPGF

| PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | 650 | 000100-00 | | |
| | | | ( SK) HANDLING UNIT(S) SAID TO CONTAIN: | | | | | |
| | | | (56 CN) PLASTIC AUTO PARTS | | | | | |
| | | | 65.00% DISCOUNT | | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | * * * *    ATTENTION  * * * * | | | | | |
| | | | EDNA AGUILAR | | | | | |
| | | | CONSIGNEE PHONE # 956 228 1451 | | | | | |
| | | | SECTION 7 SIGNED | | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | | |
| | | | BILL TO: 32801414 | | | | | |
| | | | DELPHI CORP | | | | | |

Recieved one SKID with 56 Boxes
One Box CRushed/TORN
Plastic Parts Falling out    Continental

ONTO    TTL PCS
                1SK
IS DLVRD
RAP    INTACT?
YES    NO

PRINT NAME
JAmes Justin ham
SIGNATURE

FIRM
Delphi

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

TTL WT

CDOM
284
DAY

ARRIVE
1358
DEPARTE NAME

DEPART
135
Thur
D.45

CONSIGNEE    DELIVERY RECEIPT (RED)

INBOUND TRAILER    SHIPPER    450 288 064

450 288 064

PICK UP DATE    BOL

POD    UPS FREIGHT PICKUP NUMBER    ADV CAR BLF

UPS Freight    www.upsfreight.com    450 288 064    UPGF

# PCS    HM    PT    DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS    WEIGH (KG)    NMFC

XTRENDSET INC
PO BOX 1208
MAULDIN          SC 29662
UPGF    6180 0261658
UPGF 560    02/04/08 C N 146137

CONTD PAGE 2

1    TTL PCS    TTL WT ▶    650

PCS DLVRD    ODOM    ARRIVE    DEPART
WRAP    IMPACT?
WS    INO    RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    DATE    DRIVER NAME
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

WEB SITE: www.upsfreight.com

CUSTOMER SERVICE 1-800-333-7400
STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

PLEASE PRINT OR TYPE

DATE 11/11/08

CONSIGNEE (TO): DELPHI CMM3
STREET ADDRESS: 3301 NAFTA PARKWAY
CITY: BROWNSVILLE    STATE: TX    ZIP: 78521
SUITE: B    DOCK: 2
P.O. NUMBER: 5957.10
CONSIGNEE PHONE #: (956) 228-1451
CONTACT NAME (ATTN): EDNA AGUILAR

SHIPPER (FROM): PRISM PLASTICS
STREET ADDRESS: 2040 INTERNATIONAL WAY
CITY: PORT HURON    STATE: MI    ZIP: 48060

CHECK ONE: ☐ Prepaid  ☒ Collect  ☐ Third Party Prepaid

| NO. PKGS. | PKG. TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 1 | PALLET | | PLASTIC AUTO PARTS | 650 | | 100 |
| | | | 56 TOTAL CARTONS | | | |
| | | | TOTAL CUBE: | | | |

ADDITIONAL SERVICES (CHARGES MAY APPLY):
☐ INSIDE DELIVERY REQUIRED  ☐ RESIDENTIAL DELIVERY
☐ LIFT GATE PICKUP/DELIVERY  ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY  ☐ OTHER

COD FEE ☐ PREPAID ☐ COLLECT    COD AMT $

TRAILER NUMBER: 49.109
SEAL # APPLIED:
☐ SHIPPER LOAD / CONSIGNEE UNLOAD

UPS Freight    450 288 064 DTR

Firm name: PRISM PLASTICS    Carrier: UPS Freight    Driver:



**PRISM Plastics**
2040 International Way
Port Huron    MI    48060
TEL: 810-987-6127
FAX: 810-987-7721

| SHIPPER | |
|---|---|
| 5957-10 | 11/11/2008 |
| Carrier Pro #: | |

Page 1 of 1

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD.
TROY MI 48084-1705

**Ship To:**

Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville TX 78521
USA

| Ship Date: 11/11/2008 | | Ship Via: MILK RUN | | FOB: COLLECT | | Terms: NET 45 DAYS | |
|---|---|---|---|---|---|---|---|
| Quantity | Cartons | Part Number | Description | EC# | PO Number / RAN Number | Lot Number | |
| 700 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081106062 | |
| 3,150 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081106036 | |
| 700 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081005280 | |
| 350 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081005310 | |
| | | | | | | | |
| 3,150 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081106036 | |
| 700 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081005280 | |
| 700 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081106062 | |
| 350 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081005310 | |

1 SKID @ 650 LBS



Comments:

Shipped By:                    Received By:

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 11-17 2008 | DTR | HAR | 450288086 | $ 516.26 USD |

CONSIGNEE:    17585805
DELPHI

3301 NAFTA PKWY
BROWNSVILLE, TX 78521

SHIPPER:    46375840
PRISM PLASTICS

2040 INTERNATIONAL WAY
PORT HURON, MI 48060

P.O. NO.
NONE

B/L NO.
597210

ADV SCAC    PRO#

Payment Due

**ON RECEIPT**

DATE    BEY SCAC

BILL TO:    32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 48 | | CN | *** SHIPMENT REWEIGHED *** <br> PLASTIC AUTO PARTS <br> 65.00% DISCOUNT <br> 002030 LTL FUEL ADJUSTMENT <br> 001800 REWEIGH FEE <br> 00600-DTR ORIGINAL WGT/REWEIGH <br> SHIPMENT WEIGHED AT DIR. <br> WEIGHT DECLARED AS 00600 LBS. <br> ACTUAL WEIGHT IS 00535 LBS. <br> * * * * ATTENTION * * * * <br> EDNA AGUILAR <br> CONSIGNEE PHONE # 956 228 1451 <br> UPGF  6180 0261658 <br> UPGF 560    02/04/08 C N 146137 <br><br> ................................. <br> PREVIOUSLY INVOICED ON: <br>   03/22/10 P3458508    516.26 <br>   02/22/10 P3421849    516.26 <br>   01/18/10 P3384610    516.26 <br>   12/21/09 P3347416    516.26 <br> ................................. | 535 | 000100-00 | 100 | 221.19 <br> 65.00 <br> 20.30 | 1,183.37 <br> -769.19 <br> 84.08 <br> 18.00 |
| 1 | | | TOTAL <br> AMOUNT DUE | 535 | | | | 516.26 COL |

If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.

DELIVERY RECEIPT (RED)

4-S

SECOND SHIPPER
282957 (OWN)
FREIGH BILL NUMBER

450 288 086

SHIPPER
PRISM PLASTICS

DELPHI

801 NAFTA PKWY
BROWNSVILLE      TX 78521
    1758SR05

450 288 086
CUST BK/END SEAC

10A
PICK UP DATE

HBR
ORIG

2040 INTERNATIONAL WAY
PORT HURON      MI 48060
    46375840
ADV CAR
ABY      5972 10

NONE

(800)333-7400

11/17/08

DTR

Freight                www.upsfreight.com

450 288 086                                      UPGF

| PCS | HM | PK | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | |
|-----|----|----|---------------------------------------------|--------------|------|--|
| 1   |    |    | PIECE(S) COUNTED AND VERIFIED ON            | 535          | 000100-00 | |
|     |    |    | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN:     |              |      | |
|     |    |    | (46 CN) PLASTIC AUTO PARTS                  |              |      | |
|     |    |    | 65.00% DISCOUNT                             |              |      | |
|     |    |    | LTL FUEL ADJUSTMENT                         |              |      | |
|     |    |    | REWEIGH FEE                                 |              |      | |
|     |    |    | 00600-DTR ORIGINAL WGT/REWEIGH             |              |      | |
|     |    |    | SHIPMENT WEIGHED AT DTR.                    |              |      | |
|     |    |    | WEIGHT DECLARED AS 00600 LBS.              |              |      | |
|     |    |    | ACTUAL WEIGHT IS 00535 LBS.                |              |      | |
|     |    |    | * * * *  ATTENTION  * * * *                |              |      | |
|     |    |    | EDNA AGUILAR                                |              |      | |

INTD    PCS              PRINT NAME

SEND
BRACI?
  YES      NO

SIGNATURE

RECEIVED IN APPARENT PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

UPS Freight™    www.upsfreight.com    UPGF

CONSIGNEE PHONE # 956 228 1451
SECTION 7 SIGNED
BILL FREIGHT CHARGES TO:
BILL TO: 32801414
DELPHI CORP
XTRENDSET INC
PO BOX 1208
MAULDIN           SC 29662
UPGF    6180 0261658
UPGF 560    02/04/08 C N 146137

CONTD PAGE 2

450 288 086

TTL WT    535



CUSTOMER SERVICE 1-800-333-7400
STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

PLEASE PRINT OR TYPE

WEB SITE: www.upsfreight.com

DATE: 11/17/08

| **1. CONSIGNEE (TO)** | **2. SHIPPER (FROM)** |
|---|---|
| DELPHI CMMS | PRISM PLASTICS |
| STREET ADDRESS: 3301 NAFTA PARKWAY | STREET ADDRESS: 2040 INTERNATIONAL WAY |
| CITY: BROWNSVILLE STATE: TX ZIP: 78521 | CITY: PORT HURON STATE: MI ZIP: 48060 |
| P.O. NUMBER: SUITE: B DOCK: Z | BILL OF LADING NUMBER: 5972.10 STORE #: DEPARTMENT #: |
| CONSIGNEE PHONE #: (956) 228-1451 CONTACT NAME (ATTN): ERNA AGUILAR | FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED. CHECK ONE: ☐ Prepaid ☒ Collect ☐ Third Party Prepaid |

**3. BILL TO**

ADDRESS

CITY STATE

Received $ ________ to be delivered in the prepayment of the charges on the property described hereon. (Agent or Cashier)

☐ GUARANTEED DELIVERY REQUESTED (If box is checked) GRTD

**4.**

| NO. PCS. | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 1 | PALLET | | PLASTIC AUTO PARTS | 600 | | 100 |
| | | | 48 TOTAL CARTONS | | | |
| 0 | | | TOTAL CUBE: | 0 | | |

"Mark with an "X" to designate hazardous materials as defined in title 49 of the Code of Fed. Reg.

Hazardous material emergency contact #

**5. ADDITIONAL SERVICES: (CHARGES MAY APPLY)**

☐ INSIDE DELIVERY REQUIRED ☐ RESIDENTIAL DELIVERY
☐ LIFT GATE PICKUP/DELIVERY ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY ☐ OTHER:

REMIT C.O.D. CASH / CHECK TO

METHOD OF PAYMENT (REQUIRED) FEE COLLECT UNLESS OTHERWISE MARKED
COD FEE ☐ PREPAID ☐ COLLECT

COD SHIPMENTS GOVERNED BY UPGF 102 RULES ITEM 430
COD AMT $

IF NOT CHECKED, BOTH ARE ACCEPTABLE
☐ CONSIGNEE CHECK ACCEPTABLE ☐ CERTIFIED CHECK OR CASH

UPS Freight LIABILITY: [illegible]

Shipper to be not exceeding ______ per ______ **Shipper requests Excess Declared Value Coverage in the amount of $ ______

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; *** the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the [illegible] ... which are hereby agreed to by the shipper and accepted for himself and his assigns. Where [illegible]

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: UPS Freight shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature)

ODOMETER | ARRIVE | DEPART | DESTINATION

UPS Freight 450 288 086 DTR

CCS10278498

TRAILER NUMBER: 286817

LINEAR FEET OF SHIPMENT:

SEAL # APPLIED:

BEYOND SCAC:

CROSS REF PRO #:

☐ SHIPPER LOAD / CONSIGNEE UNLOAD

[illegible] available at www.upsfreight.com - UPGF 102 [illegible] Tariff

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Firm name: PRISM PLASTICS

Carrier: UPS Freight

Driver: 11/17

**PRISM Plastics**
2040 International Way
Port Huron    MI    48060
TEL: 810-987-6127
FAX: 810-987-7721

| SHIPPER | |
|---|---|
| 5972-10 | 11/17/2008 |
| Carrier Pro #: | |
| | Page  1  of  1 |

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD.
TROY  MI  48084-1708

**Ship To:**

Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville  TX  78521
USA

| Ship Date: 11/17/2008 | | Ship Via: MILK RUN | | FOB: COLLECT | | Terms: NET 45 DAYS | |
|---|---|---|---|---|---|---|---|
| Quantity | Cartons | Part Number | Description | EC#| PO Number / RAN Number | Lot Number | |
| 2,100 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081106062 | |
| 1,750 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081106036 | |
| 350 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081106085 | |
| 4,200 | 48 | | | | | | |
| 2,100 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081106062 | |
| 1,750 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081106036 | |
| 350 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081106085 | |
| 4,200 | 48 | | | | | | |

1 @ 600 LBS

48 TOTAL CARTONS



**UPS Freight**
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 450228386                          Weighed Date 11/17/2008
Weighing performed at DTR Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| Handling Units | Weight (lbs.) |
|---|---|
| 1 | 535 |
| Actual Scale Total | |
| 1 | 535 |

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 9-29-2008 | DTR | HAR | 450289070 | $  605.71  USD |

CONSIGNEE:    17585805
DELPHI

3301 NAFTA PKWY
BROWNSVILLE, TX 78521

| P.O. NO. NONE | | | | **Payment Due** |
|---|---|---|---|---|
| B/L NO. 5846 10 | | | | **ON RECEIPT** |
| ADV SCAC | PRO# | | DATE | BEY SCAC |

SHIPPER:     04797354
PRISM PLASTICS

2040 INTERNATIONAL WAY
PORT HURON, MI 48060

BILL TO:      32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 56 | | CN | PLASTIC AUTO PARTS | 600 | 000100-00 | 100 | 221.19 | 1,327.14 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -862.64 |
| | | | 003040 LTL FUEL ADJUSTMENT | | | | 30.40 | 141.21 |
| | | | · · · · · ATTENTION · · · · · | | | | | |
| | | | EDNA AGUILAR | | | | | |
| | | | CONSIGNEE PHONE # 956 228 | | | | | |
| | | | 1451 | | | | | |
| | | | CCS9726738      CUSTOMER # | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 146137 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508      605.71 | | | | | |
| | | |   02/22/10 P3421849      605.71 | | | | | |
| | | |   01/18/10 P3384610      605.71 | | | | | |
| | | |   12/21/09 P3347416      605.71 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 2 | | | TOTAL | 600 | | | | |
| | | | AMOUNT DUE | | | | | 605.71 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**



DELPHI

301 NAFTA PKWY
ROUNSVILLE          TX 78521
   17585805

NONE          (800)333-7400

03

3057 JNJX
450 289 070
10A
09/29/08

SHIPPER
PRISM PLASTICS
2040 INTERNATIONAL WAY
PORT HURON          MI 48050
04797354

5846 10

450 289 070

UPGF

Freight          www.upsfreight.com

450 289 070

PIECE(S) COUNTED AND VERIFIED ON
(2 SK) HANDLING UNIT(S) SAID TO CONTAIN:
(SS GN) PLASTIC AUTO PARTS          600     000100-00
65%     DISCOUNT
LTL FUEL ADJUSTMENT
* * * *   ATTENTION   * * * *
EDNA AGUILAR
CONSIGNEE PHONE # 956 228
1451
SECTION 7 SIGNED
CCS9726/38          CUSTOMER #
BILL FREIGHT CHARGES TO:

JESUS A FLORES

10/03/08          2:10pm

450 289 070

450 289 070

UPS Freight

www.upsfreight.com

450 289 070

UPGF

2 Skids

BILL TO: 32801414
DELPHI CORP
XTRENDSET INC
PO BOX 1208
MAULDIN              SC 29662
UPGF   6180 0261658
UPGF 560     02/04/08 C N 146137

CON'T'D PAGE  2

2          CON'T'D PAGE  2         600

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

WEB SITE: www.upsfreight.com

UPS

9-29-08

STOMER SERVICE 1-800-333-7400
RAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
PS Freight (UPGF)

PLEASE PRINT OR TYPE

**CONSIGNEE (TO)**

DELPHI CMM3

3301 NAFTA PARKWAY

Brownsville    STATE TX  ZIP 78521  Suite B DOCK 2

P.O. NUMBER

CONSIGNEE PHONE #
(956) 228-1451   CONTACT NAME  Edna Aguilar

**SHIPPER (FROM)**

Prism Plastics

2040 International Way

Port Huron    MI  48060

BILL OF LADING NUMBER 5846.10   STORE #   DEPARTMENT #

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED

CHECK ONE:  ☐ Prepaid  ☒ Collect  ☐ Third Party Prepaid

Received $ _____ to be delivered to the prepayment of the charges on the property
described hereon    (except as it arises)

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)   GRTD

**BILL TO**

ADDRESS

CITY    STATE    ZIP

| NO. PCS | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---------|----------|-----|-----------------------------------------|---------------|----------|-------|
| 2 | PALLETS | | Plastic Auto Parts | 600 | | 100 |
| | | | 56 TOTAL CARTONS | | | |
| | | | #CCS9726738 | | | |

TOTAL CUBE:

"Mark with an 'X' to designate hazardous materials as defined in title 49 of the Code of Fed. Reg.

