DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS          TX 76567
11445114

14

EMERGENCY PHONE# 800 424 9300

286016 OVNT

647 590 716

12F
04/11/08

HINOJOSA CALZADO

802 HALLMARK
LAREDO          TX 78045
03025396

401033

HAR
LAR

**S Freight**   www.upfreight.com

647 590 716

UPGF

| # PCS | HM | PK | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|-------|----|----|----------------------------------------------|--------------|------|
| 1 | X | SK | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING UN1219, ISOPROPANOL SOLUTION, 3, PGII HAZARDOUS MATERIAL CHG LTL FUEL ADJUSTMENT UPGF 6180 0261658 UPGF 560 02/04/08 C N 301828 | 199 | 000055-00 |

4/14/08 9:00

TTL PCS  1   TTL WT  199

CHS DIVED
REV?   INTACT?
☐ YES   ☐ NO

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

**STRAIGHT BILL OF LADING · SHORT FORM · ORIGINAL · NON-NEGOTIABLE**

Cookson Electronics Mexico, LLC
Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5559 1588
Ave. NAFTA, Nave No. 800  Apodaca, NL 66600

No. **401033**
Page 1 of 1

SHIP DATE 04/08/08

| SHIPPER'S NO. | AT: | CUSTOMER ORDER# | PPD/COL |
|---|---|---|---|
| 692551-000 | Cookson Mexico-Maquila | | COL |

NAME OF CARRIER: 141387 UPS Ground (Collect)
PRO# DA HINOJOSA

SALESMAN/ACCT#: 9025

CONSIGNED TO DESTINATION:
Delphi D Deltronics (DA26) DIP
702 Joaquin Cavazos Road
Los Indios TX 78567
USA

BILL TO: SAME

Phone# (956) 228-7210

| PKG | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | S | X | Isopropanol Solution, 3, un1219 PG II | | | | 99 LB |
| | | | NMFC ITEM 50233, SUB 3, CLASS 55 | | | | |
| | | | 114922 | | Order#/Line | | |
| | | | ROSIN FLUX 800 | 5GL | 692551-000 | | |
| | | | FOAM FLUX 5-GAL | | 1.000 | | |
| | | | Cust PO- 0550071740 | | | | |
| | | | MSDS# AA 00115285 | | | | |
| | | X | Isopropanol Solution, 3, un1219 PG II | | | | 99 LB |
| | | | NMFC ITEM 50233, SUB 3, CLASS 55 | | | | |
| | | | 114922 | | Order#/Line | | |
| | | | ROSIN FLUX 800 | 5GL | 693047-000 | | |
| | | | FOAM FLUX 5-GAL | | 1.000 | | |
| | | | Cust PO- 0550071740 | | | | |
| | | | MSDS# AA 00115285 | | | | |

COD METER  0002   ARRIVE  18:02   DEPART  18:54   DESTINATION

UPS Freight  647 590 716  LAR

| | | | | |
|---|---|---|---|---|
| 1 | Skid | | 99.21 | Per _____ $ |
| | | | 99.21 | AND REMIT TO: |
| 1 | TOTAL PKGS. | TOTAL GROSS WEIGHT | 198.42 | AGENT ___ PER ___ |

COD CHARGE TO BE PAID BY: ☐ SHIPPER

PLACARDS: ☐Offered ☐Refused   BRACING: ☐Supplied ☐Refused   EMER. Response Info.: ☐MSDS ☐DOT ER Guide ☐Carrier   ☐ CONSIGNEE

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

"I hereby declared that the contents of this consignment are fully and accurately described above by the proper shipping name and are in all respects in proper condition for transport according to applicable international and national governmental regulations."

Subject to section 7 of the terms and conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

SIGNATURE OF CONSIGNOR

RECEIVED, subject to the classifications and lawful tariffs in effect on the date of the issue of this Bill of Lading...

ALT-FO-CED-0003

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 6-24-2008 | LAR | SGN | **647590753** | $ 145.96 USD |

| CONSIGNEE: 21723155 | P.O. NO. 0550040072 | Payment Due |
|---|---|---|
| DELPHI CORP | B/L NO. 407764 | ON RECEIPT |
| 1101 N CENTER RD FLINT, MI 48556 | ADV SCAC    PRO#    DATE    BEY SCAC | |

| SHIPPER: 07843883 | BILL TO: 32801414 |
|---|---|
| HINOJOSA FWDG | DELPHI CORP |
| COOKSON MEXICO MAQUILA | %TRENDSET INC |
| 802 HALLMARK | PO BOX 1208 |
| LAREDO, TX 78045 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | PL | CHEMICALS NOI | 124 | 043940-02 | 85 | MIN | 302.64 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -196.72 |
| | | | 003780 LTL FUEL ADJUSTMENT | | | | 37.80 | 40.04 |
| | | | 700479-000      BILL-LADING # | | | | | |
| | | | CONS PH: 810 257 6732 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 280256 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508    145.96 | | | | | |
| | | |   02/22/10 P3421849    145.96 | | | | | |
| | | |   01/18/10 P3384610    145.96 | | | | | |
| | | |   12/21/09 P3347416    145.96 | | | | | |
| | | | ..................................... | | | | | |
| 3 | | | TOTAL | 124 | | | | |
| | | | AMOUNT DUE | | | | | 145.96 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI CORP

1101 NORTH CENTER RD
FLINT          MI 48556
      02788236
: 0550040072
27

264179 OVNT
647 590 753
13E
(800)333-7400    06/24/08    LAR

HINOJOSA FUDG
COOKSON MEXICO MAQUILA
802 HALLMARK
LAREDO          TX 78045
      07843883
ADV CAR  407764

S Freight    www.upsfreight.com    647 590 753    UPGF

| PKS | | PL | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE |
|---|---|---|---|---|---|
| 3 | | PL | 3  PIECE(S) COUNTED AND VERIFIED ON<br>1 SK  HANDLING UNIT(S) WITH THE FOLLOWING :<br>CHEMICALS NOI<br>65.00% DISCOUNT<br>LTL FUEL ADJUSTMENT<br>700479-000        BILL-LADING #<br>CONS PH; 810 257 6732<br>BILL FREIGHT CHARGES TO:<br>BILL TO: 24068435<br>DELPHI CORP<br>XDATA2LOGISTICS<br>PO BOX 6030 | 124 | 043940-02 . |

| ON TD | # TTL PCS | PHONE NAME | TTL WT ▶ | | CBCM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|
| | 4 TTL PCS | *Schumperts* | | | 799 | 1324 | 1833 |
| CTS DLVRD | | SIGNATURE | | | BASE | DRIVE SIGN | |
| DSAP  BREACH | | | | | 627 | *mu)* | |

CONSIGNEE    DELIVERY RECEIPT (DR/D)                    FOREIGN TRAILER            SHIPPER    647 590 753

FOREIGN BILL NUMBER
647 590 753
CTY DIR/END SCAC          INT'L

PRO          UPS FREIGHT PRIME NUMBER      PICK UP DATE          ORIG.          ADV CAR
                                                                                RLD

UPS Freight          www.upsfreight.com                     647 590 753                    UPGF

# PCS    WH    PT    DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS      WEIGHT (LBS)      RATE

GRAND BLANC    MI 484806030
UPGF    6180 0261658
UPGF 560    02/04/08 C_N 280256

E

CONT D PAGE   2

3    TTL PCS    PRINT NAME                    TTL WT ▶    124    ODOM    ARRIVE    DEPART

PIECES DLVRD                SIGNATURE                          TRM
WRAP    INTACT?                                                        DATE    DRIVER NAME
☐ YES    ☐ NO      RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
              RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NON-NEGOTIABLE

*Hinojosa FWD  802 Hallmark*

No. **407764**
Page 1 of 1

Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5559 1588

Cookson Electronics México, S.A. de CV.

Ave. NAFTA, Nave No. 800  Apodaca, NLE 66600

SHIP DATE 06/18/08

| SHIPPER'S NO. | AT | CUSTOMER ORDER# | PRO/COL |
|---|---|---|---|
| 700479-000 | Cookson Mexico-Maquila | | COL |

SALESMAN/ACCT#
9009

PRO# DA HINOJOSA
NAME OF CARRIER

| SHIPPED TO DESTINATION | BILL TO |
|---|---|
| Delphi Delco (DA43) DIP | Delphi Delco (DA43) DIP |
| 1101 N. Center Road | 1101 N. Center Road |
| Dock 43 | Dock 43 |
| Flint MI 48556 | Flint MI 48556 |
| USA | USA |

Phone# (810) 257-6732

| PKGS | HM | DESCRIPTION OF ARTICLES | | CLASS | NET WEIGHT |
|---|---|---|---|---|---|
| 3 | PL | NMFC ITEM 43940, SUB 2, CHEMICALS, N.O.I. (NOT REGULATED) | | | 124 LB |
| | | 116740                    Order#/Line | | | |
| | | NR300-A2 NC HF V/F SPRAY   5GL    700479-000 | | | |
| | | X VOC-FREE N/CLN                   1.000 | | | |
| | | Cust PO- 0550040072 | | | |
| | | MSDS# AA 00116742 | | | |

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO TARIFFS OF LIABILITY OF THE CARRIER. CALL CARRIER CUSTOMER SERVICE 1-800-333-7400

| | | | |
|---|---|---|---|
| ODOMETER | PICKUP | DELIVERY | DESTINATION |

UPS Freight  647 590 753 LAR

| NUMBER PACKAGES | | | | | | |
|---|---|---|---|---|---|---|
| 3 PL | | | 124.95 | Pcs | $ | AND REMIT TO: |
| 3 TOTAL PKGS. | TOTAL GROSS WEIGHT | | 124.95 | | | COD CHARGE TO BE PAID BY ☐ SHIPPER |

PLACARDS: ☐Offered ☐Refused   BRACING: ☐Supplied ☐Refused   EMER. Response Info.: ☐MSDS ☐DOT ER Guide ☐Carrier      ☐ CONSIGNEE

NOTE: Where the rate is dependent on value, shippers are specifically required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.

"I hereby declare that the contents of this consignment are fully and accurately described above which said carrier the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment."

SIGNATURE OF CONSIGNOR

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-18-2009 | LAR | HAR | **647590801** | $ 281.87 | USD |

| CONSIGNEE: 17508816 | | P.O. NO. 75R18060 | Payment Due | |
|---|---|---|---|---|
| DELPHI DELCO ELECTRONICS SYS<br>PLANT DA32<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS, TX 78567 | | B/L NO. 420411 | **ON RECEIPT** | |
| | | ADV SCAC        PRO# | DATE | BEY SCAC |

| SHIPPER: 08132272 | BILL TO: 32801414 |
|---|---|
| HINOJOSA FORWARDING<br>WHS 2<br>802 HALLMARK DR<br>LAREDO, TX 78045 | DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 37 | | PL | CHEMICALS NOI | 1,541 | 043940-02 | 85 | 54.78 | 844.16 |
| | | | 70.00% DISCOUNT | | | | 70.00 | -590.91 |
| | | | 001130 LTL FUEL ADJUSTMENT | | | | 11.30 | 28.62 |
| | | | 721829            P.O. NUMBER | | | | | |
| | | | UPGF   6180 0002309 | | | | | |
| | | | UPGF 560     01/05/09 C N  12296 | | | | | |
| | | | ................................................ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508     281.87 | | | | | |
| | | | 02/22/10 P3421849     281.87 | | | | | |
| | | | 01/18/10 P3384610     281.87 | | | | | |
| | | | 12/21/09 P3347416     281.87 | | | | | |
| | | | ................................................ | | | | | |
| 2 | | | TOTAL | 1,541 | | | | |
| | | | AMOUNT DUE | | | | | 281.87 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

5 Freight   UPS   www.upsfreight.com

UPGF

| PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | | |
|-----|-----|-----|--|--|--|--|--|

| TTL PCS | | PRINT NAME | TTL WT | O.DIM | ARRIVE | DEPART |
|--|--|--|--|--|--|--|
| 2 SK | | George Martinez | Delphi | 072 | 6110 | 6125 |

SIGNATURE

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

3/19/09

**UPS Freight**   www.upsfreight.com

UPGF

George Martinez

STRAIGHT BILL OF LADING · SHORT FORM · ORIGINAL · NON-NEGOTIABLE

No. **420411**
Page 1 of 1

Cookson Electronics Mexico, LLC

Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5559 1588

Shipping out of Laredo  Laredo, TX 78045

SHIP DATE 03/11/09

PER'S NO.  | AT  | CUSTOMER ORDER#  | PRO CA
721829-000  Cookson Mexico-Maquila | | | **COL**

S OF CARRIER
143271 UPS (Collect)  freight
PRO# DA HINOJOSA

SALESMAN ACCT #
5025

SIGNED TO DESTINATION
ELPHI DELCO ELECTRONICS
E MEXICO S.A. DE C.V.
01 JOAQUIN CAVAZOS RD
OS INDIOS TX 78567
SA

BILL TO
SAME

Dell A#-#793476

Phone# (956) 228-3751

| PKGS | HM | DESCRIPTION OF ARTICLES | CLASS | NET WEIGHT |
|---|---|---|---|---|
| 37 | P | NMFC ITEM 43940, SUB 2, CHEMICALS. N.O.I. (NOT REGULATED) 116740       Order#/Line NR300-A2 NC HF V/F SPRAY   5GL   721829-000 | | 1,541 LB |
| | | 1.000 Cust PO- 75R18060 MSDS# AA 00116742 | | |

UPS Freight  647 590 801  LAR

st.e.ie/37 pails  3/18/09

| | | | |
|---|---|---|---|
| 37 Pail | 74.97 | 1,541.05 | UPSF Rudy C  3-18-09 |
| | | | 2 skids w/ 37 prs |
| 37 TOTAL PKGS. | TOTAL GROSS WEIGHT | 1,616.02 | |

ACARDS.☐Offered☐Refused  BRACING.☐Supplied☐Refused  EMER. Response Info.☐MSDS☐DOT ER Guide☐Carrier

CEAMBOL

ALT FO-CED-0003

**UPS Freight**™        UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 4-01-2008 | LAR | HAR | **647597392** | **$    115.67    USD** |

| CONSIGNEE:    15340636 | P.O. NO. 0550046486 | Payment Due |
|---|---|---|
| DELPHI CORP | B/L NO. 400120 | **ON RECEIPT** |
| 702 JOAQUIN CAVAZOS | | |
| LOS INDIOS, TX 78567 | ADV SCAC        PRO#        DATE        BEY SCAC |

| SHIPPER:    03025396 | BILL TO:    32801414 |
|---|---|
| HINOJOSA CALZADO | DELPHI CORP |
| 802 HALLMARK | %TRENDSET INC |
| LAREDO, TX 78045 | PO BOX 1208 |
| | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 9 | | CN | WIRE DELCO,WIRE ON SPOOL | 138 | 177450-00 | 70 | FLOOR | 88.50 |
| | | | OO3070 LTL FUEL ADJUSTMENT | | | | 30.70 | 27.17 |
| | | | 687437-000        BILL-LADING # | | | | | |
| | | | O550071661        P.O. NUMBER | | | | | |
| | | | UPGF    6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 301828 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/22/10 P3458508    115.67 | | | | | |
| | | |    02/22/10 P3421849    115.67 | | | | | |
| | | |    01/18/10 P3384610    115.67 | | | | | |
| | | |    12/21/09 P3347416    115.67 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| 9 | | | TOTAL | 138 | | | | |
| | | | AMOUNT DUE | | | | | 115.67 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**



DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS          TX 78567
11445114
0550046404

(800)333-7400

SHIPPER  647 597 392
HINOJOSA CALZADO

802 HALLMARK
LAREDO              TX 78045
0302539c
ADV CAR          #00120

2894.83 QUNT
647 597 392
12F
04/01/08          LAR

647 597 392

9  PIECE(S) COUNTED AND VERIFIED ON
   1 SK  HANDLING UNIT(S) WITH THE  FOLLOWING
9   CN  WIRE DELCO,WIRE ON SPOOL        138  177450-00
        LTL FUEL ADJUSTMENT
        687437-000        BILL-LADING $
        0550071661        P.O. NUMBER
        UPGF  6180 0261658
        UPGF 560  02/04/08 C N 301828

UPGF

10:20   4/2/08

9   TTL PCS                         TTL WT  138

OOOM  354  ARRIV 10:23  DEPART 10:34
04/02  45

Emergency Contact: US & Canada: CHEMTREC 1800
Mexico: 01 800 022 1400, (55) 5559 1588

Cookson Electronics Metals, LLC

NOTF 440100
SHIP DATE 03/27/08

Ave NAFTA, Nave No. 800  Apodaca, NL 66600

| SHIPPER'S NO. | AT: | CUSTOMER ORDER# | PRO/COL | COL |
| 687437-000 | Cookson Mexico-Maquila | | SALESMAN/ACCT# | 9025 |

143166 UPS Ground
PRO# DA HINOJOSA

CONSIGNED TO DESTINATION
Delphi D Deltronics (DA26) DIP
702 Joaquin Cavazos Road
Los Indios TX 78567
USA

BILL TO
SAME

Phone# (956) 228-7210

| | | SOLDER NOI>10% TIN NMFC ITEM 136440 SUB1 CLASS 60 | Order#/Line | | 50 LB |
| 9 | C | 110305 | 687437-000 | P1 | 1 LB Spool |
| | | WC063DC06 032 SMT+   P1  1LB  .032 Smt+ | | | |
| | | Wire 63Sn/37Pb Delco (00020678) | 2.000 | | |
| | | 63Sn/37Pb          QQS | | | |
| | | Cust PO- 0550046486 | | | |
| | | MSDS# FT001RCW | | | |
| | | | Order#/Line | | 88 LB |
| | | 139249 | 691778-000 | | |
| | | WS063DELC 118   11# on 20# spl | | | |
| | | 11# of wire on spool | 2.000 | | |
| | | 63Sn/37Pb DELCO 11#Wire | | | |
| | | Cust PO- 0550071661 | | | |
| | | MSDS# FT002-1 | | | |

| | ODOMETER | 1601 ARRIVE | 1631 DEPART | DESTINATION |

UPS Freight  647 597 392  LAR

E. Gonzales    UPGF
4-1-08         1skid/9 cnts.

| | 9 | Carton | 50.00 88.00 | | | |
| | 9 | TOTAL PKGS. | TOTAL GROSS WEIGHT | 138.00 | | |

PLACARDS: ☐Offered ☐Refused   BRACING: ☐Supplied ☐Refused   EMER. Response Info.: ☐MSDS ☐DOT ER Guide ☐Carrier

Page 278 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 4-07-2008 | LAR | HAR | 647597506 | $ 115.49 | USD |

| CONSIGNEE: | 15340636 |
|---|---|
| DELPHI CORP | |
| 702 JOAQUIN CAVAZOS | |
| LOS INDIOS, TX 78567 | |

| P.O. NO. 0550071661 | | | |
|---|---|---|---|
| B/L NO. 400557 | | **Payment Due** | |
| ADV SCAC | PRO# | **ON RECEIPT** | |
| | | DATE | BEY SCAC |

| SHIPPER: | 03025396 |
|---|---|
| HINOJOSA CALZADO | |
| 802 HALLMARK | |
| LAREDO, TX 78045 | |

| BILL TO: | 32801414 |
|---|---|
| DELPHI CORP | |
| %TRENDSET INC | |
| PO BOX 1208 | |
| MAULDIN, SC 29662-1208 | |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | WIRE ON SPOOL | 176 | 177450-00 | 70 | FLOOR | 88.50 |
| | | | 003050 LTL FUEL ADJUSTMENT | | | | 30.50 | 26.99 |
| | | | 691777-000      BILL-LADING # | | | | | |
| | | | CONS PH: 956 228 7210 | | | | | |
| | | | UPGF    6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 301828 | | | | | |
| | | | ................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508     115.49 | | | | | |
| | | |   02/22/10 P3421849     115.49 | | | | | |
| | | |   01/18/10 P3384610     115.49 | | | | | |
| | | |   12/21/09 P3347416     115.49 | | | | | |
| | | | ................................... | | | | | |
| 1 | | | TOTAL | 176 | | | | |
| | | | AMOUNT DUE | | | | | 115.49 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS          TX 78567

11445114
0550071661

289818 OVNT
647 597 506

12E
(800)333-7400    04/02/08

647 597 50

HINOJOSA CALZADO

802 HALLMARK
LAREDO          TX 78045
03025396

ADV CAR
400557

08

647 597 506

UPGF

| # PCS | WT | PI | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|-------|----|----|--------------------------------------------|--------------|------|
| 1 | | | 1  PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING | | |
| 1 | | SK | WIRE ON SPOOL | 176 | 177450-00 |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | 691777-000          BILL-LADING ♦ | | |
| | | | CONS PH: 956 228 7210 | | |
| | | | UPGF    6180 0261658 | | |
| | | | UPGF 560    02/04/08 C N 301828 | | |

4/8/08

| 1 | TTL PCS | TTL WT | 176 | ODOM | ARRIVE | DEPART |
|---|---------|--------|-----|------|--------|--------|
| | 5K | | | 294 | 1257 | 1:02 |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

4/8/08

STRAIGHT BILL OF LADING  SHORT FORM - ORIGINAL - NON-NEGOTIABLE

Cookson Electronics Vision, LLC.

Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5659 1588

No. 400557
Page 1 of 1

SHIPPER'S NO.   691777-000

Ave NAFTA, Nave No. 800 Apodaca, NL 66600

SHIP DATE 04/03/08

NAME OF CARRIER   Cookson Mexico-Maquila

143166 UPS Ground

COL

9025

CONSIGNED TO DISTRIBUTION
Delphi D Deltronics (DA26) DIP
702 Joaquin Cavazos Road
Los Indios TX 78567
USA

BILL TO   SAME

Phone# (956) 228-7210

| | | DESCRIPTION OF ARTICLES | | NET WEIGHT |
|---|---|---|---|---|
| | 139249 | | | |
| | WS063DELC 118    11# on 20# spl | Order#/Line | | 88 LB |
| | 11# of wire on spool | 691777-000 | | |
| | 63Sn/37Pb DELCO 11#Wire | | | |
| | Cust PO- 0550071661 | 2.000 | | |
| | MSDS# FT002-1 | | | |
| | | | | |
| | 139249 | | | |
| | WS063DELC 118    11# on 20# spl | Order#/Line | | 88 LB |
| | 11# of wire on spool | 692550-000 | | |
| | 63Sn/37Pb DELCO 11#Wire | | | |
| | Cust PO- 0550071661 | 2.000 | | |
| | MSDS# FT002-1 | | | |

UPS Freight  647 597 506  LAR

E. Coards  UPGF
4-7-08

TOTAL PKGS.   TOTAL GROSS WEIGHT   176.00   176.00

PLACARDS: ☐Offered ☐Refused   BRACING: ☐Supplied ☐Refused

CEAMBOL

ALT-FO-CED-0003

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 9-25-2009 | LAR | MTL | **647599584** | $ 223.78 | USD |

| CONSIGNEE: 02043204 | P.O. NO. 13789 | Payment Due | |
|---|---|---|---|
| MARK IV AUTOMOTIVE | B/L NO. 7327194 | **ON RECEIPT** | |
| 1500 DE BOUCHERVILLE | | | |
| MONTREAL, PQ H1N3V3 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 34694155 | BILL TO: 32601414 |
|---|---|
| DELPHI CORP | DELPHI CORP |
| DIV E CISCO CORP 60611 | %TRENDSET INC |
| 13701 MINES RD | PO BOX 1208 |
| LAREDO, TX 78041 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | FAK | 87 | 009100-00 | 100 | MIN | 504.08 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -327.65 |
| | | | 001720 LTL FUEL ADJUSTMENT | | | | 17.20 | 30.35 |
| | | | 0001700 CANADA BORDER FEE | | | | | 17.00 |
| | | | ATTACH MISC DOCUMENTS | | | | | |
| | | | PACKING SLIP | | | | | |
| | | | 56328214        BILL-LADING # | | | | | |
| | | | UPGF  6022 0261658 | | | | | |
| | | | UPGF 525    01/05/09 C N 181932 | | | | | |
| | | | ............................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508     223.78 | | | | | |
| | | |   02/22/10 P3421849     223.78 | | | | | |
| | | |   01/18/10 P3384610     223.78 | | | | | |
| | | |   12/21/09 P3347416     223.78 | | | | | |
| | | | ............................. | | | | | |
| 1 | | | TOTAL | 87 | | | | |
| | | | AMOUNT DUE | | | | | 223.78 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

MARK IV AUTOMOTIVE

1500 DE BOUCHERVILLE
MONTREAL
PQ H1N3V3
02043204
13789        (514)256-6055
           (800)333-7400

DELPHI CORP
DIV E CISCO CORP 60611
13701 MINES RD
LAREDO        TX 78041
   34694155    (956)726-1621
ADV CAR
   7327194

647 599 584

09/25/09  LAR

372550

647 599 584

1 PIECE(S) COUNTED AND VERIFIED ON
1 SK  HANDLING UNIT(S) WITH THE FOLLOWING
                87   009100-00

| # PCS | UNE | PI | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | |
|---|---|---|---|---|---|---|
| 1 | SK | FAK | LTL FUEL ADJUSTMENT | 87 | | |
| | | | CANADA BORDER FEE | | | |
| | | | ATTACH MISC DOCUMENTS | | | |
| | | | PACKING SLIP | | | |
| | | | 56328214    BILL-LADING # | | | |
| | | | SECTION 7 SIGNED | | | |
| | | | BILL TO: 32801414 | | | |
| | | | DELPHI CORP | | | |
| | | | UPGF  6022 0261658 | | | |

DELIVERY CUSTOMS CLEARED
OCT 0 1 2009

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

647 599 584

647 599 584

647 599 584                              UPGF

UPGF 525    01/05/09 C N 181932

CONTD PAGE  2

| 1 | LTL PCS | PRINT NAME | | TTL WT | 87 | ORGN | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|---|

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

261554

7

2205574255765

0 1 OCT. 2009
MAINLE
46                    Par – Int

2205647599584

0 1 OCT. 2009
M           RELEASED
46

2205993458642

0 1 OCT. 2009
SED
46

# DELPHI

_____ Packard Electric Systems

Page 1 of 1

| Shipped From: LADC   609623566 | Ship To   726610 |
|---|---|
| Depot Packard LAREDO DC | MARK IV AUTOMOTIVE |
| 1701 KING'S RD | 1500 RUE DE BOUCHERVILLE |
| LAREDO TX 78045 | MONTREAL QUEBEC QC H1N 3V3 |
| | CANADA |

**Bill of Lading / Packing Slip**

Bill of Lading - SID   56326214

| Sold To: 05-101801 | Final Destination   726610 |
|---|---|
| MARK IV AIR INTAKE SYSTEMS | MARK IV AUTOMOTIVE |
| 1500 RUE DE BOUCHERVILLE | 1500 RUE DE BOUCHERVILLE |
| MONTREAL QUEBEC QC H1N 3V3 | MONTREAL QUEBEC QC H1N 3V3 |
| CANADA | CANADA |

Ext Sup : SID
Master BOL : 7327194
Supplier Code: 609623566
Seal No : FORD MK3
         FORD MK3
Trailer No : 123
Air Bill No :
Logistic No:
Terms:  EX- EX WORKS-COLLECT
Routing: 000700

SCAC Code: OVNT
Pro No.: 647599584LAR
Request Shipped   / Actual Shipped
10/02/2009 17:33 /            00:00

Subject to Section 7 of Condition of applicable bill of lading if the shipment is to be delivered to the consignee without the recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight & other lawful charges.

Signature of Shipper (Consignor):

**Premium Shipment Information:**

PTA No. :
Responsibility:
Reason Code:
Reason:
Received subject to the lawfully filed tariffs in effect on the date of issue of this bill of lading. Terms and conditions shown in the uniform bill of lading apply.

| Total Containers: 00008 | |
|---|---|
| Gross Weight: | 39.618 KG   87.343 LB |
| Tare Weight: | 9.379 KG    20.677 LB |
| Net Weight: | 30.239 KG   66.666 LB |

**Carrier's Signature & Date:**

Date

Hazardous Placards Offered?   (circle one)   Yes   No

Carrier's Signature:

| HM | Description of Commodity | Net Weight UOM |
|---|---|---|
| | 70 - F A.K.- Freight All Kinds | 30.240 KG |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper signature (Required if shipping Hazardous Material):

| Material No. / Customer Material No. | Description | Customer PO | Cust. Item | Qty Packs | Catalog No. |
|---|---|---|---|---|---|
| 13698529 L0211A | HARN MISC NON-ALLIED ASM WIRING 13789 | | | 1,120.000 PC | 8 |
| C0007130 | PACK SLOTTED 11.35 15.96 21.1 | | | 8.000 PC | |
| C0007147 | PACK SHEET 10.75 .01 20.5 CHIPBOARD | | | 64.000 PC | 1 |

UP9F
Luduc
92509
TSWS

92-7551

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF
THE CARRIER & WHEN A CARRIER CONTAINER SHIPPER'S SHIELD 1-800-333-7400

| 955 | 1641 | 1705 | |
|---|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight   647 599 584   LAR

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 9-24-2008 | LAR | IND | **647604565** | $ 225.29 | USD |

| CONSIGNEE: 36094892 | P.O. NO. 0550042201 | | Payment Due | |
|---|---|---|---|---|
| DELPHI DELCO CORP PLT 9 RECV 2033 E BLVD KOKOMO, IN 46902 | B/L NO. 413407 | | ON RECEIPT | |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 31629114 | BILL TO: 32801414 |
|---|---|
| HINOJOSA FWDG | DELPHI CORP %TRENDSET INC |
| 802 HALLMARK LAREDO, TX 78045 | PO BOX 1208 MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | X | SK | ¨¨¨  SHIPMENT REWEIGHED  ¨¨¨ ISOPROPANOL 70.00% DISCOUNT 0001900 HAZARDOUS MATERIAL CHG 003110 LTL FUEL ADJUSTMENT 001800 REWEIGH FEE 00429-LAR ORIGINAL WGT/REWEIGH SHIPMENT WEIGHED AT LAR. WEIGHT DECLARED AS 00429 LBS. ACTUAL WEIGHT IS 00535 LBS. ¨INTER¨ STATE RATES APPLY DOCK DELIVERY 1800 424 9300  EMERGENCY PHONE# UPGF   6180 0002309 UPGF 560   02/04/08 C N 280923 · · · · · · · · · · · · · · · · · · · · · · · · · · PREVIOUSLY INVOICED ON:   03/22/10 P3458508     225.29   02/22/10 P3421849     225.29   01/18/10 P3384610     225.29   12/21/09 P3347416     225.29 · · · · · · · · · · · · · · · · · · · · · · · · · · | 535 | 042690-01 | 60 | 89.48 70.00  31.10 | 478.72 -335.10 19.00 44.67 18.00 |
| 1 | | | TOTAL AMOUNT DUE | 535 | | | | 225.29 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI DELCO CORP
PLT 9 RECV
2033 E BLVD
KOKOMO                    IN 46902
       36094892     (317)457-8461
M 055804220J

254797 UPGF

647 604 565

638
09/24/08

HINOJOSA FWDG

882 RALLPARK
LAREDO              TX 78045
        51029114
ADV CAR
       708622

29
EMERGENCY PHONE≠ 1800 424 9300

UPS Freight™                    www.upsfreight.com

647 604 565

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | |
|-----|----|----|-----|-----|-----|-----|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | | |
| 1 | X | SK | ISOPROPANOL | 535 | 042690-01 | |
| | | | 70.00% DISCOUNT | | | |
| | | | HAZARDOUS MATERIAL CHG | | | |
| | | | LTL FUEL ADJUSTMENT | | | |
| | | | REWEIGH FEE | | | |
| | | | 80429-LAR ORIGINAL WGT/REWEIGH | | | |
| | | | SHIPMENT WEIGHED AT LAR. | | | |
| | | | WEIGHT DECLARED AS 80429 LBS. | | | |
| | | | ACTUAL WEIGHT IS 80535 LBS. | | | |
| | | | *INTER* STATE RATES APPLY | | | |

CONW'D    <TTL PCS

PIECES BLVRD
WRAP INTACT?
YES     NO?

| FREIGHT BILL NUMBER | | |
|---|---|---|
| 647 604 565 | | |
| CHV 81/WB SCAC | DEST | |

| PCS | | UPS FREIGHT PHONE NUMBER | PICK UP BASE | ORIG | ADV CAR |
|---|---|---|---|---|---|

**UPS Freight™**

www.upsfreight.com

| #PCS | NM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WGT(SUBJ. TO) | NMFC | |
|---|---|---|---|---|---|---|
| | | | DOCK DELIVERY | | | |
| | | | BILL FREIGHT CHARGES TO: | | | |
| | | | BILL TO: 32801414 | | | |
| | | | DELPHI CORP | | | |
| | | | XTREMDSET INC | | | |
| | | | PO BOX 1208 | | | |
| | | | MAULDIN          SC 29662 | | | |
| | | | UPGF   6180 0002509 | | | |
| | | | UPGF 560   02/04/08 C N 200923 | | | |
| | | | CONTD PAGE  2 | | | |

| 1 | <TTL PCS | PRINT NAME | | TTL WT > | 535 | CROSS | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|---|
| PIECES BEYOND | | SIGNATURE | | PUSH | | | | |
| WRAP   INTACT? | | X | | | | | | |
| YES    NO? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | BASE | DRIVER BASE | |

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL   NON-NEGOTIABLE   No. 413407

**Cookson Electronics México, s.a. de c.v.**   Page   1 of   1

Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5559 1588

Ave NAFTA, Nave No. 800  Apodaca, NLE 66600   SHIP DATE 09/18/08

| SHIPPER'S NO. | AT: | | CUSTOMER ORDER | | PRO/COL |
|---|---|---|---|---|---|
| 708622-000 | Cookson Mexico-Maquila | | | | COL |

NAME OF CARRIER   143271 UPS (Collect)   SALESMAN/ACCT# 9009
PRO# DA HINOJOSA

CONSIGNED TO DESTINATION
Delphi Delco (DA01) DIP     SELL TO   SAME
2033 East Blvd
Kokomo IN 46904-9005
USA

Phone# (765) 451-1763

| PKGS. | HM | DESCRIPTION OF ARTICLES | *** | CLASS | NET WEIGHT |
|---|---|---|---|---|---|
| | X | ISOPROPANOL SOLUTION, 3, UN1219, PG II | | | |
| 13 | P | NMFC ITEM 50233, SUB 3, CLASS 55 | | | 429 LB |
| | | 114922 | Order#/Line | | |
| | | ROSIN FLUX 800 | 5GL | 708622-000 | |
| | | FOAM FLUX 5-GAL | | 1.000 | |
| | | Cust PO- 0550042201 | | | |
| | | MSDS# AA 00115285 | | | |

UPS Freight 647 604 565 LAR

15kid RPM Brown 9/24/08

| | SHIPPER'S PACKAGES | | | | Per | | AND REMIT TO: |
|---|---|---|---|---|---|---|---|
| 13 | Palz | | | | | | |

13 TOTAL PKGS.   TOTAL GROSS WEIGHT   429.92

PLACARDS: ☐Offered ☐Refused   BRACING: ☐Supplied ☐Refused   EMER. Response Info.: ☐MSDS ☐DOT ER Guide ☐Carrier

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

CEAMBOL     ALT-FO CED 0003

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http //www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number  647604565                         Weighed Date  09/24/2008
Weighing performed at LAR  Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment  The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines  Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| | Handling Units | Weight (lbs') |
|---|---|---|
| | 1 | 535 |
| Actual Scale Total | 1 | 535 |

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 7-17-2008 | LAR | SGN | **656792161** | $ 146.28 | USD |

| CONSIGNEE: 21723155 | P.O. NO. 0550040072 | Payment Due |
|---|---|---|
| DELPHI CORP | B/L NO. 409564 | **ON RECEIPT** |
| 1101 N CENTER RD | ADV SCAC | PRO# | DATE | BEY SCAC |
| FLINT, MI 48556 | | |

| SHIPPER: 35911046 | BILL TO: 32801414 |
|---|---|
| HINOJOSA FWDG | DELPHI CORP |
| COOKSON MEXICO | %TRENDSET INC |
| 802 HALLMARK | PO BOX 1208 |
| LAREDO, TX 78045 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | CHEMICALS,NOI | 124 | 043940-02 | 85 | MIN | 302.64 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -196.72 |
| | | | 003810 LTL FUEL ADJUSTMENT | | | | 38.10 | 40.36 |
| | | | 702916-000        BILL-LADING # | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 280256 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      146.28 | | | | | |
| | | | 02/22/10 P3421849      146.28 | | | | | |
| | | | 01/18/10 P3384610      146.28 | | | | | |
| | | | 12/21/09 P3347416      146.28 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 124 | | | | |
| | | | AMOUNT DUE | | | | | 146.28 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RES)

DELPHI CORP

101 NORTH CENTER RD
LINT                    MI 48556
02788236
0550040072              (800)333-7400

22

265738 OVNI
656 792 161
13C          SGN
07/17/08     LAR

SHIPPER
HINOJOSA FUGG
COOKSON MEXICO
802 HALLMARK
LAREDO           TX 78045
35911046
ADV CAR    409564

656 792 161                          UPGF

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | | WEIGHT (LBS) | RATE |
|-----|----|----|----|----|----|----|
| 1 | | SK | 1 PIECE(S) COUNTED AND VERIFIED ON<br>1 SK   HANDLING UNIT(S) WITH THE<br>CHEMICALS.NOI                        124<br>65.00% DISCOUNT<br>LTL FUEL ADJUSTMENT<br>702916-000        BILL-LADING #<br>BILL FREIGHT CHARGES TO:<br>BILL TO: 24068435<br>DELPHI CORP<br>XDATA2LOGISTICS<br>PO BOX 6030<br>GRAND BLANC     MI 484806030 | FOLLOWING:<br>043940-02 | | |

