05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 1 of 113

Page 326 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 8-05-2009 | YGS | HAR | 742869820 | $ 775.73 USD |

CONSIGNEE:    17508816
DELPHI DELCO ELECTRONICS SYS
PLANT DA32
601 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

P.O. NO.
550165680
B/L NO.
TO00240773
ADV SCAC        PRO#

**Payment Due**
**ON RECEIPT**
DATE        BEY SCAC

SHIPPER:    02549400
THERM O LINK

10513 FREEDOM ST
GARRETTSVILLE, OH 44231-9748

BILL TO:    32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 24 | | RL | INSULATED COPPER WIRE | 1,979 | 030920-01 | 60 | 111.36 | 2,227.20 |
| | | | 0002000 AS WEIGHT | | | | 70.00 | -1,559.04 |
| | | | 70.00% DISCOUNT | | | | 16.10 | 107.57 |
| | | | 001610 LTL FUEL ADJUSTMENT | | | | | |
| | | | ADDITIONAL DELIVERY INFO. | | | | | |
| | | | LOS INDIOS REC CENTER | | | | | |
| | | | 0000422101        BILL-LADING # | | | | | |
| | | | 0000422100        BILL-LADING # | | | | | |
| | | | DO NOT STACK | | | | | |
| | | | UPGF   6180 0002309 | | | | | |
| | | | UPGF 560    01/05/09 C N  31263 | | | | | |
| | | | ................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    775.73 | | | | | |
| | | | 02/22/10 P3421849    775.73 | | | | | |
| | | | 01/18/10 P3384610    775.73 | | | | | |
| | | | 12/21/09 P3347416    775.73 | | | | | |
| | | | ................................. | | | | | |
| 2 | | | TOTAL | 1,979 | | | | |
| | | | AMOUNT DUE | | | | | 775.73 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RED)

SIGNEE

DELPHI DELCO ELECTRONICS S
LANE DA32
01 JOAQUIN CAVAZOS
OS INDIOS            TX 78567
17508816

INBOUND TRAILER
266080 MTRG

FREIGHT BILL NUMBER
742 869 820

CITY MILEAGE SCAC
12F

PICK UP DATE
08/05/09

THERM O LINK
10513 FREEDOM ST
GARRETTSVILLE   OH 44231-9748
02549400       (330)527-2124

DEST
HAR

ORG
Y0S

ADV CAR
T000240773

UPS FREIGHT PHONE NUMBER
(800)333-7400

8/14/09-08/14/09
O NOT STACK

FLOOR

Freight   www.upsfreight.com

742 869 1479

UPGF

| P | PCS | HM | P1 | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | |
|---|---|---|---|---|---|---|---|
| | | | | PIECE(S) COUNTED AND VERIFIED ON | | | |
| | | | | 2 SK* HANDLING UNIT(S) SAID TO CONTAIN: | | | |
| | | | | (24 RL) INSULATED COPPER WIRE | 1979 | 030920-01 | |
| | | | | AS WEIGHT | 2000 | | |
| | | | | 70.00% DISCOUNT | | | |
| | | | | LTL FUEL ADJUSTMENT | | | |
| | | | | ADDITIONAL DELIVERY INFO. | | | |
| | | | | LOS INDIOS REC CENTER | | | |
| | | | | 000422101       BILL-LADING $ | | | |
| | | | | 00        BILL-LADING $ | | | |
| | | | | SECTION 7 SIGNED | | | |
| | | | | LL FREIGHT CHARGES TO: | | | |

RTR
S DVRD
LAP   INTACT?
D    NO

PRINT NAME
SIGNATURE

TTL WT ►
FRM

DOM
ARRIVE   DEPART

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

7000004 000383

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 3 of 113

Page 327 of 425

CONSIGNEE    DELIVERY RECEIPT (RED)

INBOUND TRAILER    SHIPPER    742 869 820

FREIGHT BILL NUMBER
742 869 820
CITY PFL/BFD 1ZAC    DEST

POD    UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORIG    ADV CAR    PU#

UPS Freight    www.upsfreight.com    742 869 830    UPGF

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|---|---|---|---|---|---|
| | | | REF ID: 32801414 | | |
| | | | DELPHI CORP | | |
| | | | XTREMOSET INC | | |
| | | | PO BOX 1208 | | |
| | | | HARTON      SC 29662 | | |
| | | | UPGF    6180 000:309 | | |
| | | | UPGF 560    01/05/09 C N  31261 | | |

CONTD PAGE  2

| 2 | ◀ TTL PCS | PRINT NAME | TTL WT ▶ | 1979 | ODOM | ARRVL | DEPART |
|---|---|---|---|---|---|---|---|
PIECES DLVRD
WRAP    INTACT?
☐ YES    ☐ NO

SIGNATURE
X
FIRM

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS BY BODY OF FORM ABOVE

DATE    DRIVER NAME

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

Shipper's No. **TO00240773**

Carrier: UPS FRGT

| THERM-O-LINK, INC. |

Page: 1

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described herein in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any portion of said route to destination, and as to each party at any time interested in any part of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor freight carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIP TO: | 0600433101 | Sold To: | 0000423100 | Bill Freight To: | 0000423100 | Additional Instructions: |
|---|---|---|---|---|---|---|
| | DELPHI MECHATRONIC SYSTEMS | | DELPHI MECHATRONIC SYSTEMS | | DELPHI MECHATRONIC SYSTEMS | DUE DATE: 08/14/2009 |
| | LOS INDIOS RECEIVING CENTER | | P.O. BOX 792 | | P.O. BOX 792 | |
| | 601 JOAQUIN CAVAZOS ROAD | | BROWNSVILLE, TX 78523-9998 | | BROWNSVILLE, TX 78522-9998 | **DO NOT STACK - NMFC #30920-1** |
| | LOS INDIOS, TEXAS 78567 | | | | | **FREIGHT CLASSIFICATION 60** |

| PO No | Part # | Qty Shipped (Feet) | Qty Ordered (Feet) | Description | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0165680 | 3222377 | 14,500 | 30,000 | TWP-013-0015-B | BLK | MET | 6 | 15" X 10" X 4" REEL |
| 0165680 | 3222385 | 30,300 | 30,000 | TWP-014-0019-B | RED | LRL | 6 | 15" X 10" X 4" REEL |
| 0165680 | 3222369 | 30,700 | 30,000 | TWP-014-0015-B | YEL | MET | 6 | 15" X 10" X 4" REEL |
| 0165680 | 3222390 | 11,500 | 30,000 | TWP-014-0015-G | YEL | LGN | 6 | 15" X 10" X 6" REEL |

UPS Freight 742 869 820  YGS

| ODOMETER | ARRIVE | DEPART | DESTINATION |

This shipment is correctly described. Correct weight is   1,975    lbs.   Car seals #  XXXX, 24 RLS, 0 SKNS

**COLLECT**

THERM-O-LINK, INC.
10513 Freedom Street
Garrettsville, OH  44231

AGENT                PER

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 5 of 113

Page 328 of 425

**UPS Freight™**



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 7-17-2009 | LUB | ELP | 754287041 | $    148.61   USD |

| CONSIGNEE:         20857185 | P.O. NO. | | Payment Due |
|---|---|---|---|
| DELPHI CORP | NONE | | |
| DIV S CISCO 44978 | B/L NO. | | ON RECEIPT |
| 32 CELERITY WAGON DR | 46442-1 | | |
| EL PASO, TX 79906 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:           00784954 | BILL TO:        32801414 |
|---|---|
| INDUSTRIAL MOLDING CORP | DELPHI CORP |
|  | %TRENDSET INC |
| 616 E SLATON RD | PO BOX 1208 |
| LUBBOCK, TX 79404 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ···   SHIPMENT REWEIGHED   ··· | 270 | 156600-06 | 100 | 117.43 | 317.06 |
| | | | PLASTIC MOULDING 8-10 PCF | | | | 65.00 | -206.09 |
| | | | 65.00% DISCOUNT | | | | 16.80 | 18.64 |
| | | | 001680 LTL FUEL ADJUSTMENT | | | | | 19.00 |
| | | | 001900 REWEIGH FEE | | | | | |
| | | | 00332-LUB ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT LUB. | | | | | |
| | | | WEIGHT DECLARED AS 00332 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00270 LBS. | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 153192 | | | | | |
| | | | ·························· | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      148.61 | | | | | |
| | | | 01/18/10 P3384610      148.61 | | | | | |
| | | | 12/10/09 R286145       148.61 | | | | | |
| | | | 12/01/09 R284645       148.61 | | | | | |
| | | | ·························· | | | | | |
| 1 | | | TOTAL | 270 | | | | |
| | | | AMOUNT DUE | | | | | 148.61 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| NSIGNEE | DELIVERY RECEIPT | | | | |
|---|---|---|---|---|---|
| DELPHI CORP | | 927733 GVNT | | 616 E SLATON RD | |
| 1V S CISCO 44978 | | FREIGHT BILL NUMBER | | LUBBOCK    TX 79404 | |
| 2 CELERITY WAGON DR | | 754 287 041 | | 00784954    (806)474-1077 | |
| L PASO        TX 79906 | | CITY RTE/BYO SCAC | DEST | ADV CAR | |
| 20857185    (915)783-4700 | | 24A | ELP | | |
| NONE | | PICK UP DATE | ORIG | BLF  46442-1 | |
| UPS FREIGHT PHONE NUMBER | | 07/17/09 | LUB | | |
| (800)333-7400 | | | | | |

²2

PS Freight ™ UPS    www.upsfreight.com

754 287 041

| PCS | HM | PI | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| | | | 1   PIECE(S) COUNTED AND VERIFIED ON | | |
| | | SK | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | 270 | 156600-06 |
| | | | PLASTIC MOULDING 8-10 PCF | | |
| | | | 65.00X DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | REWEIGH FEE | | |
| | | | 00332-LUB ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT LUB. | | |
| | | | WEIGHT DECLARED AS 00332 LBS. | | |
| | | | ACTUAL WEIGHT IS 00270 LBS. | | |
| | | | SECTION 7 SIGNED | | |
| | | | BILL FREIGHT CHARGES TO: | | |

| ONTD  <TTL PCS | PRINT NAME | TTL WT> | ODOM | ARRIV | DEPART |
|---|---|---|---|---|---|
| UPS BLVD | X SIGNATURE    FIRM DiG | | 061 | 1124 | 137 |
| FLAP INTACT? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | DATE | DRIVER NAME | | |
| YES / NO? | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | 7/20 | | | |

7000004 000385

**Industrial Molding Corporation**
616 E Slaton Road
Lubbock, TX 79404

A subsidiary of NN, Inc

Consigned To:
DELPHI ENERGY & CHASIS (HT01)

DELPHI PC & L CHIHUAHUA
CISCO 34065

32 CELERITY WAGON
EL PASO, TX 79906

### Bill of Lading

| 46442-1 | 7/17/2009 |
|---|---|

Page   1   of   1

Freight Third Party Bill to:
Delphi PT (Cisco 34065)(SAP HT01)
c/o Trendset, Inc.
PO Box 1208
Mauldin, SC 29962

| Packing Slip # | Ship Via | FOB |
|---|---|---|
| 46442-1 | UPS FREIGHT | COLLECT |

| NMFC Number | Kind of Packages, Special Marks, and Exceptions | # of Pkgs. | Weight | Class |
|---|---|---|---|---|
| 156600 | 17.80   Lbs per Pkg. <br> Density   5.33 | 12 | 214 | 150 |
| 156600 | 19.00   Lbs per Pkg. <br> Density   5.69 | 4 | 76 | 150 |



268 2.58 2.29
ODOMETER   ARRIVE   DEPART   DESTINATION

UPS Freight 754 287 041 LUB

1 Pallet(s) - 332 pounds

Subject to Section 7 of conditions of applicable bill of lading. If this
shipment is to be delivered to the consignee without recourse on the
consignor, the consignor shall sign the following statement:
The carriers shall not make delivery of this shipment without payment of
freight and all other lawful charges.

_____
(Signature of Consignor)

**Total Packages        16**

If charges are to be prepaid, write or stamp here, "To Be Prepaid"

Notes:

Shipper: _____ 7-17-09      Carrier: UPGF  T  _____ (15) 7-17-09

 

**UPS Freight**
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number: 754287041                              Weighed Date: 7/17/2009
Weighing performed at LUB Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true and
accurate weight of the shipment. The scales used are certified legal for trade and are maintained to conform to
all established federal and state guidelines. Established procedures for verifying weight meets the guidelines
published in the National Motor Freight Classification 100-series items 360 and 995 and the UPGF 102-series
rules tariff items 362 and 990.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 270 |
| Actual Scale Total | 1 | 270 |

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 9 of 113

Page 330 of 425

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 3-24-2008 | DTR | GVL | 756117762 | $ 485.84 USD |

| CONSIGNEE: 04382560 | | |
|---|---|---|
| PRETTL ELECTRIC CORP | | |
| 1721 WHITE HORSE ROAD | | |
| GREENVILLE, SC 29605 | | |

| P.O. NO. NONE |
|---|
| B/L NO. 118714 |

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

| SHIPPER: 52637513 |
|---|
| DELPHI CORP |
| %UPS FREIGHT |
| 6150 INKSTER RD |
| ROMULUS, MI 48174 |

| BILL TO: 32801414 |
|---|
| DELPHI CORP |
| %TRENDSET INC |
| PO BOX 1208 |
| MAULDIN, SC 29662-1208 |

| PCS | LM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ELECTRICAL CABLE | 1,225 | 061160-00 | 60 | 78.73 | 964.44 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -626.89 |
| | | | OC3060 LTL FUEL ADJUSTMENT | | | | 30.60 | 103.29 |
| | | | OC4500 MARKING/TAGGING CHARGES | | | | | 45.00 |
| | | | 1 | | | | | |
| | | | NOVI,MI,48375 | | | | | |
| | | | 'INTER' STATE RATES APPLY | | | | | |
| | | | 937906384 RO XREF PRO # | | | | | |
| | | | DELIVERY ATTEMPTED | | | | | |
| | | | PER FAX CARLOS HOLGUIN | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560   02/04/08 C N 125677 | | | | | |
| | | | KOSTAL OF AMERICA        :OC | | | | | |
| | | | NOVI MI 48375 | | | | | |
| | | | DELPHI CORP            :OS | | | | | |
| | | | EL PASO TX 79906 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      485.84 | | | | | |
| | | | 02/22/10 P3421849      485.84 | | | | | |
| | | | 01/18/10 P3384610      485.84 | | | | | |
| | | | 12/21/09 P3347416      485.84 | | | | | |
| | | | ..................................... | | | | | |
| 1 | | | TOTAL | 1,225 | | | | |
| | | | AMOUNT DUE | | | | | 485.84 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (DR)

PRETTL ELECTRIC CORP

721 WHITE HORSE ROAD
GREENVILLE    SC 29605
    04382560    (864)220-1010
NONE
    (800)333-7400

26

DELPHI CORP
Z UPS FREIGHT
6150 INKSTER RD
ROMULUS          MI 48174
    02695394
ADV CAR    118714

289703 DWN
756 117 762
OFT ORG AND SCAC        ADSP
    85N        GVL
PICK UP INCH
    03/24/08    DTR

**756 117 762**          UPGF

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (RAK) | RANK |
|-------|----|----|---------------------------------------------|--------------|------|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| 1 | | SK | ELECTRICAL CABLE | 225 | 061160-00 |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | MARKING/TAGGING CHARGES | | |
| | | | | | |
| | | | DTR S/C ID | | |
| | | | NOVI,MI,48375 | | |
| | | | *INTER* STATE RATES APPLY | | |
| | | | 937906364 RO XREF PRO # | | |
| | | | DELIVERY ATTEMPTED | | |
| | | | PER FAX CARLOS HOLQUIN | | |

NTD  TTL PCS    PRINT NAME  MARY KERNS    TTL WT    OGGM  ARRIVE  DEPART
IS DLVRD    SIGNATURE  Mary E. Kerns  FROM  PRETTL    887  200  1207
RAP    INTACT?    RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    3/26  McLm J
YES   NO    RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

7000004 000387

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)   Pg 11 of 113

Page 331 of 425

CONSIGNEE

756 117 762

POD

UPS Freight

756 117 762

UPGF

| # PCS | HM | FT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | |
|---|---|---|---|---|---|---|

POSTAL OF AMERICA            : OC
NOVI MI 48375
DELPHI CORP                  : OS
EL PASO TX 79906
BILL TO: 24068435
DELPHI CORP
UPGF  6180 0261658
UPGF 560    02/04/08 C N 125677

CONTD PAGE  2

| 1 | TTL PCS | | TTL WT ▶ | 1225 | | |

RECONSIGNMENT BILL OF LADING (cont.)   Pg 12 of 113

| CONSIGNEE | SHIPPER DELPHI CORP |
|---|---|
| PRETIL ELECTRIC CORP | PRETIL ELECTRIC CORP |
| 1721 WhITE HOUSE | % UPS FREIGHT |
| GREEN VILLE SC 29605 | 6150 INKSTER RD. |
|  | ROMULUS, MI 48174 |

| SHIPPER NO: 118714 | | PURCHASE ORDER NO: | |
|---|---|---|---|
| **COLLECT ON DELIVERY** | REMIT C.O.D. TO: | THIRD PARTY BILL TO ADDRESS: | FREIGHT CHARGES |
| $ | DATA 2 log 15 | DELPHI CORP | ☒ PREPAID |
| ☐ CASH OR CERTIFIED CHECK - COCC | P.O. BOX 1630 | HVY P CISCO BOYS-2 | ☐ COLLECT |
| ☐ CONSIGNEE CHECK OK - CCOK | GRAND BLANC | 44 MAIF CLOYS NEIL | ☐ DEADHEAD |
| ☐ FEE PREPAID - FEPP | MI 48800 | EL PASO TX 79906 |  |
| ☐ FEE COLLECT - FECO |  |  |  |

| PCS | HM | DESCRIPTION OF ARTICLES | WEIGHT | NMFC | VALUE |
|---|---|---|---|---|---|
| 1 SKI |  | ELECTRIC CABLE | 1225 | 061160 00 |  |

