05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 1 of 92

Page 380 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 2-16-2009 | SGN | ELP | 849792031 | $ 1,174.47   USD |

| CONSIGNEE:    26040372 | P.O. NO. | Payment Due |
|---|---|---|
| DELPHI CORP | NONE | |
| PLAND 68 | B/L NO. | **ON RECEIPT** |
| 12425 ROJAS DR | S 133111S | |
| EL PASO, TX 79928 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:    01587235 | BILL TO:    32801414 |
|---|---|
| CENTRAL WAREHOUSE | DELPHI CORP |
| | %TRENDSET INC |
| 1825 RUST AVE | PO BOX 1208 |
| SAGINAW, MI 48601 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | CR | ···   SHIPMENT REWEIGHED   ··· | 1,710 | 019160-02 | 85 | 170.85 | 2,921.54 |
| | | | AUTOMOTIVE PARTS | | | | 65.00 | -1,899.00 |
| | | | 65.00% DISCOUNT | | | | 13.00 | 132.93 |
| | | | 001300 LTL FUEL ADJUSTMENT | | | | | 19.00 |
| | | | 001900 REWEIGH FEE | | | | | |
| | | | 01078-SGN ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT SGN. | | | | | |
| | | | WEIGHT DECLARED AS 01078 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 01710 LBS. | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N  87889 | | | | | |
| | | | ···························· | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    1174.47 | | | | | |
| | | | 02/22/10 P3421849    1174.47 | | | | | |
| | | | 01/18/10 P3384610    1174.47 | | | | | |
| | | | 12/21/09 P3347416    1174.47 | | | | | |
| | | | ···························· | | | | | |
| 1 | | | TOTAL | 1,710 | | | | 1,174.47 COL |
| | | | AMOUNT DUE | | | | | |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

**DELIVERY RECEIPT**

| CONSIGNEE | DELIVERING TRAILER | SHIPPER |
|---|---|---|
| DELPHI CORP | 926109 OVNT | CENTRAL WAREHOUSE |
| PLAND 6B | FREIGHT BILL NUMBER | 1825 RUST AVE |
| 12425 ROJAS DR | 849 792 031 | SAGINAW      MI 48601 |
| EL PASO      TX 79928 | CITY RTE/BYD SCAC   DEST | D1587235 |
| 26040372 | 26A      ELP | ADV CAR |
| PO* NONE | UPS FREIGHT PHONE NUMBER   PICK UP DATE   ORIG | REF   S 133111S |
| 19 | (800)333-7400   02/16/09   SGN | |

**UPS Freight** www.upsfreight.com

849 792 031

| #PCS | XM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | |
|---|---|---|---|---|---|---|
| | | | 1  PIECE(S) COUNTED AND VERIFIED ON | | | |
| | | | 1 OT  HANDLING UNIT(S) WITH THE FOLLOWING: | | | |
| 1 | | CR | AUTOMOTIVE PARTS | 1710 | 019160-02 | |
| | | | 65.00% DISCOUNT | | | |
| | | | LTL FUEL ADJUSTMENT | | | |
| | | | REWEIGH FEE | | | |
| | | | 01078-SGN ORIGINAL WGT/REWEIGH | | | |
| | | | SHIPMENT WEIGHED AT SGN. | | | |
| | | | WEIGHT DECLARED AS 01078 LBS. | | | |
| | | | ACTUAL WEIGHT IS 01710 LBS. | | | |
| | | | BILL FREIGHT CHARGES TO: | | | |
| | | | BILL TO: 32801414 | | | |

CONTD  <TTL PCS
PIECES DLVRD/ ___  PRINT NAME  Eler A Ice
WRAP  IN FACT?  X ___  FIRM  Delphi Corp
YES  NO?

TTL WT> 
ODOM 488  ARRIVE 1235  DEPART 1249
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 3 of 92

Page 381 of 425

CUSTOMER SERVICE 1-800-333-7400
STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
**UPS Freight (UPGF)**

WEB SBI www.upsfreight.com

PLEASE PRINT OR TYPE

2/16/09

**1** CONSIGNEE (TO)
Delphi Steering Plant 68 C/O Pro Trans International

STREET ADDRESS
12425 Rojas Drive

| CITY | STATE | ZIP REQUIRED |
|------|-------|--------------|
| El Paso | TX | 79928 |

**2** SHIPPER (FROM)
Central Warhouse Company

STREET ADDRESS
1825 Roust Avenue

| CITY | STATE | ZIP REQUIRED |
|------|-------|--------------|
| Saginaw | MI | 48601 |

BILL OF LADING NUMBER
S-133111S

CONSIGNEE PHONE (    )
( 915 ) 612 - 5632    Mirtha Para

CHECK ONE:    ☐ Prepaid    ☑ Collect    ☐ Third Party Prepaid

☐ GUARANTEED DELIVERY REQUESTED

**3** BILL TO

ADDRESS

**4**

| NO. PKGS. | PKG. TYPE | DESCRIPTION OF ARTICLES, WEIGHT, NMFC & CLASS ARE SUBJECT TO CORRECTION | WEIGHT (lbs.) | NMFC NO. | CLASS |
|-----------|-----------|------------------------------------------------------------------------|---------------|----------|-------|
| | DESCRIPTION OF ARTICLES & SPECIAL MARKS | | | | |
| 1 | Crate | Automotive Parts - Spiders | 1,078 | | |

TOTAL CUBE:    1,078

Hazardous material emergency contact #

**5** ADDITIONAL SERVICES
(CHARGES MAY APPLY)
☐ INSIDE DELIVERY REQUIRED
☐ LIFT-GATE PICK-UP SERVICE
☐ NOTIFICATION BEFORE DELIVERY

☐ RESIDENTIAL DELIVERY
☐ LIFT-GATE DELIVERY
☐ OTHER

KEEP FROM FREEZE / CHECK TO

**COD FEE**    ☐ Prepaid    ☐ Collect    **COD AMT $**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; *** that property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill to or broker exists, carrier holds both the shipper and consignees liable for freight charges.

| 75C | 1505 | 1321 | |
|-----|------|------|--|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

☐ SHIPPER LOAD / CONSIGNEE UNLOAD

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

**UPS Freight**    849 792 031    SGN

Firm name:    Central Warehouse Compnay

Signed By:

CIC-77 (Rev 04/06)

Carrier:    **UPS Freight**

Date received:    2-16-09

Driver: _[signature]_

UPS Freight resp. piece count:    /CNT

UPS FREIGHT COPY

**UPS Freight**
P O Box 1216
Richmond, Virginia 23218- 1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 249792031                                    Weighed Date 02/16/2009
Weighing performed at SGN  Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 1,710 |
| Actual Scale Total | 1 | 1,710 |

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 5 of 92

Page 382 of 425

**UPS FREIGHT LTL**

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 5-20-2008 | BHM | DCT | 858808532 | $ 118.77  USD |

| CONSIGNEE: 12527211 | P.O. NO. 00207325 | | Payment Due | |
|---|---|---|---|---|
| DELPHI SETECH PLANT 23 CISCO 44 20941 SANDY RD TANNER, AL 35671 | B/L NO. NA | | ON RECEIPT | |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 26212023 | BILL TO: 32801414 |
|---|---|
| MOTION INDUSTRIES INDUSTRIAL PRODUCTS DC BLG 103 511 VULVAN DR IRONDALE, AL 35210 | DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ABSORBENT SOCKS 003420 LTL FUEL ADJUSTMENT UPS WORLDSHIP NONE UPGF   6180 0261658 UPGF 560    02/04/08 C N 24C071 ...................................... PREVIOUSLY INVOICED ON:     03/22/10 P3458508     118.77     02/22/10 P3421849     118.77     01/18/10 P3384610     118.77     12/21/09 P3347416     118.77 ...................................... | 500 | 000055-00 | 55 | FLOOR 34.20 | 88.50 30.27 |
| 1 | | | TOTAL                      AMOUNT DUE | 500 | | | | 118.77 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | | SHIPPING HOLDS | | | |
|---|---|---|---|---|---|
| DELPHI | | 271087 GVNZ | | MOTION INDUSTRIES | |
| SETECH PLANT 23 CISCO 44 | | | | INDUSTRIAL PRODUCTS OC | |
| 20941 SANDY RD | | 050 000 532 | | 511 VULVAN DR | |
| TANNER | AL 35671 | 31Z | OCT | 26212023 | AL 35210 |
| 07710883 | | | | | |
| # 00207325 | (800)333-7400 | 05/20/08 | BHM | NA | |
| 21 | | | | | |
| NONE | | | | | |

PS Freight™   www.apsfreight.com   050 000 532   UPGF

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE |
|---|---|---|---|---|---|
| | | | 1  PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING | | |
| 1 | | SK | ABSORBENT SOCKS | 500 | 000055-00 |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | UPS WORLDSHIP | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 24068435 | | |
| | | | DELPHI CORP | | |
| | | | XDATA2LOGISTICS | | |
| | | | PO BOX 6030 | | |
| | | | GRAND BLANC     MI 484806030 | | |
| | | | UPGF   6180 0261658 | | |

| CONT'D | TTL PCS | DRIVER NAME DAVID LEGG | TTL WT ▶ | OBUM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|
| O/S DMGD | 1 | SIGNATURE | ITEM | 252 | 1110 | 1125 |
| YES  □ NO | DRVR IP JK | | | 5-24 | | |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 7 of 92

Page 383 of 425

UPS  WS10.0.40
STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE
UPS FREIGHT (UPGF)

DATE: 05/20/2008

| CONSIGNEE | SHIPPER | BILL TO |
|---|---|---|
| MARTIN PLANT SVCS-DELPHI | MOTION INDUSTRIES ATTENTION: SHIPPING | MARTIN PLANT SVCS-DELPHI |
| UPS Freight cannot deliver to a P.O. Box | | |
| 20941 SANDY ROAD | 511 VULCAN DRIVE | 20941 SANDY ROAD |
| PLT 23 CISCO ROAD | BIRMINGHAM, AL 35210 | PLT 23 CISCO ROAD |
| TANNER, AL 35671 | US | TANNER, AL 35671 |
| US | PHONE: 2059611181 | US |

BILLING METHOD
[ ] Prepaid
[✓] Collect
[ ] Third Party

[ ] GUARANTEED DELIVERY REQUESTED (if box is checked)
By checking this box, the Payer requests UPS Freight to guarantee delivery of this shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30 minimum) above the cost normally incurred with this service. Payer will not be liable for payment if shipment fails to deliver on scheduled day

Received $ _____ to be delivered in the prepayment of the charges on the property described hereon. (agent or shipper)

DESCRIPTION OF ARTICLES, WEIGHT, HMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM * | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | HMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | Pallet | | absorbent socks | 500 | LBS | | 55 |
| 1 | | | | TOTALS: 500 | | | |

SHIPPED AS:   1   HANDLING UNITS AND      LOOSE

* Marked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation

Hazardous Material Emergency Contact Number

| Additional Services: (CHARGES MAY APPLY) | [ ] CALL BEFORE DELIVERY | [ ] LIFT GATE REQUIRED | REFERENCE NUMBERS: |
|---|---|---|---|
| | [ ] CONSTRUCTION SITE DELIVERY | [ ] HOLIDAY PICKUP | 00207325 |
| | [ ] HOLIDAY DELIVERY | [ ] INSIDE PICKUP | |
| | [ ] RESIDENTIAL DELIVERY | [ ] RESIDENTIAL PICKUP | |
| | [ ] WEEKEND DELIVERY | [ ] WEEKEND PICKUP | |
| | [ ] INSIDE DELIVERY | [ ] SORT AND SEGREGATE Pieces | |

| COD FEE | | | COD AMT | | | CONSIGNEE CHECK ACCEPTABLE | REMIT COD CASH/ CHECK TO: |
|---|---|---|---|---|---|---|---|
| [ ] Prepaid | | [ ] Collect | $ | | | [ ] CERTIFIED CHECK OR CASH | |

CARRIER LIABILITY: TV Carrier liability for loss or damage will be set either at (1) the actual invoice of the commodities or amount, tax, stamped, if destroyed, or (2) the amount determined from applicable limited liability provisions of the HMFC, or (3) The limited liability as stated in the applicable governing tariffs, unless "Excess Declared Value Coverage" is specifically requested along with the submittal of coverage needed in writing on the bill of lading at the time of shipment and indicated charges are paid. Maximum carrier liability is limited at $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited at $ 10 per pound per package and up to a maximum of $2.50 per pound per package when Excess Declared Value Coverage is requested. Liability for specific commodities or articles identified in the UPGF rules tariff does limit liability to amounts in $25.00 per pound per package. Liabilities for commodities or articles subject to exception listing of FAQ is hereunder as itemized in the tariff. Certain items may be subject to a limited declared value, with a choice or rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. **refer to the current UPGF 102 series for complete details. Where a "mai" is itemized as a declared, recorded or actual value of the property is being specified/ stated by the shipper not to be exceeding _____ per.

** Shipper requests Excess Declared Value in the amount of $ _____

THIS IS VED subject to the individually described class or customs that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the class, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by this shipper and accepted for himself and his assigns. Where a third party is to be shown each carrier leads forth this shipper and consignee when he holds ther(s)

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. UPS Freight may decline to make delivery of the shipment without payment of freight and all other lawful charges.

(Signature)

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |
| | | | | BEYOND SCAC: | CROSS REF PRO # |
| | | | | [ ] SHIPPER LOAD/ UNLOAD | |

BHM   858808532

This is to certify that the above named materials are properly classified, described, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Firm name: Motion Industries
Signed by: S. Day

| Carrier: UPS Freight | Driver: S.P.L. |
|---|---|
| Date Received: 5-20-08 | UPS Freight Piece Count 1 SK |

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 9 of 92

Page 384 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 9-15-2008 | DTR | HAR | 864394882 | $ 559.49 | USD |

| CONSIGNEE: 17585805 | P.O. NO. 5808 10 | Payment Due | |
|---|---|---|---|
| DELPHI | B/L NO. 5808 10 | ON RECEIPT | |
| 3301 NAFTA PKWY BROWNSVILLE, TX 78521 | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER: 45191974 | BILL TO: 32801414 |
|---|---|
| PRISM PLASTICS | DELPHI CORP |
| | %TRENDSET INC |
| 2040 INTERNATIONAL WAY | PO BOX 1208 |
| PORT HURON, MI 48060 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 52 | | CN | PLASTIC AUTO PARTS | 550 | 000100-00 | 100 | 221.19 | 1,216.55 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -790.76 |
| | | | OC3140 LTL FUEL ADJUSTMENT | | | | 31.40 | 133.70 |
| | | | · · · · · ATTENTION · · · · · · | | | | | |
| | | | EDNA AQUILAR | | | | | |
| | | | CONSIGNEE PHONE # 956 228 1451 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146137 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    559.49 | | | | | |
| | | | 02/22/10 P3421849    559.49 | | | | | |
| | | | 01/18/10 P3384610    559.49 | | | | | |
| | | | 12/21/09 P3347416    559.49 | | | | | |
| | | | . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | |
| 1 | | | TOTAL | 550 | | | | |
| | | | AMOUNT DUE | | | | | 559.49 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RED)

DELPHI

3301 NAFTA PKWY
BROUNSVILLE        TX 28521
  17585805

5808 10

(800)333-7400

54303 JNJX
864 394 882

10A
PICK UP DATE
09/15/08

HAR
ORIG
DTR

SHIPPER
PRISH PLASTICS

2040 INTERNATIONAL WAY
PORT HURON        MI 48060
  45191974

5808 10

864 394 882

UPGF

PS Freight        www.upsfreight.com

864 394 882

| PCS | HM | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | | | |
|-----|----|----|----|----|----|----|----|----|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON SK HANDLING UNIT(S) SAID TO CONTAIN: (52 CN) PLASTIC AUTO PARTS 65.00% DISCOUNT LTL FUEL ADJUSTMENT * * * * ATTENTION * * * * EDNA AQUILAR CONSIGNEE PHONE # 956 228 1451 SECTION 7 SIGNED BILL FREIGHT CHARGES TO: BILL TO: 32801414 DELPHI CORP | 550 | 000100-00 | | | |

CONTD    TTL PCS

CES DLVRD

RESP    IMPACT?

