05-44481-rdd    Doc 20041-3    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 1 of 10

Page 1 of 3

# UPS Freight℠
## Invoice Summary
## Customer Copy

Please retain for your records

| Customer Name: | Invoice/Statement No: |
|---|---|
| DELPHI CORP | R307120 |
| **Customer No:** | **Invoice Date:** |
| 24068435 | 4-30-2010 |
| **Payment Terms:** | **Payment Due Date:** |
| Due Upon Receipt | ON RECEIPT |

The balance of account **24068435** is $ **358.17** reflecting payments received as of **04/29/10**

| 0 - 30 days | 31 - 60 days | 61 - 90 days | 91 - 365 days | Over 365 days |
|---|---|---|---|---|
| $ 0.00 | $ **358.17** | $ 0.00 | $ 0.00 | $ 0.00 |

Total credits and other $ 0.00

Balances in **bold** are past due. Other accounts for which you are responsible are not included and your total balance may be different.

| PRO Number | Ship Date | Customer Reference | P/C | Amount | Remarks | Important Message |
|---|---|---|---|---|---|---|
| 062683154 | 03-25-2010 | NONE | C | 358.17 | | |

### The Power of UPS Technology

Looking to save time and increase efficiency while reducing errors and data entry?

Use UPS Worldship™ or UPS Internet Shipping to improve your shipping processes. Whether you ship pallets or packages your company can create electronic BOLs & shipping labels, maintain shipment & pick up history, send email notifications, use address books, and save your preferences.

**Learn more at**

www.ups.com/ltl_technology

| TOTAL PROS | TOTAL DUE | |
|---|---|---|
| 1 | 358.17 | USD |

For customer service, please call: 1-800-333-7400
Mail other correspondence to: P.O. BOX 1216, RICHMOND, VA 23218-1216
Web Site: www.upsfreight.com · DUNNS#: 00-599-5071
Fed ID#: 54-0481236 · A VIRGINIA CORPORATION

---

Please detach and return with payment



**UPS Freight™**
P.O. BOX 1216
RICHMOND, VA 23218-1216

RETURN SERVICE REQUESTED

## Invoice Documents
DUE ON RECEIPT

REMIT TO: UPS FREIGHT
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## Invoice Summary - Remittance

Important Note - Please complete the back of this remittance with the payment detail. Doing so will allow us to properly apply your payment. Thank you!

| Customer No: |
|---|
| 24068435 |
| **Invoice/Statement No:** |
| R307120 |
| **Invoice Date:** |
| 4-30-2010 |
| **Payment Due Date:** |
| ON RECEIPT |
| **Payment Terms:** |
| Due Upon Receipt |

7000002      NOMAIL      1086E

DELPHI CORP
%DATA2LOGISTICS
PO BOX 61040
FORT MYERS, FL 33906-1040

## The Power of UPS Technology... Now for Your LTL Shipments

Now you can use advanced UPS tools to process UPS Freight℠ LTL, track shipments and reconcile billing.

### *Shipping*

**Internet Shipping** - Create LTL bills of lading (BOL) on ups.com®. You can also request a freight pickup, see your custom rates, store LTL templates and BOL drafts, establish freight preferences, manage commodity lists, and send e-mail ship notifications to customers.

**UPS WorldShip®** - High-volume package shippers already know the advantages of our powerful automated shipping software. Now you can use contacts from your WorldShip address book to process LTL freight shipments on ups.com.

### *Tracking*

**Quantum View℠ Manage** - Get a comprehensive view of all your inbound, outbound and alternate billed shipping activity, including package, LTL, and air and ocean freight. You can also provide customers with delivery status via e-mail and proactively manage any issues.

**Tracking on ups.com** - Use this simple online tool to track small package, LTL, air and ocean freight shipments all on the same screen. You can also proactively notify recipients of shipment status with Quantum View Notify directly from the Tracking Results screen.

### *Billing*

**UPS Billing Data and Billing Analysis Tool** - Get a complete breakdown of transportation expenses for package and LTL shipments across numerous categories with UPS Billing Data's electronic billing file. The Billing Analysis Tool helps you analyze your billing data quickly, allocate charges and generate professional reports.

**UPS PDF Invoice** - Save time by receiving an exact copy of your UPS and UPS Freight paper bills electronically--no need to wait for postal delivery.

Learn more about using ups.com for your LTL shipments at ups.com/LTL_Technology.

