# UPS Freight℠

## Invoice Summary Customer Copy

Please retain for your records

| Customer Name: | Invoice/Statement No: |
|---|---|
| DELPHI CORP | R307123 |
| Customer No: | Invoice Date: |
| 44151726 | 4-30-2010 |
| Payment Terms: | Payment Due Date: |
| Due Upon Receipt | ON RECEIPT |

The balance of account **44151726** is $ **503.40** reflecting payments received as of **04/29/10**

| 0 - 30 days | 31 - 60 days | 61 - 90 days | 91 - 365 days | Over 365 days |
|---|---|---|---|---|
| $ 0.00 | **$ 0.00** | **$ 0.00** | **$ 130.74** | **$ 372.66** |

Total credits and other $ **0.00**

Balances in **bold** are past due. Other accounts for which you are responsible are not included and your total balance may be different.

| PRO Number | Ship Date | Customer Reference | P/C | Amount | Remarks |
|---|---|---|---|---|---|
| 255538813 | 03-11-2008 | NONE | P | 372.66 | |
| 337209460 | 06-26-2009 | NONE | P | 130.74 | |

| TOTAL PROS | TOTAL DUE |
|---|---|
| 2 | 503.40 USD |

*Important Message*

**Decision Green**

UPS has made a commitment to operating in an environmentally responsible way. From alternative fuel vehicles to routing technology, UPS finds ways to operate more efficiently and help our customers green their supply chains.

Join UPS Freight in our efforts to use less paper by deciding to receive your invoices electronically.

Visit www.ups.com/pdfinvoice

Follow the Next Steps and click on Enroll in UPS Freight PDF Invoice.

For customer service, please call: 1-800-333-7400
Mail other correspondence to: P.O. BOX 1216, RICHMOND, VA 23218-1216
Web Site: www.upsfreight.com · DUNNS#: 00-599-5071
Fed ID#: 54-0481236 · A VIRGINIA CORPORATION

Please detach and return with payment

UPS Freight℠
P.O. BOX 1216
RICHMOND, VA 23218-1216

RETURN SERVICE REQUESTED

## Invoice Summary - Remittance

**Important Note - Please complete the back of this remittance with the payment detail. Doing so will allow us to properly apply your payment. Thank you!**

| Customer No: |
|---|
| 44151726 |
| Invoice/Statement No: |
| R307123 |
| Invoice Date: |
| 4-30-2010 |
| Payment Due Date: |
| ON RECEIPT |
| Payment Terms: |
| Due Upon Receipt |

## Invoice Documents

DUE ON RECEIPT

7000005 NOMAIL 1086E

DELPHI CORP
DIV E DELNOSA PLANT 4
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

REMIT TO: UPS FREIGHT
P.O. BOX 730900
DALLAS, TX 75373-0900

**The Power of UPS Technology... Now for Your LTL Shipments**

Now you can use advanced UPS tools to process UPS Freight℠ LTL, track shipments and reconcile billing.

***Shipping***

**Internet Shipping** - Create LTL bills of lading (BOL) on ups.com®. You can also request a freight pickup, see your custom rates, store LTL templates and BOL drafts, establish freight preferences, manage commodity lists, and send e-mail ship notifications to customers.

**UPS WorldShip®** - High-volume package shippers already know the advantages of our powerful automated shipping software. Now you can use contacts from your WorldShip address book to process LTL freight shipments on ups.com.

***Tracking***

**Quantum View℠ Manage** - Get a comprehensive view of all your inbound, outbound and alternate billed shipping activity, including package, LTL, and air and ocean freight. You can also provide customers with delivery status via e-mail and proactively manage any issues.

**Tracking on ups.com** - Use this simple online tool to track small package, LTL, air and ocean freight shipments all on the same screen. You can also proactively notify recipients of shipment status with Quantum View Notify directly from the Tracking Results screen.

***Billing***

**UPS Billing Data and Billing Analysis Tool** - Get a complete breakdown of transportation expenses for package and LTL shipments across numerous categories with UPS Billing Data's electronic billing file. The Billing Analysis Tool helps you analyze your billing data quickly, allocate charges and generate professional reports.

**UPS PDF Invoice** - Save time by receiving an exact copy of your UPS and UPS Freight paper bills electronically--no need to wait for postal delivery.

Learn more about using ups.com for your LTL shipments at ups.com/LTL_Technology.

