Page 1 of 13

# UPS Freight™

## Invoice Summary
## Customer Copy

Please retain for your records

| Customer Name: | Invoice/Statement No: |
|---|---|
| DELPHI SISTEMAS DE ENERGIA MX | R307121 |
| Customer No: | Invoice Date: |
| 31845951 | 4-30-2010 |
| Payment Terms: | Payment Due Date: |
| Due Upon Receipt | ON RECEIPT |

The balance of account 31845951 is $    2,074.20 reflecting payments received as of 04/29/10

| 0 - 30 days | 31 - 60 days | 81 - 90 days | 91 - 365 days | Over 365 days |
|---|---|---|---|---|
| $    0.00 | $    0.00 | $    0.00 | $    1,018.68 | $    1,055.52 |

Total credits and other $    -96.18

Balances in **bold** are past due. Other accounts for which you are responsible are not included and your total balance may be different.

| PRO Number | Ship Date | Customer Reference | P/C | Amount | Remarks | Important Message |
|---|---|---|---|---|---|---|
| 196086111 | 08-08-2008 | NONE | C | 233.73 | | |
| 359762093 | 05-07-2009 | 550284148 | C | 770.12 | | **Improve Shipment Processing** |
| 361640344 | 10-06-2009 | NONE | P | 248.56 | | |
| 548799521 | 05-29-2008 | 63N08108 | C | 424.95 | | Looking to save time and increase |
| 727132711 | 02-19-2009 | 63R14356 | C | 244.97 | | efficiency while reducing errors and |
| 755433313 | 02-10-2009 | 63R14371 | C | 151.87 | | data entry? |

Use UPS Worldship™ or UPS Internet Shipping to improve your shipping processes. Whether you ship pallets or packages your company can create electronic BOLs & shipping labels, maintain shipment & pick up history, send email notifications, use address books, and save your preferences.

**Learn more at**

**www.ups.com/ltl_technology**

| TOTAL PROS | TOTAL DUE | |
|---|---|---|
| 6 | 2,074.20 | USD |

For customer service, please call: 1-800-333-7400
Mail other correspondence to: P.O. BOX 1216, RICHMOND, VA 23218-1216
Web Site: www.upsfreight.com · DUNNS#: 00-599-5071
Fed ID#: 54-0481236 · A VIRGINIA CORPORATION

---

Please detach and return with payment



**UPS Freight™**
P.O. BOX 1216
RICHMOND, VA 23218-1216

RETURN SERVICE REQUESTED

## Invoice Summary - Remittance

**Important Note - Please complete the back of this remittance with the payment detail. Doing so will allow us to properly apply your payment. Thank you!**

| Customer No: |
|---|
| 31845951 |
| Invoice/Statement No: |
| R307121 |
| Invoice Date: |
| 4-30-2010 |
| Payment Due Date: |
| ON RECEIPT |
| Payment Terms: |
| Due Upon Receipt |

# Invoice Documents
## DUE ON RECEIPT

7000003      NOMAIL      1086E

DELPHI SISTEMAS DE ENERGIA MX
SA DE CV PLANTA 11
PO BOX 981012
EL PASO, TX 79998

REMIT TO:  UPS FREIGHT
           P.O. BOX 730900
           DALLAS, TX 75373-0900

## The Power of UPS Technology… Now for Your LTL Shipments

Now you can use advanced UPS tools to process UPS Freight<sup>SM</sup> LTL, track shipments and reconcile billing.

### Shipping

**Internet Shipping** - Create LTL bills of lading (BOL) on ups.com®. You can also request a freight pickup, see your custom rates, store LTL templates and BOL drafts, establish freight preferences, manage commodity lists, and send e-mail ship notifications to customers.

**UPS WorldShip®** - High-volume package shippers already know the advantages of our powerful automated shipping software. Now you can use contacts from your WorldShip address book to process LTL freight shipments on ups.com.

### Tracking

**Quantum View<sup>SM</sup> Manage** - Get a comprehensive view of all your inbound, outbound and alternate billed shipping activity, including package, LTL, and air and ocean freight. You can also provide customers with delivery status via e-mail and proactively manage any issues.

**Tracking on ups.com** - Use this simple online tool to track small package, LTL, air and ocean freight shipments all on the same screen. You can also proactively notify recipients of shipment status with Quantum View Notify directly from the Tracking Results screen.

### Billing

**UPS Billing Data and Billing Analysis Tool** - Get a complete breakdown of transportation expenses for package and LTL shipments across numerous categories with UPS Billing Data's electronic billing file. The Billing Analysis Tool helps you analyze your billing data quickly, allocate charges and generate professional reports.

**UPS PDF Invoice** - Save time by receiving an exact copy of your UPS and UPS Freight paper bills electronically--no need to wait for postal delivery.

Learn more about using ups.com for your LTL shipments at ups.com/LTL_Technology.

