# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

DPH Holdings Corp., <u>et al</u>.,

                Reorganized Debtors.

Case No. 05-44481 (RDD)

Chapter 11
(Jointly Administered)

---

## **WITHDRAWAL OF PROOF OF CLAIM**

      HSBC Bank USA, National Association, by its counsel, hereby withdraws the proof of claim filed on July 14, 2009 (Claim No. 18617) in the above-referenced case.

Dated:  May 11, 2010

                PHILLIPS LYTLE LLP


                By     /s/ William J. Brown
                      William J. Brown
                Attorneys for HSBC Bank USA, National Association
                Suite 3400
                One HSBC Center
                Buffalo, New York  14203-2887
                Telephone No. (716) 847-8400

Doc # 01-2370651.1