Phillips Lytle LLP
William J. Brown (WB9631)
437 Madison Avenue, 34th Fl.
New York, New York 10022
Telephone: (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York 14203
Telephone: (716) 847-8400
Fax: (716) 852-6100

*Attorneys for HSBC Bank USA, National Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re

DPH Holdings Corp., et al.,

      Reorganized Debtors.

Case No. 05-44481 (RDD)

Chapter 11
(Jointly Administered)

_____

## CERTIFICATE OF SERVICE

    On May 12, 2010, I electronically filed the Limited Response to the Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books And Records Claims, (B) a Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Claims ("Limited Response") in connection with the above referenced case with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to parties registered to receive electronic noticing, and I hereby certify that on May 12, 2010, I mailed via UPS next day delivery, a copy of the Limited Response to the individuals listed below:

DPH Holdings Corp.
Attn: President
5725 Delhi Drive
Troy, MI 48098

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Michael W. Perl, Esq.
Skadden, Arps, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

Dated: May 12, 2010

                              /s/ Karen M. Hatch
                               Karen M. Hatch

Doc # 01-2371035.1