Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2185 phone
(616) 222-2185 fax
gtoering@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)

Attorneys for Bosch Automotive Products (Suzhou) Co., Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

_____

### CERTIFICATE OF SERVICE

The undersigned certifies that on May 12, 2010, **BOSCH AUTOMOTIVE PRODUCTS (SUZ HOU) CO. LTD.'S RESPONSE TO THE REORGANIZED DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION (Administrative Claim No. 18689)** was sent by Federal Express, overnight delivery (scheduled for Thursday, May 20, 2010) to:

| | |
|---|---|
| Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>U.S. Bankruptcy Court for the Southern<br>District of New York<br>The Hon. Charles L. Brieant Jr. Federal<br>Building and Courthouse<br>300 Quarropas Street, Courtroom 116<br>White Plains, New York 10601-4140 | DPH Holdings Corp.<br>Attn:  President<br>5725 Delphi Drive<br>Troy, Michigan 48098<br><br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn:  John Wm. Butler, Jr., John K. Lyons<br>and Michael W. Perl<br>155 North Wacker Drive<br>Chicago, Illinois 60606 |

WARNER NORCROSS & JUDD LLP
Attorneys for Bosch Automotive Products
(Suzhou) Co., Ltd.

Dated: May 12, 2010                By     /s/ Gordon J. Toering
                                       Gordon J. Toering (GT-3738)
                                       (Admitted *Pro Hac Vice*)
                                       Warner Norcross & Judd LLP
                                       900 Fifth Third Center
                                       111 Lyon Street, NW
                                       Grand Rapids, MI  49503-2487
                                       Ph:  (616) 752-2185
                                       Fax:  (616) 222-2185
                                       gtoering@wnj.com

1785380