MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 496-7591
Stephen LaPlante
Timothy Engling
Marc Swanson
Email: swansonm@millercanfield.com

Attorneys for Autoliv, ASP, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    In re:                                                :          Chapter 11
                                                       :
DPH HOLDINGS CORP, et. al.,                :          Case No. 05-44481-RDD
                                                       :
                Reorganized Debtors.    :
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on May 12, 2010 he served a true and correct copy of:

***AUTOLIV, ASP, INC'S RESPONSE TO THE REORGANIZED DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. §503(b) AND FED R. BANK. P. 3007 TO (I) DISALLOW AND EXPUNGE CERTAIN ADMINISTRATIVE EXPENSE BOOKS AND RECORDS CLAIMS, (B) A CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE CLAIM, AND (C) CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS, AND (II) MODIFY CERTAIN ADMINISTRATIVE EXPENSE CLAIMS ("FORTY-SEVENTH OMNIBUS CLAIMS OBJECTION")*** ("Response")

upon the following parties via Federal Express overnight delivery:

Honorable Robert D. Drain
United States Bankruptcy Court
Charles L. Brient Jr. Federal Courthouse
300 Quarropas Street, Courtroom 116
White Plains, NY 10601-4140

17,988,635.1\123624-00007

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI 48094

Skadden, Arps, Slate, Meagher and Flom LLP
Attn: John Wm. Butler, Jr., John K Lyons and Michael W. Perl
155 North Wacker Drive
Chicago, IL 60606

    I further certify that the on May 12, 2010, the Response was also served via electronic mail upon counsel for the Debtors as follows:

John Wm. Butler, Jr. at jbutler@skadden.com

John K Lyons at james.lyons@skadden.com

Michael W. Perl at michael.perl@skadden.com

Dated: May 12, 2010

    Respectfully Submitted,

    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

    By: /s/   Marc N. Swanson
        Marc Swanson (P71149)
        Attorneys for Autoliv, ASP, Inc.
        150 West Jefferson Avenue, Suite 2500
        Detroit, MI 48226
        Telephone: (313) 496-7591
        Fax: (313 )496-8452
        Email: swansonm@millercanfield.com