UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* DPH Holdings Corp., *et al.*, <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br> (Jointly Administered) |

### INTERIM ORDER ON REORGANIZED DEBTORS' MOTION FOR A CASE MANAGEMENT ORDER GOVERNING ADVERSARY PROCEEDINGS

Upon consideration of the Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings, dated March 17, 2010 (the "CMO Motion"), seeking entry of an order establishing certain procedures and deadlines in the avoidance actions set forth in Exhibit A hereto (the "Avoidance Actions"); and upon the objections filed by certain defendants in such Avoidance Actions to the CMO Motion (collectively, with joinders therein, the "Objections"); and upon a letter request from DPH Holdings Corporation and certain of its affiliated reorganized debtors (collectively, the "Plaintiffs") seeking the within relief; and with consent from certain of those defendants filing Objections, as well as certain other defendants; and it appearing that the relief set forth herein is in the best interest of the parties and the Court; and notice of Plaintiffs' letter requesting the relief herein having been provided to all of the defendants that filed Objections; and such letter having been electronically filed in all Avoidance Actions; and no further or other notice of such letter being required; and sufficient cause appearing, it is hereby

**ORDERED** that the hearing scheduled on Plaintiff's CMO Motion for May 20, 2010 is adjourned pending the Court's resolution of the First Wave Dismissal Motions (as defined in the Court's Order Establishing Certain Procedures With Respect to Pending Motions to Dismiss Adversary Proceedings, dated April 23, 2010);

1

1206049v3

**ORDERED** that following the Court's entry of order(s) on the First Wave Dismissal Motions, Plaintiffs may file a notice of hearing establishing a new hearing date on the CMO Motion (the "Adjourned Hearing"), setting an objection deadline no greater than 14 (fourteen) days before the date of the Adjourned Hearing, along with a revised proposed case management order; provided however that the Adjourned Hearing shall be scheduled no earlier than 30 (thirty) days after the Court's entry of order(s) resolving the First Wave Dismissal Motions, on no less than 25 (twenty-five) days' notice to defendants in each of the Avoidance Actions (sent via first class mail on the day of filing), subject to the Reorganized Debtors' rights, upon a showing of good cause, and on no less than 25 (twenty-five) days' notice to defendants in each of the Avoidance Actions, to request that the Adjourned Hearing be scheduled following entry of order(s) which resolve fewer than all of the First Wave Dismissal Motions; provided, further, for the avoidance of doubt, that all defendants may file objections to any revised proposed case management order in accordance with the foregoing, irrespective of whether they filed Objections to the CMO Motion;

**ORDERED** that pending the Adjourned Hearing, all discovery by all parties in the Avoidance Actions (both fact and expert, and including without limitation, all requests for production of documents, interrogatories, requests for admission, and/or depositions) shall be stayed, subject to all parties' rights upon a showing of good cause, to request relief to conduct discovery in advance of the Adjourned Hearing; provided however, for the avoidance of doubt, that such stay shall not preclude (a) voluntary exchanges of information among the parties, and (b) such discovery as may be ordered by the Court in connection with any of the Dismissal Motions (as defined in the Court's Order Establishing Certain Procedures With Respect to Pending Motions to Dismiss Adversary Proceedings, dated April 23, 2010);

1206049v3

**ORDERED** that pending the Adjourned Hearing, all parties' obligations under the initial disclosure requirements of Fed. R. Civ. P. 26(a)(1), made applicable by Fed R. Bankr. P. 7026, are stayed;

**ORDERED** that pending the Adjourned Hearing, all pretrial conferences in the Avoidance Actions are adjourned to future date(s) to be determined by the Court following the Court's entry of order(s) on the First Wave Dismissal Motions; provided however, for the avoidance of doubt, that the foregoing adjournment does not apply to any pre-motion conferences that have been or may be requested pursuant to Rule 7056-1(a) of the Local Bankruptcy Rules for the Southern District of New York;

**ORDERED** that the Court shall retain jurisdiction to resolve any disputes or controversies arising from or related to the terms and provisions of this Order.

