# EXHIBIT A

Nantz, Litowich, Smith, Girard & Hamilton
Harold E. Nelson (P-27974)
2025 E. Beltline, S.E., Suite 600
Grand Rapids, MI 49546
Telephone: (616) 977-0077
Facsimile: (616) 954-0529
E-Mail: hal@nlsg.com

*Attorneys for Lankfer Diversified Industries Incorporated d/b/a LDI Incorporated*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DELPHI CORPORATION**, et al., | Case No. 05-44481(RDD) |
| | Chapter 11 |
| Debtor. | Hon. Robert D. Drain |

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
| Plaintiff, | Adversary Proceeding No. 07-02723(RDD) |
| -vs- | |
| LDI INCORPORATED, | |
| Defendant. | |

### DECLARATION OF SANDREN SCHOLLAART

SANDREN SCHOLLART declares as follows:

1. I am the controller of Lankfer Diversified Industries Incorporated d/b/a *LDI Incorporated* ("**LDI**").

2. I make this Declaration based on personal knowledge and, if called as a witness, would testify to the facts contained herein.

-1-

3. Until late April, 2010, LDI did not know that in 2007, Delphi Corporation, and its affiliates or successors (collectively, "**Delphi**") had commenced a lawsuit under seal against LDI seeking to avoid and recover over $4 Million in allegedly preferential transfers made by Delphi.

4. Because LDI did not know it had been sued by Delphi, it took no special steps to organize or preserve its records with respect to Delphi. In particular, since Delphi filed its lawsuit against LDI under seal, key employees of LDI with respect to LDI's relationship with Delphi, have left LDI's employ. Specifically, the chief executive officer and chief financial officer of LDI left LDI's employ. LDI took no special steps to preserve their papers, electronic documentation and notes, nor did LDI take any steps to conduct exit interviews of such personnel with respect to potential claims and defenses involving an eventual lawsuit by Delphi.

5. If LDI had known that Delphi had commenced an action, it would have taken special steps to organize and preserve its records and information with respect to its transactions with Delphi.

6. LDI has been prejudiced in its ability to defend this adversary proceeding by the delay in receiving notice and service of the Complaint against it.

7. LDI filed a Proof of Claim (Claim No. 9832) on July 18, 2006. The Proof of Claim form had been supplied by Delphi, partially completed, and reflected LDI's name and address as follows:

> Ldi Incorporated
> 4311 Patterson
> Grand Rapids, MI  49512

8. In addition to the Proof of Claim, LDI and Delphi exchanged various documentation prior to Delphi's bankruptcy, all which clearly reflected LDI's proper address (examples of which are attached) and likewise, exchanged documents subsequent to the bankruptcy filing showing LDI's proper address.

9. I make this Declaration under penalty of perjury.

Dated: May 13, 2010

_____
Sandren Schollaart

f:\data\ldi\delphi\ap\declaration (schollaart) 5-12-10.doc

**DELPHI**  Energy & Chassis Systems

Page 1 of 2

Buyer:
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

Deliver to:
DELPHI E & C CHIHUAHUA # 1
AV DE LAS INDUSTRIAS 4907
31110
MEXICO

LANKFER DIVERSIFIED INDUSTRIES INC
LDI INC
4311 PATTERSON AVE SE
GRAND RAPIDS MI 49512

**Requirements Contract**

PO Number: 550059819
Date Issued: 20-Sep-2004
Version: 26-Jul-2005 15:59:28

*Attachments to Schollaert Declaration*

Vendor:
DUNS No: 084682202

**Payment Terms: ZMN2    Currency: USD**
Payment settled on 2nd, 2nd Month

**Incoterms: FOB-Freight Collect**

| Item No | Material No / Description | Plant |
|---|---|---|
| 00010 | 25377349 SOLENOID ASM-EVAP EMIS CNSTR VENT VLV | JU01 DELPHI E & C CHIHUAHUA # 1 |

