# EXHIBIT B

# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Eric B. Fisher
212 374 5359
fishere@butzel.com

22nd Floor 380 Madison Avenue
New York, New York 10017
T: 212 818 1110  F: 212 818 0494
butzel.com

March 19, 2010

## FEDERAL RULE OF EVIDENCE 408 SETTLEMENT COMMUNICATION

LDI Incorporated
Attn: David N. Shane
54 Monument Cir., Ste. 800
Indianapolis, IN 46204-2949

>   Re:   Delphi Corporation, et al, v. LDI Incorporated
>         Case No. 07-02720

Dear LDI Incorporated:

We represent DPH Holdings Corp. and certain of its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), formerly known as Delphi Corporation and its affiliates (collectively, the "Debtors"), in connection with the above-referenced adversary proceeding, seeking recovery of amounts paid by the Debtors during the ninety-day preference period preceding their Chapter 11 filing[1]. Please read the information below carefully. As explained below, we are interested in the expeditious resolution of this matter.

### Procedural History

On October 8 and 14, 2005 (the "Petition Dates"), the Debtors filed for relief under chapter 11 of the Bankruptcy Code. On or about September 26, 2007, the Debtors commenced this action against you by filing the enclosed Complaint under seal with the Bankruptcy Court, in accordance with procedures approved by the Court in an August 16, 2007 order, a copy of which is enclosed. On October 6, 2009, the Debtors substantially consummated their plan of reorganization, at which point the Reorganized Debtors were vested with authority to prosecute the claims asserted against you in this action. At the request of the Reorganized Debtors, the Bankruptcy Court has now issued the enclosed Summons in this action, and <u>your court-ordered time to answer, move or otherwise respond to the Complaint is as specified in the Summons</u>. In addition, you are required to appear in Court on the initial pretrial conference date specified in the Summons.

---

[1] Please note that the law firm of Togut Segal and Segal, LLP, identified as Plaintiff's counsel on the face of the summons, is no longer counsel of record. Butzel Long has replaced the Togut firm in this action and all correspondence and inquiries should be made to Butzel Long.

Ann Arbor   Bloomfield Hills   Boca Raton   Detroit   Lansing   New York   Palm Beach   Washington D.C.

*Alliance Offices*   Beijing   Shanghai   Mexico City   Monterrey   *Member Lex Mundi*   www.butzel.com

March 19, 2010

<u>Response Required to this Letter</u>

1.   <u>Payment of Settlement Amount.</u> According to the Reorganized Debtors' records, and as set forth in the enclosed Complaint, payments totaling $4,400,381.33 (the "<u>Preference Amount</u>") were made to you during the ninety-day preference period. These payments appear to be preferences recoverable by the Reorganized Debtors. To resolve this action expeditiously and avoid the costs of litigation, the Reorganized Debtors are currently willing to compromise this action and accept a settlement payment equivalent to a 7.5% reduction of the Preference Amount up to a maximum discount of $50,000 (the "<u>Settlement Amount</u>"), provided that a check for the Settlement Amount is sent so as to be received within 20 calendar days from the date of this letter. Please make your check for the Settlement Amount payable to "Butzel Long, as attorneys for DPH Holdings Corp.," and send it to Cynthia Haffey, Esq., Butzel Long, 150 West Jefferson, Suite 100, Detroit, MI 48226. Ms. Haffey can be reached at 313-983-7434. We will agree to discontinue this action with prejudice and without costs upon receipt and clearance of your payment.

2.   <u>Answer to Complaint.</u> If you do not wish to settle this matter on the terms discussed above, then you must answer, move or otherwise respond to the Complaint in accordance with the deadline that appears on the enclosed Summons. Except under the terms set forth above, we are not willing to consent to any extensions of this deadline for service of a responsive pleading.

Thank you in advance for your prompt attention to this matter.

Very truly yours,

*Eric B. Fisher*
Eric B. Fisher
Cynthia J. Haffey