# EXHIBIT C

*Name Searched On:*
**LDI LIMITED (Legal)**

### Current Information

*Entity Legal Name:*
**LDI, LTD. (LIMITED PARTNERSHIP)**

*Entity Address:*
**54 MONUMENT CIRCLE, 8TH FLOOR, INDIANAPOLIS, IN 46204**

*General Entity Information:*

Control Number: **LP91080004**
Status: **Merged**
Entity Type: **Domestic Limited Partnership (LP)**

Entity Creation Date: **8/5/1991**
Entity Date to Expire: **12/22/2046**
Entity Inactive Date: **1/1/2004**

*Other Names for this Entity:*

| Date | Name (Type) |
| --- | --- |
| 8/5/1991 | LDI, LTD. (Assumed / MARION County ) |
| 8/5/1991 | LDI, LTD (Assumed / Marion County ) |

**Additional Services Available:**
**This Business Entity is not eligible to receive a Certificate of Existence/Authorization.**

| | |
| --- | --- |
| (GO) | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** |
| NEW! (GO) | **Generate Copies of Business Entity Documents.** |
| (GO) | **Request Information Printouts or Certificates.** There is no fee to place an order; however, you will be billed for any statutory fees associated with your order. View fee schedule View turn around time |

(NEW SEARCH)

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site