# EXHIBIT D



# BUTZEL LONG
ATTORNEYS AND COUNSELORS

*a professional corporation*

Eric B. Fisher
212 374 5359
fishere@butzel.com

22nd Floor  380 Madison Avenue
New York, New York 10017
T: 212 818 1110  F: 212 818 0494
butzel.com

April 19, 2010

### FEDERAL RULE OF EVIDENCE 408 SETTLEMENT COMMUNICATION

LDI Incorporated
4311 Patterson S.E.
Grand Rapids, MI 49512

    Re:    **Delphi Corporation, et al, v. LDI Incorporated**
             **Case No. 07-02720**

Dear LDI Incorporated:

We were recently advised by Mr. Gary Bilsland of LDI Limited that LDI Limited is not affiliated with LDI Incorporated. Therefore, we are forwarding all service of process and preceding documents to you for immediate attention.

Please forward same to your legal counsel.

Very truly yours,

*Eric B. Fisher*
Eric B. Fisher
Cynthia J. Haffey