# EXHIBIT E

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481-rdd

- - - - - - - - - - - - - - - - - - - -x


In the matter of:


DPH HOLDINGS CORP., et al.,


       Reorganized Debtors.


- - - - - - - - - - - - - - - - - - -x


       United States Bankruptcy Court

       One Bowling Green

       New York, New York


       April 1, 2010

       10:44 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

1

2       HEARING re Reorganized Debtors' Emergency Motion for Order

3       Under Section 105(a) of the Bankruptcy Code, Fed. R. Bankr. P.

4       7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) Extending

5       Deadline to Serve Process for Certain Avoidance Actions

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25       Transcribed by:  Lisa Bar-Leib

3

1

2    A P P E A R A N C E S :

3    BUTZEL LONG P.C.

4         Attorneys for DPH Holdings Corp., Reorganized Debtors

5         380 Madison Avenue

6         22nd Floor

7         New York, NY 10017

8

9    BY:  ERIC B. FISHER, ESQ.

10

11   TOGUT, SEGAL & SEGAL LLP

12        Attorneys for DPH Holdings Corp., Reorganized Debtors

13        One Penn Plaza

14        New York, NY 10110

15

16   BY:  DANIEL F.X. GEOGHAN, ESQ.

17

18   MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

19        Attorneys for Kostal of America Inc. and also Kostal

20         Mexicana S.A. de C.V.

21        150 West Jefferson

22        Suite 2500

23        Detroit, MI 48226

24

25   BY:  DONALD J. HUTCHINSON, ESQ.

4

1

2   ROBINSON & COLE LLP

3        Attorneys for Prudential Relocation, Prudential Relocation

4         Incorporated, Prudential Relocation International

5        1055 Washington Boulevard

6        9th Floor

7        Stamford, CT 06901

8

9   BY:   NATHAN C. ZEZULA, ESQ.

10

11   HONIGMAN MILLER SCHWARTZ & COHN LLP

12        Attorneys for Affinia Canada Corp., Itapsa S.A. de C.V., a

13         Mexican company, and Wix Filtration Products Europe

14         Limited and Valeo Schalter und Sensoren GMBH

15        2290 First National Building

16        660 Woodward Avenue

17        Detroit, MI 48226

18

19   BY:   JUDY B. CALTON, ESQ.

20

21

22

23

24

25

5

1

2   BODMAN LLP

3        Attorneys for Freudenberg-NOK General Partnership,

4         Freudenberg-NOK, Inc., Flexitech Inc. and Vibracoustic of

5         Mexico, S.A. de C.V.

6        1901 St. Antoine Street

7        6th Floor at Ford Field

8        Detroit, MI 48226

9

10   BY:   RALPH E. MCDOWELL, ESQ.

11        (TELEPHONICALLY)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

1    bankruptcy clerk.  And that's why we requested the extension.

2         Since filing the motion on March 25th, in most

3    instances, those summonses have been issued.  But I still

4    believe, Your Honor, that it would be prudent to grant the

5    extension as to those defendants.  And we're requesting only a

6    thirty-day extension of the service deadline in order to ensure

7    that we can accomplish service before that deadline expires.

8         THE COURT:  Okay.  How many do you have left, do you

9    know?

10        MR. FISHER:  Unissued summonses, Your Honor?  I

11   believe of the twenty-one, there is only one remaining.

12        THE COURT:  All right.

13        MR. FISHER:  The second category are instances where

14   we have attempted to accomplish service, again on domestic

15   defendants, but for one reason or another, service was

16   returned, in many instances because those companies are

17   reportedly now defunct or may have relocated.  So as to those

18   defendants, we're also requesting an extension of the service

19   deadline by thirty days in order to make a determination as to

20   whether it makes sense to proceed with those actions and to try

21   to complete service before the court-ordered deadline expires.

22        THE COURT:  Did you -- are these claimants -- so you

23   got the address off of proof of claim or --

24        MR. FISHER:  Yeah.  In instances where we were

25   dealing with claimants, we checked the claim register to

9

1    identify addresses that way.

2         THE COURT:  Okay.  And the other ones, you got their

3    address by doing corporate searches?

4         MR. FISHER:  Exactly, Your Honor.

5         THE COURT:  Okay.

6         MR. FISHER:  And to my knowledge, again, I suppose

7    there are questions about the extent to which our motion

8    reached these defendants, but we attempted to serve them at the

9    best addresses we could identify by FedEx and there are no

10   objections.

11        THE COURT:  And -- these are only eleven, I think,

12   actions.  The summons and complaint was returned as

13   undeliverable?  Is that what happened --

14        MR. FISHER:  Yes.

15        THE COURT:  -- in each case?

16        MR. FISHER:  Yes.

17        THE COURT:  All right.  And you've already checked to

18   see whether, in fact, you had the address wrong and, as far as

19   you could tell, the address was right?

20        MR. FISHER:  That's correct.  And so, we're doing

21   what we can to determine alternative addresses with regard to

22   these eleven.

23        THE COURT:  Okay.  All right.  Does anyone have

24   anything to say on the relief with regard to these two

25   categories of adversary proceedings, that is, the originally

75

1

2                         C E R T I F I C A T I O N

3

4       I, Lisa Bar-Leib, certify that the foregoing transcript is a

5       true and accurate record of the proceedings.

6

7       _____

8       LISA BAR-LEIB

9       AAERT Certified Electronic Transcriber (CET**D-486)

10

11

12      Veritext

13      200 Old Country Road

14      Suite 580

15      Mineola, NY 11501

16

17      Date:   April 6, 2010

18

19

20

21

22

23

24

25