PILLSBURY WINTHROP SHAW PITTMAN LLP
Roger C. Elder (RE-2112)
1540 Broadway
New York, New York 10036
Telephone:  (212) 858-1000
Facsimile:  (212) 858-1500

    - and -

PILLSBURY WINTHROP SHAW PITTMAN LLP
Philip S. Warden, California Bar No. 54752
50 Fremont Street
San Francisco, CA 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Apple Inc.,
Apple Computer International and
Hon Hai Precision Industry Company Ltd

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05–44481 (RDD) |
| Reorganized  Debtors.: | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PROOF OF SERVICE BY FACSIMILE AND FIRST CLASS MAIL

    I, Kent P. Woods, the undersigned, hereby declare as follows:

    1.    I am over the age of 18 years and am not a party to the within cause.  I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of New York, New York.

    2.    My business address is 1540 Broadway, New York, New York 10036

    3.    On May 13, 2010, at 11:00 a.m., I caused to be served a true copy of the attached document titled exactly:

- RESPONSE OF APPLE INC., APPLE COMPUTER INTERNATIONAL, AND HON HAI PRECISION INDUSTRY COMPANY LTD. TO THE REORGANIZED DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C § 502(b) AND FED. R. P. 3007 TO (I) DISALLOW AND EXPUNGE (A) CERTAIN ADMINISTRATIVE EXPENSE BOOKS AND RECORDS CLAIMS; (B) A CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE CLAIM, AND (C) CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS, AND (II) MODIFY AND ALLOW CERTAIN <u>CLAIMS ("FORTY-SEVENTH OMNIBUS CLAIMS OBJECTION") (Docket No. [19873])</u>

by sending it via facsimile transmission to the following persons at (312) 407-0411:

**DPH Holdings Corp.**
**5725 Delphi Drive**
**Troy, Michigan 48098**
**(Attn: President)**

and

**Counsel to the Reorganized Debtors**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**155 North Wacker Drive**
**Chicago, Illinois 60606**
**(Attn: John Wm. Butler, Jr., John K. Lyons, and Michael W. Perl)**

4. The transmission was reported as complete and without error. A printed copy of the machine's transmission record, indicating that the transmission was successfully completed, is attached to this declaration.

5. In addition to the facsimile transmission, a true copy of said document(s) was placed in a sealed envelope, addressed as indicated in paragraph 3, above, and deposited in regularly maintained interoffice mail for collection, postage, and same-day delivery to the United States Postal Service for delivery to the addressee.

701857153v2 (2)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of May, 2010, at New York, New York.

          /s/ Kent P. Woods

JOB STATUS REPORT

```
TIME   : 05/13/2010 11:58
NAME   : PILLSBURY WINTHROP
FAX#   : 212-858-1445
TEL#   :
SER.#  : 000004057734
```

```
DATE,TIME          05/13  11:54
FAX NO./NAME       13124070411#
DURATION           00:03:17
PAGE(S)            08
RESULT             OK
MODE               STANDARD
```