Courtney Engelbrecht Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel:  (312) 443-0700
Fax: (312) 443-0336


-and-


Shalom Jacob
Casey B. Howard
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel:  (212) 415-8600
Fax: (212) 303-2754

*Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 [RDD] |
| Debtors. | (Jointly Administered) |

---------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | |
| vs. | Adv. Pro. No. 07-02432 [RDD] |
| METHODE ELECTRONICS INC., | |
| Defendant. | |

---------------------------------------------------x

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on May 12, 2010, she

electronically filed *Methode Electronics, Inc.'s Objection to the Reorganized Debtors' Motion*

*for a Case Management Order Establishing Procedures Governing Adversary Proceedings* (the

1

"Objection"), which will send ECF notification of the filing of the same to the parties who have

filed an appearance in this case.

The undersigned attorney further certifies that she caused the Objection to be

served by facsimile before 4:00 p.m. ET on May 13, 2010 upon the following:

> Eric B. Fisher
> BUTZEL LONG, P.C.
> 380 Madison Avenue, 22nd Floor
> New York, NY  10017
> Fax: (212) 818-0494

Dated:  May 13, 2010                            Respectfully submitted,
Chicago, Illinois

/s/ Courtney Engelbrecht Barr
Courtney Engelbrecht. Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Dr.
Chicago, IL  60606
Tel: (312) 443-0700
Fax: (312) 443-0336

- and -

Shalom Jacob
Casey B. Howard
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel:  (212) 415-8600
Fax: (212) 303-2754

*Counsel for Methode Electronics, Inc.*

2