Courtney Engelbrecht Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

-and-

Shalom Jacob
Casey B. Howard
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel: (212) 415-8600
Fax: (212) 303-2754

*Counsel for D&R Technology, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 [RDD] |
| Debtors. | (Jointly Administered) |

---------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | |
| vs. | Adv. Pro. No. 07-02212 [RDD] |
| D & R TECHNOLOGY LLC, AND D AND R TECHNOLOGY LLC | |
| Defendants. | |

---------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 13, 2010, she electronically filed *D&R Technology, LLC's Objection to the Reorganized Debtors' Motion for a Case Management Order Establishing Procedures Governing Adversary Proceedings* (the

1

"Objection"), which will send ECF notification of the filing of the same to the parties who have filed an appearance in this case.

The undersigned attorney further certifies that she caused the Objection to be served by facsimile before 4:00 p.m. ET on May 13, 2010 upon the following:

> Eric B. Fisher
> BUTZEL LONG, P.C.
> 380 Madison Avenue, 22nd Floor
> New York, NY  10017
> Fax: (212) 818-0494

Dated:  May 13, 2010
Chicago, Illinois

Respectfully submitted,

/s/ Courtney Engelbrecht Barr
Courtney Engelbrecht. Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Dr.
Chicago, IL  60606
Tel: (312) 443-0700
Fax: (312) 443-0336

- and -

Shalom Jacob
Casey B. Howard
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel:  (212) 415-8600
Fax: (212) 303-2754

*Counsel for D&R Technology, LLC*

2