DYKEMA GOSSETT PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 840-0519
Facsimile: (248) 850-0763
Ronald L. Rose (P19621)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DELPHI CORPORATION,** *et. al.***,** | **Case No. 05-44481-RDD** |
| **Debtors.** | **(Jointly Administered)** |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Ronald L. Rose, admitted to this Court *pro hac vice*, hereby files a Motion For Admission To Practice, *Pro Hac Vice* on behalf of Robert D. Nachman, attached as Exhibit A hereto.

    Respectfully submitted,

    DYKEMA GOSSETT PLLC

    By: /s/ Ronald L. Rose
    Ronald L. Rose (MI P19621)
    Suite 300, 39577 Woodward Avenue
    Bloomfield Hills, Michigan 48304
    rrose@dykema.com
Dated: May 13, 2010    (248) 203-0519

EXHIBIT A

DYKEMA GOSSETT PLLC
Counsel to MJ Celco, Inc.
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone:  (312) 876-1700
Facsimile:  (312) 876-1155
Robert D. Nachman (IL#6185804)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DELPHI CORPORATION,** *et. al.*, | **Case No. 05-44481-RDD** |
| **Debtors.** | **(Jointly Administered)** |

    I, Robert D. Nachman, a member in good standing of the bar in the State of Illinois, request admission, *pro hac vice*, before the Honorable Robert D. Drain as Counsel to MJ Celco, Inc., in the above referenced case.  My address is:

        Robert D. Nachman (IL #6185804)
        DYKEMA GOSSETT PLLC
        10 S. Wacker Dr., Suite 2300
        Chicago, Illinois 60606
        Telephone:  (312) 627-2480
        Facsimile:  (312) 627-2302
        rnachman@dykema.com

    I agree to pay the fee of $25.00 at the time of filing this Motion.

        Respectfully submitted,

        DYKEMA GOSSETT PLLC

        By:  /s/ Robert D. Nachman
            ROBERT D. NACHMAN (IL #6185804)
            10 S. Wacker Dr., Suite 2300
            Chicago, Illinois 60606
            Telephone:  (312) 876-1700
            Facsimile:  (312) 876-1155

Dated:  May 13, 2010            rnachman@dykema.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **DELPHI CORPORATION, *et. al.*,** | **Case No. 05-44481-RDD** |
| **Debtors.** | **(Jointly Administered)** |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

  Upon the motion of Robert D. Nachman, to be admitted, *pro hac vice*, as Counsel to MJ Celco, Inc., and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, and the bar of the U.S. District Court for Northern District of Illinois,

  IT IS HEREBY ORDERED, that Robert D. Nachman is admitted to practice, *pro hac vice*, in the above referenced case, and in related matters, to act as counsel to MJ Celco, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: New York, New York

_____, 2010

                    _____
                    United States Bankruptcy Judge

BH01\1159839.1
ID\RLR - 019956/0999