**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **DELPHI CORPORATION,** *et. al.*, | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert D. Nachman, to be admitted, *pro hac vice*, as Counsel to MJ Celco, Inc., and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois, and the bar of the U.S. District Court for Northern District of Illinois,

IT IS HEREBY ORDERED, that Robert D. Nachman is admitted to practice, *pro hac vice*, in the above referenced case, and in related matters, to act as counsel to MJ Celco, Inc., in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York

May 13, 2010         /s/Robert D. Drain
                     United States Bankruptcy Judge