# Delphi

**ORIGINAL COPY**

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I5682 |
|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

AUGUST  3, 2005H

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:       ACCOUNTS PAYABLE

VENDOR 504991    DUNS 812675408

SOLECTRON MANUFACTURA DE MEXICO S DE RL
PROL AV LOPEZ MATEOS SUR KM6.5
TLAJOMULCO DE ZUNIGA JA MEXICO  45645

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

P.O. NUMBER ( AND RELEASE NUMBER, IF APPLICABLE ) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADIN. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. ( OR RELEASE ).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| AS RELEASED | | NET   MNS-2 | | SA |

| INCOTERM NAMED PLACE | FOB BUYERS PLANT, FREIGHT COLLECT TLAJOMULCO DE ZUNIGA JA         MX | TITLE TRANSFER TERM TITLE TRANSFER OUR PLANT |
|---|---|---|

STATE & LOCAL SALES, USE TAX CODES
PERMIT NO 3800440    4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  1/18/06 AND EXPIRES 12/31/25. | | |

ATTENTION*** THE PAYMENT DATE IS SET FORTH IN THE LINE ITEM DETAIL OF THIS CONTRACT, OR IF NOT STATED, SHALL BE THE DATE ESTABLISHED BY THE BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), WHICH PROVIDES, ON AVERAGE, THAT PAYMENT SHALL BE MADE ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING, IN THE CASE OF THE BUYER'S NORTH AMERICAN FACILITIES, SELLER'S SHIPMENT DATE OF GOODS OR DATE OF SERVICES, AND, FOR ALL OF THE BUYER'S OTHER LOCATIONS, BUYER'S RECEIPT DATE OF THE GOODS OR DATE OF SERVICES. BUYER MAY WITHOLD PAYMENT PENDING RECEIPT OF EVIDENCE, IN SUCH FORM AND DETAIL AS BUYER MAY DIRECT, OF THE ABSENCE OF ANY LIENS, ENCUMBRANCES AND CLAIMS ON THE GOODS OR SERVICES UNDER THIS CONTRACT.

THIS PURCHASE ORDER IS AN INVOICELESS PURCHASE ORDER. DO NOT SEND AN INVOICE. PAYMENT WILL BE BASED ON RECEIPT RECORDS. ANY QUESTIONS CONCERNING PAYMENT SHOULD BE DIRECTED TO SUPPLIER RELATIONS AT PH. (248) 874-4636.

|   | 26121747 | CONTROLLER, ASM, EPS | 34.30 | PC |
|---|---|---|---|---|

CURRENCY USD

PURCHASED COMPLETE
TO BLUEPRINT REV. 10B DATED  8/24/06
PER CHART          REV. 10B DTD  8/24/06
ACTIVE
ACT 2400   75000                TAX 4B
WEEKLY CAP       10500    MIN LOT SIZE
PERCENT OF BUSINESS       100%

CONTINUED ON PAGE   2

B. WERNER,
BUYER
PHONE       (989) 757-4903 EXT: 4903
FAX (989) 757-5094

PAGE   1

PU165C-1R

# Delphi

**ORIGINAL COPY**

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| | |
|---|---|
| **PURCHASE ORDER** | **SAG9015682** |

AUGUST  3, 2005H

VENDOR 504991    DUNS 812675408

SOLECTRON MANUFACTURA DE MEXICO S DE RL
PROL AV LOPEZ MATEOS SUR KM6.5
TLAJOMULCO DE ZUNIGA JA MEXICO   45645

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:        ACCOUNTS PAYABLE

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER ( AND RELEASE NUMBER, IF APPLICABLE ) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADIN.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. ( OR RELEASE ).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| | | | | |

