# United States Bankruptcy Court
## Southern District of New York

Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

**Administrative Expense Claim Form**

| Debtor against which claim is asserted: | Case Name and Number |
|---|---|
| Delphi Automotive Systems LLC | In re Delphi Corporation., et al. 05-44481<br>Chapter 11, Jointly Administered |

**NOTE:** This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor**
*(The person or other entity to whom the debtor owes money or property)*

Flextronics International Ltd. (see attachment 1)

Name and Address Where Notices Should be Sent

BIALSON, BERGEN & SCHWAB
Attention: Lawrence Schwab/Thomas Gaa
2600 El Camino Real, Ste 300, Palo Alto, CA 94306
Telephone No. (650) 857-9500

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**THIS SPACE IS FOR COURT USE ONLY**

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim ☐ replaces
☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other (Describe briefly) See Attachment 1

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed
from _____ to _____
       (date)         (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM:** $ 18,524,591.75
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):

See Attachment 1

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 07/14/2009 | Thomas M. Gaa, Attorney-in-fact |

**THIS SPACE IS FOR COURT USE ONLY**

<u>Attachment 1 to Administrative Expense Claim</u>

**Debtor:**   **Delphi Automotive Systems LLC**   Case Number: 05-44640

**Claimant:**   **Flextronics International Ltd.,**
**and its subsidiaries and affiliates as identified below**

**Administrative Expense Amount: $18,524,591.75**

<u>Statement of Claim</u>

Delphi Automotive Systems LLC (collectively, the "Debtor") is liable to Flextronics International Ltd. and its subsidiaries and affiliates, including, without limitation, Flextronics International Latin America Ltd., Flextronics Manufacturing Europe BV, and Flextronics Corporation, successor in interest to Solectron Corporation, (collectively, the "Claimant") in the amount of not less than $18,524,591.75, such amount represents an administrative expense as of June 1, 2009.

A summary of the administrative expense claim amount is set out below:

| Exhibit A | Flextronics International Latin America Ltd. Statement of Account as of 6/1/2009 (The invoices are voluminous, and Claimant has not attached them to this Proof of Claim. Copies of the invoices will be made available without charge to the Court, the Debtor, and any duly appointed Committee upon request.) | $1,522,427.75 |
|---|---|---|
| Exhibit B | Flextronics International Latin America Ltd. Excess and Obsolete Inventory Claim | $1,392,847.00 |
| Exhibit C | Flextronics Manufacturing Europe BV Statement of Account and Invoice Copies | $7,543.82 |
| Exhibit D | ARPD Claim | $15,179,242.18 |
| Exhibit E | Other claims as described in Exhibit E | $422,531.00 |
| | TOTAL: | $18,524,591.75 |

This Administrative Expense Claim is filed under compulsion of the bar date established in this case and is filed to protect the Claimant from forfeiture of its claim. The execution and filing of this Administrative Expense Claim is not: (a) a waiver or release of the Claimant's

rights against any other entity or person liable for all or part of the claim; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of this Administrative Expense Claim, any objection or other proceedings commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving the Claimant; or (d) an election of remedy which waives or otherwise affects any other remedy. The Claimant expressly reserves its rights to file other proofs of claim or requests for allowance and payment of any administrative expense with respect to the claim set forth herein or otherwise (which proof of claim or request, if so filed, shall not be deemed to supersede this claim), to amend or supplement this Administrative Expense Claim in any respect.

Claimant expressly reserves its rights in respect to the claim set forth herein or any other claims, cause of action, chose in action, and preserves all rights, notwithstanding anything contained in this Administrative Expense Claim, including, without limitation, to assert its rights against any third party whatsoever.

Exhibit A

Flextronics International Latin America Ltd.

