Phillips Lytle LLP
Angela Z. Miller (AM4473)
Allan L. Hill (AH3707)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

**Hearing Date:  July 22, 2010 at 9:30 a.m.**

**Objection Due:  June 7, 2010**

**Reply Due:  July 2, 2010**

*Attorneys for E.I. du Pont de Nemours and Company
and affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

DPH HOLDINGS CORP., *et al.*,

-----------------------------------------------------------

DELPHI CORPORATION, *et. al.*,

               Plaintiffs,

        v.

DUPONT COMPANY, DUPONT CO.,
DUPONT ELECTRONIC MATRLS. INC.,
DUPONT P & E M CO., DUPONT POWDER
COATINGS, DUPONT POWER COATINGS
USA INC., E I DUPONT DE NEMOURS,
E I DUPONT DE NEMOURS & CO. INC.,
and DUPONT E I DE NEMOURS INC.,

               Defendants.

-------------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

Adv. Pro. No. 07-02242 (RDD)

**AMENDED JOINDER OF E. I. DU PONT DE NEMOURS AND COMPANY
AND ITS AFFILIATES TO MOTIONS  (I) TO VACATE PRIOR ORDERS
ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS,
INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541,
544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR
SUCH ADVERSARY PROCEEDINGS, (II) PURSUANT TO FED. R. CIV. P. 12(B)
AND FED. R. BANKR. P. 7012(B) DISMISSING THE ADVERSARY PROCEEDING
WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE
ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL**

      E. I. du Pont de Nemours and Company and its affiliates (collectively, "DuPont"), by its

undersigned attorneys, hereby joins in and adopts, with respect to the above captioned adversary

proceeding, the arguments set forth in the Motion by Wagner-Smith Company Seeking an Order

(i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Order Establishing

Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors

Under 11 U.S.C. §§ 541, 544, 545, 547, 548 or 549, and Extending the Time to Serve Process for

Such Adversary Proceedings, and (ii) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P.

7012(b), Dismissing the Adversary Proceeding With Prejudice, or (iii) in the Alternative,

Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, dated February 5,

2010 (Docket No. 19401) ("Wagner-Smith Motion"); and Motion by Microchip Technology

Incorporated Seeking an Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024,

Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including

Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and

Extending the Time to Serve Process for Such Adversary Proceedings, (ii) Pursuant to Fed. R.

Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with

Prejudice, or (iii) In the Alternative, Dismissing the Adversary Proceeding on the Ground of

Judicial Estoppel, dated March 15, 2010 (Docket No. 19677) ("Microchip Motion" and, together

with the Wagner-Smith Motion, the "Motions"), and as such seeks an order of this Court:

      (i)      vacating, with respect to DuPont, pursuant to Fed. R. Civ. P. 60

and Fed. R. Bankr. P. 9024, the orders of this Court, dated August 16, 2007 (the

"Preservation of Estate Claims Procedures Order"); March 28, 2008 (the

"Extension of Avoidance Action Service Deadline Order"); April 30, 2008 (the

"Postconfirmation Extension of Avoidance Action Service Deadline Order"); and

October 22, 2009 (the "Supplemental Postconfirmation Extension of Avoidance

Action Service Deadline Order" and, together with the Extension of Avoidance

Action Service Deadline Order and the Postconfirmation Extension of Avoidance Action Service Deadline Order, the "Extension Orders"), on the grounds that each such order is void against DuPont by virtue of the Debtors' and Plaintiffs' intentional failure to provide DuPont with notice of the Motions and that the Extension Orders were improvidently made; and

(ii)    dismissing, with prejudice, the above captioned adversary proceeding ("Adversary Proceeding") against DuPont, pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b) on the ground that it is barred by the two-year statute of limitations imposed by 11 U.S.C. § 546(a) and, therefore, fails to state a claim upon which relief may be granted; or

(iii)    in the alternative, dismissing, with prejudice, the Adversary Proceeding against DuPont on the ground that it is barred by judicial estoppel.

**WHEREFORE**, for all the reasons set forth in the Motions, DuPont respectfully requests that:  (i) each of the Preservation of Estate Claims Procedures Order, the Extension of Avoidance Action Service Deadline Order, the Postconfirmation Extension of Avoidance Action Service Deadline Order, and the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Order be vacated as against it; (ii) the Complaint initiating the Adversary Proceeding ("Complaint") be dismissed with prejudice for failing to state a claim upon which relief can be granted; or (iii) in the alternative, the Complaint be dismissed with prejudice as being barred by judicial estoppel; and (iv) for such other and further relief as this Court may deem appropriate.

Dated: New York, New York
      May 13, 2010

               PHILLIPS LYTLE LLP

               By    /s/ Angela Z. Miller      
                       Angela Z. Miller (AM4473)
                       Allan L. Hill (AH3707)
               437 Madison Avenue, 34th Floor
               New York, NY  10022
               Telephone No. (212) 759-4888
                 and
               3400 HSBC Center
               Buffalo, New York  14203
               Telephone No. (716) 847-8400
               Fax (716) 852-6100

               Attorneys for E.I. DuPont de Nemours and Company
               and affiliates

JPF2or/hj
Doc # 01-2371396.1