Phillips Lytle LLP
Angela Z. Miller (AM4473)
Allan L. Hill (AH3707)
437 Madison Avenue, 34th Fl.
New York, New York  10022
Telephone:  (212) 759-4888
  and
3400 HSBC Center
Buffalo, New York  14203
Telephone:  (716) 847-8400
Fax:  (716) 852-6100

*Attorneys for E.I. du Pont de Nemours and Company and affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

DPH HOLDINGS CORP., *et al.*,

-----------------------------------------------------------

DELPHI CORPORATION, *et. al.*,

                Plaintiffs,

     v.

DUPONT COMPANY, DUPONT CO.,
DUPONT ELECTRONIC MATRLS. INC.,
DUPONT P & E M CO., DUPONT POWDER
COATINGS, DUPONT POWER COATINGS
USA INC., E I DUPONT DE NEMOURS,
E I DUPONT DE NEMOURS & CO. INC.,
and DUPONT E I DE NEMOURS INC.,

                Defendants.
-----------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

Adv. Pro. No. 07-02242 (RDD)

**CERTIFICATE OF SERVICE**

        I, Jayne A. Hahn, being at all times over 18 years of age, hereby certify that on

May 13, 2010 a true and correct copy of the Amended Joinder of E. I. duPont de Nemours and

Company and its Affiliates to Motions (I) to Vacate Prior Orders Establishing Procedures for

Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C.

§§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary

- 2 -

Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b) Dismissing the Adversary Proceeding with Prejudice, or (III) In the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel was caused to be served by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system, and by U.S. mail to the parties so indicated below:

>Delphi Corporation, et al.
>5725 Delphi Drive
>Troy, MI   48098
>
>Togut Segal & Segal LLP
>One Penn Plaza
>Suite 3335
>New York, NY   10119
>
>Eric Fisher, Esq.
>Butzel Long
>380 Madison Avenue
>22nd Floor
>New York, NY   10017

Dated: Buffalo, New York
      May 13, 2010                        By:    /s/ Jayne A. Hahn
                                                                                  Jayne A. Hahn

Doc # 01-2371398.1