WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 631-4421
Karel S. Karpe, Esq.
And
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Kenneth Law, Esq. (Calif. Bar No. 111779)
Thomas M. Gaa, Esq. (Calif. Bar No. 130720)

*Attorneys for Creditor Flextronics International Ltd. et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | : Case No. 05-44481 (RRD) |
| Debtors. | : |

### CERTIFICATE OF SERVICE

I, Karel S. Karpe, certify that on May 13, 2010, service of Flextronics' Response to Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (Claim No. 18940), and the Declaration of Dana Coin in Support of Flextronics' Response to Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (Claim No. 18940) was made by Federal Express on:

| | |
|---|---|
| DPH Holdings Corp.<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: President | Skadden, Arps Slate, Meagher & Flom LLP<br>155 North Wacker Drive,<br>Chicago, IL 60606<br>Attn:   John Wm. Butler, Esq.<br>         John K. Lyons, Esq.<br>         Michael W. Perl, Esq. |

Dated: May 13, 2010

_____
Karel S. Karpe

6270143v.1