WHITE AND WILLIAMS, LLP
One Penn Plaza, Suite 4110
New York, NY 10119
Telephone: (212) 631-4421
Karel S. Karpe, Esq.
And
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Kenneth Law, Esq. (Calif. Bar No. 111779)
Thomas M. Gaa, Esq. (Calif. Bar No. 130720)

*Attorneys for Creditor United Parcel Service, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RRD) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Karel S. Karpe, certify that on May 12, 2010, service of the Declaration of Wade Witt in Support of United Parcel Service, Inc.'s Response to Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (Claim No. 19082) was made by Federal Express on:

DPH Holdings Corp.                    Skadden, Arps Slate, Meagher & Flom LLP
5725 Delphi Drive                     155 North Wacker Drive,
Troy, MI 48098                        Chicago, IL 60606
Attn: President                       Attn:   John Wm. Butler, Esq.
                                              John K. Lyons, Esq.
                                              Michael W. Perl, Esq.

Dated: May 13, 2010

_____
Karel S. Karpe