**FOLEY & LARDNER LLP**
JUDY A. O'NEILL (admitted *pro hac vice*)
DEREK L. WRIGHT
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: joneill@foley.com
Email: dlwright@foley.com

Attorneys for Inteva Products, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

       I hereby certify that on May 12, 2010, I caused to be electronically filed with the United States Bankruptcy Court for the Southern District of New York, INTEVA PRODUCTS, LLC'S RESPONSE TO REORGANIZED DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(B) AND FED. R. BANKR. P. 3007 TO (I) DISALLOW AND EXPUNGE (A) CERTAIN ADMINISTRATIVE EXPENSE BOOKS AND RECORDS CLAIMS, (B) A CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE CLAIM, AND (C) CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS, AND (II) MODIFY CERTAIN ADMINISTRATIVE EXPENSE CLAIMS, using the ECF system which will send notification of such filing to registered users in the case and caused to be served via overnight delivery on the following at the addresses set forth below:

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern
District of New York
The Hon. Charles L. Brieant Jr. Federal Building and
Courthouse
300 Quarropas Street
Courtroom 118
White Plains, New York 10601-4140

Attn: President
DPH Holdings Corp.
5725 Delphi Drive
Troy, MI 48098

Attn: John Wm. Butler, Jr., John K. Lyons, and
Michael W. Perl
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

ORLA_1390795.2

                                                INTEVA PRODUCTS, LLC

                                                By:   /s/ *Judy A. O'Neill*
                                                        One of Its Attorneys

FOLEY & LARDNER LLP
Judy A. O'Neill (admitted *pro hac vice*)
Derek L. Wright
321 North Clark Street
Suite 2800
Chicago, Illinois 60654
Telephone: (312) 832-4500
Facsimile:  (312) 832-4700

2