BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494
Barry N. Seidel
Eric B. Fisher
Cynthia J. Haffey

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., *et al.*, | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors. | |
| ------------------------------------------------------------------ | |
| DPH HOLDINGS CORP., *et al.,* | |
| Plaintiffs, | Adv. Pro. No. 07-02076, et seq. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, a true and correct copy of the correspondence regarding proposed scheduling changes to be applied to all avoidance actions to The Honorable Robert D. Drain with attached proposed Order, was served electronically through the Court's ECF system on all parties requesting electronic service, and by First-Class mail or Fed-Express to the following Defendants:

Dated: Detroit, Michigan            /s/ Dawn Pfeiffer__
          May 13, 2010              Dawn Pfeiffer

| CASE NO. | DEFENDANT |
|---|---|
| 07-02084 | A 1 Specialized SVC. & Supp. Inc. |
| 07-02096 | A-1 Specialized Services |
| 07-02138 | Access Electronics Inc. |
| 07-02142 | Access One Technology |
| 07-02147 | Acord Inc. |
| 07-02198 | Affinia Group Holdings Inc., Affinia, Affinia Canada Corp., Affinia Group, Affinia Candad, Brake Parts Inc., and Wix Filtration Products Europe |
| 07-02076 | Ahuas Tool & Engineering Inc. |
| 07-02140 | AKS Receivables LLC, AKS and AKS Receivables |
| 07-02186 | Alpine Electronics of America |
| 07-02201 | Ambrake Corporation and Ambrake Corp. |
| 07-02090 | Amsea Inc. and Amsea |
| 07-02077 | Applied Biosystems |
| 07-02125 | ATS Automation Tooling Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems, and Automation Tooling Systems |
| 07-02130 | Auramet Trading LLC |
| 07-02135 | Auto Cam |
| 07-02182 | Barnes & Associates |
| 07-02248 | BGF Industries and BGF Industries Inc. |
| 07-02259 | Blair Strip Steel Co. |
| 07-02800 | Bosch and Robert Bosche GMBH |
| 07-02270 | BP, BP Amoco Corp., BP Microsystems Inc., BP Products North America Castrol, Castrol Industrial and Unifrax Corp. |
| 07-02282 | Calsonic Corp., Calsonic N. America Inc., and Calsonic North America, Inc. |
| 07-02284 | Campbell Marshall E. Co. |
| 07-02288 | Caretools |
| 07-02291 | Carlisle and Carlisle Companies, Inc. |
| 07-02131 | Century Services Inc. |
| 07-02151 | Charter Manufacturing Co., Charter MFG. Co. Inc., and Milwaukee Wire Products |
| 07-02238 | Circle Plastics and Circle Plastics Products Inc. |
| 07-02257 | CNE |
| 07-02161 | Corio-Project Overdrive |
| 07-02177 | Corning Inc., Corning Incorporated, and Corning |
| 07-02188 | Critech Research Inc. |
| 07-02210 | Custom Profiles Inc. |
| 07-02212 | D&R Technology LLC, and D and R Technology LLC |
| 07-02217 | D&S Machine Products Inc. |
| 07-02245 | Danice Manufacturing Co. |
| 07-02250 | Danobat Machine Tool Co. Inc. |

