IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
   In re                              :    Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,                   :    Case No. 05-44481 (RDD)
                                              :
        Reorganized Debtors.              :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

AFFIDAVIT OF SERVICE

      I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

      On May 10, 2010, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Reorganized Debtors' Supplemental Reply to Responses to Debtors' Objections to Administrative Expense Claim Numbers 17081 and 18049 Filed by James A. Luecke ("Supplemental Reply Regarding Certain James A. Luecke Claims") (Docket No. 20002) [a copy of which is attached hereto as Exhibit D]

2) Reorganized Debtors' Supplemental Reply to Response of Claimant to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 18027 Filed by Marc A. Eglin ("Supplemental Reply Regarding Marc A. Eglin Claim") (Docket No. 20003) [a copy of which is attached hereto as Exhibit E]

3) Reorganized Debtors' Supplemental Reply to Response of Claimant to Debtors' Objection to Proof of Claim Number 19543 Filed by Jose C. Alfaro and Martha Alfaro ("Supplemental Reply Regarding Certain Claims Filed by Jose C. Alfaro and Martha Alfaro") (Docket No. 20004) [a copy of which is attached hereto as Exhibit F]

  On May 10, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit G</u> hereto via overnight mail:

4) Reorganized Debtors' Supplemental Reply to Responses to Debtors' Objections to Administrative Expense Claim Numbers 17081 and 18049 Filed by James A. Luecke ("Supplemental Reply Regarding Certain James A. Luecke Claims") (Docket No. 20002) [a copy of which is attached hereto as Exhibit D]

  On May 10, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit H</u> hereto via overnight mail:

5) Reorganized Debtors' Supplemental Reply to Response of Claimant to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 18027 Filed by Marc A. Eglin ("Supplemental Reply Regarding Marc A. Eglin Claim") (Docket No. 20003) [a copy of which is attached hereto as Exhibit E]

  On May 10, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit I</u> hereto via overnight mail:

6) Reorganized Debtors' Supplemental Reply to Response of Claimant to Debtors' Objection to Proof of Claim Number 19543 Filed by Jose C. Alfaro and Martha Alfaro ("Supplemental Reply Regarding Certain Claims Filed by Jose C. Alfaro and Martha Alfaro") (Docket No. 20004) [a copy of which is attached hereto as Exhibit F]

Dated: May 13, 2010

                */s/ Darlene Calderon*
                Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of May, 2010, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   */s/ Nancy Santos*

Commission Expires: *1/2/14*