# EXHIBIT G

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| James A Luecke | 3845 W College Ave | Milwaukee | WI | 53221 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/11/2010 6:22 PM
Various Replies Special Parties 100510.xls
Luecke Special Parties

# EXHIBIT H

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---------|----------|------|-------|-----|
| Marc A Eglin | 68 OBrien Dr | Lockport | NY | 14094 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Various Replies Special Parties 100510.xls
Eglin Special Party

# EXHIBIT I

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Jose C Alfaro and Martha Alfaro | Gerald Sumner | 11184 Huron St Ste 10 | Denver | CO | 80234 |
| Jose C Alfaro and Martha Alfaro | Gerald Sumner | 899 Logan St Ste 200 | Denver | CO | 80209 |
| Jose C Alfaro and Martha Alfaro | Jose C and Martha Alfaro | 304 W 5th St | Goodland | KS | 67735 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/11/2010 6:25 PM
Various Replies Special Parties 100510.xls
Alfaro Special Parties