FOX ROTHSCHILD LLP
Michael J. Viscount, Jr.
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ 08401
(609) 348-4515

and

FOX ROTHSCHILD LLP
Fred Stevens
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

*Attorneys for M&Q Plastic Products L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

## APPLICATION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF BRIAN ISEN

I, Brian Isen, hereby request permission to appear *pro hac vice* on behalf of M&Q Plastic Products L.P. in the above referenced case. My office addresses and office telephone number are as follows:

| | |
|---|---|
| Office Address: | FOX ROTHSCHILD LLP<br>1301 Atlantic Avenue<br>Atlantic City, NJ 08401 |
| Office Telephone No.: | (609) 348-2294 |
| Office Facsimile No.: | (609) 348-6834 |
| E-mail address: | bisen@foxrothschild.com |

The state courts to which admitted I am admitted to practice and the dates of admission are as follows:

| Court | Admitted |
|---|---|
| State of New Jersey (Bar No. 02499) | 2008 |
| State of Pennsylvania (Bar No. 208427) | 2008 |

I am in good standing and eligible to practice in all courts to which admitted.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice in this case *pro hac vice*, and have instructed my local counsel to do so upon filing this application.

I make the foregoing statements under penalty of perjury.

Dated:   Atlantic City, New Jersey
         May 14, 2010

/s/ Brian Isen
Brian Isen
FOX ROTHSCHILD LLP
1301 Atlantic Avenue
Atlantic City, NJ 08401
(609) 348-4515