UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

### ORDER ADMITTING BRIAN ISEN TO PRACTICE, *PRO HAC VICE*

The court having read the Application of Brian Isen, for admission to practice *pro hac vice* in the above-captioned case to represent M&Q Plastic Products L.P., it is

ORDERED that the Application be, and it hereby is, granted in its entirety; and it is further

ORDERED that Brian Isen is admitted to practice, *pro hac vice*, in the above-captioned bankruptcy case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee if not already paid.

Dated:   White Plains, New York
              _____, 2010

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE