# Exhibit 5

PENAP

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 07-02302-rdd

*Assigned to:* Judge Robert D. Drain                    *Date Filed:* 09/28/07
*Lead BK Case:* 05-44481
*Lead BK Title:* DPH Holdings Corp., et al. and Ahaus Tool
& Engineering Inc.
*Lead BK Chapter:* 11
*Demand:* $1000

*Nature[s] of Suit:* 14 Recovery of money/property - other


**Plaintiff**
-----------------------
**Delphi Corporation, et al.**              represented by **Togut Segal & Segal LLP**
                                            One Penn Plaza
                                            Suite 3335
                                            New York, NY 10119
                                            212-594-5000
                                            *LEAD ATTORNEY*

                                            **Cynthia J. Haffey**
                                            Butzel Long
                                            150 W. Jefferson Avenue
                                            Sutie 100
                                            Detroit, MI 48226
                                            (313) 983-7434
                                            Fax : (313) 225-7080
                                            Email: haffey@butzel.com

                                            **Eric Fisher**
                                            Butzel Long, a professional corporation
                                            380 Madison Avenue
                                            22nd Floor
                                            New York, NY 10017
                                            (212) 374-5359
                                            Fax : 212-818-1110
                                            Email: fishere@butzel.com


V.


**Defendant**
-----------------------
**Florida Production Engineering Inc.**      represented by **Florida Production Engineering Inc.**
                                             PRO SE

**Florida Production Eng.**                    represented by **Florida Production Eng.**
                                                              PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 09/28/2007 | 1 | Adversary case 07-02302. Complaint against Defendant 235A, Defendant 235B *(Filed Under Seal)*. Nature(s) of Suit: (14 (Recovery of money/property - other)) Filed by Togut Segal & Segal LLP, Frank A. Oswald on behalf of Delphi Corporation, et al.. (Oswald, Frank) (Entered: 09/28/2007) |
| 10/01/2007 | | Receipt of Complaint(07-02302-rdd) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 4448258. Fee amount 250.00. (U.S. Treasury) (Entered: 10/01/2007) |
| 02/29/2008 | 2 | Motion to Amend */(HEARING DATE: 3/19/2008 at 10:00 a.m.; OBJECTION DEADLINE: 3/12/2008 at 4:00 p.m.) Motion Pursuant to Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order* with hearing to be held on 3/19/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 3/12/2008,. (Togut, Albert) (Entered: 02/29/2008) |
| 03/31/2008 | 3 | Notice of Proposed Order/*Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order.* (Oswald, Frank) (Entered: 03/31/2008) |
| 04/11/2008 | 4 | Motion to Amend */(HEARING DATE: 4/30/2008 at 10:00 a.m.; OBJECTION DEADLINE: 4/23/2008 at 4:00 p.m.) Notice Of Motion And Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order* with hearing to be held on 4/30/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 4/23/2008,. (Togut, Albert) (Entered: 04/11/2008) |
| 05/02/2008 | 5 | Notice of Proposed Order/*Notice of Entry Of Order Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4 (m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order And Post-Confirmation Extension Of Avoidance Action Service Deadline Order.* (Oswald, Frank) (Entered: 05/02/2008) |

| 03/05/2010 | 6 | Notice of Appearance in Adversary Proceeding filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Fisher, Eric) (Entered: 03/05/2010) |
|---|---|---|
| 03/08/2010 | 7 | Letter *Requesting Issuance of Summons* filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Attachments: # 1 Complaint# 2 Order)(Fisher, Eric) (Entered: 03/08/2010) |
| 03/12/2010 | 8 | Summons with Notice of Pre-Trial Conference issued by Clerk's Office with Pre-Trial Conference set for 4/22/2010 at 10:00 AM at Courtroom 118, White Plains Office, Answer due by 4/12/2010, (Campbell, Tiffany) (Entered: 03/12/2010) |
| 03/19/2010 | 9 | Motion to Allow *for a Case Management Order Establishing Procedures Governing Adversary Proceedings* filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Attachments: # 1 Exhibit A - Order# 2 Exhibit B - List of AP's# 3 Pleading Notice of Motion) (Fisher, Eric) (Entered: 03/19/2010) |
| 04/13/2010 | 10 | Order Shortening Notice signed on 3/25/2010 With Respect to Reorganized Debtors' Emergency Motion for an Order Extending Deadline to Serve Process for Certain Avoidance Actions. The Emergency Motion Shall be held on 4/1/2010 at 10:00 AM at Courtroom 118, White Plains Office (Webb, Lonnie). (Entered: 04/13/2010) |
| 04/13/2010 | 11 | Affidavit of Service *of Summons and Complaint* (related document(s) 1 , 8 ) filed by Cynthia J. Haffey on behalf of Delphi Corporation, et al.. (Haffey, Cynthia) (Entered: 04/13/2010) |
| 04/22/2010 | 12 | Letter filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Fisher, Eric) (Entered: 04/22/2010) |
| 04/27/2010 | 13 | Order signed on 4/23/2010 Establishing Certain Procedures with Respect to Pending Motions to Dismiss Adversary Proceedings. (Webb, Lonnie). (Entered: 04/27/2010) |
| 05/04/2010 | 14 | Affidavit of Service */Certificate of Service of April 22, 2010 Letter and Order*. (Fisher, Eric) (Entered: 05/04/2010) |
| 05/12/2010 | 15 | Letter *regarding proposed scheduling changes to be applied to all avoidance actions* filed by Eric Fisher on behalf of Delphi Corporation, et al.. (Attachments: # 1 Proposed Order)(Fisher, Eric) (Entered: 05/12/2010) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/13/2010 15:36:25 | | | |
| **PACER Login:** | pw0017 | **Client Code:** | Florida Production Engineering |
| **Description:** | Docket Report | **Search Criteria:** | 07-02302-rdd Fil or Ent: filed From: 4/29/2000 To: 5/13/2010 Doc From: 0 Doc To: 99999999 Format: html |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |