| | |
|---|---|
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>(212) 661-9100<br>Richard G Haddad, Esq.<br>John Bougiamas, Esq. | Hearing Date:   July 22, 2010<br><br>Objection/Response<br>    Deadline:     June 7, 2010 |

Attorneys for Defendant Regions Bank Birmingham

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X   Chapter 11
In re DELPHI CORPORATION, et al.,                       :
                                                        :   Case No. 05-44481 [RDD]
                                     Debtors.           :   Jointly Administered
                                                        :
------------------------------------------------------- X
DELPHI CORPORATION, et al.,                             :
                                                        :
                                                        :   Adversary Proceeding No. 07-
                                    Plaintiffs,         :   02737 [RDD]
                                                        :
                   - against -                          :
                                                        :
REGIONS BANK BIRMINGHAM,                                :
                                                        :
                                    Defendant.          :
------------------------------------------------------- X

**JOINDER OF DEFENDANT REGIONS BANK TO MOTIONS (I) TO VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER U.S.C. § 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE
GROUND OF JUDICIAL ESTOPPEL**

Defendant Regions Bank Birmingham sued herein as "Region Bank Birmingham"

("Regions Bank") by its undersigned counsel, Otterbourg, Steindler, Houston & Rosen, P.C.,

hereby joins and adopt the arguments set forth in the Motion by Wagner-Smith Company

Seeking an Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior

Order establishing Procedures for Certain Adversary Proceedings, Including Those Commenced

1584087.1

by Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548 or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, and (ii) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding With Prejudice, or (iii) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, dated February 5, 2010 (Docket No. 19401); and Motion by Microchip Technology Incorporated ("Microchip Technology") Seeking an Order (i) Pursuant to Fed R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (ii) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, or (iii) In the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, dated March 15, 2010 (Docket No. 19677) (collectively, the "Dismissal Motions") and states as follows:

Regions Bank is a defendant in the adversary proceeding styled <u>Delphi Corporation, et al., v. Regions Bank Birmingham</u>, Adv. Pro. No. 07-02737 (the "Action") pursuant to which Delphi seeks the return of certain allegedly avoidable transfers from Regions Bank identified in Exhibit "1" to the Complaint.  The claims against Regions Bank suffer from the same factual and legal infirmities as the claims asserted by the Plaintiff against the Wegner-Smith Company and

Microchip Technology and should be dismissed in their entirety for all the reasons set forth in the Dismissal Motions.

Dated: New York, New York
       May 14, 2010

                                      OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                                      By: /s/ Richard G. Haddad
                                           Richard G. Haddad
                                           John Bougiamas
                                           230 Park Avenue
                                           New York, New York 10169
                                           Telephone: (212) 661-9100

                                           Attorneys for Regions Bank sued herein as "Regions Bank Birmingham"