BINGHAM McCUTCHEN LLP
Kate K. Simon
One State Street
Hartford, CT  06103
Tel:  860.240.2700
Fax:  860.240.2800

*Counsel to Sumitomo Corporation and Sumitomo Corp. of America*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |
| DELPHI CORPORATION, *et al.*, Plaintiffs, | Adv. Pro. No. 07-02659 (RDD) |
| Against | |
| SUMITOMO, *et al.* Defendants. | |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Sumitomo Corporation and Sumitomo Corp. of America, defendants in the above-captioned adversary proceeding (the "Appearing Parties"), hereby appear by their counsel, Bingham McCutchen LLP, and request, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned attorney, at the address set forth below:

A/73379873.1

Kate K. Simon
Bingham McCutchen LLP
One State Street
Hartford, CT  06103
Telephone No.:  860.240.2700
Facsimile No.:   860.240.2800
kate.simon@bingham.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Parties to jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of:  (i) the Appearing Parties' right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Parties' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Parties' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Parties are or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Parties expressly reserve.

Dated: Hartford, Connecticut
      May 14, 2010

Respectfully submitted,

By: /s/Kate K. Simon
    Kate K. Simon
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT  06103
    Tel:  860.240.2700
    Fax:  860.240.2800

*Counsel to Sumitomo Corporation and Sumitomo Corp. of America*

A/73379873.1