DPH Holdings Corp.
Attention: Jon Brooks
5725 Delphi Drive
Troy, MI 48098

Butzel Long
Attorneys for DPH Holdings Corp., et al.
380 Madison Avenue – 22nd Floor
New York, New York 10017

Attention: Eric B. Fisher, Esq.

Butzel Long
Attorneys for DPH Holdings Corp., et al.
150 West Jefferson, Suite 100
Detroit, MU 48226

Attn: Cynthia J. Haffey, Esq.

Togut, Segal & Segal LLP
Attn: Frank Oswald, Esq.
One Penn Plaza, Suite 3335,
New York, New York 10119

Latham & Watkins
Attn: Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York 10022

Warner Stevens, L.L.P.
Attn: Michael D. Warner, Esq.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102

Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Tyco Adhesives**
**Service List for Notice of Motion to Dismiss and**
**Joinder of Fin Machine**
**in Delphi v. Tyco Adhesives**
**Adv. Pro. No. 07-2790 (RDD)**
**Document No. 10567142**

10567142.1