UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
DPH HOLDINGS CORP., *et al*,                        :    Case No. 05-44481 (RDD)
                                                    :
       Reorganized Debtors.                     :    (Jointly Administered)
                                                    :
------------------------------------------------------ x
                                                    :
DELPHI CORPORATION, *et al.*,                       :
                                                    :
       Plaintiffs,                              :    Adv. Pro. No. 07-02201-rdd
v.                                                  :
                                                    :
AMBRAKE CORPORATION and                             :
AMBRAKE CORP.,                                      :
                                                    :
       Defendants.                              :
                                                    :
------------------------------------------------------ x

## **INDEX OF EXHIBITS**

A.    March 19, 2008 Hearing Transcript
B.    April 30, 2008 Hearing Transcript
C.    *In re Johns-Manville Corp.*
D.    *Green v. W.E. Phillips*
E.    *Spinale v. United States*