Jean R. Robertson (OH 00069252)
Nathan A. Wheatley (OH 0072192)
Tiiara N. A. Patton (TP-8803)
CALFEE, HALTER & GRISWOLD LLP
KeyBank Center, Suite 1400
800 Superior Avenue
Cleveland, Ohio 44114
jrobertson@calfee.com
nwheatley@calfee.com
tpatton@calfee.com
Telephone:    (216) 622-8200
Facsimile:    (216) 241-0816
*Counsel for Williams Advanced Materials Inc.;*
*Blair Strip Steel Co. Inc.; and Park Ohio Industries, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481-RDD |
| | Jointly Administered |
| Debtors. | |

### VERIFIED STATEMENT OF CALFEE, HALTER & GRISWOLD LLP PURSUANT TO BANKRUPTCY RULE 2019(a) WITH RESPECT TO REPRESENTATION OF MULTIPLE CREDITORS

Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Calfee, Halter & Griswold LLP ("Calfee") hereby discloses that it represents the following creditors and defendants in certain adversary proceedings related to these chapter 11 cases:

| Blair Strip Steel Co. Inc. | Park Ohio Industries, Inc., | Williams Advanced Materials Inc. EF |
|---|---|---|
| 1209 Butler Ave. | 6065 Parkland Boulevard | c/o Brush Engineered Materials Inc. |
| New Castle, PA  16107-7159 | Cleveland, OH  44124 | 6070 Parkland Ave. |
| | | Mayfield Hts., OH  44124 |

Each of the foregoing creditors has a claim against one or more of the above-captioned debtors (the "Debtors") for goods delivered, services provided, or breach of contract. The amount of each of the foregoing creditors' claims has not been fully determined.

{00817734.DOC;1 }

      Calfee does not own, nor has it ever owned, any claim against the Debtors, nor does it own any equity securities of the Debtors. Each of the creditors identified above has requested that Calfee represent it in the Debtors' chapter 11 cases with full knowledge of the fact that Calfee represents other creditors.

Dated: May 14, 2010

Respectfully submitted,

*/s/* Tiiara N.A. Patton
Jean R. Robertson (OH 00069252)
Nathan A. Wheatley (OH 0072192)
Tiiara N.A. Patton (TP-8803)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio 44114
Telephone:    (216) 622-8200
Facsimile:    (216) 241-0816 (facsimile)
Email:    jrobertson@calfee.com
    nwheatley@calfee.com
    tpatton@calfee.com

*Counsel for Williams Advanced Materials Inc.; Blair Strip Steel Co. Inc.; and Park Ohio Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, I caused the forgoing Verified Statement of Calfee, Halter & Griswold LLP Pursuant to Bankruptcy Rule 2019(a) with Respect to Representation of Multiple Creditors to be served through electronic transmission via the Court's CM/ECF system to all parties who are listed on the Court's Electronic Mail Notice List.

/s/ Tiiara N.A. Patton
Tiiara N.A. Patton

{00817734.DOC;1 }