UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DPH Holdings Corp., et al.,                                    Chapter 11
                                                               Case No. 05-44481-rdd
                                        Debtor.                Hon. Robert D. Drain

_____

### PROOF OF SERVICE

I hereby certify that on May 14, 2010, I electronically filed **Notice of Motion, Ambrake Corporation's Motion to (I) Vacate Extension Orders; and (II) Dismiss Adversary Proceeding** and **Ambrake Corporation's Brief in Support of Motion** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com
- Anne Marie Aaronson    aaronsoa@pepperlaw.com
- David B. Aaronson    david.aaronson@dbr.com
- Elizabeth Abdelmasieh    elizabeth@regencap.com
- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Letitia Accarrino    Laccarrino@wilentz.com
- Franklin C. Adams    franklin.adams@bbklaw.com
- Robert H. Adams    rha@hsy.com, cpm@hsy.com;mjb@hsy.com
- Jennifer L. Adamy    bankruptcy@goodwin.com
- David J. Adler    dadler@mccarter.com
- Michael J. Alerding    malerding@binghammchale.com
- Derek P. Alexander    dalexand@debevoise.com, pacer@gruss.com
- Joseph W. Allen    jallen@jaeckle.com
- Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- Bruce D. Atherton    batherton@bathertonlaw.com

- Allison R. Bach    abach@dickinsonwright.com

- Stephen M. Bales    sbales@zieglermetzger.com

- C. David Bargamian    dbargamian@bsdd.com

- Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com

- Leslie S. Barr    lbarr@windelsmarx.com, theston@windelsmarx.com

- William J. Barrett    william.barrett@bfkn.com

- David S. Barritt    barritt@chapman.com

- William M. Barron    wbarron@sgrlaw.com, dbarron@sgrlaw.com;plee@sgrlaw.com

- Donald F. Baty    dbaty@honigman.com

- Douglas P. Baumstein    dbaumstein@whitecase.com, lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com

- Peter Nils Baylor    pnb@nutter.com

- Ronald Scott Beacher    rbeacher@daypitney.com

- W. Robinson Beard    jkirk@stites.com

- Thomas M. Beeman    tom@beemanlawoffice.com

- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

- Ryan B. Bennett    rbennett@kirkland.com, pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com;brad.weiland@kirkland.com

- Neil Matthew Berger    neilberger@teamtogut.com, abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;kackerman@teamtogut.com;mhamersky@teamtogut.com;mdubatowka@teamtogut.com;nmoss@teamtogut.com

- Leslie Ann Berkoff    lberkoff@moritthock.com

- Richard J. Bernard    rbernard@bakerlaw.com

- Jeffrey Bernstein    jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com

- Daniel B. Besikof    dbesikof@loeb.com

- Brendan G. Best    ssalinas@dykema.com

- Brendan G. Best    ssalinas@dykema.com
- Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com
- Christopher B. Block    block@gordonrees.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Florence Bonaccorso-Saenz    florence.saenz@la.gov
- Charles E. Boulbol    rtrack@msn.com
- Claude R. Bowles    crb@gdm.com, shm@gdm.com
- Jordan Brackett    jbrackett@fklaw.com, vgarvey@fklaw.com
- Eliza K. Bradley    ebradley@robergelaw.com
- Kate M. Bradley    kbradley@brouse.com, jhickey@brouse.com
- William M. Braman    wbraman@meplegal.com
- Wendy D. Brewer    wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com
- Allan S. Brilliant    allan.brilliant@dechert.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- James L. Bromley    maofiling@cgsh.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Robert F. Brown    rbrown@rendigs.com
- William J. Brown    wbrown@phillipslytle.com
- Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
- Adam D. Bruski    adbruski@lambertleser.com
- Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
- Jacob Buchdahl    jbuchdahl@susmangodfrey.com
- Deborah M. Buell    maofiling@cgsh.com
- Douglas J. Buncher    dbuncher@neliganlaw.com, snash@neliganlaw.com;sklein@neliganlaw.com
- Martin G. Bunin    marty.bunin@alston.com

- Kevin J. Burke    kburke@cahill.com

- Brent Adam Burns    bburns@babfirm.com

- Michael G. Busenkell    mbusenkell@wcsr.com

- John Wm. Butler    jbutler@skadden.com

- Christopher M. Cahill    ccahill@clarkhill.com

- Aaron R. Cahn    cahn@clm.com

- Robert A. Calinoff    rcalinoff@candklaw.com

- Judy B. Calton    jcalton@honigman.com

- Paul W. Carey    bankrupt@modl.com, pwcarey@modl.com

- Scott Cargill    scargill@lowenstein.com

- James C. Carignan    carignanj@pepperlaw.com;custerm@pepperlaw.com

- Eric D. Carlson    carlson@millercanfield.com

- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

- D. Christopher Carson    ccarson@burr.com

- Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com;;dmeadows@kslaw.com

- Erin M. Casey    erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

- Linda J. Casey    caseyl@pepperlaw.com,
  jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

