HEARING DATE AND TIME: JULY 22, 2010 AT 9:00 A.M. (EASTERN)
OBJECTION DEADLINE: JUNE 7, 2010 AT 5:00 P.M. (EASTERN)

STITES & HARBISON PLLC
Robert C. Goodrich Jr. (TN 10454)
Madison L. Martin (TN 24027)
401 Commerce Street, Suite 800
Nashville, TN 37219
Tel: (615) 244-5200
Fax: (615) 782-2371
Email: robert.goodrich@stites.com
madison.martin@stites.com

    -and-

John A. Bicks (JB 3496)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel:  (212) 768-6700
Fax: (212) 768-6800

*Attorneys for Setech, Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |
| DPH HOLDINGS CORP., *et al.*, | : | |
| Plaintiffs, | : | Adv. Pro. No. 07-02619 (RDD) |
| Against | : | |
| SETECH INC. and SETECH, | : | |
| Defendants. | : | |

## NOTICE OF SETECH, INC.'S MOTION TO VACATE AND TO DISMISS[1]

**PLEASE TAKE NOTICE** that upon the annexed *Setech, Inc.'s Motion to Vacate and to Dismiss* (the "**Motion**"), the Declaration of Richard M. Eddinger dated May 12, 2010 (the "**Eddinger Declaration**"), the exhibits to the Eddinger Declaration, and the points and authorities contained in the Motion submitted herewith; the Summons and Complaint, and upon all the papers and proceedings previously had herein, Defendant Setech, Inc., by its undersigned counsel, shall move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on July 22, 2010 at 9:00 a.m. or such other date and time as soon thereafter as the Court may direct, for an Order (i) vacating the prior Extension Orders (as defined in the Motion) and (ii) dismissing the above-captioned adversary proceeding with prejudice.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, in opposition to the relief requested shall be filed with the Court and served upon the undersigned counsel no later than June 7, 2010 at 5:00 p.m. (the "**Opposition Deadline**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System which can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF),WordPerfect, or any other Windows-based word processing format and shall be served in accordance with General Order M-242, with a courtesy copy delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy

---

[1] This Motion is filed in both the main case and in the Adversary Proceeding because the relief requested herein applies to both the contested matters and the Adversary Proceeding matters as they relate to the Extension Orders (defined in the Memorandum in Support of the Motion).

2

Judge, and served on the undersigned in accordance with General Order M-182, so as to be received no later than the Opposition Deadline.

Date:  May 14, 2010                                    Respectfully submitted,

                                                               /s/ Robert C. Goodrich Jr.
Robert C. Goodrich Jr. (TN ID No. 10454)
Madison L. Martin (TN ID No. 24027)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 244-5200       Fax: (615) 782-2371
Email: robert.goodrich@stites.com

                  -and-

SONNENSCHEIN NATH & ROSENTHAL LLP
John A. Bicks (JB 3496)
1221 Avenue of the Americas
New York, New York 10020
212) 768-6700       Fax:  (212) 768-6800

*Attorneys for Setech, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 14, 2010, the foregoing ***Notice of Motion***, ***Setech, Inc.'s Motion to Vacate and to Dismiss and Declaration of Richard M. Eddinger*** was electronically filed through the Court's CM/ECF system and served upon the following persons in the manner indicated:

    i.  Electronic service upon all Filing Users accepting Notice of Electronic Filing; and

    ii.  Overnight courier service to the persons included on the attached Service List.

          /s/  Jinjue Pak
             Jinjue Pak

<u>Service List</u>

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226

Barry N. Seidel
Eric Fisher
Butzel Long, a professional corporation
380 Madison Avenue
22nd Floor
New York, NY 10017

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David S. Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10119-6022

Dennis J. Connolly
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin
O'Melveny & Myers
7 Times Square
New York, NY 10036

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Mark S. Lichtenstein
Crowell & Moring LLP
590 Madison Avenue
20th Fl
New York, NY 10022

Mateo Fowler
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street
10th Floor
Los Angeles, CA 90017

Michael O'Hayer
22 North Walnut Street
West Chester, PA 19380

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Barnes & Thornburg LLP
Peter A. Clark
One North Wacker Drive
Suite 4400
Chicago, IL   60606-2833

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY  10036

Cohen, Weiss & Simon
Bruce Simon
330 W. 42nd Street
New York, NY  10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven J. Reisman
101 Park Avenue
New York , NY  10178-0061

Davis, Polk & Wardwell LLP
Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY  10017

Delphi Automotive LLP
Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI  48098

DPH Holdings Corp.
John Brooks
5725 Delphi Drive
Troy, MI  48098

Flextronics International
Carrie L. Schiff
305 Interlocken Parkway
Broomfield, CO  80021

Flextronics International USA, Inc.
Paul W. Anderson
2090 Fortune Drive
San Jose, CA  95131

Fried, Frank, Harris, Shriver & Jacobson
Brad Eric Sheler
Bonnie Steingart
Jennifer L Rodburg
Richard J Slivinski
One New York Plaza
New York, NY  10004

