UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DPH HOLDINGS CORP., et al.,                        :    Case No. 05-44481 (RDD)
                                                   :
                    Debtors.                       :    (Jointly Administered)
-----------------------------------------------------------x
DELPHI CORPORATION, et al.,                        :
                                                   :
                    Plaintiffs,                    :
                                                   :    Adv. Pro. No. 07-02743 (RDD)
              vs.                                  :
                                                   :
M&Q PLASTIC PRODUCTS AND M AND Q                   :
PLASTIC PRODUCTS.,                                 :
                                                   :
                    Defendants.                    :
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       )  ss.:
COUNTY OF ATLANTIC     )

JO ANN PETERSON, being sworn, deposes and says:

1.  I am not a party to this action, am over eighteen years of age, am a resident of Atlantic County, and am an employee of Fox Rothschild LLP, 1301 Atlantic Avenue, Suite 400, Atlantic City, NJ 08401.

2.  On May 14, 2010, I served a true and correct copy of the following document:

    (i)  MOTION OF M&Q PLASTIC PRODUCTS L.P. SEEKING AN ORDER (I) DISMISSING THE COMPLAINT WITH PREJUDICE; (II) VACATING CERTAIN PRIOR ORDERS PURSUANT TO FED. R. CIV. P. 60 AND FED R. BANKR. P. 9024; AND (III) IN THE ALTERATIVE, REQUIRING A MORE DEFINITE STATEMENT

upon the following parties:

Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, NY  10017

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119

Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY  10601

by enclosing a true copy of same in a first-class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of Jersey.

                                                  */s/ Jo Ann Peterson*
                                                  Jo Ann Peterson

Sworn to before me this
14th day of May, 2010

*/s/ Beth A. Battistini*
Beth A. Battistini
Notary Public, State of New Jersey
No. 2173003
Qualified in Atlantic County
My Commission Expires March 9, 2015