KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone:     (513) 579-6400
Facsimile:     (513) 579-6457
Jason V. Stitt, Esq.
*Counsel for Defendant F.A. Tech Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 [RDD] |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Adv. Proc. No. 07-02350 [RDD] |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| F.A. TECH CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINDER OF F.A. TECH CORPORATIONS. TO MOTIONS (I) TO VACATE
PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY
PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS
UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO
SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) DISMISSING
THE ADVERSARY PROCEEDING WITH PREJUDICE, OR
(III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY
<u>PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL</u>**

F.A. Tech Corporation ("F.A. Tech") Williams by and through its undersigned counsel, hereby joins and adopts the arguments set forth in the following motions (the "Motions") filed by Wagner-Smith Company and Microchip Technology Incorporated (the "Complaining Preference Defendants"):

- Motion by Wagner-Smith Company Seeking an Order (I) Pursuant to Fed. R. Civ. P, 60 and Fed, R. Bank R. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, and (II) Pursuant to Fed. R, Civ. P, 12(b) and Fed, R. Bank R, P. 7012(b), Dismissing the Adversary Proceeding With Prejudice of (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, (Docket No. 19401); and

- Motion by Microchip Technology Incorporated Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for such Adversary Proceedings, (II) Pursuant to Fed R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, (Docket No. 19677).

The facts set out in the above referenced Motions are substantially the same, if not identical, with respect to FA so that any relief granted for the benefit of one or the other of the Complaining Preference Defendants should be granted for all and others who are similarly situated. In the alternative, F.A. Tech adopts the arguments set forth in the Motions and requests judgment on the pleading pursuant to Rule 12(c) of the Federal Rules of Civil Procedure as incorporated into this proceeding by Rule 7012 of the Federal Rule of Bankruptcy Procedure.

Respectfully submitted,

/s/ Jason V. Stitt
Jason V. Stitt (0078513)
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 639-3964
Facsimile: (513) 579-6457
jstitt@kmklaw.com
*Counsel for Defendant, FA Tech Corporation*

- 3 -

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 14, 2010, I caused the forgoing Joinder of F.A. Tech Corporation. to Motions (i) To Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (ii) Dismissing the Adversary Proceeding with Prejudice, or (iii) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel to be served through electronic transmission via the Court's CM/ECF system to all parties who are listed on the Court's Electronic Mail Notice List.

       /s/ Jason V. Stitt
       Jason V. Stitt (0078513)

3340413.2