Robert D. Nachman
Dykema Gossett PLLC
10 S. Wacker Drive – Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax: 312-627-2302
rnachman@dykema.com

Attorneys for M.J. Celco, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Adv. Pro. |
| | ) | No. 07-02466 (RDD) |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| MJ CELCO, MJ CELCO, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2010, I caused to be electronically filed Motion of MJ Celco, Inc. a/k/a MJ Celco to (A) Vacate Certain Prior Orders of The Court Establishing Procedures for Certain Adversary Proceedings; and (B) Dismiss the Complaint with Prejudice; Notice of Motion; and Certificate of Service using the ECF system which will send notification of such filing to all parties listed thereon.

The following parties were served by First Class Mail:

DPH Holdings Corp.
Attn: John Brooks
5725 Delphi Drive
Troy, MI 48098

Office of the United States Trustee
For the Southern District of New York
Attn:  Alicia M. Leonhard, Esq.
Tracy Hope Davis, Esq.
Brain Masumoto, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

| | |
|---|---|
| Dated:  May 14 , 2010 | Respectfully submitted, |
| | |
| | MJ CELCO, INC. |
| | |
| | DYKEMA GOSSETT PLLC |
| | |
| | By:  /s/ Robert D. Nachman |
| | Robert D. Nachman |
| | 10 S. Wacker Drive – Suite 2300 |
| | Chicago, IL 60606 |
| | Phone:  312-876-1700 |
| | Fax:  312-627-2302 |
| | rnachman@dykema.com |
| | |
| | *Attorneys for Defendant* |

CHICAGO\2946270.1
ID\RDN - 103062/0999