**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
973-992-4800
- and -
100 Park Avenue, 15th Floor
New York, NY 10017
rmeth@foxrothschild.com
RICHARD M. METH, ESQ. (RM7791)(admitted *pro hac vice*)

and

**GREENEBAUM DOLL & MCDONALD PLLC**
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
C. R. BOWLES, ESQ. (admitted *pro hac vice*)
502-589-4200

Attorneys For Defendants, DSSI and DSSI, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――― x
                                            :
In re:                                      :
                                            :
DELPHI CORPORATION, *et al.*,               :    Chapter 11
                                            :    Case No. 05-44481 (RDD)
              Debtors.                      :
                                            :    (Jointly Administered)
―――――――――――――――――――― x
                                            :
DELPHI CORPORATION, *et al.,*               :    Adv. Pro. No. 07-02236 (RDD)
                                            :
              Plaintiffs                    :
                                            :
      - against -                           :
                                            :
DSSI and DSSI, LLC,                         :
                                            :
              Defendants.                   :
                                            :
―――――――――――――――――――― x

**ORDER PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY DELPHI CORPORATION, ET AL. UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, AND/OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS**

THIS MATTER having been opened to the Court by DSSI LLC and DSSI[1] (hereinafter "Defendants") upon their Motion Seeking an Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by Delphi Corporation, et al. Under 11 U.S.C. §§ 541, 544, 545, 547, 548, and/or 549, and Extending the Time to Serve Process for Such Adversary Proceedings; and (ii) Dismissing the Adversary Proceeding with Prejudice Pursuant to Fed. R. Civ. P. 12(B) and Fed. R. Bankr. P. 7012(B) ("Motion"); and the Court having considered opposition to the Motion, if any; and for good cause shown; it is

ORDERED that all Orders of this Court Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by Delphi Corporation, et al. Under 11 U.S.C. §§ 541, 544, 545, 547, 548, and/or 549, and Extending the Time to Serve Process for Such Adversary Proceedings be, and they hereby are, vacated.

Dated:
    WHITE PLAINS, NY

    _____
    HONORABLE ROBERT D. DRAIN
    UNITED STATES BANKRUPTCY JUDGE

---

[1] In the Debtors' preference action, the Debtors assert claims against a defendant styled "DSSI". There is no entity known as DSSI in the DSSI LLC corporate organization. Therefore, no response is necessary on behalf of this non-existent entity. "DSSI" is only referenced here to alert this Court to this issue and to prevent (i) a default judgment being obtained against it and (ii) efforts to assert any such judgment against DSSI LLC.