**MILLER JOHNSON**
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan  49501-0306
(616) 831-1700
Robert D. Wolford (RW 1314)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE: | Case No. 05-44481-RDD |
| DELPHI CORPORATION, et al., | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

DELPHI CORPORATION, et al.,

        Plaintiffs,

v                                                        Adv. Pro. No. 07-02477-rdd

MONROE, INC.,

        Defendant.
-----------------------------------------------------------x

**JOINDER OF DEFENDANT MONROE, INC. TO MOTIONS (I) TO
VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR
CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED
BY THE DEBTORS UNDER U.S.C. § 541, 544, 545, 457, 458, OR 549, AND
EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY
PROCEEDINGS, (II) IN THE ALTERNATIVE, DISMISSING THE
<u>ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL</u>**

Monroe, Inc. ("Monroe"), by its undersigned attorneys, Miller Johnson, hereby joins and adopts the arguments set forth in the Motion by Wagner-Smith Company Seeking an Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Order establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548 or 549, and Extending the Time to Serve

Process for Such Adversary Proceedings, and (ii) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding With Prejudice, or (iii) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, dated February 5, 2010 (Docket No. 19401); and Motion by Microchip Technology Incorporated ("Microchip Technology") Seeking an Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (ii) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, or (iii) In the Alternative, Dismissing the Adversary Proceeding on the Grounds of Judicial Estoppel, dated March 15, 2010 (Docket No. 19677) (collectively, the "Dismissal Motions") and state as follows:

Monroe is a defendant in the adversary proceeding styled *Delphi Corporation, et al., v. Monroe, Inc.*, Adv. Pro. No. 07-02477-rdd (the "Action") pursuant to which Delphi seeks the return of certain allegedly avoidable transfers from Monroe identified in Exhibit "1" to the Complaint. The claims against Monroe suffer from the same factual and legal infirmities as the claims asserted by the Plaintiff against Wegner-Smith Company and Microchip Technology and should be dismissed in their entirety for all the reasons set forth in the Dismissal Motions.

                                                MILLER JOHNSON
                                                Attorneys for Monroe, Inc.

Dated: May 14, 2010            By  /s/ Robert D. Wolford
                                                Robert D. Wolford (P-62595)
                                          Business Address:
                                              250 Monroe Avenue, N.W., Suite 800
                                              PO Box 306
                                              Grand Rapids, Michigan 49501-0306
                                   Telephone: (616) 831-1700