REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481-RDD |
| Debtors. | |

---------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

                Plaintiffs,         Adv. Pro. No. 07-02188-RDD

    -against-

CRITECH RESEARCH, INC.,

                Defendant.
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Samara Neal, being at all times over 18 years of age, hereby certify that on May 14, 2010 a true and correct copy of the Joinder of Critech Research Inc. to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Document No. 20106) was served electronically through the Court's ECF system on all parties

1

requesting electronic service, by U.S. mail or overnight delivery to the parties indicated below:

**Via U.S. Mail to:**

Delphi Corporation, et al.
5725 Delphi Drive
Troy, MI 48098

Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attn: Albert Togut, Esq.

Honorable Robert D. Drain
c/o Clerk's Office of the
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

**Via overnight delivery to:**

Butzel Long
380 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Eric Fisher, Esq. and
      Barry N. Seidel, Esq.

Butzel Long
150 West Jefferson
Detroit, MI 48226
Attn: Cynthia J. Haffey, Esq.

Dated: White Plains, New York
       May 14, 2010

/s/Samara Neal
Samara Neal