**Hearing Scheduled: July 22, 2010 at 10:00 a.m.**
**Objection Deadline: June 7, 2010 at 4:00 p.m.**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Michael B. O'Neal (MO-9511)
(*Pro Hac Vice Pending*)
Attorneys for D&S Machine Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| DELPHI CORPORATION, et al | |
| Plaintiff, | |
| v. | Adv. Proc. No. 07-02217-rdd |
| D&S MACHINE PRODUCTS, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**D&S MACHINE PRODUCTS, INC.'S MOTION TO (A) VACATE CERTAIN PRIOR
ORDERS OF THE COURT; AND (B) DISMISS THE ADVERSARY PROCEEDING
COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE, REQUIRE
PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Defendant D&S Machine Products, Inc. ("**D&S**" or "**Defendant**"), by its undersigned

attorneys, for its Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the

PDF created with pdfFactory trial version www.pdffactory.com

Adversary Proceeding Complaint with Prejudice; or (C) in the Alternative, Require Plaintiffs to File a More Definite Statement, rely on its accompanying memorandum of law (with attached exhibits) filed contemporaneously herewith.

WHEREFORE, Defendant seeks an order from the Court:

- Vacating certain interlocutory extension orders pursuant to the Court's discretionary authority because: (a) Debtors' failure to provide Defendant with meaningful notice of the motions seeking entry of the extension orders violates due process and renders the extension orders void and unenforceable against Defendant; (b) cause did not exist to extend the time for service of the Complaint; and/or (c) the Complaint was improperly filed under seal pursuant to 11 U.S.C. §107;

- Dismissing with prejudice the Complaint against Defendant, pursuant to Fed. R. Civ. P. 12(b)(6), made applicable by Fed. R. Bankr. P. 7012(b), on the ground that it: (a) is barred by the 2-year statute of limitations; and/or (b) does not comply with the pleading requirements of *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009);

- Dismissing the Complaint with prejudice on the grounds that it is barred by laches, judicial estoppel or res judicata;

- In the alternative, order Debtors to file a more definite statement with respect to its Complaint.

PDF created with pdfFactory trial version www.pdffactory.com

- o  Granting Defendant such other and further relief as is just and proper.

Respectfully submitted,

WARNER NORCROSS & JUDD LLP

Dated: May 14, 2010    By    /s/ Michael B. O'Neal
Michael B. O'Neal (MO-9511)
(Pro *Hac Vice* Pending)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
Ph:  (616) 752-2000
Fax:  (616) 222-2500
moneal@wnj.com
 Attorneys for D&S Machine Products, Inc.

1786334

PDF created with pdfFactory trial version www.pdffactory.com