| | |
|---|---|
| BRYAN CAVE LLP<br>Michelle K. McMahon (MM-8130)<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: (212) 541-2000<br>Facsimile: (212) 541-1493 | **Hearing Date: June 30, 2010**<br>**Objection Deadline: June 23, 2010** |

BRYAN CAVE LLP
Lloyd A. Palans (pro hac vice pending)
Christopher J. Lawhorn (pro hac vice pending)
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com

*Attorneys for GBC Metals, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x:

| | | |
|---|---|---|
| In re: | : | Chapter 11: |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD)<br>Jointly Administered |
| ------------------------------------------------x | | |
| DELPHI CORPORATION | : | |
| | : | Adv. Pro. No. 07-02479 |
| Plaintiff, | : | |
| -against- | : | |
| OLIN CORPORATION, | : | |
| Defendant. | : | |
| ------------------------------------------------x | | |

NY02DOCS\1580072.1

### NOTICE OF MOTION OF GBC METALS, LLC
### TO INTERVENE AS PARTY-DEFENDANT

**PLEASE TAKE NOTICE** that, on May 14, 2004, GBC Metals, LLC ("GBC"),[1] through its counsel, Bryan Cave LLP, filed and served the Motion of GBC Metals, LLC to Intervene as Party-Defendant (the "Motion"), seeking to intervene as a party-defendant in this matter pursuant to Bankruptcy Code § 1109(b), F. R. Bankr. P. 2018 and F. R. Civ. P. 24, made applicable by F. R. Bankr. P. 7024, and file its Motion to Dismiss Complaint.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10005, on June 30, 2010 at 10:00 a.m. Eastern Standard time.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the local rules, responses or objections, if any, to the relief requested in the Motion must be in writing describing the basis therefor, which shall be filed with the Court electronically in accordance with General Order M-182 (General Order M-182 and the User's Manual for the Electronic Filing System can be found at www.nysb.uscourts.gov, the official website for the United States Bankruptcy Court for the Southern District of New York) by registered users of the Court's electronic case filing system, and by all other parties in interest on 3.5 inch desk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered

---

[1] GBC Metals, LLC is a wholly owned subsidiary of Global Brass & Copper, Inc., which acquired Olin Corporation's metal business as described herein. References to "GBC" may also include Global Brass & Copper, Inc. with respect to this acquisition.

directly to Chambers), and served in accordance with General Order M-182 or by first class mail, so as to be actually received by Judge Drain, the undersigned counsel for GBC, and the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, New York, New York 10004, no later than June 23, 2010.  Only timely-filed and received written objections will be considered by the Court at the hearing.

Dated: May 14, 2010                              Respectfully submitted,

//s// Michelle McMahon
BRYAN CAVE LLP
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, NY 10104
Telephone:  (212) 541-2000
Facsimile:  (212) 541-1493

BRYAN CAVE LLP
Lloyd A. Palans
Christopher J. Lawhorn
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com