Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
gtoering@wnj.com
moneal@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Bosch Chassis Systems Columbia L.L.C.
f/k/a PBR Columbia L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| DELPHI CORPORATION, et al | |
| Plaintiff, | |
| v. | Adv. Proc. No. 07-02572-rdd |
| PBR COLUMBIA LLC, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**BOSCH CHASSIS SYSTEMS COLUMBIA L.L.C.'S MOTION TO (A) VACATE
CERTAIN PRIOR ORDERS OF THE COURT; AND (B) DISMISS THE ADVERSARY
PROCEEDING COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE,
REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Defendant Bosch Chassis Systems Columbia L.L.C. f/k/a PBR Columbia LLC ("**PBR**" or "**Defendant**"), by its undersigned attorneys, for its Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the Adversary Proceeding Complaint with Prejudice; or (C) in the Alternative, Require Plaintiffs to File a More Definite Statement, rely on its accompanying memorandum of law (with attached exhibits) filed contemporaneously herewith.

WHEREFORE, Defendant seeks an order from the Court:

- Vacating certain interlocutory extension orders pursuant to the Court's discretionary authority because: (a) Debtors' failure to provide Defendant with meaningful notice of the motions seeking entry of the extension orders violates due process and renders the extension orders void and unenforceable against Defendant; (b) cause did not exist to extend the time for service of the Complaint; and/or (c) the Complaint was improperly filed under seal pursuant to 11 U.S.C. §107;

- Dismissing with prejudice the Complaint against Defendant, pursuant to Fed. R. Civ. P. 12(b)(6), made applicable by Fed. R. Bankr. P. 7012(b), on the ground that it: (a) is barred by the 2-year statute of limitations; and/or (b) does not comply with the pleading requirements of *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009);

- Dismissing the Complaint with prejudice on the grounds that it is barred by laches, judicial estoppel or res judicata;

- In the alternative, order Debtors to file a more definite statement with respect to its Complaint.

    o   Granting Defendant such other and further relief as is just and proper.

                              WARNER NORCROSS & JUDD LLP
                              Attorneys for Defendant

Dated: May 14, 2010              By   /s/ Michael B. O'Neal
                              Gordon J. Toering (GT-3738)
                              (Admitted *Pro Hac Vice*)
                              Michael B. O'Neal (MO-9511)
                              (Admitted *Pro Hac Vice*)
                              Warner Norcross & Judd LLP
                              900 Fifth Third Center
                              111 Lyon Street, NW
                              Grand Rapids, MI  49503-2487
                              Ph:  (616) 752-2000
                              Fax:  (616) 222-2500
                              gtoering@wnj.com
                              moneal@wnj.com
                              Attorneys for Bosch Chassis Systems Columbia L.L.C.

1786347