**Hearing Scheduled: July 22, 2010 at 10:00 a.m.**
**Objection Deadline: June 7, 2010 at 4:00 p.m.**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Michael B. O'Neal (MO-9511)
(*Pro Hac Vice* Pending)
Attorneys for NGK Automotive Ceramics USA,
Inc. and NGK Ceramics USA, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
　　　　In re                            :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,          :    Case No. 05-44481 (RDD)
                                                          :
                                                          :    (Jointly Administered)
　　　　　　　　Debtors.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
DELPHI CORPORATION, et. al.          :
                                                          :
　　　　　　Plaintiff,                :
                                                          :
v.                                                     :    Adv. Proc. No. 07-02541-rdd
                                                          :
NGK, NGK AUTOMOTIVE CERAMICS,     :
NGK AUTOMOTIVE CERAMICS USA,       :
INC., and NGK SPARK PLUG MFG. (USA)  :
INC.,                                               :
                                                          :
　　　　　　Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


**NGK AUTOMOTIVE CERAMICS USA, INC.'S MOTION TO (A) VACATE CERTAIN
PRIOR ORDERS OF THE COURT; AND (B) DISMISS THE ADVERSARY
PROCEEDING COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE,
REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Defendant NGK Automotive Ceramics USA, Inc. ("**NGK**" or "**Defendant**"), by its undersigned attorneys, for its Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the Adversary Proceeding Complaint with Prejudice; or (C) in the Alternative, Require Plaintiffs to File a More Definite Statement, rely on its accompanying memorandum of law (with attached exhibits) filed contemporaneously herewith.

WHEREFORE, Defendant seeks an order from the Court:

- o  Vacating certain interlocutory extension orders pursuant to the Court's discretionary authority because: (a) Debtors' failure to provide Defendant with meaningful notice of the motions seeking entry of the extension orders violates due process and renders the extension orders void and unenforceable against Defendant; (b) cause did not exist to extend the time for service of the Complaint; and/or (c) the Complaint was improperly filed under seal pursuant to 11 U.S.C. §107;

- o  Dismissing with prejudice the Complaint against Defendant, pursuant to Fed. R. Civ. P. 12(b)(6), made applicable by Fed. R. Bankr. P. 7012(b), on the ground that it: (a) is barred by the 2-year statute of limitations; and/or (b) does not comply with the pleading requirements of *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009);

- o  Dismissing the Complaint with prejudice on the grounds that it is barred by laches, judicial estoppel or res judicata;

- o  In the alternative, order Debtors to file a more definite statement with respect to its Complaint.

PDF created with pdfFactory trial version www.pdffactory.com

o   Granting Defendant such other and further relief as is just and proper.

WARNER NORCROSS & JUDD LLP

Dated: May 14, 2010                    By____/s/ Michael B. O'Neal_____
                                              Michael B. O'Neal (MO-9511)
                                              (Admitted *Hac Vice*)
                                              Warner Norcross & Judd LLP
                                              900 Fifth Third Center
                                              111 Lyon Street, NW
                                              Grand Rapids, MI  49503-2487
                                              Ph:  (616) 752-2000
                                              Fax:  (616) 222-2500
                                              moneal@wnj.com
                                                 Attorneys NGK Automotive Ceramics USA,
                                                 Inc.

1786342