Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
moneal@wnj.com

Michael B. O'Neal
(*Pro Hac Vice* Pending)
Attorneys for Mubea, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
: (Jointly Administered)
Debtors. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
DELPHI CORPORATION, et al :
:
Plaintiff, :
:
v. : Adv. Proc. No. 07-02489-rdd
:
MUBEA and MUBEA INC., :
:
Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MUBEA, INC.'S MOTION TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; AND (B) DISMISS THE ADVERSARY PROCEEDING COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE, REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Defendant Mubea, Inc. ("**Mubia**" or "**Defendant**"), by its undersigned attorneys, for its

Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the Adversary

Proceeding Complaint with Prejudice; or (C) in the Alternative, Require Plaintiffs to File a More Definite Statement, rely on its accompanying memorandum of law (with attached exhibits) filed contemporaneously herewith.

WHEREFORE, Defendant seeks an order from the Court:

- Vacating certain interlocutory extension orders pursuant to the Court's discretionary authority because: (a) Debtors' failure to provide Defendant with meaningful notice of the motions seeking entry of the extension orders violates due process and renders the extension orders void and unenforceable against Defendant; (b) cause did not exist to extend the time for service of the Complaint; and/or (c) the Complaint was improperly filed under seal pursuant to 11 U.S.C. §107;

- Dismissing with prejudice the Complaint against Defendant, pursuant to Fed. R. Civ. P. 12(b)(6), made applicable by Fed. R. Bankr. P. 7012(b), on the ground that it: (a) is barred by the 2-year statute of limitations; and/or (b) does not comply with the pleading requirements of *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009);

- Dismissing the Complaint with prejudice on the grounds that it is barred by laches, judicial estoppel or res judicata;

- In the alternative, order Debtors to file a more definite statement with respect to its Complaint.

- Granting Defendant such other and further relief as is just and proper.

WARNER NORCROSS & JUDD LLP

Dated: May 14, 2010                By      /s/ Michael B. O'Neal
Michael B. O'Neal (MO-9511)
(*Pro Hac Vice* Pending)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
Ph:  (616) 752-2000
Fax:  (616) 222-2500
moneal@wnj.com
Attorneys for Mubea, Inc.

1786356