# EXHIBIT C

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION, ET AL.,


        Debtors.


- - - - - - - - - - - - - - - - - - -x


            U.S. Bankruptcy Court

            One Bowling Green

            New York, New York


            October 22, 2009

            10:02 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

VERITEXT REPORTING COMPANY

6

1       MS. MARAFIOTI:  That's correct.  I think that would be

2   November 5 --

3       THE COURT:  Okay.

4       MS. MARAFIOTI:  -- would be the thirtieth day.

5       THE COURT:  All right, so you're within the deadline.

6       MS. MARAFIOTI:  Right.

7       THE COURT:  I'll enter the order --

8       MS. MARAFIOTI:  Okay, very good.  Thank you, Your

9   Honor.

10      THE COURT:  -- for the reasons stated in the motion.

11   As with the last ones, this is without prejudice to the rights

12   of these potential defendants to argue other defenses, other

13   than the running of the limitations period.  And I think that

14   goes without saying.  So this is just an extension of the time

15   to actually serve.

16      MS. MARAFIOTI:  That's right, Your Honor.

17      THE COURT:  So do you have a disc for me?

18      MS. MARAFIOTI:  I believe we do.  If I may approach

19   the bench, Your Honor.

20      THE COURT:  Sure.  Obviously, the debtors' decision to

21   proceed this way is borne out by the fact that the vast

22   majority of these cases have already been, effectively, booted

23   out.  And as the motion states, the potential plaintiff, here,

24   certainly should have a little more time to analyze whether it

25   makes sense to bring the remaining lawsuits or only some of