**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| | Case No.: 05-44481 (RDD) |
| **DELPHI CORPORATION, et al.,** | (Jointly Administered) |
| **Debtor.** | |
| **DELPHI CORPORATION, et al.,** | Adv. Pro. |
| | No. 07-02623 (RDD) |
| **Plaintiffs,** | |
| -against- | |
| **SHUERT INDUSTRIES, INC.,** | |
| **Defendant.** | |

## AFFIDAVIT OF SERVICE

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

On May 14, 2010, I served a copy of the document referenced below by causing a true and correct copy of the same to be sent via First-Class, United States mail, postage prepaid, and to the persons listed on Exhibit A hereto:

**Document:**    Joinder of Shuert Industries, Inc. in Motions to (i) Vacate Certain Prior Orders of the Court Establishing Procedures for Certain Adversary Proceedings, and (ii) Dismiss the Complaint with Prejudice.

　　　　　　　　　　　　　　　　　　 */s/ Mary Charles-Kennedy*
　　　　　　　　　　　　　　　　　　 Mary Charles-Kennedy

Sworn to before me this 17th
day of May 2010

*/s/ Stephanie S. Park*
NOTARY PUBLIC
Stephanie S. Park
Notary Public, State of New York
No. 02PA6213290
Qualified in New York County
Commission Expires 11/2/2013

# Exhibit A

Adalberto Cañadas Castillo
Avda Ramon de Carranza
10-1º
11006 Cadiz
Spain

Joseph Avanzato
Adler Pollock & Sheehan PC
One Citizens Plz 8th Fl
Providence, RI 02903

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Brandon J. Kessinger
Akebono Brake Corporaton
310 Ring Road
Elizabethtown, KY 42701

David M Dunn
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave NW
Washington, DC 20036

Ira S Dizengoff
Akin Gump Strauss Hauer & Feld, LLP
One Bryant Park
New York, NY 10036

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
2029 Centure Park East
Suite 2400
Los Angeles, CA 90067

Michael S. Greger
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street
Fifth Floor
Irvine, CA 92614-7321

Craig E. Freeman
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016

Dennis J. Connolly; David A. Wender
Alston & Bird, LLP
1201 West Peachtree Street
Atlanta , GA 30309

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit, MI 48243

Gogi Malik
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Jonathan I Levine, Esq.
Andrews Kurth LLP
450 Lexington Avenue
15th Floor
New York, NY 10017

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue
26th Floor
New York, NY 10167

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell &
Trytten, LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101-2459

Andy Leinhoff Matthew Hamilton
APS Clearing, Inc.
1301 S. Capital of Texas Highway
Suite B-220
Austin, TX 78746

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Robert M. Hirsh
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta , GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge Ontario  N3H 4R6
Canada

Eric T. Ray
Balch & Bingham LLP
PO Box 306
Birmingham , AL 35201

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum & Nagelberg LLP
200 W Madison St Ste 3900
Chicago, IL 60606

William J. Barrett
Barack, Ferrazzano, Kirschbaum & Nagelberg LLP
200 W Madison St Ste 3900
Chicago, IL 60606

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

David M. Powlen
Barnes & Thornburg LLP
1000 N West Street
Suite 1200
Wilmington, DE 19801

Deborah L. Thorne
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606

John T. Gregg
Barnes & Thornburg LLP
171 Monroe Avenue NW
Suite 1000
Grand Rapids, MI 49503

Kathleen L. Matsoukas
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606

Mark R. Owens
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Michael K. McCrory
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Patrick E. Mears
Barnes & Thornburg LLP
171 Monroe Avenue NW
Suite 1000
Grand Rapids, MI 49503

Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

Thomas M Beeman
Beeman Law Office
33 West 10th Street
Suite 200
Anderson, IN 46016

Jerry Sumner
Bendinelli Law Office PC
11184 Huron Street
Suite 10
Denver, CO 80234

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

James P. Murphy
Berry Moorman P.C.
535 Griswold
Suite 1900
Detroit, MI 48226

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

John E Taylor Michael J Alerding
Bingham McHale LLP
10 West Market Street
Suite 2700
Indianapolis, IN 46204

