UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
: 
In re: : Chapter 11
:
DPH HOLDINGS CORPORATION, *et al.,* : Case No. 05-44481 (RDD)
:
                              Reorganized Debtors. : (Jointly Administered)
:
---------------------------------------------------------------------- x

### CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2010 I caused a true and correct copy of the Response of International Union, UAW to Reorganized Debtors' Forty-Seventh Omnibus Claims Objection [Docket No. 20126] to be duly served as set forth in the Reorganized Debtors' Forty-Seventh Omnibus Claims Objection [Docket No. 19873] as follows:

        Hon. Robert D. Drain
        U.S. Bankruptcy Judge
        U.S.B.C. for the Southern District of New York
        The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
        300 Quarropas Street, Courtroom 118
        White Plains, NY  10601-4140

| | |
|---|---|
| DPH Holdings Corp. | John Wm. Butler, Jr. |
| Att'n: President | John K. Lyons |
| 5725 Delphi Drive | Michael W. Perl |
| Troy, MI  48098 | Skadden, Arps, Slate, Meagher & Flom LLP |
| | 155 North Wacker Drive, |
| | Chicago, IL  60606 |

                                                                  /s/ Babette A. Ceccotti
                                                                  Babette A. Ceccotti

00158953.DOC.1