# United States Bankruptcy Court
## Southern District of New York
Delphi Corporation et al. Claims Processing
c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue
El Segundo, California 90245

**Administrative Expense Claim Form**

| Debtor against which claim is asserted: **Delphi Automotive Systems LLC** | Case Name and Number: In re Delphi Corporation., et al. 05-44481, Chapter 11, Jointly Administered |
|---|---|

NOTE: This form should not be used to make a claim in connection with a request for payment for goods or services provided to the Debtors prior to the commencement of the case. This Administrative Expense Claim Form is to be used solely in connection with a request for payment of an administrative expense arising after commencement of the case but prior to June 1, 2009, pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property)

**Panalpina Management Ltd. and Panalpina Inc.**

Name and Address Where Notices Should be Sent

BIALSON, BERGEN & SCHWAB
Attention: Lawrence Schwab/Thomas Gaa
2600 El Camino Real, Ste 300, Palo Alto, CA 94306
Telephone No. (650) 857-9500

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**THIS SPACE IS FOR COURT USE ONLY**

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other (Describe briefly) **See Attachment 1**
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)

Your social security number _____
Unpaid compensation for services performed
from _____ (date) to _____ (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. TOTAL AMOUNT OF ADMINISTRATIVE CLAIM: $9,664,668.94**
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**5. Brief Description of Claim** (attach any additional information):
See Attachment 1

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Any attachment must be 8-1/2" by 11".

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 07/14/2009 | *[Signature]* Thomas M. Gaa, Attorney-in-fact |

**THIS SPACE IS FOR COURT USE ONLY**

## Attachment 1 to Administrative Expense Claim

**Debtor:** Delphi Corporation  **Case Number: 05-44481**
Delphi Automotive Systems LLC  **Case Number: 05-44640**

**Claimant:** Panalpina Management Ltd.
Panalpina Inc.

**Administrative Expense Amount: $9,664,668.94**

### Statement of Claim

Delphi Corporation and Delphi Automotive Systems LLC (collectively, the "Debtor") are liable to Panalpina Management Ltd. and Panalpina Inc. (collectively, the "Claimant") in the amount of $9,664,668.94 pursuant to certain agreements for services and related activities (the "Services"), including, without limitation, those services and activities identified on Exhibit A attached hereto and incorporated by reference herein as if fully set forth. A summary of the administrative expense amount is set out in Exhibit B attached hereto and incorporated by reference herein as if fully set forth. The invoices are voluminous, and Claimant has not attached them to this Proof of Claim. Copies of the invoices will be made available without charge to the Court, the Debtor, and any duly appointed Committee upon request.

Continually since the commencement of the Chapter 11 case, Claimant has continued to provide Services to Debtor on a world-wide basis, and Claimant is entitled to an expense of administration in the bankruptcy case in such amount of $9,664,668.94 representing the aggregate amount due as of June 1, 2009 and the fair value and benefit to the estate of such services, and for which Claimant has not received payment.

This Administrative Expense Claim is filed under compulsion of the bar date established in this case and is filed to protect the Claimant from forfeiture of its claim. The execution and filing of this Administrative Expense Claim is not: (a) a waiver or release of the Claimant's rights against any other entity or person liable for all or part of the claim; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of this Administrative Expense Claim, any objection or other proceedings commenced with respect thereto or any other proceeding commenced in this case against or otherwise involving the Claimant; or (d) an election of remedy which waives or otherwise affects any other remedy. The Claimant expressly reserves its rights to file other proofs of claim or requests for allowance and payment of any administrative expense with respect to the claim set forth herein or otherwise (which proof of claim or request, if so filed, shall not be deemed to supersede this claim), to amend or supplement this Administrative Expense Claim in any respect.

Claimant expressly reserves its rights in respect to the claim set forth herein or any other claims, cause of action, chose in action, and preserves all rights, notwithstanding anything contained in this Administrative Expense Claim, including, without limitation, to assert its rights against any third party whatsoever.

# DELPHI CONTRACTS

**Date:** 13th July, 2009
**Subject:** Delphi Contract/Claims overview

- **Global Ocean Freight Transportation (GOB):**
  - **Contracting Parties:** Delphi Corporation and Panalpina Management Ltd.
  - **Term:** July 1st 2009 to June 30th 2010
  - **Contractual Right of Lien:** Yes, as per Pantainer B/L terms and conditions.
  - **Jurisdiction:** Laws and courts of the State of California.

- **Customs Brokerage Europe:**
  - **Contracting Parties:** Delphi Automotive Systems LLC and Panalpina Management Ltd.
  - **Term:** July 1st 2008 to December 31st 2008 (extended to 30th June, 2009).
  - **Jurisdiction:** Courts and laws of the State of Michigan (US)

- **Customs Brokerage USA:**
  - **Contracting Parties:** Delphi Corporation and Panalpina Inc.
  - **Term:** September 27th 2007 – June 30th 2010.
  - **Payment terms:** 30 days net
  - **Jurisdiction:**
    - **US Scope:** Courts and laws of the State of Michigan (US);
    - **Non-US Scope:** Jurisdiction where the consignee is located.

- **Customs Brokerage APAC:**
  - **Contracting Parties:** Delphi Corporation and Panalpina Management Ltd.
  - **Term:** November 13th 2006 – December 31st 2009.
  - **Payment terms:** 30 days net.
  - **Jurisdiction:**
    - **US Scope:** Courts and laws of the State of Michigan (US);
    - **Non-US Scope:** Jurisdiction where the consignee is located.

