## Delphi - due invoices dated June 2009 or older

| Country | Address | Document type | Document number | Document date | Document currency | Amount in Document Currency |
|---|---|---|---|---|---|---:|
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 254394 | 30-Dec-05 | EUR | 273.62 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 263474 | 9-Mar-06 | EUR | 709.00 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 265024 | 21-Mar-06 | EUR | 249.30 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 265048 | 21-Mar-06 | EUR | 146.79 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 280299 | 28-Jun-06 | EUR | 1,670.95 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 280641 | 30-Jun-06 | EUR | 2,297.65 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 283192 | 17-Jul-06 | EUR | 3,161.76 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 288985 | 28-Aug-06 | EUR | 4,821.74 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 289885 | 4-Sep-06 | EUR | 2,345.82 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 291619 | 19-Sep-06 | EUR | 1,834.60 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 298273 | 31-Oct-06 | EUR | 900.00 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 300497 | 15-Nov-06 | EUR | 2,869.73 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 303649 | 4-Dec-06 | EUR | 143.95 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 304532 | 12-Dec-06 | EUR | 2,508.12 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 310384 | 21-Jan-07 | EUR | 33.90 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 311709 | 27-Jan-07 | EUR | 37.75 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 311715 | 27-Jan-07 | EUR | 3,410.82 |

PANALPINA

| Country | Address | Document type | Document number | Document date | Document currency | Amount in Document Currency |
|---|---|---|---|---|---|---|
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 312193 | 31-Jan-07 | EUR | 8,464.61 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 313303 | 6-Feb-07 | EUR | 8,499.07 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 316419 | 21-Feb-07 | EUR | 91.78 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 316432 | 21-Feb-07 | EUR | 35.82 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 316647 | 21-Feb-07 | EUR | 136.76 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 316191 | 21-Feb-07 | EUR | 38.43 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 316195 | 21-Feb-07 | EUR | 49.45 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 316328 | 21-Feb-07 | EUR | 2,359.69 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 318329 | 6-Mar-07 | EUR | 1,352.87 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 318343 | 6-Mar-07 | EUR | 34.01 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 318949 | 8-Mar-07 | EUR | 37.76 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 319048 | 9-Mar-07 | EUR | 34.91 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 319850 | 14-Mar-07 | EUR | 2,428.36 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 320183 | 15-Mar-07 | EUR | 2,944.88 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 320240 | 16-Mar-07 | EUR | 35.63 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 322121 | 28-Mar-07 | EUR | 37.76 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 322122 | 28-Mar-07 | EUR | 50.39 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS I | Invoice | 322123 | 28-Mar-07 | EUR | 37.36 |

| Country | Address | Document type | Document number | Document date | Document currency | Amount in Document Currency |
|---|---|---|---|---|---|---:|
| | PANALPINA | | | | | |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 322126 | 28-Mar-07 | EUR | 50.26 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 322128 | 28-Mar-07 | EUR | 37.30 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 322454 | 29-Mar-07 | EUR | 694.78 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 323337 | 4-Apr-07 | EUR | 38.00 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 324326 | 12-Apr-07 | EUR | 58.59 |
| Spain | DELPHI PACKARD AUTOMOTIVE SYSTEMS | Invoice | 326553 | 25-Apr-07 | EUR | 35.37 |
| Spain | DELPHI AUTOMOTIVE SYSTEMS | Invoice | 739490 | 22-Apr-09 | EUR | 123.88 |
| | **TOTAL EUR** | | | | | **55,123.22** |
| Argentina | FAMAR FUEGUINA S.A. | Invoice | 601725 | 29-Jan-09 | USD | 4,163.47 |
| USA | DELPHI CORPORATION | Invoice | 795336252 | 29-Sep-08 | USD | 9,038.53 |
| USA | DELPHI CORPORATION | Invoice | 795339374 | 30-Dec-08 | USD | 210.00 |
| USA | DELPHI CORPORATION | Invoice | 740421798 | 28-Jan-09 | USD | 986.09 |
| USA | DELPHI CORPORATION | Invoice | 741447504 | 6-Feb-09 | USD | 254.79 |
| USA | DELPHI CORPORATION | Invoice | 791365018 | 18-Feb-09 | USD | 1,181.30 |
| USA | DELPHI CORPORATION | Short Paym | 1007226 | 25-Feb-09 | USD | 119.87 |
| USA | DELPHI CORPORATION | Balance Du | 42088073 | 11-Mar-09 | USD | 298.04 |
| USA | DELPHI CORPORATION | Invoice | 857306637 | 14-Apr-09 | USD | 317.30 |

PANALPINA

| Country | Address | Document type | Document number | Document date | Document currency | Amount in Document Currency |
|---|---|---|---|---|---|---|
| USA | DELPHI CORPORATION | Invoice | 791368201 | 27-Apr-09 | USD | 679.50 |
| USA | DELPHI CORPORATION | Invoice | 791368405 | 29-Apr-09 | USD | 1,195.30 |
| USA | DELPHI CORPORATION | Invoice | 715147178 | 14-May-09 | USD | 282.75 |
| USA | DELPHI CORPORATION | Invoice | 689318626 | 18-May-09 | USD | 3,476.29 |
| USA | DELPHI CORPORATION | Invoice | 741457227 | 22-May-09 | USD | 1,574.31 |
| USA | DELPHI CORPORATION | Invoice | 857306813 | 22-May-09 | USD | 340.55 |
| USA | DELPHI CORPORATION | Short Paym | 1007621 | 24-May-09 | USD | 257.90 |
| USA | DELPHI CORPORATION | Invoice | 689318684 | 26-May-09 | USD | 2,479.02 |
| USA | DELPHI CORPORATION | Invoice | 689318705 | 27-May-09 | USD | 1,528.65 |
| | **TOTAL $US** | | | | | **28,383.66** |