TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue
New York, NY 10022
(212) 754-9400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al. | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| | : | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                            )ss:
COUNTY OF NEW YORK  )

     SHEREE NOBLES, being duly sworn, deposes and states:  I am not a party to this proceeding, am over 18 years of age and reside in Bronx County, New York.

     On May 17, 2010, I served a true copy of Response of Vanguard Distributors, Inc. to Debtors' Forty-Seventh Omnibus Objection to Administrative Expense Claims as set forth on the attached service list.

                                                  s/ Sheree Nobles
                                                  Sheree Nobles

Sworn to before me this <u>17th</u>
day of May, 2010

 s/ Todd A. Schulman
Notary Public, State of New York
No. 02SC6109578
Qualified in Kings County
Commission Expires May 10, 2012

256258 v1

## SERVICE LIST

**- VIA FIRST CLASS MAIL -**

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York mail to the last known mailing address of the parties listed below:

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Attn: President

**- VIA ECF / FACSIMILE / AND FIRST CLASS MAIL -**

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York mail to the last known mailing address of the parties listed below:

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.,
       John K. Lyons
       Michael W. Perl
Facsimile: (312) 407-0411