```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____ )
                                       )
                                       )    Chapter 11 Case
In re                                  )
                                       )
DELPHI CORPORATION, et al.             )    Case No. 05-44481 (RDD)
                                       )
        Debtors.                       )    (Jointly Administered)
_____ )
```

**CSX CORPORATION'S RESPONSE TO THE REORGANIZED DEBTORS' FORTY-SEVENTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(B) AND FED. R. BANKR. P. 3007 TO (I) DISALLOW AND EXPUNGE (A) CERTAIN ADMINISTRATIVE EXPENSE BOOKS AND RECORDS CLAIMS, (B) A CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE CLAIM, AND (C) CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS, AND (II) MODIFY CERTAIN ADMINISTRATIVE EXPENSE CLAIMS**

CSX Corporation ("CSX"), by counsel, hereby submits its response (the "Response") to the Debtors' Forty-Seventh Omnibus Objection pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Claims (the "Objection"), and in support thereof respectfully states as follows:

**RESPONSE**

1.  On July 14, 2009, CSX filed an administrative expense request in the amount of $103,986.16 ("Claim No. 18700"). Claim No. 18700 is valid pursuant to the description and accompanying documents included in Claim No. 18700. CSX and the Reorganized Debtors engaged in good faith arms length negotiations resolving, among other claims, Claim No. 18700, which resulted in a global settlement in principal, subject to finalization in the form of a stipulation. The parties are negotiating the terms of the

stipulation at this time and CSX anticipates entering into a consensual form of stipulation in the near future.

2. CSX requests that the hearing on this matter with respect to CSX and Claim No. 18700 be adjourned. Such adjournment is appropriate as it may moot the need for a hearing, which will preserve judicial and the parties' resources and avoid a piecemeal resolution of CSX's claims.

## **RESERVATION OF RIGHTS**

3. CSX reserves the right to update or supplement this Response as necessary.

## **CONCLUSION**

WHEREFORE, CSX respectfully requests the Court to enter an order (i) adjourning the hearing on the Objection to Claim No. 18700 so that the parties may finalize a resolution of all claims with CSX; and (ii) granting such other and further relief as the Court deems just and appropriate.

Dated:  May 17, 2010                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ John H. Maddock III
　　　　　　　　　　　　　　　　　　　　John H. Maddock III
　　　　　　　　　　　　　　　　　　　　Daniel F. Blanks
　　　　　　　　　　　　　　　　　　　　McGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　　One James Center
　　　　　　　　　　　　　　　　　　　　901 East Cary Street
　　　　　　　　　　　　　　　　　　　　Richmond, VA 23219-4030
　　　　　　　　　　　　　　　　　　　　804.775.1000 Telephone
　　　　　　　　　　　　　　　　　　　　804.775.1061 Facsimile

　　　　　　　　　　　　　　　　　　　　*Counsel to CSX Corporation*

# CERTIFICATE OF SERVICE

      I, John H. Maddock, III, hereby certify that on the 17th day of May, 2010, I electronically filed a CSX Transportation, Inc.'s Response to the Reorganized Debtors' Forty-Seventh Omnibus Objection pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Claims with the Clerk of the Court using the CM/ECF system.

      I also served the following via United States Postal Service:

            Michael W. Perl
            Skadden, Arps, Slate, Meagher & Flom LLP
            333 West Wacker Drive
            Suite 2100
            Chicago, Illinois 60606

                                        /s/ John H. Maddock III
                                        John H. Maddock III

\11303267.1