IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
   In re                                       :      Chapter 11
:
DPH HOLDINGS CORP., et al.,         :      Case No. 05-44481 (RDD)
:
         Reorganized Debtors.       :      (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

     I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

     On May 13, 2010, I caused to be served the documents listed below upon the parties listed on <u>Exhibit A</u> hereto via overnight mail:

1) Reorganized Debtors' Response to Pleading Filed by Paul C. Mathis (Docket No. 20062)

2) Reorganized Debtors' Objection to Substantial Contribution and Certain Other Applications Pursuant to 11 U.S.C. §§ 503(b)(3)-(4) and 1129(a)(4) for Reimbursement of Actual and Necessary Expenses and Professional Fees ("Substantial Contribution Claims Objection") (Docket No. 20064)

3) Reorganized Debtors' Limited Objection to Motion of Salaried Retirees for Order Confirming That Second Amended Complaint Does Not Violate Modified Plan or Plan Modification Order (Docket No. 20065)

4) Reorganized Debtors' Objection to Motion of Methode Electronics, Inc. for an Order (I) Permitting Methode to Continue Post-Petition Litigation with Reorganized Debtors in Michigan and (II) Overruling the Reorganized Debtors' Timeliness Objection to Methode's Administrative Expense Claims (Docket No. 20070)

     On May 13, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit B</u> hereto via overnight mail:

5) Reorganized Debtors' Response to Pleading Filed by Paul C. Mathis (Docket No. 20062)

On May 13, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit C</u> hereto via overnight mail:

6) Reorganized Debtors' Objection to Substantial Contribution and Certain Other Applications Pursuant to 11 U.S.C. §§ 503(b)(3)-(4) and 1129(a)(4) for Reimbursement of Actual and Necessary Expenses and Professional Fees ("Substantial Contribution Claims Objection") (Docket No. 20064)

On May 13, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit D</u> hereto via overnight mail:

7) Reorganized Debtors' Limited Objection to Motion of Salaried Retirees for Order Confirming That Second Amended Complaint Does Not Violate Modified Plan or Plan Modification Order (Docket No. 20065)

On May 13, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit E</u> hereto via overnight mail:

8) Reorganized Debtors' Objection to Motion of Methode Electronics, Inc. for an Order (I) Permitting Methode to Continue Post-Petition Litigation with Reorganized Debtors in Michigan and (II) Overruling the Reorganized Debtors' Timeliness Objection to Methode's Administrative Expense Claims (Docket No. 20070)

Dated: May 17, 2010

                                                        */s/ Darlene Calderon*
                                                         Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 17th day of May, 2010, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: */s/ Elizabeth Marie Barnett*

Commission Expires: *10/10/13*

2

# EXHIBIT A

DPH Holdings Corp.
Response Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Polk & Wardwell LLP | Donald Bernstein Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 212-450-4213 | Counsel to Debtor's Postpetition Administrative Agent |
| DPH Holdings Corp | Sean Corcoran, Karen Craft, John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | Reorganized Debtors |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | Counsel to the Reorganized Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | Counsel to the Reorganized Debtor |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/14/2010 2:12 PM
Response Service List 100513.xls

# EXHIBIT B

Delphi Corporation
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Mathis Paul C | 42416 Brownstone Dr No A | Novi | MI | 48377-2885 |
| Mathis Paul C | 42416 Brownstone Dr | Novi | MI | 48377-2885 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/14/2010 2:03 PM
Mathis Special Parties.xls

# EXHIBIT C

Delphi Corporation
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Goodwin Procter LLP | Allan S Brilliant<br>Craig P Druehl<br>Meagan E Costello | The New York Times Bldg | 620 Eighth Ave | New York | NY | 10018 |
| Goodwin Procter LLP | Gina Lynn Martin | Exchange Place | | Boston | MA | 02109-0000 |
| Haynes & Boone LLP | Lenard M Parkins<br>Jonathan Hook | 1221 Avenue of the Americas | 26th Floor | New York | NY | 10020 |
| Kasowitz Benson Torres & Friedman LLP | David S Rosner<br>Adam L Shiff<br>Daniel N Zinman<br>Daniel A Fliman | 1633 Broadway 22nd Fl | | New York | NY | 10019 |
| Kennedy Jennik & Murray PC | Thomas M Kennedy<br>Susan M Jennik | 113 University Pl 7th Fl | | New York | NY | 10003 |
| Stutman Treister & Glatt PC | Isaac M Pachulski<br>Jeffrey H Davidson<br>Eric D Goldberg<br>Christine M Pajak | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/14/2010 2:09 PM
Objections Special Parties 100513.xls
Substantial Contribution Special Parties

# EXHIBIT D

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Jacob & Weingarten PC | Howard S Sher<br>Alan J Schwartz | 2301 W Big Beaver Ste 777 | Troy | MI | 48084 |
| Miller & Chevalier | Anthony F Shelley<br>Timothy P Otoole<br>Michael N Khalil | 655 15th St NW Ste 900 | Washington | DC | 20005 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                    Page 1 of 1

5/14/2010 2:10 PM
Objections Special Parties 100513.xls
Salaried Retirees Special Parties

# EXHIBIT E

Delphi Corporation
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Locke Lord Bissell & Liddell LLP | Ann Marie Walsh | 111 S Wacker Dr | Chicago | IL | 60606 |
| Locke Lord Bissell & Liddell LLP | C Guerry Collins | 300 S Grand Ave Ste 2600 | Los Angeles | CA | 90071 |
| Locke Lord Bissell & Liddell LLP | Timothy S McFadden | 111 S Wacker Dr | Chicago | IL | 60606 |
| Wachtell Lipton Rosen & Katz | Douglas K Mayer<br>Emil A Kleinhaus<br>Alexander B Lees | 51 West 52nd St | New York | NY | 10019 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/14/2010 2:06 PM
Methode Electronics Special Parties.xlsx