Hearing Date and Time: July 22, 2010 at 10:00 a.m. (Eastern Time)
Objection Date and Time: June 7, 2010 at 4:00 p.m. (Eastern Time)

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
Susan M. Cook (Mich. Bar No. P31514)
Rozanne M. Giunta (Mich. Bar No. P29969)
Adam D. Bruski (Mich. Bar No. P70030)
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
scook@lambertleser.com

Attorneys for Defendant Pro Tech Machine

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )
In re                                       )    Chapter 11
                                            )
DELPHI CORPORATION, et al.,                 )    Case No. 05-44481 (RDD)
                                            )
            Debtors.                        )    Hon. Robert D. Drain
                                            )
_____ )
                                            )
DELPHI CORPORATION, et al.,                 )
                                            )
            Plaintiffs,                     )
                                            )
v.                                          )
                                            )
PRO TECH MACHINE                            )    Adv. Pro. No. 07-02690 (RDD)
                                            )
            Defendant.                      )
_____ )

**NOTICE OF FILING IN ADVERSARY PROCEEDING OF MOTION OF PRO TECH MACHINE TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE TO REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Please take notice that on May 14, 2010 the Defendant in the above-captioned adversary proceeding, Pro Tech Machine ("Pro Tech"), through its attorneys Lambert,

Leser, Isackson, Cook & Giunta, P.C., filed its Motion to (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint With Prejudice, or (C) In the Alternative to Require Plaintiffs to File a More Definite Statement on the docket of that proceeding.

Respectfully submitted,

                                        LAMBERT, LESER, ISACKSON,
                                      COOK & GIUNTA, P.C.

Dated: May 17, 2010            By:        /s/ Susan M. Cook
                                        _____
                                        Susan M. Cook (Mich. Bar No. P31514)
                                        Rozanne M. Giunta (Mich. Bar No. P29969)
                                        Adam D. Bruski (Mich. Bar No. P70030)
                                        Attorneys for Defendant Pro Tech Machine
                                        916 Washington Ave, Suite 309
                                        PO Box 835
                                        Bay City, MI  48707
                                        989-893-3518
                                        scook@lambertleser.com