Hearing Date and Time: July 22, 2010 at 10:00 a.m. (Eastern Time)
Objection Date and Time: June 7, 2010 at 4:00 p.m. (Eastern Time)

LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
Rozanne M. Giunta (Mich. Bar No. P29969)
Susan M. Cook (Mich. Bar No. P31514)
Adam D. Bruski (Mich. Bar No. P70030)
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
rgiunta@lambertleser.com

Attorneys for Defendant Stephenson & Sons Roofing

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                          )
In re                                     )    Chapter 11
                                          )
DELPHI CORPORATION, et al.,               )    Case No. 05-44481 (RDD)
                                          )
            Debtors.                      )    Hon. Robert D. Drain
                                          )
_____ )
                                          )
DELPHI CORPORATION, et al.,               )
                                          )
            Plaintiffs,                   )
                                          )
v.                                        )
                                          )
STEPHENSON & SONS ROOFING                 )    Adv. Pro. No. 07-02654 (RDD)
                                          )
            Defendant.                    )
_____ )

**NOTICE OF FILING IN ADVERSARY PROCEEDING OF MOTION OF STEPHENSON & SONS ROOFING TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE TO REQUIRE <u>PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT</u>**

Please take notice that on May 14, 2010 the Defendant in the above-captioned adversary proceeding, Stephenson & Sons Roofing ("Stephenson"), through its attorneys

{00061950}1

Lambert, Leser, Isackson, Cook & Giunta, P.C., filed its Motion to (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint With Prejudice, or (C) In the Alternative to Require Plaintiffs to File a More Definite Statement on the docket of that proceeding.

Respectfully submitted,

        LAMBERT, LESER, ISACKSON,
        COOK & GIUNTA, P.C.

Dated: May 17, 2010      By:      /s/ Rozanne M. Giunta

        Rozanne M. Giunta (Mich. Bar No. P29969)
        Susan M. Cook (Mich. Bar No. P31514)
        Adam D. Bruski (Mich. Bar No. P70030)
        Attorneys for Defendant
        Stephenson & Sons Roofing
        916 Washington Ave, Suite 309
        PO Box 835
        Bay City, MI  48707
        989-893-3518
        rgiunta@lambertleser.com