UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                          Chapter 11

DPH HOLDINGS CORP, *et al.*,                                             Case No. 05-44481 (RDD)

                           Debtors.
-----------------------------------------------------------X
DELPHI CORPORATION, *et. al,*

                         Plaintiff,                                  Adv. Pro. No. 07-02597 (RDD)

-against-

WELLS FARGO BUSINESS AND
AND WELLS FARGO MINNESOTA,
                                                 **AFFIDAVIT OF SERVICE**

                         Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NASSAU    )

LINDA TRENT, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York.

On May 14, 2010, I served the within **MOTION TO DISMISS,** by depositing a true copy thereof, enclosed in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the party listed below at the last known address:

                                 Daniel F. X. Geoghan, Esq.
                                 Togut Segal & Segal, LLP
                                 One Penn Plaza, Suite 3355
                                 New York, New York 10119

Eric B. Fisher, Esq.
David Devine, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, New York 10017

*/s/ Linda Trent*
LINDA TRENT

Sworn to before me this
14th day of May, 2010

*/s/ Sandra L. McGrath*
Notary Public

SANDRA L. McGRATH
NOTARY PUBLIC, State of New York
No. 01MC4922837
Qualified in Nassau County
Commission Expires _____