SCOTT A. WOLFSON  (Admitted *Pro Hac Vice*)
ANTHONY J. KOCHIS (Admitted *Pro Hac Vice*)
WOLFSON BOLTON PLLC
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7103
Facsimile:  (248) 247-7099
E-Mail:  swolfson@wolfsonbolton.com

*Attorneys for Access One Technology Group, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

DELPHI CORPORATION, et al.                  Chapter 11
                                            Case No. 05-44481-RDD
              Debtor.                       Jointly Administered
_____/

**AMENDED CERTIFICATE OF SERVICE**

      I certify that on May 14, 2010, I caused the *Motion By Access One Technology Group, LLC Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings; (II) Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr. P. 7012 Dismissing This Adversary Proceeding With Prejudice; (III) In The Alternative, Dismissing This Adversary Proceeding On The Ground Of Judicial Estoppel; (IV) In The Alternative, Dismissing This Adversary Proceeding On The Ground Of Res Judicata; And (V) In The Alternative, Dismissing This Adversary Proceeding On The Grounds That It Fails To Plead Facts Sufficient To State A Claim For Relief* to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

The following parties were also served by U.S. First Class Mail on May 14, 2010:

Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
White Plains Office
300 Quarropas Street
White Plains, NY 10601

Eric B. Fisher, Esq.

Cynthia Haffey, Esq.
Butzel Long
380 Madison Avenue
22nd Floor
New York, NY 10017

Daniel F.X. Geoghan, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

                                              Respectfully submitted,

                                              WOLFSON BOLTON PLLC
                                              *Attorneys for Access One*

Dated:  May 18, 2010                       By:     /s/ Anthony J. Kochis
                                                    Scott A. Wolfson (P53194)
                                                    Anthony J. Kochis (P72020)
                                              3150 Livernois, Suite 275
                                              Troy, MI  48083
                                              Telephone:  (248) 247-7105
                                              Facsimile:  (248) 247-7099
                                              E-Mail:  akochis@wolfsonbolton.com