FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern   DISTRICT OF New York | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Corporation | Case Number: 05-44481 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **Jose C. Alfaro and Martha Alfaro**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**Jose C. and Martha Alfaro
c/o Don C. Staab, Attorney at Law
1301 Oak Street, Hays, KS 67601**
Telephone number: 785-628-8517

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends  a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other **Personal Injury Lawsuit**

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
       (date)         (date)

**2. Date debt was incurred:** May 21, 2003

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 1,500,000.00 _____ _____ 1,500,000.00
   (unsecured)         (secured)         (priority)         (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____

☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

EXHIBIT 1

| Date 7-25-06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Jose C. Alfaro* *Martha Alfaro* Jose C. Alfaro and Martha Alfaro |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# FedEx Express US Airbill

FedEx Tracking Number: **8488 9436 6335**

Form ID No.: **0215**

Sender's Copy

## From
Date: **7-28-06**
Sender's FedEx Account Number: **1349-6441-3**
Sender's Name: **DON C STAAB**
Phone: **(785) 628-8517**
Company: **STAAB, DON C ATTY**
Address: **1301 OAK ST**
City: **HAYS**    State: **KS**    ZIP: **67601-3659**

Your Internal Billing Reference: **Jose Alfaro**

## To
Recipient's Name: **United States Bankruptcy Court**
Company: **Southern District of New York / Delphi Corporation Claims**
Recipient's Address: **One Bowling Green, Room 534**
City: **New York**    State: **NY**    ZIP: **10004-1408**

## 4a Express Package Service
[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[ ] FedEx First Overnight
[ ] FedEx 2Day
[ ] FedEx Express Saver

## 4b Express Freight Service
[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

## 5 Packaging
[X] FedEx Envelope*
[ ] FedEx Pak*
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

## 6 Special Handling
[ ] SATURDAY Delivery
[ ] HOLD Weekday at FedEx Location
[ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods?
[ ] No  [ ] Yes As per attached Shipper's Declaration  [ ] Yes Shipper's Declaration not required  [ ] Dry Ice
[ ] Cargo Aircraft Only

## 7 Payment   Bill to:
[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

FedEx Acct. No./Credit Card No.: **1**

Total Packages: ___   Total Weight: ___   Total Declared Value: $ .00

## 8 Sign to Authorize Delivery Without a Signature

0290215173

466

Track Shipments
# Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 848894366335 | **Reference** | JOSE ALFARO |
| **Signed for by** | J.WARE | **Destination** | NEW YORK CITY, NY |
| **Ship date** | Jul 28, 2006 | **Service type** | Priority Overnight |
| **Delivery date** | Jul 31, 2006 9:07 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jul 31, 2006 | 9:07 AM | **Delivered** | NEW YORK CITY, NY | |

Signature proof    Track more shipments

E-mail your detailed tracking results (optional)

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click **Submit**. If you include a message, you must enter your name and e-mail address in the fields provided.

**Add personal message:**

**Your Name:**

**Your E-mail Address:**

**To E-mail Address(es):**

Not available for non-English characters

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit