B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT Southern DISTRICT OF New York | PROOF OF CLAIM #19543 |

Name of Debtor: Delphi Corporation
Case Number: 05-44481

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Jose C. Alfaro and Martha Alfaro

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Jose C. and Martha Alfaro
c/o Don C. Staab, Attorney at Law
1301 Oak Street, Hays, KS 67601
Telephone number: 785-628-8517

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

Claim #19543
USBC SDNY
Delphi Corporation, et al.
05-44481 (RDD)

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends if this claim ___ a previously filed claim, dated: ___

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other **Personal Injury Lawsuit**
   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of SS #: ___
   Unpaid compensation for services performed
   from ___ to ___
   (date)    (date)

2. **Date debt was incurred:** May 21, 2003

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 1,500,000.00 _____ _____ 1,500,000.00
   (unsecured)    (secured)    (priority)    (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Motor Vehicle
   ☐ Other___
   Value of Collateral: $___
   Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $___

6. **Unsecured Nonpriority Claim** $___
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $___
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
AUG 1 0 2009
KURTZMANCARSONCONSULTANTS

Date: 7-25-06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Jose C. Alfaro and Martha Alfaro
*/s/ Jose C. Alfaro*
*/s/ Martha Alfaro*

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

☐ Date Stamped Copy Returned
☒ No self addressed stamped envelope
☐ No copy to return

Exhibit 3




054448109071300000000000540

UNITED STATES BANKRUCPTY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
                              :
       In re:                 :    Chapter 11
                              :
DELPHI CORPORATION, et al.    :    Case No. 05-44481 (RDD)
                              :
              Debtors         :    (Jointly Administered)
                              :
------------------------------X

## ENTRY OF APPEARANCE PRO SE
## of JOSE C. ALFARO AND MARTHA ALFARO,
## HUSBAND AND WIFE

COMES NOW Jose C. Alfaro and Martha Alfaro, who place of residence and correct post mailing address is 304 West 5th Street., Goodland, Kansas 67735, and enter their appearance pro se in the captioned case for the reasons as are hereinafter set forth:

1. On or about the 25th day of July 2006 Jose C. and Martha Alfaro, husband and wife, filed a personal injury claim against Delphi Corporation, et al., a copy of which is hereto attached, Marked Exhibit "A", and made a part hereof as though written out herein in full) through their attorneys of record, Don C. Staab, 1301 Oak Street, Hays, Ks 67601. The attorneys representing the Claimants were later changed to Bendenelli Law Office, P.C. Plaza North, Suite 10, 11184 Huron Street, Denver, CO 80234.

2. Claimants recently received notice from Bendenelli Law Office, stating that it would be in their best interest of claimants if they represented themselves pro se in the settlement of the Delphi Corporation Bankruptcy cases.

3. For the reasons herein stated, claimants Jose C. Alfaro and Martha Alfaro, hereby enter their appearance pro se in the captioned case, and ask that all further correspondence,

notice of hearings or other official documentation issued by the Bankruptcy Court or the attorneys representing Delphi Corporation be addressed as follows:

> Joe C. and Martha Alfaro
> 304 West 5th Street
> Goodland, Ks 67735

If the court prefers, claimants may be e-mailed at: peteagld@yahoo.com.

Dated at Goodland, Ks this _7th_ day of July, 2009.

Respectfully submitted:

_____
Jose C. Alfaro

_____
Martha Alfaro

## AFFIDAVIT OF MAILING

Jose C. and Martha Alfaro hereby certify that a signed copy of the foregoing personal appearance was mailed to:

> U.S. Bankruptcy Court
> Southern District of New York
> 1 Bowling Green
> New York, New York 10004

on this _7th_ day of July, 2009.

_____
Jose C. Alfaro

_____
Martha Alfaro

2