Stephen J. Shimshak
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Ambrake Corporation and Akebono Corporation (North America)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby withdraw their appearance on behalf of Ambrake Corporation and Akebono Corporation (North America) (Docket No. 857).

Please remove the following from all service and mailing lists regarding this matter.

Stephen J. Shimshak (sshimshak@paulweiss.com)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. No. (212) 373-3000
Fax No. (212) 757-3990

| | |
|---|---|
| Dated: New York, New York<br>May 18, 2010 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |

By:   /s/ Stephen J. Shimshak
         Stephen J. Shimshak
         (A Member of the Firm)
Stephen J. Shimshak (sshimshak@paulweiss.com)
1285 Avenue of the Americas
New York, New York  10019-6064
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990

Attorneys for Ambrake Corporation and Akebono Corporation (North America)

2