UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| | Jointly Administered |

-----------------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, *et al.*, | Adv. Pro. No. 07-07256 (RDD) |
| Plaintiffs, | |
| - against- | |
| MAGNESIUM ALUMINUM CORP., | |
| Defendant. | |

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David Spiegel, a member in good standing of the bar of the State of Illinois, request admission, *pro hac vice*, in the above-referenced case. My address is Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654. My e-mail address is david.spiegel@kirkland.com; and my telephone number is (312) 862-2000. I agree to pay the fee of $25 upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated: May 18, 2010
New York, New York

MAGNESIUM ALUMINUM CORP.
By: /s/ David Spiegel

David Spiegel

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                         Chapter 11
                                                               Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,
                                                               Jointly Administered
-----------------------------------------------------------x

DELPHI CORPORATION, *et al.*,                                  Adv. Pro. No. 07-07256 (RDD)

                    Plaintiffs,

       - against-

MAGNESIUM ALUMINUM CORP.,

                    Defendant.

-----------------------------------------------------------x

## ORDER

IT IS HEREBY ORDERED:

That David Spiegel, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2010
       New York, New York
                                                               _____
                                                               THE HONORABLE ROBERT D. DRAIN