# **EXHIBIT A**

| | |
|---|---|
| **From:** | Sheehan, John (CRO) |
| **To:** | Pat Daugherty; |
| **cc:** | Sherbin, David; |
| **Subject:** | RE: Delphi |
| **Date:** | Thursday, March 27, 2008 5:03:19 PM |

Confirmed, it still stands.  Thanks for your support.

John

---

**From:** Pat Daugherty [mailto:PDaugherty@hcmlp.com]
**Sent:** Thursday, March 27, 2008 4:15 PM
**To:** Sheehan, John (CRO)
**Cc:** Sherbin, David
**Subject:** RE: Delphi

Would you guys mind restating that this still stands with our $150mm circle versus the $225mm circle on the prior smaller deal?  I'm just trying to clear up the details.  Thanks.

Patrick H. Daugherty, Esq.
Partner, Head of Distressed and Special Situations Investing
Highland Capital Management, L.P.
13455 Noel Road, Suite 800
Dallas, TX 75240
972-628-4100 (phone)
972-628-4147 (fax)
pdaugherty@hcmlp.com

---

**From:** Sheehan, John (CRO) [mailto:john.sheehan@delphi.com]
**Sent:** Thursday, March 20, 2008 3:36 PM
**To:** Pat Daugherty
**Cc:** Sherbin, David
**Subject:** RE: Delphi

Pat,

David Sherbin and I recognize the support that Highland has provided during Delphi's Chapter 11 cases, including most recently providing $225 million of Exit Financing commitment.  We will, in connection with our role as Delphi Fee Committee members, (should Highland choose to submit a Fee Application) be supportive of Highland's fee application.

John

---

**From:** Pat Daugherty [mailto:PDaugherty@hcmlp.com]
**Sent:** Thursday, March 20, 2008 3:44 PM
**To:** Sheehan, John (CRO)
**Cc:** Sherbin, David
**Subject:** RE: Delphi

Thanks John:

However I do need you to state that Delphi will unanimously support such a request (I'm fine with saying it not to exceed $10 million) and that you and David Sherbin as committee members will support such a request if Highland applied.  Thanks.

Patrick H. Daugherty, Esq.

Partner, Head of Distressed and Special Situations Investing

Highland Capital Management, L.P.

13455 Noel Road, Suite 800

Dallas, TX 75240

972-628-4100 (phone)

972-628-4147 (fax)

pdaugherty@hcmlp.com

---

**From:** Sheehan, John (CRO) [mailto:john.sheehan@delphi.com]
**Sent:** Wednesday, March 19, 2008 3:29 PM
**To:** Pat Daugherty
**Cc:** Sherbin, David
**Subject:** Delphi

Pat,

Thanks for your time on the phone this afternoon.  Delphi very much appreciates Highland's proposed participation in our Exit Financing.  Delphi (and I personally) understands that Highland has incurred expenses in connection with its involvement in Delphi's Chapter 11 case.  After Delphi has emerged from Chapter 11 there will be a process for Highland to apply for reimbursement of these expenses.  Such application would be considered by the Delphi Fee Committee, the members of which were included in my earlier e-mail to you.  Given the support Highland has provided to Delphi during this case, should Highland choose to submit a Fee Application, I would expect that the Delphi members of the Fee Committee would be supportive of Highland's fee application.

Thank you again for your support.

John

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

---

Highland Capital Management is growing. Check out Careers at www.hcmlp.com.
---------------------------------------------------------------------------------------------------------
DISCLAIMER- This email is intended for the recipient(s) only and should not be copied or reproduced without explicit permission. The material provided herein is for informational purposes only and does not constitute an offer or commitment, a solicitation of an offer, or any advice or recommendation, to enter into or conclude any transaction. The information provided in this email is not intended to provide sufficient basis on which to make an investment decision. Past performance should not be taken as an indication or guarantee of future performance. This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. If you receive this message in error, please immediately delete it.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

*********************************************************************************

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*********************************************************************************