UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
   In re    :    Chapter 11
: 
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
: 
:    (Jointly Administered)
: 
   Reorganized Debtors.    : 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER SCHEDULING HEARING ON THE APPLICATION FILED BY
DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ELLIOTT
ASSOCIATES, L.P., NOMURA CORPORATE RESEARCH & ASSET
MANAGEMENT, INC., NORTHEAST INVESTORS TRUST, SPCP GROUP, LLC,
AND WHITEBOX ADVISORS, LLC FOR JUNE 30, 2010

Upon the application of Davidson Kempner Capital Management LLC, Elliott Associates, L.P., Nomura Corporate Research & Asset Management, Inc.; Northeast Investors Trust, SPCP Group, LLC, and Whitebox Advisors, LLC (Docket No. 19091) (the "Senior Noteholders") requesting payment pursuant to section 1129(a)(4) of the Bankruptcy Code (the "Senior Noteholders' Application") and pursuant to an agreement between the Reorganized Debtors and the Senior Noteholders, it is hereby

ORDERED that the hearing on the Senior Noteholders' Application scheduled for the Fifty-Fifth Omnibus Hearing is adjourned to the Fifty-Sixth Omnibus Hearing, which is scheduled to occur June 30, 2010, at 10:00 a.m. (prevailing Eastern time); and it is further

ORDERED that replies, if any, to any response or objection to the Senior Noteholders' Application must be filed no later than 4:00 p.m. (prevailing Eastern time) on May 19, 2010 (with a copy to chambers), and it is further

ORDERED that all other deadlines for the Senior Noteholders to file any declarations, affidavits, and exhibits, in respect of the Senior Noteholders' Application will

correspond to the Fifty-Fifth Omnibus Hearing scheduled for May 20, 2010, such that the Senior Noteholders shall submit any affirmative evidence in support of the Senior Noteholders' Application before 10:00 a.m. (prevailing Eastern time) on May 20, 2010 (with a copy to chambers).

Dated: White Plains, New York
       May 18, 2010

    /s/Robert D. Drain
    UNITED STATES BANKRUPTCY JUDGE