**Hearing Date: May 20, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FIFTY-FIFTH OMNIBUS HEARING AGENDA

Location Of Hearing:         United States Bankruptcy Court for the Southern District of New
                            York, 300 Quarropas Street, Room 118, White Plains, New York
                            10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Fifth Omnibus Hearing Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (4 Matters)

    C.      Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matter)

    D.      Contested Matters (3 Matters)

    E.      Substantial Contributions Applications (3 Matters)

    F.      Adversary Proceedings (None)

**A.**      **Introduction**

**B.**      **Continued Or Adjourned Matters∗**

    1.      **"Furukawa Electric Company's Motion for Allowance of Administrative Expense Claim"** – Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) (Docket No. 18706)

        *Objections filed:*      *None.*

        *Replies filed:*      *None.*

        *Related filings:*      *Supplement To Motion Of Furukawa Electric Company, LTD. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) (Docket No. 19783)*

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Omnibus Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912] and ATEL Leasing Corporation's Motion To Allow Administrative Claim [Docket No. 6990].  In addition, the following adversary proceedings have also been withdrawn from the agenda and would need to be re-noticed to be reinstated on a future Proposed Omnibus Hearing Agenda: National Union Fire Insurance Company Of Pittsburgh, Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement;  and Debtors' Motion for Determination [Docket No. 30] and Plaintiff's Motion for Leave [Docket No. 36], Computer Sciences Corporation Adv. Pro. No. 09-01271.

*Status:*      *The hearing with respect to this matter has been adjourned pursuant to the Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) [Docket No 19783] (Docket No. 19992).*

2. **"Salaried Retirees' Motion"** - Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19750) and Amended Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19904)

*Objections filed:*      *Reorganized Debtors' Limited Objection To Motion Of Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 20065)*

*Replies filed:*      *None.*

*Related filings:*      *Notice Of Filing Of Settlement Agreement Between Delphi Corporation And The Pension Benefit Guaranty Corporation (Docket No. 18559)*

*Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order [Docket No. 12359] (Docket No. 18707)*

*Stipulation Concerning The Automatic Stay In Connection With The Commencement Of An Action Against The Pension Benefit Guaranty Corporation (Docket No. 18896)*

*Motion Of  General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19361)*

*Objection Of The Salaried Retirees To Motion Of General Motors LLC (F/K/A General Motors*

*Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19492)*

*Order Enforcing Plan And Plan Modification Order (Docket No. 19578)*

*Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19750)*

*Amended Notice Of Hearing On Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19822)*

*Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830)*

*Amended Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19904)*

*Status:*   *This matter has been adjourned to the omnibus hearing scheduled for June 30, 2010 pursuant to an agreement between the parties: a scheduling order has been submitted.*

3.   **"Davidson Kempner Capital Management LLC, et al. Substantial Contribution Application"** - Application By Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Northeast Investors Trust; SPCP Group, LLC; And Whitebox Advisors, LLC, On Behalf Of Themselves And Senior Noteholders Previously Represented, For Payment Of Fees And Expenses Pursuant To 11 U.S.C. § 1129(a)(4) And Bankruptcy Rule 9019 (Docket No. 19091)

*Objections filed:*   *None.*

*Replies filed:*   *None.*

*Related filings:*   *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And*

4

*Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)*

*Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830)*

*Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)*

*Reorganized Debtors' Objection To Substantial Contribution and Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)*

*Status:*  *This matter has been adjourned to the omnibus hearing scheduled for June 30, 2010 pursuant to Order Scheduling Hearing On The Application Filed By Davidson Kempner Capital Management LLC, Elliott Associates, L.P., Nomura Corporate Research & Asset Management, Inc., Northeast Investors Trust, SPCP Group, LLC, And Whitebox Advisors, LLC For June 30, 2010 (Docket No. 20161)*

4.    **Motion for Case Management Order Governing Avoidance Action Adversary Proceedings"** – Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings

*Objections filed:*  *Objection Of Auramet Trading LLC Regarding Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19793)*

*Limited Objection Of Microchip Technology Incorporated To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19794)*

5

*Joinder Of Vishay Americas, Inc. To Objection Of Microchip Technology Inc. To Reorganized Debtors' Motion For A Case Management Order (Docket No. 19800)*

*Autocam Corporation's Objection To Debtors' Case Management Motion And Joinder In (A) Limited Objection Of Microchip Technology Incorporated To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings; And (B) Objection Of Auramet Trading LLC Regarding Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19805)*

*Response And Objection Of Defendant, Spartech Polycom, To Reorganized Debtors' Motion For Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19826)*

*Objection Of The DSSI Defendants To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19827)*

*Joint Objection Of Ambrake Corporation And Sumitomo Wiring Systems (USA), Inc. To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19835)*

*Defendant Setech, Inc.'s Objection To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19855)*

