**Hearing Date: May 20, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
  In re                                   :   Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :   Case No. 05-44481 (RDD)
                                          :
                    Reorganized Debtors.  :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED THIRTY-THIRD CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                     300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirty-Third Claims Hearing Agenda:

    A.     Introduction

    B.     Continued Or Adjourned Matters (8 Matters)

    C.     Uncontested, Agreed, Or Settled Matters (2 Matters)

    D.     Contested Matters (3 Matters)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    1.    **"Sufficiency Hearing Regarding Claims of  Illinois Tool Works Inc. and ITW Food Equipment Group LLC"** - Sufficiency Hearing Regarding Claims Of Illinois Tool Works Inc. and ITW Food Equipment Group LLC as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

        *Responses filed:*    *Response Of Creditors: (I) Illinois Tool Works Inc.; (II) Illinois Tool Works For Hobart Brothers Co.; (III) Hobart Brothers Company, (IV) ITW Food Equipment Group LLC; And (V) Tri-Mark, Inc. In Opposition To Debtors' Third Omnibus Objection To Certain Claims (Docket No. 5617)*

                                 *Supplemental Brief Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC In Support Of Claim Nos. 11983, 11985, 11988 And 11989 (Docket No. 19893)*

        *Replies filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) and Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

                                 *Debtors' Omnibus Supplemental Reply To Responses To Debtors' (I) Third Omnibus Objection (Substantive) Pursuant*

2

*To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) [Docket No. 5452] With Respect To Proof Of Claim Numbers 3886, 7075, 9674, 11829, 12129, And 13411 (Docket No. 6382)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 11983, 11985, 11988, And 11989 Filed By Illinois Tool Works Inc. And ITW Food Equipment Group LLC (Docket No. 19603)*

|  |  |
|---|---|
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)* |

*Expedited Motion Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC For: (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply: And (II) A Continuance Of The Hearing Scheduled For March 18, 2010 (Docket No. 19672)*

*Order On Expedited Motion Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC For (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply: And (II) A Continuance Of The Hearing Scheduled For March 18, 2010 (Docket No. 19684)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proofs Of Claim Numbers 11983, 11985, 11988, And 11989*

|  |  |
|---|---|
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for July 22, 2010 pursuant to an agreement between the parties.* |

2.    **"Claim Objection Regarding Claims of New Jersey Self-Insurers' Guaranty Association"** -  Claim Objection Hearing Regarding Claims of New Jersey Self-Insurer's Guaranty Association as Objected to on Debtors' Thirty-Fourth

Omnibus Objection Pursuant To 11. U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To
(I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual
Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual
Workers' Compensation Claims, (D) Certain Untimely Individual Workers'
Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain
Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State
Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims
Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV)
Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Response Of New Jersey Self-Insurers Guaranty Association [Claim No. 11631] To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18304)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books and Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proof Of Claim No. 11631 (New Jersey Self-Insurers' Guaranty Association) (Docket No. 19686)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 11631 (New Jersey Self-Insurers' Guaranty Association) (Docket No. 19719)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 18602 And 19712 (Docket No. 20130)* |
| | *Proof Of Claim Number 11631* |
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for June 30, 2010 pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 11631 Filed* |

4

*By New Jersey Self-Insurers' Guaranty Association (Docket No. 19987).*

3.    **"Claim Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation"** -  Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation as Objected to on Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11. U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books and Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864)* |

*Proofs Of Claim Numbers 1294 And 1301*

*Status:*          *This matter has been adjourned to the claims hearing scheduled for September 14, 2010 pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864).*

4.    **"CSX Transportation Motion To Compel"** – Motion Of CSX Transport, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

*Objections filed:*          *None.*

*Replies filed:*          *None.*

*Related filings:*          *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Status:*          *This matter has been adjourned to the claims hearing scheduled for June 30, 2010 pursuant to an agreement between the parties.*

