## AFFIDAVIT OF SERVICE

State of New York     )
                      ) ss.:                                    05-44481 (RDD)
County of New York    )


Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York.

On May 19, 2010, I served the within "IUE-CWA Response to Reorganized Debtors' Objection to Substantial Contribution Application", by sending a copy via email and overnight mail to the following:

>Alicia Leonhard, Esq.
>Assistant United States Trustee
>271 Cadman Plaza East, Suite 4529
>Brooklyn, NY 11201
>Alicia.M.Leonhard@usdoj.gov
>
>John W. Butler, Jr., Esq.
>John K. Lyons, Esq.
>Michael W. Perl, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>154 North Wacker Drive
>Chicago, Illinois 60606
>jbulter@skadden.com
>jlyons@skadden.com
>mperl@skadden.com
>
>Kayalan A. Marafioti, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY 10036
>kmarafio@skadden.com

_____
ALEXANDRA MILLER

Sworn to before me this
19th day of May, 2010

_____
Notary Public

JOHN R. HOWARD
NOTARY PUBLIC, STATE OF NEW YORK
LIC. #02HO6205697
NEW YORK COUNTY
COMMISSION EXPIRES MAY 11, 2013