UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI CORPORATION, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Adv. Pro. No. 07-02743 (RDD) |
| vs. | : | |
| | : | |
| M&Q PLASTIC PRODUCTS AND M AND Q PLASTIC PRODUCTS., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY    )
                       ) ss.:
COUNTY OF ATLANTIC     )

JO ANN PETERSON, being sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age, am a resident of Atlantic County, and am an employee of Fox Rothschild LLP, 1301 Atlantic Avenue, Suite 400, Atlantic City, NJ 08401.

2. On May 19, 2010, I served a true and correct copy of the following document:

    (i) OBJECTION OF M&Q PLASTIC PRODUCTS L.P. TO REORGANIZED DEBTORS' MOTION FOR CASE MANAGEMENT ORDER ESTABLISHING PROCEDURES GOVERNING ADVERSARY PROCEEDINGS.

upon the following parties:

AC1 915148v1 05/19/10

Skadden, Arps, Slate , Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Attn: John W. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn Marafioti

Butzel Long, A Professional Corporation
380 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Eric B. Fisher, Esq. and Barry N. Seidel, Esq.

Butzel Long, A Professional Corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
Attn: Cynthia J. Haffey, Esq.

by enclosing a true copy of same in a first-class post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of Jersey.

/s/ Jo Ann Peterson
Jo Ann Peterson

Sworn to before me this
19th day of May, 2010

/s/ Beth A. Battistini
Beth A. Battistini
Notary Public, State of New Jersey
No. 2173003
Qualified in Atlantic County
My Commission Expires March 9, 2015