STUTMAN, TREISTER & GLATT P.C.    **Hearing: June 30, 2010 at 10:00 a.m. (ET)**
Attorneys for CR Intrinsic Investors, LLC
and Elliott Associates, L.P.
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Tel:  (310) 228-5600
Isaac M. Pachulski
Jeffrey H. Davidson
Eric D. Goldberg
Christine M. Pajak

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
In re:                    |   Chapter 11
                          |
DPH HOLDINGS CORP., et al.,     |   Case No. 05-44481 (RDD)
                          |
          Reorganized Debtors.    |   Jointly Administered
                          |
------------------------------------------------------ X

**REPLY BY CERTAIN SENIOR NOTEHOLDERS TO THE OBJECTION AND**
**RESPONSE FILED TO THE APPLICATION PURSUANT TO SECTIONS 503(b)(3)**
**AND (4) OF THE BANKRUPTCY CODE FOR ALLOWANCE AND REIMBURSEMENT**
**OF REASONABLE COMPENSATION AND ACTUAL, NECESSARY EXPENSES IN**
<u>**MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES**</u>

        CR Intrinsic Investors, LLC ("**CR Intrinsic**") and Elliott Associates, L.P.

("**Elliott**") (and/or certain funds managed thereby) (together, the "**Applicants**"), who

were holders of certain senior notes issued by Delphi Corporation (the "**Senior Notes**")

during the period of time covered by that certain Application for reimbursement of

professional fees and expenses [Docket No. 19115] (the "**Application**")[1], hereby file

this reply (the "**Reply**") to the objection raised by the United States Trustee (the "**UST**")

[Docket No. 19860] (the "**UST Objection**") and the response filed by the Reorganized

---

[1]   Terms not otherwise defined herein shall have the same meanings ascribed to them
in the Application.

Debtors [Docket No. 20064] (the "**Reorganized Debtors' Response**" and together with

the UST Objection, the "**Fee Objections**") and respectfully state as follows[2]:

## I.
## INTRODUCTION

1.      As recognized by the Debtors at the time of the hearing on the

"Motion for Order Authorizing Amendment to Arrangement with General Motors

Corporation Approved Pursuant to Second DIP Extension Order" (Docket No. 14031)

(the "**GM Motion**") and the Debtors' "Expedited Motion for Order Authorizing Debtors to

Implement Amended and Restated Global Settlement Agreement and Master

Restructuring Agreement With General Motors Corporation" (Docket No. 14164) (the

"**GSA and MRA Amendment Motion**," and together with the GM Motion, the

"**Motions**"), CR Intrinsic and Highland Capital Management, L.P. (and/or certain funds

managed thereby) ("**Highland**")[3] made a substantial contribution to these cases on

behalf of all unsecured creditors.

---

[2]    The Applicants reserve their right to supplement this Reply in accordance with their agreement with the UST that any reply to the UST Objection would not be due until June 23, 2010 – a week prior to the adjourned hearing, more than six days in advance of any reply deadline required under the Case Management Orders entered in this case. *See*, *e.g.*, Supplemental Order under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(M), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures [Docket No. 2883], ¶ 14.  Despite the fact that the Reorganized Debtors did not formally object to the Application, their counsel would not enter into any Scheduling Order to adjourn the hearing on the Application unless replies were required to be filed on May 20, 2010 – more than a month prior to the adjourned hearing date.  In an abundance of caution, the Applicants hereby file this Reply to preserve their rights.

[3]    While the Objections were ultimately filed on behalf of CR Intrinsic and Highland, Elliott participated in the negotiation and subsequent settlement of the Objections. CR Intrinsic, Highland, and Elliott, collectively, are referred herein as the "**Senior Noteholders**".  Because Highland elected not to join in the Application, only CR Intrinsic and Elliott are seeking reimbursement under the Application.

2.    The persistent, tireless prosecution of the Objections to the Motions by the Senior Noteholders resulted in better treatment for all unsecured creditors.

3.    In recognition of the benefit provided to the Debtors' estates, and in consideration of the withdrawal of the Objections by the Senior Noteholders, the Creditors Committee and the Debtors, through their primary bankruptcy counsel and CRO/CFO, specifically agreed at the hearing on the Motions not to oppose a substantial contribution request for the reasonable fees incurred by counsel in their representation of the Senior Noteholders and prosecution of the Objections through the date of the hearing on the Motions.  These underlying facts are not disputed by the Reorganized Debtors or the UST.

4.    While paying lip service to their prior agreement not to oppose any reasonable substantial contribution request made by the Applicants, the Reorganized Debtors disingenuously suggest that they have somehow preserved a right to object to the Application based on the "totality of the circumstances" and seek Court permission to jettison their prior agreement.  *See* Reorganized Debtors' Response, ¶7.  This is nothing more than a thinly veiled attempt to retrade a deal made with the Senior Noteholders — hardly the kind of conduct that will encourage the consensual resolution of disputes or confidence in the willingness of debtors to keep their word.

5.    The Reorganized Debtors argue that this Court should consider the Application "applying a backward-looking standard," suggesting that now is the appropriate vantage point to consider the contribution that the Senior Noteholders made to these cases.  *See* Reorganized Debtors' Response, fn. 2.  In fact, the Debtors already had the benefit of hindsight at the time they struck the deal with the Senior Noteholders, being well aware that the Senior Noteholders' efforts had forced the Debtors to make a better deal with GM that resulted in securing more value for the Debtors' unsecured creditors.  There is of course a certain irony here — Debtors' counsel has been fully compensated for their efforts in attempting to obtain Court

approval for a *worse* deal and for resisting the Senior Noteholders' Objections and
attempt to obtain a better deal for the estates; and, now, the Debtors seek to disregard
their agreement that the Senior Noteholders' successful efforts to improve the deal
resulted in a substantial contribution. Moreover, the Reorganized Debtors have cited no
authority for the proposition that a previously recognized substantial contribution claim
based on successful efforts to obtain a better deal for the estate should be denied by
this Court based on the impact of subsequent and supervening economic
circumstances.[4] It is without question that, at the time of settling their Objections with
the Debtors, the Senior Noteholders had already provided a direct, significant and
demonstrable benefit to the Debtors' estates, as acknowledged at the time by both the
Debtors and the Creditors Committee. The benefit was simple and straightforward — a
deal that was substantially better than the one the Debtors had offered to the Court.

          6.          Even applying the hindsight analysis urged by the Reorganized
Debtors, it is clear that the Senior Noteholders' efforts provided value to the estates.
Those efforts helped in a variety of ways, including by maximizing negotiation leverage,
to further and preserve an arrangement whereby GM, among other things, injected
substantial amounts of liquidity into the Debtors. Without this source of liquidity, the
Debtors would have been forced to liquidate, leaving creditors with little or no value. By

---

[4]    The cases cited by the Reorganized Debtors are inapposite and do not consider a
       situation in which the parties sought to disallow a substantial contribution claim that
       they had previously recognized. *See, e.g.,* I*re Granite Partners, L.P.*, 213 B.R. 440,
       447 (Bankr. S.D.N.Y. 1997) (parties disputing whether the applicants had made any
       substantial contribution to the case as a matter of first impression); *In re Bayou
       Group, LLC*, 2010 Bankr. LEXIS 1228 (Bankr. S.D.N.Y. Apr. 5, 2010) (considering
       whether it is appropriate to award a substantial contribution claim to an unofficial
       creditors committee for its pre-petition efforts as a matter of first impression). In fact,
       the Applicants have found no decision that considered the merits of a substantial
       contribution claim by a creditor who provided a tangible benefit to the estate where
       that benefit later turned out to be of lesser value due to an unforeseen economic
       recession.

being instrumental in preserving the Debtors' going concern value, the Senior

Noteholders substantially contributed to the contingent value that the unsecured

creditors ultimately received in these cases.  Although intervening unfavorable

economic circumstances may have made certain terms of the original settlement that

had been negotiated by the Senior Noteholders less valuable, that does nothing to

diminish the contribution that the Senior Noteholders made to the overall case and to

the contingent value that unsecured creditors received under the Modified Plan, towards

which the funding received from GM in connection with the deal struck during the third

quarter of 2008 constituted a vital bridge.[5]

       7.     Likewise, the UST seeks to reframe the history of past events

without giving due recognition to the efforts of the Senior Noteholders that ultimately

helped produce the consensual resolution of the Motions.  Contrary to the assertions

made by the UST, the settlement that ultimately benefitted unsecured creditors was not

simply the product of negotiations among many parties.  The Senior Noteholders had

pursued their own unique litigation strategy that provided the additional leverage

necessary to secure the best settlement possible for unsecured creditors.  For example,

only the Senior Noteholders sought the appointment of an Examiner to investigate the

generous releases that the Debtors had proposed be given to the Debtors' insider, GM.

*See* GM Motion Objection [Docket No. 14028].  As a consequence, the Senior

Noteholders, not the Creditors Committee or any other party, had the sole authority to

compromise the GM Motion Objection.  In addition, the Senior Noteholders actively

participated in the expedited discovery leading up to the hearing on the Motions.  The

---

[5]    Under the Modified Plan, holders of general unsecured claims retained the right to
receive distributions in accordance with the Company Buyer Operating Agreement,
as described in section 3.2.3 of the Master Disposition Agreement.  *See* Modified
Plan, §5.3.  The value of these rights is substantial – based on current securities
trading levels in institutional markets, the future distributable value to unsecured
creditors is anticipated to equal or approach $300 million.

fact that the Creditors Committee also participated in this litigation does not render the distinct efforts undertaken by the Senior Noteholders on behalf of all unsecured creditors any less significant or unworthy of reimbursement by the Debtors' estates.

8.      These efforts by the Senior Noteholders, as well as their unwillingness to accept the first offer presented by the Debtors and Creditors Committee, combined to extract the best terms possible for the Debtors' estate in obtaining additional financing by GM.  At the time the settlement was reached, the estates' own representatives – including the Debtors' CRO, lead bankruptcy counsel, and the Creditors Committee – recognized the importance of the Senior Noteholders' participation in the litigation and settlement of these Motions by agreeing not to object to any reasonable substantial contribution motion filed by the Senior Noteholders.  There is simply no better ringing endorsement of the substantial contribution made by the Senior Noteholders.

9.      The UST also draws into question whether the settlement reached resulted in any benefit to the Debtors' estates.  As noted above, the Debtors' reorganization would have been impossible absent the further liquidity provided by GM. The consensual resolution of the Senior Noteholders' Objections to the Motions made that financing possible and secured better terms for the Debtors' unsecured creditors. Although certain aspects of this negotiated settlement may have been rendered less valuable due to changes made in the Debtors' Modified Plan, the estates benefited from the Debtors' ability to reorganize and to preserve contingent value for unsecured creditors.  The settlement of the Motions, which in turn was dependent on garnering the consent of the Senior Noteholders, laid the necessary foundation for the resolution of these cases.

10.      Finally, the UST asserts that the fees requested by the Senior Noteholders are not reasonable because they contain entries for matters beyond the scope of the objections to the Motions.  *See* UST Objection, p. 10.  The Senior

Noteholders' active participation in these cases and interaction with the Debtors, the Creditors Committee and other key parties in interest leading up to the filing of the Debtors' Motions provided the context necessary to prosecute the Senior Noteholders' Objections to the Motions.  These are complicated cases, and it would have been unrealistic for any party to participate meaningfully in these cases unless they had already played a significant role in the overall case.  Once again, the Debtors and Creditors Committee recognized this need by agreeing that the Senior Noteholders would be entitled to a reasonable substantial contribution claim that was calculated from the beginning of their involvement in these cases through the date of settlement.

11.    Notwithstanding that agreement and the nexus between the Senior Noteholders' earlier involvement and the benefit they imparted to the estate, if the Court were to conclude that the Senior Noteholders' claim for substantial contribution should be limited to the prosecution of their Objections to the Motions, the Senior Noteholders hereby seek reimbursement of the fees for professional services rendered by Stutman and expenses incurred during the period between the date of the filing of the Motions by the Debtors (August 6, 2008) through the date of the settlement of the Senior Noteholders' Objections to those Motions (September 25, 2008).  For the professional services rendered by Stutman for the Senior Noteholders during such period, the aggregate amount billed to the Senior Noteholders is $335,997.00, of which the Applicants seek reimbursement for their respective proportionate share in the total amount of $194,026.76.  In addition, the actual, necessary expenses incurred by Stutman on behalf of the Senior Noteholders during such period is $22,468.78, of which the Applicants seek reimbursement for their respective proportionate share in the total amount of $12,975.72.  A redacted copy of the detailed time entries for this time period is attached hereto as Exhibit "B".[6]

---

[6]    The UST also complains that the detailed time entries provided by the Senior Noteholders are too vague because they have been redacted.  Contrary to the UST's assertions, the redacted time entries still provide sufficient descriptions of the

**WHEREFORE,** the Applicants respectfully request that the Court overrule the UST Objection and the Reorganized Debtors' Response and enter an order substantially in the form as Exhibit E attached to the Application:

(i)     allowing reimbursement of reasonable compensation in the amount of $268,501.98, for the proportionate share paid by the Applicants to Stutman for services rendered during the period from June 4, 2008 through and including September 25, 2008, that substantially contributed to these chapter 11 cases and allowing reimbursement in the amount of $15,823.42, for the proportionate share paid by the Applicants to Stutman for expenses incurred in connection with the above-referenced professional services;

(ii)     in the alternative, allowing reimbursement of reasonable compensation in the amount of $194,026.76, for the proportionate share paid by the Applicants to Stutman for services rendered during the period from August 6, 2008 through and including September 25, 2008, that substantially contributed to these chapter 11 cases and allowing reimbursement in the amount of $12,975.72, for the proportionate share paid by the Applicants to Stutman for expenses incurred in connection with the above-referenced professional services

(iii)     authorizing and directing the Debtors to pay the foregoing amounts; and

(iv)     granting the Applicants such other and further relief as is just.

---

services provided by the Stutman professionals.  Parties should not have to waive their attorney-client privileges to be compensated by the estates.  Moreover, as this Court has recognized there is a relaxed standard in considering time records submitted in connection with a substantial contribution motion due to the fact that "the professional may not know that he or she will be submitting a fee and expense request." *In re Bayou Group, LLC*, 2010 Bankr. LEXIS 1228, *41 (Bankr. S.D.N.Y. Apr. 5, 2010).

Dated:      May 19, 2010
            Los Angeles, California

STUTMAN, TREISTER & GLATT P.C.

By:      _____/s/ Eric D. Goldberg_____
         Isaac M. Pachulski
         Jeffrey H. Davidson
         Eric D. Goldberg
         Christine M. Pajak
         1901 Avenue of the Stars, 12th Floor
         Los Angeles, California 90067
         Tel:  (310) 228-5600

**Exhibit A**

STUTMAN, TREISTER & GLATT P.C.
Attorneys for CR Intrinsic Investors, LLC, and
Elliott Associates, L.P.
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Tel: (310) 228-5600
Isaac M. Pachulski
Jeffrey H. Davidson
Eric D. Goldberg
Christine M. Pajak


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
In re:                                                  |    Chapter 11
                                                        |
DPH HOLDINGS CORP., et al.,                             |    Case No. 05-44481 (RDD)
                                                        |
                    Reorganized Debtors.                |    Jointly Administered
                                                        |
                                                        X
-------------------------------------------------------

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR**
**PROFESSIONALS IN RESPECT OF APPLICATION OF CERTAIN SENIOR**
**NOTEHOLDERS PURSUANT TO SECTIONS 503(b)(3) AND (4) OF THE**
**BANKRUPTCY CODE FOR ALLOWANCE AND REIMBURSEMENT OF**
**REASONABLE COMPENSATION AND ACTUAL, NECESSARY EXPENSES IN**
**MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES**

I, Eric D. Goldberg, hereby certify and declare that:

1.      I am a shareholder with the law firm Stutman, Treister & Glatt P.C. ("**Stutman**"), with responsibility for representing CR Intrinsic Investors, LLC and Elliott Associates, L.P. (and/or certain funds managed thereby) ("**Applicants**") in the above-captioned chapter 11 cases. I am submitting this Certification in respect of compliance with Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Local Rules of Bankruptcy Procedure (the "**Local Rules**"), the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June 20, 1991 (the "**Local Guidelines**"), the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "**Amended Local Guidelines**"), the Second Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on June 20, 2003 (the "**Second Amended Local Guidelines**"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 adopted on January 30, 1996 (the "**UST Guidelines**"), the order confirming the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, dated January 25, 2008 (the "**Confirmed Plan**") filed in the Chapter 11 Cases of Delphi Corporation and certain of its subsidiaries and affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**"), and the order (the "**Modification Approval Order**") approving certain modifications to the Confirmed Plan embodied in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified) (the "**Modified Plan**," collectively with the Confirmed Plan, Bankruptcy Rules, the Local Rules, the Local Guidelines, the Local Amended Guidelines, Second Amended Local Guidelines, and the UST Guidelines, the "**Guidelines**").

