**Hearing Date: May 20, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  -  x
                                                          :
        In re                                             :      Chapter 11
                                                          :
DPH HOLDINGS CORP., <u>et al</u>.,                        :      Case No. 05-44481 (RDD)
                                                          :
                                                          :      (Jointly Administered)
                    Reorganized Debtors.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF FORTY-SEVENTH OMNIBUS
OBJECTION PURSUANT TO 11 U.S.C.  § 503(b) AND FED. R. BANKR. P. 3007 TO (I) DISALLOW
AND EXPUNGE (A) CERTAIN ADMINISTRATIVE EXPENSE BOOKS AND RECORDS CLAIMS,
(B) A CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE CLAIM, AND (C) CERTAIN
ADMINISTRATIVE  EXPENSE DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS,
<u>AND (II) MODIFY CERTAIN ADMINISTRATIVE EXPENSE CLAIMS</u>


("REORGANIZED DEBTORS' OMNIBUS REPLY IN SUPPORT OF
FORTY-SEVENTH OMNIBUS CLAIMS OBJECTION")

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors") hereby submit this Omnibus Reply in support of the Reorganized Debtors' Forty-Seventh Omnibus Objection to various administrative expense claims (the "Forty-Seventh Omnibus Claims Objection" or the "Objection"),[1] and respectfully represent as follows:

1.      The Reorganized Debtors filed the Forty-Seventh Omnibus Claims Objection on April 16, 2010, seeking entry of an order pursuant to section 503(b) of the Bankruptcy Code and Bankruptcy Rule 3007 (I) disallowing and expunging certain Administrative Claims because they (A) asserted liabilities and dollar amounts that are not reflected on the Reorganized Debtors' books and records, (B) were duplicative of other Administrative Claims, and (C) were duplicative of certain substantial contribution claims and (II) modifying certain Administrative Claims.

2.      The Reorganized Debtors sent to each claimant whose proof of administrative expense is subject to an objection pursuant to the Forty-Seventh Omnibus Claims Objection a personalized Notice Of Objection To Claim, which specifically identified such claimant's proof of administrative expense that is subject to an objection and the basis for such objection.  Responses to the Forty-Seventh Omnibus Claims Objection were due by 4:00 p.m. (prevailing Eastern time) on May 13, 2010.

3.      As of May 17, 2010 at 6:00 pm (prevailing Eastern time), the Debtors had received 34 responses (the "Responses") to the Forty-Seventh Omnibus Claims Objection.  In the aggregate, the 34 Responses cover 40 Administrative Claims.  Attached hereto as <u>Exhibit A</u> is a

---

[1]     Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Forty-Seventh Omnibus Claims Objection.

chart summarizing each Response and listing the 40 Administrative Claims for which the

Responses were filed.  Pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings

Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections

to Claims (Docket No. 6089), entered on December 6, 2006 (the "Claims Objection Procedures

Order"), and the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To

Apply Claims Objection Procedures To Address Contested Administrative Expense Claims,

entered on October 22, 2009 (Docket No. 18998) (the "Administrative Claims Objection

Procedures Order"), the hearing with respect to each Administrative Claim covered by a

Response will be adjourned to a sufficiency hearing or claims objection hearing, as appropriate,

to determine the disposition of each such Administrative Claim.

        4.      The Reorganized Debtors have entered into a stipulation with Hyundai

Motor America (Docket No. 20000) whereby Hyundai Motor America agreed to have its

administrative expense claim 18934 disallowed and expunged in accordance with the terms of

the stipulation.  Furthermore, the Reorganized Debtors and SPCP Group LLC have entered into a

stipulation (Docket No. 20131) whereby (i) administrative expense claim number 19116 filed by

SPCP Group LLC and (ii) the Forty-Seventh Omnibus Claims Objection with respect to

administrative expense claim number 19116 were deemed withdrawn.

        5.      Attached hereto as <u>Exhibit B</u> is a revised proposed order (the "Revised

Proposed Order")[2] in respect of the Forty-Seventh Omnibus Claims Objection which reflects the

adjournment of the hearing regarding each Administrative Claim for which a Response was filed.

---

[2]    Attached hereto as <u>Exhibit C</u> is a copy of the Revised Proposed Order marked to show revisions to the form of
proposed order that was submitted with the Forty-Seventh Omnibus Claims Objection.

Such adjournment is without prejudice to the Reorganized Debtors' right to assert that a Response was untimely or otherwise deficient under the Claims Objection Procedures Order or the Administrative Claims Objection Procedures Order.

6.      In addition to the Responses, the Reorganized Debtors also received informal letters, e-mails, and telephone calls from various parties questioning the relief requested in the Forty-Seventh Omnibus Claims Objection and seeking to reserve certain of their rights with respect thereto (the "Informal Responses").  The Reorganized Debtors believe that all the concerns expressed by the Informal Responses have been adequately resolved.

7.      Except for those Administrative Claims with respect to which the hearing has been adjourned to a future date, the Reorganized Debtors believe that the Revised Proposed Order adequately addresses the issues raised by the respondent.  Thus, the Reorganized Debtors request that this Court grant the relief requested by the Reorganized Debtors and enter the Revised Proposed Order.

WHEREFORE the Reorganized Debtors respectfully request that this Court (a) enter the Revised Proposed Order, (b) adjourn the hearing with respect to each Administrative Claim for which a Response was filed pursuant to the Claims Objection Procedures Order and the Administrative Claims Objection Procedures Order, and (c) grant the Reorganized Debtors such other and further relief as is just.

Dated:  New York, New York
        May 19, 2010

                                SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP

                                By:   /s/ John Wm. Butler, Jr.
                                    John Wm. Butler, Jr.
                                    John K. Lyons
                                    Ron E. Meisler
                                155 North Wacker Drive
                                Chicago, Illinois 60606

                                    - and -

                                By:   /s/ Kayalyn A. Marafioti
                                    Kayalyn A. Marafioti
                                Four Times Square
                                New York, New York 10036

                                Attorneys for DPH Holdings Corp., et al.,
                                    Reorganized Debtors

# EXHIBIT A

**Exhibit A**

**In re DPH Holdings Corp., et al., Case No. 05-44481 (RDD)**

*Responses To The Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (the "Objection")*
*Organized By Respondent[1]*

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 1. | City of Oak Creek (Docket No. 20007) | 18394 | The City of Oak Creek ("Oak Creek") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18394. Oak Creek asserts that its claim is valid because it reflects various debts owed to the city in its capacity as a municipality, including personal property taxes. In addition, Oak Creek notes that the objection is to its original claim number 18394 and not to its amended claim number 19534. | Books and Records Claims | Adjourn |
| 2. | Cadence Innovation LLC (Docket No. 20012) | 20055 | Cadence Innovation LLC ("Cadence") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 20055. Cadence asserts that due to its own filing for relief under chapter 11, certain transfers of interest of Cadence in property to or for the benefit of the Reorganized Debtors may be avoided as preferential transfers under 11 U.S.C. §§ 547, 550. | Books and Records Claims | Adjourn |

---

[1]    This chart reflects all Responses received by the Reorganized Debtors as of May 17, 2010 at 6:00 p.m. (prevailing Eastern time).

