**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                    :

In re                                                 :      Chapter 11
                                                    :

DPH HOLDINGS CORP., *et al.*,             :      Case No. 05-44481 (RDD)
                                                    :

              Reorganized Debtors.        :      (Jointly Administered)
---------------------------------------------------------------x


**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  )    ss.:
COUNTY OF NEW YORK  )

Corey Casbarro, being duly sworn, deposes and says:

(I)      That he is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)     That on May 19, 2010, he caused to be served the following document: *Response of Greywolf Capital Management LP to Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(B) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Claims* [Docket No. 20146] via priority FedEx to the parties listed on Exhibit "A."

 

_____

Corey Casbarro

Sworn to before me this

19th day of May 2010

_____

Notary Public

## **EXHIBIT A**

DPH Holdings Corp.
5725 Delphi Drive
Troy, Michigan 48098
Attn: President

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: John Wm. Butler Jr., John K. Lyon & Michael W. Perl