STUTMAN, TREISTER & GLATT P.C.
Attorneys for CR Intrinsic Investors, LLC
and Elliott Associates, L.P.
(and/or certain funds managed thereby)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Tel:  (310) 228-5600
Isaac M. Pachulski
Jeffrey H. Davidson
Eric D. Goldberg
Christine M. Pajak

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------ X
In re:                                                 | Chapter 11
                                                       |
DPH HOLDINGS CORP., et al.,                            | Case No. 05-44481 (RDD)
                                                       |
       Reorganized Debtors.                          | Jointly Administered
                                                       |
------------------------------------------------------ X

**CERTIFICATE OF SERVICE**

       I, Denice Sanchez, am over the age of eighteen years and not a party to the within action.  I am employed in an office that employs an attorney who has been admitted to practice before this Court on a pro hac vice basis, at whose direction the within service was made.  My business address is Stutman, Treister & Glatt Professional Corporation, 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

       This is to certify that on May 19, 2010, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via Federal Express for overnight delivery.

       "REPLY BY CERTAIN SENIOR NOTEHOLDERS TO THE OBJECTION AND RESPONSE FILED TO THE APPLICATION PURSUANT TO SECTIONS 503(b)(3) AND (4) OF THE BANKRUPTCY CODE FOR ALLOWANCE AND REIMBURSEMENT OF REASONABLE COMPENSATION AND ACTUAL, NECESSARY EXPENSES INMAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES"

       I declare under penalty of perjury that the foregoing is true and correct.

       Executed on May 19, 2010, at Los Angeles, California.


Dated:  May 19, 2010                                       /s/ Denice Sanchez
                                                                               Denice Sanchez

540085v1

# EXHIBIT "A"

Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 610
New York, NY 10004-1408


<u>Counsel for the Debtors</u>
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606


<u>Counsel for the Debtors</u>
Kayalyn A. Marafioti, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036


<u>Office of the U.S. Trustee</u>
Alicia M. Leonhard, Asst. US Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, NY 11201


<u>Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC (Post-Petition Lenders)</u>
James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

540085v1