UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
   In re　　　　　　　　　　　　　　　　　:   Chapter 11
: 
DPH HOLDINGS CORP., et al.,　　　　　　　:   Case No. 05-44481
: 
          Reorganized Debtors.　　　:   (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon the application of Kayalyn A. Marafioti, dated May 20, 2010, for the admission pro hac vice of Brandon M. Duncomb in the above-captioned reorganization cases; it is hereby

ORDERED that Brandon M. Duncomb is admitted to practice pro hac vice in the above-captioned reorganization cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:  White Plains, New York
　　　　May __, 2010

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE