ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Richard H. Wyron
Jonathan P. Guy (Bar No. JG 2634)
*Counsel to Westwood Associates, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION, <u>et al.</u>,** | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Richard H. Wyron and Jonathan P. Guy of Orrick, Herrington & Sutcliffe LLP ("Orrick"), hereby withdraw their appearances as counsel to Westwood Associates, Inc. in the above-referenced cases.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: May 20, 2010         By:*/S/ RICHARD H. WYRON*
                                Richard H. Wyron

                            By:*/S/ JONATHAN P. GUY*
                                Jonathan P. Guy (Bar No. JG 2634)
                                Columbia Center
                                1152 15th Street, N.W.
                                Washington, DC 20005
                                Telephone: (202) 339-8400
                                Facsimile: (202) 339-8500