UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 |
| DELPHI CORPORATION, *et al.*, | : Case No. 05-44481 (RDD) |
| Debtors. | : Jointly Administered |

### Affidavit of Service

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

Brian A. Bucher, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for Methode Electronics, Inc. in the above-captioned case.

2. On May 19, 2010, I caused a copy of the document *Reply in Support of Motion of Methode Electronics, Inc. for an Order (I) Permitting Mehtode to Continue Post-Petition Litigation with the Reorganized Debtors in Michigan and (II) Overruling the Reorganized Debtors' Timeliness Objection to Methodes's Administrative Expense Claims*, to be served by overnight mail upon the parties listed on the service list attached hereto as Exhibit A. Additionally, this document will be served by electronic mail upon the parties listed on the service list attached hereto as Exhibit B.

_____
Brian A. Bucher

Sworn to before me this
19th day of May, 2010

_____
ILYA DOLIN
Notary Public, State of New York
No. 01DO6173506
Qualified in Westchester County
Commission Expires December 10, 2011

W/1627410v1

**EXHIBIT A**

**DPH Holdings Corp.**
**Master Service List**

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Peter A. Clark | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606-2833 | 312-214-5668 | 312-759-5646 | pclark@btlaw.com | Counsel to Recticel Interiors; Motorola; Temic Automotive |
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Cohen, Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | bsimon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Davis, Polk & Wardwell LLP | Donald Bernstein<br>Brian Resnick | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092<br>212-450-4213 | 212-450-3092<br>212-450-3213 | donald.bernstein@dpw.com<br>brian.resnick@dpw.com | Counsel to Debtor's Postpetition Administrative Agent; Counsel to JPMorgan Chase Bank, N.A. |
| Delphi Automotive LLP | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2491 | sean.o.corcoran@delphi.com<br>karen.j.craft@delphi.com | |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | | john.brooks@delphi.com | Reorganized Debtors |
| Flextronics International | Carrie L. Schiff | 305 Interlocken Parkway | | Broomfield | CO | 80021 | 303-927-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel to Flextronics International |
| Flextronics International USA, Inc. | Paul W. Anderson | 2090 Fortune Drive | | San Jose | CA | 95131 | 408-428-1308 | | paul.anderson@flextronics.com | Counsel to Flextronics International USA, Inc. |
| Fried, Frank, Harris, Shriver & Jacobson | Brad Eric Sheler<br>Bonnie Steingart<br>Jennifer L. Rodburg<br>Richard J Slivinski | One New York Plaza | | New York | NY | 10004 | 212-859-8000 | 212-859-4000 | rodbuje@ffhsj.com<br>slivri@ffhsj.com | Counsel to Equity Security Holders Committee |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel to Employee Benefits |
| Hodgson Russ LLP | Garry M. Graber | 60 East 42nd St | 37th Floor | New York | NY | 10165-0150 | 212-661-3535 | 212-972-1677 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com<br>rweiss@honigman.com | Counsel to General Motors |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Counsel to General Motors |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-436-1038 | 212-436-1931 | maria.valerio@irs.gov | Michigan IRS<br>IRS |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | richard.duker@jpmorgan.com | Prepetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | 277 Park Ave 8th Fl | | New York | NY | 10172 | 212-270-0426 | 212-270-0430 | gianni.russello@jpmorgan.com<br>susan.atkins@jpmorgan.com | Postpetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems |
| | Thomas Moers Mayer | | | | | | | | tmayer@kramerlevin.com | Counsel Data Systems |
| Kurtzman Carson Consultants | Sheryl Betance | 2335 Alaska Ave | | El Segundo | CA | 90245 | 310-823-9000 | 310-823-9133 | sbetance@kccllc.com | Noticing and Claims Agent |
| Law Debenture Trust of New York | Daniel R. Fisher | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| | Patrick J. Healy | 400 Madison Ave | Fourth Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel to Recticel North America, Inc. |
| | Jason J. DeJonker | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | jdejonker@mwe.com | Counsel to Recticel North America, Inc. |
| | Mohsin N. Khambati | 227 West Monroe Street | Suite 5400 | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel to Recticel North America, Inc. |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 3

