UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                                :        Chapter 11
:
DPH HOLDINGS CORP., et al.,      :        Case No. 05-44481 (RDD)
:
:        (Jointly Administered)
        Reorganized Debtors.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER SCHEDULING HEARING ON THE APPLICATION FILED BY C.R.
INTRINSIC INVESTORS AND ELLIOTT ASSOCIATES, L.P. FOR JUNE 30, 2010

        Upon the application of C.R. Intrinsic Investors and Elliott Associates, L.P. (Docket No. 19115) (the "C.R./Elliott Noteholders") requesting payment of its application for compensation filed pursuant to section 503(b)(3) and (4) of the Bankruptcy Code (the "C.R./Elliott Noteholders' Application") and pursuant to an agreement between the Reorganized Debtors and the C.R./Elliott Noteholders, it is hereby

        ORDERED that the hearing on the C.R./Elliott Noteholders' Application scheduled for the Fifty-Fifth Omnibus Hearing is adjourned to the Fifty-Sixth Omnibus Hearing, which is scheduled to occur June 30, 2010, at 10:00 a.m. (prevailing Eastern time); and it is further

        ORDERED that replies, if any, to any response or objection to the C.R./Elliott Noteholders' Application must be filed no later than 4:00 p.m. (prevailing Eastern time) on May 19, 2010, and it is further

        ORDERED that all other deadlines for the C.R./Elliott Noteholders to file any declarations, affidavits, and exhibits, in respect of the C.R./Elliott Noteholders' Application will correspond to the Fifty-Fifth Omnibus Hearing scheduled for May 20, 2010, such that the

C.R./Elliott Noteholders shall submit any affirmative evidence in support of the C.R./Elliott Noteholders' Application before 10:00 a.m. (prevailing Eastern time) on May 20, 2010.

Dated:  White Plains, New York
　　　　May 19, 2010

　　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE