VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6450
Robert J. Sidman, Esq. (Ohio-0017390)
Email: rjsidman@vorys.com
Tiffany Strelow Cobb (Ohio-0067516)
Email: tscobb@vorys.com

Attorneys for Honda of America Manufacturing, Inc. and Its Affiliates,
The Worthington Steel Company, Worthington Steel of Michigan, Inc.,
YUSA Corporation, A. Schulman, Inc., America Online, Inc. and Its
Subsidiaries and Affiliates and Carlisle Companies Incorporated

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DELPHI CORPORATION, et al. | § | Case No: 05-44481 (RDD) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

## SECOND AMENDED VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE BANKRUPTCY CODE

Vorys, Sater, Seymour and Pease LLP (the "Vorys Firm"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby files this Second Amended Verified Statement.

1. Name and address of creditors/parties in interest represented:

   Honda of America Manufacturing, Inc. and its affiliates
   24000 Honda Parkway
   Marysville, OH 43040-9251

   The Worthington Steel Company
   200 Old Wilson Bridge Road
   Columbus, OH 43085

    Worthington Steel of Michigan, Inc.
    11700 Worthington Drive
    P.O. Box 638
    Taylor, MI 48180

    YUSA Corporation
    151 Jamison Road SW
    Washington C.H., Ohio 43160

    A. Schulman, Inc.
    3550 West Market Street
    Akron, OH 44333

    America Online, Inc. ("AOL") and its subsidiaries
    and affiliates[1] (collectively, the "AOL Entities")
    22000 AOL Way
    Dulles, VA 20166

    Carlisle Companies Incorporated
    c/o Tiffany Strelow Cobb
    Vorys, Sater, Seymour and Pease LLP
    52 East Gay Street
    Columbus, Ohio 43215

  2.  Nature and amount of claim or interest and time of acquisition thereof unless it is alleged to have been acquired more than one year prior to the filing of the petition.

    A.  Honda of America Manufacturing, Inc.: Counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    B.  The Worthington Steel Company and Worthington Steel of Michigan, Inc. asserted claims in this Chapter 11 case and counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

---

[1] AOL's subsidiaries and affiliates include, but are not limited to, MapQuest.com, Inc., Netscape, Digital City, AOL Instant Messenger, Spinner, CompuServe, Tegic and WinAmp.

    C. YUSA Corporation asserted claims in this Chapter 11 case and counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    D. A. Schulman, Inc. asserted claims in this Chapter 11 case and counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    E. The AOL Entities asserted claims in this Chapter 11 case and counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    F. Carlisle Company Incorporated is a party in interest as a defendants in a pending adversary proceeding. Counsel has been retained by Carlisle Company Incorporated to represent it in all matters regarding this Chapter 11 proceeding and any related adversary proceedings at its normal and customary hourly rates.

  3. A recital of pertinent facts and circumstances in connection with the employment of the entity or entities at whose instance, directly or indirectly, the employment was arranged.

  The Vorys Firm has represented each of the above creditors/parties in interest for a number of years on a variety of matters and was asked by each of these related entities to represent each in this Chapter 11 case.

  4. With reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case, the amounts of claims or interests owned by the entity, the times when acquired, the amounts paid therefor, and any sales or other disposition thereof.

This is not applicable to the Vorys Firm.

Respectfully submitted,

By: /s/Tiffany Strelow Cobb
Robert J. Sidman, Esq. (0017390)
Tiffany Strelow Cobb, Esq. (0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:   (614) 719-4663
E-mail: tscobb@vorys.com

## VERIFICATION

I, Tiffany Strelow Cobb, of the law firm of Vorys, Sater, Seymour, and Pease LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

STATE OF OHIO            )
                         )   ss.
COUNTY OF FRANKLIN       )

SWORN TO AND SUBSCRIBED TO in my presence, this 21st of May, 2010.

/s/Cindy D. Fricke
Notary Public, State of Ohio

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of May, 2010, a copy of the preceding Amended Verified Rule 2019 Statement was electronically filed through the Court's ECF system. Parties may access this filing through the Court's system.

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq.