United States Bankruptcy Court
Southern District of New York

In re

DPH Holdings Corp., et al.,
                Reorganized Debtors

And
Delphi Corporation, et, al., Debtors

Chapter 11

Case No 05-44481 (RDD)

(Jointly Administered)

FILED
2010 MAY 21 A 11:49
S.D.N.Y.
U.S. BANKRUPTCY COURT

Notice of Sufficiency Hearing with Respect
To Reorganized Debtors Objection To Proof
of Claims No 17094 of Sharyl Yvette Carter.
And Sharyl Yvette Carter-Responses/Reply

I Sharyl Yvette Carter reside at 1541 LaSalle
Ave #1, Niagara Falls, New York 14301. My numbers
Are (716) 282-3624, And (937) 302-8072.
I object and disagree to DPH Holding Corp -
Reorganized Debtors and their Affiliated Debtors.
On their plans, objections to my claim, or claims

that I Sheryl y. Exeter have against their company, claim no 17094.

This claim no 17094 on documents enclosed does not show the amount, I do believe I was, or am asking for an amount in the high millions for each of my claims that I have against the Debtors and their Affiliated Debtors. As I Sheryl y. Exeter continue to answer all the responses and reply in a timely manner, Also I have continue to state my reasons of my amount I continue to ask the courts to Agree to, or come close to an amount in the millions.

I Sheryl y. Exeter respectfully ask the courts to Allow all my claim, or claims against the Debtors and their Affiliated Debtors. As I continue to state all evidences, informations, documents, notes, etc are with the Debtors Attorney that I gave to start my claims against the

Debtors and their Affiliates Debtors, and through my Attorney's who was representing at that time, Also the information, documents, evidences, Notes are in the Debtors and their Affiliates Debtors books and records.

I Sharyl Y. Carter ask the courts to allow all my claim, or claims, No 17094, against the Debtors and their Affiliated Debtors. Also as for the, Any Amount Awarded to me, Sharyl Y. Carter I ask the courts not to place the Amount Awarded to so, into Any Account, (PSP) Personal Savings Plans - with the Debtors and their Affiliated Debtors. I would like for Amounts to be given directly to me.

If for some Reason I cannot Attend the Meet and Confer in Troy, Michigan, I ask

Courts to allow me a telephonic conversation on the phone, or a much closer place to my location at Niagara Falls, New York. As I Sheryl Y. Carter have problems with traveling, due to my severe medical problems, had money problems, as I do not have any income coming in, medical insurance from the Debtors and their affiliated Debtors, as I am an active employee with the Debtors.

As for if there is a witness, or witness I shall, have to call to the hearings, I would rely on my previously witness list in my deposition with my previously, ex-attorney, or attorneys included. I Sheryl Y. Carter handling my claims, or claim 17094 against the Debtors and their affiliated Debtors please allow, as I am doing the best I can, that also would be the

Reason I did not file an Affidavit or declaration. Also I provided all information, documents, evidence, notes, to my attorneys, and to the Debtors and their Affiliated Debtors attorneys, personals. I was mislead, misrepresented, misguided, not given my information, documents back, etc. There was no other deposition allowed for more informations if this is directed for this claim or claims.

I Sheryl Y. Exeter ask the courts to request all documents, evidence, informations, notes, banks records that the Debtors and their Affiliated Debtors have on me.

In those enclosed copies that are listed as late filed, Claim Number, Asserted Claim Amount, Basic for Objection, Treatment of Claim, Surviving Claim Number (if any) are blank, Also dates,

imies, exhibits letter, etc by the Debtors and their Affiliated Debtors. I Sheryl J. Exeter do not know if I am to fill that out or not, as the Debtors leave out important informations, facts.

I Sheryl J. Exeter respectfully ask the Courts to allow my claim, claims number 17094 against the Debtors and their Affiliated Debtors. that I have against the Debtors All of my responses, and reply should apply to my claims against the Debtors.

As for all the Debtors and their Affiliated Debtors, Also GM Components, DIP Holdco 3, DIP Lender-GM master Disposition Agreement, and other Debtors entities all are responsible for All claims against the Debtors, while the Debtors are placing the blame on their other

Debtors to be responsible, Also directing or their Attorneys Also mentioning more then the claim or claims they Are speaking on. I Again Ask the court, or courts to make the decisions on my behalf, As to the Amounts of my claim, or claims, And what claims belong in what courts also Any other decisions that need to be made. I Sharyl Y. Lester do Not want the Debtors and their affiliated Debtors to make No decisions for me, that is why we Are in court in the first place, because these claims, And matters could not be handle within the company.

This is another Reason why I would like for my Claims Awarded money, Amount, if I Sheryl Y. Carter is Awarded my claims for the amounts to be given directly to me. If this includes the Administrative Claim or any other claim, or claims I have against the Debtors and their Affiliated Debtors.

I Sheryl Y. Carter would Respectfully ask the, this court to have jurisdiction to hear and determine All matters, and claims in this court. I Also Ask for my Claims to not get mixed up and be Allowed As duplicate claims as state the Debtors.

Sincerely,
Sheryl Y Carter