05-44481-rdd    Doc 20188-1    Filed 05/25/10    Entered 05/25/10 15:32:32    Exhibit a
In re DPH Holdings Corp., et al.    Pg 1 of 6    Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

## EXHIBIT A - BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE CHARTIS US BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038 | 19756 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL MICHELLE A LEVITT AUTHORIZED REPRESENTATIVE COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS 175 WATER ST 18TH FL NEW YORK, NY 10038 | 19019 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ALLA AVERBUKH THE KUHLMAN LAW FIRM LLC 1100 MAIN ST STE 2550 KANSAS CITY, MO 64105 | 19597 | Secured:<br>Priority:<br>Administrative: $1,500,000.00<br>Unsecured:<br>Total: $1,500,000.00 | 09/10/2009 | DELPHI CORPORATION (05-44481) |
| AMERICAN AIKOKU ALPHA INC ATTN GARY VIST ESQ C/O MASUDA FUNAI EIFERT & MITCHELL LTD 203 N LASALLE ST STE 2500 CHICAGO, IL 60601-1262 | 17953 | Secured:<br>Priority:<br>Administrative: $413,908.96<br>Unsecured:<br>Total: $413,908.96 | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| AT&T SOLUTIONS INC AND ITS AFFILIATED ENTITIES ATTN JAMES GRUDUS AT&T SERVICES INC ONE AT&T WAY RM 3A218 BEDMINSTER, NJ 07921 | 19164 | Secured:<br>Priority:<br>Administrative: $2,973,848.25<br>Unsecured:<br>Total: $2,973,848.25 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| AUDIO MPEG INC AND SISV EL SPA MARY JOANNE DOWD ESQ ARENT FOX LLP 1050 CONNECTICUT AVE NW WASHINGTON, DC 20036-5339 | 19077 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT C/O SEANN TZOUVELEKAS TS 6 1400 HIGHWAY 101 S GREER, SC 29651 | 19130 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*   The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*  "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 20188-1    Filed 05/25/10    Entered 05/25/10 15:32:32    Exhibit a
In re DPH Holdings Corp., et al.        Pg 2 of 6        Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT<br>C/O SEANN TZOUVELEKAS TS 6<br>1400 HIGHWAY 101 S<br>GREER, SC 29651 | 19131 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT<br>C/O SEANN TZOUVELEKAS TS 6<br>1400 HIGHWAY 101 S<br>GREER, SC 29651 | 19129 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| BOSCH CORPORATION<br>ATTN JUDITH ADLER<br>C/O ROBERT BOSCH LLC<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 18694 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$1,173,427.00<br><br>$1,173,427.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CENTERLINE INC<br>ATTN RENE BICKLE CONTROLLER<br>2110 N ASH ST<br>PONCA CITY, OK 74601 | 18244 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$4,449.00<br><br>$4,449.00 | 07/10/2009 | DELPHI CORPORATION (05-44481) |
| CHARLENE JACKSON | 17821 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$30,000.00<br><br>$30,000.00 | 07/06/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF DAYTON OHIO<br>ATTN REVENUE ADMINISTRATION<br>CITY OF DAYTON FINANCE DEPARTMENT<br>101 W THIRD ST<br>DAYTON, OH 45402 | 18716 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$36,140.17<br><br>$36,140.17 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CLARION CORPORATION OF AMERICA<br>ATTN JOSEPH MUTO<br>6200 GATEWAY DR<br>CYPRESS, CA 90630 | 19074 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | 18981 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>UNL<br><br>UNL | 07/15/2009 | DELPHI DIESEL SYSTEMS CORP (05-44612) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 20188-1    Filed 05/25/10    Entered 05/25/10 15:32:32    Exhibit a
In re DPH Holdings Corp., et al.          Pg 3 of 6          Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | 18982 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI LLC (05-44615) |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | 18983 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI SERVICES HOLDING CORPORATION (05-44633) |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS<br>MICHELLE A LEVITT<br>AUTHORIZED REPRESENTATIVE<br>175 WATER ST 18TH FL<br>NEW YORK, NY 10038 | 18984 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC (05-44632) |
| DCH HEALTH SYSTEM<br>C/O ANNE D LACOSTE ESQ<br>DISHUCK LACOSTE & SMITH PC<br>PO BOX 20677<br>TUSCALOOSA, AL 35402-0677 | 18061 | Secured:<br>Priority:<br>Administrative: $4,302.50<br>Unsecured:<br>Total: $4,302.50 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DCH HEALTH SYSTEM<br>C/O ANNE D LACOSTE ESQ<br>DISHUCK LACOSTE & SMITH PC<br>PO BOX 20677<br>TUSCALOOSA, AL 35402-0677 | 18062 | Secured:<br>Priority:<br>Administrative: $654.50<br>Unsecured:<br>Total: $654.50 | 07/09/2009 | DELPHI CORPORATION (05-44481) |
| DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>INTERNAL REVENUE SERVICE<br>290 BROADWAY 5TH FL<br>NEW YORK, NY 10007 | 16613 | Secured:<br>Priority:<br>Administrative: $10,031.91<br>Unsecured:<br>Total: $10,031.91 | 06/12/2007 | DELPHI MECHATRONIC SYSTEMS, INC. (05-44567) |
| DIANE YOUNG | 18811 | Secured:<br>Priority:<br>Administrative: $400,000.00<br>Unsecured:<br>Total: $400,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| FORD MOTOR COMPANY<br>JONATHAN S GREEN<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 38226 | 19146 | Secured:<br>Priority:<br>Administrative: $646,814.00<br>Unsecured:<br>Total: $646,814.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 20188-1    Filed 05/25/10    Entered 05/25/10 15:32:32    Exhibit a

