**In re Delphi Corporation, et al.**
Case No. 05-44481 (RDD)

**Forty-Seventh Omnibus Claims Objection**

## EXHIBIT B - DUPLICATE CLAIM

| CLAIM TO BE EXPUNGED | | SURVIVING CLAIM | |
|---|---|---|---|
| Claim: | 18653 | Claim: | 18654 |
| Date Filed: | 07/14/2009 | Date Filed: | 07/14/2009 |
| Creditor's Name: | | Creditor's Name: | |
| JPMORGAN CHASE BANK NA AS ADMINISTRATIVE AGENT C/O SUSAN E ATKINS MANAGING DIRECTOR 277 PARK AVE 8TH FL NEW YORK, NY 10172 | | JP MORGAN CHASE BANK NA ATTN SUSAN E ATKINS MANAGING DIRECTOR 277 PARK AVENUE 8TH FL NEW YORK, NY 10172 | |
| Debtor: | DELPHI CORPORATION (05-44481) | Debtor: | DELPHI CORPORATION (05-44481) |
| Secured: | | Secured: | |
| Priority: | | Priority: | |
| Administrative: | UNL* | Administrative: | UNL* |
| Unsecured: | | Unsecured: | |
| Total: | UNL* | Total: | UNL** |

**Total Claims To Be Expunged:**
**Total Asserted Amount To Be Expunged:** UNL

\* "UNL" denotes an unliquidated claim.