**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Seventh Omnibus Claims Objection**

## EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS

| CLAIM TO BE EXPUNGED | SURVIVING APPLICATION |
|---|---|
| Claim: 18713<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>CR INTRINSIC INVESTORS LLC, HIGHLAND CAPITAL MANAGEMENT LP, ELLIOTT ASSOCIATES LP AND/OR CERTAIN FUNDS MANAGED THEREBY<br>ERIC D GOLDBERG ESQ<br>STUTMAN TREISTER & GLATT<br>1901 AVE OF THE STARS 12TH FL<br>LOS ANGELES, CA 90067<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $492,981.39<br>Unsecured:<br>Total: $492,981.39 | Docket No.: 19115<br>Date Filed: 11/20/2009<br>Applicant:<br>C.R. INTRINSIC INVESTORS AND ELLIOTT ASSOCIATES, L.P.<br><br>Debtor: DELPHI CORPORATION (05-44481)<br><br>Total Asserted: $284,325.40 |
| Claim: 18723<br>Date Filed: 07/14/2009<br>Creditor's Name:<br>DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ELLIOT ASSOCIATED LP, NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT INC, NORTHEAST INVESTORS TRUST, SPCP GROUP, LLC, AND WHITEBOX ADVISORS, LLC<br>ALLAN S BRILLIANT<br>THE NEW YORK TIMES BLDG<br>620 8TH AVE<br>NEW YORK, NY 10018<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $3,970,283.61<br>Unsecured:<br>Total: $3,970,283.61 | Docket No.: 19091<br>Date Filed: 11/16/2009<br>Applicant:<br>DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC; ELLIOTT ASSOCIATES, L.P.; NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT, INC.; NORTHEAST INVESTORS TRUST; SPCP GROUP, LLC; AND WHITEBOX ADVISORS, LLC, ON BEHALF OF THEMSELVES AND SENIOR NOTEHOLDERS PREVIOUSLY REPRESENTED<br><br>Debtor: DELPHI CORPORATION (05-44481)<br><br>Total Asserted: $3,970,283.61 |
| Claim: 18761<br>Date Filed: 07/15/2009<br>Creditor's Name:<br>HIGHLAND CAPITAL MANAGEMENT LP<br>ATTN GREG STUECHELI<br>13455 NOEL RD STE 800<br>DALLAS, TX 75240<br><br>Debtor: DELPHI CORPORATION (05-44481)<br>Secured:<br>Priority:<br>Administrative: $447,999.67<br>Unsecured:<br>Total: $447,999.67 | Docket No.: 19112<br>Date Filed: 11/20/2009<br>Applicant:<br>HIGHLAND CAPITAL MANAGEMENT, L.P.<br><br>Debtor: DELPHI CORPORATION (05-44481)<br><br>Total Asserted: $2,529,793.59 |

**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Seventh Omnibus Claims Objection**

### EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS

| CLAIM TO BE EXPUNGED | | SURVIVING APPLICATION | |
|---|---|---|---|
| Claim: 18946 | Debtor: DELPHI CORPORATION (05-44481) | Docket No.: 19114 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 07/15/2009 | | Date Filed: 11/20/2009 | |
| Creditor's Name: | | Applicant: | |
| IUE CWA | | IUE-CWA | |
| ATTN JIM CLARK PRESIDENT | | | |
| IUE CWA DAYTON | Secured: | | |
| 2701 DRYDEN RD | Priority: | | |
| DAYTON, OH 45439 | Administrative: $1,751,000.00 | | |
| | Unsecured: | | |
| | Total: $1,751,000.00 | | Total Asserted: $1,238,304.85 |

Total Claims To Be Expunged: 4  
Total Asserted Amount To Be Expunged: $6,662,264.67  
Total Asserted Application Amount Surviving: $8,022,707.45