**In re DPH Holdings Corp., et al.**
**Case No. 05-44481 (RDD)**

**Forty-Seventh Omnibus Claims Objection**

**EXHIBIT D - MODIFIED CLAIM**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Claim Holder Name | | | | | | | | |
| Claim: 19592 | | | | | | | | | |
| Date Filed: 09/01/2009 | | | | | | | | | |
| Docketed Total: $1,000,000.00 | AIMEE BANDEN | | | | | | | | |
| Filing Creditor Name: | 1851 W COLONIAL DR | | | | | | | | |
| AIMEE BANDEN | ORLANDO, FL 32804 | | | | | | | | |
| 1851 W COLONIAL DR | | | | | | | | | |
| ORLANDO, FL 32804 | | Secured | Priority | Unsecured | | | Secured | Priority | Unsecured |
| | Case Number* | | | | Case Number* | | | | |
| | 05-44481 | | $1,000,000.00 | | 05-44481 | | | $450,000.00 | |
| | Docketed Total: | | $1,000,000.00 | $1,000,000.00 | Modified Total: | | | $450,000.00 | $450,000.00 |
| | | | | | Total Claims To Be Modified: | | 1 | | |
| | | | | | Total Amount As Docketed: | | $1,000,000.00 | | |
| | | | | | Total Amount As Modified: | | $450,000.00 | | |

\*    See Exhibit F for a listing of debtor entities by case number.