**EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| APPLE INC, APPLE COMPUTER INTERNATIONAL, AND HON HAI PRECISION INDUSTRY COMPANY LTD<br>EVELYN SHIMAZAKI<br>SENIOR COUNSEL<br>APPLE INC<br>1 INFINITE LOOP<br>CUPERTINO, CA 95014 | 18902 | Secured:<br>Priority:<br>Administrative: $9,487,891.95<br>Unsecured:<br>Total: $9,487,891.95 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| AUTOLIV ASP INC<br>C/O MARC N SWANSON<br>MILLER CANFIELD PADDOCK & STONE PLC<br>150 W JEFFERSON AVE STE 2500<br>DETROIT, MI 48226 | 19151 | Secured:<br>Priority:<br>Administrative: $1,069,444.00<br>Unsecured:<br>Total: $1,069,444.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>BARNES & THORNBURG<br>PATRICK E MEARS<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19069 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>BARNES & THORNBURG<br>PATRICK E MEARS<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19124 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THOMBURG<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19125 | Secured:<br>Priority:<br>Administrative: $8,691,000.00<br>Unsecured:<br>Total: $8,691,000.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THOMBURG<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19123 | Secured:<br>Priority:<br>Administrative: $8,691,000.00<br>Unsecured:<br>Total: $8,691,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>PATRICK E MEARS<br>BARNES & THORNBURG<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503 | 19087 | Secured:<br>Priority:<br>Administrative: $8,691,000.00<br>Unsecured:<br>Total: $8,691,000.00 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THOMBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19603 | Secured:<br>Priority:<br>Administrative: $10,352,500.00<br>Unsecured:<br>Total: $10,352,500.00 | 09/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 20008 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/03/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19815 | Secured:<br>Priority:<br>Administrative: $10,633,035.00<br>Unsecured:<br>Total: $10,633,035.00 | 11/02/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19816 | Secured:<br>Priority:<br>Administrative: $10,633,035.00<br>Unsecured:<br>Total: $10,633,035.00 | 11/02/2009 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19817 | Secured:<br>Priority:<br>Administrative: $10,633,035.00<br>Unsecured:<br>Total: $10,633,035.00 | 11/02/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19604 | Secured:<br>Priority:<br>Administrative: $10,352,500.00<br>Unsecured:<br>Total: $10,352,500.00 | 09/15/2009 | DELPHI CORPORATION (05-44481) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 19602 | Secured:<br>Priority:<br>Administrative: $10,352,500.00<br>Unsecured:<br>Total: $10,352,500.00 | 09/15/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 20006 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/03/2009 | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC (05-44639) |
| BANK OF AMERICA NA<br>PATRICK E MEARS ESQ<br>BARNES & THORNBURG LLP<br>171 MONROE AVE NW STE 1000<br>GRAND RAPIDS, MI 49503-2694 | 20007 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 11/03/2009 | DELPHI CORPORATION (05-44481) |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BOSCH AUTOMOTIVE PRODUCTS SUZ HOU CO LTD<br>C/O ROBERT BOSCH LLC<br>ATTN J ADLER<br>38000 HILLS TECH DR<br>FARMINGTON HILLS, MI 48331 | 18689 | Secured:<br>Priority:<br>Administrative: $2,469,996.00<br>Unsecured:<br>Total: $2,469,996.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| CADENCE INNOVATION LLC<br>17085 MASONIC<br>FRASER, MI 48026-3927 | 20055 | Secured:<br>Priority:<br>Administrative: $270,378.59<br>Unsecured:<br>Total: $270,378.59 | 10/30/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF OAK CREEK<br>LAWRENCE J HASKIN<br>CITY ATTORNEY<br>7300 S 13TH ST STE 104<br>OAK CREEK, WI 53154 | 18394 | Secured:<br>Priority:<br>Administrative: $4,054.87<br>Unsecured:<br>Total: $4,054.87 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| CITY OF OLATHE KANSAS<br>PAUL SINCLAIR<br>POLSINELLI SHUGHART PC<br>120 W 12TH ST<br>KANSAS CITY, MO 64105 | 18541 | Secured:<br>Priority:<br>Administrative: $835,000.00<br>Unsecured:<br>Total: $835,000.00 | 07/13/2009 | DELPHI CORPORATION (05-44481) |
| FLEXTRONICS INTERNATIONAL LTD<br>ATTN LAWRENCE SCHWAB<br>THOMAS GAA<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 18940 | Secured:<br>Priority:<br>Administrative: $18,524,591.75<br>Unsecured:<br>Total: $18,524,591.75 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| FURUKAWA ELECTRIC COMPANY LTD<br>DENNIS J CONNOLLY AND DAVID A WENDER<br>ALSTON & BIRD LLP<br>ONE ATLANTIC CTR<br>1201 W PEACHTREE ST<br>ATLANTA, GA 30309-3424 | 19505 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/30/2009 | DELPHI CORPORATION (05-44481) |
| GREYWOLF CAPITAL MANAGEMENT LP ON BEHALF OF CERTAIN FUNDS AND MANAGED ACCOUNTS<br>MARC ABRAMS<br>WILLKIE FARR & GALLAGHER LLP<br>787 SEVENTH AVE<br>NEW YORK, NY 10019 | 19001 | Secured:<br>Priority:<br>Administrative: $289,909.03<br>Unsecured:<br>Total: $289,909.03 | 07/15/2009 | DELPHI CORPORATION (05-44481) |

