**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

Forty-Seventh Omnibus Claims Objection

**EXHIBIT E-2 - ADJOURNED MODIFIED CLAIMS**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 17152<br>Date Filed: 07/01/2009<br>Docketed Total: $35,867.53<br>Filing Creditor Name:<br>CITY OF VANDALIA, OHIO<br>2700 KETTERING TOWER<br>DAYTON, OH 45423 | Claim Holder Name<br><br>CITY OF VANDALIA, OHIO<br>2700 KETTERING TOWER<br>DAYTON, OH 45423<br><br>Docketed Total:                              $35,867.53<br><br>        Secured               Priority                Unsecured<br>                             $35,867.53<br>Case Number*<br>05-44481                     $35,867.53 | Claim Holder Name<br><br><br><br><br>Modified Total:                              $9,207.94<br><br>        Secured               Priority                Unsecured<br>                              $9,207.94<br>Case Number*<br>05-44481                      $9,207.94 |
| Claim: 18700<br>Date Filed: 07/14/2009<br>Docketed Total: $103,986.16<br>Filing Creditor Name:<br>CSX CORPORATION<br>500 WALTER ST 8TH FL J220<br>JACKSONVILLE, FL 32202 | Claim Holder Name<br><br>CSX CORPORATION<br>500 WALTER ST 8TH FL J220<br>JACKSONVILLE, FL 32202<br><br>Docketed Total:                              $103,986.16<br><br>        Secured               Priority                Unsecured<br>                             $103,986.16<br>Case Number*<br>05-44481                     $103,986.16 | Claim Holder Name<br><br><br><br><br>Modified Total:                              $6,025.42<br><br>        Secured               Priority                Unsecured<br>                              $6,025.42<br>Case Number*<br>05-44481                      $6,025.42 |
| Claim: 18939<br>Date Filed: 07/15/2009<br>Docketed Total: $9,664,668.94<br>Filing Creditor Name:<br>PANALPINA MANAGEMENT<br>LTD AND PANALPINA INC<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | Claim Holder Name<br><br>PANALPINA MANAGEMENT LTD<br>AND PANALPINA INC<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306<br><br>Docketed Total:                              $9,664,668.94<br><br>        Secured               Priority                Unsecured<br>                             $9,664,668.94<br>Case Number*<br>05-44640                     $9,664,668.94 | Claim Holder Name<br><br><br><br><br>Modified Total:                              $18,839.98<br><br>        Secured               Priority                Unsecured<br>                              $18,839.98<br>Case Number*<br>05-44481                      $18,839.98 |
|  |  | Total Claims To Be Modified:       3<br>Total Amount As Docketed:           $9,804,522.63<br>Total Amount As Modified:            $34,073.34 |

\*  See Exhibit F for a listing of debtor entities by case number.

Page 1 of 1