In re DPH Holdings Corp., et al.  Forty-Seventh Omnibus Claims Objection

Case No. 05-44481 (RDD)

### Exhibit F - Debtor Entity Reference

| CASE NUMBER | DEBTOR ENTITY |
|---|---|
| 05-44481 | DELPHI CORPORATION |
| 05-44640 | DELPHI AUTOMOTIVE SYSTEMS LLC |