In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Seventh Omnibus Claims Objection

Exhibit G - Claimants And Related Claims Subject To Forty-Seventh Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL | 19019 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AIG ENTERTAINMENT RISKS, AIG EXCESS LIABILITY INSURANCE INTERNATIONAL LTD, AIU INSURANCE COMPANY ET AL | 19756 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AIMEE BANDEN | 19592 | EXHIBIT D - MODIFIED CLAIM |
| ALLA AVERBUKH | 19597 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AMERICAN AIKOKU ALPHA INC | 17953 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| APPLE INC, APPLE COMPUTER INTERNATIONAL, AND HON HAI PRECISION INDUSTRY COMPANY LTD | 18902 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| AT&T SOLUTIONS INC AND ITS AFFILIATED ENTITIES | 19164 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AUDIO MPEG INC AND SISV EL SPA | 19077 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| AUTOLIV ASP INC | 19151 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19069 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19087 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19123 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19124 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19125 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19602 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19603 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19604 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19815 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19816 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 19817 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 20006 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 20007 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BANK OF AMERICA NA | 20008 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT | 19129 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT | 19130 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT | 19131 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| BOSCH AUTOMOTIVE PRODUCTS SUZ HOU CO LTD | 18689 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| BOSCH CORPORATION | 18694 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CADENCE INNOVATION LLC | 20055 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| CENTERLINE INC | 18244 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CHARLENE JACKSON | 17821 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CITY OF DAYTON OHIO | 18716 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CITY OF OAK CREEK | 18394 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| CITY OF OLATHE KANSAS | 18541 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| CITY OF VANDALIA, OHIO | 17152 | EXHIBIT E-2 - ADJOURNED MODIFIED CLAIMS |
| CLARION CORPORATION OF AMERICA | 19074 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS | 18981 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS | 18982 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS | 18983 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| COMMERCIAL INSURANCE BANKRUPTCY COLLECTIONS | 18984 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| CR INTRINSIC INVESTORS LLC, HIGHLAND CAPITAL MANAGEMENT LP, ELLIOTT ASSOCIATES LP AND/OR CERTAIN FUNDS MANAGED THEREBY | 18713 | EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS |
| CSX CORPORATION | 18700 | EXHIBIT E-2 - ADJOURNED MODIFIED CLAIMS |
| DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC, ELLIOT ASSOCIATED LP, NOMURA CORPORATE RESEARCH AND ASSET MANAGEMENT INC, | 18723 | EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS |
| DCH HEALTH SYSTEM | 18061 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |

In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Exhibit G - Claimants And Related Claims Subject To Forty-Seventh Omnibus Claims Objection

Forty-Seventh Omnibus Claims Objection

| Claim Holder | Claim | Exhibit |
|---|---|---|
| DCH HEALTH SYSTEM | 18062 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE | 16613 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| DIANE YOUNG | 18811 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| FLEXTRONICS INTERNATIONAL LTD | 18940 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| FORD MOTOR COMPANY | 19145 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| FORD MOTOR COMPANY | 19146 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| FURUKAWA ELECTRIC COMPANY LTD | 19505 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| GEORGE A KRALOVICH | 18782 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| GREYWOLF CAPITAL MANAGEMENT LP ON BEHALF OF CERTAIN FUNDS AND MANAGED ACCOUNTS | 19001 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| HALEY JENKINS | 19599 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| HE SERVICES CO | 18702 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| HEALTHCARE AUTHORITY OF MORGAN COUNTY DBA DECATUR GENERAL HOSPITAL | 18673 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| HIGHLAND CAPITAL MANAGEMENT LP | 18761 | EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS |
| HSBC BANK USA NATIONAL ASSOCIATION | 18617 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| INTERNATIONAL UNION UNITED AUTOMOBILE AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA UAW | 19810 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| INTEVA PRODUCTS LLC | 19134 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| INTEVA PRODUCTS LLC | 19135 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| INTEVA PRODUCTS LLC | 19136 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| IUE CWA | 18946 | EXHIBIT C - DUPLICATE SUBSTANTIAL CONTRIBUTION CLAIMS |
| JESSICA JENKINS | 19598 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JOHNSON CONTROLS INC, AUTOMOTIVE EXPERIENCE DIVISION | 19626 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JOHNSON CONTROLS INC, BUILDING EFFICIENCY | 19625 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| JPMORGAN CHASE BANK NA AS ADMINISTRATIVE AGENT | 18653 | EXHIBIT B - DUPLICATE CLAIM |
| KURTZMAN CARSON CONSULTANTS LLC | 19627 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| KYKLOS BEARING INTERNATIONAL LLC | 18425 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION EEDS AND INTERIORS | 19033 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION GMBH | 18677 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION GMBH | 19032 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION GMBH | 19971 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| LEAR CORPORATION ON BEHALF OF ITSELF AND ITS SUBSIDIARIES | 19972 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| MICHAEL BRUEWER | 17650 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| NISSAN NORTH AMERICA INC | 18975 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| OGURA CLUTCH COMPANY | 18971 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| PANALPINA MANAGEMENT LTD AND PANALPINA INC | 18939 | EXHIBIT E-2 - ADJOURNED MODIFIED CLAIMS |
| ROBERT L BACKIE | 18701 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| STEPHEN P GALE | 17837 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| TECHNOLOGY PROPERTIES LTD | 18488 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| THOMAS FALENCIK | 18301 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| THOMAS P BINASIO | 17982 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |
| UNITED PARCEL SERVICE | 19082 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| VANGUARD DISTRIBUTIONS INC | 16908 | EXHIBIT E-1 - ADJOURNED BOOKS AND RECORDS CLAIMS |
| WILMINGTON TRUST COMPANY AS INDENTURE TRUSTEE | 18628 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |