Exhibit A

DPH Holdings Corp.
Post-Emergence Master Service List

| Company | Contact | Address1 | Address2 | City | State | Zip | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | N/A | Counsel to United States Trustee |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | john.brooks@delphi.com | Reorganized Debtors |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq., Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | fgorman@honigman.com; rweiss@honigman.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Harvey R. Miller, Robert J. Lemons | 767 Fifth Avenue | | New York | NY | 10153 | harvey.miller@weil.com, robert.lemons@weil.com | Counsel to General Motors Corporation |
| Delphi Automotive Systems LLP | Sean Corcoran, Karen Craft, David M. Sherbin | 5725 Delphi Drive | | Troy | MI | 48098 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com david.sherbin@delphi.com | Delphi Automotive Systems LLP |

4/30/2010 5:52 PM
##1_011.XLS

Exhibit B

| United States Bankruptcy Court<br>**Southern District of New York**<br>In re DPH Holdings Corp., et al.<br>Chapter 11<br>Case No. 05-44481 (RDD)<br>Jointly Administered | **Post-Emergence Master Service List<br>Request Form** |
|---|---|

**Name Of Party Requesting Inclusion On The Post-Emergence Master Service List:**


**Name Of Client, If Applicable,  Requesting Inclusion On The Post-Emergence Master Service List:**


**Name And Address Where Notices Should Be Sent:**


**Telephone No.:**


**Facsimile Number:**


**E-mail Address:**


**Reason(s) Service Must Be Received By U.S. Mail:**
**[Please use additional sheets of paper as needed.]**

| Date: | **By signing below the undersigned consents that electronic service shall constitute acceptable service and hereby waives any objection to electronic service.**<br>Sign and print the name and title of party requesting inclusion on the Post-Emergence Master Service List: |
|---|---|
| Date: | **By signing below the undersigned has set forth with specificity the reason(s) for not accepting service by e-mail and will receive service by U.S. mail.**<br>Sign and print the name and title of party requesting inclusion on the Post-Emergence Master Service List that has provided an explanation for exemption from service by E-mail: |

**Completed forms should be submitted to:**  (a) counsel to DPH Holdings Corp., Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n:  Ron E. Meisler) and (b) Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245.

Exhibit C

| United States Bankruptcy Court<br>Southern District of New York<br>In re DPH Holdings Corp., et al.<br>Chapter 11<br>Case No. 05-44481 (RDD)<br>Jointly Administered | Post-Emergence 2002 Service List<br>Request Form |
| --- | --- |

**Name Of Party Requesting Inclusion On The Post-Emergence 2002 Service List:**

**Name Of Client, If Applicable,  Requesting Inclusion On The Post-Emergence 2002 Service List:**

**Name And Address Where Notices Should Be Sent:**

**Telephone No.:**

**Facsimile Number:**

**E-mail Address:**

**Reason(s) Service Must Be Received By U.S. Mail:**
**[Please use additional sheets of paper as needed.]**

| Date: | **By signing below the undersigned consents that electronic service shall constitute acceptable service and hereby waives any objection to electronic service.**<br>Sign and print the name and title of party requesting inclusion on the Post-Emergence 2002 Service List: |
| --- | --- |
| Date: | **By signing below the undersigned has set forth with specificity the reason(s) for not accepting service by e-mail and will receive service by U.S. mail.**<br>Sign and print the name and title of party requesting inclusion on the Post-Emergence 2002 Service List that has provided an explanation for exemption from service by E-mail: |

**Completed forms should be submitted to:**  (a) counsel to DPH Holdings Corp., Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Att'n:  Ron E. Meisler) and (b) Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245.