05-44481-rdd    Doc 20191    Filed 05/25/10    Entered 05/25/10 16:22:44    Main Document
Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
    In re                                     :    Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                                                          :    (Jointly Administered)
                                                          :
    Reorganized Debtors.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER SCHEDULING HEARING ON THE MOTION FILED BY DENNIS
BLACK, CHARLES CUNNINGHAM, KENNETH HOLLIS, AND THE DELPHI
SALARIED RETIREES ASSOCIATION FOR JUNE 30, 2010

Upon the motion of Dennis Black, Charles Cunningham, Kenneth Hollis, and the Delphi Salaried Retirees Association (Docket Nos. 19750, 19904) (the "Salaried Retirees") seeking confirmation that their proposed Second Amended Complaint does not violate the Modified Plan or the Modification Approval Order (the "Motion"), and pursuant to an agreement between the Reorganized Debtors and the Salaried Retirees, it is hereby

ORDERED that the hearing on the Motion scheduled for the Fifty-Fifth Omnibus Hearing is adjourned to the Fifty-Sixth Omnibus Hearing, which is scheduled to occur June 30, 2010, at 10:00 a.m. (prevailing Eastern time); and it is further

ORDERED that replies, if any, to the Reorganized Debtors' Limited Objection To Motion Of Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate Modified Plan Or Plan Modification Order (Docket No. 20065) must be filed no later than 4:00 p.m. (prevailing Eastern time) on June 23, 2010.

Dated: White Plains, New York
       May 25, 2010

                                                    /s/Robert D. Drain
                                                    UNITED STATES BANKRUPTCY JUDGE