SCOTT A. WOLFSON  (Admitted *Pro Hac Vice*)
ANTHONY J. KOCHIS (Admitted *Pro Hac Vice*)
WOLFSON BOLTON PLLC
3150 Livernois, Suite 275
Troy, MI 48083
Telephone:  (248) 247-7103
Facsimile:  (248) 247-7099
E-Mail:  swolfson@wolfsonbolton.com

*Attorneys for Access One Technology Group, LLC and*
*Ex-Cell-O Machine Tools, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

DELPHI CORPORATION, *et al.*,

Debtor.
_____/

Chapter 11
Case No. 05-44481-RDD

Hon. Robert D. Drain

**VERIFIED STATEMENT OF WOLFSON BOLTON PLLC**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Wolfson Bolton PLLC ("WB") submits this verified statement pursuant to Rule 2019 of

the Federal Rules of Bankruptcy Procedure ("Verified Statement") in connection with the above-

referenced chapter 11 cases of Delphi Corporation, *et al.* ("Debtors"), and states as follows:

      1.      WB represents the following parties in interest with respect to the bankruptcy

cases of Debtors:

      a.  Access One Technology Group, LLC ("Access One")
         1310 Alameda Blvd
         Troy, Michigan  48085

      b.  Ex-Cell-O Machine Tools, Inc. ("Ex-Cell-O")
         142 Doty Street
         Fond du Lac, WI 54935

2.       Each of the above representations is a separate representation and not pursuant to any committee arrangement.  Information about the claims and interests held by WB's clients may be found in their respective proofs of claims, administrative claims, statements of interest, or other pleadings filed in Debtors' chapter 11 bankruptcy cases and related adversary proceedings.

3.       The amounts of the claims of Access One and Ex-Cell-O in connection with Debtors' bankruptcy cases have not been fully determined.

4.       WB began representing Access One in March 2010 in connection with an adversary proceeding commenced by Debtors.

5.       WB began representing Ex-Cell-O in April 2010 in connection with an adversary proceeding commenced by Debtors.

6.       WB owns no claims against or interests in Debtors in these bankruptcy proceedings.

### VERIFICATION

I, Scott A. Wolfson, verify that I am a member in the law firm of Wolfson Bolton PLLC, that I am authorized to make this Verified Statement on behalf of Wolfson Bolton PLLC, and that the foregoing statements are true and accurate to the best of my knowledge and belief.

Dated:  May 26, 2010

Scott A. Wolfson

x:\access one technology\delphi 2019 verified statement v2.docx

2