SCOTT A. WOLFSON  (Admitted *Pro Hac Vice*)
ANTHONY J. KOCHIS (Admitted *Pro Hac Vice*)
WOLFSON BOLTON PLLC
3150 Livernois, Suite 275
Troy, MI 48083
Telephone:  (248) 247-7103
Facsimile:  (248) 247-7099
E-Mail:  swolfson@wolfsonbolton.com

*Attorneys for Access One Technology Group, LLC and*
*Ex-Cell-O Machine Tools, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

DELPHI CORPORATION, *et al*.,

    Debtor.
_____/

Chapter 11
Case No. 05-44481-RDD

Hon. Robert D. Drain

## CERTIFICATE OF SERVICE

    I certify that on May 26, 2010, I caused the *Verified Statement of Wolfson Bolton PLLC Pursuant to Federal Rules of Bankruptcy Procedure Rule 2019* to be electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF Participants.

    Respectfully submitted,

    WOLFSON BOLTON PLLC
    *Attorneys for Access One Technology Group, LLC*
    *and Ex-Cell-O Machine Tools, Inc.*

Dated:  May 26, 2010    By:   /s/ Scott A. Wolfson
        Scott A. Wolfson (P53194)
        Anthony J. Kochis (P72020)
    3150 Livernois, Suite 275
    Troy, MI  48083
    Telephone:  (248) 247-7103
    Facsimile:  (248) 247-7099
    E-Mail:  swolfson@wolfsonbolton.com