UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                              :         Chapter 11
                                                   :
DPH HOLDINGS CORP., et al.,                        :         Case No. 05-44481 (RDD)
                                                   :
            Debtors.                               :         (Jointly Administered)
------------------------------------------------------x

### ORDER GRANTING IN PART AND DENYING IN PART APPLICATION OF THE DELPHI TRADE COMMITTEE FOR REIMBURSEMENT OF EXPENSES ARISING FROM SUBSTANTIAL CONTRIBUTION MADE IN THESE CASES

Upon the application (the "Application") of the unofficial committee of creditors holding trade claims against Delphi Automotive Systems LLC and its domestic operating subsidiaries (the "Trade Committee"), dated November 20, 2009, the representations contained therein and the exhibits thereto [Docket Nos. 19116 & 19119] for reimbursement pursuant to title 11, United States Code (the "Bankruptcy Code") sections 503(b)(3)(D) and (b)(4) of the Trade Committee's $1,500,000 in expenses incurred on the basis that it a substantial contribution in the above-captioned cases; and the Court having reviewed the Application, the evidence in support thereof, the objections or statements in response thereto [Docket Nos. 19860 & 20064], and the reply in support of the Application [Docket No. 20170]; and the Court having heard the arguments, statements, and representations of counsel presented at the hearing held May 20, 2010 (the "Hearing"); and due and proper notice of the Application having been made on all necessary parties; and upon all of the proceedings held before the Court; and after due deliberation and sufficient cause appearing; and the Court having found that the Trade Committee made a substantial contribution in these cases in certain limited respects for the reasons stated on the

record at the Hearing, which record constitutes the Court's findings of fact and conclusions of law in support of entry of this Order, it is hereby

ORDERED that the Application is granted in part and denied in part as provided herein; it is further

ORDERED that the Trade Committee is awarded an allowed administrative expense claim pursuant to sections 503(b)(3)(D) and (b)(4) of the Bankruptcy Code in the amount of $700,000, which sum shall be paid by the above-referenced Reorganized Debtors in accordance with the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (as Modified), as approved in this Court's July 30, 2009 Order.

Dated: May 26, 2010
       White Plains, New York

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE