CANTOR COLBURN LLP
Michael J. Rye, Esq.
20 Church Street, 22nd Floor
Hartford, CT  06103-3207
 (860) 286-2929 (Telephone)
(860) 286-0115 (Facsimile)
mrye@cantorcolburn.com (e-mail)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
   In re                            :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                       Debtors.     :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Michael J. Rye, Esq., request admission, *pro hac vice*, before this Court on behalf of Cantor Colburn LLP in the above-referenced proceeding.

I certify that I am a member in good standing of the bar in the State of Connecticut, and the bar of the U.S. District Court for the Southern District of New York.

My mailing address is Cantor Colburn LLP, 20 Church Street, 22nd Floor, Hartford, Connecticut, 06103.  My telephone number is 1-860-286-2929, fax number 1-860-286-0115 and my email address is **mrye@cantorcolburn.com**.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

                                          RESPECTFULLY SUBMITTED,
                                          CANTOR COLBURN LLP

Dated: May 27, 2010


                              By: _/s/Michael J. Rye_____
                                  Michael J. Rye, Esq. (MR0305)
                                  Cantor Colburn LLP
                                  20 Church Street, 22nd Floor
                                  Hartford, CT  06103
                                  (860) 286-2929 (Telephone)
                                  (860) 2986-0115 (Facsimile)
                                  mrye@cantorcolburn.com (e-mail)

                                  Patent Counsel to Delphi Corporation *et al.*,
                                  Debtors and Debtors-in-Possession