CANTOR COLBURN LLP
Michael J. Rye, Esq.
20 Church Street, 22nd Floor
Hartford, CT  06103-3207
 (860) 286-2929 (Telephone)
(860) 286-0115 (Facsimile)
mrye@cantorcolburn.com (e-mail)
Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

Upon the motion of Michael J. Rye, Esq., to be admitted, pro hac vice, to represent Cantor Colburn LLP, (the "Client") in the above referenced proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Connecticut, and the bar of the U.S. District Court for the Southern District of New York, it is hereby

ORDERED, that Michael J. Rye, Esq., is admitted to practice, pro hac vice, in the above referenced proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____                    /s/_____
                                                                 United States Bankruptcy Judge