HONIGMAN MILLER SCHWARTZ & COHN LLP
I. W. Winsten (Michigan Bar No.: P30528)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
(313) 465-7608
*Counsel for Affinia Group Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Case No.: 05-44481 (RDD) |
|  | Chapter 11 |
| **DPH Holdings Corp., et al.,** | (Jointly Administered) |
| Debtors. |  |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, I. W. Winsten, a member in good standing of the bar in the State of Michigan and of the bar of United States District Courts for the Eastern and Western Districts of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Affinia Group Holdings, Inc. and/or any other creditors in the above-referenced case and related adversary proceedings.

Mailing address:     I. W. Winsten, Esq.,
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226

E-mail address is:    iww@honigman.com

Telephone number is: (313) 465-7608

The filing fee of $25.00 is electronically being paid simultaneously with the filing of this motion for *pro hac vice* admission.

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Dated: May 28, 2010        By:    /s/ I. W. Winsten
                                            I. W. Winsten (Michigan Bar No.: P30528)
                                        2290 First National Building
                                        660 Woodward Avenue
                                        Detroit, MI 48226
                                        Telephone: (313) 465-7608
                                        Facsimile: (313) 465-7609
                                        Email:  iww@honigman.com

DETROIT.4117949.1

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
In re                                    :    Case No.: 05-44481 (RDD)
                                         :
                                         :    Chapter 11
**DPH Holdings Corp., et al.,**          :
                                         :    (Jointly Administered)
         Debtors.                        :
---------------------------------------- x

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I. W. Winsten, a member in good standing of the bar in the State of Michigan and of the bars of the United States District Courts for the Eastern and Western Districts of Michigan, having requested admission, *pro hac vice,* to represent Affinia Group Holdings, Inc. and/or any other creditors in the above-referenced case or related adversary proceedings;

**IT IS ORDERED,**

that I. W. Winsten, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
       New York, New York          /s/_____
                                   HONORABLE ROBERT D. DRAIN
                                   UNITED STATES BANKRUPTCY JUDGE

DETROIT 4119646