**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Case No.: 05-44481 (RDD) |
| **DPH Holdings Corp., et al.**, | Chapter 11 |
| Debtors. | (Jointly Administered) |

## ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I. W. Winsten, a member in good standing of the bar in the State of Michigan and of the bars of the United States District Courts for the Eastern and Western Districts of Michigan, having requested admission, *pro hac vice,* to represent Affinia Group Holdings, Inc. and/or any other creditors in the above-referenced case or related adversary proceedings;

**IT IS ORDERED,**

that I. W. Winsten, Esq., is admitted to practice, *pro hac vice*, in the above-referenced matter, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: June 1, 2010
   White Plains, New York

/s/Robert D. Drain_
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

DETROIT 4119646