**Randy D. Austin, pro se**
**2617 Hudson Aurora Rd.**
**Hudson, Ohio 44236**
**330-655-7817**
rdaustin@roadrunner.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
   **In re**                               :    **Chapter 11**
                                            :
**Delphi Corporation, et al.,**             :    **Case No. 05-44481 (RDD)**
                                            :
      **Debtors,**               :    **(Jointly Administered)**
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## RESPONSE OF RANDY D. AUSTIN TO
## OBJECTION TO CLAIM NO. 17330

**Delphi has denied the outplacement services specified in the Separation Agreement
filed with the court in the Administrative Claim. Lee Hecht Harrison, Delphi's
outplacement service was contacted verbally. A series a phone calls continued with
Lee Hecht Harrison (LHH) where LHH reported that Delphi was denying service.
They were experiencing denials for a number of other individuals as well.**

**Delphi was contacted following the scheduled two week July shutdown where Delphi
denied service. A contact was made with a second Delphi representative where
Delphi denied service as well.**

**The Separation Agreement was presented March 2nd during a 15 minute session
where Delphi spent the majority of the 15 minutes encouraging the application for
early retirement benefits. Delphi provided answers to none of the 5 questions posed
at the session. The attempt to schedule an follow up answer appointment was
denied due to a protracted schedule of Separation sessions.**

**The $5000 claim amount was based on LHH statements to Delphi colleagues that the
outplacement service was $1000 per month.**

**The outplacement search service was included in the Severance Agreement. The
outplacement service was documented in the administrative claims filed with the
Court. Initial requests for LHH service were conducted by phone directly with
LHH. Delphi was contacted after LHH service was denied.**

Respectfully submitted,

Randy D. Austin, Pro se
2617 Hudson Aurora Rd.
Hudson, Ohio  44236
330-655-7817
rdaustin@roadrunner.com

**Nominations for Mediators**
**Marty Reisig**
**Roxanne Giunta**
**Jonathan Flaxer**
**Edward Moran**

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent by regular U.S. Mail postage prepaid this 24th day of May, 2010 to DPH Holding Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Attn President) and to counsel for the Reorganized Debtors, c/o Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606 (Attn John Wm. Butler Jr, John K Lyons, Joseph N. Wharton).

Randy D. Austin, Pro se
2617 Hudson Aurora Rd.
Hudson, Ohio  44236
330-655-7817
rdaustin@roadrunner.com