UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :
        In re                         :        Chapter 11
                               :
DPH HOLDINGS CORP., et al.,        :        Case No. 05-44481
                               :
             Reorganized Debtors.    :       (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon the application of Kayalyn A. Marafioti, dated May 20, 2010, for the admission pro hac vice of Brandon M. Duncomb in the above-captioned reorganization cases; it is hereby

ORDERED that Brandon M. Duncomb is admitted to practice pro hac vice in the above-captioned reorganization cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: White Plains, New York
      June 3, 2010

                          /s/Robert D. Drain
                          UNITED STATES BANKRUPTCY JUDGE