# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re<br><br>DELPHI CORPORATION, et al,<br><br>Debtor. | Case No. 05-44481-RDD<br><br>Chapter 11 Case<br><br>(Jointly Administered) |

RECEIVED JUN - 1 2010 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## REQUEST TO BE REMOVED FROM MATRIX AND SERVICE LIST AND TO STOP ELECTRONIC NOTICES

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Weiland, Golden, Smiley, Wang Ekvall, & Strok, LLP, files this *Request to be Removed from Matrix and Service List and to Stop Electronic Notices,* and requests that the following name, address, and email address be removed from the matrix, service list, and the Court's electronic noticing system in this case:

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
Attention: Lei Lei Wang Ekvall, Esq.
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002
E-mail:         lekvall@wgllp.com

DATED: May 21, 2010

WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP

By: _____
LEI LEI WANG EKVALL
Attorneys for Creditor Toshiba America
Electronic Components, Inc.

@PFDesktop\::ODMA/MHODMA/WG-DMS;Firm;422376;1

1