**Tyco Adhesives**
**Service List for Notice of Motion to Dismiss and Joinder of Fin Machine**
**in Delphi v. Tyco Adhesives**
**Adv. Pro. No. 07-2790 (RDD)**
**Document No. 10567142**

Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

DPH Holdings Corp.
Attention: Jon Brooks
5725 Delphi Drive
Troy, MI 48098

Butzel Long
Attorneys for DPH Holdings Corp., et al.
380 Madison Avenue – 22nd Floor
New York, New York 10017

Attention: Eric B. Fisher, Esq.

Butzel Long
Attorneys for DPH Holdings Corp., et al.
150 West Jefferson, Suite 100
Detroit, MU 48226

Attn: Cynthia J. Haffey, Esq.

Togut, Segal & Segal LLP
Attn: Frank Oswald, Esq.
One Penn Plaza, Suite 3335,
New York, New York 10119

Latham & Watkins
Attn: Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York 10022

Warner Stevens, L.L.P.
Attn: Michael D. Warner, Esq.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102

10567142.1\