HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail:  jcalton@honigman.com


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
          In re                                              :          Chapter 11
                                                             :
**DELPHI CORPORATION <u>et al.</u>,**                        :          Case No. 05-44481 (RDD)
                                                             :
          Debtors.                                           :          (Jointly Administered)
                                                             :
-------------------------------------------------------------x


<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on June 7, 2010, I caused an Verified Statement Under Federal Rule

of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP Relating to

Representation of Preference Defendants using the ECF system which will send notification of

such filing to the following:

. Ted Donovan on behalf of Creditor Burkburnett I.S.D.
TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

David B. Aaronson on behalf of Attorney Drinker Biddle & Reath LLP
david.aaronson@dbr.com

Anne Marie Aaronson on behalf of Attorney Pepper Hamilton LLP
aaronsoa@pepperlaw.com

Elizabeth Abdelmasieh on behalf of Creditor Riverside Claims LLC
elizabeth@regencap.com

Marc Abrams on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, mabrams@willkie.com

Letitia Accarrino on behalf of Defendant A 1 Specialized SVC & Supp., Inc.
Laccarrino@wilentz.com

Robert H. Adams on behalf of Creditor Simco Construction Inc.
rha@hsy.com, cpm@hsy.com;mjb@hsy.com

Franklin C. Adams on behalf of Unknown Solid State Stamping
franklin.adams@bbklaw.com

Jennifer L. Adamy on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

David J. Adler on behalf of Creditor Energy Conversion System
dadler@mccarter.com

Michael J. Alerding on behalf of Creditor M.G. Corporation
malerding@binghammchale.com

Derek P. Alexander on behalf of Unknown Rothschild Inc.
dalexand@debevoise.com, pacer@gruss.com

Joseph W. Allen on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel,LLP
jallen@jaeckle.com

Christopher A. Andreoff on behalf of Creditor Laura Marion
candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker on behalf of Unknown Wilmer Cutler Pickering Hale and Dorr LLP
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor 1st Choice Heating & Cooling, Inc.
japplebaum@clarkhill.com

Bruce D. Atherton on behalf of Unknown Direct Sourcing Solutions, Inc.
batherton@bathertonlaw.com

Allison R. Bach on behalf of Financial Advisor W.Y. Campbell & Company
abach@dickinsonwright.com

Stephen M. Bales on behalf of Interested Party Tremco Incorporated
sbales@zieglermetzger.com

C. David Bargamian on behalf of Creditor RBS Asset Finance, Inc.

dbargamian@bsdd.com

Courtney Engelbrecht Barr on behalf of Creditor D & R Technology LLC
cbarr@lockelord.com, docket@lockelord.com

Leslie S. Barr on behalf of Defendant Tyco Adhesives
lbarr@windelsmarx.com, theston@windelsmarx.com

William J. Barrett on behalf of Creditor EIS, Inc.
william.barrett@bfkn.com

David S. Barritt on behalf of Interested Party Littelfuse, Inc.
barritt@chapman.com

William M. Barron on behalf of Defendant Heraeus Metal Processing LTD.
wbarron@sgrlaw.com, dbarron@sgrlaw.com;plee@sgrlaw.com

Donald F. Baty on behalf of Creditor Fujitsu Ten Corp. of America
dbaty@honigman.com

Douglas P. Baumstein on behalf of Defendant A-D Acquisition Holdings, LLC
dbaumstein@whitecase.com,
lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com

Peter Nils Baylor on behalf of Creditor Hollingsworth & Vose Co.
pnb@nutter.com

Ronald Scott Beacher on behalf of Unknown IBJTC Business Credit Corporation
rbeacher@daypitney.com

W. Robinson Beard on behalf of Creditor Akebono Corporation (North America)
jkirk@stites.com

Thomas M. Beeman on behalf of Creditor Madison County (Indiana) Treasurer
tom@beemanlawoffice.com

Christopher Robert Belmonte on behalf of Unknown Moody's Investors Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett on behalf of Creditor Tower Automotive, Inc.
rbennett@kirkland.com,
pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.
helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com;brad.weilan
d@kirkland.com

Neil Matthew Berger on behalf of Plaintiff DPH Holdings Corp., et al.

neilberger@teamtogut.com,
abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.c
om;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;kackerman@tea
mtogut.com;mhamersky@teamtogut.com;mdubatowka@teamtogut.com;nmoss@teamtogut.com

Leslie Ann Berkoff on behalf of Creditor Demag Plastics Group, Corporation dba Van Dorn
Demag Corporation
lberkoff@moritthock.com

Richard J. Bernard on behalf of Creditor Stoneridge, Inc.
rbernard@bakerlaw.com

Jeffrey Bernstein on behalf of Creditor New Jersey Self-Insurers Guaranty Association
jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com

Daniel B. Besikof on behalf of Defendant Kyocera America Inc.
dbesikof@loeb.com

Brendan G. Best on behalf of Creditor Federal Screw Works
ssalinas@dykema.com

Brendan G. Best on behalf of Creditor Tremont City Barrel Fill PRP Group
ssalinas@dykema.com

Beth Ann Bivona on behalf of Creditor Durham Staffing Inc.
bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Christopher B. Block on behalf of Defendant BP Microsystems Inc.
cblock@gordonrees.com

Anthony D. Boccanfuso on behalf of Interested Party CSX Transportation, Inc.
Anthony_Boccanfuso@aporter.com

Florence Bonaccorso-Saenz on behalf of Unknown Louisiana Department of Revenue
florence.saenz@la.gov

Charles E. Boulbol on behalf of Creditor Russell Reynolds Associates, Inc.
rtrack@msn.com

Claude R. Bowles on behalf of Defendant DSSI
crb@gdm.com, shm@gdm.com

Jordan Brackett on behalf of Plaintiff DPH Holdings Corp., et al.
jbrackett@fklaw.com, vgarvey@fklaw.com

Eliza K. Bradley on behalf of Creditor WorldWide Battery Co., LLC

ebradley@robergelaw.com

Kate M. Bradley on behalf of Defendant Steere Enterprises Inc.
kbradley@brouse.com, jhickey@brouse.com

William M. Braman on behalf of Creditor M.G. Corporation
wbraman@meplegal.com

Beverley S. Braun on behalf of Defendant Jamestown Container
bbraun@jaeckle.com

Wendy D. Brewer on behalf of Creditor Gibbs Die Casting Corporation
wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com

Allan S. Brilliant on behalf of Unknown Asset Management Inc
allan.brilliant@dechert.com

Lynn M. Brimer on behalf of Defendant LTC Roll & Engineering Co.
lbrimer@stroblpc.com, sfraser@stroblpc.com

Timothy W. Brink on behalf of Creditor Sedgwick Claims Management Services, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Creditor Citigroup, Inc.
maofiling@cgsh.com

Mark A. Broude on behalf of Creditor Committee The Official Committee Of Unsecured
Creditors
mark.broude@lw.com, peter.gilhuly@lw.com

William J. Brown on behalf of Creditor HSBC Bank USA, National Association
khatch@phillipslytle.com

Robert F. Brown on behalf of Defendant UVA Machine Company
rbrown@rendigs.com

Lee B. Brumitt on behalf of Creditor Gully Transportation
lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Adam D. Bruski on behalf of Creditor Linamar Corporation
adbruski@lambertleser.com

Daniel E. Bruso on behalf of Spec. Counsel Cantor Colburn LLP
dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Jacob Buchdahl on behalf of Plaintiff DPH Holdings Corp., et al.

jbuchdahl@susmangodfrey.com

Deborah M. Buell on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com

Douglas J. Buncher on behalf of Defendant Eco-Bat America LLC
dbuncher@neliganlaw.com, snash@neliganlaw.com;sklein@neliganlaw.com

Martin G. Bunin on behalf of Plaintiff ACE American Insurance Company
marty.bunin@alston.com

Kevin J. Burke on behalf of Creditor Engelhard Corporation
kburke@cahill.com

Brent Adam Burns on behalf of Respondent Paul Higgins
bburns@babfirm.com

Michael G. Busenkell on behalf of Creditor Chicago Miniature Optoelectronic Technologies,
Inc.
mbusenkell@wcsr.com

John Wm. Butler on behalf of Counter-Claimant DPH Holdings Corp., et al.
jbutler@skadden.com

Dan E. Bylenga on behalf of Defendant ND AMC LLC
ecf-deby@rhoadesmckee.com, ecf@rhoadesmckee.com

Christopher M. Cahill on behalf of Creditor ATS Automation Tooling Systems, Inc.
ccahill@clarkhill.com

Aaron R. Cahn on behalf of Unknown STMicroelectronics, Inc.
cahn@clm.com

Robert A. Calinoff on behalf of Creditor Hydro Aluminum Adrian, Inc.
rcalinoff@candklaw.com

Judy B. Calton on behalf of Creditor Affinia Canada Corp.
jcalton@honigman.com

Paul W. Carey on behalf of Creditor Allegro MicroSystems, Inc.
bankrupt@modl.com, pwcarey@modl.com

Scott Cargill on behalf of Interested Party Cerberus Capital Management, L.P.
scargill@lowenstein.com

James C. Carignan on behalf of Creditor SKF USA Inc.

carignanj@pepperlaw.com;custerm@pepperlaw.com

Eric D. Carlson on behalf of Defendant Tech Central
carlson@millercanfield.com

James S. Carr on behalf of Creditor BP Products North America Inc., Castrol Industrial, BP
Amoco Corp.
KDWBankruptcyDepartment@kelleydrye.com

D. Christopher Carson on behalf of Creditor Citation Corporation
ccarson@burr.com

Michelle Carter on behalf of Creditor Mitsubishi Electric Automobile America, Inc.
mcarter@kslaw.com, pwhite@kslaw.com;;dmeadows@kslaw.com

Erin M. Casey on behalf of Creditor Omron Dualtec Automotive Electronics, Inc.
erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Linda J. Casey on behalf of Creditor SKF USA Inc.
caseyl@pepperlaw.com,
jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.
com

Michael Cassell on behalf of Creditor H.E. Services Company
mcassell@lefkowitzhogan.com

Katherine R. Catanese on behalf of Creditor Kautex Inc.
kcatanese@foley.com

Ben T. Caughey on behalf of Creditor Sumco, Inc.
ben.caughey@icemiller.com

George B. Cauthen on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial
Coatings Mexico SA de CV. Viscom, Inc.
george.cauthen@nelsonmullins.com,
mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Babette A. Ceccotti on behalf of Creditor International Union, UAW
bceccotti@cwsny.com, ecf@cwsny.com

Sarah B. Chapman Carter on behalf of Creditor City of Vandalia, Ohio
scarter@pselaw.com

Michael J. Chapman on behalf of Defendant UVA Machine Company
mchapman@rendigs.com

Erik G. Chappell on behalf of Creditor Metro Fibres, Inc.
egc@lydenlaw.com

J Eric Charlton on behalf of Creditor GW Plastics, Inc.
echarlton@hiscockbarclay.com

Conrad Chiu on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ
Whitehall Business Credit Corporation
cchiu@daypitney.com

Gloria M. Chon on behalf of Creditor Raymond Johnson
gloria.chon@kkue.com

Joseph L. Clasen on behalf of Defendant Prudential Relocation
jclasen@rc.com, sgleason@rc.com;promanello@rc.com;tgorrell@rc.com

David D. Cleary on behalf of Creditor Recticel North America, Inc.
mkhambat@dl.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
tscobb@vorys.com, cdfricke@vorys.com

Theodore A. Cohen on behalf of Creditor Gary Whitney
tcohen@smrh.com, amontoya@sheppardmullin.com

Michael A. Cohen on behalf of Unknown AOL LLC
macohen@kirkland.com

Mark B. Conlan on behalf of Creditor Breen Color Concentrates, Inc.
mconlan@gibbonslaw.com

Dennis J. Connolly on behalf of Creditor Cadence Innovation, LLC
dconnolly@alston.com

Susan M. Cook on behalf of Creditor Arnold Center, Inc.
smcook@lambertleser.com

Jesse Cook-Dubin on behalf of Defendant Carlisle
jcookdubin@vorys.com, cdfricke@vorys.com

Dawn R. Copley on behalf of Creditor Ambrake Corporation
dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Joseph N. Cordaro on behalf of Unknown United States Of America
joseph.cordaro@usdoj.gov

