# EXHIBIT A

EXHIBIT A

Preference Actions In Which Motions To Dismiss Were Filed On Or Before May 14, 2010

| Case No. | Defendant Name |
|---|---|
| 07-02076 | Ahaus Tool & Engineering, Inc. |
| 07-02084 | A 1 Specialized SVC. & Supp., Inc. |
| 07-02096 | A-1 Specialized Services |
| 07-02098 | Decatur Plastics Products, Inc. |
| 07-02125 | ATS |
| 07-02130 | Auramet Trading LLC |
| 07-02135 | Auto Camm |
| 07-02140 | AKS Receivables, LLC, AKS and AKS Receivables |
| 07-02142 | Access One Technology |
| 07-02177 | Corning, Inc., Corning Incorporated, and Corning |
| 07-02182 | Barnes and Associates |
| 07-02188 | Critech Research Inc. |
| 07-02198 | **Affinia Group Holdings, Inc., Affinia, Affinia Canada Corp.,** Affinia Group, Affinia Candad, **Brake Parts, Inc.,** Itapsa S.A. DE C.V. and Wix Filtration Products Europe |
| 07-02198 | Affinia Group Holdings, Inc., Affinia, Affinia Canada Corp., Affinia Group, Affinia Candad, Brake Parts, Inc., **Itapsa S.A. DE C.V. and Wix Filtration Products Europe** |
| 07-02201 | Ambrake Corporation and Ambrake Corp. |
| 07-02211 | Doshi Prettl International and Doshi Prettl Int. |
| 07-02217 | D&S Machine Products, Inc. |
| 07-02236 | DSSI and DSSI, LLC |
| 07-02242 | Dupont Company, Dupont co., Dupont electronic Matrls., Inc., Dupont P&E M Co., Dupont Powder Coatings, Dupont Powder Coatings USA, Inc., E I Dupont De Nemours, EI Dupont De Nemours & Co., Inc., and Dupont EI De Nemours, Inc. |
| 07-02250 | Danobat Machine Tool Co. Inc. |
| 07-02256 | Eco-Bat America |
| 07-02259 | Blair Strip Steel Steel Co. |
| 07-02262 | EDS, EDS Corp., Electronic Data Systems, Electronic Data Systems Corp., Electronic Data Systems DE, Electronic Data Systems LTD., and EDS Canada, Inc. |
| 07-02270 | BP, **BP Amoco Corp.**, BP Microsystems, Inc., BP Products North America Castrol, Castrol Industrial and Unifrax |
| 07-02270 | BP, BP Amoco Corp., **BP Microsystems, Inc.**, BP Products North America Castrol, Castrol Industrial and Unifrax |
| 07-02270 | BP, BP Amoco Corp., BP Microsystems, Inc., BP Products North America Castrol, Castrol Industrial and **Unifrax Corp.** |
| 07-02274 | Fin Machine Co. LTD |
| 07-02282 | Calsonic Corp., Calsonic N. America, Inc., and Calsonic North America, Inc. |
| 07-02287 | Plasco and Plasco, Inc. |
| 07-02291 | Carlisle and Carlisle Companies, Inc. |
| 07-02295 | Invotec Engineering and Invotec Engineering, Inc. |
| 07-02302 | Florida Production Engineering, Inc., and Florida Production Eng. |
| 07-02310 | ISI of Indiana, Inc. |
| 07-02328 | GKNS Intermetals |
| 07-02333 | Globe Motors Inc., and Globe Motors |

Note: Bolded names indicate the specific movants where not all named defendants have filed motions.

