TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Richard K. Milin
Daniel F.X. Geoghan
*Conflicts Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
            :
In re:      :     Chapter 11
            :     Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,   :
            :     Adv. Pro. No. 07-02074, et seq.
                    Debtors.    :
            :
-------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF JOINDER IN PLAINTIFFS' OMNIBUS
RESPONSE TO MOTIONS SEEKING, AMONG OTHER FORMS
OF RELIEF, ORDERS TO VACATE CERTAIN PROCEDURAL ORDERS**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

   DANIEL F.X. GEOGHAN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

   On June 7, 2010, deponent served a copy of the Joinder In Plaintiffs' Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders, in the above-captioned cases, upon the following email address(es), via electronic mail.

            /s/ Daniel F.X. Geoghan
            DANIEL F.X. GEOGHAN

Sworn to before me this
8th day of June, 2010

/s/ Cynthia Juliano
Notary Public

**Service List:**

JCalton@honigman.com
tsable@honigman.com
Jeremy.Downs@goldbergkohn.com
deborah.thorne@BTLaw.com
kate.simon@bingham.com
jclasen@rc.com
MCruse@wnj.com
moneal@wnj.com
lmcgowen@orrick.com
DCopley@dickinson-wright.com
akochis@wolfsonbolton.com
swolfson@wolfsonbolton.com
kathleen.matsoukas@BTLaw.com
iww@honigman.com
dsalzenstein@honigman.com
mbennettboyce@honigman.com
sdrucker@honigman.com
roger.lewis@goldbergkohn.com
jplemmons@dickinsonwright.com