# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re DPH Holdings Corp., et al.
Debtor

Case No. 05-44481 (RDD)

Chapter 11

## NOTICE OF APPEAL

IUE-CWA, the claimant, appeals under 28 U.S.C. § 158(a) or (b) from the order of the bankruptcy judge denying the claim for substantial contribution reimbursement entered in this substantial contribution claim proceeding on the 25th day of May 2010.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Ron Meisler, Esq.
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Dr., Suite 2100
Chicago, IL 60606
(312) 407-0549

Alicia Leonard, Esq.
Assistant United States Trustee
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201
(212) 510-0500

Kayalan A. Marafioti, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Dated June 8, 2010

Signed: _____
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: Thomas M. Kennedy

Address: 113 University Place, 7th Floor

New York, New York 10003

Telephone: (212) 358-1500