BARNES & THORNBURG LLP
Attorneys for Bank of America NA
600 1st Source Bank Center
100 North Michigan
South Bend, IN 46601
Telephone:     (574) 233-1171
Facsimile:     (574) 237-1125

Damon R. Leichty
Telephone:     (574) 237-1160
Email:         damon.leichty@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: )
)
DPH Holdings Corp., *et al.*, )    No. 05-44481-rdd
)
Debtors. )
)

RECEIVED MAY 28 2010 U.S. BANKRUPTCY COURT, SDNY

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Damon R. Leichty, a member in good standing of the bar in the state of Indiana, the bar for the U.S. District Court for the Northern and Southern Districts of Indiana, and the Bankruptcy Court for the Northern District of Indiana, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Bank of America NA, a creditor in the above-captioned bankruptcy case.

My address is 600 1st Source Bank Center, 100 North Michigan, South Bend, Indiana 46601, my e-mail address is damon.leichty@btlaw.com, and my telephone number is (574) 237-1160.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: May 17, 2010

_____
Damon R. Leichty

INDS02 MCR 1109411v1