**HODGSON RUSS LLP**
60 E. 42nd Street, 37th Floor
New York, New York  10165
Telephone:  212-661-3535
Facsimile:   212-972-1677
Deborah J. Piazza, Esq.

**HODGSON RUSS LLP**
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
Telephone: 716-856-4000
Facsimile:  716-849-0349
Michael Reyen, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP. *et al.*,<br>                              Debtors. | Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**VERIFIED STATEMENT CONCERNING REPRESENTATION OF MULTIPLE**
**ENTITIES PURSUANT TO FED.R.BANKR.P. 2019(a)**

Hodgson Russ LLP ("Hodgson Russ") represents multiple entities in connection

with the above-captioned chapter 11 cases of DPH Holdings Corp. and related subsidiaries and

affiliates (collectively, the "Debtors"), and respectfully submits its verified statement concerning

such representation pursuant to Fed.R.Bankr.P. 2019(a) as follows:

1.      The above-captioned Debtors filed petitions for relief under Chapter 11 of

the Bankruptcy Code on October 8, 2005 (the "Petition Date").

2.      Hodgson Russ represents the following entities in these cases:

(a)      Unifrax I, LLC; and

- 2 -

      (b)     Fin Machine Co. Ltd.

3.      The addresses designated for each of the entities are listed on Exhibit A annexed hereto.

4.      The entities listed above have been named as defendants in separate adversary proceedings filed by the Debtors alleging the receipt of preferential transfers.  The Fin Machine Co. Ltd. Adversary proceeding case number is 07-02274 and the Unifrax I, LLC adversary proceeding case number is 07-02270.

5.      Each of the above entities maintains a client relationship with Hodgson Russ as counsel retained by each of the entities for the purposes of representing each entity's respective rights in these chapter 11 proceedings.

6.      Hodgson Russ is representing each of the above individually, and not as a committee of any kind.

7.      Hodgson Russ reserves the right to supplement or amend this statement, as and when appropriate.

8.      Hodgson Russ may also represent or advise, or may have represented or advised other parties in interest with respect to these cases that have not been included in this Statement because the parties that Hodgson Russ represents do not currently intend to appear in the cases or such representation(s) have been concluded.

- 3 -

I verify under penalty of perjury that the foregoing is true and correct.


Dated:  New York, New York
           June 10, 2010

HODGSON RUSS LLP


By:   /s/ Deborah J. Piazza
Deborah J. Piazza, Esq.
60 E. 42nd Street, 37th Floor
New York, New York  10165
Telephone:  212-661-3535
Facsimile:   212-972-1677
Email: DPiazza@HodgsonRuss.com

Michael Reyen, Esq.
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040
Telephone: 716-856-4000
Email: MReyen@HodgsonRuss.com

- 4 -

## EXHIBIT A

**Unifrax I, LLC**
2351 Whirlpool Street
Niagara Falls, NY 14305

**Fin Machine Co. Ltd.**
c/o Ice Miller, LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200