ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for Furukawa Electric Company, Ltd.*
*and Furukawa Electric North America APD, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                  :

In re:                                   :        Chapter 11

    **DPH HOLDINGS CORP.,** *et al,*    :        Case No. 05-44481 (RDD)

            **Reorganized Debtors.**      :        Jointly Administered
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF GEORGIA    )
                               )    ss:
COUNTY OF FULTON    )

      DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

      1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

      2.    On the 15th day of June 2010, I caused true and correct copies of the **Notice of Rescheduled Hearing on Supplement to Motion of Furukawa Electric Company, Ltd. for Allowance of an Administrative Expense Claim Pursuant to 11**

- 2 -

**U.S.C. § 503(b)(1)(A) and in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Bankruptcy Rule 9006(B)** to be delivered by depositing said copies in the United States Mail, with adequate First Class postage affixed thereon, properly addressed to the parties listed on the Service List attached hereto as Exhibit "A."

    FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 15th day of June 2010.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2012

# EXHIBIT "A"

| | |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher &<br>   Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606 | Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher &<br>   Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Brian Masumoto<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Mark Broude<br>Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | |