**Hearing Date:  August 12, 2010**
**Hearing Time:  10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' AMENDED AND RESTATED STATEMENT OF DISPUTED
ISSUES WITH RESPECT TO PROOFS OF CLAIM NUMBERS 15679 AND 15681
(FRY'S METALS, INC., A COOKSON ELECTRONICS COMPANY)

("AMENDED AND RESTATED STATEMENT OF DISPUTED ISSUES – FRY'S METALS")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), hereby submit this Amended And Restated Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 15679 And 15681 filed by Fry's Metals, Inc., a Cookson Electronics Company ("Fry's Metal") (the "Amended Statement Of Disputed Issues") and respectfully represent as follows:

<u>Background</u>

1.      On October 8 and 14, 2005 (the "Petition Dates"), Delphi Corporation ("Delphi") and certain of its affiliates (collectively, the "Debtors"), including Delphi Automotive Systems LLC ("DAS LLC"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended.

2.      On July 31, 2006, Fry's Metal filed proof of claim no. 15679 ("Proof of Claim No. 15679") against Delphi.  Proof of Claim No. 15679 asserts an unsecured non-priority claim in the amount of $12,284.59 for the sale of goods ("Claim 15679").

3.      On July 31, 2006, Fry's Metal filed proof of claim no. 15681 ("Proof of Claim No. 15681," together with Proof of Claim No. 15679, the "Proofs of Claim") against DAS LLC.  Proof Of Claim No. 15681 asserts an unsecured non-priority claim in the amount of $58,228.25 for the sale of goods ("Claim 15681," together with Claim 15679, the "Claims").[1]

---

[1]      On July 31, 2006, Fry's Metals also filed proof of claim number 15680 ("Proof of Claim No. 15680") against Delphi Connection Systems ("DCS"), asserting an unsecured non-priority claim in the amount of $4,625.00 arising from goods sold ("Claim 15680") and proof of claim number 15682 ("Proof of Claim No. 15682") against Delphi Mechatronic Systems, Inc. ("Mechatronic"), asserting an unsecured non-priority claim in the amount of $14,615.98 arising from goods sold ("Claim 15682").  On July 31, 2006, Specialty Coatings Systems Inc. ("Specialty Coatings") filed proof of claim number 15683 ("Proof of Claim No. 15683") against DAS LLC, asserting an unsecured non-priority claim in the amount of $76,385.97 arising from goods sold ("Claim 15683").

4.        On May 22, 2007, the Debtors objected to the Proofs of Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, And Modified Claims Asserting Reclamation (Docket No. 7999) (the "Fifteenth Omnibus Claims Objection"). Pursuant to the Fifteenth Omnibus Claims Objection, the Debtors also objected to Proof of Claim No. 15683, filed by Specialty Coatings.

5.        On June 18, 2007, Fry's Metal filed Fry's Metals, Inc., A Cookson Electronics Company's Response To Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8317) (the "Response").  Specialty Coatings did not file a response to the Fifteenth Omnibus Claims Objection with respect to the Debtors' objection to Proof of Claim No. 15683 and Proof of Claim No. 15683 was disallowed and expunged.

6.        On September 14, 2007, Specialty Coatings filed its Memorandum Of Law In Support For Motion For, Inter Alia, Reconsideration Pursuant To 11 U.S.C. 502(j) And Fed. Bankr. Rule 3008, Or Alternatively, To Vacate, Pursuant To Fed. Rule 60(b) And Fed. Bankr. Rule 9006, Order Signed On June 29, 2007 (Pacer Item 8443) Disallowing And Expunging Certain Claims Identified In Fifteenth Omnibus Claims Objection, Disallowing And Expunging, Inter Alia, Proof Of Claim No. 15683 Of Specialty Coatings, Inc. And Reinstatement Of Proof Of Claim Number 15683 (Docket No. 9362) (the "Motion to Reconsider Claim 15683").

