SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp.  Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS AND MARYBETH CUNNINGHAM WITHDRAWING PROOF OF
<u>ADMINISTRATIVE EXPENSE CLAIM NUMBER 18422</u>

(MARYBETH CUNNINGHAM)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Marybeth Cunningham (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Marybeth Cunningham Withdrawing Proof Of Administrative Expense Claim Number 18422 (Marybeth Cunningham) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 13, 2009, the Claimant filed proof of administrative expense claim number 18422 against Delphi, which asserts an administrative claim in the amount of $730,842.60 (the "Claim") stemming from certain benefits under the Delphi Corporation Supplemental Executive Retirement Program, which became effective as of October 7, 2009 (the "SERP Plan").

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors. In connection with the consummation of the Modified Plan, Delphi emerged from chapter 11 as DPH Holdings Corp.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

2

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6.

WHEREAS, on October 15, 2009, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984) (the "Thirty-Seventh Omnibus Claims Objection").

WHEREAS, on November 11, 2009, the Claimant filed the Response Of Marybeth Cunningham To Objection To Claim No. 18422 (Docket No. 19061) (the "Response").

WHEREAS, in light of certain acknowledgments received by the Claimant with respect to the monthly payments owing to the Claimant under the SERP Plan, and to resolve the Thirty-Seventh Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Debtors and the Claimant agreed that the Claim should be withdrawn.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

1. The Claim is hereby withdrawn.

2. The Response is hereby deemed withdrawn.

3. This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 15th day of June, 2010

/s/Robert D. Drain

UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Alan J. Schwartz |
|---|---|
| John Wm. Butler, Jr. | Howard S. Sher |
| John K. Lyons | Alan J. Schwartz |
| Ron E. Meisler | JACOB & WEINGARTEN, P.C. |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 2301 W. Big Beaver |
| 155 North Wacker Drive | Suite 777 |
| Chicago, Illinois  60606 | Troy, Michigan 48084 |

- and -

Kayalyn A. Marafioti
Four Times Square        Attorneys for Marybeth Cunningham
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

4