**Hearing Date and Time:  June 30, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Supplemental Response Date and Time:  June 28, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :
      In re                     :    Chapter 11
                          :
DPH HOLDINGS CORP., et al.,    :    Case Number 05-44481 (RDD)
                          :
                          :    (Jointly Administered)
        Reorganized Debtors.    :
                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSE OF
CLAIMANT TO REORGANIZED DEBTORS' OBJECTION TO PROOF OF
ADMINISTRATIVE EXPENSE CLAIM NUMBER 18727 FILED BY ALEGRE, INC.

("SUPPLEMENTAL REPLY REGARDING
ALEGRE, INC. CLAIM")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors") hereby submit the Reorganized Debtors' Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objection To Proof of Administrative Expense Claim Number 18727 Filed By Alegre, Inc. (the "Supplemental Reply"), and respectfully represent as follows:

A.    Preliminary Statement

1.    On October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its affiliates (the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

2.    On October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

3.    On June 2, 2010, the Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214) (the "Sufficiency Hearing Notice").

4.    The Reorganized Debtors filed the Sufficiency Hearing Notice and are filing this Supplemental Reply to implement Article 9.6(a) of the Modified Plan, which provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to,

2

compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and

making distributions (if any) with respect to all Claims and Interests."  Modified Plan, art. 9.6(a).

5.    By the Sufficiency Hearing Notice and pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089)

(the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And

503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested

Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), and the Eleventh

Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered April

5, 2010 (Docket No. 19776), the Reorganized Debtors scheduled a hearing (the "Sufficiency

Hearing") on June 30, 2010 at 10:00 a.m. (prevailing Eastern time) in this Court to address the

legal sufficiency of each proof of claim filed by the claimants listed on Exhibit A to the

Sufficiency Hearing Notice and whether each such proof of claim states a colorable claim against

the asserted Debtor.

6.    This Supplemental Reply is filed pursuant to paragraph 9(b)(i) of the Claims

Objection Procedures Order.  Pursuant to paragraph 9(b)(ii) of the Claims Objection Procedures

Order, if a Claimant wishes to file a supplemental pleading in response to this Supplemental

Reply, the Claimant shall file and serve its response no later than two business days before the

scheduled Sufficiency Hearing – i.e., by **June 28, 2010.**

B.    <u>Relief Requested</u>

7.    By this Supplemental Reply, the Reorganized Debtors request entry of an order disallowing and expunging proof of administrative expense claim number 18727 because it asserts an administrative expense claim for certain prepetition reclamation claims.

C.    <u>The Claim Filed Against The Debtors</u>

8.    During their review of administrative expense claims the Reorganized Debtors determined that a certain administrative expense claim attempts to assert an administrative expense for prepetition reclamation claims which have already been allowed as a general unsecured non-priority claim.  Accordingly, this Court should enter an order disallowing and expunging the administrative expense claim in its entirety.

9.    On July 9, 2009, Alegre, Inc. ("Alegre" or the "Claimant") filed proof of administrative expense claim number 18727 (the "Claim") asserting an administrative claim in the amount of $190,941.72 against Delphi stemming from alleged liabilities for goods sold.

10. <u>The Reorganized Debtors' Objections To The Claims</u>. On January 22, 2010, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Forty-Third Omnibus Claims Objection") on the grounds that such claim was not reflected on the Reorganized Debtors' books and records.

4

11. <u>Response To The Reorganized Debtors' Objection</u>.  On February 18, 2010, the Claimant filed the Response of Alegre, Inc. To The Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19502), in which Alegre asserts that it is still owed $172,941.71 in connection with the Claim and will provide support for its position that it is entitled to administrative priority (the "Response").

12. <u>The Sufficiency Hearing Notice</u>.  Pursuant to the Claims Objection Procedures Order, the hearing on the Reorganized Debtors' objection to the Claim was adjourned to a future date.  On June 2, 2010, the Reorganized Debtors filed the Sufficiency Hearing Notice with respect to the Claim, among other proofs of claim and administrative expense claims, scheduling the Sufficiency Hearing.

D.    <u>Claimants' Burden Of Proof And Standard For Sufficiency Of Claim</u>

13. The Reorganized Debtors respectfully submit that the Claim fails to state a claim against the Debtors under rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  The Claimant has not proved any facts to support a right to payment by the Reorganized Debtors on behalf of the Debtors.  Accordingly, the Reorganized Debtors' objection to the Claim should be sustained and the Claim should be disallowed and expunged in its entirety.

14. The burden of proof to establish a claim against the Debtors rests on the claimants and, if a proof of claim does not include sufficient factual support, such proof of claim is not entitled to a presumption of <u>prima facie</u> validity pursuant to Bankruptcy Rule 3001(f).  <u>In re Spiegel, Inc.</u>, No. 03-11540, 2007 WL 2456626, at *15 (Bankr. S.D.N.Y. August 22, 2007) (the claimant always bears the burden of persuasion and must initially allege facts sufficient to support the claim); <u>see also</u> <u>In re WorldCom, Inc.</u>, No. 02-13533, 2005 WL 3832065, at *4 (Bankr. S.D.N.Y. Dec. 29, 2005) (only a claim that alleges facts sufficient to support legal

5

liability to claimant satisfies claimant's initial obligation to file substantiated proof of claim); <u>In re Allegheny Int'l., Inc.</u>, 954 F.2d 167, 173 (3d Cir. 1992) (in its initial proof of claim filing, claimant must allege facts sufficient to support claim); <u>In re Chiro Plus, Inc.</u>, 339 B.R. 111, 113 (Bankr. D.N.J. 2006) (claimant bears initial burden of sufficiently alleging claim and establishing facts to support legal liability); <u>In re Armstrong Finishing, L.L.C.</u>, No. 99-11576-C11, 2001 WL 1700029, at *2 (Bankr. M.D.N.C. May 2, 2001) (only when claimant alleges facts sufficient to support its proof of claim is it entitled to have claim considered <u>prima</u> <u>facie</u> valid); <u>In re United Cos. Fin. Corp.</u>, 267 B.R. 524, 527 (Bankr. D. Del. 2000) (claimant must allege facts sufficient to support legal basis for its claim to have claim make <u>prima</u> <u>facie</u> case).

15. For purposes of sufficiency, this Court has determined that the standard of whether a claimant has met its initial burden of proof to establish a claim should be similar to the standard employed by courts in deciding a motion to dismiss under Bankruptcy Rules 7012 and 9014. <u>See</u> Transcript of January 12, 2007 Hearing (Docket No. 7118) (the "January 12, 2007 Transcript") at 52:24-53:1. Pursuant to that standard, a motion to dismiss should be granted "if it plainly appears that the nonmovant 'can prove no set of facts in support of his claim which would entitle him to relief.'" <u>In re Lopes</u>, 339 B.R. 82, 86 (Bankr. S.D.N.Y. 2006) (<u>quoting</u> <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 (1957)). Essentially, the claimant must provide facts that sufficiently support a legal liability against the Debtors.

16. This Court further established that the sufficiency hearing standard is consistent with Bankruptcy Rule 3001(f), which states that "a proof of claim executed and filed in accordance with <u>these Rules</u> shall constitute <u>prima</u> <u>facie</u> evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f) (emphasis added). Likewise, Bankruptcy Rule 3001(a) requires that "the proof of claim must be consistent with the official form" and Bankruptcy Rule

6

3001(c) requires "evidence of a writing if the claim is based on a writing."  Fed. R. Bankr. P.

3001(a), (c).  See January 12, 2007 Transcript at 52:17-22.

E.    Argument Regarding The Claim

17.    On July 28, 2006, the Claimant filed proof of claim number 12193

("Claim 12193"), which asserted (i) a priority claim in the amount of $190,941.71[1] against

Delphi Automotive Systems LLC ("DAS LLC") and (ii) a general unsecured claim in the amount

of $2,382,040.18 against DAS LLC.  Claim 12193 was modified to (i) a priority claim in the

amount of $20,154.39 against DAS LLC and (ii) a general unsecured non-priority claim in the

amount of  $2,191,098.47 against DAS LLC pursuant to this Court's Order Pursuant To 11 U.S.C.

§ 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended

Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And

(D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim

Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus

Claims Objection (Docket No. 12363) (the "Twenty-Fourth Omnibus Claims Objection Order,"

relevant portions attached hereto as Exhibit A).

18.    Moreover, Alegre attached a summary to Claim 12193, in which it asserts

that its reclamation claim in the amount of $190,941.72, which was modified to the amount of

$20,154.39 pursuant to the Twenty-Fourth Omnibus Claims Objection Order (the "Reclamation

Claim"), is entitled to administrative expense priority.  However, pursuant to this Court's Order

Under 11 U.S.C. § 546(c) And Amended Reclamation Procedures Order Classifying

Reclamation Claims As General Unsecured Nonpriority Claims For All Purposes (Docket No.