**ADDITIONAL SERVICES:** (CHARGES MAY APPLY)
☐ INSIDE DELIVERY REQUIRED
☐ LIFT GATE PICKUP/DELIVERY
☐ NOTIFICATION BEFORE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ SORT AND SEGREGATE
☐ OTHER

Hazardous material emergency contact #
REMIT C.O.D. CASH / CHECK TO

☐ IF NOT CHECKED, BOTH ARE ACCEPTABLE
☐ CONSIGNEE CHECK ACCEPTABLE   ☐ CERTIFIED CHECK OR CASH

**COD FEE**  ☐ PREPAID  ☐ COLLECT   **COD AMT $**

COD SHIPMENTS GOVERNED BY UPGF 102 RULES ITEM 130

UPS Freight 450 289 070 DTR

Firm name: Prism Plastics

Carrier: UPS Freight   Driver:

his is to certify that the above named materials and properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.



**PRISM Plastics**
2040 International Way
Port Huron    MI    48060
TEL: 810-987-6127
FAX: 810-987-7721

| SHIPPER | |
|---|---|
| 5846-10 | 9/29/2008 |
| Carrier Pro #: | |
| | Page  1  of  1 |

**Bill To:**
DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD.
TROY  MI 48084-1705

**Ship To:**
Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville  TX  78521
USA

| Ship Date: 9/29/2008 | | Ship Via:  MILK RUN | | FOB: COLLECT | | Terms:  NET 45 DAYS | |
|---|---|---|---|---|---|---|---|
| Quantity | Cartons | Part Number | Description | EC# | PO Number / RAH Number | Lot Number | |
| 3,150 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904963 | |
| 875 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904991 | |
| 350 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904939 | |
| 525 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P080904963 | |
| | | | | | | | |
| 3,150 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904963 | |
| 875 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904991 | |
| 525 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904963 | |
| 350 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P080904939 | |



Comment:

Shipped By:                                        Received By:

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 8-01-2008 | SYR | LAR | 452775035 | $ 156.33  USD |

| CONSIGNEE:    34694155 | P.O. NO. | |
|---|---|---|
| DELPHI CORP | NONE | |
| DIV E CISCO CORP 60611 | **Payment Due** | |
| 13701 MINES RD | B/L NO. | |
| LAREDO, TX 78041 | 610 | **ON RECEIPT** |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:    04682355 | BILL TO:    32801414 |
|---|---|
| FINGER LAKES EXTRUSION CO | DELPHI CORP |
| | %TRENDSET INC |
| HOWLAND ST | PO BOX 1208 |
| UNION SPRINGS, NY 13160 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 4 | | CN | PLASTIC TUBING | 100 | 000085-00 | 85 | MIN | 323.65 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -210.37 |
| | | | 003800 LTL FUEL ADJUSTMENT | | | | 38.00 | 43.05 |
| | | | · · · · · ATTENTION · · · · · | | | | | |
| | | | JORGE SAENC | | | | | |
| | | | 956 693 5125 | | | | | |
| | | | CUSTOMER REQUESTS | | | | | |
| | | | NEXT DAY SAT DEL | | | | | |
| | | | DO NOT DOUBLE STACK | | | | | |
| | | | DO NOT TOP LOAD | | | | | |
| | | | PTOME0867313    CUSTOMER # | | | | | |
| | | | UPGF   6180 02G1658 | | | | | |
| | | | UPGF 560    02/04/08 C N 196542 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    156.33 | | | | | |
| | | | 02/22/10 P3421849    156.33 | | | | | |
| | | | 01/18/10 P3384610    156.33 | | | | | |
| | | | 12/21/09 P3347416    156.33 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 1 | | | TOTAL | 100 | | | | |
| | | | AMOUNT DUE | | | | | 156.33 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

SHIPMENT RECEIPT (SR1B)

DELPHI CORP
DIV P CISCO 60611
13701 MINES RD
LAREDO          TX 78041
NONE    08334756    (956)726-1621
            UPS FREIGHT PHONE NUMBER
            (800)333-7400

PREPAID RESELLER
55895 TXSE
PRO/WAY BILL NUMBER
452 775 035
OPT HY/BHO SCAC        PROF
            17F
PICK UP DATE
08/01/08

SHIPPER
FINGER LAKES EXTRUSION CO
452 775 035

HOWLAND ST
UNION SPRINGS    NY 13160
04682355
ADV CAR
NO    610

DEST
LAR
ORIG
SYR

07
08/04/08-08/04/08 REQ DEL DATE
DO NOT DOUBLE STACK
DO NOT TOP LOAD

Freight°    www.upsfreight.com        452 775 035            UPGF

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | MARK |
|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK   HANDLING UNIT(S) SAID TO CONTAIN: | | |
| | | | 40 CN  PLASTIC TUBING | 100 | 000085-00 |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | *  *  *  *  ATTENTION  *  *  *  * | | |
| | | | JORGE SAENC | | |
| | | | 956 693 5125 | | |
| | | | CUSTOMER REQUESTS | | |
| | | | NEXT DAY SAT DEL | | |
| | | | PTOME0867313    CUSTOMER # | | |
| | | | BILL FREIGHT CHARGES TO: | | |

PRINT NAME                    TTL WT ▶        ORIGIN    ARRIVE    DEPART
SIGNATURE    Mario Rodriguez    Delphi Co      4/07    11:56    12:04
                                                DATE
                                                08/06
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD OVERAGES & DESCRIPTIONS OF GOODS IN EXCEPT OF ITEMS ABOVE

**THIS SHIPPING ORDER**

DESIGNATE WITH AN (X)
BY TRUCK ☐    FREIGHT ☐

**From** FINGER LAKES EXTRUSION CORP
UNION SPRINGS, NY 13160

At
Delphi
FW8096 Warehouse
13701 Mines Road
Laredo TX 78045

DATE 8-1-09    SHIPPERS NO 610

UPS Freight 452 775 035 SYR

| NO PKGS | | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | *WEIGHT (SUB TO COR.) | CLASS OR RATE | CK COL |
|---|---|---|---|---|---|---|
| 4 skid | | Plastic Tubing | | 100 lb | 85 | |
| | | ATTN: Jorge Saenc | | | | |
| | | 956 693 5165 | | | | |
| | | Next day Sat. del | | | | |
| | | PO# ME0860313 | | | | |

**DO NOT DOUBLE STACK**

**DO NOT TOP LOAD**

PLACARDS SUPPLIED    ☐ YES  ☐ NO    DRIVER'S SIGNATURE

FINGER LAKES EXTRUSION CORP
UNION SPRINGS, NY 13160

Shipper, Per

Permanent post-office address of shipper

2

# UPS Freight™



UPS FREIGHT LTL

REMIT TO:
P.O BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 9-22-2008 | DTR | AST | 453499281 | $   931.20 | USD |

| CONSIGNEE:      30326295 | P.O. NO. | Payment Due |
|---|---|---|
| TAYLOR PRESS | NONE | |
| 13675 N INTERSTATE HWY 35 | B/L NO. | **ON RECEIPT** |
| JARRELL, TX 76537 | 1264 DELPHI | |

| | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|

| SHIPPER:       52642391 | BILL TO: |
|---|---|
| NB/X USA INC | DELPHI CORP        32801414 |
| 39048 WEBB DR | %TRENDSET INC |
| WESTLAND, MI 48185 | PO BOX 1208 |
| | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 15 | | CN | BAR PIN BUSHINGS | 445 | 114820-00 | 77.5 | | |
| | | | 0000500 AS WEIGHT | | | | | |
| | | | 003110 LTL FUEL ADJUSTMENT | | | | 142.06 | 710.30 |
| | | | · · · · ·  ATTENTION  · · · · · | | | | 31.10 | 220.90 |
| | | | BRAD WERNER | | | | | |
| | | | CONSIGNEE PHONE NUMBER | | | | | |
| | | | 512 746 2932 | | | | | |
| | | | UPGF 560    02/04/08 C N 146116 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      931.20 | | | | | |
| | | | 02/22/10 P3421849      931.20 | | | | | |
| | | | 01/18/10 P3384610      931.20 | | | | | |
| | | | 12/21/09 P3347416      931.20 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 1 | | | TOTAL | 445 | | | | |
| | | | AMOUNT DUE | | | | | 931.20 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (SRD)

TAYLOR PRESS

3675 N INTERSTATE HWY 35
HARRELL        TX 76537
    30326295

NONE            (800)333-7400

BOUND TRAILER    54657 JNJX    SHIPPER    NDJX USA INC    453 499 281
TRAILER SEAL NUMBERS    453 499 281    39048 WEBB DR
                                      WESTLAND        MI 48185
CITY STATE AND SCAC    PKG    47657831    (734)721-7340
    28 LR    AST    ADV CAR
PCE OF DATE    ORIG    1264 DELPHI
09/22/08    01R

25

| | 453 499 281 | | UPGF |

Freight    www.upsfreight.com    453 499 281    UPGF

| PCS | WM | PH | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | 445 | 114820-00 | | |
| | | | (15 CN) BAR PIN BUSHINGS | 500 | | | |
| | | | AS WEIGHT | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | * * * *  ATTENTION  * * * * | | | | |
| | | | BRAD WERNER | | | | |
| | | | CONSIGNEE PHONE NUMBER | | | | |
| | | | 512 746 2932 | | | | |
| | | | BILL TO: 51674873 | | | | |
| | | | DELPHI CORP | | | | |
| | | | UPGF 560    02/04/08 C N 146116 | | | | |

| 1 TL PCS | PRINT NAME  Quintin Taylor | TTL WT  445 | ODOM  159 | ARRIVE  1403 | DEPART  140 B |
|---|---|---|---|---|---|
| IS DLVRD | SIGNATURE  Quintin | FIRM  Taylor Press | | | |
| DUP    DUP/ACT? | X Quintin | | DATE  9.25 | DRIVER NAME  Randy | |
| YES    NO | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

# BILL OF LADING

**Bill of Lading # 1264Delphi**

| TO | | FROM | |
|---|---|---|---|
| Consignee **Taylor Press Products** | | Shipper **NBJX USA, Inc.** | |
| Street **13675 North IH 35** | | Street **39048 Webb Drive** | |
| Destination Attn: **Brad Werner 512/746-2932** | | Origin | |
| City State Zip **Jarrell, Texas 76537** | | City State Zip **Westland, MI  48185** | |
| Route: | | Special Instructions: | |

| FOR PAYMENT, SEND BILL TO | SHIPPER'S INSTRUCTIONS |
|---|---|
| Name **Delphi E&C Los Pinos** | |
| Company **Vialidad Ch-P #8802** | |
| Street **Los Pinos 1** | |
| City State Zip **Chihudnua, CH, MX 31416** | |

| NO. SHIPPING UNITS | DESCRIPTION OF ARTICLES SPECIAL MARKS & EXCEPTIONS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|
| 15 cartons on 1 Skid | Bar Pin Bushings (22242272) | 413 | | |
| | Weight of skids | 32 | | |
| | Total | 445 | | |

REMIT C.O.D.                          C.O.D. AMOUNT: $

TO:

ADDRESS:

If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

TOTAL CHARGES $

```
539    12.50    100
ODOMETER    ARRIVE    DEPART    DESTINATION
```

**UPS Freight   453 499 281  DTR**

Freight Charges are collect unless market prepaid

**Third Party Billing — See Above**

RECEIVED subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of package unknown), marked consigned and destined as indicated above which said carrier (the word carrier being understood through this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions.

| Shipper NBJX USA | Carrier | |
|---|---|---|
| Per | Per | Date: |

Mark with "X" or "RQ" if appropriate to designate Hazardous Material s Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on Bills of Lading 172.201(a)(1) (iii) of Title 4 9. Code of Federal Regulation. Also when shipping hazardous materials, the shipper's certification statement prescribed in section 172.204(a) of the Federal Regulations, as indicated on the Bill of Lading does apply, unless a specific exception from the requirement is provided in the Regulation for a particular material.