INTO   HL PCS

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

4/17  /35%
/22

CONSIGNEE

656 792 161

FREIGHT BILL NUMBER
656 792 161

ADV CAR

UPS Freight    www.upsfreight.com

656 792 161    UPGF

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

UPGF    6180  0261658
UPGF  560    02/04/08  C  N  280256

CONT'D PAGE  2

1    TTL PCS    TTL  WT    124

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NON-NEGOTIABLE**

No. **409564**
Page 1 of 1

**Cookson Electronics México, sa de cv**

Emergency Contact: US & Canada: CHEMTREC 1-800-424-9300
Mexico: 01 800 022 1400, (55) 5659 1688

Ave NAFTA, Nave No. 800   Apodaca, NLE 66600

SHIP DATE 07/11/08

| SHIPPER'S NO. | AT: | CUSTOMER ORDER NO. | PROJECT |
|---|---|---|---|
| 702916-000 | Cookson Mexico-Maquila | Hinojosa B62 Halmark | COL |

NAME OF CARRIER  143271 UPS (Collect)
PRO# DA HINOJOSA

SALESMAN ACCT#  9009

CONSIGNED TO DESTINATION
Delphi Delco (DA43) DIP
1101 N. Center Road
Dock 43
Flint MI 48556
USA

BILL TO
SAME

Phone# (810) 257-6732

| PKGS | HM | DESCRIPTION OF ARTICLES | CLASS | NET WEIGHT |
|---|---|---|---|---|
| 1 | S | NMPC ITEM 43940, SUB 2, CHEMICALS, N.O.I. (NOT REGULATED) 116740          Order#/Line NR300-A2 NC HF V/F SPRAY   5GL      702916-000 X VOC-FREE N/CLN                    1.000 Cust PO- 0550040072 MSDS# AA 00116742 | | 124 LB |

924087

| | | |
|---|---|---|
| 722 | 1532 | 1550 |
| ODOMETER | ARRIVE | DEPART |

UPS Freight  656 792 161 LAR

*Bill. Miranda* 7-17-08

| 1 | skid/ | | 124.95 | Per | $ AND REMIT TO: |

| 1 | TOTAL PKGS. | TOTAL GROSS WEIGHT | 124.95 | AGENT | PER |

COD CHARGE TO BE PAID BY ☐ SHIPPER ☐ CONSIGNEE

PLACARDS: ☐Offered ☐Refused   BRACING: ☐Supplied ☐Refused   EMER. Response Info.: ☐MSDS ☐DOT ER Guide ☐Carrier ☐ CONSIGNEE

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

*"I hereby declared that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations."*

Subject to section 7 of the terms and conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

UPS Freight 7-17-08 *sws*

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the Bill of Lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the Bill of Lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CEAMBOL

ALT-FO-CED-0003

7000004 000343

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 4-14-2008 | STO | SNT | 660673683 | $  177.07 | USD |

| CONSIGNEE:      26607512 | P.O. NO. 63N081980 |
|---|---|
| DELPHI CORP | **Payment Due** |
| CISCO 60502 | |
| 9440 BALL ST | B/L NO. 50348 |
| SAN ANTONIO, TX 78217 | **ON RECEIPT** |

| | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|

| SHIPPER:      15291625 | BILL TO:      32801414 |
|---|---|
| BTU | DELPHI CORP |
| | %TRENDSET INC |
| 23 ESQUIRE RD | PO BOX 1208 |
| NORTH BILLERICA, MA 01862 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | PARTS FOR FURNACE HEAT TREATING | 157 | 026290-03 | 77.5 | MIN | 387.97 |
| | | | OR MELTING | | | | | |
| | | | 65.00% DISCOUNT | | | | 65.00 | -252.18 |
| | | | 003040 LTL FUEL ADJUSTMENT | | | | 30.40 | 41.28 |
| | | | ADDITIONAL DELIVERY INFO. | | | | | |
| | | | DOCK 28 Y 29 | | | | | |
| | | | UPGF    6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 194047 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    177.07 | | | | | |
| | | | 02/22/10 P3421849    177.07 | | | | | |
| | | | 01/18/10 P3384610    177.07 | | | | | |
| | | | 12/21/09 P3347416    177.07 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 157 | | | | |
| | | | AMOUNT DUE | | | | | 177.07 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (VSD)                                     660 673 683

DELPHI CORP                      263700 GVNT        8TU
ISCO 60502                                         23 ESQUIRE RD
440 BALL ST                      660 673 683       BILLERICA      MA 01821-2596
AN ANTONIO      TX 78217              SNT           15291625     (978)667-4111
    25091331                     204          ORG  ADV CAR
63N081980      UPS FREIGHT PHONE NUMBER  PCE UP DUE  50348
               (800)333-7400     04/14/08      STO

17

                                 660 673 683                    UPGF

| PKS | BM | PI | DESCRIPTION OF ARTICLES AND SPECIAL HANDLING | WEIGHT (LBS) | NMFC |
|---|---|---|---|---|---|
| | | | 1   PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| 1 | | SK | PARTS FOR FURNACE HEAT TREATING | 157 | 026290-03 |
| | | | OR MELTING | | |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | ADDITIONAL DELIVERY INFO. | | |
| | | | DOCK 28 Y 29 | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 24068435 | | |
| | | | DELPHI CORP | | |
| | | | XQATA2LOGISTICS | | |

CONSIGNEE    DELIVERY RECEIPT (RED)

SHIPPER    660 673 683

FREIGHT BILL NUMBER
660 673 683
ORY ANY/BRD SCAC    BRSI

POB    UPS FREIGHT PHONE NUMBER    PICK UP DATE    ANG    ADV CAR
BL#

UPS Freight™    www.upsfreight.com    660 673 683    UPGF

| # PCS | HM | PI | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE |
|---|---|---|---|---|---|
| | | | PO BOX 6030 | | |
| | | | GRAND BLANC    MI 484806030 | | |
| | | | UPGF    6180 0261658 | | |
| | | | UPGF 560    02/04/08 C N 194047 | | |
| | | | | | |
| | | | CONTG PAGE  2 | | |

| 1 | TTL PCS | PRINT NAME | | TTL WT | 157 | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|---|
| PIECES DLYRD | | SIGNATURE | | | | | | |
| WRAP?  □ YES | INTACT?  □ NO | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | FIRM | | | DATI | DRIVER NAME | |

## Uniform Straight Bill of Lading (Short Form) – Non Negotiable

| Shipper/Cargo Location: | Consignee: | BOL#: 50348 |
|---|---|---|
| BTU International<br>23 Esquire Road<br>North Billerica, MA 01862 | DELPHI SISTEMAS DE<br>ENERGIA<br>S.A. DE C.V. (PLANTA 11)<br>9440 BALL STREET DIVISION<br>DOCK 28 Y 29<br>SAN ANTONIO, TX. 78217 | |

| Bill Freight Charges To: | Contact Name: | Contact Phone Number: |
|---|---|---|
| DELPHI SISTEMAS DE<br>ENERGIA<br>S.A. DE C.V. (PLANT 11)<br>P.O. BOX 981012<br>EL PASO, TX. 79998-1012 | PO 63N081980<br><br>ETD Date: 04/14/08<br><br>ETA Destination: | |

| Carrier | Car or Pro # | Freight Terms |
|---|---|---|
| UPS FREIGHT | | FREIGHT COLLECT ACCOUNT # 6YF585 |

Notes to Carrier:
BILL ACCOUNT # 6YF585

| Packages | Description | Weight (lbs) | Volume (cft) |
|---|---|---|---|
| 1 PALLET | FURNACE PARTS   CLASS 77 1/2<br>DIMS 47X40X33 | 157 LbS | |

| 1 PALLET | Totals | 157 Lbs | |
|---|---|---|---|

**NOTE:**
Standard terms and conditions of the Uniform Domestic Straight Bill of Lading apply.
Rates/Liability subject to Tariff/Contract with carrier in effect on the date of the issue of this Bill of Lading.

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Signature of Shipper:** *Thoma Coyl*

Shipper Signature: *Th Cal*   Date: 4/14/*   Consignee Signature:   Date:

Carrier Signature/Package Count:   Date:

UPS&F 4-14-08
(1SK) BS

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|

UPS Freight  660 673 683

Page 1 of 1



OUTBOUND STRIPPING DOCUMENT

UNLOADED BY _____          TIME STARTED _____

DRIVER'S NAME _____          TIME COMPLETED _____

UNIT SPOTTED IN DOOR NUMBER _____

TRAILER UNIT:  54756 DVNT 1          TERMINAL: STO          DATE: 04/14/08
P/U DATE: 04/14/08                   CITY ROUTE: 002        TIME: 15:30:53

| H<br>T | SHIP 4X4 | CONS 4X4 | P<br>C | PRO<br>NUMBER | ZIP | DEST<br>TERM | I/L<br>SCAC | NXT<br>DOOR TRM | RFTC | WEIGHT |
|---|---|---|---|---|---|---|---|---|---|---|
| | FIRS CORN | CAPD 495W | P | 426162796 | RO 40456 | LEX | | 009N NBR | | 1000 |

0 TOTAL NEXT-DAY SHIPMENTS

|  | SHIPMENTS | WEIGHT | REVENUE | # RATED |
|---|---|---|---|---|
| LTL: | 1 | 1000 | 0.00 | 0 |
| TL: | 0 | 0 | 0.00 | 0 |
| BBAK: | 0 | 0 | 0.00 | 0 |
| TOTAL: | 1 | 1000 | 0.00 | 0 |

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 2-11-2010 | EVN | HAR | 674904075 | $  575.47 | USD |

| | | |
|---|---|---|
| CONSIGNEE:    17508816<br>DELPHI DELCO ELECTRONICS SYS<br>PLANT DA32<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS, TX 78567 | P.O. NO.<br>NONE | |
| | B/L NO.<br>394079 | **Payment Due** |
| | ADV SCAC | PRO# | **ON RECEIPT** |

| | DATE | BEY SCAC |

| SHIPPER:    01485890<br>RED SPOT PAINT & VARNISH<br><br>1016 E COLUMBIA ST<br>EVANSVILLE, IN 47711 | BILL TO:    32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 22 | X | DR | ···    SHIPMENT REWEIGHED    ···<br>PAINT RELATED MATERIAL, 3,UN<br>1263,PGII,ERG128<br>70.00% DISCOUNT<br>0002350 HAZARDOUS MATERIAL CHG<br>001870 LTL FUEL ADJUSTMENT<br>0C2000 REWEIGH FEE<br>00857-EVN ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT EVN.<br>WEIGHT DECLARED AS 00857 LBS.<br>ACTUAL WEIGHT IS 00910 LBS.<br>INCENTIVE ALLOWANCE MAY APPLY<br>800 424 9300    EMERGENCY PHONE#<br>UPGF    6180 0002309<br>UPGF 560    01/04/10 C N  22318<br><br>······················<br>PREVIOUSLY INVOICED ON:<br>  02/18/10 17047251    575.47<br>······················ | 910 | 149980-02 | 92.5 | 164.16<br><br>70.00<br><br>18.70 | 1,493.86<br>·1,045.70<br>23.50<br>83.81<br>20.00 |
| 1 | | | TOTAL | 910 | | | | |
| | | | AMOUNT DUE | | | | | 575.47 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | DELIVERY RECEIPT | | DELIVERING TRAILER | | 674 904 075 |
|---|---|---|---|---|---|

SHIPPER
RED SPOT PAINT & VARNISH

DELPHI DELCO ELECTRONICS S
PLANT DA32
601 JOAQUIN CAVAZOS
LOS INDIOS        TX 78567
17508816

1016 E COLUMBIA ST
EVANSVILLE        IN 47711
01485890    (812)428-9153

FREIGHT BILL NUMBER
674 904 075

CITY REG'D/VD SCAC        DEST
12T        HAR

ADV CAR

PICK UP DATE        ORG
02/11/10   EVN.

BL# 394079

POE NONE        #1
16

UPS FREIGHT PHONE NUMBER
(800)333-7400

EMERGENCY PHONE# 800 424 9300

674 904 075

UPS Freight℠        www.upsfreight.com

| PKGS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | |
| 32 pails | X | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | 910 | 149980-02 |
| | | | DRY PAINT RELATED MATERIAL, | | |
| | | | 3,UN 1263,PGII,ERG128 | | |
| | | | 70.00% DISCOUNT | | |
| | | | HAZARDOUS MATERIAL CHG | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | REWEIGH FEE | | |
| | | | 00857-EVN ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT EVN. | | |
| | | | WEIGHT DECLARED AS 00857 LBS. | | |
| | | | ACTUAL WEIGHT IS 00910 LBS. | | |

Tr# 261222
2/15/10  4:55

| CONT'D | <TTL PCS | PRINT NAME Edgardo Hinojosa | TTL WT > | DOOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|
| PIECES DLVRD | 56 | SIGNATURE | FIRM | 400 | 448 | 458 |
| WRAP  INTACT? | | | | DATE | | DRIVER NAME |
| YES  NO? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | 2/15/10 | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

7000004 000247

| CONSIGNEE | DELIVERY RECEIPT | | DELIVERING TRAILER | SHIPPER | 674 904 075 |

| | | FREIGHT BILL NUMBER | | |
| | | 674 904 075 | | |
| | | CITY RTE/BYD SCAC | DEST | |

| PO# | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | ADV CAR |
| | | | | BL# |

**UPS Freight**™

www.apidiaght.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|------|----|----|---------------------------------------------|-------------|------|
| | | | INCENTIVE ALLOWANCE MAY APPLY | | |
| | | | SECTION 7 SIGNED | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 32801414 | | |
| | | | DELPHI CORP | | |
| | | | %TRENDSET INC | | |
| | | | PO BOX 1208 | | |
| | | | MAULDIN        SC 296621208 | | |
| | | | UPGF   6180 0002309 | | |
| | | | UPGF 560   01/04/10 C N  22318 | | |
| | | | CONTD PAGE  2 | | |

Tot# 26 1222

2/15/ 4:55

| 1  < TTL PCS | PRINT NAME | | TTL WT > | 910 | ODOM | ARRIVE | DEPART |
| PIECES DLVRD | SIGNATURE | | FIRM | | | | |
| WRAP  INTACT? | X | | | | | | |
| YES   NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | DATE | | DRIVER NAME | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

**Straight Bill of Lading**
Original - Not Negotiable

| Date/Time: 02/11/2010 | SCAC Code: | Trailer No: | B/L No: 394079 |
|---|---|---|---|

***** *EMERGENCY HELP-CHEMTREC 1-800-424-9300* *****  Carrier: UPS Freight

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading. The property described below in apparent good order, except as noted (contents of packages unknown), marked, consigned, and destined as indicated below which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination if on its route, otherwise to deliver to another carrier on the route to said destination it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment and Red Spot Paint & Varnish Co., Inc.'s Terms and Conditions of Sale. Shipper hereby certifies that he is familiar with all the terms and conditions of the said Bill of Lading set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Ship From:**
Red Spot Paint & Varnish Co,Inc
1016 East Columbia Street
Evansville, IN 47711
UNITED STATES

| **Shipped To:** | **Third Party Billing Address:** | **C.O.D. Shipment** |
|---|---|---|
| DELPHI DELCO ELECTRONICS DE MX<br>S DE RL DE CV DELPHI DELCO<br>601 JOAQUIN CAVAZOS ROAD<br>LOS INDIOS,TX78567<br>UNITED STATES | | C.O.D. Amount: _____<br>Collection Fee: _____<br>Total Charges: _____ |

| To be Prepaid: ☐ | Collect: ☑ | 3rd Party Billing: ☐ | Pro #: |
|---|---|---|---|

**Special Instructions:**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

( Signature of Consignor )

| # Of Pkgs | H M | Descriptions of Articles, Special Marks & Exceptions | Weight Subject to Corr | Erg # |
|---|---|---|---|---|
| 22 | X | STEEL DRUM,UN1263,PAINT RELATED MATERIAL,3,PGII<br>(220426-1-1) | 857 lbs | 128 |
| | | **Total Weight:** | 857 lbs | |

| 567 | 1415 | 1625 | |
|---|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight  674 904 075

Red Spot Paint & Varnish Co,Inc
1016 East Columbia Street
Evansville,IN47711

(permanent post office address of shipper)

Shipper Per:

This is to certify that the above named materials are properly classified, described, packaged, marked, labeled and placarded, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

- Driver acknowledges that a current copy of D.O.T.E.R.G. Guidebook is in his possession
- This shipment has been loaded properly and secured for transport

Signature: _____ Date: _____ Pcs: ____

The carrier, by endorsement, accepts liability for the total number of pieces including attached pallet loads and any and all damages thereto, including but not limited to attorney's fees and consultants' fees related to the cost of the recovery of the same

Page 1 of 1

NOTE: Where rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of property. The agreed or declared value or property is hereby specifically stated by the shipper to be not exceeding _____ Per

- If the shipment above between two points by a carrier by water, the law requires that the Bill of Lading shall state whether it is "carrier's or shipper's weight"
- Shipper's request in lieu of stamp, not a part of bill is being approved by the Interstate Commerce Commission
- The fibre boxes used for this shipment conform to the specifications and fault in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
- To the extent that any conflict may arise between the terms and conditions of any Uniform Domestic Straight Bill of Lading as set forth in the (1) Uniform Freight Classification or Sale, Red Spot's Terms and Conditions of Sale will prevail.
- applicable motor carrier classification or tariff if this is a motor carrier shipment and Red Spot Paint & Varnish Co , Inc.'s Terms and Conditions of Sale shall be held by a court of other tribunal of competent jurisdiction to be unenforceable, such provisions shall be enforced to the fullest extent permissible and the remaining portion of the Bill of Lading and/or Red Spot's Terms and Conditions of Sale shall be held by a court and effect.
- For a copy of Red Spot Paint & Varnish Co , Inc.'s Terms and Conditions of Sale, directo aes www.redspot.com, call 812-426-8150, or write Red Spot Paint & Varnish Co , Inc at 1457 E. Louisiana  Evansville  IN 47711

**UPS Freight** 

**UPS Freight**
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number. 674904075                                    Weighed Date: 2/11/2010
Weighing performed at EVN Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true and
accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to conform to
all established federal and state guidelines. Established procedures for verifying weight meets the guidelines
published in the National Motor Freight Classification 100-series items 360 and 995 and the UPGF 102-series
rules tariff items 362 and 990.

|                    | Handling Units | Weight (lbs.) |
|--------------------|----------------|---------------|
|                    | 1              | 910           |
| Actual Scale Total | 1              | 910           |