IF HAZARDOUS SHOW EMERGENCY RESPONSE INFORMATION HERE: (HMPH)

| ORIGINAL CONSIGNEE | RATING INFORMATION |
|---|---|
| KOSTAL OF AMERICA | XREF PRO(S): 987906 384 |
|  | MARKING/TAGGING-NO. PIECES: |
| NOVI MI 48375 | STENCIL? YES ☒ NO ☐ |
|  | CHARGEABLE STORAGE (DAYS): |
| ORIGINAL SHIPPER | INBOUND CHARGES-PREPAID ☒ COLLECT ☐ |
| DELPHI CORP | AMOUNT $ |
|  | DELIVERY ATTEMPTED? YES ☐ NO ☐ |
| EL PASO TX 79906 | POINT OF RECONSIGNMENT - IF DELIVERY |
|  | CITY, STATE, ZIP DIFFERS FROM TERMINAL |
|  | ADDRESS - EXIT: |
|  | RECONSIGNING WITHIN SAME TERMINAL |
|  | SERVICE AREA? YES ☐ NO ☒ |
|  | DROP / AMEND C.O.D. AMOUNT: YES ☐ NO ☒ |

RECONSIGNMENT / RETURN AUTHORIZATION (COMPANY, PERSON CONTACTED, PHONE NUMBER, DATE CONTACTED)

PER FAX   CARLOS Holguin

| PRO | | | | UPGF | 3/24 |
|---|---|---|---|---|---|
| | ODOMETER | ARRIVE | DEPART | GVL DESTINATION | |

UPS Freight 756 117 762 DTR

**OVERNITE** ®  ①

OS-D

OTC-372 (REV. 7/93)

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 13 of 113

Page 332 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 4-09-2008 | BTL | LAR | 757158861 | $ 247.74 | USD |

| CONSIGNEE: 00633872 | P.O. NO. NONE | | | Payment Due | |
|---|---|---|---|---|---|

CONSIGNEE:     00633872
DELPHI CORP
DIV E CISCO 34030
8202 KILLAM INDUSTRIAL BLVD
LAREDO, TX 78045

| P.O. NO. NONE | | |
|---|---|---|
| B/L NO. 106835 | | ON RECEIPT |
| ADV SCAC | PKG# | DATE | BEY SCAC |

SHIPPER:      02532375
BRAZING CONCEPTS

94 CONCEPT DR
COLDWATER, MI 49036

BILL TO:        32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | AUTO PARTS | 325 | 000070-00 | 70 | 166.89 | 542.39 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -352.55 |
| | | | 003050 LTL FUEL ADJUSTMENT | | | | 30.50 | 57.90 |
| | | | · · · · ATTENTION · · · · · | | | | | |
| | | | ANDRES CRUZ | | | | | |
| | | | 956 712 1730 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146591 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508    247.74 | | | | | |
| | | |   02/22/10 P3421849    247.74 | | | | | |
| | | |   01/18/10 P3384610    247.74 | | | | | |
| | | |   12/21/09 P3347416    247.74 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 1 | | | TOTAL | 325 | | | | |
| | | | AMOUNT DUE | | | | | 247.74 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI 44
TTN: ANDRES CRUZ
201 KILLAM
AREDO          TX 78045
39451694

288575 OVNT
757 158 861

94 CONCEPT DR
COLDWATER          MI 49036
02532375
106835

22        LAR
BTL

NONE                  (800)333-7400      04/09/08
14        D/R COPY:   1

757 158 861                         UPGF

Freight                www.npfreight.com

|     |     |     |                                        |     |          |
|-----|-----|-----|----------------------------------------|-----|----------|
| 1   | SK  |     | 1  PIECE(S) COUNTED AND VERIFIED ON     | 325 | FOLLOWING |
|     |     |     | 1 SK  HANDLING UNIT(S) WITH THE         |     | 000070-00 |
|     |     |     | AUTO PARTS                             |     |          |
|     |     |     | LTL FUEL ADJUSTMENT                     |     |          |
|     |     |     | * * * *  ATTENTION  * * * * *          |     |          |
|     |     |     | ANDRES CRUZ                            |     |          |
|     |     |     | 956 712 1730                           |     |          |
|     |     |     | SECTION 7 SIGNED                       |     |          |
|     |     |     | BILL FREIGHT CHARGES TO:               |     |          |
|     |     |     | BILL TO: 24068435                      |     |          |
|     |     |     | DELPHI CORP                            |     |          |
|     |     |     | XDATA2LOGISTICS                        |     |          |

ONTD                4/24/08      TR WT
IS REVD                                    5 9    1340  1344
RAP
SUM        NO

ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM

Original—Not Negotiable

Shipper No. _106435_

Carrier No. _____

Page 333 of 425

___ U. P. 3 ___ Fgt. ___
(Name of Carrier)

Date _4.9.8_

TO:
Consignee _Delph_
Street _Kzu Keeler Industrial Blvd_
Destination _Lauado, Tx_   Zip Code _78041_
Route: _Cisco 44138_

FROM:
Shipper _Brazing Concepts Company_
Street _94 Concept Drive_
_Coldwater, Michigan_   Zip Code 49036

Vehicle No. _____

| No. Shipping Units | Kind of Packaging, Description of Articles Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|
| 1 Ba | 4x Line Auto Pm-1 | 725 | 6/70 | |

CARSOTH   20
303 Pmly
Decpmlls 44070
C/o Data Logistical
Po Box 9115
Neoende, mM -02062-
9115

UPS Freight  757 158 861  BTL

REMIT
C.O.D. TO:
ADDRESS   COD  Amt. $

C.O.D. FEE:
PREPAID ☐
COLLECT ☐  $

TOTAL CHARGES  $  9115

FREIGHT CHARGES

Check Appropriate Box  3rd Pmly
☐ Freight prepaid  ☒ Collect

Note—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding
$ _____ per _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other charges.

_____
(Signature of Consignor)

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | | CARRIER | UPGF  IST |
|---|---|---|---|
| PER | D )min) | PER  UGL | DATE 4-9-08 |

Made in U.S.A.   2

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 17 of 113

Page 334 of 425

# UPS Freight™



**UPS FREIGHT LTL**

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-17-2008 | RFL | YGS | **757588252** | $   114.17 | USD |

| CONSIGNEE: 09197296 | P.O. NO. ACARDJANET | | |
|---|---|---|---|
| DELPHI CORP | B/L NO. 6067539867 | **Payment Due** | |
| DIV P CISCO 60061 | | **ON RECEIPT** | |
| 1265 N RIVER RD | | | |
| WARREN, OH 44483 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 08096476 | BILL TO: 32801414 |
|---|---|
| WW GRAINGER | DELPHI CORP |
| | %TRENDSET INC |
| 8211 BAVARIA RD | PO BOX 1208 |
| MACEDONIA, OH 44056 | MAULDIN, SC 29662-1208 |

| PCS | ITEM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | CN | HARDWARE AND RELATED MATL CL70 | 37 | 095190-09 | 70 | FLOOR | 88.50 |
| | | | 002900 LTL FUEL ADJUSTMENT | | | | 29.00 | 25.67 |
| | | | CONT/ JANET RUSNAK | | | | | |
| | | | CONS PH 330 373 3333 | | | | | |
| | | | UPGF 6180 0261658 | | | | | |
| | | | UPGF 560 02/04/08 C N 129559 | | | | | |
| | | | .................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508 114.17 | | | | | |
| | | | 02/22/10 P3421849 114.17 | | | | | |
| | | | 01/18/10 P3384610 114.17 | | | | | |
| | | | 12/21/09 P3347416 114.17 | | | | | |
| | | | .................................. | | | | | |
| 3 | | | TOTAL | 37 | | | | |
| | | | AMOUNT DUE | | | | | 114.17 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| DELIVERY RECEIPT (HHO) | | | | BOUND BILL OF | | 757 588 252 | |
|---|---|---|---|---|---|---|---|
| CONSIGNEE | | | | | | | |
| DELPHI CORP | | | 264736 OVNT | | WW GRAINGER | | S:935 |
| DIV P CISCO 60061 | | | INBOUND BILL NUMBER | | 8211 BAVARIA RD | | |
| 1265 N RIVER RD | | | 757 588 252 | | MACEDONIA   OH 44056 | | |
| WARREN   OH 44483 | | | CRT PLT/FRD SCAC   BS# | | 08096476   (330)963-6613 | | |
| 09197296   (330)373-2723 | | | 20M   YGB | | ADV CAR | | |
| # ACARD,JANET | | | PICK UP DATE   ORG | | BILL   6067539867 | | |
| 19" \ | (800)333-7400 | | 03/17/08   RFL | | | | |



| PS Freight | | www.upsfreight.com | | | 757 588 252 | | UPGF |
|---|---|---|---|---|---|---|---|
| # PCS | HM | PM | DESCRIPTION OF ARTICLES AND SPECIAL MARKS/NOS | WEIGHT (LBS) | RATE | | |
| 3 | CN | | 3 PIECE(S) COUNTED AND VERIFIED ON | | | |
| | | | 3 OT HANDLING UNIT(S) WITH PO | 37 | 095190-09 | FOLLOWING |
| 10 | | | HARDWARE AND RELATED MATL CL70 | | | |
| | | | LTL FUEL ADJUSTMENT | | | |
| | | | CONT/ JANET RUSNAK | | | |
| | | | CONS PH 330 373 3333 | | | |
| | | | SECTION 7 SIGNED | | | |
| | | | BILL FREIGHT CHARGES TO: | | | |
| | | | BILL TO: 24068435 | | | |
| | | | DELPHI CORP | | | |
| | | | XDATA2LOGISTICS | | | |
| | | | PO BOX 6030 | | | |

RECEIVED MAR 18 2008 DELPHI PACKARD ELECTRIC CONTENTS NOT VERIFIED

| CONT'D | TTL PCS | PRINT NAME | Diany F. Marors | TTL WT | FIRM | GROOM 443 | ARRIVE 1114 | DEPART 1135 |
|---|---|---|---|---|---|---|---|---|
| PCS OVER'D | 3 | SIGNATURE | K Menea | | | DATE 3-18 | DRIVER NAME TBR | |
| SHORT | DAMAGED | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | | |
| ☐ YES ☐ NO | | RETURN EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | |

| CONSIGNEE | | DELIVERY RECEIPT (HFO) | | INBOUND TRAILER | SHIPPER | | 757 588 252 |
|---|---|---|---|---|---|---|---|
| | | | | INBOUND BILL NUMBER | | | |
| | | | | 757 588 252 | | | |
| | | | | CRT PLT/FRD SCAC   BS# | | | |
| | | | | | ADV CAR | | |
| DP | | UPS FREIGHT PHONE NUMBER | | PICK UP DATE   ORG | BILL | | |



| PS Freight | | www.upsfreight.com | | | 757 588 252 | | UPGF |
|---|---|---|---|---|---|---|---|
| # PCS | HM | PM | DESCRIPTION OF ARTICLES AND SPECIAL MARKS/NOS | WEIGHT (LBS) | RATE | | |
| | | | GRAND BLANC   MI 484806030 | | | |
| | | | UPGF 6180 0261658 | | | |
| | | | UPGF 560 02/04/08 C N 1295 | | | |

RECEIVED MAR 18 2008 DELPHI PACKARD ELECTRIC CONTENTS NOT VERIFIED PLANT #19

| | | CONT'D PAGE 2 | | | |
|---|---|---|---|---|---|

| 3 | TTL PCS | PRINT NAME | TR WT | 37 | GROOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|
| PIECES OVER'D | | SIGNATURE | | | | | |
| SHORT | DAMAGED | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | DATE | DRIVER NAME | |
| ☐ YES ☐ NO | | RETURN EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

Z000004 000391

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 19 of 113

Page 335 of 425

THIS SHIPPING ORDER

| CARRIER | | DATE | CAR NUMBER | |
|---|---|---|---|---|
| UPS FREIGHT | | 05/17/08 | 20542 | THIS NUMBER MUST APPEAR ON ALL FREIGHT BILLS |

**UPS Freight**

SHIPPERS CONTROL INVOICE NO. 6067539867

TO CONSIGNEE: DELPHI ENGINEERING/DIP

STREET: 1265 N RIVER RD

DESTINATION: WARREN      OH  44483-0600

POH: ACARD-JANET
Contact: JANET RUSNAK
Tel: 330-373-3353

SPECIAL INSTRUCTIONS: SHIP UPS COL  ACCT # 479390

**GRAINGER**
SHIPPER:
ADDRESS: 8211 Bavaria Rd.
LOCATION: Macedonia      OH 44056

| SCALE NO OF CRTS | FREIGHT CODE | HM | NMFC DESCRIPTIONS AND ITEM NOS. | NMFC NUMBER | WEIGHT (LBS) | LTL CLASS | CK COL |
|---|---|---|---|---|---|---|---|
| | | | SUBTOTAL OF HAZARDOUS MATERIAL WEIGHT | | 0 | | |
| | | | SUBTOTAL OF EXEMPT HAZARDOUS MATERIAL WEIGHT | | 0 | | |
| | | | SUBTOTAL OF FOOD STUFFS WEIGHT | | 0 | | |
| 40 | | | HARDWARE AND RELATED MATERIAL WEIGHT | | 36.5 | | |
| | | | TOTAL SHIPMENT WEIGHT | | 36.5 | | |

| 857 | 1822 | 1903 | |
|---|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight  757 588 252 RFL

077

PAGE: 1 OF 1

For CHEMICAL EMERGENCY Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC - 24 HOURS
(800) 424-9300 (TOLL FREE)
(703) 527-3887 (NON-US SHIPMENTS)

IF PRE-PAID, AFFIX 3RD COPY OF BILL OF LADING TO FREIGHT BILL AND MAIL TO TRANSPORTATION OPERATIONS DEPT., P.O. BOX 438, SKOKIE, IL 60076-0438

X COLLECT

| PALLETS OF | PIECES | PALLETAINERS | 3 | 36.5 |
|---|---|---|---|---|
| LOOSE | BUNDLED | OTHER | TOTAL PIECES | TOTAL WEIGHT |

FREIGHT CHARGES
X PREPAID
X COLLECT

**GRAINGER**

DO NOT WRITE IN THIS SPACE

BILLING AND PERMANENT POST OFFICE ADDRESS: P.O. BOX 438 SKOKIE, IL 60076-0438

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 21 of 113

Page 336 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 12-15-2008 | PTT | HAR | 758619816 | $ 152.41 | USD |

| CONSIGNEE: 15340636 | | P.O. NO. NONE | | Payment Due | |
|---|---|---|---|---|---|
| DELPHI CORP | | B/L NO. 039490 | | **ON RECEIPT** | |
| 702 JOAQUIN CAVAZOS LOS INDIOS, TX 78567 | | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 00731312 | BILL TO: 32801414 |
|---|---|
| BALLY RIBBON MILLS | DELPHI CORP |
| | %TRENDSET INC |
| 23 N 7TH ST | PO BOX 1208 |
| BALLY, PA 19503 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | CN | SYNTHETIC TAPE ALL ROLLS OVER | 60 | 049020-01 | 70 | MIN | 375.41 |
| | | | 24 YARDS | | | | | |
| | | | 65.00% DISCOUNT | | | | 65.00 | -244.02 |
| | | | 001600 LTL FUEL ADJUSTMENT | | | | 16.00 | 21.02 |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 199425 | | | | | |
| | | | ............................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    152.41 | | | | | |
| | | | 02/22/10 P3421849    152.41 | | | | | |
| | | | 01/18/10 P3384610    152.41 | | | | | |
| | | | 12/21/09 P3347416    152.41 | | | | | |
| | | | ............................. | | | | | |
| 1 | | | TOTAL | 60 | | | | |
| | | | AMOUNT DUE | | | | | 152.41 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RED)

DELPHI CORP
182 LOS INDIOS WAREHOUSE
702 JOAQUIN CAVAZOS
LOS INDIOS         TX 78567
      11445114

289928 OVNT

758 619 816

12F

BALLY RIBBON MILLS

23 N 7TH ST
BALLY              PA 19503
    0073131.2      (610)845-2211

ADV LAB
    039490

NONE       (800)333-7400   12/15/08   PTT   HAR

19      O/R COPY:      1

Send it out!

758 619 816                        UPGF

| # PCS | HM | PK | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE |
|-------|----|----|---|---|---|
| 1 | | CN | ( PIECE(S) COUNTED AND VERIFIED ON 1 OT HANDLING UNIT(S) WITH THE FOLLOWING SYNTHETIC TAPE ALL ROLLS OVER 24 YAROS LTL FUEL ADJUSTMENT BILL FREIGHT CHARGES TO: BILL TO: 44151726 DELPHI CORP DIV E DELNOSA PLANT 4 702 JOAQUIN CAVAZOS RD LOS INDIOS       TX 78567 | 60 049020-01 | |

| 1 | LTL PCS | PRINT NAME | | TTL WT ▶ | 60 |
|---|---|---|---|---|---|

112  3:32  3:39
P|41  Out 7#

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 23 of 113

Page 337 of 425

This Shipping Order                          039490

UPS SUPPLY CHAIN SOLUTIONS

| TO Consignee | LIRZ-LOS INDIOS WHAREHOUSE | | | | | FROM Shipper | **BALLY RIBBON MILLS** | | |
|---|---|---|---|---|---|---|---|---|---|
| Street | 702 JOAQUIN CAVAZOS RD | | | | | Street | | | |
| Destination | LOS INDIOS   TX | Zip Code | 78567 | | City | Bally, PA   (610) 845-2211 | Zip Code | | |

| No. Shipping Units | HM | Kind of Packaging, Description of Articles | Weight | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 ctn | | SYNTHETIC TAPE | 60 lbs | 70 | |
| | | MEMO #329659 | | | |