YES    NO

PRINT NAME
James Justiham

SIGNATURE

TTL WT

FIRM

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OR FORM ABOVE

ODOM    462

09/18

ARRIVE    11:49

DATE

DEPART    11:54

DRIVER NAME

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 11 of 92

Page 385 of 425

864 394 882

FREIGHT BILL NUMBER

864 394 882

UPS Freight        www.upsfreight.com        864 394 882        UPGF

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

XTRENDSET INC
PO BOX 1208
MAULDIN              SC 29662
UPGF    6180 0261658
UPGF 560    02/04/08 C N 146137

CONT'D PAGE  2

1   TTL PCS                              TTL  W1 ▶        550

PCES DING
WRAP    BREAK?
☐ YES   ☐ NO

CUSTOMER SERVICE 1-800-713-7500
STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

PLEASE PRINT OR TYPE

WEB SITE www.upsfreight.com
DATE **9.15.08**

**CONSIGNEE (TO)**
DELPHI CMM3
3301 RAFTA PARKWAY
BROWNSVILLE    TX   78521
PO NUMBER    5808-10    SUITE B    DOCK 2
CONSIGNEE PHONE #    (956) 228-1451    CONTACT NAME    EDNA AGUILAR

BILL TO:
ADDRESS
CITY    STATE

**SHIPPER (FROM)**
Prism Plastics
2040 International Way
Port Huron    MI   48060
BILL OF LADING NUMBER    5808-10    STORE #    DEPARTMENT #

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE:    ☐ Prepaid    ☒ Collect    ☐ Third Party Prepaid

Received $ ____ to be delivered to the consignee if the charges on the property
described hereon. (Agent or Carrier)

☐ GUARANTEED DELIVERY REQUESTED (If box is checked)    GRTD

| NO. PCS. | PKG TYPE | HM* | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 1 | PALLET | | Plastic Auto Parts | 550 | | 100 |
| | | | 52 Cartons | | | |

TOTAL CUBE:

Hazardous material emergency contact #

**ADDITIONAL SERVICES:**
(CHARGES MAY APPLY)
☐ INSIDE DELIVERY REQUIRED    ☐ RESIDENTIAL DELIVERY
☐ LIFT GATE PICKUP/DELIVERY    ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY    ☐ OTHER

NAME / C.O.D. CASH / CHECK TO

METHOD OF PAYMENT (REQUIRED)
(SEE B/L OR THE HM* DIRECTIONS MARKED)
COD FEE    ☐ PREPAID    ☐ COLLECT

COD SHIPMENTS CONSIGNED BY UPGF 102 ARE CLASS 100
COD AMT $

IF NOT CIRCLED BOTH FEE ACCEPTANCE
☐ CONSIGNEE CHECK    ☐ CERTIFIED CHECK
ACCEPTABLE    ☐ OR CASH

TRAILER NUMBER    **48-0202**
SEAL # APPLIED

SQUARE FEET OF SHIPMENT:

BEYOND
SCAC:

CROSS REF PROB:

☐ SHIPPER LOAD / CONSIGNEE UNLOAD

UPS Freight 864 394 882 DTR

This is to certify that the above named materials are properly classified, described,
packaged, marked and labeled and are in proper condition for transportation
according to the applicable regulations of the Department of Transportation.

Firm Name:    PRISM PLASTICS

*** Now available at www.upsfreight.com - UPGF 102 Series Rules Tariff - Electronic Bill of Lading

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading
if the shipper did not tender the shipment to UPS Freight or its agent.

Carrier:    UPS Freight    **9/15/08**    Driver:    **48-0202**

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
—(cont.)    Pg 13 of 92

Page 386 of 425

PRISM Plastics
2040 International Way
Port Huron    MI    48060
TEL: 810-987-6127
FAX: 810-987-7721



**SHIPPER**

| 5808-10 | 9/15/2008 |
|---|---|
| Carrier Pro #: | |

Page  1  of  1

**Bill To:**

DELPHI AUTOMOTIVE SYSTEMS, LLC
DELPHI THERMAL AND INTERIOR DIVISION
1401 CROOKS RD
TROY MI 48084-1706

**Ship To:**

Delphi CMM3
3301 Nafta Parkway
Suite B - Dock 2
Brownsville  TX  78521
USA

| Ship Date: 9/15/2008 | | Ship Via: MILK RUN | | FOB: COLLECE | | Terms: NET 45 DAYS | |
|---|---|---|---|---|---|---|---|
| Quantity | Cartons | Part Number | Description | EC# | PO Number / RAN Number | Lot Number | |
| 3,150 | 0 | 16845318 | RH TENSIONER HSG | 6 | 550238312 | P080904817 | |
| 1,400 | 0 | 16845318 | RH TENSIONER HSG | 6 | 550238312 | P080904733 | |
| | | | | | | | |
| 3,150 | 0 | 16845319 | LH TENSIONER HSG | 6 | 550238312 | P080904817 | |
| 1,400 | 0 | 16845319 | LH TENSIONER HSG | 6 | 550238312 | P080904733 | |
| | | | | | | | |



1 SKID @ 550 LBS

52 CARTONS

Comment:

Shipped By:

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 15 of 92

Page 387 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 10-02-2008 | CRT | DTR | 878936590 | $ 1,127.41   USD |

| CONSIGNEE:      00960621 | P.O. NO.   NONE | Payment Due |
|---|---|---|
| BASF CORP<br>DETROIT REGIONAL DIST CENT<br>800 CENTRAL AVE<br>WYANDOTTE, MI 48192 | B/L NO.   53967148 | ON RECEIPT |

| | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|

| SHIPPER:      27651783 | BILL TO: |
|---|---|
| DELPHI CORP<br>%UPS FREIGHT<br>1000 BLAIR RD<br>CARTERET, NJ 07008 | DELPHI CORP      32801414<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | SK | GAYLORDS BASF ULTRAMID<br>65.00% DISCOUNT<br>003040 LTL FUEL ADJUSTMENT<br>762083103 RO XREF PRO #<br>UPGF   6180 0261658<br>UPGF 560    02/04/08 C N 176056<br>BASF                    :OC<br>FLORHAM PARK, NJ<br>DELPHI                  :OS<br>ROCHESTER, NY<br><br>......................................<br>PREVIOUSLY INVOICED ON:<br>  03/22/10 P3458508    1127.41<br>  02/22/10 P3421849    1127.41<br>  01/18/10 P3384610    1127.41<br>  12/21/09 P3347416    1127.41<br>......................................| 3,335 | 021760-00 | 70 | 74.07<br>65.00<br>30.40 | 2,470.23<br>-1,605.65<br>262.83 |
| 2 | | | TOTAL<br>                    AMOUNT DUE | 3,335 | | | | 1,127.41 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

BASF CORP
DETROIT REGIONAL DIST CENT
800 CENTRAL AVE
WYANDOTTE        MI 48192
00960621        (734)324-6930
For  NONE

DELPHI CORP
XUPS FREIGHT
1000 BLAIR RD
CARTERET        NJ 07088
27451783
ADV CAR
m# 55967140

FREIGHT BILL NUMBER
878 936 590

| CITY XDELWYS BCAC | DEST |
| 13C | BTR |

PICK UP DATE
10/02/08

ORIG
CRT

UPS FREIGHT PHONE NUMBER
(800)333-7400

07

UPS Freight™    www.upsfreight.com

878 936 590

| PCS | BM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|-----|----|----|---|---|---|
|  |  |  | 2 PIECE(S) COUNTED AND VERIFIED ON |  |  |
|  |  |  | 2 SK  HANDLING UNIT(S) WITH THE FOLLOWING: |  |  |
| 2 |  | SK | GAYLORDS BASF ULTRAMID | 3335 | 021760-08 |
|  |  |  | LTL FUEL ADJUSTMENT |  |  |
|  |  |  | 762003103 RB XREF PRO # |  |  |
|  |  |  | BASF                    :OC |  |  |
|  |  |  | FLORHAM PARK, NJ |  |  |
|  |  |  | DELPHI                  :OS |  |  |
|  |  |  | ROCHESTER, NY |  |  |
|  |  |  | BILL TO: 24068435 |  |  |
|  |  |  | DELPHI CORP |  |  |
|  |  |  | UPGF  (100-824)050 |  |  |

| CONT'D | TTL PCS |  | TTL WT> |  | DRCH | ARRIVE | DEPART |
|--------|---------|---|---------|---|------|--------|--------|
| PIECES IN GOOD |  |  |  |  |  |  |  |
| WRAP   INTACT? | X |  |  |  |  |  |  |
| YES    NO |  |  |  |  |  |  |  |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 17 of 92

Page 388 of 425

FORM: RECONBOL            RECONSIGNMENT BILL OF LADING        SCREEN  1 OF  3
CONSIGNEE: BASF                    SHIPPER : DELPHI CORP
  800 CENTRAL AVE               % UPD FREIGHT
  WYANDOTTE, MI   48192          1000 BLAIR RD.
                                 CARTERET, NJ  07008
PURCHASE ORDER NO _____     SHIPPER NO:  5396714 8

COLLECT ON DELIVERY    REMIT C.O.D. TO:      THIRD PARTY BILL        FREIGHT
                                              ADDRESS:                CHARGES:
$ _____
  ___ CASH/CERT CHECK    _____          DELPHI CORP
  ___ CONS CHECK OK      _____          PO BOX 6030         X  PREPAID
  ___ FEE PREPAID        _____          GRAND BLANC MI      ___ COLLECT
  ___ FEE COLLECT        _____            48480             ___ DEADHEAD

RESP PCS  2      H/U-SK  2    H/U-OT _____
#PKG    HM    PK   DESCRIPTION OF ARTICLES            WGT(lbs)   NMFC/SUB
  2     SK    GAYLORDS BASF ULTRAMID        3335    000400 -00
  ___   ___   ___  _____         _____   _____
  ___   ___   ___  _____         _____   _____
  ___   ___   ___  _____         _____   _____
  ___   ___   ___  _____         _____   _____

HMPH: _____

ORIGINAL CONSIGNEE:              RATING INFORMATION
BASF                     *XREF PRO 762-083-103

FLORHAM PK, NJ 07932     *MARKING/TAGGING: NO.PIECES   25K

ORIGINAL SHIPPER:        *CHARGEABLE STORAGE (DAYS): ____
DELPHI                    DATE RANGE: __/__/__ - __/__/__

ROCHESTER NY 14606       *INBOUND CHARGES: PREPAID X COLLECT
                          IF COLLECT, AMOUNT $ _____

                         *DELIVERY ATTEMPTED? YES X  NO
                          IF YES, EXIT (CITY, ST, ZIP):
                          FLORHAM PK
RECONSIGNMENT/RETURN AUTHORIZATION (COMPANY, PERSON CONTACTED, PHONE #, DATE)
          TAX

************************
                              UPGF AGENT
                              DATE 10/02/08
  ODOMETER  ARRIVE  DEPART  DESTINATION   RESP PCS  25K

  ||||||||||||||||||||||||
*** UPS Freight  878 936 590 CRT    UPS Freight Reconsignment BOL
                                     Rev. 04/00

                              OB

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 19 of 92

Page 389 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 2-10-2009 | CBS | HAR | 905428311 | $ 165.27 | USD |

| CONSIGNEE: 15340636 | P.O. NO. 450836554 | Payment Due |
|---|---|---|
| DELPHI CORP | B/L NO. 831106 | ON RECEIPT |

| 702 JOAQUIN CAVAZOS LOS INDIOS, TX 78567 | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|

| SHIPPER: 00991830 | BILL TO: 32801414 |
|---|---|
| MILLIKEN & CO VALWAY PLANT 1300 4TH AVE LA GRANGE, GA 30240 | DELPHI CORP %TRENDSET INC PO BOX 1208 MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ''' SHIPMENT REWEIGHED ''' FABRIC GOODS | 270 | 049265-09 | 70 | 136.61 | 368.85 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -239.75 |
| | | | 001330 LTL FUEL ADJUSTMENT | | | | 13.30 | 17.17 |
| | | | 001900 REWEIGH FEE | | | | | 19.00 |
| | | | 00206-CBS ORIGINAL WGT/REWEIGH SHIPMENT WEIGHED AT CBS. WEIGHT DECLARED AS 00206 LBS. ACTUAL WEIGHT IS 00270 LBS. LOADING ALLOWANCE MAY APPLY 987949980        P.O. NUMBER UPGF   6180 0261658 UPGF 560    01/05/09 C N 162797 | | | | | |
| | | | ..................................... PREVIOUSLY INVOICED ON:     03/22/10 P3458508    165.27     02/22/10 P3421849    165.27     01/18/10 P3384610    165.27     12/21/09 P3347416    165.27 ..................................... | | | | | |
| 1 | | | TOTAL | 270 | | | | |
| | | | AMOUNT DUE | | | | | 165.27 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**



05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 21 of 92

Page 390 of 425

UPGF

BILL FREIGHT CHARGES TO:
BILL TO: 44151726
DELPHI CORP
DIV E DELNOSA PLANT 4
702 JOAQUIN CAVAZOS RD
LOS INDIOS          TX 78567
UPGF   6186 0261658
UPGF 560    91/05/09 C N 142797

905 428 311

**MILLIKEN & COMPANY**

Milliken and Company
DOES NOT ACCEPT
Shippers Load and Count

UPS Freight  905  428  311  CBS

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 23 of 92

Page 391 of 425

**UPS Freight**
P O  Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

## WEIGHT CERTIFICATE

Freight Bill Number 905428311                          Weighed Date  02/10/2009
Weighing performed at CBS  Service Center

## WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment  The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines  Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 993

| | Handling Units | Weight (lbs ) |
|---|---|---|
| | 1 | 270 |
| Actual Scale Total | 1 | 270 |

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 25 of 92

Page 392 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 9-28-2009 | BUF | BUF | 913206685 | $  166.80  USD |

CONSIGNEE:     12241386
DELPHI CORP
DIV H CISCO 37003 PLT 5 BLDG 8
200 UPPER MOUNTAIN RD
LOCKPORT, NY 14094

| P.O. NO. NONE | Payment Due |
|---|---|
| B/L NO. 900120968 | **ON RECEIPT** |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:     01727795
HUSKY INJECTION MOLDING SYSTEM

55 AMHERST VILLA RD
BUFFALO, NY 14225

BILL TO:     32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | MACHINE PARTS | 620 | 133300-03 | 85 | 65.64 | 406.97 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -264.53 |
| | | | 001710 LTL FUEL ADJUSTMENT | | | | 17.10 | 24.36 |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560     01/05/09 C N 391887 | | | | | |
| | | | .................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    166.80 | | | | | |
| | | | 02/22/10 P3421849    166.80 | | | | | |
| | | | 01/18/10 P3384610    166.80 | | | | | |
| | | | 12/21/09 P3347416    166.80 | | | | | |
| | | | .................................. | | | | | |
| 1 | | | TOTAL | 620 | | | | |
| | | | AMOUNT DUE | | | | | 166.80 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RED)

CONSIGNEE
DELPHI CORP
DIV H CISCO 37003 PLT 5 BL
200 UPPER MOUNTAIN RD
LOCKPORT          NY 14094
        12241386        (716)439-2011

INBOUND TRAILER

DOCK
HUSKY INJECTION MOLDING SYS
55 AMHERST VILLA RD
BUFFALO          NY 14225
        01727795    (716)630-7300

FREIGHT BILL NUMBER
913 206 685

CITY RTE/BPU SCAC          DEST
            280            BUF

ADV CAR
900120968

NONE

UPS FREIGHT PICKUP NUMBER
(800)333-7400

PICK UP DATE
09/28/09

ORIG
BUF

29

913 206 685          UPGF

PS Freight   ups   www.upsfreight.com

| # PCS | HM | ?? | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|-------|----|----|------|------|------|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK   HANDLING UNIT(S) WITH THE FOLLOWIN | | | | |
| 1 | | SK | MACHINE PARTS | 620 | 133300-0 | | |
| | | | 65.00% DISCOUNT | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | XTRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN          SC 296821208 | | | | |
| | | | UPGF   6180 0261450 | | | | |

CONT'D   PCS        PRINT NAME          ▶ WT ▶          DOOM     ARRIVE    DEPART
CES DCVRD          SIGNATURE    Philip Smith                 760   1207  100
WRAP      PLACD                                              DATE  DRIVER NAME
RES        IND     RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED     9-28   04
                   RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 27 of 92

Page 393 of 425

**HUSKY**   THIS SHIPPING ORDER must be legibly filled in, in ink, in indelible Pencil, or in Carbon, and retained by the agent.