---

## Payment Detail

**Instructions:** If you are forwarding payment in an amount other than the total due, please write in your payment amount and reason beside the applicable PRO#. Doing so will allow us to properly apply your payment. Thank you!

| PRO# | Amount Due | Amount Paid | Reason | PRO# | Amount Due | Amount Paid | Reason |
|---|---|---|---|---|---|---|---|
| 062683154 | 358.17 | | | | | | |

# UPS Freight℠

**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 533238
CHARLOTTE, NC 28290-3238

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 3-25-2010 | ATL | BKL | **062683154** | $ 358.17 | USD |

| CONSIGNEE: 26119321 | P.O. NO. NONE | Payment Due |
|---|---|---|
| KOREA DELPHI AUTO C/O BNX SHIPPPING 147 32 FARMERS BLVD JAMAICA, NY 11434 | B/L NO. NONE | **ON RECEIPT** |
| | ADV SCAC / PRO# / DATE / BEY SCAC | |

| SHIPPER: 14727134 | BILL TO: 24068435 |
|---|---|
| GROOV PIN CORP 39 HERRING RD NEWNAN, GA 30265-1005 | DELPHI CORP %DATA2LOGISTICS PO BOX 61040 FORT MYERS, FL 33906-1040 |

| PCS | IM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | METAL FASTENERS<br>65.00% DISCOUNT<br>002010 LTL FUEL ADJUSTMENT<br>002100 CORRECTED BOL CHARGE<br>UPS WORLDSHIP<br>007300 REDELIVERY CHARGE<br>NONE<br>UPGF  6180 0261658<br>UPGF  560    01/04/10 C N 407600<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br>PREVIOUSLY INVOICED ON:<br>  04/07/10 17239813      358.17<br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | 350 | 000050-00 | 50 | 179.56<br>65.00<br>20.10 | 628.46<br>-408.50<br>44.21<br>21.00<br><br>73.00 |
| 1 | | | TOTAL<br>AMOUNT DUE | 350 | | | | 358.17 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

| CONSIGNEE | DELIVERY RECEIPT | DELIVERING TRAILER | SHIPPER | |
|---|---|---|---|---|
| KOREA DELPHI AUTO | | 4029 RITE | SPI HERRING CORP | |
| C/O BNX SHIPPPING | | FREIGHT BILL NUMBER | NEWNAN | GA 30265-1005 |
| 147 32 FARMERS BLVD | | 062 683 154 | 14727134 | (770)251-5054 |
| JAMAICA       NY 11434 | CITY RTE/BYD SCAC | DEST | ADV CAR | |
| 26119321 | 34 | BKL | | |
| PO# NONE | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | BL# NONE |
| | (800)333-7400 | 03/25/10 | ATL | |
| 29 | D/R COPY: 1 | | | |
| NONE | | | | |

062 683 154

**UPS Freight**  www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| 1 | | SK | METAL FASTENERS | 350 | 000050-00 |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | CORRECTED BOL CHARGE | | |
| | | | BKL S/C ID | | |
| | | | UPS WORLDSHIP | | |
| | | | REDELIVERY CHARGE | | |
| | | | BILL FREIGHT CHARGES TO: | | |
| | | | BILL TO: 24068435 | | |
| | | | DELPHI CORP | | |
| | | | %DATA2LOGISTICS | | |

CONTD < TTL PCS    PRINT NAME: Dolee    TTL WT >    ODOM    ARRIVE 9:43   DEPART 10:13
PIECES O/VRD  1SK  SIGNATURE X    FIRM    DATE 3-31-10   DRIVER NAME H.A
WRAP INTACT? YES / NO?   RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

1 PCT    3/31/10

7000002 000041



| CONSIGNEE | DELIVERY RECEIPT | DELIVERING TRAILER | SHIPPER | |
|---|---|---|---|---|
| | | FREIGHT BILL NUMBER | 062 683 154 | |
| | | CITY RTE/BYD SCAC | DEST | ADV CAR |
| PO# | UPS FREIGHT PHONE NUMBER | PICK UP DATE | ORIG | BL# |

UPS Freight  www.upsfreight.com

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | PO BOX 61040 FORT MYERS    FL 339061040 | | | | |
| | | | CONTD PAGE 2 | | | | |
| 1 < TTL PCS | | | PRINT NAME / SIGNATURE X | TTL WT > 350 / FIRM | ODOM | ARRIVE | DEPART |
| PIECES DLVRD WRAP INTACT? YES  NO? | | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | DATE | DRIVER NAME | |



**GROOV-PIN CORP.**

39 HERRING RD
NEWNAN, GA 30265
(770) 251-5054 (770) 251-7626 FAX

UBL
0026 83154

### FACSIMILE TRANSMITTAL SHEET

TO: Frank

FROM: Michelle

COMPANY:

DATE: 3/30/10

FAX NUMBER: 718 387 1659

TOTAL NO. OF PAGES INCLUDING COVER: 2

PHONE NUMBER:

RE:

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

Thanks!
Michelle

CABL

Please redeliver Pro # 062683154 (package to Korea Delphi Automotive Systems c/o BNX Shipping INE) to the following address:

## 147-32 FARMERS BLVD.
## JAMAICA, NY 11434

Thank you,

Michelle York

*Michelle York*

Groov-Pin Corporation

UPS WS11.0.15
**STRAIGHT BILL OF LADING- SHIPPING ORDER NOT NEGOTIABLE**
**UPS FREIGHT (UPGF)**

WEB SITE: www.ups.com
DATE: 03/25/2010
Page 1 of 1

**CONSIGNEE**
KOREA DELPHI AUTOMOTIVE SYSTEMS

UPS Freight cannot deliver to a P.O. Box

146-92 GUY BREWER BLVD.
C/O BNX SHIPPING INC.
JAMAICA, NY 11434
US

**SHIPPER**
GROOV-PIN CORPORATION
ATTENTION: JIMMY SLATON

39 HERRING ROAD
NEWNAN, GA 30265
US
PHONE: 7702515054

**BILL TO**
KOREA DELPHI AUTOMOTIVE SYSTEMS

146-92 GUY BREWER BLVD.
C/O BNX SHIPPING INC.
JAMAICA, NY 11434
US

**BILLING METHOD**
[ ] Prepaid
[✓] Collect
[ ] Third Party

Received $............to be delivered in the prepayment of ........................
the charges on the property described hereon. (agent or cashier)................

[ ] **GUARANTEED DELIVERY REQUESTED (If box is checked)**
By checking this box, the Payer requests UPS Freight to guarantee delivery of this shipment according to UPS Freight's transit schedule and agrees to pay 25% more ($30 minimum) above the cost normally incurred with this service. Payer will not be liable for payment if shipment fails to deliver on scheduled day.

DESCRIPTION OF ARTICLES, WEIGHT, NMFC, & CLASS ARE SUBJECT TO CORRECTION

| # OF PIECES | PKG TYPE | HM* | DESCRIPTION OF ARTICLES & SPECIAL MARK | WEIGHT | <UOM> | NMFC | CLASS |
|---|---|---|---|---|---|---|---|
| 1 | Pallet | | METAL FASTENERS | 350 | LBS | | 50 |
| 1 | | | | TOTALS: 350 | | | |

**SHIPPED AS:** 1 HANDLING UNITS AND 1 LOOSE

*Marked with an "X" to designate Hazardous Materials as defined in Title 49 of the Code of Federal Regulation
Hazardous Material Emergency Contact Number:

Additional Services: (CHARGES MAY APPLY)
[ ] CALL BEFORE DELIVERY
[ ] CONSTRUCTION SITE DELIVERY
[ ] HOLIDAY DELIVERY
[ ] RESIDENTIAL DELIVERY
[ ] WEEKEND DELIVERY
[ ] INSIDE DELIVERY
[ ] LIFT GATE REQUIRED
[ ] HOLIDAY PICKUP
[ ] INSIDE PICKUP
[ ] RESIDENTIAL PICKUP
[ ] WEEKEND PICKUP
[ ] SORT AND SEGREGATE Pieces

REFERENCE NUMBERS:

| COD FEE | | COD AMT | | REMIT COD CASH/ CHECK TO: |
|---|---|---|---|---|
| [ ] Prepaid | [ ] Collect | $ | [ ] CONSIGNEE CHECK ACCEPTABLE [ ] CERTIFIED CHECK OR CASH | |

CARRIER LIABILITY: Carrier liability for loss or damage will be the lesser of (1) the actual invoice of the commodities or article(s) lost, damaged, or destroyed; or (2) the amount determined from applicable limited liability provisions of the NMFC; or (3) the limited liability as stated in the applicable governing tariffs, unless **Excess Declared Value Coverage is specifically requested along with the amount of coverage needed in writing on the bill of lading at the time of shipment and applicable charges are paid. Maximum carrier liability is limited to $25.00 per pound per package and $100,000 per shipment. Liability for commodities or articles other than new is limited to $.10 per pound per package (and up to a maximum of $2.50 per pound per package when Excess Declared Value Coverage is requested). Liability for specific commodities or articles described in the UPGF rules tariff item 166 section 5 is limited to $2.00 per pound per package. Liabilities for commodities or articles subject to exception rating (FAK) is limited as described in the tariff. Certain items may be subject to a limited declared value, with a choice of rates under the tariff. You are advised to review the applicable tariff provisions before stating a value. ***Refer to the current tariff UPGF 102 series for complete details. Where a "rate" is dependant on a released, declared or actual value of the property is hereby specifically stated by the shipper not to be exceeding _____ per _____.

**Shipper requests Excess Declared Value in the amount of $_____

RECEIVED, subject to the individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper upon request; *** the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which says carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill or broker exists, carrier holds both the shipper and consignee liable for freight charges.

Subject to Section 7 Terms and Conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. UPS Freight may decline to make delivery of the shipment without payment of freight and all other lawful charges.

(Signature) _____

| ODOMETER | ARRIVE | DEPART | DESTINATION | TRAILER NUMBER | LINEAR FEET OF SHIPMENT |
|---|---|---|---|---|---|
| | | | | SEAL # APPLIED | |
| ATL 062683154 | | | | BEYOND SCAC: | CROSS REF PRO # |
| | | | | [ ] SHIPPER LOAD/ UNLOAD | |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Firm name: Groov-Pin Corporation
Signed by: _____

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

Carrier: UPS Freight
Date Received: 3-25
Driver: J.Gibson
UPS Freight Piece Count: 1 p/t