## Payment Detail

**Instructions: If you are forwarding payment in an amount other than the total due, please write in your payment amount and reason beside the applicable PRO#. Doing so will allow us to properly apply your payment. Thank you!**

| PRO# | Amount Due | Amount Paid | Reason | PRO# | Amount Due | Amount Paid | Reason |
|---|---|---|---|---|---|---|---|
| 255538813 | 372.66 | | | | | | |
| 337209460 | 130.74 | | | | | | |

7000005 000484

**UPS Freight**℠

**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 730900
DALLAS, TX 75373-0900

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 3-11-2008 | PAL | ELP | 255538813 | $ 372.66 USD |

CONSIGNEE: 22739732
THERMOTECH
UNIT B %ARIAS LOSISTICS
543 AMERICAS AVE
EL PASO, TX 79907

P.O. NO.
NONE

B/L NO.
NONE

Payment Due
ON RECEIPT

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| | | | |

SHIPPER: 44462946
WIEGEL TOOL WORKS

935 N CENTRAL
WOOD DALE, IL 60191

BILL TO: 44151726
DELPHI CORP
DIV E DELNOSA PLANT 4
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | *** SHIPMENT REWEIGHED *** | | | | | |
| 56 | | BX | THERMOTECH | 570 | 000077-00 | 77.5 | 139.54 | 795.38 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -517.00 |
| | | | 002740 LTL FUEL ADJUSTMENT | | | | 27.40 | 76.28 |
| | | | 001800 REWEIGH FEE | | | | | 18.00 |
| | | | 00650-DAL ORIGINAL WGT/REWEIGH | | | | | |
| | | | SHIPMENT WEIGHED AT DAL. | | | | | |
| | | | WEIGHT DECLARED AS 00650 LBS. | | | | | |
| | | | ACTUAL WEIGHT IS 00570 LBS. | | | | | |
| | | | 4004675100 CUSTOMER # | | | | | |
| | | | UPGF 6180 0261658 | | | | | |
| | | | UPGF 560 02/04/08 C N 49208 | | | | | |
| | | | ****************************** | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3466328 372.66 | | | | | |
| | | | 02/22/10 P3430487 372.66 | | | | | |
| | | | 01/18/10 P3394199 372.66 | | | | | |
| | | | 12/21/09 P3356852 372.66 | | | | | |
| | | | ****************************** | | | | | |
| 1 | | | TOTAL | 570 | | | | |
| | | | AMOUNT DUE | | | | | 372.66 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

NSIGNEE
THERMOTECH
NIT B XARIAS LOGISTICS
43 AMERICAS AVE
L PASO TX 79987
22739732

DELIVERY RECEIPT

DELIVERING TRAILER 530070 OVNT
FREIGHT BILL NUMBER 255 538 813
CITY ROUTE SCAC 12C
DEST ELP
PICK UP DATE 03/11/08
ORIG PAL

SHIPPER 255 538 813
935 N CENTRAL
WOOD DALE IL 60191
40570493
ADV CAR
B/L NONE

NONE
UPS FREIGHT PHONE NUMBER (800)333-7400

255 538 813

UPS Freight
www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | |
| | | | 1 SK HANDLING UNIT(S) SAID TO CONTAIN: | 570 | 000077-00 | | |
| | | | (56 BX) THERMOTECH | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | |
| | | | REWEIGH FEE | | | | |
| | | | 00650-DAL ORIGINAL WGT/REWEIGH | | | | |
| | | | SHIPMENT WEIGHED AT DAL. | | | | |
| | | | WEIGHT DECLARED AS 00650 LBS. | | | | |
| | | | ACTUAL WEIGHT IS 00570 LBS. | | | | |
| | | | 4004675100 CUSTOMER # | | | | |
| | | | BILL TO: 44151726 | | | | |
| | | | BELPHI E E DELNOSA PLANT 4 | | | | |

CONTD <TTL PCS 1SK
PIECES BLUES
WRAP INTACT? YES NO?

PRINT NAME Freddy Chacon
SIGNATURE X [signature]
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

TTL WT>
FIRM Thermotech

DOOR 104
ARRIVE 1:45
DEPART 1:55
DATE 3/14/08
DRIVER NAME [signature]

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of the issue of this Shipping Order, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

DESIGNATE WITH AN (X): BY TRUCK ☐ FREIGHT ☐

From WIEGEL TOOL WORKS, INC.
At 935 N. Central Ave. • Wood Dale, IL 60191

DATE: 03/11/08
SHIPPER'S NO.:
CARRIER
CARRIER'S NO.:
BY: UPS FREIGHT
ROUTE:
DELIVERING CARRIER:
CAR OR VEHICLE INITIALS & NO.:

CONSIGNEE AND DESTINATION:
Thermotech/Arias Logistics
543 B Americas Av.
El Paso TX, 79907

| NO. PACKAGES | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | CHG # | WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | ✔ |
|---|---|---|---|---|---|---|
| 56 | | BOX(ES) 4004675100 97,276 PCS | | 650# | | |
| | | ODOMETER / ARRIVE / DEPART / DESTINATION | | | | |
| | | UPS Freight 255 538 813 PAL | | | | |
| | | 3RD PARTY BILLING TO: | | | | |
| | | Delphi E & E Delnosa plant 4 | | | | |
| | | 702 Joaquin Cavazos rd | | | | |
| | | Los Indios, TX 78567 | | | | |
| 56 | | BOX(ES) / 1 SKID(S) | | 650# | | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per
(Signature of Consignor)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

3rd party

Received $ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier.

Per
(The signature here acknowledges only the amount prepaid).

Charges Advanced:

PLACARDS SUPPLIED ☐ YES ☐ NO
DRIVER'S SIGNATURE
EMERGENCY RESPONSE PHONE NO.

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. SIGNATURE ______ TITLE ______

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".
†Shipper's imprints in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.
Note – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

THIS SHIPMENT IS CORRECTLY DESCRIBED.
CORRECT WEIGHT IS ______ LBS.

†The fibre boxes used for this shipment conform to the specifications set forth in the box makers certificate thereon, and all other requirements of the Consolidated Freight Classification.

Shipper

C.O.D. SHIPMENT
C.O.D. Amt ______
Collection Fee ______
Total Charges ______

WIEGEL TOOL WORKS, INC.
935 N. Central Ave. • Wood Dale, IL 60191
Permanent post office address of shipper

Shipper, Per [signature] 3-11-08

Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.

2

**UPS Freight**
P.O. Box 1216
Richmond, Virginia 23218-1216
1-800-333-7400
http://www.upsfreight.com

WEIGHT CERTIFICATE

Freight Bill Number. 255538813
Weighing performed at DAL Service Center

Weighed Date. 03/13/2008

WEIGHT CERTIFICATION

We certify that the mentioned shipment has been weighed and that the correct weight as stated is the true and accurate weight of the shipment. The scales used are certified 'legal for trade' and are maintained to conform to all established federal and state guidelines. Established procedures for verifying weight meets the guidelines published in the National Motor Freight Classification 100-series items 360 and 995.

| | Handling Units | Weight (lbs.) |
|---|---|---|
| | 1 | 570 |
| Actual Scale Total | 1 | 570 |

**UPS Freight℠**

**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 730900
DALLAS, TX 75373-0900

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 6-26-2009 | PAL | ELP | 337209460 | $ 130.74 USD |

CONSIGNEE: 02277321
THERMOTECH
UNIT B %ARIAS LOSISTICS
543 AMERICAS AVE
EL PASO, TX 79907

P.O. NO. 1121
B/L NO. NONE

Payment Due: ON RECEIPT

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|
| | | | |

SHIPPER: 44462946
WIEGEL TOOL WORKS

935 N CENTRAL
WOOD DALE, IL 60191

BILL TO: 44151726
DELPHI CORP
DIV E DELNOSA PLANT 4
702 JOAQUIN CAVAZOS RD
LOS INDIOS, TX 78567

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 20 | | BX | 4004675140 | 130 | 000050-00 | 50 | MIN | 320.36 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -208.23 |
| | | | 001660 LTL FUEL ADJUSTMENT | | | | 16.60 | 18.61 |
| | | | INCENTIVE DISCOUNT MAY APPLY | | | | | |
| | | | CONS PH 952 933 9423 | | | | | |
| | | | UPGF 6180 0261658 | | | | | |
| | | | UPGF 560 01/05/09 C N 31984 | | | | | |
| | | | ****************************** | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3466328 130.74 | | | | | |
| | | | 02/22/10 P3430487 130.74 | | | | | |
| | | | 01/18/10 P3394199 130.74 | | | | | |
| | | | 12/21/09 P3356852 130.74 | | | | | |
| | | | ****************************** | | | | | |
| 1 | | | TOTAL | 130 | | | | |
| | | | AMOUNT DUE | | | | | 130.74 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