---

## Payment Detail

**Instructions:  If you are forwarding payment in an amount other than the total due, please write in your payment amount and reason beside the applicable PRO#.  Doing so will allow us to properly apply your payment.  Thank you!**

| PRO# | Amount Due | Amount Paid | Reason | PRO# | Amount Due | Amount Paid | Reason |
|------|-----------|-------------|--------|------|-----------|-------------|--------|
| 196086111 | 233.73 | | | | | | |
| 359762093 | 770.12 | | | | | | |
| 361640344 | 248.56 | | | | | | |
| 548799521 | 424.95 | | | | | | |
| 727132711 | 244.97 | | | | | | |
| 755433313 | 151.87 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Z00003_000044

05-44481-rdd    Doc 20041-5    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 3 of 26

Page 2 of 13

# UPS Freight™

UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 730900
DALLAS, TX 75373-0900

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 8-08-2008 | ELP | LAR | 196086111 | $ 233.73 | USD |

| CONSIGNEE: | 11801370 | P.O. NO. | | Payment Due |
|---|---|---|---|---|

CONSIGNEE:      11801370
DELPHI SISTEMAS DE ENERGIA MX
S A DE CV PLANTA 11
13109 SPIVEY DR DOCK 19
LAREDO, TX 78045

| P.O. NO. |
| NONE |
| B/L NO. |
| 0019 |

**Payment Due**

**ON RECEIPT**

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

SHIPPER:      01060802
AA CUSTOMS BROKERS
%AA CUSTOMS BROKER STE E
6930 MARKET ST
EL PASO, TX 79915

BILL TO:      31845951
DELPHI SISTEMAS DE ENERGIA MX
SA DE CV PLANTA 11
PO BOX 981012
EL PASO, TX 79998

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 11 | | BX | COPER WIRE | 496 | 030920-01 | 60 | | |
| | | | 0000500 AS WEIGHT | | | | 70.43 | 352.15 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -228.90 |
| | | | 003690 LTL FUEL ADJUSTMENT | | | | 36.90 | 45.48 |
| | | | 006500 REDELIVERY CHARGE | | | | | 65.00 |
| | | | DO NOT REMOVE FROM PALLETS | | | | | |
| | | | DO NOT STACK | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 302915 | | | | | |
| | | | ********************************* | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3457966    233.73 | | | | | |
| | | | 02/22/10 P3421281    233.73 | | | | | |
| | | | 01/18/10 P3384000    233.73 | | | | | |
| | | | 12/21/09 P3346795    233.73 | | | | | |
| | | | ********************************* | | | | | |
| 1 | | | TOTAL | 496 | | | | |
| | | | AMOUNT DUE | | | | | 233.73 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

196 086 111

DELPHI SISTEMAS DE ENERGIA
3 A DE CV PLANTA 11
13109 SPIVEY DR DOCK 19
LAREDO          TX 78045
    11801370

264257 OVNT

196 086 111
22        LAR

PICK UP DATE
08/08/08    ELP

6930 MARKET ST 26
EL PASO          TX 79915
    01060802      (915)881-1936

ADV CAR
    0019

NONE

(800)333-7400

12        U/R COPY:      1
DO NOT REMOVE FROM PALLETS
DO NOT STACK

196 086 111                    UPGF

| # PCS | | | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PIECE(S) COUNTED AND VERIFIED ON | | | | | |
| | | | 1 SK  HANDLING UNIT(S) SAID TO CONTAIN: | | | | | |
| | | | (11 BX) COPER WIRE | 496 | 030920-01 | | | |
| | | | AS WEIGHT | 500 | | | | |
| | | | 65.00% DISCOUNT | | | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | BILL FREIGHT CHARGES TO: | | | | | |
| | | | BILL TO: 31845951 | | | | | |
| | | | DELPHI SISTEMAS DE ENERGIA MX | | | | | |
| | | | SA DE CV PLANTA 11 | | | | | |
| | | | PO BOX 981012 | | | | | |
| | | | EL PASO          TX 79998 | | | | | |

TTL PCS      PRINT NAME   Torres      TTL WT ▶

ODOM   000   ARRIVE 1227   DEPART 1231
DATE  8-8

SIGNATURE      Delphi

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

**STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE**

Bill of Lading    0019

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

CARRIER  UPS          From:    Elektrisola, Inc.          CARRIER NO.  Sweet - El Paso, TX  79915

At  AA CUSTOMS BROKERS          6430 Norter Sweet - El Paso, TX  79915

450. SEC. 1.

ON COLLECT ON DELIVERY SHIPMENTS THE LETTERS "COD" MUST APPEAR BEFORE

To:
DELPHI ENERGY & CHASSIS SYSTEMS
JUAREZ TECHNICAL CENTER LJTC
DELPHI DOCK 19, 13109 SPIVEY DR.
LAREDO, TX  USA  78045

UPS Freight  196 086 111  ELP

DESTINATION

| NO. SHIP. UNITS | KIND OF PKGS. | DESCRIPTION OF ARTICLES | WEIGHT | | |
|---|---|---|---|---|---|
| 1 | 11 | COPPER WIRE | 496 lbs. | | |
| | | Acct. SCS 7021 78013 | | | |
| | | DO NOT REMOVE FROM PALLET(S) | | | |
| | | PLEASE DO NOT STACK | | | |

Collect

ELEKTRISOLA, INC.                    Shipper, Per                    Agent, Per

2700 Abbott Road, Suite 400
Fenton Tennessee MM 68009

I received the material without any damage and I fully understand the
delivering instructions.    Date: B. CB HOLT: 6.58

Name:
Transportation Co. UPS

CARRIER

05-44481-rdd    Doc 20041-5    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 7 of 26