Dated: White Plains, New York
      May __, 2010

                                          HON. ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE

1206049v3

EXHIBIT A

| CASE NO. | DEFENDANT |
|---|---|
| 07-02084 | A 1 Specialized SVC. & Supp. Inc. |
| 07-02096 | A-1 Specialized Services |
| 07-02124 | ABI (Dems Texas) |
| 07-02138 | Access Electronics Inc. |
| 07-02142 | Access One Technology |
| 07-02147 | Acord Inc. |
| 07-02198 | Affinia Group Holdings Inc., Affinia, Affinia Canada Corp., Affinia Group, Affinia Candad, Brake Parts Inc., Itapsa S.A. DE C.V. and Wix Filtration Products Europe |
| 07-02076 | Ahuas Tool & Engineering Inc. |
| 07-02140 | AKS Receivables LLC, AKS and AKS Receivables |
| 07-02186 | Alpine Electronics of America |
| 07-02201 | Ambrake Corporation and Ambrake Corp. |
| 07-02090 | Amsea Inc. and Amsea |
| 07-02227 | Ann Arbor Machine Co. |
| 07-02077 | Applied Biosystems |
| 07-02125 | ATS Automation Tooling Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems, and Automation Tooling Systems |
| 07-02130 | Auramet Trading LLC |
| 07-02135 | Auto Cam |
| 07-02182 | Barnes & Associates |
| 07-02248 | BGF Industries and BGF Industries Inc. |
| 07-02259 | Blair Strip Steel Co. |
| 07-02800 | Bosch and Robert Bosche GMBH |
| 07-02270 | BP, BP Amoco Corp., BP Microsystems Inc., BP Products North America Castrol, Castrol Industrial and Unifrax Corp. |
| 07-02280 | Business Engine |
| 07-02282 | Calsonic Corp., Calsonic N. America Inc., and Calsonic North America, Inc. |
| 07-02284 | Campbell Marshall E. Co. |
| 07-02288 | Caretools |

1

EXHIBIT A

| CASE NO. | DEFENDANT |
|---|---|
| 07-02291 | Carlisle and Carlisle Companies, Inc. |
| 07-02074 | Carlisle Mexico S.A. DE C.V. |
| 07-02131 | Century Services Inc. |
| 07-02151 | Charter Manufacturing Co., Charter MFG. Co. Inc., and Milwaukee Wire Products |
| 07-02238 | Circle Plastics and Circle Plastics Products Inc. |
| 07-02257 | CNE |
| 07-02133 | Condura S. DE R.L. DE C.V. |
| 07-02161 | Corio-Project Overdrive |
| 07-02177 | Corning Inc., Corning Incorporated, and Corning |
| 07-02188 | Critech Research Inc. |
| 07-02210 | Custom Profiles Inc. |
| 07-02212 | D&R Technology LLC, and D and R Technology LLC |
| 07-02217 | D&S Machine Products Inc. |
| 07-02245 | Danice Manufacturing Co. |
| 07-02250 | Danobat Machine Tool Co. Inc. |
| 07-02260 | Dayton Tool Co. Inc., and Dayton Tool |
| 07-02098 | Decatur Plastic Products Inc. |
| 07-02185 | Digex Inc. |
| 07-02203 | Dongjin Motor Co. LTD. |
| 07-02211 | Doshi Prettl International and Doshi Prettl Int. |
| 07-02214 | Dove Equipment Co. Inc. |
| 07-02234 | Dr. Schneider |
| 07-02236 | DSSI and DSSI LLC |
| 07-02242 | Dupont Company, Dupont Co., Dupont Electronic Matrls. Inc., Dupont P&E M Co., Dupont Powder Coatings, Dupont Powder Coatings USA Inc., E I Dupont De Nemours, El Dupont De Nemours & Co. Inc., and Dupont E I DE Nemours Inc. |
| 07-02220 | Duraswitch Industries Inc. |
| 07-02256 | Eco-Bat America LLC |