\*\*\*THIS AMENDMENT EXTENDS ITEM\*\*\*
\*\*\*THIS AMENDMENT CHANGES PRICE & VALIDITY\*\*\*

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Sep-2004 | 05-Jan-2005 | USD | 3,917.00 | 1,000 | PC |
| 06-Jan-2005 | 24-Jul-2005 | USD | 4,087.00 | 1,000 | PC |
| 25-Jul-2005 | 31-Dec-2006 | USD | 3,917.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes**
This Contract replaces previous contract # —.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
As a supplier to Delphi Energy & Chassis you must use a Delphi

Purchasing Contact: Smith, Lille
Phone: 248-813-4356
Fax: 248-813-4599

Contact Address:
DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

Date and Time Printed: 26-Jul-2005 15:59:28

**DELPHI** 05-44481-rdd   Doc 20049-1   Filed 05/13/10   Entered 05/13/10 10:30:51   Exhibit A
Pg 6 of 8
Energy & Chassis Systems

| LANKFER DIVERSIFIED INDUSTRIES INC<br>LDI INC<br>4311 PATTERSON AVE SE<br>GRAND RAPIDS MI 49512 | **Requirements Contract** |
|---|---|
| | PO Number: 550059819    Date Issued: 20-Sep-2004<br>Version: 26-Jul-2005 15:59:28 |

| Item No | Material No / Description | Plant |
|---|---|---|

**Notes Continued**

approved transportation provider when Delphi is paying the bill If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI) To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

11/16/04 - Alteration to change payment terms from ZMN2 to Z23. cap

12/10/04 - Alteration to change payment terms from Z23 to ZMN2 cap

02/23/05 - Alteration to change validity of REQUIREMENTS CONTRACT and change price and price validity on Material 25377349 (Item 10). (Change piece price to include packaging at $.017 per piece) dmp

07/26/05 - Alteration to extend REQUIREMENTS CONTRACT and change price and price validity on Material 25377349 (Item 10). Price change based on packaging change from expendable to returnable  dmp

# DELPHI _____ Energy & Chassis Systems

REC'D MAC
12/16/04

12/17/04
4:25 PM                                      Page 1 of 2

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098

**Deliver to:**
DELPHI E & C ROCHESTER
1000 LEXINGTON AVE
ROCHESTER NY 14606

LANKFER DIVERSIFIED INDUSTRIES INC
LDI INC
4311 PATTERSON AVE SE
GRAND RAPIDS MI 49512

**Requirements Contract**

PO Number                           Date Issued
550059652                           09/15/2004
Version
12/13/2004 15:48:28

Vendor No: 1008260
DUNS No:   084682202

**Payment Terms:** ZMN2      **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB - Freight Collect

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 25360850  UNV | E401 DELPHI E & C ROCHESTER |

SOLENOID ASM - EVAP EMIS CNSTR AIR INL
***THIS AMENDMENT CHANGES PRICE***
***THIS AMENDMENT CHANGES VALIDITY***

J 61

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01/01/2004 | 12/31/2004 | USD | 2,558.00 | 1,000 | PC |
| 01/01/2005 | 12/31/2005 | USD | 2,507.00 | 1,000 | PC |
| 01/01/2006 | 12/31/2006 | USD | 2,457.00 | 1,000 | PC |
| 01/01/2007 | 12/31/2007 | USD | 2,407.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # --
*********************

Purchasing Contact: Smith, Lille

Phone: 248-813-4356

Fax: 248-813-4599

Contact Address:

DELPHI ENERGY & CHASSIS SYSTEMS
5725 Delphi Drive,
TROY MI 48098-2815

| LANKFER DIVERSIFIED INDUSTRIES INC<br>LDI INC<br>4311 PATTERSON AVE SE<br>GRAND RAPIDS MI 49512 | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550059652<br>Version<br>12/13/2004 15:48:28 | Date Issued<br>09/15/2004 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at 800-805-9433. Failure to follow these instructions could result in a charge back to your company

*********************

*********************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information
*********************

*********************
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

11/16/04 - Alteration to change payment terms from ZMN2 to Z23. cap

12/10/04 - Alteration to change payment terms from Z23 to ZMN2. cap

12/13/04 - Alteration to change validity of REQUIREMENTS CONTRACT and change price and price validity on Material 25360850 (Item 10). Add LTA pricing - Pricing currently in SAP reflects pricing when volume reaches certain point SA 550059652 & 550015867  dmp