| INCOTERM NAMED PLACE | TITLE TRANSFER TERM |
|---|---|
| | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | 26130815 | BOARD ASM, MOTOR SENSOR | 4.90 | PC |
| | | | CURRENCY USD | |
| | | PURCHASED COMPLETE<br>TO BLUEPRINT REV. 02A DATED  5/30/06<br>PER CHART           REV. 02A DTD  5/30/06<br>ACTIVE<br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP        9787     MIN LOT SIZE<br>PERCENT OF BUSINESS       100% | | |
| | 26138202 | HOUSING ASM, CONTROLLER | 14.49 | PC |
| | | | CURRENCY USD | |
| | | PURCHASED COMPLETE<br>TO BLUEPRINT   DATED 11/06/06<br>PER CHART           DTD 11/06/06<br>UNRELEASED<br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP        8854     MIN LOT SIZE<br>PERCENT OF BUSINESS       100% | | |
| | 26141613 | CONTROLLER ASM, EPS | 34.03 | PC |
| | | | CURRENCY USD | |
| | | PURCHASED COMPLETE.<br>TO BLUEPRINT REV. 01A DATED  5/03/07<br>PER CHART           REV. 01A DTD  5/03/07 | | |

CONTINUED ON PAGE    3

B. WERNER,
BUYER
PHONE     (989) 757-4903 EXT: 4903
FAX (989) 757-5094

PAGE  **2**

PU165C-1R

# DELPHI

**ORIGINAL COPY**

**PURCHASING LOCATION**

**DELPHI SAGINAW STEERING SYSTEMS**
**DELPHI CORPORATION**
**3900 E HOLLAND RD.**
**SAGINAW, MI  48601-9494**

| PURCHASE ORDER | SAG9015682 |
|---|---|

**AUGUST 3, 2005H**

**VENDOR 504991    DUNS 812675408**

**SOLECTRON MANUFACTURA DE MEXICO S DE RL**
**PROL AV LOPEZ MATEOS SUR KM6.5**
**TLAJOMULCO DE ZUNIGA JA MEXICO   45645**

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:        ACCOUNTS PAYABLE

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
--------------------------------

**P.O. NUMBER ( AND RELEASE NUMBER, IF APPLICABLE ) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADIN.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. ( OR RELEASE ).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | ACTIVE<br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP       7100      MIN LOT SIZE<br>PERCENT OF BUSINESS      100%<br><br>IF YOU HAVE DELPHI STEERING MATERIAL CONSIGNED TO YOUR COMPANY, THE FOLLOWING ACTIONS ARE REQUIRED: 1. CONSIGNEE AGREES TO MAINTAIN PERPETUAL INVENTORY RECORDS AND TO RETAIN THE RECORDS FOR ONE YEAR PLUS THE CURRENT YEAR. 2. CONSIGNEE AGREES TO CONFIRM IN WRITING CONSIGNED INVENTORY BY PART NUMBER AT LEAST QUARTERLY OR MORE FREQUENTLY IF REQUESTED BY THE DIVISION. 3. CONSIGNEE AGREES TO PROVIDE AN ANNUAL CERTIFIED LETTER OF PHYSICAL INVENTORY WHEN DELPHI CONDUCTS ITS ANNUAL PHYSICAL INVENTORY OR ALLOW DELPHI EMPLOYEES TO VISIT THE SITE AND AUDIT THE INVENTORY COUNT. 4. CONSIGNEE AGREES TO VERIFY THAT THE SEAL IS INTACT ON THOSE SEALED TRUCKLOADS IF A SEAL NUMBER IS INDICATED ON THE DELPHI SHIPPING DOCUMENT. 5. CONSIGNEE AGREES TO VERIFY THE ACCURACY OF THE MATERIAL IDENTIFICATION AND COUNTS RECEIVED FROM THE DELPHI PLANT. EACH BILL OF LADING MUST BE CHECKED COMPLETELY AT TIME OF RECEIPT AND DELPHI PRODUCTION CONTROL | | |

CONTINUED ON PAGE   4

B. WERNER,
BUYER
PHONE    (989) 757-4903 EXT: 4903
FAX (989) 757-5094

PAGE 3

PU165C-1R

**DELPHI**   ORIGINAL COPY

| | |
|---|---|
| **PURCHASING LOCATION** | **PURCHASE ORDER**   SAG9OI5682 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