Customer Name: Delphi Automotive Systems LLC

Open Balance as of 6/1/2009

| CUST_ID | AR_IVC_NO | IVC_DATE | DUE_DATE | CO_NUMBER | CUST_PO_NO | ITEM | SHIP_QTY | UNIT_PRICE | TOTAL_LN | OPEN BALANCE | APPLIED AMOUI | SHIP_CITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420 | 12076 | 2/29/2008 | 4/29/2008 | 450595076 | 450595076 | - | 1 | 174,376.13 | 174,376.13 | 174,376.13 | | |
| 420A | 62229 | 2/24/2009 | 5/5/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 840 | 15.75 | 13,230.00 | 7,923.80 | -42,287.48 | EL MARQUES |
| 420A | 62229 | 2/24/2009 | 5/5/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 62229 | 2/24/2009 | 5/5/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 960 | 32.76 | 31,449.60 | 0 | | EL MARQUES |
| 420A | 63523 | 3/6/2009 | 5/15/2009 | SAG9FI7962 | SAG9FI7962 | DPH28183086 | 270 | 5.85 | 1,579.50 | 1,579.50 | | LUNGTAN |
| 420A | 65541 | 3/23/2009 | 6/1/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 51,152.55 | -13,129.78 | EL MARQUES |
| 420A | 65541 | 3/23/2009 | 6/1/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 65541 | 3/23/2009 | 6/1/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 480 | 32.76 | 15,724.80 | 0 | | EL MARQUES |
| 420A | 65541 | 3/23/2009 | 6/1/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 960 | 32.76 | 31,449.60 | 0 | | EL MARQUES |
| 420A | 65702 | 3/24/2009 | 6/2/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 52,706.08 | | EL MARQUES |
| 420A | 65702 | 3/24/2009 | 6/2/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420A | 65948 | 3/25/2009 | 6/3/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 64,282.33 | | EL MARQUES |
| 420A | 65948 | 3/25/2009 | 6/3/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 65948 | 3/25/2009 | 6/3/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420A | 66762 | 3/30/2009 | 6/8/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 525 | 15.75 | 8,268.75 | 68,182.03 | | EL MARQUES |
| 420A | 66762 | 3/30/2009 | 6/8/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 66762 | 3/30/2009 | 6/8/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1660 | 32.76 | 54,381.60 | 0 | | EL MARQUES |
| 420A | 68036 | 4/8/2009 | 6/7/2009 | SAG9FI8041 | SAG9FI8041 | DPH28191504 | 5 | 44.81 | 224.05 | 224.05 | | SAGINAW |
| 420A | 68509 | 4/16/2009 | 6/15/2009 | 450850314 | 450850314 | DPH28204365 | 50 | 21.00 | 1,050.00 | 1,050.00 | | SAGINAW |
| 420A | 68756 | 4/17/2009 | 6/16/2009 | 450848194 | 450848194 | DPH28209796 | 50 | 4.62 | 231.00 | 231 | | SAGINAW |
| 420A | 69924 | 4/27/2009 | 6/26/2009 | SAG9FI8041 | SAG9FI8041 | DPH28191504 | 108 | 44.81 | 4,839.48 | 4,839.48 | | SAGINAW |
| 420A | 70194 | 4/29/2009 | 6/28/2009 | 450850314 | 450850314 | DPH28143779 | 1 | 7.05 | 7.05 | 7.05 | | SAGINAW |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH09364130 | 2500 | 0.12 | 288.00 | 31,590.09 | | REYNOSA |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH09399019 | 44846 | 0.08 | 3,713.25 | 0 | | REYNOSA |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH09399565 | 9134 | 0.20 | 1,826.80 | 0 | | REYNOSA |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH09400379 | 32564 | 0.24 | 7,815.36 | 0 | | REYNOSA |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH09400380 | 13612 | 0.24 | 3,266.88 | 0 | | REYNOSA |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH09400704 | 65285 | 0.04 | 2,480.83 | 0 | | REYNOSA |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH09402520 | 6603 | 0.21 | 1,386.63 | 0 | | REYNOSA |