| | |
|---|---|
| 07-02260 | Dayton Tool Co. Inc., and Dayton Tool |
| 07-02098 | Decatur Plastic Products Inc. |
| 07-02185 | Digex Inc. |
| 07-02203 | Dongjin Motor Co. LTD. |
| 07-02211 | Doshi Prettl International and Doshi Prettl Int. |
| 07-02214 | Dove Equipment Co. Inc. |
| 07-02234 | Dr. Schneider |
| 07-02236 | DSSI and DSSI LLC |
| 07-02242 | Dupont Company, Dupont Co., Dupont Electronic Matrls. Inc., Dupont P&E M Co., Dupont Powder Coatings, Dupont Powder Coatings USA Inc., E I Dupont De Nemours, EI Dupont De Nemours & Co. Inc., and Dupont E I DE Nemours Inc. |
| 07-02220 | Duraswitch Industries Inc. |
| 07-02256 | Eco-Bat America LLC |
| 07-02262 | EDS, EDS Corp., Electronic Data Systems, Electronic Data Systems Corp., Electronic Data Systems DE, Electronic Data Systems LTD., and EDS Canada Inc. |
| 07-02272 | Elkhart Products Corp. |
| 07-02309 | Equis Corporation (UGL Equis) |
| 07-02337 | Ex Cell O Machine Tools Inc. |
| 07-02350 | FA Tech Corp. |
| 07-02358 | Fernandez Racing LLC |
| 07-02274 | Fin Machine Co. LTD |
| 07-02312 | Fluent Inc. |
| 07-02298 | Flextronics Int'l Asia Pacific |
| 07-02302 | Florida Production Engineering Inc. and Florida Production Eng. |
| 07-02783 | Freudenberg, Flexitech Inc., Freudenberg High Quality, Freudenbery NOK, Freudenberg NOK DE Mexico, Freudenberg Nonwovens, Freudenberg-NOK General, Freudenberg-NOK/ARMET, Vibracoustic DE Mexico, and Vibracoustic GMBH & Co. KG |
| 07-02328 | GKNS Intermetals |
| 07-02351 | Grace Davison |
| 07-02333 | Globe Motors Inc. and Globe Motors |
| 07-02374 | Hague WM Co. and WM Hague Co. |
| 07-02442 | Heraeus Metals Processing and Heraeus Metal Processing LTD. |
| 07-02445 | Heraeus Precious Metals |
| 07-02295 | Invotec Engineering and Invotec Engineering Inc. |
| 07-02449 | Hewlett Packard, Hewlett Packard Co. Inc., Hewlett Packard Company, Hewlett Packard Limited, Hewlett Packard Mexicos, Hewlett-Packard Company, and Hewlett-Packard Financial SVCS. |
| 07-02475 | HSS and HSS LLC. |
| 07-02525 | Intec Group |
| 07-02295 | Invotec Engineering and Invotec Engineering Inc. |

| | |
|---|---|
| 07-02310 | Itautec America Inc. |
| 07-02301 | ISI of Indiana Inc. |
| 07-02305 | ISPAT Inland |
| 07-02322 | Jamestown Container and Jamestown Container Corp. |
| 07-02348 | Johnson Controls, Johnson Controls Battery Group, Johnson Controls GMBH & Co. KG, and Johnson Controls Inc. |
| 07-02357 | JVS Eqtos P/Autom Ind'l. LTDA |
| 07-02372 | Kataman, Kataman Metals, Kataman Metals Inc., and Kataman Metals |
| 07-02712 | Kostal, Kostal Mexicana, Kostal Mexicana S.A. DE C.V. and Kostal of America Inc. |
| 07-02714 | Kyocera, Kyocera America Inc., Kyocera Industrial, Kyocera Industrial Ceramics Corp., and Kyocera Mita America Inc. |
| 07-02723 | LDI Incorporated |
| 07-02739 | LTC Roll & Engineering Co. |
| 07-02745 | M2M International LTD. |
| 07-02753 | Macsteel |
| 07-02756 | Magnesium Aluminum Corp. |
| 07-02758 | Magnesium Electron Inc., and Magnesium Elektron Inc. |
| 07-02378 | Marquardt GMBH |
| 07-02416 | Merrill Tool & Machine |
| 07-02432 | Methode Electronics Inc. |
| 07-02436 | Microchip |
| 07-02466 | MJ Celco and MJ Celco Inc. |
| 07-02743 | M&Q Plastic Products, and M and Q Plastic Products |
| 07-02477 | Monroe Inc. |
| 07-02484 | MSX, MSX International, and MSX International Inc. |
| 07-02489 | Mubea, and Mubea Inc. |
| 07-02500 | Multitronics Inc. |
| 07-02527 | ND AMC LLC |
| 07-02541 | NGK, NGK Automtive Ceramics, NGK Automotive Ceramics USA Inc., and NGK Spark Plug Mfg. (USA) Inc. |
| 07-02414 | Niles USA, Inc. and Niles USA |
| 07-02433 | Norilsk Nickel USA Inc., and Norilsk Nickel USA |
| 07-02459 | NSK Steering Systems |
| 07-02479 | Olin Corp. |
| 07-02799 | Osar SRL |
| 07-02540 | Owens Corning |
| 07-02562 | Park Enterprises and Park Enterprises Inc. |
| 07-02563 | Park Ohio Industries, and Park Ohio Industries Inc. |
| 07-02580 | Philips Semiconductor, Philips Semiconductors, and Philips Semiconductors Inc. |
| 07-02287 | Plasco and Plasco Inc. |