- Michael Cassell    mcassell@lefkowitzhogan.com

- Katherine R. Catanese    kcatanese@foley.com

- Ben T. Caughey    ben.caughey@icemiller.com

- George B. Cauthen    george.cauthen@nelsonmullins.com,
  mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com

- Michael J. Chapman    mchapman@rendigs.com

- Sarah B. Chapman Carter    scarter@pselaw.com

- Erik G. Chappell    egc@lydenlaw.com

- J Eric Charlton    echarlton@hiscockbarclay.com

- Conrad Chiu    cchiu@daypitney.com

- Gloria M. Chon    gloria.chon@kkue.com

- Joseph L. Clasen    jclasen@rc.com,
  sgleason@rc.com;promanello@rc.com;tgorrell@rc.com

- David D. Cleary    mkhambat@dl.com

- Marvin E. Clements    agbanknewyork@ag.tn.gov

- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com

- Michael A. Cohen    macohen@kirkland.com

- Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

- Mark B. Conlan    mconlan@gibbonslaw.com

- Dennis J. Connolly    dconnolly@alston.com

- Susan M. Cook    smcook@lambertleser.com

- Jesse Cook-Dubin    jcookdubin@vorys.com, cdfricke@vorys.com

- Joseph N. Cordaro    joseph.cordaro@usdoj.gov

- Trent P. Cornell    tcornell@stahlcowen.com

- Patrick M. Costello    pcostello@bbslaw.com

- Thomas W. Cranmer    cranmer@millercanfield.com,
  rouman@millercanfield.com;christenson@millercanfield.com

- David N. Crapo    dcrapo@gibbonslaw.com

- Tyson A. Crist    tcrist@szd.com

- Maureen A. Cronin    mao-ecf@debevoise.com

- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com

- Gary H. Cunningham    gcunningham@gmhlaw.com

- Louis A. Curcio    lcurcio@sonnenschein.com

- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com

- Jeannine D'Amico    jeannine.damico@cwt.com

- Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com

- Michael R. Dal Lago    bankruptcy@morrisoncohen.com

- Michael S. Davis    mdavis@zeklaw.com,
  mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

- Carina M. De La Torre    cdelatorre@boselaw.com

- James J. DeCristofaro    james.decristofaro@lovells.com

- Karen Veronica DeFio    kdefio@bsk.com, kdoner@bsk.com;tayers@bsk.com

- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com

- J. Michael Debbeler    mdebbeler@graydon.com

- Robert Dehney    rdehney@mnat.com,
  cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights
  @mnat.com

- Karol K. Denniston    karol.denniston@dlapiper.com

- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

- Maria J. DiConza    diconzam@gtlaw.com,
  baddleyd@gtlaw.com;petermann@gtlaw.com

- John P. Dillman    houston_bankruptcy@publicans.com

- Gianni Dimos    gianni.dimos@pillsburylaw.com

- Karen Dine    karen.dine@pillsburylaw.com

- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

- Amish R. Doshi    adoshi@daypitney.com

- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

- Jeremy M. Downs    jeremy.downs@goldbergkohn.com

- Daniel D. Doyle    ddoyle@spencerfane.com,
  kcollier@spencerfane.com;ssidebottom@spencerfane.com

- David G. Dragich    ddragich@harringtondragich.com

- David B. Draper    ddraper@terra-law.com

- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Robert W. Dremluk    rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,dchristian@seyfarth.com,

- Seth A. Drucker     sdrucker@honigman.com

- David W. Dykhouse     mcobankruptcy@pbwt.com

- Frank L. Eaton     featon@whitecase.com,
  icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com

- Erica L. Edman     eedman@pillsburywinthrop.com

- Daniel Egan     degan@kslaw.com

- Gayle Ehrlich     gehrlich@sandw.com, ccarlson@sandw.com

- Robert L. Eisenbach     reisenbach@cooley.com

- David M. Eisenberg     deisenberg@ermanteicher.com

- Roger Elder     roger.elder@pillsburylaw.com

- Judith Elkin     judith.elkin@haynesboone.com

- Paige Leigh Ellerman     ellerman@taftlaw.com, docket@taftlaw.com

- Kristin Elliott     kelliott@kelleydrye.com

- Rex H. Elliott     loris@cooperelliott.com

- Alyssa Englund     aenglund@orrick.com

- Michael R. Enright     menright@rc.com

- Richard L. Epling     richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