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square
11th Floor
New York, NY  10036

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC  20006

Hodgson Russ LLP
Garry M. Graber
60 East 42nd St
37th Floor
New York, NY  10165-0150

| | | |
|---|---|---|
| Honigman Miller Schwartz and Cohn LLP<br>Frank L. Gorman, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Kurtzman Carson Consultants<br>Sheryl Betance<br>2335 Alaska Ave<br>El Segundo, CA 90245 | Milbank Tweed Hadley & McCloy LLP<br>Gregory A Bray Esq<br>Thomas R Kreller Esq<br>James E Till Esq<br>601 South Figueroa Street<br>30th Floor<br>Los Angeles, CA 90017 |
| Honigman Miller Schwartz and Cohn LLP<br>Robert B. Weiss, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Law Debenture Trust of New York<br>Daniel R. Fisher<br>400 Madison Ave<br>Fourth Floor<br>New York, NY 10017 | New York State Office of Attorney General<br>Eugene J. Leff<br>Assistant Attorney General & Deputy Bureau Chief<br>120 Broadway, 26th Floor<br>New York, NY 10271 |
| Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Law Debenture Trust of New York<br>Patrick J. Healy<br>400 Madison Ave<br>Fourth Floor<br>New York, NY 10017 | |
| Internal Revenue Service<br>Attn: Insolvency Department,<br>Maria Valerio<br>290 Broadway<br>5th Floor<br>New York, NY 10007 | McDermott Will & Emery LLP<br>David D. Cleary<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL 60606 | Northeast Regional Office<br>Mark Schonfeld, Regional Director<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Jefferies & Company, Inc,<br>William Q. Derrough<br>520 Madison Avenue<br>12th Floor<br>New York, NY 10022 | McDermott Will & Emery LLP<br>Jason J. DeJonker<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL 60606 | Office of New York State Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| JPMorgan Chase Bank, N.A.<br>Richard Duker<br>270 Park Avenue<br>New York, NY 10017 | McDermott Will & Emery LLP<br>Mohsin N. Khambati<br>227 West Monroe Street<br>Suite 5400<br>Chicago, IL 60606 | O'Melveny & Myers LLP<br>Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| JPMorgan Chase Bank, N.A.<br>Susan Atkins, Gianni Russello<br>277 Park Ave 8th Fl<br>New York, NY 10172 | McTigue Law Firm<br>Cornish F. Hitchcock<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | O'Melveny & Myers LLP<br>Tom A. Jerman, Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC 20006 |
| Kramer Levin Naftalis & Frankel LLP<br>Gordon Z. Novod<br>1177 Avenue of the Americas<br>New York, NY 10036 | McTigue Law Firm<br>J. Brian McTigue<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Stephen J. Shimshak<br>Philip A Weintraub<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer<br>1177 Avenue of the Americas<br>New York, NY 10036 | Mesirow Financial<br>Leon Szlezinger<br>666 Third Ave<br>21st Floor<br>New York, NY 10017 | Pension Benefit Guaranty Corporation<br>Israel Goldowitz<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC 20005-4026 |

Pension Benefit Guaranty Corporation
Karen L. Morris
John Menke
Ralph L. Landy
Beth A. Bangert
1200 K Street, N.W.
Suite 340
Washington, DC  20005

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York, NY  10103

Rothchild Inc.
David L. Resnick
1251 Avenue of the Americas
New York, NY  10020

Seyfarth Shaw LLP
Robert W. Dremluk
620 Eighth Ave
New York, NY  10018-1405

Shearman & Sterling LLP
Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New York, NY  10022

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler
John K. Lyons
Ron E. Meisler
155 N Wacker Drive
Suite 2700
Chicago, IL  60606-1720

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn A. Marafioti
4 Times Square
P.O. Box 300
New York, NY  10036

Spencer Fane Britt & Browne LLP
Daniel D. Doyle
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105

Spencer Fane Britt & Browne LLP
Nicholas Franke
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO  63105

Stahl Cowen Crowley Addis LLC
Jon D. Cohen, Trent P. Cornell
55 West Monroe Street
Suite 1200
Chicago, IL  60603

Stevens & Lee, P.C.
Chester B. Salomon,
Constantine D. Pourakis
485 Madison Avenue
20th Floor
New York, NY  10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza
Suite 3335
New York, NY  10119

United States Trustee
Brian Masumoto
33 Whitehall Street
21st Floor
New York, NY  10004-2112

Weil, Gotshal & Manges LLP
Harvey R. Miller
767 Fifth Avenue
New York, NY  10153

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq.
767 Fifth Avenue
New York, NY  10153

Weil, Gotshal & Manges LLP
Martin J. Bienenstock, Esq.
767 Fifth Avenue
New York, NY  10153

Weil, Gotshal & Manges LLP
Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY  10153

Wilmington Trust Company
Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE  1989