Whitney L Mosby
Bingham McHale LLP
10 West Market Street
Suite 2700
Indianapolis, IN 46204

Marc E. Richards
Blank Rome LLP
The Chrylser Building
405 Lexington Avenue
New York, NY 10174

Ralph E. McDowell
Bodman LLP
100 Renaissance Center
34th Floor
Detroit, MI 48243

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Massimilliano Cini
Brembo S.p.A.
Administration Department via Brembo 25
Bergamo
Italy

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096

Shawn M. Christianson
Buchalter Nemer, A Profesional  Corporation
333 Market Street
25th Floor
San Francisco, CA 94105-2126

Mary Caloway
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Peter S. Russ
Buchanan Ingersoll & Rooney PC
620 Eighth Ave
23rd Floor
New York, NY 10018

William H. Schorling, Esq.
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th St., Ste 3200
Philadelphia, PA 19102

{00128137.1 \ 0785-001}

Cynthia J. Haffey
Butzel Long
150 W. Jefferson
Suite 100
Detroit, MI 48226

Donald V. Orlandoni
Butzel Long
150 W. Jefferson
Suite 100
Detroit, MI 48226

Jeannine D'Amico
Cadwalader Wickersham & Taft LLP
1201 F St NW Ste 1100
Washington, DC 20004

{00128137.1 \ 0785-001}

John J. Rapisardi Esq Joseph Zujkowski Esq
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Kevin Burke
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Jean R. Robertson, Esq.
Calfee, Halter & Griswold LLC
1400 McDonald Investment Ctr
800 Superior Ave
Cleveland, OH 44114

Dorothy H. Marinis-Riggio Robert Calinoff
Calinoff & Katz, LLp
140 East 45th Street
17th Floor
New York, NY 10017

Joseph M Fischer Patrick J Kukla
Carson Fischer, P.L.C.
4111 Andover Road
West 2nd Floor
Bloomfield Hills, MI 48302

Robert A. Weisberg
Carson Fischer, P.L.C.
4111 Andover Road
West 2nd Floor
Birmingham , MI 48302

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Douglas Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Shannon Deeby
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Robert D. Gordon
Clark Hill PLLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222-1319

Joseph J. Vitale Babette Ceccotti
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington , DE 19899

Ronald S. Pretekin
Coolidge Wall Co. LPA
33 West First Street
Suite 600
Dayton, OH 45402

Susan Power Johnston Aaron R. Marcu
Covington & Burling
620 Eighth Ave
New York, NY 10018

Sean M. Walsh, Esq.
Cox, Hodgman & Giarmarco, P.C.
Tenth Floor Columbia Center
101 W. Big Beaver Road
Troy, MI 48084-5280

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Cindi Eilbott
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

David P. Martin
519 Energy Center Blvd
Ste 1104
Northport, AL 35401

Richard M. Meth
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

| Ronald S. Beacher Conrad K. Chiu | Glenn E. Siegel James O. Moore | Carol Sowa |
|---|---|---|
| Day Pitney LLP | Dechert LLP | Denso International America, Inc. |
| 7 Times Square | 1095 Avenue of the Americas | 24777 Denso Drive |
| New York, NY 10036 | New York, NY 10036-6797 | Southfield , MI 48086 |

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Richard M. Kremen Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Joseph H. Lemkin
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102

Lewis R Olshin Esq
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Douglas S Parker
Dykema Gossett PLLC
39577 Woodward Ave
Suite 300
Bloomfield Hills, MI 48304

Morgan Smith
Dykema Gossett PLLC
10 South Wacker Dr
Suite 2300
Chicago, IL 60606

Sharon A. Salinas
Dykema Gossett PLLC
10 South Wacker Dr
Suite 2300
Chicago, IL 60606

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX 75024

Barbara Ellis-Monro
Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell Street, SW
Atlanta , GA 30303

Alan H. Katz
Entergy Services, Inc.
639 Loyola Ave 26th Fl
New Orleans, LA 70113

Maura I. Russell Anthony B. Stumbo
Epstein Becker & Green PC
250 Park Ave
11th Floor
New York, NY 10177-1211