- **I3PL (Logistics Services, Air/Sea/Land/Warehousing/Consolidation Centers)**
  - Master Agreement for International Logistics Services (Europe, Middle East and Africa > Asia Pacific and North America > Asia Pacific):
    - **Parties:** Delphi Corporation and Panalpina Management Ltd.:
    - **Term:** December 17th 2007 to December 31st 2009.

  - Master Agreement for International Logistics Services (South America <> Asia Pacific):
    - **Parties:** Delphi Corporation and Panalpina Management Ltd.:
    - **Term:** February 1st 2008 to January 31st 2011.

  - Master Agreement for International Logistics Services (North America <> South America):
    - **Parties:** Delphi Corporation and Panalpina Management Ltd.:
    - **Term:** February 1st 2008 to January 31st 2011.

  - Master Agreement for International Logistics Services (North America <> EMEA (Europe, Middle East and Africa):
    - **Parties:** Delphi Corporation and Panalpina Management Ltd.:
    - **Term:** May 1st 2008 to June 30th 2011.

  - Master Agreement for International Logistics Services (South America <> EMEA (Europe, Middle East and Africa):
    - **Parties:** Delphi Corporation and Panalpina Management Ltd.:

# Exhibit A

- **Term:** May 1st 2008 to June 30th 2011.
  - **Termination:**
    - Termination by either party upon ninety (90) days written notice.
    - Immediate termination in the event either party violates a material provision of the agreement (excluding payments in dispute).
  - **Payment terms:** MNS2-2
  - **Jurisdiction:** Courts and laws of the State of Michigan (US);

*******************

Exhibit A

## RECONCILIATION DELPHI AS PER 01,06,2009

| Country | Doc.Curr. | Doc.-Amount | USD | Amount | ex-rate |
|---|---|---:|---|---:|---:|
| Argentina | ARS | -149,920.83 | USD | -40,028.86 | 0.26700 |
| Argentina | USD | 739,793.75 | USD | 739,793.75 | 1.00000 |
| Australia | AUD | 31,794.22 | USD | 25,680.19 | 0.80770 |
| Austria | EUR | 54,659.09 | USD | 77,178.64 | 1.41200 |
| Austria | USD | 478,826.71 | USD | 478,826.71 | 1.00000 |
| Beijing | CNY | 2,170,539.00 | USD | 316,898.69 | 0.14600 |
| Brazil | BRL | 5,309,799.67 | USD | 2,718,617.43 | 0.51200 |
| Dalian | CNY | 363,232.96 | USD | 53,032.01 | 0.14600 |
| France | EUR | 90,273.95 | USD | 127,466.82 | 1.41200 |
| Germany | EUR | 2,201.82 | USD | 3,108.97 | 1.41200 |
| Guangzhou | CNY | 102,651.87 | USD | 14,987.17 | 0.14600 |
| India | INR | 656,431.98 | USD | 13,785.07 | 0.02100 |
| Indonesia | IDR | 3,061,988.00 | USD | 275.58 | 0.00009 |
| Indonesia | EUR | 3,481.16 | USD | 4,915.40 | 1.41200 |
| Indonesia | USD | 948.50 | USD | 948.50 | 1.00000 |
| Italy | EUR | -18,401.65 | USD | -25,983.13 | 1.41200 |
| Korea | KRW | 31,545,976.00 | USD | 25,236.78 | 0.00080 |
| Luxembourg | EUR | 4,368.76 | USD | 6,168.69 | 1.41200 |
| Malaysia | MYR | 52,982.70 | USD | 15,153.05 | 0.28600 |
| Malaysia | USD | 98.68 | USD | 98.68 | 1.00000 |
| Mexico | MXP | 13,944.01 | USD | 1,045.80 | 0.07500 |
| Mexico | EUR | 417.81 | USD | 589.95 | 1.41200 |
| Mexico | USD | 355,870.89 | USD | 355,870.89 | 1.00000 |
| Poland | PLN | 2,106,217.97 | USD | 667,671.10 | 0.31700 |
| Portugal | EUR | 99,424.22 | USD | 140,387.00 | 1.41200 |
| Qingdao | CNY | 115,214.38 | USD | 16,821.30 | 0.14600 |
| Russia | RUB | 1,010,498.23 | USD | 32,841.19 | 0.03250 |
| Shanghai | CNY | 1,044,214.61 | USD | 152,455.33 | 0.14600 |
| Singapore | SGD | 3,355.90 | USD | 2,325.64 | 0.69300 |
| Spain | EUR | 83,637.98 | USD | 118,096.83 | 1.41200 |
| Sweden | SEK | 5,343.75 | USD | 716.06 | 0.13400 |
| Sweden | EUR | 862.50 | USD | 1,217.85 | 1.41200 |
| Thailand | THB | 130,077.38 | USD | 3,772.24 | 0.02900 |
| Turkey | EUR | -85.00 | USD | -120.02 | 1.41200 |
| Turkey | GBP | -45.00 | USD | -73.76 | 1.63900 |
| Turkey | YTL | 90.00 | USD | 58.95 | 0.65500 |
| Turkey | USD | 179,014.39 | USD | 179,014.39 | 1.00000 |
| Turkey | TRY | -1,704.00 | USD | -1,116.12 | 0.65500 |
| UK | GBP | 30,438.82 | USD | 49,889.23 | 1.63900 |
| USA | USD | 2,380,372.02 | USD | 2,380,372.02 | 1.00000 |
| USA HB&L | USD | 37,783.21 | USD | 37,783.21 | 1.00000 |
| **Billing backlog as per separate tab:** | | | | 968,889.72 | 1.00000 |
| **TOTAL** | | | **USD** | **9,664,668.94** | |

Exhibit B