*Reservation Of Rights And Joinder Of HP Enterprise Services, LLC And Affiliates To Objections Of Auramet Trading LLC And Microchip Technology Inc. To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19856)*

6

*Reservation Of Rights And Joinder Of Hewlett-Packard Company And Affiliates To Objections Of Auramet Trading LLC And Microchip Technology Inc. To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19857)*

*Joinder Of Decatur Plastic Products, Inc. To Objection Of Microchip Technology Inc. To Reorganized Debtors' Motion For A Case Management Order (Docket No. 19955)*

*Norilsk Nickel USA, Inc.'s Objection To Debtors' Case Management Motion And Joinder In (A) Limited Objection Of Microchip Technology Incorporated To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings; And (B) Objection Of Auramet Trading LLC Regarding Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19972)*

*Objection Of NSK Steering Systems America, Inc. To Motion By Reorganized Debtors For Entry Of A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19973)*

*Objection Of Kostal Of America Inc. And Kostal Mexicana S.A. De C.V. To Motion By Reorganized Debtors For Entry Of A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19974)*

*Objection Of Dr. Schneider Automotive Systems, Inc. To Motion By Reorganized Debtors For Entry Of A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19975)*

*Joinder Of Defendant Carlisle Companies Incorporated To Objection Of Setech, Inc. To Reorganized Debtors' Motion For A Case Management Order (Docket No. 19986)*

7

*Limited Objection Of Dove Equipment Co., Inc. To Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19988)*

*SIMCO Construction, Inc.'s Joinder To The Limited Objection Of Microchip Technology Incorporated To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 19993)*

*Objection Of Methode Electronics Inc. To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 20047)*

*Objection Of D & R Technology LLC To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 20053)*

*Joinder Of Tata America International Corporation d/b/a TCS America To Limited Objection of Microchip Technology Incorporated And Objection Of Auramet Trading LLC To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 20067)*

*Objection Of The Timken Corporation To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 20071)*

*Joinder Of BP, BP Amoco Corp., BP Products North America Inc., Castrol, And Castrol Industrial To (A) Limited Objection Of Microchip Technology Incorporated To Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings; And (B) Objection Of Auramet Trading LLC Regarding Reorganized Debtors' Motion For A Case Management Order Establishing Procedures Governing Adversary Proceedings (Docket No. 20135)*

8

| | |
|---|---|
| *Replies filed:* | *None.* |
| *Related filings:* | *Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830)* |
| | *Letter Of DPH Holdings Corp. Regarding Proposed Scheduled Changes To Be Applied To All Avoidance Actions (Docket No. 20048)* |
| | *Interim Order On Reorganized Debtors' Motion For A Case Management Order Governing Adversary Proceedings (Docket No. 20080)* |
| *Status:* | *The hearing with respect to this matter has been adjourned pursuant to the Interim Order On Reorganized Debtors' Motion For A Case Management Order Governing Adversary Proceedings (Docket No. 20080).* |

**C.     Uncontested, Agreed, Withdrawn, Or Settled Matters**

5.     **"Reorganized Debtors' Motion to Limit Service"** – Reorganized Debtors' Motion For Order Under Fed. R. Bankr. P. 2002(m) And 9007 Supplementing Case Management Orders By (A) Limiting Service Of All Future Filings And (B) Authorizing Service By Electronic Mail For All Future Filings (Docket No. 19968)

| | |
|---|---|
| *Objections filed:* | *None.* |
| *Replies filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.     Contested Matters**

6.     **"Forty-Seventh Omnibus Claims Objection"** -  Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) a Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Claims (Docket No. 19873)

*Responses filed:*     *Response Of City Of Oak Creek To Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (Docket No. 20007)*

           *Cadence Innovation LLC's Response To Reorganized Debtors' Forty-Seventh Omnibus Objection To Proofs Of Claim (Docket No. 20012)*

           *Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 20007 Filed In Delphi Corporation Case) (Docket No. 20014)*

           *Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 20006 Filed In Delphi Automotive Systems Human Resources, LLC Case) (Docket No. 20015)*

           *Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 20008 Filed In Delphi Automotive Systems LLC Case) (Docket No. 20016)*

           *Response Of City Of Vandalia, Ohio To Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. §503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20017)*

           *Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19604 Filed In Delphi Corporation Case) (Docket No. 20018)*

           *Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19602 Filed In Delphi Automotive Systems Human Resources LLC Case) (Docket No. 20019)*

           *Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19603 Filed In Delphi Automotive Systems LLC Case) (Docket No. 20020)*

*Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19087 Filed In Delphi Automotive Systems Human Resources LLC Case) (Docket No. 20021)*

*Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19069 Filed In Delphi Automotive Systems LLC Case) (Docket No. 20022)*

*Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19816 Filed In Delphi Corporation Case) (Docket No. 20023)*

*Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19817 Filed In Delphi Automotive Systems LLC Case) (Docket No. 20024)*

*Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19815 Filed In Delphi Automotive Systems Human Resources LLC Case) (Docket No. 20025)*

*Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19123 Filed In Delphi Corporation Case) (Docket No. 20026)*

*Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19124 Filed In Delphi Automotive Systems Human Resources LLC Case) (Docket No. 20027)*

*Response Of Bank Of America, N.A. To Forty-Seventh Omnibus Claims Objection Of Reorganized Debtors (Claim No. 19125 Filed In Delphi Automotive Systems LLC Case) (Docket No. 20028)*

*Response Of Stephen Gale To Objection To Claim For Administrative Claim (Claim No. 17837) (Docket No. 20030)*

*Response by Nissan North America, Inc. to Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Disallow and Expunge Certain Administrative*

11

*Expense Books and Records Claims (Docket No. 20031)*

*Response of Lear Corporation EEDS and Interiors, Lear Corporation GMBH and Lear Corporation on behalf of itself and its subsidiaries to Reorganized Debtors Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Severance Claims (Docket No. 20032)*

*City of Olathe, Kansas's Response and Objection to Reorganized Debtors Forty-Seventh Omnibus Claims Objection (Docket No. 20034)*

*Response of Furukawa Electric Company, Ltd. to the Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. Section 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and Modify Certain Administrative Expense Claims (Docket No. 20037)*

*Declaration Of Wade Witt In Support Of United Parcel Service Inc.'s Response to the Forty-Seventh Omnibus Claims Objection (Docket No. 20038)*

*Bosch Automotive Products (Suz Hou) Co. Ltd.'s Response to the Reorganized Debtors' Forty-Seventh Omnibus Objection (Docket No. 20039)*

*Part 1 Of Exhibit B To Response Of United Parcel Service [Related Document 2038] (Docket No. 20040)*

*Part 2 Of Exhibit B To Response Of United Parcel Service [Related Document 2038] (Docket No. 20041)*

*Limited Response Of HSBC Bank USA, National Association To Reorganized Debtors' Forty-Seventh*

12

*Omnibus Objection Pursuant To 11 U.S.C. § 503(b)
And Fed. R. Bankr. P. 3007 To (I) Disallow And
Expunge (A) Certain Administrative Expense Books
And Records Claims, (B) A Certain Administrative
Expense Duplicate Claim, And (C) Certain
Administrative Expense Duplicate Substantial
Contribution Claims, And (II) Modify Certain
Administrative Expense Claims (Docket No. 20042)*

*Autoliv, ASP, Inc.'s Response To The Reorganized
Debtors' Forty-Seventh Omnibus Objection Pursuant
To 11 U.S.C. § 503(b) And Fed. R. Bank. P. 3007 To (I)
Disallow And Expunge Certain Administrative
Expense Books And Records Claims, (B) A Certain
Administrative Expense Duplicate Claim, And (C)
Certain Administrative Expense Duplicate Substantial
Contribution Claims, And (II) Modify Certain
Administrative Expense Claims (Docket No. 20044)*

*Response Of Inteva Products, LLC To Reorganized
Debtors' Forty-Seventh Omnibus Objection Pursuant
To 11 U.S.C. Section 503(b) And Fed. R. Bank. P.
3007 To (I) Disallow And Expunge (A) Certain
Administrative Expense Books And Records Claims,
(B) A Certain Administrative Expense Duplicate
Claim, And (C) Certain Administrative Expense
Duplicate Substantial Contribution Claims, And (II)
Modify Certain Administrative Expense Claims
(Docket No. 20045)*

*Corrected Response As To Main Document. Exhibits
Not Affected. [Related Document 20044] (Docket No.
20046)*

*Response Of Apple Inc., Apple Computer
International, And Hon Hai Precision Industry
Company Ltd. To The Reorganized Debtors'
Forty-Seventh Omnibus Objection Pursuant To 11
U.S.C. § 502(b) And Fed. R. P. 3007 To (I) Disallow
And Expunge (A) Certain Administrative Expense
Books And Records Claims; (B) A Certain
Administrative Expense Duplicate Claim, And (C)
Certain Administrative Expense Duplicate Substantial
Contribution Claims, And (II) Modify And Allow
Certain Claims (Docket No. 20050)*

13

*Flextronics' Response To Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (Administrative Expense Claim No. 18940) (Docket No. 20061)*

*Response Of International Union, UAW To Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (Docket No. 20126)*

*Panalpina's Response To Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (Administrative Expense Claim No. 18939) (Docket No. 20129)*

*Response Of Vanguard Distributors, Inc. To Reorganized Debtors' Forty-Seventh Omnibus Objection To Administrative Expense Claims (Docket No. 20145)*

*Response Of Greywolf Capital Management LP To Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20146)*