5.    **"Sufficiency Hearing Regarding Claims of International Union, UAW, and Local 155 on Behalf of Its Bargaining Unit Members"** - Sufficiency Hearing Regarding Claims of International Union, UAW, and Local 155 on Behalf of Its Bargaining Unit Members as Objected to on Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

*Responses filed:*          *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)*

*Replies filed:*          *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain*

*Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)*

| | |
|---|---|
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Proof Of Claim Number 13270* |
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for June 30, 2010 pursuant to an agreement between the parties.* |

6. **"Sufficiency Hearing Regarding Claims of International Union UAW"** - Sufficiency Hearing Regarding Claims of International Union UAW as Objected to on Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

| | |
|---|---|
| *Responses filed:* | *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied* |

7

*Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)*

*Related filings:*          *UAW Settlement Agreement Approval Order (Docket No. 8693)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proof Of Claim Number 13880*

*Status:*          *This matter has been adjourned to the claims hearing scheduled for June 30, 2010 pursuant to an agreement between the parties.*

7.   **"Sufficiency Hearing Regarding Claims of UAW and Its Local 286"** - Sufficiency Hearing Regarding Claims of UAW and Its Local 286 as Objected to on Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

*Responses filed:*          *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)*

*Replies filed:*          *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. §*

8

*502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)*

| | |
|---|---|
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Proof Of Claim Number 13838* |
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for June 30, 2010 pursuant to an agreement between the parties.* |

8.    **"Sufficiency Hearing Regarding Claims of UAW Local 2083"** - Sufficiency Hearing Regarding Claims of UAW Local 2083 as Objected to on Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

| | |
|---|---|
| *Responses filed:* | *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)* |
| | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)* |
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Proof Of Claim Number 5268* |
| *Status:* | *This matter has been adjourned to the claims hearing scheduled for June 30, 2010 pursuant to an agreement between the parties.* |

## C.    Uncontested, Agreed, Or Settled Matters

9.    **"Sufficiency Hearing Regarding Claims of Hyundai Motor America"** - Sufficiency Hearing Regarding Claims of Hyundai Motor America as Objected to on Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claims, (C) Equity Claims, And (D) Protective Claims (Docket No. 6962); and Debtors' Tenth Omnibus Objection

(Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain
(A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7300)

| | |
|---|---|
| *Responses filed:* | *Hyundai Motor America's Response To Debtors' Eighth Omnibus Claims Objection (Docket No. 7214)* |
| | *Hyundai Motor Company's Response To Debtors' Tenth Omnibus Claims Objection (Docket No. 7652)* |
| | *Hyundai's Response To Debtors' Thirty-Eighth Omnibus Claims Objection (Docket No. 19151)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 7369)* |
| | *Debtors' Omnibus Reply In Support Of Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7749)* |
| | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Numbers 15584, 15585, 15586, 15587, 15588, And 15595 Filed By Hyundai Motor Company And (B) Proofs Of Claim Numbers 15589, 15590, 15591, 15592, 15593, And 15594 Filed By Hyundai Motor America (Docket No. 19810)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, And 15595 (Docket No. 19726)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Proofs Of Claim Numbers 15589, 15590, 15591, 15592, 15593, And 15594* |

*Status:*                    *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, Hyundai Motor Company, And Hyundai Motor America Disallowing And Expunging Proofs Of Claim Numbers 15584, 15585, 15586, 15587, 15588, 15589, 15590, 15591, 15592, 15593, 15594, And 15595 (Docket No. 19950).*

10.    **"Sufficiency Hearing Regarding Claims of Hyundai Motor Company"** - Sufficiency Hearing Regarding Claims of Hyundai Motor Company as Objected to on Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claims, (C) Equity Claims, And (D) Protective Claims (Docket No. 6962); Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7300); and Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19044)

*Responses filed:*           *Hyundai Motor Company's Response To Debtors' Eighth Omnibus Claims Objection (Docket No. 7217)*