2.        In accordance with the Guidelines, this Certification is made in respect of the Applicants' Reply, dated May 19, 2010 (the "**Reply**"), seeking, in the alternative, in the event that the Court does not approve the fees and expenses requested in the Application, the allowance and reimbursement of amounts paid by the Applicants for professional services rendered and actual and necessary expenses incurred by Stutman, during the period between the date of the filing of the Motions by the Debtors (August 6, 2008) through the date of the settlement of the Senior Noteholders' Objections to those Motions (September 25, 2008), in connection with the Debtors' chapter 11 cases.

3.        In respect of Section A.1 of the Local Guidelines, I certify that:

a.        I have read the Application;

b.        to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

c.        the fees and disbursements for which reimbursement is sought are at rates in accordance with practices customarily employed by Stutman and generally accepted by their clients; and

d.        in providing a reimbursable service, Stutman does not make a profit on that service, whether the service is performed in-house or through a third party.

4.      In respect of Section A.3 of the Local Guidelines, I certify that the Debtors, counsel for Creditors' Committee, and the United States Trustee for the Southern District of New York are each being provided with a copy of the Application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 19, 2010, at Los Angeles, California.


STUTMAN, TREISTER & GLATT P.C.


By:      /s/ Eric D. Goldberg
            Eric D. Goldberg

**Exhibit B**
(Redacted Time Entries)

**06109-0001: Delphi**

**TIME DETAIL**

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/06/08 | Isaac M. Pachulski | Review memos re NDA issues. | 0.3 | 247.50 |
| 08/06/08 | Isaac M. Pachulski | Review, respond e-mails. | 0.3 | 247.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ████ re NDA negotiations | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Conference call with ███████ ██████ re NDA negotiations; conference call with ████████ re same | 1.2 | 870.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from █████ ████ re NDA negotiations | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Revise response to ███████ | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re response to ████ | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ████ re NDA negotiations | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re revisions to response to ███ | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re exclusivity waiver; prepare correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re response to ███ correspondence from ████████ re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re NDA negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from █████ re response to █████ prepare correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze response to ████████ | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Prepare notice of appearance & pro hac vice application; correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze bondholdings spreadsheet | 0.1 | 72.50 |
| 08/06/08 | Jeffrey H. Davidson | Prepare correspondence to ████████ re NDA negotiations; analyze correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Telephone conference with ████████ re NDA negotiations; conference call with ████ and ████ re same; conference call with ████ and ████ re same | 1.7 | 1,232.50 |
| 08/06/08 | Jeffrey H. Davidson | Telephone conference with ████ re status & plan process | 0.3 | 217.50 |
| 08/06/08 | Jeffrey H. Davidson | Telephone conference with ████ re strategy, re plan issues & re GM negotiations | 1.6 | 1,160.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/06/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re strategy; analyze correspondence re same | 0.2 | 145.00 |
| 08/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re discussions with committee & strategy; prepare correspondence to ███ re same | 0.2 | 145.00 |
| 08/06/08 | Kendra A. Johnson | Review docket re orders and motions filed re DIP financing | 1.0 | 200.00 |
| 08/07/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.2 | 165.00 |
| 08/07/08 | Isaac M. Pachulski | Review, respond multiple e-mails; review draft guaranty; prepare memo re issues re same. | 0.7 | 577.50 |
| 08/07/08 | Isaac M. Pachulski | Review memo re exclusivity issues. | 0.2 | 165.00 |
| 08/07/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re NDA negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re GM Financing proposal; analyze article re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re GM Financing & re DIP financing; prepare correspondence to Kendra A. Johnson re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ & excerpts from GM 10-Q; prepare correspondence re same; correspondence from ███ re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/07/08 | Kendra A. Johnson | Analyze correspondence from Jeffrey H. Davidson re GM financing for Delphi | 0.3 | 60.00 |
| 08/07/08 | Kendra A. Johnson | Research Docket re GM Financing for Delphi | 0.3 | 60.00 |
| 08/08/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.3 | 247.50 |
| 08/08/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re GM Motion, strategy; review multiple e-mails. | 0.6 | 495.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/08/08 | Isaac M. Pachulski | Conference call clients, Jeffrey H. Davidson. | 1.6 | 1,320.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re strategy & noteholder call; correspondence from ██████ re same; prepare correspondence to clients re same; prepare correspondence to Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ & report re GM Financing; prepare correspondence re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ to ██████ re NDA meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Prepare memo re developments & strategy & correspondence to Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re noteholder call; correspondence from ██████ re same; prepare correspondence re same | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re indenture trustee | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ counsel for IT; prepare correspondence to ██████ re same; analyze correspondence from ██████ re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re strategy | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy & re GM loans; prepare correspondence re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re strategy | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Telephone conference with ██████ re strategy | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re noteholder call; correspondence from ██████ re same | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ & report on GM 10-Q | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Prepare correspondence to clients re noteholder call; analyze correspondence from ██████ re same | 0.1 | 72.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze Delphi's motion to amend GM advance arrangement (preliminary review) | 0.4 | 290.00 |
| 08/08/08 | Jeffrey H. Davidson | Telephone conference with ██████ re status & strategy | 0.5 | 362.50 |
| 08/08/08 | Jeffrey H. Davidson | Conference call with noteholders re GM arrangement amendment & re strategy | 1.6 | 1,160.00 |
| 08/08/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC claims & liens & related issues | 0.3 | 217.50 |
| 08/08/08 | Jeffrey H. Davidson | Confer with Isaac M. Pachulski re objection to motion to amend GM amendment; correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/08/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re possible objection to amended GM arrangement; prepare correspondence to ████ same; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Prepare correspondence to ████ re motion to amend/expand GM arrangement; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/08/08 | Jeffrey H. Davidson | Prepare correspondence to clients re objection & litigation | 0.3 | 217.50 |
| 08/08/08 | Jeffrey H. Davidson | Analyze financial data | 0.2 | 145.00 |
| 08/08/08 | Mark S. Wallace | Confer with Jeffrey H. Davidson re PBGC claims and liens. | 0.2 | 125.00 |
| 08/09/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 08/09/08 | Isaac M. Pachulski | Review memos. | 0.2 | 165.00 |
| 08/09/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re objection to motion to amend GM arrangement | 0.1 | 72.50 |
| 08/09/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re hearing on objection to GM amendment; analyze correspondence re same | 0.2 | 145.00 |
| 08/09/08 | Jeffrey H. Davidson | Correspondence re PHVs and notice of appearance; correspondence re local rules | 0.3 | 217.50 |
| 08/09/08 | Jeffrey H. Davidson | Analyze financial information | 0.2 | 145.00 |
| 08/09/08 | Jeffrey H. Davidson | Prepare correspondence to Kendra A. Johnson re court filings; analyze correspondence re same | 0.1 | 72.50 |
| 08/09/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re NDA negotiations; correspondence from ████ re same; prepare correspondence to ████ re same | 0.2 | 145.00 |
| 08/09/08 | Jeffrey H. Davidson | Prepare correspondence to clients re NDA negotiations & meeting with Delphi | 0.2 | 145.00 |
| 08/09/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re NDA negotiations & meeting; correspondence from ████ re same | 0.1 | 72.50 |
| 08/09/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; prepare correspondence to ████ re same | 0.2 | 145.00 |
| 08/10/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re PHV's & notice of appearance; prepare correspondence re same | 0.2 | 145.00 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re motion to amend GM arrangement; prepare correspondence to clients re same | 0.1 | 72.50 |
| 08/10/08 | Jeffrey H. Davidson | Prepare correspondence to clients re NDA negotiations | 0.2 | 145.00 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/10/08 | Jeffrey H. Davidson | Prepare correspondence to Highland Capital re objection to GM amendment | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e meeting with Delphi/Skadden; prepare correspondence re same; correspondence from ████ e call with | 0.2 | 145.00 |
| 08/10/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re meeting with Delphi | 0.1 | 72.50 |
| 08/10/08 | Kendra A. Johnson | Finalize and electronically file Pro Hac Vice Motions for Isaac M. Pachulski and Jeffrey H. Davidson and Notice of Appearance | 1.3 | 260.00 |
| 08/10/08 | Kendra A. Johnson | Prepare correspondence to Judge Robert Drain re entry of orders approving pro hac vice applications for Isaac M. Pachulski and Jeffrey H. Davidson | 0.4 | 80.00 |
| 08/11/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.3 | 247.50 |
| 08/11/08 | Isaac M. Pachulski | Review correspondence. | 0.1 | 82.50 |
| 08/11/08 | Isaac M. Pachulski | Review memos re financial results. | 0.2 | 165.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e motion to amend GM arrangement; prepare correspondence to clients re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e NDA negotiations & meeting; prepare correspondence re same; correspondence from ████ e same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze financial report on Delphi 2Q results | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e Cap Re call; correspondence from ████ e same; correspondence from ████ re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e NDA negotiations & meeting ; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e NDA negotiations & meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e NDA negotiations & meeting; prepare correspondence to ████ re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Prepare correspondence to ████ re motion to amend GM arrangement | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e strategy & Delphi negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Prepare correspondence to ████ re Delphi meeting; analyze correspondence re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e Delphi negotiations; analyze correspondence from ████ e same; prepare correspondence to ████ e same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██████ e objection to GM amendment; prepare correspondence re same; telephone conference re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████ ██e Delphi negotiations; prepare correspondence to ████████ e same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Telephone conference with ████████ e objection to GM amendment; prepare correspondence re same | 0.2 | 145.00 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ █e Delphi negotiations; prepare correspondence re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Prepare correspondence to ██████████ re motion to amend GM arrangement | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re Delphi meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ e Delphi meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Prepare response to ██████ prepare correspondence to clients re same; analyze correspondence from ████████ e same; correspondence from ██████ e same | 0.3 | 217.50 |
| 08/11/08 | Jeffrey H. Davidson | Prepare correspondence to ████████ e objection to amendment of GM arrangement | 0.1 | 72.50 |
| 08/11/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ ████e NDA negotiations; correspondence from ████████e same | 0.1 | 72.50 |
| 08/11/08 | Mark S. Wallace | Research re unfunded benefits liability and re liability of members of controlled group. | 3.3 | 2,062.50 |
| 08/12/08 | Christine M. Pajak | Confer with Jeffrey H. Davidson and Eric D. Goldberg re background and issues for Objection to GM Financing Amendment | 1.0 | 420.00 |
| 08/12/08 | Christine M. Pajak | Analyze and research Delphi documents for Objection to GM Financing Amendment | 4.0 | 1,680.00 |
| 08/12/08 | Eric D. Goldberg | Attend meeting with Christine M. Pajak and Jeffrey H. Davidson re GM motion and response | 1.0 | 615.00 |
| 08/12/08 | Eric D. Goldberg | Analyze docs. and pleadings re GM motion | 3.1 | 1,906.50 |
| 08/12/08 | Isaac M. Pachulski | Conference office attorneys re strategy, pending motion & objection. | 1.0 | 825.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ ██e Delphi meeting; correspondence from ████████e same; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Prepare correspondence to ██████ re Delphi meeting & NDA negotiations; correspondence from ████████e same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re objection to amendment to GM arrangement | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/12/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg & Christine M. Pajak re objection to Delphi motion to amend GM arrangement; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ e Delphi/Skadden meeting; prepare correspondence re same | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Telephone conference with ██████ re objection to GM amendment & NDA meeting | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objection to amendment to GM arrangement; prepare correspondence re same | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Conference call with ██████ & clients re Delphi motion to amend GM arrangement & related matters | 1.1 | 797.50 |
| 08/12/08 | Jeffrey H. Davidson | Prepare correspondence to clients re strategy; analyze correspondence from ████████ e same; correspondence from ████████ e same; correspondence from ████████ e same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e Delphi meeting; prepare correspondence re same | 0.2 | 145.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e objection to amendment of GM arrangement | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re strategy | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Attend meeting with Eric D. Goldberg & Christine M. Pajak re objection to amendment to GM arrangement | 1.0 | 725.00 |
| 08/12/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ e strategy | 0.1 | 72.50 |
| 08/12/08 | Jeffrey H. Davidson | Telephone conference with ████████ re strategy | 1.9 | 1,377.50 |
| 08/12/08 | Jeffrey H. Davidson | Prepare objection to Delphi motion to amend GM arrangement; analyze documents re same | 2.4 | 1,740.00 |
| 08/12/08 | Kendra A. Johnson | Confer with Eric D. Goldberg re preparation of Pro Hac Vice Applications for Christine M. Pajak and Eric D. Goldberg | 0.1 | 20.00 |
| 08/12/08 | Kendra A. Johnson | Retrieve GM financing pleadings; distribute same to Eric D. Goldberg and Christine M. Pajak | 0.3 | 60.00 |
| 08/12/08 | Mark S. Wallace | Research re foreign entities and controlled group rules. | 1.7 | 1,062.50 |
| 08/12/08 | Mark S. Wallace | Telephone conference with Jeffrey H. Davidson re PBGC claims. | 0.1 | 62.50 |
| 08/13/08 | Christine M. Pajak | Research documents | 2.0 | 840.00 |
| 08/13/08 | Christine M. Pajak | Conference call with client and Eric D. Goldberg re response to motion and follow up with Eric D. Goldberg re the same | 1.5 | 630.00 |
| 08/13/08 | Eric D. Goldberg | Email re GM motion | 0.5 | 307.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/13/08 | Eric D. Goldberg | Telephone conference with clients re brief and financials | 1.1 | 676.50 |
| 08/13/08 | Eric D. Goldberg | Review docs. and filings to prepare opp. brief re GM motion | 4.5 | 2,767.50 |
| 08/13/08 | Isaac M. Pachulski | Review/respond memo. | 0.2 | 165.00 |
| 08/13/08 | Isaac M. Pachulski | Review multiple e-mails; telephone conference Jeffrey H. Davidson. | 0.4 | 330.00 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg re hearing on Delphi motion to amend GM arrangement; analyze correspondence re same | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re factual insert for objection to amendment of GM arrangement | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re factual insert for objection; prepare correspondence re same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re factual analysis for objection; correspondence from ▮▮▮▮ e same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze documents re objection to GM amendment | 1.8 | 1,305.00 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re Delphi/Skadden meeting | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re GM issues & strategy; prepare correspondence to ▮▮▮▮ e same | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ e financial data | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ e strategy | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re objection strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Prepare for meeting with Delphi; review documents re same | 0.7 | 507.50 |
| 08/13/08 | Jeffrey H. Davidson | Confer with Eric D. Goldberg re objection to GM amendment & factual issues | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC claims & liens | 0.2 | 145.00 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to clients | 0.3 | 217.50 |
| 08/13/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re DIP; correspondence from ▮▮▮▮ e same | 0.1 | 72.50 |
| 08/13/08 | Jeffrey H. Davidson | Prepare objection | 1.3 | 942.50 |
| 08/13/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ e Delphi meeting; correspondence from ▮▮▮▮ e same | 0.1 | 72.50 |
| 08/13/08 | Kendra A. Johnson | Prepare pleading re pro hac vice applications and orders for Christine M. Pajak and Eric D. Goldberg | 0.5 | 100.00 |
| 08/13/08 | Kendra A. Johnson | Prepare correspondence to Judge Robert Drain re pro hac vice applications and orders for Christine M. Pajak and Eric D. Goldberg | 0.3 | 60.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/13/08 | Kendra A. Johnson | Analyze correspondence from Eric D. Goldberg re notice of pleadings filed in Delphi proceedings; respond to same | 0.1 | 20.00 |
| 08/13/08 | Mark S. Wallace | Research re priority status of pension related claim & re PBGC Liens. | 2.6 | 1,625.00 |
| 08/14/08 | Christine M. Pajak | Research documents re Delphi | 0.7 | 294.00 |
| 08/14/08 | Christine M. Pajak | Analyze and summarize Delphi documents re facts | 1.5 | 630.00 |
| 08/14/08 | Christine M. Pajak | Prepare correspondence to Isaac M. Pachulski and Jeffrey H. Davidson re 2019 statement | 0.1 | 42.00 |
| 08/14/08 | Christine M. Pajak | Analyze memo re Jeffrey H. Davidson re multiple holdings by client | 0.1 | 42.00 |
| 08/14/08 | Christine M. Pajak | Research and prepare arguments for opposition | 1.0 | 420.00 |
| 08/14/08 | Christine M. Pajak | Conference call with Eric D. Goldberg and ████████e objection | 0.2 | 84.00 |
| 08/14/08 | Eric D. Goldberg | Review docs. and prep. opp. re GM motion | 4.9 | 3,013.50 |
| 08/14/08 | Eric D. Goldberg | Telephone conference with ██████e GM funding | 0.1 | 61.50 |
| 08/14/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████e DIP; prepare correspondence re same | 0.2 | 145.00 |
| 08/14/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████e Delphi meeting | 0.1 | 72.50 |
| 08/14/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████e NDA negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/14/08 | Jeffrey H. Davidson | Analyze Skadden summary of issues re NDA; analyze latest ST&G & Skadden drafts of NDA; prepare for meeting with Delphi & Skadden; review documents & pleadings re background of Delphi chapter 11 cases; travel to NYC for meeting with Delphi/Skadden; read and respond to several e-mails | 9.8 | 7,105.00 |
| 08/14/08 | Kendra A. Johnson | Retrieve transcripts filed in Delphi proceedings | 0.3 | 60.00 |
| 08/14/08 | Mark S. Wallace | Research re section 507(a)(5) priority classification. | 1.4 | 875.00 |
| 08/15/08 | Christine M. Pajak | Prepare objection to GM amendment motion | 3.5 | 1,470.00 |
| 08/15/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re objection to GM amendment motion | 0.2 | 84.00 |
| 08/15/08 | Christine M. Pajak | Confer with Eric D. Goldberg re GM amendment motion | 0.3 | 126.00 |
| 08/15/08 | Eric D. Goldberg | Prepare outline and draft of opp. to GM Motion | 8.4 | 5,166.00 |
| 08/15/08 | Isaac M. Pachulski | Review outline of objection to GM financing; draft comments. | 0.7 | 577.50 |
| 08/15/08 | Isaac M. Pachulski | Work on memo re GM Opposition; work on matters re Opposition to GM Motion; review e-mails. | 0.5 | 412.50 |
| 08/15/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████e pension obligations | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/15/08 | Jeffrey H. Davidson | Confer with clients re strategy & preparations for meeting with Delphi/Skadden; attend meeting with Delphi/Skadden re NDA & related matters; confer with clients re same; telephone conferences with clients re same; return travel from NYC; review several e-mails; analyze Delphi SEC filings | 12.3 | 8,917.50 |
| 08/15/08 | Jeffrey H. Davidson | Telephone conference with ▇▇▇▇ motoin to amend GM arrangement | 0.1 | 72.50 |
| 08/15/08 | Jeffrey H. Davidson | Analyze notice lists; prepare correspondence re same | 0.1 | 72.50 |
| 08/15/08 | Mark S. Wallace | Analyze documents re PBGC action re defined benefit plan. | 0.3 | 187.50 |
| 08/15/08 | Mark S. Wallace | Analyze final trading order restructure. | 0.7 | 437.50 |
| 08/15/08 | Mark S. Wallace | Telephone conference with ▇▇▇▇▇ re final trading order (vm). | 0.1 | 62.50 |
| 08/16/08 | Christine M. Pajak | Research and draft opposition to GM arrangement amendment motion | 4.5 | 1,890.00 |
| 08/16/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re indenture trustee's comments on GM amendment motion | 0.1 | 42.00 |
| 08/16/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re update on meeting with Delphi's representatives | 0.1 | 42.00 |
| 08/16/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re comments on brief | 0.2 | 84.00 |
| 08/16/08 | Eric D. Goldberg | Email re GM brief | 0.8 | 492.00 |
| 08/16/08 | Eric D. Goldberg | Review and revise draft opp. to GM brief | 0.7 | 430.50 |
| 08/16/08 | Jeffrey H. Davidson | Prepare correspondence to ▇▇▇▇▇▇▇ re strategy | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski, Eric D. Goldberg, & Christine M. Pajak re IT position on motion to amend GM arrangement | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇▇ re strategy call; correspondence from ▇▇▇▇▇▇ same; prepare correspondence re same | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Telephone conference with ▇▇▇▇ motion to amend GM | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Prepare correspondence to clients re IT position on GM motion & other matters | 0.2 | 145.00 |
| 08/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇▇ re IT position on GM; prepare correspondence re same; correspondence from ▇▇▇▇▇ noteholder call | 0.2 | 145.00 |
| 08/16/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇▇ GM motion; prepare correspondence re same | 0.1 | 72.50 |
| 08/16/08 | Jeffrey H. Davidson | Analyze memo re objection to GM amendment | 0.2 | 145.00 |
| 08/16/08 | Jeffrey H. Davidson | Analyze memo re PBGC claims & correspondence from Mark S. Wallace re same | 0.3 | 217.50 |
| 08/17/08 | Christine M. Pajak | Revise objection to GM amendment motion | 2.0 | 840.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 08/17/08 | Christine M. Pajak | Distribute objection to GM amendment motion | 0.1 | 42.00 |
| 08/17/08 | Christine M. Pajak | Conference call with Eric D. Goldberg, Jeffrey H. Davidson and client re objection to GM amendment motion | 0.5 | 210.00 |
| 08/17/08 | Eric D. Goldberg | Email re brief | 0.3 | 184.50 |
| 08/17/08 | Eric D. Goldberg | Call re brief and GM | 0.5 | 307.50 |
| 08/17/08 | Eric D. Goldberg | Review and revise draft opp. to GM motion | 1.4 | 861.00 |
| 08/17/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak & draft objection to GM arrangement; analyze correspondence from █████████ e same | 1.2 | 870.00 |
| 08/17/08 | Jeffrey H. Davidson | Analyze correspondence from █████████ re PBGC issues; prepare correspondence re same | 0.2 | 145.00 |
| 08/17/08 | Jeffrey H. Davidson | Conference call with clients re objection to GM amendment & re NDA issues & strategy | 1.7 | 1,232.50 |
| 08/18/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re comments from █████████ | 0.1 | 42.00 |
| 08/18/08 | Christine M. Pajak | Analyze correspondence from █████████ re discussions with IT and UCC | 0.1 | 42.00 |
| 08/18/08 | Christine M. Pajak | Conference call with █████████ and █████████ e changes to opposition | 0.3 | 126.00 |
| 08/18/08 | Christine M. Pajak | Revise objection to GM motion | 4.0 | 1,680.00 |
| 08/18/08 | Christine M. Pajak | Analyze e-mail re changes to objection | 0.3 | 126.00 |
| 08/18/08 | Christine M. Pajak | Revise brief re Eric D. Goldberg's comments | 0.3 | 126.00 |
| 08/18/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re brief and request for judicial notice | 0.2 | 84.00 |
| 08/18/08 | Christine M. Pajak | Prepare request for judicial notice | 0.2 | 84.00 |
| 08/18/08 | Christine M. Pajak | Research re administrative priority claims re benefit to the estate | 1.0 | 420.00 |
| 08/18/08 | Christine M. Pajak | Research re service and pleading requirements | 0.5 | 210.00 |
| 08/18/08 | Christine M. Pajak | Analyze correspondence from █████████ re comments on brief | 0.1 | 42.00 |
| 08/18/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re comments on brief | 0.1 | 42.00 |
| 08/18/08 | Eric D. Goldberg | Email re GM brief | 0.8 | 492.00 |
| 08/18/08 | Eric D. Goldberg | Review and revise new draft brief | 1.3 | 799.50 |
| 08/18/08 | Isaac M. Pachulski | Review multiple e-mails re GM motion. | 0.3 | 247.50 |
| 08/18/08 | Isaac M. Pachulski | Review e-mails re NDA, GM. | 0.2 | 165.00 |
| 08/18/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 08/18/08 | Isaac M. Pachulski | Review, draft opposition to GM motion and revise/comment; review multiple e-mails re GM and related issues. | 1.0 | 825.00 |