[2]    This chart reflects all resolutions or proposals as of May 17, 2010 at 6:00 p.m. (prevailing Eastern time).

|  | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 3. | Bank of America, N.A. (Docket Nos. 20014, 20015, 20016, 20018, 20019, 20020, 20021, 20022, 20023, 20024, 20025, 20026, 20027, 20028) | 20007, 20006, 20008, 19604, 19602, 19603, 19087, 19069, 19816, 19817, 19815, 19123, 19124, 19125 | Bank of America, N.A. ("BofA") disagrees with the Reorganized Debtors' Objection to disallow and expunge its proof of administrative expense claims.  BofA asserts that pursuant to two aircraft leases, certain security interest was granted to BofA by the lessor (Delphi Automotive Systems Human Resources, LLC) and guarantors (Delphi Automotive Systems, LLC and Delphi Corporation).  BofA further asserts that the lessor chartered the aircraft to third parties, the profits of which are due to BofA as collateral pursuant to the security interest granted under the aircraft leases.  Additionally, BofA asserts administrative expense claims associated with the maintenance, remarketing, and dimunition in value of the aircraft. | Books and Records Claims | Adjourn |
| 4. | City of Vandalia, Ohio (Docket No. 20017) | 17152 | The City of Vandalia, Ohio ("Vandalia") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 17152.  Vandalia asserts that its claim is a valid tax liability owed by the Reorganized Debtors for unpaid withholding taxes for year 2006, plus penalties and interest. | Modified Claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 5. | Stephen Gale (Docket No. 20030) | 17837 | Stephen Gale disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 17837.  Mr. Gale asserts that because he worked for a foreign subsidiary of Delphi, the company paid his taxes.  Mr. Gale is currently working with KPMG to determine if the taxes paid were correct or if additional amounts are owed by Reorganized Debtors. If Mr. Gale determines that no additional amounts are owed him, he will immediately withdraw his claim. | Books and Records Claims | Adjourn |
| 6. | Nissan North America, Inc. (Docket No. 20031) | 18975 | Nissan North America, Inc. ("Nissan") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18975. Nissan asserts that its claim is valid because the warranty obligations are the responsibility of either the Debtors or GM Components Holdings, LLC.  Nissan asks for additional time while the parties continue to discuss responsibility for these warranty obligations. | Books and Records Claims | Adjourn |
| 7. | Lear Corporation EEDS and Interiors, Lear Corporation GMBH and Lear Corporation (Docket No. 20032) | 19033, 19032, 19971, 18677, 19972 | Lear Corporation EEDS and Interiors, Lear Corporation GMBH and Lear Corporation (collectively, "Lear") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim nos. 19033, 19032, 19971, 18677, 19972.  Lear asserts that the amounts reflected in its administrative expense claims are owed for goods sold by Lear to the Debtors postpetition through June 1, 2009 and after June 1, 2009 but before October 6, 2009. | Books and Records Claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 8. | City of Olathe, Kansas (Docket No. 20034) | 18541 | The City of Olathe, Kansas ("City") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18541.  The City asserts that pursuant to agreements between it and the Debtors and the Reorganized Debtors, there is a continuing obligation relating to a site cleanup in connection with a former battery plant owned by the Debtors. | Books and Records Claims | Adjourn |
| 9. | Furukawa Electric Company, Ltd. (Docket No. 20037) | 19505 | Furukawa Electric Company, Ltd. ("Furukawa") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 19505.  Furukawa asserts that the claim for accrued royalties pursuant to consulting and licensing agreements between it and certain debtor parties is valid. | Books and Records Claims | Adjourn |
| 10. | United Parcel Service Inc. (Docket No. 20038) | 19082 | United Parcel Service Inc. ("UPS") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 19082.  UPS asserts that its claim for unpaid invoices for shipping services provided to Debtors  from the petition date through May 12, 2010 is valid. | Books and Records Claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 11. | Bosch Automotive Products (Suz Hou) Co. Ltd. (Docket No. 20039) | 18689 | Bosch Automotive Products (Suz Hou) Co. Ltd. ("Bosch") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18689.  Bosch asserts that its claim for goods sold and delivered to Delphi Automotive Systems Korea, Inc. between the Petition Dates and June 1, 2009 is valid.  Bosch also asserts that the objection is misapplied because it was not filed against Delphi Corporation in case number 05-44481, rather it was filed against Delphi Automotive Systems Korea, Inc. in case number 05-44580.  Bosch also asserts that it is attempting to obtain documents to prove its claim but indicates that additional time is needed because the documents are located in China. | Books and Records Claims | Adjourn |
| 12. | HSBC Bank USA, National Association (Docket No. 20042) | 18617 | HSBC Bank USA, National Association ("HSBC") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18617.  HSBC asserts that subsequent to filing the claim, the Reorganized Debtors assumed the credit card agreements and the claim amount was paid by the Reorganized Debtors.  HSBC has since withdrawn its claim. | Books and Records Claims | Adjourn |
| 13. | Autoliv, ASP, Inc. (Docket No. 20044) | 19151 | Autoliv, ASP, Inc. ("Autoliv") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 19151.  Autoliv asserts that its claim for amounts arising from the Reorganized Debtors' postpetition patent infringement is valid. | Books and Records Claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 14. | Inteva Products, LLC (Docket No. 20045) | 19134, 19135, 19136 | Inteva Products, LLC ("Inteva") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 19136.  Inteva asserts that claim numbers 19134 and 19135 have been resolved by the parties, but that claim number 19136 is a valid claim reflecting overpayment by International Truck and Engine Company to the Debtors pursuant to a supply contract. | Books and Records Claims | Adjourn |
| 15. | Apple Inc., Apple Computer International, and Hon Hai Precision Industry Company Ltd. (Docket No. 20050) | 18902 | Apple Inc., Apple Computer International, and Hon Hai Precision Industry Company Ltd. (collectively, "Apple") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18902.  Apple asserts that its claim pursuant to a Master Goods Agreement is valid and that Apple and the Debtors have been in negotiations for years regarding obligations under this agreement.  In light of these negotiations, Apple questions the validity of a Books and Records Claim objection. | Books and Records Claims | Adjourn |
| 16. | Flextronics International USA, Inc. and Flextronics International Ltd. (Docket No. 20061) | 18940 | Flextronics International USA, Inc. and Flextronics International Ltd. (collectively, "Flextronics") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18940.  Flextronics asserts that its claim is valid because, pursuant to certain contracts for goods and services, the Debtors knowingly and purposefully availed themselves of such goods and services both before and after the Petition Date and that substantial benefit was realized by the Debtors. | Books and Records Claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 17. | International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (Docket No. 20126) | 19810 | International Union, United Automobile, Aerospace & Agricultural Implement Workers of America ("UAW") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 19810.  UAW asserts that its claim is valid pursuant to an agreement reached in December 2008 between UAW and Delphi regarding, among other things, the terms of the June 22, 2007 UAW-Delphi-GM Memorandum of Understanding related to the Debtors' payments to the Legal Services Plan. | Books and Records Claims | Adjourn |
| 18. | Panalpina Management, Ltd. and Panalpina, Inc. (Docket No. 20129) | 18939 | Panalpina Management, Ltd. and Panalpina, Inc. ("Panalpina") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18939.  Panalpina asserts that its claim is valid because the evidence demonstrates that Panalpina entered into postpetition contracts with the Debtors related to the provision of certain services, Panalpina provided such services after the Petition Date, the Debtors knowingly and purposefully availed themselves of such services after the Petition Date, and substantial benefit was realized by the Debtors. | Modified Claims | Adjourn |
| 19. | Vanguard Distributors, Inc. (Docket No. 20145) | 16908 | Vanguard Distributors, Inc. ("Vanguard") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 16908. Vanguard asserts that the Debtors have failed to rebut the prima facie validity of proof of administrative expense claim no. 16908. | Books and Records Claims | Adjourn |