5/19/2010 1:31 PM
Master Service List 100427

EXHIBIT A

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Mesirow Financial | Leon Szlezinger | 666 Third Ave | 21st Floor | New York | NY | 10017 | 212-808-8366 | 212-682-5015 | lszlezinger@mesirowfinancial.com | UCC Professional |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq; Thomas R Kreller Esq; James E Till Esq | 601 South Figueroa Street | 30th Floor | Los Angeles | CA | 90017 | 213-892-4000 | 213-629-5063 | gbray@milbank.com; tkreller@milbank.com; jtill@milbank.com | Counsel to Cerberus Capital Management LP and Dolce Investments LLC |
| New York State Office of Attorney General | Eugene J. Leff | Assistant Attorney General & Deputy Bureau Chief | 120 Broadway, 26th Floor | New York | NY | 10271 | 212-416-8465 | 212-416-6007 | eugene.leff@oag.state.ny.us | State of New York; New York State Department of Environmental Conservation |
| Northeast Regional Office, Securities and Exchange Commission | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov; secbankruptcy@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Andrew M. Cuomo | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | william.dornbos@oag.state.ny.us | New York Attorney General's Office |
| O'Melveny & Myers LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Stephen J. Shimshak; Philip A Weintraub | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | sshimshak@paulweiss.com; pweintraub@paulweiss.com | Counsel to Ryder Integrated Logistics, Inc. |
| Pension Benefit Guaranty Corporation | Israel Goldowitz | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | | Chief Counsel to the Pension Benefit Guaranty Corporation |
| | Karen L. Morris, John Menke, Ralph L. Landy, Beth A. Bangert | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov; morris.karen@pbgc.gov; menke.john@pbgc.gov; bangert.beth@pbgc.gov; efila@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothschild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com; jfrizzley@shearman.com | Local Counsel to the Reorganized Debtors |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com; jlyonsch@skadden.com; rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti | 4 Times Square | | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com | Counsel to the Reorganized Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel to Movant Retirees and Proposed Counsel to The Official Committee of Retirees |
| Stahl Cowen Crowley Addis LLC | Jon D. Cohen, Trent P. Cornell | 55 West Monroe Street | Suite 1200 | Chicago | IL | 60603 | 312-641-0060 | 312-641-6859 | jcohen@stahlcowen.com; tcornell@stahlcowen.com | Counsel to the Delphi Retiree Committee |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com; cs@stevenslee.com | Counsel to Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Reorganized Debtors |
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | Counsel to United States Trustee |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | 212-310-8077 | harvey.miller@weil.com | Counsel to General Motors Corporation |
| | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeff.tanenbaum@weil.com | Counsel to General Motors Corporation |
| | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |

**EXHIBIT A**

DPH Holdings Corp.
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 3

5/19/2010 1:31 PM
Master Service List 130427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Adalberto Cañadas Castillo | | adalberto@canadas.com |
| Adler Pollock & Sheehan PC | Joseph Avanzato | javanzato@apslaw.com |
| Airgas, Inc. | David Boyle | david.boyle@airgas.com |
| Akebono Brake Corporaton | Brandon J. Kessinger | bkessinger@akebono-usa.com |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | ddunn@akingump.com |
| | Ira S Dizengoff | idizengoff@akingump.com |
| | Peter J. Gurfein | pgurfein@akingump.com |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | mgreger@allenmatkins.com |
| Alston & Bird, LLP | Craig E. Freeman | craig.freeman@alston.com |
| | Dennis J. Connolly; David A. Wender | dconnolly@alston.com |
| | | dwender@alston.com |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | steven.keyes@aam.com |
| Andrews Kurth LLP | Gogi Malik | gogimalik@andrewskurth.com |
| | Jonathan I Levine, Esq. | |
| Angelo, Gordon & Co. | Leigh Walzer | lwalzer@angelogordon.com |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | mtf@afrct.com |
| APS Clearing, Inc. | Andy Leinhoff | aleinhoff@amph.com |
| | Matthew Hamilton | |
| Arent Fox PLLC | Mitchell D. Cohen | Cohen.Mitchell@arentfox.com |
| | Robert M. Hirsh | Hirsh.Robert@arentfox.com |
| Arnall Golden Gregory LLP | Darryl S. Laddin | dladdin@agg.com |
| Arnold & Porter LLP | Joel M. Gross | joel_gross@aporter.com |
| ATS Automation Tooling Systems Inc. | Carl Galloway | cgalloway@atsautomation.com |
| Balch & Bingham LLP | Eric T. Ray | eray@balch.com |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | kim.robinson@bfkn.com |
| | William J. Barrett | william.barrett@bfkn.com |
| Barnes & Thornburg LLP | Alan K. Mills | alan.mills@btlaw.com |
| | David M. Powlen | david.powlen@btlaw.com |
| | Deborah L. Thorne | deborah.thorne@btlaw.com |
| | John T. Gregg | jgregg@btlaw.com |
| | Kathleen L. Matsoukas | kathleen.matsoukas@btlaw.com |
| | Mark R. Owens | mark.owens@btlaw.com |
| | Michael K. McCrory | michael.mccrory@btlaw.com |
| | Patrick E. Mears | pmears@btlaw.com |
| | Wendy D. Brewer | wendy.brewer@btlaw.com |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | ffm@bostonbusinesslaw.com |
| Beeman Law Office | Thomas M Beeman | tom@beemanlawoffice.com |

05-44481-rdd    Doc 20179    Filed 05/21/10    Entered 05/21/10 11:02:53    Main Document
Pg 6 of 19