In re DPH Holdings Corp., et al.         Pg 4 of 6         Forty-Seventh Omnibus Claims Objection

Case No. 05-44481 (RDD)

**EXHIBIT A - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FORD MOTOR COMPANY<br>JONATHAN S GREEN<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 38226 | 19145 | Secured:<br>Priority:<br>Administrative: $1,500,000.00<br>Unsecured:<br>Total: $1,500,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| GEORGE A KRALOVICH | 18782 | Secured:<br>Priority:<br>Administrative: $561,185.08<br>Unsecured:<br>Total: $561,185.08 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| HALEY JENKINS<br>THE KUHLMAN LAW FIRM LLC<br>1100 MAIN ST STE 2550<br>KANSAS CITY, MO 64105 | 19599 | Secured:<br>Priority:<br>Administrative: $1,500,000.00<br>Unsecured:<br>Total: $1,500,000.00 | 09/10/2009 | DELPHI CORPORATION (05-44481) |
| HE SERVICES CO<br>VICTOR J MASTROMARCO JR ESQ<br>1024 N MICHIGAN AVE<br>SAGINAW, MI 48602 | 18702 | Secured:<br>Priority:<br>Administrative: $300,000.00<br>Unsecured:<br>Total: $300,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| HEALTHCARE AUTHORITY OF MORGAN COUNTY DBA DECATUR GENERAL HOSPITAL<br>ATTN ALICE<br>1201 7TH ST SE<br>DECATUR, AL 35601 | 18673 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| JESSICA JENKINS<br>THE KUHLMAN LAW FIRM LLC<br>1100 MAIN ST STE 2550<br>KANSAS CITY, MO 64105 | 19598 | Secured:<br>Priority:<br>Administrative: $1,500,000.00<br>Unsecured:<br>Total: $1,500,000.00 | 09/10/2009 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC, AUTOMOTIVE EXPERIENCE DIVISION<br>C/O STEPHEN T BOBO<br>REED SMITH LLP<br>10 S WACKER DR 40TH FLR<br>CHICAGO, IL 60606 | 19626 | Secured:<br>Priority:<br>Administrative: $11,077.57<br>Unsecured:<br>Total: $11,077.57 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| JOHNSON CONTROLS INC, BUILDING EFFICIENCY<br>C/O STEVEN T BOBO<br>REED SMITH LLP<br>10 S WACKER DR 40TH FLR<br>CHICAGO, IL 60606 | 19625 | Secured:<br>Priority:<br>Administrative: $5,711.82<br>Unsecured:<br>Total: $5,711.82 | 11/04/2009 | DELPHI CORPORATION (05-44481) |