\*      "UNL" denotes an unliquidated claim.

**EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION<br>ATTN WILLIAM J BROWN<br>C/O PHILLIPS LYTLE LLP<br>3400 HSBC CTR<br>BUFFALO, NY 14203 | 18617 | Secured:<br>Priority:<br>Administrative: $4,780,988.00<br>Unsecured:<br>Total: $4,780,988.00 | 07/14/2009 | DELPHI CORPORATION (05-44481) |
| INTERNATIONAL UNION UNITED AUTOMOBILE AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA UAW<br>DANIEL W SHERRICK<br>GENERAL COUNSEL<br>8000 E JEFFERSON AVE<br>DETROIT, MI 48214 | 19810 | Secured:<br>Priority:<br>Administrative: $6,000,000.00<br>Unsecured:<br>Total: $6,000,000.00 | 11/05/2009 | DELPHI CORPORATION (05-44481) |
| INTEVA PRODUCTS LLC<br>DEREK L WRIGHT ESQ<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654 | 19136 | Secured:<br>Priority:<br>Administrative: $16,701.76<br>Unsecured:<br>Total: $16,701.76 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| INTEVA PRODUCTS LLC<br>DEREK L WRIGHT ESQ<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654 | 19134 | Secured:<br>Priority:<br>Administrative: $10,377.60<br>Unsecured:<br>Total: $10,377.60 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| INTEVA PRODUCTS LLC<br>DEREK L WRIGHT ESQ<br>FOLEY & LARDNER LLP<br>321 N CLARK ST STE 2800<br>CHICAGO, IL 60654 | 19135 | Secured:<br>Priority:<br>Administrative: $170,000.00<br>Unsecured:<br>Total: $170,000.00 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| LEAR CORPORATION EEDS AND INTERIORS<br>C/O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 19033 | Secured:<br>Priority:<br>Administrative: $13,615.54<br>Unsecured:<br>Total: $13,615.54 | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEAR CORPORATION GMBH<br>C/O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE<br>6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 19032 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/15/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| LEAR CORPORATION GMBH<br>C/O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE 6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 19971 | Secured:<br>Priority:<br>Administrative: $3,715,630.26<br>Unsecured:<br>Total: $3,715,630.26 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEAR CORPORATION GMBH<br>C/O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE 6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 18677 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/14/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| LEAR CORPORATION ON BEHALF OF ITSELF AND ITS SUBSIDIARIES<br>C/O RALPH E MCDOWELL<br>BODMAN LLP<br>1901 ST ANTOINE ST 6TH FL AT FORD FIELD<br>DETROIT, MI 48226 | 19972 | Secured:<br>Priority:<br>Administrative: $206,739.06<br>Unsecured:<br>Total: $206,739.06 | 11/05/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| NISSAN NORTH AMERICA INC<br>ATTN DAN NUGENT<br>ONE NISSAN WAY<br>FRANKLIN, TN 37067 | 18975 | Secured:<br>Priority:<br>Administrative: $249,138.70<br>Unsecured:<br>Total: $249,138.70 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| STEPHEN P GALE<br>16916 BUCKINGHAM<br>BEVERLY HILLS, MI 48025 | 17837 | Secured:<br>Priority:<br>Administrative: UNL<br>Unsecured:<br>Total: UNL | 07/08/2009 | DELPHI CORPORATION (05-44481) |
| UNITED PARCEL SERVICE<br>ATTN LAWRENCE SCHWAB & KENNETH T LAW<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 19082 | Secured:<br>Priority:<br>Administrative: $81,418.34<br>Unsecured:<br>Total: $81,418.34 | 07/15/2009 | DELPHI CORPORATION (05-44481) |
| VANGUARD DISTRIBUTIONS INC<br>PO BOX 608<br>SAVANNAH, GA 31402 | 16908 | Secured:<br>Priority:<br>Administrative: $1,645,315.51<br>Unsecured:<br>Total: $1,645,315.51 | 06/25/2009 | DELPHI CORPORATION (05-44481) |
| **Total:** | 37 | $138,870,795.96 | | |

\*    "UNL" denotes an unliquidated claim.