Trent P. Cornell on behalf of Interested Party Paul Higgins
tcornell@stahlcowen.com

Patrick M. Costello on behalf of Creditor Coherent, Inc.
pcostello@bbslaw.com

Thomas W. Cranmer on behalf of Creditor John Blahnik
cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo on behalf of Interested Party Epcos, Inc.
dcrapo@gibbonslaw.com

Tyson A. Crist on behalf of Creditor Battelle Memorial Institute
tcrist@szd.com

Maureen A. Cronin on behalf of Unknown Rothschild Inc.
mao-ecf@debevoise.com

Michael G. Cruse on behalf of Creditor Compuware Corporation
mcruse@wnj.com, hziegler@wnj.com

Gary H. Cunningham on behalf of Unknown Nash
gcunningham@gmhlaw.com

Louis A. Curcio on behalf of Creditor AB Automotive Electronics Ltd.
lcurcio@sonnenschein.com

Vincent D'Agostino on behalf of Creditor Verizon Wireless Messaging Services LLC
vdagostino@lowenstein.com, jbecht@lowenstein.com

Jeannine D'Amico on behalf of Other Prof. Cadwalader Wickersham & Taft LLP
jeannine.damico@cwt.com

Sherri Lynn Dahl on behalf of Creditor Dayton, City of
sdahl@ssd.com, SSzymanski@ssd.com

Michael R. Dal Lago on behalf of Interested Party Dennis Black, Charles Cunningham, and
Delphi Salaried Retiree Association
bankruptcy@morrisoncohen.com

Michael S. Davis on behalf of Unknown AIG Member Companies
mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre on behalf of Defendant Decatur Plastic Products Inc.
carina@kellermacaluso.com

James J. DeCristofaro on behalf of Creditor TI Automotive
james.decristofaro@lovells.com

Karen Veronica DeFio on behalf of Creditor Marquardt GmbH
kdefio@bsk.com, kdoner@bsk.com;tayers@bsk.com

James E. DeLine on behalf of Defendant Pontiac Coil Inc.
jed@krwlaw.com, pal@krwlaw.com

J. Michael Debbeler on behalf of Attorney Graydon Head & Ritchey
mdebbeler@graydon.com

Robert Dehney on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
rdehney@mnat.com,
cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@mnat.c
om

Karol K. Denniston on behalf of Unknown MobileAria, Inc.
karol.denniston@dlapiper.com

Paul H. Deutch on behalf of Creditor Wachovia Bank NA
bosborne@omni.com;pdeutch1@aol.com

Maria J. DiConza on behalf of Creditor Duraswitch Industries Inc.
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Gerard DiConza on behalf of Creditor Furukawa Electric North America ADP
gdiconza@dlawpc.com, las@dlawpc.com

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

Gianni Dimos on behalf of Unknown Apple Inc., Apple Computer International, and Hon Hai
Precision Industry Company Ltd.
gianni.dimos@pillsburylaw.com

Karen Dine on behalf of Unknown Clarion Corporation of America
karen.dine@pillsburylaw.com

Stephen A. Donato on behalf of Creditor Diemolding Corporation
sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

Amish R. Doshi on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ
Whitehall Business Credit Corporation
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Creditor Audio MPEG, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

Jeremy M. Downs on behalf of Defendant Johnson Controls
jeremy.downs@goldbergkohn.com

Daniel D. Doyle on behalf of Unknown Carl Visconti
ddoyle@spencerfane.com, kcollier@spencerfane.com;ssidebottom@spencerfane.com

David G. Dragich on behalf of Creditor GE Commercial Materials SA de CV
ddragich@harringtondragich.com

David B. Draper on behalf of Creditor Maxim Integrated Products, Inc.
ddraper@terra-law.com

Dennis J. Drebsky on behalf of Unknown Corning Incorporated
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Attorney Seyfarth Shaw LLP
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Seth A. Drucker on behalf of Creditor BorgWarner Turbo Systems Inc.
sdrucker@honigman.com

David W. Dykhouse on behalf of Creditor Ashland, Inc.
mcobankruptcy@pbwt.com

Frank L. Eaton on behalf of Unknown Appaloosa Management L.P.
featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com

Erica L. Edman on behalf of Unknown Hyundai Motor America
eedman@pillsburywinthrop.com

Daniel Egan on behalf of Other Prof. KPMG LLP
degan@kslaw.com

Gayle Ehrlich on behalf of Creditor City of Wyoming, Michigan
gehrlich@sandw.com, ccarlson@sandw.com

Robert L. Eisenbach on behalf of Creditor BEI Sensors & Systems Company
reisenbach@cooley.com

David M. Eisenberg on behalf of Unknown Martinrea International Inc.
deisenberg@ermanteicher.com

Roger Elder on behalf of Unknown Apple Inc., Apple Computer International, and Hon Hai
Precision Industry Company Ltd.
roger.elder@pillsburylaw.com

Judith Elkin on behalf of Creditor Amtek Tngineering Limited, et al.
judith.elkin@haynesboone.com

Paige Leigh Ellerman on behalf of Unknown Gobar Systems, Inc.
ellerman@taftlaw.com, docket@taftlaw.com

Rex H. Elliott on behalf of Creditor Estate of Clarence Huston
loris@cooperelliott.com

Kristin Elliott on behalf of Creditor Tata America International Corporation d/b/a TCS America
kelliott@kelleydrye.com

Alyssa Englund on behalf of Creditor American President Lines, Ltd. and APL Co. Pte Ltd.
aenglund@orrick.com

Michael R. Enright on behalf of Creditor GE Fanuc Automation North America, Inc.
menright@rc.com

Richard L. Epling on behalf of Unknown MeadWestvaco Corporation
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich on behalf of Unknown MeadWestvaco Corporation
margot.erlich@pillsburylaw.com

Scott L. Esbin on behalf of Creditor Credit Suisse
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin on behalf of Defendant Teachers' Retirement System of Oklahoma
metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga on behalf of Creditor Susan Buttitta
sfalanga@connellfoley.com

Marc Falcone on behalf of Counter-Claimant Merrill Lynch, Pierce, Fenner & Smith Incoporated
mfalcone@paulweiss.com

Eugene I. Farber on behalf of Creditor DBM Technologies, Inc.
efarber747@aol.com

Kathleen A. Farinas on behalf of Creditor Charles Musgrave
kf@lgrslaw.com

Robert Michael Farquhar on behalf of Creditor GCi Technologies
mfarquhar@winstead.com, whsu@winstead.com

David D. Farrell on behalf of Unknown David D. Farrell
dfarrell@thompsoncoburn.com

William L. Farris on behalf of Defendant Goldman Sachs & Co.
farrisw@sullcrom.com

Bonnie Glantz Fatell on behalf of Interested Party Special Devices Inc.
fatell@blankrome.com

Oscar B. Fears on behalf of Creditor Georgia Department of Revenue
bfears@law.ga.gov

Benjamin D. Feder on behalf of Spec. Counsel Thompson Hine LLP
KDWBankruptcyDepartment@kelleydrye.com

Robert J. Feinstein on behalf of Creditor Essex Group, Inc.
rfeinstein@pszyj.com, dharris@pszyjw.com

Ilene J. Feldman on behalf of Unknown Union Pacific Railroad Company
collinsfeldman@aol.com

Richard L. Ferrell on behalf of Creditor Koyo Corporation
Ferrell@taftlaw.com

Charles J. Filardi on behalf of Creditor FedEx Trade Networks Transport & Brokerage, Inc.
charles@filardi-law.com, abothwell@filardi-law.com

Eric Fisher on behalf of Debtor DPH Holdings Corp., et al.
fishere@butzel.com, richarda@butzel.com

Elizabeth K. Flaagan on behalf of Unknown ColorsTek, Inc.
eflaagan@faegre.com

Jonathan L. Flaxer on behalf of Unknown Universal Bearings, LLC
jflaxer@golenbock.com,
ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com

Daniel A. Fliman on behalf of Interested Party Longacre Master Fund, LTD.
dfliman@kasowitz.com, courtnotices@kasowitz.com

Paul C. Foley on behalf of Unknown Paul Foley
foley@mountaindearborn.com

Jonathan D. Forstot on behalf of Creditor TT electronics, Plc.
jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Z. Fowler on behalf of Spec. Counsel Quinn Emanuel
leticiabustinduy@quinnemanuel.com

Shawn Randall Fox on behalf of Creditor Alumax Mill Products, Inc., Alcoa Automotive
Castings, A Michigan Partnership And Alcoa Extrusions, Inc.
sfox@mcguirewoods.com

Edward M. Fox on behalf of Creditor Wilmington Trust Company
edward.fox@klgates.com

Joseph D. Frank on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

Mark S. Frankel on behalf of Unknown SPCP Group L.L.C.
mfrankel@couzens.com

Thomas M. Franklin on behalf of Creditor Kansas Department of Health and Environment
tmflaw@swbell.net

Greg A. Friedman on behalf of Creditor Cadence Innovation LLC
gfriedman@coleschotz.com

Michael Friedman on behalf of Creditor Goldman Sachs Credit Partners L.P.
mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com

Edward A. Friedman on behalf of Plaintiff DPH Holdings Corp., et al.
efriedman@fklaw.com, vgarvey@fklaw.com

Scott J. Friedman on behalf of Unknown WL Ross & Co. LLC
sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

Patricia B. Fugee on behalf of Interested Party Ericka Parker
pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com

Lars H. Fuller on behalf of Unknown Photo Stencil, LLC
lfuller@rothgerber.com

Timothy A. Fusco on behalf of Creditor Autoliv ASP, Inc.
fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa on behalf of Creditor VERITAS Software Corporation
tgaa@bbslaw.com, catherine@bbslaw.com

James Gadsden on behalf of Unknown Carter Ledyard & Milburn LLP
bankruptcy@clm.com

James M. Garner on behalf of Creditor Gulf Coast Bank & Trust Company
jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation
vgarry@ag.state.oh.us

Joanne Gelfand on behalf of Unknown Itautec America Inc.
joanne.gelfand@akerman.com

Yann Geron on behalf of Creditor M&Q Plastic Products, Inc.
ygeron@foxrothschild.com

Philip J. Giacinti on behalf of Creditor Sunrise Medical, Inc.
pjg@procopio.com, caw@procopio.com

Karen Giannelli on behalf of Creditor Breen Color Concentrates, Inc.
kgiannelli@gibbonslaw.com

Leo J. Gibson on behalf of Creditor ICX Corporation
lgibson@bsdd.com

A. Spencer Gilbert on behalf of Creditor Mississippi Workers' Compensation Individual Self-
insurer Guaranty Association
sgilbert@asgilbert.com, kimwolford@asgilbert.com

Celeste R. Gill on behalf of Creditor Michigan Department of Environmental Quality
gillc1@michigan.gov

Joseph M. Gitto on behalf of Interested Party First Technology Holdings, Inc. and Affiliates and
Subsidiaries, Control Devices, Inc. and First Inertia Switch Limited
jgitto@nixonpeabody.com

Rozanne M. Giunta on behalf of Creditor Stephenson & Sons Roofing
rmgiunta@lambertleser.com

Eduardo J. Glas on behalf of Creditor Automodular Assemblies Inc.
eglas@mccarter.com

Jeffrey R. Gleit on behalf of Interested Party Contrarian Funds LLC

jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com

Ronald L. Glick on behalf of Creditor Equistar Chemicals, LP
rlg@stevenslee.com

Larry Ivan Glick on behalf of Defendant Sidney Bernstein
larryglick@erols.com

Dean M. Gloster on behalf of Unknown Delphi Salaried Retirees Association
dgloster@fbm.com

Matthew Alexander Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor CR Intrinsic Investors, LLC
egoldberg@Stutman.com

Thomas D. Goldberg on behalf of Creditor Carrier Corporation
tdgoldberg@dbh.com, bdisler@daypitney.com

Scott R. Goldberg on behalf of Creditor Semiconductor Components Industries, LLC
sgoldber@quarles.com

Scott A. Golden on behalf of Creditor XM Satellite Radio Inc.
sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich on behalf of Defendant Setech Inc.
nashvillebankruptcyfilings@stites.com