1

EXHIBIT A
Preference Actions In Which Motions To Dismiss Were Filed On Or Before May 14, 2010

| Case No. | Defendant Name |
| --- | --- |
| 07-02337 | Ex Cell-O |
| 07-02348 | Johnson Controls, Johnson Controls Battery Group, Johnson Controls GMBH & Co. KG, and Johnson Controls Inc. |
| 07-02350 | FA Tech Corp. |
| 07-02372 | Kataman, Kataman Metals, Kataman Industrial, Inc., and Kataman Metals |
| 07-02414 | Niles USA, Inc. and Niles USA |
| 07-02433 | Norilsk Nickel |
| 07-02436 | Microchip |
| 07-02449 | Hewlett Packard, Hewlett Packard Co., Inc. Hewlett Packard Company, Hewlett Packard Limited, Hewlett Packard Mexicos, Hewlett-Packard Company, and Hewlett-Packard Financial SVCS. |
| 07-02466 | MJ Celco and MJ Celco, Inc. |
| 07-02477 | Monroe, Inc. |
| 07-02479 | Olin Corp. |
| 07-02484 | MSX, MSX International, and MSX International Inc. |
| 07-02489 | Mubea and Mubea, Inc. |
| 07-02500 | Multitronics Inc. |
| 07-02505 | Universal Tool & engineering, Universal Tool & Engineering C, and Universal Tool & Engr. Co. |
| 07-02525 | Intec Goup |
| 07-02534 | Valeo, Valeo Airflow Division, Valeo Climate Control USA, Valeo Electrical Systems, Valeo Electronics NA, Valeo Inc., Valeo Schalter UND Sensoren, and Valeo Wiper Systems & Electric Motors North America |
| 07-02539 | Vanguard Distributors, Inc. |
| 07-02540 | Owens Corning |
| 07-02541 | NGK, NGK Automtive Ceramics, NGK Automotive Ceramics USA Inc., and NGK Spark Plug Mfg. (USA) Inc. |
| 07-02551 | Victory Packaging and Victory Packaging, LLP |
| 07-02556 | Vishay Americas, Inc. |
| 07-02563 | Park Ohio Industries, and Park Ohio Industries Inc. |
| 07-02572 | PBR Columbia, LLC |
| 07-02580 | Philips Semiconductor, Philips Semiconductors, and Philips Semiconductors Inc. |
| 07-02581 | Wagner Smith Company |
| 07-02597 | Wells Fargo and Wells Fargo Minnesota |
| 07-02606 | Williams Advanced Materials EF |
| 07-02618 | Select Tool & Die Corp. |
| 07-02619 | Setech, Inc. and Setech |
| 07-02623 | Shuert Industries, Inc. |
| 07-02639 | Spartech Polycom |
| 07-02654 | Stephenson & Sons Roofing |
| 07-02659 | Sumitomo, Sumitomo Corp. of America, Sumitomo Corporation, Sumitomo Electric Wiring, Sumitomo Plastics America, Sumitomo Plastics America Inc., Sumitomo Sitix Silicon Inc., and Sumitomo Wiring Systems Inc. |

Note: Bolded names indicate the specific movants where not all named defendants have filed motions.

2

EXHIBIT A

Preference Actions In Which Motions To Dismiss Were Filed On Or Before May 14, 2010

| Case No. | Defendant Name |
|---|---|
| 07-02661 | Summit Polymers, Inc. |
| 07-02668 | Tata America International Corp. |
| 07-02672 | Tech Central |
| 07-02688 | Timken, Timken Company, Timken Corporation, Timken France SAS, and Timken Super Precision |
| 07-02690 | Pro Tech Machine |
| 07-02702 | Prudential Relocation, Prudential Relocation Inc., and Prudential Relocation Int'l |
| 07-02723 | LDI Incorporated |
| 07-02743 | M&Q Plastic Products, and M and Q Plastic Products |
| 07-02744 | Republic Engineered Products, Republic Eng. Products, and Republic Engineered |
| 07-02750 | Rieck Group LLC |
| 07-02753 | MacSteel |
| 07-02767 | Rotor Coaters International |
| 07-02768 | RSR Corporation, RSR, and RSR Corp. |
| 07-02769 | RSR/Ecobat |
| 07-02790 | Tyco, Tyco Adhesives, Tyco Electronics-Raychem, Tyco Electronics Corp., Tyco Electronics Corporation, Tyco Electronics Identification, Tyco Electronics Logistics AG, and Tyco/Electronics |
| 07-02799 | Osar SRL |
| 07-02800 | Bosch and Robert Bosch GMBH |

Note: Bolded names indicate the specific movants where not all named defendants have filed motions.