7.        On November 27, 2007, the Debtors filed the Notice Of Claims Objection Hearing With Respect To Debtors' Objections To Proofs Of Claim Nos. 15679 And 15681 (Fry's Metals, Inc., A Cookson Company) (Docket No. 11132), scheduling a claims objection hearing

(the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of

the Proofs of Claim for January 31, 2008.  The Claims Objection Hearing was subsequently

adjourned to a later date, pending ongoing settlement negotiations between the parties.

        8.      On December 4, 2007, the Debtors' filed Debtors' Statement Of Disputed

Issues With Respect To Proofs Of Claim Numbers 15679 And 15681 (Fry's Metals, Inc., A

Cookson Electronics Company) (Docket No. 11267) (the "2007 Statement Of Disputed Issues").

A copy of 2007 Statement Of Disputed Issues is attached hereto as <u>Exhibit A</u> and incorporated

fully herein by reference.

        9.      On December 11, 2007, this Court held a hearing on, among other things,

the Motion to Reconsider Claim 15683.  At the hearing, the Debtors announced that they would

withdraw the Fifteenth Omnibus Claims Objection so that Claim 15683 could be reinstated.  <u>In</u>

<u>re Delphi Corp.</u>, Hr'g Tr. at 23-24, Dec. 11, 2007.  The Debtors made clear, however, that

resolving the Motion to Reconsider Claim 15683 "related to a reconciliation between affiliated

suppliers of Fry's Metal and Specialty Coatings Systems." <u>Id</u>. at 23.  Moreover, on account of the

reconciliation, once Claim 15683 "is reinstated for Specialty Coatings, there will be a

corresponding credit against the Fry's [Metal] account under the [Debtors] books and records."

<u>Id</u>. at 24.

        10.      On January 23, 2008, Cabella, Byrne, Bain, Gilfillan, Cecchi, Stewart &

Olstein, P.C., counsel to Fry's Metals and Specialty Coatings, sent a letter to this Court (the

"Fry's January 23, 2008 Chambers Letter") requesting, among other things, that the Court

adjourn the evidentiary hearing with respect to Claims and a teleconference with this Court to

"provide the parties clarification as to the procedural mechanism in which the Debtors can seek

its alleged affirmative claim."

11.    On January 24, 2008, the Debtors responded to Fry's January 23, 2008 Chambers Letter (the "Response Letter To Chambers").  The Response Letter To Chambers addressed issues relating to the failure of Fry's Metals to comply with the procedures set forth in the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order") and the proposed adjournment of the evidentiary hearing on the Claims.

12.    On January 25, 2008, the Debtors and counsel to Fry's Metals and Specialty Coatings had a conference call with this Court.  As a result of the call and the guidance received by this Court, the parties moved forward on a global settlement resolving (i) the Claims, (ii) the Motion to Reconsider Claim 15683 and (iii) the associated credit to the Debtors for wire transfers exceeding the balance owed to Fry's Metal in connection with the Claims.  Subsequent attempts to negotiate an agreed order resolving these issues have proved unsuccessful. Accordingly, on June 8, 2010, the Reorganized Debtors re-noticed the Claims for a Claims Objection Hearing on August 12, 2010.

13.    On October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.[2]  Article 9.6(a) of the Modified Plan provides that "[t]he

Reorganized Debtors shall retain responsibility for administering, disputing, objecting to,

compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and

making distributions (if any) with respect to all Claims and Interests."  (Modified Plan § 9.6.)

Disputed Issues

14.    As set forth above, the 2007 Statement Of Disputed Issues is incorporated

fully herein by reference.

A.    Delphi And DAS LLC Do Not Owe Fry's Metal The Amount Asserted In The Claims

15.    Fry's Metals has failed to adequately support its claims and establish that

the Debtors owe an outstanding liability to Fry's Metals in the amount asserted in the Proofs of

Claim.  (See 2007 Statement Of Disputed Issues at ¶¶ 6-8.)