18312) (the "Order Determining Reclamation Claims" attached hereto as Exhibit B), the

---

[1]    This is the same amount that is asserted in proof of administrative expense claim number 18727.

Reclamation Claim was reclassified as a general unsecured non-priority claim.  Proof of

administrative expense claim number 18727 asserts the full $190,941.72 in an attempt to gain

administrative expense priority for the Reclamation Claim that has already been (i) modified in

amount pursuant to this Court's Twenty-Fourth Omnibus Claims Objection Order and (ii)

reclassified pursuant to this Court's Order Determining Reclamation Claims.

19.    Accordingly, the Reorganized Debtors assert that (a) Alegre has not met

its burden of proof to establish a claim against in Reorganized Debtors, (b) administrative

expense claim numbers 18727 is not entitled to a presumption of prima facie validity pursuant to

Bankruptcy Rule 3001(f), and (c) the Claim fails to state a claim against the Reorganized

Debtors under Bankruptcy Rule 7012.  Because Alegre cannot provide facts or law supporting

the Claim, the Forty-Third Omnibus Claims Objection should be sustained as to administrative

expense claim number 18727, and the Claim should be disallowed and expunged in its entirety.

WHEREFORE the Reorganized Debtors respectfully request this Court enter an order (a) sustaining the objection with respect to proof of administrative expense claim number 18727, (b) disallowing and expunging proof of administrative expense claim number 18727 in its entirety, and (c) granting such further and other relief this Court deems just and proper.

Dated:    New York, New York
          June 18, 2010

                         SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP


                         By:   /s/ John Wm. Butler, Jr.
                               John Wm. Butler, Jr.
                               John K. Lyons
                               Ron E. Meisler
                         155 North Wacker Drive
                         Chicago, Illinois 60606

                               - and -


                         By:   /s/ Kayalyn A. Marafioti
                               Kayalyn A. Marafioti
                         Four Times Square
                         New York, New York 10036

                         Attorneys for DPH Holdings Corp., et al.,
                            Reorganized Debtors

Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                    :

      In re                    :       Chapter 11

                         :

DELPHI CORPORATION, et al.,     :       Case No. 05-44481 (RDD)

                         :

              Debtors.     :       (Jointly Administered)

                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 DISALLOWING
AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D)
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO
<u>PRIOR ORDER IDENTIFIED IN TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION</u>

("TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION ORDER")

          Upon the Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected

On Debtors Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification,

Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To

Prior Order, dated December 21, 2007 (the "Twenty-Fourth Omnibus Claims Objection"),[1] of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of

the hearing held on the Twenty-Fourth Omnibus Claims Objection; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Fourth Omnibus Claims Objection.


0544481080125000000000018

IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.      Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B, C, D-1, D-2, and D-3 hereto was properly and timely served with a copy of the Twenty-Fourth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Fourth Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Fourth Omnibus Claims Objection.  No other or further notice of the Twenty-Fourth Omnibus Claims Objection is necessary.

B.      This Court has jurisdiction over the Twenty-Fourth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Fourth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Fourth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.      The Claims listed on Exhibit A hereto under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.      The Claims listed on Exhibit B hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

E.      The Claims listed on Exhibit C hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

F.      The Claims listed on Exhibit D-1 hereto (a) state the incorrect amount or are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

G.      The Claims listed on Exhibit D-2 hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

H.      The Claim listed on Exhibit D-3 hereto was modified pursuant to a prior order and states the incorrect amount (the "Claim Subject To Modification That Is Subject To Prior Order").

I.      The relief requested in the Twenty-Fourth Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

3

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.       Each "Claim To Be Expunged" listed on Exhibit A hereto is hereby

disallowed and expunged in its entirety.  Each Claim identified on Exhibit A hereto as the

"Surviving Claim" shall remain on the Debtors' claims register, but shall remain subject to future

objection by the Debtors and other parties-in-interest.

2.       Each Books And Records Claim listed on Exhibit B hereto is hereby

disallowed and expunged in its entirety.

3.       Each Untimely Claim listed on Exhibit C hereto is hereby disallowed and

expunged in its entirety.

4.       Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit D-1 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit D-1 hereto shall be entitled to (a) recover

for any Claim Subject To Modification in an amount exceeding the dollar value listed as the

"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that

listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case

number is not listed in the "Claim As Modified" column on Exhibit D-1 hereto, subject to the

Debtors' right to further object to each such Claim Subject To Modification.  The Claims Subject

To Modification shall remain on the claims register, and shall remain subject to future objection

by the Debtors and other parties-in-interest.

5.       Each "Claim As Docketed" amount, classification, and Debtor listed on

Exhibit D-2 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the

"Claim As Modified."  No Claimant listed on Exhibit D-2 shall be entitled to (a) recover for any

4

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on Exhibit D-2 hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-2 hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

6.    The "Claim As Docketed" amount, classification, and Debtor listed on Exhibit D-3 hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  The Claimant listed on Exhibit D-3 hereto shall not be entitled to (a) recover for the Claim Subject To Modification That Is Subject To Prior Order in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert the Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on Exhibit D-3 hereto, subject to the Debtors' right to further object to the Claim Subject To Modification That Is Subject To Prior Order.  The Claim Subject To Modification That Is Subject To Prior Order shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.    For clarity, Exhibit F hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on Exhibits D-1, D-2, and D-3 and Exhibit G sets forth each of the Claims referenced on Exhibits A, B, C, D-1, D-2,

and D-3 in alphabetical order by claimant and cross-references each such Claim by proof of

claim number and basis of objection.

8.    With respect to each Claim for which a Response to the Twenty-Fourth

Omnibus Claims Objection has been filed and served, and which has not been resolved by the

parties, all of which Claims are listed on Exhibits E-1, E-2, E-3, and E-4 hereto, the hearing

regarding the objection to such Claims shall be adjourned to a future date to be noticed by the

Debtors consistent with and subject to the Claims Objection Procedures Order; provided,

however, that such adjournment shall be without prejudice to the Debtors' right to assert that any

such Responses were untimely or otherwise deficient under the Claims Objection Procedures

Order.

9.    Entry of this order is without prejudice to the Debtors' right to object, on

any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to

Claims that are the subject of the Twenty-Fourth Omnibus Claims Objection.

10.    Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any Claim asserted against any of the Debtors.

11.    This Court shall retain jurisdiction over the Debtors and the holders of

Claims subject to the Twenty-Fourth Omnibus Claims Objection to hear and determine all

matters arising from the implementation of this order.

12.    Each of the objections by the Debtors to each Claim addressed in the

Twenty-Fourth Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D-1, D-2, D-

3, E-1, E-2, E-3, and E-4 constitutes a separate contested matter as contemplated by Fed. R.

Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is

the subject of the Twenty-Fourth Omnibus Claims Objection.  Any stay of this order shall apply

6

only to the contested matter which involves such Claim and shall not act to stay the applicability

or finality of this order with respect to the other contested matters covered hereby.

13.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

14.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Fourth Omnibus

Claims Objection.


Dated: New York, New York
       January 25, 2008


                            /s/Robert D. Drain
                            UNITED STATES BANKRUPTCY JUDGE

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Twenty-Fourth Omnibus Claims Objection

## EXHIBIT D-2 – MODIFIED CLAIMS ASSERTING RECLAMATION

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED | | | | CLAIM AS MODIFIED | | | |
|---|---|---|---|---|---|---|---|---|
| | | Case Number* | Secured | Priority | Unsecured | Case Number* | Secured | Priority | Unsecured |
| **Claim: 11413**<br>Date Filed: 07/27/2006<br>Docketed Total: $617,679.20<br>Filing Creditor Name and Address:<br>ACCURATE THREADED FASTENERS INC ATF INC<br>SACHNOFF & WEAVER LTD<br>105 WACKER DR<br>CHICAGO, IL 60606-7507 | Claim Holder Name and Address<br><br>ACCURATE THREADED FASTENERS INC ATF INC<br>SACHNOFF & WEAVER LTD<br>105 WACKER DR<br>CHICAGO, IL 60606-7507<br><br>Docketed Total: $617,679.20 | 05-44481 | | Priority<br><br>$617,679.20<br>$617,679.20 | Unsecured | 05-44640 | Secured | Modified Total: $550,000.00<br><br>$71,376.60<br>$71,376.60 | $478,623.40<br>$478,623.40 |
| **Claim: 11099**<br>Date Filed: 07/26/2006<br>Docketed Total: $173,734.07<br>Filing Creditor Name and Address:<br>AFFINIA CANADA CORP HFT<br>ATTN C MENDELITAN<br>C O AFFINIA GROUP INC<br>1101 TECHNOLOGY DR NO 100<br>ANN ARBOR, MI 48108 | Claim Holder Name and Address<br><br>SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD<br>TWO GREENWICH PLZ 1ST FL<br>GREENWICH, CT 06830<br><br>Docketed Total: $173,734.07 | 05-44481 | | $173,734.07<br>$173,734.07 | | 05-44640 | | Modified Total: $44,511.79<br><br>$10,000.00<br>$10,000.00 | $34,511.79<br>$34,511.79 |
| **Claim: 12193**<br>Date Filed: 07/28/2006<br>Docketed Total: $2,382,040.18<br>Filing Creditor Name and Address:<br>ALEGRE INC<br>3103 W TECH RD<br>MIAMISBURG, OH 45342 | Claim Holder Name and Address<br><br>ALEGRE INC<br>3103 W TECH RD<br>MIAMISBURG, OH 45342<br><br>Docketed Total: $2,382,040.18 | 05-44640 | | $190,941.72<br>$190,941.72 | $2,191,098.46<br>$2,191,098.46 | 05-44640 | | Modified Total: $351,963.62<br><br>$20,154.39<br>$20,154.39 | $331,809.23<br>$331,809.23 |