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 10-13-2008 | DTR | HAR | **468613600** | $    710.28   USD |

| CONSIGNEE:          17585805 | P.O. NO.    NONE | **Payment Due** |
|---|---|---|
| DELPHI | B/L NO.    5877.10 | **ON RECEIPT** |
| 3301 NAFTA PKWY | ADV SCAC          PRO# | DATE          BEY SCAC |
| BROWNSVILLE, TX 78521 | | |

| SHIPPER:            42873913 | BILL TO: |
|---|---|
| PRISM PLASTICS | DELPHI CORP          32801414 |
| | %TRENDSET INC |
| 2040 INTERNATIONAL WAY | PO BOX 1208 |
| PORT HURON, MI 48060 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 60 | | CN | ···  SHIPMENT REWEIGHED   ··· | 690 | 000100-60 | 100 | 221.19 | 1,526.21 |
| | | | PLASTIC AUTO PARTS | | | | 65.00 | -992.04 |
| | | | 65.00% DISCOUNT | | | | 29.60 | 158.11 |
| | | | 002960 LTL FUEL ADJUSTMENT | | | | | 18.00 |
| | | | 001800 REWEIGH FEE | | | | | |
| | | | 00600-DTR ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT DTR. | | | | | |
| | | | WEIGHT DECLARED AS 00600 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00690 LBS. | | | | | |
| | | | ·  ·  ·  ·   ATTENTION  ·  ·  ·  ·  · | | | | | |
| | | | EDNA AGUILAR | | | | | |
| | | | CONSIGNEE#9562281451 | | | | | |
| | | | SWS | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146137 | | | | | |
| | | | ·················· | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/22/10 P3458508    710.28 | | | | | |
| | | |    02/22/10 P3421849    710.28 | | | | | |
| | | |    01/18/10 P3384610    710.28 | | | | | |
| | | |    12/21/09 P3347416    710.28 | | | | | |
| | | | ·················· | | | | | |
| 1 | | | TOTAL | 690 | | | | |
| | | | AMOUNT DUE | | | | | 710.28 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RCT)

 AGNEE

DELPHI

301 NAFTA PKWY
BROWNSVILLE        TX 78521
  17585805

NONE

12

UPS FREIGHT PHONE NUMBER
(800)333-7400

SHIPPER                    468 613 600
PRISM PLASTICS

2040 INTERNATIONAL WAY
PORT HURON       MI 48060
42073913

BRODERED TRAILER
4114 JNJX
FREIGHT BILL NUMBER
468 613 600
ORY ICR/AFO SCAC
  10A                HAR
PICK UP DATE         ORIG
10/13/08             DTR

DEST

ADV CAR

BILL       5877.10

UPGF

Freight                www.upsfreight.com

468 613 600

| PCS | BM | PL | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|-----|----|----|------|------|------|
| 3 | | | PIECE(S) COUNTED AND VERIFIED ON | 690 | 000100-00 |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | |
| | | | 600 CN  PLASTIC AUTO PARTS | | |
| | | | 65.00% DISCOUNT | | |
| | | | LTI FUEL ADJUSTMENT | | |
| | | | REWEIGH FEE | | |
| | | | 00600-DTR ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT DTR. | | |
| | | | WEIGHT DECLARED AS 00600 LBS. | | |
| | | | ACTUAL WEIGHT IS 00690 LBS. | | |
| | | | * * * *  ATTENTION  * * * * | | |
| | | | EDNA AGUILAR | | |

UNT O   TTL PCS
3 DLVRD   1 SK
WAY   INTACT?
YES   □ NO

PRINT NAME

SIGNATURE          00H-13 08

RECEIVED IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

TTL WT ▶

HRM

ODOM   ARRIVE   DEPART
486    3:20    3:23
DATE   DRIVER NAME
10/17  RBanto

CONSIGNEE#9562281451
SWS
SECTION 7 SIGNED
BILL FREIGHT CHARGES TO:
BILL TO: 32801414
DELPHI CORP
%TRENUSED INC
PO BOX 1200
MAULDIN          SC 29662
UPGF   6180 0261658
UPGF 560      02/04/08 C N 146137
         CONT'D PAGE   2

468 613 600

UPGF

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
P5 Freight (UPGF)

CUSTOMER SERVICE 1-800-333-7400

PLEASE PRINT OR TYPE

WEB SITE www.upsfreight.com

DATE 10-13-08

**1 CONSIGNEE (TO)**
DELPHI CMMS

STREET ADDRESS
3301 NAFTA PARKWAY

CITY BROWNSVILLE    STATE TX    ZIP 78521

P.O. NUMBER    FOB? SUITE 8    DEPARTMENT DOCK 2

CONSIGNEE PHONE #
(956) 772-1451

CONTACT NAME (ATTN)
EDNA AGUILAR

**2 SHIPPER (FROM)**
PRISM PLASTICS

STREET ADDRESS
2040 INTERNATIONAL WAY

CITY PORT HURON    STATE MI    ZIP 48060

BILL OF LADING NUMBER
5877-10    DEPARTMENT #

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid   ☒ Collect   ☐ Third Party Prepaid

**3 BILL TO**

ADDRESS

CITY    STATE    ZIP

| NO. SHIPPING UNITS | HM | PKG TYPE | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 1 PALLET | | | PLASTIC AUTO PARTS | 600 | | 100 |
| | | | 60 TOTAL CARTONS | | | |

TOTAL CUBE:

**5 ADDITIONAL SERVICES (CHARGES MAY APPLY)**
☐ INSIDE DELIVERY REQUIRED
☐ LIFT GATE PICKUP/DELIVERY
☐ NOTIFICATION BEFORE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ SORT AND SEGREGATE
☐ OTHER

COD AMT $

COD FEE    ☐ PREPAID    ☐ COLLECT

UPS Freight    468 613 600 DTR

Carrier: UPS Freight

Firm Name: PRISM PLASTICS



**PRISM Plastics**
2040 International Way
Port Huron    MI    48060
TEL: 810-987-6127
FAX: 810-987-7721

| SHIPPER | |
|---|---|
| 5877-10 | 10/13/2008 |
| Carrier Pro #: | |
| | Page  1  of  1 |

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD.
TROY  MI  48084-1706

**Ship To:**

Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville  TX  78521
USA

| Ship Date: 10/13/2008 | | Ship Via: MILK RUN | | FOB: COLLECT | | Terms: NET 45 DAYS | |
|---|---|---|---|---|---|---|---|
| Quantity | Cartons | Part Number | Description | EC# | PO Number / RAN Number | Lot Number |
| 4,900 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081006280 |
| 350 | 0 | 16645318 | RH TENSIONER HSG | 6 | 550238312 | P081005251 |
| | | | | | | |
| 4,725 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081006280 |
| 350 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081005251 |
| 175 | 0 | 16645319 | LH TENSIONER HSG | 6 | 550238312 | P081005310 |
| | | | | | | |

1 @ 600 LBS

60 CARTONS



**UPS Freight**
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 468613600                         Weighed Date 10/15/2008
Weighing performed at DTR Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 993

| | Handling Units | Weight (lbs) |
|---|---|---|
| | ............ | ............ |
| | 1 | 640 |
| | ............ | ............ |
| Actual Scale Total | 1 | 640 |

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

WEB SITE: www.upsfreight.com

DATE 6/30/08

**CONSIGNEE (TO)**

DELPHI D KOKOMO PLANT 1,8,7,8,9

STREET ADDRESS
2033 EAST BOULEVARD

CITY KOKOMO    STATE IN    ZIP 46904-9005

P.O. NUMBER 450716742    STORE # POU:1610-OH19-00P8    DEPARTMENT #

CONSIGNEE PHONE #
( 785 ) 451 — 7330

CONTACT NAME (ATTN)
WILLIAM PALMER

**SHIPPER (FROM)**

SUPERLOGICS

STREET ADDRESS
300 3RD AVENUE

CITY WALTHAM    STATE MA    ZIP 02451

BILL OF LADING NUMBER    STORE #    DEPARTMENT #

CHECK ONE:    ☐ Prepaid    ☐ Collect    ☒ Third Party Prepaid

☐ GUARANTEED DELIVERY REQUESTED (X box is checked)

**BILL TO**
DELPHI AUTOMOTIVE SYSTEMS LLC (ELECTRONICS & SAFETY DIVISION)

ADDRESS
PO BOX 9005

KOKOMO    IN    46904-9005

| HANDLING UNIT | | PACKAGE | | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lb) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|---|
| NO. PCS. 25 | TYPE BOX | | | 2U RACKMOUNT INDUSTRIAL COMPUTER (SUPERLOGIC8 P/N: SL-2U-CD-G65G-6A) | | | 92.6 |
| | | | | Each of 25 boxes DIM: 23x22x9 - 32 lbs | 800 | | |
| 8 | BOX | | | VIEWSONIC 17" LCD MONITOR, BLACK (SUPERLOGICS P/N: SL-LCD-17-VA703B) | | | 92.5 |
| | | | | Each of 8 boxes DIM: 17x6x19 - 12 lbs | 96 | | |

TOTAL CUBE:

UPS Freight 544 207 893 STO

**ADDITIONAL SERVICES:**
☐ INSIDE DELIVERY REQUIRED
☐ LIFT GATE PICKUP/DELIVERY
☐ NOTIFICATION BEFORE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ SORT AND SEGREGATE
☐ OTHER:

COD FEE    ☐ PREPAID    ☐ COLLECT

COD AMT $

PLACE CARRIER
PRO LABEL HERE

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Carrier:  UPS Freight 63008    Driver: [signature]

## UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | | Net Amount Due | |
|---|---|---|---|---|---|---|
| 1-30-2009 | CIN | HAR | 547218696 | | $   144.26   USD | |

| CONSIGNEE: 15340636 | P.O. NO. NONE | | Payment Due | |
|---|---|---|---|---|
| DELPHI CORP | B/L NO. 11174262 | | ON RECEIPT | |
| 702 JOAQUIN CAVAZOS | ADV SCAC | PRO# | DATE | BEY SCAC |
| LOS INDIOS, TX 78567 | | | | |

SHIPPER:        13566383
INDUSTRIAL DISTRIBUTION GROUP

9407 MERIDIAN WAY
WEST CHESTER, OH 45069-6525

BILL TO:
DELPHI CORP                      32801414
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 4 | | PL | ··· SHIPMENT REWEIGHED ··· ADHESIVE | 215 | 000070-00 | 70 | 168.46 | 362.19 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -235.42 |
| | | | 001380 LTL FUEL ADJUSTMENT | | | | 13.80 | 17.49 |
| | | | 00144-CIN ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT CIN. | | | | | |
| | | | WEIGHT DECLARED AS 00144 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00215 LBS. | | | | | |
| | | | UPGF    6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N  30507 | | | | | |
| | | | ················· | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    144.26 | | | | | |
| | | | 02/22/10 P3421849    144.26 | | | | | |
| | | | 01/18/10 P3384610    144.26 | | | | | |
| | | | 12/21/09 P3347416    144.26 | | | | | |
| | | | ················· | | | | | |
| 1 | | | TOTAL | 215 | | | | |
| | | | AMOUNT DUE | | | | | 144.26 COL |

If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.

DELIVERY RECEIPT (BRJT)

DELPHI CORP

2 JOAQUIN CAVAZOS
5 INDIOS              TX 78567
11445114

(800)333-7400        01/30/09

PRO/FREIGHT MOBILE

54452 JNJX

547 218 696          BEST

12F                  HAR

MPS FREIGHT PHONE NUMBER

SHIPPER
INDUSTRIAL DISTRIBUTION GRP

9407 MERIDIAN WAY
WEST CHESTER       OH 45069-6525
1356638:         (513)942-9100
ADV CAR
B/L  111742C3

CIN

UPGF

www.upsfreight.com

547 218 696

WEIGHT (LB)     NMFC

| CS | UOM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LB) | NMFC |
|----|-----|-----|-----|-----|-----|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | 215 | 000070-00 |
| | | | 1.SK  HANDLING UNIT(S) SAID TO CONTAIN: | | |
| | | | (4 PL) ADHESIVE | | |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | 00144-CIN ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT CIN. | | |
| | | | WEIGHT DECLARED AS 00144 LBS. | | |
| | | | ACTUAL WEIGHT IS 90215 LBS. | | |
| | | | BTLE FREIGHT CHARGES TO: | | |
| | | | BILL TO: 44151726 | | |
| | | | DELPHI CORP | | |

NTD  TTL PCS
5 DLVRD   3K

AP
YES   INTACT?   NO

PRINT NAME                    TTL WT

SIGNATURE

SHIPMENT IN ABOVE PROPER ORDER IN GOOD CONDITION EXCEPT AS NOTED
BELOW EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

| ODOM | ARROW | TRANS |
|------|-------|-------|
| 311 | 5.55 | 4.03 |

UPS Freight™    www.upsfreight.com    UPGF

547 218 696

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE |
|---|---|---|---|---|---|

DIV E DELNOSA PLANT 4
702 JOAQUIN CAVAZOS RD
LOS INDIOS        TX 78567
UPGF   6180 026165A
UPGF 560    01/05/09 C N  30507

CONT'D PAGE  2

| 1 | TTL PCS | PRIME NAME | TTL WT ▶ | 215 | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|

547 218 696

FREIGHT BILL NUMBER
547 218 696

SHIPPER        547 218 696

# UNIFORM STRAIGHT BILL OF LADING - SHORT FORM
## ORIGINAL - NOT NEGOTIABLE

| | | |
|---|---|---|
| Name of Carrier UPS-SCS | Carrier's Pro Number | 547218696 |
| Shipper's Bill of Lading Number    11174262 | Consignee's Reference P/O | |

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

| From  IDG-DWES | | Date | 1/30/2009 |
|---|---|---|---|
| Street 9407 MERIDIAN WAY | City WEST CHESTER | State OHIO    Zip | 45069 |

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained including the conditions on the back here of, which are hereby agreed to by the shipper and accepted for himself and all his assigns.

Consigned to  DELPHI CMMII

On Collect on Delivery Shipment, the letter "COD" must appear before consignee's name

| Destination Street   702 JOAQUIN CAVACOS ROAD | | | Zip | 78567 |
|---|---|---|---|---|
| City  LOS INDIOS | | State TX | | |

| | | | | C.O.D. charge to be paid by |
|---|---|---|---|---|
| Collect on Delivery $ | and remit to: | | | |
| Street | City | State    Zip | | ☐ Shipper    ☐ Consignee |

| Handling Units Number Type | Package Number Type | X HM | Kind of Package, Description of Articles, Special Marks and Exceptions (Subject to Correction) | Weight (Subject to Correction) | Class or Rate Reference (For information only) |
|---|---|---|---|---|---|
| 1 | 5KID | | (4 PAILS) #83695 ADHESIVE | 144 | 70 |
| | | | | | |
| | | | 2ND DAY COLLECT | | |
| | | | #57211082 | | |

ODOMETER    ARRIVE    DEPART    DESTINATION

**UPS Freight  547 218 696  CIN**

| | |
|---|---|
| * Mark "X" to designate Hazardous Materials as defined in DOT Regulation | Freight Charges are PREPAID unless marked collect. |
| Note: (1) Where the rate is dependent on the value, shippers are required to state specifically in writing the agreed | CHECK BOX IF COLLECT  ☒ |
| or declared value of the property as follows: | **FOR FREIGHT COLLECT SHIPMENTS** |
| "The agreed or declared value of the property is specifically stated by the shipper to be not exceeding | If this shipment is to be delivered to the consignee without recourse on the consignor, the consignors shall |
| _____ per _____ | sign the following statement: |
| Note (2) Liability Limitation for loss or damage on this shipment may be applicable. See U.R.C. 14706 & (1) (A) and (B) | "This carrier may decline to make delivery of this shipment |
| Note (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and | without payment of freight and all other lawful charges." |
| packaged as to ensure safe transportation with ordinary care. See Sec. 2(e) of NMFC Item 360. | |

| | | |
|---|---|---|
| Contact for HAZMAT Emergencies:    Chemtrec    (800) 424-9300 | LPS / IDG | |
| For prepaid shipments send freight bill to: | PO Box 130 | |
| | Two Harbors, MN 55616 | Signature of Consignor |

| Shipper  RG FUQUA | Carrier |
|---|---|
| Per | Per _____ Date  01/30/09 |

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| Per _____ Date  01/30/09 | Per _____ Packages _____ Date  01/30/09 |