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 12-04-2009 | DAY | HAR | 675238760 | $   816.83   USD | |

| CONSIGNEE:     17508816 | P.O. NO. 43284 | |
|---|---|---|
| DELPHI DELCO ELECTRONICS SYS | | **Payment Due** |
| PLANT DA32 | B/L NO. 17031 | |
| 601 JOAQUIN CAVAZOS | | **ON RECEIPT** |
| LOS INDIOS, TX 78567 | ADV SCAC        PRO# | DATE        BEY SCAC |

| SHIPPER:     0146G430 | BILL TO:     32801414 |
|---|---|
| NAVISTAR INC | DELPHI CORP |
| SPRINGFIELD ASSEMBLY PLANT | %TRENDSET INC |
| 6125 URBANA RD | PO BOX 1208 |
| SPRINGFIELD, OH 45502-9597 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | RK | STEERING WHEELS NOI | 1,092 | 179295-00 | 110 | 205.17 | 2,240.46 |
| | | | 70.00% DISCOUNT | | | | 70.00 | -1,568.32 |
| | | | 001870 LTL FUEL ADJUSTMENT | | | | 18.70 | 125.69 |
| | | | 001900 INSPECTION | | | | | 19.00 |
| | | | 70.53   CUBIC FEET | | | | | |
| | | | 123119          CUSTOMER # | | | | | |
| | | | UPGF   6180 0G02309 | | | | | |
| | | | UPGF 560    01/05/09 C N   30653 | | | | | |
| | | | ................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      816.83 | | | | | |
| | | | 02/22/10 P3421849      816.83 | | | | | |
| | | | 12/14/09 16799026      816.83 | | | | | |
| | | | ................................... | | | | | |
| 1 | | | TOTAL | 1,092 | | | | |
| | | | AMOUNT DUE | | | | | 816.83 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE | DELIVERY RECEIPT | | DELIVERING TRAILER | SHIPPER 675 238 760

DELPHI DELCO ELECTRONICS S
PLANT DA32
601 JOAQUIN CAVAZOS
LOS INDIOS      TX 78567

FREIGHT BILL NUMBER
675 238 760

CITY RTE/SYO SCAC   DEST
12F      HAR

PICK UP DATE   ORIG
12/04/09   DAY

NAVISTAR INC
SPRINGFIELD ASSEMBLY PL
6125 URBANA RD
SPRINGFIELD      OH 45502-9597
01466430   (937)342-5006

ADV CAR
BL# 17031

17508816

OR 63286

10

UPS FREIGHT PHONE NUMBER
(800)333-7400

for B

675 238 760

**UPS Freight™**   www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | |
|---|---|---|---|---|---|---|
| 1 | | RK | 1  PIECE(S) COUNTED AND VERIFIED ON<br>1 OF  HANDLING UNIT(S) WITH THE FOLLOWING:<br>STEERING WHEELS NOI<br>70.00% DISCOUNT<br>LTL FUEL ADJUSTMENT<br>INSPECTION<br>LEX S/C ID<br>70.53  CUBIC FEET<br>123119      CUSTOMER #<br>BILL FREIGHT CHARGES TO:<br>BILL TO: 32801414<br>DELPHI CORP | 1092 | 179295-00 | |

| CONTD | < TTL PCS | PRINT NAME | | TTL WT > | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|
| PIECES OLVRD | OT | SIGNATURE X | FIRM | | 866 | 415 | 50 |
| WRAP  INTACT? | | RECEIVE THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | DATE | | DRIVER NAME | |
| YES   NO? | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | 120909 | | | |

675 238 760

FREIGHT DILL NUMBER

675 238 760

CITY RTE/BVD SCAC        DEST

ADV CAR

POB        UPS FREIGHT PHONE NUMBER        PICK UP DATE        ORIG        BLB

**UPS Freight ™**        www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | %TRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN        SC 296621208 | | | | |
| | | | UPGF    6180 0002309 | | | | |
| | | | UPGF 560    01/05/09 C N  30653 | | | | |
| | | | | | | | |
| | | | CONT'D PAGE  2 | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | <TTL | PCS | PRINT NAME | TTL WT > | 1092 | ODOM | ARRIVE | DEPART |
| PIECES DLVRD | | | SIGNATURE | FIRM | | | |
| WRAP  INTACT? | | | X | | | | |
| YES    NO? | | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | DATE | DRIVER NAME |
| | | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | |





UPS Freight 675 238 760 DAY

X _____ 12-4-09

**DRIVERS COPY**

Bill of Lading

Page 1
Bill Company : 002
Bill of Lading: 17031
**Date** : 12/03/2009

Ship-From : Springfield Assembly Plant

6125 Urbana Rd

Springfield, OH
45502

Ship-To: DELPHI ELECTRONICS & SAFETY
LOS INDIOS WHSE
601 JOAQUIN CAVAZOS RD

LOS INDIOS, TEXAS 78567
78567

**Delivery Date** : 12/03/2009

Reference : PO#43284  TAGH123119

Subject to Section 7 of Conditions of applicable bill of Lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following: The carrier shall not make delivery of the shipment without payment of freight and other lawful charges.

Seal : 64346
Trailer : 926550

Forwarding Agent: UPF UPS FREIGHT
Freight Terms : N Collect
Gross Weight : 1092.000

| Quantity | Container | Article | Description | Net Weight | Gross Weight |
|---|---|---|---|---|---|
| 1.0000 | RACK | AUTO | Truck and Auto | 1092.000 | 1092.000 |

This movement is made under the terms and conditions of a contract between the shipper and carrier. Carrier will perform forwarding line services or carrier convenience interline on a single through bill subject of existing applicable tariff rates. If this B/L is International or CARRIER: If shipment is prepaid, send freight bill and copy of this B/L to: INTERNATIONAL TRUCK AND ENGINE, c/o DataLogistics, P.O. Box 6530, Grand Blanc, MI 48439

International Truck and Engine Corp.

THIS SHIPMENT IS CORRECTLY DESCRIBED. CORRECT WEIGHT IS SHOWN HEREIN  Subject to verification by the GOVERNING WEIGHING AND INSPECTION BUREAU

SHIPPER PER: _____

Agent _____

Per _____

7000004 000351

**UPS Freight**

UPS Freight
1000 Semmes Avenue
P.O. Box 1216
Richmond, Virginia 23218-1216
Web Address: www.UPSFreight.com
Customer Service: 1-800-333-7400

*Freight Inspection Certificate*

Shipment PRO Number

**675238760**

Suffix

**RO**

| Date of Inspection: | 12/05/2009 | Orig. Service Center | DAY | Dest. Service Center | HAR |
|---|---|---|---|---|---|

| Shipper | NAVISTAR INC |
|---|---|
| Consignee | DELPHI DELCO ELECTRONICS SYS |
| Packing Type | SK    (BG BX BD CN CR CS DR OT PL RK RL SK) |
| Description | STEERING WHEELS NOI |
| Model I.D. | |

| Length | Width | Height | Pieces | Cube | | |
|---|---|---|---|---|---|---|
| 61 | 37 | 54 | 1 | 70.53 | Handling Units | 1 |
| | | | | | Shipment Weight | 1092 |
| | | | | | Shipment Cube | 70.53 |
| | | | | | Shipment Density | 15.48 |
| | | | | | Adequate Packaging? | Yes |
| | | | | | Can Double Stack? | No |
| | | | | | Linear Footage Used | |

NMFC Item Number:    179295-00

| Change Type | N | N - NMFC Change<br>C - CCAP Added<br>F - Feet Added Only | E - Extreme Length<br>NW - NMFC and Weight Change<br>K - Cube Added Only | NC - NMFC Change & CCAP added<br>CW - CCAP & Weight Change |
|---|---|---|---|---|

Comments

FOUND TO BE 1 SKID OF PLASTIC STEERING WHEEL CLASS 110

| Inspector ID | Ralph D. Robinson | The information set forth in this document constitutes an accurate description of the shipment covered hereby and corrections with applicable laws and tariffs |
|---|---|---|

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 7-08-2009 | MNS | JCK | 675695182 | $ | 109.89  USD |

| CONSIGNEE:    04716784 | P.O. NO. 40900614 | Payment Due | |
|---|---|---|---|
| DELPHI CORP DIV P CISCO 60031 DOCK 23 925 INDUSTRIAL PARK RD BROOKHAVEN, MS 39601 | B/L NO. NONE | ON RECEIPT | |
|  | ADV SCAC      PRO# | DATE | BEY SCAC |

| SHIPPER:     05092091 | BILL TO:        32801414 |
|---|---|
| ZESTRON AMERICA 11285 ASSETT LOOP MANASSAS, VA 20109 | DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 |  | OT | 3/25 LITER PLASTIC CONTAINERS NON HAZ CLEANING MATERIAL | 174 | 000055-00 | 55 | FLOOR | 94.00 |
|  |  |  | 001690 LTL FUEL ADJUSTMENT UPGF   6180 0261658 UPGF 560    01/05/09 C N 164426 |  |  |  | 16.90 | 15.89 |
|  |  |  | . . . . . . . . . . . . . . . . . . . . . . . . . . PREVIOUSLY INVOICED ON: |  |  |  |  |  |
|  |  |  | 03/22/10 P3458508     109.89 02/22/10 P3421849     109.89 01/18/10 P3384610     109.89 12/21/09 P3347416     109.89 |  |  |  |  |  |
|  |  |  | . . . . . . . . . . . . . . . . . . . . . . . . . . |  |  |  |  |  |
| 1 |  |  | TOTAL | 174 |  |  |  |  |
|  |  |  | AMOUNT DUE |  |  |  |  | 109.89 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

**DELIVERY RECEIPT**

CONSIGNEE

DELPHI CORP
DIV P CISCO 60031 DOCK 23
P25 INDUSTRIAL PARK RD
BROOKHAVEN        MS 39601
        04716784
#  40909614                  (800)333-7400

13    D/R COPY:      1

DELIVERING TRAILER
926899 UPGF

FREIGHT BILL NUMBER
675 695 182

CITY RTE/BYU SCAC    DEST
817C        JCK

PICK UP DATE    ORIG
07/08/09   MNS

SHIPPER  675 695 182
ZESTRON AMERICA
11285 ASSETT LOOP
MANASSAS        VA 20109
05092091   (703)393-9880
ADV CAR
BLR   NONE

UPS FREIGHT PHONE NUMBER

675 695 182

**UPS Freight**    www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|-----|----|----|-----|-----|-----|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | |
| | | | (3 OT) 3/25 LITER PLASTIC | 174 | 000055-00 |
| | | | CONTAINERS NON HAZ CLEANING | | |
| | | | MATERIAL | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 32801414 | | |
| | | | DELPHI CORP | | |
| | | | %TRENDSET INC | | |
| | | | PO BOX 1208 | | |
| | | | MAULDIN        SC 29662 | | |

CONTD  < TTL PCS    PRINT NAME  Angela Jackson    TTL WT >
PCES PKVRD    CONTAINER  X    FRM  Delphi
HAZ  IN FACT?    RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
YES  NO?    RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

DOOR  OC 3   ARRIVE 1328   DEPART 1342
DATE 7/10   DRIVER NAME

700KK04 000353

CONSIGNEE             DELIVERY RECEIPT              DELIVERING TRAILER        SHIPPER          675 695 182

FREIGHT BILL NUMBER
675 695 182
CITY RTE/BYD SCAC        DEST

PO#        UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORIG    ADV CAR
BL#

**UPS Freight**
www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | |
|---|---|---|---|---|---|---|
| | | | UPGF   6180 0261658 | | | |
| | | | UPGF 560   01/05/09 C N 164426 | | | |

CONTD PAGE  2

| 1 | < TTL PCS | PRINT NAME | | TTL WT > | 174 | ODOM | ARRIVE | DEPART |

PIECES DLVRD ___
WRAP  INTACT?   SIGNATURE
YES   NO?       X
                RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    DATE    DRIVER NAME
                RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE



# STRAIGHT BILL OF LADING
## UPS CONSIGNEE

Date _____ 7/08/2009

| | | |
|---|---|---|
| **SHIPPED FROM** | Zestron America<br><br>11285 Assett Loop<br><br>Manassas<br>Virginia<br>20109 | |
| **SHIPPED TO:** | Delphi Packard Southeast Operations | |
| **STREET ADDRESS:** | 925 Industrial Park Road, Plant 23 Indirect Materials Dock | |
| **CITY:** | Brookhaven | |
| **STATE:** | MS | |
| **ZIP CODE:** | 39601 | |
| **BILL TO:** | Delphi Packard (accounts payable) | |
| **STREET ADDRESS:** | 4501 East Hill Road, Suite E | |
| **CITY:** | Grand Blanc | |
| **STATE:** | MI | |
| **ZIP CODE:** | 48439 | |

| | | | |
|---|---|---|---|
| ☒ COLLECT | ☒ THIRD PARTY | EMERGENCY RESPONSE # 800-535-5053 | TRACKING NUMBER |
| ☐ PREPAID | QUOTE # | | |

**ATTENTION: EDITH MARTINEZ/PO# 040900614**

| HU | PKG TYPE | NO OF PIECES | DESCRIPTION | NMFC ITEM # | CLASS | WEIGHT |
|---|---|---|---|---|---|---|
| | skid | 3 | 3/25 liter plastic containers of a NON-HAZARDOUS cleaning agent (RC101) | 48580 | 55 | 174 LBS |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | total | 3 | | total | weight | 174 LBS |

**Total Skids:** 1

### SHIPPER CERTIFICATION

This to certify that the above name materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the department of transportation.

Tony Pollok

**Shipper's Signature** _____   **Date:** _____ 7/08/2009

### CARRIER CERTIFICATION

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent document in the vehicle.

**Print Name** C Vaughn   **Date** 7/08/2009

**Signature** _____ UPGF T-PLT

| 295 | 1430 | 1435 | |
|---|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight 675 695 182 MNS

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 8-06-2008 | DAY | SBD | **675867743** | $ 121.16 USD | |

| CONSIGNEE: 04857742 | P.O. NO. EWR A0265-702 | Payment Due |
|---|---|---|
| TRELLEBORG AUTOMOTIVE | B/L NO. 53749537 | **ON RECEIPT** |
| 400 AYLWORTH AVE | | |
| SOUTH HAVEN, MI 49090 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 22607340 | BILL TO: 32801414 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI CORP |
| | %TRENDSET INC |
| 2582 E RIVER RD | PO BOX 1208 |
| DAYTON, OH 45439 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | AUTOMOTIVE MOUNTS - ENG TRANS | 250 | 104600-00 | 50 | FLOOR | 88.50 |
| | | | 003690 LTL FUEL ADJUSTMENT | | | | 36.90 | 32.66 |
| | | | UPS WORLDSHIP | | | | | |
| | | | · · · · · ATTENTION · · · · · | | | | | |
| | | | JOHN T GRAY | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 129993 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    121.16 | | | | | |
| | | | 02/22/10 P3421849    121.16 | | | | | |
| | | | 01/18/10 P3384610    121.16 | | | | | |
| | | | 12/21/09 P3347416    121.16 | | | | | |
| | | | ..................................... | | | | | |
| 1 | | | TOTAL | 250 | | | | |
| | | | AMOUNT DUE | | | | | 121.16 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

**DELIVERY RECEIPT**

CONSIGNEE

TRELLEBORG AUTOMOTIVE

400 AYLWORTH AVE
SOUTH HAVEN        MI 49090
         04857742
09 EWR A0265-792        (800)333-7400

UPS FREIGHT PHONE NUMBER

FREIGHT BILL NUMBER
675 867 743
CITY STATE/PROV SCAC
26A
PICK UP DATE
08/06/08

DEST
STD
DAY

SHIPPER
DELPHI AUTOMOTIVE SYSTEMS
2502 E RIVER RD
DAYTON        OH 45439
         32045923
ADV CAR
BOL        53749537

675 867 743

**UPS Freight**        www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|---------------------------------------------|-------------|------|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 1 | | SK | AUTOMOTIVE MOUNTS - ENG TRANS | 250 | 104600-00 | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | UPS WORLDSHIP | | | | |
| | | | * * * * ATTENTION * * * * * | | | | |
| | | | JOHN T GRAY | | | | |
| | | | BILL TO: 24868435 | | | | |
| | | | DELPHI CORP | | | | |
| | | | WPGF   4180 #261658 | | | | |
| | | | BPGF 560   02/04/08 C H 129993 | | | | |

| | | | | PRINT NAME | TTL WT > | COD > | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|---|
| 1 | <TTL | CS | | MYER | 250 | 528 | 1487 | 1453 |
| PIECES BLURRED | | | | X | | 877 | | |
| WRAP  INTACT? | | | | RECEIVER THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | |
| YES  NO?? | | | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

# DELPHI

Energy & Chassis Systems

Page  1  of  2

## Bill of Lading / Packing Slip

| Shipped From:   KDCT | Ship To:      SHIPPER |
|---|---|
| DELPHI E&C CENTRAL - MODEL 5-97<br>2585 EAST RIVER ROAD<br>MORAINE OH 45439 | TRELLEBORG AUTOMOTIVE<br>ATTN: JOHN T GRAY<br>400 AYLWORTH AVE<br>SOUTH HAVEN MI 49090 |
| | Unloading Point: |
| Sold To:      SHIPPER | Final Destination      SHIPPER |
| | TRELLEBORG AUTOMOTIVE<br>ATTN: JOHN T GRAY<br>400 AYLWORTH AVE<br>SOUTH HAVEN MI 49090 |
| | Unloading Point: |

Bill of Lading - SID:  53749537

Ext. Sup - SID:
Master BOL:  6233235
Supplier Code:
Seal No.:  N/A

Trailer No.: N/A
Air Bill No.:
Logistic No:
Terms:  PCA-SHIP POINT   DAYTON, OH.
Routing:  000000

SCAC Code: UPSS
Pro No.: 675867743
Request Shipped   / Actual Shipped
08/05/2008 15:43 / 08/05/2008 15:50

**Premium Shipment Information:**
PTA No.:
Responsibility:
Reason Code:
Reason:
Received subject to the lawfully filed tariffs in effect on the date of issue of this bill of lading Terms and conditions shown in the uniform bill of lading apply.

Subject to Section 7 of Condition of applicable bill of lading if the shipment is to be delivered to the consignee without the recourse on the consignor, the consignee shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight & other lawful charges.