ALL ROLLS OVER 24 YDS

UPS Freight 758 619 816  PTT

COD

| REMIT COD TO ADDRESS | | COD FEE PREPAID ☐ COLLECT ☐ | $ |
| | | TOTAL CHARGES | $ |

SHIPPER: **BALLY RIBBON MILLS, 23 N 7th St., Bally, PA 19503**

PER  Frank Aguilar

EMERGENCY RESPONSE TELEPHONE NUMBER

12/15/08  2

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 25 of 113

Page 338 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 4-11-2008 | DTR | ELP | 759383995 | $   575.73   USD |

| CONSIGNEE:    25851346 | P.O. NO.    4500508870 | Payment Due |
|---|---|---|
| DELPHI CORP | B/L NO.    2094261393 | ON RECEIPT |
| DIV E PLANT 5200 | | |
| 9500 PLAZA CIR | ADV SCAC        PRO# | DATE        BEY SCAC |
| EL PASO, TX 79927 | | |

| SHIPPER:    00960021 | BILL TO:    32801414 |
|---|---|
| BASF CORP | DELPHI CORP |
| DETROIT REGIONAL DIST CENT | %TRENDSET INC |
| 800 CENTRAL AVE | PO BOX 1208 |
| WYANDOTTE, MI 48192 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | ···    SHIPMENT REWEIGHED    ··· | | | | | |
| 2 | | OT | ELASTOLLAN | 550 | 009100-00 | 100 | 210.07 | 1,155.39 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -751.00 |
| | | | 003050 LTL FUEL ADJUSTMENT | | | | 30.50 | 123.34 |
| | | | 003000 NOTIFICATION CHARGES | | | | | 30.00 |
| | | | 001800 REWEIGH FEE | | | | | 18.00 |
| | | | 00471-DTR ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT DTR. | | | | | |
| | | | WEIGHT DECLARED AS 00471 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00550 LBS. | | | | | |
| | | | APPOINTMENT DELIVERY | | | | | |
| | | | VEHICLE ID 804370 | | | | | |
| | | | 1393035817        CUSTOMER # | | | | | |
| | | | UPGF    6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146147 | | | | | |
| | | | ······························· | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    575.73 | | | | | |
| | | | 02/22/10 P3421849    575.73 | | | | | |
| | | | 01/18/10 P3384610    575.73 | | | | | |
| | | | 12/21/09 P3347416    575.73 | | | | | |
| | | | ······························· | | | | | |
| 1 | | | TOTAL | 550 | | | | |
| | | | AMOUNT DUE | | | | | 575.73 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI CORP
DIV E PLANT 5200
P500 PLAZA CIR
EL PASO          TX 79927
       02601296
P 45985300870
    1

534070 OVNT
FREIGHT BILL NUMBER
759 383 995
CHY RELAYS SCRC
      12B          ELP
PICK UP DATE      DEMD
04/11/08          DTR

(DSF) CORP
DETROIT REGIONAL DIST C
808 CENTRAL AVE
WYANDOTTE         MI 48192
   08948621       (734)324-6930
ADV CAR
BL#  2094261393

IPS FREIGHT PHONE NUMBER
(800)333-7400

17
PPT TIME: 04/17  8:00 - 17:00

759 383 995

IPS Freight™     www.upsfreight.com

| PCS | HUS | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT LBS | NMFC |
|-----|-----|----|----------------------------------------------|------------|------|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | |
| | | | (2 OT) ELASTOLLAN | 550 | 009100-00 |
| | | | 65.00% DISCOUNT | | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | NOTIFICATION CHARGES | | |
| | | | REWEIGH FEE | | |
| | | | DTR S/C ID | | |
| | | | 00471-DTR ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT DTR. | | |
| | | | WEIGHT DECLARED AS 00471 LBS. | | |
| | | | ACTUAL WEIGHT IS 00550 LBS. | | |

APR 17 2008

| CONTD | <TTL PCS> | DRIVER NAME | TTL WT> | FIRM | ORDER | ARRIVE | DEPART |
|-------|-----------|-------------|---------|------|-------|--------|--------|
| | 56 | | | Delphi Corp | 655 | 13.44 | 13:59 |
| WRAP INTACT? | | | | | DATE | DRIVER INIT | |
| YES  NO | | | | | 4-17-08 | | |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

7000004 000395

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 27 of 113

Page 339 of 425



**UPS Freight**

| VEHICLE ID 004370 |
| 1393035017      CUSTOMER # |
| BILL FREIGHT CHARGES TO: |
| BILL TO: 24068435 |
| DELPHI CORP |
| XDATA2LOGISTICS |
| PO BOX 6030 |
| GRAND BLANC      MI 484806038 |
| UPGF    6100 #261658 |
| UPGF 560    02/04/08 C M 146147 |

CONT'D PAGE  2

| 1  < TTL PCS | | | TTL WT > | 550 | | | |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

**BASF Corporation**

**□ · BASF**
The Chemical Company

**Bill of Lading - Not Negotiable**

**Shipper:**
BASF CORPORATION
DETROIT REGIONAL DISTRIBUTION CENT
800 CENTRAL AVENUE
WYANDOTTE MI 48192

**Shipment No:**

| Order number | Customer Purchase Order |
|---|---|
| 1393035817 | 4500508870 |
| Reference Number | Ship Date |
| | 04/11/2008 |

Bill of Lading Number: **2094261393**
Delivery Date: **04/15/2008**
Delivery Time

**Ship to:** 1126506
DELPHI ETDC
9500 PLAZA CIR
PLANT 5200
ATTN RECEIVING 3099
EL PASO TX 79927

Carrier: UPS FREIGHT
Route-Mode:  USZ000
Vehicle Id:  804570
Lot:

Profit/Ocean BOL:

**Freight Terms:**
FOB Origin - COLLECT (3rd Pty)

**FOR CHEMICAL EMERGENCY CALL DAY OR NIGHT - CHEMTREC 1-800-424-9300 / 703-527-3887 OR BASF 1-800-832-HELP**

**SPECIAL INSTRUCTIONS TO CARRIER:**
CUSTOMER CONTACT, CLAUDIA VALLES, 915-783-4986 EXT. 4453
CUSTOMER CONTACT, LORI KROLIKOWSKI, ASHLAND INC, 614-790-3366
SHIP VIA UPS FREIGHT AND CHARGE UPS ACCOUNT #8X7273

| # PIECES | PKGS | DESCRIPTION OF MATERIALS, SPECIAL MARKS AND EXCEPTIONS | BATCH | DRUMS | WEIGHT | UM |
|---|---|---|---|---|---|---|
| 2 | EA | Elastolian® C59D63 US 100kg 1G | | | 471 | LB |
| | | Elastolian C59D63 US 57624183 | | | | |
| | | 587699-4239 | | | | |
| | | 100KG Fibre drum | | | | |
| | | NET QTY:  200.000 KG   NET WGT:  441 LB   W59910   US | | | 0 | LB |
| | | Add'l/Tare Weight | | | | LB |
| | | Gross Weight | | | 471 | LB |
| 2 | TOTAL | | | | | |

UPS Freight 759 383 995 DTR

Placards Tendered  _Yes _No
Carrier Has Emergency Response Information  _Yes _No
Packages Secured Against Movement  _Yes _No

Shipper                    Date 04/11/2008
Driver ID #:
Carrier's Agent, per        Date 04/11/2008
Customer Signature          Date

PAGE 1 OF 1    PRINT DATE 04/11/08

05-44481-rdd     Doc 20041-1     Filed 05/12/10     Entered 05/12/10 16:16:49     Exhibit B
(cont.)     Pg 29 of 113

Page 340 of 425

UPS Freight
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 759383995                                    Weighed Date 04/11/2008
Weighing performed at DTR Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 550 |
| Actual Scale Total | 1 | 550 |

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 31 of 113

Page 341 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 11-23-2009 | DCT | CIN | 763959862 | $ | 155.32   USD |

| CONSIGNEE: 3X METRICS CO | | P.O. NO. 3789-8595 | Payment Due |
|---|---|---|---|

4212 AIRPORT RD
CINCINNATI, OH 45226

| | B/L NO. 3769-8595 | ON RECEIPT |
|---|---|---|
| | ADV SCAC   PRO# | DATE   BEY SCAC |

| SHIPPER:   02344672 | BILL TO:   32801414 |
|---|---|
| DELPHI CORP DIV S CISCO 44021 6277 HWY 31 S ATHENS, AL 35612 | DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | NO DESCRIPTION | 300 | 009100-00 | 100 | 124.51 | 373.53 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -242.79 |
| | | | 001880 LTL FUEL ADJUSTMENT | | | | 18.80 | 24.58 |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 420462 | | | | | |
| | | | .................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    155.32 | | | | | |
| | | | 02/22/10 P3421849    155.32 | | | | | |
| | | | 12/18/09 16821523    155.32 | | | | | |
| | | | .................................. | | | | | |
| 1 | | | TOTAL | 300 | | | | |
| | | | AMOUNT DUE | | | | | 155.32 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE MEMO

| NSIGNEE | DELIVERING TRAILER | |
|---|---|---|
| 3X METRICS CO | DELPHI CORP | |
| | DIV S CISCO 44021 | |
| 212 AIRPORT RD | 6277 HWY 31 S | |
| CINCINNATI    OH 45226 | ATHENS          AL 35612 | |

FREIGHT-BILL NUMBER
763 959 862

02344672

| CITY RTE/BYD SCAC | DEST | ADV CAR |
|---|---|---|
| 20A | CIN | |

| 3789-8595 | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | BL# 3769-8595 | | | |
|---|---|---|---|---|---|---|---|
| | (800)333-7400 | 11/23/09 | DCT | AD | UF | BD | |

COLLECT
THIS AMOUNT

0.01
0.01

UPGF                    763 959 862

PS Freight℠          www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | SK | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: NO DESCRIPTION LTL FUEL ADJUSTMENT BILL TO: 32801414 DELPHI CORP UPGF   6180 0261658 UPGF 560    01/05/09 C N 420462 | 300 | 009100-00 | | |

L# RM 20 S 764

15ld:d
UPSF

| 1 | <TTL PCS | PRINT NAME JOHN BEALING | TTL WT> 300 | ODOM | ARRIVE | DEPART | TOTAL CHARGES PPI |
|---|---|---|---|---|---|---|---|

| ECES DLVRD | SIGNATURE X | FIRM | | |
|---|---|---|---|---|
| RAP INTACT? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | DATE 12/15 | DRIVER NAME mike Irwin | |
| YES   NO? | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | |

7000004 000398

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 33 of 113

Page 342 of 425

## II. The Standard Bill of Lading Form

VICS Standard BOL: WWW.VICS.ORG  For complete VICS BOL guideline information

*Attn: Chuck KRAMER*

| Date: November 19, 2009 | **BILL OF LADING** | Page |
|---|---|---|

**SHIP FROM**

Name: Delphi Steering
Address: 6277 Hwy 31 South
City/State/Zip: Athens, AL 35612
SID#:  FOB ☐

Bill of Lading Number: 3769-8595

**SHIP TO**

Name: 3X Metrics Co  Location #: Suite 205
Address: 4212 Airport Rd.
City/State/Zip: Cincinnati, OH 45274
CID#:  FOB ☐

Carrier Name: UPS
Trailer number:
Seal number(s):

SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO**

Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms:  (freight charges are prepaid unless marked otherwise)
Prepaid ☒  Collect ____  3rd Party ____
(check box)

☐ Master Bill of Lading with attached Underlying Bills of Lading

**CUSTOMER ORDER INFORMATION**

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 3769-8595 | 1 pallet | 200# | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| GRAND TOTAL | | | | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. X | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | | | | | LIMITATIONS OF LIABILITY APPLY. SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER SUPPLIES. TARIFF. CUSTOMER SERVICE 1-800-333-7400 | | |

ODOMETER 700  ARRIVE 1005  DEPART 1035  DESTINATION

UPS Freight 763 959 862 DCT

GRAND TOTAL

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ____ per ____"

COD Amount: $ ____
Fee Terms: Collect ☐  Prepaid ☐
Customer check acceptable ☐

**NOTE:** Liability limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. B 14706(c)(1)(A) and (B)

RECEIVED: subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☒ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver / pallets said to contain |
| | ☐ By Driver/Pieces |

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT or properly response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.
UPGF(1)5410  11-23-09

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 35 of 113

Page 343 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 3-30-2009 | FTW | ELP | 767660541 | $   132.14   USD |

| CONSIGNEE:   20857185 | P.O. NO. NONE | Payment Due |
| DELPHI CORP | | |

CONSIGNEE:   20857185
DELPHI CORP
DIV S CISCO 44978
32 CELERITY WAGON DR
EL PASO, TX 79906

P.O. NO.
NONE

B/L NO.
NONE

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:   08328224
TRELLEBORG SEALING SOLUTIONS
LOGISTIC CENTER AMERICAS
3410 MEYER RD
FORT WAYNE, IN 46803

BILL TO:        32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | SEALS | 69 | 172640-02 | 70 | MIN | 337.68 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -219.49 |
| | | | 001180 LTL FUEL ADJUSTMENT | | | | 11.80 | 13.95 |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N  87776 | | | | | |
| | | | ..................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |     03/22/10 P3458508    132.14 | | | | | |
| | | |     01/18/10 P3384610    132.14 | | | | | |
| | | |     12/10/09 R286145     132.14 | | | | | |
| | | |     12/01/09 R284645     132.14 | | | | | |
| | | | ..................................... | | | | | |
| 1 | | | TOTAL | 69 | | | | |
| | | | AMOUNT DUE | | | | | 132.14 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | DELIVERY RECEIPT | DELIVERING TRAILER | SHIPPER | 767 660 541 |
|---|---|---|---|---|
| DELPHI CORP | | 927517 UPGF | TRELLEBORG SEALING SOLUTION | |
| DIV S CISCO 44978 | | FREIGHT BILL NUMBER | LOGISTIC CENTER AMERICA | |
| 32 CELERITY WAGON DR | | 767 660 541 | 3410 MEYER RD | |
| EL PASO        TX 79906 | | CITY RTE/BYD SCAC    DEBT | FORT WAYNE        IN 46803 | |
| 20857185    (915)783-4700 | | 24A            ELP | 08328224   (260)748-2816 | |
| NONE | UPS FREIGHT PHONE NUMBER | PICK UP DATE    ORIG | ADV CAR | |
|  | (800)333-7400 | 03/30/09    FTW | NONE | |

02

767 660 541

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | #MFC | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1  PIECE(S) COUNTED AND VERIFIED ON | | | | | |
| | | | 1  SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | | |
| X | | SK | SEALS | 69 | 172640-02 | | | |
| | | | 65.00% DISCOUNT | | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | | |
| | | | BILL TO: 32801414 | | | | | |
| | | | DELPHI CORP | | | | | |
| | | | %TRENDSET INC | | | | | |
| | | | PO BOX 1208 | | | | | |
| | | | MAULDIN        SC 29662 | | | | | |
| | | | UPGF  6180 0261658 | | | | | |

| CONTD  <TTL#PCS | PRINT NAME | TTL WT > | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|
| PIECES DLVRD | Myra Jimenez | | 2/2 | 1131 | 1154 |
| WRAP - INTACT? | SIGNATURE   X   PAW        D.C. | | | | |
| YES  NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | DATE | DRIVER NAME | | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | 4/2 | | | |

UPS Freight
www.upsfreight.com

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.) Pg 37 of 113

Page 344 of 425

CONSIGNEE

DELIVERY RECEIPT

DELIVERING TRAILER

SHIPPER

767 660 541

FREIGHT BILL NUMBER

767 660 541

CITY RAILYD SCAC        DEST

ADV CAR

POR                    UPS FREIGHT PHONE NUMBER        PICK UP DATE        ORIG    BLM

UPS Freight™   UPS   www.upsfreight.com

| PPCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|----------------------------------------------|-------------|------|--|--|
| | | | UPGF 560    01/05/09 C N  87776 | | | | |
| | | | | | | | |
| | | | CONID PAGE  2 | | | | |
| 1 | | | < TTL PCS | PRINT NAME | TTL WT >     69 | DOOM | ARRIVE | DEPART |

PIECES DLVRD ___
WRAP   INTACT?
YES    NO?

SIGNATURE
X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

FIRM

DATE      DRIVER NAME

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
**UPS Freight (UPGF)**

www.upsfreight.com

PLEASE PRINT OR TYPE

Delphi E & C Seals S/o El Paso    DATE 3-30-09

**CONSIGNEE (TO)**

Delphi Energy & Chassis Division
STREET ADDRESS
32 Celerity Wagon Street
CITY El Paso    STATE TX    ZIP 79901
X dock Matl

**SHIPPER (FROM)**

Trelleborg Sealing Solutions
STREET ADDRESS
3410 Meyer Road
CITY Ft. Wayne    STATE IN    ZIP 46803

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid  ☒ Collect  ☐ Third Party Prepaid

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)    GRTD

**DESCRIPTION OF ARTICLES, WEIGHT, MARK & CLASS ARE SUBJECT TO CORRECTION**

| NO. PKGS | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| | Tskid | | "Seals" | 69 lbs | | |

40

TOTAL CUBE:

**UPS Freight 767 660 541 FTW**

Firm name: TSS
Signed By: Hidgley
Carrier: UPS Freight
Date received: 3/30/09
Driver: Patrick
UPS Freight resp piece count: 1W

OK-199 (Rev 09/06)    UPS Freight COPY

*** Now available at www.upsfreight.com - UPGF 102 Series Rules Tariff - Electronic Bill of Lading

UPS freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper does not tender the shipment to UPS Freight or its agent.