PAGE \ OF \

W/O NO. 900120968
DATE 9-26-09
TERMS COLLECT
CARRIER UPS FREIGHT

| SHIPPER | CONSIGNEE |
|---|---|
| HUSKY INJECTION MOLDING SYSTEMS<br>55 AMHERST VILLA ROAD<br>BUFFALO NY 14335 | DELPHI HARRISON THERMAL SYSTEMS<br>700 UPPER MOUNTAIN ROAD<br>LOCKPORT NY 14094 |
| **BILL TO** | **GENERAL COMMENTS** |
| | |

| PIECES | HM | DESCRIPTION | WEIGHT | RATE | CHARGES | CLASS |
|---|---|---|---|---|---|---|
| 1 | | SKID- MACHINE PARTS | 670 | | | 85 |

610   ODOMETER   1720 ARRIVE   1744 DEPART   DESTINATION

UPS Freight 913 206 685   BUF

REMIT C.O.D
TO

ADDRESS

NOTE-Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

$_____ per _____

**C.O.D.**  AMT $ _____

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

C.O.D. FEE
PREPAID $
COLLECT
TOTAL CHARGES $

FREIGHT CHARGES ARE PREPAID UNLESS COLLECT BOX IS CHECKED

CHECK BOX IF COLLECT ☑

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading...

| SHIPPER | CARRIER |
|---|---|
| Husky | UPS |
| PER DeM.S.A.A | DRIVER ___ PCS 1 ___ DATE 9-28 |

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 29 of 92

Page 394 of 425

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 2-16-2009 | SBD | ELP | 920257586 | $   298.03  USD |

| | |
|---|---|
| CONSIGNEE:      20857185<br>DELPHI CORP<br>DIV S CISCO 44978<br>32 CELERITY WAGON DR<br>EL PASO, TX 79906 | P.O. NO.<br>  450655403 |
| | B/L NO.<br>  940160 |

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

| | |
|---|---|
| SHIPPER:      13702146<br>DAWSON MFG<br><br>1042 N CRYSTAL AVE<br>BENTON HARBOR, MI 49022 | BILL TO:        32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 500 | | OT | SPRING SEAT<br>65.00% DISCOUNT<br>001300 LTL FUEL ADJUSTMENT<br>000035 LESS PALLET WEIGHT<br>000343 NET WEIGHT<br>940160              SID#<br>104001          CUSTOMER #<br>104004001        CUSTOMER #<br>UPGF  6180 0261658<br>UPGF 560   01/05/09 C N  87823<br>...............................<br>PREVIOUSLY INVOICED ON:<br>  03/22/10 P3458508     298.03<br>  01/18/10 P3384610     298.03<br>  12/10/09 R286145      298.03<br>  12/01/09 R284645      298.03<br>............................... | 378 | 177970-01 | 85 | 199.35<br>65.00<br>13.00 | 753.54<br>-489.80<br>34.29 |
| 1 | | | TOTAL<br>          AMOUNT DUE | 378 | | | | 298.03 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

| CONSIGNEE | DELIVERING TRAILER | | |
|---|---|---|---|
| DELPHI CORP | 491317 UPGF | DAWSON MFG | |
| DIV S CISCO 44978 | FREIGHT BILL NUMBER | 1042 N CRYSTAL AVE | |
| 32 CELERITY WAGON DR | 920 257 586 | BENTON HARBOR   MI 49022 | |
| EV, PASO   TX 79906 | CITY RTE/SYD SEAC   DEST | 13702146   (269)925-8100 | |
| 20857185   (915)783-4700 | 24A   ELP | ADV CAR | |
| GW 450455403 | PICK UP DATE   ORIG | SLF   940160 | |
| 19 | UPS FREIGHT PHONE NUMBER | | |
| | (800)333-7400   02/16/09   SBD | | |

JPS Freight™ ups   www.upsfreight.com

920 257 586

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | | |
|---|---|---|---|---|---|---|---|---|
| | | | PIECE(S) COUNTED AND VERIFIED ON | | | | | |
| | | | 1 SK   HANDLING UNIT(S) SAID TO CONTAIN: | | | | | |
| | | | (500 OT) SPRING SEAT | 378 | 177970-01 | | | |
| | | | 65.00% DISCOUNT | | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | 000035 LESS PALLET WEIGHT | | | | | |
| | | | 000343 NET WEIGHT | | | | | |
| | | | 940160   SID# | | | | | |
| | | | 104001   CUSTOMER # | | | | | |
| | | | 104004001   CUSTOMER # | | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | | |
| | | | BILL TO: 32801414 | | | | | |

| CONTD | <TTL PCS | | PRINT NAME | TTL WT> | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|
| PIECES DLVRD | | SIGNATURE | X | FIRM   D C | 144 | 1130 | 1247 |
| WRAP INTACT? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | DATE | DRIVER NAME | |
| YES   NO | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | 2/19 | | |

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 31 of 92

Page 395 of 425

CONSIGNEE

| | | FREIGHT BILL NUMBER | | |
| | | 920 257 586 | | |
| | | CITY RTE/BYD SCAC | DEST | |

ADV CAR

| POR | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | BLP |

**UPS Freight™** www.upsfreight.com

| #PCS. | HM | P? | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | DELPHI CORP | | | | |
| | | | %TRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN         SC 29662 | | | | |
| | | | UPGF   6180 0261658 | | | | |
| | | | UPGF 560    01/05/09 C N  87823 | | | | |
| | | | | | | | |
| | | | CONT'D PAGE  2 | | | | |
| 1 | < TTL PCS | PRINT NAME | | TTL WT >    378 | ODOM | ARRIVE | DEPART |
| PIECES DLVRD | | SIGNATURE | | FINH | | | |
| WRAP   INTACT? | | X | | | | | |
| YES    NO? | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | DATE | DRIVER NAME | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official Southern, Western and Illinois Classification Territories, March 15, 1922, as amended August 1, 1930 and June 15, 1941.

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

awson Manufacturing Co.
BENTON HARBOR DIVISION
1042 N. Crystal
Benton Harbor, Michigan 49022
DUNS 79 868 7879

| SHIPPER/B.LL OF LADING | |
|---|---|
| SID NUMBER | DATE |
| SID     940160 | 02/16/09 |

PAGE    1  o b

The property described herein, in apparent good order, except as noted (contents and condition of contents of packages unknown marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route otherwise to deliver to another carrier on the route to said destination...

| S | Delphi Automotive Systems | S | DELPHI AHG LOS PINOS |
|---|---|---|---|
| O | P O Box 1550 | H | CROSS DOCK HU01CHI |
| L | | I | 32 CELERITY WAGON ST |
| D | | P | |
| T | Flint MI 48501-1550 | T | EL PASO TX 79906 USA |
| O | CONV ID: | O | DK: |

| SUPPLIER NO. | A.C.T.C. NO. | FOB | CUST NO. | DEST NO. | HPS/PV | COL | INS | SHIPPER |
|---|---|---|---|---|---|---|---|---|
| 98687679 | | BENTON HARBOR, MI | 104001 | | | | | 940160 |
| | | | 104004001 | | | X | | 104004001 |

| REMARKS | | SHIP VIA | | | ROUTING |
|---|---|---|---|---|---|
| | | UPS FREIGHT OVERNIGHT | | | |

| | CUSTOMER PART NO. | | NET WT/UNT | CONTAINER | | SEAL: |
|---|---|---|---|---|---|---|
| 500 | 22246019 | | 343 | 1 PLT | 3500 | |
| 655750 | 450655403 | | C62 | | | |
| | SPRING SEAT | | | | | |
| | REL#: 34 | | | | | |

| 397 | 13:48 | 1:59 | |
|---|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight 920 257 586 SBD

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD

-COLLECT-

| | | PLT | | NTWHT | TARE | GROSS |
|---|---|---|---|---|---|---|
| 000 OTHER | | 1 | | 343 | 35 | 378 |
| | T O T A L S | 1 | | 343 | 35 | 378 |

IGNED FOR CARTONS

CUSTOMER FILE

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 33 of 92

Page 396 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 1-13-2009 | NSH | JCK | 922332600 | $ | 106.97  USD |

| CONSIGNEE:   15832692 | |
|---|---|
| DELPHI CORP | P.O. NO.   85198 |
| DELPHI ELECTRICAL SYST | B/L NO.   W-13394 |
| 1001 INDUSTRIAL PARK DR | |
| CLINTON, MS 39056-3299 | |

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

| SHIPPER:   23466262 | BILL TO:   32801414 |
|---|---|
| DARRELL HANNA & ASSOCIATES INC | DELPHI CORP |
| | %TRENDSET INC |
| 145 LINWOOD RD | PO BOX 1208 |
| WATERTOWN, TN 37184 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | RL | CLOTH SYNTHETIC FIBER N/WOVEN | 264 | C00065-00 | 65 | FLOOR | 94.00 |
| | | | OR KNITTED W/O BINDER IN | | | | | |
| | | | NATURAL N/COMPRESSED STATE | | | | | |
| | | | 001380 LTL FUEL ADJUSTMENT | | | | 13.80 | 12.97 |
| | | | · · · · ATTENTION · · · · · | | | | | |
| | | | LANETTA BERR | | | | | |
| | | | REF# 24-0/-119 | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 156125 | | | | | |
| | | | ................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508      106.97 | | | | | |
| | | |   02/22/10 P3421849      106.97 | | | | | |
| | | |   01/18/10 P3384610      106.97 | | | | | |
| | | |   12/21/09 P3347416      106.97 | | | | | |
| | | | ................................... | | | | | |
| 1 | | | TOTAL | 264 | | | | |
| | | | AMOUNT DUE | | | | | 106.97 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | CONSIGNEE MEMO | DELPHI BILL BADGER | SHIPPER | 922 332 600 |
|---|---|---|---|---|

DELPHI CORP
DELPHI ELECTRICAL SYST
1001 INDUSTRIAL PARK DR
CLINTON          MS 39056-3299
          15832692

928717 UPGF
FREIGHT BILL NUMBER
922 332 600
CITY/ORIGINO ECAC

DARRELL HAMMA & ASSOCIATES
145 LINWOOD RD
WATERTOWN          TN 37184
          25466262
ADV CAR

| XX  85198 | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | SELF  H-S 3394 |
|---|---|---|---|---|
|  | (800)333-7400 | 01/13/09 | WSH | AD          W          106.97 BD |

RCTKa:                                                          COLLECT
                                                               THIS AMOUNT
                                                                    0.00
                                                                    0.00

UPS Freight ™          www.upsfreight.com          UPGF          PLANT # 22  922 332 600

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 1 |  |  | PIECE(S) COUNTED AND VERIFIED DELPHI PACKARD ELECTRONIC |  |  |  |
|  |  |  | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: |  |  |  |
|  |  |  | (2 RL) CLOTH SYNTHETIC FIBER  JAN 14 2009 | 090965-80 | FLOOR | 94.00 |
|  |  |  | N/WOVEN OR EMITTED W/O BINDER IN |  |  |  |
|  |  |  | NATURAL N/COMPRESSED STATE |  |  |  |
|  |  |  | LTL FUEL ADJUSTMENT |  | 13.80 | 12.97 |
|  |  |  | * * * * ATTENTION |  |  |  |
|  |  |  | LANETTA BERR |  |  |  |
|  |  |  | REF# 24-8/-119 |  |  |  |
|  |  |  | BILL FREIGHT CHARGES TO: |  |  |  |
|  |  |  | BILL TO: 32801414 |  |  |  |
|  |  |  | DELPHI CORP |  |  |  |

| CONTD  < TTL PCS | | ON WT> | ARRIVE | DEPART | TOTAL CHARGES |
|---|---|---|---|---|---|
|  |  | 3/2 | 1220 | 1250 |  |

RECEIVED

RECEIVES THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE          CONTD

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 35 of 92

Page 397 of 425

| CONSIGNEE | CONSIGNEE MEMO | | DELIVERING TRAILER | SHIPPER | | |
|---|---|---|---|---|---|---|
| | | | | | 922 332 600 | |

FREIGHT BILL NUMBER

922 332 600
CRT BTL-PFD SCAC

| POD | | UPS FREIGHT PHONE NUMBER | PICK UP DATE | DIMO | ADV CAR | |
| | | | | | BL# | |
| | | | | | AD | U/ | SO |

COLLECT
THIS AMOUNT
0.00

# RECEIVED

**UPS Freight™**

www.upsfreight.com

JAN 1 4 2009

| #PCS | WI | FT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT LBS | NMFC | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | xTRENDSET INC    **DELPHI PACKARD ELECTRIC** | | | | |
| | | | PO BOX 1200 | | | | |
| | | | MAULDIN    **CONTENTS NOT VERIFIED** | | | | |
| | | | UPGF  6100 0261658    **PLANT #22** | | | | |
| | | | UPGF 560   01/06/09 C M 154125 | | | | |
| | | | | | | | |
| | | | CONTD PAGE  2 | | | | |

| 1  < TTL PCS | PRINT NAME | | TTL WT - | 264 | OTHER | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| PIECES IN WRO | SIGNATURE | | FREE | | | | |
| WRAP  INTACT? | X | | | | | | 106.97 COL |
| YES   NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | DM/DL | DRIVER NAME | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | |

INSIGNEE    CONSIGNEE MEMO    DELIVERING TRAILER    SHIPPER    847 387 966

FREIGHT BILL NUMBER

847 387 966

CITY STK/RYD SCAC    DEST    ADV CAR

UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORIG    BILL

PO    WT    BO

COLLECT
THIS AMOUNT

0.00

## PS Freight℠

www.upsfreight.com

| PCS | WH | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | HM/C | RATE | CHARGES |
|-----|-----|-----|-----|-----|-----|-----|-----|
|  |  |  | UPGF   4188 0200521 |  |  |  |  |
|  |  |  | CZAR   199        88408 |  |  |  |  |
|  |  |  | CON10 PAGE  2 |  |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | < TTL PCS | PRINT NAME |  | TTL WT > | 348 | DOOM | ARRIVE | DEPART | TOTAL CHARGES |

SIGNATURE
X

PCES DLVRD
WRAP   INTACT?    RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    DATE    DRIVER INITIAL
YES    NO?    RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

65.39 COL

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 37 of 92

Page 398 of 425

**THIS SHIPPING ORDER**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Original Bill of Lading.

**FROM AT**
DARRELL HANNA & ASSOCIATES, INC.
145 LINWOOD ROAD
WATERTOWN, TN. 37184

DATE: 1·13·20 09

NAME OF CARRIER: UPS FGT
SHIPPER'S NO. W-13394
CARRIER'S NO.
P.O. # 85198

**(MAIL OR STREET ADDRESS OF CONSIGNEE—FOR PURPOSES OF NOTIFICATION ONLY.)**

DELPHI ELECTRICAL SYST
ATTN: LANETTA BERR
1001 INDUSTRIAL DRIVE
CLINTON, MS. 39056

UPS Freight  922 332 600  NSH

| NO. OF SHIPPING UNITS | H.M. | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|
| 1 | | SKID (2 RLS)<br>REF# 24-01-119<br><br>CLOTH SYNTHETIC FIBER NON-WOVEN OR KNITTED WITHOUT BINDER IN NATURAL NON-COMPRESSED STATE NOT EXCEEDING 1/8 IN. THICKNESS. DENSITY 8 BUT LESS THAN 12 LBS. PER CUBIC FOOT, NMC# 49235 | 264 | 65 | |