SIGNEE

THERMOTECH
IT B %ARIAS LOSISTICS
3 AMERICAS AVE
PASO TX 79907
02277321

1121

UPS FREIGHT PHONE NUMBER (800)333-7400

DELIVERING TRAILER 927317 UPGF

FREIGHT BILL NUMBER 337 209 460

CITY RTE/BYD SCAC 12F | DEST ELP

PICK UP DATE 06/26/09 | ORIG PAL

SHIPPER 337 209 460

DELPHI ... WORKS
935 N CENTRAL
WOOD DALE IL 60191
44462946 (630)595-6550

ADV CAR

BL# NONE

337 209 460

S Freight

www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON<br>1 SK HANDLING UNIT(S) SAID TO CONTAIN:<br>(20 BX) 4004675140<br>LTL FUEL ADJUSTMENT<br>CONS PH 952 933 9423<br>BILL TO: 44151726<br>DELPHI CORP<br>UPGF 6180 0261658<br>UPGF 560 01/05/09 C N 31984<br>1 pallet 6/30/09 | 130 | 000050-00 |

1 <TTL PCS

PRINT NAME Joe Sieppl

SIGNATURE

TTL WT> 130

FIRM Arias

ODOM 656 | ARRIVE 14.37 | DEPART 14.56

DATE 6.30 | DRIVER NAME MARCO

PCES DLVRD 1 SK

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

SHRINK WRAP INTACT? YES NO?

CUSTOMER SERVICE 1-800-333-7400
STRAIGHT BILL OF LADING - SHIPPING ORDER NOT NEGOTIABLE - DOMESTIC
UPS Freight (UPGF)

PLEASE PRINT OR TYPE

WEB SITE: www.upsfreight.com

DATE 6/25/09

**1 CONSIGNEE (TO)**
THERMOTECH/ARIAS LOGISTICS
STREET ADDRESS: 543 B AMERICAS AVE
CITY: EL PASO  STATE: TX  79907
P.O. NUMBER: 1121
CONSIGNEE PHONE #: (952) 933 -- 9423

**2 SHIPPER (FROM)**
WIEGEL TOOL WORKS, INC
STREET ADDRESS: 935 NORTH CENTRAL AVE
CITY: WOOD DALE  STATE: IL  60191

**3 BILL TO**
DELPHI E & E DELNOSA PLANT 4
ADDRESS: 702 JOAQUIN CAVAZOS ROAD
CITY: LOS INDIOS  STATE: TX  78567

FREIGHT CHARGES ARE PREPAID UNLESS OTHERWISE MARKED
CHECK ONE: ☐ Prepaid ☐ Collect ☒ Third Party Prepaid

☐ GUARANTEED DELIVERY REQUESTED (if box is checked) GRTD

**4 DESCRIPTION OF ARTICLES & SPECIAL MARKS**

| NO. PCS. | PKG TYPE | HM* | DESCRIPTION OF ARTICLES & SPECIAL MARKS | WEIGHT (lbs.) | NMFC NO. | CLASS |
|---|---|---|---|---|---|---|
| 20 | BOX | | 4004675140 | 130 | | 50 |
| 20 | | | TOTAL CUBE: | 130 | | |

*Mark with an "X" to designate hazardous materials as defined in title 49 of the Code of Fed. Reg.

Hazardous material emergency contact #

**5 ADDITIONAL SERVICES (CHARGES MAY APPLY)**
☐ INSIDE DELIVERY REQUIRED ☐ RESIDENTIAL DELIVERY
☐ LIFT GATE PICKUP/DELIVERY ☐ SORT AND SEGREGATE
☐ NOTIFICATION BEFORE DELIVERY ☐ OTHER

REMIT C.O.D. CASH / CHECK TO

COD FEE ☐ PREPAID ☐ COLLECT
COD AMT $
☐ CONSIGNEE CHECK ACCEPTABLE ☐ CERTIFIED CHECK OR CASH

[illegible]

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request; the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns. Where a third party bill to or broker exists, carrier holds both the shipper and consignee liable for freight charges.

ODOMETER | ARRIVE | DEPART | DESTINATION

UPS Freight 337 209 460 PAL

TRAILER NUMBER: | LINEAR FEET OF SHIPMENT:
SEAL # APPLIED:
BEYOND SCAC: | CROSS REF PRO#:
☐ SHIPPER LOAD / CONSIGNEE UNLOAD

*** Now available at www.upsfreight.com - UPGF 102 Series Rules Tariff - Electronic Bill of Lading

UPS Freight shall have no liability or responsibility whatsoever in connection with this bill of lading if the shipper did not tender the shipment to UPS Freight or its agent.

This is to certify that the above named materials are properly classified, packaged, marked, and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Firm name:
Signed By:

Carrier: UPS Freight
Date received: 6/26/09
Driver: [signature]
UPS Freight resp. piece count: 1 SWB

UPS Freight COPY

DTC-199 (Rev 04/06)