Page 4 of 13

# UPS Freight™



**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 730900
DALLAS, TX 75373-0900

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 5-07-2009 | RIA | LAR | 359762093 | $ 770.12 USD |

| CONSIGNEE: 11801370<br>DELPHI SISTEMAS DE ENERGIA MX<br>S A DE CV PLANTA 11<br>13109 SPIVEY DR DOCK 19<br>LAREDO, TX 78045 | P.O. NO.<br>550284148 | Payment Due |
|---|---|---|
| | B/L NO.<br>1767179 | **ON RECEIPT** |
| | ADV SCAC    PRO#    DATE    BEY SCAC | |

| SHIPPER: 24593601<br>ASHLAND INC<br><br>13003 SLOVER AVE<br>FONTANA, CA 92337 | BILL TO: 31845951<br>DELPHI SISTEMAS DE ENERGIA MX<br>SA DE CV PLANTA 11<br>PO BOX 981012<br>EL PASO, TX 79998 |
|---|---|

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | OT<br>OT | NON REGULATED MATERIAL<br>NON REGULATED MATERIAL<br>65.00% DISCOUNT<br>001290 LTL FUEL ADJUSTMENT<br>CONS# 011-52-844-41<br>* STOP SEE DAMAGE NOTE BELOW *<br>    * DAMAGE NOTE *<br>DO NOT MOVE, TOUCH, CLEAN-UP OR<br>ATTEMPT TO TRANSFER ANY BAYER<br>DAMAGES (HAZARDOUS OR NON-HAZ-<br>ARDOUS) WITHOUT CONTACTING<br>CHEMTREC FIRST AT 800-424-9300<br>534379      P.O. NUMBER<br>UPGF   6180 0261658<br>UPGF 560    01/05/09 C N 259783<br><br>························<br>PREVIOUSLY INVOICED ON:<br>   03/22/10 P3457966     770.12<br>   02/22/10 P3421281     770.12<br>   01/18/10 P3384000     770.12<br>   12/21/09 P3346795     770.12<br>························ | 2,213<br>88 | 156200-00<br>046030-00 | 60<br>55 | 84.88<br>80.16<br>65.00<br>12.90 | 1,878.39<br>70.54<br>-1,266.80<br>87.99 |
| 1 | | | TOTAL<br>           AMOUNT DUE | 2,301 | | | | 770.12 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI SISTEMAS DE ENERGIA
RYDD LAREDO X DOK
13109 SPIVEY DR DOCK 19
LAREDO          TX 78045
     11801370
  550284148

FREIGHT BILL NUMBER
359 762 093

CITY RTE/BYD SCAC        OGST
            30A
PICK UP DATE            ORG
05/07/09        8

UPS FREIGHT PHONE NUMBER
(800)333-7400

639052 TXRE

FONTANA          CA 92337
   24597601      (909)427-113

RDY CAR
     176/179

05/13/09-05/13/09
* STOP SEE DAMAGE NOTE BELOW *

5 Freight    UPS    www.upsfreight.com              359 762 093              UPGF

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | | PIECE(S) COUNTED AND VERIFIED ON | | | | | |
| | | | (1 SK) HANDLING UNIT(S) SAID TO CONTAIN: | | | | | |
| | | | NON REGULATED MATERIAL | 2213 | 156200 | | | |
| | | | NON REGULATED MATERIAL | 88 | 046030 | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | CONS# 011-52-844-41 | | | | | |
| | | | * DAMAGE NOTE * | | | | | |
| | | | DO NOT MOVE, TOUCH, CLEAN-UP OR | | | | | |
| | | | ATTEMPT TO TRANSFER ANY BAYER | | | | | |
| | | | DAMAGES (HAZARDOUS OR NON-HAZ- | | | | | |
| | | | ARDOUS) WITHOUT CONTACTING | | | | | |
| | | | CHEMTREC FIRST AT 800-424-9300 | | | | | |

PRINT NAME  Heather Buck
SIGNATURE  X
FIRM  Ryder Les
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

TTL WT ▶
ODOM  119
ARRIVE  158
DEPART  618
DATE  5/11/09
DRIVER NAME

**ASHLAND**

24-HOUR EMERGENCY CONTACT
800-424-9300 - U.S.A. and Canada
703-527-3887 - Outside U.S.A. and Canada

Ship From:
ASHLAND INC.
13003 SLOVER AVE
FONTANA CA 92337

Ship To:
DELPHI PACKARD ELECTRIC CENTEC
RYDD LAREDO X DOCK
11109 SPIVEY DR KILLAM IND PARK
LAREDO TX 78045
Phone 011-52-844-41

| Carrier | Date Shipped | Bill of Lading Number |
|---|---|---|
| UPGF UPS GROUND FREIGHT INC | 05/07/2009 | 1767179 Page 1 of 2 |

| Customer Order Number | Tractor No. | Trailer No. | Customer Number | Delivery Date |
|---|---|---|---|---|
| 550284148 | | | 534379 | 05/13/2009 Delivery Time 00:00:00 |

FCA Origin
Ft Coll

The following deliveries are shipping on this bill of lading:

Delivery    Weight    Purchase Order No.    Sales Order No.
82825592    2,301.002    550284148    2337119
TOTAL       2,301.002

Pro Number 359 762 093

NMFC: 17800
********************
Product Desc: PALLETS
Product No : 9
********************