2

EXHIBIT A

| CASE NO. | DEFENDANT |
|---|---|
| 07-02262 | EDS, EDS Corp., Electronic Data Systems, Electronic Data Systems Corp., Electronic Data Systems DE, Electronic Data Systems LTD., and EDS Canada Inc. |
| 07-02272 | Elkhart Products Corp. |
| 07-02309 | Equis Corporation (UGL Equis) |
| 07-02337 | Ex Cell O Machine Tools Inc. |
| 07-02350 | FA Tech Corp. |
| 07-02358 | Fernandez Racing LLC |
| 07-02274 | Fin Machine Co. LTD |
| 07-02312 | Fluent Inc. |
| 07-02298 | Flextronics Int'l Asia Pacific |
| 07-02302 | Florida Production Engineering Inc. and Florida Production Eng. |
| 07-02783 | Freudenberg, Flexitech Inc., Freudenberg High Quality, Freudenbery NOK, Freudenberg NOK DE Mexico, Freudenberg Nonwovens, Freudenberg-NOK General, Freudenberg-NOK/ARMET, Vibracoustic DE Mexico, and Vibracoustic GMBH & Co. KG |
| 07-02328 | GKNS Intermetals |
| 07-02351 | Grace Davison |
| 07-02333 | Globe Motors Inc. and Globe Motors |
| 07-02374 | Hague WM Co. and WM Hague Co. |
| 07-02442 | Heraeus Metals Processing and Heraeus Metal Processing LTD. |
| 07-02445 | Heraeus Precious Metals |
| 07-02295 | Invotec Engineering and Invotec Engineering Inc. |
| 07-02449 | Hewlett Packard, Hewlett Packard Co. Inc., Hewlett Packard Company, Hewlett Packard Limited, Hewlett Packard Mexicos, Hewlett-Packard Company, and Hewlett Packard Financial SVCS. |
| 07-02475 | HSS and HSS LLC. |
| 07-02525 | Intec Group |
| 07-02295 | Invotec Engineering and Invotec Engineering Inc. |
| 07-02310 | Itautec America Inc. |
| 07-02301 | ISI of Indiana Inc. |

3

EXHIBIT A

| CASE NO. | DEFENDANT |
| --- | --- |
| 07-02305 | ISPAT Inland |
| 07-02322 | Jamestown Container and Jamestown Container Corp. |
| 07-02348 | Johnson Controls, Johnson Controls Battery Group, Johnson Controls GMBH & Co. KG, and Johnson Controls Inc. |
| 07-02357 | JVS Eqtos P/Autom Ind'l. LTDA |
| 07-02372 | Kataman, Kataman Metals, Kataman Metals Inc., and Kataman Metals |
| 07-02712 | Kostal, Kostal Mexicana, Kostal Mexicana S.A. DE C.V. and Kostal of America Inc. |
| 07-02714 | Kyocera, Kyocera America Inc., Kyocera Industrial, Kyocera Industrial Ceramics Corp., and Kyocera Mita America Inc. |
| 07-02720 | Laneko Engineering Co., Wachovia Bank NA, and Laneko Engineering Co. Inc. |
| 07-02723 | LDI Incorporated |
| 07-02739 | LTC Roll & Engineering Co. |
| 07-02745 | M2M International LTD. |
| 07-02753 | Macsteel |
| 07-02756 | Magnesium Aluminum Corp. |
| 07-02758 | Magnesium Electron Inc., and Magnesium Elektron Inc. |
| 07-02378 | Marquardt GMBH |
| 07-02416 | Merrill Tool & Machine |
| 07-02432 | Methode Electronics Inc. |
| 07-02436 | Microchip |
| 07-02457 | Miller Industrial Products |
| 07-02466 | MJ Celco and MJ Celco Inc. |
| 07-02743 | M&Q Plastic Products, and M and Q Plastic Products |
| 07-02477 | Monroe Inc. |
| 07-02484 | MSX, MSX International, and MSX International Inc. |
| 07-02489 | Mubea, and Mubea Inc. |
| 07-02500 | Multitronics Inc. |
| 07-02527 | ND AMC LLC |

EXHIBIT A

| CASE NO. | DEFENDANT |
|---|---|
| 07-02541 | NGK, NGK Automtive Ceramics, NGK Automotive Ceramics USA Inc., and NGK Spark Plug Mfg. (USA) Inc. |
| 07-02414 | Niles USA, Inc. and Niles USA |
| 07-02433 | Norilsk Nickel USA Inc., and Norilsk Nickel USA |
| 07-02435 | Norsk Hyrdo Canada Inc. and Norsk Hydro Canada |
| 07-02459 | NSK Steering Systems |
| 07-02479 | Olin Corp. |
| 07-02799 | Osar SRL |
| 07-02540 | Owens Corning |
| 07-02543 | Oxford Polymers Inc. |
| 07-02562 | Park Enterprises and Park Enterprises Inc. |
| 07-02563 | Park Ohio Industries, and Park Ohio Industries Inc. |
| 07-02580 | Philips Semiconductor, Philips Semiconductors, and Philips Semiconductors Inc. |
| 07-02287 | Plasco and Plasco Inc. |
| 07-02313 | PMP |
| 07-02339 | Polar Oil and Polar Oil & Chemical Inc. |
| 07-02344 | Polk Audio |
| 07-02385 | Pontiac Coil Inc. |
| 07-02689 | Pro TEC Corporation |
| 07-02690 | Pro Tech Machine |
| 07-02804 | Product Action Int'l Inc., and Product Action International |
| 07-02694 | Production Specialty Group |
| 07-02697 | Progressive |
| 07-02702 | Prudential Relocation, Prudential Relocation Inc., and Prudential Relocation Int'l |
| 07-02711 | QC Onics Inc., and QC Onics Ventures |
| 07-02737 | Regions Bank Birmingham |
| 07-02742 | Republic |