AUGUST  3, 2005H

VENDOR 504991    DUNS 812675408

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:       ACCOUNTS PAYABLE

SOLECTRON MANUFACTURA DE MEXICO S DE RL
PROL AV LOPEZ MATEOS SUR KM6.5
TLAJOMULCO DE ZUNIGA JA MEXICO  45645

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

P.O. NUMBER ( AND RELEASE NUMBER, IF APPLICABLE ) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADIN.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. ( OR RELEASE ).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | NOTIFIED IMMEDIATELY OF ANY DISCREPANCY. CONSIGNEE WILL CORRECT INFORMATION ON BILL OF LADING, SIGN, DATE, AND FAX COPY TO PRODUCTION CONTROL. 6.  CONSIGNEE AGREES TO SEGREGATE DELPHI MATERIAL AND PROVIDE ADEQUATE PROTECTION AND INSURANCE FOR LOSS OR DAMAGED DELPHI MATERIAL 7.  CONSIGNEE AGREES TO RETURN ALL DEFECTIVE OR DAMAGED PARTS TO DELPHI UNLESS ALTERNATE ARRANGEMENTS HAVE BEEN MADE WITH DELPHI PURCHASING. 8.   IF CONSIGNEE IS DETERMINED TO BE AT FAULT FOR SCRAP OR LOSS OF INVENTORY, DELPHI PURCHASING WILL CHARGE BACK THE CONSIGNEE. 9.  CONSIGNEE WILL FAX TO DELPHI MATERIAL CONTROL CONSIGNMENT ANALYST COPIES OF SHIPPING PAPERWORK WHEN SHIPPING OR RECEIVING PARTS FROM OTHER CONSIGNEE LOCATIONS. 10.  CONSIGNEE AGREES TO ALLOW DELPHI SCHEDULING AND FINANCE REPRESENTATIVES THE RIGHT TO AUDIT INVENTORIES AND INVENTORY RECORDS UPON REQUEST. 11. TOOLS PROVIDED FOR PERFORMANCE OF AN OPERATION BY CONSIGNEE REMAIN THE PROPERTY OF DELPHI UNLESS OTHERWISE NOTED. 12. CONSIGNEE AGREES TO SHIP MATERIAL DIRECTLY TO DELPHI'S CUSTOMER IF THE PHYSICAL FLOW WARRANTS. | | |
| | THIS IS NOTIFICATION | FOR AWARD OF BUSINESS FOR PART NUMBERS NOT SHOWN AS | | |

CONTINUED ON PAGE    5

B. WERNER,
BUYER
PHONE    (989) 757-4903 EXT: 4903
FAX (989) 757-5094

PAGE  4

PU165C-1R

**DELPHI**

ORIGINAL COPY

**PURCHASING LOCATION**

**DELPHI SAGINAW STEERING SYSTEMS**
**DELPHI CORPORATION**
**3900 E HOLLAND RD.**
**SAGINAW, MI  48601-9494**

| PURCHASE ORDER | SAG9OI5682 |

AUGUST  3, 2005H

**VENDOR 504991    DUNS 812675408**

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:      ACCOUNTS PAYABLE

**SOLECTRON MANUFACTURA DE MEXICO S DE RL**
**PROL AV LOPEZ MATEOS SUR KM6.5**
**TLAJOMULCO DE ZUNIGA JA MEXICO  45645**

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER ( AND RELEASE NUMBER, IF APPLICABLE ) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADIN.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. ( OR RELEASE ).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|

(ACTIVE).  SHIPMENT OF THOSE PARTS AGAINST THIS ORDER IS PROHIBITED UNTIL AN ALTERATION WITH CURRENT BLUE PRINT DATE AND REVISION IS ISSUED, UNLESS OTHERWISE STATED IN THIS ORDER.

```
++++++++++++++++++++++++++++++++++++++++++
++SHIPPING AND ROUTING INSTRUCTIONS+++++
+++CALL 888-303-0033 FOR CARRIER
ASSIGNMENT+++++++++++++++++++++++++++++
++++++++++++++++++++++++++++++++++++++++
```