| CUST_ID | AR_IVC_NO | IVC_DATE | DUE_DATE | CO_NUMBER | CUST_PO_NO | ITEM | SHIP_QTY | UNIT_PRICE | TOTAL_LN | OPEN BALANCE | APPLIED AMOU | SHIP_CITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH16088533 | 9944 | 0.07 | 691.11 | 0 | | REYNOSA |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH16191903 | 14103 | 0.07 | 927.98 | 0 | | REYNOSA |
| 420 | 70590 | 5/4/2009 | 7/3/2009 | 450873191 | 450873191 | DPH16245481 | 33430 | 0.28 | 9,193.25 | 0 | | REYNOSA |
| 420A | 70796 | 5/5/2009 | 7/14/2009 | DPH-9OI5682 | SAG9OI5682 | DPH26138202Q | 1365 | 15.75 | 21,498.75 | 95,461.31 | | EL MARQUES |
| 420A | 70796 | 5/5/2009 | 7/14/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28181303 | 2464 | 4.49 | 11,063.36 | 0 | | EL MARQUES |
| 420A | 70796 | 5/5/2009 | 7/14/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 960 | 32.76 | 31,449.60 | 0 | | EL MARQUES |
| 420A | 70796 | 5/5/2009 | 7/14/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 960 | 32.76 | 31,449.60 | 0 | | EL MARQUES |
| 420A | 70865 | 5/6/2009 | 7/15/2009 | DPH-9OI5682 | SAG9OI5682 | DPH26138202Q | 1155 | 15.75 | 18,191.25 | 102,346.93 | | EL MARQUES |
| 420A | 70865 | 5/6/2009 | 7/15/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 70865 | 5/6/2009 | 7/15/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 960 | 32.76 | 31,449.60 | 0 | | EL MARQUES |
| 420A | 70865 | 5/6/2009 | 7/15/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420A | 71002 | 5/7/2009 | 7/16/2009 | DPH-9OI5682 | SAG9OI5682 | DPH26138202Q | 420 | 15.75 | 6,615.00 | 27,871.48 | | EL MARQUES |
| 420A | 71002 | 5/7/2009 | 7/16/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 71002 | 5/7/2009 | 7/16/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 480 | 32.76 | 15,724.80 | 0 | | EL MARQUES |
| 420A | 71595 | 5/11/2009 | 7/10/2009 | SAG9FI8041 | SAG9FI8041 | DPH28191504 | 62 | 44.81 | 2,778.22 | 2,778.22 | | SAGINAW |
| 420A | 71594 | 5/11/2009 | 7/20/2009 | DPH-9OI5682 | SAG9OI5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 64,282.33 | | EL MARQUES |
| 420A | 71594 | 5/11/2009 | 7/20/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 71594 | 5/11/2009 | 7/20/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420A | 71675 | 5/12/2009 | 7/21/2009 | DPH-9OI5682 | SAG9OI5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 64,282.33 | | EL MARQUES |
| 420A | 71675 | 5/12/2009 | 7/21/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 71675 | 5/12/2009 | 7/21/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420A | 71894 | 5/13/2009 | 7/22/2009 | DPH-9OI5682 | SAG9OI5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 64,282.33 | | EL MARQUES |
| 420A | 71894 | 5/13/2009 | 7/22/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 71894 | 5/13/2009 | 7/22/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420A | 72098 | 5/14/2009 | 7/13/2009 | 450848194 | 450848194 | DPH28209796 | 200 | 4.62 | 924.00 | 924 | | SAGINAW |
| 420A | 72099 | 5/14/2009 | 7/13/2009 | 450850314 | 450850314 | DPH28143779 | 194 | 7.05 | 1,367.70 | 8,992.20 | | SAGINAW |
| 420A | 72099 | 5/14/2009 | 7/13/2009 | 450850314 | 450850314 | DPH28204365 | 10 | 195.00 | 1,950.00 | 0 | | SAGINAW |
| 420A | 72099 | 5/14/2009 | 7/13/2009 | 450850314 | 450850314 | DPH28204365 | 130 | 43.65 | 5,674.50 | 0 | | SAGINAW |
| 420A | 72056 | 5/14/2009 | 7/23/2009 | DPH-9OI5682 | SAG9OI5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 33,587.05 | | EL MARQUES |
| 420A | 72056 | 5/14/2009 | 7/23/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28181303 | 1400 | 4.49 | 6,286.00 | 0 | | EL MARQUES |
| 420A | 72056 | 5/14/2009 | 7/23/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28210629 | 480 | 32.76 | 15,724.80 | 0 | | EL MARQUES |
| 420A | 72134 | 5/15/2009 | 7/14/2009 | 450850314 | 450850314 | DPH28204365 | 78 | 43.65 | 3,404.70 | 3,404.70 | | SAGINAW |
| 420A | 72354 | 5/18/2009 | 7/27/2009 | DPH-9OI5682 | SAG9OI5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 64,282.33 | | EL MARQUES |
| 420A | 72354 | 5/18/2009 | 7/27/2009 | DPH-9OI5682 | SAG9OI5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |

| CUST_ID | AR_IVC_NO | IVC_DATE | DUE_DATE | CO_NUMBER | CUST_PO_NO | ITEM | SHIP_QTY | UNIT_PRICE | TOTAL_LN | OPEN BALANCE | APPLIED AMOUNT | SHIP_CITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420A | 72354 | 5/18/2009 | 7/27/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420 | 72583 | 5/19/2009 | 7/18/2009 | 450881916 | 450881916 | DPH09401787 | 4800 | 0.65 | 3,096.00 | 13,809.37 | | REYNOSA |
| 420 | 72583 | 5/19/2009 | 7/18/2009 | 450881916 | 450881916 | DPH09401788 | 4800 | 0.65 | 3,096.00 | 0 | | REYNOSA |
| 420 | 72583 | 5/19/2009 | 7/18/2009 | 450881916 | 450881916 | DPH12211532 | 22 | 0.13 | 2.79 | 0 | | REYNOSA |
| 420 | 72583 | 5/19/2009 | 7/18/2009 | 450881916 | 450881916 | DPH16245294 | 4286 | 1.03 | 4,414.58 | 0 | | REYNOSA |
| 420 | 72583 | 5/19/2009 | 7/18/2009 | 450881916 | 450881916 | DPH21003556 | 40000 | 0.08 | 3,200.00 | 0 | | REYNOSA |
| 420A | 72467 | 5/19/2009 | 7/18/2009 | 450850314 | 450850314 | DPH28204365 | 84 | 43.65 | 3,666.60 | 3,666.60 | | SAGINAW |
| 420A | 72515 | 5/19/2009 | 7/28/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 630 | 15.75 | 9,922.50 | 62,628.58 | | EL MARQUES |
| 420A | 72515 | 5/19/2009 | 7/28/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 72515 | 5/19/2009 | 7/28/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420A | 72616 | 5/20/2009 | 7/19/2009 | 450850314 | 450850314 | DPH28204365 | 56 | 43.65 | 2,444.40 | 2,444.40 | | SAGINAW |
| 420A | 72682 | 5/20/2009 | 7/29/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 525 | 15.75 | 8,268.75 | 63,747.95 | | EL MARQUES |
| 420A | 72682 | 5/20/2009 | 7/29/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1120 | 4.49 | 5,028.80 | 0 | | EL MARQUES |
| 420A | 72682 | 5/20/2009 | 7/29/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1540 | 32.76 | 50,450.40 | 0 | | EL MARQUES |
| 420A | 72860 | 5/21/2009 | 7/30/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 65,592.73 | | EL MARQUES |
| 420A | 72860 | 5/21/2009 | 7/30/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 72860 | 5/21/2009 | 7/30/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 480 | 32.76 | 15,724.80 | 0 | | EL MARQUES |
| 420A | 72860 | 5/21/2009 | 7/30/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1000 | 32.76 | 32,760.00 | 0 | | EL MARQUES |
| 420A | 73260 | 5/25/2009 | 8/3/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 63,627.13 | | EL MARQUES |
| 420A | 73260 | 5/25/2009 | 8/3/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 73260 | 5/25/2009 | 8/3/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1420 | 32.76 | 46,519.20 | 0 | | EL MARQUES |
| 420A | 73373 | 5/26/2009 | 7/25/2009 | 450850314 | 450850314 | DPH28204365 | 138 | 43.65 | 6,023.70 | 6,023.70 | | SAGINAW |
| 420A | 73466 | 5/26/2009 | 7/25/2009 | SAG9FI8113 | SAG9FI8113 | DPH28235225 | 120 | 32.76 | 3,931.20 | 3,931.20 | | EL MARQUES |
| 420A | 73464 | 5/26/2009 | 8/4/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 360 | 32.76 | 11,793.60 | 11,793.60 | | EL MARQUES |
| 420A | 73465 | 5/26/2009 | 8/4/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 17,107.93 | | EL MARQUES |
| 420A | 73465 | 5/26/2009 | 8/4/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 73486 | 5/27/2009 | 7/26/2009 | 450850314 | 450850314 | DPH28143779 | 20 | 7.05 | 141.00 | 141 | | SAGINAW |
| 420A | 73521 | 5/27/2009 | 8/5/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 630 | 15.75 | 9,922.50 | 31,178.98 | | EL MARQUES |
| 420A | 73521 | 5/27/2009 | 8/5/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 73521 | 5/27/2009 | 8/5/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 480 | 32.76 | 15,724.80 | 0 | | EL MARQUES |
| 420A | 73667 | 5/28/2009 | 7/27/2009 | 450850314 | 450850314 | DPH28204365 | 60 | 43.65 | 2,619.00 | 2,619.00 | | SAGINAW |
| 420A | 73668 | 5/28/2009 | 7/27/2009 | 450860592 | 450860592 | DPH28161009Q | 150 | 61.00 | 9,150.00 | 9,150.00 | | SAGINAW |
| 420A | 73684 | 5/28/2009 | 8/6/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 525 | 15.75 | 8,268.75 | 45,250.03 | | EL MARQUES |
| 420A | 73684 | 5/28/2009 | 8/6/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |

| CUST_ID | AR_IVC_NO | IVC_DATE | DUE_DATE | CO_NUMBER | CUST_PO_NO | ITEM | SHIP_QTY | UNIT_PRICE | TOTAL_LN | OPEN BALANCE | APPLIED AMOUNT | SHIP_CITY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420A | 73684 | 5/28/2009 | 8/6/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 960 | 32.76 | 31,449.60 | 0 | | EL MARQUES |
| 420A | 73798 | 5/29/2009 | 7/28/2009 | 450850314 | 450850314 | DPH28143779 | 105 | 7.05 | 740.25 | 740.25 | | SAGINAW |
| 420A | 73799 | 5/29/2009 | 7/28/2009 | 450871037 | 450871037 | DPH28147350 | 228 | 6.85 | 1,561.80 | 1,561.80 | | SAGINAW |
| 420A | 73965 | 5/30/2009 | 8/8/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 630 | 15.75 | 9,922.50 | 62,628.58 | | EL MARQUES |
| 420A | 73965 | 5/30/2009 | 8/8/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 1232 | 4.49 | 5,531.68 | 0 | | EL MARQUES |
| 420A | 73965 | 5/30/2009 | 8/8/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| 420A | 73994 | 6/1/2009 | 7/31/2009 | 450850314 | 450850314 | DPH28143779 | 105 | 7.05 | 740.25 | 740.25 | | SAGINAW |
| 420A | 73995 | 6/1/2009 | 7/31/2009 | 450850314.. | 450850314.. | DPH28209796 | 300 | 4.62 | 1,386.00 | 1,386.00 | | OHIO |
| 420A | 74108 | 6/1/2009 | 8/10/2009 | DPH-90I5682 | SAG90I5682 | DPH26138202Q | 735 | 15.75 | 11,576.25 | 62,019.37 | | EL MARQUES |
| 420A | 74108 | 6/1/2009 | 8/10/2009 | DPH-90I5682 | SAG90I5682 | DPH28181303 | 728 | 4.49 | 3,268.72 | 0 | | EL MARQUES |
| 420A | 74108 | 6/1/2009 | 8/10/2009 | DPH-90I5682 | SAG90I5682 | DPH28210629 | 1440 | 32.76 | 47,174.40 | 0 | | EL MARQUES |
| | | | | | | | | | | 1,522,427.75 | | |