| | |
|---|---|
| 07-02313 | PMP |
| 07-02339 | Polar Oil and Polar Oil & Chemical Inc. |
| 07-02385 | Pontiac Coil Inc. |
| 07-02690 | Pro Tech Machine |
| 07-02804 | Product Action Int'l Inc., and Product Action International |
| 07-02697 | Progressive |
| 07-02702 | Prudential Relocation, Prudential Relocation Inc., and Prudential Relocation Int'l |
| 07-02737 | Regions Bank Birmingham |
| 07-02742 | Republic |
| 07-02744 | Republic Engineered Products, Republic Eng. Products, and Republic Engineered |
| 07-02750 | Rieck Group LLC |
| 07-02767 | Rotor Coaters International |
| 07-02768 | RSR Corporation, RSR, and RSR Corp. |
| 07-02769 | RSR/Ecobat |
| 07-02775 | Sasol Germany GMBH |
| 07-02617 | Securitas Companies and Securitas Security |
| 07-02618 | Select Tool & Die Corp. |
| 07-02619 | Setech Inc. and Setech |
| 07-02623 | Shuert Industries Inc. |
| 07-02625 | Simco Construction Inc. |
| 07-02633 | Solid State Stamping Inc., Solid State Stamping I and Solid State Stamping Inc. |
| 07-02639 | Spartech Polycom |
| 07-02644 | Sprimag Inc. |
| 07-02649 | Stapla Ultrasonics Corp. |
| 07-02650 | Starbrook Industries Inc. |
| 07-02652 | Steere Enterprises Inc. |
| 07-02654 | Stephenson & Sons Roofing |
| 07-02657 | Styner & Bienz Formtech |
| 07-02659 | Sumitomo, Sumitomo Corp. of America, Sumitomo Corporation, Sumitomo Electric Wiring, Sumitomo Plastics America, Sumitomo Plastics America Inc., Sumitomo Sitix Silicon Inc., and Sumitomo Wiring Systems Inc. |
| 07-02661 | Summit Polymers Inc. |
| 07-02668 | Tata America Intn'l. Corp. |
| 07-02672 | Tech Central |
| 07-02679 | Tesa AG |
| 07-02688 | Timken, Timken Company, Timken Corporation, Timken France SAS, and Timken Super Precision |
| 07-02789 | TRW, TRW Automotive, TRW Automotive Electronics, TRW Candad LTD. OSS, TRW Fasteners Div., TRW Inc., TRW LTD., TRW Safety Systems Mesa, |

5

|          | TRW United Carr GMBH and Co., TRW Vehicle Safety Systems, TRW Vehicle Safety Systs. TRW-DE, and TRW Fasteners Division Inc. |
|----------|---|
| 07-02790 | Tyco, Tyco Adhesives, Tyco Electronics-Raychem, Tyco Electronics Corp., Tyco Electronics Corporation, Tyco Electronics Identification, Tyco Electronics Logistics AG, and Tyco/Electronics |
| 07-02505 | Universal Tool & engineering, Universal Tool & Engineering C, and Universal Tool & Engr. Co. |
| 07-02523 | UVA Machine Company |
| 07-02534 | Valeo, Valeo Airflow Division, Valeo Climate Control USA, Valeo Electrical Systems, Valeo Electronics NA, Valeo Inc., Valeo Schalter UND Sensoren, and Valeo Wiper Systems & Electric Motors North America |
| 07-02539 | Vanguard Distributors Inc. |
| 07-02551 | Victory Packaging and Victory Packing LP |
| 07-02553 | Viking Polymer Solutions LLC |
| 07-02554 | Viking Solutions LLC |
| 07-02555 | Viscom Inc. USA |
| 07-02556 | Vishay Americas Inc. |
| 07-02581 | Wagner Smith Company |
| 07-02592 | Waupaca |
| 07-02597 | Wells Fargo Business and Wells Fargo Minnesota |
| 07-02600 | West Michigan Spline Inc. |
| 07-02602 | Westwood Assocates Inc., Westwood & Associates/Nanya, and Westwood C/O Nanya |
| 07-02605 | Wiegel Tool Works Inc. |
| 07-02606 | Williams Advanced Materials EF [Mathis] |