- Margot Erlich     margot.erlich@pillsburylaw.com

- Scott L. Esbin     bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

- Michael S. Etkin     metkin@lowenstein.com, mseymour@lowenstein.com

- Stephen Vincent Falanga     sfalanga@connellfoley.com

- Marc Falcone     mfalcone@paulweiss.com

- Eugene I. Farber     efarber747@aol.com

- Kathleen A. Farinas     kf@lgrslaw.com

- Robert Michael Farquhar     mfarquhar@winstead.com, whsu@winstead.com

- William L. Farris     farrisw@sullcrom.com

- Bonnie Glantz Fatell     fatell@blankrome.com

- Oscar B. Fears     bfears@law.ga.gov

- Benjamin D. Feder    KDWBankruptcyDepartment@kelleydrye.com

- Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com

- Ilene J. Feldman    collinsfeldman@aol.com

- Richard L. Ferrell    Ferrell@taftlaw.com

- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

- Eric Fisher    fishere@butzel.com, richarda@butzel.com

- Elizabeth K. Flaagan    eflaagan@faegre.com

- Jonathan L. Flaxer    jflaxer@golenbock.com,
  ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com

- Daniel A. Fliman    dfliman@kasowitz.com, courtnotices@kasowitz.com

- Paul C. Foley    foley@mountaindearborn.com

- Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

- Edward M. Fox    edward.fox@klgates.com

- Shawn Randall Fox    sfox@mcguirewoods.com

- Joseph D. Frank    jfrank@fgllp.com,
  ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

- Mark S. Frankel    mfrankel@couzens.com

- Thomas M. Franklin    tmflaw@swbell.net

- Edward A. Friedman    efriedman@fklaw.com, vgarvey@fklaw.com

- Greg A. Friedman    gfriedman@coleschotz.com

- Michael Friedman    mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com

- Scott J. Friedman    sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

- Patricia B. Fugee    pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com

- Lars H. Fuller    lfuller@rothgerber.com

- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

- James Gadsden    bankruptcy@clm.com
- James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Joanne Gelfand    joanne.gelfand@akerman.com
- Yann Geron    ygeron@foxrothschild.com
- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Karen Giannelli    kgiannelli@gibbonslaw.com
- Leo J. Gibson    lgibson@bsdd.com
- A. Spencer Gilbert    sgilbert@asgilbert.com, kimwolford@asgilbert.com
- Celeste R. Gill    gillc1@michigan.gov
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Rozanne M. Giunta    rmgiunta@lambertleser.com
- Eduardo J. Glas    eglas@mccarter.com
- Jeffrey R. Gleit    jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com
- Larry Ivan Glick    larryglick@erols.com
- Ronald L. Glick    rlg@stevenslee.com
- Dean M. Gloster    dgloster@fbm.com
- Matthew Alexander Gold    courts@argopartners.net
- Eric D. Goldberg    egoldberg@Stutman.com
- Scott R. Goldberg    sgoldber@quarles.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com
- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Gary A. Gotto    ggotto@krplc.com
- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com

- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

- Jeffrey J. Graham    jgraham@taftlaw.com,
  ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

- Warren R. Graham    wrg@dmlegal.com

- Corey D. Grandmaison    corgra@bkf-law.com, aijhal@bkf-law.com

- Jonathan S. Green    greenj@millercanfield.com

- John T. Gregg    jgregg@btlaw.com

- Lisa S. Gretchko    lgretchko@howardandhoward.com,
  dbrandon@howardandhoward.com

- David M. Grogan    dgrogan@slk-law.com

- Stephen H. Gross    sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

- Janice Beth Grubin    jgrubin@tnsj-law.com, snobles@tnsj-law.com

- Kevin Grzelak    phcdelphi@priceheneveld.com

- Peter J. Gurfein    pgurfein@akingump.com

- Elizabeth A. Haas    info@thehaaslawfirm.com

- Cynthia J. Haffey    haffey@butzel.com

- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-
  ecf@debevoise.com

- Dennis M. Haley    dhaley@winegarden-law.com

- Alan D. Halperin    ahalperin@halperinlaw.net,
  spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

- Marc B. Hankin    mhankin@jenner.com, docketing@jenner.com

- William J. Hanlon    whanlon@seyfarth.com

- Kristopher M. Hansen    insolvency2@stroock.com

- Jill M. Hartley    jh@previant.com

- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

- Bruce A. Harwood    bharwood@sheehan.com,
  ntoli@sheehan.com;nhbankruptcycourt@sheehan.com

- Lonie A. Hassel    lah@groom.com

- William M. Hawkins    whawkins@loeb.com,
  sorszula@loeb.com;jjensen@dimontelaw.com

- Nava Hazan    nhazan@mwe.com

- Ryan D. Heilman    rheilman@schaferandweiner.com

- Ira L. Herman    ira.herman@tklaw.com,
  orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

- Neil E. Herman    Nherman@morganlewis.com

- Brian S. Hermann    bhermann@paulweiss.com

- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

- William Heuer    wheuer@duanemorris.com

- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com

- Shannon E. Hoff    mstinson@burr.com

- Marie Polito Hofsdal    marie.hofsdal@wilsonelser.com

- Albert L. Hogan    al.hogan@skadden.com,
  andrew.fuchs@skadden.com;chdocket@skadden.com

- Michelle R. Holl    mholl@mayerbrownrowe.com

- Evan C. Hollander    ehollander@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