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle, NY 10801

Elizabeth K. Flaagan
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln St
Denver , CO 80203-4532

Louis A. Scarcella Patrick T. Collins
Farrell Fritz PC
1320 RexCorp Plaza
Uniondale, NY 11556-1320

Charles J. Filardi, Jr., Esq.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway
Suite 711
New York, NY 10004

Ann Marie Uetz
Foley & Lardner LLP
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489

Jill L. Murch
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

John A. Simon
Foley & Lardner LLP
One Detroit Center
500 Woodward Ave Suite 2700
Detroit, MI 48226-3489

John R. Trentacosta Katherine R. Catanese
Foley & Lardner LLP
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489

Fred Stevens
Fox Rothschild LLP
100 Park Avenue
15th Floor
New York, NY 10017

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue
Suite 400
Atlantic City , NJ 08401-7212

{00128137.1 \ 0785-001}

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona, WI 53593

David A Rosenzweig
Fulbright & Jaworski LLP
666 Fifth Avenue
New York, NY 10103-3198

Michael M Parker
Fulbright & Jaworski LLP
300 Convent St Ste 2200
San Antonio , TX 78205

{00128137.1 \ 0785-001}

| | | |
|---|---|---|
| David C. Cimo<br>Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street<br>Suite 4400<br>Miami, FL 33131 | David N. Crapo<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | Attn Bruce W Hoover<br>Goldberg Segalla LLP<br>665 Main St Ste 400<br>Buffalo, NY 14203 |
| Allan S. Brilliant Craig P. Druehl<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Barbara S. Mehlsack<br>Gorlick, Kravitz & Listhaus, P.C.<br>17 State Street<br>4th Floor<br>New York, NY 10004 | Peter D. Bilowz<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-333 |
| James J Sabella<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave<br>New York, NY 10017 | Jay W. Eisenhofer<br>Grant & Eisenhofer P.A.<br>45 Rockefeller Center<br>650 Fifth Avenue<br>New York, NY 10111 | Matthew R. Robbins<br>Gratz, Miller & Brueggeman, S.C.<br>1555 N. RiverCenter Drive<br>Suite 202<br>Milwaukee, WI 53212 |
| J. Michael Debbler, Susan M. Argo<br>Graydon Head & Ritchey LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202 | Maria J. DiConza<br>Greenberg Traurig, LLP<br>MetLife Bldg<br>200 Park Avenue<br>New York, NY 10166 | Shari L. Heyen<br>Greenberg Traurig, LLP<br>1000 Louisiana<br>Suite 1800<br>Houston, TX 77002 |
| Cherie Macdonald J. Patrick Bradley<br>Greensfelder, Hemker & Gale, P.C.<br>10 S. Broadway<br>Suite 200<br>St. Louis, MO 63102 | Lawrence E Oscar Christopher W Peer<br>Hahn Loeser & Parks LLP<br>200 Public Square<br>Suite 2800<br>Cleveland, OH 44114 | |
| R John Clark Esq<br>Hancock & Estabrook LLP<br>1500 Tower I<br>PO Box 4976<br>Syracuse, NY 13221-4976 | David G Dragich<br>Harrington, Dragich & O'Neill PLLC<br>21043 Mack Avenue<br>Grosse Pointe Woods, MI 48236 | Harris D. Leinwand<br>Harris D. Leinwand<br>235 Weaver Street<br>Unit 6H<br>Greenwich, CT 06831 |
| Harris D. Leinwand<br>Harris D. Leinwand<br>315 Madison Avenue<br>Suite 901<br>New York, NY 10017 | Harris D. Leinwand<br>Harris D. Leinwand<br>315 Madison Avenue<br>Suite 901<br>New York, NY 10017 | Robert H. Adams<br>Haskell Slaughter Young & Rediker LLC<br>2001 Park Place North<br>Suite 1400<br>Birmingham , AL 35203 |
| Judith Elkin<br>Haynes and Boone, LLP<br>153 East 53rd Street<br>Suite 4900<br>New York, NY 10022 | Lenard M. Parkins Kenric D. Kattner<br>Haynes and Boone, LLP<br>1 Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Paul Rubin<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016 |
| Kenneth F. Higman<br>Hewlett-Packard Company<br>2125 E. Katella Avenue<br>Suite 400<br>Anaheim, CA 92806 | Ramona S. Neal<br>Hewlett-Packard Company<br>11311 Chinden Blvd., M/S 314<br>Boise, ID 83714-0021 | Sharon Petrosino<br>Hewlett-Packard Company<br>420 Mountain Avenue<br>Murray Hill, NJ 07974 |