*CSX Corporation's Response To The Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20148)*

*Replies filed:*   *An omnibus reply will be filed.*

*Related filings:*   *Joint Stipulation And Agreed Order Between Reorganized Debtors And Hyundai Motor America Disallowing And Expunging Proof Of Administrative Expense Claim Number 18934 (Docket No. 20000)*

14

> *Withdrawal Of Claim For HSBC Bank USA, National Association re: Claim No. 18617 (Docket No. 20006)*
>
> *Joint Stipulation And Agreed Order Between Reorganized Debtors And SPCP Group LLC With Respect To Reorganized Debtors Objection To Proof Of Administrative Expense Claim Number 19116 (Docket No. 20131)*

*Status:*   *The hearing will proceed with respect to claims for which no responses have been filed. With respect to claims for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) and the Administrative Claims Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims (Docket No. 18998).*

7.   **"Paul C. Mathis' Motion for Jury Trial"** -  Paul C. Mathis' Motion For Trial For Jury (Docket No. 19899)

*Objections filed:*   *Reorganized Debtors' Response To Pleading Filed By Paul C. Mathis (Docket No. 20062)*

*Replies filed:*   *None.*

*Related filings:*   *None.*

*Status:*   *The hearing with respect to this matter will be proceeding.*

8.   **"Motion of Methode Electronics, Inc."** - Notice Of Motion By Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19895)

*Objections filed:*   *Reorganized Debtors' Objection To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With Reorganized Debtors In Michigan And (II) Overruling*

15

*The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20070)*

Replies filed:                *None.*

Related filings:              *Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)*

*Memorandum Of Law In Support Of Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19896)*

*Declaration Of Ann Marie Walsh In Support Of The Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19897)*

*Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers'*

16

*Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

Status:            *The hearing with respect to this matter will be proceeding.*

## E.    Substantial Contribution Applications

9.    **"IUE-CWA Substantial Contribution Application"** - Motion Of IUE-CWA Pursuant To Sections 503(b)(3)(d) And (b)(4) Of The Bankruptcy Code For Allowance And Payment Of Fees Incurred In Making A Substantial Contribution To The Debtors' Chapter 11 Case (Docket No. 19113) And Declaration Of Thomas M. Kennedy In Support Of Motion Of IUE-CWA Pursuant To Sections 503(b)(3)(D) And (b)(4) Of The Bankruptcy Code For Allowance And Payment Of Fees Incurred In Making A Substantial Contribution to The Debtors' Chapter 11 Case (Docket No. 19114)

Objections filed:    *Reorganized Debtors' Objection To Substantial Contribution and Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)*

Replies filed:        *None.*

Related filings:    *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)*

*Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And*

17

*(III) Delphi Salaried Retirees' Motion (Docket No. 19830)*

*Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)*

Status:     *The hearing with respect to this matter will be proceeding.*

10.     **"Certain Senior Noteholders Substantial Contribution Application"** - Summary Sheet And Application Of Certain Senior Noteholders Pursuant To Sections 503(b)(3) And (4) Of The Bankruptcy Code For Allowance And Reimbursement Of Reasonable Compensation And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19115)

Objections filed:     *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)*

Replies filed:     *None.*

Related filings:     *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)*

*Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830)*

*Reorganized Debtors' Objection To Substantial Contribution and Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)*

Status:     *The hearing with respect to this matter will be proceeding.*

11.     **"Delphi Trade Committee Substantial Contribution Application"** - Application Of The Delphi Trade Committee For Reimbursement Of Expenses Arising From Substantial Contribution Made In These Cases (Docket No. 19116) And Notice Of Filing Of Exhibits To Application Of The

18

Delphi Trade Committee For Reimbursement Of Expenses Arising From Substantial Contribution Made In These Cases (Docket No. 19119)

| | |
|---|---|
| *Objections filed:* | *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)* |
| *Replies filed:* | *None.* |
| *Related filings:* | *Notice Of Hearing On Application Of The Delphi Trade Committee For Reimbursement Of Expenses Arising From Substantial Contribution Made In These Cases (Docket No. 19409)* |
| | *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)* |
| | *Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830)* |
| | *Reorganized Debtors' Objection To Substantial Contribution and Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated: New York, New York
       May 19, 2010

                         SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

                         By: /s/ John Wm. Butler, Jr.
                             John Wm. Butler, Jr.
                             John K. Lyons
                             Albert L. Hogan III
                             Ron E. Meisler

                         155 North Wacker Drive
                         Chicago, Illinois 60606
                         (312) 407-0700

                             - and -

                         By: /s/ Kayalyn A. Marafioti
                             Kayalyn A. Marafioti

                         Four Times Square
                         New York, New York 10036
                         (212) 735-3000

                         Attorneys for DPH Holdings Corp., et al.,
                            Reorganized Debtors