                    *Hyundai Motor Company's Response To Debtors' Tenth Omnibus Claims Objection (Docket No. 7651)*

                    *Hyundai's Response To Reorganized Debtors' Thirty-Eighth Omnibus Claims Objection (Docket No. 19151)*

*Replies filed:*             *Debtors' Omnibus Reply In Support Of Debtors' Eighth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims, (B) Claims Duplicative Of Consolidated Trustee Claim, (C) Equity Claims, And (D) Protective Claims (Docket No. 7369)*

                    *Debtors' Omnibus Reply In Support Of Debtors' Tenth Omnibus Objection (Procedural) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate And Amended Claims And (B) Equity Claims (Docket No. 7749)*

                    *Reorganized Debtors' Omnibus Reply In Support Of Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C)*

12

*Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19167)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To (A) Proofs Of Claim Numbers 15584, 15585, 15586, 15587, 15588, And 15595 Filed By Hyundai Motor Company And (B) Proofs Of Claim Numbers 15589, 15590, 15591, 15592, 15593, And 15594 Filed By Hyundai Motor America (Docket No. 19810)*

Related filings:        *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 15584, 15586, 15587, 15588, 15590, 15591, 15592, 15593, 15594, And 15595 (Docket No. 19726)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Proofs Of Claim Numbers 15584, 15585, 15586, 15587, 15588, And 15595*

Status:        *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, Hyundai Motor Company, And Hyundai Motor America Disallowing And Expunging Proofs Of Claim Numbers 15584, 15585, 15586, 15587, 15588, 15589, 15590, 15591, 15592, 15593, 15594, And 15595 (Docket No. 19950).*

## D.   Contested Matters

11.   **"Sufficiency Hearing Regarding Claims of Jose C. Alfaro and Martha Alfaro"** - Sufficiency Hearing Regarding Claims of Jose C. Alfaro and Martha Alfaro as Objected to on Reorganized Debtors' Thirty- Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 18983) and Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims,(VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

| | |
|---|---|
| *Responses filed:* | *Response To The Thirty-Sixth Omnibus Claims Objection To Claims No. 19543 Claimants Jose C. Alfaro And Martha Alfaro (Docket No. 19076)* |
| | *Supplemental Response To The Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim No. 19543 - Claimants: Jose C. Alfaro and Martha Alfaro (Docket No. 20157)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 19099)* |
| | *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)* |
| | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim Number 19543 Filed By Jose C. Alfaro And Martha Alfaro (Docket No. 20004)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 11892, 12147, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, And 19543 (Docket No. 19725)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 19543 Filed By Jose C. Alfaro And Martha Alfaro (Docket No. 19859)* |
| | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Nos. 16898, 17094, 18027, And 19543 (Docket No. 19928)* |
| | *Proof Of Claim Number 19543* |

Status:                    *The hearing with respect to this matter will be proceeding.*

12.    **"Sufficiency Hearing Regarding Claims of Marc Eglin"** - Sufficiency Hearing
Regarding Claims of Marc Eglin as Objected to on Reorganized Debtors'
Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr.
P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B)
Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E)
Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit,
And OPEB Claims, (H) Workers' Compensation Claims, (II) Modify And Allow
Certain Administrative Expense Severance Claims, And (III) Allow Certain
Administrative Expense Severance Claims (Docket No. 19356)

Responses filed:          *Letter By Marc A. Eglin Re: Objection To Forty-Third*
                          *Omnibus Claims Objection, Et Al. (Docket No. 19512)*

Replies filed:            *Reorganized Debtors' Omnibus Reply In Support Of*
                          *Forty-Third Omnibus Objection Pursuant To 11 U.S.C. §*
                          *503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain*
                          *Administrative Expense (A) Severance Claims, (B) Books And*
                          *Records Claims, (C) Duplicate Claims, (D) Equity Interests,*
                          *(E) Prepetition Claims, (F) Insufficiently Documented Claims,*
                          *(G) Pension, Benefit, And OPEB Claims, (H) Workers'*
                          *Compensation Claims, And (I) Transferred Workers'*
                          *Compensation Claims, (II) Modify And Allow Certain*
                          *Administrative Expense Severance Claims, And (III) Allow*
                          *Certain Administrative Expense Severance Claims (Docket*
                          *No. 19574)*