| 08/18/08 | Isaac M. Pachulski | Work on matters re GM Opposition. | 0.2 | 165.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from █████████ re allocation agreement; prepare correspondence re same | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to objection to GM amendment | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revised draft of objection; correspondence from Christine M. Pajak re draft of RJN | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment; prepare correspondence to Eric D. Goldberg & Christine M. Pajak re same; analyze correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Telephone conference with Christine M. Pajak re objection to GM amendment & strategy | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment; correspondence from ███ same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment; correspondence from ███ re same; correspondence from ███ re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objection to GM amendment | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment; correspondence from ███ re same; correspondence from ███ re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA; prepare correspondence re same | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re discussions with ███ and committee; prepare correspondence re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection to GM amendment; correspondence from Christine M. Pajak re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re objection; prepare correspondence re objection | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM amendment; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re arguments for objection to GM amendment | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA; analyze issue list re same & proposed response | 0.3 | 217.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re NDA compromises | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Review NDA & prepare for call with client re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ ██ objection to amendment to GM arrangement | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Telephone conference with ████ ██ motion to amend GM arrangement | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Prepare correspondence to clients re IT position on GM motion | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re revisions to objection to GM arrangement | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re GM motion; prepare correspondence re same; correspondence from ████ re same; telephone conference with ████ office | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re revisions to objection to GM arrangement; correspondence from ████ re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Prepare correspondence to clients re IT's & Cap Re's position on GM motion | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re GM pricing; correspondence from ████ e same | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re Delphi financial data; correspondence from ████ e same; prepare correspondence re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re PHV applications & orders | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re financial analysis | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re data for objection to GM amendment | 0.1 | 72.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM amendment; prepare correspondence re same | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re financial data & analysis for objection to GM amendment | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re status of confirmed plan; prepare correspondence re same & new language for objection | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Telephone conference with ████ e motion to amend GM arrangement & related matters | 0.6 | 435.00 |
| 08/18/08 | Jeffrey H. Davidson | Prepare correspondence to clients re IT's position on GM motion | 0.2 | 145.00 |
| 08/18/08 | Jeffrey H. Davidson | Prepare memo re IT's arguments re GM issues & correspondence to clients re same | 0.3 | 217.50 |
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re official committee position on objection; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/18/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re objection to GM amendment | 0.1 | 72.50 |
| 08/18/08 | Kendra A. Johnson | Research re pleadings filed in the USBC-Southern District of New York. | 0.3 | 60.00 |
| 08/19/08 | Christine M. Pajak | Analyze e-mail re changes to the objection | 0.4 | 168.00 |
| 08/19/08 | Christine M. Pajak | Revise objection re new arguments and proofread the same | 1.9 | 798.00 |
| 08/19/08 | Christine M. Pajak | Exchange emails with ████████ re new argument | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Conference call with Jeffrey H. Davidson and ████████ re discussions with Debtors' counsel re continuance | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Conference call with Jeffrey H. Davidson re follow-up on conversation with ████████ | 0.2 | 84.00 |
| 08/19/08 | Christine M. Pajak | Exchange emails with ████████ re extension by Debtors | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Analyze further changes to the objection by ████████ and Isaac M. Pachulski and make changes thereto | 0.4 | 168.00 |
| 08/19/08 | Christine M. Pajak | Telephone conference with Jeffrey H. Davidson re follow-up | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Analyze correspondence from ████████ re follow-up conference call | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Prepare correspondence to client re revised pleading and conference call | 0.2 | 84.00 |
| 08/19/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson and others re extension to file objection | 0.2 | 84.00 |
| 08/19/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson and Eric D. Goldberg re availability of GM advances | 0.1 | 42.00 |
| 08/19/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson re termination events and follow-up re the same with changes to the objection | 0.8 | 336.00 |
| 08/19/08 | Christine M. Pajak | Analyze correspondence from group members re extension | 0.2 | 84.00 |
| 08/19/08 | Christine M. Pajak | Revise objection re further changes by ████████ | 0.3 | 126.00 |
| 08/19/08 | Eric D. Goldberg | Review and revise opp. to GM motion | 0.8 | 492.00 |
| 08/19/08 | Eric D. Goldberg | Email re filing | 0.8 | 492.00 |
| 08/19/08 | Isaac M. Pachulski | Review e-mails re issues re GM financing. | 0.2 | 165.00 |
| 08/19/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re strategy; review multiple e-mails re GM Motion, objection. | 0.5 | 412.50 |
| 08/19/08 | Isaac M. Pachulski | Review/comment on redraft of objection to GM financing motion; review/prepare multiple e-mails re same. | 1.1 | 907.50 |
| 08/19/08 | Isaac M. Pachulski | Review, prepare e-mails re strategy re GM objection. | 0.3 | 247.50 |
| 08/19/08 | Isaac M. Pachulski | Telephone conference with ████████ re GM; review e-mails; telephone conference with Jeffrey H. Davidson. | 0.5 | 412.50 |
| 08/19/08 | Isaac M. Pachulski | Review e-mails re GM motion. | 0.2 | 165.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objection to GM amendment | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██████ discussions; prepare correspondence re same | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██ objection to GM amendment; correspondence from ████████ same | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with ████████ NDA strategy & proposed compromise | 1.4 | 1,015.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re approval of objection to GM amendment | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ ██ objection to GM amendment | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ ██ objection to GM amendment; prepare correspondence re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Conference call with ████████ ███████ discussions & objection to GM amendment | 0.4 | 290.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██ objection to GM amendment; prepare correspondence re same; analyze correspondence re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revised objection and new argument | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy; correspondence re same | 0.3 | 217.50 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Christine M. Pajak re objection to GM motion; conference call with ████████ re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Jack Butler re objection to GM motion | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Christine M. Pajak re extension of time & strategy | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Prepare memo re strategy | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Prepare correspondence to clients re negotiations with Delphi re objection to GM amendment | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re revisions to objection | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ ██ communications; prepare correspondence re same | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re objection to GM amendment; correspondence from ████████ re same; correspondence from Christine M. Pajak re same; correspondence from ████████ re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re Delphi negotiations; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM amendment; correspondence from Isaac M. Pachulski re same; prepare correspondence re same; correspondence from ███████ e same | 0.3 | 217.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re proposed continuances; prepare correspondence re same; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e strategy; prepare correspondence re same; correspondence from ███████ e same; correspondence from ███████ re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with ██████ re negotiations with Delphi & re NDA | 0.9 | 652.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revisions to objection to GM amendment | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e strategy | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with ██████ re negotiations | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Telephone conference with ███████ re strategy, re objection to GM amendment, & re other matters | 0.7 | 507.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re noteholder strategy call; prepare correspondence re same | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM amendment; prepare correspondence re same; correspondence from ██████ e same | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Revise outline of Elliott's suggested approach to NDA; prepare correspondence re same | 0.5 | 362.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re strategy | 0.1 | 72.50 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revisions to objection and decision making | 0.2 | 145.00 |
| 08/19/08 | Jeffrey H. Davidson | Analyze correspondence from Jack Butler re extension of time to object; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/19/08 | Kendra A. Johnson | Analyze correspondence from Eric D. Goldberg and Christine M. Pajak re submission of pleadings | 0.2 | 40.00 |
| 08/20/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re strategy | 0.2 | 84.00 |
| 08/20/08 | Christine M. Pajak | Analyze correspondence from ████ ████ e changes to motion and Lehman | 0.1 | 42.00 |
| 08/20/08 | Christine M. Pajak | Analyze e-mail exchange re Lehman | 0.1 | 42.00 |
| 08/20/08 | Christine M. Pajak | Conference call with client; Jeffrey H. Davidson and Eric D. Goldberg re strategy | 1.1 | 462.00 |
| 08/20/08 | Christine M. Pajak | Revise and proofread objection to GM motion and distribute the same | 0.9 | 378.00 |
| 08/20/08 | Christine M. Pajak | Telephone conference with Jeffrey H. Davidson re follow-up | 0.2 | 84.00 |
| 08/20/08 | Christine M. Pajak | Analyze order limiting notice and follow-up re the same | 0.3 | 126.00 |
| 08/20/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re changes to objection to GM motion and follow-up re the same | 0.5 | 210.00 |
| 08/20/08 | Christine M. Pajak | Revise objectoin pursuant to comments received and review overnight mail service list | 0.4 | 168.00 |
| 08/20/08 | Christine M. Pajak | Conference call with client, Jeffrey H. Davidson, Isaac M. Pachulski, and Eric D. Goldberg re strategy | 0.6 | 252.00 |
| 08/20/08 | Christine M. Pajak | Further follow-up call with client, Jeffrey H. Davidson, Isaac M. Pachulski and Eric D. Goldberg | 0.6 | 252.00 |
| 08/20/08 | Christine M. Pajak | Prepare pleadings for filing and service | 0.4 | 168.00 |
| 08/20/08 | Christine M. Pajak | Review service of pleadings | 0.3 | 126.00 |
| 08/20/08 | Eric D. Goldberg | Email re motion | 0.5 | 307.50 |
| 08/20/08 | Eric D. Goldberg | Review and revise revised opp. to GM motion | 0.4 | 246.00 |
| 08/20/08 | Eric D. Goldberg | Telephone conference with Group re GM strategy | 1.0 | 615.00 |
| 08/20/08 | Eric D. Goldberg | Email re filing | 0.1 | 61.50 |
| 08/20/08 | Eric D. Goldberg | Conf. call re GM motion and strategy | 0.7 | 430.50 |
| 08/20/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re GM issues; review multiple e-mails. | 0.3 | 247.50 |
| 08/20/08 | Isaac M. Pachulski | Review, respond multiple e-mails; work on GM response. | 0.9 | 742.50 |
| 08/20/08 | Isaac M. Pachulski | Extended conference calls clients re opposition to GM Motion; review, prepare e-mails re same and work on related matters. | 1.0 | 825.00 |
| 08/20/08 | Isaac M. Pachulski | Telephone conference with ████████ | 0.3 | 247.50 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re negotiations | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re noteholder call; prepare correspondence re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re Cap Re | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re objection to GM deal; prepare correspondence to ███████ e same; several e-mails re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM amendment; correspondence from ███████ re same; prepare correspondence re same; correspondence from ███████ e same; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re filing of objection | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re objection; prepare correspondence re same | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re filing of objection & strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Jack Butler re objection to motion to amend GM amendment & related matters; prepare correspondence to clients re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re negotiations | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re distribution list; prepare correspondence re same | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ e noteholder call; prepare correspondence re same | 0.1 | 72.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re revisions to objection to GM amendment | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with ███████ re strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with ███████ e strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Conference call with clients re objection to GM amendment & re strategy | 1.1 | 797.50 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re filing of objection; prepare correspondence re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.3 | 217.50 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with Christine M. Pajak re objection to GM amendment | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to objection; correspondence from ███████ e same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Telephone conference with ███████ re strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revised draft of objection; correspondence from ███████ e same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re negotiations; prepare correspondence re same; correspondence from ▓▓▓ e same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ e objection to GM amendment; prepare correspondence re same; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Prepare memo re strategy | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re privilege issues & re holders of bonds; prepare correspondence re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re Lehman Bros. role & privilege issues; correspondence from ▓▓▓ e same; prepare correspondence re same | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Conference call with clients re objection to GM amendment | 0.2 | 145.00 |
| 08/20/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re revisions to objection & re other matters; prepare correspondence re same | 0.2 | 145.00 |
| 08/21/08 | Christine M. Pajak | Analyze correspondence from J. Butler re response to objection | 0.1 | 42.00 |
| 08/21/08 | Christine M. Pajak | Analyze correspondence from ▓▓▓ e response to J. Butler | 0.1 | 42.00 |
| 08/21/08 | Christine M. Pajak | Analyze correspondence from ▓▓▓ re responding to the Debtors | 0.1 | 42.00 |
| 08/21/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson; Isaac M. Pachulski; and Eric D. Goldberg re responding to the Debtors | 0.1 | 42.00 |
| 08/21/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson; Isaac M. Pachulski; and Eric D. Goldberg re examiner motion | 0.1 | 42.00 |
| 08/21/08 | Eric D. Goldberg | Confer with Jeffrey H. Davidson re GM and strategy | 0.2 | 123.00 |
| 08/21/08 | Isaac M. Pachulski | Review, respond multiple e-mails re pending matters; telephone conference with Christine M. Pajak (vm). | 0.4 | 330.00 |
| 08/21/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re strategy. | 0.3 | 247.50 |
| 08/21/08 | Isaac M. Pachulski | Review/respond multiple e-mails; review issues re strategy and examiner request and prepare memo. | 0.9 | 742.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ e Jack Butler's e-mail; prepare correspondence re same | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ e strategy; telephone conference re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ e response to Butler's e-mail; correspondence from ▓▓▓ re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy & re response to Butler | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with████████ re strategy | 1.0 | 725.00 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.3 | 217.50 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with Eric D. Goldberg re response to Butler & re strategy | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████████████ re response to Butler; correspondence from ███████████ same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re response to Butler e-mail; prepare correspondence re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████████████ allocation agreement; prepare correspondence re same | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection; prepare correspondence re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with ██████████ (vm) | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Telephone conference with████████ re NDA issues & re plan negotiations | 0.6 | 435.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ███████████ re board letter & strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy; prepare correspondence re same | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from ████████████ re possible DIP default | 0.1 | 72.50 |
| 08/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re examiner motion & issues; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 08/22/08 | Christine M. Pajak | Prepare draft correspondence to J. Butler re response to his 8/20 e-mail | 1.5 | 630.00 |
| 08/22/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson's changes to Butler e-mail | 0.2 | 84.00 |
| 08/22/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson re responding to client | 0.1 | 42.00 |
| 08/22/08 | Eric D. Goldberg | Telephone conference with Hogan re 9/23 hearing | 0.2 | 123.00 |
| 08/22/08 | Eric D. Goldberg | Email re motion and correspondence to Butler | 0.7 | 430.50 |
| 08/22/08 | Isaac M. Pachulski | Review e-mails, articles. | 0.3 | 247.50 |
| 08/22/08 | Jeffrey H. Davidson | Prepare response to Jack Butler | 0.5 | 362.50 |
| 08/22/08 | Jeffrey H. Davidson | Prepare correspondence re response to Jack Butler | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ███████████ re letter to board; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██████ e DIP financing | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ ████ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg re Skadden call | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████████ re Appaloosa motion for reargument; correspondence from ███████████ re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ ██████ e response to Butler; prepare correspondence re same | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ██████████ and article re stay of revocation proceeding | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ ██████ e response to Butler & strategy | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re response to Butler; prepare correspondence re same | 0.2 | 145.00 |
| 08/22/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re response to Butler | 0.1 | 72.50 |
| 08/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re response to Butler | 0.1 | 72.50 |
| 08/23/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg and Isaac M. Pachulski re changes to correspondence to J. Butler | 0.3 | 126.00 |
| 08/23/08 | Christine M. Pajak | Prepare correspondence to Eric D. Goldberg, Isaac M. Pachulski and Jeffrey H. Davidson re follow-up on Isaac M. Pachulski's questions | 0.2 | 84.00 |
| 08/23/08 | Christine M. Pajak | Review and summarize Appaloosa's motion for reconsideration and motion to strike | 1.0 | 420.00 |
| 08/23/08 | Eric D. Goldberg | Review and revise email to Butler | 0.5 | 307.50 |
| 08/23/08 | Eric D. Goldberg | Email to Skadden | 0.2 | 123.00 |
| 08/23/08 | Eric D. Goldberg | Analyze pleadings and motion re Appaloosa MTD | 1.8 | 1,107.00 |
| 08/23/08 | Eric D. Goldberg | Email re Appaloosa motion | 0.2 | 123.00 |
| 08/23/08 | Isaac M. Pachulski | Review, comment on draft e-mail to Butler; prepare memo Jeffrey H. Davidson. | 0.3 | 247.50 |
| 08/23/08 | Jeffrey H. Davidson | Prepare correspondence to Christine M. Pajak re Appaloosa motion for reargument; analyze correspondence re same | 0.2 | 145.00 |
| 08/23/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re revisions to response to Butler | 0.3 | 217.50 |
| 08/23/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to response to Butler | 0.2 | 145.00 |
| 08/23/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revisions to response to Butler | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 08/23/08 | Jeffrey H. Davidson | Prepare draft of letter to Delphi board of directors; analyze notes of previous discussions with ████████ analyze objection re same; prepare correspondence re same | 1.8 | 1,305.00 |
| 08/23/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa motion for reconsideration | 0.2 | 145.00 |
| 08/23/08 | Jeffrey H. Davidson | Prepare correspondence to Christine M. Pajak re Appaloosa motion for reconsideration | 0.1 | 72.50 |
| 08/24/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson re memo on Appaloosa motion to reconsider | 0.1 | 42.00 |
| 08/24/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re comments on Board letter | 0.1 | 42.00 |
| 08/24/08 | Christine M. Pajak | Prepare correspondence to client re Appaloosa motion to reconsider | 0.3 | 126.00 |
| 08/24/08 | Christine M. Pajak | Analyze correspondence from client re Appaloosa motion to reconsider and follow-up with Eric D. Goldberg and Jeffrey H. Davidson re the same | 0.2 | 84.00 |
| 08/24/08 | Eric D. Goldberg | Email re Butler email and litigation | 0.4 | 246.00 |
| 08/24/08 | Isaac M. Pachulski | Review e-mails re GM issues; review, comment on draft letter to Board. | 0.4 | 330.00 |
| 08/24/08 | Isaac M. Pachulski | Review additional e-mails; drafts of letter to Board; e-mail to Butler. | 0.3 | 247.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ e letter to board of directors & re new financial advisors; correspondence from Isaac M. Pachulski re same; correspondence from ████████ e same | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence to clients & financial advisor re strategy | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ e strategy | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa issues; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence re Appaloosa issues | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re meet & confer with Skadden re objection to GM amendment | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re possible discovery re objection to GM amendment; prepare correspondence re discovery | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa motion; prepare correspondence re same | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa's motion for reconsideration; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to board letter | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re board letter | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re Appaloosa issues; correspondence from ▮▮▮▮ e same | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Revise draft of letter to board of directors | 1.1 | 797.50 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence to clients re letter to board of directors | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Revise draft of response to Jack Butler | 0.8 | 580.00 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re examiner motion & re resposne to Butler | 0.2 | 145.00 |
| 08/24/08 | Jeffrey H. Davidson | Prepare correspondence to clients re response to Jack Butler | 0.1 | 72.50 |
| 08/24/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ e response to Butler's e-mail; prepare correspondence to ▮▮▮▮ re same | 0.1 | 72.50 |
| 08/25/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re Delphi's failure to amend | 0.1 | 42.00 |
| 08/25/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re meet and confer | 0.1 | 42.00 |
| 08/25/08 | Christine M. Pajak | Analyze e-mail exchange re Board request | 0.2 | 84.00 |
| 08/25/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re Delphi | 0.1 | 42.00 |
| 08/25/08 | Christine M. Pajak | Research notice requirements re examiner motion and follow-up re the same | 0.5 | 210.00 |
| 08/25/08 | Christine M. Pajak | Analyze e-mails re expert, Board letter and next steps | 0.4 | 168.00 |
| 08/25/08 | Eric D. Goldberg | Email re BOD and objection | 0.5 | 307.50 |
| 08/25/08 | Isaac M. Pachulski | Review e-mails re Appaloosa litigation examiner, other issues; respond as appropriate. | 0.5 | 412.50 |
| 08/25/08 | Isaac M. Pachulski | Review/respond multiple e-mails; review various notices. | 0.4 | 330.00 |
| 08/25/08 | Isaac M. Pachulski | Review additional e-mails; respond as appropriate. | 0.3 | 247.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re examiner request | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re letter to board | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re letter to board | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ e letter to board of directors; prepare correspondence re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ e Reg. 13D issues | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re board letter | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ e board letter | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ new financial advisor vs. examiner; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re strategy; prepare correspondence re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re committee issues | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ letter to board | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy | 0.8 | 580.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re discovery issues; prepare correspondence re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ letter to board; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re board letter | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re public filing of board letter | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re public filing of board letter | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Telephone conference with ███ ███ 13D issue | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Prepare memo re public filing of board letter; prepare correspondence to clients re same | 0.5 | 362.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ letter to board | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to ███ ███ privilege issues | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re Appaloosa litigation; prepare correspondence re same | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re examiner motion & strategy | 0.2 | 145.00 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re examiner motion; correspondence from Isaac M. Pachulski re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ potential examiner | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ privilege issues; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ letter to board | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re discovery; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze agenda for omnibus hearing; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ ████ re response to Jack Butler and board letter; prepare correspondence re same | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Prepare correspondence to ███████████ █████ allocation agreement | 0.1 | 72.50 |
| 08/25/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re examiner motion; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/26/08 | Christine M. Pajak | Analyze correspondence from ███████ re rights offering | 0.1 | 42.00 |
| 08/26/08 | Christine M. Pajak | Analyze correspondence from ███████ ██ re Board letter | 0.1 | 42.00 |
| 08/26/08 | Christine M. Pajak | Analyze correspondence from ██████████ re sponsored rights offering | 0.1 | 42.00 |
| 08/26/08 | Christine M. Pajak | Analyze Detroit news article on Delphi | 0.1 | 42.00 |
| 08/26/08 | Christine M. Pajak | Prepare correspondence to ████████ and ██████ re Delphi litigation against Appaloosa | 0.5 | 210.00 |
| 08/26/08 | Eric D. Goldberg | Email re BOD examiner motion | 0.8 | 492.00 |
| 08/26/08 | Eric D. Goldberg | Analyze Appaloosa complaint and MTD | 1.1 | 676.50 |
| 08/26/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson (vm). | 0.1 | 82.50 |
| 08/26/08 | Isaac M. Pachulski | Review multiple e-mails re issues re GM, letter to Board, Butler e-mail, examiner. | 0.5 | 412.50 |
| 08/26/08 | Isaac M. Pachulski | Telephone conference with ████████ | 0.1 | 82.50 |
| 08/26/08 | Isaac M. Pachulski | Review memo and revise proposed language. | 0.3 | 247.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██████ re privilege issue; prepare correspondence re same | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ ███████ re letter to board of directors; prepare correspondence re same | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re letter to board & strategy | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re letter to board; correspondence from ███████ █████ re same | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re board letter | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re board letter | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Telephone conference with ████████████ re board letter | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re examiner motion; prepare correspondence re same | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg & report re Delphi reorganization | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re board letter & strategy | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re board letter - rights offering issue; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ e board letter | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Prepare correspondence to client re board letter | 0.1 | 72.50 |
| 08/26/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Appaloosa issues & analysis | 0.2 | 145.00 |
| 08/27/08 | Christine M. Pajak | Analyze correspondence from ██████ e Board letter | 0.1 | 42.00 |
| 08/27/08 | Christine M. Pajak | Analyze correspondence from █████ re Board letter | 0.2 | 84.00 |
| 08/27/08 | Christine M. Pajak | Research case management orders and prepare notice of examiner motion | 1.0 | 420.00 |
| 08/27/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re revisions to notice | 0.2 | 84.00 |
| 08/27/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg and Jeffrey H. Davidson and client re Board letter | 0.3 | 126.00 |
| 08/27/08 | Christine M. Pajak | Exchange emails with Isaac M. Pachulski re motion requirements | 0.3 | 126.00 |
| 08/27/08 | Isaac M. Pachulski | Review multiple e-mails re board letter, other matters. | 0.3 | 247.50 |
| 08/27/08 | Isaac M. Pachulski | Review final e-mail to Butler letter to Board. | 0.3 | 247.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re rights offering issue; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e board letter; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from █████ e strategy | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ re board letter & rights offering issue; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e strategy | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e letter to board of directors | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Telephone conference with A████████ re strategy & re board letter | 0.8 | 580.00 |
| 08/27/08 | Jeffrey H. Davidson | Telephone conference with ████████ e strategy & board letter; correspondence from Bank re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re examiner motion; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ██████ e letter to board; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Revise letter to board of directors | 0.3 | 217.50 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to clients re letter to board of directors | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re letter to board | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ e board letter; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ re board letter; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ e board letter; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ e filing of 13d amendment; prepare correspondence re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ re timing of filing of 13d amendment | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮ e board letter | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮ e board letter; analyze correspondence from ▮▮▮ re same | 0.2 | 145.00 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ e board letter; correspondence from ▮▮▮ e same; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re filing of form 13d; prepare correspondence re same | 0.1 | 72.50 |
| 08/27/08 | Jeffrey H. Davidson | Prepare correspondence to Jack Butler re response; prepare correspondence to clients re same | 0.3 | 217.50 |
| 08/27/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re examiner motion | 0.1 | 72.50 |
| 08/28/08 | Eric D. Goldberg | Email re article and discovery; PBGC and avoidance issues | 1.1 | 676.50 |
| 08/28/08 | Isaac M. Pachulski | Review e-mails. | 0.1 | 82.50 |
| 08/28/08 | Isaac M. Pachulski | Review e-mails, notices of pleadings. | 0.2 | 165.00 |
| 08/28/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮ e response to Butler; prepare correspondence re same | 0.1 | 72.50 |
| 08/29/08 | Christine M. Pajak | Coordinate with ▮▮▮ e service of notice of motion | 0.1 | 42.00 |
| 08/29/08 | Christine M. Pajak | Analyze WSJ article on Delphi | 0.2 | 84.00 |
| 08/29/08 | Christine M. Pajak | Prepare and finalize notice of motion and hearing | 0.5 | 210.00 |
| 08/29/08 | Christine M. Pajak | Review certificate of service for filing and delivery to chambers | 0.2 | 84.00 |
| 08/29/08 | Eric D. Goldberg | Email re liquidation | 0.3 | 184.50 |
| 08/29/08 | Eric D. Goldberg | Attend to filing of Examiner notice | 0.7 | 430.50 |
| 08/29/08 | Eric D. Goldberg | Telephone conference with Hagan re meet and confer | 0.3 | 184.50 |
| 08/29/08 | Isaac M. Pachulski | Review, prepare multiple e-mails re various; review article; analyze potential PBGC issues. | 1.0 | 825.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/29/08 | Isaac M. Pachulski | Telephone conference with Jeffrey H. Davidson re PBGC claim issues. | 0.3 | 247.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ review WSJ article re Delphi; prepare correspondence to ███ | 0.2 | 145.00 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ prepare correspondence re same; correspondence from ███ re same | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ WSJ article; correspondence from ███ re same | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ status update; prepare correspondence re same | 0.2 | 145.00 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re press contacts; correspondence from ███ re same; prepare correspondence re same | 0.2 | 145.00 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re press contacts; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re PBGC issues | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re press inquiries | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re PBGC issues, possible F/T issues, & strategy | 0.3 | 217.50 |
| 08/29/08 | Jeffrey H. Davidson | Analyze correspondence from ███ plan negotiations | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues | 0.3 | 217.50 |
| 08/29/08 | Jeffrey H. Davidson | Prepare correspondence to clients | 0.1 | 72.50 |
| 08/29/08 | Jeffrey H. Davidson | Prepare correspondence to clients re PBGC & F/T issues | 0.2 | 145.00 |
| 08/29/08 | Mark S. Wallace | Confer with Jeffrey H. Davidson re fraudulent transfer claim re PBGC. | 0.3 | 187.50 |
| 09/02/08 | Eric D. Goldberg | Analyze new pleadings | 0.7 | 430.50 |
| 09/02/08 | Isaac M. Pachulski | Review notices of filing. | 0.2 | 165.00 |
| 09/02/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re strategy & status; analyze correspondence re same | 0.2 | 145.00 |
| 09/02/08 | Jeffrey H. Davidson | Prepare correspondence to ███ strategy & status | 0.1 | 72.50 |
| 09/02/08 | Jeffrey H. Davidson | Prepare correspondence to ███ re strategy & status; correspondence from ███ re same | 0.1 | 72.50 |
| 09/02/08 | Jeffrey H. Davidson | Analyze correspondence from ███ letter to board of directors; prepare correspondence to ███ re same | 0.2 | 145.00 |
| 09/02/08 | Jeffrey H. Davidson | Analyze file re letter to Delphi board; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/02/08 | Jeffrey H. Davidson | Analyze case management order and twelve supplemental case management orders; analyze correspondence from ████████ e same | 0.6 | 435.00 |
| 09/02/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ e projected services; prepare correspondence re same | 0.2 | 145.00 |
| 09/02/08 | Mark S. Wallace | Research re plan sponsor obligations to plan and PBGC. | 3.7 | 2,312.50 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re motion to appoint Committee co-investment banker | 0.1 | 42.00 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re motion to appoint Committee co-investment banker | 0.1 | 42.00 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re Committee motion to appoint Committee co-investment banker | 0.1 | 42.00 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re discussions with ████ | 0.1 | 42.00 |
| 09/03/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re discussions with ████ | 0.1 | 42.00 |
| 09/03/08 | Eric D. Goldberg | Email re Examiner | 0.2 | 123.00 |
| 09/03/08 | Eric D. Goldberg | Email re examiner | 0.4 | 246.00 |
| 09/03/08 | Eric D. Goldberg | Analyze Appaloosa answer to complaint | 0.8 | 492.00 |
| 09/03/08 | Isaac M. Pachulski | Review multiple e-mails; respond as appropriate. | 0.3 | 247.50 |
| 09/03/08 | Isaac M. Pachulski | Review notices of filing; review pleading; prepare e-mail, review miscellaneous e-mails. | 0.4 | 330.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ e DIP trading; prepare correspondence to ████ e same; correspondence from ████████ e same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence draft e-mail re joinder in objection, status of NDA, & status of joint representation; prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re same; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from Mark S. Wallace re PBGC issues | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re draft e-mail to ████████ prepare correspondence re same; ocrrespondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ re amendment to form 13D; prepare correspondence to ████████ re same; analyze file re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ e DIP trading & new developments; correspondence from ████████ e same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re potential joinder in objection & examiner motion & re NDA | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re potential joinder in objection; prepare correspondence re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re Appaloosa's answer to complaint; prepare correspondence to ███████ re discussions with ███████ | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re estimates & invoices; prepare correspondence re same | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Conference call with ███████ re PBGC issues, GM issues, plan negotiations & strategy | 0.9 | 652.50 |
| 09/03/08 | Jeffrey H. Davidson | Telephone conference with ███████ re status & strategy | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues | 0.3 | 217.50 |
| 09/03/08 | Jeffrey H. Davidson | Telephone conference with ███████ (vm) | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ of Latham re Committee's application to employ Moelis; analyze application to employ Moelis; analyze notice re same | 0.3 | 217.50 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence to clients re employment of Moelis; correspondence with Isaac M. Pachulski re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence to clients re employment of Moelis; correspondence with Isaac M. Pachulski re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Telephone conference with ███████ re PBGC issues | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re strategy | 0.1 | 72.50 |
| 09/03/08 | Jeffrey H. Davidson | Prepare correspondence to clients re strategy | 0.2 | 145.00 |
| 09/03/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re plan negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 09/03/08 | Mark S. Wallace | Research re claims re PBGC and qualified retirement plans. | 2.7 | 1,687.50 |
| 09/03/08 | Mark S. Wallace | Analyze potential application of section 548 rules. | 0.4 | 250.00 |
| 09/03/08 | Mark S. Wallace | Confer with Jeffrey H. Davidson re PBGC claims as fraudulent transfer. | 0.3 | 187.50 |
| 09/04/08 | Isaac M. Pachulski | Review e-mails, notices of filing. | 0.3 | 247.50 |
| 09/04/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues & potential UFTA/NFCA arguments | 0.2 | 145.00 |
| 09/04/08 | Jeffrey H. Davidson | Prepare correspondence to clients | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/04/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re 13D/A filing; analyze spreadsheet of positions; analyze draft of form 13D/A; analyze attachment to form 13D/A; prepare correspondence to ▓▓▓ re same | 0.4 | 290.00 |
| 09/04/08 | Jeffrey H. Davidson | Telephone conference with ▓▓▓ re plan negotiations & re PBGC issues | 0.4 | 290.00 |
| 09/04/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re form 13D/A | 0.1 | 72.50 |
| 09/04/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re discussions with ▓▓▓ prepare correspondence re same | 0.2 | 145.00 |
| 09/05/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re discussions with ▓▓▓ | 0.1 | 42.00 |
| 09/05/08 | Eric D. Goldberg | Analyze new pleadings | 0.6 | 369.00 |
| 09/05/08 | Eric D. Goldberg | Email to Hogan re GM | 0.2 | 123.00 |
| 09/05/08 | Eric D. Goldberg | Email re OCC letter | 0.4 | 246.00 |
| 09/05/08 | Eric D. Goldberg | Analyze new pleadings | 0.1 | 61.50 |
| 09/05/08 | Isaac M. Pachulski | Review e-mails. | 0.2 | 165.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re revised schedule 13D/A; prepare correspondence re same; analyze revised 13D/A and exhibits | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Prepare correspondence to ▓▓▓ re filing of 13D/A; correspondence from ▓▓▓ re same; correspondence from ▓▓▓ re same | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re discussions with ▓▓▓ prepare correspondence re same | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Prepare memo re Delphi/GM/Committee negotiations & re PBGC fraudulent transfer issues; prepare correspondence to clients re same | 0.5 | 362.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze order authorizing filing under seal of schedule to motion to amend GM arrangement; prepare correspondence re same | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze order allowing Silver Point claim; prepare correspondence re same | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re filing of 13D/A; prepare correspondence re same | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Prepare correspondence to ▓▓▓ counsel for Cap Re | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re board letter | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓ re strategy | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Prepare correspondence to clients re plan negotiations & strategy | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Telephone conference with ▓▓▓ re strategy | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████e letter to board of directors; prepare correspondence to ███████e same; prepare correspondence to clients re same | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues & defenses | 0.2 | 145.00 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re board letter; prepare correspondence to clients re letter to committee | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███████e letter to committee | 0.1 | 72.50 |
| 09/05/08 | Jeffrey H. Davidson | Analyze correspondence from ███████e letter to committee; prepare correspondence to clients re same | 0.2 | 145.00 |
| 09/05/08 | Mark S. Wallace | Analyze documents re Delphi formation and spinoff. | 0.9 | 562.50 |
| 09/06/08 | Eric D. Goldberg | Review and revise BOD/OCC letter; email re same | 0.6 | 369.00 |
| 09/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███████re letter to official committee; correspondence from ███████e same | 0.1 | 72.50 |
| 09/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re letter to official committee; correspondence from ███████e same | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ & ███████e letter to official committee. | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re letter to official committee; correspondence from ███████e same; correspondence to Isaac M. Pachulski, Eric D. Goldberg, & Christine M. Pajak re same | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Prepare letter to creditors' committee re fiduciary duties & demand to rectify business operations | 1.1 | 797.50 |
| 09/06/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re letter to committee | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███████e committee letter; analyze proposed revisions to committee letter | 0.2 | 145.00 |
| 09/06/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ ███████e committee letter | 0.2 | 145.00 |
| 09/07/08 | Christine M. Pajak | Analyze schedule to GM Arrangement Amendment under seal order | 0.1 | 42.00 |
| 09/07/08 | Christine M. Pajak | Analyze order | 0.1 | 42.00 |
| 09/07/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re GM and Committee discussions | 0.1 | 42.00 |
| 09/07/08 | Christine M. Pajak | Analyze e-mail exchange re Committee letter | 0.2 | 84.00 |
| 09/07/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ███████re letter to committee; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/08/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re deadlines and examiner motion | 0.1 | 42.00 |
| 09/08/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson re notice of examiner motion | 0.1 | 42.00 |
| 09/08/08 | Christine M. Pajak | Prepare correspondence to client re notice of examiner motion | 0.1 | 42.00 |
| 09/08/08 | Eric D. Goldberg | Email re OCC letters | 0.4 | 246.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze report by CRT on filing of 13D & board letter; prepare correspondence re same | 0.1 | 72.50 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re committee letter; analyze correspondence from ███████ e same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Telephone conference with ███████ re letter to committee & re plan negotiations & strategy | 0.6 | 435.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re discussions wi██ prepare correspondence re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re letter to committee; prepare correspondence re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze file and revise letter to committee | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re letter to committee | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Prepare correspondence t██████ re letter to committee | 0.1 | 72.50 |
| 09/08/08 | Jeffrey H. Davidson | Telephone conference with ███████ re letter to committee; analyze correspondence from ███████ re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Conference call with ███████ e discussions with ███████ & re plan strategy | 0.6 | 435.00 |
| 09/08/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re letter to committee & discussions with ███████ | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ e discussions with ███████ prepare correspondence re same | 0.1 | 72.50 |
| 09/08/08 | Jeffrey H. Davidson | Confer with Mark S. Wallace re PBGC issues & arguments | 0.4 | 290.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze report re DIP negotiations & prepare correspondence to clients re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ e PBGC issues; prepare correspondence re same | 0.1 | 72.50 |
| 09/08/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg & Christine M. Pajak re examiner motion; analyze correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/08/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re notice of examiner motion | 0.1 | 72.50 |
| 09/08/08 | Mark S. Wallace | Analyze documents re Delphi pension plans, GM guaranty, indemnity agreement, etc. | 6.3 | 3,937.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/08/08 | Mark S. Wallace | Confer with Jeffrey H. Davidson re fraudulent transfer action re plan and PBGC. | 0.4 | 250.00 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from ███ e letter to committee | 0.1 | 72.50 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from ███ e exit financing | 0.2 | 145.00 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from Mark S. Wallace re PBGC claims; prepare correspondence re same | 0.1 | 72.50 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from ███ e board letter; correspondence from ███ e same | 0.2 | 145.00 |
| 09/09/08 | Jeffrey H. Davidson | Analyze correspondence from ███ e possible government loans; prepare correspondence re same | 0.2 | 145.00 |
| 09/09/08 | Mark S. Wallace | Analyze correspondence from Jeffrey H. Davidson re PBGC matter. | 0.1 | 62.50 |
| 09/09/08 | Mark S. Wallace | Analyze PBGC matter re foreign subs. | 0.4 | 250.00 |
| 09/09/08 | Mark S. Wallace | Prepare correspondence to Jeffrey H. Davidson re PBGC matter. | 0.1 | 62.50 |
| 09/10/08 | Eric D. Goldberg | Email re 9/23 hearing and discovery | 0.8 | 492.00 |
| 09/10/08 | Eric D. Goldberg | Prepare discovery outline re GM $30 MM LSA motion | 1.6 | 984.00 |
| 09/10/08 | Jeffrey H. Davidson | Analyze correspondence from ███ e exit financing; correspondence from ███ e same | 0.2 | 145.00 |
| 09/10/08 | Jeffrey H. Davidson | Analyze correspondence from ███ e loan bill; analyze analyst's report re loan bill | 0.2 | 145.00 |
| 09/11/08 | Eric D. Goldberg | Email re PBGC | 0.3 | 184.50 |
| 09/11/08 | Eric D. Goldberg | Analyze disclosure statement re PBGC issues | 0.7 | 430.50 |
| 09/11/08 | Eric D. Goldberg | Attend to discovery | 1.8 | 1,107.00 |
| 09/11/08 | Jeff M. Fleiss | Gather docket material for Mark S. Wallace | 0.2 | 40.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze report re PBGC actions & correspondence re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ e examiner motion; prepare correspondence re same | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Prepare correspondence to Mark S. Wallace re pension fund issues; analyze correspondence re same | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ e strategy; prepare correspondence re same | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ & report re loans to auto industry | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Telephone conference with ███ re strategy | 0.9 | 652.50 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re Cap Re 13D re American Axle | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from Mark S. Wallace re PBGC issues; prepare correspondence re same | 0.1 | 72.50 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇ report re loans for suppliers | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇ & JPM Slides re loans | 0.2 | 145.00 |
| 09/11/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇ additional reports re loan legislation | 0.2 | 145.00 |
| 09/11/08 | Mark S. Wallace | Analyze correspondence from Jeffrey H. Davidson re PBGC matter. | 0.1 | 62.50 |
| 09/11/08 | Mark S. Wallace | Analyze correspondence from ▇▇▇ re PBGC action in Delphi case. | 0.2 | 125.00 |
| 09/11/08 | Mark S. Wallace | Prepare correspondence to Jeffrey H. Davidson re PBGC matter. | 0.2 | 125.00 |
| 09/11/08 | Mark S. Wallace | Analyze documents re Delphi docket re PBGC filings. | 0.3 | 187.50 |
| 09/12/08 | Christine M. Pajak | Analyze confidentiality agreement | 0.3 | 126.00 |
| 09/12/08 | Christine M. Pajak | Analyze summary of filed pleadings | 0.3 | 126.00 |
| 09/12/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re Committee's preliminary objection to GSA and MRA amendments and review the same | 0.2 | 84.00 |
| 09/12/08 | Christine M. Pajak | Coordinate review of pleadings | 0.5 | 210.00 |
| 09/12/08 | Eric D. Goldberg | Analyze new pleadings re GM and email re same | 3.8 | 2,337.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇ report re pension fund negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇ e potential loans | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇ e PBGC liens | 0.1 | 72.50 |
| 09/12/08 | Jeffrey H. Davidson | Telephone conference with ▇▇▇ e GM settlement, committee's objections, examiner motion, & related matters | 0.5 | 362.50 |
| 09/12/08 | Jeffrey H. Davidson | Prepare memo re committee position on debtor's deals with GM and on examiner motion; prepare correspondence to clients and advisors re same | 0.4 | 290.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from Al Hogan re motion to amend GM financing and re schedule filed under seal for motion re GM amendment; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re confidentiality order | 0.1 | 72.50 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇ e GM pension deal; analyze reports re same | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ▇▇▇ re Delphi motion for approval of new GM deal; analyze detailed press release | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ e Delphi filings; prepare correspondence to clients re same | 0.1 | 72.50 |
| 09/12/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re Delphi motions; analyze correspondence from Eric D. Goldberg re committee motion | 0.2 | 145.00 |
| 09/12/08 | Jeffrey H. Davidson | Preliminary review of Delphi's motions, committee's motion, & committee's objections; correspondence re same | 2.1 | 1,522.50 |
| 09/12/08 | Mark S. Wallace | Analyze correspondence from ██████ e PBGC Developments. | 0.2 | 125.00 |
| 09/12/08 | Mark S. Wallace | Analyze documents re Jeffrey H. Davidson re PBGC liens. | 0.1 | 62.50 |
| 09/13/08 | Christine M. Pajak | Analyze pleadings and correspondence re pension plan changes | 1.0 | 420.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e Delphi's motion to approve deal with GM; analyze correspondence from ██████ e same | 0.2 | 145.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e strategy; prepare correspondence re same | 0.1 | 72.50 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e article on Delphi/GM deal | 0.2 | 145.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e strategy; prepare correspondence re same | 0.1 | 72.50 |
| 09/13/08 | Jeffrey H. Davidson | Conference call with ████████ e strategy | 1.2 | 870.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████ re strategy | 0.1 | 72.50 |
| 09/13/08 | Jeffrey H. Davidson | Telephone conference with ████████ re strategy | 0.3 | 217.50 |
| 09/13/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg, & Christine M. Pajak re strategy | 0.2 | 145.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e plan model; correspondence from ████ e same; prepare correspondence re same | 0.2 | 145.00 |
| 09/13/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e ████ e-mail | 0.1 | 72.50 |
| 09/14/08 | Christine M. Pajak | Analyze pleadings and correspondence re amendments to pension plans, GSA, MRA and KECP | 4.5 | 1,890.00 |
| 09/14/08 | Jeffrey H. Davidson | Analyze correspondence from ████ e plan financial model; prepare correspondence re same | 0.1 | 72.50 |
| 09/14/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg, & Christine M. Pajak re strategy; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/14/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re strategy | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/14/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ████████ re discussions with ███████ prepare correspondence re same | 0.1 | 72.50 |
| 09/14/08 | Jeffrey H. Davidson | Analyze spreadsheet re plan financial model | 0.2 | 145.00 |
| 09/15/08 | Christine M. Pajak | Analyze order to show cause | 0.1 | 42.00 |
| 09/15/08 | Christine M. Pajak | Meeting with Jeffrey H. Davidson and Isaac M. Pachulski re objections & re strategy | 1.3 | 546.00 |
| 09/15/08 | Eric D. Goldberg | Analyze new pleadings | 0.8 | 492.00 |
| 09/15/08 | Eric D. Goldberg | Meet w/Isaac M. Pachulski, Jeffrey H. Davidson and Christine M. Pajak re strategy | 1.0 | 615.00 |
| 09/15/08 | Eric D. Goldberg | Conf. call re discovery | 1.2 | 738.00 |
| 09/15/08 | Eric D. Goldberg | Prepare outline of issues and arg. re C&M settlement motion | 2.4 | 1,476.00 |
| 09/15/08 | Isaac M. Pachulski | Review pleading; multiple notices of filing; multiple e-mails (includes prior week). | 0.5 | 412.50 |
| 09/15/08 | Isaac M. Pachulski | Confer with Jeffrey H. Davidson, Eric D. Goldberg, Christine M. Pajak re strategy re Debtor GM settlement motions and re objections; conf. w/Jeffrey H. Davidson re same | 1.4 | 1,155.00 |
| 09/15/08 | Isaac M. Pachulski | Research; work on matters re objection to motion. | 0.9 | 742.50 |
| 09/15/08 | Isaac M. Pachulski | Review, prepare multiple e-mails re GM settlement motion, issues and potential objections; review articles. | 0.7 | 577.50 |
| 09/15/08 | Isaac M. Pachulski | Review/respond additional e-mails re GM issues, work on matters re potential objection. | 0.4 | 330.00 |
| 09/15/08 | Isaac M. Pachulski | Review multiple e-mails and work on matters re GM settlement motion. | 0.7 | 577.50 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re strategy; prepare correspondence re same; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/15/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re ███████ scussions; correspondence from ███████ e same | 0.1 | 72.50 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re OSC entered by court; correspondence from Isaac M. Pachulski re same; analyze order to show cause; prepare correspondence to clients re same | 0.3 | 217.50 |
| 09/15/08 | Jeffrey H. Davidson | Conference call with ██████████████ ██████ e strategy | 1.1 | 797.50 |
| 09/15/08 | Jeffrey H. Davidson | Prepare correspondence to ████████ re allocation agreement | 0.1 | 72.50 |
| 09/15/08 | Jeffrey H. Davidson | Attend meeting with Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re strategy & response to Delphi motions; correspondence re same; conf. w/Isaac M. Pachulski re same | 1.4 | 1,015.00 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ████████ e strategy | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/15/08 | Jeffrey H. Davidson | Prepare correspondence to clients re proposed confidentiality order | 0.3 | 217.50 |
| 09/15/08 | Jeffrey H. Davidson | Telephone conference with ███████ re strategy; prepare correspondence to ███████ re same | 0.1 | 72.50 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ report re Delphi motions | 0.2 | 145.00 |
| 09/15/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to Delphi motions | 0.2 | 145.00 |
| 09/15/08 | Jeffrey H. Davidson | Telephone conference with ███████ re confidentiality order, re objections to Delphi motions, & re strategy | 1.1 | 797.50 |
| 09/15/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re objection to Delphi motions; research re same | 0.2 | 145.00 |
| 09/15/08 | Jeffrey H. Davidson | Prepare memo re strategy in response to Delphi motions & prepare correspondence to clients re same | 0.4 | 290.00 |
| 09/16/08 | Christine M. Pajak | Analyze objection to MRA and GSA | 0.5 | 210.00 |
| 09/16/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re conference call on discovery objection | 0.1 | 42.00 |
| 09/16/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re Committee objection | 0.1 | 42.00 |
| 09/16/08 | Christine M. Pajak | Analyze correspondence from ███████ Committee objection | 0.1 | 42.00 |
| 09/16/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re client follow-up on recommendation | 0.1 | 42.00 |
| 09/16/08 | Eric D. Goldberg | Email re strategy | 0.3 | 184.50 |
| 09/16/08 | Eric D. Goldberg | Email re discovery plan | 0.2 | 123.00 |
| 09/16/08 | Eric D. Goldberg | Telephone conference with Group re discovery | 1.5 | 922.50 |
| 09/16/08 | Eric D. Goldberg | Telephone conference with email and calls re chambers conference | 1.1 | 676.50 |
| 09/16/08 | Isaac M. Pachulski | Review e-mails re matters re GM Settlement Motion, strategy. | 0.4 | 330.00 |
| 09/16/08 | Isaac M. Pachulski | Review multiple e-mails re pending litigation. | 0.3 | 247.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re strategy; correspondence from ███████ re same | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Prepare correspondence to clients & advisors re discovery issues & confidentiality order | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re securities law issues & re local counsel; prepare correspondence re same | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Conference call with ███████ re confidentiality order | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ report re Delphi opposition to committee's request for standing to sue GM; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██ local counsel; prepare correspondence to ███████ re same | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re confidentiality order | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ ██ local counsel; correspondence from ███████ re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Telephone conference with ███████ ██ confidentiality order & securities law issues; correspondence from ███████ re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Telephone conference with ███████ re confidentiality order, re discovery disputes, & re strategy | 0.5 | 362.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re confidentiality order; prepare correspondence to ███████ re same; correspondence from ███████ re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Prepare correspondence to ███████ re confidentiality order | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re legal arguments & issues for objection; correspondence from Christine M. Pajak re same; correspondence from Isaac M. Pachulski re same; research re same; prepare correspondence re same | 0.4 | 290.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re confidentiality order; prepare correspondence re same | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg re adjournment of hearing on examiner; analyze correspondence re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze opposition of creditors' committee to motion for examiner; prepare correspondence to clients re same | 0.3 | 217.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from ███████ re committee objection; prepare correspondence to ███████ re same; prepare correspondence to Isaac M. Pachulski, Eric D. Goldberg & Christine M. Pajak re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re Delphi's opposition to examiner; analyze Delphi's opposition | 0.4 | 290.00 |
| 09/16/08 | Jeffrey H. Davidson | Analyze order authorizing Delphi to file exhibits to GSA & MRA under seal; prepare correspondence to clients & co-counsel re same | 0.2 | 145.00 |
| 09/16/08 | Jeffrey H. Davidson | Prepare memo re local counsel | 0.1 | 72.50 |
| 09/16/08 | Jeffrey H. Davidson | Analyze notice of objection deadlines re various matters for omnibus hearing; correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/17/08 | Christine M. Pajak | Research re opposition to GM MRA and GSA motion | 3.0 | 1,260.00 |
| 09/17/08 | Christine M. Pajak | Analyze correspondence re examiner motion | 0.2 | 84.00 |
| 09/17/08 | Christine M. Pajak | Analyze correspondence re confidentiality agreement | 0.2 | 84.00 |
| 09/17/08 | Eric D. Goldberg | Email re motions and discovery | 0.6 | 369.00 |
| 09/17/08 | Eric D. Goldberg | Attend to confi. stip. | 1.2 | 738.00 |
| 09/17/08 | Eric D. Goldberg | Analyze new pleadings | 1.3 | 799.50 |
| 09/17/08 | Eric D. Goldberg | Email re examiner motion | 0.5 | 307.50 |
| 09/17/08 | Eric D. Goldberg | Analyze new pleadings | 1.8 | 1,107.00 |
| 09/17/08 | Eric D. Goldberg | Attend to discovery | 2.1 | 1,291.50 |
| 09/17/08 | Eric D. Goldberg | Email re p-stock | 0.4 | 246.00 |
| 09/17/08 | Isaac M. Pachulski | Review, respond multiple e-mails re GM, other issues. | 0.3 | 247.50 |
| 09/17/08 | Isaac M. Pachulski | Review e-mails; review DR opposition to Examiner; review Committee objection. | 0.8 | 660.00 |
| 09/17/08 | Isaac M. Pachulski | Review, respond e-mails re examiner motion. | 0.2 | 165.00 |
| 09/17/08 | Isaac M. Pachulski | Review multiple e-mails re GM; respond as appropriate. | 0.3 | 247.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re adjournment of examiner motion; prepare correspondence re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re confidentiality order; prepare correspondence re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re committee's objection | 0.1 | 72.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re response to Appaloosa motion to strike; prepare correspondence re same | 0.1 | 72.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re examiner motion; correspondence from Eric D. Goldberg re same; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Prepare correspondence to clients re confidentiality order | 0.1 | 72.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM GSA MRA motion; correspondence from Eric D. Goldberg re same; prepare correspondence re same | 0.3 | 217.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM MRA & GSA | 0.1 | 72.50 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence re withdrawal of examiner motion | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Al Hogan re exhibits to GSA; correspondence from Eric D. Goldberg re same; prepare correspondence to Eric D. Goldberg re same; correspondence from Christine M. Pajak re same; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/17/08 | Jeffrey H. Davidson | Prepare correspondence to clients re preferred stock term sheet; analyze preferred stock term sheet | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re confidentiality order; prepare correspondence to Eric D. Goldberg re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re committee objection to GM LSA; prepare correspondence re same | 0.2 | 145.00 |
| 09/17/08 | Jeffrey H. Davidson | Analyze correspondence from draft adjournment notice; prepare revisions; prepare correspondence re same | 0.2 | 145.00 |
| 09/18/08 | Christine M. Pajak | Analyze correspondence re withdrawal of examiner motion | 0.1 | 42.00 |
| 09/18/08 | Christine M. Pajak | Research and prepare Delphi brief | 10.0 | 4,200.00 |
| 09/18/08 | Eric D. Goldberg | Email re examiner motion | 0.5 | 307.50 |
| 09/18/08 | Eric D. Goldberg | Attend to discovery matters | 0.8 | 492.00 |
| 09/18/08 | Eric D. Goldberg | Conf. call re discovery | 0.6 | 369.00 |
| 09/18/08 | Eric D. Goldberg | Email re examiner motion | 5.0 | 3,075.00 |
| 09/18/08 | Eric D. Goldberg | Attend to discovery re GM settlement motion | 0.7 | 430.50 |
| 09/18/08 | Eric D. Goldberg | Revise outline of opp. re GM motion | 1.3 | 799.50 |
| 09/18/08 | Eric D. Goldberg | Emails re revisions to GM opp. | 0.6 | 369.00 |
| 09/18/08 | Isaac M. Pachulski | Review e-mails; respond as appropriate; conference with Christine M. Pajak re preferred stock. | 0.4 | 330.00 |
| 09/18/08 | Isaac M. Pachulski | Review additional prior e-mails. | 0.3 | 247.50 |
| 09/18/08 | Isaac M. Pachulski | Review Trade Committee pleading. | 0.1 | 82.50 |
| 09/18/08 | Isaac M. Pachulski | Review notices of filing, multiple e-mails. | 0.3 | 247.50 |
| 09/18/08 | Isaac M. Pachulski | Review, prepare e-mail re issues re GM financing; analysis related issues; review materials re Trade Committee. | 0.4 | 330.00 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re withdrawal of examiner motion; correspondence from ▮▮▮▮ re same | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ re terms of proposed preferred | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re withdrawal of examiner motion; prepare correspondence re same | 0.2 | 145.00 |
| 09/18/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re allocation letter & re supplement | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮ re status; telephone conference with ▮▮▮▮ mm) | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objections to GM settlement; prepare correspondence re same ▮▮▮▮ | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮ re objection to GM settlement & strategy | 0.4 | 290.00 |
| 09/18/08 | Jeffrey H. Davidson | Analyze joinder of trade committee in objection to appointment of examiner; prepare correspondence re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Al Hogan re examiner motion & re confidential schedule to LSA; correspondence from Eric D. Goldberg re same | 0.1 | 72.50 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re proposed factual stipulation; analyze proposed stipulation | 0.2 | 145.00 |
| 09/18/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to LSA motion | 0.1 | 72.50 |
| 09/18/08 | Kendra A. Johnson | Analyze correspondence from Jeffrey H. Davidson re 2019 statement filed by Delphi Trade Committee; respond to same | 0.1 | 20.00 |
| 09/18/08 | Kendra A. Johnson | Review Delphi docket re information on the "Delph Trade Committee's" 2019 statement, etc | 0.9 | 180.00 |
| 09/18/08 | Kendra A. Johnson | Prepare correspondence to Jeffrey H. Davidson re "Delph Trade Committee's" 2019 statement, etc. | 0.2 | 40.00 |
| 09/19/08 | Christine M. Pajak | Confer with Eric D. Goldberg re status | 0.1 | 42.00 |
| 09/19/08 | Christine M. Pajak | Revise notice of withdrawal | 0.1 | 42.00 |
| 09/19/08 | Christine M. Pajak | Research service requirements and under seal filing requirements and follow-up re the same | 1.0 | 420.00 |
| 09/19/08 | Christine M. Pajak | Analyze correspondence from Isaac M. Pachulski re changes to opposition | 0.3 | 126.00 |
| 09/19/08 | Christine M. Pajak | Revise opposition based on Isaac M. Pachulski's changes and circulate the same | 1.0 | 420.00 |
| 09/19/08 | Christine M. Pajak | Coordinate delivery of notice of withdrawal of examiner motion to court | 0.1 | 42.00 |
| 09/19/08 | Christine M. Pajak | Analyze objection to GSA and MRA amendment motion by U.S.A. | 0.3 | 126.00 |
| 09/19/08 | Christine M. Pajak | Exchange emails with ▓▓▓▓ e hand-delivery service of pleadings | 0.1 | 42.00 |
| 09/19/08 | Christine M. Pajak | Analyze Committee's opposition to GSA and MRA amendment motion | 0.3 | 126.00 |
| 09/19/08 | Christine M. Pajak | Exchange emails with ▓▓▓▓ e opposition | 0.1 | 42.00 |
| 09/19/08 | Eric D. Goldberg | Attend to doc. review re GM motion | 6.4 | 3,936.00 |
| 09/19/08 | Eric D. Goldberg | Travel to NY while reviewing declarations and doc. pro. | 9.6 | 5,904.00 |
| 09/19/08 | Isaac M. Pachulski | Review multiple e-mails re GM settlement litigation, other matters, review/comment , revise portion of Opposition. | 1.4 | 1,155.00 |
| 09/19/08 | Isaac M. Pachulski | Review multiple e-mails; work on objection to motion and related matters. | 1.5 | 1,237.50 |
| 09/19/08 | Isaac M. Pachulski | Review additional e-mails; work on objection. | 0.4 | 330.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓ e proposed stipulation; correspondence from Eric D. Goldberg re same; correspondence from ▓▓▓▓ re same | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮ ▮▮▮▮e Delphi declarations in support of motion; correspondence from Eric D. Goldberg re same; prepare correspondence re same | 0.2 | 145.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮e examiner motion; prepare correspondence re same | 0.2 | 145.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re Delphi declarations | 0.1 | 72.50 |
| 09/19/08 | Jeffrey H. Davidson | Telephone conference with ▮▮▮▮▮e strategy | 0.3 | 217.50 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM settlement | 0.1 | 72.50 |
| 09/19/08 | Jeffrey H. Davidson | Prepare opposition to GM settlement & correspondence re same | 1.6 | 1,160.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re opposition to GM settlement; correspondence from Eric D. Goldberg re same; prepare correspondence re same | 0.3 | 217.50 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to opposition to GM settlement | 0.2 | 145.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re draft of objection to GM settlement; analyze correspondence from Christine M. Pajak open issues on objection | 0.2 | 145.00 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objections by creditors committee, equity committee, and United States | 0.1 | 72.50 |
| 09/19/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re objection to GM settlement | 0.1 | 72.50 |
| 09/19/08 | Jeffrey H. Davidson | Analyze several confidential declarations by debtors and by committee | 0.8 | 580.00 |
| 09/20/08 | Christine M. Pajak | Research, review and draft objection to GSA and MRA Amendment Motion; discuss the same with ▮▮▮▮▮ and exchange e-mails with Isaac M. Pachulski and Eric D. Goldberg re the same | 9.0 | 3,780.00 |
| 09/20/08 | Eric D. Goldberg | Prepare for and attend depos. of Naylor, Omsill, Miller and Sherman and review doc. pro. | 16.5 | 10,147.50 |
| 09/20/08 | Isaac M. Pachulski | Review, prepare e-mails; work on objection. | 1.3 | 1,072.50 |
| 09/20/08 | Isaac M. Pachulski | Review, prepare additional e-mails; review declarations submitted by Debtors. | 1.4 | 1,155.00 |
| 09/20/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re objection to GM settlement; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/20/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM settlement; analyze correspondence from Christine M. Pajak re issues for objection | 0.2 | 145.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/20/08 | Jeffrey H. Davidson | Prepare correspondence to Christine M. Pajak re objection to GM settlement | 0.1 | 72.50 |
| 09/20/08 | Jeffrey H. Davidson | Analyze objections by creditors committee, by equity committee, & by United States; declarations re GM settlement | 0.7 | 507.50 |
| 09/20/08 | Jeffrey H. Davidson | Analyze latest draft of objection to GM settlement & revisions | 1.1 | 797.50 |
| 09/20/08 | Jeffrey H. Davidson | Analyze declarations re GM settlement | 0.4 | 290.00 |
| 09/21/08 | Christine M. Pajak | Research, review and revise objection to GSA and MRA Amendment Motion; discuss the same with ████████ exchange e-mails with Isaac M. Pachulski, Eric D. Goldberg and ████████ e the same | 6.0 | 2,520.00 |
| 09/21/08 | Eric D. Goldberg | Prepare for and attend depos. of Celentano; Stipp; Resnick and Daigle; review draft transcripts and related affidavits and docs. | 14.3 | 8,794.50 |
| 09/21/08 | Eric D. Goldberg | Review and revise draft opp. to GM motion | 1.8 | 1,107.00 |
| 09/21/08 | Eric D. Goldberg | Analyze depo. transcripts | 2.1 | 1,291.50 |
| 09/21/08 | Isaac M. Pachulski | Telephone conference with Pajak (vm). | 0.1 | 82.50 |
| 09/21/08 | Isaac M. Pachulski | Review, respond e-mails; work on objection to Motion. | 1.3 | 1,072.50 |
| 09/21/08 | Isaac M. Pachulski | Review/respond additional e-mail. | 0.2 | 165.00 |
| 09/21/08 | Isaac M. Pachulski | Further work on objection. | 1.2 | 990.00 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re declarations | 0.1 | 72.50 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re revisions to objection to GM settlement | 0.2 | 145.00 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objection to GM settlement; prepare correspondence re same; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re hearing on GM settlement; prepare correspondence re same | 0.1 | 72.50 |
| 09/21/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re revisions to objection to GM settlement & related issues; correspondence from Christine M. Pajak re PBGC claim | 0.2 | 145.00 |
| 09/21/08 | Jeffrey H. Davidson | Analyze revised draft of objection to GM settlement; correspondence from Christine M. Pajak re same; analyze correspondence re same from ████████ ████████ analyze correspondence re same from Eric D. Goldberg; correspondence from ████████ re same | 0.5 | 362.50 |
| 09/21/08 | Jeffrey H. Davidson | Analyze final draft of objection to GM settlement & correspondence re same | 0.5 | 362.50 |
| 09/22/08 | Christine M. Pajak | Review and finalize objection to GSA and MRA Amendment Motion | 2.0 | 840.00 |
| 09/22/08 | Christine M. Pajak | Prepare correspondence to client re responsive pleadings to GSA and MRA Amendment Motion | 0.1 | 42.00 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/22/08 | Christine M. Pajak | Research disclosure statement re description of GM claims and settlements | 0.2 | 84.00 |
| 09/22/08 | Christine M. Pajak | Exchange emails with ▓▓▓▓▓ affidavit of service | 0.1 | 42.00 |
| 09/22/08 | Christine M. Pajak | Analyze oppositions to GSA and MRA amendment motion | 0.5 | 210.00 |
| 09/22/08 | Christine M. Pajak | Analyze oppositions to GSA and MRA amendment motion and follow-up re the same re agenda and replies | 1.0 | 420.00 |
| 09/22/08 | Christine M. Pajak | Review and distribute replies filed by the Debtors and other parties in interest | 0.7 | 294.00 |
| 09/22/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re GM preferred stock voting rights | 0.2 | 84.00 |
| 09/22/08 | Christine M. Pajak | Analyze docket re GSA and MRA Amendment Motion reply (x3) | 0.2 | 84.00 |
| 09/22/08 | Christine M. Pajak | Coordinate the filing of affidavits of service | 0.2 | 84.00 |
| 09/22/08 | Eric D. Goldberg | Prep. for 9/23 hearing - review declarations and exhibits; review depo. transcripts; revise opp. brief; prepare outline of argument and cross-examination | 10.2 | 6,273.00 |
| 09/22/08 | Isaac M. Pachulski | Review, prepare e-mails re brief. | 0.2 | 165.00 |
| 09/22/08 | Isaac M. Pachulski | Review multiple e-mails. | 0.3 | 247.50 |
| 09/22/08 | Isaac M. Pachulski | Review e-mails, responses to GM Motion. | 0.9 | 742.50 |
| 09/22/08 | Isaac M. Pachulski | Review e-mails, multiple notices of filing; further review of responses/oppositions to GM Motion. | 1.8 | 1,485.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓ re objection to GM settlement | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re equity committee objection to committee's prosecution of complaint; correspondence from Eric D. Goldberg re same | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Kendra A. Johnson re hearing on GM settlement; prepare correspondence re same | 0.2 | 145.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re filing of objection to GM settlement | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re objections to GM settlement | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓ government loans | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze agenda for hearing; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re plan issues | 0.1 | 72.50 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re arguments concerning release of GM & sub rosa plan | 0.2 | 145.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from ▓▓▓▓▓ service of objection; correspondence from Christine M. Pajak re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/22/08 | Jeffrey H. Davidson | Analyze objections & replies re GM settlement & re amendment to GM financing; correspondence re same | 1.2 | 870.00 |
| 09/22/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re section 1123(a)(6) issue concerning GM preferred stock; correspondence from Isaac M. Pachulski re same | 0.2 | 145.00 |
| 09/22/08 | Kendra A. Johnson | Finalize and electronically file objection to GMC settlement and certificate of service. | 0.5 | 100.00 |
| 09/22/08 | Kendra A. Johnson | Monitor docket re submission of objections to GMC settlement and Debtors' reply to same; prepare response to Christine M. Pajak | 0.5 | 100.00 |
| 09/22/08 | Kendra A. Johnson | Finalize and electronically file objection to GMC settlement | 0.3 | 60.00 |
| 09/22/08 | Kendra A. Johnson | Confer with Christine M. Pajak re objection to GMC settlement | 0.2 | 40.00 |
| 09/22/08 | Kendra A. Johnson | Arrange telephonic appearance of Jeffrey H. Davidson at Delphi hearing | 0.2 | 40.00 |
| 09/22/08 | Kendra A. Johnson | Analyze correspondence from Jeffrey H. Davidson re telephonic appearance at Delphi hearing; respond to same (4x) | 0.4 | 80.00 |
| 09/22/08 | Kendra A. Johnson | Analyze correspondence from Christine M. Pajak re affidavit of service of pleading objecting to GM settlement | 0.1 | 20.00 |
| 09/22/08 | Kendra A. Johnson | Analyze correspondence from Christine M. Pajak re objections to GM Settlement; respond to same | 0.1 | 20.00 |
| 09/22/08 | Kendra A. Johnson | Review docket and retrieve objections to GM Settlement; prepare correspondence to Christine M. Pajak re same | 0.6 | 120.00 |
| 09/22/08 | Kendra A. Johnson | Review docket and retrieve debtors' reply to objections to GM Settlement; prepare correspondence to Christine M. Pajak re same | 0.3 | 60.00 |
| 09/22/08 | Kendra A. Johnson | Analyze correspondence from Christine M. Pajak re service of objection to GM Settlement | 0.1 | 20.00 |
| 09/22/08 | Kendra A. Johnson | Finalize and electronically file affidavit of service of objection to GM settlement | 0.2 | 40.00 |
| 09/23/08 | Christine M. Pajak | Analyze court docket re reply to objections to GSA and MRA Amendment Motion and distribute the same | 0.2 | 84.00 |
| 09/23/08 | Christine M. Pajak | Exchange emails with ███████ re court hearing | 0.1 | 42.00 |
| 09/23/08 | Christine M. Pajak | Analyze Debtor's reply to objections to GSA and MRA Amendment Motion | 0.4 | 168.00 |
| 09/23/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re update on hearing (x2) | 0.2 | 84.00 |
| 09/23/08 | Christine M. Pajak | Prepare correspondence to client re status | 0.3 | 126.00 |
| 09/23/08 | Christine M. Pajak | Exchange emails with Eric D. Goldberg re client report and follow-up re the same | 0.1 | 42.00 |
| 09/23/08 | Eric D. Goldberg | Prepare for and attend hearing and chambers conference | 5.5 | 3,382.50 |
| 09/23/08 | Eric D. Goldberg | Meet w/client re strategy | 1.5 | 922.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/23/08 | Isaac M. Pachulski | Review multiple e-mails re hearing, GM Motion. | 0.3 | 247.50 |
| 09/23/08 | Isaac M. Pachulski | Review additional e-mails re hearing. | 0.2 | 165.00 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from Christine M. Pajak re Delphi reply to objections to settlement; correspondence from Christine M. Pajak re hearing on motions; correspondence from ▮▮▮▮▮▮▮ e same | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re adjournment of hearing & plan negotiations; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮▮ re adjournment of hearing; prepare correspondence re same | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg & Christine M. Pajak re plan negotiations | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re plan negotiations | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ re negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 09/23/08 | Jeffrey H. Davidson | Prepare correspondence to Eric D. Goldberg re plan negotiations; analyze correspondence re same | 0.2 | 145.00 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re report on hearing | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Revise report to clients re adjournment of hearing & plan negotiations | 0.2 | 145.00 |
| 09/23/08 | Jeffrey H. Davidson | Prepare correspondence to ▮▮▮▮▮ e results of hearing | 0.1 | 72.50 |
| 09/23/08 | Jeffrey H. Davidson | Analyze correspondence from ▮▮▮▮▮ atty. for indenture trustee re transcripts; correspondence from Eric D. Goldberg re same | 0.2 | 145.00 |
| 09/24/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re update | 0.1 | 42.00 |
| 09/24/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson and Isaac M. Pachulski re strategy | 0.1 | 42.00 |
| 09/24/08 | Christine M. Pajak | Briefly analyze highly confidential depo transcript and follow-up with Eric D. Goldberg re the same | 0.2 | 84.00 |
| 09/24/08 | Christine M. Pajak | Exchange emails with Jeffrey H. Davidson, Eric D. Goldberg and Isaac M. Pachulski re strategy and follow-up with client | 0.1 | 42.00 |
| 09/24/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re deal | 0.1 | 42.00 |
| 09/24/08 | Eric D. Goldberg | Prep. for hearing and revise outline of argument and examination | 7.8 | 4,797.00 |
| 09/24/08 | Eric D. Goldberg | Calls and email re Committee deal | 1.2 | 738.00 |
| 09/24/08 | Isaac M. Pachulski | Review, respond multiple memos re GM discussions/motion and strategy. | 0.3 | 247.50 |
| 09/24/08 | Isaac M. Pachulski | Review/respond memos re strategy, client call. | 0.3 | 247.50 |

| Date | Name | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/24/08 | Isaac M. Pachulski | Conference call; review e-mails. | 0.5 | 412.50 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from ███████; prepare correspondence to ████████ | 0.1 | 72.50 |
| 09/24/08 | Jeffrey H. Davidson | Telephone conference wit██████████ re confidentiality issues & trading restrictions | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from ████████ plan negotiations status; correspondence from Eric D. Goldberg re same; prepare correspondence re same & re strategy | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re plan negotiations & strategy; correspondence from Eric D. Goldberg re same; correspondence from Christine M. Pajak re same | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski & Eric D. Goldberg re strategy & objection to GM settlement; analyze correspondence re same | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Prepare correspondence to clients re strategy; correspondence from ██████ e same; correspondence from ███████ e same | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Conference call with clients re strategy | 0.5 | 362.50 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re preferred stock issues; correspondence from Christine M. Pajak re same | 0.1 | 72.50 |
| 09/24/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re plan terms; correspondence from ████████████ prepare correspondence re same | 0.2 | 145.00 |
| 09/24/08 | Jeffrey H. Davidson | Telephone conference with Eric D. Goldberg re plan terms & strategy | 0.2 | 145.00 |
| 09/25/08 | Christine M. Pajak | Circulate supplemental reply brief | 0.1 | 42.00 |
| 09/25/08 | Christine M. Pajak | Analyze correspondence from Jeffrey H. Davidson re Delphi and CS issues | 0.2 | 84.00 |
| 09/25/08 | Christine M. Pajak | Analyze correspondence from Eric D. Goldberg re summary | 0.1 | 42.00 |
| 09/25/08 | Eric D. Goldberg | Prep. for and attend hearing re $300 MM LSA and 6M settlement; negotiate w/debtor and confer w/client re settlement | 8.4 | 5,166.00 |
| 09/25/08 | Eric D. Goldberg | Return to L.A. from NYC after Delphi hearing while reviewing revised amendment and ancillary docs. | 8.5 | 5,227.50 |
| 09/25/08 | Jeffrey H. Davidson | Analyze supplemental reply & correspondence re same | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███████████ re call re hearing on settlement; correspondence from ██████████ re same | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference ██████████ re hearing on settlement | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Conference call with clients re plan proposal & hearing strategy | 0.5 | 362.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ███████ e hearing; prepare correspondence re same | 0.1 | 72.50 |

| Date | Name | Description | Time | Amount |
|---|---|---|---|---|
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ e status of bonds; prepare correspondence re same | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ███████ re status of bonds; conference call with ███ re same | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Research re record date issues | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Prepare correspondence to Isaac M. Pachulski re record date issues | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Conference call with ██████ re status of bonds & voting record date issues | 0.3 | 217.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ███ re hearing | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ ███ e plan negotiations | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with █████ re plan negotiations & other matters | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from Isaac M. Pachulski re voting record date issues | 0.1 | 72.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with █████ re voting record date issues & related matters; conference call with ███ ███ e same; telephone conference with ███ re plan negotiations & other matters; conference call with ██████ ███ e results of hearing & re plan negotiations | 1.9 | 1,377.50 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with Isaac M. Pachulski re strategy | 0.3 | 217.50 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from ███ re transfer of bonds; correspondence from ███ e same; prepare correspondence re same | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Telephone conference with ███ e plan negotiations | 0.4 | 290.00 |
| 09/25/08 | Jeffrey H. Davidson | Analyze correspondence from Eric D. Goldberg re summary of hearing & negotiations; prepare correspondence re same | 0.2 | 145.00 |
| 09/25/08 | Jeffrey H. Davidson | Analyze first amendment to amendment & restated GSA; prepare correspondence to clients re same | 0.3 | 217.50 |

**TIME SUMMARY:**

| Name | Title | Time | Rate | Amount |
|---|---|---|---|---|
| Isaac M. Pachulski | Shareholder | 46.3 | 825.00 | 38,197.50 |
| Jeffrey H. Davidson | Shareholder | 176.6 | 725.00 | 128,035.00 |
| Eric D. Goldberg | Shareholder | 175.8 | 615.00 | 108,117.00 |
| Christine M. Pajak | Shareholder | 101.5 | 420.00 | 42,630.00 |
| Mark S. Wallace | Of Counsel | 27.1 | 625.00 | 16,937.50 |
| Kendra A. Johnson | Paralegal | 10.1 | 200.00 | 2,020.00 |

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Jeff M. Fleiss | Paralegal | 0.2 | 200.00 | 40.00 |
| | | 537.6 | | 335,977.00 |

| Fees | | | | 335,977.00 |
|------|--|--|--|-----------|

## COSTS AND DISBURSEMENTS

| Cost Category | Month | Amount |
|---------------|-------|--------|
| Air Fare | October 2008 | 4,416.56 |
| | Total | 4,416.56 |
| Air Freight | August 2008 | 56.97 |
| | September 2008 | 1,473.22 |
| | October 2008 | 18.99 |
| | Total | 1,549.18 |
| Airport Transportation | September 2008 | 323.75 |
| | October 2008 | 511.25 |
| | Total | 835.00 |
| Business Meals | September 2008 | 145.58 |
| | Total | 145.58 |
| Computer Research Expense | August 2008 | 54.91 |
| | September 2008 | 205.32 |
| | October 2008 | 677.15 |
| | Total | 937.38 |
| Copy Production | August 2008 | 1,212.05 |
| | September 2008 | 579.64 |
| | Total | 1,791.69 |
| Court Filing Fees | August 2008 | 0.00 |
| | Total | 0.00 |
| Deposition or Transcript Fee | October 2008 | 8,154.75 |
| | Total | 8,154.75 |
| Document Processing | September 2008 | 7.00 |
| | Total | 7.00 |
| Hotel | September 2008 | 3,834.87 |
| | Total | 3,834.87 |
| Long Distance Telephone | August 2008 | 85.37 |
| | September 2008 | 29.50 |
| | Total | 114.87 |
| Miscellaneous Expense | September 2008 | 34.44 |
| | Total | 34.44 |
| Outside Document Reproduction | September 2008 | 70.00 |
| | Total | 70.00 |
| Postage | August 2008 | 19.04 |

|  | September 2008 | 5.79 |
|---|---|---|
|  | Total | 24.83 |
| Taxi | September 2008 | 52.00 |
|  | Total | 52.00 |
| Teleconference Service | August 2008 | 386.16 |
|  | September 2008 | 12.95 |
|  | October 2008 | 101.52 |
|  | Total | 500.63 |

Total Costs by Category:

| Air Fare | 4,416.56 |
|---|---|
| Air Freight | 1,549.18 |
| Airport Transportation | 835.00 |
| Business Meals | 145.58 |
| Computer Research Expense | 937.38 |
| Copy Production | 1,791.69 |
| Court Filing Fees | 0.00 |
| Deposition or Transcript Fee | 8,154.75 |
| Document Processing | 7.00 |
| Hotel | 3,834.87 |
| Long Distance Telephone | 114.87 |
| Miscellaneous Expense | 34.44 |
| Outside Document Reproduction | 70.00 |
| Postage | 24.83 |
| Taxi | 52.00 |
| Teleconference Service | 500.63 |
| Total | 22,468.78 |

**SUMMARY FOR 06109-0001: Delphi**

| Total Costs and Disbursements This Invoice | 22,468.78 |
|---|---|
| Total Fees This Invoice | 335,977.00 |
| Amount Due | 358,445.78 |

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS BY MATTER

| Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 06109-0001 | Delphi | 335,977.00 | 22,468.78 | 358,445.78 |
| | | 335,977.00 | 22,468.78 | 358,445.78 |

## SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS

| | |
|---|---|
| Subtotal Fees | 335,977.00 |
| Subtotal Costs and Disbursements | 22,468.78 |
| Total This Invoice | 358,445.78 |

DELPHI CORPORATION

**SUMMARY OF FEES, COSTS AND DISBURSEMENTS - BY MONTH**

**FEES BY MATTER BY MONTH**

06109-0001    DELPHI

| MONTH | CATEGORY | NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| August 2008 | Shareholder | Isaac M. Pachulski | 825.00 | 22.90 | 18,892.50 |
| | | Jeffrey H. Davidson | 725.00 | 112.70 | 81,707.50 |
| | | Eric D. Goldberg | 615.00 | 42.70 | 26,260.50 |
| | | Christine M. Pajak | 420.00 | 51.60 | 21,672.00 |
| | Of Counsel | Mark S. Wallace | 625.00 | 10.70 | 6,687.50 |
| | Paralegal | Kendra A. Johnson | 200.00 | 5.40 | 1,080.00 |
| September 2008 | Shareholder | Isaac M. Pachulski | 825.00 | 23.40 | 19,305.00 |
| | | Jeffrey H. Davidson | 725.00 | 63.90 | 46,327.50 |
| | | Eric D. Goldberg | 615.00 | 133.10 | 81,856.50 |
| | | Christine M. Pajak | 420.00 | 49.90 | 20,958.00 |
| | Of Counsel | Mark S. Wallace | 625.00 | 16.40 | 10,250.00 |
| | Paralegal | Jeff M. Fleiss | 200.00 | 0.20 | 40.00 |
| | | Kendra A. Johnson | 200.00 | 4.70 | 940.00 |
| MATTER TOTALS: | | | | 537.60 | 335,977.00 |

Page 1

# FEE SUMMARY BY MATTER

06109-0001: Delphi

| Name | Title | Time | Rate | Amount |
|---|---|---|---|---|
| Isaac M. Pachulski | Shareholder | 46.30 | 825.00 | 38,197.50 |
| Jeffrey H. Davidson | Shareholder | 176.60 | 725.00 | 128,035.00 |
| Eric D. Goldberg | Shareholder | 175.80 | 615.00 | 108,117.00 |
| Christine M. Pajak | Shareholder | 101.50 | 420.00 | 42,630.00 |
| Mark S. Wallace | Of Counsel | 27.10 | 625.00 | 16,937.50 |
| Kendra A. Johnson | Paralegal | 10.10 | 200.00 | 2,020.00 |
| Jeff M. Fleiss | Paralegal | 0.20 | 200.00 | 40.00 |
| | | 537.60 | | 335,977.00 |

Page 2

# SUMMARY OF FEES FOR THE PERIOD

| Name | Title | Time | Rate | Amount |
|------|-------|------|------|--------|
| Isaac M. Pachulski | Shareholder | 46.3 | 825.00 | 38,197.50 |
| Jeffrey H. Davidson | Shareholder | 176.6 | 725.00 | 128,035.00 |
| Eric D. Goldberg | Shareholder | 175.8 | 615.00 | 108,117.00 |
| Christine M. Pajak | Shareholder | 101.5 | 420.00 | 42,630.00 |
| Mark S. Wallace | Of Counsel | 27.1 | 625.00 | 16,937.50 |
| Kendra A. Johnson | Paralegal | 10.1 | 200.00 | 2,020.00 |
| Jeff M. Fleiss | Paralegal | 0.2 | 200.00 | 40.00 |
| | | 537.6 | | 335,977.00 |

Page 3

# COST AND DISBURSEMENT SUMMARY BY MONTH

Delphi

| Cost Category | Month | Amount |
|---|---|---|
| Air Fare | October 2008 | 4,416.56 |
|  | Total | 4,416.56 |
| Air Freight | August 2008 | 56.97 |
|  | September 2008 | 1,473.22 |
|  | October 2008 | 18.99 |
|  | Total | 1,549.18 |
| Airport Transportation | September 2008 | 323.75 |
|  | October 2008 | 511.25 |
|  | Total | 835.00 |
| Business Meals | September 2008 | 145.58 |
|  | Total | 145.58 |
| Computer Research Expense | August 2008 | 54.91 |
|  | September 2008 | 205.32 |
|  | October 2008 | 677.15 |
|  | Total | 937.38 |
| Copy Production | August 2008 | 1,212.05 |
|  | September 2008 | 579.64 |

Page 4

| Category | Period | Amount |
|---|---|---|
| Court Filing Fees | Total | 1,791.69 |
| | August 2008 | 0.00 |
| Deposition or Transcript Fee | Total | 0.00 |
| | October 2008 | 8,154.75 |
| Document Processing | Total | 8,154.75 |
| | September 2008 | 7.00 |
| Hotel | Total | 7.00 |
| | September 2008 | 3,834.87 |
| Long Distance Telephone | Total | 3,834.87 |
| | August 2008 | 85.37 |
| | September 2008 | 29.50 |
| Miscellaneous Expense | Total | 114.87 |
| | September 2008 | 34.44 |
| Outside Document Reproduction | Total | 34.44 |
| | September 2008 | 70.00 |
| Postage | Total | 70.00 |
| | August 2008 | 19.04 |
| | September 2008 | 5.79 |
| Taxi | Total | 24.83 |
| | September 2008 | 52.00 |
| Teleconference Service | Total | 52.00 |
| | August 2008 | 386.16 |
| | September 2008 | 12.95 |

Total Costs by Category:

| October 2008 | | |
|---|---|---|
| | | 101.52 |
| Total | | 500.63 |
| | | |
| Air Fare | | 4,416.56 |
| Air Freight | | 1,549.18 |
| Airport Transportation | | 835.00 |
| Business Meals | | 145.58 |
| Computer Research Expense | | 937.38 |
| Copy Production | | 1,791.69 |
| Court Filing Fees | | 0.00 |
| Deposition or Transcript Fee | | 8,154.75 |
| Document Processing | | 7.00 |
| Hotel | | 3,834.87 |
| Long Distance Telephone | | 114.87 |
| Miscellaneous Expense | | 34.44 |
| Outside Document Reproduction | | 70.00 |
| Postage | | 24.83 |
| Taxi | | 52.00 |
| Teleconference Service | | 500.63 |
| Total | | 22,468.78 |

# SUMMARY OF ALL FEES, COSTS AND DISBURSEMENTS BY MATTER

| Matter | | Fees | Costs | Total |
|---|---|---|---|---|
| 06109-0001 | Delphi | 335,977.00 | 22,468.78 | 358,445.78 |
| | | 335,977.00 | 22,468.78 | 358,445.78 |

Page 7