| | RESPONSE | PROOF OF CLAIM NOS. | SUMMARY OF RESPONSE | BASIS FOR OBJECTION | TREATMENT[2] |
|---|---|---|---|---|---|
| 20. | Greywolf Capital Management LP (Docket No. 20146) | 19001 | Greywolf Capital Management LP ("Greywolf") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 19001.  Greywolf asserts that its claim is valid because it is owed professional fees and expenses in connection with postpetition financing provided to the Debtors under the Amended and Restated Revolving Credit, Term Loan and Guaranty Agreement, dated as of May 9, 2008, and related transactions. | Books and Records Claims | Adjourn |
| 21. | CSX Corporation (Docket No. 20148) | 18700 | CSX Corporation ("CSX") disagrees with the Reorganized Debtors' Objection to disallow and expunge proof of administrative expense claim no. 18700. CSX asserts that its claim is valid pursuant to the description and the accompanying documents included in proof of administrative expense claim no. 18700. | Modified Claims | Adjourn |

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
            In re                         :      Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :      Case No. 05-44481 (RDD)
                                          :
            Reorganized Debtors.          :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007
(I) DISALLOWING AND EXPUNGING (A) CERTAIN ADMINISTRATIVE EXPENSE
BOOKS AND RECORDS CLAIMS, (B) A CERTAIN ADMINISTRATIVE EXPENSE
DUPLICATE CLAIM, AND (C) CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE
SUBSTANTIAL CONTRIBUTION CLAIMS, AND (II) MODIFYING A CERTAIN
ADMINISTRATIVE EXPENSE CLAIM

("FORTY-SEVENTH OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And

Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books

And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain

Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain

Administrative Expense Claims (the "Forty-Seventh Omnibus Claims Objection" or the

"Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the

above-captioned cases (collectively, the "Reorganized Debtors"), dated April 16, 2010; and upon

the record of the hearing held on the Forty-Seventh Omnibus Claims Objection; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Forty-
       Seventh Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.        Each holder of a claim for an administrative expense under section 503(b)(1) of the Bankruptcy Code (each, an "Administrative Claim") listed on Exhibits A, B, C, and D, E-1, and E-2 hereto was properly and timely served with a copy of the Forty-Seventh Omnibus Claims Objection, a personalized Notice Of Objection To Claim, the proposed order granting the Forty-Seventh Omnibus Claims Objection, and notice of the deadline for responding to the Forty-Seventh Omnibus Claims Objection.  No other or further notice of the Forty-Seventh Omnibus Claims Objection is necessary.

B.        This Court has jurisdiction over the Forty-Seventh Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Forty-Seventh Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Forty-Seventh Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.        The Administrative Claims listed on Exhibit A assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records (the "Books And Records Claims").

D.        The Administrative Claim listed on Exhibit B  is duplicative of another Administrative Claim (the "Duplicate Claim").

E.        The Administrative Claims listed on Exhibit C (the "Duplicate Substantial Contribution Claims") are duplicative of applications for compensation filed by such parties pursuant to section 503(b)(3) and (4) of the Bankruptcy Code (the "Substantial Contribution Applications").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

2

F.      The Administrative Claim listed on <u>Exhibit D</u> asserts an amount that is overstated (the "Modified Claim").

G.      <u>Exhibit F</u> hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced on <u>Exhibits D</u> and <u>E-2</u> hereto.  <u>Exhibit G</u> hereto sets forth each of the Administrative Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>D</u>, <u>E-1</u>, and <u>E-2</u> in alphabetical order by claimant and cross-references each such Administrative Claim by (i) proof of administrative expense number and (ii) basis of objection.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      Each Books And Records Claim listed on <u>Exhibit A</u> hereto is hereby disallowed and expunged in its entirety.

2.      The Duplicate Claim listed on <u>Exhibit B</u> hereto is hereby disallowed and expunged in its entirety.

3.      Each Duplicate Substantial Contribution Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and expunged in its entirety without prejudice to the claims asserted in the Substantial Contribution Applications.

4.      The Modified Claim listed on <u>Exhibit D</u> hereto is hereby modified to reflect the amount, classification, and Debtor listed in the "Claim As Modified" column of <u>Exhibit D</u>.

5.      With respect to each Administrative Claim for which a Response to the Forty-Seventh Omnibus Claims Objection has been filed and served listed on Exhibits <u>E-1</u> and <u>E-2</u> and which Response has not been resolved by the parties, the hearing regarding the objection to such Administrative Claims shall be adjourned to a future date to be noticed by the

3

Reorganized Debtors consistent with and subject to the Claims Objection Procedures Order and

the Administrative Claims Objection Procedures Order; provided, however, that such

adjournment shall be without prejudice to the Reorganized Debtors' right to assert that any such

Response was untimely or otherwise deficient under the Claims Objection Procedure Order and

the Administrative Claims Objection Procedures Order.  Entry of this order is without prejudice

to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other

administrative expense claims in these chapter 11 cases or to further object to Administrative

Claims that are the subject of the Forty-Seventh Omnibus Claims Objection, except as such

claims may have been settled and allowed. This Court shall retain jurisdiction over the

Reorganized Debtors and the holders of Administrative Claims subject to the Forty-Seventh

Omnibus Claims Objection to hear and determine all matters arising from the implementation of

this order.

        6.      Each of the objections by the Reorganized Debtors to each Administrative

Claim addressed in the Forty-Seventh Omnibus Claims Objection and attached hereto as Exhibits

A, B, C, D, E-1, and E-2 constitutes a separate contested matter as contemplated by Fed. R.

Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Administrative

Claim that is the subject of the Forty-Seventh Omnibus Claims Objection.  Any stay of this order

shall apply only to the contested matter which involves such Administrative Claim and shall not

act to stay the applicability or finality of this order with respect to the other contested matters

covered hereby.

7.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order and the

Administrative Claims Objection Procedures Order.

Dated: New York, New York
        May ___, 2010

_____
        UNITED STATES BANKRUPTCY JUDGE

In re DPH Holdings Corp., et al.       **Forty-Seventh Omnibus Claims Objection**

Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038 | 19756 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038 | 19019 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ALLA AVERBUKH THE KUHLMAN LAW FIRM LLC 1100 MAIN ST STE 2550 KANSAS CITY, MO 64105 | 19597 | Secured: Priority: Administrative: Unsecured: Total: | $1,500,000.00 $1,500,000.00 | 09/10/2009 | DELPHI CORPORATION (05-44481) |
| AMERICAN AIKOKU ALPHA INC ATTN GARY VIST ESQ C/O MASUDA FUNAI EIFERT & MITCHELL LTD 203 N LASALLE ST STE 2500 CHICAGO, IL 60601-1262 | 17953 | Secured: Priority: Administrative: Unsecured: Total: | $413,908.96 $413,908.96 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| AT&T SOLUTIONS INC AND ITS AFFILIATED ENTITIES ATTN JAMES GRUDUS AT&T SERVICES INC ONE AT&T WAY RM 3A218 BEDMINSTER, NJ 07921 | 19164 | Secured: Priority: Administrative: Unsecured: Total: | $2,973,848.25 $2,973,848.25 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| AUDIO MPEG INC AND SISV EL SPA MARY JOANNE DOWD ESQ ARENT FOX LLP 1050 CONNECTICUT AVE NW WASHINGTON, DC 20036-5339 | 19077 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT C/O SEANN TZOUVELEKAS TS 6 1400 HIGHWAY 101 S GREER, SC 29651 | 19130 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*  The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT C/O SEANN TZOUVELEKAS TS 6 1400 HIGHWAY 101 S GREER, SC 29651 | 19131 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT C/O SEANN TZOUVELEKAS TS 6 1400 HIGHWAY 101 S GREER, SC 29651 | 19129 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| BOSCH CORPORATION ATTN JUDITH ADLER C/O ROBERT BOSCH LLC 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 18694 | Secured: Priority: Administrative: Unsecured: Total: | $1,173,427.00 $1,173,427.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CENTERLINE INC ATTN RENE BICKLE CONTROLLER 2110 N ASH ST PONCA CITY, OK 74601 | 18244 | Secured: Priority: Administrative: Unsecured: Total: | $4,449.00 $4,449.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| CHARLENE JACKSON | 17821 | Secured: Priority: Administrative: Unsecured: Total: | $30,000.00 $30,000.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON OHIO ATTN REVENUE ADMINISTRATION CITY OF DAYTON FINANCE DEPARTMENT 101 W THIRD ST DAYTON, OH 45402 | 18716 | Secured: Priority: Administrative: Unsecured: Total: | $36,140.17 $36,140.17 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CLARION CORPORATION OF AMERICA ATTN JOSEPH MUTO 6200 GATEWAY DR CYPRESS, CA 90630 | 19074 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE 175 WATER ST 18TH FL NEW YORK, NY 10038 | 18981 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

\*     The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                            Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE 175 WATER ST 18TH FL NEW YORK, NY 10038 | 18982 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI LLC (05-44615) |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE 175 WATER ST 18TH FL NEW YORK, NY 10038 | 18983 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE 175 WATER ST 18TH FL NEW YORK, NY 10038 | 18984 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| DCH HEALTH SYSTEM C/O ANNE D LACOSTE ESQ DISHUCK LACOSTE & SMITH PC PO BOX 20677 TUSCALOOSA, AL 35402-0677 | 18061 | Secured: Priority: Administrative: Unsecured: Total: | $4,302.50 $4,302.50 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DCH HEALTH SYSTEM C/O ANNE D LACOSTE ESQ DISHUCK LACOSTE & SMITH PC PO BOX 20677 TUSCALOOSA, AL 35402-0677 | 18062 | Secured: Priority: Administrative: Unsecured: Total: | $654.50 $654.50 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE INTERNAL REVENUE SERVICE 290 BROADWAY 5TH FL NEW YORK, NY 10007 | 16613 | Secured: Priority: Administrative: Unsecured: Total: | $10,031.91 $10,031.91 | 06/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| DIANE YOUNG | 18811 | Secured: Priority: Administrative: Unsecured: Total: | $400,000.00 $400,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| FORD MOTOR COMPANY JONATHAN S GREEN MILLER CANFIELD PADDOCK & STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 38226 | 19146 | Secured: Priority: Administrative: Unsecured: Total: | $646,814.00 $646,814.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

*     The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                                      Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FORD MOTOR COMPANY JONATHAN S GREEN MILLER CANFIELD PADDOCK & STONE PLC 150 W JEFFERSON AVE STE 2500 DETROIT, MI 38226 | 19145 | Secured: Priority: Administrative: Unsecured: Total: | $1,500,000.00 $1,500,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| GEORGE A KRALOVICH | 18782 | Secured: Priority: Administrative: Unsecured: Total: | $561,185.08 $561,185.08 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HALEY JENKINS THE KUHLMAN LAW FIRM LLC 1100 MAIN ST STE 2550 KANSAS CITY, MO 64105 | 19599 | Secured: Priority: Administrative: Unsecured: Total: | $1,500,000.00 $1,500,000.00 | 09/10/2009 | DELPHI CORPORATION (05-44481) |
| HE SERVICES CO VICTOR J MASTROMARCO JR ESQ 1024 N MICHIGAN AVE SAGINAW, MI 48602 | 18702 | Secured: Priority: Administrative: Unsecured: Total: | $300,000.00 $300,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| HEALTHCARE AUTHORITY OF MORGAN COUNTY DBA DECATUR GENERAL HOSPITAL ATTN ALICE 1201 7TH ST SE DECATUR, AL 35601 | 18673 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| JESSICA JENKINS THE KUHLMAN LAW FIRM LLC 1100 MAIN ST STE 2550 KANSAS CITY, MO 64105 | 19598 | Secured: Priority: Administrative: Unsecured: Total: | $1,500,000.00 $1,500,000.00 | 09/10/2009 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC, AUTOMOTIVE EXPERIENCE DIVISION C/O STEPHEN T BOBO REED SMITH LLP 10 S WACKER DR 40TH FLR CHICAGO, IL 60606 | 19626 | Secured: Priority: Administrative: Unsecured: Total: | $11,077.57 $11,077.57 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC, BUILDING EFFICIENCY C/O STEVEN T BOBO REED SMITH LLP 10 S WACKER DR 40TH FLR CHICAGO, IL 60606 | 19625 | Secured: Priority: Administrative: Unsecured: Total: | $5,711.82 $5,711.82 | 11/04/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                    Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KURTZMAN CARSON CONSULTANTS LLC 2335 ALASKA AVE EL SEGUNDO, CA 90245 | 19627 | Secured: Priority: Administrative: Unsecured: Total: | $12,820.77 $12,820.77 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| KYKLOS BEARING INTERNATIONAL LLC JON ANDERSON KBI 2509 HAYES AVE SANDUSKY, OH 44870 | 18425 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL BRUEWER | 17650 | Secured: Priority: Administrative: Unsecured: Total: | $240,000.00 $240,000.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| OGURA CLUTCH COMPANY ROBERT A PEURACH ESQ DAKMAK PEURACH PC 615 GRISWOLD STE 600 DETROIT, MI 48226 | 18971 | Secured: Priority: Administrative: Unsecured: Total: | $37,257.60 $37,257.60 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT L BACKIE VICTOR J MASTROMARCO JR ESQ 1024 N MICHIGAN AVE SAGINAW, MI 48602 | 18701 | Secured: Priority: Administrative: Unsecured: Total: | $300,000.00 $300,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| TECHNOLOGY PROPERTIES LTD WENDY W SMITH BINDER & MALTER LLP 2775 PARK AVE SANTA CLARA, CA 95050 | 18488 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS FALENCIK 2500 MINNEKAHTA AVE HOT SPRINGS, SD 57747-1129 | 18301 | Secured: Priority: Administrative: Unsecured: Total: | $10,000.00 $10,000.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS P BINASIO | 17982 | Secured: Priority: Administrative: Unsecured: Total: | $75,000.00 $75,000.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*       The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

**In re DPH Holdings Corp., et al.**                                              **Forty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE C/O EDWARD M FOX ESQ K&L GATES LLP 599 LEXINGTON AVE NEW YORK, NY 10022 | 18628 | Secured: Priority: Administrative: Unsecured: Total: | $3,194,962.74 $3,194,962.74 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| | **Total: 40** | | **$16,441,591.87** | | |

*     The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

**    "UNL" denotes an unliquidated claim.

In re Delphi Corporation, et al.                                                                 **Forty-Seventh Omnibus Claims Objection**
Case No. 05-44481 (RDD)

### EXHIBIT B - DUPLICATE CLAIM

| CLAIM TO BE EXPUNGED | SURVIVING CLAIM |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Claim: | 18653 | Debtor: | DELPHI CORPORATION (05-44481) | | |
| Date Filed: | 07/14/2009 | Secured: | | | |
| Creditor's Name: | | Priority: | | | |
| JPMORGAN CHASE BANK NA AS | | Administrative: | UNL* | | |
| ADMINISTRATIVE AGENT | | Unsecured: | | | |
| C/O SUSAN E ATKINS MANAGING | | | | | |
| DIRECTOR | | | | | |
| 277 PARK AVE 8TH FL | | Total: | UNL* | | |
| NEW YORK, NY 10172 | | | | | |

| | | | |
|---|---|---|---|
| Claim: | 18654 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: | 07/14/2009 | Secured: | |
| Creditor's Name: | | Priority: | |
| JP MORGAN CHASE BANK NA | | Administrative: | UNL* |
| ATTN SUSAN E ATKINS MANAGING | | Unsecured: | |
| DIRECTOR | | | |
| 277 PARK AVENUE 8TH FL | | Total: | UNL** |
| NEW YORK, NY 10172 | | | |

|  |  |
|---|---|
| **Total Claims To Be Expunged:** | **1** |
| **Total Asserted Amount To Be Expunged:** | **UNL** |

\*      "UNL" denotes an unliquidated claim.

Page 1 of 1

In re DPH Holdings Corp., et al.                                          Forty-Seventh Omnibus Claims Objection

Case No. 05-44481 (RDD)

## EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS

| CLAIM TO BE EXPUNGED | | | | SURVIVING APPLICATION | | | |
|---|---|---|---|---|---|---|---|
| Claim: | 18713 | Debtor: | DELPHI CORPORATION (05-44481) | Docket No.: | 19115 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: | 07/14/2009 | | | Date Filed: | 11/20/2009 | | |
| Creditor's Name: | | Secured: | | Applicant: | | | |
| CR INTRINSIC INVESTORS LLC, HIGHLAND CAPITAL MANAGEMENT LP, ELLIOTT ASSOCIATES LP AND/OR CERTAIN FUNDS MANAGED THEREBY ERIC D GOLDBERG ESQ STUTMAN TREISTER & GLATT 1901 AVE OF THE STARS 12TH FL LOS ANGELES, CA 90067 | | Priority: | | C.R. INTRINSIC INVESTORS AND ELLIOTT ASSOCIATES, L.P. | | | |
| | | Administrative: | $492,981.39 | | | | |
| | | Unsecured: | | | | | |
| | | Total: | $492,981.39 | | | Total Asserted: | $284,325.40 |
| Claim: | 18723 | Debtor: | DELPHI CORPORATION (05-44481) | Docket No.: | 19091 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: | 07/14/2009 | | | Date Filed: | 11/16/2009 | | |
| Creditor's Name: | | Secured: | | Applicant: | | | |
| DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ELLIOT ASSOCIATED LP, NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT INC, NORTHEAST INVESTORS TRUST, SPCP GROUP, LLC, AND WHITEBOX ADVISORS, LLC ALLAN S BRILLIANT THE NEW YORK TIMES BLDG 620 8TH AVE NEW YORK, NY 10018 | | Priority: | | DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT ASSOCIATES, L.P.; NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT, INC.; NORTHEAST INVESTORS TRUST; SPCP GROUP, LLC; AND WHITEBOX ADVISORS, LLC, ON BEHALF OF THEMSELVES AND SENIOR NOTEHOLDERS PREVIOUSLY REPRESENTED | | | |
| | | Administrative: | $3,970,283.61 | | | | |
| | | Unsecured: | | | | | |
| | | Total: | $3,970,283.61 | | | Total Asserted: | $3,970,283.61 |
| Claim: | 18761 | Debtor: | DELPHI CORPORATION (05-44481) | Docket No.: | 19112 | Debtor: | DELPHI CORPORATION (05-44481) |
| Date Filed: | 07/15/2009 | | | Date Filed: | 11/20/2009 | | |
| Creditor's Name: | | Secured: | | Applicant: | | | |
| HIGHLAND CAPITAL MANAGEMENT LP ATTN GREG STUECHELI 13455 NOEL RD STE 800 DALLAS, TX 75240 | | Priority: | | HIGHLAND CAPITAL MANAGEMENT, L.P. | | | |
| | | Administrative: | $447,999.67 | | | | |
| | | Unsecured: | | | | | |
| | | Total: | $447,999.67 | | | Total Asserted: | $2,529,793.59 |

**In re DPH Holdings Corp., et al.**                                                                **Forty-Seventh Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

## EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS

| CLAIM TO BE EXPUNGED | | | SURVIVING APPLICATION | | |
|---|---|---|---|---|---|
| Claim: | 18946 | Debtor: DELPHI CORPORATION (05-44481) | Docket No.: | 19114 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: | 07/15/2009 | | Date Filed: | 11/20/2009 | |
| Creditor's Name: | | Secured: | Applicant: | | |
| IUE CWA | | Priority: | IUE-CWA | | |
| ATTN JIM CLARK PRESIDENT | | Administrative: $1,751,000.00 | | | |
| IUE CWA DAYTON | | Unsecured: | | | |
| 2701 DRYDEN RD | | | | | |
| DAYTON, OH 45439 | | Total: $1,751,000.00 | | Total Asserted: $1,238,304.85 | |

|  |  |
|---|---|
| **Total Claims To Be Expunged:** | **4** |
| **Total Asserted Amount To Be Expunged:** | **$6,662,264.67** |
| **Total Asserted Application Amount Surviving:** | **$8,022,707.45** |

**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

Forty-Seventh Omnibus Claims Objection

**EXHIBIT D - MODIFIED CLAIM**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 19592<br>Date Filed:  09/01/2009<br>Docketed Total:    $1,000,000.00<br>Filing Creditor Name:<br> AIMEE BANDEN<br>  1851 W COLONIAL DR<br>  ORLANDO, FL 32804 | Claim Holder Name<br><br>AIMEE BANDEN<br>1851 W COLONIAL DR<br>ORLANDO, FL 32804 | | Docketed Total: | $1,000,000.00 | | | Modified Total: | $450,000.00 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$1,000,000.00 | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$450,000.00 | Unsecured |
| | | | $1,000,000.00 | | | | $450,000.00 | |

| | |
|---|---|
| Total Claims To Be Modifed: | 1 |
| Total Amount As Docketed: | $1,000,000.00 |
| Total Amount As Modified: | $450,000.00 |

\*    See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Seventh Omnibus Claims Objection

## EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| APPLE INC, APPLE COMPUTER INTERNATIONAL, AND HON HAI PRECISION INDUSTRY COMPANY LTD<br>EVELYN SHIMAZAKI<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 | 18902 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $9,487,891.95<br>$9,487,891.95 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| AUTOLIV ASP INC<br>C/O MARC N SWANSON<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 48226 | 19151 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $1,069,444.00<br>$1,069,444.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>BARNES & THORNBURG<br>PATRICK E MEARS<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19069 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>BARNES & THORNBURG<br>PATRICK E MEARS<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19124 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br>UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THOMBURG<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19125 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,691,000.00<br>$8,691,000.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THOMBURG<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19123 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,691,000.00<br>$8,691,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THORNBURG<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19087 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $8,691,000.00<br>$8,691,000.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THOMBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19603 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,352,500.00<br>$10,352,500.00 | 09/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                                Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 20008 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 11/03/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19815 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,633,035.00<br><br>$10,633,035.00 | 11/02/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19816 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,633,035.00<br><br>$10,633,035.00 | 11/02/2009 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19817 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,633,035.00<br><br>$10,633,035.00 | 11/02/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19604 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,352,500.00<br><br>$10,352,500.00 | 09/15/2009 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19602 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | $10,352,500.00<br><br>$10,352,500.00 | 09/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 20006 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 11/03/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 20007 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | UNL<br><br>UNL | 11/03/2009 | DELPHI CORPORATION (05-44481) |

*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                      Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BOSCH AUTOMOTIVE PRODUCTS SUZ HOU CO LTD C/O ROBERT BOSCH LLC ATTN J ADLER 38000 HILLS TECH DR FARMINGTON HILLS, MI 48331 | 18689 | Secured: Priority: Administrative: Unsecured: Total: | $2,469,996.00 $2,469,996.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CADENCE INNOVATION LLC 17085 MASONIC FRASER, MI 48026-3927 | 20055 | Secured: Priority: Administrative: Unsecured: Total: | $270,378.59 $270,378.59 | 10/30/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF OAK CREEK LAWRENCE J HASKIN CITY ATTORNEY 7300 S 13TH ST STE 104 OAK CREEK, WI 53154 | 18394 | Secured: Priority: Administrative: Unsecured: Total: | $4,054.87 $4,054.87 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF OLATHE KANSAS PAUL SINCLAIR POLSINELLI SHUGHART PC 120 W 12TH ST KANSAS CITY, MO 64105 | 18541 | Secured: Priority: Administrative: Unsecured: Total: | $835,000.00 $835,000.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| FLEXTRONICS INTERNATIONAL LTD ATTN LAWRENCE SCHWAB THOMAS GAA BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 18940 | Secured: Priority: Administrative: Unsecured: Total: | $18,524,591.75 $18,524,591.75 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FURUKAWA ELECTRIC COMPANY LTD DENNIS J CONNOLLY AND DAVID A WENDER ALSTON & BIRD LLP ONE ATLANTIC CTR 1201 W PEACHTREE ST ATLANTA, GA 30309-3424 | 19505 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/30/2009 | DELPHI CORPORATION (05-44481) |
| GREYWOLF CAPITAL MANAGEMENT LP ON BEHALF OF CERTAIN FUNDS AND MANAGED ACCOUNTS MARC ABRAMS WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVE NEW YORK, NY 10019 | 19001 | Secured: Priority: Administrative: Unsecured: Total: | $289,909.03 $289,909.03 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

*     "UNL" denotes an unliquidated claim.

## EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION ATTN WILLIAM J BROWN C/O PHILLIPS LYTLE LLP 3400 HSBC CTR BUFFALO, NY 14203 | 18617 | Secured: Priority: Administrative: Unsecured: Total: | $4,780,988.00 $4,780,988.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL UNION UNITED AUTOMOBILE AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA UAW DANIEL W SHERRICK GENERAL COUNSEL 8000 E JEFFERSON AVE DETROIT, MI 48214 | 19810 | Secured: Priority: Administrative: Unsecured: Total: | $6,000,000.00 $6,000,000.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| INTEVA PRODUCTS LLC DEREK L WRIGHT ESQ FOLEY & LARDNER LLP 321 N CLARK ST STE 2800 CHICAGO, IL 60654 | 19136 | Secured: Priority: Administrative: Unsecured: Total: | $16,701.76 $16,701.76 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| INTEVA PRODUCTS LLC DEREK L WRIGHT ESQ FOLEY & LARDNER LLP 321 N CLARK ST STE 2800 CHICAGO, IL 60654 | 19134 | Secured: Priority: Administrative: Unsecured: Total: | $10,377.60 $10,377.60 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| INTEVA PRODUCTS LLC DEREK L WRIGHT ESQ FOLEY & LARDNER LLP 321 N CLARK ST STE 2800 CHICAGO, IL 60654 | 19135 | Secured: Priority: Administrative: Unsecured: Total: | $170,000.00 $170,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LEAR CORPORATION EEDS AND INTERIORS C/O RALPH E MCDOWELL BODMAN LLP 1901 ST ANTOINE 6TH FL AT FORD FIELD DETROIT, MI 48226 | 19033 | Secured: Priority: Administrative: Unsecured: Total: | $13,615.54 $13,615.54 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEAR CORPORATION GMBH C/O RALPH E MCDOWELL BODMAN LLP 1901 ST ANTOINE 6TH FL AT FORD FIELD DETROIT, MI 48226 | 19032 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

*     "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.                                              Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LEAR CORPORATION GMBH C/O RALPH E MCDOWELL BODMAN LLP 1901 ST ANTOINE 6TH FL AT FORD FIELD DETROIT, MI 48226 | 19971 | Secured: Priority: Administrative: Unsecured: Total: | $3,715,630.26 $3,715,630.26 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEAR CORPORATION GMBH C/O RALPH E MCDOWELL BODMAN LLP 1901 ST ANTOINE 6TH FL AT FORD FIELD DETROIT, MI 48226 | 18677 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEAR CORPORATION ON BEHALF OF ITSELF AND ITS SUBSIDIARIES C/O RALPH E MCDOWELL BODMAN LLP 1901 ST ANTOINE ST 6TH FL AT FORD FIELD DETROIT, MI 48226 | 19972 | Secured: Priority: Administrative: Unsecured: Total: | $206,739.06 $206,739.06 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NISSAN NORTH AMERICA INC ATTN DAN NUGENT ONE NISSAN WAY FRANKLIN, TN 37067 | 18975 | Secured: Priority: Administrative: Unsecured: Total: | $249,138.70 $249,138.70 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| STEPHEN P GALE 16916 BUCKINGHAM BEVERLY HILLS, MI 48025 | 17837 | Secured: Priority: Administrative: Unsecured: Total: | UNL UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| UNITED PARCEL SERVICE ATTN LAWRENCE SCHWAB & KENNETH T LAW BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 19082 | Secured: Priority: Administrative: Unsecured: Total: | $81,418.34 $81,418.34 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| VANGUARD DISTRIBUTIONS INC PO BOX 608 SAVANNAH, GA 31402 | 16908 | Secured: Priority: Administrative: Unsecured: Total: | $1,645,315.51 $1,645,315.51 | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| Total: | 37 | | $138,870,795.96 | | |

\*   "UNL" denotes an unliquidated claim.

In re DPH Holdings Corp., et al.

Case No. 05-44481 (RDD)

Forty-Seventh Omnibus Claims Objection

**EXHIBIT E-2 - ADJOURNED MODIFIED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODFIED | | | |
|---|---|---|---|---|---|---|---|---|
| Claim: 17152<br>Date Filed:  07/01/2009<br>Docketed Total:    $35,867.53<br>Filing Creditor Name:<br>CITY OF VANDALIA, OHIO<br>2700 KETTERING TOWER<br>DAYTON, OH 45423 | Claim Holder Name<br><br>CITY OF VANDALIA, OHIO<br>2700 KETTERING TOWER<br>DAYTON, OH 45423 | | Docketed Total: | $35,867.53 | | | Modified Total: | $9,207.94 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$35,867.53<br>$35,867.53 | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$9,207.94<br>$9,207.94 | Unsecured |
| Claim: 18700<br>Date Filed:  07/14/2009<br>Docketed Total:    $103,986.16<br>Filing Creditor Name:<br>CSX CORPORATION<br>500 WALTER ST 8TH FL J220<br>JACKSONVILLE, FL 32202 | Claim Holder Name<br><br>CSX CORPORATION<br>500 WALTER ST 8TH FL J220<br>JACKSONVILLE, FL 32202 | | Docketed Total: | $103,986.16 | | | Modified Total: | $6,025.42 |
| | Case Number*<br>05-44481 | Secured | Priority<br>$103,986.16<br>$103,986.16 | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$6,025.42<br>$6,025.42 | Unsecured |
| Claim: 18939<br>Date Filed:  07/15/2009<br>Docketed Total:    $9,664,668.94<br>Filing Creditor Name:<br>PANALPINA MANAGEMENT<br>LTD AND PANALPINA INC<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | Claim Holder Name<br><br>PANALPINA MANAGEMENT LTD<br>AND PANALPINA INC<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | | Docketed Total: | $9,664,668.94 | | | Modified Total: | $18,839.98 |
| | Case Number*<br>05-44640 | Secured | Priority<br>$9,664,668.94<br>$9,664,668.94 | Unsecured | Case Number*<br>05-44481 | Secured | Priority<br>$18,839.98<br>$18,839.98 | Unsecured |
| | | | | | Total Claims To Be Modifed: | | 3 | |
| | | | | | Total Amount As Docketed: | | $9,804,522.63 | |
| | | | | | Total Amount As Modified: | | $34,073.34 | |

\*     See Exhibit F for a listing of debtor entities by case number.

In re DPH Holdings Corp., et al.                                        Forty-Seventh Omnibus Claims Objection

Case No. 05-44481 (RDD)

### Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL | 19019 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL | 19756 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AIMEE BANDEN | 19592 | EXHIBIT D - MODIFIED CLAIM |
| ALLA AVERBUKH | 19597 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AMERICAN AIKOKU ALPHA INC | 17953 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| APPLE INC, APPLE COMPUTER INTERNATIONAL, AND HON HAI PRECISION INDUSTRY COMPANY LTD | 18902 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| AT&T SOLUTIONS INC AND ITS AFFILIATED ENTITIES | 19164 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AUDIO MPEG INC AND SISV EL SPA | 19077 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AUTOLIV ASP INC | 19151 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19069 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19087 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19123 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19124 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19125 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19602 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19603 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19604 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19815 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19816 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19817 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 20006 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 20007 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 20008 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT | 19129 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT | 19130 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT | 19131 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| BOSCH AUTOMOTIVE PRODUCTS SUZ HOU CO LTD | 18689 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BOSCH CORPORATION | 18694 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CADENCE INNOVATION LLC | 20055 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| CENTERLINE INC | 18244 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CHARLENE JACKSON | 17821 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CITY OF DAYTON OHIO | 18716 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CITY OF OAK CREEK | 18394 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| CITY OF OLATHE KANSAS | 18541 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| CITY OF VANDALIA, OHIO | 17152 | EXHIBIT E-2 - ADJOURNED MODIFIED CLAIMS |
| CLARION CORPORATION OF AMERICA | 19074 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS | 18981 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS | 18982 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS | 18983 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS | 18984 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CR INTRINSIC INVESTORS LLC, HIGHLAND CAPITAL MANAGEMENT LP, ELLIOTT ASSOCIATES LP AND/OR CERTAIN FUNDS MANAGED THEREBY | 18713 | EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS |
| CSX CORPORATION | 18700 | EXHIBIT E-2 - ADJOURNED MODIFIED CLAIMS |
| DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ELLIOT ASSOCIATED LP, NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT INC, | 18723 | EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS |
| DCH HEALTH SYSTEM | 18061 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

05-44481-rdd    Doc 20168    Filed 05/19/10    Entered 05/19/10 15:39:36    Main Document
Pg 39 of 45

Forty-Seventh Omnibus Claims Objection

Exhibit G - Claimants And Related Claims Subject To Forty-Seventh Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DCH HEALTH SYSTEM | 18062 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE | 16613 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| DIANE YOUNG | 18811 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| FLEXTRONICS INTERNATIONAL LTD | 18940 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| FORD MOTOR COMPANY | 19145 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| FORD MOTOR COMPANY | 19146 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| FURUKAWA ELECTRIC COMPANY LTD | 19505 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| GEORGE A KRALOVICH | 18782 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| GREYWOLF CAPITAL MANAGEMENT LP ON BEHALF OF CERTAIN FUNDS AND MANAGED ACCOUNTS | 19001 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| HALEY JENKINS | 19599 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| HE SERVICES CO | 18702 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| HEALTHCARE AUTHORITY OF MORGAN COUNTY DBA DECATUR GENERAL HOSPITAL | 18673 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| HIGHLAND CAPITAL MANAGEMENT LP | 18761 | EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS |
| HSBC BANK USA NATIONAL ASSOCIATION | 18617 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| INTERNATIONAL UNION UNITED AUTOMOBILE AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA UAW | 19810 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| INTEVA PRODUCTS LLC | 19134 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| INTEVA PRODUCTS LLC | 19135 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| INTEVA PRODUCTS LLC | 19136 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| IUE CWA | 18946 | EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS |
| JESSICA JENKINS | 19598 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JOHNSON CONTROLS INC, AUTOMOTIVE EXPERIENCE DIVISION | 19626 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JOHNSON CONTROLS INC, BUILDING EFFICIENCY | 19625 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JPMORGAN CHASE BANK NA AS ADMINISTRATIVE AGENT | 18653 | EXHIBIT B - DUPLICATE CLAIM |
| KURTZMAN CARSON CONSULTANTS LLC | 19627 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| KYKLOS BEARING INTERNATIONAL LLC | 18425 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION EEDS AND INTERIORS | 19033 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION GMBH | 18677 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION GMBH | 19032 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION GMBH | 19971 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION ON BEHALF OF ITSELF AND ITS SUBSIDIARIES | 19972 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| MICHAEL BRUEWER | 17650 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| NISSAN NORTH AMERICA INC | 18975 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| OGURA CLUTCH COMPANY | 18971 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PANALPINA MANAGEMENT LTD AND PANALPINA INC | 18939 | EXHIBIT E-2 - ADJOURNED MODIFIED CLAIMS |
| ROBERT L BACKIE | 18701 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| STEPHEN P GALE | 17837 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| TECHNOLOGY PROPERTIES LTD | 18488 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| THOMAS FALENCIK | 18301 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| THOMAS P BINASIO | 17982 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| UNITED PARCEL SERVICE | 19082 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| VANGUARD DISTRIBUTIONS INC | 16908 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE | 18628 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                         :

In re                             :      Chapter 11
                                         :

DPH HOLDINGS CORP., et al.,     :      Case No. 05-44481 (RDD)
                                       :

           Reorganized Debtors.      :      (Jointly Administered)
                                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007
(I) DISALLOWING AND EXPUNGING (A) CERTAIN ADMINISTRATIVE EXPENSE
BOOKS AND RECORDS CLAIMS, (B) A CERTAIN ADMINISTRATIVE EXPENSE
DUPLICATE CLAIM, AND (C) CERTAIN ADMINISTRATIVE EXPENSE DUPLICATE
SUBSTANTIAL CONTRIBUTION CLAIMS, AND (II) MODIFYING A CERTAIN
ADMINISTRATIVE EXPENSE CLAIMS

("FORTY-SEVENTH OMNIBUS CLAIMS OBJECTION ORDER")

        Upon the Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And

Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books

And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain

Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain

Administrative Expense Claims (the "Forty-Seventh Omnibus Claims Objection" or the

"Objection")[1] of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the

above-captioned cases (collectively, the "Reorganized Debtors"), dated April 16, 2010; and upon

the record of the hearing held on the Forty-Seventh Omnibus Claims Objection; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Forty-
Seventh Omnibus Claims Objection.

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

      A.      Each holder of a claim for an administrative expense under section 503(b)(1) of the Bankruptcy Code (each, an "Administrative Claim") listed on Exhibits A, B, C, and D, E-1, and E-2 hereto was properly and timely served with a copy of the Forty-Seventh Omnibus Claims Objection, a personalized Notice Of Objection To Claim, the proposed order granting the Forty-Seventh Omnibus Claims Objection, and notice of the deadline for responding to the Forty-Seventh Omnibus Claims Objection. No other or further notice of the Forty-Seventh Omnibus Claims Objection is necessary.

      B.      This Court has jurisdiction over the Forty-Seventh Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334. The Forty-Seventh Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2). Venue of these cases and the Forty-Seventh Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

      C.      The Administrative Claims listed on Exhibit A assert liabilities and dollar amounts that are not owing pursuant to the Reorganized Debtors' books and records (the "Books And Records Claims").

      D.      The Administrative Claim listed on Exhibit B  is duplicative of another Administrative Claim (the "Duplicate Claim").

      E.      The Administrative Claims listed on Exhibit C (the "Duplicate Substantial Contribution Claims") are duplicative of applications for compensation filed by such parties pursuant to section 503(b)(3) and (4) of the Bankruptcy Code (the "Substantial Contribution Applications").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.

F.    The Administrative ~~Claims~~ Claim listed on Exhibit D ~~assert amounts~~asserts an amount that ~~are~~is overstated (the "Modified Claims").

G.    Exhibit ~~E~~F hereto sets forth the formal name of the Debtor entity and its associated bankruptcy case number referenced on Exhibits D and E-2 hereto.  Exhibit ~~F~~G hereto sets forth each of the Administrative Claims referenced on Exhibits A, B, C, ~~and~~ D, E-1, and E-2 in alphabetical order by claimant and cross-references each such Administrative Claim by (i) proof of administrative expense number and (ii) basis of objection.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.    Each Books And Records Claim listed on Exhibit A hereto is hereby disallowed and expunged in its entirety.

2.    The Duplicate Claim listed on Exhibit B hereto is hereby disallowed and expunged in its entirety.

3.    Each Duplicate Substantial Contribution Claim listed on Exhibit C hereto is hereby disallowed and expunged in its entirety without prejudice to the claims asserted in the Substantial Contribution Applications.

4.    ~~Each~~The Modified Claim listed on Exhibit D hereto is hereby modified to reflect the amount, classification, and Debtor listed in the "Claim As Modified" column of Exhibit D.

5.    With respect to each Administrative Claim for which a Response to the Forty-Seventh Omnibus Claims Objection has been filed and served listed on Exhibits E-1 and E-2 and which Response has not been resolved by the parties, the hearing regarding the objection to such Administrative Claims shall be adjourned to a future date to be noticed by the

Reorganized Debtors consistent with and subject to the Claims Objection Procedures Order and the Administrative Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Reorganized Debtors' right to assert that any such Response was untimely or otherwise deficient under the Claims Objection Procedure Order and the Administrative Claims Objection Procedures Order.  Entry of this order is without prejudice to the Reorganized Debtors' rights to object, on any grounds whatsoever, to any other administrative expense claims in these chapter 11 cases or to further object to Administrative Claims that are the subject of the Forty-Seventh Omnibus Claims Objection, except as such claims may have been settled and allowed.

6.5.    This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Administrative Claims subject to the Forty-Seventh Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

7.6.    Each of the objections by the Reorganized Debtors to each Administrative Claim addressed in the Forty-Seventh Omnibus Claims Objection and attached hereto as Exhibits A, B, C, and D, E-1, and E-2 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Administrative Claim that is the subject of the Forty-Seventh Omnibus Claims Objection.  Any stay of this order shall apply only to the contested matter which involves such Administrative Claim and shall not act to stay the applicability or finality of this order with respect to the other contested matters covered hereby.

4

8.7.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the ~~Supplemental Case Management~~Claims Objection

Procedures Order and the Administrative Claims Objection Procedures Order.


Dated: New York, New York
          May ___, 2010



_____
          UNITED STATES BANKRUPTCY JUDGE