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Bendinelli Law Office PC | Jerry Sumner | js@colawfirm.com |
| | | michelle@colawfirm.com |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | hannah@blbglaw.com |
| Berry Moorman P.C. | James P. Murphy | murph@berrymoorman.com |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | klaw@bbslaw.com |
| | Lawrence M. Schwab, Esq. | lschwab@bbslaw.com |
| | Patrick M. Costello, Esq. | pcostello@bbslaw.com |
| | Thomas M. Gaa | tgaa@bbslaw.com |
| Bingham McHale LLP | John E Taylor | jtaylor@binghammchale.com |
| | Michael J Alerding | malerding@binghammchale.com |
| | Whitney L Mosby | wmosby@binghammchale.com |
| Bingham McHale LLP | | wmosby@binghammchale.com |
| Blank Rome LLP | Marc E. Richards | mrichards@blankrome.com |
| Bodman LLP | Ralph E. McDowell | rmcdowell@bodmanllp.com |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | chill@bsk.com |
| | Charles J. Sullivan | csullivan@bsk.com |
| | Stephen A. Donato | sdonato@bsk.com |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | amcmullen@bccb.com |
| | Roger G. Jones | rjones@bccb.com |
| Brembo S.p.A. | Massimilliano Cini | massimiliano_cini@brembo.it |
| Brown & Connery, LLP | Donald K. Ludman | dludman@brownconnery.com |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | mary.caloway@bipc.com |
| | Peter S. Russ | peter.russ@bipc.com |
| | William H. Schorling, Esq. | william.schorling@bipc.com |
| Butzel Long | Cynthia J. Haffey | haffey@butzel.com |
| | Donald V. Orlandoni | orlandoni@butzel.com |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | jeannine.damico@cwt.com |
| | John J. Rapisardi Esq | john.rapisardi@cwt.com |
| | Joseph Zujkowski Esq | joseph.zujkowski@cwt.com |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | jonathan.greenberg@BASF.COM |
| | Kevin Burke | kburke@cahill.com |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | jrobertson@calfee.com |
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio | dhriggio@gmail.com |
| | Robert Calinoff | rcalinoff@candklaw.com |
| Carson Fischer, P.L.C. | Joseph M Fischer | brcy@carsonfischer.com |
| | Patrick J Kukla | |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 15

5/19/2010 1:30 PM
2002 List 100427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Robert A. Weisberg | rweisberg@carsonfischer.com |
| | | brcy@carsonfischer.com |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | cahn@clm.com |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | ddeutsch@chadbourne.com |
| Clark Hill PLC | Joel D. Applebaum | japplebaum@clarkhill.com |
| | Shannon Deeby | sdeeby@clarkhill.com |
| | Robert D. Gordon | rgordon@clarkhill.com |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | maofiling@cgsh.com |
| | James L. Bromley | maofiling@cgsh.com |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | tmaxson@cohenlaw.com |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | jvitale@cwsny.com |
| | Babette Ceccotti | bceccotti@cwsny.com |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | srosen@cb-shea.com |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | jwisler@cblh.com |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | Pretekin@coollaw.com |
| Covington & Burling | Susan Power Johnston | sjohnston@cov.com |
| | Aaron R. Marcu | |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | swalsh@chglaw.com |
| Curtin & Heefner, LLP | Daniel P. Mazo | dpm@curtinheefner.com |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | ceilbott@curtis.com |
| DaimlerChrysler Corporation | Kim Kolb | krk4@daimlerchrysler.com |
| Damon & Morey LLP | William F. Savino | wsavino@damonmorey.com |
| David P. Martin | | davidpmartin@erisacase.com |
| | | davidpmartin@bellsouth.net |
| Day Pitney LLP | Richard M. Meth | rmeth@daypitney.com |
| Day Pitney LLP | Ronald S. Beacher | rbeacher@daypitney.com |
| | Conrad K. Chiu | cchiu@daypitney.com |
| Dechert LLP | Glenn E. Siegel | glenn.siegel@dechert.com |
| | James O. Moore | james.moore@dechert.com |
| Denso International America, Inc. | Carol Sowa | carol_sowa@denso-diam.com |
| DiConza Law, P.C. | Gerard DiConza, Esq. | gdiconza@dlawpc.com |
| Dinsmore & Shohl LLP | John Persiani | john.persiani@dinslaw.com |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen | richard.kremen@dlapiper.com |
| | Maria Ellena Chavez-Ruark | |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | andrew.kassner@dbr.com |
| | David B. Aaronson | david.aaronson@dbr.com |
| Duane Morris LLP | Joseph H. Lemkin | jhlemkin@duanemorris.com |
| | Lewis R Olshin Esq | lolshin@duanemorris.com |

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
|  | Margery N. Reed, Esq. | dmdelphi@duanemorris.com |
| Dykema Gossett PLLC | Wendy M. Simkulak, Esq. | wmsimkulak@duanemorris.com |
|  | Douglas S Parker | dparker@dykema.com |
|  | Morgan Smith | mmsmith@dykema.com |
|  | Sharon A. Salinas | ssalinas@dykema.com |
| Electronic Data Systems Corporation | Ayala Hassell | ayala.hassell@eds.com |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | bem@eorrlaw.com |
| Entergy Services, Inc. | Alan H. Katz | akatz@entergy.com |
| Epstein Becker & Green PC | Maura I. Russell | MRussell@ebglaw.com |
|  | Anthony B. Stumbo |  |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | gettelman@e-hlaw.com |
| Faegre & Benson LLP | Elizabeth K. Flaagan | eflaagan@faegre.com |
| Farrell Fritz PC | Louis A. Scarcella | lscarcella@farrellfritz.com |
|  | Patrick T. Collins | pcollins@farrellfritz.com |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | charles@filardi-law.com |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | tdonovan@finkgold.com |
| Flextronics International | Carrie L. Schiff | cschiff@flextronics.com |
| Flextronics International USA, Inc. | Paul W. Anderson | paul.anderson@flextronics.com |
| Foley & Lardner LLP | Ann Marie Uetz | auetz@foley.com |
|  | Jill L. Murch | jmurch@foley.com |
|  | John A. Simon | jsimon@foley.com |
|  | John R. Trentacosta | jtrentacosta@foley.com |
|  | Katherine R. Catanese | kcatanese@foley.com |
| Fox Rothschild LLP | Fred Stevens | fstevens@foxrothschild.com |
|  | Michael J. Viscount, Jr. | mviscount@foxrothschild.com |
| Frederick T. Rikkers |  | ftrikkers@rikkerslaw.com |
| Fulbright & Jaworski LLP | David A Rosenzweig | drosenzweig@fulbright.com |
|  | Michael M Parker | mparker@fulbright.com |
| Genovese Joblove & Battista, P.A. | David C. Cimo | dcimo@gjb-law.com |
| Gibbons P.C. | David N. Crapo | dcrapo@gibbonslaw.com |
| Goldberg Segalla LLP | Attn Bruce W Hoover | bhoover@goldbergsegalla.com |
| Goodwin Proctor LLP | Allan S. Brilliant | abrilliant@goodwinproctor.com |
|  | Craig P. Druehl | cdruehl@goodwinproctor.com |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | bmehlsack@gkllaw.com |
| Goulston & Storrs, P.C. | Peter D. Bilowz | pbilowz@goulstonstorrs.com |
| Grant & Eisenhofer P.A. | James J Sabella | jsabella@gelaw.com |
|  | Jay W. Eisenhofer | jeisenhofer@gelaw.com |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | mrr@previant.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 4 of 15

5/19/2010 1:30 PM
2002 List 100427

05-44481-rdd    Doc 20179    Filed 05/21/10    Entered 05/21/10 11:02:53    Main Document
Pg 9 of 19

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | mdebbeler@graydon.com |
| Greenberg Traurig, LLP | Maria J. DiConza | diconzam@gtlaw.com |
| Greenberg Traurig, LLP | Shari L. Heyen | heyens@gtlaw.com |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald | ckm@greensfelder.com |
|  | J. Patrick Bradley | jpb@greensfelder.com |
| Groom Law Group | Lonie A. Hassel | hassel@groom.com |
| Hahn Loeser & Parks LLP | Lawrence E Oscar | leoscar@hahnlaw.com |
|  | Christopher W Peer | cpeer@hahnlaw.com |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin | cbattaglia@halperinlaw.net |
|  | Christopher J.Battaglia | ahalperin@halperinlaw.net |
|  | Julie D. Dyas | jdyas@halperinlaw.net |
| Hancock & Estabrook LLP | R John Clark Esq | rjclark@hancocklaw.com |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | ddragich@hdolaw.com |
| Harris D. Leinwand | Harris D. Leinwand |  |
| Harris D. Leinwand | Harris D. Leinwand | hleinwand@aol.com |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | rha@hsy.com |
| Haynes and Boone, LLP | Judith Elkin | judith.elkin@haynesboone.com |
| Haynes and Boone, LLP | Lenard M. Parkins | lenard.parkins@haynesboone.com |
|  | Kenric D. Kattner | kenric.kattner@haynesboone.com |
| Herrick, Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewlett-Packard Company | Kenneth F. Higman | ken.higman@hp.com |
| Hewlett-Packard Company | Ramona S. Neal | Ramona.neal@hp.com |
| Hewlett-Packard Company | Sharon Petrosino | sharon.petrosino@hp.com |
| Hinckley Allen & Snyder LLP | Michael J Pendell | mpendell@haslaw.com |
| Hiscock & Barclay, LLP | J. Eric Charlton | echarlton@hiscockbarclay.com |
| Hodgson Russ LLP | Garry M. Graber | ggraber@hodgsonruss.com |
| Hodgson Russ LLP | Julia S. Kreher | jkreher@hodgsonruss.com |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | sgross@hodgsonruss.com |
| Hogan & Hartson L.L.P. | Audrey Moog | amoog@hhlaw.com |
| Hogan & Hartson L.L.P. | Edward C. Dolan | ecdolan@hhlaw.com |
| Hogan & Hartson L.L.P. | Scott A. Golden | sagolden@hhlaw.com |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | dbaty@honigman.com |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | tsable@honigman.com |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | lmurphy@honigman.Com |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | sdrucker@honigman.com |
| Howard & Howard Attorneys PC | Lisa S Gretchko | lgretchko@howardandhoward.com |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | lmcbryan@hwmklaw.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 5 of 15

5/19/2010 1:30 PM
2002 List 100427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | | Email |
|---|---|---|---|
| Hunter & Schank Co. LPA | John J. Hunter | | jrhunter@hunterschank.com |
| Hunter & Schank Co. LPA | Thomas J. Schank | | tomschank@hunterschank.com |
| Hunton & Williams LLP | Steven T. Holmes | | sholmes@hunton.com |
| Hurwitz & Fine P.C. | Ann E. Evanko | | aee@hurwitzfine.com |
| Ice Miller | Ben T. Caughey | | Ben.Caughey@icemiller.com |
| Infineon Technologies North America Corporation | Greg Bibbes | | greg.bibbes@infineon.com |
| Infineon Technologies North America Corporation | Jeff Gillespie | | jeffery.gillispie@infineon.com |
| InPlay Technologies Inc | Heather Beshears | | heather@inplaytechnologies.com |
| International Union of Operating Engineers | Richard Griffin | | rgriffin@iuoe.org |
| Internal Revenue Service | Attn: Insolvency Department, Maria Valerio | | mariaivalerio@irs.gov |
| Jackson Walker LLP | Bruce J. Ruzinsky | | bruzinsky@jw.com |
| Jackson Walker LLP | Heather M. Forrest | | hforrest@jw.com |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | | pbarr@jaffelaw.com |
| James R Scheuerle | Parmenter O'Toole | | JRS@Parmenterlaw.com |
| Jason, Inc. | Beth Klimczak, General Counsel | | |
| Jason, Inc. | Will Schultz, General Counsel | | wschultz@jasoninc.com |
| Jenner & Block LLP | Ronald R. Peterson | | rpeterson@jenner.com |
| Jefferies & Company, Inc | William Q. Derrough | | bderrough@jefferies.com |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | | gerdekomarek@bellsouth.net |
| Jones Day | Corinne Ball | | cball@jonesday.com |
| Jones Day | Peter J. Benvenutti | | pjbenvenutti@jonesday.com |
| | Michaeline H. Correa | | mcorrea@jonesday.com |
| Jones Day | Scott J. Friedman | | sjfriedman@jonesday.com |
| JPMorgan Chase Bank, N.A. | Richard Duker | | richard.duker@jpmorgan.com |
| JPMorgan Chase Bank, N.A. | Susan Atkins, Gianni Russello | | gianni.russello@jpmorgan.com |
| | | | susan.atkins@jpmorgan.com |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | | john.sieger@kattenlaw.com |
| Kaye Scholer LLP | Richard G Smolev | | rsmolev@kayescholer.com |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | | kcookson@keglerbrown.com |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko    Cari Campen Laufenberg    Erin | | lsarko@kellerrohrback.com |
| | M. Rily | | claufenberg@kellerrohrback.com |
| | | | eriley@kellerrohrback.com |
| Keller Rohrback P.L.C. | Gary A. Gotto | | ggotto@kellerrohrback.com |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | | cwolfe@kelleydrye.com |
| Kelley Drye & Warren, LLP | Merrill B. Stone | | mstone@kelleydrye.com |
| Kennedy, Jennick & Murray | Susan M. Jennik | | sjennik@kimlabor.com |
| Kennedy, Jennick & Murray | Thomas Kennedy | | tkennedy@kimlabor.com |
| King & Spalding, LLP | Daniel Egan | | degan@kslaw.com |

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| King & Spalding, LLP | H. Slayton Dabney, Jr. | sdabney@kslaw.com |
| Kirkland & Ellis LLP | Jim Stempel | jstempel@kirkland.com |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | efox@klng.com |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | pepope@nisource.com |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | jkaye@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | tmayer@kramerlevin.com |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | tmayer@kramerlevin.com |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | sosimmerman@kwgd.com |
| Kutak Rock LLP | Jay Selanders | jay.selanders@kutakrock.com |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | ekutchin@kutchinrufo.com |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | knorthup@kutchinrufo.com |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | adbruski@lambertleser.com |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | smcook@lambertleser.com |
| Latham & Watkins | Mark A. Broude | mark.broude@lw.com |
| Latham & Watkins | Michael J. Riela | michael.riela@lw.com |
| Latham & Watkins | Mitchell A. Seider | mitchell.seider@lw.com |
| Latham & Watkins | Robert Rosenberg | robert.rosenberg@lw.com |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | mkohayer@aol.com |
| Lewis and Roca LLP | Rob Charles, Esq. | rcharles@lrlaw.com |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | sfreeman@lrlaw.com |
| Linear Technology Corporation | John England, Esq. | jengland@linear.com |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | houston_bankruptcy@publicans.com |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | kwalsh@lockelord.com |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | tmcfadden@lockelord.com |
| Loeb & Loeb LLP | P. Gregory Schwed | gschwed@loeb.com |
| Loeb & Loeb LLP | William M. Hawkins | whawkins@loeb.com |
| Lowenstein Sandler PC | Bruce S. Nathan | bnathan@lowenstein.com |
| Lowenstein Sandler PC | Ira M. Levee | ilevee@lowenstein.com |
| Lowenstein Sandler PC | Kenneth A. Rosen | krosen@lowenstein.com |
| Lowenstein Sandler PC | Michael S. Etikin | metkin@lowenstein.com |
| Lowenstein Sandler PC | Scott Cargill | scargill@lowenstein.com |
| Lowenstein Sandler PC | Vincent A. D'Agostino | vdagostino@lowenstein.com |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | egc@lydenlaw.com |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | axs@maddinhauser.com |
| Madison Capital Management | Joe Landen | jlanden@madisoncap.com |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | lmc@ml-legal.com |

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | vmastromar@aol.com |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | gsantella@masudafunai.com |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | dadler@mccarter.com |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | eglas@mccarter.com |
| McCarthy Tetrault LLP | John J. Salmas | jsalmas@mccarthy.ca |
| McCarthy Tetrault LLP | Lorne P. Salzman | lsalzman@mccarthy.ca |
| McDermott Will & Emery LLP | Gary O. Ravert | gravert@mwe.com |
| McDermott Will & Emery LLP | James M. Sullivan | jmsullivan@mwe.com |
| McDermott Will & Emery LLP | Stephen B. Selbst | sselbst@mwe.com |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | shandler@mwe.com mquinn@mwe.com |
| McDermott Will & Emery LLP | David D. Cleary | dcleary@mwe.com |
| McDermott Will & Emery LLP | Jason J. DeJonker | jdejonker@mwe.com |
| McDermott Will & Emery LLP | Mohsin N. Khambati | mkhambati@mwe.com |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | sopincar@mcdonaldhopkins.com |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | sriley@mcdonaldhopkins.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | jbernstein@mdmc-law.com |
| McGuirewoods LLP | Aaron G McCollough Esq | amccollough@mcguirewoods.com |
| McGuirewoods LLP | Daniel F Blanks | dblanks@mcguirewoods.com |
| McGuirewoods LLP | John H Maddock III | jmaddock@mcguirewoods.com |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | tslome@msek.com |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | hkolko@msek.com |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | lpeterson@msek.com |
| Meyers Law Group, P.C. | Merle C. Meyers | mmeyers@mlg-pc.com |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | emeyers@mrrlaw.net |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | rrosenbaum@mrrlaw.net |
| Miami-Dade County Tax Collector | April Burch | mdtcbkc@miamidade.gov |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 8 of 15

5/19/2010 1:30 PM
2002 List 100427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Michael Cox | | miag@michigan.gov |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | raterinkd@michigan.gov |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | miag@michigan.gov |
| Michigan Heritage Bank | Janice M. Donahue | jdonahue@miheritage.com |
| Milbank Tweed Hadley & McCloy LLP | Gregory A Bray Esq, Thomas R Kreller Esq, James E Till Esq | gbray@milbank.com, tkreller@milbank.com, jtill@milbank.com |
| Miles & Stockbridge, P.C. | Thomas D. Renda | trenda@milesstockbridge.com |
| Miller & Chevalier Chartered | Anthony F Shelley | totoole@milchev.com |
| | Timothy P O'Toole | Ashelley@milchev.com |
| Miller & Martin PLLC | Dale Allen | vjones@millermartin.com |
| Miller Johnson | Thomas P. Sarb | sarbt@millerjohnson.com |
| | Robert D. Wolford | wolfordr@millerjohnson.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | greenj@millercanfield.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | fusco@millercanfield.com |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | pjricotta@mintz.com |
| | | pricotta@mintz.com |
| Molex Connector Corp | Jeff Ott | Jeff_Ott@molex.com |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | agottfried@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | mzelmanovitz@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | resterkin@morganlewis.com |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Morrison Cohen LLP | Joseph T. Moldovan | bankruptcy@morrisoncohen.com |
| | Michael R Dal Lago | |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | rurbanik@munsch.com |
| | | jwielebinski@munsch.com |
| | | drukavina@munsch.com |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | sandy@nlsg.com |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | Knathan@nathanneuman.com |
| National City Commercial Capital | Lisa M. Moore | l.moore@pnc.com |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | marty_noland@nrel.gov |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | george.cauthen@nelsonmullins.com |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | tracy.richardson@dol.lps.state.nj.us |

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| New York State Office of Attorney General | Eugene J. Leff | eugene.leff@oag.state.ny.us |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq. | eabdelmasieh@nmmlaw.com |
| North Point | David G. Heiman | dgheiman@jonesday.com |
| Northeast Regional Office | Mark Schonfeld, Regional Director | newyork@sec.gov, secbankruptcy@sec.gov |
| Office of the Chapter 13 Trustee | Camille Hope | cahope@chapter13macon.com |
| Office of the Texas Attorney General | Jay W. Hurst | jay.hurst@oag.state.tx.us |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | msutter@ag.state.oh.us |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | michaelz@orbotech.com |
| O'Melveny & Myers LLP | Robert Siegel | rsiegel@omm.com |
| O'Melveny & Myers LLP | Tom A. Jerman, Rachel Janger | tjerman@omm.com |
| O'Rourke Katten & Moody | Michael Moody | mmoody@orourkeandmoody.com |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | aenglund@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | fholden@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Jonathan P. Guy | jguy@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | Rdaversa@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Richard H. Wyron | rwyron@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | mseidl@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein | Rfeinstein@pszjlaw.com |
| | Ilan D. Scharf | Ischarf@pszjlaw.com |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | dalowenthal@pbwt.com |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse | dwdykhouse@pbwt.com |
| | Phyllis S. Wallitt | |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | spaethlaw@phslaw.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | arosenberg@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | cweidler@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | ddavis@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | emccolm@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Justin G. Brass | jbrass@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | sshimshak@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Philip A Weintraub | pweintraub@paulweiss.com |
| Peggy Housner | | housnerp@michigan.gov |
| Penachio Malara LLP | Anne Penachio | apenachio@pmlawllp.com |
| Pepe & Hazard LLP | Kristin B. Mayhew | kmayhew@pepehazard.com |
| Pepper, Hamilton LLP | Francis J. Lawall | lawallf@pepperlaw.com |
| Pepper, Hamilton LLP | Henry Jaffe | jaffeh@pepperlaw.com |
| Pepper, Hamilton LLP | Linda J. Casey | caseyl@pepperlaw.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 10 of 15

5/19/2010 1:30 PM
2002 List 100427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Pepper, Hamilton LLP | Nina M. Varughese | varughesen@pepperlaw.com |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | scarter@pselaw.com |
| Pierce Atwood LLP | Jacob A. Manheimer | jmanheimer@pierceatwood.com |
| Pierce Atwood LLP | Keith J. Cunningham | kcunningham@pierceatwood.com |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | rjp@pbandg.com |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | karen.dine@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | margot.erlich@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | mark.houle@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | richard.epling@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | robin.spear@pillsburylaw.com |
| Plunkett Cooney | Charles W Browning | |
| | Robert G Kamenec | |
| | Elaine M Pohl | |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | bsmoore@pbnlaw.com |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | jsmairo@pbnlaw.com |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | lh@previant.com |
| PriceWaterHouseCoopers | Enrique Bujidos | mgr@previant.com |
| | | enrique.bujidos@es.pwc.com |
| Professional Technologies Services | John V. Gorman | They have no email address, have to be notified by mail |
| QAD, Inc. | Stephen Tyler Esq | xst@qad.com |
| Quarles & Brady LLP | John A. Harris | jharris@quarles.com |
| Quarles & Brady LLP | John J. Dawson | jdawson@quarles.com |
| Quarles & Brady LLP | Kasey C. Nye | knye@quarles.com |
| Quarles & Brady LLP | Roy Prange | rjp@quarles.com |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Susheel Kirpalani | |
| | James C Tecce | |
| | Scott C Shelley | |
| Reed Smith | Ann Pille | apille@reedsmith.com |
| Reed Smith | Elena Lazarou | elazarou@reedsmith.com |
| Republic Engineered Products, Inc. | Joseph A Kaczka | jkaczka@republicengineered.com |
| Republic Engineered Products, Inc. | Joseph Lapinsky | jlapinsky@republicengineered.com |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | jshickich@riddellwilliams.com |
| Rieck and Crotty PC | Jerome F Crotty | jcrotty@rieckcrotty.com |
| Riverside Claims LLC | Holly Rogers | holly@regencap.com |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | amathews@robinsonlaw.com |
| Ropes & Gray LLP | Gregory O. Kaden | gregory.kaden@ropesgray.com |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | rtrack@msn.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 11 of 15

5/19/2010 1:30 PM
2002 List 100427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Sachnoff & Weaver, Ltd | Arlene Gelman | agelman@sachnoff.com |
|  | Charles S. Schulman | cschulman@sachnoff.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | cbelmonte@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | pbosswick@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | rcarrillo@ssbb.com |
| Schafer and Weiner PLLC | Daniel Weiner | dweiner@schaferandweiner.com |
| Schafer and Weiner PLLC | Howard Borin | hborin@schaferandweiner.com |
| Schafer and Weiner PLLC | Max Newman | mnewman@schaferandweiner.com |
| Schafer and Weiner PLLC | Michael R Wernette | mwernette@schaferandweiner.com |
|  |  | shellie@schaferandweiner.com |
| Schafer and Weiner PLLC | Ryan Heilman | rheilman@schaferandweiner.com |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | egeekie@schiffhardin.com |
| Schiffrin & Barroway, LLP | Michael Yarnoff | myarnoff@sbclasslaw.com |
|  | Sean M. Handler | shandler@sbclasslaw.com |
| Schulte Roth & Zabel LLP | David J. Karp | david.karp@srz.com |
| Schulte Roth & Zabel LLP | James T. Bentley | james.bentley@srz.com |
| Schulte Roth & Zabel LLP | Michael L. Cook | michael.cook@srz.com |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | barryster@att.net |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | pbaisier@seyfarth.com |
| Seyfarth Shaw LLP | Robert W. Dremluk | rdremluk@seyfarth.com |
| Seyfarth Shaw LLP | William J. Hanlon | whanlon@seyfarth.com |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | bshaw100@shawgussis.com |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | bharwood@sheehan.com |
| Sheldon S. Toll PLLC | Sheldon S. Toll | lawtoll@comcast.net |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | ewaters@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | msternstein@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | tcohen@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | twardle@sheppardmullin.com |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | rthibeaux@shergarner.com |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | rthibeaux@shergarner.com |
| Shipman & Goodwin LLP | Jennifer L. Adamy | bankruptcy@goodwin.com |
| Shipman & Goodwin LLP | Kathleen M. LaManna | bankruptcy@goodwin.com |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | asherman@sillscummis.com |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | jzackin@sillscummis.com |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton | vhamilton@sillscummis.com |
|  | Simon Kimmelman | skimmelman@sillscummis.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 12 of 15

5/19/2010 1:30 PM
2002 List 100427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Silver Point Capital, L.P. | Chaim J. Fortgang | cfortgang@silverpointcapital.com |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | kmiller@skfdelaware.com |
| Snell & Wilmer LLP | Steven D. Jerome, Esq. | |
| | A. Evans O'Brien, Esq. | |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | fyates@sonnenschein.com |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | mmachen@sonnenschein.com |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | opinkas@sonnenschein.com |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | richards@sonnenschein.com |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | lloyd.sarakin@am.sony.com |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | emarcks@ssd.com |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | cmeyer@ssd.com |
| State of California Office of the Attorney General | Sarah E. Morrison | sarah.morrison@doj.ca.gov |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang | hwangr@michigan.gov |
| State of Michigan Labor Division | Assistant Attorney General | |
| | Susan Przekop-Shaw | przekopshaws@michigan.gov |
| Steel Technologies, Inc. | John M. Baumann | jmbaumann@steeltechnologies.com |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | rkidd@srcm-law.com |
| Steinberg Shapiro & Clark | Mark H. Shapiro | shapiro@steinbergshapiro.com |
| Sterns & Weinroth, P.C. | Michael A Spero | jspecf@sternslaw.com |
| | Simon Kimmelman | |
| | Valerie A Hamilton | |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. | cs@stevenslee.com |
| | Constantine D. Pourakis, Esq. | cp@stevenslee.com |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | mshaiken@stinsonmoheck.com |
| Stites & Harbison PLLC | Madison L.Cashman | robert.goodrich@stites.com |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | madison.cashman@stites.com |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | wbeard@stites.com |
| | | loucourtsum@stites.com |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak | cpajak@stutman.com |
| | Eric D. Goldberg | egoldberg@stutman.com |
| | Isaac M. Pachulski Esq | jpachulski@stutman.com |
| | Jeffrey H Davidson Esq | jdavidson@stutman.com |
| Taft, Stettinius & Hollister LLP | Richard L. Ferrell | ferrell@taftlaw.com |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | miller@taftlaw.com |
| Teitelbaum & Baskin LLP | Jay Teitelbaum | jteitelbaum@tblawllp.com |
| | Ron Baskin | rbaskin@tblawllp.com |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | jforstot@tpw.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 13 of 15

5/19/2010 1:30 PM
2002 List 100427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Thacher Proffitt & Wood LLP | Louis A. Curcio | lcurcio@tpw.com |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | niizeki.tetsuhiro@furukawa.co.jp |
| The Timken Corporation BIC - 08 | Robert Morris | robert.morris@timken.com |
| Thelen Reid Brown Raysman & Steiner LLP | Marcus O. Colabianchi | mcolabianchi@thelen.com |
| Thompson & Knight | Rhett G. Campbell | rhett.campbell@tklaw.com |
| Thompson & Knight LLP | Ira L. Herman | ira.herman@tklaw.com |
| Thompson & Knight LLP | John S. Brannon | john.brannon@tklaw.com |
| Thompson Coburn Fagel Haber | Lauren Newman | lnewman@tcfhlaw.com |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | dquaid@tcfhlaw.com |
| | | efiledocketgroup@fagelhaber.com |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | tguerriero@us.tiauto.com |
| Todd & Levi, LLP | Jill Levi, Esq. | jlevi@toddlevi.com |
| Todtman Nachamie Spizz & Johns PC | Janice B. Grubin | jgrubin@tnsj-law.com |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | bmcdonough@teamtogut.com |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | jwilson@tylercooper.com |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | matthew.schwartz@usdoj.gov |
| Underberg & Kessler, LLP | Helen Zamboni | hzamboni@underbergkessler.com |
| Union Pacific Railroad Company | Mary Ann Kilgore | mkilgore@UP.com |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | djury@usw.org |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | tscobb@vorys.com |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | RGMason@wlrk.com |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | robert.welhoelter@wallerlaw.com |
| Warner Norcross & Judd LLP | Gordon J. Toering | gtoering@wnj.com |
| Warner Norcross & Judd LLP | Michael G. Cruse | mcruse@wnj.com |
| Warner Norcross & Judd LLP | Stephen B. Grow | growsb@wnj.com |
| Warner Stevens, L.L.P. | Michael D. Warner | mwarner@warnerstevens.com |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | lekvall@wgllp.com |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | gpeters@weltman.com |
| White & Case LLP | Glenn Kurtz | gkurtz@ny.whitecase.com |
| | Gerard Uzzi | guzzi@whitecase.com |
| | Douglas Baumstein | dbaumstein@ny.whitecase.com |
| White & Case LLP | Thomas Lauria | tlauria@whitecase.com |
| | Frank Eaton | featon@miami.whitecase.com |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | barnold@whdlaw.com |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | jmoennich@wickenslaw.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 14 of 15

5/19/2010 1:30 PM
2002 List 100427

**EXHIBIT B**
DPH Holdings Corp. 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Winston & Strawn LLP | David Neier | dneier@winston.com |
|  | Carey D. Schreiber | cschreiber@winston.com |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | mwinthrop@winthropcouchot.com |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | sokeefe@winthropcouchot.com |
| WL Ross & Co., LLC | Stephen Toy |  |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | agrumbine@wcsr.com |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | mbusenkell@wcsr.com |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | rkisicki@woodsoviatt.com |
| Zeichner Ellman & Krause LLP | Stuart Krause | skrause@zeklaw.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 15 of 15

5/19/2010 1:30 PM
2002 List 100427