\*    The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 20188-1    Filed 05/25/10    Entered 05/25/10 15:32:32    Exhibit a
In re DPH Holdings Corp., et al.    Pg 5 of 6    Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KURTZMAN CARSON CONSULTANTS LLC<br>2335 ALASKA AVE<br>EL SEGUNDO, CA 90245 | 19627 | Secured:<br>Priority:<br>Administrative: $12,820.77<br>Unsecured:<br>Total: $12,820.77 | 11/04/2009 | DELPHI CORPORATION (05-44481) |
| KYKLOS BEARING INTERNATIONAL LLC<br>JON ANDERSON KBI<br>2509 HAYES AVE<br>SANDUSKY, OH 44870 | 18425 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| MICHAEL BRUEWER | 17650 | Secured:<br>Priority:<br>Administrative: $240,000.00<br>Unsecured:<br>Total: $240,000.00 | 07/03/2009 | DELPHI CORPORATION (05-44481) |
| OGURA CLUTCH COMPANY<br>ROBERT A PEURACH ESQ<br>DAKMAK PEURACH PC<br>615 GRISWOLD STE 600<br>DETROIT, MI 48226 | 18971 | Secured:<br>Priority:<br>Administrative: $37,257.60<br>Unsecured:<br>Total: $37,257.60 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| ROBERT L BACKIE<br>VICTOR J MASTROMARCO JR ESQ<br>1024 N MICHIGAN AVE<br>SAGINAW, MI 48602 | 18701 | Secured:<br>Priority:<br>Administrative: $300,000.00<br>Unsecured:<br>Total: $300,000.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| TECHNOLOGY PROPERTIES LTD<br>WENDY W SMITH<br>BINDER & MALTER LLP<br>2775 PARK AVE<br>SANTA CLARA, CA 95050 | 18488 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS FALENCIK<br>2500 MINNEKAHTA AVE<br>HOT SPRINGS, SD 57747-1129 | 18301 | Secured:<br>Priority:<br>Administrative: $10,000.00<br>Unsecured:<br>Total: $10,000.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| THOMAS P BINASIO | 17982 | Secured:<br>Priority:<br>Administrative: $75,000.00<br>Unsecured:<br>Total: $75,000.00 | 07/09/2009 | DELPHI CORPORATION (05-44481) |

\*      The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*     "UNL" denotes an unliquidated claim.

05-44481-rdd    Doc 20188-1    Filed 05/25/10    Entered 05/25/10 15:32:32    Exhibit a
In re DPH Holdings Corp., et al.    Pg 6 of 6    Forty-Seventh Omnibus Claims Objection
Case No. 05-44481 (RDD)

**EXHIBIT A - BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS* | CLAIM NUMBER | ASSERTED CLAIM AMOUNT** | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILMINGTON TRUST COMPANY<br>AS INDENTURE TRUSTEE<br>C/O EDWARD M FOX ESQ<br>K&L GATES LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022 | 18628 | Secured:<br>Priority:<br>Administrative:<br>Unsecured:<br>Total: | <br><br>$3,194,962.74<br><br>$3,194,962.74 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| Total: | 40 | | $16,441,591.87 | | |

\*   The addresses of certain creditors on this exhibit have been intentionally omitted for privacy reasons.

\*\*   "UNL" denotes an unliquidated claim.