Robert D. Gordon on behalf of Attorney Clark Hill PLC
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Creditor Official Committee of Eligible Salaried Retirees
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Gary A. Gotto on behalf of Interested Party Thomas Kessler
ggotto@krplc.com

Garry M. Graber on behalf of Creditor Jideco of Bardstown, Inc.
ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com

David S. Gragg on behalf of Debtor DPH Holdings Corp., et al.
dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham on behalf of Creditor Small Parts, Inc.
jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

Warren R. Graham on behalf of Creditor Tal-Port Industries, LLC
wrg@dmlegal.com

Corey D. Grandmaison on behalf of Defendant Merrill Tool & Machine
corgra@bkf-law.com, aijhal@bkf-law.com

Jonathan S. Green on behalf of Attorney Miller, Canfield, Paddock and Stone
greenj@millercanfield.com

John T. Gregg on behalf of Creditor Armada Rubber Manufacturing Company
jgregg@btlaw.com

Lisa S. Gretchko on behalf of Other Prof. Howard & Howard Attorneys, P.C.
lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Emanuel C. Grillo on behalf of Unknown Davidson Kempner Capital Management LLC
egrillo@goodwinprocter.com

David M. Grogan on behalf of Creditor Wellman, Inc.
dgrogan@slk-law.com

Stephen H. Gross on behalf of Creditor Mubea, Inc.
sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow on behalf of Creditor Behr Industries Corp.
sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin on behalf of Attorney Drinker Biddle & Reath LLP
jgrubin@tnsj-law.com, snobles@tnsj-law.com

Kevin Grzelak on behalf of Unknown Price, Heneveld, Cooper, DeWitt & Litton, LLP.
phcdelphi@priceheneveld.com

Peter J. Gurfein on behalf of Creditor Wamco, Inc
pgurfein@akingump.com

Elizabeth A. Haas on behalf of Creditor Allegro MicroSystems, Inc.
info@thehaaslawfirm.com

Cynthia J. Haffey on behalf of Debtor DPH Holdings Corp., et al.
haffey@butzel.com

Richard F. Hahn on behalf of Unknown Rothschild Inc.
rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com

Dennis M. Haley on behalf of Creditor Twin Corporation
dhaley@winegarden-law.com

Alan D. Halperin on behalf of Attorney Halperin Battaglia Raicht, LLP
ahalperin@halperinlaw.net,
spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Michael C. Hammer on behalf of Creditor Ambrake Corporation
mchammer2@dickinsonwright.com

Marc B. Hankin on behalf of Defendant Olin Corp.
mhankin@jenner.com, docketing@jenner.com

William J. Hanlon on behalf of Creditor Bradford Industries, Inc.
whanlon@seyfarth.com

Kristopher M. Hansen on behalf of Creditor 1401 Troy Associates LP
insolvency2@stroock.com

Jill M. Hartley on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
jh@previant.com

Brian W. Harvey on behalf of Creditor A.G. Machining
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Bruce A. Harwood on behalf of Creditor Source Electronics Inc
bharwood@sheehan.com, ntoli@sheehan.com;nhbankruptcycourt@sheehan.com

Lonie A. Hassel on behalf of Unknown Clerk's Office of the U.S. Bankruptcy Court
lah@groom.com

William M. Hawkins on behalf of Creditor Kyocera Industrial Ceramics Corp.
whawkins@loeb.com, sorszula@loeb.com;jjensen@dimontelaw.com

Nava Hazan on behalf of Creditor Motorola, Inc.
nhazan@mwe.com

Ryan D. Heilman on behalf of Creditor AI-Shreveport, LLC
rheilman@schaferandweiner.com

Ira L. Herman on behalf of Creditor Midwest Tool & Die Corporation
ira.herman@tklaw.com,
orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman on behalf of Interested Party Steering Holding, LLC
Nherman@morganlewis.com

Brian S. Hermann on behalf of Unknown Deutsche Bank Securities Inc.
bhermann@paulweiss.com

Jennifer B. Herzog on behalf of Unknown City of Oak Creek
jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

William Heuer on behalf of Plaintiff ACE American Insurance Company
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Unknown Pullman Bank and Trust Company
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

Shannon E. Hoff on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mstinson@burr.com

Marie Polito Hofsdal on behalf of Unknown IBJTC Business Credit Corporation, as successor to
IBJ Whitehall Business Credit Corporation
marie.hofsdal@wilsonelser.com

Albert L. Hogan on behalf of Defendant DPH Holdings Corp., et al.
al.hogan@skadden.com, andrew.fuchs@skadden.com;chdocket@skadden.com

Michelle R. Holl on behalf of Other Prof. Ernst & Young LLP
mholl@mayerbrownrowe.com

Evan C. Hollander on behalf of Unknown A-D Acquisition Holdings, LLC
ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Pamela Smith Holleman on behalf of Creditor Fidelity Employer Services Company LLC
pholleman@sandw.com

Casey B. Howard on behalf of Defendant Methode Electronics Inc.
choward@lockelord.com

John R. Humphrey on behalf of Creditor Preferred Sourcing, LLC
jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

P. Warren Hunt on behalf of Defendant Pontiac Coil Inc.
pwh@krwlaw.com

John J. Hunter on behalf of Creditor ZF Boge Elastmetall, LLC
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com

Jay W. Hurst on behalf of Creditor Texas Comptroller Of Public Accounts
jay.hurst@oag.state.tx.us

Donald J. Hutchinson on behalf of Creditor Ford Motor Company
hutchinson@millercanfield.com

Roland Hwang on behalf of Unknown State of Michigan Department of Labor & Economic
Growth, Unemployment Insurance Agency
hwangr@michigan.gov

Mark S. Indelicato on behalf of Creditor Affinia Canada Corp., EFT
mindelicato@hahnhessen.com,
eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan
@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com;lschlussel@hahn
hessen.com;jsmith@hahnhessen.com

Michael G. Insalaco on behalf of Unknown Toyota Tsusho America, Inc.
minsalaco@zeklaw.com

Michael J. Jacobs on behalf of Defendant Viscom Inc. USA
mjacobs@hbss.net

Susan Jennik on behalf of Creditor International Union of Electronic, Salaried, Machine and
Furniture Workers - Communications Workers of America
sjennik@kjmlabor.com

Nan E. Joesten on behalf of Creditor Delphi Salaried Retirees Association
njoesten@fbm.com

Mary L. Johnson on behalf of Creditor International Rectifier Corp.
mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones on behalf of Creditor Calsonic Kansei North America, Inc.
rjones@bccb.com

Richard Josephson on behalf of Creditor ENTEK International LLC
basargent@stoel.com

John E. Jureller on behalf of Creditor Bayer MaterialScience, LLC
jjureller@klestadt.com, jjureller@klestadt.com

David J. Jurkiewicz on behalf of Creditor Decatur Plastic Products, Inc.
djurkiewicz@boselaw.com, mwakefield@boselaw.com

Allen G. Kadish on behalf of Creditor Jacobson Mfg., LLC
kadisha@gtlaw.com, cusumanod@gtlaw.com

Robert G. Kamenec on behalf of Plaintiff ACE American Insurance Company

rkamenec@plunkettcooney.com

Dana P. Kane on behalf of Creditor Revenue Management
lsi@liquiditysolutions.com

Karel S. Karpe on behalf of Creditor Cisco Systems, Inc. and its subsidiaries and affiliates,
including but not limited to Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Penske Truck Leasing Co., L.P.
andrew.kassner@dbr.com

William M. Katich on behalf of Unknown Illinois Department of Revenue
wkatich@atg.state.il.us

Kristi A. Katsma on behalf of Unknown Dickinson Wright PLLC
kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Jordan Kaye on behalf of Creditor Electronic Data Systems Corp & EDS Information Services,
LLC
jkaye@kramerlevin.com

Barry M. Kazan on behalf of Defendant Rieck Group LLC
Barry.Kazan@ThompsonHine.com

Patrick J. Keating on behalf of Creditor Marco Manufacturing Co.
pkeating@bdblaw.com

Thomas M. Kennedy on behalf of Creditor International Union of Electric, Electrical, Salaried,
Machine and Furniture Workers Communications Workers of America (IUE-CWA)
tkennedy@kjmlabor.com

David Kennedy on behalf of Unknown IRS Department of the Treasury
david.kennedy2@usdoj.gov

Michael P. Kessler on behalf of Interested Party General Motors Corporation
michael.kessler@weil.com

Jocelyn Keynes on behalf of Creditor Equistar Chemicals, LP
jk@stevenslee.com

Jocelyn Keynes on behalf of Unknown Equistar Chemicals, LP
jkeynes@halperinlaw.net

Ron Kilgard on behalf of Creditor ERISA Lead Plaintiffs
BankruptcyECF@krplc.com

Tami Hart Kirby on behalf of Creditor Alegre, Inc
tkirby@porterwright.com

Myron Kirschbaum on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd.
mkirschbaum@kayescholer.com

Karen L. Kirshenbaum on behalf of Unknown Viasystems
kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jkleinman@fgllp.com

Tracy L. Klestadt on behalf of Creditor Detroit Heading, LLC
tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg on behalf of Creditor Robin Industries, Inc.
bklineberg@moritthock.com

Anthony J. Kochis on behalf of Creditor Access One Technology Group, LLC
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Howard Koh on behalf of Creditor Solectron Corporation
hkoh@meisterseelig.com

Seth F. Kornbluth on behalf of Creditor Juki Automation Systems, Inc.
skornbluth@herrick.com

Alan M. Koschik on behalf of Creditor Goodyear Canada Inc.
akoschik@brouse.com

Lawrence J. Kotler on behalf of Creditor ACE American Insurance Company
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party Paul Free
kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Stuart A. Krause on behalf of Unknown Toyota Tsusho America, Inc.
skrause@zeklaw.com

Julia S. Kreher on behalf of Creditor BAILEY MANUFACTURING COMPANY, LLC
jkreher@hodgsonruss.com, rleek@hodgsonruss.com;mreyen@hodgsonruss.com

Sarah Quinn Kuhny on behalf of Defendant Autocam Corporation
sarah.kuhny@btlaw.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Duane Kumagai on behalf of Unknown NMB Technologies, Corp.
dkumagai@rutterhobbs.com

Glenn M. Kurtz on behalf of Defendant A-D Acquisition Holdings, LLC
gkurtz@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

Randall D. LaTour on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rdlatour@vssp.com, cdfricke@vorys.com

Robinson B. Lacy on behalf of Defendant Goldman Sachs & Co.
Lacyr@sullcrom.com

Darryl S. Laddin on behalf of Creditor Daishinku (America) Corp. d/b/a KDS America
bkrfilings@agg.com

Ralph L. Landy on behalf of Creditor Pension Benefit Guaranty Corporation
landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven on behalf of Transferee CF Special Situation Fund 1 LP
slaven@bfca.com

James N. Lawlor on behalf of Interested Party Flow Dry Technology, Ltd.
jlawlor@wmd-law.com, gbenaur@wmd-law.com

James Michael Lawniczak on behalf of Creditor Benecke-Kaliko AG
jlawniczak@calfee.com

Harlan Mitchell Lazarus on behalf of Defendant NYCH LLC
hmllaw@att.net, hmllaw@att.net

Thomas A. Lee on behalf of Creditor FIA Card Services aka Bank of America by eCAST
Settlement Corporation as its agent
notices@becket-lee.com

David H. Lee on behalf of Unknown Sensata Technologies, Inc.
dlee@nixonpeabody.com

David S. Lefere on behalf of Creditor Eclipse Tool and Die Inc.
davidl@bolhouselaw.com

Eugene Leff on behalf of Unknown State of New York, Department of Environmental
Conservation

eleff@oag.state.ny.us

Rachel Jeanne Lehr on behalf of Unknown State of New Jersey, Department of Environmental Protection
rachel.lehr@dol.lps.state.nj.us

Michael S. Leib on behalf of Defendant Danice Manufacturing Co.
msl@maddinhauser.com, bac@maddinhauser.com

Damon R. Leichty on behalf of Defendant Autocam Corporation
damon.leichty@btlaw.com

Harris Donald Leinwand on behalf of Creditor Ahaus Tool & Engineering Inc.
hleinwand@aol.com, hleinwand@aol.com

David E. Lemke on behalf of Creditor Nissan North America, Inc.
david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com

Joseph H. Lemkin on behalf of Attorney Masuda, Funai, Eifert & Mitchell, Ltd.
jhlemkin@duanemorris.com, tjsantorelli@duanemorris.com;dalvarado@duanemorris.com

Ira M. Levee on behalf of Defendant Teachers' Retirement System of Oklahoma
ilevee@lowenstein.com, mseymour@lowenstein.com

Jill Levi on behalf of Creditor Bank of Lincolnwood
jlevi@toddlevi.com, drosenberg@toddlevi.com

Jonathan Levine on behalf of Defendant Microchip
jlevine@andrewskurth.com, jlevine@akllp.com

Kenneth M. Lewis on behalf of Creditor Dott Industries, Inc.
klewis@lewispllc.com

Kim Martin Lewis on behalf of Creditor Feintool Cincinnati, Inc.
kim.lewis@dinslaw.com,
john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Barry E. Lichtenberg on behalf of Creditor Marybeth Cunningham
barryster@att.net

Mark S. Lichtenstein on behalf of Debtor DPH Holdings Corp., et al.
mlichtenstein@crowell.com, mlichtenstein@crowell.com

David Liebov on behalf of Defendant Goldman Sachs & Co.

liebovd@sullcrom.com

Carmen H. Lonstein on behalf of Defendant Danobat Machine Tool Co Inc
carmen.lonstein@bakernet.com

Eric Lopez Schnabel on behalf of Creditor Entergy Mississippi, Inc.
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Dennis W. Loughlin on behalf of Creditor PIC Productivity Improvement Center
dloughlin@wnj.com, robinclark@wnj.com

Daniel A. Lowenthal on behalf of Attorney Thelen Reid & Priest LLP
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz on behalf of Attorney Means Industries, Inc
plubitz@nyc.rr.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Matthew J. Lund on behalf of Creditor Paul Free
kovskyd@pepperlaw.com

Douglas L. Lutz on behalf of Creditor AK Steel Corporation
dlutz@fbtlaw.com, ahammerle@fbtlaw.com

Christopher A. Lynch on behalf of Interested Party Johnson Controls, Inc.
clynch@reedsmith.com

John H. Maddock on behalf of Creditor CSX Corporation
jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

Amina Maddox on behalf of Creditor New Jersey Division of Taxation
amina.maddox@law.dol.lps.state.nj.us

John S. Mairo on behalf of Creditor Neuman Aluminum Automotive, Inc. and Neuman
Aluminum Impact Extrusion, Inc.
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.c
om;kdcurtin@pbnlaw.com

Donald W. Mallory on behalf of Creditor Plastic Moldings Company, Ltd.
dmallory@ctks.com, ddcass@ctks.com

Richard Mancino on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, rmancino@willkie.com

Jacob A. Manheimer on behalf of Creditor FCI USA, Inc.
jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Kayalyn A. Marafioti on behalf of Debtor DPH Holdings Corp., et al.
kmarafio@skadden.com, John.Murphy@skadden.com

Wendy G. Marcari on behalf of Attorney Traub, Bonacquist & Fox LLP
wmarcari@ebglaw.com, nyma@ebglaw.com

Alan E. Marder on behalf of Creditor Kilroy Realty, L.P.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Defendant OSAR SRL
margolin@hugheshubbard.com

Andrew L. Margulis on behalf of Creditor Technology Properties Ltd.
amargulis@ropers.com

Kenneth S. Marks on behalf of Plaintiff DPH Holdings Corp., et al.
kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

Ilan Markus on behalf of Creditor Associated Spring Do Brasil Ltda
ilan.markus@leclairryan.com

John J. Marquess on behalf of Unknown Legal Cost Control, Inc.
jjm@legalcost.com

Madison L. Martin on behalf of Defendant Setech Inc.
nashvillebankruptcyfilings@stites.com

Gregory J Mascitti on behalf of Defendant Corning
gmascitti@nixonpeabody.com,
roc.managing.clerk@nixonpeabody.com;sfoster@nixonpeabody.com

Richard Gary Mason on behalf of Unknown Capital Research and Management Company
rgmason@wlrk.com, calert@wlrk.com

Victor J. Mastromarco on behalf of Creditor H.E. Services Company
vmastromar@aol.com

Kathleen Leicht Matsoukas on behalf of Creditor Howard County, Indiana
kmatsoukas@btlaw.com

Deborah A. Mattison on behalf of Creditor Rosalyn Motley
dmattison@wcqp.com

Douglas Kirk Mayer on behalf of Unknown Methode Electronics Inc.
dkmayer@wlrk.com, calert@wlrk.com

Kristin B. Mayhew on behalf of Unknown Hobart Brothers Company
abothwell@pepehazard.com

Alan S. Maza on behalf of Creditor SECURITIES AND EXCHANGE COMMISSION
mazaa@sec.gov

Jil Mazer-Marino on behalf of Creditor Cherokee North Kansas City, LLC
jmazermarino@msek.com, kgiddens@msek.com

Daniel P. Mazo on behalf of Creditor Greer Stop Nut, Inc.
dpm@curtinheefner.com

Aaron G. McCollough on behalf of Unknown Siemens Energy & Automation, Inc.
amccollough@mcguirewoods.com

Michael K. McCrory on behalf of Creditor Gibbs Die Casting Corporation
michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Robert F. McDonough on behalf of Creditor City of Olathe, Kansas
rmcdonough@polsinelli.com, ahatch@polsinelli.com;tbackus@polsinelli.com

Ralph E. McDowell on behalf of Creditor American Axle & Manufacturing, Inc.
rmcdowell@bodmanllp.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Defendant SUMCO USA Sales Corporation f/k/a Sumitomo
Sitix Inc.
lmcgowen@orrick.com

Scott S. McKessy on behalf of Unknown Admiral Tool & Manufacturing Co. of Illinois
smckessy@reedsmith.com

Terence McLaughlin on behalf of Defendant Pardus DPH Holding LLC
maosbny@willkie.com, tmclaughlin@willkie.com

Michelle McMahon on behalf of Creditor Spartech Corporation and Spartech Polycom
michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

Greta A. McMorris on behalf of Creditor ThyssenKrupp Budd Systems, LLC
gmcmorris@stinsonmoheck.com

Austin L. McMullen on behalf of Creditor Calsonic Harrison Co., Ltd.
amcmullen@babc.com

Patrick E. Mears on behalf of Creditor Armada Rubber Manufacturing Company
patrick.mears@btlaw.com

Derek F. Meek on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
dmeek@burr.com

Barbara S Mehlsack on behalf of Creditor International Association of Machinists, AFL-CIO
Tool and Die Makers Local Lodge 78, District 10 (IAM District 10)
bmehlsack@gkllaw.com

Timothy Mehok on behalf of Creditor Atmel Corporation
timothy.mehok@hellerehrman.com

Ron E. Meisler on behalf of Debtor DPH Holdings Corp., et al.
rmeisler@skadden.com

Richard G. Menaker on behalf of Creditor Mary P & Liam O'Neill
rmenaker@mhjur.com

Marc B. Merklin on behalf of Defendant Steere Enterprises Inc.
mmerklin@brouse.com

Richard M. Meth on behalf of Creditor 2088343 Ontario Limited
msteen@foxrothschild.com, spmicklich@daypitney.com

G. Christopher Meyer on behalf of Creditor Dayton, City of
cmeyer@ssd.com

David Meyer on behalf of Defendant Magnesium Aluminum Corp.
david.spiegel@kirkland.com

Sally Meyer on behalf of Unknown Madison Niche Opportunities, LLC
smeyer@madisonliquidity.com

Merle C. Meyers on behalf of Creditor Alps Automotive, Inc.
mmeyers@mlg-pc.com

Robert N. Michaelson on behalf of Creditor ASSEMBLEON AMERICA, INC.
rmichaelson@klgates.com

Kathleen M. Miller on behalf of Creditor Airgas, Inc.
kmm@skfdelaware.com, tlc@skfdelaware.com

Brian Parker Miller on behalf of Creditor Furukawa Electric Co., LTD.
parker.miller@alston.com

W. Timothy Miller on behalf of Creditor Select Industries Corporation
miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

Angela Z. Miller on behalf of Unknown E.I. Du Pont De Nemours and Company
amiller@phillipslytle.com, jhahn@phillipslytle.com

Alan K. Mills on behalf of Creditor Mays Chemical Company
amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff on behalf of Creditor Capital Investors, LLC
rminkoff@jefferies.com, mrichards@jefferies.com

Benjamin Mintz on behalf of Unknown Harbinger Del-Auto Investment Company, Ltd.
bmintz@kayescholer.com,
daniel.bloom@kayescholer.com;rpawlowski@kayescholer.com;maosbny@kayescholer.com

Joseph Thomas Moldovan on behalf of Interested Party Dennis Black and Charles Cunningham
bankruptcy@morrisoncohen.com

James P. Moloy on behalf of Creditor Filters Unlimited, Inc.
jmoloy@boselaw.com

Michael C. Moody on behalf of Creditor Ameritech Credit Corporation d/b/a SBC Capital
Services
mmoody@orourkeandmoody.com,
firm@orourkeandmoody.com;morourke@orourkeandmoody.com

Audrey E. Moog on behalf of Unknown Umicore Autocat Canada Corp.
amoog@hhlaw.com

Brian F. Moore on behalf of Creditor Automodular Assemblies Inc.
bmoore@mccarter.com

James O. Moore on behalf of Creditor Kensington International Limited, Manchester Securities
Corp. and Springfield Associates, LLC
james.moore@dechert.com, james.moore@dechert.com

Brett S. Moore on behalf of Creditor Schulte & Co. GMBH
bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.c
om;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Gene T. Moore on behalf of Unknown Arlis Elmore
gtmlaw@bellsouth.net

Thomas R. Morris on behalf of Creditor Ralco Industries, Inc.
morris@silvermanmorris.com, morris@silvermanmorris.com

Matthew P. Morris on behalf of Defendant Tesa AG
matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com

Sarah E. Morrison on behalf of Creditor Department Of Toxic Substances Control
sarah.morrison@doj.ca.gov

Lawrence F. Morrison on behalf of Defendant Fernandez Racing, LLC
morrlaw@aol.com

Whitney L. Mosby on behalf of Creditor M.G. Corporation
wmosby@binghammchale.com

Eric T. Moser on behalf of Unknown Sensus Precision Die Casting, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com

Alisa Mumola on behalf of Interested Party Contrarian Capital Management, LLC
alisa@contrariancapital.com

Jill L. Murch on behalf of Creditor Holset Engineering Company
jmurch@foley.com, khall@foley.com

James P. Murphy on behalf of Creditor GKN Sinter Metals, Inc.
murph@berrymoorman.com

Robert D. Nachman on behalf of Defendant MJ Celco Inc.
rnachman@dykema.com

Jason A. Nagi on behalf of Creditor City of Olathe, Kansas
jnagi@polsinelli.com

Shannon Lowry Nagle on behalf of Attorney O'Melveny & Myers LLP
snagle@omm.com, bwajda@omm.com

Stephen M. Nagle on behalf of Creditor Workers Compensation Board
stephen.nagle@oag.state.ny.us

Jennifer L. Nassiri on behalf of Unknown MobileAria, Inc.
jennifer.nassiri@dlapiper.com

Bruce S. Nathan on behalf of Creditor The CARQUEST Corporation

bnathan@lowenstein.com

David Neier on behalf of Creditor Ad Hoc Group of Tranche A & B DIP Lenders
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Lord Corporation
mneier@ibolaw.com

Harold E. Nelson on behalf of Creditor LDI Incorporated
hal@nlsg.com

Michael R. Nestor on behalf of Creditor Metalforming Technologies, Inc.
bankfilings@ycst.com

Marie L. Nienhuis on behalf of Interested Party Miniature Precision Components
pmitchell@bcblaw.net

Timothy F. Nixon on behalf of Interested Party Miniature Precision Components
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton on behalf of Creditor Jason Incorporated, Sackner Products Division
rnorton@hunton.com

David John Nowaczewski on behalf of Defendant Freudenberg Nok De Mexico
dnowaczewski@bodmanllp.com

Kasey C. Nye on behalf of Creditor Semiconductor Components Industries, LLC
kasey.nye@quarles.com

Michael P. O'Connor on behalf of Creditor American Casualty Company of Reading, PA
mpolaw@aol.com

Michael O'Hayer on behalf of Debtor DPH Holdings Corp., et al.
mkohayer@aol.com

Michael B. O'Neal on behalf of Creditor D&S Machine Products, Inc.
moneal@wnj.com

Judy A. O'Neill on behalf of Creditor Inteva Products, LLC
joneill@foley.com

Martin P. Ochs on behalf of Creditor Coherent, Inc.
martin@oglaw.net

Sean A. Okeefe on behalf of Creditor Metal Surfaces, Inc.
sokeefe@winthropcouchot.com

Patrick J. Orr on behalf of Creditor 3M Company
porr@klestadt.com

Norman D. Orr on behalf of Creditor Raymond Johnson
norman.orr@kkue.com

Lawrence E. Oscar on behalf of Creditor ARC Automotive, Inc.
leoscar@hahnlaw.com, hlpcr@hahnlaw.com

Karen Ostad on behalf of Unknown Tesa AG
kostad@mofo.com

Mark Russell Owens on behalf of Creditor EMCON Technologies Canada, ULC
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Deirdre Woulfe Pacheco on behalf of Defendant A 1 Specialized SVC & Supp., Inc.
dpacheco@wilentz.com, dpacheco@wilentz.com

Isaac M. Pachulski on behalf of Creditor CR Intrinsic Investors, LLC
ipachulski@stutman.com

Nicholas R. Pagliari on behalf of Creditor Actco Tool & Manufacturing Company
npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella on behalf of Creditor SAP America, Inc.
cpalella@kurzman.com

Ingrid S. Palermo on behalf of Creditor P & R Industries, Inc.
ipalermo@bsk.com

Sapna W. Palla on behalf of Defendant Harbinger Capital Partners Master Fund I, Ltd.
spalla@kayescholer.com, bmintz@kayescholer.com;maosbny@kayescholer.co

George Panters on behalf of Spec. Counsel Banner & Witcoff
gpanteris@panterislaw.com

Charles N. Panzer on behalf of Creditor Hewlett Packard Company
cpanzer@sillscummis.com

Lenard M. Parkins on behalf of Creditor Highland Capital Management L.P.
lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com

Richard J. Parks on behalf of Creditor American Turned Products, Inc.
rjp@pietragallo.com, kas2@pietragallo.com

Barbra R. Parlin on behalf of Defendant Danice Manufacturing Co.
barbra.parlin@hklaw.com

Tiiara N.A. Patton on behalf of Attorney Calfee, Halter & Griswold LLP
tpatton@calfee.com, nwheatley@calfee.com

Melissa A. Pena on behalf of Defendant Dove Equipment Co. Inc.
mapena@nmmlaw.com

Anne J. Penachio on behalf of Defendant UVA Machine Company
apenachio@pmlawllp.com;penachio.anne@gmail.com,
fmalara@pmlawllp.com;bk@pmlawllp.com

Susan P. Persichilli on behalf of Creditor ATEL Leasing Corporation, as Agent
susan.persichilli@bipc.com

Geoffrey J. Peters on behalf of Creditor Seven Seventeen Credit Union
colnyecf@weltman.com

Ronald R. Peterson on behalf of Creditor Alcan Rolled Products-Ravenswood, LLC
rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Lowell Peterson on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing,
Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
lpeterson@msek.com

Robert A. Peurach on behalf of Creditor Ogura Clutch Company
rpeurach@gdakmak.com

Ed Phillips on behalf of Creditor Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision
Mold & Tool Group
ephillips@thurman-phillips.com

Deborah J. Piazza on behalf of Defendant Fin Machine Co. Ltd.
dpiazza@hodgsonruss.com, syoon@hodgsonruss.com

Christine A.M. Pierpont on behalf of Creditor Furukawa Electric Co., LTD.
cpierpont@ssd.com

Shone Pierre on behalf of Unknown Louisiana Department of Revenue
florence.saenz@la.gov

Oscar N. Pinkas on behalf of Creditor Schaeffler Canada, Inc.
opinkas@sonnenschein.com

Leslie A. Plaskon on behalf of Witness Rafael De Paoli and GE Corporate Financial Services

leslieplaskon@paulhastings.com

James A. Plemmons on behalf of Defendant Sumitomo Electric Wiring
jplemmons2@dickinsonwright.com

Emily Poler on behalf of Defendant Styner & Bienz Formtech
epoler@schlaw.com

Constantine Pourakis on behalf of Creditor Globe Motors
cp@stevenslee.com

Mark T. Power on behalf of Creditor Affinia Canada Corp., EFT
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@
hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprimm@hahnhess
en.com;nrigano@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com

Susan Power-Johnston on behalf of Spec. Counsel Covington & Burling
sjohnston@cov.com

Ronald S. Pretekin on behalf of Unknown Columbia Industrial
pretekin@coollaw.com, piatt@coollaw.com

Susan Przekop-Shaw on behalf of Cross Defendant State of Michigan Workers' Compensation
Insurance Agency
przekopshaws@michigan.gov

Dennis E. Quaid on behalf of Creditor Penn Aluminum International, Inc.
dquaid@fagelhaber.com

Amanda Raboy on behalf of Spec. Counsel Covington & Burling LLP
araboy@cov.com

Thomas B. Radom on behalf of Attorney Butzel Long, P.C.
radom@butzel.com

John J. Rapisardi on behalf of Unknown Auto Task Force of the United States Department of the
Treasury
john.rapisardi@cwt.com,
agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

Craig V. Rasile on behalf of Unknown BANK OF AMERICA, N.A.
crasile@hunton.com,
mtucker@hunton.com,adeboer@hunton.com,keckhardt,mmannering@hunton.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Gary Ravert on behalf of Creditor Motorola, Inc.
gravert@mwe.com

Eric T. Ray on behalf of Creditor Alabama Power Company
eray@balch.com

Jo Christine Reed on behalf of Creditor INA USA, Inc.
jcreed@sonnenschein.com, rmillner@sonnenschein.com

Lawrence R. Reich on behalf of Creditor Critech Research, Inc.
reichlaw@aol.com

Steven J. Reisman on behalf of Creditor Flextronics International Asia-Pacific Ltd. and
Flextronics Technology (M) Sdn. Bhd.
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@cur
tis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com

Lisa Pierce Reisz on behalf of Defendant Carlisle Companies Inc.
lpreisz@vorys.com

Susan Fuhrer Reiter on behalf of Defendant Blair Strip Steel Co
sreiter@mijb.com, mtcraig@mijb.com

Walter Reynolds on behalf of Creditor Alegre, Inc
wreynolds@porterwright.com

Kenneth A. Reynolds on behalf of Creditor National Molding Corp.
kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Kenneth A. Reynolds on behalf of Unknown Security Plastics Division/NMC, LLC
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Jeffrey N. Rich on behalf of Unknown JPMorgan Chase Bank, N. A.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Interested Party DENSO International America Inc.
mrichards@blankrome.com

Tracy E. Richardson on behalf of Creditor New Jersey Division of Taxation
tracy.richardson@dol.lps.state.nj.us

Paul J. Ricotta on behalf of Interested Party Tokico (USA), Inc.
pricotta@mintz.com

Craig Philip Rieders on behalf of Creditor Ryder Integrated Logistics, Inc.
crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer on behalf of Creditor Freescale Semiconductor, Inc. f/k/a Motorola
Semiconductor Systems (U.S.A.) Inc.
sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins on behalf of Creditor IBEW Brotherhood of Electrical Workers
Local 663
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Matthew R. Robbins on behalf of Unknown International Brotherhood of Electrical Workers
Local Union No. 663 (IBEW Local 663)
mrr@previant.com

Elizabeth A. Roberge on behalf of Creditor WorldWide Battery Co., LLC
eroberge@robergelaw.com

H. Buswell Roberts on behalf of Defendant Owens Corning
broberts@slk-law.com, droberts@slk-law.com

Ronald L. Rose on behalf of Spec. Counsel Dykema Gossett PLLC
rrose@dykema.com

Scott D. Rosen on behalf of Creditor Floyd Manufacturing Co., Inc.
srosen@cb-shea.com

Heath D. Rosenblat on behalf of Creditor Celestica Inc.
hrosenblat@kayscholer.com

Paul M. Rosenblatt on behalf of Creditor IDG USA, LLC
prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski L.L.P.
DRosenzweig@Fulbright.com

David S. Rosner on behalf of Creditor Argo Partners
dfliman@kasowitz.com;courtnotices@kasowitz.com

David E. Roth on behalf of Creditor Multitronics, Inc.
pdarby@bradleyarant.com

Robert B. Rubin on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC

brubin@burr.com

Ira Rubin on behalf of Unknown Beaver Valley Manufacturing
norma@bizwoh.rr.com

Peter S. Russ on behalf of Creditor ATEL Leasing Corporation, as Agent
peter.russ@bipc.com, donna.curcio@bipc.com

Maura I. Russell on behalf of Attorney Dreier LLP
dangiulo@dreierllp.com, ECFNotices@dreierllp.com

Lyle D. Russell on behalf of Attorney Lyle Russell
lylerussell@magnusoft.com

Michael J. Rye on behalf of Unknown Cantor Colburn, LLP
mrye@cantorcolburn.com

E. Todd Sable on behalf of Creditor Nidec Motor & Actuators (USA), Inc.
tsable@honigman.com

Chester B. Salomon on behalf of Creditor Tonolli Canada Ltd.
csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com

Diane W. Sanders on behalf of Creditor Angelina County
austin.bankruptcy@publicans.com

William A. Sankbeil on behalf of Creditor John Blahnik
was@krwlaw.com

Thomas P. Sarb on behalf of Creditor Avon Automotive
ecfsarbt@millerjohnson.com

Robert V. Sartin on behalf of Creditor Toyota Motor Corporation
rsartin@fbtlaw.com, chruska@fbtlaw.com

William F. Savino on behalf of Creditor Durham Companies, Inc.
wsavino@damonmorey.com, alunday@damonmorey.com

Robert Scannell on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
rscannell@morganlewis.com

Louis A. Scarcella on behalf of Unknown Official Committee of Equity Security Holders
lscarcella@farrellfritz.com

Thomas J. Schank on behalf of Creditor Blissfield Manufacturing Company
tomschank@hunterschank.com, mcraig@hunterschank.com

Ilan D. Scharf on behalf of Creditor Essex Group, Inc.
ischarf@pszjlaw.com

Michael L. Schein on behalf of Creditor Best Foam Fabricators, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle on behalf of Creditor Muskegon Castings Corp.
jrs@parmenterlaw.com, lms@parmenterlaw.com

Andrew W. Schilling on behalf of Plaintiff DPH Holdings Corp., et al.
aschilling@fklaw.com, vgarvey@fklaw.com

Michael Schlanger on behalf of Defendant Plasco
michael@schlangerlegal.com, jeanne@schlangerlegal.com

William H. Schorling on behalf of Creditor Arkema Inc.
william.schorling@bipc.com, donna.curcio@bipc.com

Christopher P. Schueller on behalf of Creditor Keystone Powdered Metal Company
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Sheila R. Schwager on behalf of Creditor ARAMARK Uniform & Career Apparel Inc.
srs@hteh.com

Andrea B. Schwartz on behalf of Creditor Castwell Products, LLC
andrea.b.schwartz@usdoj.gov

Matthew L. Schwartz on behalf of Creditor Equal Employment Opportunity Commission
matthew.schwartz@usdoj.gov

Kathlyn Schwartz on behalf of Creditor Itautec America Inc.
kathlyn.schwartz@akerman.com

Bryan I. Schwartz on behalf of Unknown KL Industries, Inc.
bschwartz@lplegal.com

Lisa M. Schweitzer on behalf of Creditor HP Enterprise Services, LLC
lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com

Barry N. Seidel on behalf of Plaintiff DPH Holdings Corp., et al.,
seidelb@butzel.com, oliver@butzel.com

Lon J. Seidman on behalf of Creditor Collins & Aikman Corporation
filings@spallp.com, lseidman@silvermanacampora.com

Howard Seife on behalf of Interested Party EagleRock Capital Management, LLC
arosenblatt@chadbourne.com

Jay Selanders on behalf of Attorney DaimlerChrysler Motors Company, LLC, DaimlerChrysler
Corporation, DaimlerChrysler Canada Inc.
jay.selanders@kutakrock.com

Mark A. Shaiken on behalf of Creditor ThyssenKrupp Budd Systems, LLC
mshaiken@stinson.com, jgant@stinson.com

Dan Shaked on behalf of Defendant Barnes & Associates
dan@shakedandposner.com

Mark H. Shapiro on behalf of Interested Party Central Transport International, Inc.
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor Brown Co. of Ionia LLC
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Creditor ATC Logistics & Electronics, Inc.
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch Independent School District
sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Howard S. Sher on behalf of Unknown The Delphi Salaried Retiree Association
howard@jacobweingarten.com

David M. Sherbin on behalf of Debtor DPH Holdings Corp., et al.
david.sherbin@delphi.com

Andrew Howard Sherman on behalf of Creditor Doosan Infracore America Corp.
asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill on behalf of Attorney Sutherland Asbill & Brennan LLP
mark.sherrill@sablaw.com

J. Christopher Shore on behalf of Counter-Claimant A-D Acquisition Holdings, LLC
cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whit
ecase.com

Robert J. Sidman on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rjsidman@vorys.com, bkbowers@vorys.com

Robert Sidorsky on behalf of Creditor Pioneer Speakers, Inc.
sidorsky@butzel.com

Glenn E. Siegel on behalf of Creditor Kensington International Limited, Manchester Securities
Corp. and Springfield Associates, LLC
Glenn.Siegel@dechert.com

John D. Silk on behalf of Unknown LASALLE NATIONAL BANK
silk@rbmchicago.com

Aaron M. Silver on behalf of Defendant Rotor Coaters International
asilver@honigman.com

Paul N. Silverstein on behalf of Unknown Credit Suisse International
paulsilverstein@andrewskurth.com, jlevine@akllp.com

Wendy M. Simkulak on behalf of Creditor ACE American Insurance Company
wmsimkulak@duanemorris.com

Sam O. Simmerman on behalf of Unknown Millwood, Inc.
sosimmerman@kwgd.com, mhelmick@kwgd.com

Kate K. Simon on behalf of Defendant Sumitomo Corp. of America
kate.simon@bingham.com

John A. Simon on behalf of Other Prof. Ernst & Young LLP
jsimon@foley.com

Rebecca H. Simoni on behalf of Unknown Rotaform, LLC.
rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Joseph E. Simpson on behalf of Creditor P & R Industries, Inc.
jsimpson@hselaw.com

Douglas S. Skalka on behalf of Defendant Westwood & Associates/NANYA
dskalka@npmlaw.com, ecrafts@npmlaw.com;bankruptcy@npmlaw.com

Thomas R. Slome on behalf of Attorney Rosen Slome Marder LLP.
lgomez@msek.com

Richard G. Smolev on behalf of Unknown InPlay Technologies
rsmolev@kayescholer.com, maosbny@kayescholer.com;rcappiello@kayescholer.com

Jesse L. Snyder on behalf of Creditor James Hutz, Jr.
jforstot@tpwlaw.com;mmuller@tpwlaw.com

Marc P. Solomon on behalf of Creditor Castwell Products, Inc.
msolomon@burr.com

Sean C. Southard on behalf of Unknown Davidson Kempner Capital Management LLC
ssouthard@klestadt.com

Paul H. Spaeth on behalf of Unknown F&G Multi-Slide Inc.
spaethlaw@phslaw.com

Robyn J. Spalter on behalf of Creditor Riverside Claims LLC
notice@regencap.com

Sarah F. Sparrow on behalf of Unknown Automotive Systems Laboratory, Inc.
ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Douglas E. Spelfogel on behalf of Creditor CYRO Industries
dspelfogel@foley.com

Michael A. Spero on behalf of Creditor Doosan Infracore America Corp.
jspecf@sternslaw.com

Byron C. Starcher on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial
Coatings Mexico SA de CV. Viscom, Inc.
byron.starcher@nelsonmullins.com

Stephen Z. Starr on behalf of Defendant Universal Tool & Engineering, Inc.
sstarr@starrandstarr.com, schoi@starrandstarr.com

Catherine Steege on behalf of Creditor Honeywell International - Aerospace
csteege@jenner.com, jeffrey_cross@discovery.com

Karen M. Steel on behalf of Defendant Styner & Bienz Formtech
ksteel@schlaw.com

Matthew B. Stein on behalf of Creditor Molex Connector Corporation
mstein@sonnenschein.com

Rick A. Steinberg on behalf of Unknown Con-way Freight Inc.
rsteinberg@nakblaw.com

Bonnie Steingart on behalf of Other Prof. Fried Frank Harris Shriver & Jacobson LLP
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Andrew W. Stern on behalf of Plaintiff Banc of America Securities LLC
astern@sidley.com

Malani Sternstein on behalf of Creditor International Rectifier Corp.
msternstein@sheppardmullin.com

Fred Stevens on behalf of Creditor M&Q Plastic Products, Inc.
fstevens@foxrothschild.com

Jason V. Stitt on behalf of Defendant FA Tech Corp.
jstitt@kmklaw.com

Alexander Stotland on behalf of Creditor Danice Manufacturing Co.
axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland on behalf of Creditor Pepco Energy Services, Inc.
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Defendant A-D Acquisition Holdings, LLC
harveystrickon@paulhastings.com

Joseph G. Strines on behalf of Unknown The Dayton Power and Light Company
joseph.strines@dplinc.com

James M. Sullivan on behalf of Creditor Motorola, Inc.
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Bobby Gerald Sumner on behalf of Creditor Jose C. Alfaro
js@colawfirm.com, michelle@colawfirm.com

Michelle T. Sutter on behalf of Creditor Ohio Environmental Protection Agency
msutter@ag.state.oh.us

Charles C. Swanekamp on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel,LLP
cswanekamp@jaeckle.com, mbialy@jaeckle.com;smigaj@jaeckle.com

Marc N. Swanson on behalf of Creditor Autoliv ASP, Inc.
swansonm@millercanfield.com

Paul Sweeney on behalf of Creditor Quest Diagnostics, Inc.
psweeney@loganyumkas.com, jbeckman@loganyumkas.com

Dona Szak on behalf of Creditor Rassini, S.A. de C.V.
dszak@ajamie.com

Douglas T. Tabachnik on behalf of Creditor SEALY RG VALLEY BUILDINGS, L.P.
dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum on behalf of Creditor General Motors Corporation

garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton on behalf of Creditor Board of County Commissioners of Johnson County, Kansas
roger.tarbutton@jocogov.org

Samuel Jason Teele on behalf of Unknown Lead Plaintiff and the Prospective Class
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Jay Teitelbaum on behalf of Creditor Mary Schafer
jteitelbaum@tblawllp.com

Louis J. Testa on behalf of Defendant Westwood & Associates/NANYA
ltesta@npmlaw.com, Bankruptcy@npmlaw.com

Deborah L. Thorne on behalf of Creditor Johnson Controls Battery Group, Inc.
deborah.thorne@btlaw.com, kbruhnke@btlaw.com

Richard S. Toder on behalf of Unknown PricewaterhouseCoopers, LLP.
rtoder@morganlewis.com

Gordon J. Toering on behalf of Creditor Bosch Automotive Products (Suzhou) Co., Ltd.
gtoering@wnj.com

Albert Togut on behalf of Other Prof. Togut, Segal & Segal LLP
alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll on behalf of Unknown Milwaukee Investment Company
lawtoll@comcast.net

Martin B. Tucker on behalf of Unknown Martin Tucker
mtucker@fbtlaw.com

Debra S. Turetsky on behalf of Creditor General Electric Capital Corporation
dturetsky@reedsmith.com

Ann Marie Uetz on behalf of Creditor Kautex Inc.
auetz@foley.com

Raymond J. Urbanik on behalf of Counter-Defendant Computer Sciences Corporation
rurbanik@munsch.com

Robert Usadi on behalf of Creditor Engelhard Corporation
mmcloughlin@cahill.com

Nina M. Varughese on behalf of Creditor Ametek, Inc.
varughesen@pepperlaw.com

Shmuel Vasser on behalf of Interested Party Speedline Technologies, Inc.
shmuel.vasser@dechert.com

Lori V. Vaughan on behalf of Creditor Intermet Corporation
lvaughan@foley.com

Frank F. Velocci on behalf of Creditor QEK Global Solutions (US), LP
frank.velocci@dbr.com, andrew.groesch@dbr.com

James J. Vincequerra on behalf of Unknown Plymouth Rubber Company, LLC
jvincequerra@wolfblock.com

Michael J. Viscount on behalf of Creditor M&Q Plastic Products, Inc.
mviscount@foxrothschild.com

Gary Vist on behalf of Creditor Sumida America Inc.
gvist@masudafunai.com, docketing@masudafunai.com

Joseph J. Vitale on behalf of Creditor International Union, UAW
jvitale@cwsny.com

Sean M. Walsh on behalf of Creditor Nisshinbo Automotive Corporation
swalsh@gmhlaw.com

Arthur T. Walsh on behalf of Creditor Edwin Stimpson
omclaw@aol.com

Michael D. Warner on behalf of Attorney Warner Stevens, L.L.P.
mwarner@coleschotz.com, klabrada@coleschotz.com

W. Clark Watson on behalf of Creditor Alabama Power Company
cwatson@balch.com

Terence D. Watson on behalf of Defendant Invotec Engineering
twatson@irasacks.com

Robert K. Weiler on behalf of Creditor Carlisle Engineered Products, Inc.
rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub on behalf of Creditor Essex Group, Inc.
wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com

Allison H. Weiss on behalf of Creditor Camoplast Incorporated

aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com

Jay Welford on behalf of Creditor DC Coaters, Inc.
jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

Robert J. Welhoelter on behalf of Creditor Nissan North America, Inc.
rjwelho@gmail.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

David A. Wender on behalf of Creditor Cadence Innovation, LLC
david.wender@alston.com

Michael R. Wernette on behalf of Creditor L & W Engineering Co.
mwernette@schaferandweiner.com

Robert A White on behalf of Creditor Lydall Thermal/Acoustical Sales Co. LLC
rwhite@murthalaw.com

Karen Fagin White on behalf of Defendant Sasol Germany GMBH
kfwhite@cpmas.com

Amy Williams-Derry on behalf of Interested Party Thomas Kessler
awilliams-derry@kellerrohrback.com,
bellis@kellerrohrback.com;bspangler@kellerrohrback.com

Stephen F. Willig on behalf of Defendant National Union Fire Insurance Company of Pittsburgh,
PA
swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
KDWBankruptcyDepartment@Kelleydrye.com

I.W. Winsten on behalf of Creditor Affinia Group Holdings, Inc.
iww@honigman.com

Eric D. Winston on behalf of Unknown Quinn Emanual Urquhart Oliver & Hedges, LLP.
ericwinston@quinnemanuel.com

Jeffrey C. Wisler on behalf of Creditor Connecticut General Life Insurance Company
jcw@cblhlaw.com

Robert A. Wolf on behalf of Defendant Sumitomo Plastics America Inc.
rwolf@ssd.com, POrlowski@ssd.com;afisher@ssd.com;rgreen@ssd.com

Douglas Wolfe on behalf of Creditor ASM Capital II, L.P.
dwolfe@asmcapital.com

Craig A. Wolfe on behalf of Creditor Pension Benefit Guaranty Corporation
cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Robert D. Wolford on behalf of Creditor Monroe, Inc.
ecfwolfordr@millerjohnson.com

Scott A. Wolfson on behalf of Creditor Access One Technology Group, LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Kelly A. Woodruff on behalf of Creditor Delphi Salaried Retirees Association
kwoodruff@fbm.com, svillalobos@fbm.com

Jeffrey A. Wurst on behalf of Defendant Wells Fargo Business
JWURST@RMFPC.COM

Zhiyuan Xu on behalf of Creditor Means Industries, Inc
mxu@schiffhardin.com

David Farrington Yates on behalf of Creditor UPG de MEXICO S de RL de CV
fyates@sonnenschein.com

Doron Yitzchaki on behalf of Defendant Ambrake Corp.
dyitzchaki@dickinsonwright.com

Stephen L. Yonaty on behalf of Attorney Hodgson Russ LLP
syonaty@chwattys.com

Kenneth S. Yudell on behalf of Defendant Park Enterprises of Rochester, Inc.
kyudell@aryllp.com

German Yusufov on behalf of Creditor Pima County, Arizona
pcaocvbk@pcao.pima.gov

Helen A. Zamboni on behalf of Creditor McAlpin Industries, Inc.
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
mzelmanovitz@morganlewis.com

Peter Alan Zisser on behalf of Interested Party New York Power Authority
pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Michael K. Stout

,

Elizabeth Stover

,

Paul M. Stoychoff

,

Paul M. Stoychoff
Russell & Stoychoff, P.C.
4468 W. Walton Blvd
Waterford, MI 48329

Raymond J. Strand

,

Patrick J. Straney

,

Larry H. Strassner

,

Robert J. Straub

,

Larry Streaty
380 Wagonwheel Way
Bonita, CA 91902

James E. Streeter

,

Steven D. Streeter
4210 Crosby Road
Flint, MI 48506

Jeffrey Stricker
1305 Belvedere Dr
Kokomo, IN 46902

Dennis Stritto

,

Willie Stroman

,

Willie E. Stroman
,

Earl Strong
,

Earl Strong
2005 Olds Drive
Kokomo, IN 46902

Geraldine Struhank
,

Roger Stubblefield
,

David M. Stuck
,

Dan Sullivan
,

Edward Sullivan
,

Jan A. Sullivan
,

Michael A. Sullivan
,

Bobby Gerald Sumner on behalf of Unknown Jose Alfaro
,

James B. Sumpter
,

James B. Sumpter
21169 Westbay Circle
Noblesville, IN 46062

Sundram Fasteners Limited
,

Superior Design Co., Inc.
,

Pramod Suri
2980 N. River Rd e2
Warren, OH 44483

Susan D. Maneff
,

Suzanne M. Susko
,

Ronald R. Sussman on behalf of Creditor Greywolf Capital Management LP
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
rsussman@cooley.com, npetrovski@cooley.com

Donald R. Sutton
,

Larry L Sutton
7690 North St
Frisco, TX 75034

Linda Sutton
,

Joseph A. Svette
,

Ronald G. Swan
,

Gaylorn Swann
9010 Crockett Dr.
Lantana, TX 76226

Sandra A. Swanson
,

Richard R. Sweet
,

Lorraine C. Symonds

,

Gary M. Szanny

,

Roy G. Szanny
36255 Shining Tree L.n.
Salem, OH 44460

James E. Szczepanik

,

T & L Automatics, Inc

,

TDK Corporation of America

,

Tadiran Batteries

,

Leigh C Taggart on behalf of Attorney Leigh Taggart
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Paul Takacs
105 Beechwood Dr.
Cortland, OH 44410-1665

Paul E. Talley

,

John Talstein

,

Charles Tanck

,

Robert P. Tata
307 Tiffin Avenue
Huron, OH 44839

Bill D. Taulbee

,

Tax Collector for Polk County, Florida
,

Hattie Taylor
,

John E. Taylor
,

Terence Taylor
,

Terence D. Taylor
,

John E. Taylor on behalf of Creditor M.G. Corporation
Bingham McHale LLP
10 W. Market Street
Suite 2700
Indianapolis, IN 46204-4900

Cheryl Teague
259 Akron St
Lockport, NY 14094

Team Golden Link America Corporation
,

Technical Machinery Sales
,

Technical Materials, Inc.
c/o McDonald Hopkins LLC
600 Superior Ave., E.
Suite 2100
Cleveland, OH 44114

Telamon
,

Teledyne Technologies Incorporated
,

Teledyne Technologies, Inc.
,

Gregory A. TenBrook
,

William G Tepsick
5212 Valley Spring Way
El Paso, TX 79932

Ann Terry
,

C. Tesa
,

John H. Tesch
,

Tessier Machine, Co.
,

James R. Test
,

TestEquity, Inc.
,

Texas Comptroller Of Public Accounts
,

Texas Comptroller of Public Accounts
,

Texas Comptroller of Public Accounts
,

Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities,
Texas Counties, Special Purpose Districts and/or Texas Metropolitan or Regional Transportation
Authorities
,

Textron Financial Corporation
,

Bang Thai
,

Andrew M. Thaler on behalf of Creditor David Gargis

Thaler & Gertler, LLP
90 Merrick Avenue
Suite 400
East Meadow, NY 11554

Jeff L. Thatcher
,

Jeffery L Thatcher
1510 Glen Moore Ct
Kokomo, IN 46902

Karen L Thatcher
1510 Glen Moore Ct
Kokomo, IN 46902

Karen L. Thatcher
,

The American Team, Inc.
,

The Bank of Tokyo-Misubishi UFJ, Ltd.
,

The Commonwealth of Massachusetts
,

The Dow Chemical Company
,

The Growing Concern
,

The Mapes Piano String Company
,

The State of Ohio Department of Taxation
,

The Thomas Engineering & Surveying Co.
,

The Thomas Engineering & Surveying, Co.
,

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Richard F. Thiry
,

Gary E. Thoman
,

Anna Thomas
2013 E Second Street
Saginaw, MI 48503

James H. Thomas
,

James M. Thomas
17004 SE 76th Creekside Circle
The Villages, FL 32162

Jeannie Thomas
,

Marilyn Thomas
,

Marilyn J. Thomas
1971 Howland Wilson Rd. NE
Warren, OH 44484

Myron W. Thomas
,

Parker J. Thomas
,

Stephen R. Thomas
,

Thomas Engineering Company
,

Thomas P. Carlin
,

Zakarij O. Thomas on behalf of Creditor Entergy Mississippi, Inc.
Klett Rooney Lieber & Schorling
One Oxford Centre
40th Floor
Pittsburgh, PA 15219-6498

Charlotte C. Thomison
,

David C. Thompson
,

Debbie Thompson
,

Gloria Thompson
111 East Pointe Circle
Madison, MS 39110

James R. Thompson
,

Janice L. Thompson
,

Linda Thompson
,

Reford Thompson
,

Robert F. Thompson
,

William T. Thompson
252 Shadow Mountain Dr. A-10
El Paso, TX 79912

Thompson Emergency Freight Systems
,

Thompson Hine LLP
,

Thompson, Hine & Flory, LLP.
,

Thompson, Hine & Flory, LLP.
,

Thompson, Hine & Flory, LLP.
,

Thorn Gershon Tymann and Bonanni, LLP
,

Jane Thornburg
,

Mark E. Thornburg
,

Thomas W. Thornburg
,

Thyssenkrupp Waupaca., Inc.
,

Brenda Tidwell
,

Douglas Tierman
,

Timmons Oil Company, Inc.
,

Timothy C. Tinch
,

Tinoco Soares & Filho Ltda.
,

Edward Tobe
,

Michael A. Tobe
,

H. Robert Todak
47 East Park Dr
Lockport, NY 14094

Billie K. Todd
,

Michael J. Todd
,

Robert Leon Todd
5200 Oak Cove Lane
Hollywood, SC 29449

Togut Segal & Segal LLP on behalf of Plaintiff Delphi Corporation, et al.
One Penn Plaza
Suite 3335
New York, NY 10119

Togut, Segal & Segal LLP on behalf of Plaintiff Delphi Corporation, et al.
One Penn Plaza
Suite 3335
New York, NY 10119

Togut, Segal & Segal LLP on behalf of Plaintiff Delphi Corporation, et al.
One Penn Plaza
Suite 3335
New York, NY 10119

Kathleen Tomasik
,

Kathleen A. Tomasik
AAA Antiques
2511 Pineview DR NE
Grand Rapids, MI 49525-6703

William A. Tomko
,

Dennis G. Tomory
,

Barbara Tompkins
,

Seth P. Tompkins on behalf of Unknown Woco Industrietechnik GmbH
1000 Maccabees Center
25800 Northwestern Highway

Southfield, MI 48075-1000

Peter A. Tonn
Rockport, NY 14094

Amy M. Tonti on behalf of Creditor Actco Tool & Manufacturing Company
Reed Smith LLP
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
atonti@reedsmith.com, slucas@reedsmith.com

Billy J. Torr
9460 Van Vleet Rd.
Gaines, MI 48436

Laura L. Torrado on behalf of Unknown Bear Stearns Investment Products, Inc.
Bear, Stearns & Co
383 Madison Avenue 8th Floor
New York, NY 10179

Jeffrey G. Tougas
,

Steven B. Towbin
,

Tower Automotive, Inc.
,

Tim Tracey
7755 Glen Oaks Dr. NE
Warren, OH 44484

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Kurt Traeder
2512 South Seymour Place
West Allis, WI 53227

David J Trapasso
3169 County Road 40
Bloomfield, NY 14469

Paul Traub on behalf of Attorney Dreier LLP
Epstein Becker & Green, P.C.
250 Park Avenue
11th Floor
New York, NY 10177-1211

Roger Trebus
,

Gary Tregea
,

Mark T. Treloar
3301 Cedarhurst Drive SW
Decatur, AL 35603-3113

Mark t. Treloar
,

Thomas Trill
,

Trinary
,

Glenn C. Tripp
,

Glenn E. Tripp
,

Glenn & Ellen Tripp
16498 Vintage Drive
Fenton, MI 48430

J. Thomas Trocell
,

Douglas M. Trout on behalf of Creditor Montgomery County, Ohio
301 West Third Street
PO Box 972
Dayton, OH 45422

Mark A. Trowbridge
,

Phillip and Michelle Troxell
,

Frank Tuckerman
,

Mark Tuey
,

Ronald Turkett
,

Jerry W. Turner
691 So. Clinton St.
Bunker Hill, IN 46914

Larry Turner
1114 Garrett Dr.
Athens, AL

Turtle & Hughes Inc.
,

Tuscaloosa County Alabama
,

Tuscaloosa County Tax Collector
,

Tyco Electronics Corporation
,

James P. Tye
,

Burton Tyler
,

Burton D Tyler
3 Lighthouse Pointe
Fenton, MI 48430

Cathy Tyler
3 Lighthouse Pointe
Fenton, MI 48430

Cathy L. Tyler
,

Mary C. Tyler
,

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

Jerome J. Tytko
,

Nickolas K Tzimas
Rochester, NY

Nickolas K. Tzimas
,

Nickolas K. Tzimas
29 Valley Crescent
Penfield, NY 14526

U.S. Aeroteam Inc.
,

U.S. Equal Employment Opportunity Commission
,

UAW International Retired Workers Council #31411
,

Nancy Uffindell
130 Dorking Rd.
Rochester, NY 14610-2724

Steve Ugorowski
,

Umi United Machining, Inc.
,

United States Attorney
,

United States District Court

500 Pearl Street
New York, NY 10007

Unitrin Kemper Auto and Home
,

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Universal Truckload Services, Inc.
,

Unknown
,

Unknown
,

Karen Unknown
,

Unknown Creditor
,

Unknown Parties
,

Mustafa Unuvar
,

William Upperman
,

Michael Keith Uptigrove
804 Siena Vista
Madison, AL 35758

Philip Urofsky on behalf of Other Prof. Cadwalader Wickersham & Taft LLP
Cadwalader, Wickersham & Taft, LLP
1201 F. Street, N.W.
Washington, DC 20004

Ed Usewick

,

Maryann Vaillancourt
,

Michael A. Valenti
,

Ronald S. Valentine
,

Linda Vallee
5792 Yahn Rd.
Farmington, NY 14425

Richard A. Valos
,

Edward J. Van Antwerp
,

Larry D. Van De Wege
,

William Van Doren
,

Joyce Van Dyk
,

Richard Van Dyk
,

Richard G. Van Dyk
,

Day Van Sprange
,

James M. Van Winkle
5801 Princeton Place
Kokomo, IN 46902

Kenneth Van Wormer
2187 Leigh Ct
Holland, MI 49424

Betty VanHove
388 Old Trail Dr
Houghton Lake, MI 48629

Kenneth J. VanSolkema
,

James Vance
,

James R. Vance
,

Kimberly A. Vance
,

William G. Vance
4347 Brookstone Drive
Sacquan, MI 48603

Alysia Lea VandenBerg
,

Donna VandenBerg
,

Larry Vanderpool
,

Vanguard Die & Machine, Inc.
,

Wayne J. Varady
,

Daniel L. Varble
,

Varroc Exhaust Systems, Pvt. Ltd.
,

Charles K. Veenstra
,

Frank Ventura

,

Frank J. Ventura
262 Palmer CIR NE
Warren, OH 44484

Venture Plastics, Inc.
,

Rina Verbaskey
,

Andrew F. Verbosky
,

Rina J. Verbosky
,

Victor J. Verdev
5646 Rush Rd.
Conover, WI 54519

Veritext, LLC
,

David Vernon
352 Eastern Ave
Campbell, OH 44405

David H. Vernon
,

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

Alicia Vertiz
,

Robert P. Vican
16373 Blue Teal Trail
Hemlock, MI 48626

Joanne Viets
Rochester, NY

Charles M. Vince

,

Christopher J. Vincent

,

Carl H. Visconti

,

Jerry Vit

,

Vitronics Soltec

,

Marsha L. Vivo
3064 Bradley Browniee Rd
Cortland, OH 44410-9712

Gary A. Vogt

,

Linda Vogt

,

Ronald Voigt
7665 Townline
Bridgeport, MI 48722

Robert R. Voltenburg

,

VonWin Capital, L.P.
60 Madison Avenue
2nd Floor
New York, NY 10010

Christopher Voydanoff

,

W. Timothy Miller

,

WESCO Distribution, Inc.

,

WWG, Inc.
,

Wachovia Bank, National Association
c/o Burr & Forman LLP
420 North 20th Street
3100 Wachovia Tower
Birmingham, AL 35203

Wade
,

Lawrence Wade
,

Rita J Wade
,

Bradford S. Wagner
2106 Springdale Drive
Hartselle, AL 35640

Richard W. Wagner
15146 E. Lee Rd.
Albion, NY 14411

Jason A. Waite
,

Albert S. Wakefield
,

Richard G. Waldmiller
,

Donald Waldron
,

Donald Louis Waldron
,

Charles Walker
,

Ellen Walker
,

Evelyn Walker
,

John S. Walker
,

Robert C Walker
,

Robert C. Walker
,

Robert C. Walker
,

Robert C. Walker
,

Robert C. Walker
,

Wallace W. Walker on behalf of Unknown Flex Technologies, Inc.
Roetzel & Andress
222 South Main Street
Akron, OH 44309

Greg A. Wall
,

Brenda Wallace
,

Robert D. Wallace
20 Basket Walk Dr.
Bluffton, SC 29909

Mary-Bethe H. Waller
,

Lawrence C. Walling
5680 Beattie Ave.
Lockport, NY 14094

Joan K. Walls
,

Timothy W. Walsh on behalf of Attorney DLA Piper Rudnick Gray Cary LLP
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com,
william.coleman@dlapiper.com;jeremy.johnson@dlapiper.com;christopher.thomson@dlapiper.c
om;vincent.roldan@dlapiper.com;william.currie@dlapiper.com;camisha.simmons@dlapiper.co
m;gabriella.zborovsky@dlapiper.com

Leonad Walston
1613 W. Falcon St.
Suffolk, VA 23434

John A. Walterbusch
,

David Walters
,

Tom Walters
,

Bryan R. Walters on behalf of Defendant Summit Polymers Inc.
Varnum, LLP
Bridgewater Place
POB 352
Grand Rapids, MI 49501

Steven R. Walthall
4908 West Jackson Road
Enon, OH 45323

Stephen P. Wanders
,

Joseph E. Waple
3678 Beebe Rd.
Newfane, NY 14108

Daniel K. Ward
,

Robert W. Ward
,

Robert W. Ward
,

Robert W. Ward
,

Robert W. Ward
,

Warner Stevens, L.L.P.
,

Lance Warriner
1947 Sioux City Ct
Henderson, NV 89052-7043

Earl Washington
,

Lafonza Earl Washington
,

Lafonza Earl Washington
,

John C. Waterman
,

Meredith A Waterman
11230 Brookshire
Grand Blanc, MI 48439

Philip C. Watkins
2404 Alexandria St. SW
Decatur, AL 35603

Susan K. Watkins
7416 Bedford Rol
Hubbert Rd., OH 44425

Fred Watson
,

Fred P. Watson
,

William H. Watts
9200 Heatherfield
Saginaw, MI 48609

Robert Wavra
,

Robert J. Wavra
,

Jeffrey Wax
,

Curtis Weakley
310 Valley North Blvd.
Jackson, MS 39206

Diane E. Weaver
,

Fred C. Weaver
,

Marcia A. Weaver
,

Stephen D. Weaver
,

Michael J. Webber
,

Phillip D. Webber
,

Joyce Weber
,

Joyce Weber
6739 N 525 W
Middletown, IN 47365

Lance W. Weber
,

Lisa Weber

,

Thomas M. Weber
,

Alfred R. Webster
,

Carroll E. Webster
,

Rick A. Weed
,

Gerald L. Weese
,

Kurtis F. Weess
,

Stephen H. Weflen
,

Steve Weflen
1109 Melrose Dr
Anderson, IN 46011

James A. Wehrly
915 Edgehill In.
Anderson, IN 46012

Bruce Weiner on behalf of Defendant WM Hague Company
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, NY 11242
rmwlaw@att.net

Ray N Weingart
3749 Plantation Drive
Leesburg, FL 34748

Patricia Weinmann
2913 Tyler Avenue
Berkley, MI 48072

David B. Weinstein
,

Jeffrey H. Weir, II on behalf of Creditor Wallover Oil Hamilton, Inc.
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Jeffrey H. Weir, II on behalf of Unknown Wallover Oil Hamilton, Inc.
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

John A. Weits
,

John A. Weits
27 Green Rd.
Churchville, NY 14428

Dale Weitzel
,

Dale D. Weitzel
,

Timothy M. Welch
,

Kevin P. Weldon
,

Jay Welford
,

Robert A. Wellens
,

Dennis F. Wells
,

Wells Manufacturing Co., Inc.
,

Paul O. Wendler
228 Reynick

Saginaw, MI 48602

Donald A. Werth
,

Donald A. Werth
533 Trimmer Road
Spencerport, NY 14559

Thomas Wesley
,

Franklin E. West
,

Franklin E. West
,

James B. West
,

Jerry E. West
,

Roberta West
,

Phillip Westendorf
,

Jeanne E. Westerlund
,

Frank A. Westgate
,

Craig L. Westlake
,

Bonnie Whaite
,

Thomas G. Whale
,

Thomas G. Whalen

,

Joseph N. Wharton

,

Robert E. Wheatley
8018 W 900 N
Carthage, IN 46115

Donald R. Wheelock

,

Donald R. Wheelock

,

Edith T Wheelock
PO Box 623
18487 Nelson Rd
Parkman, OH 44080

Nancy J. Wheelock
PO Box 623
18487 Nelson Rd.
Parkman, OH 44080

Ronald J. Whetson

,

Janet B. Whitby

,

Charlene A. White

,

Donna W. White

,

James J. Whiteside

,

Whitlam Label Company, Inc.

,

John F. Wiechart
4106 Southeast 20th Place
Cape Coral, FL 33904

Kerry R. Wieland
,

Virginia Wieland
,

Richard J. Wilcox
,

Ronald Wilcox
,

Ronald Wilcox
,

Paul Wilczynski
,

Paul Wilczynski
1201 Amelith Rd.
Bay City, MI 48706

Paul D. Wilczynski
,

Joseph Wildberg
,

Cathy Wilder
,

Michael W Wiley
1216 Co Rd 187
Danville, AL 35619

Richard Wilhelm
,

Richard Wilhelm
,

Wilhelm Kachele GmbH
,

Michelle A. Wilkes

3064 Bayberry Court E
Carmel, IN 46033

T. Michael Wilkinson
,

William L. Willard
,

Angela Williams
5878 Baxter Drive
Jackson, MS 39211

Arthur R. Williams
,

Duane Williams
,

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

John S. Williams
,

Jon B. Williams
,

MIchael D. Williams
,

Michael D. Williams
Kokomo, IN 46902

Milfred G. Williams
4795 Nicole CT.
Auburn, MI

Ronald L Williams
16118 Scenic View Dr
Linden, MI 48451

Ruby Williams
76 Schum Ln
Rochester, NY 14609-2618

Russell Williams

,

Russell Williams
3125 Lakewood road
Jackson, MS 39213

Scott Williams
5878 Baxter Drive
Jackson, MI 39211

Jim Williamson

,

Jim A. Williamson
2900 Williamson Rd.
Clinton, MS 39056

Michael Williamson
4261 E. Higgins Lake Dr.
Roscommon, MI 48653

Michael J. Williamson

,

Martin E Willmitch

,

John H. Willson

,

Wilmer Cutler Pickering Hale & Dorr LLP

,

Carl J. Wilson

,

Daniel M. Wilson

,

Frederick P. Wilson

,

Fredrick P. Wilson

,

Gerald E. Wilson
901 N First St
Dennison, OH 44621

Jerry Wilson
,

Jerry Wilson
,

Jerry Wilson
181 America's Cup Blvd.
Bradenton, FL 34208

Robert E. Wilson
,

W. Joe Wilson on behalf of Creditor Barnes Group Inc.
Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace 1, 35 Floor
Hartford, CT 06103

Blanche Marie Wilson-Noack
,

Wimer Law Offices, P.C.
,

Thomas C. Wimsatt on behalf of Unknown Donna Wilson
Mahlberg, Brandt, Gilbert Thompson
& Bommarito
,

Windham Professionals, Inc.
,

Denisa K. Wineinger
,

Joe Wineland
,

James Wingard
5740 Seven Gables Avenue

Trotwood, OH 45426

Kenneth G. Wingeier
,

James L. Winiarski
204 Clarmore Drive
Frankenmuth, MI 48734

William P. Winstead
,

David A. Winterbottom
2311 Littler Lane
Oceanside, CA 92056

Richard Winters
,

Douglas Wintersteen
,

Nathaniel Winton
,

Nathaniel Winton
,

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Robert P. Wise
,

James D. Wisner
4250 Fairfield Drive
Williamsville, NY 14221

Gregory E. Witter
,

Donald G. Witzel
,

Joseph Wogoman
,

Larry E. Wogoman
,

Tim Wojdacz
3221 Finley Chapel Rd.
Wellston, OH 45692

John H. Wolbert
,

Jack and Lynda Wolcott
,

Norman R. Wolcott
,

Robert E. Wolf
,

Bruce D. Wolfe
,

Donna C. Wolski
,

Dan L. Wood
,

Dean Woodard
,

Don Woodard
,

Don Woodard
,

Don Woodard
,

Thomas C. Woods
,

Thomas C. Woods
,

Thomas C. Woods
,

Gary K. Woodward
,

Gary K. Woodward
2112 Mohr Drive
Kokomo, IN 46902

James Woolfolk
3523 Corvair Lane
Saginaw, MI 48602

Timothy Woolley
128 South Shore Drive
Boardman, OH 44512

Thomas H. Wozniak
1701 Green Hollow Ct.
Dayton, OH 45458

Clinton R Wray
,

Michael Wressell
,

Andrea L. Wright
,

David Wright
,

Gary L. Wright
,

Kerry Wright
,

Kevin Wright
,

Kevin Wright
,

Orval Wright
,

Owen Wright
,

Ray L. Wright
,

Raymond Wright
741 Springtown Road
Tilson, NY 12486

Michael Wszola
5822 Winstar Ln.
Racine, WI 53402

Joan Wyatt
,

Leslie Wyfong
,

Joan Wyko
,

Kenneth Wyman
10166 Aberdeen Dr.
Grand Blanc, MI 48439

Richard L. Wynne on behalf of Unknown Platinum Equity, LLC
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
rlwynne@jonesday.com;sjperry@jonesday.com

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Walbridge Aldinger

Dated:  June 7, 2010        By:  _____/s/ Judy B. Calton_____
                                  Judy B. Calton, Esq. (P38733)
                                  Honigman Miller Schwartz and Cohn LLP
                                  2290 First National Building
                                  660 Woodward Avenue
                                  Detroit, MI  48226
                                  Telephone:  (313) 465-7344
                                  Facsimile:  (313) 465-7345
                                  Email: jcalton@honigman.com

DETROIT.4222208.1