3

# EXHIBIT B

EXHIBIT B

Preference Actions In Which Plaintiffs Are Represented By Togut, Segal Segal LLP

| Case No. | Defendant Name |
|---|---|
| 07-02328 | GKNS Intermetals |
| 07-02337 | Ex Cell-O |
| 07-02348 | Johnson Controls, Johnson Controls Battery Group, Johnson Controls GMBH & Co. KG, and Johnson Controls Inc. |
| 07-02534 | Valeo, Valeo Airflow Division, Valeo Climate Control USA, Valeo Electrical Systems, Valeo Electronics NA, Valeo Inc., Valeo Schalter UND Sensoren, and Valeo Wiper Systems & Electric Motors North America |
| 07-02541 | NGK, NGK Automtive Ceramics, NGK Automotive Ceramics USA Inc., and NGK Spark Plug Mfg. (USA) Inc. |
| 07-02659 | Sumitomo, Sumitomo Corp. of America, Sumitomo Corporation, Sumitomo Electric Wiring, Sumitomo Plastics America, Sumitomo Plastics America Inc., Sumitomo Sitix Silicon Inc., and Sumitomo Wiring Systems Inc. |
| 07-02702 | Prudential Relocation, Prudential Relocation Inc., and Prudential Relocation Int'l |

1

# EXHIBIT C

Table of Legal Arguments Set Forth in Motions To Vacate/Motions to Dismiss

| Case No. | Defendant Name | Complaints Improperly Filed under Seal | No Cause for Rule 4(m) Extensions | Lack of Due Process | Violation of Statutes of Limitation | Failure to Identify Claims in Disclosure Statement | Judicial Estoppel | Laches | Failure to State a Claim upon which Relief Can Be Granted | Miscellaneous Arguments |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-02076 | Ahaus Tool & Engineering, Inc. | x | | x | x | | x | | | |
| 07-02084 | A 1 Specialized SVC. & Supp., Inc. | | | x | x | | | | | 1. Defendant improperly named<br>2. Failure to Object to Proof of claim |
| 07-02096 | A-1 Specialized Services | | | x | x | | | | | 1. Defendant improperly named<br>2. Failure to Object to Proof of claim |
| 07-02098 | Decatur Plastics Products, Inc. | | | | | | | | | |
| 07-02125 | ATS Automation Tooling Systems, Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems, and Automation Tooling Systems | | | x | | x | x | x | x | Named Defendant does not exist |
| 07-02130 | Auramet Trading LLC | x | | x | x | | x | | x | Insufficient Pleadings |
| 07-02135 | Auto Camm | | x | x | x | x | x | | | Request for Attorney Fees and Costs |
| 07-02140 | AKS Receivables, LLC, AKS and AKS Receivables | | | | | | | | x | 1. Defendant was dissolved when Complaint was filed |
| 07-02142 | Access One Technology | | | x | x | x | x | | x | |
| 07-02177 | Corning, Inc., Corning Incorporated, and Corning | | x | x | x | | | | x | |
| 07-02182 | Barnes and Associates | x | | x | x | | x | | | |
| 07-02188 | Critech Research Inc. | | | | | | | | | |
| 07-02198 | **Affinia Group Holdings, Inc., Affinia, Affinia Canada Corp.,** Affinia Group, Affinia Candad, **Brake Parts, Inc.,** Itapsa S.A. DE C.V. and Wix Filtration Products Europe | x | x | x | x | x | x | x | x | 1. Abandonment of Foreign Claims<br>2. Abandonment of Claims under $250,000<br>3. Insufficient Pleadings<br>4. Named defendant does not exist |
| 07-02198 | Affinia Group Holdings, Inc., Affinia, Affinia Canada Corp., Affinia Group, Affinia Candad, Brake Parts, Inc., **Itapsa S.A. DE C.V. and Wix Filtration Products Europe** | x | x | x | x | x | x | x | x | |
| 07-02201 | Ambrake Corporation and Ambrake Corp. | x | x | x | | x | x | x | | |
| 07-02211 | Doshi Prettl International and Doshi Prettl Int. | | | x | | x | x | x | x | Named Defendant does not exist |
| 07-02217 | D&S Machine Products, Inc. | x | x | x | x | x | x | x | x | |
| 07-02236 | DSSI and DSSI, LLC | | | x | x | x | x | x | | |
| 07-02242 | Dupont Company, Dupont Co., Dupont electronic Matrls., Inc., Dupont P&E M Co., Dupont Powder Coatings, Dupont Powder Coatings USA, Inc., **E I Dupont De Nemours, EI Dupont De Nemours & Co., Inc., and Dupont EI De Nemours, Inc.** | | | | | | | | | |
| 07-02250 | Danobat Machine Tool Co. Inc. | | | | | | | | | |
| 07-02256 | Eco-Bat America | | | | | | | | | |
| 07-02259 | Blair Strip Steel Steel Co. | | | | | | | | | |
| 07-02262 | EDS, EDS Corp., Electronic Data Systems, Electronic Data Systems Corp., Electronic Data Systems DE, Electronic Data Systems LTD., and EDS Canada, Inc. | x | x | x | x | | x | x | x | 1. Lack of Personal Jurisdiction<br>2. Insufficient Service |
| 07-02270 | BP, **BP Amoco Corp.**, BP Microsystems, Inc., BP Products North America Castrol, Castrol Industrial and Unifrax | | | x | x | | x | x | x | |
| 07-02270 | BP, BP Amoco Corp., **BP Microsystems, Inc.**, BP Products North America Castrol, Castrol Industrial and Unifrax | | | x | x | | x | x | x | |
| 07-02270 | BP, BP Amoco Corp., BP Microsystems, Inc., BP Products North America Castrol, Castrol Industrial and **Unifrax Corp.** | | | x | x | | x | x | x | |
| 07-02274 | Fin Machine Co. LTD | | | x | x | | x | x | x | |
| 07-02282 | Calsonic Corp., Calsonic N. America, Inc., and Calsonic North America, Inc. | | x | x | x | | x | | | |

Note: Bolded names indicate the specific movants where not all named defendants have filed motions          1

Table of Legal Arguments Set Forth In Motions To Vacate/Motions to Dismiss

| Case No. | Defendant Name | Complaints Improperly Filed under Seal | No Cause for Rule 4(m) Extensions | Lack of Due Process | Violation of Statutes of Limitation | Failure to Identify Claims in Disclosure Statement | Judicial Estoppel | Laches | Failure to State a Claim upon which Relief Can Be Granted | Miscellaneous Arguments |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-02287 | Plasco and Plasco, Inc. | | | | | | | | | |
| 07-02291 | Carlisle and Carlisle Companies, Inc. | | | | | | | | | |
| 07-02295 | Invotec Engineering and Invotec Engineering, Inc. | | | | | | | | | |
| 07-02302 | Florida Production Engineering, Inc., and Florida Production Eng. | x | | x | x | | x | | | |
| 07-02310 | ISI of Indiana, Inc. | | | | x | | x | x | | |
| 07-02328 | GKN Sintermetals | x | x | x | x | x | x | x | x | 1. Assumption of Certain Contracts<br>2. Name Misspelled<br>3. Abandonment of Foreign Claims<br>4. Abandonment of Claims under $250,000 |
| 07-02333 | Globe Motors Inc., and Globe Motors | | | | | | | | | |
| 07-02337 | Ex Cell-O-Machine | x | | x | x | x | x | | x | |
| 07-02348 | Johnson Controls, Johnson Controls Battery Group, Johnson Controls GmbH & Co. KG, and Johnson Controls, Inc. | x | x | x | x | x | x | x | x | 1. Abandonment of Foreign Claims<br>2. Abandonment of Claims under $250,000 |
| 07-02350 | FA Tech Corp. | | | | | | | | | |
| 07-02372 | Kataman, Kataman Metals, Kataman Industrial, Inc., and Kataman Metals | | | | | | | | | 1. Lack of Personal Jurisdiction<br>2. Insufficient Service |
| 07-02414 | Niles USA, Inc. and Niles USA | | | | | | | | | |
| 07-02433 | Norilsk Nickel | | | x | x | | x | x | x | 1. Insufficient Service<br>2. Request for Attorney Fees and Costs |
| 07-02436 | Microchip | x | | x | x | | x | | | |
| 07-02449 | Hewlett Packard, Hewlett Packard Co., Inc., **Hewlett Packard Company**, Hewlett Packard Limited, **Hewlett Packard Mexicos**, Hewlett-Packard Company, and **Hewlett-Packard Financial SVCS.** | | x | x | x | | x | x | x | |
| 07-02466 | MJ Celco and MJ Celco, Inc. | | | | | | | | | |
| 07-02477 | Monroe, Inc. | | | | | | | | | |
| 07-02479 | Olin Corp. | | | x | x | | | x | x | |
| 07-02484 | MSX, MSX International, and MSX International Inc. | | | x | | | | | | 1. Waiver and Release/Assumption of Contract<br>2. Named Defendant does not exist |
| 07-02489 | Mubea and Mubea, Inc. | x | x | x | x | x | x | x | x | |
| 07-02500 | Multitronics Inc. | | | | x | | | | x | |
| 07-02505 | Universal Tool & engineering, Universal Tool & Engineering C, and Universal Tool & Engr. Co. | | | | | | | | | |
| 07-02525 | Intec Group | | x | x | x | | x | x | x | |
| 07-02534 | Valeo, Valeo Airflow Division, Valeo Climate Control USA, Valeo Electrical Systems, Valeo Electronics NA, Valeo, Inc., Valeo Schalter UND Sensoren, and Valeo Wiper Systems & Electric Motors North America | x | x | x | x | x | x | x | x | 1. Assumption of Certain Contracts<br>2. Named Defendants do not exist<br>3. Abandonment of Foreign Claims<br>4. Abandonment of Claims under $250,000 |
| 07-02539 | Vanguard Distributors, Inc. | x | | x | x | | x | | x | Lack of Personal Jurisdiction |
| 07-02540 | Owens Corning | | | | | | | | | |
| 07-02541 | NGK, NGK Automotive Ceramics, NGK Automotive Ceramics USA Inc., and NGK Spark Plugs Mfg. (USA) Inc. | x | x | x | x | x | x | x | x | |
| 07-02551 | Victory Packaging and Victory Packaging, LLP | | | | | | | | | |
| 07-02556 | Vishay Americas, Inc. | x | x | x | x | | x | | x | |
| 07-02659 | **Sumitomo (SUMCO)**, Sumitomo Corp. of America, Sumitomo Corporation, Sumitomo Electric Wiring, Sumitomo Plastics America, Sumitomo Plastics America, Inc., Sumitomo Sitix Silicon, Inc., and Sumitomo Wiring Systems, Inc. | x | x | x | x | x | x | x | x | 1. Assumption of Certain Contracts<br>2. Abandonment of Foreign Claims<br>3. Abandonment of Claims under $250,000 |

Note: Bolded names indicate the specific movants where not all named defendants have filed motions

2

| Case No. | Defendant Name | Complaints Improperly Filed under Seal | No Cause for Rule 4(m) Extensions | Lack of Due Process | Violation of Statutes of Limitation | Failure to Identify Claims in Disclosure Statement | Judicial Estoppel | Laches | Failure to State a Claim upon which Relief Can Be Granted | Miscellaneous Arguments |
|---|---|---|---|---|---|---|---|---|---|---|
| 07-02659 | **Sumitomo**, Sumitomo Corp. of America, Sumitomo Corporation, Sumitomo Electric Wiring, Sumitomo Plastics America, Sumitomo Plastics America, Inc., Sumitomo Sitix Silicon, Inc., and Sumitomo Wiring Systems, Inc. | x | x | x | x | x | x | x | x | 1. Abandonment of Foreign Claims<br>2. Abandonment of Claims under $250,000 |
| 07-02659 | Sumitomo, Sumitomo Corp. of America, Sumitomo Corporation, **Sumitomo Electric Wiring,** Sumitomo Plastics America, Sumitomo Plastics America, Inc., Sumitomo Sitix Silicon, Inc., and **Sumitomo Wiring Systems, Inc.** | x | x | x |  | x | x | x |  |  |
| 07-02563 | Park Ohio Industries, and Park Ohio Industries Inc. | x |  | x | x |  | x |  |  |  |
| 07-02572 | PBR Columbia, LLC | x | x | x | x | x | x | x | x |  |
| 07-02580 | Philips Semiconductor, Philips Semiconductors, and Philips Semiconductors Inc. |  |  |  |  |  |  |  |  |  |
| 07-02581 | Wagner Smith Company | x |  | x | x |  | x |  |  |  |
| 07-02597 | Wells Fargo and Wells Fargo Minnesota |  | x | x | x |  |  |  |  |  |
| 07-02606 | Williams Advanced Materials EF |  |  |  |  |  |  |  |  |  |
| 07-02618 | Select Tool & Die Corp. |  |  | x | x |  | x | x | x |  |
| 07-02619 | Setech, Inc. and Setech |  |  | x |  |  | x |  | x | Waiver and Release/Assumption of Contract |
| 07-02623 | Shuert Industries, Inc. |  |  |  |  |  |  |  |  |  |
| 07-02639 | Spartech Polycom | x | x | x | x | x | x | x |  |  |
| 07-02654 | Stephenson & Sons Roofing | x | x | x | x | x | x | x | x |  |
| 07-02661 | Summit Polymers, Inc. |  |  |  |  |  |  |  |  |  |
| 07-02668 | Tata America International Corp. |  |  |  |  |  |  |  |  |  |
| 07-02672 | Tech Central |  |  |  |  |  |  |  |  |  |
| 07-02688 | Timken, Timken Company, Timken Corporation, Timken France SAS, and Timken Super Precision | x |  | x | x |  | x | x | x |  |
| 07-02690 | Pro Tech Machine | x | x | x | x | x | x | x | x |  |
| 07-02702 | Prudential Relocation, Prudential Relocation, Inc., and Prudential Relocation Int'l | x |  | x | x |  | x |  |  | 1. Assumption of certain Contracts |
| 07-02723 | LDI Incorporated |  | x | x | x | x | x | x |  |  |
| 07-02743 | M&Q Plastic Products, and M and Q Plastic Products |  | x | x | x | x | x | x | x |  |
| 07-02744 | Republic Engineered Products, Republic Eng. Products, and Republic Engineered | x | x | x | x |  | x | x | x |  |
| 07-02750 | Rieck Group LLC |  |  | x |  |  |  |  |  |  |
| 07-02753 | Macsteel |  |  | x | x | x | x | x |  | 1. Waiver and Release/Assumption of Contract |
| 07-02767 | Rotor Coaters International | x | x | x | x | x | x | x | x | Setoff/Recoupment |
| 07-02768 | RSR Corporation, RSR, and RSR Corp. |  |  |  |  |  |  |  |  |  |
| 07-02769 | RSR/Ecobat |  |  |  |  |  |  |  |  |  |
| 07-02790 | Tyco, **Tyco Adhesives**, Tyco Electronics-Raychem, Tyco Electronics Corp., Tyco Electronics Corporation, Tyco Electronics Identification, Tyco Electronics Logistics AG, and Tyco/Electronics |  |  | x | x |  | x | x | x |  |
| 07-02799 | Osar SRL |  |  |  |  |  |  |  |  |  |
| 07-02800 | Bosch and Robert Bosch GMBH | x | x | x | x | x | x | x | x | Abandonment of Foreign Claims |

Note: Bolded names indicate the specific movants where not all named defendants have filed motions          3