B.    DAS LLC Has Overpaid Any Amounts Owed To Fry's Metals

16.    Furthermore, Fry's Metals has introduced no evidence to rebut the Debtors'

records provided to Fry's Metals and showing that due to overpayment, Delphi and DAS LLC (or

their assigns, as applicable), are entitled to a credit in the amount of $76,385.97 towards

postpetition shipments for wire transfers exceeding the balance owed to Fry's Metal.  (See 2007

Statement Of Disputed Issues at ¶¶ 6-8.)

Reservation Of Rights

17.    This Amended Statement Of Disputed Issues is submitted by the

Reorganized Debtors pursuant to paragraph 9(d) of the Claims Objection Procedures Order.

Consistent with the provisions of the Claims Objection Procedures Order, the Reorganized

---

[2]    In connection with the consummation of the Modified Plan, Delphi, DAS LLC, Mechatronic and DCS each
emerged from chapter 11 as DPH Holdings Corp., DPH-DAS LLC, DPH Mechatronic Systems, LLC and
DPH Connection Systems, LLC, respectively.

Debtors' submission of this Amended Statement Of Disputed Issues is without prejudice to

(a) the Reorganized Debtors' right to later identify and assert additional legal and factual bases

for disallowance, expungement, reduction, or reclassification of the Claims and (b) the

Reorganized Debtors' right to later identify additional documentation supporting the

disallowance, expungement, reduction, or reclassification of the Claims.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter

an order (a) disallowing and expunging the Proofs of Claim Numbers 15679 and 15681,

(b) granting the Reorganized Debtors (or such other party entitled to receive such credit pursuant

to the Modified Plan) a credit in the amount of $76,385.97 and (c) granting the Reorganized

Debtors such other and further relief as is just.


Dated:    New York, New York
          June 15, 2010

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By:   /s/ John Wm. Butler, Jr.
                                  John Wm. Butler, Jr.
                                  John K. Lyons
                                  Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                  - and -

                              By:   /s/ Kayalyn A. Marafioti
                                  Kayalyn A. Marafioti
                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                  Reorganized Debtors

Exhibit A

Hearing Date:  **January 31, 2008**
Hearing Time:  **10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
Albert L. Hogan, III (AH 8807)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
          In re                           :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05-44481 (RDD)
                                          :
                  Debtors.                :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

### DEBTORS' STATEMENT OF DISPUTED ISSUES WITH RESPECT TO PROOFS OF CLAIM NUMBERS 15679 AND 15681 (FRY'S METALS, INC., A COOKSON ELECTRONICS COMPANY)

("STATEMENT OF DISPUTED ISSUES – FRY'S METALS, INC.")



05444810712040000000000048

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this Statement Of Disputed Issues (the "Statement Of Disputed Issues") With Respect To Proofs Of Claim Numbers 15679 And 15681 filed by Fry's Metals, Inc., a Cookson Electronics Company ("Fry's Metal") and respectfully represent as follows:

<u>Background</u>

1.  On October 8 and 14, 2005 (the "Petition Date"), the Debtors, filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

2.  On July 31, 2006, Fry's Metal filed proof of claim no. 15679 ("Proof of Claim No. 15679") against Delphi.  Proof of Claim No. 15679 asserts an unsecured non-priority claim in the amount of $12,284.59 for the sale of goods ("Claim 15679").

3.  On July 31, 2006, Fry's Metal filed proof of claim no. 15681 ("Proof of Claim No. 15681," together with Proof of Claim No. 15679, the "Proofs of Claim") against DAS LLC.  Proof Of Claim No. 15681 asserts an unsecured non-priority claim in the amount of $58,228.25 for the sale of goods ("Claim 15681," together with Claim 15679, "the Claims").

4.  On May 22, 2007, the Debtors objected to the Claims pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims And Untimely Tax Claim, And (D) Claims

2

Subject To Modification, Tax Claims Subject to Modification, And Modified Claims Asserting

Reclamation (Docket No. 7999) (the "Fifteenth Omnibus Claims Objection").

        5.      On June 18, 2007, Fry's Metal filed Fry's Metals, Inc., A Cookson

Electronics Company's Response To Debtors' Fifteenth Omnibus Claims Objection (Docket No.

8317) (the "Response").

Disputed Issues

A.    <u>Delphi And DAS LLC Do Not Owe Fry's Metal The Amount Asserted In The Proofs Of
Claim</u>

        6.      Fry's Metal asserts in the Proofs of Claim that Delphi and DAS LLC owe

Fry's Metal a total of $70,512.84 for goods sold.  Delphi and DAS LLC have reviewed the

information attached to the Proofs of Claim and the Response and dispute the amount asserted in

the Claims.

        7.      <u>Wire Payments</u>.  During the weeks before the Petition Date, the Debtors

implemented advance payment agreements to numerous vendors to ensure a continuous supply

of parts and services.  As such, delays and backlogs developed in the process used to post wire

transfers to Delphi's and DAS LLC's main accounts payable system, which is called the

Disbursement Analysis Control and Online Reporting System (or DACOR System).  The

DACOR System is used to pay all of Delphi's and DAS LLC's vendors as well as maintain all

payable records.  Additionally, the DACOR System distributes approvals to users, generates

checks, prepares payment vouchers that are sent to vendors, automates journal entries and inputs

those entries into the general ledger, and automates account distributions.  The DACOR System

will deduct advance payments from ordinary course payments if the advances are posted in time.

In some instances, the delays in the DACOR System prevented wire transfer advances from

3

being posted to the DACOR System before the invoices came due.  Here, the Debtors' records

show that the amounts asserted in the Claims were not only paid in full, but in fact, Delphi and

DAS LLC overpaid the amount owed to the Fry's Metal.  Moreover, Delphi and DAS LLC are

entitled to a credit in the amount of $76,385.97 towards postpetition shipments for wire transfers

exceeding the balance owed to Fry's Metal.

        8.     After taking into account the above-referenced deductions to the Proof of

Claim, the Debtors reconciled the Proof of Claim as illustrated in the following chart:

| Claimant's Asserted Amount | | $70,512.84 |
|---|---|---|
| Modifications | Paid Invoices | ($70,512.84) |
| | Overpayment | ($76,385.97) |
| Reconciled Amount | | ($76,385.97) |

<u>Reservation Of Rights</u>

        9.     This Statement Of Disputed Issues is submitted by the Debtors pursuant to

paragraph 9(d) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims

(Docket No. 6089) (the "Claims Objection Procedures Order").  Consistent with the provisions

of the Claims Objection Procedures Order, the Debtors' submission of this Statement Of

Disputed Issues is without prejudice to (a) the Debtors' right to later identify and assert additional

legal and factual bases for disallowance, expungement, reduction, or reclassification of the

Claim(s) and (b) the Debtors' right to later identify additional documentation supporting the

disallowance, expungement, reduction, or reclassification of the Claim(s).

WHEREFORE the Debtors respectfully request that this Court enter an order (a) disallowing and

expunging the Proofs of Claim in their entirety, (b) granting the Debtors a credit in the amount of

$76,385.97 towards postpetition shipments, and (c) granting the Debtors such other and further

relief as is just.


Dated: New York, New York
      December 4, 2007

                        SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP


                    By:    /s/ John Wm. Butler, Jr.
                          John Wm. Butler, Jr. (JB 4711)
                          Albert L. Hogan, III (AH 8807)
                          John K. Lyons (JL 4951)
                          Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                    - and -


                    By:    /s/ Kayalyn A. Marafioti
                          Kayalyn A. Marafioti (KM 9632)
                          Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York  10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                     Debtors and Debtors-in-Possession

5