*See Exhibit F for a listing of debtor entities by case number.

Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
              In re                                       :    Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :    Case No. 05-44481 (RDD)
                                                          :
                                  Debtors.                :    (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 546(c) AND AMENDED RECLAMATION
PROCEDURES ORDER CLASSIFYING RECLAMATION CLAIMS AS
GENERAL UNSECURED NONPRIORITY CLAIMS FOR ALL PURPOSES

("ORDER DETERMINING RECLAMATION CLAIMS")

Upon the expedited motion, dated June 5, 2009 (the "Motion"), of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), for an order pursuant to 11 U.S.C. § 546 and the Second

Amended And Restated Final Order Under 11 U.S.C. §§ 362, 503, And 546 And Fed. R. Bankr. P.

9019 Establishing Procedures For Treatment Of Reclamation Claims (Docket No. 10409)

classifying reclamation claims identified in Exhibit A attached hereto (the "Reclamation Claims")

as general unsecured nonpriority claims for all purposes, including for purposes of voting and

distribution under any plan of reorganization; and upon the record of the hearing held on the

Motion June 16, 2009 (the "Hearing"); and the Court being satisfied that the settlement of the

proposed order on the holders of Reclamation Claims as required by the Court at the Hearing has

complied with Fed. R. Bankr. P. 3007(e) and provided due and sufficient notice (which was the

only reason the Court required settlement of the proposed order – and not, in particular, to provide



0544481090715000000000530

holders of Reclamation Claims who had actual notice of the Motion an opportunity to reargue the

Motion); and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      This Court has core jurisdiction over these chapter 11 cases and the parties and

property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334.  Venue of this proceeding

and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The Motion is granted in its entirety.

3.      The Reclamation Claims shall be classified as general unsecured nonpriority

claims for all purposes, including for purposes of voting and distribution under any plan of

reorganization of the Debtors.

4.      This Court shall retain jurisdiction to hear and determine any and all matters

arising from the implementation of this order.

Dated:   New York, New York
         July 15, 2009

                         /s/Robert D. Drain
                         _____

                         UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 27 | Alcoa Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Unresolved | 10/10/2005 | n/a | $ 2,760,429.64 | $ 492,799.17 |
| 32 | PBR Columbia L.L.C. | PBR COLUMBIA LLC | Unresolved | 10/10/2005 | n/a | $ 1,043,145.33 | $ 1,780.09 |
| 75 | PBR Knoxville LLC | SPECIAL SITUATIONS INVESTING GROUP INC | Unresolved | 10/10/2005 | n/a | $ 3,443,149.25 | $ - |
| 109 | AFL Automotive L.P. | AFL AUTOMOTIVE LP TEXAS LIMITED PARTNERSHIP/SPCP GROUP LLC | Unresolved | 10/11/2005 | n/a | $ 373,129.95 | $ 51,983.34 |
| 110 | AVON AUTOMOTIVE, INC. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | Unresolved | 10/11/2005 | n/a | $ 715,820.17 | $ 96,919.23 |
| 317 | Citation Corporation | JP MORGAN CHASE BANK | Unresolved | 10/12/2005 | n/a | $ 543,312.80 | $ 72,015.84 |
| 337 | Yazaki North America, Inc. | YAZAKI NORTH AMERICA INC | Unresolved | 10/11/2005 | n/a | $ 555,103.78 | $ 11,357.23 |
| 372 | Ideal Tool Co. Inc. | SOL - IDEAL TOOL CO INC | Unresolved | 10/14/2005 | n/a | $ 630,913.33 | $ 118,258.54 |
| 383 | Coherent, Inc. | LONGACRE MASTER FUND LTD | Unresolved | 10/13/2005 | n/a | $ 202,500.00 | $ 202,500.00 |
| 529 | Siemens VDO Automotive Corporation | GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC | Unresolved | 10/17/2005 | n/a | $ 5,186,958.58 | $ 217,346.39 |
| 713 | Phillips & Temro Industries Inc. | PHILLIPS & TEMRO INDUSTRIES LTD | Unresolved | 10/21/2005 | n/a | $ 104,732.46 | $ - |
| 750 | Foreman Tool & Mold Corporation | SOL - FOREMAN TOOL & MOLD CORP/ STONEHILL INSTITUTIONAL PARTNERS LP | Unresolved | 10/17/2005 | n/a | $ 131,194.96 | $ 27,713.06 |
| 763 | Textron Fastening Systems | GOLDMAN SACHS CREDIT PARTNERS LP | Unresolved | 10/23/2005 | n/a | $ 2,803,310.85 | $ 65,958.81 |
| 842 | Trans Tron, Ltd., Inc. | BEAR STEARNS INVESTMENT PRODUCTS INC | Unresolved | 10/11/2005 | n/a | $ 301,669.56 | $ 9,609.15 |
| 847 | Textron Fastening Systems | GOLDMAN SACHS CREDIT PARTNERS LP | Unresolved | 10/26/2005 | n/a | $ 6,951.33 | $ 40.65 |
| 1 | Small Parts | SMALL PARTS INC | Resolved | 10/04/2005 | $ 32,169.54 | n/a | n/a |
| 5 | S&Z Tool and Die Co., INC | LIQUIDITY SOLUTIONS INC | Resolved | 10/08/2005 | $ 111,882.90 | n/a | n/a |
| 6 | S/Z Rolmex, S. de R.L. de C.V. | LIQUIDITY SOLUTIONS INC | Resolved | 10/08/2005 | $ 4,000.00 | n/a | n/a |
| 7 | Trostel, Ltd | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTEL LTD | Resolved | 10/09/2005 | $ 16,194.53 | n/a | n/a |
| 8 | Steel Technologies, Inc | STEEL TECHNOLOGIES INC | Resolved | 10/08/2005 | $ 52,310.89 | n/a | n/a |
| 10 | Hitachi Chemical (Singapore) Pte. Ltd. | HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA-PACIFIC PTE LTD | Resolved | 10/10/2005 | $ 219,986.79 | n/a | n/a |
| 11 | ARC Automotive, Inc. | ARC AUTOMOTIVE INC | Resolved | 10/10/2005 | $ 218,571.21 | n/a | n/a |
| 12 | U.S. Micro Company | US MICRO COMPANY | Resolved | 10/10/2005 | $ 6,000.00 | n/a | n/a |
| 13 | Material Sciences Corporation | MATERIAL SCIENCES CORPORATION | Resolved | 10/10/2005 | $ 39,830.12 | n/a | n/a |
| 16 | Curtis Screw Company, LLC | MADISON NICHE OPPORTUNITIES LLC | Resolved | 10/10/2005 | $ 52,906.09 | n/a | n/a |
| 18 | Unifrax Corporation | UNIFRAX CORPORATION | Resolved | 10/10/2005 | $ 25,878.10 | n/a | n/a |
| 21 | Novelis Corporation | CONTRARIAN FUNDS LLC | Resolved | 10/10/2005 | $ 33,090.25 | n/a | n/a |
| 22 | Wellman, Inc. | WELLMAN INC | Resolved | 10/10/2005 | $ 28,575.50 | n/a | n/a |
| 24 | GKN Sinter Metals | DEUTSCHE BANK SECURITIES INC. | Resolved | 10/10/2005 | $ 32,312.82 | n/a | n/a |
| 25 | Flow Dry Technology Ltd. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | Resolved | 10/10/2005 | $ 42,727.58 | n/a | n/a |
| 26 | PTI Engineered Plastics, Inc. | ARGO PARTNERS | Resolved | 10/10/2005 | $ 620.00 | n/a | n/a |
| 35 | HK Metalcraft Mfg Corp. | HK METAL CRAFT MFG CORP | Resolved | 10/10/2005 | $ 1,525.05 | n/a | n/a |
| 38 | NEC Electronics America, Inc. | JPMORGAN CHASE BANK NA | Resolved | 10/08/2005 | $ 3,424,138.98 | n/a | n/a |
| 40 | Judd Wire, Inc. | JP MORGAN CHASE BANK | Resolved | 10/09/2005 | $ 232,871.66 | n/a | n/a |
| 41 | Hammond Group, Inc. | LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC | Resolved | 10/10/2005 | $ 15,397.30 | n/a | n/a |
| 45 | SKF USA, INC. | SKF USA INC | Resolved | 10/10/2005 | $ 85,147.45 | n/a | n/a |
| 47 | Victory Packaging | VICTORY PACKAGING LP | Resolved | 10/08/2005 | $ 658,509.45 | n/a | n/a |
| 49 | HK Metal Craft Manufacturing Corp. | HK METAL CRAFT MANUFACTURING CORP | Resolved | 10/10/2005 | $ 572.00 | n/a | n/a |
| 50 | HK Metalcraft Manufacturing Corporation-Packard | HK METAL CRAFT MANUFACTURING CORP | Resolved | 10/10/2005 | $ 3,850.28 | n/a | n/a |
| 51 | Thaler Machine Company | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 31,412.25 | n/a | n/a |
| 52 | Select Industries Corp. | SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP | Resolved | 10/08/2005 | $ 20,736.60 | n/a | n/a |
| 53 | INA USA Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | Resolved | 10/10/2005 | $ 233,212.96 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 54 | Robin Mexicana, S. de R.L. de C.V. | ROBIN MEXICANA S DE RL DE CV | Resolved | 10/10/2005 | $ 47,982.69 | n/a | n/a |
| 55 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 81,341.20 | n/a | n/a |
| 56 | Robin Industries | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 58,220.01 | n/a | n/a |
| 57 | Valeo Switches & Detection Systems, Inc | VALEO SWITCHES AND DETECTION SYSTEMS INC | Resolved | 10/10/2005 | $ 1,653.86 | n/a | n/a |
| 61 | Eagle Picher Automotive | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 20,001.80 | n/a | n/a |
| 62 | Integrated Logistics Solutions | INTEGRATED LOGISTICS SOLUTIONS | Resolved | 10/10/2005 | $ 1,057.80 | n/a | n/a |
| 68 | FAG Automotive | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC | Resolved | 10/10/2005 | $ 80,774.09 | n/a | n/a |
| 69 | Angeli-Demmel North America | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 13,807.69 | n/a | n/a |
| 70 | Telefex, Incorporated | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/10/2005 | $ 57,003.23 | n/a | n/a |
| 71 | Carolina Forge Co. LLC | JPMORGAN CHASE BANK NA | Resolved | 10/11/2005 | $ 197,519.25 | n/a | n/a |
| 72 | Meadville Forging Co | JPMORGAN CHASE BANK NA | Resolved | 10/10/2005 | $ 213,681.48 | n/a | n/a |
| 73 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 5,830.84 | n/a | n/a |
| 76 | Ken-Mac Metals | HAIN CAPITAL INVESTORS LLC | Resolved | 10/10/2005 | $ 55,022.63 | n/a | n/a |
| 82 | American & Efird | AMROC INVESTMENTS LLC | Resolved | 10/10/2005 | $ 8,323.61 | n/a | n/a |
| 83 | Prestolite Wire Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION | Resolved | 10/10/2005 | $ 16,141.07 | n/a | n/a |
| 90 | Cascade Die Casting Group, Inc | CASCADE DIE CASTING GROUP | Resolved | 10/10/2005 | $ 11,105.86 | n/a | n/a |
| 93 | ChicagoRivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 2,135.36 | n/a | n/a |
| 95 | Parkview Metal Products Inc | PARKVIEW METAL PRODUCTS INC | Resolved | 10/10/2005 | $ 17,050.64 | n/a | n/a |
| 96 | Strattec Security Corp | CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP | Resolved | 10/10/2005 | $ 43,124.50 | n/a | n/a |
| 97 | TRANS-MATIC MFG Co Inc | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/10/2005 | $ 6,207.62 | n/a | n/a |
| 98 | Quality Synthetic Rubber Inc | QUALITY SYNTHETIC RUBBER INC | Resolved | 10/11/2005 | $ 187,197.76 | n/a | n/a |
| 99 | Rohm Electronics USA LLC | ROHM ELECTRONICS USA LLC | Resolved | 10/10/2005 | $ 107,101.70 | n/a | n/a |
| 100 | 3M Company | 3M COMPANY | Resolved | 10/11/2005 | $ 34,337.94 | n/a | n/a |
| 102 | CTS Corp | CTS CORPORATION | Resolved | 10/11/2005 | $ 28,261.53 | n/a | n/a |
| 104 | Pridgeon & Clay, Inc. | PRIDGEON & CLAY INC | Resolved | 10/10/2005 | $ 54,023.95 | n/a | n/a |
| 105 | Park-Ohio Products, Inc. | PARK OHIO PRODUCTS INC | Resolved | 10/11/2005 | $ 45,060.80 | n/a | n/a |
| 108 | Engineered Plastic Components | AFL AUTOMOTIVE LP TEXAS LIMITED PARTNERSHIP/AFL AUTOMOTIVE LIMITED PARTNERSHIP MICHIGAN LIMITED PARTNERSHIP/SPCP GROUP LLC | Resolved | 10/12/2005 | $ 234,212.10 | n/a | n/a |
| 111 | Magnesium Aluminum Corporation | AMROC INVESTMENTS LLC | Resolved | 10/11/2005 | $ 36,684.88 | n/a | n/a |
| 112 | Fawn Industries | FAWN PLASTICS CO INC | Resolved | 10/11/2005 | $ 26,190.18 | n/a | n/a |
| 120 | OSRAM Opto Semiconductors Inc | OSRAM OPTO SEMICONDUCTORS INC | Resolved | 10/11/2005 | $ 88,989.40 | n/a | n/a |
| 122 | Brazeway, Inc | JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC | Resolved | 10/11/2005 | $ 101,905.91 | n/a | n/a |
| 123 | J&F Steel LLC/Ryerson Tull | JOSEPH T RYERSON & SON INC | Resolved | 10/10/2005 | $ 4,903.55 | n/a | n/a |
| 124 | Valeo Wiper Systems | VALEO ELECTRICAL SYSTEMS INC-WIPERS DIVISION | Resolved | 10/12/2005 | $ 8,518.50 | n/a | n/a |
| 125 | Valeo | VALEO CLIMATE CONTROL CORPORATION | Resolved | 10/10/2005 | $ 156,725.41 | n/a | n/a |
| 126 | Mubea | MUBEA INC | Resolved | 10/10/2005 | $ 132,206.98 | n/a | n/a |
| 128 | MTD Technologies | CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES LLC | Resolved | 10/12/2005 | $ 16,294.70 | n/a | n/a |
| 130 | Republic Engineered Products, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/10/2005 | $ 305,961.91 | n/a | n/a |
| 131 | Sony Electronics Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 12,250.00 | n/a | n/a |
| 135 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 4,266.38 | n/a | n/a |
| 136 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 20,668.09 | n/a | n/a |
| 137 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 27,814.26 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 146 | Affinia Canada Corp. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 10,000.00 | n/a | n/a |
| 149 | Sharp Electronics Corporation | LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | Resolved | 10/11/2005 | $ 40,000.00 | n/a | n/a |
| 153 | Molex Connector Corporation | TPG CREDIT STRATEGIES FUND LP | Resolved | 10/11/2005 | $ 325,797.70 | n/a | n/a |
| 157 | Cardone Industries, Inc | CARDONE INDUSTRIES INC | Resolved | 10/12/2005 | $ 9,760.00 | n/a | n/a |
| 158 | Muskegon Casting Corp. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 11,566.85 | n/a | n/a |
| 163 | Eaton Corporation | LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORATION | Resolved | 10/10/2005 | $ 107,257.28 | n/a | n/a |
| 165 | Precision Stamping | SPCP GROUP LLC AS ASSIGNEE OF PRECISION DIE & STAMPING INC | Resolved | 10/12/2005 | $ 16,615.31 | n/a | n/a |
| 166 | Johnson Battery Company, Inc. | JOHNSON BATTERY COMPANY INC | Resolved | 10/12/2005 | $ 13,494.00 | n/a | n/a |
| 176 | Lunt Manufacturing Company | STONEHILL INSTITUTIONAL PARTNERS LP | Resolved | 10/11/2005 | $ 10,000.00 | n/a | n/a |
| 178 | Spring Engineering & Manufacturing Corporation | MADISON INVESTMENT TRUST SERIES 38 | Resolved | 10/11/2005 | $ 5,293.69 | n/a | n/a |
| 184 | American Coil Spring Company, Inc. | AMERICAN COIL SPRING COMPANY | Resolved | 10/12/2005 | $ 6,798.05 | n/a | n/a |
| 185 | Hilite International, Inc | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 2,422.72 | n/a | n/a |
| 186 | Milliken & Company | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV/CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | Resolved | 10/11/2005 | $ 202,412.11 | n/a | n/a |
| 188 | Trelleborg Automotive | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 15,865.76 | n/a | n/a |
| 189 | Otto Bock Polyurethane Technologies, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 130,000.00 | n/a | n/a |
| 191 | ATF, Incorporated | ACCURATE THREADED FASTENERS INC ATF INC | Resolved | 10/11/2005 | $ 71,376.60 | n/a | n/a |
| 195 | Engineered Sintered Components - Han Capital Holdings, LLC | HAIN CAPITAL INVESTORS LLC | Resolved | 10/12/2005 | $ 7,443.36 | n/a | n/a |
| 200 | Gobar Systems | GOBAR SYSTEMS INC | Resolved | 10/12/2005 | $ 2,848.88 | n/a | n/a |
| 201 | Fulton Industries, Inc. | FULTON INDUSTRIES INC | Resolved | 10/12/2005 | $ 912.23 | n/a | n/a |
| 203 | CTS of Canada | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 3,103.45 | n/a | n/a |
| 205 | H & L Tool Company, Inc. | H & L TOOL COMPANY INC | Resolved | 10/09/2005 | $ 7,344.65 | n/a | n/a |
| 206 | Wamco, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/11/2005 | $ 63,001.69 | n/a | n/a |
| 207 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/12/2005 | $ 1,553.52 | n/a | n/a |
| 215 | Chicago Rivet & Machine Company | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 1,735.38 | n/a | n/a |
| 217 | Iriso USA, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/12/2005 | $ 58,853.42 | n/a | n/a |
| 218 | GE Thermometrics, Inc. | GE INFRASTRUCTURE SENSING | Resolved | 10/13/2005 | $ 42,903.31 | n/a | n/a |
| 219 | Boyd Corporation | BOYD CORPORATION | Resolved | 10/12/2005 | $ 16,738.79 | n/a | n/a |
| 222 | Elgin Die Mold Company | LIQUIDITY SOLUTIONS INC | Resolved | 10/10/2005 | $ 2,668.00 | n/a | n/a |
| 228 | Illinois Tool Works | Multiple Holders | Resolved | 10/12/2005 | $ 244,697.11 | n/a | n/a |
| 229 | EFTEC North America | EFTEC NORTH AMERICA | Resolved | 10/12/2005 | $ 14,711.99 | n/a | n/a |
| 230 | AMI Industries, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 184.23 | n/a | n/a |
| 232 | Metal Cladding, Inc. | METAL CLADDING INC | Resolved | 10/12/2005 | $ 14,090.99 | n/a | n/a |
| 235 | Assembly System Innovators | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 325.80 | n/a | n/a |
| 239 | Lexington Connector Seals | LEXINGTON RUBBER GROUP INC | Resolved | 10/12/2005 | $ 12,451.81 | n/a | n/a |
| 241 | GE Silicones | GE SILICONES | Resolved | 10/13/2005 | $ 37,338.82 | n/a | n/a |
| 242 | Teleflex Incorporated | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 4,315.42 | n/a | n/a |
| 244 | Cherry GmbH | CHERRY GMBH | Resolved | 10/11/2005 | $ 161,563.08 | n/a | n/a |
| 245 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 11,201.77 | n/a | n/a |
| 247 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 822.47 | n/a | n/a |
| 249 | Lexington Rubber Group | LEXINGTON RUBBER GROUP INC | Resolved | 10/12/2005 | $ 289,859.99 | n/a | n/a |
| 252 | Reliable Casting Corporation | RELIABLE CASTING CORP SIDNEY DIV | Resolved | 10/12/2005 | $ 37,324.15 | n/a | n/a |
| 253 | Master Molded Products Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 21,774.05 | n/a | n/a |
| 254 | CTS Automotive Products | CTS CORPORATION | Resolved | 10/11/2005 | $ 77,431.40 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 255 | SEPR Ceramic Beads and Powders | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 35,310.00 | n/a | n/a |
| 258 | N.D.K. America, Inc. | LATRO MASTER FUND LTD | Resolved | 10/12/2005 | $ 145,257.57 | n/a | n/a |
| 259 | Foster Electric (U.S.A.), Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 453.60 | n/a | n/a |
| 262 | VJ TECHNOLOGIES, INC. | LONGACRE MASTER FUND LTD | Resolved | 10/12/2005 | $ 60,000.00 | n/a | n/a |
| 263 | Carlton-Bates Company | CARLTON BATES COMPANY | Resolved | 10/11/2005 | $ 66,627.99 | n/a | n/a |
| 266 | Integrated Cable Systems, Inc. | INTEGRATED CABLE SYSTEMS INC | Resolved | 10/12/2005 | $ 28,105.36 | n/a | n/a |
| 267 | Arrow Sheet Metal Co. | ARROW SHEET METAL PRODUCTS CO | Resolved | 10/12/2005 | $ 6,367.31 | n/a | n/a |
| 269 | Markel Corporation | MARKEL CORP | Resolved | 10/10/2005 | $ 8,585.01 | n/a | n/a |
| 271 | Hollingsworth & Vose Company | HOLLINGSWORTH & VOSE CO | Resolved | 10/11/2005 | $ 5,984.96 | n/a | n/a |
| 273 | Tokico (USA) Incorporated | DEUTSCHE BANK SECURITIES INC | Resolved | 10/11/2005 | $ 466.56 | n/a | n/a |
| 275 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 495.50 | n/a | n/a |
| 277 | Graber-Rogg, Inc. | GRABER ROGG INC | Resolved | 10/11/2005 | $ 1,376.07 | n/a | n/a |
| 281 | Graber Rogg, Inc. | GRABER ROGG INC | Resolved | 10/12/2005 | $ 26,352.82 | n/a | n/a |
| 282 | Casco Products Corporation | CASCO PRODUCTS CORPORATION | Resolved | 10/05/2005 | $ 5,760.48 | n/a | n/a |
| 289 | Automotive Electronic Controls | BLUE ANGEL CLAIMS LLC | Resolved | 10/13/2005 | $ 3,268.34 | n/a | n/a |
| 291 | Motorola | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 39,060.00 | n/a | n/a |
| 292 | Stueken, LLC | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/11/2005 | $ 12,760.50 | n/a | n/a |
| 296 | Total Component Solutions | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 900.36 | n/a | n/a |
| 297 | United Plastics Group, Inc. | UNITED PLASTICS GROUP/UPC DE MEXICO S DE RL DE CV | Resolved | 10/13/2005 | $ 12,681.59 | n/a | n/a |
| 305 | Millenium Industries Corporation Cass City | CONTRARIAN FUNDS LLC | Resolved | 10/13/2005 | $ 1,942.04 | n/a | n/a |
| 306 | Emhart Teknologies | EMHART TEKNOLOGIES LLC | Resolved | 10/13/2005 | $ 27,128.77 | n/a | n/a |
| 307 | M & S Manufacturing | M & S MANUFACTURING COMPANY | Resolved | 10/13/2005 | $ 13,620.06 | n/a | n/a |
| 308 | Catalcr North America Corporation | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/13/2005 | $ 18,298.73 | n/a | n/a |
| 309 | Ralco Industries | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 26,986.10 | n/a | n/a |
| 313 | International Rectifier | INTERNATIONAL RECTIFIER CORPORATION | Resolved | 10/11/2005 | $ 25,243.50 | n/a | n/a |
| 315 | Stanley Electric Sales of America, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 145,690.87 | n/a | n/a |
| 319 | Panasonic Automotive Systems Company of America | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/13/2005 | $ 78,475.89 | n/a | n/a |
| 320 | International Resistive Co., Inc. | INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/13/2005 | $ 1,716.07 | n/a | n/a |
| 322 | Murata Electronic North America | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/12/2005 | $ 115,579.28 | n/a | n/a |
| 323 | Catalyic Solutions | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 9,345.36 | n/a | n/a |
| 328 | INA USA Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | Resolved | 10/10/2005 | $ 32,662.29 | n/a | n/a |
| 331 | Kamax S.A.U. | KAMAX S AU | Resolved | 10/11/2005 | $ 1,803.58 | n/a | n/a |
| 333 | Rohm and Haas Company | CABLE TECHNOLOGIESINC | Resolved | 10/13/2005 | $ 18,966.38 | n/a | n/a |
| 334 | Rohm and Haas Company | ROHM AND HAAS CO | Resolved | 10/10/2005 | $ 25,117.91 | n/a | n/a |
| 335 | TT Electronics | TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/14/2005 | $ 1,320.21 | n/a | n/a |
| 338 | Graber-Rogg, Inc. | GRABER ROGG INC | Resolved | 10/11/2005 | $ 2,547.30 | n/a | n/a |
| 341 | Rotor Clip Company, Inc. | ROTOR CLIP COMPANY INC | Resolved | 10/13/2005 | $ 14,497.86 | n/a | n/a |
| 344 | Olson International Ltd. | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 27,979.91 | n/a | n/a |
| 345 | International Resistive Company, Advanced Film Division | INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/13/2005 | $ 77,693.93 | n/a | n/a |
| 349 | Unisource Worldwide, Inc. | UNISOURCE WORLDWIDE INC | Resolved | 10/12/2005 | $ 43.84 | n/a | n/a |
| 352 | Taurus International Corporation | SOL - TAURUS INTERNATIONAL CORP | Resolved | 10/13/2005 | $ 38,818.19 | n/a | n/a |
| 353 | RBC Bearings | RBC BEARINGS | Resolved | 10/13/2005 | $ 21,375.00 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 354 | Wright Plastic Products Co., LLC | CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 20,691.18 | n/a | n/a |
| 356 | Tech Tool & Mold, Inc. | TECH TOOL & MOLD INC EFT | Resolved | 10/13/2005 | $ 45,859.51 | n/a | n/a |
| 359 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 437.00 | n/a | n/a |
| 360 | Multibase Inc. | MULTIBASE INC | Resolved | 10/10/2005 | $ 4,345.60 | n/a | n/a |
| 361 | CYRO INDUSTRIES | SPCP GROUP LLC | Resolved | 10/14/2005 | $ 80,704.28 | n/a | n/a |
| 365 | Dow Corning Corporation | DOW CORNING CORP | Resolved | 10/14/2005 | $ 12,809.61 | n/a | n/a |
| 373 | American Electronic Components Inc. | SIEMENS VDO AUTOMOTIVE CORPORATION ASSIGNEE OF AMERICAN ELECTRONIC COMPONENTS INC | Resolved | 10/14/2005 | $ 11,006.25 | n/a | n/a |
| 374 | ST MICROELECTRONICS, INC. | LONGACRE MASTER FUND LTD | Resolved | 10/12/2005 | $ 153,204.95 | n/a | n/a |
| 375 | Batesville Tool & Die, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 20,647.07 | n/a | n/a |
| 378 | J.O. Galloup Co. | MADISON NICHE OPPORTUNITIES LLC | Resolved | 10/11/2005 | $ 1,000.00 | n/a | n/a |
| 379 | Kendall Electric Inc. | MIDTOWN CLAIMS LLC | Resolved | 10/10/2005 | $ 97,429.07 | n/a | n/a |
| 381 | Silicon Laboratories, Inc. | SILICON LABORATORIES INC | Resolved | 10/13/2005 | $ 9,726.81 | n/a | n/a |
| 384 | ETCO Automotive Products | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ETCO AUTOMOTIVE PRODUCTS | Resolved | 10/14/2005 | $ 1,072.80 | n/a | n/a |
| 386 | Olson International, LTD. | AMROC INVESTMENTS LLC | Resolved | 10/12/2005 | $ 32,874.85 | n/a | n/a |
| 391 | Eaton Corp | EATON AEROQUIP DE MEXICO SA DE CV | Resolved | 10/10/2005 | $ 5,813.32 | n/a | n/a |
| 393 | Fujikura American, Inc. | FUJIKURA AMERICA INC | Resolved | 10/14/2005 | $ 15,482.28 | n/a | n/a |
| 394 | Century Mold & Tool | CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 75,000.00 | n/a | n/a |
| 396 | American Molder Products | AMERICAN MOLDED PRODUCTS | Resolved | 10/13/2005 | $ 498.74 | n/a | n/a |
| 400 | NGK Automotive Ceramics USA, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 425,192.03 | n/a | n/a |
| 401 | Linear Technology Corporation | LINEAR TECHNOLOGY CORPORATION | Resolved | 10/13/2005 | $ 116,070.80 | n/a | n/a |
| 402 | Tadiran Batteries | ARGO PARTNERS | Resolved | 10/13/2005 | $ 11,524.40 | n/a | n/a |
| 407 | Siemens Electric | LONGACRE MASTER FUND LTD | Resolved | 10/14/2005 | $ 313,140.00 | n/a | n/a |
| 415 | KARL KUEFNER, KG | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 16,927.66 | n/a | n/a |
| 417 | Stoneridge, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL | Resolved | 10/14/2005 | $ 12,103.66 | n/a | n/a |
| 418 | Forest City Technologies, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 9,009.31 | n/a | n/a |
| 423 | Armada Rubber Manufacturing Co. | ASM CAPITAL LP | Resolved | 10/08/2005 | $ 1,210.00 | n/a | n/a |
| 424 | Hosiden American Corporation | FAIR HARBOR CAPITAL LLC | Resolved | 10/14/2005 | $ 1,423.64 | n/a | n/a |
| 425 | Marian Inc. | MARIAN INC FKA MARIAN RUBBER PRODUCTS | Resolved | 10/13/2005 | $ 25,605.91 | n/a | n/a |
| 426 | Acushnet Rubber Co., Inc | ACUSHNET RUBBER COMPANY INC DBA PRECIX | Resolved | 10/14/2005 | $ 14,588.49 | n/a | n/a |
| 427 | Eikenberry & Associates, Inc | EIKENBERRY & ASSOCIATES INC | Resolved | 10/17/2005 | $ 1,530.60 | n/a | n/a |
| 428 | Sinclair & Rush, Inc | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 3,491.22 | n/a | n/a |
| 429 | Americhem, Inc. | AMERICHEM INC | Resolved | 10/10/2005 | $ 6,797.43 | n/a | n/a |
| 430 | AVX Corporation | AVX CORP | Resolved | 10/13/2005 | $ 11,894.48 | n/a | n/a |
| 434 | Nichicon America Corp | SPCP GROUP LLC | Resolved | 10/14/2005 | $ 5,052.44 | n/a | n/a |
| 437 | Sagami America, Ltd. | SAGAMI AMERICA LTD | Resolved | 10/14/2005 | $ 22,443.37 | n/a | n/a |
| 440 | Tessier Machine Co. | TESSIER MACHINE CO | Resolved | 10/13/2005 | $ 14,880.00 | n/a | n/a |
| 441 | TDK Corporation | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/13/2005 | $ 172,706.22 | n/a | n/a |
| 442 | Mabuchi Motor America Corp | MABUCHI MOTOR AMERICA CORP | Resolved | 10/14/2005 | $ 875.54 | n/a | n/a |
| 446 | Chicago Rivet | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 871.08 | n/a | n/a |
| 450 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 60,936.01 | n/a | n/a |
| 453 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 823,085.20 | n/a | n/a |
| 454 | United Chemi-Con, Inc. | UNITED CHEMI CON INC | Resolved | 10/10/2005 | $ 22,311.50 | n/a | n/a |
| 455 | Sensus Precision Die Casting, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/17/2005 | $ 101,745.58 | n/a | n/a |
| 464 | Nu Horizons Electronics Corp. | NU HORIZONS ELECTRONICS CORP | Resolved | 10/11/2005 | $ 30,455.00 | n/a | n/a |
| 465 | Penn Aluminum International, Inc. | PENN ALUMINUM INTERNATIONAL INC | Resolved | 10/14/2005 | $ 22,680.99 | n/a | n/a |
| 466 | Jideco of Bardstown, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 6,636.00 | n/a | n/a |
| 469 | Associated Spring, Barnes Group Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 37,650.77 | n/a | n/a |
| 470 | Delta Products Corporation | DELTA PRODUCTS CORPORATION | Resolved | 10/14/2005 | $ 12,986.67 | n/a | n/a |
| 472 | Export Corporation | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/17/2005 | $ 11,691.36 | n/a | n/a |
| 474 | Whitraway Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF WHIRLAWAY CORPORATION | Resolved | 10/17/2005 | $ 26,238.62 | n/a | n/a |
| 476 | Eagle Picher Automotive - Wolverine Gasket Division | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 7,994.48 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 483 | Capsonic Group LLC | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/12/2005 | $ 4,337.21 | n/a | n/a |
| 487 | Hewitt Tool & Die Inc. | HEWITT TOOL & DIE INC | Resolved | 10/17/2005 | $ 7,828.35 | n/a | n/a |
| 491 | St. Clair Plastics Co. | CONSOLIDATED INDUSTRIAL CORP | Resolved | 10/18/2005 | $ 3,795.99 | n/a | n/a |
| 492 | KOSTAL Mexicana, S.A. de C.V. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/14/2005 | $ 11,188.73 | n/a | n/a |
| 497 | RF Monolithics | ASM CAPITAL II LP | Resolved | 10/14/2005 | $ 160,435.27 | n/a | n/a |
| 498 | Breen Color Concentrates, Inc. | BREEN COLOR CONCENTRATES INC | Resolved | 10/14/2005 | $ 5,107.39 | n/a | n/a |
| 501 | Feintool of Cincinnati, Inc. | AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINNATI INC/AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 87,992.63 | n/a | n/a |
| 503 | Kostal of America, Inc | KOSTAL OF AMERICA INC/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/14/2005 | $ 2,094.80 | n/a | n/a |
| 505 | Fittings Products Co. LLC d/b/a Lake Erie Products-Livonia | SIERRA LIQUIDITY FUND LLC | Resolved | 10/14/2005 | $ 4,797.32 | n/a | n/a |
| 506 | LAKE ERIE PRODUCTS INC | LAKE ERIE PRODUCTS INC | Resolved | 10/14/2005 | $ 14,082.57 | n/a | n/a |
| 514 | Electro Dynamics Crystal Corporation | ELECTRO DYNAMICS CRYSTAL CORPORATION | Resolved | 10/18/2005 | $ 2,960.00 | n/a | n/a |
| 516 | Carlisle Engineered Products, Inc. | CARLISLE ENGINEERED PRODUCTS INC | Resolved | 10/17/2005 | $ 168,880.61 | n/a | n/a |
| 521 | Olin Corp. | BANK OF AMERICA N A | Resolved | 10/10/2005 | $ 19,461.00 | n/a | n/a |
| 522 | Kickhaefer Manufacturing Company | KICKHAEFER MANUFACTURING CO KMC | Resolved | 10/13/2005 | $ 37,150.59 | n/a | n/a |
| 526 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 903.60 | n/a | n/a |
| 528 | American Aikoku Alpha, Inc. | AMERICAN AIKOKU ALPHA INC | Resolved | 10/17/2005 | $ 5,823.94 | n/a | n/a |
| 530 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 4,507.28 | n/a | n/a |
| 531 | Werner Co. | WERNER CO | Resolved | 10/17/2005 | $ 952.91 | n/a | n/a |
| 533 | CTS Corporation | CTS CORPORATION | Resolved | 10/17/2005 | $ 2,258.44 | n/a | n/a |
| 536 | Continental/Midland LLC | CONTINENTAL MIDLAND LLC | Resolved | 10/18/2005 | $ 1,386.73 | n/a | n/a |
| 544 | OMG Americas, Inc. | OMG AMERICAS INC | Resolved | 10/18/2005 | $ 6,000.00 | n/a | n/a |
| 546 | Pioneer N.A., Inc. | WHITEBOX HEDGED HIGH YIELD PARTNERS LP | Resolved | 10/17/2005 | $ 40,059.72 | n/a | n/a |
| 552 | Henkel Loctite | HENKEL CORPORATION HENKEL LOCTITE | Resolved | 10/11/2005 | $ 177.36 | n/a | n/a |
| 553 | Sherwin-Williams Company | SHERWIN WILLIAMS COMPANY | Resolved | 10/13/2005 | $ 7,325.94 | n/a | n/a |
| 555 | Dow Corning Corporation | DOW CORNING CORP | Resolved | 10/17/2005 | $ 14,446.67 | n/a | n/a |
| 557 | Raetech Corporation | RAETECH CORPORATION | Resolved | 10/18/2005 | $ 4,500.00 | n/a | n/a |
| 577 | Commodity Management Services LTD. | COMMODITY MGMT SVCS GBS PRINTED PRODS & SYS | Resolved | 10/17/2005 | $ 511.95 | n/a | n/a |
| 578 | Capsonic Automotive, Inc. | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/12/2005 | $ 2,714.88 | n/a | n/a |
| 585 | EIS Inc. | EIS INC | Resolved | 10/18/2005 | $ 570.00 | n/a | n/a |
| 586 | Kurz/Kasch Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/18/2005 | $ 8,638.40 | n/a | n/a |
| 591 | Pax Machine Works, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC | Resolved | 10/18/2005 | $ 865.58 | n/a | n/a |
| 592 | Hitchiner Manufacturing Co., Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | Resolved | 10/17/2005 | $ 8,179.67 | n/a | n/a |
| 594 | Parker- Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 8,163.60 | n/a | n/a |
| 596 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 513.10 | n/a | n/a |
| 598 | THE GLEASON WORKS | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 27,955.00 | n/a | n/a |
| 605 | FEDERAL SCREW WORKS | FEDERAL SCREW WORKS | Resolved | 10/18/2005 | $ 4,013.35 | n/a | n/a |
| 606 | Sanders Lead Co., Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 79,676.69 | n/a | n/a |
| 608 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 2,758.89 | n/a | n/a |
| 609 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 386.01 | n/a | n/a |
| 611 | UNISOURCE WORLDWIDE INC | UNISOURCE WORLDWIDE INC | Resolved | 10/18/2005 | $ 5,500.00 | n/a | n/a |
| 615 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/11/2005 | $ 12,642.17 | n/a | n/a |
| 617 | Alegre, Inc. | ALEGRE INC | Resolved | 10/18/2005 | $ 20,154.39 | n/a | n/a |
| 620 | Nisshinbo Automotive Corporation | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/18/2005 | $ 27,446.05 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agred-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 626 | Micro Motion, Inc. | MICRO MOTION INC | Resolved | 10/18/2005 | $ 5,895.03 | n/a | n/a |
| 628 | Tessy Plastics Corporation | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/18/2005 | $ 9,176.58 | n/a | n/a |
| 630 | Delmade Corporation | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 941.46 | n/a | n/a |
| 632 | GCI Technologies | CONTRARIAN FUNDS LLC | Resolved | 10/18/2005 | $ 5,981.92 | n/a | n/a |
| 641 | Veritas Software Corporation | VERITAS SOFTWARE CORPORATION | Resolved | 10/19/2005 | $ 7,909.10 | n/a | n/a |
| 642 | ITT Industries, Inc. | ITT CANNON NEWTON | Resolved | 10/18/2005 | $ 11,604.80 | n/a | n/a |
| 644 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 898.38 | n/a | n/a |
| 645 | Camoplast Thermoplastic Group | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED | Resolved | 10/14/2005 | $ 88,544.81 | n/a | n/a |
| 652 | Optrex America Inc. | OPTREX AMERICA INC | Resolved | 10/20/2005 | $ 25,974.39 | n/a | n/a |
| 653 | Precision Resource, Inc. | PRECISION RESOURCE INC KY DIV | Resolved | 10/20/2005 | $ 13,539.00 | n/a | n/a |
| 657 | Philips Plastics Corporation | CONTRARIAN FUNDS LLC | Resolved | 10/18/2005 | $ 9,011.06 | n/a | n/a |
| 661 | Maxim Integrated Products, LLC. | MAXIM INTEGRATED PRODUCTS INC | Resolved | 10/18/2005 | $ 22,730.81 | n/a | n/a |
| 662 | Trelleborg Palmer Chenard | SOL TRELLEBORG PALMER CHENARD | Resolved | 10/18/2005 | $ 3,477.60 | n/a | n/a |
| 665 | United Machining Inc. | UNITED MACHINING INC | Resolved | 10/17/2005 | $ 1,532.85 | n/a | n/a |
| 668 | HITACHI AUTOMOTIVE PRODUCTS | DEUTSCHE BANK SECURITIES INC | Resolved | 10/18/2005 | $ 27,569.59 | n/a | n/a |
| 678 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 1,819.75 | n/a | n/a |
| 679 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 300.00 | n/a | n/a |
| 684 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 2,000.00 | n/a | n/a |
| 695 | Gemini Group, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIERRA PLASTICS INC AKA SIERRA EL PASO/CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | Resolved | 10/14/2005 | $ 14,138.65 | n/a | n/a |
| 697 | Diodes Incorporated | DIODES INCORPORATED | Resolved | 10/18/2005 | $ 1,421.23 | n/a | n/a |
| 701 | Parker-Hannifin Corporation, Parker Seals | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 3,621.90 | n/a | n/a |
| 703 | Wakefield Thermal Solutions | WAKEFIELD THERMAL SOLUTIONS | Resolved | 10/18/2005 | $ 186.68 | n/a | n/a |
| 707 | Midwest Stamping, Inc. | MIDWEST STAMPING INC | Resolved | 10/20/2005 | $ 1,242.18 | n/a | n/a |
| 719 | Electronic Services, LLC, d.b.a. CSI Electronics | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS | Resolved | 10/20/2005 | $ 29,610.00 | n/a | n/a |
| 723 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 429.53 | n/a | n/a |
| 725 | Avnet, Inc. | AVNET INC | Resolved | 10/20/2005 | $ 67,613.23 | n/a | n/a |
| 728 | Security Plastics Division/NMC, LLC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | Resolved | 10/18/2005 | $ 5,367.21 | n/a | n/a |
| 729 | Contrarian Capital Management LLC | BANK OF AMERICA N A/CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 57,484.77 | n/a | n/a |
| 732 | Contrarian Funds LLC | CONTRARIAN FUNDS LLC | Resolved | 10/20/2005 | $ 5,295.00 | n/a | n/a |
| 747 | Standard Microsystems Corporation | STANDARD MICROSYSTEMS CORPORATION | Resolved | 10/20/2005 | $ 19,067.40 | n/a | n/a |
| 753 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 19,657.49 | n/a | n/a |
| 756 | Fujikoki America, Inc. | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/13/2005 | $ 102,600.39 | n/a | n/a |
| 758 | Parker- Hannifin, Eng.Seals Division | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 3,679.78 | n/a | n/a |
| 765 | United Stars Industries, Inc. | CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | Resolved | 10/24/2005 | $ 11,853.70 | n/a | n/a |
| 768 | Longacre Master Fund LTD | LONGACRE MASTER FUND LTD | Resolved | 10/20/2005 | $ 4,460.60 | n/a | n/a |
| 771 | Engelhard Corporation | BLUE ANGEL CLAIMS LLC | Resolved | 10/11/2005 | $ 85,576.07 | n/a | n/a |
| 772 | Premier Products, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/17/2005 | $ 10,671.05 | n/a | n/a |
| 775 | CoorsTek, Inc. | COORSTEK INC | Resolved | 10/10/2005 | $ 30,318.20 | n/a | n/a |
| 776 | KL Industries, Inc. | ARGO PARTNERS | Resolved | 10/14/2005 | $ 4,872.55 | n/a | n/a |
| 779 | MacArthur Corporation | JPMORGAN CHASE BANK NA | Resolved | 10/13/2005 | $ 154,170.00 | n/a | n/a |
| 782 | Parker Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 47,748.95 | n/a | n/a |
| 786 | Wako Electronics (USA) Inc. | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 4,244.00 | n/a | n/a |
| 795 | Philips Optical Storage | LATIGO MASTER FUND LTD | Resolved | 10/12/2005 | $ 34,369.12 | n/a | n/a |
| 797 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 339.51 | n/a | n/a |
| 798 | GKN Sinter Metals Limited | DEUTSCHE BANK SECURITIES INC | Resolved | 10/17/2005 | $ 11,600.00 | n/a | n/a |
| 800 | Philips Semiconductors, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/12/2005 | $ 194,274.52 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 802 | Mobile Display Systems | MOBILE DISPLAY SYSTEMS | Resolved | 10/14/2005 | $ 29,930.54 | n/a | n/a |
| 804 | Tai-Port Industries, LLC/Stonehill Institutional Partners L P | STONEHILL INSTITUTIONAL PARTNERS LP | Resolved | 10/14/2005 | $ 30,013.94 | n/a | n/a |
| 805 | Speedline Technologies, Inc. | TPG CREDIT OPPORTUNITIES INVESTORS LP | Resolved | 10/19/2005 | $ 189,005.00 | n/a | n/a |
| 807 | Assembleon America, Inc. | LATIGO MASTER FUND LTD | Resolved | 10/21/2005 | $ 13,170.09 | n/a | n/a |
| 811 | Schleuniger, Inc. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 15,470.75 | n/a | n/a |
| 816 | Northern Engraving Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 35,503.86 | n/a | n/a |
| 817 | PD George Co. | LONGACRE MASTER FUND LTD | Resolved | 10/18/2005 | $ 4,723.53 | n/a | n/a |
| 818 | Seal Design, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/20/2005 | $ 1,388.63 | n/a | n/a |
| 820 | Futaba Corporation of America | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 197,369.77 | n/a | n/a |
| 823 | Rosemount Analytical | ROSEMOUNT ANALYTICAL | Resolved | 10/20/2005 | $ 1,340.00 | n/a | n/a |
| 824 | Viking Plastics | ASM CAPITAL LP | Resolved | 10/11/2005 | $ 5,547.35 | n/a | n/a |
| 826 | Worthington Precision Metals, Inc. | SOL - WORTHINGTON PRECISION METALS INC | Resolved | 10/14/2005 | $ 23,230.90 | n/a | n/a |
| 829 | MN Corporation | MADISON INVESTMENT TRUST SERIES 38 | Resolved | 10/12/2005 | $ 25,163.47 | n/a | n/a |
| 832 | Omron Dialtec Automotive Electronics, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC | Resolved | 10/11/2005 | $ 85,411.74 | n/a | n/a |
| 834 | CTS Corporation | CTS CORPORATION | Resolved | 10/10/2005 | $ 49,457.69 | n/a | n/a |
| 836 | AVM, Inc. | AVM INDUSTRIES LLC | Resolved | 10/12/2005 | $ 1,988.61 | n/a | n/a |
| 838 | Daishinku (America) Corp. d/b/a KDS America | DAISHINKU AMERICA CORP DBA KDS AMERICA | Resolved | 10/17/2005 | $ 15,181.24 | n/a | n/a |
| 840 | Coats American, Inc. | COATS AMERICAN INC | Resolved | 10/14/2005 | $ 3,170.89 | n/a | n/a |
| 841 | Aps Automotive, Inc. | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/18/2005 | $ 37,893.60 | n/a | n/a |
| 843 | First Technology Holdings, Inc. | FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | Resolved | 10/16/2005 | $ 22,525.65 | n/a | n/a |
| 849 | Dell Receivables | DELL INC | Resolved | 10/18/2005 | $ 12,218.83 | n/a | n/a |
| 852 | Texas Instruments | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/17/2005 | $ 64,270.14 | n/a | n/a |
| 857 | CTS Automotive Products | CTS CORPORATION | Resolved | 10/10/2005 | $ 3,735.50 | n/a | n/a |
| 858 | Micronas | MICRONAS GMBH | Resolved | 10/27/2005 | $ 18,090.00 | n/a | n/a |
| 859 | Precision Fitting and Gauge Co. | PRECISION FITTING & GAUGE CO | Resolved | 10/27/2005 | $ 892.00 | n/a | n/a |
| 863 | NSK Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 26,521.34 | n/a | n/a |
| 864 | Coilcraft Inc. | COILCRAFT INC | Resolved | 10/12/2005 | $ 4,434.68 | n/a | n/a |
| 865 | PlastiCert | ARGO PARTNERS | Resolved | 10/18/2005 | $ 9,978.00 | n/a | n/a |
| 867 | Scheuerger | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/21/2005 | $ 17,095.00 | n/a | n/a |
| 869 | Transfer Tool Products, Inc. | TRANSFER TOOL PRODUCTS LLC | Resolved | 10/13/2005 | $ 1,166.74 | n/a | n/a |
| 883 | Fujitsu Components America, Inc. | FUJITSU COMPONENTS AMERICA INC | Resolved | 10/27/2005 | $ 2,018.40 | n/a | n/a |
| 884 | Parker Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 3,151.81 | n/a | n/a |
| 887 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 339.94 | n/a | n/a |
| 888 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 998.52 | n/a | n/a |
| 889 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/11/2005 | $ 10,551.65 | n/a | n/a |
| 892 | Parker Seals | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 1,787.81 | n/a | n/a |
| 904 | The Lighting Company | THE LIGHTING COMPANY | Resolved | 10/14/2005 | $ 791.97 | n/a | n/a |
| 905 | DuPont Powder Coatings LLC | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 8,317.35 | n/a | n/a |
| 908 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/07/2005 | $ 153.83 | n/a | n/a |
| 911 | Metal Surfaces, Inc. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 14,486.60 | n/a | n/a |
| 915 | Engineered Materials Solutions | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 43,198.89 | n/a | n/a |
| 916 | Key Safety Systems, Inc. | KEY SAFETY SYSTEMS & SUBSIDIARIES | Resolved | 10/14/2005 | $ 3,803.60 | n/a | n/a |
| | | | | | $ 16,181,727.91 | $ 18,802,421.99 | |