**UPS Freight**
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

### WEIGHT CERTIFICATE

Freight Bill Number 547218696
Weighing performed at CIN Service Center

Weighed Date 01/30/2009

## WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to conform to all established federal and state guidelines. Established procedures for verifying weight meets the guidelines published in the National Motor Freight Classification 100 series items 360 and 995.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 215 |
| Actual Scale Total | 1 | 215 |

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 2-18-2010 | SGN | GAF | 550181564 | $ 117.91 | USD |

CONSIGNEE:    22434930
DAIMLER TRUCKS NA LLC

552 HYATT ST
GAFFNEY, SC 29341

| P.O. NO. NONE | | Payment Due | |
|---|---|---|---|
| B/L NO. 57358011 | | ON RECEIPT | |
| ADV 8CAC | PRO# | DATE | BEY 8CAC |

SHIPPER:    21723155
DELPHI CORP

1101 N CENTER RD
FLINT, MI 48556

BILL TO:    32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ENGINE PARTS | 150 | 000085-00 | 85 | FLOOR | 99.50 |
| | | | 001850 LTL FUEL ADJUSTMENT | | | | 18.50 | 18.41 |
| | | | 57358011                SID# | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    01/04/10 C N 416880 | | | | | |
| | | | ............................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 02/25/10 17074839    117.91 | | | | | |
| | | | ............................... | | | | | |
| 1 | | | TOTAL | 150 | | | | |
| | | | AMOUNT DUE | | | | | 117.91 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DAIMLER TRUCKS NA LLC

2 HYATT ST
FENEY          SC 29341
    22243930    (864)487-1700
NONE                UPS FREIGHT PHONE NUMBER
            (800)333-7400

255097 UPGF
FREIGHT BILL NUMBER
550 181 564
CITY RTE/BYD SCAC
31L
PICK UP DATE
02/18/10

DELPHI CORP 9
1101 N CENTER RD
FLINT          MI 48556
21723155
ADV CAS
57358011
DEST
GAF
ORIG
SGN

550 181 564

**S Freight**

www.spdfreight.com

| CS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
|  |  |  | 1  PIECE(S) COUNTED AND VERIFIED ON | | |
|  |  |  | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| 1 |  | SK | ENGINE PARTS | 150 | 000085-00 |
|  |  |  | LTL FUEL ADJUSTMENT | | |
|  |  |  | 57358011              SID# | | |
|  |  |  | BILL TO: 32001414 | | |
|  |  |  | DELPHI CORP | | |
|  |  |  | UPGF  6180 0261658 | | |
|  |  |  | UPGF 560    01/04/10 C N 416880 | | |

| 1 | < TTL PCS | PRINT NAME | TTL WT > | 150 | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|
| | | SIGNATURE | FIRM | | 9iL | 11:50 | 12:05 |
| CBS PL/VID | INTACT? | X | | | DATE | DRIVER NAME | |
| | NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

# DELPHI

Delco Electronics Systems

Page 1 of 1

| Shipped From: UA43 | Ship To: SHIPPER | **Bill of Lading / Packing Slip** |
|---|---|---|
| DELPHI DE FLINT | Freight Liner co. | Bill of Lading - SID: 57358011 |
| 1401 N CENTER ROAD | 552 Ryan St. | |
| FLINT MI 48556 | GAFFNEY SC 29341 | |

**Bill of Lading - SID:** 57358011

Unloading Point:

| Sold To: SHIPPER | Final Destination: SHIPPER |
|---|---|
| | Freight Liner co. |
| | 552 Ryan St. |
| | GAFFNEY SC 29341 |

Unloading Point:

Ext. Sup - SID:
Master BOL: 7729416
Supplier Code:
Seal No.: NA

Subject to Section 7 of Conditions of applicable bill of lading if the shipment is to be delivered to the consignee without the recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight & other lawful charges.

Signature of Shipper (Consignor):

Trailer No.: NA
Air Bill No.: 550 181 564
Logistic No: UPS Account # E29-393
Terms: PPD-prepaid
Routing: 000000

SCAC Code: UPSF
Pro No.: 550 181 564
Request Shipped  / Actual Shipped
12/18/2 18:22:55 /02/18/2010 14:01

| Total Containers: 00001 | | **Premium Shipment Information:** |
|---|---|---|
| Gross Weight: 550.000 LB | 58.645 KG | PTA No.: |
| Tare Weight: 550.000 LB | 58.059 KG | Responsibility: |
| Net Weight: 0.013 LB | 0.006 KG | Reason Code: |
| | | Reason: |

Hazardous Placards Offered?   (circle one)   Yes   No

Carrier's Signature:

Received subject to the lawfully filed tariffs in effect on the date of issue of this bill of lading. Terms and conditions shown in the uniform bill of lading apply.

Carrier's Signature & Date:

Date: 2.18.10

| RM | Description of Commodity | Net Weight UOM |
|---|---|---|
| 70 - F.A.K. - Freight All Kinds | | 0.006 KG |

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper signature (Required if shipping Hazardous Material)

| Material No. | Description | | | | |
|---|---|---|---|---|---|
| Customer Material No. | | Customer PO | Cust. Item | Qty Packs | Catalog No. |
| MISC | 28094100 eng pts protos-03-38677-000 | | | 6.000 PC | |

UPS Freight  550 181 564  SGN

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-16-2009 | PHO | IND | **559791665** | **$ 309.24 USD** | |

| CONSIGNEE: 30877151 | P.O. NO. 72332 | Payment Due |
|---|---|---|
| PRAXAIR %DELPHI ELECTRONICS 2033 EAST BLVD KOKOMO, IN 46902 | B/L NO. 890324 | **ON RECEIPT** |
| | ADV SCAC    PRO# | DATE    BEY SCAC |

| SHIPPER: 40150692 | BILL TO: 32801414 |
|---|---|
| LINDE INC 1122 N 52ND ST PHOENIX, AZ 85008-3432 | DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 12 | X | CY | UN1050 HYDROGEN CHLORIDE ANHYDROUS 2.3 (8) TOXIC INHALATION HAZARD ZONE C 78.50% DISCOUNT | 2,316 | 043940-02 | 55 | 52.19 | 1,208.72 |
| | | | 0002000 HAZARDOUS MATERIAL CHG | | | | 78.50 | -948.85 |
| | | | 001130 LTL FUEL ADJUSTMENT | | | | | 20.00 |
| | | | 0213756146       BILL-LADING # | | | | 11.30 | 29.37 |
| | | | FAX CERTS TO 928-753-9652 800 424 9300   EMERGENCY PHONE# UPGF   6180 0169000 CZAR 704    07/05/04    10835 | | | | | |
| | | | ................................. PREVIOUSLY INVOICED ON: 03/09/10 R298898       309.24 03/02/10 R297455       309.24 02/23/10 R296344       309.24 02/16/10 R294838       309.24 ................................. | | | | | |
| 1 | | | TOTAL | 2,316 | | | | |
| | | | AMOUNT DUE | | | | | 309.24 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE MEMO

SIGNEE
PRAXAIR
ELPHI ELECTRONICS
33 EAST BLVD
KOMO            IN 46902
        30877151    (765)451-7109
72332    UPS FREIGHT PHONE NUMBER
        (800)333-7400    PICK UP DATE    03/16/09

DELIVERING TRAILER
928385 UPGF
FREIGHT BILL NUMBER
559 791 665
CITY RTD/BYO SCAC    DEST
63B    IND
ORIG
PHO

SHIPPER    559 791 665
LINDE INC
1122 N 52ND ST
PHOENIX    AZ 85008-3432
40150692
ADV CAR
BLY 890324
AD    UF    309.24 BO

COLLECT
THIS AMOUNT
$.00
$.00

UPGF    559 791 665

www.upsfreight.com

's Freight ™

| C | PCM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | X | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (12 CY) UN1050 HYDROGEN CHLORIDE | 2316 | 043940-02 | 52.19 | 1208.72 |
| | | | ANHYDROUS 2.3 (8) TOXIC | | | | |
| | | | INHALATION HAZARD ZONE C | | | LESS | < 948.85> |
| | | | 78.50% DISCOUNT | | | | 20.00 |
| | | | HAZARDOUS MATERIAL CHG | | | | 29.37 |
| | | | LTL FUEL ADJUSTMENT | | | 11.50 | |
| | | | BILL-LADING # | | | | |
| | | | 0213758146 | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |

ONTD   < TTL PCS
PRINT NAME  KATHY EAGLE    TTL WT >
SIGNATURE
X    Kathy Eagle    FIRM
RECEIVED THE ABOVE PROPERTION GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

ODOM    ARRIVE    DEPART    TOTAL CHARGES
9.45    11.21    11.35
DATE    DRIVER PART    CONTD

EN BLVD
AP  INTACT?
ES   NO?

# STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

**From:** Linde Inc.
Phoenix Electronics
1122 North 52nd Street
Phoenix, AZ, 85008
USA

**Consigned to:**
PRAXAIR ELECTRONICS C/O DELPHI
ELECTRONICS DE
2033 E BLVD
KOKOMO, IN, 46904
USA

**Delivery Date:** 03/16/2009
**Carrier:**
**Delivery Number:** 0213788146

**Delivery Group:** 1263236
**Bill of Lading No:** 890324

P#: 72312

The property described below, in apparent good order, except as noted (contents and conditions of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| HM | Iden No. | Proper DOT Shipping Name | | | | | | | | Exemption DOT-SP | Wt/Vol (lbs) Package | Type | Trip No. Containers | Status |
|----|----------|--------------------------|--|--|--|--|--|--|--|------------------|-----------------|------|-------|--------|
| X | UN1050 | HYDROGEN CHLORIDE, ANHYDROUS, 2.3,(8) Toxic Inhalation Hazard, ZONE C | | | | | | | | | 2,316 | CYL | 12 | |

**ADDITIONAL HANDLING INFORMATION:** SHIP 3RD PARTY COLLECT 7#: Total 12 pieces
ALL CYLINDERS COMPLETE WITH CAPS

PLACARDS PROVIDED TO DRIVER
TOXIC INHALATION HAZARD

FAXED CERTS TO 1-(317)-253-9452

SHIP 3RD PARTY COLLECT 7#:
DELPHI C/O DATA2GOGISTICS
PO BOX 6040 GRAND BLANC, MI
48439 - 6040

UPS Freight 559 791 665 PHO

1110127 × 10    1110127 × 2

x1 PALLET  DRIVER

2,316 lbs    12 pieces

Transporter certifies that he has the required emergency response information according to the applicable regulation of the Department of Transportation.

**Agent:** IMGF    1 PT
**Per:** BIC    3/16/9

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations. If applicable, I declare that all the air transportation requirements have been met.

**Print Name and Title:** Steve Falla  Shipper
**Signature/Date:** 3-16-09

IN EVENT OF ANY EMERGENCY CONCERNING THE CHEMICALS IN THE SHIPMENT
CALL CHEMTREC, TOLL FREE 24 HOUR EMERGENCY CONTACT AT 1-800-424-9300.

Page 1 of 1

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 7-30-2008 | RFL | RCH | 563067842 | $   28.22 | USD |

| CONSIGNEE:   23957636 | P.O. NO. | |
|---|---|---|
| DELPHI CORP | ACARD | Payment Due |
| DIV E CISCO 58001 | B/L NO. | |
| 1000 LEXINGTON AVE | 6079196814 | ON RECEIPT |
| ROCHESTER, NY 14606 | | |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

| SHIPPER:   08096476 | BILL TO:   32801414 |
|---|---|
| WW GRAINGER | DELPHI CORP |
| | %TRENDSET INC |
| 8211 BAVARIA RD | PO BOX 1208 |
| MACEDONIA, OH 44056 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | OT | TARIFF AUTHORITY:<br>BILLED CORRECT. MINIMUM CHARGES<br>APPLIED PER PRICING. REMIT<br>BALANCE DUE.<br>HARDWARE AND RELATED MATL CL70<br>003800 LTL FUEL ADJUSTMENT<br>· · · · ATTENTION · · · · · ·<br>TODD NORTON<br>CONT/ TODD NORTON<br>585 647 7000<br>UPGF   6180 0261658<br>UPGF 560    02/04/08 C N 134428 | 54 | 095190-09 | 70 | FLOOR<br>38.00 | 88.50<br>33.63 |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON:<br>  04/20/10 B282637      28.22<br>  12/21/09 P3347416    122.13<br>  11/23/09 P3312760    122.13<br>  10/19/09 P3279665    122.13 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 2 | | | TOTAL | 54 | | | | |
| | | | ORIGINAL AMOUNT DUE | | | | | 122.13 COL |
| | | | · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | LESS PAYMENTS & ADJUSTMENTS | | | | | -93.91 |
| | | | LAST REFERENCE # | | | | | |
| | | | BALANCE DUE | | | | | 28.22 |
| | | | · · · · · · · · · · · · · · · · · · · · · · · | | | | | |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**





XDATA2LOGISTICS
PO BOX 6030
GRAND BLANC        MI 484806030
UPGF    6380  026168
UPGF 560    02/04/08  C N 13442B

CONT'D PAGE  2

THIS SHIPPING ORDER

DATE 07/28/08

30065

6079196B14

UPS FREIGHT
DELPHI EEMS ROCHESTER NY HS8001/DIP

1000 LEXINGTON AVE
ROCHESTER                    NY  14606-2810

attn: todd norton

POH: acard
Contact:TODD NORTON

GRAINGER
8211 Bavaria Rd.
Macedonia                    OH 44056

| DEPT ORDER | FREIGHT CODE | HM | NMFC DESCRIPTIONS AND ITEM NOS. | NMFC NUMBER | WEIGHT (LBS) | LTL CLASS | CK BOX |
|---|---|---|---|---|---|---|---|
| | | | SUBTOTAL OF HAZARDOUS MATERIAL WEIGHT | | 0. | | |
| | | | SUBTOTAL OF EXEMPT HAZARDOUS MATERIAL WEIGHT | | 0 | | |
| | | | SUBTOTAL OF FOOD STUFFS WEIGHT | | 0 | | |
| 1-4 | | | HARDWARE AND RELATED MATERIAL WEIGHT | | 54.2 | | |
| | | | TOTAL SHIPMENT WEIGHT | | 54.2 | | |

PAGE: 1 OF

UPS Freight 563 067 842 RFL

For CHEMICAL EMERGENCY Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC - 24 HOURS
(800) 424-9300 (TOLL FREE)
(703) 527-3887 (NON-US SHIPMENTS)

PREPAID, AFFIX 3RD COPY OF BILL OF LADING TO FREIGHT BILL AND MAIL TO TRANSPORTATION OPERATIONS DEPT., P.O. BOX 428, SKOKIE, IL 60076-0428

X COLLECT

| PALLETS OF | PIECES | PALLETAINERS | | FREIGHT CHARGES |
|---|---|---|---|---|
| LOOSE | BUNDLED | OTHER | 2 | 54.2 |
| | | TOTAL PIECES | TOTAL WEIGHT | X COLLECT |

GRAINGER

DO NOT WRITE IN THIS SPACE

BILLING AND PERMANENT POST OFFICE ADDRESS P.O. BOX 428 SKOKIE, IL 60076-0428

210-

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 3-13-2009 | DES | HAR | **564815985** | **$ 504.75 USD** |

CONSIGNEE :    17508816
DELPHI DELCO ELECTRONICS SYS
PLANT DA32
601 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

| P.O. NO.  450853442 | | |
|---|---|---|
| B/L NO.  81950190 | **Payment Due** | |
| | **ON RECEIPT** | |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| VANK | 01558064 | 03/12/09 | |

SHIPPER:    10366694
ORBIS
DIV OF LEWIS BINS
206 PLASTIC LANE
MONTICELLO, IA 52310

BILL TO:    32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | PLASTIC ARTICLES | 554 | 156600-06 | 100 | 271.89 | 1,506.27 |
| | | | 70.00% DISCOUNT | | | | 70.00 | -1,054.39 |
| | | | 001170 LTL FUEL ADJUSTMENT | | | | 11.70 | 52.87 |
| | | | FINAL DESTINATION | | | | | |
| | | | DELTRONICS | | | | | |
| | | | PARQUE INDUSTRIAL DEL NORTE | | | | | |
| | | | SENDERO NACIONAL | | | | | |
| | | | MATAMOROS MEXICO 87316 | | | | | |
| | | | UPGF   6180 0002309 | | | | | |
| | | | UPGF 560    01/05/09 C N  08410 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      504.75 | | | | | |
| | | | 02/22/10 P3421849      504.75 | | | | | |
| | | | 01/18/10 P3384610      504.75 | | | | | |
| | | | 12/21/09 P3347416      504.75 | | | | | |
| | | | ..................................... | | | | | |
| 1 | | | TOTAL | 554 | | | | |
| | | | AMOUNT DUE | | | | | 504.75 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RDD)

UPGF

Freight

UPS Freight™    www.upsfreight.com    UPGF

**Van Wyk Freight Lines, Inc.**

P.O. Box 70
Grinnell, Iowa 50112
800-362-2595
www.vanwykfreight.com

DELIVERY RECEIPT
*CUSTOMER COPY*
1 OF 3

Freight Bill No   01-558064
Date   03/12/09

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|----------|--------|--------|-------------|

UPS Freight 564 815 985 DES

DELPHI DELCO ELEC
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

ORBIS
854 SHERMIN AVE
SPRINGFIELD, OH 45503

81950190

| | | | 02 | SRW | 2 | N | | COLLECT |

OVIL

| PKG/TO | | DESCRIPTION | | WEIGHT SUBS. | RATE | AMOUNT |
|--------|--|-------------|--|--------------|------|--------|
| 1 | | SK STC PO# 450853442 NMFC 156600/6 | | 453 | | |
| | | PO# 450853442 NMFC 156600/6 | | 31 | | |
| | | PO# 450853442 NMFC 150383/1 | | 30 | | |
| | | FINAL DESTINATION: MEXICO | | | | |
| | | TO BE CLEARED BY: DELTRONICS | | | | |
| | | 601 JOAQUIN CAVAZOS | | | | |
| | | LOS INDIOS, TX 78567 | | | | |
| | | MAURICIO GALVAN | | | | |

3/13

CONCEALED DAMAGE MUST BE REPORTED WITHIN 15 DAYS

DOT REGULATIONS REQUIRE PAYMENT OF THIS BILL WITHIN 15 DAYS.

**Van Wyk Freight Lines, Inc.**
P.O. Box 70
Grinnell, Iowa 50112
800-362-2595
www.vanwykfreight.com

DELIVERY RECEIPT
CUSTOMER COPY
2 OF 3

Freight Bill No  01-558064
Date  03/12/09

| | | |
|---|---|---|
| DELPHI DELCO ELEC<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS, TX 78567 | ORBIS<br>854 SHERMIN AVE<br>SPRINGFIELD, OH 45503 | UPS FREIGHT<br>PO BOX 1216<br>RICHMOND, VA 23218-1216 |

| CUSTOMER NO. | PURCHASE ORDER NO. | DEST ITEM | RT | EX | SECT | FLAT NO. | |
|---|---|---|---|---|---|---|---|
| 81950190 | | 02 | SRW | 2 | N | | COLLECT |

| | | | GVWR | | | | |
|---|---|---|---|---|---|---|---|
| | | | CVIL | | | | |

| PIECES | HM | DESCRIPTION | WEIGHT | VOL(CUBIC FEET) | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| | | 103 PCS SHIPPING ON 1 HEAT TREATED<br>SKID<br>ATTN: MIGUEL GALVAN<br>+52 (868) 8-11-1600<br>FINAL DESTINATION: DELTRONICS<br>AV MICHIGAN S/N<br>PARQUE INDUSTRIAL DEL NORTE<br>SENDERO NACIONAL KM 3.5 | | | | |

CONCEALED DAMAGE MUST BE REPORTED WITHIN 15 DAYS

DOT REGULATIONS REQUIRE PAYMENT OF THIS BILL WITHIN 15 DAYS

**Van Wyk**
*Freight Lines, Inc.*

P.O. Box 76
Grinnell, Iowa 50112
800-362-2595
www.vanwykfreight.com

DELIVERY RECEIPT
CUSTOMER COPY
3 OF 3

Freight Bill No.   01-558064
Date                03/12/09

DELPHI DELCO ELEC
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX 78567

ORBIS
854 SHERMIN AVE
SPRINGFIELD, OH 45503

UPS FREIGHT
PO BOX 1216
RICHMOND, VA 23218-1216

| SHIPPER'S NO. | | | CUST. ITEM | | | | | |
|---|---|---|---|---|---|---|---|---|
| 81950190 | | | 02 | SRW | 2 | N | | COLLECT |

OVIL

| PCKGS | HM | DESCRIPTION | | WEIGHT (SUB) | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | | 87316 MATAMOROS MEXICO TOTAL FRT CHGS  PAY THIS AMOUNT | TTL | 554 | | |

CONCEALED DAMAGE MUST BE REPORTED WITHIN 5 DAYS

DOT REGULATIONS REQUIRE PAYMENT OF THIS BILL WITHIN 15 DAYS

## UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 10-02-2008 | POR | SGN | **575690614** | $    733.75 | USD |

| CONSIGNEE: 03095503 | P.O. NO. NONE | Payment Due |
|---|---|---|
| TGI DIRECT INC | B/L NO. NONE | **ON RECEIPT** |

| CONSIGNEE address | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|
| 5365 HILL 23 DR FLINT, MI 48507-3906 | | | | |

SHIPPER:    01154134
STORABLES
STE E10
3250 NW YEON AVE
PORTLAND, OR 97210-1537

BILL TO:    32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 84 | | OT | PLASTIC TOTES 4-6 PCF | 786 | 156600-04 | 150 | 157.34 | 1,236.69 |
| | | | 54.50% DISCOUNT | | | | 54.50 | -674.00 |
| | | | 003040 LTL FUEL ADJUSTMENT | | | | 30.40 | 171.06 |
| | | | INCENTIVE ALLOWANCE MAY APPLY | | | | | |
| | | | UPGF   6180 0135272 | | | | | |
| | | | CZAR    196            10935 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    733.75 | | | | | |
| | | | 02/22/10 P3421849    733.75 | | | | | |
| | | | 01/18/10 P3384610    733.75 | | | | | |
| | | | 12/21/09 P3347416    733.75 | | | | | |
| | | | ...................................... | | | | | |
| 2 | | | TOTAL | 786 | | | | |
| | | | AMOUNT DUE | | | | | 733.75 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (DR)

TGI DIRECT INC

5365 HILL 23 DR
FLINT    MI 48507-3906
   03095503    (810)239-4819

NONE

818751 SCSZ

575 690 614

11C

PCK UP DATE
10/02/08

(800)333-7400

575 690 614

STORABLES
STE E10
3250 NW YEON AVE
PORTLAND        OR 97210-1537
   08248785    (503)227-2432

SGN
POR

NONE

08

575 690 614                              UPGF

S Freight    www.upsfreight.com

2

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

PIECE(S) COUNTED AND VERIFIED ON
2 SK  HANDLING UNIT(S) SAID TO CONTAIN:
(84 QT) PLASTIC TOTES 4-6 PCF        786    156600-04
  LTL FUEL ADJUSTMENT
BILL TO: 16614802
DELPHI CORP
UPGF  6180 0261658
UPGF 560   02/04/08 C N 335285

2  TTL PCS                              786
   2

STEVEN MAYS

Steven Mays

TTL WT

FIRM

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

786

78

DOOM    ARRIVE    DEPART
643     1503      1504

Srcw

7000004 000305

# UNIFORM STRAIGHT BILL OF LADING – SHORT FORM
## ORIGINAL – NOT NEGOTIABLE

Carrier's Pro Number _____

Shipper's Bill of Lading Number _____

Consignee's Reference P/O _____

Name of Carrier **UPS Freight** _____  Carrier's Code (SCAC) _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

From _**Storables**_ _____  Date _10/2/08_

Street _3250 NW Yeon Ave. W-12_ City _Portland_  State _OR_ ZIP _97210_

the property described below in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accept himself and all his assigns.

Consigned to _TGI Direct, Inc._ ___ C/o _Betty Brewer_

Destination Street _5368 Hill-23 Drive_

City _Flint_  State _MI_ ZIP _48507_

Delivering Carrier _UPS Freight_  Trailer Number _____

Additional Shipment Information _Bill. 3rd Party_

| Collect on Delivery $ | and remit to: | | C.O.D. charge to be paid by |
|---|---|---|---|
| Street _____ City _____ | State _____ Zip _____ | | ☐ Shipper  ☐ Consignee |

| Handling Units Number Type | Packages Number Type | ☐ HM | Type of Package, Description of Articles, Special Marks and Exceptions (Subject to Correction) | Weight (Subject to Correction) | Class or Rate Reference (For Information only) |
|---|---|---|---|---|---|
| 2 Pallets | 84 | | Plastic Totes       Density of 4-6 RF | 786 lbs. | Class 150 |
| | | | 156600-04 | | |
| | | | ☆ Bill Freight to Delphi A3114E ☆ | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

**UPS Freight 575 690 614 POR**

... state specifically in writing the agreed ... stated by the shipper to be not exceeding ...

NOTE (1) Liability limitation for loss or damage on this shipment may be applicable. See U.S.C. § 14706 (c) (1) (A) and (B)

NOTE (2) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Sec 2(e) of NMFC item 360.

Send Freight Bill To: _#A3114E_
_Delphi_
_5820 Delphi Dr._
_Troy, MI 48098_

Shipper _____

Per _____

Freight Charges are PREPAID unless marked collect.
☐ CHECK BOX IF COLLECT

**FOR FREIGHT COLLECT SHIPMENTS**

If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:

"The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges."

_David Fling_
(Signature of consignor)

Carrier _UPS_
_Sitender SK_  Date _10-7-08_

| **Shipper Certification** |
|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. |
| Per _David Fling_  Date _10/2/08_ |

| **Carrier Certification** |
|---|
| Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle. |
| Per _____ Packages _____ Date _____ |

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 6-27-2008 | AUR | HAR | 582889392 | $ 156.32 USD |

| CONSIGNEE: 15340636 | | | P.O. NO. NS | Payment Due |
|---|---|---|---|---|
| DELPHI CORP | | | B/L NO. 30142 | **ON RECEIPT** |
| 702 JOAQUIN CAVAZOS | | | | |
| LOS INDIOS, TX 78567 | | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 13177161 | BILL TO: 32801414 |
|---|---|
| WEST IRVING DIE CASTING | DELPHI CORP |
| | %TRENDSET INC |
| 1212 E 6TH ST | PO BOX 1208 |
| SANDWICH, IL 60548-1896 | MAULDIN, SC 29662 1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 5 | | CN | ALUMINUM CASTING  CL60 | 143 | 013320-00 | 60 | MIN | 324.11 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -210.67 |
| | | | 003780 LTL FUEL ADJUSTMENT | | | | 37.80 | 42.88 |
| | | | DELIVER TO LIDC RECEIVING | | | | | |
| | | | WAREHOUSE | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N  49197 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508     156.32 | | | | | |
| | | | 02/22/10 P3421849     156.32 | | | | | |
| | | | 01/18/10 P3384610     156.32 | | | | | |
| | | | 12/21/09 P3347416     156.32 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 143 | | | | |
| | | | AMOUNT DUE | | | | | 156.32 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (DRB)

DELPHI CORP
E & S DELNOSA PLANT 5-6
702 JOAQUIN CAVAZOS
LOS INDIOS        TX 78567
11445114

287356 OVNT
582 889 392

WEST IRVING DIE CASTING
1212 E 6TH ST
SANDWICH        IL 60548-1896
13177161        (815)786-2537
ADV CAR    N#    39142

12F        HAR
(900)333-7400    06/27/08    8UR

02
DELIVER TO LIDC RECEIVING
WAREHOUSE

582 889 392                                UPGF

| PCS | | | DESCRIPTIONS OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (SUB) | NMFC | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) SAID TO CONTAIN: (5 CN) ALUMINUM CASTING CL60 65.09% DISCOUNT LTL FUEL ADJUSTMENT UPGF 6100 0261650 UPGF 560   02/04/08 C N  49197 | 143 | QL3320-00 | | | |

10:07  7/2/08

| 1 | 1 | TL PCS | | | TL WT | 143 | | 119 | 10:07 | 10:13 |
|---|---|---|---|---|---|---|---|---|---|---|

J. James
C. Ramos

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

07/02

## STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:    UPS Freight

CARRIER'S NO.:    30142

DATE:

AT **Sandwich, Illinois 60548**    FROM **West Irving Die Inc.**    6/27/08

CONSIGNED TO:

DESTINATION:    DELPHI E& S DELNOSA Plant 5-6
LIDC Receiving Warehouse
702 Joaquin Cavazos Rd
LOS INDIOS TX 78567

DELIVERING CARRIER:    UPS Freight

CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTIONS) | CLASS OR RATE | CK. COL. |
|---|---|---|---|---|
| 5 | Cartons of Alum Castings | 143 | 60 | |
| 1 | Skida | | | |

Collect

SIGNATURE OF CONSIGNOR

Collect

C.O.D. SHIPMENT
C.O.D. Amt
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS:    UPS Account #A99T64

ODOMETER    ARRIVE    DEPART    DESTINATION

UPS Freight    582 889 392    AUR

DATE: 6-27-08

**West Irving Die Inc.**

Permanent post office address of shipper.
1212 East Sixth Street, Sandwich, IL 60548

SHIPPER, PER    Curtis P Nannost

AGENT    Carlos L&D 6-28-08 PER

2

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P. O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 7-08-2008 | AUR | HAR | 582889716 | $ 155.75 | USD |

| CONSIGNEE: 15340636 | P.O. NO. NS | Payment Due | |
|---|---|---|---|
| DELPHI CORP | B/L NO. 30156 | ON RECEIPT | |
| 702 JOAQUIN CAVAZOS | ADV SCAC | PRO# | DATE | BEY SCAC |
| LOS INDIOS, TX 78567 | | | | |

| SHIPPER: 13177161 | BILL TO: 32801414 |
|---|---|
| WEST IRVING DIE CASTING | DELPHI CORP |
| 1212 E 6TH ST | %TRENDSET INC |
| SANDWICH, IL 60548-1896 | PO BOX 1208 |
| | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 5 | | CN | ALUMINUM CASTING CL60 | 172 | 013320-00 | 60 | MIN | 324.11 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -210.67 |
| | | | 003730 LTL FUEL ADJUSTMENT | | | | 37.30 | 42.31 |
| | | | DEL TO LIDC RECEIVING WAREHOUSE | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N  49197 | | | | | |
| | | | ................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/22/10 P3458508   155.75 | | | | | |
| | | |    02/22/10 P3421849   155.75 | | | | | |
| | | |    01/18/10 P3384610   155.75 | | | | | |
| | | |    12/21/09 P3347416   155.75 | | | | | |
| | | | ................................. | | | | | |
| 1 | | | TOTAL | 172 | | | | |
| | | | AMOUNT DUE | | | | | 155.75 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (R37)

DELPHI RIMIR
Q & S DELNOSA PLANT S-6
702 JOAQUIN CAVAZOS
LOS INDIOS          TX 78567
11445114

NS          UPS FREIGHT PHONE NUMBER
(800)333-7400

DEL TO LIDC RECEIVING WAREHOUSE

4049 JNJX

582 889 716

:12F
PICK UP DATE
07/08/08

HAR
AUR

582 889 716

SHIPPER
WEST IRVING DIE CASTING

1212 E 6TH ST
SANDWICH          TL 60548-1896
13177163          (815)786-3537

ADV CAR

30156

582 889 716

UPGF

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS          WEIGHT (LBS)          NMFC

PIECE(S) COUNTED AND VERIFIED ON
1 SK HANDLING UNIT(S) SAID TO CONTAIN:
(5 CN) ALUMINUM CASTING CL60          172          013320-00
65.00% DISCOUNT
LTL FUEL ADJUSTMENT
UPGF   6180 0261658
UPGF 560   02/04/08 C N  49197

TTL PCS
1 SK

CTS DLVRD

FRGT?   INTACT?
YES   NO

TTL WT ▶   172

PERM PIECE
Juan Villarreal
SIGNATURE

ODOM   ARRIVE   DEPART
983   8:35   8:44

DATE   DRIVER NAME
07/11   Argento

Page 253 of 425

## STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO. 30156

CARRIER: UPS Freight

CARRIER'S NO.:

DATE: 7/08/08

AT **Sandwich, Illinois 60548**   FROM **West Irving Die Inc.**

CONSIGNED TO: DELPHI E & S DELNOSA Plant 5-6
BIDC Receiving Warehouse

DESTINATION: 702 Joaquin Cavazos Rd
LOS INDIOS TX 78567

DELIVERING CARRIER:   UPS Freight   CAR OR VEHICLE INITIALS:   NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 5 | Cartons Alum Castings | 172 | 6 | | |
| 1 | Skid | | | | |
| | Collect | | | | |

SPECIAL HANDLING INSTRUCTIONS:

C.O.D. SHIPMENT
C.O.D. Amt _____
Collection Fee _____
Total Charges _____

ODOMETER   ARRIVE   DEPART   DESTINATION

UPS Freight 582 889 716 AUR

DATE: 7-8-08   SHIPPER, PER _____

**West Irving Die Inc.**   AGENT _____ 7-8-09 PER

Permanent postoffice address of shipper.
1212 East Sixth Street Sandwich, IL 60548

## UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 8-20-2008 | PHL | SGN | 584330865 | $  259.36  USD |

| CONSIGNEE: 21423371<br>DELPHI CORP<br>DIV E CISCO 41048<br>2328 E GENESEE AVE<br>SAGINAW, MI 48601 | P.O. NO.<br>NONE | Payment Due |
|---|---|---|
| | B/L NO.<br>NONE | **ON RECEIPT** |

| | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|

| SHIPPER: 02133736<br>AMERICAN WIRE WORKS<br><br>3380 TULIP ST<br>PHILADELPHIA, PA 19134-3205 | BILL TO: 32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ···    SHIPMENT REWEIGHED    ···<br>PLAIN IRON ON STEEL WIRE<br>65.00% DISCOUNT<br>003440 LTL FUEL ADJUSTMENT<br>001800 CORRECTED BOL CHARGE<br>001800 REWEIGH FEE<br>00580-PHL ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT PHL.<br>WEIGHT DECLARED AS 00580 LBS.<br>ACTUAL WEIGHT IS 00670 LBS.<br>UPGF   6180 0261658<br>UPGF 560   02/04/08 C N 177818<br><br>·····················<br>PREVIOUSLY INVOICED ON:<br>  03/22/10 P3458508    259.36<br>  02/22/10 P3421849    259.36<br>  01/18/10 P3384610    259.36<br>  12/21/09 P3347416    259.36<br>····················· | 670 | 107480-00 | 50 | 70.87<br>65.00<br>34.40 | 474.83<br>-308.64<br>57.17<br>18.00<br>18.00 |
| 1 | | | TOTAL | 670 | | | | |
| | | | AMOUNT DUE | | | | | 259.36 COL |

If you have questions regarding this invoice, please contact Customer Service at **1-800-333-7400**.

AMERICAN WIRE WORKS

DELPHI CORP
DIV E CISCO 41048
2328 E GENESEE AVE
SAGINAW            MI 48601
03266405      /(989)752-2554

3390 TULIP ST
PHILADELPHIA        PA 19134-320
02133736      (215)744-6600

263756 OVN

584 330 865

NONE

NONE

(800)333-7400      08/20/08

22      07R COPY!      1

584 330 865        UPGF

S Freight      www.upsfreight.com

| # PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | |
|---|---|---|---|---|---|
| | 1 | | 1 PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK   HANDLING UNIT(S) WITH THE FOLLOW | | |
| | 1 | | SK PLAIN IRON ON STEEL WIRE | 670 | 107480 |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | CORRECTED BOL CHARGE | | |
| | | | SGN S/C ID | | |
| | | | REWEIGH FEE | | |
| | | | PHL S/C ID | | |
| | | | 00580-PHL ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT PHL. | | |
| | | | WEIGHT DECLARED AS 00580 LBS. | | |
| | | | ACTUAL WEIGHT IS 00670 LBS. | | |

CONTA      PHL PCS      TTL WT

CHS DLVRD

WRAP      INTACT?
☐ YES   ☐ NO

ODOM  017      ARRIVE  815      DEPART  815
DATE  9-11      DRIVER NAME  mec

THIS SHIPPING ORDER

**UPS FREIGHT**

(Name of Carrier)

Shipper's No _____

Carrier's No. _____

At

3380 Tulip St. • Phila., PA 19134   (215) 744-6600

From   **AMERICAN WIRE WORKS, INC.**

Date   **8/19/08**

Consigned to   **HUBBARD SUPPLY CO**   **2328 E GENESEE AVENUE**

**SAGINAW**   **MI**   **48601**

Destination _____   State _____   Zip Code _____

Route _____

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| | | Steel wire cloth finer than 1/2 inch mesh | | | |
| | | Steel wire cloth 1/2 inch mesh and coarser | | | |
| | | Monel, stainless wire cloth | | | |
| | | Steel wire fencing (welded or woven) | | | |
| 1 skid | | Plain iron or steel wire | 580 lbs | 50 | |
| TOTAL PKGS | | | | | |

collect

UPS Freight   584 330 865   PHL

**AMERICAN WIRE WORKS, INC.**
3380 Tulip St. • Phila., PA 19134
(215) 744-6600

Shipper, Per _____

Permanent post office address of shipper

2

**UPS Freight**
P O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number: 584030865                                    Weighed Date: 08/20/2008
Weighing performed at PHL Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| Handling Units | Weight (lbs ) |
|----------------|---------------|
| ............ | ............ |
| 1 | 670 |
| ............ | ............ |
| Actual Scale Total                    1 | 670 |

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-19-2008 | PAL | ELP | 588342576 | $    794.90 | USD |

| CONSIGNEE:    02277321 | P.O. NO. NONE | Payment Due |
|---|---|---|
| THERMOTECH | B/L NO. NONE | ON RECEIPT |
| %ARIAS LOSISTICS | | |

| CONSIGNEE: | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|
| THERMOTECH %ARIAS LOSISTICS 543 B AMERICAS AVE EL PASO, TX 79907 | | | | |

| SHIPPER:    55133223 | BILL TO:    32801414 |
|---|---|
| WIEGEL TOOL WORKS | DELPHI CORP |
| | %TRENDSET INC |
| 935 N CENTRAL | PO BOX 1208 |
| WOOD DALE, IL 60191 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 55 | | BX | METAL STAMPINGS | 600 | 104500-00 | 50 | 102.70 | 616.20 |
| | | | 002900 LTL FUEL ADJUSTMENT | | | | 29.00 | 178.70 |
| | | | 4004675140        CUSTOMER # | | | | | |
| | | | 4004675150        CUSTOMER # | | | | | |
| | | | UPGF 560    02/04/08 C N  49208 | | | | | |
| | | | ................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    794.90 | | | | | |
| | | | 02/22/10 P3421849    794.90 | | | | | |
| | | | 01/18/10 P3384610    794.90 | | | | | |
| | | | 12/21/09 P3347416    794.90 | | | | | |
| | | | ................................. | | | | | |
| 1 | | | TOTAL | 600 | | | | |
| | | | AMOUNT DUE | | | | | 794.90 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

**CONSIGNEE**

THERMOTECH
ZARIAS LOGISTICS
543 B AMERICAS AVE
EL PASO        TX 79907
02277321

OP NONE

25

DELIVERING TRAILER

538070 GVWT
588 342 576
12C

UPS FREIGHT PHONE NUMBER
(800)333-7400

PICK UP DATE
03/19/08

WIEGEL TOOL WORKS
935 N CENTRAL
WOOD DALE        IL 60191
40570493     (630)595-6550

ADV CAR
MLP   NONE

**UPS Freight™**    www.upsfreight.com

588 342 576

| #PCS | HU | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | |
| | | | (55 BX) METAL STAMPINGS | 600 | 104580-00 |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | 4004675140     CUSTOMER # | | |
| | | | 4004675150     CUSTOMER # | | |
| | | | BILL TO: 44151726 | | |
| | | | DELPHI CORP | | |
| | | | UPGF  6100 0261650 | | |
| | | | UPGF S60  02/04/08 C M  49208 | | |

PRINT NAME   Freddy Chacan    Thermotech   600

X   Tony Chin
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

THIS SHIPPING ORDER

| From | WIEGEL TOOL WORKS, INC. | | DATE | 03/19/08 | | | |
| | 935 N. Central Ave. • Wood Dale, IL 60191 | | CARRIER | | | CARRIERS NO. | |
| CONSIGNEE AND DESTINATION | Thermotech/Arias Logistics | | BY | | | | |
| | 543 B Americas Av. | | | UPS FREIGHT | | | |
| | | | ROUTE | | | DELIVERING CARRIER | |
| | El Paso TX, 79907 | | CAR OR VEHICLE | | | | |

| NO. PACKAGES | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | ✓ |
|---|---|---|---|---|---|
| 32 | BOX(ES)  4004675140 | 8,000 PCS | 600# | | |
| 23 | BOX(ES)  4004675150 | 8,495 PCS | | | |
| | *METAL STAMPINGS* | | | | |

ODOMETER   ARRIVE   DEPART   DESTINATION

UPS Freight 588 342 576 PAL

3rd party

### 3RD PARTY BILLING TO:

Delphi E & E Delnosa plant 4

702 Joaquin Cavazos rd

Los Indios, TX 78567

| 55 | BOX(ES) / 1 SKID(S) | | 600# | | |

PLACARDS SUPPLIED   ☐ YES   ☐ NO      DRIVER'S SIGNATURE

EMERGENCY RESPONSE PHONE NO.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE      TITLE

THIS SHIPMENT IS CORRECTLY DESCRIBED.

CORRECT WEIGHT IS _____ LBS.

C.O.D. SHIPMENT

WIEGEL TOOL WORKS, INC.
935 N. Central Ave. • Wood Dale, IL 60191

Shipper, Per _____

Permanent post office address of shipper

2

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 11-21-2008 | PHO | IND | 597465606 | $ 1,287.65   USD |

| CONSIGNEE:    29081850 | P.O. NO. NONE | Payment Due |
|---|---|---|
| PRAXAIR %DELPHI ELECTRONICS 2033 EAST BLVD KOKOMO, IN 46902 | B/L NO. 863537 | ON RECEIPT |

| | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|

| SHIPPER:    40150692 LINDE INC 1122 N 52ND ST PHOENIX, AZ 85008-3432 | BILL TO:    32801414 DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 8 | X | CY | *** SHIPMENT REWEIGHED *** UN1050, HYDROGEN CHLORIDE, ANHYDROUS, 2.3, (8), TOXIC INHALATION HAZARD, ZONE C | 1,640 | 045615-11 | 125 | 234.78 | 3,850.39 |
| | | | 73.00% DISCOUNT | | | | 73.00 | -2,810.78 |
| | | | 0001900 HAZARDOUS MATERIAL CHG | | | | | 19.00 |
| | | | 002030 LTL FUEL ADJUSTMENT | | | | 20.30 | 211.04 |
| | | | 001800 REWEIGH FEE | | | | | 18.00 |
| | | | 01544-PHO ORIGINAL WGT/REWEIGH SHIPMENT WEIGHED AT PHO. WEIGHT DECLARED AS 01544 LBS. ACTUAL WEIGHT IS 01640 LBS. 9190701 ALL CYLINDERS COMPLETE WITH CAPS TOXIC INHALATION HAZARD 800 424 9300   EMERGENCY PHONE# UPGF   6180 0131064 UPGF 560   02/04/08 C N 337568 | | | | | |
| | | | .................................... PREVIOUSLY INVOICED ON:     03/02/10 R297455     1287.65     02/23/10 R296344     1287.65     02/16/10 R294838     1287.65     02/03/10 R293037     1287.65 .................................... | | | | | |
| 8 | | | TOTAL                   AMOUNT DUE | 1,640 | | | | 1,287.65 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

LINDE INC

PRAXAIR
DELPHI ELECTRONICS
853 EAST BLVD
OKOMO
29081850

928385 UPGF

1122 N 52ND ST
PHOENIX        AZ 85008-3432

48158692

IN 46902
(765)451-7109

597 465 606

CRY RTAPYD RCAC      DECI
638               IHD      ADV CAR

NONE

UPS FREIGHT PHONE NUMBER      PICK UP DATE
(800)333-7400      11/21/08

ORIG
PHO

BLO    063537

L CYLINDERS COMPLETE WITH
UPS
XIC INHALATION HAZARD
'S Freight™

597 465 606

www.upsfreight.com

| PCB | BSN | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WGHT/BKG | BRFC | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 8  PIECE(S) COUNTED AND VERIFIED ON | | | | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | | |
| 8 | X | CY | UN1050, HYDROGEN CHLORIDE, | 1640 | 045615-11 | | | |
| | | | ANHYDROUS, 2.3, (8), TOXIC | | | | | |
| | | | INHALATION HAZARD, ZONE C | | | | | |
| | | | HAZARDOUS MATERIAL CHG | | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | REWEIGH FEE | | | | | |
| | | | PHO S/C ID | | | | | |
| | | | 01544-PHO ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT PHO. | | | | | |
| | | | WEIGHT DECLARED AS 01544 LBS. | | | | | |

DNTD  < CTN PCS      8

WAR  INTACT?
ES      NO?

Jon Lewis
JM LEWIS
FIRM      Delphi

TTL WT>

583 | 1228 | 12:45

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTION'S DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

DATE
12-4

DRIVER NAME

/XXX004 000315

STRAIGHT BILL OF LADING-SHORT FORM-ORIGINAL-NOT NEGOTIABLE

Delivery Date: 11/21/2008
Carrier: UPS Freight Instructed by SAP. Bill of Lading No. 863537
Delivery Number:
0213385178

Delivery Group: 0213200-28-0-01

5d. 0839407046

From/Linda Inc to:
Phoenix Electronics
1122 North 52nd Street
Phoenix, AZ, 85008
USA

Consigned to:
PRAXAIR ELECTRONICS C/O DELPHI
ELECTRONICS DE
2033 E BLVD
KOKOMO, IN, 46904
USA

| HM | Item No. | Proper DOT Shipping Name | Exemption DOT-SP | Wt/Vol (lbs) | Type Package | Trip Status No. Containers |
|----|----------|--------------------------|------------------|--------------|--------------|---------------------------|
| X | UN1050 | HYDROGEN CHLORIDE, ANHYDROUS, 2,3,(8), Toxic Inhalation Hazard, ZONE C | | 1,544 | CYL | 8 |
| | | | | | | |

PLACARDS PROVIDED TO DRIVER
TOXIC INHALATION HAZARD

Total    1,544 lbs    8 pieces

UPS Freight 597 465 606 PHO

ADDITIONAL HANDLING INFORMATION:  HARD PARTY FREIGHT BILL TO:
ALL CYLINDERS COMPLETE WITH CAPS  DELPHI c/o DATA2 LOGISTICS
                                   PO BOX 6940
                                   GRAND BLANC, MI 48980

Standard 3-day route # 9/80401 COUF # CC5103342L  UPS FREIGHT

I hereby declare that the contents of this consignment are fully and accurately described
above by the proper shipping name, and are classified, packaged, marked and
labeled/placarded, and are in all respects in proper condition for transport according to
applicable international and national governmental regulations. If applicable, I declare
that all the air transportation requirements have been met.

Transporter certifies that he has the required emergency response information
according to the applicable regulation of the Department of Transportation.

Print Name and Title:  Steve Failla  Shipper

Signature/Date:  [signature]  11-21-08

Agent:  ACE STRAND  AA

Per:  15x08 8 CY  [signature]  11/21/08

IN EVENT OF ANY EMERGENCY CONCERNING THE CHEMICALS IN THE SHIPMENT
CALL CHEMTREC, TOLL FREE 24 HOUR EMERGENCY CONTACT AT 1-800-424-9300.

Page 1 of 1

**UPS Freight**
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number: 597465606                          Weighed Date: 11/21/2008
Weighing performed at PHO Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| | Handling Units | Weight (lbr) |
|---|---|---|
| | 1 | 1,640 |
| Actual Scale Total | 1 | 1,640 |

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 8-14-2008 | KNG | IND | 638547873 | $  674.03 | USD |

CONSIGNEE:   36094892
DELCO ELECTRONICS
PLT 9 RECV
2033 E BLVD
KOKOMO, IN 46902

| | |
|---|---|
| P.O. NO.<br>NONE | **Payment Due** |
| B/L NO.<br>NONE | **ON RECEIPT** |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:   00992666
PRAXAIR INC
LINDE DIV
I40 & GRIFFITH RD
KINGMAN, AZ 86401

BILL TO:   32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | ***   SHIPMENT REWEIGHED   *** | | | | | |
| 1 | X | CY | UN1953, COMPRESSED GAS, TOXIC, | 425 | 000150-00 | 150 | | |
| | | | FLAMMABLE, NOS. | | | | | |
| | | | (DIBORANE/NITROGEN) 2.3 TOXIC | | | | | |
| | | | INHALATION HAZARD, ZONE C, | | | | | |
| | | | 0000500 AS WEIGHT | | | | 312.50 | 1,562.50 |
| | | | 70.00% DISCOUNT | | | | 70.00 | -1,093.75 |
| | | | 0001900 HAZARDOUS MATERIAL CHG | | | | | 19.00 |
| | | | 003590 LTL FUEL ADJUSTMENT | | | | 35.90 | 168.28 |
| | | | 001800 REWEIGH FEE | | | | | 18.00 |
| | | | 00137-PHO ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT PHO. | | | | | |
| | | | WEIGHT DECLARED AS 00137 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00425 LBS. | | | | | |
| | | | SHIPPER PH# 928-718-8246 | | | | | |
| | | | 800 424 9300   EMERGENCY PHONE# | | | | | |
| | | | UPGF   6180 0002309 | | | | | |
| | | | UPGF 560   02/04/08 C N 340239 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 02/23/10 R296344      674.03 | | | | | |
| | | | 02/16/10 R294838      674.03 | | | | | |
| | | | 02/03/10 R293037      674.03 | | | | | |
| | | | 01/26/10 R291846      674.03 | | | | | |
| | | | ..................................... | | | | | |
| 1 | | | TOTAL | 425 | | | | |
| | | | AMOUNT DUE | | | | | 674.03 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

MOVEMENT COPY BILL

638-547-873-R0

| CONSIGNEE: | INBD TRLR | SHIPPER: |
|---|---|---|
| DELCO ELECTRONICS | 286222 OVNT | PRAXAIR INC |
| PLT 9 RECV | PRO NUMBER | LINDE DIV |
| 2033 EAST BLVD | 638-547-873-R0 | I40 & GRIFFITH RD |
| KOKOMO          IN 46902 | | KINGMAN          AZ 86401 |
| DEST: IND    PO 0:NONE | | ORIG: KNG    BL 0:NONE |
| PICKUP DATE:  08/14/08    EST DELY DATE:  08/20/08 | | |

00137-PHO ORIGINAL WGT/REWEIGH
SHIPMENT WEIGHED AT PHO.
WEIGHT DECLARED AS 00137 LBS. 
ACTUAL WEIGHT IS 00425 LBS.
EMERGENCY PHONE0 800 424 9300

638-547-873

    1  PIECE(S) COUNTED AND VERIFIED ON
    1  OT HANDLING UNIT(S) WITH THE FOLLOWING:

| DESCRIPTION | #PKG | HM | PK | WEIGHT (IN LBS) |
|---|---|---|---|---|
| UN1953, COMPRESSED GAS, TOXIC, | 1 | X | CY | 425 |
| FLAMMABLE, NOS, | | | | |
| (DIBORANE/NITROGEN) 2.3 TOXIC | | | | |
| INHALATION HAZARD, ZONE C, | | | | |
| | | | | |
| TOTAL | 1 | | | 425 |

| | DOOR | D/W NUMBER | W/U'S | EXCP | TRAILER NO. |
|---|---|---|---|---|---|
| KNG | PHO | | _____ | _____ | 261983 OVNT |
| | | | | | _____ |
| PHO | KAN | 059M | _____ | _____ | _____ |
| | | | | | _____ |
| KAN | IND | 104P | _____ | _____ | _____ |
| | | | | | _____ |
| CITY | ROUTE | 63B | _____ | _____ | _____ |
| | | | | | _____ |

697-84925 Delco  Colema
13:31 -13:47

Jen Lewis 8/19/08

FROM :                                      FAX NO. : 7573484                    Aug. 14 2008 04:24PM  P2

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

NAME OF
CARRIER     UPS

PAGE  1  OF  1

SHIPPER'S
NUMBER

CARRIER'S
NUMBER

**PRAXAIR**
ELECTRONICS

SEAL #_____    DATE  8/14/08

BOOKING#

C/O DATE:

From PRAXAIR, INC.

Consigned :    PRAXAIR ELECTRONICS C/O DELPHI ELECTRONICS

Delivery:      CISCO CODE 66002 2053 E BLVD., KOKOMO, IN 46904
               THIRD PARTY FREIGHT BILL TO:
               DELPH# C/O DATA2LOGISTICS
               P.O BOX 6040, GRAND BLANC,MI 48480-6040

(SIGNATURE OF CONSIGNOR)

### DEPARTMENT OF TRANSPORTATION

|   |           | HM | ID #   | DOT Shipping Name | Haz. Class | Sub Risk | DOT-SP | Class | Weight |
|---|-----------|----|--------|-------------------|------------|----------|--------|-------|--------|
| 1 | Cylinder(s) | X | UNT953 | COMPRESSED GAS, TOXIC, FLAMMABLE, N.O.S. (DIBORANE/NITROGEN), | 2.3 | (2.1) | | 150 | 137 |
|   |           |    |        | TOXIC INHALATION HAZARD, ZONE C |    |          |        |       |        |

ODOMETER    ARRIVE    DEPART    DESTINATION

UPS Freight  638 547 873  KNG

| TOTAL | 1 | Cylinders |   | 1 CRATE |   | TOTAL WEIGHT POUNDS |   | 137 |

IN A TRANSPORTATION INCIDENT OR ANY PRODUCT LEAKAGE, MOVE AND KEEP PEOPLE AWAY, STAY UPWIND, AVOID ALL CONTACT WITH
ANY SPILLED MATERIAL  CALL CHEMTREC 1-800-424-9300 FOR FURTHER EMERGENCY RESPONSE INSTRUCTIONS.

RAIL TRANSPORTATION (Enter name of placard affixed to rail car)
PLACARDED:

CERTIFICATION
THIS IS TO CERTIFY THAT THE ABOVE-NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, AND ARE IN PROPER CONDITION FOR
TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

IT IS ALSO CERTIFIED THAT PRIOR TO OR AT THE TIME THIS SHIPMENT WAS OFFERED FOR TRANSPORTATION, THE EMERGENCY RESPONSE INFORMATION REQUIRED BY APPLICABLE
REGULATIONS FOR THE ABOVE-NAMED MATERIALS WAS PROVIDED TO THE DRIVER OR THE DRIVER INDICATED THAT SUCH INFORMATION WAS IN THE DRIVER'S POSSESSION AND THAT
THE SHIPPER PROVIDED OR AFFIXED ACCORDING TO APPLICABLE REGULATIONS, THE REQUIRED PLACARDS OR ORANGE LABELS (INCLUDING PRESCRIBED IDENTIFICATION NUMBERS)
FOR SUCH MATERIALS.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is
hereby specifically stated by the shipper to be not exceeding

Signed By:                                      Signature of Carrier:                          8/14/08
(Permanent post office address of shipper.)     PRAXAIR – INTERSTATE 40 AND GRIFFITH ROAD EXIT 37 KINGMAN, AZ 86401 TEL (928) 718-6248    FAX (928) 718-7161

**PRAXAIR**

**UPS Freight**
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 632547873                    Weighed Date 08/15/2008
Weighing performed at PHO Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| Handling Units | Weight (lbs.) |
|---|---|
| ............ | ............ |
| 1 | 425 |
| ............ | ............ |
| Actual Scale Total          1 | 425 |

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 6-03-2009 | RCH | GDR | 641209203 | $ 1,826.18  USD |

CONSIGNEE:
PRIDGEON & CLAY INC

158 COTTAGE GROVE
GRAND RAPIDS, MI 49507

| | |
|---|---|
| P.O. NO.  NONE | **Payment Due** |
| B/L NO.  NONE | **ON RECEIPT** |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:       29706106
DYNAK

33 SAGINAW DR
ROCHESTER, NY 14623

BILL TO:       32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | PARTS | 1,500 | 133390-02 | 100 | 107.17 | 1,607.55 |
| | | | 001360 LTL FUEL ADJUSTMENT | | | | 13.60 | 218.63 |
| | | | UPGF 560    01/05/09 C N 118533 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    1826.18 | | | | | |
| | | | 02/22/10 P3421849    1826.18 | | | | | |
| | | | 01/18/10 P3384610    1826.18 | | | | | |
| | | | 12/21/09 P3347416    1826.18 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| 1 | | | TOTAL | 1,500 | | | | |
| | | | AMOUNT DUE | | | | | 1,826.18 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE  DELIVERY RECEIPT    DELIVERING TRAILER

DYNAK

PRIDGEON & CLAY INC

158 COTTAGE GROVE
GRAND RAPIDS    MI 49507

FREIGHT BILL NUMBER
641 209 203

33 SAGINAW DR
ROCHESTER      NY 14623
29706106

CITY ATD/BYO BCAC    DEST
14C    GDR

ADV CAR

OR NONE

UPS FREIGHT PHONE NUMBER
(800)333-7400

PICK UP DATE
06/03/09    RCH

ORIG

BLF  NONE

05

641 209 203

**UPS Freight**        www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|---------------------------------------------|-------------|------|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 1 | | SK | PARTS | 1500 | 133390-02 | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | UPGF 560    01/05/09 C N 118533 | | | | |

| | | PRINT NAME | | TTL WT > | 1500 | ODOM | ARRIVE | DEPART |
|---|---|-----------|---|----------|------|------|--------|--------|
| 1 | <TTL PCS | | | | | 237 | 1224 | 1235 |

SIGNATURE
X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

PIECE(S) WRAP INTACT?
YES  NO?

DATE
6-5

DRIVER NAME

Z000004_000319

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

PLEASE PRINT OR TYPE

WEB SITE:www.upsfreight.com

**CONSIGNEE (TO)**

On collect on delivery shipments, the letters "COD" must appear before consignee's name, or as otherwise provided in Item 430, Sec 1 of UPGF 102.

PROTEGON & GEAR INC

STREET ADDRESS

751 Cottage Grove

CITY  Grand Rapids   STATE MI   ZIP (REQUIRED) 49507

CONSIGNEE PHONE (x#)   CONTACT NAME (x#zH)
(616) 252-3310   Stacy Pike

BILL TO

Steve Maczynski - Delphi

ADDRESS  285 Metro Park

Rochester  STATE NY   ZIP 14623

**SHIPPER (FROM)**

Dynak, Inc

STREET ADDRESS  33 Saginaw Drive

CITY Rochester   STATE NY   ZIP (REQUIRED) 14623

BILL OF LADING NUMBER   STORE #

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED

CHECK ONE  ☐ Prepaid   ☐ Collect   ☑ Third Party Prepaid

☐ GUARANTEED DELIVERY REQUESTED (X box is checked)   GFED

| NO. PCS. | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| ① | Skid | | 1500 # | 441 55 | 48"x48" | 1500# | | |
| ① | Crate | | 1700# | 1700# | cont | | | |
| | | | #753E04 - ok per Steve M. | | | |

**TOTAL CUBE:**

UPS Freight 641 209 203

Firm name: Dynak Inc

Signed by: J Anderson

Carrier:  UPS Freight

Date received: 6/3/09

UPS Freight COPY

Driver: DK

UPS Freight resp. piece count: 152

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 6-05-2009 | RCH | GDR | 641214114 | $ 2,397.74 | USD |

| CONSIGNEE:<br>PRIDGEOW & CLAY INC<br><br>158 COTTAGE GROVE<br>GRAND RAPIDS, MI 49507 | P.O. NO.<br>NONE | | Payment Due |
|---|---|---|---|
| | B/L NO.<br>NONE | | ON RECEIPT |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 29706106<br>DYNAK<br><br>33 SAGINAW DR<br>ROCHESTER, NY 14623 | BILL TO: 32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ··· SHIPMENT REWEIGHED ···<br>COIL<br>001360 LTL FUEL ADJUSTMENT<br>001900 REWEIGH FEE<br>02100-RCH ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT RCH.<br>WEIGHT DECLARED AS 02100 LBS.<br>ACTUAL WEIGHT IS 02200 LBS.<br>UPGF 560    01/05/09 C N 118533<br><br>·····························<br>PREVIOUSLY INVOICED ON:<br>  03/22/10 P3458508    2397.74<br>  02/22/10 P3421849    2397.74<br>  01/18/10 P3384610    2397.74<br>  12/21/09 P3347416    2397.74<br>····························· | 2,200 | 009100-00 | 100 | 95.18<br>13.60 | 2,093.96<br>264.78<br>19.00 |
| 1 | | | TOTAL<br>AMOUNT DUE | 2,200 | | | | 2,397.74 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

CONSIGNEE

PRIDGEOW & CLAY INC

158 COTTAGE GROVE
GRAND RAPIDS      MI 49507

DYNAK

33 SAGINAW DR
ROCHESTER      NY 14623
29706106

FREIGHT BILL NUMBER
661 214 114

CITY RCB/BYO SCAC     DEST
14C               GDR
PICK UP DATE     ORIG
06/05/09         RCH

UPS FREIGHT PHONE NUMBER
(800)333-7400

ADV CAR
NONE

NONE

641 214 114

UPS Freight

www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|------|----|----|----------------------------------------------|-------------|------|
|      |    |    | 1 PIECE(S) COUNTED AND VERIFIED ON           |             |      |
|      |    |    | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING:    |             |      |
| 1    |    | SK | COIL                                         | 2200        | 009100-00 |
|      |    |    | LTL FUEL ADJUSTMENT                          |             |      |
|      |    |    | REWEIGH FEE                                  |             |      |
|      |    |    | RCH S/C ID                                   |             |      |
|      |    |    | 02100-RCH ORIGINAL WGT/REWEIGH              |             |      |
|      |    |    | SHIPMENT WEIGHED AT RCH.                     |             |      |
|      |    |    | WEIGHT DECLARED AS 02100 LBS.               |             |      |
|      |    |    | ACTUAL WEIGHT IS 02200 LBS.                 |             |      |
|      |    |    | BILL TO: 32801414                           |             |      |
|      |    |    | DELPHI CORP                                 |             |      |

CONTD   < TTL PCS

PIECES DLVRD
WRAP INTACT?
YES   NO

PRINT NAME        WILLIAMS

SIGNATURE
X

TTL WT >
FIRM   P4C

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
**UPS Freight (UPGF)**

PLEASE PRINT OR TYPE

WEB SITE: www.upsfreight.com

**CONSIGNEE (TO)**

PR. PIGEON & CLAY, INC.

STREET ADDRESS
58 Kottage Grove

CITY Grand Rapids    STATE MI    ZIP 49507

CONSIGNEE PHONE # (616) 652-2310    CONTACT NAME (ATTN) Stacey Pike

Steve Marzynski  Delphi
ADDRESS 285 Metro Park
Rochester    MI 14623

**SHIPPER (FROM)**    #6398

Dynak, Inc.

STREET ADDRESS 33 Saginaw Drive

CITY Rochester    STATE NY    ZIP 14623

CHECK ONE:  ☐ Prepaid  ☐ Collect  ☒ Third Party Prepaid

| NO. PCS. | HM | TYPE | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | RATE | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | | Skid | 2100# Coil - 441/55 | 2100# | | | |
| | | | UPS # 153E84 - ok per Steve M. | | | | |

TOTAL CUBE:

COD FEE    COD AMT $

UPS Freight 641 214 114

Firm name: Dynak, Inc.
Signed By: Anderson

Carrier: **UPS Freight**
Date received: 6-5-09
Driver: R. Reda
UPS Freight

UPS Freight COPY

**UPS Freight**
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 641214114

Weighed Date 06/05/2009

Weighing performed at RCH Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| Handling Units | Weight (lbs.) |
|----------------|---------------|
| ............ | ............ |
| 1 | 2,200 |
| ............ | ............ |
| Actual Scale Total      1 | 2,200 |

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-24-2008 | LAR | HAR | 646100700 | $ 134.58 | USD |

CONSIGNEE:   15340636
DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

| P.O. NO. 75R14638 | | Payment Due | |
|---|---|---|---|
| B/L NO. 399512 | | **ON RECEIPT** | |
| ADV SCAC | PRO# | DATE | BEY SCAC |

SHIPPER:   03025396
HINOJOSA CALZADO

802 HALLMARK
LAREDO, TX 78045

BILL TO:   32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | X | OT | ISOPROPANOL SOLUTION,CL3 | 66 | 050233-00 | 55 | FLOOR | 88.50 |
| | | | UN1219,PGII | | | | | |
| | | | 0001900 HAZARDOUS MATERIAL CHG | | | | | 19.00 |
| | | | 003060 LTL FUEL ADJUSTMENT | | | | 30.60 | 27.08 |
| | | | CONS PH: 956 228 3751 | | | | | |
| | | | 800 424 9300   EMERGENCY PHONE# | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 301828 | | | | | |
| | | | .............................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508   134.58 | | | | | |
| | | | 02/22/10 P3421849   134.58 | | | | | |
| | | | 01/18/10 P3384610   134.58 | | | | | |
| | | | 12/21/09 P3347416   134.58 | | | | | |
| | | | .............................. | | | | | |
| 1 | | | TOTAL | 66 | | | | |
| | | | AMOUNT DUE | | | | | 134.58 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RCD)

CONSIGNEE
DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS          TX 78567

1    11145114
1  75P14630
(800)333-7400    03/24/08

REQUIRED TRAILER
289608 OVNT

646 100 700

12F

SHIPPER
HINOJOSA CALZADO

802 HALLMARK
LAREDO          TX 78045
0302539e
BU   300512

HAR
LAR

734

EMERGENCY PHONE# 800 424 9300

UPGF

PS Freight      www.epsfreight.com

646 100 700

| # PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | |
|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | |
| | X | | 1 SK HANDLING UNIT(S) SAID TO CONTAIN: | 66 | 050233-00 | |
| | | | (2 DT) ISOPROPANOL SOLUTION,CL3 | | | |
| | | | UN1219,PGII | | | |
| | | | HAZARDOUS MATERIAL CHG | | | |
| | | | LTL FUEL ADJUSTMENT | | | |
| | | | CONS PH: 956 228 3751 | | | |
| | | | UPGF   6180 0261658 | | | |
| | | | UPGF 560   02/04/08 C N 301828 | | | |

| 1 | TTL PCS | PRINT NAME | | TTL WT | 66 | COD/DV | AIRBORNE | UP.PART |
|---|---|---|---|---|---|---|---|---|
| PCS REC'D | 156 | SIGNATURE | | FROM | | 173 | 510 | 550 |
| WRAP | INTACT? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | 32x08 | | |

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NON-NEGOTIABLE   No. 399512
Page 1 of 1

Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5559 1588

Cookson Electronic Metals, LLC.

Ave NAFTA, Nave No. 800  Apodaca, NL 66600   SHIP DATE 03/17/08

| SHIPPER'S NO. | AT: Cookson Mexico-Maquila | CUSTOMER ORDER NO. | PRO/COL |
| 691847-000 | | | COL |
| NAME OF CARRIER: 141387 UPS Ground (Collect) | | | SALES/MANT ACCT# |
| PRO# DA HINOJOSA | | | 9025 |

CONSIGNED TO DESTINATION:
DELPHI DELCO ELECTRONICS
DE MEXICO S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
USA

BILL TO: SAME

Phone# (956) 228-375)

| PKGS. | HM | DESCRIPTION OF ARTICLES | | CLASS | NET WEIGHT |
|---|---|---|---|---|---|
| 2 PL | X | UN1219 ISOPROPANOL SOLUTION, 3, PG II | | | 66 LB |
| | | NMFC ITEM 50233, SUB 3, CLASS 55 | | | |
| | | 114922 | Order#/Line | | |
| | | ROSIN FLUX 800     5GL | 691847-000 | | |
| | | | 1.000 | | |
| | | Cust PO- 75R14638 | | | |
| | | MSDS# AA 00115285 | | | |

927461

UPS Freight   646 100 700   LAR

| 2 PL | | 66.14 | Per | | AND REMIT TO: |
| 2 TOTAL PKGS. | TOTAL GROSS WEIGHT | 66.14 | AGENT | PER | COD CHARGE TO BE PAID BY |

UPS
Ruby 3-24-08
(SWS)

PLACARDS: ☐Offered ☐Refused   BRACING: ☐Supplied ☐Refused   EMER. Response Info.: ☐MSDS ☐DOT ER Guide ☐Carrier

NOTE: Where the rate is dependent on value, shippers are required to specifically state in writing the agreed or declared value of the property, the agreed or declared value of the property is hereby specifically agreed by the shipper to be not exceeding

"I hereby declared that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations."

Subject to section 7 of the terms and conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SIGNATURE OF CONSIGNOR

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CEAMBOL                                              ALT-FO-CED-0003

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 3-24-2008 | LAR | HAR | 646100711 | $   134.58   USD |

CONSIGNEE:      15340636
DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

| P.O. NO. 0550071740 | Payment Due |
|---|---|
| B/L NO. 399514 | ON RECEIPT |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| | | | |

SHIPPER:      03025396
HINOJOSA CALZADO

802 HALLMARK
LAREDO, TX 78045

BILL TO:      32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | X | OT | ISOPROPANOL SOLUTION,CL3 | 99 | 050233-00 | 55 | FLOOR | 88.50 |
| | | | UN1219,PGII | | | | | |
| | | | 0001900 HAZARDOUS MATERIAL CHG | | | | | 19.00 |
| | | | 003060 LTL FUEL ADJUSTMENT | | | | 30.60 | 27.08 |
| | | | CONS PH: 956 228 7210 | | | | | |
| | | | 800 424 9300   EMERGENCY PHONE# | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 301828 | | | | | |
| | | | ........................................ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      134.58 | | | | | |
| | | | 02/22/10 P3421649      134.58 | | | | | |
| | | | 01/18/10 P3384610      134.58 | | | | | |
| | | | 12/21/09 P3347416      134.58 | | | | | |
| | | | ........................................ | | | | | |
| 1 | | | TOTAL | 99 | | | | |
| | | | AMOUNT DUE | | | | | 134.58 COL |

If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.

DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS        TX 78567
     11445114
05020071740        (800)333-7400

289608 OVNT

646 100 711

12F          HAR
PICK UP DATE   ORIG

03/24/08     LAR

HINOJOSA CALZADO

802 HALLMARK
LAREDO        TX 78045
        03025396
        399514

/25
EMERGENCY PHONE# 800 424 9300

646 100 711                                    UPGF

$ Freight       www.upsfreight.com

| # PCS | UM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 /SK   HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | X | | (3 CT) ISOPROPANOL SOLUTION,CL3 | 99 | 050233-00 | | |
| | | | UN1219,PGII | | | | |
| | | | HAZARDOUS MATERIAL CHG | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | CONS PH: 956 228 7210 | | | | |
| | | | UPGF    6180 0261658 | | | | |
| | | | UPGF 560   02/04/08 C N 301828 | | | | |

| | TTL PCS | | TTL WT | 99 | COOM 173 | ARRAK 540 | DEPAID 850 |
|---|---|---|---|---|---|---|---|
| 'S DIVSD | 136 | | FROM | | DAIS 2050R | DRIVER NAME 5x12x | |
| RCP  ☐ DRIVER? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | |
| ☐ YES  ☐ NO | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

7000004 000325

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NON-NEGOTIABLE   No. 399514

Page 1 of 1

Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5569 1588

SHIP DATE 03/17/08

Cookson Electronics Mexico, LLA CJ.
Ave NAFTA, Nave No. 800 Apodaca, NL 66600

| | CUSTOMER ORDER# | | PPD/COL |
| | | | COL |

**SHIPPER'S NO.** 691779-000   **AT.** Cookson Mexico-Maquila

**SALESMAN/ACCT#** 9025

**NAME OF CARRIER** 141387 UPS Ground (Collect)
PRO# DA HINOJOSA

**CONSIGNED TO DISTRIBUTION**
Delphi D Deltronics (DA26) DIP
702 Joaquin Cavazos Road
Los Indios TX 78567
USA

BILL TO
SAME

Phone# (956) 228-7210

| | X | UN1219 ISOPROPANOL SOLUTION, 3, PG II | | | 99 LB |
| | | SMFC ITEM# 50233, SUB 3, CLASS 55 | | Order#/Line | |
| 3 | PL | 114922 | 5GL | 691779-000 | |
| | | ROSIN FLUX 800 | | 1.000 | |
| | | FOAM FLUX 5-GAL | | | |
| | | Cust PO- 0550071740 | | | |
| | | MSDS# AA 00115285 | | | |

927461

| 375 | 1715 | 1800 |
| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight   646 100 711 LAR

UPSt  3-24-08
Rudyc  (1 sws)
Per

| | 3 PL | | | 99.21 | | $ AND REMIT TO: |

| 3 TOTAL PKGS. | TOTAL GROSS WEIGHT | | | 99.21 | AGENT | PER |

ODD CHARGE TO BE PAID BY
☐ SHIPPER
☐ CONSIGNEE

PLACARDS: ☐ Offered ☐ Refused    BRACING: ☐ Supplied ☐ Refused    EMER. Response Info.: ☐ MSDS ☐ DOT ER Guide ☐ Carrier

ALT-FO-CED-000

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 4-11-2008 | LAR | HAR | 647590716 | $   134.49 | USD |

| CONSIGNEE:   15340636 | P.O. NO. | Payment Due |
|---|---|---|
| DELPHI CORP | NA | |
| | B/L NO. | ON RECEIPT |
| 702 JOAQUIN CAVAZOS | 401033 | |
| LOS INDIOS, TX 78567 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:   03025396 | BILL TO:   32801414 |
|---|---|
| HINOJOSA CALZADO | DELPHI CORP |
| | %TRENDSET INC |
| 802 HALLMARK | PO BOX 1208 |
| LAREDO, TX 78045 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | X | SK | UN1219,ISOPROPANOL SOLUTION, | 199 | 000055-00 | 55 | FLOOR | 88.50 |
| | | | 3,PGII | | | | | |
| | | | 0001900 HAZARDOUS MATERIAL CHG | | | | | 19.00 |
| | | | 003050 LTL FUEL ADJUSTMENT | | | | 30.50 | 26.99 |
| | | | 800 424 9300   EMERGENCY PHONE# | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 301828 | | | | | |
| | | | ................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458506    134.49 | | | | | |
| | | |   02/22/10 P3421849    134.49 | | | | | |
| | | |   01/18/10 P3384610    134.49 | | | | | |
| | | |   12/21/09 P3347416    134.49 | | | | | |
| | | | ................................. | | | | | |
| 1 | | | TOTAL | 199 | | | | |
| | | | AMOUNT DUE | | | | | 134.49 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**