Signature of Shipper (Consignee):

Carrier's Signature & Date:

Date:

| Total Containers:  00012 | | |
|---|---|---|
| Gross Weight: | 250.000 LB | 113.398 KG |
| Tare Weight: | 0.000 LB | 0.000 KG |
| Net Weight: | 0.000 LB | 0.000 KG |

Hazardous Placards Offered?    (circle one)    Yes    No

Carrier's Signature:

| HM   Description of Commodity | Net Weight UOM |
|---|---|
| Undefined | 0.000 KG |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper signature (Required if shipping Hazardous Material):

| Material No.<br>Customer Material No. | Description<br>Customer PO | Cust. Item | Qty<br>Packs | Catalog No. |
|---|---|---|---|---|
| P1<br>VARIOUS | CHARACTERIZATION SAMPLES - MOUNTS | | 36.000 PC | |

Customer Specific Information:
ATTN: JT GRAY - TEL.#269-639-4348

Notes:
FROM: JOHN WALTERBUSCH - TEL.#937-455-3364 - EWN A0265-702
Part No                Qty  Description
22248824/25892302    3    GMX295 Mount Assembly
22248822/25892305    3    GMX295/322 Mount Assembly
22219625/21998156    3    GMT610 LH AWD V8 Mount Assembly

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|-----------|--------|-------------|------------------|----------------|---|
| 2-28-2008 | RKI | ELP | 682654873 | $ 231.65 | USD |

| CONSIGNEE: 25789164 | P.O. NO. NONE | | Payment Due | |
|---|---|---|---|---|
| DELPHI CORP | B/L NO. 1086179 | | ON RECEIPT | |
| DIV P CISCO 60152 | | | | |
| 48 WALTER JONES BLVD | ADV SCAC | PRO# | DATE | BEY SCAC |
| EL PASO, TX 79906 | | | | |

| SHIPPER: 10182395 | BILL TO: 32801414 |
|---|---|
| EPOXY CHEMICALS INC | DELPHI CORP |
| | %TRENDSET INC |
| 15191 ILLINOIS HWY 40 | PO BOX 1208 |
| SHEFFIELD, IL 61361 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|-----|----|----|-------------|--------|------|-------|------|---------|
| 1 | | SK | CONSUMER COMMODITY ORM-D | 473 | 000055-00 | 55 | | |
| | | | 0000500 AS WEIGHT | | | | 106.07 | 530.35 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -344.73 |
| | | | 002480 LTL FUEL ADJUSTMENT | | | | 24.80 | 46.03 |
| | | | DILAN 01        BILL-LADING # | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N  49206 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    231.65 | | | | | |
| | | | 02/22/10 P3421849    231.65 | | | | | |
| | | | 01/18/10 P3384610    231.65 | | | | | |
| | | | 12/21/09 P3347416    231.65 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 473 | | | | |
| | | | AMOUNT DUE | | | | | 231.65 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

**DELIVERY RECEIPT**

| CONSIGNEE | | DELIVERING TRAILER | | SHIPPER | 682 654 873 |

DELPHI CORP
DIV P CISCO 60152
48 WALTER JONES BLVD
EL PASO        TX 79906

927318 UPGF

EPOXY CHEMICALS INC

15191 ILLINOIS HWY 40
SHEFFIELD        IL 61361

FREIGHT BILL NUMBER
682 654 873

CITY XTRAN'G XCAC    DEST
24A                  ELP

08236900

PICK UP DATE        ORIG
02/20/08            RKI

10182595

ADV CAR .

BL# 1006179

UPS FREIGHT PHONE NUMBER
(800)333-7400

CR  HOME

04
BEST DELIVERY TIME: 800 - 1500

682 654 873

**UPS Freight™**    www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| 1 | | SK | 1  PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| | | | CONSUMER COMMODITY ORM-D | 473 | 008055-08 |
| | | | AS WEIGHT | 500 | |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | DILAM 01            BILL-LADING 0 | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 24060435 | | |
| | | | DELPHI CORP | | |
| | | | xDATA2LOGISTICS | | |
| | | | PO BOX 6040 | | |

| CONTD  <TTL PCS | PRINT NAME | TTL WT> | CBCM | ARRIVE | DEPART |
|---|---|---|---|---|---|
| PIECES DLVRD | X | FIRM  D.C | 899 | 1016 | 1011 |
| WRAP  INTACT?  YES  NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED.  RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | DATE  3/3 | DRIVER NAME  Josse | |

| | | | FREIGHT BILL NUMBER | | | |
|---|---|---|---|---|---|---|
| | | | 682 654 873 | | | |
| | | | CITY JOB/DAYS BC/AC | BEST | | ADV CAR |
| PO# | | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | INJ | |

**UPS Freight ™**          www.upsfreight.com

| /PCS | NS | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT LBS | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | GRAND BLANC          MI 48480 | | | | |
| | | | UPGF    6188 0261658 | | | | |
| | | | UPGF 560    02/04/08 C M  49286 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | CONTD PAGE  2 | | | | |
| 1 | < TTL PCS | | FRGHT RANS | TTL WT > | 473 | ODOM | ARRIVE | DEPART |
| PIECES DLVRD | | | SIGNATURE X | FRM | | | | |
| WRAP  INTACT? | | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | DATE | DRIVER BADGE | |
| YES    NO? | | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

**SHIPPING ORDER**

must be legibly filed in, in ink, indelible Pencil, or in Carbon, and retained by the Agent

RECEIVED, subject to the classifications and tariffs for other agreement between Shipper and Carrier in effect on the date of the issue of the Bill of Lading.

**SUBJECT TO ALL THE TERMS, CONDITIONS AND LIMITATIONS INCORPORATED BY REFERENCE AS SHOWN ON BACK HEREOF**

| NAME OF CARRIER | POINT OF ORIGIN | SHIPPER'S NUMBER | CUSTOMER'S P.O. NO |
|---|---|---|---|
| CUSTOMER PICK U | SHEFFIELD, IL 61361 | | |

| SHIPPING DATE | BILL OF LADING NO | 1086179 |
|---|---|---|
| 02.28.'2008 | dilan 01 | |

FROM  Epoxy Chemicals Inc.
15191 Illinois Highway 40
SHEFFIELD, IL 61361

| | | By |
|---|---|---|
| Right Product | Bills of Lading | |
| Count | Packing List | |
| Labels/Packing | Special Instr. | Date |
| Weight | Truck Inspect | |

CONSIGNED TO

EMERGENCY CONTACT
IN CASE OF SPILL, LEAK, FIRE,
EXPOSURE, OR ACCIDENT
CALL CHEMTREC
1-800-424-9300
DAY OR NIGHT

Delphi Thermal
Mexico Technical Center
48 Walter Jones Blvd
El Paso Tx 79906

SPECIAL DELIVERY INSTRUCTIONS

| QTY. | UNIT | H/M | DESCRIPTION OF ARTICLES, SPECIAL MARKS, & EXCEPTIONS | WEIGHT IN LBS (SUB TO CORR.) | LTL CLASS |
|---|---|---|---|---|---|
| 9 | CASE | | Consumer Commodity, "ORM-D" Class 55 | 473 | 55 |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

This is to certify that the herein named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Lou DeVerney
Shipper

If charges are to be prepaid, write or stamp here, "To be prepaid"

Customer Pickup

IF COLLECT "X"
APPEARS IN BOX BELOW
COLLECT

Rec'd $
to apply in prepayment of the charges on the property described hereon.

AGENT OR CASHIER

Per
The signature here acknowledges only the amount prepaid.

Charges advanced $

"If charges varies between two parts for a carrier by water, We here requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per



UPS Freight  682 654 873

| C.O.D. Amt:$ | C.O.D. FEE $ PREPAID ☐ COLLECT ☐ | REMIT C.O.D. TO ADDRESS | PLACARDS ISSUED? YES ☐ NO ☑ | Agent must detach and retain this SHIPPING ORDER and must sign the Original Bill of Lading |
|---|---|---|---|---|
| PER | NO. OF PALLETS | NO. OF PIECES 595 | GROSS WEIGHT 526 LBS. | 2 |
| | CARRIER UPGF | DRIVER | DATE 02/2/09 | |

MAIL FREIGHT BILL TO: The Euclid Chemical Company
C/O ITS TRAFFIC SYSTEMS
28915 CLEMENS RD, SUITE 200
WESTLAKE, OH  44145

IF PREPAID: ATTACH COPY OF BILL OF LADING TO FREIGHT BILL (REQUIRED FOR PAYMENT)

# UPS Freight™

UPS FREIGHT LTL



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 2-22-2010 | GVL | HAR | 685920060 | $ 609.78 USD | |

| | | |
|---|---|---|
| CONSIGNEE:    17508816<br>DELPHI DELCO ELECTRONICS SYS<br>%DELPHI E&S RECEIVING CENT<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS, TX 78567 | P.O. NO.<br>   NONE | Payment Due |
| | B/L NO.<br>   M0010213 | ON RECEIPT |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| | |
|---|---|
| SHIPPER:    06700046<br>SAFETY COMPONENTS FABRIC TECH<br>FAB TECH INC DUNEAN PLANT<br>40 EMERY ST<br>GREENVILLE, SC 29605 | BILL TO:       32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | RL | FABRIC SYNTHETIC UNFINISHED | 1,523 | 049265-09 | 70 | 112.72 | 1,716.73 |
| | | | WOVEN | | | | | |
| | | | 70.00% DISCOUNT | | | | 70.00 | -1,201.71 |
| | | | 001840 LTL FUEL ADJUSTMENT | | | | 18.40 | 94.76 |
| | | | DO NOT STAND ROLLS ON END OR | | | | | |
| | | | STACK PALLETS | | | | | |
| | | | UPGF   6180 0002309 | | | | | |
| | | | UPGF 560    01/04/10 C N 206456 | | | | | |
| | | | .................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/01/10 17086116    609.78 | | | | | |
| | | | .................................. | | | | | |
| 1 | | | TOTAL | 1,523 | | | | |
| | | | AMOUNT DUE | | | | | 609.78 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| DELIVERY RECEIPT | | DELIVERING TRAILER | | | | |
|---|---|---|---|---|---|---|
| CONSIGNEE | | | | SHIPPER | 685 920 060 | |

CONSIGNEE
DELPHI DELCO ELECTRONICS S
DELPHI E&S RECEIVING CENT
601 JOAQUIN CAVAZOS
LOS INDIOS          TX 78567
    17508816

SHIPPER
SAFETY COMPONENTS FABRIC TE
FAB TECH INC DUNEAN PLA
40 EMERY ST
GREENVILLE          SC 29605
    06700046    (864)240-2693

FREIGHT BILL NUMBER
685 920 060

CITY RTE/BYD SCAC   DEST
12T         HAR

ADV CAR

PO# NONE

UPS FREIGHT PHONE NUMBER
(800)333-7400

PICK UP DATE
02/22/10

ORIG
GVL

SLD# M0010213

25
DO NOT STAND ROLLS ON END OR
STACK PALLETS

685 920 060

**UPS Freight**   www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (3 RL) FABRIC SYNTHETIC | 1523 | 049265-09 | | |
| | | | UNFINISHED WOVEN | | | | |
| | | | 70.00% DISCOUNT | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | SECTION 7 SIGNED | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | %TRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |

| CONTD  <TTL PCS | PRINT NAME | TTL WT> | DOOR | ARRIVE | DEPART |
|---|---|---|---|---|---|
| PIECES DLVRD | SIGNATURE | PRM | 395 | 512 | 522 |
| WRAP INTACT? | X | | DATE | | DRIVER NAME |
| YES   NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

CONSIGNEE          DELIVERY RECEIPT                    DELIVERING TRAILER        SHIPPER            685 920 060

FREIGHT BILL NUMBER
685 920 060
CITY KTLBYD SCAC          DEST

POR          UPS FREIGHT PHONE NUMBER     PICK UP DATE     ORIG     ADV CAR
SLF

## UPS Freight™

www.upsfreight.com

| #PCS | HM | P1 | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|-----------------------------------------------|-------------|------|---|---|
| | | | MAULDIN          SC 296621208 | | | | |
| | | | UPGF   6180 0002309 | | | | |
| | | | UPGF 560     01/04/10 C N 206456 | | | | |
| | | | | | | | |
| | | | CONTD PAGE  2 | | | | |

| 1 | < TTL PCS | PRINT NAME | | TTL WT > | 1523 | ODOM | ARRIVE | DEPART |
|---|-----------|------------|---|----------|------|------|--------|--------|
| PIECES DLVRD ___ | | SIGNATURE | | FIRM | | | | |
| WRAP  INTACT? | | X | | | | DATE | DRIVER NAME | |
| YES    NO? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | |



**SAFETY COMPONENTS**
**FABRIC TECHNOLOGIES, INC.**
40 EMERY STREET
GREENVILLE, SC 29605
UNITED STATES OF AMERICA

**MASTER BILL OF LADING**
Master ID: M0010213

Print Date: 02/22/10   14:53:05
        Page: 1

Ship To: DEL12-16

DELHI E&S-66610-Los IndiosTX
c/o DELPHI-E&S-Reciving cent
601 Joaquin Cavazos Rd.
Los Indios, TX 78567
United States of America

                    Ship Via: CENTRAL TRSPT
                    FOB Point: GREENVILLE S C
        Mode of Transport:
        Carrier Shipment Ref:
                Vehicle ID:

3 ROLLS ON 1 PALLET AT 1523 GROSS LBS
BILL FRT TO DELPHI E & S 66610 MATAMOROS TM
TREND SET INC P O BX 1208 MAULDIN S C 29662

| Shipper | RAN Number | Gross LB | Gross KG |
| --- | --- | --- | --- |
| S122021 | | 1522.8 | 690.7 |
| | Total Weight: | 1522.8 | 690.7 |



| OOOMETER | ARRIVE | DEPART | DESTINATION |
| --- | --- | --- | --- |

UPS Freight 685 920 060 GVL

Fabric, synthetic, unfinished, woven, IOP
Density over 15 pcf but less than 22.5
Class 70 49268-09
DO NOT STAND ROLLS ON END OR STACK PALLETS

Note - Where the rate is dependent on value, shippers are required to state
specifically in writing the agreed or declared value of the property. The
agreed or declared value of the property is hereby stated by the shipper to
be not exceeding.

Subsection to section 7 of the conditions. If this shipment
is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement

The carrier shall not make delivery of this shipment
without payment of freight and all other lawful charges

$_____ per_____                              Signature of consignor

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above, in apparent good order, except as noted (contents and
conditions of contents of packages unknown), marked, consigned, and destined as indicated above, which said carrier (the word carrier being understood throughout this contract as meaning any
person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the
route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or
any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of the shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and
accepted for himself and his assigns.
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable
regulations of the Department of Transportation.

| Shipper | | Carrier |  |
| --- | --- | --- | --- |
| Jerry V. Godfrey | | Mirdreh | Truck |
| | | 2/22/10   1522.0 | |

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|---|
| 10-13-2009 | TMP | YGS | | 688212560 | $ 109.70 | USD |

CONSIGNEE:    09197296
DELPHI CORP
DIV P CISCO 60061
1265 N RIVER RD
WARREN, OH 44483

| P.O. NO. NONE | | |
|---|---|---|
| B/L NO. NONE | **Payment Due** | |
| | **ON RECEIPT** | |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:    36179194
PRECISION SHAFT

1717 N OVERBROOK AVE
CLEARWATER, FL 33755

BILL TO:    32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | BX | CARBON SHAFT | 150 | 129920-00 | 85 | FLOOR | 94.00 |
| | | | 001670 LTL FUEL ADJUSTMENT | | | | 16.70 | 15.70 |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 422246 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/22/10 P3458508    109.70 | | | | | |
| | | |    02/22/10 P3421849    109.70 | | | | | |
| | | |    01/18/10 P3384610    109.70 | | | | | |
| | | |    12/21/09 P3347416    109.70 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| 1 | | | TOTAL | 150 | | | | |
| | | | AMOUNT DUE | | | | | 109.70 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RDD)

DELPHI CORP
℅ P. CISCO 60041
1947 N RIVER RD
HARDIN    OH 44882
(330)121-2723

INBOUND TRAKR
286925 OVNT

608 212 560

SHIPPER  PRECISION SHAFT
1712 N OVERBROOK AVE
CLEARWATER    FL 33755

JOHN Godshall

S Freight  UPS  www.upsfreight.com    608 212 560    UPGF

| PCS | HM | PK | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 1 | | DX | CARBON SHAFT | 150 | | |

M. Haynes
M. Haynes

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

NEGOTIABLE - DOMESTIC

PLEASE PRINT OR TYPE

WEB SITE:www.upsfreight.com

DATE 10/13/09

**1 CONSIGNED (TO)**
On collect delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1 of UPGF 102.

Dick RM1 917 430-370

STREET ADDRESS  UPS Freight CANNOT DELIVER TO A P.O. BOX
1265 Mahoning Rd

CITY WARREN   STATE OH   ZIP (REQUIRED) 44483

P.O. NUMBER   STORE #

CONSIGNEE PHONE #   CONTACT NAME (ATTN)

**SHIPPER (FROM)** PRECISION SHAFT

STREET ADDRESS 1717 N. Overbrook Ave

CITY Clearwater   STATE Fl   ZIP (REQUIRED) 33755

BILL OF LADING NUMBER   STORE #

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid   ☒ Collect   ☐ Third Party Prepaid

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)   GRTD

**1 BILL TO**

ADDRESS

CITY   STATE   ZIP (REQUIRED)

| NO. PCS. | PKG TYPE | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT | NMFC NO. | CLASS |
|---|---|---|---|---|---|
| 1 | BX | Carbro Shaft | 150 | | |
| | | 1 Box 12'8" By 7" | | | |

TOTAL CUBE:

**ADDITIONAL SERVICES** (CHARGES MAY APPLY)
☐ INSIDE DELIVERY REQUIRED   ☐ RESIDENTIAL DELIVERY
☐ LIFT GATE PICKUP/DELIVERY   ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY   ☐ OTHER:

**METHOD OF PAYMENT (REQUIRED)**
NET COLLECT UNLESS OTHERWISE MARKED

| COD FEE | COD AMT $ |
|---|---|
| ☐ PREPAID ☐ COLLECT | |

**UPS Freight 688 212 560 TMP**

603   247   253
ODOMETER   ARRIVE   DEPART   DESTINATION

** Now available at www.upsfreight.com - UPGF 102 Series Rules Tariff - Electronic Bill of Lading

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Firm name: PRECISION SHAFT

Signed By:

Carrier: UPS Freight

Date received: 10/13/09

Driver:

UPS Freight resp. piece count

UPS Freight COPY

**UPS Freight™**



UPS FREIGHT LTL URGENT

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|-----------|--------|-------------|------------------|----------------|
| 4-13-2009 | ERE | HAR | 699856286 | $ 2,178.24   USD |

CONSIGNEE:     17508816
DELCO ELECTRONICS
PLANT DA32
601 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

| P.O. NO. NONE | | | | Payment Due | |
|---|---|---|---|---|---|
| B/L NO. NONE | | | | **ON RECEIPT** | |
| ADV SCAC | PRO# | | DATE | | BEY SCAC |

SHIPPER:     01880686
VIKING TOOL & GAGE
STE 18
11160 STATE HWY
CONNEAUT LAKE, PA 16316

BILL TO:     32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|-----|----|----|-------------|--------|------|-------|------|---------|
| | | | WAIVED  FUEL ADJ FLAT | | | | | |
| | | | *UPS FREIGHT URGENT DELIVERY* | | | | | |
| | | | 2447982          UPGF URGENT# | | | | | |
| | | | 00217824 UPS FREIGHT URGENT | | | | | 2,178.24 |
| | | | 0002178.24 PER NRGO859 | | | | | |
| | | | NONE        XREF PRO # | | | | | |
| | | | * UPS FREIGHT URGENT SERVICE * | | | | | |
| | | | APPROVED BY:JAVIER VIDALES/RAOU | | | | | |
| | | | STANDARD RATES & DISCOUNTS DO | | | | | |
| | | | NOT APPLY. | | | | | |
| | | | * * * * DIMENSION INFO * * * * | | | | | |
| | | | 2    :PIECES | | | | | |
| | | | 40   :LENGTH | | | | | |
| | | | 40   :WIDTH | | | | | |
| | | | 10   :HEIGHT | | | | | |
| | | | 984  :ACTUAL WEIGHT | | | | | |
| | | | 194  :DIMENSIONAL FACTOR | | | | | |
| | | | 165  :CHARGEABLE (GAD) WEIGHT | | | | | |
| | | | ............................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508    2178.24 | | | | | |
| | | |   02/22/10 P3421849    2178.24 | | | | | |
| | | |   01/18/10 P3384610    2178.24 | | | | | |
| | | |   12/21/09 P3347416    2178.24 | | | | | |
| | | | ............................... | | | | | |
| | | | TOTAL | | | | | |
| | | | AMOUNT DUE | | | | | 2,178.24 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CUSTOMER SERVICE 1-800-333-7400
STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIK

**UPS Freight (UPGF)**

PLEASE PRINT OR TYPE

WEB SITE: www.upsfreight.com

DATE **4/15/2009**

CONSIGNEE (TO):
DELCO ELECTRONICS

STREET ADDRESS: 611 JOAQUIN OSVALD ROAD

CITY: LOS INDIOS   STATE: TX   ZIP (INCLUDED): 78567

SHIPPER (FROM):
VIKING TOOL AND GAUGE

STREET ADDRESS: 13165 ROUTE 6/HWY 10
PART P/N: 24547156

CITY: CONEFRART LAKE   STATE: PA   ZIP (INCLUDED): 16316

CHECK ONE:   ☐ Prepaid   ☐ Collect   ☐ Third Party Prepaid

CONSIGNEE PHONE:   CONTACT NAME:
956 230 0033//763 334 1334 (PGF./ JAVIER VIDALES / RAOUL

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)

DESCRIPTION OF ARTICLES, WEIGHT, NMFC & CLASS ARE SUBJECT TO CORRECTION

| NO PCS | PKG TION | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | | | WEIGHT (lbs) | NMFC NO | CLASS |
|--------|----------|----|------------------------------------------|--|--|--------------|---------|-------|
| | | | Length | Width | Height | | | |
| 2 | | | 40 | 40 | 10 | | | |
| 0 | | | 0 | 0 | 0 | | | |
| 0 | | | 0 | 0 | 0 | 984 | | |
| 0 | | | 0 | 0 | 0 | | | |

Urgent Services Shipment - This shipment is a time critical shipment, which was requested through UPS Freight Urgent Services. This urgent shipment is not subject to standard LTL rating procedures. Due to the delivery time requirements UPS Freight utilized alternate transportation solutions to comply with the service requested which is outside the normal LTL procedures.

TOTAL CUBE:

**COD FEE**   ☐ PREPAID   ☐ COLLECT   **COD AMT $**

**ODOMETER   ARRIVE   DEPART   DESTINATION**

**ERE 699856286**

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Carrier: **UPS Freight**      Driver:

Date received:      UPS Freight resp. piece count:

**UPS Freight COPY**



"Vidales, Javier "
<javier.vidales@delphi.
com>

04/13/2009 01:06 PM

To: <kceast@upsfreight.com>
cc: "Walker, Brian D" <brian.d.walker@delphi.com>, "Fuentes, Enrique "
<enrique.fuentes@delphi.com>, "Marquez, Roel"
<roel.marquez@delphi.com>, "Linda Polon" <LPolon@vikingtg.com>,
Subject: RE: From UPS Freight

Kacy;

   Pls take this e-mail as an authorization to provide the next day
services; picking up at VIKING TOLS  the part p/n: 28047158.

Thks & confirm

-----Original Message-----
From: genmail@upsfreight.com [mailto:genmail@upsfreight.com] On Behalf
Of kceast@upsfreight.com
Sent: Monday, April 13, 2009 11:33 AM
To: Vidales, Javier

Cc: kceast@upsfreight.com
Subject: From UPS Freight

...........................................................
.......

This form must be signed and returned immediately to ensure service

expectations are met as requested of UPS Freight Urgent Services.

...........................................................
.......

UPS Freight LTL Urgent Services Authorization Form
        800-644-0900
        804-291-5353 fax
Please verify information and fax or email the authorization back.

THIS FORM MUST BE SIGNED BY THE COMPANY THAT IS RESPONSIBLE FOR THE

FREIGHT BILL.


Billing Address:_____  _____
            _____

            _____

Signed by:      _____

Date:

Ref/Quote#: 2447982
Origin Zip: 16316
Destination Zip: 78567
Weight: 800
Handling Unit Comments: ALUMINUM RODS
Count of Pcs: 2     Length: 40     Width: 40     Height: 10

Shipper Name: VIKING TOOL AND GAUGE
Address: 11160 STATE HIGHWAY 18
CONNEAUT LAKE, PA 16316
Contact: LINDA POLON
Phone: 814 382 8691 EXT. 319

Consignee Name: DELCO ELECTRONICS
Address: 601 JOAQUIN CAVAZO ROAD
LOS INDIOS, TX 78567
Contact: JAVIER/RAUL MARQUEZ
Phone: 956 228 6023/7765 554 1716 (PGR.)

Pickup Date: 04/13/2009
Rqrd Del Date/Time: 04/14/2009 12:00 PM
Sales Rep: Raci East 804 291 5465
Expedited Rate: $1,813.00
Charges Paid By: Consignee
Pro #: 699856286

..................................................................
......

Rate given is based on information supplied by the customer. Dimensions

and weight need to be exact. If the dimensions and/or weight differ,

UPS Freight will not be held liable for maintaining this service
agreement.

Also, any difference in this information can result in a change in the

rate. Bill of Lading should have same information as above.  The
expedited

rate does not include charges incurred due to waiting time, driver
unloading,

or other accessorials not previously discussed.  Duties, taxes, and
destination fees assessed

at delivery are not included in the quoted rate. Allowed time for

loading/unloading for contract carriers or trade shows is 1 hour.

# UPS Freight™



UPS FREIGHT LTL

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|-----------|--------|-------------|------------------|----------------|
| 5-05-2009 | YGS | HAR | 706675222 | $ 901.60 USD |

| | | | | |
|---|---|---|---|---|
| CONSIGNEE:      17508816<br>DELPHI DELCO ELECTRONICS SYS<br>LOS INDIOS REC CENTER<br>601 JOAQUIN CAVAZOS<br>LOS INDIOS, TX 78567 | | P.O. NO.<br>0550165680 | | |
| | | B/L NO.<br>TO00238115 | Payment Due | |
| | | | ON RECEIPT | |
| | | ADV SCAC | PRO# | DATE | BEY SCAC |
| SHIPPER:      02549400<br>THERM O LINK<br><br>10513 FREEDOM ST<br>GARRETTSVILLE, OH 44231 9748 | | BILL TO:      32601414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 | | |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|-----|----|----|-------------|--------|------|-------|------|---------|
| 26 | | RL | `···`   SHIPMENT REWEIGHED   `···`<br>INSULATED COPPER WIRE<br>70.00% DISCOUNT<br>001290 LTL FUEL ADJUSTMENT<br>001900 REWEIGH FEE<br>02140-YGS ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT YGS.<br>WEIGHT DECLARED AS 02140 LBS.<br>ACTUAL WEIGHT IS 02340 LBS.<br>ATTACH MISC DOCUMENTS<br>PLIST<br>UPGF   6180 0002309<br>UPGF 560    01/05/09 C N  31263<br><br>`············`<br>PREVIOUSLY INVOICED ON:<br>  03/22/10 P3458508      901.60<br>  02/22/10 P3421849      901.60<br>  01/18/10 P3384610      901.60<br>  12/21/09 P3347416      901.60<br>`············` | 2,340 | 030920-01 | 60 | 111.36<br>70.00<br>12.90 | 2,605.82<br>-1,824.07<br>100.85<br>19.00 |
| 3 | | | TOTAL<br>AMOUNT DUE | 2,340 | | | | 901.60 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI DELCO ELECTRONICS S
OS [BOJOS REC CENTER
01 JOAQUIN CAMAZOS
OS TROTOS                    TX 78367

THERM O I 1HR
10513 FREEDOM ST
GARRETTSVILLE              OH 44231-9348
69549400                  (330)527-2124

**Freight** UPS   www.upsfreight.com          UPGF

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

3

PIECE(S) COUNTED AND VERIFIED ON
( ) SK  HANDLING UNIT(S) SAID TO CONTAIN:
(28 RL) INSULATED COPPER WIRE          2340   0309.70-01
20.00% DISCOUNT
FUEL FUEL ADJUSTMENT)
REWEIGH FEE
02140-768 ORIGINAL WGT/REWEIGH
SHIPMENT WEIGHED AT YGS.
WEIGHT DECLARED AS 02140 LBS.
ACTUAL WEIGHT IS 02340 LBS.
ATTACH MISC DOCUMENTS

5/11/09  4:50 m

TTL WT ▶   OCCM 259   ARRIVE 450   DEPART 517

UNITS ◀TTL PCS   35a    JUAN Vi Haceri
                  5/09 E GAM

UPGF

UPS Freight    www.upsfreight.com    706 675 222    UPGF

SECTION 7 SIGNED
BILL FREIGHT CHARGES TO:
BILL TO: 32801414
DELPHI CORP
STERNBUSET INC
PO BOX 1208
MAULDIN                   SC 29662
UPGF      6190 000230V
UPGF  560    01/05/09 C N  31263

CONT'D PAGE  2

TTL  WT ▶   2340

Date: 05/05/2009

Carrier: UPS

Shipper's No.                                TO00238115

Page:    1

## STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

## THERM-O-LINK, INC.

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western or Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor freight carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

### SHIP TO:    0000422101

DELPHI MECHATRONIC SYSTEMS
LOS INDIOS RECEIVING CENTER
601 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TEXAS 78567

### Sold to:    0000422100

DELPHI MECHATRONIC SYSTEMS
P.O. BOX 793
HARLINGEN, TX 78552-9998

### Bill Freight To:    0000422100

DELPHI MECHATRONIC SYSTEMS
P.O. BOX 792
HARLINGEN, TX 78552-9998

### Additional Instructions:

Due Date: 05/04/2009

DO NOT STACK - NMFC #30920-1
FREIGHT CLASSIFICATION 60

| PO No | Part # | Qty Shipped (Feet) | Qty Ordered (Feet) | | Description | | |
|---|---|---|---|---|---|---|---|
| 0550165640 | 3222392 | 10,300 | 30,000 | TWP-014-0015-9 TEL | LBL | 2 15" X 10" X 9" REEL |
| 0550165640 | 3222387 | 16,200 | 30,000 | TWP-014-0015-9 RED | LBR | 2 15" X 10" X 6" REEL |
| 0550165640 | 3222389 | 20,400 | 30,000 | TWP-014-0015-9 TEL | WHT | 4 15" X 10" X 6" REEL |
| 0550165640 | 3222388 | 22,500 | 30,000 | TWP-014-0015-9-9 RED | WHT | 4 15" X 10" X 6" REEL |
| 0550165640 | 3222390 | 20,300 | 30,000 | TWP-014-0015-9 TEL | LGR | 4 15" X 10" X 6" REEL |
| 0550165640 | 3722386 | 20,300 | 30,000 | TWP-014-0015-9 RED | LBL | 4 15" X 10" X 6" REEL |
| 0550165640 | 3222376 | 23,900 | 30,000 | TWP-012-0015-9 BLK | | 8 15" X 10" X 6" REEL |



UPS Freight 706 675 222 YGS

This shipment is correctly described. Correct weight is 2,140 lbs.    Car totals 8 pkts,    28 RLS, 0 CTNS

The above items have been previously sorted by a carrier for shipment and the shipper has not been the subject of any order.

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THERM-O-LINK, INC.
10513 Freedom Street
Garrettsville, OH 44231

AGENT _____ per _____

No. and type of packages

Here is Carrier

Prot _____

Charges Advanced

### COLLECT

If charges are to be prepaid, write or stamp here "To Be Prepaid".

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

**UPS Freight**
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number: 706675222                                    Weighed Date: 05/05/2009
Weighing performed at YGS Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 870 |
| | 1 | 645 |
| | 1 | 825 |
| Actual Scale Total | 3 | 2,340 |

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 10-13-2009 | LEX | IND | 707089423 | $  131.45  USD |

| CONSIGNEE:   36094892 | P.O. NO.   KI05932 | | Payment Due | |
| DELPHI DELCO CORP | B/L NO.   426503 | | **ON RECEIPT** | |
| PLT 9 RECV | ADV SCAC | PRO# | DATE | BEY SCAC |

CONSIGNEE:     36094892
DELPHI DELCO CORP
PLT 9 RECV
2033 E BLVD
KOKOMO, IN 46902

SHIPPER:       01446911
MALLINCKRODT

7001 PARIS BYPASS RD
PARIS, KY 40361

BILL TO:         32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | X | CN | METHANOL 3 UN1230 PGII | 32 | 042690-02 | 65 | FLOOR | 95.50 |
| | | | 0002000 HAZARDOUS MATERIAL CHG | | | | | 20.00 |
| | | | 001670 LTL FUEL ADJUSTMENT | | | | 16.70 | 15.95 |
| | | | SHIPPER LOAD AND COUNT | | | | | |
| | | | INCENTIVE ALLOWANCE MAY APPLY | | | | | |
| | | | 1-800-424-9300 EMERGENCY PHONE# | | | | | |
| | | | UPGF   6180 0002309 | | | | | |
| | | | UPGF 560    01/05/09 C N 413520 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 04/21/10 R305626    131.45 | | | | | |
| | | | 04/13/10 R304129    131.45 | | | | | |
| | | | 04/06/10 R302918    131.45 | | | | | |
| | | | 03/22/10 P3458508   131.45 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 32 | | | | |
| | | | AMOUNT DUE | | | | | 131.45 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

```
ARIS, KY                          SHIP TO:                        BILL TO:
ACKING LIST 426503                DELPHI ELECT                    MAYS CHEMICAL CO
AGE   1      DATE 10/13/09        MAYS CHEMICAL CO                REF INDIANAPOLIS LOCATIO
HIPPERS REFERENCE 426503          2033 E BOUELVARD                P O BOX 50915
                                  PLT 8 OIL HOUSE 0891/0000/OILH  INDIANAPOLIS
                                  KOKOMO                          IN 46250
                                  IN 46902          WGF
```

```
OUR ORDER NUMBER/  P.O.  PRODUCT   FULL            PIECE   GROSS PRODUCT
MBI ORDER #/PLLT   LINE  NUMBER    CASES   UNITS   COUNT   WEIGHT DESCRIPTION

I05932
   61450-65        0001  9073 05     1       4       1       32   METHANOL
                         JTB                                      METHANOL
                                                                  UN1230

** TOTAL PIECES FOR ALL PRODUCTS                     1
```

Pro # 707089423         UPS Freight

1 Box

Recieved By  10/14/09     Delivered By  10/14/09

☒ _____           ☒ Kerry Vandada

w Shrinkwrap    Delphi    050/12:42/

THIS SHIPPING ORDER—SHORT FORM—ORIGINAL—

CARRIER NOTE: THIS B/L NO. MUST SHOW ON FREIGHT INVOICE    426503

RECEIVED subject only to mutually agreed rates and terms in effect between shipper and carrier.

FROM Mallinckrodt Baker, Inc.    PHILLIPSBURG, NJ 08865

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier agrees to handle under the terms of a mutual agreement.
MEMORANDUM ONLY ON COLLECT SHIPMENTS.

At PARIS, KY    DATE 10/13/09    SHIPPER'S NO. B63    CUSTOMER NO. 401044

CONSIGNED TO:

DELPHI ELECT
MAYS CHEMICAL CO
2033 E BOUELVARD
PLT 8 OIL HOUSE 0891/0000/OILH
KOKOMO
IN 46902

PAGE 1 OF 1

COLLECT

TRAILER NO.

PO# KIO5932
UPS FREIGHT, 1000 SEMMES AVENUE, RICHMOND, VA 23218, 800-333-7400

| NO. PKGS. | HM | TYPE OF PACKAGE | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUB. TO COR.) | UNIT OF MEASURE |
|---|---|---|---|---|---|
| 1 | X | CTN POLY | METHANOL, 3, UN 1230, PG II, NMFC # 042690 SUB 2 CLASS 065, ERG # 131 | 32 | LBS |
| 1 | | ******** | TOTAL | ******** | 32 | LBS |

SUMMARY
PKGS    WGHT   UOM   HAZARD CLASS
32  LBS   3 (FLAMMABLE LIQUID)

1    32  LBS  *** TOTAL ***

TENDERED ON:    PALLETS

REQUIRED PLACARDS OFFERED, RECEIVED AND PLACED ON VEHICLE.
TRAILER HAS BEEN INSPECTED AND CONTENTS ARE SECURED AGAINST
MOVEMENT WITHIN THE VEHICLE. I HAVE IN MY POSSESSION THE
DEPARTMENT OF TRANSPORTATION EMERGENCY RESPONSE GUIDEBOOK
AND HAVE RECEIVED FROM MY EMPLOYER THE PROPER TRAINING IN
ITS USE AND THE REQUIRED ACCREDITED TRAINING IN THE
TRANSPORT OF HAZARDOUS MATERIALS.

WAREHOUSE LOADED—CARRIER BRACED

DRIVER'S SIGNATURE

| | ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|---|

LEX
(Service Center)    has counted and verified
(dockman)    PCS / SKDS of    (date)

UPS Freight 707 089 423 LEX

FOR CHEMICAL EMERGENCY ONLY:    SPILL, LEAK, FIRE, EXPOSURE OR ACCIDENT
CALL CHEMTREC - DAY OR NIGHT - 800-424-9300

Note—Where the rate is dependent on value, the agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding    $2.65    per pound unless otherwise specified under the terms of mutual agreement.

If harein declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

The above boxes used for the shipment conform to the specifications set forth in the box maker's certificate thereon, and other requirements of The Department of Transportation.

Shipper's imprint in lieu of stamp, not a part of bill of lading approved by The Department of Transportation.

FORM F-21 REV. 3/97

Agent must detach and retain
this Shipping Order and must
sign the Original Bill of Lading.

10-13-09

Mallinckrodt Baker, Inc.    Shipper, Per  MIKE YOUNGER    Permanent post-office address of shipper, PHILLIPSBURG, NJ 08865

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-23-2010 | SBD | IND | **707748263** | $ 119.50 | USD |

| CONSIGNEE: 51163442 | P.O. NO. NONE | | Payment Due |
|---|---|---|---|
| DELPHI CORP<br>PLANT 12 RECEIVING<br>2705 S GOYER RD<br>KOKOMO, IN 46902 | B/L NO. NONE | | **ON RECEIPT** |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 12574424 | BILL TO: 32801414 |
|---|---|
| GREAT LAKES XCEL INC<br><br>1760 FOUNDATION DR<br>NILES, MI 49120 | DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | · · ·  SHIPMENT REWEIGHED  · · ·<br>ALUM MACHINED PARTS<br>002010 LTL FUEL ADJUSTMENT<br>00045-SBD ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT SBD.<br>WEIGHT DECLARED AS 00045 LBS.<br>ACTUAL WEIGHT IS 00110 LBS.<br>11109568<br>· · · · · ATTENTION · · · · ·<br>SARA CAVAZOS<br>FCC 765 451 3681<br>UPGF  6180 0261658<br>UPGF 560   01/04/10 C N 458586<br>· · · · · · · · · · · · · · · · · · · · · · · · ·<br>PREVIOUSLY INVOICED ON:<br>  03/29/10 17199679   119.50<br>· · · · · · · · · · · · · · · · · · · · · · · · · | 110 | 000060-00 | 60 | FLOOR<br>20.10 | 99.50<br>20.00 |
| 1 | | | TOTAL<br>AMOUNT DUE | 110 | | | | 119.50 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| DELIVERY RECEIPT | | DELIVERING TRAILER | | SHIPPER | 707 748 263 |
|---|---|---|---|---|---|

CONSIGNEE

DELPHI CORP
PLANT 12 RECEIVING
2705 S GOYER RD
KOKOMO            IN 46902
       51163442

OR NONE

928385 UPGF
FREIGHT BILL NUMBER
707 748 263
CITY RTE/BYD SCAC      DEST
63B            IND
PICK UP DATE      ORIG
03/23/10      SBD

GREAT LAKES XCEL INC

1760 FOUNDATION DR
NILES            MI 49120
   12574424    (269)695-4580
ADV CAR
RLF  NONE

UPS FREIGHT PHONE NUMBER
(800)333-7400

24

707 748 263

**UPS Freight™**
www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| 1 | | SK | 1 PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| | | | ALUM MACHINED PARTS | 110 | 000060-00 |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | 00045-SBD ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT SBD. | | |
| | | | WEIGHT DECLARED AS 00045 LBS. | | |
| | | | ACTUAL WEIGHT IS 00110 LBS. | | |
| | | | * * * * ATTENTION * * * * * | | |
| | | | SARA CAVAZOS | | |
| | | | FCC 765 451 3681 | | |
| | | | BILL FREIGHT CHARGES TO: | | |

| CONTD | <TTL PCS | PRINT NAME | TTL WI > | | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|
| PIECES OK'D? | INTACT? | SIGNATURE | FIRM | | DATE | DRIVER NAME | |
| WRAP | NO? | X | | | | | |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
**UPS Freight (UPGF)**

PLEASE PRINT OR TYPE

**CONSIGNEE (TO)**
On collect on delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in item 430, Sec. 1 of UPGF 102.

DELPHI DELCO ENGINEERING SVS
STREET ADDRESS
2705 South GOYER
CITY KOKOMO   STATE IN   ZIP 46904-9005
PO NUMBER   STORE #

CONSIGNEE PHONE #
(765) 451-3681   CONTACT NAME SARA CAVAZOS

**SHIPPER (FROM)**
Great Lakes X-Cel Inc.
STREET ADDRESS
1760 Foundation Dr
CITY Niles   STATE MI   ZIP 49120
BILL OF LADING NUMBER   STORE #

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid  ☒ Collect  ☐ Third Party Prepaid

**BILL TO**
ADDRESS
CITY   STATE   ZIP

☐ **GUARANTEED DELIVERY REQUESTED (if box is checked)**   GRTD

**DESCRIPTION OF ARTICLES, WEIGHT, NMFC & CLASS ARE SUBJECT TO CORRECTION**

| NO. PKGS | PKG TYPE | HM* | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT | NMFC NO. | CLASS |
|----|----|----|----|----|----|----|
| 1 | | | 1 SKID Containing (8) aluminum Machined Rear #DK269126-027 BLO COVERS | 45 | | 60 |
| | | | PO# CC515278237 | | | |
| | | | QUOTE # 11109568 | | | |

**TOTAL CUBE:**

"Mark with an "X" to designate hazardous materials as defined in title 49 of the Code of Fed. Reg.    Hazardous material emergency contact #

**ADDITIONAL SERVICES** (CHARGES MAY APPLY)
☐ INSIDE DELIVERY REQUIRED    ☐ RESIDENTIAL DELIVERY
☐ LIFT GATE PICKUP/DELIVERY    ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY  ☐ OTHER

REMIT C.O.D. CASH / CHECK TO

METHOD OF PAYMENT (REQUIRED) FEE COLLECT UNLESS OTHERWISE MARKED
**COD FEE**  ☐ PREPAID  ☐ COLLECT
COD SHIPMENTS GOVERNED BY UPGF 102 RULES ITEM 430
**COD AMT $**

IF NOT CHECKED, BOTH ARE ACCEPTABLE:
☐ CONSIGNEE CHECK ACCEPTABLE
☐ CERTIFIED CHECK OR CASH

UPS Freight LIABILITY: Carrier liability for loss or damages will be the lesser of (1) the actual invoice value of the commodities or article(s) lost, damaged or destroyed; or (2) the amount determined from applicable limited liability provisions of the NMFC or (3) the limited liability as stated in the applicable governing tariffs; unless " Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability on commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum $2.50 per pound per package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF 102 rules tariff item 166 section 5 is limited to $2.00 per pound per package. Liability for commodities or articles subject to an exception rating (PAR) in item(s) as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before making a value " " Refer to the content tariff UPGF 102 series for complete details. "Where a "rate" is dependent on a released, declared or actual value of the NMFC the released, declared or actual value of the property is hereby specifically stated by the shipper to be not exceeding $ _____.   *Shipper requests Excess Declared Value Coverage in the amount of $ _____.

**RECEIVED**, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; *** the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill to or broker exists, carrier holds both the shipper and consignees liable for freight charges.
(Signature)

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. UPS Freight may decline to make delivery of the shipment without payment of freight and all other lawful charges.
(Signature)

ODOMETER **443**   ARRIVE **1501**   DEPART **1742**   DESTINATION

**UPS Freight 707 748 263 SBD**

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Firm name: _____
Signed By: _____
DTC-179 (Rev 09/06)

TRAILER NUMBER
SEAL # APPLIED
BEYOND SCAC:
☐ SHIPPER LOAD / CONSIGNEE UNLOAD
LINEAR FEET OF SHIPMENT:
CROSS REF PRO#:

*** Now available at www.upsfreight.com - UPGF 102 Series Rules and - Electronic Bill of Lading

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Carrier: **UPS Freight** / UPGF   Driver: _____
Date received: **3/23/10**
**UPS Freight COPY**
UPS Freight resp. piece count: **15K**

 

**UPS Freight**
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Weighed Date: 3/23/2010

Freight Bill Number: 707748263
Weighing performed at SBD Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true and
accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to conform to
all established federal and state guidelines. Established procedures for verifying weight meets the guidelines
published in the National Motor Freight Classification 100-series items 380 and 995 and the UPGF 102-series
rules tariff items 362 and 990.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 110 |
| Actual Scale Total | 1 | 110 |

Page 315 of 425

# UPS Freight™

UPS FREIGHT LTL



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 9-16-2009 | FTW | RCH | **719085242** | $ 110.26 | USD |

| | |
|---|---|
| CONSIGNEE:          18754282<br>DELPHI AUTOMOTIVE SYSTEMS<br><br>285 METRO PARK<br>ROCHESTER, NY 14623 | P.O. NO.<br>149984 |
| | B/L NO.<br>149984 |

| | Payment Due |
|---|---|
| | **ON RECEIPT** |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

| | |
|---|---|
| SHIPPER:         02734852<br>80 20 INC<br><br>1701 S CTY RD 400 E<br>COLUMBIA CITY, IN 46725 | BILL TO:          32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | OT | ALUMINUM EXTRUSIONS AND PARTS<br>14X12X10 15GX12X12<br>001730 LTL FUEL ADJUSTMENT<br>SHIPPER LOAD AND COUNT<br>INCENTIVE ALLOWANCE MAY APPLY<br>UPGF    6180 0261658<br>UPGF 560    01/05/09 C N  92385<br>...........................<br>PREVIOUSLY INVOICED ON:<br>   03/22/10 P3458508     110.26<br>   02/22/10 P3421849     110.26<br>   01/18/10 P3384610     110.26<br>   12/21/09 P3347416     110.26<br>...........................| 241 | 013515-00 | 60 | FLOOR<br><br>17.30 | 94.00<br><br>16.26 |
| 2 | | | TOTAL | 241 | | | | |
| | | | AMOUNT DUE | | | | | 110.26 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE MEMO

**CONSIGNEE**
DELPHI AUTOMOTIVE SYSTEMS

85 METRO PARK
ROCHESTER            NY 14623
18754282
149984            UPE FREIGHT PHONE NUMBER
(800)333-7400

**DELIVERING TRAILER**
927390 UPGF
FREIGHT BILL NUMBER
719 085 242
CITY RTE/BYO BCAC      DEST
8A            RCH
PICK UP DATE      ORIG
09/16/09      FTW

**SHIPPER**      719 085 242
80 20 IMC

1701 S CTY RD 400 E
COLUMBIA CITY      IN 46725
02754852      (260)248-8030
ADV CAR
BLF 149984
AD        OF      110.26 BO

COLLECT
THIS AMOUNT
$.00
$.00

UPGF            719 085 242

**PS Freight**            www.upsfreight.com

| PCS | HM | P1 | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|-----|----|----|-----------------------------------------------|-------------|----------|-------|---------|
|     |    |    | 2  PIECE(S) COUNTED AND VERIFIED ON         |             |          |       |         |
|     |    |    | 2 OT  HANDLING UNIT(S) WITH THE FOLLOWING:  |             |          |       |         |
| 2   |    | OT | ALUMINUM EXTRUSIONS AND PARTS               | 241         | 013515-00| FLOOR | 94.00   |
|     |    |    | 14X12X10 150X12X12                          |             |          |       |         |
|     |    |    | LTL FUEL ADJUSTMENT                         |             |          | 17.30 | 16.26   |
|     |    |    | SHIPPER LOAD AND COUNT                      |             |          |       |         |
|     |    |    | INCENTIVE ALLOWANCE MAY APPLY              |             |          |       |         |
|     |    |    | BILL FREIGHT CHARGES TO:                    |             |          |       |         |
|     |    |    | BILL TO: 32801414                          |             |          |       |         |
|     |    |    | DELPHI CORP                                |             |          |       |         |
|     |    |    | %TRENDSET INC                              |             |          |       |         |
|     |    |    | PO BOX 1208                                |             |          |       |         |

CONTD      TTL PCS
PCES DLVRD
WRAP  INTACT?
YES  NO?

PRINT NAME            TTL WT>
SIGNATURE
X

FIRM      DAS

DOOM  ARRIVE  DEPART
251  1141  1145

TOTAL CHARGES
CONTD

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE
DRIVER NAME

# BILL OF LADING

Date: 9/16/2009

**SHIP FROM**

80/20 Inc
1701 S 400 E
Columbia City  IN  46725

FOB: ☐

**SHIP TO**

DELPHI ENERGY SYSTEMS          Location #:
285 METRO PARK
ROCHESTER  NY   14623

FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

PCH37

SPECIAL INSTRUCTIONS:
Aluminum is a soft metal. Handle with care.

Bill of Lading Number:  149984

**CARRIER NAME:** UPS FREIGHT
Trailer number:

UPS Freight 719 085 242  FTW

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____    Collect _X_    3rd Party Collect _____

☐    Master Bill of Lading  with attached
     underlying Bills of Lading

| CUSTOMER ORDER NUMBER | QTY | WEIGHT | PALLET/SLIP | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 149984 | 2 | 241 | PALLET | |
| | | | | |
| | | | | |
| **GRAND TOTAL** | 2 | 241 | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| 2 | PLT | 2 | PLT | 241 | | Aluminum Parts and Pieces | | 60 |
| | | | | | | 1@14x12x10 | | |
| | | | | | | 1@150x12x12 | | |
| 2 | | 2 | | 241 | | | | |

COD Amount: $

Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

**NOTE: Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. • 14706(c)(1)(A) and (B).**

**SHIPPER SIGNATURE / DATE**          9/16/09

Trailer Loaded:
☐ By Shipper
☐ By Driver

Freight Counted:
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 2-03-2009 | WIT | ELP | 719977193 | $ | 140.52 USD |

| CONSIGNEE: 02073186 | P.O. NO. NONE | Payment Due |
|---|---|---|
| DELPHI CORP DIV E CISCO 34065 32 CELERITY WAGON DR EL PASO, TX 79906 | B/L NO. NONE | ON RECEIPT |

| | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|
| | | | | |

| SHIPPER: 02510104 SOURCE 1 8909 E 35TH ST N WICHITA, KS 67226 | BILL TO: 32801414 DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | OT | GENERAL MERCHANDISE | 187 | 800100-00 | 100 | 151.47 | 283.25 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -184.11 |
| | | | 001350 LTL FUEL ADJUSTMENT | | | | 13.50 | 13.38 |
| | | | 002800 CORRECTED BOL CHARGE | | | | | 28.00 |
| | | | UPGF    6180 0261658 | | | | | |
| | | | UPGF 560     01/05/09 C N  31912 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508     140.52 | | | | | |
| | | | 01/18/10 P3384610     140.52 | | | | | |
| | | | 12/10/09 R286145     140.52 | | | | | |
| | | | 12/01/09 R284645     140.52 | | | | | |
| | | | ..................................... | | | | | |
| 2 | | | TOTAL | 187 | | | | |
| | | | AMOUNT DUE | | | | | 140.52 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**



**UPS Freight™**    www.upsfreight.com

719 977 193

FORT MYERS        FL 339061040
UPGF    6100 0261650
UPGF  560    01/05/09 C N  31912

CONT'D PAGE  2

2  < TTL PCS        TTL WT >      107

Corrected BOL

719 977 193

## NMR SUMMARY                01/28/09

Supply Solutions Acct# 700449490    Net 30

RHETX-Delphi T & I
32 Celebrity Wagon                    SAME
Dock 11
El Paso, TX.  79906
ATTN: Bobby Avila & Manual Chavez
915-612-1739

RGA# 60304042 - 84080548
Q.A. Doc.# 01190 -4

282116                     OUTDOOR COIL
PO#207337 (5. Leak.
                        SN's 08788085326
                             8288C81855
                             10069084030

3              TOTAL

P.O.                    Category                    Buyer

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

**FROM** **EVCON** INDUSTRIES,
INC **ON** 02-03-09

## STRAIGHT BILL OF LADING FORM
### ORIGINAL - NOT NEGOTIABLE

**AT** WICHITA

SHIPPER'S NO. _____   AGENT'S NO. _____

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

**Consigned TO** DELPHI-HARRISON THERMAL #1 MT. **BY** YDKK/JCI WICHITA Company

**Delivering Address Destination** 200 UPPER MOUNTAIN ROAD
LOCKPORT NY 14094

**State of County of**

**Route Delivering Carrier** Supply Solutions / UPS

If charges are to be prepaid, write or stamp "TO BE PREPAID"

(*To be filled in only when shipper desires and governing tariffs provide for delivery thereat)

| NO. PKGS. | Kind of Package, Desc. of Articles, Special Marks & Exceptions | *WEIGHT (Sub. to Cor.) | Ck. or Ra. | Class or Rate | Code | CAR INITIALS & NO. |
|---|---|---|---|---|---|---|
| | Crt. Hot Air House Heating Furnaces | | | | | |
| | Bx. Furnace Parts | | | | | |
| | Pkgs. Air Coolers, O/T W.E., W/WO Heating Apparatus Item 114120, Sub. 2, NMFC. | | | | | SEALS |
| | Pkgs. Air Cooler Parts, O/T W.E. Item 114120, Sub. 2, NMFC. | | | | | |
| | Bx. Stove Parts, Iron or Steel Other than Castings, N.O.I.B.N. | | | | | |
| | Pkgs. Air Coolers, O/T W.E., W/WO Heating Apparatus Item 114120, Sub. 2, NMFC, R.V. | | | | | |
| | Bxs. Electric Motors, or parts, each 5 lbs. or Over, REP. | | | | | SIZE CAR ORDERED |
| | Bxs. Electric Motors, or parts, each Less than 5 lbs., REP. | | | | | SIZE CAR FURNISHED |
| | Bxs. Stove Parts, I/S, O/T Csgs. NOIBN, REP. | | | | | |
| | Pkgs. Air Cooler Parts, O/T W.E., Item 114120, Sub. 2, NMFC, REP. | | | | | |
| | Bxs. Compressors or Pumps, Gas or Liquid, NOI, REP. | | | | | C O D $ |
| | Bxs. Compressors, Gas or Liq., Old, Used, having value for reconditioning only, actual value not exc. 35¢ per Lb. REP. | | | | | and remit to THE SHIPPER |
| | Bxs. Advertising (Circulars. . . Pamphlets) | | | | | C.O.D. Charges to be paid by |
| | | | | | | Shipper ☐  Consignee ☒ |
| | Fireplaces, Wood Burning, Sheet Steel Item 69420 Sub. 1. | | | | | |
| | Plastic Articles NOI 1-2 PCF | | | | | |
| | Boxes A/C NOI, O/T, W.E. Type, W/Compressors-NM FC Item#114125 Sub 4-Class 77 1/2 | | | | | |
| 2 | Skids | 187 lbs | | | | |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
[Signature of Consignor]

LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER'S RULES TARIFF. CUSTOMER SERVICE 1-800-333-7400

| 369 ODOMETER | 16:37 ARRIVE | 17:04 DEPART | DESTINATION |
|---|---|---|---|

|||||
**UPS Freight** 719 977 193 **WIT**

Received $ _____ to apply in prepayment of the charges on the property described below.

_____
Agent or Cashier

Per _____
(The signature here acknowledges only the amount prepaid.)
Charges Advanced

$ _____

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.

† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

**EVCON** INDUSTRIES,
FORM 0-249C

SHIPPER PER _____

AGENT UPCF 2 SKDS _____ for Phil Nichols

Permanent Post Office Address of Shipper, P.O. BOX 19014, WICHITA, KANSAS 67204-9014

2/03/09  #49-1377

*Packing Slip*

# YORK
A JOHNSON CONTROLS COMPANY

## Return to Vendor Declaration

| From :<br>York International<br>3110 North Mead<br>WICHITA KS 67219<br>USA | Ref. P.O. number   4400005602 | | Page 1/1 |
|---|---|---|---|
| | Date : 01-29-2009 | | |
| To :<br>DELPHI-HARRISON THERMAL & INTERIOR<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY 14094<br>USA<br>Tel: 716-439-3235      Fax: 716-439-2012 | York/JCI Contact :<br>   Name :    Joleen (Julie) Loflin<br>   Phone :   +13168326344<br>   E-Mail :   Joleen.Loflin@jci.com<br>   Fax :      +313168326460 | | |
| | DELPHI-HARRISON THERMAL & INTERIOR<br>200 UPPER MOUNTAIN ROAD<br>LOCKPORT NY 14094<br>USA | | |

RGA# 0080-1042   C 84080548   Q.A. Doc.# 011900-4
RBEXX Delphi 01-14-22 Celebrity Wagon  Dock 11
El Paso, TX. 79906  ATTN: Bobby Avila & Manual
Chavez
915-612-1739   Supply Solutions Acct# 700449390

*Carrier*

| Item | Material (Old Part No.) /<br>Vendor Part/Description/ | Quantity U/M | Net Price | Per U/M | Net Amount |
|---|---|---|---|---|---|
| 10 | 282116 | 3.00  PCS | 113.30 | 1    PCS | 339.90 |
| | 30" COIL 52422432    OD COIL SLAB ASY (YA,S0,H30)<br>RGA# 0080-1042   C 84080548<br>Q.A. Doc.# 011900-4<br>RJ#207837 (3) Leak<br>SN's 08288085826<br>8288091855<br>10068084630 | | | | |
| | Delivery Date: 01-14-2010 3.00  PCS | | | | |

|  | Total Price | 339.90 |
|---|---|---|
| | Currency | USD |

**This is a computer generated document. No signature is required.**

# NMR SUMMARY                01/28/09

Supply Solutions Acct# 700449390    Net 30

RHEXX-Delphi T & I
32 Celebrity Wagon
Dock 11                                    SAME
El Paso, TX.  79906
ATTN: Bobby Avila & Manual Chavez
915-612-1739

RGA# 60304042 - 84080548
Q.A. Doc.# 01190 -4

282116                    OUTDOOR COIL
RJ#207637 (3) Leak.

SN's 08263085826
8288091855
10068084630

3                    TOTAL

P.O.                        Category                        Buyer:

**UPS Freight™**      UPS FREIGHT LTL

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 4-28-2008 | DTR | DAY | 722177260 | $   146.85   USD |

| | |
|---|---|
| CONSIGNEE:   22607340<br>DELPHI AUTOMOTIVE SYSTEMS<br><br>2582 E RIVER RD<br>DAYTON, OH 45439 | P.O. NO.<br>   NONE |
| | B/L NO.<br>   5021886 |
| | ADV SCAC |

| | | | |
|---|---|---|---|
| Payment Due | | | |
| ON RECEIPT | | | |
| PRO# | DATE | BEY SCAC | |

| | |
|---|---|
| SHIPPER:        28372186<br>PONTIAC COIL INC<br><br>5800 MOODY DR<br>CLARKSTON, MI 48348 | BILL TO:        32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | AUTOMOTIVE PARTS<br>65.00% DISCOUNT<br>003230 LTL FUEL ADJUSTMENT<br>UPS WORLDSHIP<br>· · · · · ATTENTION · · · · ·<br>MARK BODIE<br>NONE<br>UPGF   6180 0261658<br>UPGF 560    02/04/08 C N 130350<br><br>· · · · · · · · · · · · · · · · · · · · · · · ·<br>PREVIOUSLY INVOICED ON:<br>   03/22/10 P3458508     146.85<br>   02/22/10 P3421849     146.85<br>   01/18/10 P3384610     146.85<br>   12/21/09 P3347416     146.85<br>· · · · · · · · · · · · · · · · · · · · · · · · | 344 | G19160-01 | 100 | 92.19<br>65.00<br>32.30 | 317.13<br>-206.13<br>35.85 |
| 1 | | | TOTAL<br>                    AMOUNT DUE | 344 | | | | 146.85 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI AUTOMOTIVE SYSTEMS

582 E RIVER RD
AYTON                    OH 45439
32045923

NONE

29
ONE

PONTIAC COIL INC

5800 MOODY DR
CLARKSTON          MI 48348
28372186          (248)922-1100

ADV CAR
5021886

265894 DVANT
722 177 260
21N          DAY
04/28/08          DTR

UPS FREIGHT PHONE NUMBER
(800)333-7400

722 177 260                              UPGF

S Freight                    www.upsfreight.com

| PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGH (KG) | NMFC |
|-----|--|--|---|---|---|
| 1 | SK | | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | 344 | 019160-01 |
| | | | AUTOMOTIVE PARTS | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | UPS WORLDSHIP | | |
| | | | * * * * * ATTENTION * * * * * | | |
| | | | MARK BODIE | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 24068435 | | |
| | | | DELPHI CORP | | |
| | | | XDATA2LOGISTICS | | |
| | | | PO BOX 6030 | | |

722 177 260

722 177 260

UPGF

S Freight                    www.upsfreight.com

| # PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (KG) | NMFC |
|-------|--|--|---|---|---|
| | | | GRAND BLANC      MI 484806030 | | |
| | | | UPGF   6180  0261658 | | |
| | | | UPGF 560  02/04/08 C N I30350 | | |
| | | | | | |
| | | | CONTD PAGE  2 | | |
| 1 | | | | 344 | |



Pontiac Coil, Inc.
5800 MOODY DRIVE
CLARKSTON, MICHIGAN 48346    (248) 922-1100 FAX (248) 922-1315

SHIPPER 26082

Date 4-28-08

Customer Order No. 4506 1385

S027886

TO: Delphi Chassis System Test Center
2583- River Rd
Dayton Ohio 45439
ATTN: Mark Beadie

| QUANTITY | DESCRIPTION |
|---|---|
| 115 | 22244858 PC Orifice Assy |
| | 1 Skid 344# Pro# 722177360 4-28-08 |
| | UPS FREIGHT |

PLEASE NOTIFY US OF ANY ERRORS OR DISCREPANCIES
BETWEEN CONTENTS OF SHIPMENT RECEIVED &
QUANTITIES THIS SHIPPER WITHIN 5 DAYS

PCI-1006

Received by _____



**UPS Freight™**      UPS FREIGHT LTL

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 8-12-2009 | WIT | ELP | 737097664 | $   240.67 | USD |

| CONSIGNEE: | 20857185 |
|---|---|
| DELPHI CORP | |
| DIV S CISCO 44978 | |
| 32 CELERITY WAGON DR | |
| EL PASO, TX 79906 | |

| P.O. NO. | 4400006305 | | Payment Due |
|---|---|---|---|
| B/L NO. | 00634 | | **ON RECEIPT** |
| ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: | 01970393 |
|---|---|
| YORK INTERNATIONAL | |
| 801 E 37TH ST N | |
| WICHITA, KS 67219 | |

| BILL TO: | 32801414 |
|---|---|
| DELPHI CORP | |
| %TRENDSET INC | |
| PO BOX 1208 | |
| MAULDIN, SC 29662-1208 | |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | RK | GENERAL MERCHANDISE | 500 | 095190-08 | 85 | 118.15 | 590.75 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -383.99 |
| | | | 001640 LTL FUEL ADJUSTMENT | | | | 16.40 | 33.91 |
| | | | * * * * ATTENTION * * * * * | | | | | |
| | | | BOBBY AVILA,MANUAL CHAVEZ | | | | | |
| | | | RMA 6035212584007783 | | | | | |
| | | | RMA 6035212384087783 | | | | | |
| | | | 60357297 | | | | | |
| | | | 6035212484087782 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N  31912 | | | | | |
| | | | ................................ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    240.67 | | | | | |
| | | | 01/18/10 P3384610    240.67 | | | | | |
| | | | 12/10/09 R286145     240.67 | | | | | |
| | | | 12/01/09 R284645     240.67 | | | | | |
| | | | ................................ | | | | | |
| 1 | | | TOTAL | 500 | | | | |
| | | | AMOUNT DUE | | | | | 240.67 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

737 097 664

| ISIGNEE | DELIVERY RECEIPT | | DELIVERING TRAILER | | SHIPP'R 737 097 664 |
|---|---|---|---|---|---|
| DELPHI CORP | | | 927318 UPGF | | YORK INTERNATIONAL |
| V S CISCO 44978 | | | FREIGHT BILL NUMBER | | 801 E 37TH ST N |
| CELERITY WAGON DR | | | 737 097 664 | | WICHITA      KS 67219 |
| PASO           TX 79906 | | | CITY RTE/3RD SCAC | DEST | 01970393    (316)831-5023 |
| 20857185 | (915)783-4700 | | 24A | ELP | ADV CAR |
| 4400004305 | UPS FREIGHT PHONE NUMBER | | PICK UP DATE | ORIG | BL# 00634 |
| 7 | (800)333-7400 | | 08/12/09 | WIT | |

737 097 664

**'S Freight** ™   UPS   www.upsfreight.com

| CS | HM | P1 | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 OT HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 1 | | RK | GENERAL MERCHANDISE | 500 | 095190-08 | | |
| | | | 65.00% DISCOUNT | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | * * * *  ATTENTION  * * * * * | | | | |
| | | | BOBBY AVILA,MANUAL CHAVEZ | | | | |
| | | | RMA 6035212584007783 | | | | |
| | | | RMA 6035212384087783 | | | | |
| | | | 60357297 | | | | |
| | | | 6035212484087782 | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |

| ONTD < ITEMS | PRINT NAME   Jose Castro | LTL WGT | | | 390 | 1246 | 305 |
|---|---|---|---|---|---|---|---|
| CES DLVRD  JKK | SIGNATURE  X | FIRM  DELPHI | | | | | |
| RAP  INTACT? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | 8/14 Delet | | | | |
| ES    NO? | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | |

CONSIGNEE

FREIGHT BILL NUMBER
737 097 664
CITY RTE/BYD SCAC      DEST

POB                    UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORIG    ADV CAR
                                                                           BL#

**UPS Freight™**  UPS  www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|-----|----|----|----|----|----|----|----|
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | %TRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN       SC 29662 | | | | |
| | | | UPGF  4180 0261658 | | | | |
| | | | UPGF 560    01/05/09 C N  31912 | | | | |
| | | | | | | | |
| | | | CONTD PAGE  2 | | | | |
| 1 | < TTL PCS | | PRINT NAME | TTL WT > | 500 | ODOM | ARRIVE | DEPART |

PIECES DLVRD ___
WRAP   INTACT?        SIGNATURE
YES    NO?           X
                     RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    DATE    DRIVER NAME
                     RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

Johnson
Controls

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NON-NEGOTIABLE

**UNITARY PRODUCTS GROUP**

## BILL OF LADING

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

**BILL OF LADING NO.** 00634

*York Int. (JCI) Wichita KS*

CARRIER'S NO. PO. 4400000306305

CARRIER NAME UPS SCS

TRAILER NO. A-CLT# 700 449390

SEAL NO.

**CONSIGNED TO**

RBEXX-DELPHI Tx I
32 CELEBRITY WAGON
DOCK 11
EL PASO . TEXAS 79906
ATTN: BOBBY AVILA or
MANUAL CHAVEZ

RMA# 6 0852124840877 83
# 60352125 84007783
# 6035212 3 84087783
# 60357297

COLLECT
A-CLT#
700449390

MAIL PREPAID FREIGHT BILL
• YORK Johnson Controls Company
c/o / Trans International Co., Inc.
N91 W16288 Megal Drive
Menomonee Falls, WI 53051

| NO. PKGS | DESCRIPTION | | WEIGHT | CLASS |
|---|---|---|---|---|
| | AIR COOLERS AND AIR CONDITIONERS SUB 1 | 1 | | |
| | AIR COOLERS AND AIR CONDITIONERS NMFC IT 114125 Sub 2 | 2 | | |
| | MACHINE & MACHINERY PARTS NMFC IT 133360 & 133382 SUB 3 | 3 | | |
| | COMPRESSORS GAS OR LIQUID NCH NMFC IT 133360 | 4 | | |
| 1 RACK | | | 500 # | |

| 210 ODOMETER | 17:52 ARRIVE | 17:15 DEPART | DESTINATION |
|---|---|---|---|

UPS Freight 737 097 664   WIT

ACCOUNT NUMBER

Johnson Controls Inc
Unitary Products Group
Permanent post office address of shipper
3120 N. Mead
Wichita, Kansas 67219

AGENT PER UPSF 1 Rack - Nichol
DATE 8/12/09

MEMORANDUM 2
# 929. 017

* CARRIER RETURN THIS MEMORANDUM COPY COMPLETING THE CAPTIONS RESERVED FOR YOUR USE, AS OR WITH YOUR FREIGHT BILL.

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|-----------|--------|-------------|------------------|----------------|---|
| 6-09-2009 | YGS | RFL | 742866795 | $ 211.26 USD | |

| CONSIGNEE: 29851334 SPECIALTY METALS PROCESS 837 SEASON ROAD STOW, OH 44224 | P.O. NO. DYNAK#0578 | Payment Due |
|---|---|---|
| | B/L NO. NONE | **ON RECEIPT** |
| | ADV SCAC / PRO# | DATE / BEY SCAC |

| SHIPPER: 19541476 MAIN STEEL POLISHING CO INC STE B 3805 HENRICKS RD YOUNGSTOWN, OH 44515-1536 | BILL TO: 32801414 DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|-----|----|----|-------------|--------|------|-------|------|---------|
| 1 | | SK | COIL OF ALUMINUM 0005000 AS WEIGHT 72.80% DISCOUNT 000810 LTL FUEL ADJUSTMENT UPGF 80081 0000001 CZAR 199 00060 ................................ PREVIOUSLY INVOICED ON: | 4,500 | 000100-00 | 100 | 14.37 72.80 8.10 | 718.50 -523.07 15.83 |
| | | | 03/22/10 P3458508 211.26 02/22/10 P3421849 211.26 01/18/10 P3384610 211.26 12/21/09 P3347416 211.26 ................................ | | | | | |
| 1 | | | TOTAL | 4,500 | | | | |
| | | | AMOUNT DUE | | | | | 211.26 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE MEMO | DELIVERING TRAILER | SHIPPER | 742 866 795 |
|---|---|---|---|
| CONSIGNEE | | HAIN STEEL POLISHING CO INC | |
| SPECIALTY METALS PROCESS | 927145 UPGF | STE B | |
| | FREIGHT BILL NUMBER | 3805 HENRICKS RD | |
| 37 SEASON ROAD | 742 866 795 | YOUNGSTOWN   OH 44515-1536 | |
| TOW         OH 44224 | CITY RTE/BYD SCAC  DEST | 19541476 | |
| 29851334 | 17M      RFL | ADV CAR | |
| DYNAK#0578 | PICK UP DATE   ORIG | BLP   NONE | |
| UPS FREIGHT PHONE NUMBER | 06/09/09   YGS | AD       UF       9D | |
| (800)333-7400 | | COLLECT THIS AMOUNT | |

UPGF                      742 866 795

♦.00
♦.00

PS Freight℠                www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | 1  PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1  SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 1 | | SK | COIL OF ALUMINUM | 4500 | 000100-00 | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |

| | | PRINT NAME | | TTL WT > | 4500 | DOOR | ARRIVE | DEPART | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | < TTL PCS | | | FIRM | | 951 | 1104 | 1105 | PPD |
| PCES DLVRD | | SIGNATURE X | | | | | | | |
| YES  NO? | INTACT | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | DATE 6/10 | | DRIVER NAME | | | |
| YES  NO? | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | | |

Page 324 of 425

FROM : DYNAK INC          FAX NO. :5852716848          Jun. 08 2009 11:42AM  P2

UPS Freight (UPGF)          PLEASE PRINT OR TYPE          DATE 6-8-09

SPECIALTY METALS PROCESS          Main Steel Polishing

837 SEASONS ROAD          3805 E. Henrietta Rd.

STOW          OH 44224          Henrietta          OH 44515

Dynak #0578

(330) 577-1717          Walter Kardell

Steve Maczynski, Delphi

385 Metro Park

Rochester          NY 14623

| (1) | Skid | 4500# | coil of 441 alum | (Job #6373) | 4500# | | C700 |

Skid is approx 48" x 28" x 20"

(Dynak P.O.# 0578)

Third party billing to # 123E04

UPS Freight 742 866 795 YGS

Firm name: Dynak Inc          Carrier: UPS Freight          Driver: J.R Bett  UPGF

Signed By: Terri Anderson 6/8/09          Date received: 6-9-09

410 397 6474          UPS Freight COPY          UPS Freight resp. piece count (TSI) 1

**UNIFORM STRAIGHT BILL OF LADING - ORIGINAL - NOT NEGOTIABLE**

CARRIER MAIN STEEL POLISHING COMPANY I

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading,

At AUSTINTOWN, OH   06/08/09   From Main Steel Polishing Company, Inc.

Shipper's No. 17103836-80536
Carrier's No.   17103836-80536

| FREIGHT TERMS |
| --- |
| COLLECT |

C/O

SHIPPED TO 001
SPECIALTY METALS PROCESS
837 SEASONS ROAD
STOW, OH  44224

SOLD TO 0103964
DYNAK INC.
33 SAGINAW DRIVE
ROCHESTER, NY  14623

VEHICLE IDENT
(1388

585-271-225  **NUMBER AND DESCRIPTION OF ARTICLES**   **WEIGHT** (Subject to Correction)

S/O 17103836-0001 CUSTOMER P.O.0578           RELEASE
              CUSTOMER PART#:
.040 441HP SS COIL AS IS         47.5000   X COIL
                                  1.000 EA     4,400.000 LB

| TAG # | HEAT | PCS | WGT-THEO | WGT-ACT |
| --- | --- | --- | --- | --- |
| 711239 | 826741 | | | |

B10-13              1.000        LB      4,400.000 LB
      MILL-COIL 04228C143BA
TAG# 711239
FORKLIFT SIDE LOAD

SHIPPED

PAGE:    1
TOTAL SKIDS  0 COILS  1 TOTAL WEIGHT    4400

MATERIAL AS COVERED BY THIS BILL OF LADING HAS BEEN PLACED ON THE TRUCK SPECIFICALLY UNDER
DRIVER'S INSTRUCTIONS AND **MUST BE PROTECTED FROM WEATHER IN TRANSIT**

Main Steel Polishing Company, Inc.

Per

Permanent post office address of shipper.

Agent  UPCF
Per   Jnt  6-9-09

**DRIVER COPY**

**UNIFORM STRAIGHT BILL OF LADING - ORIGINAL - NOT NEGOTIABLE**

CARRIER: MAIN STEEL POLISHING COMPANY I

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading.

At AUSTINTOWN, OH   06/08/09   From Main Steel Polishing Company, Inc.

Shipper's No. 17103836-80536
Carrier's No.   17103836-80536

| | |
|---|---|
| C/O | FREIGHT TERMS |
| | COLLECT |

SHIPPED TO 001
SPECIALTY METALS PROCESS
837 SEASONS ROAD
STOW, OH  44224

SOLD TO 0103964
DYNAK INC.
33 SAGINAW DRIVE
ROCHESTER, NY  14623

VEHICLE IDENT.

585-271-225 **NUMBER AND DESCRIPTION OF ARTICLES**   **WEIGHT** (Subject to Corrections)

S/O 17103836-0001 CUSTOMER P.O.0578         RELEASE
            CUSTOMER PART#:
.040 441HP SS COIL AS IS      47.5000     X COIL
                        1.000 EA      4,400.000 LB

| TAG # | HEAT | PCS | WGT-THEO | WGT-ACT |
|---|---|---|---|---|
| 711239 | 826741 | | | |

B10-13              1.000          LB      4,400.000 LB
       MILL-COIL 04228C143EA
TAG# 711239
FORKLIFT SIDE LOAD

*SHIPPED JUN 0 9 2009*

PAGE:  1
TOTAL SKIDS  0 COILS  1 TOTAL WEIGHT    4400

MATERIAL AS COVERED BY THIS BILL OF LADING HAS BEEN PLACED ON THE TRUCK SPECIFICALLY UNDER DRIVER'S INSTRUCTIONS AND **MUST BE PROTECTED FROM WEATHER IN TRANSIT**

Main Steel Polishing Company, Inc.

Per
Permanent post office address of shipper

Agent   UNCF
Per   JT 6-9-09

**RECEIVER COPY**