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 39 of 113

Page 345 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 7-08-2009 | DTR | DAY | 768427166 | $   178.89   USD |

| | |
|---|---|
| CONSIGNEE:        22539123<br>DELPHI<br><br>2580 E RIVER RD<br>MORAINE, OH 45439 | P.O. NO.<br>    NONE |
| | B/L NO.<br>    NONE |

| | Payment Due |
|---|---|
| | ON RECEIPT |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| | | | |

| | |
|---|---|
| SHIPPER:          18586702<br>LINK TESTING LABORATORIES INC<br><br>13840 ELMIRA AVE<br>DETROIT, MI 48227 | BILL TO:<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208          32801414 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 26 | | OT | TESTED DRUM BRAKES, CALIPERS,<br>ROTORS, BRAKE SHOES, BRAKE PADS<br>001690 LTL FUEL ADJUSTMENT<br>006900 REDELIVERY CHARGE<br>· · · · · ATTENTION · · · · ·<br>MYERS<br>UPGF   6180 0261658<br>UPGF 560     01/05/09 C N 465926<br><br>· · · · · · · · · · · · · · · · · · · · · · · ·<br>PREVIOUSLY INVOICED ON:<br>  03/22/10 P3458508     178.89<br>  02/22/10 P3421849     178.89<br>  01/18/10 P3384610     178.89<br>  12/21/09 P3347416     178.89<br>· · · · · · · · · · · · · · · · · · · · · · · · | 360 | 018400-00 | 70 | FLOOR<br><br>16.90 | 94.00<br><br>15.89<br>69.00 |
| 1 | | | TOTAL<br>                  AMOUNT DUE | 360 | | | | 178.89 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE

DELPHI

2580 E RIVER RD
MORAINE          OH 45439
       22539123

| | 926570 OVNT |
| FREIGHT BILL NUMBER | 768 427 166 |
| CITY RTE/BYD SCAC | DEST |
| | 21N | DAY |
| | | ORIG |

LINK TESTING LABORATORIES I

13840 ELMIRA AVE
DETROIT          MI 48227
       18586702   (313)933-4900

ADV CAR

BLF   NONE

TOW  NONE         UPS FREIGHT PHONE NUMBER
                  (800)333-7400

PICK UP DATE
07/08/09         DTR

09     D/R COPY:   2

**768 427 166**

UPS Freight ™      www.upsfreight.com

| #PCS | HM | P1 | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|----|----|----|----|----|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (26 OT) TESTED DRUM BRAKES, | 360 | 018400-00 | | |
| | | | CALIPERS, ROTORS, BRAKE SHOES, | | | | |
| | | | BRAKE PADS | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | * * * *  ATTENTION  * * * * * | | | | |
| | | | MYERS | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | %TRENDSET INC | | | | |

CONTD  < TTL PCS     PRINT NAME  RICK STEINER     TTL WT >          ODOM     ARRIVE   DEPART
                     SIGNATURE                    FIRM                       1037    1046
PIECES DLVRD         X                                              
WRAPR INTACT?        RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED     DATE        DRIVER NAME
YES    NO?           RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 41 of 113

Page 346 of 425

CONSIGNEE    DELIVERY RECEIPT    DELIVERING TRAILER

FREIGHT BILL NUMBER
768 427 166
CITY RTE/BYD SCAC    DEST

ADV CAR

PGM    UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORIG    BL#

**UPS Freight™**    www.upsfreight.com

| #PCS | NM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|-----------------------------------------------|-------------|------|--|--|
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN         SC 29662 | | | | |
| | | | UPGF   6180 0261658 | | | | |
| | | | UPGF 560    01/05/09 C N 465926 | | | | |
| | | | CONTD PAGE  2 | | | | |
| 1 | < TTL PCS | | PRINT NAME | | ODOM | ARRIVE | DEPART |
| | | | TTL WT >    360 | | | | |

PIECES DLVRD
WRAP  INTACT?    SIGNATURE
YES    NO?         X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    DATE    DRIVER NAME
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

**CONSIGNEE MEMO**

| CONSIGNEE | | DELIVERING TRAILER | SHIPPER 768 427 166 |
|---|---|---|---|
| DELPHI CHASSIS SYSTEMS | | | LINK TESTING LABORATORIES I |
| TECH CENTER | | FREIGHT BILL NUMBER | |
| 1435 CINCINNATI ST | | 768 427 166 | 13840 ELMIRA AVE |
| DAYTON      OH 45408 | | CITY ATE/B/D SCAC    DEST | DETROIT      MI 48227 |
| 15774743    (419)627-7139 | | 21R    DAY | 18586702    (313)933-4900 |
| | | PICK UP DATE    ORIG | ADV CAR |

POM NONE | UPS FREIGHT PHONE NUMBER | PICK UP DATE ORIG | BLG NONE
(800)333-7400 | 07/08/09 DTR | AD     UF    109.89 PD

COLLECT THIS AMOUNT

UPGF
768 427 166

CB1L
REDE

$.00
$.00

**UPS Freight ™**    www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | REDE |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (26 OT) TESTED DRUM BRAKES, | 360 | 018400-00 | FLOOR | 94.00 |
| | | | CALIPERS, ROTORS, BRAKE SHOES, | | | | |
| | | | BRAKE PADS | | | | |
| | | | LTL FUEL ADJUSTMENT | | | 16.90 | 15.89 |
| | | | * * * * *  ATTENTION  * * * * * | | | | |
| | | | MYERS | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | XTRENDSET INC | | | | |

| CONTD  < TTL PCS | PRINT NAME | TTL WT> | ODOM | ARRIVE | DEPART | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| PIECES DLVRD | SIGNATURE X | | | | | |
| WRAP  INTACT? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | DATE | DRIVER NAME | | CONTD |
| YES    NO? | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

---

**DELIVERY RECEIPT**

| CONSIGNEE | | DELIVERING TRAILER | SHIPPER 768 427 166 |
|---|---|---|---|
| DELPHI CHASSIS SYSTEMS | | | LINK TESTING LABORATORIES I |
| TECH CENTER | | FREIGHT BILL NUMBER | |
| 1435 CINCINNATI ST | | 768 427 166 | 13840 ELMIRA AVE |
| DAYTON      OH 45408 | | CITY ATE/B/D SCAC    DEST | DETROIT      MI 48227 |
| 15774743    (419)627-7139 | | 21R    DAY | 18586702    (313)933-4900 |

POM NONE | UPS FREIGHT PHONE NUMBER | PICK UP DATE ORIG | BLG NONE
(800)333-7400 | 07/08/09 DTR |

09     D/R COPY:    2

768 427 166

**UPS Freight ™**    www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (26 OT) TESTED DRUM BRAKES, | 360 | 018400-00 | | |
| | | | CALIPERS, ROTORS, BRAKE SHOES, | | | | |
| | | | BRAKE PADS | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | * * * * *  ATTENTION  * * * * * | | | | |
| | | | MYERS | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | XTRENDSET INC | | | | |

| CONTD  < TTL PCS | PRINT NAME | TTL WT> | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|
| PIECES DLVRD | SIGNATURE X | FIRM | | | |
| WRAP  INTACT? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | DATE | DRIVER NAME | |
| YES    NO? | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 43 of 113

Page 347 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-23-2009 | FTW | ELP | **773277750** | $  131.19 | USD |

| CONSIGNEE: 20857185 | P.O. NO. NONE | | Payment Due | |
| DELPHI CORP | B/L NO. | | | |
| DIV S CISCO 44978 | 3263 | | ON RECEIPT | |
| 32 CELERITY WAGON DR | | | | |
| EL PASO, TX 79906 | ADV SCAC | PRO# | DATE | BEY SCAC |

SHIPPER:      08328224
TRELLEBORG SEALING SOLUTIONS
LOGISTIC CENTER AMERICAS
3410 MEYER RD
FORT WAYNE, IN 46803

BILL TO:      32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 15 | | BX | SEALS | 187 | 172640-02 | . 70 | MIN | 337.68 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -219.49 |
| | | | 001100 LTL FUEL ADJUSTMENT | | | | 11.00 | 13.00 |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560   01/05/09 C N  87776 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508    131.19 | | | | | |
| | | |   01/18/10 P3384610    131.19 | | | | | |
| | | |   12/10/09 R286145     131.19 | | | | | |
| | | |   12/01/09 R284645     131.19 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| 1 | | | TOTAL | 187 | | | | |
| | | | AMOUNT DUE | | | | | 131.19 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | DELIVERY RECEIPT | | DELIVERING TRAILER | SHIPPER 773 277 750 |
|---|---|---|---|---|
| | | | 927544 UPGF | TRELLEBORG SEALING SOLUTION |
| DELPHI CORP | | | FREIGHT BILL NUMBER | LOGISTIC CENTER AMERICA |
| DIV S CISCO 44978 | | | 773 277 750 | 3410 MEYER RD |
| 32 CELERITY WAGON DR | | | CITY AT&BYD SCAC | DEST | FORT WAYNE    IN 46803 |
| EL PASO    TX 79906 | | | 24A | ELP | 08328224    (260)748-2816 |
| 20857185 | (915)783-4700 | PICK UP DATE | ORIG | ADV CAR |
| NONE | | | 03/23/09 | FTW | BLF    3263 |
| 26 | UPS FREIGHT PHONE NUMBER (800)333-7400 | | | |

773 277 750

UPS Freight™  ups    www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (15 BX) SEALS | 187 | 172640-02 | | |
| | | | 65.00% DISCOUNT | | | | |
| | | | LTL FUEL ADJUSTMENT | | 1 qty torn Carton box ok | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | XTRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN    SC 29662 | | | | |
| | | | UPGF  6180 026 1668 | | | | |
| CONTD <TTL PCS | | PRINT NAME | | TTL WT | ODOM | ARRVE | DEPART |
| | | SIGNATURE X | | RRM D C | 971 | 1900 | 1916 |
| PIECES DLVRD | | | | DATE | DRIVER NAME | | |
| WRAP INTACT? YES NO? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | 3/26 | | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 45 of 113

Page 348 of 425

892-2

STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE

NAME OF CARRIER: UPS FREIGHT

SHIPPER NO. 3263

DATE 3/20/09

Trelleborg Sealing Solutions
3410 Meyer Road
Fort Wayne, IN 46803

TO CONSIGNEE: Delphi Energy & Chassis Division
STREET
DESTINATION: El Paso, TX 79906

Celerity Wagon St (& dock mall)

UPS Freight 773 277 750 FTW

| NO. PACKAGES | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT SUBJECT TO COR. | CLASS OR RATE | FOR CARRIER'S USE ONLY |
|---|---|---|---|---|
| 15 | Seals | 187 | | |
| | 15 boxes | | | |

COD

C.O.D. FEE:
☐ Prepaid
☐ Collect $

TOTAL CHARGES $

☑ Collect   ☐ Prepaid   ☐ 3rd Party

Shipper, Per
Agent, Per

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 47 of 113

Page 349 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 3 01 2010 | YOR | ELP | 773673865 | $    194.32    USD |

| CONSIGNEE:    00604251 | P.O. NO.<br>NON3 |
|---|---|
| DELPHI CORP<br>DIV P CISCO 60606<br>48 WALTER JONES BLVD<br>EL PASO, TX 79906 | B/L NO.<br>829387 |

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

| SHIPPER:    09120414 | BILL TO:    32801414 |
|---|---|
| ENGEL MACHINERY<br><br>3740 BOARD RD<br>YORK, PA 17406-8425 | DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | PUMP<br>65.00% DISCOUNT<br>001920 LTL FUEL ADJUSTMENT<br>· · · · ·  ATTENTION  · · · · ·<br>JUAREZ OPER PLANT 96MTC<br>UPGF   6180 0261658<br>UPGF 560    01/04/10 C N 440628<br>· · · · · · · · · · · · · · · · · · · · · · · · · · ·<br>PREVIOUSLY INVOICED ON:<br>  03/10/10 17126010    194.32<br>· · · · · · · · · · · · · · · · · · · · · · · · · · · | 167 | 000085-00 | 85 | 278.90<br>65.00<br>19.20 | 465.76<br>-302.74<br>31.30 |
| 1 | | | TOTAL<br>AMOUNT DUE | 167 | | | | 194.32 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE                  DELIVERY RECEIPT        DELIVERING TRAILER
    DELPHI CORP                                      925974 OVNI          ENGEL MACHINERY
DIV P CISCO 60606                                 FREIGHT BILL NUMBER     3740 BOARD RD
4B WALTER JONES BLVD                               773 673 865            YORK              PA 17406-8425
EL PASO        TX 79906                         CITY RTE/BYD SCAC   DEST   09120414          (717)764-6818
   00604251    (915)612-8624                        24Z         ELP   ADV CAR
DW NON3                    UPS FREIGHT PHONE NUMBER   PICK UP DATE   ORIG   BL#  829387
                            (800)333-7400           03/01/10   YOR

05
BEST DELIVERY TIME: 800 - 1500

773 673 865

JPS Freight   UPS   www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 1 | | SK | PUMP | 167 | 000085-00 | | |
| | | | 65.00% DISCOUNT | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | * * * *   ATTENTION   * * * * * | | | | |
| | | | JUAREZ OPER PLANT 96MTC | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | %TRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |

| CONTD <TTL PCS | | PRINT NAME | TTL WI > | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|
| CONSOL/DLVRD | | SIGNATURE X | FIRM | | | |
| (NAIF) INTACT? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | DATE | DRIVER NAME | |
| YES  NO? | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.) Pg 49 of 113

Page 350 of 425

CONSIGNEE          DELIVERY RECEIPT          DELIVERING TRAILER          SHIPPER          673 865

| | | FREIGHT BILL NUMBER |
|---|---|---|
| | | 773 673 865 |
| | | CITY RTE/BYD SCAC    DEST |

ADV CAR

| PO# | | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | BL# |
|---|---|---|---|---|---|

## UPS Freight™   www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | MAULDIN        SC 296621208 | | | | |
| | | | UPGF   6180 0261658 | | | | |
| | | | UPGF 560    01/04/10 C M 440628 | | | | |

CONTD PAGE  2

| | TTL PCS | PRINT NAME | TTL WT > | 167 | COOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|
| | | SIGNATURE X | FIRM | | | | |
| | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | DATE | DRIVER NAME | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

| DATE: 3/1/2010 | SHIPPER NO. 828387 | SHIPPER: ENGEL Machinery, Inc. | | CARRIER: UPS-FREIGHT |
|---|---|---|---|---|

| Street Address 3740 BOARD ROAD | | City YORK, PA | Postal Code 17406 |
|---|---|---|---|

Received at the point of origin on the date from the shipper, the goods herein described, in apparent good order. Except as noted(contents and condition of Contents of packages unknown) marked, consigned and destined as indicated below, which the carrier agrees to carry and deliver to the consignee at the Destination if on its own route, otherwise to deliver to another carrier on the route to the destination. We agree as to each carrier of all or any of the goods Over all or any portion of the route to destination an has to each party at any time interested in all or any of the goods that every service to be performed Hereunder shall be subject to all the conditions whether printed or written herein contained, including conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigning

DELPHI SISTEMAS DE ENERGIA SA DE CV
JUAREZ OPER. PLANT 96MTC
48 WALTER JONES BLVD. DOCK 87 & 88

EL PASO  TX  79906

| No. of PKGS | Description of Goods and Special Marks | Weight | Rate | Amount | |
|---|---|---|---|---|---|
| 1 | PUMP | 167LBS | 85 | | Freight Charges<br><br>Write "Prepaid" or "Collect"<br><br>COLLECT<br>540592656 |
| | | | | | Consignee note disputes regarding freight charge liability to be referred to shipper |
| | | | | | Advance fee |
| | | | | | Freight Charges |
| | | | | | Sub Total |
| If freight charges are to be paid by other than ship consignee, please indicate name and address of pl | | | | | COD |
| | | | | | Total $ |
| | | | | | When goods move under Class C authority, freight charges will be paid by |

ODOMETER  ARRIVE  DEPART  DESTINATION
03 0   433   5

UPS Freight  773 673 865  YOR

VALUE $
ENGEL MACHINERY INC.
Shipper  DUANE ARNOLD                          Date:  3/1/2010

7/1/10

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 51 of 113

Page 351 of 425



# UPS Freight™

UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 4-25-2008 | DTR | DAY | 775557090 | $ 159.01 | USD |

| CONSIGNEE: 22607340 | P.O. NO. 450649241 | Payment Due |
|---|---|---|

DELPHI AUTOMOTIVE SYSTEMS

2582 E RIVER RD
DAYTON, OH 45439

| | B/L NO. 26081 | ON RECEIPT |
|---|---|---|

| ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 28372186 | BILL TO: 32801414 |
|---|---|

PONTIAC COIL INC

5800 MOODY DR
CLARKSTON, MI 48348

DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS. | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | AUTOMOTIVE PARTS | 504 | 019160-01 | 100 | 68.60 | 345.74 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -224.73 |
| | | | 003140 LTL FUEL ADJUSTMENT | | | | 31.40 | 38.00 |
| | | | UPS WORLDSHIP | | | | | |
| | | | · · · · · ATTENTION · · · · · | | | | | |
| | | | RICK STEINER/MARK BODIE | | | | | |
| | | | NONE | | | | | |
| | | | 450649243      P.O. NUMBER | | | | | |
| | | | 450681385      P.O. NUMBER | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 130350 | | | | | |
| | | | ............................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    159.01 | | | | | |
| | | | 02/22/10 P3421849    159.01 | | | | | |
| | | | 01/18/10 P3384610    159.01 | | | | | |
| | | | 12/21/09 P3347416    159.01 | | | | | |
| | | | ............................. | | | | | |
| 1 | | | TOTAL | 504 | | | | |
| | | | AMOUNT DUE | | | | | 159.01 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI AUTOMOTIVE SYSTEMS

2582 E RIVER RD
DAYTON          OH 45439
329459729
450649241          (800)338-7400

365416 OVNT
775 557 090
2 IN          DAY
04/25/08          DTN

PONTIAC COIL INC
5800 MOODY DR
CLARKSTON          MI 48348
28372186          (248)922-1100
ADV/M
26081

775 557 090                    UPGF

( 1  PIECE(S) COUNTED AND VERIFIED ON
      HANDLING UNIT(S) WITH THE FOLLOWING:
BX AUTOMOTIVE PARTS                    504  019100-01
LTL FUEL ADJUSTMENT
UPS WORLDSHIP
* * * *  ATTENTION  * * * *
RICK STEINER/MARK BODIE
450649243          P.O. NUMBER
450681385          P.O. NUMBER
BILL FREIGHT CHARGES TO
BILL TO: 24016436
DELPHI CORP

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

003  946  950

775 557 090

775 557 090

775 557 090                    UPGF

3DATA2LOGISTICS
PO BOX 6030
GRAND BLANC     MI 484800030
UPGF  6199 0061658
UPGF  560  02/04/08 C N 190390

CONTD PAGE

TTL WT          504

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTION OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 53 of 113

Page 352 of 425

**Pontiac Coil, Inc.**

5800 MOODY DRIVE
CLARKSTON, MICHIGAN 48346   (248) 922-1100  FAX: (248) 922-1315

SHIPPER 26081

Date 4.25.08

Customer Order No. _____

TO
Chassis Systems Tru-Lag
Delphi Automotive Systems
2580 East River Rd
Moraine, OH 45439

| QUANTITY | DESCRIPTION | |
|---|---|---|
| 25 pcs | Chassis Crfixe Arm Pt # 22244655<br>PC# 45060497241 | 601 |
| 40 pcs | Chassis Crfixe Asm Pt # 22244355<br>PC# 45060497345 | 491 LBS |
| 115 pcs | Chassis Crfixe Arm Pt # 22244355<br>PC# 45060481385 | PO# 4755207050 |

Auto Parts

PLEASE NOTIFY US OF ANY ERRORS OR DISCREPANCIES
BETWEEN CONTENTS OF SHIPMENT RECEIVED &
QUANTITIES THIS SHIPPER WITHIN 5 DAYS

PO14 5/98

1st Upd F   4/25/08

Received by: _____

Auto Parts

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 55 of 113

Page 353 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 4-08-2009 | RCH | HYN | 776759723 | $    282.52    USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| CONSIGNEE:    00835192 | | | P.O. NO. 6268 | | **Payment Due** | |
| TECH ETCH | | | | | | |
| PLYMOUTH INDUSTRIAL PARK | | | B/L NO. NONE | | **ON RECEIPT** | |
| 45 ALDRIN RD | | | | | | |
| PLYMOUTH, MA 02360 | | | ADV SCAC | PRO# | DATE | BEY SCAC |

| | | |
|---|---|---|
| SHIPPER:    29706106 | BILL TO:    32801414 | |
| DYNAK | DELPHI CORP | |
| | %TRENDSET INC | |
| 33 SAGINAW DR | PO BOX 1208 | |
| ROCHESTER, NY 14623 | MAULDIN, SC 29662-1208 | |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | CROFER | 180 | 009100-00 | 100 | 138.78 | 249.80 |
| | | | 001310 LTL FUEL ADJUSTMENT | | | | 13.10 | 32.72 |
| | | | · · · · · ATTENTION · · · · · | | | | | |
| | | | KEVIN RUSSELL/508 747 0300 | | | | | |
| | | | UPGF 560    01/05/09 C N 395701 | | | | | |
| | | | ............................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    282.52 | | | | | |
| | | | 02/22/10 P3421849    282.52 | | | | | |
| | | | 01/18/10 P3384610    282.52 | | | | | |
| | | | 12/21/09 P3347416    282.52 | | | | | |
| | | | ............................... | | | | | |
| 1 | | | TOTAL | 180 | | | | |
| | | | AMOUNT DUE | | | | | 282.52 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | | | CONSIGNEE MEMO | | DELIVERING TRAILER | | SHIPPER | | 776 759 723 |
|---|---|---|---|---|---|---|---|---|---|

TECH ETCH
PLYMOUTH INDUSTRIAL PARK
45 ALDRIN RD
PLYMOUTH        MA 02360
00835192     (508)747-0300
04 6288

DYNAK
261671 DVNT
FREIGHT BILL NUMBER
776 759 723
CITY RTE/BYD SCAC    DEST
17N              HYN
PICK UP DATE    ORIG
04/08/09        RCH

33 SAGINAW DR
ROCHESTER       NY 14623
29706106
ADV CAR

UPS FREIGHT PHONE NUMBER
(800)333-7400

B/F   NONE
AD        UF        BD

COLLECT
THIS AMOUNT
4.00
4.00

**UPGF**    776 759 723

**UPS Freight**   www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | SK | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: CROFER LTL FUEL ADJUSTMENT 6050/69 * * * * ATTENTION KEVIN RUSSELL/508 747 0300 BILL TO: 32801414 DELPHI CORP UPGF 560    01/05/09 C N 395701 | 180 | 009100-00 | | |

DELIVERED APR 10 2009

CPCD 3152561

| 1 <TTL PCS | | TTL WT> | 180 | ODOM | ARRIVE 9:35 | DEPART 10:00 | TOTAL CHARGES PPD |
|---|---|---|---|---|---|---|---|

SEAL BLVRD INTACT? YES  NO?
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE
DRIVER NAME

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 57 of 113

Page 354 of 425

**STRAIGHT BILL OF LADING – SHIPPING ORDER NOT NEGOTIABLE – DOMESTIC**
**UPS Freight (UPGF)**

*PLEASE PRINT OR TYPE*

**1 CONSIGNEE (TO)**

On collect on delivery shipments, the letters "COD" must appear before consignee's name in a reference provided in item 430, Sec. 1 of UPGF 102.

Tech-Etch Inc
**STREET ADDRESS**  UPS Freight CANNOT DELIVER TO A P.O. BOX
45 Aldrin Road
Plymouth        MA     02360
**P.O. NUMBER**  #62268    **STORE #**
**CONSIGNEE PHONE #**  (508) 747-0300    **CONTACT NAME**  Kevin Russell

**1 BILL TO**
Jim Vordonis - Delphi
**ADDRESS**
285 Metro Park
Rochester NY     NY    14623

**2 SHIPPER (FROM)**
Dynak, Inc
**STREET ADDRESS**
33 Saginaw Drive
Rochester    NY    14623
**BILL OF LADING NUMBER**          **STORE #**

**FREIGHT CHARGES ARE PREPAID UNLESS COLLECT IS OTHERWISE MARKED**

**CHECK ONE:**  ☐ Prepaid   ☐ Collect   ☒ Third Party Prepaid    **GBTD**

☐ **GUARANTEED DELIVERY REQUESTED (if box is checked)**

By checking this box, the Payor requests UPS Freight to guarantee delivery of this shipment...

| # | NO. PCS. | PKG TYPE | HM | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | | Skid | | 135 pcs. Crofer 10mm | 180 # | | |
| | | | | Cut to: 8.85" x 12" | | | |
| | | | | #153E04 | | | |

**TOTAL CUBE**

**5 ADDITIONAL SERVICES (CHARGES MAY APPLY)**
☐ INSIDE DELIVERY REQUIRED
☐ LIFT GATE PICKUP/DELIVERY
☐ NOTIFICATION BEFORE DELIVERY
☐ RESIDENTIAL DELIVERY
☐ SORT AND SEGREGATE
☐ OTHER

**METHOD OF PAYMENT (REQUIRED)**
**COD FEE**  ☐ PREPAID  ☐ COLLECT    **COD AMT $**

**UPS Freight**  776 759 723  **RCH**

Firm name: Dynak Inc
Signed By: Kinderman
**Carrier:** UPS Freight
**Date received:** 4/8/09
**UPS Freight COPY**
**Driver:** Ke___
**UPS Freight resp. piece coun___**  15

*** Now available at www.upsfreight.com – UPGF 102 Series Rules Tariff - Electronic Bill of Lading

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 59 of 113

Page 355 of 425

**UPS FREIGHT LTL**

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-06-2009 | RCH | HYN | 778937305 | $    389.28    USD | |

| CONSIGNEE:    00835192 | | | P.O. NO.<br>0488 | Payment Due | |
| TECH ETCH | | | B/L NO.<br>NONE | **ON RECEIPT** | |
| PLYMOUTH INDUSTRIAL PARK<br>45 ALDRIN RD | | | | | |
| PLYMOUTH, MA 02360 | | | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:    30517631 | BILL TO:    32801414 |
| DYNAN INC | DELPHI CORP |
|  | %TRENDSET INC |
| 33 SAGINAW DR | PO BOX 1208 |
| ROCHESTER, NY 14623 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 |  | SK | CROFER<br>001220 LTL FUEL ADJUSTMENT | 250 | 009100-00 | 100 | 138.78<br>12.20 | 346.95<br>42.33 |
|  |  |  | * * * * * ATIENTION * * * * * |  |  |  |  |  |
|  |  |  | CHERYL RAU |  |  |  |  |  |
|  |  |  | UPGF 560    01/05/09 C N 395701 |  |  |  |  |  |
|  |  |  | ................................. |  |  |  |  |  |
|  |  |  | PREVIOUSLY INVOICED ON: |  |  |  |  |  |
|  |  |  |   03/22/10 P3458508    389.28 |  |  |  |  |  |
|  |  |  |   02/22/10 P3421849    389.28 |  |  |  |  |  |
|  |  |  |   01/18/10 P3384610    389.28 |  |  |  |  |  |
|  |  |  |   12/21/09 P3347416    389.28 |  |  |  |  |  |
|  |  |  | ................................. |  |  |  |  |  |
| 1 |  |  | TOTAL | 250 |  |  |  |  |
|  |  |  | AMOUNT DUE |  |  |  |  | 389.28 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | CONSIGNEE MEMO | | DELIVERING TRAILER | SHIPPER | | 778 937 305 |
|---|---|---|---|---|---|---|
| TECH ETCH | | UPGF | 287735 OVNT | DYNAN INC | | |
| PLYMOUTH INDUSTRIAL PARK | | | FREIGHT BILL NUMBER | 33 SAGINAW DR | | |
| 45 ALDRIN RD | | | 778 937 305 | ROCHESTER | NY 14623 | |
| PLYMOUTH | MA 02360 | | ORY RTE/BYO SCAC | DEST | 30517631 | |
| 00835192 | (508)747-0300 | | 17N | HYN | ADV CAR | |
| 0488 | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | BLF NONE | | |
| | (800)333-7400 | 03/06/09 | RCH | AD | UF | BD |

COLLECT
THIS AMOUNT
$.00
$.00

UPGF    778 937 305

**JPS Freight℠**   www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | SK | 1 PIECE(S) COUNTED AND VERIFIED ON | 250 | 009100-00 | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| | | | CROFER | | | | |
| | | | * * * * ATTENTION * * * * | | | | |
| | | | CHERYL RAU | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |

✦ **CAPE COD EXPRESS**
*Please*
1124662

**DELIVERED** MAR 1 0 2009

| 1 <TTL PCS | PRINT NAME | | | TTL WT> | 250 | ODOM | ARRIVE | DEPART | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | Chris B. Gross | | | | | | 11:05  11:11 | | PPD |
| | SIGNATURE | | FIRM | | | | | | |
| SECUR DLVRD | X | | | | | | | | |
| WRAP INTACT? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | | | | |
| YES  NO? | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | | | |

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 61 of 113

Page 356 of 425

STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
**UPS Freight (UPGF)**

PLEASE PRINT OR TYPE

DATE: 3-6-09

**1 CONSIGNEE (TO)**
TECH-ETCH, INC.
STREET ADDRESS: 45 ALDRIN ROAD
CITY: PLYMOUTH   STATE: MA   ZIP: 02360
PO NUMBER: P0488   STORE #: Job #6201
CONTACT NAME: Cheryl Ren

**2 SHIPPER (FROM)**
Dynek, Inc.
STREET ADDRESS: 23 Eagwerd Drive
CITY: Rochester   STATE: NY   ZIP: 14523
BILL OF LADING NUMBER:   STORE #:

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE INDICATED
CHECK ONE: ☐ Prepaid  ☐ Collect  ☒ Third Party-Prepaid

☐ GUARANTEED DELIVERY REQUESTED (if box is checked)   GRTD

**3 BILL TO**
Delphi - (Jim Vordonis) #153E04
ADDRESS: 285 Metro Park
CITY: Rochester   STATE: NY   ZIP: 14623

| 4 NO. PKGS | PKG TYPE | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|
| 1 | | 300 ct. Copier 9x13" invo. RP232506 Gen. 3.2 Anode RWN | 250# | | |
| | | (Skid - 24x30) | | | |

TOTAL CUBE:

**5 ADDITIONAL SERVICES** (CHARGES MAY APPLY)
☐ INSIDE DELIVERY REQUIRED   ☐ RESIDENTIAL DELIVERY
☐ LIFT-GATE PICKUP/DELIVERY   ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY   ☐ OTHER:

METHOD OF PAYMENT (REQUIRED)
REG. COLLECT UNLESS OTHERWISE MARKED

COD FEE  ☐ PREPAID  ☐ COLLECT   **COD AMT $**

**UPS Freight 778 937 305 RCH**

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Firm name: Dynek, Inc.
Signed By: Joseri Anderson

Carrier: **UPS Freight**
Date received: 3/6

Driver:
UPS Freight rsvp. piece count: 5

PAGE 02/02

UPS FREIGHT   585-254-7731

COPY

03/06/2009  12:43

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 63 of 113

Page 357 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 8-19-2008 | HRS | DTR | 782135970 | $  459.11  USD |

| CONSIGNEE:   28372186 | P.O. NO. 450745346 | |
|---|---|---|
| PONTIAC COIL INC | | **Payment Due** |
| 5800 MOODY DR | B/L NO. 2021 | **ON RECEIPT** |
| CLARKSTON, MI 48348 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:   01897906 | BILL TO:   32801414 |
|---|---|
| HORIZON TECHNOLOGY INC | DELPHI CORP |
| | %TRENDSET INC |
| 293 BATTERY ST | PO BOX 1208 |
| SAINT MARYS, PA 15857 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | •••   SHIPMENT REWEIGHED   ••• ORIFICE PLT ASM | 430 | 000050-00 | 50 | 68.32 | 341.60 |
| | | | 0000500 AS WEIGHT | | | | 34.40 | 117.51 |
| | | | 003440 LTL FUEL ADJUSTMENT | | | | | |
| | | | 00500-HRS ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT HRS. | | | | | |
| | | | WEIGHT DECLARED AS 00500 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00430 LBS. | | | | | |
| | | | UPGF 560   02/04/08 C N 177072 | | | | | |
| | | | •••••••••••••••••••••••••••••• | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508     459.11 | | | | | |
| | | | 02/22/10 P3421849     459.11 | | | | | |
| | | | 01/18/10 P3384610     459.11 | | | | | |
| | | | 12/21/09 P3347416     459.11 | | | | | |
| | | | •••••••••••••••••••••••••••••• | | | | | |
| 1 | | | TOTAL | 430 | | | | |
| | | | AMOUNT DUE | | | | | 459.11 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

| CONSIGNEE | | DELIVERING TRAILER | | SHIPPER 782 135 970 |
| PONTIAC COIL INC | | | | HORIZON TECHNOLOGY INC |
| | | FREIGHT BILL NUMBER | | 293 BATTERY ST |
| 5888 WOODY DR | | 782 135 970 | | SAINT MARYS      PA 15857 |
| CLARKSTON        MI 48348 | | ORG STD/BVD SCAC | DEST | 39494114 |
| 20372106    (248)922-1180 | | 46A | DTR | ADV CAR |
| PO# 450745346 | UPS FREIGHT PRICING SERVICE | PICK UP DATE | ORIG | DJ  2021 |
| | (800)333-7400 | 08/19/88 | HRS | |

21

```
██████████████
782 135 970
```

**UPS Freight™**          www.upsfreight.com

| PCS | WH | P1 | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | 1  PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 1 | SK | | ORIFICE PLT ASM | 430 | 608050-00 | | |
| | | | AS WEIGHT | 500 | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | 00500-HRS ORIGINAL WGT/REWEIGH | | | | |
| | | | SHIPMENT WEIGHED AT HRS. | | | | |
| | | | WEIGHT DECLARED AS 00500 LBS. | | | | |
| | | | ACTUAL WEIGHT IS 00430 LBS. | | | | |
| | | | BILL TO: 16614002 | | | | |
| | | | DELPHI CORP | | | | |
| | | | UPGF    6180 #261658 | | | | |

| CONTD | <TTL PCS | PRINT NAME Jim Tock | TTL WT > | ODOM | ARRIVE | DEPART |
| PIECES DLVRD | | SIGNATURE | PRM | | | |
| INTACT? | | X | | | | |
| YES) NO? | | AGREES THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | 7:02 | 0:00 | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 65 of 113

Page 358 of 425

CCS9260477

*Affix pro label here*

# Bill of Lading

BOL Number: 2021          Date: 19-Aug-08          Page 1 of 1
Carrier: UPS Freight

| Ship From | Consignee |
|---|---|
| Horizon Technology, Inc.<br>293 Battery Street<br>St. Marys, Pa 15857-1401<br>USA | Pontiac Coil<br>5800 Moody Drive<br>Clarkston, MI 48348<br>USA<br><br>Phone: 248.922.2222 |

| Bill To | Terms |
|---|---|
| Delphi<br>5820 Delphi Drive<br>Troy, MI 48098<br>USA | Prepaid: ☐   Collect: ☐   3rd Party: ☒<br>Acct #:<br>Consignee's PO#: 450746346 |

**ALWAYS LIST HAZARDOUS MATERIAL FIRST IN DESCRIPTION OF ARTICLES COLUMN**

| No. of Holding Units | No. of Packages | HM | (KIND OF PACKAGE) Description of Articles, Special Marks and Exceptions (Subject to Correction) | Class (Subject to Correction) NMFC# | Weight (Subject to Correction) |
|---|---|---|---|---|---|
| 0 | 0 | | 101074<br>2224243 1PB Core Plate<br>PO-Line: 450745346 | 50 | 0.00 |
| 1 | 0 | | 101075<br>22242443DC Orifice Plt Asm -Bz<br>PO-Line: 450745346 | 50 | 500.00 |
| 1 | 0 | | | | 500.00 |

UPS Freight  782 135 970  HRS

SHIPPER SIGNATURE _____ DATE _____ PICKUP TIME (15k)
(MUST BE SIGNED BY REPRESENTATIVE OF SHIPPER.)
DRIVER SIGNATURE _____ DATE 8/5/08 No. OF HANDLING UNITS

**UPS Freight**
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number: 782135970                           Weighed Date: 08/19/2008
Weighing performed at HR8 Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 430 |
| Actual Scale Total | 1 | 430 |

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 67 of 113

Page 359 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P O BOX 533238
CHARLOTTE, NC 28290-3238

### COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 5-26-2009 | WIT | ELP | 784544740 | $  825.32  USD |

| CONSIGNEE:    20857185 | P.O. NO. | Payment Due |
|---|---|---|
| DELPHI CORP | SEE BELOW | |
| DIV S CISCO 44978 | B/L NO. | **ON RECEIPT** |
| 32 CELERITY WAGON DR | 00411 | |
| EL PASO, TX 79906 | | |

| | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|
| | | | | |

| SHIPPER:    01970393 | BILL TO: |
|---|---|
| YORK INTERNATIONAL | DELPHI CORP |
| | %TRENDSET INC |
| 801 E 37TH ST N | PO BOX 1208 |
| WICHITA, KS 67219 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | OT | *** SHIPMENT REWEIGHED *** | 565 | 164390-03 | 250 | 351.71 | 1,987.16 |
| | | | RACK | | | | | |
| | | | 65.00% DISCOUNT | | | | 65.00 | -1,291.65 |
| | | | 001320 LTL FUEL ADJUSTMENT | | | | 13.20 | 91.81 |
| | | | 001900 INSPECTION | | | | | 19.00 |
| | | | 001900 REWEIGH FEE | | | | | 19.00 |
| | | | 00500-WIT ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT WIT. | | | | | |
| | | | WEIGHT DECLARED AS 00500 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00565 LBS. | | | | | |
| | | | 154.52  CUBIC FEET | | | | | |
| | | | RMA 60337712-8408 P.O. NUMBER | | | | | |
| | | | 4757 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N  31912 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/22/10 P3458508     825.32 | | | | | |
| | | |    01/18/10 P3384610     825.32 | | | | | |
| | | |    12/10/09 R286145      825.32 | | | | | |
| | | |    12/01/09 R284645      825.32 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 565 | | | | |
| | | | AMOUNT DUE | | | | | 825.32 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE

DELIVERY RECEIPT

DELIVERING TRAILER

784 544 740

SHIPPER

YORK INTERNATIONAL

DELPHI CORP
DIV S CISCO 44978
32 CELERITY WAGON DR
EL PASO        TX 79906
20857185        (915)783-4700

W SEE BELOW

29

927544 UPGF

FREIGHT BILL NUMBER
784 544 740

CITY RTE/BRO SCAC   DEST
24A        ELP

PICK UP DATE   ORIG
05/26/09   WIT

801 E 37TH ST N
WICHITA        KS 67219
01970393   (316)831-5023

ADV CAR
BL#   00411

UPS FREIGHT PHONE NUMBER
(800)333-7400

| | | | | |
|---|---|---|---|---|

**IPS Freight** www.upsfreight.com

784 544 740

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON 1 OT HANDLING UNIT(S) WITH THE FOLLOWING: | | | | |
| 1 | | OT | RACK | 565 | 164390-03 | | |
| | | | 65.00X DISCOUNT | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | INSPECTION | | | | |
| | | | DAL S/C ID | | | | |
| | | | REWEIGH FEE | | | | |
| | | | WIT S/C ID | | | | |
| | | | 00500-WIT ORIGINAL WGT/REWEIGH | | | | |
| | | | SHIPMENT WEIGHED AT WIT. | | | | |
| | | | WEIGHT DECLARED AS 00500 LBS. | | | | |

CONTD  <PFL PCS

PCS DLVRD
WRAP  INTACT
YES   NO

PRINT NAME

TTL WT>

SIGNATURE   X        5/28/09

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

ODOM
130

DATE
5/28

ARRIVE
11:03

DRIVER NAME

DEPART
11:26

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 69 of 113

Page 360 of 425

Johnson
Controls

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NON-NEGOTIABLE

| BILL OF LADING | UNITARY PRODUCTS GROUP |
| --- | --- |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading.

**BILL OF LADING NO.** 00411

**CARRIER'S NO.** 5/26/09

**CARRIER'S NAME** UPS FREIGHT

**TRAILER NO.**

**SEAL NO.**

CONSIGNED TO

RCEXX - JOSEPHI
X 1
JL CELEBRITY JASON
ROCK 11
EL PASO TX 79906
RICHARD AVILA X
MANUAL CHAVEZ

RMA # 60337712 - 34034757

COLLECT
PRO OR WAYBILL NO
UPS SL
ACC #
70044210

| NO PKGS | DESCRIPTION | | WEIGHT | CLASS |
| --- | --- | --- | --- | --- |
| | AIR COOLERS AND AIR CONDITIONERS NMFC IT 114120 SUB 1 | 1 | | |
| | AIR COOLERS AND AIR CONDITIONERS NMFC IT 114120 SUB 2 | 2 | | |
| | MACHINE & MACHINERY PARTS NMFC IT 133390 & 133395 SUB 3 | 3 | | |
| | COMPRESSORS GAS OR LIQUID NMFC IT 32000 | 4 | | |
| 1 RACK | | | 500 | |

LIMITATIONS OF LIABILITY APPLY SUBJECT TO LIMITS OF LIABILITY OF THE CARRIER. SEE CUSTOMER SERVICE 1 800 215 1438

| | ODOMETER | ARRIVE | DEPART | DESTINATION |
| --- | --- | --- | --- | --- |

UPS Freight 784 544 740 WIT

ACCOUNT NUMBER

Johnson Controls Inc.
Unitary Products Group            SHIPPER PER
Permanent post office address of shipper
3128 N. Mead
Wichita, Kansas 67219

AGENT PER  URF PAUM    5/26/09
DATE    1 RACK

ORIGINAL 3

# UPS Freight

UPS Freight
1000 Semmes Avenue
P.O. Box 1216
Richmond, Virginia 23218-1216
Web Address: www.UPSfreight.com
Customer Service: 1-800-333-7400

## *Freight Inspection Certificate*

| Shipment PRO Number | Suffix |
|---|---|
| 784544740 | R0 |

| Date of Inspection | 05/27/2009 | Orig. Service Center | WIT | Dest. Service Center | ELP |
|---|---|---|---|---|---|

| Shipper | YORK INTERNATIONAL |
|---|---|
| Consignee | DELPHI CORP |
| Packing Type | OT    (BG BX BD CN CR CS DR OT PL RK RL SK) |
| Description | RACK |
| Model/I.D. | |

| Length | Width | Height | Pieces | Cube |
|---|---|---|---|---|
| 123.50 | 47.00 | 46.00 | 1 | 154.52 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |
| 0.00 | 0.00 | 0.00 | 0 | 0.00 |

* Length / Width / Height in inches

Handling Units    1
Shipment Weight    565
Shipment Cube    154.52
Shipment Density    3.66

Adequate Packaging?    ● Yes ○ No
Can double stack freight?    ● Yes ○ No

Linear Footage Used

| NMFC Item Number | 164390-03 |
|---|---|

Change Type    N

N - NMFC Change
C - CCAP Added
F - Feet Added only

S - Extreme Length
NW - NMFC and Weight Change
X - Cube added only

NC - NMFC Change & CCAP Added
CW - CCAP & Wt. Change

Comments
RACK

Inspector ID    John L Starks    The information set forth in this document constitutes an accurate description of the shipment covered hereby and corrections with applicable laws and tariffs.

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 71 of 113

Page 361 of 425

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

## WEIGHT CERTIFICATE

Freight Bill Number 784544740                                    Weighed Date 05/26/2009
Weighing performed at WIT Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to conform to all established federal and state guidelines. Established procedures for verifying weight meets the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | ........... | ............... |
| | 1 | 565 |
| | ........... | ............... |
| Actual Scale Total | 1 | 565 |

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 73 of 113

Page 362 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 7-18-2008 | HRS | DTR | 787440835 | $ 495.34 USD |

CONSIGNEE:    28372186
PONTIAC COIL INC

5800 MOODY DR
CLARKSTON, MI 48348

| | |
|---|---|
| P.O. NO. 450745346 | **Payment Due** |
| B/L NO. 1942 | **ON RECEIPT** |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| | | | |

SHIPPER:    01897906
HORIZON TECHNOLOGY INC

293 BATTERY ST
SAINT MARYS, PA 15857

BILL TO:    32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | ···    SHIPMENT REWEIGHED    ··· | | | | | |
| 1 | | SK | CORE PLATE | 296 | 000050-00 | 50 | 68.32 | 202.23 |
| 1 | | SK | ORIFICE PLT ASM BZ | 229 | 000050-00 | 50 | 68.32 | 156.45 |
| | | | 003810 LTL FUEL ADJUSTMENT | | | | 38.10 | 136.66 |
| | | | 00462-HRS ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT HRS. | | | | | |
| | | | WEIGHT DECLARED AS 00462 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00525 LBS. | | | | | |
| | | | UPGF 560    02/04/08 C N 177072 | | | | | |
| | | | ................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    495.34 | | | | | |
| | | | 02/22/10 P3421849    495.34 | | | | | |
| | | | 01/18/10 P3384610    495.34 | | | | | |
| | | | 12/21/09 P3347416    495.34 | | | | | |
| | | | ................................. | | | | | |
| 2 | | | TOTAL | 525 | | | | |
| | | | AMOUNT DUE | | | | | 495.34 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (DELD)

PONTIAC COIL INC.

5800 MOODY DR
CLARKSTON          MI 48348
    28372186      (248)922-1100
# 450745344
22

264730 DWNT

787 440 835

44A         DTR
(800)333-7400    07/18/08   HRS

HORIZON TECHNOLOGY INC

293 BATTERY STREET
SAINT MARYS        PA 15857
          39494114
ADV CAR
1942

www.upsfreight.com

787 440 835          UPGF

| # PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (SUBJ) | MARK |
|---|---|---|---|---|---|
| | | | 2 PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 2 BK  HANDLING UNIT(S) | WITH THE FOLLOWING | |
| 1 | BK | | CORE PLATE | 233 | 000050-00 |
| 1 | BK | | ORIFICE PLT ASM BZ | 229 | 000050-00 |
| | | | BILL TO: 16614802 | | |
| | | | DELPHI CORP | | |

2 TTL PCS        TTL WT ▶  462        ODOM    ARRIVE    DEPART

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 75 of 113

Page 363 of 425

*Affix pro label here*

# Bill of Lading

BOL Number: 1842     Carrier: UPS Freight     Date: 18-Jul-08     Page 1 of 1

| Ship From | Consignee |
|---|---|
| Horizon Technology, Inc.<br>293 Battery Street<br>St. Marys, Pa  15857-1401<br>USA | Pontiac Coil<br>5800 Moody Drive<br>Clarkston, MI  48348<br>USA<br><br>Phone: 248.922.2222 |

**Bill To**

Delphi
5820 Delphi Drive
Troy, MI  48098
USA

| Terms | | |
|---|---|---|
| Prepaid: ☐ | Collect ☐ | 3rd Party: ☒ |
| Acct #  Delphi-acct# 89TT47 | | |
| Consignee's PO#: 450745346 | | |

*ALWAYS LIST HAZARDOUS MATERIAL FIRST IN DESCRIPTION OF ARTICLES COLUMN*

| No. of Holding Units | No. of Packages | * HM | (KIND OF PACKAGE) Description of Articles, Special Marks and Exceptions (Subject to Correction) | Class (Subject to Correction) NMFC# | Weight (Subject to Correction) |
|---|---|---|---|---|---|
| 1 | 0 | | 101074<br>22242431PB Core Plate<br>PO-Line: 450745346 | 50 | 233.00 |
| 1 | 0 | | 101075<br>22242443DC Orifice Plt Asm - Bz<br>PO-Line: 450745346 | 50 | 229.00 |
| 2 | 0 | | | | 462.00 |

UPS Freight  787 440 835  HRS

SHIPPER SIGNATURE _____  DATE _____
*(MUST BE SIGNED BY REPRESENTATIVE OF SHIPPER.)*

DRIVER SIGNATURE _____  DATE _____     No. OF HANDLING UNITS

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

### WEIGHT CERTIFICATE

Freight Bill Number 787440835                                    Weighed Date 07/18/2008
Weighing performed at HRS Service Center

### WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| | Handling Units | Weight (lbs ) |
|---|---|---|
| | ------------ | ------------ |
| | 2 | 525 |
| | ------------ | ------------ |
| Actual Scale Total | 2 | 525 |

05-44481-rdd  Doc 20041-1  Filed 05/12/10  Entered 05/12/10 16:16:49  Exhibit B
(cont.)  Pg 77 of 113

Page 364 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-06-2009 | RFL | DAY | 787876913 | $ 105.47 | USD |

| CONSIGNEE: 22607340 | P.O. NO. JACK ZELLERS | Payment Due | |
| DELPHI AUTOMOTIVE SYSTEMS | B/L NO. 6096953610 | ON RECEIPT | |
| 2582 E RIVER RD | ADV SCAC | PRO# | DATE | BEY SCAC |
| DAYTON, OH 45439 | | | | |

| CONSIGNEE | | | | |
|---|---|---|---|---|
| CONSIGNEE: 22607340 DELPHI AUTOMOTIVE SYSTEMS 2582 E RIVER RD DAYTON, OH 45439 | P.O. NO. JACK ZELLERS | | Payment Due | |
| | B/L NO. 6096953610 | | ON RECEIPT | |
| | ADV SCAC | PRO# | DATE | BEY SCAC |
| SHIPPER: 08096476 WW GRAINGER 8211 BAVARIA RD MACEDONIA, OH 44056 | BILL TO: 32801414 DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 | | | |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | OT | HARDWARE AND RELATED MATL CL70 | 49 | 095190-09 | 70 | FLOOR | 94.00 |
| | | | 001220 LTL FUEL ADJUSTMENT | | | | 12.20 | 11.47 |
| | | | CONS CONT/ 937 356 5179 | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 465926 | | | | | |
| | | | ........................................ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    105.47 | | | | | |
| | | | 02/22/10 P3421849    105.47 | | | | | |
| | | | 01/18/10 P3384610    105.47 | | | | | |
| | | | 12/21/09 P3347416    105.47 | | | | | |
| | | | ........................................ | | | | | |
| 2 | | | TOTAL | 49 | | | | |
| | | | AMOUNT DUE | | | | | 105.47 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE

DELPHI AUTOMOTIVE SYSTEMS

2582 E RIVER RD
DAYTON          OH 45439
          22607340

PCM  JACK ZELLERS        UPS FREIGHT PHONE NUMBER
                         (800)333-7400

09    D/R COPY:    1

926614 OVNT

FREIGHT BILL NUMBER
787 876 913
CITY ATB/BVD BOAC      DEST
          21N          DAY
PICK UP DATE           ORIG
03/06/09               RFL

NW GRAINGER                   S:935

8211 BAVARIA RD
MACEDONIA       OH 44056
   08096476     (330)425-8388
ADV CAR
BLF  6096953610

**UPS Freight™**          www.upsfreight.com

787 876 913

| #PCS | HM | FT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|-----------------------------------------------|-------------|------|---|---|
|      |    |    | 2  PIECE(S) COUNTED AND VERIFIED ON           |             |      |   |   |
|      |    |    | 2 OT  HANDLING UNIT(S) WITH THE FOLLOWING:    |             |      |   |   |
| 2    |    | OT | HARDWARE AND RELATED MATL CL70                | 49          | 095190-09 | | |
|      |    |    | LTL FUEL ADJUSTMENT                           |             |      |   |   |
|      |    |    |   CONS CONT/ 937 356 5179                     |             |      |   |   |
|      |    |    | SECTION 7 SIGNED                             |             |      |   |   |
|      |    |    | BILL FREIGHT CHARGES TO:                      |             |      |   |   |
|      |    |    | BILL TO: 32801414                            |             |      |   |   |
|      |    |    | DELPHI CORP                                  |             |      |   |   |
|      |    |    | xTRENDSET INC                                |             |      |   |   |
|      |    |    | PO BOX 1208                                  |             |      |   |   |
|      |    |    | MAULDIN        SC 29662                       |             |      |   |   |

CONTD  <TTL PCS
              2

PIECES DLVRD
WRAP  INTACT?
YES    NO?

PRINT NAME  RICK STEINER

SIGNATURE
X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

TTL WT >

FIRM

ODOM

ARRIVE  DEPART
1133    1131

DATE

DRIVER NAME

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 79 of 113

Page 365 of 425

**THIS SHIPPING ORDER**

DELPHI CHASSIS SYS TEST CTR

TO:
2582 E RIVER RD
DAYTON        OH  45439-1514

SHIP UPS CONSIGNEE #42B502

DATE  03/06/09        20342

SHIPPERS CONTROL
INVOICE NO.        6096953610

FOH: JACK ZELLERS
Contact:JACK ZELLERS
Tel:     937-336-5179

SHIPPER        GRAINGER.
ADDRESS  8211 Bavaria Rd.
LOCATION:        Macedonia    OH 44056

| BOXES or CRTS | FREIGHT CODE | HM | NMFC DESCRIPTIONS AND ITEM NOS. | NMFC NUMBER | WEIGHT (LBS.) | LTL CLASS | CK COL |
|---|---|---|---|---|---|---|---|
| | | | SUBTOTAL OF HAZARDOUS MATERIAL WEIGHT | | 0 | | |
| | | | SUBTOTAL OF EXEMPT HAZARDOUS MATERIAL WEIGHT | | 0 | | |
| | | | SUBTOTAL OF FOOD STUFFS WEIGHT | | 0 | | |
| 2 | | | HARDWARE AND RELATED MATERIAL WEIGHT | | 49 | | |
| | | | TOTAL SHIPMENT WEIGHT | | 49 | | |

UPS Freight 787 876 913  RFL

065-        PAGE: 1 OF 1.

For CHEMICAL EMERGENCY Spill, Leak, Fire, Exposure or Accident
CALL CHEMTREC - 24 HOURS
(800) 424-9300 (TOLL FREE)
(703) 527-3887 (NON-US SHIPMENTS)

IF PREPAID, AFFIX 3RD COPY OF BILL OF LADING TO FREIGHT BILL AND MAIL TO TRANSPORTATION OPERATIONS DEPT. P.O. BOX 428, SKOKIE, IL 60076-0428        X COLLECT

| PALLETS OF | PIECES | PALLETAINERS | | FREIGHT CHARGES |
|---|---|---|---|---|
| | | | | PREPAID |
| LOOSE | BUNDLED | OTHER | TOTAL PIECES 2 | TOTAL WEIGHT 49 | X COLLECT |

DO NOT WRITE IN THIS SPACE

GRAINGER.

BILLING AND
PERMANENT
POST OFFICE    P.O. BOX 428
ADDRESS    SKOKIE, IL 60076-0428        2

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 81 of 113

Page 366 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 9-12-2008 | HRS | DTR | 791191494 | $  368.51  USD | |

| CONSIGNEE: 28372186 | P.O. NO. 450745346 | Payment Due |
|---|---|---|
| PONTIAC COIL INC | B/L NO. 2085 | ON RECEIPT |
| 5800 MOODY DR | | |
| CLARKSTON, MI 48348 | ADV SCAC    PRO#    DATE   BEY SCAC | |

| SHIPPER: 01897906 | BILL TO:    32801414 |
|---|---|
| HORIZON TECHNOLOGY INC | DELPHI CORP |
| | %TRENDSET INC |
| 293 BATTERY ST | PO BOX 1208 |
| SAINT MARYS, PA 15857 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ORIFICE PLT ASM | 140 | 000050-00 | 50 | MIN | 278.96 |
| | | | 003210 LTL FUEL ADJUSTMENT | | | | 32.10 | 89.55 |
| | | | C/PH 248 922 2222 | | | | | |
| | | | UPGF 560   02/04/08 C N 177072 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508   368.51 | | | | | |
| | | | 02/22/10 P3421849   368.51 | | | | | |
| | | | 01/18/10 P3384610   368.51 | | | | | |
| | | | 12/21/09 P3347416   368.51 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 140 | | | | |
| | | | AMOUNT DUE | | | | | 368.51 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

CONSIGNEE

PONTIAC COIL INC

5800 MOOBY DR
CLARKSTON                    MI 48348
        28372186        (248)922-1188
OF 450745346            UPS FREIGHT PHONE NUMBER
                        (800)333-7400
16

DELIVERING TRAILER

FREIGHT BILL NUMBER
791 191 494

CITY BEROND ECAC
46A

PICK UP DATE
09/12/08

SHIPPER
293 BATTERY ST
SAINT MARYS        PA 15857
        39494114
ADV CAR
BL#  2005

DEST
WIR
HRS

791 191 494

UPS Freight™        www.upsfreight.com

| 3PCS | RM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(SUB) | NMFC |
|------|----|----|----|----|----|
|      |    |    | 1  PIECE(S) COUNTED AND VERIFIED ON |  |  |
|      |    |    | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: |  |  |
| 1    |    | SK | ORIFICE PLT ASH | 140 | 800050-00 |
|      |    |    | LTL FUEL ADJUSTMENT |  |  |
|      |    |    | C/PM 248 922 2222 |  |  |
|      |    |    | BILL TO: 16614002 |  |  |
|      |    |    | DELPHI CORP |  |  |
|      |    |    | UPSF   6180 8261658 |  |  |
|      |    |    | UPSF 560    02/04/88 C H 177872 |  |  |

| 1 < FTL PCS | PRINT NAME | TTL WT > | ODOR | ARRIVE | DEPART |
|----|----|----|----|----|----|
|    |    | 140 |  |  |  |

PIECES INTACT?
YES   NO?

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTION OF GOODS IN BODY OF FORM ABOVE

DATE/
TIME

SERVICE DATE OK?

7000004 000423

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 83 of 113

Page 367 of 425

# Bill of Lading

*Affix pro label here*

BOI Number: 2085
Carrier:

Date: 12-Sep-06        Page 1 of 1

**Ship From**

Horizon Technology, Inc.
293 Battery Street
St. Marys, Pa 15857-1401
USA

**Consignee**

Pontiac Coil
5800 Moody Drive
Clarkston, MI 48348
USA

Phone: 248.922.2222

**Bill To**

Delphi
5820 Delphi Drive
Troy, MI 48098
USA

**Terms**

Prepaid: ☐        Collect: ☐        3rd Party: ☒
Acct #:

Consignee's PO#:450745346

## ALWAYS LIST HAZARDOUS MATERIAL FIRST IN DESCRIPTION OF ARTICLES COLUMN

| No. of Holding Units | No. of Packages | * HM | (KIND OF PACKAGE) Description of Articles, Special Marks and Exceptions (Subject to Correction) | Class (Subject to Correction) NMFC# | Weight (Subject to Correction) |
|---|---|---|---|---|---|
| 1 | 0 | | 101075<br>22242443DC Orifice Plt Asm -Bz<br>PO-Line: 450745346 | 50 | 140.00 |

ODOMETER    ARRIVE    DEPART    DESTINATION

206    1500    1570

UPS Freight  791  191  494  HRS

SHIPPER SIGNATURE _____    DATE _____    PICKUP TIME _____
(MUST BE SIGNED BY REPRESENTATIVE OF SHIPPER)
DRIVER SIGNATURE _____    DATE  9-12    No. OF HANDLING UNITS _____

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 85 of 113

Page 368 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 9-19-2008 | HRS | DTR | 791284900 | $    369.88    USD |

| CONSIGNEE:    26372186 | | |
|---|---|---|
| PONTIAC COIL INC | | |
| 5800 MOODY DR | | |
| CLARKSTON, MI 48348 | | |

| P.O. NO.    450745346 |
|---|
| B/L NO.    2097 |
| **Payment Due** |
| **ON RECEIPT** |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| | | | |

| SHIPPER:    01897906 |
|---|
| HORIZON TECHNOLOGY INC |
| 293 BATTERY ST |
| SAINT MARYS, PA 15857 |

| BILL TO:    32801414 |
|---|
| DELPHI CORP |
| %TRENDSET INC |
| PO BOX 1208 |
| MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ••• SHIPMENT REWEIGHED ••• | 340 | 000050-00 | 50 | 82.79 | 281.49 |
| | | | ORIFICE PLT ASM | | | | 31.40 | 88.39 |
| | | | 003140 LTL FUEL ADJUSTMENT | | | | | |
| | | | 00270-HRS ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT HRS. | | | | | |
| | | | WEIGHT DECLARED AS 00270 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00340 LBS. | | | | | |
| | | | UPGF 560    02/04/08 C N 177072 | | | | | |
| | | | ................................ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    369.88 | | | | | |
| | | | 02/22/10 P3421849    369.88 | | | | | |
| | | | 01/18/10 P3384610    369.88 | | | | | |
| | | | 12/21/09 P3347416    369.88 | | | | | |
| | | | ................................ | | | | | |
| 1 | | | TOTAL | 340 | | | | |
| | | | AMOUNT DUE | | | | | 369.88 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

CONSIGNEE

PONTIAC COIL INC

5000 WOODY DR
CLARKSTON          MI 48348
   28372186        (248)922-1100
CW 450745346

             (800)333-7400

23

HORIZON TECHNOLOGY INC

293 BATTERY ST
SAINT MARYS        PA 15857
   39494114
ADV CAR
   2097

791 284 900

UPS Freight™           www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL HANDLING | WEIGHT/LBS | MMFC |
|------|----|----|----------------------------------------------|------------|------|
|      |    |    | 1 PIECE(S) COUNTED AND VERIFIED OR           |            |      |
|      |    |    | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING:    | 340        |      |
| 1    |    | SK | ORIFICE PLT ASM                              | 340        | 000050-00 |
|      |    |    | LTL FUEL ADJUSTMENT                          |            |      |
|      |    |    | 00270-HRS ORIGINAL WGT/REWEIGH               |            |      |
|      |    |    | SHIPMENT WEIGHED AT HRS.                     |            |      |
|      |    |    | WEIGHT DECLARED AS 00270 LBS.               |            |      |
|      |    |    | ACTUAL WEIGHT IS 00340 LBS.                 |            |      |
|      |    |    | BILL TO: 16614802                           |            |      |
|      |    |    | DELPHI CORP                                  |            |      |
|      |    |    | UPGF  6180 0261658                          |            |      |
|      |    |    | UPGF 560   02/04/00 C M 177072              |            |      |
| 1    | <TTL PCS |  | PRINT NAME  JimTuck                      | 340        |      |

WRAP  INTACT
 YES   NO

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

*Affix pro label here*

**Bill of Lading**

BOL Number: 2097          Date: 18-Sep-08          Page 1 of 1
Carrier: UPS Freight

| Ship From | Consignee |
|---|---|
| Horizon Technology, Inc.<br>293 Battery Street<br>St. Marys, Pa 15857-1401<br>USA | Pontiac Coil<br>5800 Moody Drive<br>Clarkston, MI 48348<br>USA<br><br>Phone: 248.922.2222 |

| Bill To | Terms |
|---|---|
| Delphi<br>5820 Delphi Drive<br>Troy, MI 48098<br>USA | Prepaid: ☐   Collect: ☒   3rd Party: ☐<br><br>Consignee's PO#:450745346 |

*ALWAYS LIST HAZARDOUS MATERIAL FIRST IN DESCRIPTION OF ARTICLES COLUMN*

| No. of Holding Units | No. of Packages | HM | (KIND OF PACKAGE) Description of Articles, Special Marks and Exceptions (Subject to Correction) | Class (Subject to Correction) NMFC# | Weight (Subject to Correction) |
|---|---|---|---|---|---|
| 1 | 0 | | 101075<br>2224443DC Orifice Plt Asm -Bz<br>PO-Line: 450745346 | 50 | 270.00 |

953 DOOMETER    1421 ARRIVE    142 DEPART    DTK DESTINATION

UPS Freight  791 284 900  HRS

SHIPPER SIGNATURE _____  DATE _____  PICKUP TIME _____
(MUST BE SIGNED BY REPRESENTATIVE OF SHIPPER)
DRIVER SIGNATURE _____  DATE 9/9  No. OF HANDLING UNITS 1 PLT

**UPS Freight**
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

### WEIGHT CERTIFICATE

Freight Bill Number: 791284900                                    Weighed Date: 09/19/2008
Weighing performed at HRS Service Center

### WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| Handling Units | Weight (lbs.) |
|---|---|
| 1 | 340 |
| | |
| Actual Scale Total    1 | 340 |

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 89 of 113

Page 370 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 1-30-2009 | RCH | CIN | **799062740** | $ 274.66 USD |

| CONSIGNEE: 24070616 | P.O. NO. RP211301-007 | **Payment Due** |
|---|---|---|

WALL COLMONOY CORP

940 REDNA TERRACE
CINCINNATI, OH 45215

| B/L NO. B | **ON RECEIPT** |
|---|---|

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:      29706106
DYNAK

33 SAGINAW DR
ROCHESTER, NY 14623

BILL TO:      32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | MANIFOLD ASSY | 100 | 026660-00 | 55 | MIN | 216.75 |
| | | | 001380 LTL FUEL ADJUSTMENT | | | | 13.60 | 29.91 |
| | | | 002800 CORRECTED BOL CHARGE | | | | | 28.00 |
| | | | · · · · ·   ATTENTION   · · · · · | | | | | |
| | | | BOB DUTTENHOFFER | | | | | |
| | | | CONFIRMATION NBR 030150132 | | | | | |
| | | | UPGF 560    01/05/09 C N 115324 | | | | | |
| | | | | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    274.66 | | | | | |
| | | | 02/22/10 P3421849    274.66 | | | | | |
| | | | 01/18/10 P3384610    274.66 | | | | | |
| | | | 12/21/09 P3347416    274.66 | | | | | |
| | | | · · · · · · · · · · · · · · · · · · · · · · · · | | | | | |
| 1 | | | TOTAL | 100 | | | | |
| | | | AMOUNT DUE | | | | | 274.66 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

CONSIGNEE

WALL COLMONOY CORP

40 REDNA TERRACE
CINCINNATI          OH 45215
     24070416        (513)772-1461
* RP211301-007
03

254967 UPGF
FREIGHT BILL NUMBER
  799 062 740
CITY RTE/BYO BCAC        DEST
     49A                 CIN
PICK UP DATE             ORIG
  01/30/09               RCH

33 SAGINAW DR
ROCHESTER          NY 14623
  22665790
ADV CAR
BLF    B

799 062 740

**PS Freight** UPS   www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|------|----|----|----------------------------------------------|-------------|------|
|      |    |    | 1 PIECE(S) COUNTED AND VERIFIED ON           |             |      |
|      |    |    | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING:   |             |      |
| 1    |    | SK | MANIFOLD ASSY                                | 100         | 026660-00 |
|      |    |    | LTL FUEL ADJUSTMENT                          |             |      |
|      |    |    | * * * * ATTENTION * * * *                    |             |      |
|      |    |    | BOB DUTTENHOFFER                             |             |      |
|      |    |    | CONFIRMATION NBR 030150132                   |             |      |
|      |    |    | UPGF 560    01/05/09 C N 115324              |             |      |

| 1  < TTL PCS | PRINT NAME  Jerry Bean | TTL WT > | 100 | ODOM | ARRIVE | DEPART |
|--------------|------------------------|----------|-----|------|--------|--------|
| PCES DLVRD | SIGNATURE X | FIRM | | 880 | 1265/1265 | 1 |
| WRAP INTACT? YES NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED. RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | DATE 2/4 | DRIVER NAME | |

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 91 of 113

Page 371 of 425

Fax from : 5852716848

# DYNAK INC.

33 Saginaw Drive
Rochester, NY  14623
(585) 271-2255    Fax (585) 271-6048

**To:** _Mark Allen_
_UPS freight_

**Fax #:** _801-397-6110_

**Date:** _2-12-09_
_2-13-09_

**From:** _Terri Anderson_

_Purchasing @ Dynak Inc._

We are transmitting _____ pages, including this sheet.

_Mark - I will email to you as well._
_Thanks_
_Terri_

_Sending on letterhead_

FAXED

Fax from : 5852716848

Sent By: DELPHI    ;    585 359 6328 ;    Feb-13-09  9:58AM;    Page 1/1

**Maczynski, Stefan M**

From:       Maczynski, Stefan M
Sent:       Thursday, February 12, 2009 4:17 PM
To:         Tani Anderson
Subject:    UPS issue - Pro #799062740

Attachments:    Stefan M Maczynski .vcf

# DELPHI

Dear Sir or Madam

As per my guidance Dynak has permission to use the Delphi UPS #153E04 for third party billing shipments. Please charge the shipment that went to Cincinnati, OH on 1/30/09 to this account number

*Stefan M. Maczynski*
Delphi Corporation
Advanced Manufacturing Manager -
Solid Oxide Fuel Cell Development
**Phone:** 585-359-6891 VM
**Cell:** 585-313-4304 VM
**Fax:** 585-359-6961
**E-mail:** Stefan.M.Maczynski@delphi.com
**Mailing and Shipping Address:**
5500 W. Henrietta Rd.
West Henrietta, NY 14586 USA

Metro Shipping / Mailing Address:
285 Metro Park
Rochester, NY 14623

Stefan M Maczynski
.vcf (4 KB)...

*Conf. #030150132*
*3rd party billing*

**This Shipping Order** must be legibly filled in, in ink, in Indelible Pencil, or in Carbon, and retained by the Agent.

Shipper No. **B**

Carrier No.

Date **1/30/09**

*UPS Freight*
(Name of Carrier)

TO: Consignee: *Wall Colmonoy Corp.*
FROM Shipper: **DYNAK INC.**

Street: *940 Redna Terrace*
Street: **33 Saginaw Drive**

Destination: *Cincinnati, OH 45215*
Origin: **Rochester, New York 14623-3131**

Route: *Attn: Bob Duttenhopper*

Emergency Response Phone No.

Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (subject to correction) | Rate | CHARGES |
|---|---|---|---|---|---|
| 1 | | *RP211301-007 - manifold assy* | 100 # | | |
| | | *-9 pcs - of 23* | | | |
| | | *-crate on skid* *2 day service* | | | |
| | | *42 x 42 x 14 H* | | | |

UPS Freight RCH
799 062 740

REMIT C.O.D. TO: ADDRESS:

COD   Amt. $

C.O.D. FEE PREPAID ☐ COLLECT ☐ $ *3rd Party*

TOTAL CHARGES: $

FREIGHT CHARGES: Check box if charges are to be collect. ☐

SHIPPER **DYNAK INC.**

PER *Jenn Anderson*

CARRIER *UPS Freight*

PER *the ups* (KV)

DATE *1/30/09*   *1-30-09*

**Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.**

27/7.2  9.8

```
INBOUND TRAILER STRIPPING MANIFEST        DATE: 02/03/09
                              TERMINAL: CIN            TIME: 02:15:33
  D A T E   A N D   T I M E              D O C K W O R K E R
   STARTED  |  FINISHED  |STRIP DOOR|      NAME      | ID# | INITIALS
  6:30      |  9:15      |   20     |    Watt        | 48  | LWP

ORG: CMS   261161 OVNT 1 0203     DST: CIN   LT= 3  0D=13  1D= 2  2D= 0  3D>= 0

  SWEPT CLEAN                          SEAL: 6916440   /  6916440

                    TOTALS:  SHIPMENTS:  18  WEIGHT: 20566  CUBE:  70
```

| OK | PRO | R/W | RTE/DOOR | DST/RFTC | CONSIGNEE | PCS | WGT | OVER | SHORT | DAMGD | LOAD ID# | EDD |
|----|-----|-----|----------|----------|-----------|-----|-----|------|-------|-------|----------|-----|
| X | 449432793 | X | 7D | CIN | AUTO VEHICL | 1 | 937 | 0 | S | D | 48 | 0203 |
| X | 766380904 | X | 7A | CIN | DESIGN TECH | 1 | 140 | 0 | S | D 1 | 48 | 0203 |
| SLC | SHIPPER LOAD AND COUNT | | | | | | | | | | | |
| X | 651969135 | | 15A | CIN | KELLWELL MN | 10 | 337 | 0 | S | D 3 | 48 | 0204 |
| SLC | SHIPPER LOAD AND COUNT | | | | | | | | | | | |
| X | 456979983 | | 15F | CIN | MESSIER BUG | 2 | 2496 | 0 | S | D 1 | 48 | 0204 |
| X | 335082285 | | 25B | CIN | AMERICAN MI | 1 | 18 | 0 | S | D | 48 | 0203 |
| X | 899511185 | | 27D | CIN | PURE ROMANC | 49 | 1318 | 0 | S | D | 48 | 0203 |
| X | 317920982 | | 37B | CIN | PERFECT-A-W | 1 | 964 | 0 | S | D | 48 | 0203 |
| X | 393468751 | X | 37A | CIN | THE FD LAWR | 2 | 500 | 0 | S | D | 48 | 0203 |
| X | 025508151 | X | 39B | CIN | BRINKS | 1 | 295 | 0 | S A11 | D | 48 | 0202 |
| SHI | NONE | | | | | | | | | | | |
| X | 126562052 | X | 39A | CIN | RESTAURANT | 1 | 90 | 0 | S | D 1 | 48 | 0203 |
| X | 311282694 | X | 39A | CIN | RESTAURANT | 9 | 184 | 0 | S | D 2 | 48 | 0203 |
| X | 889219730 | | 49A | CIN | GE AIRCRAFT | 1 | 1201 | 0 | S | D | 48 | 0203 |
| X | 494009202 | | 49A | CIN | GIRINDUS AM | 1 | 2 | 0 | S | D | 48 | 0202 |
| X | 799062740 | X | 49A | CIN | WALL COLMON | 1 | 100 | 0 | S | D 1 | 48 | 0203 |
| X | 025525286 | | 55A | CIN | JAKE SWEENE | 1 | 26 | 0 | S | D | 48 | 0203 |

```
        SLC    SHIPPER LOAD AND COUNT
        SHI    NONE
        SHI    HANDLE FREIGHT WITH CARE AND
               FOLLOW DIRECTIONAL ARROWS!
        SHI    LIFD IS NEEDED ON SHIPMENTS
               OVER 150 LBS.
```

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 97 of 113

Page 372 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|-----------|--------|-------------|------------------|----------------|---|
| 5-20-2008 | GDR | RCH | 828402385 | $ 195.62 | USD |

| CONSIGNEE: 14846075 | P.O. NO. NONE | Payment Due |
|---|---|---|
| CALVARY AUTOMATION SYS | B/L NO. NONE | ON RECEIPT |
| 45 HENDRIX RD WEST HENRIETTA, NY 14586 | ADV SCAC    PRO# | DATE    BEY SCAC |

| SHIPPER: 46087414 | BILL TO: 32801414 |
|---|---|
| EXTOL INC | DELPHI CORP |
| 651 CASE KARSTEN | %TRENDSET INC |
| ZEELAND, MI 49464 | PO BOX 1208 |
|  | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|-----|----|----|-------------|--------|------|-------|------|---------|
| 1 |  | CR | ··· SHIPMENT REWEIGHED ··· | 125 | 000200-00 | 200 | 237.87 | 297.34 |
|  |  |  | SMALL MACHINE |  |  |  | 60.00 | -178.40 |
|  |  |  | 60.00% DISCOUNT |  |  |  | 34.20 | 40.68 |
|  |  |  | 003420 LTL FUEL ADJUSTMENT |  |  |  |  | 18.00 |
|  |  |  | 001800 CORRECTED BOL CHARGE |  |  |  |  |  |
|  |  |  | UPS WORLDSHIP |  |  |  |  | 18.00 |
|  |  |  | 001800 REWEIGH FEE |  |  |  |  |  |
|  |  |  | 00200-GDR ORIGINAL WGT/REWEIGH |  |  |  |  |  |
|  |  |  | SHIPMENT WEIGHED AT GDR. |  |  |  |  |  |
|  |  |  | WEIGHT DECLARED AS 00200 LBS. |  |  |  |  |  |
|  |  |  | ACTUAL WEIGHT IS 00125 LBS. |  |  |  |  |  |
|  |  |  | JOB# 10569         SID# |  |  |  |  |  |
|  |  |  | CRATE 1 OF 1       SID# |  |  |  |  |  |
|  |  |  | NONE |  |  |  |  |  |
|  |  |  | WSHP   6180 0000001 |  |  |  |  |  |
|  |  |  | UPGF 560    02/04/08 C N 135742 |  |  |  |  |  |
|  |  |  | ................................ |  |  |  |  |  |
|  |  |  | PREVIOUSLY INVOICED ON: |  |  |  |  |  |
|  |  |  |   03/22/10 P3458508    195.62 |  |  |  |  |  |
|  |  |  |   02/22/10 P3421849    195.62 |  |  |  |  |  |
|  |  |  |   01/18/10 P3384610    195.62 |  |  |  |  |  |
|  |  |  |   12/21/09 P3347416    195.62 |  |  |  |  |  |
|  |  |  | ................................ |  |  |  |  |  |
| 1 |  |  | TOTAL | 125 |  |  |  |  |
|  |  |  | AMOUNT DUE |  |  |  |  | 195.62 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CALVARY AUTOMATION SYS

45 HENDRIX RD
WEST HENRIETTA
NY 14586

EXTOL, INC.
SHIPPING/RECEIVING
651 CASE KARSTEN DRIVE
ZEELAND            MI 49464
15410625

NONE

(800)-333-7400    05/20/08

3RD Party prepaid per Diane / RCH 126

22
NONE

DRIVER COLLECT $

UPGF

916556

1 PIECE(S) COUNTED AND VERIFIED ON
1 SK HANDLING UNIT(S) WITH THE FOLLOWING
125    000200-00

CR SMALL MACHINE
60.00% DISCOUNT
LTL FUEL ADJUSTMENT
UPS WORLDSHIP
REWEIGH FEE
00200-00R ORIGINAL WGT
SHIPMENT WEIGHED AT GR
WEIGHT DECLARED AS 00200
ACTUAL WEIGHT IS 00125 LBS.
JOHN 10569

DRIVER COLLECT
CHARGES ON DELIVERY

C A S

DAVE

7000004 000429

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 99 of 113

Page 373 of 425

CONSIGNEE

DELIVERY RECEIPT (DR)

828 402 385

PCW                    UPS FREIGHT PRO/B NUMBER

UPS Freight®        www.upsfreight.com

828 402 385

UPGF

| # PCS | BM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|-------|----|----|---------|------|------|---|---|

CRATE 1 OF 1                    STD9
USHK \ 6180 0000001
UPGF 560    02/04/08 C N 135742

CONT'D PAGE 2

| | TTL PCS | | TTL WT ▶ | 125 |
|---|---------|---|----------|-----|

PIECES DENIED

WRAP        DAMAGED
[ ] YES     [ ] NO

SIGNATURE
X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF DELIVERY ABOVE

**EXTOL**
IDEAS · ACTIONS · RESULTS

May 22, 2008

Ref: GDR 828402385

Attn: Diane
UPS Freight

Dear Attn: Diane,

SUBJECT: BILLING ACCOUNT ADDRESS

Please bill the referenced freight to the following contact/ account number:

Delphi Automotive

1573 Diego Rivera

El Paso, TX  79936

Sincerely,

Seth Thurkettle
Extol Inc

5-22-08

UPS  WS10.0.45
STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE
UPS FREIGHT (UPGF)

**UPS**

WEB SITE: ___www.ups.com___          Page 1 of 1
DATE: 05/20/2008

**CONSIGNEE**
CALVARY AUTOMATION SYSTEMS INC

*UPS Freight cannot deliver to a P.O. Box*
45 HENDRIX ROAD
WEST HENRIETTA, NY 14586
US
PHONE: 5853215055135

**SHIPPER**
EXTOL, INC.
ATTENTION: SHIPPING/RECEIVING

651 CASE KARSTEN DRIVE
ZEELAND, MI 49464
US
PHONE: 6167489955

**BILL TO**
CALVARY AUTOMATION SYSTEMS INC.

45 HENDRIX ROAD
WEST HENRIETTA, NY 14586
US
PHONE: 5853215055135

**BILLING METHOD**
- [ ] Prepaid
- [✓] Collect
- [ ] Third Party

Received $............to be delivered in the prepayment of the charges on the property described herein (agent or cashier)..............

- [ ] **GUARANTEED DELIVERY REQUESTED (If box is checked)**
By checking this box, the Payer requests UPS Freight to guarantee delivery of this shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30 minimum) above the cost normally incurred with this service. Payer will not be liable for payment if shipment fails to deliver on scheduled day

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | Crate | | Small Machine | 200 | LBS | | 200 |
| 1 | | | | | | | |
| | | | TOTALS: | 200 | | | |

**SHIPPED AS:    1    HANDLING UNITS AND        LOOSE**

*"Marked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:*

Additional Services:
(CHARGES MAY APPLY)
- [ ] CALL BEFORE DELIVERY
- [ ] CONSTRUCTION SITE DELIVERY
- [ ] HOLIDAY DELIVERY
- [ ] RESIDENTIAL DELIVERY
- [ ] WEEKEND DELIVERY
- [ ] INSIDE DELIVERY
- [ ] LIFT GATE REQUIRED
- [ ] HOLIDAY PICKUP
- [ ] INSIDE PICKUP
- [ ] RESIDENTIAL PICKUP
- [ ] WEEKEND PICKUP
- [ ] SORT AND SEGREGATE Pieces

**REFERENCE NUMBERS:**

Job# 10569
Crate 1 of 1

**COD FEE**
- [ ] Prepaid
- [ ] Collect

**COD AMT**
$

- [ ] **CONSIGNEE CHECK ACCEPTABLE**
- [ ] **CERTIFIED CHECK OR CASH**

REMIT COD CASH/ CHECK TO:

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or * (2) the amount determined from applicable limited liability provisions of the NMFC; or (2) the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles classified then now is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per package when Excess Declared Value Coverage is requested). Liability for specialty commodities or articles described in the UPGF rules tariff item 108 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a revised declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. **Refer to the current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per _____

**"Shipper requests Excess Declared Value in the amount of $_____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request, *** the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which the shipper and accepted for himself and his assigns. Where a third party bill or broker exists, carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: UPS Freight may decline to make delivery of the shipment without payment of freight and all other lawful charges.

(Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| 841 | 329 | 336 | | SEAL # APPLIED | |
| | | | | BEYOND SCAC: | CROSS REF PRO # |

Daily

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

GDR    828402385

- [ ] SHIPPER LOAD/ UNLOAD

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

Firm name: _____
Signed by: _____

| Carrier: UPS Freight | Driver: |
|---|---|
| Date Received: | UPS Freight Piece Count |

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 103 of 113

Page 374 of 425

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

## WEIGHT CERTIFICATE

Freight Bill Number: 828402383                                    Weighed Date: 05/20/2008
Weighing performed at ODR Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| | Handling Units | Weight (lbs) |
|---|---|---|
| | 1 | 125 |
| Actual Scale Total | 1 | 125 |

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 105 of 113

Page 375 of 425

# UPS Freight™



**UPS FREIGHT LTL**

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 5-13-2009 | YGS | BUF | 840703426 | $ 596.00 | USD |

| CONSIGNEE: 12241386 | | | P.O. NO. 450867608 | Payment Due | |
|---|---|---|---|---|---|
| DELPHI CORP | | | | | |
| HARRISON THERMAL SYSTEMS | | | B/L NO. 322717 | ON RECEIPT | |
| 200 UPPER MOUNTAIN RD | | | | | |
| LOCKPORT, NY 14094 | | | ADV SCAC | PRO# | DATE | BEY SCAC |

SHIPPER:          00523891
CONAIR GROUP

455 ALLEGHENY BLVD
FRANKLIN, PA 16323

BILL TO:          32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 4 | | OT | MACHINERY | 3,050 | 000092-00 | 92.5 | 49.54 | 1,510.97 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -982.13 |
| | | | 001270 LTL FUEL ADJUSTMENT | | | | 12.70 | 67.16 |
| | | | ADDITIONAL DELIVERY INFO. | | | | | |
| | | | PLT 4 DEPT 743 BLDG 9 | | | | | |
| | | | 16 LINEAR FEET | | | | | |
| | | | ORDER NO 75811 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560     01/05/09 C N 392014 | | | | | |
| | | | .................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/02/10 R297455     596.00 | | | | | |
| | | | 02/23/10 R296344     596.00 | | | | | |
| | | | 02/16/10 R294838     596.00 | | | | | |
| | | | 02/03/10 R293037     596.00 | | | | | |
| | | | .................................... | | | | | |
| 4 | | | TOTAL | 3,050 | | | | |
| | | | AMOUNT DUE | | | | | 596.00 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI CORP
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT                    NY 14094

CONAIR GROUP
455 ALLEGHENY BLVD
FRANKLIN              PA 16323

840 703 426

UPGF

4  PIECE(S) COUNTED AND VERIFIED OR
4  OT  HANDLING UNIT(S) WITH THE FOLLOWING

MACHINERY
65.00% DISCOUNT
LTL FUEL ADJUSTMENT
ADDITIONAL DELIVERY INFO:
PO : 4 SEPT 743 BLDG 9
16 LINEAR FEET
ORDER NO 75813
BILL FREIGHT CHARGES TO::
BILL TO: 32863414
DELPHI CORP

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.) Pg 107 of 113

Page 376 of 425

UPS Freight

www.upsfreight.com

UPGF

STRONGSET INC
PO BOX 1208
MARLBRG            SC 27663
UPGF     A180 0261650
UPGF 360     01/05/09 P N 392014

COPID PAGE  2

PRINT NAME    Scott C Seib

SIGNATURE    Scott C Seib

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS BY ROOM OR HISTORY ABOVE

# STRAIGHT BILL OF LADING
(Original)

BOL. NBR. : 322717
DATE : 05/13/09
TERMS : Freight Collect-Paid by Cust
CARRIER : UPS FRT

UPS FRT.

REFERENCE : PO 450867608

| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight 840 703 426 YGS

SHIPPER
Conair
455 Allegheny Blvd
Franklin, PA 16325

BILL TO
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI THERMAL & INTERIOR DIV
3000 UNIVERSITY DRIVE
AUBURN HILLS, MI 48326

SHIPPING TO
DELPHI AUTOMOTIVE SYSTEMS
HARRISON THERMAL SYSTEMS
200 UPPER MOUNTAIN ROAD
PLT 4, DEPT 743, BLDG 9
LOCKPORT, NY 14094

GENERAL COMMENTS

Machinery L: 133300

| ORDER | QTY | UNIT | DESCRIPTION | WEIGHT (lbs) | CLASS |
|-------|-----|------|-------------|--------------|-------|
| 25811 | 3 | EA | PD-1/LINE/10 | 2490 | 92.5 |
|  | 1 | EA | 2-DC-2/LINE/20 | 560 | 92.5 |

TOTAL WEIGHT    3050 (lbs)

TOTAL QTY    4

| COD AMOUNT | COD FEE | PREPAID ☐ | TOTAL CHARGES |
|------------|---------|-----------|---------------|
| $ | COLLECT ☐ $ | | $ |

CARRIER  UPGF (4) mike ardoh    PER  5/13/09    DATE

7000004 000433

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 109 of 113

Page 377 of 425

# UPS Freight™



**UPS FREIGHT LTL**

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 9-30-2009 | SGN | PAL | 847072446 | $  318.78  USD |

CONSIGNEE:
JD NORMAN INDUSTRIES

787 W BELDEN AVE
ADDISON, IL 60101

| P.O. NO. NONE | | Payment Due |
|---|---|---|
| B/L NO. 56364735 | | **ON RECEIPT** |
| ADV SCAC | PRO# | DATE | BEY SCAC |

SHIPPER:        21723155
DELPHI CORP

1101 N CENTER RD
FLINT, MI 48556

BILL TO:        32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | SK | ***    SHIPMENT REWEIGHED    *** AUTO PARTS | 1,295 | 000085-00 | 85 | 56.48 | 731.42 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -475.42 |
| | | | 001710 LTL FUEL ADJUSTMENT | | | | 17.10 | 43.78 |
| | | | 001900 REWEIGH FEE | | | | | 19.00 |
| | | | 02506-SGN ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT SGN. | | | | | |
| | | | WEIGHT DECLARED AS 02506 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 01295 LBS. | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 464392 | | | | | |
| | | | .............................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508      318.78 | | | | | |
| | | | 02/22/10 P3421849      318.78 | | | | | |
| | | | 01/18/10 P3384610      318.78 | | | | | |
| | | | 12/21/09 P3347416      318.78 | | | | | |
| | | | .............................. | | | | | |
| 2 | | | TOTAL | 1,295 | | | | |
| | | | AMOUNT DUE | | | | | 318.78 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

CONSIGNEE

JD NORMAN INDUSTRIES

87 W BELDEN AVE
DDISON                    IL 60101

NONE

DELIVERING TRAILER

| FREIGHT BILL NUMBER |
| 847 072 446 |

| CITY RTE/BYD SCAC | DEST |
| 37A | PAL |

| PICK UP DATE | ORIG |
| 09/30/09 | SGN |

SHIPPER
DELPHI CORP

1101 N CENTER RD
FLINT              MI 48556
     21723155
ADV CAR
BL# 56364735

847 072 446

UPS FREIGHT PHONE NUMBER
(800)333-7400

PS Freight™          www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|---|---|
| | | | 2 PIECE(S) COUNTED AND VERIFIED ON | | | | | | |
| | | | 2 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | | | | | |
| 2 | | SK | AUTO PARTS | 1295 | 000085-00 | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | | |
| | | | REWEIGH FEE | | | | | | |
| | | | 02506-SGN ORIGINAL WGT/REWEIGH | | | | | | |
| | | | SHIPMENT WEIGHED AT SGN. | | | | | | |
| | | | WEIGHT DECLARED AS 02506 LBS. | | | | | | |
| | | | ACTUAL WEIGHT IS 01295 LBS. | | | | | | |
| | | | BILL TO: 32801414 | | | | | | |
| | | | DELPHI CORP | | | | | | |
| | | | UPGF  6180 0261658 | | | | | | |

CONTD  < TTL SOG

WAS DLVRD
RAP IN TACT?
YES   NO?

2

PRINT NAME
Michael Morales

SIGNATURE
X

TTL WT >

FIRM
JD NORMAN

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS IN BODY OF FORM ABOVE

| DATE | DRIVER NAME |
| 10-01-09 | MUROZA |

05-44481-rdd   Doc 20041-1   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 111 of 113

Page 378 of 425

| | | | FREIGHT BILL NUMBER | | | |
|---|---|---|---|---|---|---|
| | | | 847 072 446 | | | |
| | | | CITY RTE/BYO SCAC | DEST | | |
| PO# | | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | ADV CAR | |
| | | | | | BL# | |

**UPS Freight**™   www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | UPGF 560   01/05/09 C N 464392 | | | | |
| | | | | | | | |
| | | | CONTD PAGE  2 | | | | |

| | | | PRINT NAME | | TTL WT > | 1295 | ODCM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|---|---|
| 2 | < TTL PCS | | | | | | | | |
| PIECES DLVRD | | | SIGNATURE X | | FIRM | | | | |
| WRAP INTACT? | | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | DATE | DRIVER NAME | |
| YES   NO? | | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

# DELPHI



Energy & Chassis Systems

Page 1 of 1

| Shipped From:   E100 | Ship To:   SHIPPER | **Bill of Lading / Packing Slip** |
|---|---|---|
| DELPHI ENERGY AND CHASSIS FLINT<br>1101 North Center Road<br>FLINT MI 48556 | TD Norman Industries<br>787 W. Belden Ave.<br>ADDISON IL 60101 | Bill of Lading - SID: 56364735 |

Unloading Point:

| Sold To:   SHIPPER | Final Destination:   SHIPPER |
|---|---|
| | TD Norman Industries<br>787 W. Belden Ave.<br>ADDISON IL 60101 |

Unloading Point:

Subject to Section 7 of Conditions of applicable bill of lading if the shipment is to be delivered to the consignee without the recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight & other lawful charges.

Signature of Shipper (Consignor):

EXTRA COPY
541 574 2959

Total Containers:   00002

Gross Weight:   2,506,614 Lb   1,136,980 KG
Tare Weight:   2,500,000 Lb   1,133,985 KG
Net Weight:   6,614 Lb   3,000 KG

Hazardous Placards Offered?   (circle one)   Yes   No

Carrier's Signature:

Ext. Sup - SID:
Master BOL: 7343193
Supplier Code:
Seal No.: na

Trailer No.: na
Air Bill No.: 121-6210562-6
Logistic No:
Terms: FPB-prepaid
Routing: 000000

SCAC Code: UPS
Pro No.: 121-6210562-6
Request Shipped   /   Actual Shipped
09/30/2009 08:05 / 09/30/2009 09:01

**Premium Shipment Information:**
PTA No.:
Responsibility:
Reason Code:
Reason:
Received subject to the lawfully filed tariffs in effect on the date of issue of this bill of lading. Terms and conditions shown in the uniform bill of lading apply.
Carrier's Signature & Date:   (2 SKIDS)
UPSF - Tony C
Date: 9-30-09

| BM | Description of Commodity | | Net Weight UOM |
|---|---|---|---|
| | Undefined | | 3,000 KG |

This is certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper signature (Required if shipping Hazardous Material):

| Material No.<br>Customer Material No. | Description<br>Customer PO | Cust. Item | Qty<br>Packs | Catalog No. |
|---|---|---|---|---|
| MISC | PPAP document preparation cost | | 3,000.000 PK | |

| 865 | 1:41 | 2:10 | |
|---|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight 847 072 446 SGN

05-44481-rdd    Doc 20041-1    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 113 of 113

Page 379 of 425

**UPS Freight** 

**UPS Freight**
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number: 847072446                    Weighed Date: 9/30/2009
Weighing performed at SGN Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true and
accurate weight of the shipment. The scales used are certified legal for trade  and are maintained to conform to
all established federal and state guidelines. Established procedures for verifying weight meets the guidelines
published in the National Motor Freight Classification 100-series items 360 and 995 and the UPGF 102-series
rules tariff items 362 and 990.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 405 |
| | 1 | 890 |
| Actual Scale Total | 2 | 1,295 |