REMIT C.O.D. TO: (ADDRESS)

C.O.D. AMOUNT $

COLLECT

Agent/must receive and retain
this Shipping Order and must sign
the Original Bill of Lading

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 39 of 92

Page 399 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 4-27-2009 | SBD | ELP | 934597731 | $ 191.79 USD |

CONSIGNEE:    20857185
DELPHI CORP
DIV S CISCO 44978
32 CELERITY WAGON DR
EL PASO, TX 79906

P.O. NO.
450655403
B/L NO.
940519

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:    13702146
DAWSON MFG

1042 N CRYSTAL AVE
BENTON HARBOR, MI 49022

BILL TO:        32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | SPRING SEAT | 207 | 009100-00 | 100 | 234.07 | 484.52 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -314.94 |
| | | | 001310 LTL FUEL ADJUSTMENT | | | | 13.10 | 22.21 |
| | | | SHPR LOAD CONSIGNEE UNLOAD | | | | | |
| | | | 940519              SID# | | | | | |
| | | | 104001          CUSTOMER # | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560   01/05/09 C N  87823 | | | | | |
| | | | ................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508   191.79 | | | | | |
| | | |   01/18/10 P3384610   191.79 | | | | | |
| | | |   12/10/09 R286145    191.79 | | | | | |
| | | |   12/01/09 R284645    191.79 | | | | | |
| | | | ................................. | | | | | |
| 1 | | | TOTAL | 207 | | | | |
| | | | AMOUNT DUE | | | | | 191.79 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

ASIGNEE

DELPHI CORP
V S CISCO 44978
CELERITY WAGON DR
PASO                    TX 79906
    20857185        (915)783-4700
450655403           UPS FREIGHT PHONE NUMBER
                    (800)333-7400

DELIVERING TRAILER

927318 UPGF
FREIGHT BILL NUMBER
934 597 731
CITY ATE/BYD SCAC        DEST
24A                      ELP
PICK UP DATE             ORIG
04/27/09                 SBD

DAWSON MFG

1042 N CRYSTAL AVE
BENTON HARBOR    MI 49022
13702146    (269)925-0100
ADV CAR
B/D   940519

PR LOAD CONSIGNEE UNLOAD

||||||||||||||||||||||||||||||||||
934 597 731

'S Freight'   UPS    www.upsfreight.com

| CS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|----|----|----|-----------------------------------------------|-------------|------|---|---|
|    |    |    | 1  PIECE(S) COUNTED AND VERIFIED ON           |             |      |   |   |
|    |    |    | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING:    |             |      |   |   |
| 1  |    | SK | SPRING SEAT                                   | 207         | 009100-00 | | |
|    |    |    | 65.00% DISCOUNT                               |             |      |   |   |
|    |    |    | LTL FUEL ADJUSTMENT                           |             |      |   |   |
|    |    |    | 940519              S10#                      |             |      |   |   |
|    |    |    | 104001          CUSTOMER #                    |             |      |   |   |
|    |    |    | BILL FREIGHT CHARGES TO:                      |             |      |   |   |
|    |    |    | BILL TO: 32801414                             |             |      |   |   |
|    |    |    | DELPHI CORP                                   |             |      |   |   |
|    |    |    | xTRENDSET INC                                 |             |      |   |   |
|    |    |    | PO BOX 1208                                   |             |      |   |   |

ONTD  <TTL PCS          PRINT NAME  VICTOR TORRES      TTL WT >
CES DLVRD      1SK      SIGNATURE                      FIRM  Delphi
RAP   IN TACT?          RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
ES    (NO?)            RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

ODOM  323
ARRIVE  11.48
DEPART  12:05
DATE  4.30
DRIVER NAME  MARCO

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 41 of 92

Page 400 of 425

CONSIGNEE

DELIVERY RECEIPT

DELIVERING TRAILER

SHIPPER

934 597 731

FREIGHT BILL NUMBER
934 597 731

CITY RTE/BYD SCAC | DEST

ADV CAR
BL#

POF | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG

**UPS Freight** www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|-----|-----|----------------------------------------------|-------------|------|---|---|
|      |    |    |                                              |             |      |   |   |

| < TTL PCS | PRINT NAME | | TTL WT > | | ODOM | ARRIVE | DEPART |
|-----------|------------|---|----------|---|------|--------|--------|
| PIECES DLVRD | SIGNATURE X | | FIRM | | | | |
| WRAP  INTACT? | | | | | DATE | DRIVER NAME | |
| YES   NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | | | |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | | |

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official Southern, Western and Illinois Classification territories,
March 15, 1922, as amended August 1, 1930 and June 15, 1941.

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**

**SHIPPER'S BILL OF LADING**

| SID NUMBER | | DATE |
|---|---|---|
| SID | 940519 | 04/27/09 |

**lawson Manufacturing Co.**
BENTON HARBOR DIVISION
1042 N. Crystal
Benton Harbor, Michigan 49022
DUNS 79 863 7879

The property described herein, in apparent good order, except as noted (contents and
condition of contents of packages unknown) marked, consigned, and destined as indi-
cated below, which said carrier (the word carrier being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination, if on its own
route or to its own route or otherwise to deliver to another carrier on the route to said
destination...

PAGE  1 of 1

| S | Delphi Automotive Systems | S | DELPHI AHG LOS PINOS |
|---|---|---|---|
| O | P O Box 1550 | H | CROSS DOCK HU01CHI |
| L | | I | 32 CELERITY WAGON ST |
| D | | P | |
| T | Flint MI 48501-1550 | T | EL PASO TX 79906 USA |
| O | CONV ID: | O | DK: |

| SUPPLIER NO | A.E.T.C NO | F.O.B. | CUST.NO. DEST.NO. | FREIGHT | | SHIPPER |
|---|---|---|---|---|---|---|
| 9868767? | | BENTON HARBOR, MI | 104001 104004001 | PPD/INV COL | PPD | 940519 |
| | | | | | X | |

| REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | UPS FREIGHT OVERNIGHT | |

SEAL:

| | | | | | | |
|---|---|---|---|---|---|---|
| 250 | 22246019 | | 172 | 1 PLT | 4750 | |
| | 655750 | 450655403 | C62 | | | |
| | SPRING SEAT | | | | | |
| | REL#: 43 | | | | | |

UPS Freight  934 597 731  SBD

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD

-COLLECT-

| | PLT | | NTWHT | TARE | GROSS |
|---|---|---|---|---|---|
| 6000 OTHER | 1 | | 172 | 35 | 207 |

172  35  207

CUSTOMER FILE

ALL SHIPPING DISCREPANCIES MUST BE REPORTED WITHIN 15 DAYS TO BE HONORED.

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 43 of 92

Page 401 of 425

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P O BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-30-2009 | SBD | ELP | 942728135 | $ 186.71 | USD |

| CONSIGNEE: 20857185 | P.O. NO. 450655403 | Payment Due | |
|---|---|---|---|
| DELPHI CORP | B/L NO. 940387 | ON RECEIPT | |
| DIV S CISCO 44978 | | | |
| 32 CELERITY WAGON DR | ADV SCAC | PRO# | DATE | BEY SCAC |
| EL PASO, TX 79906 | | | | |

| SHIPPER: 13702146 | BILL TO: 32801414 |
|---|---|
| DAWSON MFG | DELPHI CORP |
| | %TRENDSET INC |
| 1042 N CRYSTAL AVE | PO BOX 1208 |
| BENTON HARBOR, MI 49022 | MAULDIN, SC 29662-1208 |

| PCS | H/M | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ''' SHIPMENT REWEIGHED ''' | 215 | 177970-01 | 85 | 199.35 | 428.60 |
| | | | SPRING SEAT | | | | 65.00 | -278.59 |
| | | | 65.00% DISCOUNT | | | | 11.80 | 17.70 |
| | | | 001180 LTL FUEL ADJUSTMENT | | | | | 19.00 |
| | | | 001900 REWEIGH FEE | | | | | |
| | | | 04250-SBD ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT SBD. | | | | | |
| | | | WEIGHT DECLARED AS 04250 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00215 LBS. | | | | | |
| | | | SHPR LOAD CONSIGNEE UNLOAD | | | | | |
| | | | 104001 104004001 CUSTOMER # | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N  87823 | | | | | |
| | | | ...................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    186.71 | | | | | |
| | | | 01/18/10 P3384610    186.71 | | | | | |
| | | | 12/10/09 R286145     186.71 | | | | | |
| | | | 12/01/09 R284645     186.71 | | | | | |
| | | | ...................................... | | | | | |
| 1 | | | TOTAL | 215 | | | | |
| | | | AMOUNT DUE | | | | | 186.71 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE

DELPHI CORP
IV S CISCO 44978
2 CELERITY WAGON DR
L PASO          TX 79906
    20897185    (915)783-4700
450655403       (800)333-7400

927317 UPGF
FREIGHT BILL NUMBER
942 728 135
CITY NTE/BYO BCAC    DEST
                     ELP
24A
PICK UP DATE    ORIG
03/30/09        SBD

DAWSON MFG
1042 N CRYSTAL AVE
BENTON HARBOR    MI 49022
13702146    (269)925-0100
ADV CAR
BL# 940587

4PR LOAD CONSIGNEE UNLOAD

PS Freight ™    www.psfreight.com

942 728 135

| PCS | HU | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | | |
| | SK | | SPRING SEAT | 215 | 177970-01 | | | |
| | | | 65.00% DISCOUNT | | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | REWEIGH FEE | | | | | |
| | | | 04250-SBD ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT SBD. | | | | | |
| | | | WEIGHT DECLARED AS 04260 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00215 LBS. | | | | | |
| | | | 104001 104004001 CUSTOMER # | | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | | |

CONTD    TTL PCS                    TTL WT:              OOOM    ARRIV    DEPART
PCES D/RO                           PBN                   212    1131     1159
WRAP INTACT?        SIGNATURE                            DATE    DRIVER NAME
YES    NO?          X                                    4/2     Snja
                    RECEIVED THIS ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
                    RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)  Pg 45 of 92

Page 402 of 425

| CONSIGNEE | DELIVERY RECEIPT | | SHIPPER | |
|---|---|---|---|---|
| | | DELIVERING TRAILER | | 942 728 135 |
| | | FREIGHT BILL NUMBER | | |
| | | 942 728 135 | | |
| | | CITY RTE/BYD SCAC | DEST | |
| | | | | ADV CAR |
| PO# | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | BL# |

**UPS Freight** [ups] www.upsfreight.com

| #PC6 | HM | P3 | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | | |
|---|---|---|---|---|---|---|---|---|
| | | | BILL TO: 32801414 | | | | | |
| | | | DELPHI CORP | | | | | |
| | | | XTRENDSET INC | | | | | |
| | | | PO BOX 1208 | | | | | |
| | | | MAULDIN        SC 29662 | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N  87825 | | | | | |
| | | | | | | | | |
| | | | CONTD PAGE  2 | | | | | |
| 1 | < TTL PCS | | PRINT NAME | TTL WT > | 215 | DOOM | ARRIVE | DEPART |
| PIECES DLVRD | | | SIGNATURE | FIRM | | | | |
| WRAP  INTACT? | | | X | | | | | |
| YES    NO? | | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | DATE | DRIVER NAME | |
| | | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |

Uniform Domestic Straight Bill of Lading, adopted by Carriers in Official Southern, Western and Illinois Classification territories,
March 15, 1922 as amended August 1, 1930 and June 15, 1941.

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

| SHIPPER BILL OF LADING | |
|---|---|
| SID NUMBER | DATE |
| SID    940387 | 03/30/09 |

Dawson Manufacturing Co.
BENTON HARBOR DIVISION
1042 N. Crystal
Benton Harbor, Michigan 49022
DUNS: 72 863 7870

PAGE    1

RELEASE #: 104004001

| S Delphi Automotive Systems | S DELPHI AHG LOS PINOS |
|---|---|
| O P O Box 1550 | H CROSS DOCK HU81CHI |
| L | I 32 CELERITY WAGON ST |
| T FJint MI 48501-1550 | P |
| O CONV ID: | T EL PASO TX 79906 USA |
|  | O DK: |

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST. NO. / DEST NO. | FREIGHT | | SHIPPER |
|---|---|---|---|---|---|---|
| 98687670 | | BENTON HARBOR, MI | 104001 104004001 | PP&INV | COL X PPD | 940387 |

| REMARKS | SHIP VIA | ROUTING |
|---|---|---|
| | UPS FREIGHT OVERNIGHT | |

SEAL:

| QUANTITY | CUSTOMER PART NO. | | WEIGHT | CARRIER | |
|---|---|---|---|---|---|
| 250 | 22246019 | | 172 | 1 PLT | 4250 |
| | 655750 | 450655403 | C62 | | |
| | SPRING SEAT | | | | |
| | REL#: 3B | | | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

...................................
(Signature of Consignor)

Received .......................................
to apply in prepayment of the charges on the property described hereon.

...................................
Agent or Cashier

...................................
(The signature here is an acknowledgement only of the amount prepaid.)

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.
NOTE— Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

..............................

Charges Advanced $ ..............

If charges are to be prepaid, write or stamp here "To Be Prepaid."

555 ODOMETER    1403 ARRIVE    1412 DEPART    DESTINATION

UPS Freight 942 728 135 SBD

UPGF 3/30/9
W, Pict (1 SK)

SHIPPER LOAD AND/OR CONSIGNEE UNLOAD

-COLLECT-

|  | PLT | | | NTWHT | TARE | GROSS |
|---|---|---|---|---|---|---|
| ,000 OTHER | 1 | | | 172 | 35 | 207 |
| | | | | 172 | 35 | 207 |

CONTAINER SUMMARY: (CO=CONTAINER, PL=PALLET • FL=PALLETS • CT=CARTONS LOOSE • LN=CRATES • O=OTHER

I CERTIFY THAT THE MATERIALS WERE INSPECTED AND TESTED AS STATED HERE ACCORDING TO SPECIFICATIONS AND THAT SUCH SPECIMENS WERE TAKEN FROM THE QUANTITIES THEN DESCRIBED ON THIS MATERIAL. MEETS SPECIFICATIONS. THE ORIGINAL OF THE TESTS ARE ON THE FILE FOR INSPECTION AND ARE A PART OF THE CERTIFICATION.

CUSTOMER FILE

Shipper, Per .............................................    Agent, Per ...........................................
Permanent post office address of shipper  Dawson Manufacturing Co.    ALL SHIPPING DISCREPANCIES MUST BE REPORTED WITHIN 15 DAYS TO BE HONORED.

7000004 000459

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 47 of 92

Page 403 of 425

UPS Freight
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 942728133

Weighing performed at SBD Service Center

Weighed Date: 03/30/2009

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to conform to all established federal and state guidelines. Established procedures for verifying weight meets the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | ---------- | ---------- |
| | 1 | 215 |
| | ---------- | ---------- |
| Actual Scale Total | 1 | 215 |

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 9-10-2008 | CGO | HAR | **947773385** | $ 362.87 | USD |

| CONSIGNEE: 15340636 DELPHI CORP | | P.O. NO. 550166168 | Payment Due |
| 702 JOAQUIN CAVAZOS LOS INDIOS, TX 78567 | | B/L NO. 1319671 | ON RECEIPT |

| | | ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|---|---|

| SHIPPER: 02189935 ASHLAND CHEMICAL INC | BILL TO: 32801414 DELPHI CORP %TRENDSET INC |
| 11524 W ADDISON ST FRANKLIN PARK, IL 60131-1122 | PO BOX 1208 MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | NON-REGULATED MATERIAL | 421 | 043940-02 | 85 | 186.42 | 784.83 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -510.14 |
| | | | 003210 LTL FUEL ADJUSTMENT | | | | 32.10 | 88.18 |
| | | | 112495          P.O. NUMBER | | | | | |
| | | | UPGF   6180 02C1658 | | | | | |
| | | | UPGF 560   02/04/08 C N  49205 | | | | | |
| | | | ................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    362.87 | | | | | |
| | | | 02/22/10 P3421849    362.87 | | | | | |
| | | | 01/18/10 P3384610    362.87 | | | | | |
| | | | 12/21/09 P3347416    362.87 | | | | | |
| | | | ................................... | | | | | |
| 1 | | | TOTAL | 421 | | | | |
| | | | AMOUNT DUE | | | | | 362.87 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

947 773 385

DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS          TX 78567
11445114

55Q166168

ASHLAND CHEMICAL INC

11524 W ADDISON ST
FRANKLIN PARK     IL 60131-1122
02189935        (847)455-5670

ADV CAR   1319671

234088 TXSE

947 773 385

12F        HAR

(800)333-7400   09/10/08   CGO

15      O/R COPY:   1
09/15/08-09/15/08 REQ DEL DATE

S Freight          www.upsfreight.com          947 773 385          UPGF

| PCS | | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | RATE | |
|---|---|---|---|---|---|---|
| 1 | | SK | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING NON-REGULATED MATERIAL LTL FUEL ADJUSTMENT 112495          P.O. NUMBER | 421 | 043940-02 | |

skid 9-15-08 1:50pm

| 1 | TTL PCS | | TTL WT | 421 | | | |
|---|---|---|---|---|---|---|---|
| | 1 SK | | | | ARRIVE 1:48 | DEPART 1:50 | |

PRINT NAME   William Octidier
SIGNATURE
FIRM   Delphi
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

DATE 9/15/08
DRIVER NAME

# ASHLAND

**24-HOUR EMERGENCY CONTACT**
800-424-9300 • U.S.A. and Canada
703-527-3887 • Outside U.S.A. and Canada

Bill of Lading Number
1319671
Page 1 of 3

Freight Terms
UPS Dest.
Prt Collect

**Ship From:**
ASHLAND INC.
1124 WEST ADDISON ST
FRANKLIN PARK IL 60131

**Ship To:**
DELPHI MECHATRONIC SYSTEMS
LOS INDIOS REBILLING CENTER
701 JOAQUIN CAVAZOS RD
LAS INDIOS TX 78567
Phone: 956-366-4600

Date Shipped
09/10/2008

Delivery Date
09/10/2008

Customer Number
112495

Trailer No.
550166168

Master No.
008212774
6

Pro No.

Loaded
(As Shipped)

The following deliveries are shipping on this bill of lading:

Delivery    Weight    Purchase Order No.    Sales Order No.
62127746    421.002    550166168    1755906

TOTAL    421.002

Pro Number C0S9501887

NON-REGULATED MATERIAL
NMFC : 17800
*****************
Product Desc: PALLETS
Product No : 3546
*****************
NMFC : 156200
*****************
Product Desc: PA6 B267GHS NAT ULTRAMID BAG107
Product No : 3796990
Cust.Product No.:NMENST5615
Batch: 0103060997

5 X 73.4
R5

Total Weight
Total Unit Quantity
Total Pallets

COA RECEIVED BY

Number of returnable bins returned

| Pkd / Qty Shipped | Package | Description | Net Wgt. | Gross Wgt. (if applicable) |
|---|---|---|---|---|
| 1.0 | PAL | | | 1 |
| 367.0 | LB | | 366.999 | 376.909 LB |
| | | 367.0 LB | 366.999 LB | |
| 367.0 | LB | | 411.091 | 421.001 LB |
| 1.0 | PAL | | | |

Customer Order Number
550166168

Load

44.092 LB    44.092    44.092

376.909 LB    366.999

421.001 LB    411.091

Carrier instructions have been
printed at the end of all items as
they do not fit in this box.

Ship to Pages (as shown on face of BOL):

DELPHI MECHATRONIC SYSTEMS
DEBTOR IN POSSESSION
PO Box 792
BROWNSVILLE TX 78520

UPS Freight 947 773 385 CGO

This is to certify that the above named materials are properly
classified, described, packaged, marked and labeled, and
are in proper condition for transportation according to the
applicable regulations of the Department of Transportation.

Shipper ASHLAND INC.

The shipment is tendered to unregulated without recourse on
consignor, carrier shall not make delivery of this shipment
without payment of all charges.

Carrier Acronyms
Load: Occurrence
Carrier Offered:
Required Amounts
Emergency Response
Information: Prepaid

Appraiser:

The terms and conditions of this sale are set forth
at http://www.ashland.com/salesystems.
Freight terms and conditions of this shipment are
set forth at http://www.ashland.com/freightreturns

Receiver states that product matches Receiver's order
and is in good condition. Acceptance of delivery is incumbent
if contract terms on reverse notate above.
Received By

Date Received    Time Received

Receiver states that the item connections are/your
work in good problem. Subject to in space is subject to delivery
Received By

COPY
2

**ASHLAND**

800-424-9300 • U.S.A. and Canada
703-527-3887 • Outside U.S.A. and Canada

Page 2 of 3
1319671

PDP Dept.
Prt Collect

Delivery Date 09/15/2008

Customer Order Number 112495

00-00-00

**Ship From:**
ASHLAND INC
1154 W ADDISON ST
FRANKLIN PARK IL 60131

**Ship To:**
DELPHI MECHATRONIC SYSTEMS
LOS INDIOS RECEIVING CENTER
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567
Phone 956-366-4690

**Bill To:**
DELPHI MECHATRONIC SYSTEMS
DEPTOR IN POSSESSION
PO BOX 5920
BROWNSVILLE TX 78520

Customer Order Number 008212774 6

550166168

09/10/2008

<-- List serial #'s at left and DOT info below

RESIDUE: Last Contained _____

RESIDUE: Last Contained _____

Driver Signature _____

Customer Signature _____

**Carrier Instructions: _____

FAX PACK LISTAND COA TO ALEX 956-228-4806
PO1 ORDER PRIOR TO DELIVERY 50 ASN
GENERATED FOR RECEIPT
HEAT TREATED PALLETS

SHIP UPS SUPPLY CHAIN -UPS Supply Chain Solutions Acct#
572111062

BOL WEIGHT MUST BE EXACTLY THE SAME AS THE INVOICE.
PLEASE USE THE DECIMALS REQUIRED WITH FOLLOWING THE
LABELS: BAR CODE LABELS
INFO
PO#          ON THE ORDER
SERIAL#     PRODUCT CODE
REVISION LEVEL  BLANK
PLANT/DOCK LOCATION BLANK

Carrier Instructions have been
printed at the end of all items as
they do not fit in this box.

This is to certify that the within named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper, ASHLAND INC
By _____

Carrier Approves
Load Securement
Carrier Offered
Required Placards
Emergency Response
Information Present
Appendages

The terms and conditions of this sale are set forth at http://www.ashland.com/saleterms. Freight terms and conditions of this shipment are set forth at http://www.ashland.com/freightterms

COPY

2

41361-G1-US (6/07)

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 53 of 92

Page 406 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 12-23-2009 | ELP | GDR | 961099274 | $   463.89 | USD |

| CONSIGNEE:      04766333 | P.O. NO.      SEN811776 | | | Payment Due | |
|---|---|---|---|---|---|
| ABC GROUP | | | | | |
| UNDERCAR PRODUCTS GRP | B/L NO.      56958486 | | | ON RECEIPT | |
| 900 HYNES AVE SW | | | | | |
| GRAND RAPIDS, MI 49507 | ADV SCAC | PRO# | | DATE | BEY SCAC |

SHIPPER:      20857185
DELPHI CORP
DIV S CISCO 44978
32 CELERITY WAGON DR
EL PASO, TX 79906

BILL TO:      32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | SK | AUTO PARTS | 658 | 018260-05 | 85 | 170.27 | 1,120.38 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -728.25 |
| | | | 001830 LTL FUEL ADJUSTMENT | | | | 18.30 | 71.76 |
| | | | 70957430          BILL-LADING # | | | | | |
| | | | CH ROBINSON ACCEPTS RESPONSI- | | | | | |
| | | | BILITY FOR ACCESSORIAL CHARGES | | | | | |
| | | | FOR WILLIAM CARTER AND OSH KOSH | | | | | |
| | | | C/PH 616 247 1337 | | | | | |
| | | | S/PH 915 783 4716 | | | | | |
| | | | RCVG HRS 7AM-2PM, CLOSED | | | | | |
| | | | 12-12:30PM | | | | | |
| | | | 70957430          SID# | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N  87748 | | | | | |
| | | | ............................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/22/10 P3458508    463.89 | | | | | |
| | | |    01/05/10 16879961    463.89 | | | | | |
| | | | ............................. | | | | | |
| 2 | | | TOTAL | 658 | | | | |
| | | | AMOUNT DUE | | | | | 463.89 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

**DELIVERY RECEIPT**

CONSIGNEE

ABC GROUP
UNDERCAR PRODUCTS GRP
900 HYNES AVE SW
GRAND RAPIDS          MI 49507
    04766333
Br SEN811776

DELIVERING TRAILER
5856

FREIGHT BILL NUMBER
961 099 274

CITY RTE/BYD SCAC   DEST
    HC

UPS FREIGHT PHONE NUMBER
(800)333-7400

PICK UP DATE
12/23/09

GDR
ORIG
ELP

DELPHI CORP
DIV S CISCO 44978
32 CELERITY WAGON DR
EL PASO          TX 79906
    20857185   (915)783-4700
ADV CAR
BLR 56958486

30
2/30/09-12/30/09 REQ DEL DATE

‖‖‖‖‖‖‖‖‖‖‖
961 099 274

UPS Freight™          www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|------|----|----|----------------------------------------------|-------------|------|
|      |    |    | 2 PIECE(S) COUNTED AND VERIFIED ON           |             |      |
|      |    |    | 2 SK HANDLING UNIT(S) WITH THE FOLLOWING:    |             |      |
| 2    |    | SK | AUTO PARTS                                   | 658         | 018260-05 |
|      |    |    | LTL FUEL ADJUSTMENT                          |             |      |
|      |    |    | 70957430          BILL-LADING #             |             |      |
|      |    |    | CH ROBINSON ACCEPTS RESPONSI-                |             |      |
|      |    |    | BILITY FOR ACCESSORIAL CHARGES               |             |      |
|      |    |    | FOR WILLIAM CARTER AND OSH KOSH              |             |      |
|      |    |    | C/PH 616 247 1337                            |             |      |
|      |    |    | S/PH 915 783 4716                            |             |      |
|      |    |    | RCVG HRS 7AM-2PM, CLOSED                     |             |      |
|      |    |    | 12-12:30PM                                   |             |      |

CONT'D < TTL PCS   PRINT NAME CHRIS TELLER   TTL WT >   ODOM 741   ARRIVE 1154   DEPART 1204
PIECES DLVRD 2 SK   SIGNATURE   FIRM A DL   DATE 1230   DRIVER NAME
WRAP INTACT? YES NO?   RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 55 of 92

Page 407 of 425

| FREIGHT BILL NUMBER |
| 961 099 274 |

| | CITY REG/BYD SCAC | DEST | |
| POA | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | ADV CAR |
| | | | | BL# |

**UPS Freight**  www.wpsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | |
|------|----|----|----|----|----|----|
| | | | 70957430                SID# | | | |
| | | | BILL TO: 32801414 | | | |
| | | | DELPHI CORP | | | |
| | | | UPGF    6180 0261658 | | | |
| | | | UPGF 560    01/05/09 C N  87748 | | | |
| | | | CONT'D PAGE  2 | | | |
| 2 < TTL PCS | | | PRINT NAME | TTL WT > 658 | ODOM | ARRIVE | DEPART |

PIECES DLVRD
WRAP   INTACT?    — SIGNATURE
YES    NO?          X_____  FIRM

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    DATE    DRIVER NAME
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

# DELPHI _____ Energy & Chassis Systems

Page 1 of 2

| Shipped From:   JRZ2   152890224 | Ship To   703024 ABC GROUP-UNDERCAR PRODUCTS GROUP 900 HYNES AVENUE SOUTHWEST GRAND RAPIDS MI 49507 | **Bill of Lading / Packing Slip** |
|---|---|---|
| DELPHI MICH. FAST (35) 12 CELEBITY WAGON #2 PASO TX 79906 | Unloading Point: | Bill of Lading - SID:  56958486 |

**Bill of Lading - SID:** 56958486

| Sold To   100845 ABC GROUP-UNDERCAR PRODUCTS GROUP 900 HYNES AVENUE SOUTHWEST GRAND RAPIDS MI 49507 | Final Destination   703024 ABC GROUP-UNDERCAR PRODUCTS GROUP 900 HYNES AVENUE SOUTHWEST GRAND RAPIDS MI 49507 |
|---|---|
| | Unloading Point: |

Ext Sup - SID:
Master BOL: 7577011
Supplier Code: 152890224
Seal No.: 00

Trailer No.: 00
Air Bill No.:
Logistic No:
Terms: FOB-SHIP POINT-COLLECT
Routing: 000000

Subject to Section 7 of Condition of applicable bill of lading if the shipment is to be delivered to the consignee without the recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight & other lawful charges.

Signature of Shipper (Consignor):

*W Casterina*

SCAC Code: UPSG
Pro No.: 961 099 274
Request Shipped   / Actual Shipped
12/29/2009 00:00 /12/23/2009 16:50

**Premium Shipment Information:**
PTA No.:
Responsibility:
Reason Code:
Reason:

| Total Containers:  03002 | | |
|---|---|---|
| Gross Weight | 657.708 LB | 298.333 KG |
| Tare Weight | 212.500 LB | 96.388 KG |
| Net Weight | 445.208 LB | 201.943 KG |

Received subject to the lawfully filed tariffs in effect on the date of issue of this bill of lading. Terms and conditions shown in the uniform bill of lading apply.

Carrier's Signature & Date:

Hazardous Placards Offered?   (circle one)   Yes

Carrier's Signature: *Skip DOGF Out 12.229*

Date.

| HM | Description of Commodity | | Net Weight UOM |
|---|---|---|---|
| | | | 201.943 KG |
| | 70  F.A.K.- Freight All Kinds | | |

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper signature (Required if shipping Hazardous Material):

| Material No. Customer Material No. | Description   Customer PO | Cust. Item | Qty Packs | Catalog No |
|---|---|---|---|---|
| 2569035 | STRETCH WRAP | | 16.000 M | |
| 3810226 | WOOD PALLET | | 2.000 PC | |
| 22224018 | POLY BAG FLAT | | 3,024.000 PC | |
| 28157929 | PARTITION, CHIPBOARD | | 84.000 PC | |
| 28157989 | TRAY, DIE CUT | | 84.000 PC | |
| 28164190 | COVER, DIE CUT | | 2.000 PC | |
| 28167711 | HSC | | 2.000 PC | |

| 441 | 1228 | 1803 | |
|---|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

27

**UPS Freight** 961 099 274 ELP

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 57 of 92

Page 408 of 425

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE
This form contains only the information necessary for the motor carrier to deliver, rate, and invoice the shipment described below.
The shipper and/or the consignee are clients(s) of C.H. Robinson Worldwide, Inc., (CHRW) a third party logistics service and payer of the freight bill. All agreements between the carrier and CHRW are contained in a signed contract agreement.

**Shipper: Ship Date** 12/23/2009

Delphi E & C Cross Dock Cisco 34065
32 Celerity Wagon Street
El Paso, TX 79906
Danny Tercero/Raul Soto  (915) 783-4716
Reference Number: BOL # 56958486

| Carrier: | UPS Freight-UPSG |
|---|---|
| Pro#: | |
| Load#: | 70957430 |
| Ship ID: | BOL # 56958486 |

**Consignee: Due Date** 12/30/2009

ABC Group
900 Hynes Ave.
Grand Rapids, MI 49507
Shipping  (616) 247-1337

All Freight charges PPD/3rd party bill to:
CHRLTL
14800 Charlson Road
Suite 2100
Eden Prairie, MN 55347
A CHRW Company

**PPD-3RD PARTY**

Agent or Cashier:
Per _____
(The signature here acknowledges only the amount prepaid)

Received:
$ _____
to apply in prepayment of the charges on the property described hereon.

Charges Advanced:
$ _____

| Type/ Reference# | SKU/UPC | Description | QTY/ UOM | Pallets | Weight | Category/ Temp | NMFC/ Class |
|---|---|---|---|---|---|---|---|
| PO SEN811776 | | Auto Parts | 2 Pallet | 2 | 658 | Dry | 18260 sub 5 85 |
| | | | **2** | **2** | **658** | | |

**Shipper Special Instructions:**

**Consignee Special Instructions:**

**Comments**
Undercar's Receiving Hours are from 7 am to 3 pm and closed for lunch from 12:00-12:30 pm. For problems on this shipment, please contact CH Robinson at 866.491.4649

"The Shipper certifies that the above named materials are properly classified, described, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation."

Shipper Signature X _____ ( Date: 12-23-09 Trailer# _____
Consignee  Signature  X _____ Date: _____ Seal# _____
Driver Signature _____ Date: 12-23-9 Seal# _____
Permanent post office address of shipper.    * MARK WITH "X" TO DESIGNATE MATERIAL AS DEFINED IN TITLE 49 OF FEDERAL REGULATIONS.

Page: 1 of 1

# DELPHI

Page 2 of 2

## Bill of Lading / Packing Slip

Bill of Lading - SID: 56958486
Ext. Sup - SID:
Master BOL: 7577011
Supplier Code: 152890224

| Material No. Customer Material No. | Description Customer PO | Cust. Item | Qty Packs | Catalog No. |
|---|---|---|---|---|
| 28072580-10 SEN811776 | SENSOR ASM-MASS AIRFLOW 15387 | | 3,024.000 PC | 2 |

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 59 of 92

Page 409 of 425

# UPS Freight™



**UPS FREIGHT LTL**

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 9-10-2008 | MWK | HAR | 963136753 | $   181.89   USD |

CONSIGNEE:      11445114
DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS, TX 78567

| P.O. NO. DE6035629 | | Payment Due |
|---|---|---|
| B/L NO. 53997621 | | ON RECEIPT |
| ADV SCAC | PRO# | DATE | BEY SCAC |

SHIPPER:        43305776
DELPHI CORP
DIV E CISCO 31020
7929 S HOWELL AVE
OAK CREEK, WI 53154

BILL TO:        32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | BX | PRINTER | 168 | 116030-01 | 92.5 | 234.16 | 393.39 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -255.70 |
| | | | 003210 LTL FUEL ADJUSTMENT | | | | 32.10 | 44.20 |
| | | | BE107860          P.O. NUMBER | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560     02/04/08 C N  50967 | | | | | |
| | | | .................................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |    03/22/10 P3458508    181.89 | | | | | |
| | | |    02/22/10 P3421849    181.89 | | | | | |
| | | |    01/18/10 P3384610    181.89 | | | | | |
| | | |    12/21/09 P3347416    181.89 | | | | | |
| | | | .................................... | | | | | |
| 2 | | | TOTAL | 168 | | | | |
| | | | AMOUNT DUE | | | | | 181.89 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (SEE)

DELPHI CORP

02 JOAQUIN CAVAZOS
QS INDIOS        TX 78567
   11445114
DF6035629
15

BINDING TENDER
281056 MTRG
FREIGHT BILL NUMBER
963 136 753
CUST BILL/PRO SEAL
12F
PIECE OF SALE
09/10/08

963
HAR
ORIG
MUK

SHIPPER
DELPHI CORP
DIV E CISCO 31020
7929 S HOWELL AVE
OAK CREEK        WI 53154
   29300165    (800)729-2681
ADV CAR
53997621

UPS FREIGHT PHONE NUMBER
(800)333-7400

Freight                www.upsfreight.com

963 136 753                              UPGF

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | MISC |
|-----|----|----|--------------------------------------------|--------------|------|
| 2 | | BX | 2 PIECE(S) COUNTED AND VERIFIED ON<br>1 SK HANDLING UNIT(S) WITH THE<br>PRINTER<br>LTL FUEL ADJUSTMENT<br>BE167960        P.O. NUMBER<br>BILL TO: 24068435<br>DELPHI CORP<br>UPGF    6180 0261650<br>UPGF 560   02/04/08 C N  50967 | 168 | FOLLOWING<br>116030-01 |

9/10/08  8:35

| 2 | TTL PCS | | TTL WT ▶ | 168 |
|---|---------|-|----------|-----|
2 BX

DOOR  ARRIVE  DEPART
103   8:32    8:39
DATE  DRIVER NAME
09/10/08

S DLVRD
INTACT?
YES    NO

DEEMED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OR FORM ABOVE.

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 61 of 92

Page 410 of 425

# DELPHI

Delco Electronics Systems

Page 1 of 1

## Bill of Lading / Packing Slip

| | |
|---|---|
| **Shipped From:** GM-2 | **Ship To:** SHIPPER |
| DELPHI DELCO MILWAUKEE | DELPHI A S |
| 7929 SOUTH HOWELL AVENUE | 702 JOAQUIN CAVAZOS ROAD |
| OAK CREEK WI 53154 | ATTENTION: JOHN RASSMANN, DELNORTE |
| | LOS INDIOS TX 78567 |
| | **Unloading Point:** |
| **Sold To:** BUY DELPHI | **Final Distination:** SHIPPER |
| | DELPHI A S |
| | 702 JOAQUIN CAVAZOS ROAD |
| | ATTENTION: JOHN RASSMANN, DELNORTE |
| | LOS INDIOS TX 78567 |
| | **Unloading Point:** |

Bill of Lading - SID:   53997621

Ext. Sup - SID:
Master BOL:  6331524
Supplier Code:
Seal No.:  NA

Trailer No.:  NA
Air Bill No.:
Logistic No:
Terms:  PPD--PREPAID
Routing:  000000

Subject to Section 7 of Condition of applicable bill of lading if the shipment is to be delivered to the consignee without the recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight & other lawful charges

Signature of Shipper (Consignor):

| ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|

UPS Freight   963  136  753   MWK

| | | |
|---|---|---|
| Total Containers:  00002 | | |
| Gross Weight: | 168.000 LB | 76.203 KG |
| Tare Weight: | 0.000 LB | 0.000 KG |
| Net Weight: | 0.000 LB | 0.000 KG |

Reason:
Received subject to the lawfully filed tariffs in effect on the date of issue of this bill of lading. Terms and conditions shown in the uniform bill of lading apply.

Carrier's Signature & Date:
J. Babich                28v cm 154
Date:   9/16/08

Hazardous Placards Offered?    (circle one)    Yes    No

Carrier's Signature: _____

| HM | Description of Commodity | Net Weight (KG) |
|---|---|---|
| | Undefined | 0.000 KG |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper signature (Required if shipping Hazardous Material): _____

| Material No / Customer Material No. | Description | Customer PO | Case Size | Qty Picked | Orders Req. |
|---|---|---|---|---|---|
| MISC01 EAM | ZEBRA PRINTER BE6035629 | | | 1.000 PC | |
| MISC02 EAM | ZEBRA PRINTER BE107860 | | | 1.000 PC | |

| Customer Specific Information |
|---|
| INCLUDES 60356291 AND 60656292 UPGRADE |

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 63 of 92

Page 411 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 1-15-2008 | ELP | SGN | 969980992 | $    334.69   USD |

| | | | |
|---|---|---|---|
| CONSIGNEE:        01320723<br>LANDAAL PACKAGING<br>SUITE B<br>3256 IRON ST<br>BURTON, MI 48529 | P.O. NO.<br>NONE | | |
| | B/L NO.<br>102251 | Payment Due<br>**ON RECEIPT** | |
| | ADV SCAC | PRO# | DATE    REY SCAC |

| | |
|---|---|
| SHIPPER:        00604251<br>DELPHI CORP<br>DIV P CISCO 60606<br>48 WALTER JONES BLVD<br>EL PASO, TX 79906 | BILL TO:        32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 17 | | CN | ***    SHIPMENT REWEIGHED    ***<br>AUTO PRT,PLSTC;RUBBER<br>65.00% DISCOUNT<br>002460 LTL FUEL ADJUSTMENT<br>00442-SOH ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT SOH.<br>WEIGHT DECLARED AS 00442 LBS.<br>ACTUAL WEIGHT IS 00515 LBS.<br>1022510                SID#<br>UPGF   6180 0261658<br>UPGF 560     03/26/07 C N 254510<br><br>...........................<br>PREVIOUSLY INVOICED ON:<br> 03/22/10 P3458508     334.69<br> 02/22/10 P3421849     334.69<br> 11/30/09 16738238     334.69<br>........................... | 515 | 018260-05 | 85 | 149.02<br>65.00<br>24.60 | 767.45<br>-498.84<br>66.08 |
| 17 | | | TOTAL<br>                    AMOUNT DUE | 515 | | | | 334.69 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT (RED)

CONSIGNEE

LANDAAL PACKAGING
KSATURN CORP STE 8
3256 IRON ST
BURTON                MI 48529
    03106051        (810)743-4500

NONE

INBOUND TRAILER

260661 GVWT
FREIGHT BILL NUMBER
969 980 992
CITY TER/AND SCAC        DEST
13M              SGN
PICK UP DATE        ORIG
01/15/08    ELP

SHIPPER
DELPHI CORP
DIV P CISCO 60606
48 WALTER JONES BLVD
EL PASO       TX 79906
    00604251
ADV CAR
BILL    102251

UPS FREIGHT PHONE NUMBER
(800)333-7400

10

969 980 992                                    UPGF

| # PCS | BW | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|-------|----|----|----|----|----|
| 17 | CN | | 17 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE AUTO PRT,PLSTC;RUBBER 53.90% DISCOUNT LTL FUEL ADJUSTMENT 1022510                SIO# SECTION 7 SIGNED BILL FREIGHT CHARGES TO: BILL TO: 09015750 LANDAAL PACKAGING XTRANS MAN LOGISTICS PO BOX 905 | 442 | RECEIVED BY FLINT PACKAGING, INC. FOR PERFORMANCE PARTS OPERATIONAL COUNTS AND DAMAGE SUBJECT TO INSPECTION SIGNED 1-18-08 FOREIGN RECEIVER ATTN: CARRIER - SERVICE CENTER STATUS GM SERVICE PARTS OPERATIONS P.O. BOX 880 FLINT MICHIGAN 48501-1524 |

ONTO   TTL PCS        17
CES DLVRD
DMAP    IMPACT?
  YES    NO

PRINT NAME
SIGNATURE
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

TTL WT
FROM

ODOM    ARRIVE    DEPART
108    142    157
DATE
1-18

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 65 of 92

Page 412 of 425



969 980 992

**UPGF**

| # PCS | RM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (SBT) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | TAYLOR        MI 481800090S | | | | |
| | | | UPGF   6180 0263222 | | | | |
| | | | CZAR   196            21650 | | | | |
| | | | CONTD PAGE  2 | | | | |
| 17 ◀TTL PCS | | | | TTL WT ▶    442 | | | |

# DELPHI

**THIS SHIPPING ORDER**

Received, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Shipping Order.

DUNS 607039732
SUPPLIER CODE 60610
                                17:15
AT EL PASO TEXAS

| D-U-N-S | | DATE SHIPPED | CARRIER NAME | SHIP AUTH | BILL OF LADING(S) I.D |
|---|---|---|---|---|---|
| 01-841-4282 | SUPPLIER CODE 80001 | 01-15-08  OVNT | | MSRR | 102251 |

LANDAAL PACKAGING SYSTEMS
C/O SATURN CORPORATION
3256 B IRON STREET
BURTON, MI                     48529

CAR/TRUCK NO.
OVNT
CAR/TRUCK SEAL NO.

C.O.D. AMOUNT
for Collect

Subject to Section 7 of Conditions or applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and other lawful charges
PACKARD ELECTRIC SYSTEMS

Per B. KOVAL

ROUTING                                 PTA:

| DELIVERING CARRIER | | SPECIAL SHIPPING INSTRUCTIONS | | | | If charges are to be prepaid, write or stamp here "To Be Prepaid" | | | CLASS OR RATE | WEIGHT (SUBJ TO CORR) |
|---|---|---|---|---|---|---|---|---|---|---|
| OVNT | | | | | | | | | | |

| OVNT | 5404 | 5131 | 5491 | 5525 | MISC STL | PKT CLASS | ARTICLE DESCRIPTION | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | ELECTRICAL CABLE ASSEMBLIES OR WIRING HARNESSES | | | |
| | | | | | | 2 | BATTERY CABLES WITH TERMINALS ATTACHED | | | |
| | | | | | | 3 | ELECTRIC CABLE, COPPER, BRASS, OR BRONZE N.O.I | | | |
| | | | | | | 4 | WIRE HARNESSES WITH CORD SETS, RECEPTACLES, ROSETTES OR SOCKETS ATTACHED | | | |
| | | | | | | 5 | ELECTRIC TERMINALS ATTACHED AND OTHER ARTICLES CLASSIFIED | | | |
| | | | | | | 6 | BRASS CABLE TERMINALS | | | |
| | | | | | | 7 | BOLTS OR NUTS, IRON OR STEEL N.O.I. | | | |
| | | | | | | 8 | AUTO BODY PARTS, PLASTIC OR RUBBER PER ITEM 18260 SUB 5 NMFCA-11 | | | |
| | | | | | | 9 | COPPER WIRE, COVERED, INSULATED OR PLAIN | | | |
| 17 | | | | | | 08 | AUTO PRT,PLSTC,RUBBER- ITEM 18260 SUB5 | | | 442 |

ODOMETER 301   ARRIVE 1640   DEPART 1721   DESTINATION

UPS Freight  969 980 992  ELP

RL 1/5/04
******* PACKING SLIPS ATTACHED *******

| 17 | | | | | | TOTAL NO. OF SKIDS, METAL CONTAINERS, SKIDS OF PALLETIZED PACK UNITS, AND LOOSE SHIPPING CONTAINERS COVERED BY AND INCLUD ED WITH THIS SHIPMENT | 17 | TOTAL WEIGHT | 442 |
|---|---|---|---|---|---|---|---|---|---|
| LOOSE PACK UNITS SECURED TO PALLETS OR PLACED IN METAL CONTAINERS FOR SHIPMENT | | | | | | SHIPPING CONTAINERS COVERED BY THIS BILL OF LADING ARE MARKED OR IDENTIFIED WITH THE FOLLOWING B.O.L. MANIFEST NUMBERS: 1022510 | | | |

THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKERS CERTIFICATE THEREON AND ALL OTHER REQUIRE- MENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.

"SHIPPERS" IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

PACKARD ELECTRIC SHIPPING USE ONLY.
13757
001
001

The description and weight indicated on this Bill of Lading are correct subject to verification by the Merchants Despatch Trans. Corp. Division of weighing and inspection according to Agreement

**PACKARD ELECTRIC**

| QUANTITY | DESCRIPTION | DUNNAGE (WGT.) IRE OR IS INCLUDED IN ABOVE WEIGHT | |
|---|---|---|---|
| | SKIDS | NON-RETURNABLE PALLETS / CONTAINERS USED IN THIS SHIPMENT. | LBS. |
| | 5131 | RETURNABLE METAL CONTAINERS / SKIDS USED IN THIS SHIPMENT. | LBS. |
| | 5491 | RETURNABLE METAL CONTAINERS / SKIDS USED IN THIS SHIPMENT. | LBS. |
| | 5590 | RETURNABLE METAL CONTAINERS / SKIDS USED IN THIS SHIPMENT. | LBS. |
| | STEEL | RETURNABLE METAL CONTAINERS USED AS DUNNAGE. | LBS. |
| | TOTAL | TOTAL WEIGHT | LBS. |

PACKARD ELECTRIC SYSTEMS, SHIPPER

UPS FX Chelliem  17/0 Pallet
1/15/8

PER
PERMANENT POST OFFICE OF SHIPPER  P.O. BOX 431, WARREN, OHIO 44482

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading

FRM6264-1100

**2**

102251  102251  102251  102251  102251  102251  102251  102251  102251

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 67 of 92

Page 413 of 425



"Sherry Pritt"
<Sherry.Pritt@landaal.com>
02/04/2009 12:42 PM

To   <TFDaniel@upsfreight.com>
cc   <SLICSASTeam@schneider.com>
bcc
Subject   RE: Landaal Packaging Acct# 09815750

I do not have a specific person

The address is
Schneider Logistics
2654 S Packerland
Greenbay. WI 54306

Email address
Freight Invoices –
(SLICSASTeam@schneider.com)

*969980992*

*3563026/2*

*740703471*

*356302516*

*356302520*

Thank you!
*Sherry Pritt*
Transportation-Receiving Supervisor
Landaal Packaging Systems
1-810-742-2730 ext 223 Main Line
1-810-223-0609 Direct Line
1-810-223-0753 Additional Line
1-810-744-9829 Fax Line
1-810-515-6673 Cell

**From:** TFDaniel@upsfreight.com [mailto:TFDaniel@upsfreight.com]
**Sent:** Wednesday, February 04, 2009 12:11 PM
**To:** Sherry Pritt
**Subject:** Fw: Landaal Packaging Acct# 09815750

Sherry,

Please see email below.

Do you happen to have the address for Schneider Logistics that these
invoices need to be mailed to instead of Landaal Pkg?

   Tks

Tammy Daniel
MNC Auditor

# UPS Freight℠



P.O. BOX 1216
RICHMOND, VA 23218-1216
1-800-333-7400
http://www.upsfreight.com

## WEIGHT CERTIFICATE

Freight Bill Number: 969980992                          Weighed Date: 01/17/2008
Weighing performed at SOH  Service Center

**WEIGHT CERTIFICATION**
We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment.  The scales used are certified "legal for trade" and are maintained to
conform to all established federal and state guidelines.  Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

|  | Handling Units | Weight (lbs.) |
|---|---|---|
|  | 1 | 515 |
| Actual Scale Total | 1 | 515 |

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 69 of 92

Page 414 of 425

## UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 9-14-2009 | SBR | SGN | **975285205** | $   221.22   USD |

| | | |
|---|---|---|
| CONSIGNEE:       21723155<br>DELPHI CORP<br>DOCK 43<br>1101 N CENTER RD<br>FLINT, MI 48556 | P.O. NO.<br>  NONE | **Payment Due** |
| | B/L NO.<br>  30695 | **ON RECEIPT** |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| | |
|---|---|
| SHIPPER:        09127812<br>CAPSTAN ATLANTIC<br><br>10 CUSHING DR<br>WRENTHAM, MA 02093 | BILL TO:        32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 24 | | TO | CASTINGS<br>65.00% DISCOUNT<br>001730 LTL FUEL ADJUSTMENT<br>UPGF  6180 0261658<br>UPGF 560     01/05/09 C N 119260<br><br>...................................<br>PREVIOUSLY INVOICED ON:<br>  03/22/10 P3458508     221.22<br>  02/22/10 P3421849     221.22<br>  01/18/10 P3384610     221.22<br>  12/21/09 P3347416     221.22<br>................................... | 663 | 104770-00 | 50 | 81.27<br>65.00<br>17.30 | 538.82<br>-350.23<br>32.63 |
| 2 | | | TOTAL<br>                   AMOUNT DUE | 663 | | | | 221.22 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

CONSIGNEE

DELPHI CORP
DOCK 43
1101 N CENTER RD
FLINT          MI 48556

21723155

C# NONE

| | 271384 OVNZ |
| FREIGHT BILL NUMBER |
| 975 285 205 |
| CITY #TE/BYD SC/KC | DEST |
| 13C | SGN |

UPS FREIGHT PHONE NUMBER
(800)333-7400

PICK UP DATE
09/14/09

ORIG
S88

10 CUSHING DR
WREHTHAM        MA 02093
09127812    (508)384-3100

ADV CAR
B/L# 30695

16

**UPS Freight**™    www.aladeaps.com

975 285 205

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|----|----|----------------------------------------------|-------------|------|---|---|
| 2 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 2 SK HANDLING UNIT(S) SAID TO CONTAIN: | | | | |
| | | | (24 TO) CASTINGS | 663 | 104770-00 | | |
| | | | 65 00% DISCOUNT | | | | |
| | | | .EL FUEL ADJUSTMENT | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | |
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | XTRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN       SC 296621208 | | | | |
| | | | UPGF   6180 0261658 | | | | |

CONTD    <TTL PCS    PRINT NAME B Bulaker    <TTL WT >    GROUP    ARRIVE    DEPART

PIECES DELIVR
INTACT?
YES / NO?

SIGNATURE X      FIRM     OVS    1135    151

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED    DATE 9-1c
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE    DRIVER NAME

Z000004 000471

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 71 of 92

Page 415 of 425



**UPS Freight**™

| PPCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|------|-----|-----|------|------|------|------|------|
| | | | UPGF 560    01/05/09 C N 119260 | | | | |
| | | | CONTD PAGE  2 | | | | |

| 2 < TTL PCS | PRINT NAME | TTL WT > | 663 | COOM | ARRIVE | DEPART |
|------|------|------|------|------|------|------|
| PIECES DLVRD ___ | SIGNATURE | | | | | |
| WRAP   INTACT? | X | FIRM | | | | |
| YES    NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | DATE | DRIVER NAME |
| | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

**STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading

029 8847394     (Name of Carrier) Central Tran

From  **CAPSTAN ATLANTIC**                    Pur. Order No

At     **Wrentham, MA 02083**     Date 9-14-09     Shippers No.     **30695**

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to  D-lph & Flint Operations   1101 North Center Rd. (Dock-43)

Destination  Flint   48506   State  MI   County

Route _____   Delivery Address ★ _____

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO PACKAGES | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUB TO COR.) | CLASS OR RATE | CHECK COLUMN | |
|---|---|---|---|---|---|
| 1 | Pallet ( 10 - 3688) 12 totes | 315 # | | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| 1 | Pallet ( 16 - 3706) 12 totes | 348 # | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 2 | | 663 # | | | _____(Signature of Consignor)_____ |
| | | | | | If charges are to be prepaid, write or stamp here, "To Be Prepaid." |
| | | | | | Collect |
| | | ODOMETER 10.7   ARRIVE √600   DEPART 1627   DESTINATION | | | Received $ _____ to apply in prepayment of the charge on the property described hereon. |
| | | | | | Agent or Cashier |
| | | | | | Per _____ (The signature here acknowledges only the amount prepaid) |
| | UNFINISHED IRON CASTING | | | | Charges Advanced $ |

UPS Freight 975 285 205 SBR

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight." Shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ Per _____

**C. O. D. SHIPMENT**
C. O. D. Amt
Collection Fee
Total Charges

*This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

CAPSTAN ATLANTIC
10 Cushing Drive
Wrentham, MA 02083

SHIPPER    Per  _____
Agent  UPGF  _____
Truck #  9/14/09  (SR)

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B
(cont.)   Pg 73 of 92

Page 416 of 425

UPS FREIGHT LTL

# UPS Freight™



**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 6-13-2008 | DTR | ELP | 983092526 | $ 209.82 USD |

CONSIGNEE:      20857185
DELPHI CORP
DIV S CISCO 44978
32 CELERITY WAGON DR
EL PASO, TX 79906

| P.O. NO. | NONE | | Payment Due |
|---|---|---|---|
| B/L NO. | 210641 | | ON RECEIPT |
| ADV SCAC | PRO# | DATE | BEY SCAC |

SHIPPER:      42846764
MENLO WORLDWIDE

3201 UNIVERSITY DR
AUBURN HILLS, MI 48326

BILL TO:      32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | OT | STEEL OR IRON SCREWS, NOI PLAIN OR COATED | 39 | 104520-01 | 70 | MIN | 372.56 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -242.16 |
| | | | 003790 LTL FUEL ADJUSTMENT | | | | 37.90 | 49.42 |
| | | | 003000 NOTIFICATION CHARGES | | | | | 30.00 |
| | | | APPOINTMENT DELIVERY | | | | | |
| | | | SID431605 00          SID# | | | | | |
| | | | 40027          CUSTOMER # | | | | | |
| | | | UPGF    6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 146139 | | | | | |
| | | | ................................ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    209.82 | | | | | |
| | | | 02/22/10 P3421849    209.82 | | | | | |
| | | | 01/18/10 P3384610    209.82 | | | | | |
| | | | 12/21/09 P3347416    209.82 | | | | | |
| | | | ................................ | | | | | |
| 1 | | | TOTAL | 39 | | | | |
| | | | AMOUNT DUE | | | | | 209.82 COL |

If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.

DELIVERY RECEIPT

CONSIGNEE
DELPHI CORP
DIV S CISCO 44975
52 CELERITY WAGON DR
EL PASO          TX 79906
   OR NONE        (915)783-4700
     0818Z895

19

APPT TIME:  06/19   6:00 - 17:00

491366 OVNY
FREIGHT BILL NUMBER
983 892 526
CITY STL&VND SCAC
  29A
UPS FREIGHT PHONE NUMBER
 (800)333-7400
PICK UP DATE
06/13/88

SHIPPER         983 892 526
MENLO WORLDWIDE
3201 UNIVERSITY DR
AUBURN HILLS    MI 48326
42046764    (248)648-6154
ADV CAR
ORIG    RAO 210441
DEST
ELP
ORIG
DTR

983 892 526

UPS Freight™

| PCS | | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT/LBS | NMFC |
|-----|---|----|-------------------------------------------------|------------|------|
|     |   |    | 1   PIECE(S) COUNTED AND VERIFIED ON           |            |      |
|     |   |    | 1 OT  HANDLING UNIT(S) WITH THE FOLLOWING:     |            |      |
| 1   |   | OT | STEEL OR IRON SCREWS, NOI                       | 39         | 104520-01 |
|     |   |    | PLAIN OR COATED                                |            |      |
|     |   |    | 65.00% DISCOUNT                                |            |      |
|     |   |    | LTL FUEL ADJUSTMENT                            |            |      |
|     |   |    | NOTIFICATION CHARGES                           |            |      |
|     |   |    | SID431605 00          SID0                     |            |      |
|     |   |    | SECTION 7 SIGNED                               |            |      |
|     |   |    | 40027          CUSTOMER 8                      |            |      |
|     |   |    | BILL FREIGHT CHARGES TO:                       |            |      |
|     |   |    | BILL TO: 248684                                |            |      |

CONTD
PIECES ALWAYS
AND INTACT?
(YES) NO?

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 75 of 92

Page 417 of 425

THIS SHIPPING ORDER

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading

FROM  KAMAX L.R

| | SUPPLIER CODE   005 04897 | | BILL OF |
|---|---|---|---|
| | (MAIL OR STREET ADDRESS OF CONSIGNEE - FOR PURPOSES OF NOTIFICATION ONLY) | | LADING 210041 |

CONSIGNED TO DESTINATION

DELPHI E S C JUAREZ C/O ELPASO
22 CELEBITY WAGON ST. CDODO  ML
EL PASO TX 79938

| | CARRIER NUMBER | COLLECT | PREPAID |
|---|---|---|---|
| | MENLO_WORLDWIDE | X X | |

| TRAILER NUMBER | SEC. NUMBER | DELIVERY CODE | | DATE SHIPPED |
|---|---|---|---|---|
| | | MENL | | 05/13/08 |

| SHIPPER NUMBER | PLANT CODE | PLANT NAME | NET | TARE | GROSS | PLTS. | CARTON |
|---|---|---|---|---|---|---|---|
| S1D4314S 00 DELPI | 40027 | | 38 | 1 | 39 | 0 | 1 |



UPS Freight   983 092 526

| | NO. PALLETS | NO. CARTONS | DESCRIPTION OF ARTICLES SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS OR RATE | CHECK COLUMN |
|---|---|---|---|---|---|---|
| | 0 | 1 | STEEL OR IRON SCREWS N11 PLAIN OR COATED. | 39 | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

KAMAX L.R
Signature of Consignor.

If charges are to be prepaid, write or stamp here, "To be prepaid."

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)
Charges Advanced

| TOTAL UNITS | | | | | | |
|---|---|---|---|---|---|---|
| GROSS WEIGHT | 39 | TARE | 1 | NET WEIGHT | 38 | |

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certification thereon, and all other requirements of Rule 41 of the Consolidated Freight Classification.

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ Per _____

KAMAX L.R
PERMANENT POST OFFICE
ADDRESS OF SHIPPER

SHIPPER, PER
500 W. LONG LAKE ROAD, TROY, MICHIGAN 48098-4898

AGENT, PER

**2**

SHIPPING ORDER

05-44481-rdd   Doc 20041-2   Filed 05/12/10   Entered 05/12/10 16:16:49   Exhibit B (cont.)   Pg 77 of 92

Page 418 of 425

**UPS Freight™**



UPS FREIGHT LTL

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 10-02-2008 | MWK | JCK | 991411422 | $ 174.25  USD |

| | | | |
|---|---|---|---|
| CONSIGNEE:   04716784<br>DELPHI CORP<br>DIV P CISCO 60031 DOCK 23<br>925 INDUSTRIAL PARK RD<br>BROOKHAVEN, MS 39601 | P.O. NO.<br>S5742856 | | **Payment Due** |
| | B/L NO.<br>9300198118 | | **ON RECEIPT** |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| | | | |
|---|---|---|---|
| SHIPPER:   05249565<br>ABB<br>2500 S COMMERCE DR<br>NEW BERLIN, WI 53151-2800 | BILL TO:   32801414<br>DELPHI CORP<br>%TRENDSET INC<br>PO BOX 1208<br>MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | ***   SHIPMENT REWEIGHED   ***<br>ELEC CONTROLS<br>65.00% DISCOUNT<br>003040 LTL FUEL ADJUSTMENT<br>001800 REWEIGH FEE<br>00175-MWK ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT MWK.<br>WEIGHT DECLARED AS 00175 LBS.<br>ACTUAL WEIGHT IS 00235 LBS.<br>2186728<br>UPGF   6180 0261658<br>UPGF 560   02/04/08 C N   51219<br>...........................<br>PREVIOUSLY INVOICED ON:<br>    03/22/10 P3458508   174.25<br>    02/22/10 P3421849   174.25<br>    01/18/10 P3384610   174.25<br>    12/21/09 P3347416   174.25<br>........................... | 235 | 121875-00 | 70 | 145.68<br>65.00<br>30.40 | 342.35<br>-222.53<br>36.43<br>18.00 |
| 1 | | | TOTAL<br>AMOUNT DUE | 235 | | | | 174.25 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**



RECEIVED

OCT 0 6 2008

DELPHI PACKARD ELECTRIC
CONTENTS NOT VERIFIED
PLANT # 23

CONSIGNEE      DELIVERY RECEIPT      DELIVERING DEALER      991 411 422

FREIGHT BILL NUMBER
991 411 422
CITY RT/ARTO SCAC      BEST      ADV CAR

UPS FREIGHT PHONE NUMBER      PICK UP DATE      ORIG      BILL

## UPS Freight℠

www.upsfreight.com

| #PCS. | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | BILL TO: 32801414 | | | | |
| | | | DELPHI CORP | | | | |
| | | | xTRENDSET INC | | | | |
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN          SC 29662 | | | | |
| | | | UPGF   6188 0261458 | | | | |
| | | | UPGF 540   02/04/08 C W  51219 | | | | |
| | | | | | | | |
| | | | CONTD PAGE  2 | | | | |
| 1 | < TTL PCS | | FIRST NAME | TTL WT> | 235 | OBOH | AIRBASE | DEPART |
| | | | SIGNATURE | FINH | | | | |
| PIECES DLVRD | | | X | | | | | |
| WRAP  INTACT? | | | RECEIVED THE ABOVE PROPERTY IS GOOD CONDITION EXCEPT AS NOTED | | | DATE | DRIVER DATE | |
| YES   NO? | | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | | |



ABB
2500 So. Commerce Drive, New Berlin, WI  53151
Mailing Address:  P.O. Box 372, Milwaukee, WI  53201
Shipping Dept: (262) 785-3366  Fax: (262) 780-8979

## Straight Bill-of-Lading

Page  1  of  1
10/02/2008        15:53:50

**Other**

Pro Number  991411422

UPS Freight

### ABB Information

| | |
|---|---|
| ABB Delivery Number | 9500223588 |
| Delivery Date | 10/02/2008 |
| ABB Order Number | 9300198118 |
| Customer P.O. | S5742858 |

### Carrier Information

Route
Delivery Terms
3rd Party / Collect Info:

**Ship-To Party**  9991047784
DELPHI P BROOKHAVEN HDQTRS
925 INDUSTRIAL PARK ROAD
BROOKHAVEN MS  39601
USA

**Shipping Instructions**
UPS FREIGHT QUOTE # 2186728

THIRD PARTY BILL TO:
DELPHI P BROOKHAVEN HDQTRS
925 INDUSTRIAL PARK ROAD

**Profit Center Summary**
SGA04

| No. Packages | Handling Unit | Description | Class | Part Count | Weight |
|---|---|---|---|---|---|
| 1  of  1 | 1031554 | Electrical Controls<br>UPS FREIGHT QUOTE # 2186728<br><br>THIRD PARTY BILL TO:<br>DELPHI P BROOKHAVEN HDQTRS<br>925 INDUSTRIAL PARK ROAD<br>BROOKHAVEN, MS 39601 | 70 | 1 | 175  LB |
| | | | **Totals** | 1 | 175  LB |

| 950 | 473 | 440 |
|---|---|---|
| ODOMETER | ARRIVE | DEPART | DESTINATION |

UPS Freight  991  411  422  MWK

## TRUCKERS COPY

ABB Signature _____KB_____  Date 10-02-08

Carrier Signature _____  Date 10-2-08

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 81 of 92

Page 420 of 425

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number 991411422                        Weighed Date 10/02/2008
Weighing performed at MWK Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| | Handling Units | Weight (lbs ) |
|---|---|---|
| | 1 | 235 |
| Actual Scale Total | 1 | 235 |

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 83 of 92

Page 421 of 425

**UPS Freight**™



UPS FREIGHT LTL

REMIT TO:
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 6-26-2008 | TOR | ELP | 999402062 | $    503.66 | USD |

CONSIGNEE:    20857185
DELPHI CORP
DIV S CISCO 44978
32 CELERITY WAGON DR
EL PASO, TX 79906

| P.O. NO. | | |
|---|---|---|
| NONE | **Payment Due** | |
| B/L NO. | | |
| 43923 | **ON RECEIPT** | |
| ADV SCAC | PRO# | |
| | DATE | BEY SCAC |

SHIPPER:    14653380
A BERGER PRECISION LTD

28 REGAIN RD
BRAMPTON, ON L7A1A7

BILL TO:    32801414
DELPHI CORP
%TRENDSET INC
PO BOX 1208
MAULDIN, SC 29662-1208

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | ···    SHIPMENT REWEIGHED    ··· | | | | | |
| | | | EG6 :BROKER FILER CODE | | | | | |
| 1 | | SK | AUTOMOTIVE PARTS | 320 | 019160-01 | 100 | 304.31 | 973.79 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -632.96 |
| | | | 003780 LTL FUEL ADJUSTMENT | | | | 37.80 | 128.83 |
| | | | 001800 REWEIGH FEE | | | | | 18.00 |
| | | | 00252-HRS ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT HRS. | | | | | |
| | | | WEIGHT DECLARED AS 00252 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00320 LBS. | | | | | |
| | | | 0001600 CANADA BORDER FEE | | | | | 16.00 |
| | | | UPGF  6022 0261658 | | | | | |
| | | | UPGF 525    02/04/08 C N  46476 | | | | | |
| | | | | | | | | |
| | | | ···························· | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3458508    503.66 | | | | | |
| | | |   02/22/10 P3421849    503.66 | | | | | |
| | | |   01/18/10 P3384610    503.66 | | | | | |
| | | |   12/21/09 P3347416    503.66 | | | | | |
| | | | ···························· | | | | | |
| 1 | | | TOTAL | 320 | | | | |
| | | | AMOUNT DUE | | | | | 503.66 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

A BERGER PRECISION LTD

CONSIGNEE

DELPHI CORP
DIV S CISCO 44975
52 CELERITY MACON DR
EL PASO        TX 79906
    00182893    (915)783-4700
# NONE

927318 UPGF
FREIGHT BILL NUMBER
999 402 062
CITY REWIND SCAC        PRO
24A                    ELP
PICK UP DATE    ORIG
06/26/08        TOR

20 REGAIN RD
BRAMPTON        ON L7A1A7
    14653500
ADV CAR
    43923

UPS FREIGHT PHONE NUMBER
(800)333-7400

02

999 402 062

UPS Freight™        www.upsfreight.com

| PCS | HS | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | | |
|-----|----|----|----|----|----|----|----|----|
| 1 | | SK | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: AUTOMOTIVE PARTS | 320 | 019160-01 | | | |
| | | | 45.00% DISCOUNT | | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | REWEIGH FEE | | | | | |
| | | | 00252-WAS ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT HRS. | | | | | |
| | | | WEIGHT DECLARED AS 00252 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00320 LBS. | | | | | |
| | | | CANADA BORDER FEE | | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | | |

CONSIGNEE          DELIVERY RECEIPT          999 402 062

FREIGHT BILL NUMBER
999 402 862
CITY RTE/STP BC/SC      DEST

POD          UPS FREIGHT PHONE NUMBER      PICK UP DATE      ORIG      ADV CAR
                                                                        SLIC

**UPS Freight**™          www.upsfreight.com

| PCS | WM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(SUB) | NMFC | |
|---|---|---|---|---|---|---|
| | | | BILL TO: 24868435 | | | |
| | | | DELPHI CORP | | | |
| | | | XDATA2LOGISTICS | | | |
| | | | PO BOX 6034 | | | |
| | | | GRAND BLANC      MI 484806030 | | | |
| | | | UPGF    6822 0261658 | | | |
| | | | UPGF 525    02/04/88 C N 46476 | | | |
| | | | CONT'D PAGE  2 | | | |

| 1 <TTL PCS | PKG# 9940 | | TTL WT > | 320 | GRCH | ARRVE | DEPART |
|---|---|---|---|---|---|---|---|
| PIECES DLVRD | SIGNATURE | | | | | | |
| WRAP   INTACT? | X | | | | | | |
| YES    NO? | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | BARK | DRIVER NAME | |
| | RECORD EXCEPTIONS & DESCRIPTION OF GOODS IN BODY OF FORM ABOVE | | | | | | |

**STRAIGHT BILL OF LADING - ORIGINAL - NOT NEGOTIABLE**

UPS FREIGHT

A. Berger Precision Ltd.
28 Regent Road
Brampton, Ontario L7A 1A7
(905) 840-4207

Date 06/26/06

Consignor No. 43923

CANADA

Trailer No.

DELPHI - JUAREZ MFG
CROSS DOCK CISCO : 35021
32 CELERITY WAGON
DOCK #3M01
EL PASO, TEXAS 79906 USA

| Number & Kind | Description of Articles, Marks & Exceptions | Weight | Rate | Amount | FREIGHT CHARGES |
|---|---|---|---|---|---|
| 1 SK(1) | AUTOMOTIVE PARTS HOUSING | 252 | | | |

JUN 26 2006

CGI SHIPMENTS

UPS

ODOMETER    ARRIVE    DEPART    DESTINATION

UPS Freight 999 402 062 TOR

**NOTICE OF CLAIM**

(a) No carrier is liable for loss, damage or delay to any goods carried under the Bill of Lading unless there is written notice...

(b) The final statement of the claim must be filed within nine (9) months from the date of shipment together with...

A. Berger Precision Ltd.
28 Regent Road
Brampton, Ontario L7A 1A7
(905) 840-4207

1325925

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 87 of 92

Page 423 of 425

UPS Freight
P O Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

## WEIGHT CERTIFICATE

Freight Bill Number 9994/2062                          Weighed Date 06/27/2008
Weighing performed at HRS Service Center

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true
and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to
conform to all established federal and state guidelines. Established procedures for verifying weight meets
the guidelines published in the National Motor Freight Classification 100-series items 360 and 995

| | Handling Units | Weight (lbs ) |
|---|---|---|
| | 1 | 320 |
| Actual Scale Total | 1 | 320 |

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 89 of 92

Page 424 of 425

# UPS Freight™



UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 3-18-2008 | TOR | HAR | **999414345** | $    268.32   USD |

| CONSIGNEE:    15340636 | P.O. NO. | Payment Due |
|---|---|---|
| DELPHI CORP | NONE | |
| | B/L NO. | ON RECEIPT |
| 702 JOAQUIN CAVAZOS | NONE | |
| LOS INDIOS, TX 78567 | ADV SCAC    PRO# | DATE    BEY SCAC |

| SHIPPER:    36380400 | BILL TO:    32801414 |
|---|---|
| METAMAG INC | DELPHI CORP |
| MAGNESIUM SOLUTIONS | %TRENDSET INC |
| 770 WRIGHT ST | PO BOX 1208 |
| STRATHROY, ON N7G3H8 | MAULDIN, SC 29662-1208 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | BX | 112 :BROKER FILER CODE | 120 | 062265-01 | 100 | MIN | 558.87 |
| | | | HOUSING | | | | 65.00 | -363.27 |
| | | | 65.00% DISCOUNT | | | | 29.00 | 56.72 |
| | | | 002900 LTL FUEL ADJUSTMENT | | | | | 16.00 |
| | | | 0001600 CANADA BORDER FEE | | | | | |
| | | | UPGF  6022 0261658 | | | | | |
| | | | UPGF 525    02/04/08 C N  46437 | | | | | |
| | | | ........................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3458508    268.32 | | | | | |
| | | | 02/22/10 P3421849    268.32 | | | | | |
| | | | 01/18/10 P3384610    268.32 | | | | | |
| | | | 12/21/09 P3347416    268.32 | | | | | |
| | | | ........................... | | | | | |
| 2 | | | TOTAL | 120 | | | | |
| | | | AMOUNT DUE | | | | | 268.32 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI CORP

702 JOAQUIN CAVAZOS
LOS INDIOS        TX 78567
    11445114

266189 UPGF
999 414 345

12F        HAR
(800)333-7400    03/18/08    TOR

999 414 345

METAMAG INC
MAGNESIUM SOLUTIONS
770 WRIGHT ST
STRATHROY        ON N7G3H8
    36380400
ADV CAR
    NONE

25

Flour

999 414 345        UPGF

| # PCS | RW | PI | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT SUBJ | MARK | |
|-------|-----|-----|---------------------------------------------|------|------|---|
| | | | 2 PIECE(S) COUNTED AND VERIFIED ON | | | |
| | | | 2 01 HANDLING UNIT(S) WITH THE FOLLOWING | | | |
| 2 | BX | | HOUSING | 120 | 062265-01 | |
| | | | 65.00% DISCOUNT | | | |
| | | | LTL FUEL ADJUSTMENT | | | |
| | | | CANADA BORDER FEE | | | |
| | | | UPGF   6022 0261658 | | | |
| | | | UPGF 525   02/04/08 C N 46437 | | | |

5:00pm
3-19-08

1 skid w/2 tubes

| 2 4W PCS | | | PRO NAME | | TTL WT | 120 | ORIGIN | ARRIVE | DEPART |
|----------|---|---|----------|---|--------|------|--------|--------|--------|
| | | | SIGNATURE | | ITEM | | 061 | 4:48 | 5:05 |
| | | | | | | | 3/19/08 | | |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

05-44481-rdd    Doc 20041-2    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B
(cont.)    Pg 91 of 92

Page 425 of 425

BFC-112

3943

# BILL OF LADING

| No. | | | NOT NEGOTIABLE | | For consignor use |
|-----|--|--|----------------|--|-------|

For carrier use

Consignor _____ REFORMA INC    Date 03 | 17 | 08

Street Address _____ IRONWELD SOLUTIONS    Consignor's No. _____
770 WRIGHT ST.
STRATHROY, OH N7G 3H3
TEL (519)666-0404
FAX (519)666-0505

Origin (City or Town, etc.) _____

Received at the point of origin on the date specified, from the consignor mentioned herein, the property herein described, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which the carrier agrees to carry and to deliver to the consignee at the said destination, if on its own authorized route or otherwise to cause to be carried to said destination, subject to the rates and classification in effect on the date of shipment. It is mutually agreed, as to each carrier of all or any of the goods over all or any portion of the route to destination, and as to each party at any time interested in all or any of the goods, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, including conditions on back hereof, which are hereby agreed to by the consignor and accepted for himself and his assigns.

Consignee _____ Delphi

Street Address _____ 702 Joaquin Cavazos Rd.

Destination (City or Town, etc.) _____ Los Indios TX 78567    Route _____

| Number and Type of Packages | DG | Particulars of the Goods, Marks and Exceptions | Weight | Rate | Amount | FREIGHT CHARGES |
|---|---|---|---|---|---|---|
| 2 | | Box  45" X 8" round | 1200 | | | ☒ Collect ☐ Prepaid ☐ Third Party |
| | | Housing    HRS | | | | Freight charges will be collect unless marked prepaid. |

C.O.D. SHIPMENTS

DIAMETER | Approve. | DEPART. | DESTINATION

Amount _____ $ _____
Collection charge _____ $ _____
☐ Collect
☐ Prepaid    TOTAL $ _____

UPS Freight 999 414 345 TOR

APR 18 2008

AT OWNER'S RISK
TO BE SIGNED BY SHIPPER AND CARRIER.

(*) BILLING ADDRESS (if other than consignee or shipper)

HRS

Shipper
Per _____

Carrier
Per _____

Special agreement between consignor and carrier, advise here

DECLARED VALUATION$
Maximum liability of $4.41 per kilogram ($2.00 per pound) computed on the total weight of the shipment, unless declared valuation states otherwise. — (Conditions 9 and 10 on back).

NOTICE OF CLAIM
(a) No carrier is liable for loss, damage or delay to any goods carried under this Bill of Lading unless notice thereof setting out particulars of the origin, destination and date of shipment of the goods and the estimated amount claimed in respect of such loss, damage or delay is given in writing to the originating carrier or the delivering carrier within sixty (60) days after the delivery of the goods, or, in case of failure to make delivery within nine (9) months from the date of shipment. (b) The final statement of the claim must be filed within nine (9) months from the date of shipment together with a copy of the paid freight bill.

Note carefully conditions on back hereof which are hereby accepted.

| Consignor ___ REFORMA INC. | Carrier    UPS | Consignor _____ |
|---|---|---|
| Date  03 | 17 | 08 | Date   March 17 2008 | Date _____ |
| Per _____ | Per   Md. D #13 | Per _____ |