NON-REGULATED MATERIAL
NMFC: 16200
*********************
Product Desc: POM 100P NC010 NAT DELRIN BAG107
Product No : 28119
Cust Product No: M2963001
*********************
Batch: ND5JBN1102        661.200 LB
Batch: ND5JBGY104       1542.801 LB

Total Weight         661.2 LB
Total Unit Quantity 1542.8 LB
Total Pallets

| Mat | Qty Shipped | Package | Description |
|---|---|---|---|
| | 2.0 | PAL | |
| | 2204.0 | LB | |
| | 2,204.0 2.0 | LB PAL | |

| New Wgt | Gross Wgt (Shipped Or Corrected) | LQM | |
|---|---|---|---|
| | | | Pallets |
| 88.185 | 88.185 LB | | 2 |
| 2204.001 | 2212.816 LB | | |
| 2292.186 | 2301.001 LB | | |

COA RECEIVED BY _____

Number of returnable bins returned _____

Carrier instructions have been
printed at the end of all items as
they do not fit in this box.

UPS Freight 359 762 093  RIA

DELPHI PACKARD ELECTRIC SYSTEMS
DEPTOR IN POSSESSION
1265 NORTH RIVER RD NE
WARREN OH 44483

3
CARRIER

Shipper: ASHLAND INC
By:

Carrier Acknowl.
Load Securement:

Carrier Offered:
Returned Placards:
Emergency Response
Information Present

Appointment:

This is to certify that the herein-named materials are properly
classified, described, packaged, marked and labeled, and are in
proper condition for transportation according to the
applicable regulations of the Department of Transportation.

The terms and conditions of this sale are as set forth at
http://www.ashland.com/saleterms.
Freight terms and conditions of this shipment are as
set forth at http://www.ashland.com/freightterms.

41361-GT-US (6/07)



# ASHLAND

SHIP FROM
ASHLAND INC.
13013 SLATER AVE.
FONTANA CA 92337

/ 800-424-9300 - U.S.A. and Canada
708-527-3887 - Outside U.S.A. and Canada

UPGF
UPS GROUND
FREIGHT INC.

SHIP TO
DELPHI PACKARD ELECTRIC CENTEC
RYTD LAREDO X DOCK
13109 SPIVEY DR KILLAM IND PARK
LAREDO TX 78045
Phone 011-52-844-41

Delivery Date    05/13/2009
Delivery Time    00:00:00

Customer Order Number    550284148
Customer Number    534379

05/07/2009

1767179
Page 2 of 2

FOB Origin
Fgt Collect

<--List serial #'s at left and DOT info below

RESIDUE: Last Contained _____

RESIDUE: Last Contained _____

Driver Signature _____

Customer Signature _____

**Carrier Instructions:

MUST SHIP ON HEAT TREATED PALLETS
PACKAGE AND MASTER BAR CODE LABELS REQ
PACKAGE AND MASTER BAR CODE LABELS REQ
SHIP ORDERS CENTRAL 800-221-9427 TRANSPORTATION COLLECT
WITH BAR CODES SUPPLIERS SHIPPING TO DELPHI
USING THE RETURNABLE CONTAINER PROGRAM ARE REMINDED T
REQUIREMENT FOR CONTAINER LABELS. PLACE ONE/TWO CONT
LABELS PER RETURNABLE TOTE WITH THE CONTAINER LABEL A
EACH END OF THE TOTE

"If exporting this material(s), you may be subject to additional legal and
regulatory requirements"

Carrier instructions have been
printed at the end of all items as
they do not fit in this box.

UPS Pro #
359 762 093

DELPHI PACKARD ELECTRIC SYSTEMS
DESTOR IN POSSESSION OF
1765 NORTH RIDGE RD NE
WARREN OH 44483

3
CARRIER

41361-G1-US (6/07)

# UPS Freight™

**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 730900
DALLAS, TX 75373-0900

## COPY OF FREIGHT BILL

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 10-06-2009 | LAR | MAR | **361640344** | **$   248.56** | **USD** |

| CONSIGNEE:     02972572 | P.O. NO. NONE | |
| LEXINGTON INSULATORS | **Payment Due** | |
| 250 RIDGEWOOD RD | B/L NO. NONE | |
| JASPER, GA 30143 | **ON RECEIPT** | |

| | P.O. NO. NONE | Payment Due |
| | B/L NO. NONE | ON RECEIPT |
| | ADV SCAC | PRO# | DATE | BEY SCAC |

| SHIPPER:       11801370 | BILL TO:       31845951 |
| DELPHI SISTEMAS DE ENERGIA MX | DELPHI SISTEMAS DE ENERGIA MX |
| S A DE CV PLANTA 11 | SA DE CV PLANTA 11 |
| 13109 SPIVEY DR DOCK 19 | PO BOX 981012 |
| LAREDO, TX 78045 | EL PASO, TX 79998 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | AUTO PARTS | 392 | 019160-01 | 100 | 154.98 | 607.52 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -394.89 |
| | | | 001690 LTL FUEL ADJUSTMENT | | | | 16.90 | 35.93 |
| | | | S#956 717 3041 X240 | | | | | |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 185314 | | | | | |
| | | | ······························ | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3457966     248.56 | | | | | |
| | | | 02/22/10 P3421281     248.56 | | | | | |
| | | | 01/18/10 P3384000     248.56 | | | | | |
| | | | 12/21/09 P3346795     248.56 | | | | | |
| | | | ······························ | | | | | |
| 1 | | | TOTAL | 392 | | | | |
| | | | AMOUNT DUE | | | | | 248.56 PPD |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

Exhibit B

**DELIVERY RECEIPT**

CONSIGNEE

LEXINGTON INSULATORS

250 RIDGEWOOD RD
JASPER            GA 30143
   02972572      (706)692-5844

OW  NONE

09      D/R COPY:      1

DELIVERING TRAILER
929075 UPGF

FREIGHT BILL NUMBER
361 640 344

| CITY RTE/BYO SCAC | DEST | 
| 5C | MAR |

PICK UP DATE
10/06/09

UPS FREIGHT PHONE NUMBER
(800)333-7400

ORIG
LAR

SHIPPER
361 640 344
DE OP GLA?

13109 SPIVEY DR DOCK 19
LAREDO         TX 78045
              11801370
ADV CAR
BL#  NONE

**JPS Freight℠**          www.upsfreight.com

361 640 344

| #PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC | | | |
|------|----|----|--------------------------------------------|-------------|------|---|---|---|
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | | | | |
| | | | 1 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | | | | |
| 1 | | SK | AUTO PARTS | 392 | 019160-01 | | | |
| | | | LTL FUEL ADJUSTMENT | | | | | |
| | | | S#956 717 3041 X240 | | | | | |
| | | | BILL TO: 31845951 | | | | | |
| | | | DELPHI SISTEMAS DE ENERGIA MX | | | | | |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 185314 | | | | | |

| 1 | <PCS PGS | PRINT NAME | TTL WT > | 392 | ODOM | ARRIVE | DEPART |
|---|----------|------------|----------|-----|------|--------|--------|

TTL WT >     392

PIECES INTACT?   YES / NO?
WRAP INTACT?   YES / NO?

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

7000003 000049

05-44481-rdd    Doc 20041-5    Filed 05/12/10    Entered 05/12/10 16:16:49    Exhibit B (cont.)    Pg 13 of 26

Page 7 of 13

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**

Carrier: **UPS FREIGHT**                    Date: **10/5/2009**

BOL #'S: _____

Carrier proof: _____

Received, subject to individually determined rates/contracts that are agreed upon in writing among the carrier and shipper (c otherwise to the rates, specifications and rules that are established by the carrier and are available to the shipper (or assigns)

**UPS Freight**    361 640 344    LAR

| Shipper: | **DELPHI E&C PLT 59** | Consignee | **LEXINTON PRECISION CORPORATION** |
|---|---|---|---|
| Address: | **SPIVEY DRIVE13109** | | **JASPER FACILITY** |
| City/St/ZIP: | **LAREDO TX 78045** | Address | **1076 RIDGEWOOD ROAD** |
| Phone # | **956-717-3041 EXT.240** | City / St / Zip | **JASPER,GA 30143** |

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked consigned , and destined as shown below, which said carrier agrees to transport to destination, if on its route, or otherwise to deliver to another carrier on the route, to destination  Every service to be performed hereunder shall be subject to all conditions not prohibited by law, either written or printed, herein contained, including the conditions which are agreed to by the shipper (or assigns) and accepted

Collect on Delivery $: _____    Remit to _____

Street Address: _____    COD paid by Shipper

| Handling units Qty Type | Packages/Pieces PART NUMBER | Haz Mat | Kind of package, description of article, special marks and exceptions (subject to correction) | Weight (Subj. to corr.) |
|---|---|---|---|---|
| 1 | 19064882    20800 PCS | | **AUTO PARTS** | 392 |
| | | | | |
| | | | | |
| | | | | |
| 1 | **TOTAL SKIDS    1** | | **TOTAL WEIGHT** | **392 LBS** |

* Mark "X" to designate Hazardous Materials as defined in regulations

**Freight charges  are PR TO LEXINTONS' ACC 320-447**

Note (1) Where the rate is dependent on value, shipper is required to state specifically in writing the agreed / declared value of the property, as follows: to not be exceeding $ _____

Note (2) Liability for loss or damage on this shipment may be applicable.
[See 49 C.F.R. Para 14706 (1)(A) and (B)]

Note (3) Commodities requiring special/additional care or attention in handling or stowing must be marked/packaged to ensure safe transport with ordinary care

Shipment is tendered as PREPAID unless otherwise noted
**Carrier Payment** - Mail freight invoice
with a signed copy of this Bill of Lading to:

| Shipper Certification | Carrier Certification | If this shipment is to be delivered to the |
|---|---|---|
| This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transport according to the applicable regulations. | Carrier acknowledges receipt of packages and required placards. Carrier certifies that emergency response information was made available and/or carrier has the appropriate response guidebook or equivalent document in the vehicle. | consignee without recourse on the consignor, the consignor shall sign the following: The carrier may decline to make delivery of this shipment without payment of freight and other lawful charges- with prior notification. |
| Per: **BRENT RIPLEY** | Per: | Per: Oscar Carrillo UPRF |
| Date: **10/5/2009** | Date: | Date: 10/6/09 |

Issue date: 10/15/01                    OPL 4 502 F-1

# UPS Freight™

**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 730900
DALLAS, TX 75373-0900

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | | Net Amount Due | |
|---|---|---|---|---|---|---|
| 5-29-2008 | STO | LAR | **548799521** | | $    424.95 | USD |

| CONSIGNEE:    11801370 | P.O. NO. 63N08108 | | |
|---|---|---|---|
| DELPHI SISTEMAS DE ENERGIA MX | B/L NO. 50258 | **Payment Due** | |
| S A DE CV PLANTA 11 | | | |
| 13109 SPIVEY DR DOCK 19 | ADV SCAC | PRO# | **ON RECEIPT** |
| LAREDO, TX 78045 | | DATE | BEY SCAC |

| SHIPPER:    15291625 | BILL TO:    31845951 |
|---|---|
| BTU | DELPHI SISTEMAS DE ENERGIA MX |
| | SA DE CV PLANTA 11 |
| 23 ESQUIRE RD | PO BOX 981012 |
| NORTH BILLERICA, MA 01862 | EL PASO, TX 79998 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | PARTS FOR FURNACE HEAT TREATING | 502 | 026290-03 | 77.5 | 178.10 | 894.06 |
| | | | OR MELTING | | | | | |
| | | | 65.00% DISCOUNT | | | | 65.00 | -581.14 |
| | | | 003580 LTL FUEL ADJUSTMENT | | | | 35.80 | 112.03 |
| | | | UPGF  6180 0261658 | | | | | |
| | | | UPGF 560    02/04/08 C N 194051 | | | | | |
| | | | ••••••••••••••••••••••••••••• | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3457966    424.95 | | | | | |
| | | | 02/22/10 P3421281    424.95 | | | | | |
| | | | 01/18/10 P3384000    424.95 | | | | | |
| | | | 12/21/09 P3346795    424.95 | | | | | |
| | | | ••••••••••••••••••••••••••••• | | | | | |
| 1 | | | TOTAL | 502 | | | | |
| | | | AMOUNT DUE | | | | | 424.95 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELIVERY RECEIPT

CONSIGNEE
DELPHI SISTEMAS DE ENERGIA
S A DE CV PLANTA 11
3109 SPIVEY OR DOCK 19
LAREDO          TX 78045
        11801370
63N08108

271119 OVNZ

FREIGHT BILL NUMBER
548 799 521

CITY STA/SUB SCAC        DEST
22              LAR

PICK UP DATE
05/29/08        STO

SHIPPER
23 ESQUIRE RD
BILLERICA       MA 01821-2596
    15291625      (978)667-411x

ADV CAR
50258

UPS FREIGHT PHONE NUMBER
(800)333-7400

04

548 799 521

UPGF

www.upsfreight.com        548 799 521

| # PCS | HM | FT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|-------|----|----|-----|------|------|
| 1 | | SK | 1  PIECE(S) COUNTED AND VERIFIED ON<br>1 SK  HANDLING UNIT(S) WITH THE FOLLOWING<br>PARTS FOR FURNACE HEAT TREATING<br>OR MELTING<br>65.00% DISCOUNT<br>LTL FUEL ADJUSTMENT<br>BILL FREIGHT CHARGES TO:<br>BILL TO: 31845951<br>DELPHI SISTEMAS DE ENERGIA MX<br>SA DE CV PLANTA 11<br>PO BOX 981012<br>EL PASO        TX 79998 | 502 | 026290-03 |

ONTO    TTL PCS

TTL WT ▶

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

# Uniform Straight Bill of Lading (Short Form) — Non Negotiable

| Shipper/Cargo Location: | Consignee: | BOL#: 50258 |
|---|---|---|
| BTU International<br>23 Esquire Road<br>North Billerica, MA 01862 | DELPHI SISTEMAS DE<br>ENERGIA MX<br>S.A. DE C.V. PLANTA 11<br>13109 SPIVEY DRIVE<br>DOCK 19<br>LAREDO, TX. 78045 | |
| Bill Freight Charges To: DELPHI SISTEMAS<br>S.A. DE C.V. PLANTA 11<br>P.O. BOX 981012<br>EL PASO, TX 79998 | Contact Name:<br>PO 63N08108<br><br>ETD Date: 05/29/08<br><br>ETA Destination: | Contact Phone Number: |

| Carrier | Carrier Pro # | Freight Terms |
|---|---|---|
| UPS FREIGHT | | FREIGHT COLLECT  ACCOUNT<br>NUMBER  6YF585 |

**Notes to Carrier:**
BILL ACCOUNT NUMBER 6YF585

| Packages | Description | Weight (lbs) | Volume (cft) |
|---|---|---|---|
| 1 PALLET | FURNACE PARTS  CLASS 77 1/2<br>DIMS  47X40X33 | 502 LBS | |

| 1 PALLET | Totals | 502 LBS |
|---|---|---|

**NOTE:**

Standard terms and conditions of the Uniform Domestic Straight Bill of Lading apply.

Rates/Liability subject to Tariff/Contract with carrier in effect on the date of the issue of this Bill of Lading.

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Shipper: _Thos Cn_

Shipper Signature: _Thos Cn_    Date: _5/15/o_    Consignee Signature: _____    Date: _____

Carrier Signature/Package Count: _David Clarino_    UPGF    1 SKD    Date: _5-29-08_

ODOMETER  ARRIVE  DEPART  DESTINATION

5/29/2008

UPS Freight  548  799  521  STO

Page 1 of 1

# UPS Freight™

UPS FREIGHT LTL

**REMIT TO:**
P.O. BOX 730900
DALLAS, TX 75373-0900

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due | |
|---|---|---|---|---|---|
| 2-19-2009 | STO | LAR | 727132711 | $ 244.97 | USD |

| CONSIGNEE: 11801370 | |
|---|---|
| DELPHI SISTEMAS DE ENERGIA MX | **P.O. NO.** 63R14356 |
| S A DE CV PLANTA 11 | **B/L NO.** 52795 |
| 13109 SPIVEY DR DOCK 19 | **Payment Due** |
| LAREDO, TX 78045 | **ON RECEIPT** |

| ADV SCAC | PRO# | DATE | BEY SCAC |
|---|---|---|---|

| SHIPPER: 15291625 | BILL TO: 31845951 |
|---|---|
| BTU | DELPHI SISTEMAS DE ENERGIA MX |
| | SA DE CV PLANTA 11 |
| 23 ESQUIRE RD | PO BOX 981012 |
| NORTH BILLERICA, MA 01862 | EL PASO, TX 79998 |

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | PARTS FOR FURNACE HEAT TREATING | 267 | 026290-03 | 77.5 | 231.98 | 619.39 |
| | | | OR MELTING | | | | | |
| | | | 65.00% DISCOUNT | | | | 65.00 | -402.60 |
| | | | 001300 LTL FUEL ADJUSTMENT | | | | 13.00 | 28.18 |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 446898 | | | | | |
| | | | ................................. | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | | 03/22/10 P3457966     244.97 | | | | | |
| | | | 02/22/10 P3421281     244.97 | | | | | |
| | | | 01/18/10 P3384000     244.97 | | | | | |
| | | | 12/21/09 P3346795     244.97 | | | | | |
| | | | ................................. | | | | | |
| 1 | | | TOTAL | 267 | | | | |
| | | | AMOUNT DUE | | | | | 244.97 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**



UPGF

DELIVERY RECEIPT (PRO)

**CONSIGNEE**
DELPHI SISTEMAS DE ENERGIA
SA DE CV PLANTA 11
13109 SPIVEY DR DOCK 19
LAREDO                TX 78045

POR 63R14366        UPS FREIGHT PHONE NUMBER (800) 333-7000

**INBND AND TRAILER**
637594 TXSE

**FREIGHT BILL NUMBER**
727 132 711

CTR RTE/3RD SCAC    DEST
306                 LAK

PICK_UP DATE
02/18/09

**SHIPPER**
BTU
23 ESQUIRE RD
NORTH BILLERICA MA 01862
(978)667-4111
t5291525

ADV CAR
ORG    B/L #
STO    52795

**727 132 711**

**WEIGHT (LBS)**
267

**DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS**    www.upsfreight.com

1 PIECE(S) COUNTED AND VERIFIED ON
1 SK HANDLING UNIT(S) WITH THE FOLLOWING
PARTS FOR FURNACE HEAT TREATING    024290-03
OR MELTING
LTL FUEL ADJUSTMENT
65.00% DISCOUNT
BILL FREIGHT CHARGES TO:
BILL TO: 318045951
DELPHI SISTEMAS DE ENERGIA MX
SA DE CV PLANTA 11
PO BOX 981012
EL PASO            TX 79998

# PCS    IN    PT    1 SK

CONTD ◄ TTL PCS
PIECES DLVRD
WRAP    INFAU?    YES    NO

TTL WT ►

SIGNATURE    Paul Cuevo
PRINT NAME    Paul Cuevas
FIRM    Ryder

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION, EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

| ODOM | ARRIVE | DEPART |
| --- | --- | --- |
| 632 | 1136 | 1144 |

DATE    DRIVER NAME
2/19/11    SMike

**Uniform Straight Bill of Lading (Short Form) Non Negotiable** (Domestic) 21 of 26

| Shipper/Cargo Location: | | | |
|---|---|---|---|
| | BTU International<br>23 Esquire Road<br>North Billerica, MA 01862 | Consignee:<br>DELPHI SISTEMAS DE<br>ENERGIA MX<br>S.A. DE C.V. (PLANTA 11)<br>DOCK 19<br>LAREDO, TX. 78045 | BOL#:  52795 |
| **Bill Freight Charges To:** | DELPHI<br>S.A. DE C.V.<br>P.O. BOX 981012<br>EL PASO TX. 79998 | Contact Name:<br>PO 63R14356<br><br>ETD Date:  02/19/09<br><br>ETA Destination: | Contact Phone Number: |

| Carrier | Carrier Pro # | Freight Terms |
|---|---|---|
| UPS FREIGHT | | FREIGHT COLLECT ACCOUNT # 6YF585 |

Notes to Carrier:
BILL ACCOUNT NUMBER  6YF585

| Packages | Description | Weight (lbs) | Volume (cft) |
|---|---|---|---|
| 1 PALLET | FURNACE PARTS CLASS 77 1/2<br>DIMS 36X18X28 | 267 LBS | |

| 1 PALLET | Totals | 267 LBS |
|---|---|---|

| | ODOMETER | ARRIVE | DEPART | DESTINATION |
|---|---|---|---|---|

NOTE ... Straight Bill of Lading apply.
Stand ...
Rates ... ect on the date of the issue of this Bill of Lading.

UPS Freight 727 132 711 STO

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Shipper:  _Thos Cox_  ①

Shipper Signature:  _Thos Cox_   Date: 2/19/09   Consignee Signature:  2-19-09   Date:

Carrier Signature/Package Count:   Date:

# UPS Freight™

**UPS FREIGHT LTL**

**REMIT TO:**
P.O. BOX 730900
DALLAS, TX 75373-0900

**COPY OF FREIGHT BILL**

| SHIP DATE | ORIGIN | DESTINATION | FREIGHT BILL NO. | Net Amount Due |
|---|---|---|---|---|
| 2-10-2009 | STO | LAR | 755433313 | $ 151.87 USD |

| CONSIGNEE: 11801370 | P.O. NO. 63R14371 |
|---|---|

DELPHI SISTEMAS DE ENERGIA MX
S A DE CV PLANTA 11
13109 SPIVEY DR DOCK 19
LAREDO, TX 78045

| B/L NO. 52800 | **Payment Due** |
|---|---|
| ADV SCAC | PRO# | **ON RECEIPT** |

| DATE | BEY SCAC |

SHIPPER: 15291625
BTU

23 ESQUIRE RD
NORTH BILLERICA, MA 01862

BILL TO: 31845951
DELPHI SISTEMAS DE ENERGIA MX
SA DE CV PLANTA 11
PO BOX 981012
EL PASO, TX 79998

| PCS | HM | PKG | DESCRIPTION | WEIGHT | NMFC | CLASS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | PARTS FOR FURNACE HEAT TREATING OR MELTING | 47 | 026290-03 | 77.5 | MIN | 382.96 |
| | | | 65.00% DISCOUNT | | | | 65.00 | -248.92 |
| | | | 001330 LTL FUEL ADJUSTMENT | | | | 13.30 | 17.83 |
| | | | UPGF   6180 0261658 | | | | | |
| | | | UPGF 560    01/05/09 C N 446898 | | | | | |
| | | | ......................... | | | | | |
| | | | PREVIOUSLY INVOICED ON: | | | | | |
| | | |   03/22/10 P3457966    151.87 | | | | | |
| | | |   02/22/10 P3421281    151.87 | | | | | |
| | | |   01/18/10 P3384000    151.87 | | | | | |
| | | |   12/21/09 P3346795    151.87 | | | | | |
| | | | ......................... | | | | | |
| 1 | | | TOTAL | 47 | | | | |
| | | | AMOUNT DUE | | | | | 151.87 COL |

**If you have questions regarding this invoice, please contact Customer Service at 1-800-333-7400.**

DELPHI SISTEMAS DE ENERGIA
S A DE CV PLANTA 11
13109 SPIVEY DR DOCK 19
LAREDO                    TX 78045

23 ESQUIRE RD
NORTH BILLERICA   MA 01862
15291625      (978)667-4111

(800)333-7400   02710709   STD

16

UPGF

| # PCS | | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | | |
|---|---|---|---|---|---|
| 1 | SK | | 1 PIECE(S) COUNTED AND VERIFIED ON 1 SK HANDLING UNIT(S) WITH THE FOLLOWING PARTS FOR FURNACE HEAT TREATING OR MELTING 65.00% DISCOUNT LTL FUEL ADJUSTMENT BILL FREIGHT CHARGES TO: BILL TO: 31845951 DELPHI SISTEMAS DE ENERGIA MX SA DE CV PLANTA 11 PO BOX 981012 | 47 | 026290-03 |

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

| Shipper/Cargo Location: | | | |
|---|---|---|---|
| | BTU International<br>23 Esquire Road<br>North Billerica, MA 01862 | Consignee:<br>DELPHI SISTEMAS DE<br>ENERGIA MX<br>S.A. DE C.V. (PLANTA 11)<br>13109 SPIVEY DRIVE<br>DOCK 19<br>LAREDO, TX.78045 | BOL#: 52800 |
| Bill Freight Charges To: | DELPHI SISTEMAS DE<br>ENERGIA S.A. DE C.V.<br>(PLANTA 11)<br>P.O. BOX 981012<br>EL PASO, TX. 79998 | Contact Name:<br><br>PO 63R14371<br><br>ETD Date: 02/10/09<br><br>ETA Destination: | Contact Phone Number: |

| Carrier | Carrier Pro # | Freight Terms |
|---|---|---|
| UPS FREIGHT | | FREIGHT COLLECT ACCOUNT # 6YF585 |

Notes to Carrier:
BILL ACCOUNT # 6YF585

| Packages | Description | Weight (lbs) | Volume (cu ft) |
|---|---|---|---|
| 1 PALLET | FURNACE PARTS CLASS 77 1/2<br>DIMS  45X18X28 | 47 LBS | |

| 1 PALLET | Totals | 47 LBS |
|---|---|---|

**NOTE:**
Standard terms and conditions of the Uniform Domestic Straight Bill of Lading apply.
Rates/Liability subject to Tariff/Contract with carrier in effect on the date of the issue of this Bill of Lading.

Subject to section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of Shipper: *Thom Cxx*

Shipper Signature: *Thos Cxx*    Date 2/10/09    Consignee Signature:    Date:

Carrier Signature/Package Count: *Billy Vatt* 1 sk    Dated 2-10-09

| 174 | 295 | 755 | |
|---|---|---|---|
| ODOMETER | ARRIVAL | DEPART | DESTINATION |

UPS Freight 755 433 313 STO

2/10/2009

Page 1 of 1