EXHIBIT A

| CASE NO. | DEFENDANT |
| --- | --- |
| 07-02744 | Republic Engineered Products, Republic Eng. Products, and Republic Engineered |
| 07-02750 | Rieck Group LLC |
| 07-02767 | Rotor Coaters International |
| 07-02768 | RSR Corporation, RSR, and RSR Corp. |
| 07-02769 | RSR/Ecobat |
| 07-02775 | Sasol Germany GMBH |
| 07-02617 | Securitas Companies and Securitas Security |
| 07-02618 | Select Tool & Die Corp. |
| 07-02619 | Setech Inc. and Setech |
| 07-02623 | Shuert Industries Inc. |
| 07-02625 | Simco Construction Inc. |
| 07-02633 | Solid State Stamping Inc., Solid State Stamping I and Solid State Stamping Inc. |
| 07-02639 | Spartech Polycom |
| 07-02644 | Sprimag Inc. |
| 07-02649 | Stapla Ultrasonics Corp. |
| 07-02650 | Starbrook Industries Inc. |
| 07-02652 | Steere Enterprises Inc. |
| 07-02654 | Stephenson & Sons Roofing |
| 07-02657 | Styner & Bienz Formtech |
| 07-02659 | Sumitomo, Sumitomo Corp. of America, Sumitomo Corporation, Sumitomo Electric Wiring, Sumitomo Plastics America, Sumitomo Plastics America Inc., Sumitomo Sitix Silicon Inc., and Sumitomo Wiring Systems Inc. |
| 07-02661 | Summit Polymers Inc. |
| 07-02668 | Tata America Intn'l. Corp. |
| 07-02672 | Tech Central |
| 07-02679 | Tesa AG |
| 07-02688 | Timken, Timken Company, Timken Corporation, Timken France SAS, and Timken Super Precision |

EXHIBIT A

| CASE NO. | DEFENDANT |
|---|---|
| 07-02789 | TRW, TRW Automotive, TRW Automotive Electronics, TRW Candad LTD. OSS, TRW Fasteners Div., TRW Inc., TRW LTD., TRW Safety Systems Mesa, TRW United Carr GMBH and Co., TRW Vehicle Safety Systems, TRW Vehicle Safety Systs. TRW-DE, and TRW Fasteners Division Inc. |
| 07-02790 | Tyco, Tyco Adhesives, Tyco Electronics-Raychem, Tyco Electronics Corp., Tyco Electronics Corporation, Tyco Electronics Identification, Tyco Electronics Logistics AG, and Tyco/Electronics |
| 07-02505 | Universal Tool & engineering, Universal Tool & Engineering C, and Universal Tool & Engr. Co. |
| 07-02523 | UVA Machine Company |
| 07-02534 | Valeo, Valeo Airflow Division, Valeo Climate Control USA, Valeo Electrical Systems, Valeo Electronics NA, Valeo Inc., Valeo Schalter UND Sensoren, and Valeo Wiper Systems & Electric Motors North America |
| 07-02539 | Vanguard Distributors Inc. |
| 07-02551 | Victory Packaging and Victory Packing LP |
| 07-02553 | Viking Polymer Solutions LLC |
| 07-02554 | Viking Solutions LLC |
| 07-02555 | Viscom Inc. USA |
| 07-02556 | Vishay Americas Inc. |
| 07-02581 | Wagner Smith Company |
| 07-02592 | Waupaca |
| 07-02597 | Wells Fargo Business and Wells Fargo Minnesota |
| 07-02600 | West Michigan Spline Inc. |
| 07-02602 | Westwood Assocates Inc., Westwood & Associates/Nanya, and Westwood C/O Nanya |
| 07-02605 | Wiegel Tool Works Inc. |
| 07-02606 | Williams Advanced Materials EF [Mathis] |

7