SELLER ACKNOWLEDGES AND AGREES THAT
BUYER'S GENERAL TERMS AND CONDITIONS AND
CUSTOMER SPECIFIC REQUIREMENTS ARE IN-
CORPORATED IN, AND A PART OF, THIS CON-
TRACT AND EACH PURCHASE ORDER, RELEASE,
REQUISITION, WORK ORDER, SHIPPING IN-
STRUCTION, SPECIFICATION AND OTHER
DOCUMENT ISSUED BY BUYER OR ACCEPTED IN
WRITING BY BUYER, WHETHER EXPRESSED IN

CONTINUED ON PAGE   6

B. WERNER,
BUYER
PHONE    (989) 757-4903 EXT: 4903
FAX (989) 757-5094

PAGE  5

PU165C-1R

# DELPHI

**ORIGINAL COPY**

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I5682 |

AUGUST 3, 2005H

VENDOR 504991     DUNS 812675408

**INVOICE TO**
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:       ACCOUNTS PAYABLE

SOLECTRON MANUFACTURA DE MEXICO S DE RL
PROL AV LOPEZ MATEOS SUR KM6.5
TLAJOMULCO DE ZUNIGA JA MEXICO  45645

**SHIP TO**
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
------------------------------

**P.O. NUMBER ( AND RELEASE NUMBER, IF APPLICABLE ) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADIN.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. ( OR RELEASE ).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS | | |

CONTINUED ON PAGE   7

B. WERNER,
BUYER
PHONE    (989) 757-4903 EXT: 4903
FAX (989) 757-5094

PAGE    6

PU165C-1R

**Delphi**                                                    ORIGINAL COPY

**PURCHASING LOCATION**

| | PURCHASE ORDER | SAG9015682 |

**DELPHI SAGINAW STEERING SYSTEMS**
**DELPHI CORPORATION**
**3900 E HOLLAND RD.**
**SAGINAW, MI  48601-9494**                                 AUGUST  3, 2005H

**VENDOR 504991    DUNS 812675408**

INVOICE TO
INVOICELESS PURCHASE ORDER
DO NOT MAIL INVOICE

ATTN:        ACCOUNTS PAYABLE

**SOLECTRON MANUFACTURA DE MEXICO S DE RL**
**PROL AV LOPEZ MATEOS SUR KM6.5**
**TLAJOMULCO DE ZUNIGA JA MEXICO  45645**

SHIP TO
SHIP ACCORDING TO RELEASE AND
SHIPPING SCHEDULES
-----------------------------

**P.O. NUMBER ( AND RELEASE NUMBER, IF APPLICABLE ) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADIN. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. ( OR RELEASE ).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CODES IAR |
|---|---|---|---|---|
| INCOTERM NAMED PLACE | | | TITLE TRANSFER TERM | |

STATE & LOCAL SALES, USE TAX CODES

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS. |
|---|---|---|---|---|
| | | IN WRITING.
DIRECTIONS TO FIND DELPHI'S GENERAL
TERMS AND CONDITIONS ON THE INTERNET.
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIERS
3) CLICK ON DELPHI SUPPLIER COMMUNITY
PORTAL
4) CLICK ON GENERAL TERMS AND CONDITIONS
5) CLICK ON YOUR PERFERRED LANGUAGE
VERSION OF THE GENERAL TERMS AND
CONDITIONS

DIRECTIONS TO FIND DELPHI'S CUSTOMER
SPECIFIC REQUIREMENTS ON THE INTERNET
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIER'S
3) CLICK ON DELPHI'S SUPPLIER COMMUNITY
PORTAL
4) CLICK ON SUPPLIER STANDARDS
5) CLICK ON DELPHI CUSTOMER SPECIFIC
REQUIREMENTS | | |

B. WERNER,
BUYER
PHONE    (989) 757-4903 EXT: 4903
FAX (989) 757-5094          LAST
                    PAGE
                       **7**

PU165C-1R