# Exhibit B

# Flextronics International Latin America Ltd.

Summary.                                                              **Open Balance Claim**

| Family | Claim with WF Date 03-13-09 Amount | Delphi Format requested Date 03-31-09 Amount | Update amount Date 05-08-09 Amount |
|---|---:|---:|---:|
| Mustang cluster | $ 1,088,556 | $ 897,411 | $ 682,577 |
| CD Electronics | $ 345,341 | $ 363,987 | $ 339,023 |
| HVAC. | $ 285,941 | $ 285,941 | $ 211,715 |
| GMT 800 cluster | $ 152,872 | $ 152,872 | $ 79,212 |
| VW Colorado | $ 38,107 | $ 38,107 | $ 38,107 |
| GMT 800 3 codes |  |  | $ 42,213 |
|  | $ 1,910,817 | $ 1,738,318 | $ 1,392,847 |

Exhibit C

| BP | Document | Description | Customer Order Number | Doc. Date | Due Date | Payment | Ovd | Cur | Amount | Amount inUSD | Balance in USD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CU0000055 | SIF11000029 | PCBtooling charg Red | 450866272;line010;tooling | 2009-05-04 | 5/4/2009 | - - | 49 | USD | 1,664.32 | 1,664.32 | 1,664.32 |
| CU0000055 | SIF11000030 | premium buy Fiat846D | 450769303;poline010 | 2009-05-04 | 5/4/2009 | - - | 49 | USD | 2,975.00 | 2,975.00 | 2,975.00 |
| CU0000055 | SIF11000031 | at supplier;multek t | 450769303;line020;030;too | 2009-05-04 | 5/4/2009 | - - | 49 | USD | 2,250.00 | 2,250.00 | 2,250.00 |
| CU0000055 | SIF11000004 | tooling for Fiat RHD | 450859655 | 2009-04-07 | 4/7/2009 | 6/5/2009 | 76 | USD | 4,522.00 | 4,522.00 | 654.5 |
| | | | | | | | | | | TOTAL: | 7,543.82 |



ROM10022761

FLEXTRONICS MANUFACTURING EUROPE BV
Spurkterweg 81
5804AP
Venray
The Netherlands

Page/Pagina    1

Sold to/Cumparator(Client)/Vandut la
   DELPHI SAGINAW STEERING SYSTEM
   2975 NODULAR DRIVE
   48601 SAGINAW
   UNITED STATES

Ship to/Transportat la
   DELPHI POLSKA AUTOMOTIVE SYSTEMS :
   C/O FLEXTRONICS ROMANIA SRL ,C

   300000 TIMISOARA,TIMIS COUNTY
   ROMANIA

Ship from/Expediat Din
   ROMANIA

Customer Client  CU0000055              Invoice Factura  SIF  11000004            Date/Data Facturii: 07-04-09

| Quantity/ Cantitate | Unit U.M. | Item/ Descrierea bunurilor | Customer Order/ Comanda clientului | Price/ Pret | Unit U.M. | Tax / Procent T.V.A | Tax Amount Suma T.V.A | Net Amount/ Suma neta |
|---|---|---|---|---|---|---|---|---|
| | | Sales Order : | 205C01208 | | | | | |
| | | Order Date/Data Comenzil: | 03-04-09 | | | | | |
| | | Reference A/Referinta A : | tooling for Fiat RHD 846 build | | | | | |
| Customer Order/Comanda clientului | | | 450859655 | | | | | |
| Packing Slip/Document de insotire a bunurilor: 100862930 | | | | | | | | |
| 1.0000 | ea | DPI-TOOLINGCOSTRECOVERY | | 1800.000000 | ea | 19.00 | 342.00 | 1800.00 |
| Local sales VAT applicable (19% Romanian VAT) | | | | | | | | |
| | | Revision/Revizuire : | | | | | | |
| | | TOOLING COST RECOVERY | | | | | | |
| Country of Origin/Tara De Origine: | | | | | | | | |
| Delivery Date/Data Livrarii:07/04/2009 | | | | | | | | |
| 1.0000 | ea | DPI-TOOLINGCOSTRECOVERY | | 2000.000000 | ea | 19.00 | 380.00 | 2000.00 |
| Local sales VAT applicable (19% Romanian VAT) | | | | | | | | |
| | | Revision/Revizuire : | | | | | | |
| | | TOOLING COST RECOVERY | | | | | | |
| Country of Origin/Tara De Origine: | | | | | | | | |
| Delivery Date/Data Livrarii:07/04/2009 | | | | | | | | |

Order Amount/Suma Comenzii:    3800.00

Effective Currency Rate/Rata de schimb valutara USD =  RON     3.071000
Net Amount/Suma Neta    in RON    =    11669.80
Vat Amount/ Total TVA  in RON    =     2217.26
Total Amount/Suma Totala in RON  =    13887.06

| Net Amount/Suma Neta | Tax Amount/Total Taxe | Total Amount/Suma Totala |
|---|---|---|
| 3800.00 | 722.00 | USD    4522.00 |

Please state with your payment: SIF/11000004
Bank/Banca:                Swift-Code :                      A/C No
Delivery/Livrare:Free Carrier       Flextronics Tax ID Number/Codul de TVA pentru Flextronics : NL8048.23.455.B.01
Payment/Plata:33 Days End of Month    Codul de TVA al Flextronics in tara de plecare       : RO20215829
                          Customer Tax ID Number/Codul de TVA al Clientului    : US
                          Codul de TVA al Clientului in tara de destinatie     : **

Fiscal Representative:

Fiscal Represen:Flextronics Romania SRL, Calea Torontalului DN6 km 5.7, 300000 Timisoara, RO10608391



ROM10024143

FLEXTRONICS MANUFACTURING EUROPE BV
Spurkterweg 81
5804AP
Venray
The Netherlands

Page/Pagina    1

**Sold to/Cumparator(Client)/Vandut la**
    DELPHI SAGINAW STEERING SYSTEM
    2975 NODULAR DRIVE
    48601 SAGINAW
    UNITED STATES

**Ship to/Transportat la**
    DELPHI SAGINAW STEERING SYSTEMS
    2975 NODULAR DRIVE
    48601 SAGINAW
    UNITED STATES

**Ship from/Expediat Din**
    ROMANIA

Customer Client  CU0000055             Invoice Factura  SIF  11000030             Date/Data Facturii: 04-05-09

| Quantity/Cantitate | Unit U.M. | Item/Descrierea bunurilor | Customer Order/Comanda clientului | Price/Pret | Unit U.M. | Tax / Procent T.V.A | Tax Amount Suma T.V.A | Net Amount/Suma neta |
|---|---|---|---|---|---|---|---|---|
| | | Sales Order : | 205C01244 | | | | | |
| | | Order Date/Data Comenzil: | 30-04-09 | | | | | |
| | | Reference A/Referinta A : | premium buy Fiat846DVbuild/08 | | | | | |
| | | Customer Order/Comanda clientului | 450769303;poline010 | | | | | |
| | | Packing Slip/Document de insotire a bunurilor: 100929474 | | | | | | |
| 1.0000 | ea | DPI-PPVRECOVERY | | 2975.000000 | ea | 0.00 | 0.00 | 2975.00 |

Export 0% VAT, application of article 146 COUNCIL DIRECTIVE 2006/112/EC
DIRECTIVE 2006/112/EC
    Revision/Revizuire :
        PPV RECOVERY
  Country of Origin/Tara De Origine:
    Delivery Date/Data Livrarii:30/04/2009

                                                Order Amount/Suma Comenzii:    2975.00

Effective Currency Rate/Rata de schimb valutara USD =  RON    3.144699
Net Amount/Suma Neta    in RON    =    9355.48
Vat Amount/ Total TVA  in RON    =       0.00
Total Amount/Suma Totala in RON   =    9355.48

| Net Amount/Suma Neta | Tax Amount/Total Taxe | Total Amount/Suma Totala |
|---|---|---|
| 2975.00 | 0.00 | USD    2975.00 |

Please state with your payment: SIF/11000030

Bank/Banca:                Swift-Code :              A/C No
Delivery/Livrare:Free Carrier        Flextronics Tax ID Number/Codul de TVA pentru Flextronics : NL8048.23.455.B.01
Payment/Plata:33 Days End of Month      Codul de TVA al Flextronics in tara de plecare      : RO20215829
                                        Customer Tax ID Number/Codul de TVA al Clientului    : US
                                          Codul de TVA al Clientului in tara de destinatie     : US
Fiscal Representative:

Fiscal Represen:Flextronics Romania SRL, Calea Torontalului DN6 km 5.7, 300000 Timisoara, RO10608391



ROM10024142

FLEXTRONICS MANUFACTURING EUROPE BV
Spurkterweg 81
5804AP
Venray
The Netherlands

Page/Pagina    1

**Sold to/Cumparator(Client)/Vandut la**
DELPHI SAGINAW STEERING SYSTEM
2975 NODULAR DRIVE
48601 SAGINAW
UNITED STATES

**Ship to/Transportat la**
DELPHI SAGINAW STEERING SYSTEMS
2975 NODULAR DRIVE
48601 SAGINAW
UNITED STATES

**Ship from/Expediat Din**
ROMANIA

Customer Client  CU0000055          Invoice Factura  SIF  11000029          Date/Data Facturii: 04-05-09

| Quantity/ Cantitate | Unit U.M. | Item/ Descrierea bunurilor | Customer Order/ Comanda clientului | Price/ Pret | Unit U.M. | Tax / Procent T.V.A | Tax Amount Suma T.V.A | Net Amount/ Suma neta |
|---|---|---|---|---|---|---|---|---|
| | | Sales Order : | 205C01243 | | | | | |
| | | Order Date/Data Comenzii: | 30-04-09 | | | | | |
| | | Reference A/Referinta A : | PCBtooling charg Redbord for F | | | | | |
| | | Customer Order/Comanda clientului | 450866272;line010;to | | | | | |
| | | Packing Slip/Document de insotire a bunurilor: 100929473 | | | | | | |
| 1.0000 ea | | DPI-TCOTHERRECOVERY | | 1664.320000 | ea | 0.00 | 0.00 | 1664.32 |
| | | Revision/Revizuire : | | | | | | |
| | | TC OTHER RECOVERY | | | | | | |
| | | Country of Origin/Tara De Origine: | | | | | | |
| | | Delivery Date/Data Livrarii:30/04/2009 | | | | | | |

Order Amount/Suma Comenzii:    1664.32

Effective Currency Rate/Rata de schimb valutara USD =  RON    3.144699
Net Amount/Suma Neta   in RON       =    5233.79
Vat Amount/ Total TVA  in RON       =       0.00
Total Amount/Suma Totala in RON     =    5233.79

| Net Amount/Suma Neta | Tax Amount/Total Taxe | Total Amount/Suma Totala |
|---|---|---|
| 1664.32 | 0.00 | USD    1664.32 |

Please state with your payment: SIF/11000029

Bank/Banca:                    Swift-Code :              A/C No
Delivery/Livrare:Free Carrier          Flextronics Tax ID Number/Codul de TVA pentru Flextronics : NL8048.23.455.B.01
Payment/Plata:33 Days End of Month     Codul de TVA al Flextronics in tara de plecare            : RO20215829
                                       Customer Tax ID Number/Codul de TVA al Clientului         : US
                                       Codul de TVA al Clientului in tara de destinatie          : US
Fiscal Representative:

Fiscal Represen:Flextronics Romania SRL, Calea Torontalului DN6 km 5.7, 300000 Timisoara, RO10608391

Non taxable in Romania according to art 155 ph 1/Romanian Fiscal Regulation



ROM10024144

FLEXTRONICS MANUFACTURING EUROPE BV
Spurkterweg 81
5804AP
Venray
The Netherlands

Page/Pagina    1

**Sold to/Cumparator(Client)/Vandut la**
DELPHI SAGINAW STEERING SYSTEM
2975 NODULAR DRIVE
48601 SAGINAW
UNITED STATES

**Ship to/Transportat la**
DELPHI SAGINAW STEERING SYSTEMS
2975 NODULAR DRIVE
48601 SAGINAW
UNITED STATES

**Ship from/Expediat Din**
ROMANIA

Customer Client  CU0000055          Invoice Factura  SIF  11000031          Date/Data Facturii: 04-05-09

| Quantity/ Cantitate | Unit U.M. | Item/ Descrierea bunurilor | Customer Order/ Comanda clientului | Price/ Pret | Unit U.M. | Tax / Procent T.V.A | Tax Amount Suma T.V.A | Net Amount/ Suma neta |
|---|---|---|---|---|---|---|---|---|
| | | Sales Order | : 205C01246 | | | | | |
| | | Order Date/Data Comenzil: | 30-04-09 | | | | | |
| | | Reference A/Referinta A : | at supplier;multek tooling | | | | | |
| Customer Order/Comanda clientului | | | 450769303;line020;03 | | | | | |
| Packing Slip/Document de insotire a bunurilor: 100929475 | | | | | | | | |
| 1.0000 ea | | DPI-TCOTHERRECOVERY | | 1800.000000 | ea | 0.00 | 0.00 | 1800.00 |
| | | Revision/Revizuire : | | | | | | |
| | | TC OTHER RECOVERY | | | | | | |
| Country of Origin/Tara De Origine: | | | | | | | | |
| Delivery Date/Data Livrarii:30/04/2009 | | | | | | | | |
| 1.0000 ea | | DPI-TCOTHERRECOVERY | | 450.000000 | ea | 0.00 | 0.00 | 450.00 |
| | | Revision/Revizuire : | | | | | | |
| | | TC OTHER RECOVERY | | | | | | |
| Country of Origin/Tara De Origine: | | | | | | | | |
| Delivery Date/Data Livrarii:30/04/2009 | | | | | | | | |
| | | | | | | Order Amount/Suma Comenzii: | | 2250.00 |

Effective Currency Rate/Rata de schimb valutara USD =  RON    3.144699
Net Amount/Suma Neta    in RON    =    7075.57
Vat Amount/ Total TVA  in RON    =       0.00
Total Amount/Suma Totala in RON  =    7075.57

| Net Amount/Suma Neta | Tax Amount/Total Taxe | Total Amount/Suma Totala |
|---|---|---|
| 2250.00 | 0.00 | USD    2250.00 |

Please state with your payment: SIF/11000031
Bank/Banca:                Swift-Code :              A/C No
Delivery/Livrare:Free Carrier         Flextronics Tax ID Number/Codul de TVA pentru Flextronics : NL8048.23.455.B.01
Payment/Plata:33 Days End of Month    Codul de TVA al Flextronics in tara de plecare      : RO20215829
                                      Customer Tax ID Number/Codul de TVA al Clientului   : US
                                      Codul de TVA al Clientului in tara de destinatie    : US
Fiscal Representative:

Fiscal Represen:Flextronics Romania SRL, Calea Torontalului DN6 km 5.7, 300000 Timisoara, RO10608391

Non taxable in Romania according to art 155 ph 1/Romanian Fiscal Regulation

# Exhibit D

| BP | OSL Name | Invoice-to Business Partner | Total Balance | Exchange rate as of 6/1/2009 | Total Balance in USD | What does ARPD specifically refer to |
|---|---|---|---|---|---|---|
| CU0000053 | Delphi Poland -mechatronics | CU0000053 DELPHI DEUTSCHLAND GMBH | EUR 14,491.99 | EUR 1 = USD 1.422 | USD 20,607.61 | End of Life claim - this represents the obsolete materials remain on Flex stock, after ending the business with Mechatronics |
| CU0000054 | Delphi - Polska | CU0000054 DELPHI POLSKA AUTOMOTIVE SYSTEMS SP | EUR 10,551,204.78 | EUR 1 = USD 1.422 | USD 15,003,813.20 | The invoices issued to Delphi POLSKA ( EUR ) are representing sales of FGs - mass production related |
| CU0000055 | Delphi - Saginaw | CU0000055 DELPHI SAGINAW STEERING SYSTEMS MI | USD 45,287.28 | | USD 45,287.28 | The invoices issued to Delphi Saginaw are mainly related to engineering changes costs, tooling, etc; |
| CU0000056 | Delphi - Saginaw | CU0000056 DELPHI SAGINAW STEERING SYSTEMS MI | -EUR 37,886.11 | EUR 1 = USD 1.422 | -USD 53,874.05 | |
| CU0000057 | Delphi - Polska | CU0000057 DELPHI POLSKA AUTOMOTIVE SYSTEMS SP | USD 163,408.14 | | USD 163,408.14 | The invoices issued to Delphi Polska ( $ ) are mainly related to production tooling. The invoices can be issued only in the moments the PPAP is closed - pilot production fully approved by Delphi; |
| | | | | TOTAL: | USD 15,179,242.18 | |

# Exhibit E

| Quarter and Year | Flex Claim ID | Customer Name | Bus.Org | Site/MEP Name | Claim Category | Claim Type | Claims Entered date | Claims Submission date | $ Claim Submitted | P.O. # | $ Open Balance | Inventory / Non Inventory Claim | Delphi site |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q110 | 50353 | DELPHI | Global Operations Europe 2 | PCBA Timisoara, Romania (Parent) | NRE Tooling | Tooling, Fabrication Tooling | 4/13/2009 | 1/7/2009 | 288,275 | 4440008779 | 288,275 | Non-Inventory | Delphi Polska Automotive System |
| Q110 | 50348 | DELPHI | Global Operations Europe 2 | PCBA Timisoara, Romania (Parent) | Inventory Related | Sales of Obsolete Components | 4/13/2009 | 3/4/2009 | 97,000 | | 97,000 | Inventory | Delphi Mechatronics |
| Q110 | 52926 | DELPHI | Global Operations Europe 2 | PCBA Timisoara, Romania (Parent) | Freight and Duty Related | Freight & Duty - Inbound | 6/10/2009 | 6/10/2009 | 27,560 | | 27,560 | Non-Inventory | Delphi Polska Automotive System |
| Q110 | 50350 | DELPHI | Global Operations Europe 2 | PCBA Timisoara, Romania (Parent) | NRE Tooling | Tooling, Fabrication Tooling | 4/13/2009 | 4/1/2009 | 5,796 | 4440012302 | 5,796 | Non-Inventory | Delphi Polska Automotive System |
| Q110 | 52925 | DELPHI | Global Operations Europe 2 | PCBA Timisoara, Romania (Parent) | Engineering Related | Engineering Change Orders (ECO) | 6/10/2009 | 6/10/2009 | 3,900 | 4440012756 | 3,900 | Non-Inventory | Delphi Polska Automotive System |

**TOTAL:** 422,531