- Pamela Smith Holleman    pholleman@sandw.com

- Casey B. Howard    choward@lockelord.com

- John R. Humphrey    jhumphrey@taftlaw.com,
  jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

- P. Warren Hunt    pwh@krwlaw.com

- John J. Hunter    jrhunter@hunterschank.com,
  sharonaldrich@hunterschank.com;mcraig@hunterschank.com

- Jay W. Hurst    jay.hurst@oag.state.tx.us

- Donald J. Hutchinson    hutchinson@millercanfield.com

- Roland Hwang    hwangr@michigan.gov

- Mark S. Indelicato
  eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpat
  wardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com;l
  schlussel@hahnhessen.com

- Michael G. Insalaco    minsalaco@zeklaw.com

- Michael J. Jacobs    mjacobs@hbss.net

- Susan Jennik    sjennik@kjmlabor.com

- Nan E. Joesten    njoesten@fbm.com

- Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

- Roger G. Jones    rjones@bccb.com

- Richard Josephson    basargent@stoel.com

- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

- David J. Jurkiewicz    djurkiewicz@boselaw.com, mwakefield@boselaw.com

- Allen G. Kadish    kadisha@gtlaw.com, cusumanod@gtlaw.com

- Robert G. Kamenec    rkamenec@plunkettcooney.com

- Dana P. Kane    lsi@liquiditysolutions.com

- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

- Andrew C. Kassner    andrew.kassner@dbr.com

- William M. Katich    wkatich@atg.state.il.us

- Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

- Jordan Kaye    jkaye@kramerlevin.com

- Patrick J. Keating    pkeating@bdblaw.com

- David Kennedy    david.kennedy2@usdoj.gov

- Thomas M. Kennedy    tkennedy@kjmlabor.com

- Michael P. Kessler    michael.kessler@weil.com

- Jocelyn Keynes    jkeynes@halperinlaw.net

- Jocelyn Keynes    jk@stevenslee.com

- Ron Kilgard    BankruptcyECF@krplc.com

- Tami Hart Kirby    tkirby@porterwright.com

- Myron Kirschbaum    mkirschbaum@kayescholer.com

- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

- Jeremy C. Kleinman    jkleinman@fgllp.com

- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

- Brandi P. Klineberg    bklineberg@moritthock.com

- Anthony J. Kochis    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

- Howard Koh    hkoh@meisterseelig.com

- Seth F. Kornbluth    skornbluth@herrick.com

- Alan M. Koschik    akoschik@brouse.com

- Lawrence J. Kotler    ljkotler@duanemorris.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Stuart A. Krause    skrause@zeklaw.com

- Julia S. Kreher    jkreher@hodgsonruss.com,
  rleek@hodgsonruss.com;mreyen@hodgsonruss.com

- Sarah Quinn Kuhny    sarah.kuhny@btlaw.com

- Patrick J. Kukla    pkukla@carsonfischer.com

- Duane Kumagai    dkumagai@rutterhobbs.com

- Glenn M. Kurtz    gkurtz@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com

- Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com

- Robinson B. Lacy    Lacyr@sullcrom.com

- Darryl S. Laddin    bkrfilings@agg.com

- Ralph L. Landy    landy.ralph@pbgc.gov, efile@pbgc.gov

- Stuart A. Laven    slaven@bfca.com

- James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

- James Michael Lawniczak    jlawniczak@calfee.com

- Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com

- Harlan Mitchell Lazarus    hmllaw@att.net, hmllaw@att.net

- David H. Lee    dlee@nixonpeabody.com

- Thomas A. Lee    notices@becket-lee.com

- David S. Lefere    davidl@bolhouselaw.com

- Eugene Leff    eleff@oag.state.ny.us

- Rachel Jeanne Lehr    rachel.lehr@dol.lps.state.nj.us

- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com

- Damon R. Leichty    damon.leichty@btlaw.com

- Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

- David E. Lemke    david.lemke@wallerlaw.com,
  cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com
  ;bk@wallerlaw.com

- Joseph H. Lemkin    jhlemkin@duanemorris.com,
  tjsantorelli@duanemorris.com;dalvarado@duanemorris.com

- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

- Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

- Jonathan Levine    jlevine@andrewskurth.com, jlevine@akllp.com

- Kenneth M. Lewis    klewis@lewispllc.com

- Kim Martin Lewis    kim.lewis@dinslaw.com,
  john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

- Barry E. Lichtenberg    barryster@att.net

- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

- David Liebov    liebovd@sullcrom.com

- Carmen H. Lonstein    carmen.lonstein@bakernet.com

- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

- Dennis W. Loughlin    dloughlin@wnj.com, robinclark@wnj.com

- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

- A. Peter Lubitz    plubitz@nyc.rr.com

- Donald K. Ludman    dludman@brownconnery.com

- Matthew J. Lund    kovskyd@pepperlaw.com

- Douglas L. Lutz    dlutz@fbtlaw.com, ahammerle@fbtlaw.com

- Christopher A. Lynch    clynch@reedsmith.com

- John H. Maddock    jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

- Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

- John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

- Donald W. Mallory    dmallory@ctks.com, ddcass@ctks.com

- Richard Mancino    maosbny@willkie.com, rmancino@willkie.com

- Jacob A. Manheimer    jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

- Kayalyn A. Marafioti    kmarafio@skadden.com, John.Murphy@skadden.com

- Wendy G. Marcari    wmarcari@ebglaw.com, nyma@ebglaw.com

- Alan E. Marder    lgomez@msek.com

- Jeffrey S. Margolin    margolin@hugheshubbard.com

- Andrew L. Margulis    amargulis@ropers.com

- Kenneth S. Marks    kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

- Ilan Markus    ilan.markus@leclairryan.com

- John J. Marquess    jjm@legalcost.com

- Madison L. Martin    nashvillebankruptcyfilings@stites.com

- Gregory J Mascitti    gmascitti@nixonpeabody.com, roc.managing.clerk@nixonpeabody.com;sfoster@nixonpeabody.com

- Richard Gary Mason    rgmason@wlrk.com, calert@wlrk.com

- Victor J. Mastromarco    vmastromar@aol.com

- Kathleen Leicht Matsoukas    kmatsoukas@btlaw.com

- Deborah A. Mattison    dmattison@wcqp.com

- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com

- Kristin B. Mayhew    abothwell@pepehazard.com

- Alan S. Maza    mazaa@sec.gov

- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

- Daniel P. Mazo    dpm@curtinheefner.com

- Aaron G. McCollough    amccollough@mcguirewoods.com

- Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

- Robert F. McDonough    rmcdonough@polsinelli.com, ahatch@polsinelli.com;tbackus@polsinelli.com

- Ralph E. McDowell    rmcdowell@bodmanllp.com

- Frank McGinn    ffm@bostonbusinesslaw.com

- Scott S. McKessy    smckessy@reedsmith.com

- Terence McLaughlin    maosbny@willkie.com, tmclaughlin@willkie.com

- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

- Greta A. McMorris    gmcmorris@stinsonmoheck.com

- Austin L. McMullen    amcmullen@babc.com

- Patrick E. Mears    patrick.mears@btlaw.com

- Derek F. Meek    dmeek@burr.com

- Barbara S Mehlsack    bmehlsack@gkllaw.com

- Timothy Mehok    timothy.mehok@hellerehrman.com

- Ron E. Meisler    rmeisler@skadden.com

- Richard G. Menaker    rmenaker@mhjur.com

- Marc B. Merklin    mmerklin@brouse.com

- Richard M. Meth    msteen@foxrothschild.com, spmicklich@daypitney.com

- G. Christopher Meyer    cmeyer@ssd.com

- Sally Meyer    smeyer@madisonliquidity.com

- Merle C. Meyers    mmeyers@mlg-pc.com

- Robert N. Michaelson    rmichaelson@klgates.com

- Angela Z. Miller      amiller@phillipslytle.com, jhahn@phillipslytle.com

- Brian Parker Miller      parker.miller@alston.com

- Kathleen M. Miller      kmm@skfdelaware.com, tlc@skfdelaware.com

- W. Timothy Miller      miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

- Alan K. Mills      amills@btlaw.com, bankruptcyindy@btlaw.com

- Robert K. Minkoff      rminkoff@jefferies.com, mrichards@jefferies.com

- Benjamin Mintz      bmintz@kayescholer.com,
  daniel.bloom@kayescholer.com;rpawlowski@kayescholer.com;maosbny@kayescholer.com

- Joseph Thomas Moldovan      bankruptcy@morrisoncohen.com

- James P. Moloy      jmoloy@boselaw.com

- Michael C. Moody      mmoody@orourkeandmoody.com,
  firm@orourkeandmoody.com;morourke@orourkeandmoody.com

- Audrey E. Moog      amoog@hhlaw.com

- Brett S. Moore      bsmoore@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

- Brian F. Moore      bmoore@mccarter.com

- Gene T. Moore      gtmlaw@bellsouth.net

- James O. Moore      james.moore@dechert.com, james.moore@dechert.com

- Matthew P. Morris      matthew.morris@lovells.com,
  hugh.hill@lovells.com;daniel.lanigan@lovells.com

- Thomas R. Morris      morris@silvermanmorris.com, morris@silvermanmorris.com

- Lawrence F. Morrison      morrlaw@aol.com

- Sarah E. Morrison      sarah.morrison@doj.ca.gov

- Whitney L. Mosby      wmosby@binghammchale.com

- Eric T. Moser      eric.moser@klgates.com,
  kristen.serrao@klgates.com;felton.parrish@klgates.com

- Alisa Mumola      alisa@contrariancapital.com

- Jill L. Murch      jmurch@foley.com, khall@foley.com

- James P. Murphy    murph@berrymoorman.com

- Jason A. Nagi    jnagi@polsinelli.com

- Shannon Lowry Nagle    snagle@omm.com, bwajda@omm.com

- Stephen M. Nagle    stephen.nagle@oag.state.ny.us

- Jennifer L. Nassiri    jennifer.nassiri@dlapiper.com

- Bruce S. Nathan    bnathan@lowenstein.com

- David Neier    dneier@winston.com, dcunsolo@winston.com

- Melissa Z. Neier    mneier@ibolaw.com

- Harold E. Nelson    hal@nlsg.com

- Michael R. Nestor    bankfilings@ycst.com

- Marie L. Nienhuis    pmitchell@bcblaw.net

- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

- Richard P. Norton    rnorton@hunton.com

- Kasey C. Nye    kasey.nye@quarles.com

- Michael P. O'Connor    mpolaw@aol.com

- Michael O'Hayer    mkohayer@aol.com

- Michael B. O'Neal    moneal@wnj.com

- Judy A. O'Neill    joneill@foley.com

- Martin P. Ochs    martin@oglaw.net

- Sean A. Okeefe    sokeefe@winthropcouchot.com

- Norman D. Orr    norman.orr@kkue.com

- Patrick J. Orr    porr@klestadt.com

- Lawrence E. Oscar    leoscar@hahnlaw.com, hlpcr@hahnlaw.com

- Karen Ostad    kostad@mofo.com

- Mark Russell Owens    mowens@btlaw.com,
  mowens@btlaw.com;bankruptcyindy@btlaw.com

- Deirdre Woulfe Pacheco    dpacheco@wilentz.com, dpacheco@wilentz.com

- Isaac M. Pachulski    ipachulski@stutman.com

- Nicholas R. Pagliari    npagliari@quinnfirm.com,
  mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

- Charles Palella    cpalella@kurzman.com

- Ingrid S. Palermo    ipalermo@bsk.com

- Sapna W. Palla    spalla@kayescholer.com,
  bmintz@kayescholer.com;maosbny@kayescholer.co

- George Panters    gpanteris@panterislaw.com

- Charles N. Panzer    cpanzer@sillscummis.com

- Lenard M. Parkins    lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com

- Richard J. Parks    rjp@pietragallo.com, kas2@pietragallo.com

- Barbra R. Parlin    barbra.parlin@hklaw.com

- Tiiara N.A. Patton    tpatton@calfee.com, nwheatley@calfee.com

- Melissa A. Pena    mapena@nmmlaw.com

- Anne J. Penachio    apenachio@pmlawllp.com;penachio.anne@gmail.com,
  fmalara@pmlawllp.com;bk@pmlawllp.com

- Susan P. Persichilli    susan.persichilli@bipc.com

- Geoffrey J. Peters    colnyecf@weltman.com

- Lowell Peterson    lpeterson@msek.com

- Ronald R. Peterson    rpeterson@jenner.com,
  anicoll@jenner.com;docketing@jenner.com

- Robert A. Peurach    rpeurach@gdakmak.com

- Ed Phillips    ephillips@thurman-phillips.com

- Deborah J. Piazza    dpiazza@hodgsonruss.com, ncalderon@hodgsonruss.com

- Christine A.M. Pierpont    cpierpont@ssd.com

- Shone Pierre    florence.saenz@la.gov

- Oscar N. Pinkas    opinkas@sonnenschein.com

- Leslie A. Plaskon    leslieplaskon@paulhastings.com

- James A. Plemmons    jplemmons2@dickinsonwright.com

- Constantine Pourakis    cp@stevenslee.com

- Mark T. Power
  MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschn
  itzer@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprim
  m@hahnhessen.com;nrigano@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahn
  hessen.com

- Susan Power-Johnston    sjohnston@cov.com

- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com

- Susan Przekop-Shaw    przekopshaws@michigan.gov

- Dennis E. Quaid    dquaid@fagelhaber.com

- Amanda Raboy    araboy@cov.com

- Thomas B. Radom    radom@butzel.com

- John J. Rapisardi    john.rapisardi@cwt.com,
  agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

- Craig V. Rasile    crasile@hunton.com,
  mtucker@hunton.com,adeboer@hunton.com,keckhardt,mmannering@hunton.com

- Dennis Jay Raterink    raterinkd@michigan.gov

- Gary Ravert    gravert@mwe.com

- Eric T. Ray    eray@balch.com

- Jo Christine Reed    jcreed@sonnenschein.com, rmillner@sonnenschein.com

- Lawrence R. Reich    reichlaw@aol.com

- Steven J. Reisman    sreisman@curtis.com,
  ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhode
  au@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com

- Susan Fuhrer Reiter    sreiter@mijb.com, mtcraig@mijb.com

- Kenneth A. Reynolds    kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Kenneth A. Reynolds    kar@pryormandelup.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Walter Reynolds    wreynolds@porterwright.com

- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com

- Marc E. Richards    mrichards@blankrome.com

- Tracy E. Richardson     tracy.richardson@dol.lps.state.nj.us

- Paul J. Ricotta     pricotta@mintz.com

- Craig Philip Rieders     crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

- Sandra A. Riemer     sriemer@phillipsnizer.com, ddore@phillipsnizer.com

- Marianne Goldstein Robbins     MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

- Matthew R. Robbins     mrr@previant.com

- Elizabeth A. Roberge     eroberge@robergelaw.com

- H. Buswell Roberts     broberts@slk-law.com, droberts@slk-law.com

- Ronald L. Rose     rrose@dykema.com

- Scott D. Rosen     srosen@cb-shea.com

- Heath D. Rosenblat     hrosenblat@kayscholer.com

- Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com

- Jeffrey A. Rosenthal     maofiling@cgsh.com

- David A. Rosenzweig     DRosenzweig@Fulbright.com

- David S. Rosner     dfliman@kasowitz.com;courtnotices@kasowitz.com

- David E. Roth     pdarby@bradleyarant.com

- Ira Rubin     norma@bizwoh.rr.com

- Robert B. Rubin     brubin@burr.com

- Peter S. Russ     peter.russ@bipc.com, donna.curcio@bipc.com

- Lyle D. Russell     lylerussell@magnusoft.com

- Maura I. Russell     dangiulo@dreierllp.com, ECFNotices@dreierllp.com

- E. Todd Sable     tsable@honigman.com

- Chester B. Salomon     csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com

- Diane W. Sanders     austin.bankruptcy@publicans.com

- William A. Sankbeil     was@krwlaw.com

- Thomas P. Sarb    ecfsarbt@millerjohnson.com

- Robert V. Sartin    rsartin@fbtlaw.com, chruska@fbtlaw.com

- William F. Savino    wsavino@damonmorey.com, alunday@damonmorey.com

- Robert Scannell    rscannell@morganlewis.com

- Louis A. Scarcella    lscarcella@farrellfritz.com

- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com

- Ilan D. Scharf    ischarf@pszjlaw.com

- Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

- James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

- Andrew W. Schilling    aschilling@fklaw.com, vgarvey@fklaw.com

- Michael Schlanger    michael@schlangerlegal.com, jeanne@schlangerlegal.com

- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com

- Christopher P. Schueller    christopher.schueller@bipc.com,
  timothy.palmer@bipc.com;donna.curcio@bipc.com

- Sheila R. Schwager    srs@hteh.com

- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov

- Bryan I. Schwartz    bschwartz@lplegal.com

- Kathlyn Schwartz    kathlyn.schwartz@akerman.com

- Matthew L. Schwartz    matthew.schwartz@usdoj.gov

- Lisa M. Schweitzer    lschweitzer@cgsh.com,
  maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com

- Barry N. Seidel    seidelb@butzel.com, oliver@butzel.com

- Lon J. Seidman    filings@spallp.com, lseidman@silvermanacampora.com

- Howard Seife    arosenblatt@chadbourne.com

- Jay Selanders    jay.selanders@kutakrock.com

- Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com

- Dan Shaked    dan@shakedandposner.com

- Mark H. Shapiro    shapiro@steinbergshapiro.com

- Mary Kay Shaver    mkshaver@varnumlaw.com

- Brian L. Shaw    bshaw100@shawgussis.com

- Andrea Sheehan    sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Howard S. Sher    howard@jacobweingarten.com

- David M. Sherbin    david.sherbin@delphi.com

- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

- Mark Sherrill    mark.sherrill@sablaw.com

- Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

- J. Christopher Shore    cshore@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinter
  s@whitecase.com

- Robert J. Sidman    rjsidman@vorys.com, bkbowers@vorys.com

- Robert Sidorsky    sidorsky@butzel.com

- Glenn E. Siegel    Glenn.Siegel@dechert.com

- John D. Silk    silk@rbmchicago.com

- Aaron M. Silver    asilver@honigman.com

- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

- Wendy M. Simkulak    wmsimkulak@duanemorris.com

- Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

- John A. Simon    jsimon@foley.com

- Kate K. Simon    kate.simon@bingham.com

- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

- Joseph E. Simpson    jsimpson@hselaw.com

- Thomas R. Slome    lgomez@msek.com

- Richard G. Smolev    rsmolev@kayescholer.com,
  maosbny@kayescholer.com;rcappiello@kayescholer.com

- Jesse L. Snyder    jforstot@tpwlaw.com;mmuller@tpwlaw.com

- Marc P. Solomon    msolomon@burr.com

- Sean C. Southard    ssouthard@klestadt.com

- Paul H. Spaeth    spaethlaw@phslaw.com

- Robyn J. Spalter    notice@regencap.com

- Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

- Douglas E. Spelfogel    dspelfogel@foley.com

- Michael A. Spero    jspecf@sternslaw.com

- Byron C. Starcher    byron.starcher@nelsonmullins.com

- Stephen Z. Starr    sstarr@starrandstarr.com, schoi@starrandstarr.com

- Catherine Steege    csteege@jenner.com, jeffrey_cross@discovery.com

- Matthew B. Stein    mstein@sonnenschein.com

- Rick A. Steinberg    rsteinberg@nakblaw.com

- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

- Andrew W. Stern    astern@sidley.com

- Malani Sternstein    msternstein@sheppardmullin.com

- Fred Stevens    fstevens@foxrothschild.com

- Jason V. Stitt    jstitt@kmklaw.com

- Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

- Brent C. Strickland    bstrickland@wtplaw.com

- Harvey A. Strickon    harveystrickon@paulhastings.com

- Joseph G. Strines    joseph.strines@dplinc.com

- James M. Sullivan    sullivan.james@arentfox.com, constantino.nova@arentfox.com

- Michelle T. Sutter    msutter@ag.state.oh.us

- Charles C. Swanekamp    cswanekamp@jaeckle.com, mbialy@jaeckle.com;smigaj@jaeckle.com

- Marc N. Swanson    swansonm@millercanfield.com

- Paul Sweeney    psweeney@loganyumkas.com, jbeckman@loganyumkas.com

- Dona Szak    dszak@ajamie.com

- Douglas T. Tabachnik    dtabachnik@dttlaw.com
- Jeffrey L. Tanenbaum    garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com
- Roger L. Tarbutton    roger.tarbutton@jocogov.org
- Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com
- Deborah L. Thorne    deborah.thorne@btlaw.com, kbruhnke@btlaw.com
- Richard S. Toder    rtoder@morganlewis.com
- Gordon J. Toering    gtoering@wnj.com
- Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com
- Sheldon S. Toll    lawtoll@comcast.net
- Martin B. Tucker    mtucker@fbtlaw.com
- Debra S. Turetsky    dturetsky@reedsmith.com
- Ann Marie Uetz    auetz@foley.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Robert Usadi    mmcloughlin@cahill.com
- Nina M. Varughese    varughesen@pepperlaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com
- Lori V. Vaughan    lvaughan@foley.com
- Frank F. Velocci    frank.velocci@dbr.com, andrew.groesch@dbr.com
- James J. Vincequerra    jvincequerra@wolfblock.com
- Michael J. Viscount    mviscount@foxrothschild.com
- Gary Vist    gvist@masudafunai.com, docketing@masudafunai.com
- Joseph J. Vitale    jvitale@cwsny.com
- Arthur T. Walsh    omclaw@aol.com
- Sean M. Walsh    swalsh@gmhlaw.com

- Michael D. Warner    mwarner@coleschotz.com

- Terence D. Watson    twatson@irasacks.com

- W. Clark Watson    cwatson@balch.com

- Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

- William P. Weintraub    wweintraub@fklaw.com,
  vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com

- Allison H. Weiss    aweiss@dl.com,
  aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com

- Jay Welford    jwelford@jaffelaw.com,
  dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

- Robert J. Welhoelter    rjwelho@gmail.com

- Elizabeth Weller    dallas.bankruptcy@publicans.com

- David A. Wender    david.wender@alston.com

- Michael R. Wernette    mwernette@schaferandweiner.com

- Robert A White    rwhite@murthalaw.com

- Amy Williams-Derry    awilliams-derry@kellerrohrback.com,
  bellis@kellerrohrback.com;bspangler@kellerrohrback.com

- Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-
  lynch.com;hfried@damato-lynch.com

- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

- Eric D. Winston    ericwinston@quinnemanuel.com

- Jeffrey C. Wisler    jcw@cblhlaw.com

- Robert A. Wolf    rwolf@ssd.com,
  POrlowski@ssd.com;afisher@ssd.com;rgreen@ssd.com

- Craig A. Wolfe    cwolfe@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com

- Douglas Wolfe    dwolfe@asmcapital.com

- Robert D. Wolford    ecfwolfordr@millerjohnson.com

- Scott A. Wolfson    swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

- Kelly A. Woodruff    kwoodruff@fbm.com, svillalobos@fbm.com

- Jeffrey A. Wurst    JWURST@RMFPC.COM

- Zhiyuan Xu    mxu@schiffhardin.com

- David Farrington Yates    fyates@sonnenschein.com

- Doron Yitzchaki    dyitzchaki@dickinsonwright.com

- Stephen L. Yonaty    syonaty@chwattys.com

- Kenneth S. Yudell    kyudell@aryllp.com

- German Yusufov    pcaocvbk@pcao.pima.gov

- Helen A. Zamboni    hzamboni@underbergkessler.com

- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

/s/ Dawn R. Copley
Dawn R. Copley (DRC-4234)
Counsel for Ambrake Corporation
301 East Liberty, Suite 500
Ann Arbor, Michigan 48104-2266
(734) 623-7075
dcopley@dickinsonwright.com

DETROIT 22441-59 1155364