{00128137.1 \ 0785-001}

Michael J Pendell
Hinckley Allen & Snyder LLP
185 Asylum St CityPlace I
35th Floor
Hartford, CT 06103-3488

J. Eric Charlton
Hiscock & Barclay, LLP
300 South Salina Street
PO Box 4878
Syracuse, NY 13221-4878

Garry M. Graber
Hodgson Russ LLP
60 E 42nd St 37th Fl
New York, NY 10165-0150

{00128137.1 \ 0785-001}

Julia S. Kreher
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203

Stephen H. Gross, Esq.
Hodgson Russ LLP
60 E 42nd St 37th Fl
New York, NY 10165-0150

Audrey Moog
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Scott A. Golden
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

E. Todd Sable
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Lawrence J. Murphy
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Ave
Detroit, MI 48226

Seth A Drucker
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue Ste 2290
Detroit, MI 48226

Lisa S Gretchko
Howard & Howard Attorneys PC
39400 Woodward Ave
Ste 101
Bloomfield Hills, MI 48304-5151

Louis G. McBryan
Howick, Westfall, McBryan & Kaplan, LLP
3101 Tower Creek Parkway
Ste 600 One Tower Creek
Atlanta , GA 30339

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas , TX 75201

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo, NY 14202

Ben T. Caughey
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Greg Bibbes
Infineon Technologies North America
Corporation
1730 North First Street
M/S 11305
San Jose, CA 95112

Jeff Gillespie
Infineon Technologies North America
Corporation
2529 Commerce Drive
Suite H
Kokomo, IN 46902

Heather Beshears
InPlay Technologies Inc
234 South Extension Road
Mesa, AZ 85201

Richard Griffin
International Union of Operating Engineers
1125-17th Avenue, N.W.
Washington, DC 20036

Bruce J. Ruzinsky
Jackson Walker LLP
1401 McKinney St Ste 1900
Houston, TX 77010

Heather M. Forrest
Jackson Walker LLP
901 Main St Ste 600
Dallas, TX 75202

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034

Parmenter O'Toole
James R Scheuerle
601 Terrace Street
PO Box 786
Muskegon, MI 49443-0786

Beth Klimczak, General Counsel
Jason, Inc.
411 E. Wisconsin Ave
Suite 2120
Milwaukee, WI 53202

Will Schultz, General Counsel
Jason, Inc.
411 E. Wisconsin Ave
Suite 2120
Milwaukee, WI 53202

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

{00128137.1 \ 0785-001}

Jerry W. Gerde, Esq.
Johnston, Harris Gerde & Komarek, P.A.
239 E. 4th St.
Panama City, FL 32401

Corinne Ball
Jones Day
222 East 41st Street
New York, NY 10017

Peter J. Benvenutti Michaeline H. Correa
Jones Day
555 California St 26th Floor
San Francisco, CA 94104

{00128137.1 \ 0785-001}

Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Richard G Smolev
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street
Suite 1800
Columbus, OH 43215

Lynn Lincoln Sarko, Cari Campen Laufenberg
Erin M. Rily
Keller Rohrback L.L.P.
1201 Third Avenue
Suite 3200
Seattle, WA 98101

Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012

Craig A. Wolfe
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Merrill B. Stone
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Daniel Egan
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

H. Slayton Dabney, Jr.
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

Jim Stempel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

Patti E Pope Revenue Recovery Manager
Kokomo Gas & Fuel Company
Northern Indiana Public Service Company
801 East 86th Avenue
Merrillville, IN 46410

Jordan D Kaye
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty CO.,
L.P.A.
4775 Munson Street N.W.
P.O. Box 36963
Canton, OH 44735-6963

Jay Selanders
Kutak Rock LLP
1010 Grand Blvd Ste 500
Kansas City, MO 64106

Edward D. Kutchin
Kutchin & Rufo, P.C.
Two Center Plaza
Suite 620
Boston, MA 02108-1906

Kerry R. Northrup
Kutchin & Rufo, P.C.
Two Center Plaza
Suite 620
Boston, MA 02108-1906

Adam D. Bruski
Lambert. Leser, Isackson, Cook & Guinta, P.C.
309 Davidson Building
PO Box 835
Bay City, MI 48707-0835

Susan M. Cook
Lambert. Leser, Isackson, Cook & Guinta, P.C.
309 Davidson Building
PO Box 835
Bay City, MI 48707-0835

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York, NY 10022

Robert Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael O'Hayer Esq
Law Offices of Michael O'Hayer
22 N Walnut Street
West Chester, PA 19380

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street
Suite 700
Tucson, AZ 85701

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

John England, Esq.
Linear Technology Corporation
General Counsel for Linear Technology
Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035-7417

{00128137.1 \ 0785-001}

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin , TX 78760-7428

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Kevin J. Walsh
Locke Lord Bissell & Liddell
885 Third Avenue
26th Floor
New York, NY 10022-4802

Timothy S. McFadden
Locke Lord Bissell & Liddell
111 South Wacker Drive
Chicago, IL 60606

P. Gregory Schwed
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154-0037

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway
Suite 101
Toledo, OH 43615

Alexander Stotland Esq
Maddin, Hauser, Wartell, Roth & Heller PC
28400 Northwestern Hwy
Third Floor
Southfield, MI 48034

Joe Landen
Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO 80111

Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard
Suite 250
Pepper Pike, OH 44124

Victor J. Mastromarco, Jr.
Mastromarco & Jahn, P.C.
1024 North Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle Street
Suite 2500
Chicago, IL 60601-1262

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Eduardo J. Glas, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096

John J. Salmas
McCarthy Tetrault LLP
66 Wellington Street West
Suite 4700
Toronto Ontario  M5K 1E6
Canada

Lorne P. Salzman
McCarthy Tetrault LLP
66 Wellington Street West
Suite 4700
Toronto Ontario  M5K 1E6
Canada

Gary O. Ravert
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017-1922

James M. Sullivan
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017

Stephen B. Selbst
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10017

Steven P. Handler Monica M. Quinn
McDermott Will & Emery LLP
227 W Monroe St
Chicago, IL 60606

{00128137.1 \ 0785-001}

| Scott N. Opincar, Esq. | Shawn M. Riley, Esq. | Jeffrey Bernstein, Esq. |
| McDonald Hopkins Co., LPA | McDonald Hopkins Co., LPA | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| 600 Superior Avenue, E. | 600 Superior Avenue, E. | Three Gateway Center |
| Suite 2100 | Suite 2100 | 100 Mulberry Street |
| Cleveland, OH 44114 | Cleveland, OH 44114 | Newark, NJ 07102-4079 |

Aaron G McCollough Esq
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond , VA 23219-4030

Daniel F Blanks
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond , VA 23219

John H Maddock III
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond , VA 23219-4030

Attn Thomas R Slome Esq
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Ave Ste 300
PO Box 9194
Garden City, NY 11530-9194

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018

Merle C. Meyers
Meyers Law Group, P.C.
44 Montgomery Street
Suite 1010
San Francisco, CA 94104

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

April Burch
Miami-Dade County Tax Collector
Paralegal Unit
140 West Flagler St Ste 1403
Miami, FL 33130

Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Dennis J. Raterink
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Michael Cox
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Janice M. Donahue
Michigan Heritage Bank
28300 Orchard Lake Rd
Ste 200
Farmington Hills, MI 48334

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Anthony F Shelley Timothy P O'Toole
Miller & Chevalier Chartered
655 Fifteenth Street NW Suite 900
Washington, DC 20005

Dale Allen
Miller & Martin PLLC
150 Fourth Ave North
Ste 1200
Nashville, TN 37219

Thomas P. Sarb Robert D. Wolford
Miller Johnson
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids, MI 49501-0306

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

Marc N. Swanson
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris Glovsky and Pepco,
P.C.
One Financial Center
Boston, MA 02111

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL 60532

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530

{00128137.1 \ 0785-001}

Joseph T. Moldovan Michael R Dal Lago
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Raymond J. Urbanik, Esq., Joseph J. Wielebinski,
Esq. and Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, RX 75201-6659

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard & Hamilton, P.C.
2025 East Beltline, S.E.
Suite 600
Grand Rapids, MI 49546

{00128137.1 \ 0785-001}

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway
Suite 260
Southfield, MI 48034

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203

Marty Noland Principal Attorney
National Renewable Energy Laboratory
1617 Golden Blvd
Legal Office, Mail Stop 1734
Golden, CO 80401

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

Tracy E Richardson Deputy Attorney General
New Jersey Attorney General's Office Division of
Law
R.J. Hughes Justice Complex
25 Market St P.O. Box 106
Trenton, NJ 08628-0106

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland , OH 44114

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Jay W. Hurst
Office of the Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

c/o Michelle T. Sutter
Ohio Environmental Protection Agency
Principal Assistant Attorney General
Environmental Enforcement Section
30 E Broad St 25th Fl
Columbus, OH 43215

Michael M. Zizza, Legal Manager
Orbotech, Inc.
44 Manning Road
Billerica, MA 01821

Michael Moody
O'Rourke Katten & Moody
55 W Wacker Dr
Ste 1400
Chicago, IL 60615

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th St NW
Washington, DC 20005-1706

Raniero D'Aversa, Jr.
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street at 6th Avenue
New York, NY 10103-0001

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th St NW
Washington, DC 20005-1706

Michael R. Seidl
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Robert J. Feinstein Ilan D. Scharf
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

David W. Dykhouse Phyllis S. Wallitt
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Paul H. Spaeth
Paul H. Spaeth Co. LPA
130 W Second St Ste 450
Dayton, OH 45402

Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Justin G. Brass
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Anne Penachio
Penachio Malara LLP
235 Main Street
Suite 600A
White Plains, NY 10601

{00128137.1 \ 0785-001}

| | | |
|---|---|---|
| Kristin B. Mayhew<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 | Francis J. Lawall<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Henry Jaffe<br>Pepper, Hamilton LLP<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE 19899-1709 |
| Linda J. Casey<br>Pepper, Hamilton LLP<br>3000 Two logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Nina M. Varughese<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Sarah B. Carter Esq<br>Pickrel Shaeffer & Ebeling<br>2700 Kettering Tower<br>Dayton, OH 45423-2700 |
| Jacob A. Manheimer<br>Pierce Atwood LLP<br>One Monument Square<br>Portland , ME 04101 | Keith J. Cunningham<br>Pierce Atwood LLP<br>One Monument Square<br>Portland , ME 04101 | Richard J. Parks<br>Pietragallo Bosick & Gordon LLP<br>54 Buhl Blvd<br>Sharon, PA 16146 |
| Karen B. Dine<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Margot P. Erlich<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Mark D. Houle<br>Pillsbury Winthrop Shaw Pittman LLP<br>650 Town Center Drive<br>Ste 550<br>Costa Mesa, CA 92626-7122 |
| Richard L. Epling<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Robin L. Spear<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Charles W Browning Robert G Kamenec Elaine M<br>Pohl<br>Plunkett Cooney<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304 |
| Brett S. Moore, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960 | John S. Mairo, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960 | Jill M. Hartley and Marianne G. Robbins<br>Previant, Goldberg, Uelman, Gratz, Miller &<br>Brueggeman, S.C.<br>1555 N. RiverCenter Drive<br>Suite 202<br>Milwaukee, WI 53212 |
| Enrique Bujidos<br>PriceWaterHouseCoopers<br>Almagro<br>40<br>28010 Madrid<br>Spain | John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Stephen Tyler Esq<br>QAD, Inc.<br>10,000 Midlantic Drive<br>Suite 100 West<br>Mt. Laurel, NJ 08054 |
| John A. Harris<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | John J. Dawson<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Kasey C. Nye<br>Quarles & Brady LLP<br>One South Church Street<br>Tucson, AZ 85701 |
| Roy Prange<br>Quarles & Brady LLP<br>33 E Main St Ste 900<br>Madison, WI 53703-3095 | Susheel Kirpalani James C Tecce Scott C Shelley<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Ave 22nd Fl<br>New York, NY 10010 | Ann Pille<br>Reed Smith<br>10 South Wacker Drive<br>Chicago, IL 60606 |

{00128137.1 \ 0785-001}

Elena Lazarou
Reed Smith
599 Lexington Avenue
29th Floor
New York, NY 10022

Joseph A Kaczka
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave.
Suite 4500
Seattle, WA 98154-1195

Jerome F Crotty
Rieck and Crotty PC
55 West Monroe Street
Suite 3390
Chicago, IL 60603

Holly Rogers
Riverside Claims LLC
2109 Broadway
Suite 206
New York, NY 10023

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
P.O. Box 944
Columbia, SC 29202

Gregory O. Kaden
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY 10004

Arlene Gelman Charles S. Schulman
Sachnoff & Weaver, Ltd
10 South Wacker Drive
40th Floor
Chicago, IL 60606

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Roberto Carrillo
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
Suite 1130
New York, NY 10169

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Max Newman
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Michael R Wernette
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Ryan Heilman
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Eugene J. Geekie, Jr.
Schiff Hardin LLP
7500 Sears Tower
Chicago, IL 60606

Michael Yarnoff Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

David J. Karp
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Barry E Lichtenberg Esq
Schwartz Lichtenberg LLP
420 Lexington Ave Ste 2400
New York, NY 10170

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta , GA 30309-2401

Robert W. Dremluk
Seyfarth Shaw LLP
620 Eighth Ave
New York, NY 10018-1405

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210

Brian L Shaw
Shaw Gussis Fishman Glantz Wolfson & Towbin
LLC
321 N. Clark St.
Suite 800
Chicago, IL 60654

Bruce A. Harwood
Sheehan Phinney Bass + Green Professional
Association
1000 Elm Street
P.O. Box 3701
Manchester, NH 03105-3701

Sheldon S. Toll
Sheldon S. Toll PLLC
2000 Town Center
Suite 2550
Southfield, MI 48075

{00128137.1 \ 0785-001}

Eric Waters
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Malani J. Sternstein
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Theodore A. Cohen
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071

{00128137.1 \ 0785-001}

Theresa Wardle
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
5353 Essen Lane
Suite 650
Baton Rouge, LA 70809

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, LA 70112-1033

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Kathleen M. LaManna
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

Valerie A Hamilton Simon Kimmelman
Sills, Cummis Epstein & Gross, P.C.
650 College Rd E
Princeton, NJ 08540

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza
1st Floor
Greenwich, CT 06830

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

Steven D. Jerome, Esq. A. Evans O'Brien, Esq.
Snell & Wilmer LLP
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Monika J. Machen
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Oscar N. Pinkas
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Lloyd B. Sarakin - Chief Counsel, Finance and
Credit
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge, NJ 07656

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492

G. Christopher Meyer
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Sq
Cleveland, OH 44114

Sarah E. Morrison
State of California Office of the Attorney
General
Deputy Attorney General
300 South Spring Street Ste 1702
Los Angeles, CA 90013

Roland Hwang Assistant Attorney General
State of Michigan Department of Labor & Economic
Growth, Unemployment Insurance Agency
3030 W. Grand Boulevard
Suite 9-600
Detroit, MI 48202

Susan Przekop-Shaw
State of Michigan Labor Division
PO Box 30736
Lansing, MI 48909

John M. Baumann
Steel Technologies, Inc.
15415 Shelbyville Road
Louisville, KY 40245

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street
Suite 200
Oakland, CA 94607

Mark H. Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Highway
Suite 611
Southfield , MI 48075

Michael A Spero Simon Kimmelman Valerie A
Hamilton
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400
PO Box 1298
Trenton, NJ 08607-1298

Chester B. Salomon, Esq. Constantine D.
Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106

Madison L.Cashman
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

{00128137.1 \ 0785-001}

| | | |
|---|---|---|
| Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq<br>Stutman Treister & Glatt Professional Corporation<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067 | Richard L .Ferrell<br>Taft, Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202-3957 | W Timothy Miller Esq<br>Taft, Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 |
| Jay Teitelbaum Ron Baskin<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue<br>3rd Floor<br>White Plains, NY 10601 | Marvin E. Clements, Jr.<br>Tennessee Department of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | Jonathan D. Forstot<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY 10281 |
| Louis A. Curcio<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY 10281 | Mr. Tetsuhiro Niizeki<br>The Furukawa Electric Co., Ltd.<br>6-1 Marunouchi<br>2-Chrome, Chiyoda-ku<br>Tokyo, Japan 100-8322 | Robert Morris<br>The Timpken Corporation BIC - 08<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH 44706-0927 |
| Marcus O. Colabianchi<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second St Ste 1800<br>San Francisco, CA 94105-3606 | Rhett G. Cambell<br>Thompson & Knight<br>333 Clay Street<br>Suite 3300<br>Houston, TX 77002 | Ira L. Herman<br>Thompson & Knight LLP<br>919 Third Avenue<br>39th Floor<br>New York, NY 10022-3915 |
| John S. Brannon<br>Thompson & Knight LLP<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201-4693 | Lauren Newman<br>Thompson Coburn Fagel Haber<br>55 East Monroe<br>40th Floor<br>Chicago, IL 60603 | Dennis E. Quaid Esq<br>Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber<br>55 E Monroe 40th Fl<br>Chicago, IL 60603 |
| Timothy M. Guerriero<br>TI Group Automotive Systms LLC<br>12345 E Nine Mile Rd<br>Warren, MI 48089 | Jill Levi, Esq.<br>Todd & Levi, LLP<br>444 Madison Avenue<br>Suite 1202<br>New York, NY 10022 | Janice B. Grubin<br>Todtman Nachamie Spizz & Johns PC<br>425 Park Avenue<br>5th Floor<br>New York, NY 10022 |
| Albert Togut, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 | W. Joe Wilson<br>Tyler, Cooper & Alcorn, LLP<br>185 Asylum Street<br>CityPlace I 35th Floor<br>Hartford , CT 06103-3488 | Matthew L Schwartz Joseph N Cordaro<br>U.S. Department of Justice<br>Assistant United States Attorneys<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |
| Helen Zamboni<br>Underberg & Kessler, LLP<br>300 Bausch & Lomb Place<br>Rochester, NY 14604 | Mary Ann Kilgore<br>Union Pacific Railroad Company<br>1400 Douglas Street<br>MC 1580<br>Omaha, NE 68179 | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO<br>United Steel, Paper and Forestry, Rubber, Manufacturing, Energy<br>David Jury, Esq.<br>Five Gateway Center Suite 807<br>Pittsburgh, PA 15222 |
| Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215 | Richard G. Mason<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019-6150 | Robert J. Welhoelter, Esq.<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219 |

{00128137.1 \ 0785-001}

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center
Suite 2700
Southfield , MI 48075

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall & Strok,
LLP
650 Town Center Drive
Suite 950
Costa Mesa, CA 92626

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street
Suite 900
Columbus, OH 43215

Glenn Kurtz Gerard Uzzi Douglas Baumstein
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Thomas Lauria Frank Eaton
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-4894

James W Moennich Esq
Wickens Herzer Panza Cook & Batista Co
35765 Chester Rd
Avon, OH 44011-1262

David Neier Carey D. Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

Marc. J. Winthrop
Winthrop Couchot Professional Corporation
660 Newport Center Drive
4th Floor
Newport Beach, CA 92660

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
660 Newport Center Drive
4th Floor
Newport Beach, CA 92660

Stephen Toy
WL Ross & Co., LLC
1166 Avenue of the Americas
New York, NY 10036-2708

Allen Grumbine
Womble Carlyle Sandridge & Rice, PLLC
550 South Main St
Greenville, SC 29601

Michael G. Busenkell
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Ronald J. Kisinski
Woods Oviatt Gilman LLP
700 Crossroads Bldg
2 State St
Rochester, NY 14614

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022