                          *Reorganized Debtors' Supplemental Reply To Response Of*
                          *Claimant To Reorganized Debtors' Objection To Proof Of*
                          *Administrative Expense Claim Number 18027 Filed By Marc*
                          *A. Eglin (Docket No. 20003)*

Related filings:          *Notice Of Sufficiency Hearing With Respect To Reorganized*
                          *Debtors' Objection To Proofs Of Claim Nos. 16898, 17094,*
                          *18027, And 19543 (Docket No. 19928)*

                          *Administrative Expense Claims Number 18027*

Status:                   *This hearing with respect to this matter will be proceeding.*

13.    **"Sufficiency Hearing Regarding Claims of James A. Luecke"** - Sufficiency
Hearing Regarding Claims of James A. Luecke as Objected to on Reorganized
Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And
Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity
Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid

15

Severance Claims,(VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate
Claims (Docket No. 18984) and Reorganized Debtors' Forty-Fifth Omnibus
Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I)
Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And
Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E)
Transferred Workers' Compensation Claims, (II) Modify And Allow Certain
Administrative Expense Severance Claims, And (III) Allow Certain Administrative
Expense Severance Claims (Docket No. 19423)

*Responses filed:*       *James A. Luecke's Response To Thirty-Seventh Omnibus
                          Claims Objection (Docket No. 19007)*

                         *James A. Luecke's Response To Forty-Fifth Omnibus Claims
                         Objection (Docket No. 19707)*

*Replies filed:*         *Debtors' Omnibus Reply In Support Of Thirty-Seventh
                         Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed.
                         R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition
                         Claims, (II) Equity Interests, (III) Books And Records Claims,
                         (IV) Untimely Claims, (V) Paid Severance Claims, (VI)
                         Pension, Benefit, And OPEB Claims, And (VII) Duplicate
                         Claims (Docket No. 19100)*

                         *Reorganized Debtors' Omnibus Reply In Support Of
                         Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. §
                         503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain
                         Administrative Expense (A) Severance Claims, (B) Books And
                         Records Claims, (C) Duplicate Claims, (D) Pension And
                         Benefit Claims, And (E) Transferred Workers' Compensation
                         Claims, (II) Modify And Allow Certain Administrative
                         Expense Severance Claims, And (III) Allow Certain
                         Administrative Expense Severance Claims (Docket No.
                         19698)*

                         *Reorganized Debtors' Supplemental Reply To Responses Of
                         Certain Claimants To Debtors' Objections To Proof Of Claim
                         Number 11375 Filed By Jeffrey A. Miller, Administrative
                         Expense Claim Number 16925 Filed By Stanley D. Smith,
                         Administrative Expense Claim Numbers 17081 And 18049
                         Filed By James A. Luecke, Administrative Expense Claim
                         Number 18087 Filed By Frank X. Budelewski, Administrative
                         Expense Claim Number 18604 Filed By Walter A. Kunka,
                         Administrative Expense Claim Number 20017 Filed By
                         Andrew C. Gregos, And Administrative Expense Claim
                         Number 20054 Filed By Robyn R. Budd (Docket No. 19809)*

*Reorganized Debtors' Supplemental Reply To Responses To Debtors' Objections To Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke (Docket No. 20002)*

Related filings:    *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (A) Salaried Employees And (B) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities (Docket No. 16448)*

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Administrative Expense Claim Numbers 17081 And 18049*

Status:    *This hearing with respect to this matter will be proceeding.*

17

Dated: New York, New York
        May 19, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors