# BEFORE THE DIVISION OF WORKERS COMPENSATION
# STATE OF KANSAS

In the Matter of
Self-Insurance of
DELPHI CORPORATION

Self-Insured Permit No. 1318

## ORDER

Now on this 16th day of June, 2010, the above-captioned matter comes on for consideration before the Director of the Kansas Department of Workers Compensation.

The Director is advised and finds that:

1. Delphi, hereafter "Employer," was a self-insured employer in the State of Kansas pursuant to the above referenced permit number.

2. That as a guarantee for payment of all workers compensation obligations of the Employer, a certain Letter of Credit No P-227191 of JP Morgan Chase was established June 27, 2002, with an expiration date of June 27, 2003, which was renewed annually, for the account of Delphi Corporation, in favor of the Kansas Department of Labor, in the amount of one million four-thousand United States dollars ($1,004,000.00).

3. As stated in the letter of credit: "…the purpose of any amounts drawn hereunder is for the purpose of securing payment of compensation, costs and assessments incurred by the Delphi Corporation under the provisions of the Workers' Compensation Act of the State of Kansas."

4. That said Employer has reorganized pursuant to Chapter 11 bankruptcy without accepting liability for workers' compensation claims incurred while self-insured.

5. That the Employer will not have sufficient funds but for the Letter of Credit to pay all claims properly payable for workers compensation awards, benefits, and obligations of Employer.

6. In accordance with the Letter of Credit Number P-227191 JP Morgan Chase Bank will pay, in trust, all funds to the extent of the bank's liability on the Letter of Credit No. P-227191 all for the purpose of paying compensation benefits, medical expenses, and costs associated with Kansas workers compensation claims resulting from accidents occurring to persons employed from May 28, 1999 through October 1, 2006.

**IT IS THEREFORE ORDERED THAT:**

JP Morgan Chase Bank shall pay to the Kansas Division of Workers Compensation the full amount of one million four-thousand U.S. dollars ($1,004,000.00) which will be held in trust by the trustee named in the Letter of Credit or such successor trustee(s) as the Director may appoint for the purpose of defending, adjusting, settling, or paying amounts incurred as a result of any workers compensation claims and awards, whether administered by the Workers Compensation Fund or the Kansas Division of Workers Compensation, and for the purpose of paying assessments.

PAULA S. GREATHOUSE
WORKERS COMPENSATION DIRECTOR

Dated this 16th day of June, 2010.

Subscribed and sworn to before me on this 16th day of June, 2010.

Veronica Hayes, Notary Public

My Commission expires: 2-3-2014

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing ORDER was deposited in the United States mail, first class, postage paid on the 16th day of June, 2010 addressed to the following:

CERTIFIED MAIL:

Delphi Corporation
7219 East 17th Street
Kansas City, Missouri 64126

James Alonzo
JP Morgan Chase Bank, N.A.
Global Trade Services
10420 Highland Manor Drive
Tampa, FL 33610

Brandon M. Duncomb
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606

REGULAR MAIL:

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Subscribed and sworn to before me on this 16th day of June, 2010.



Veronica Hayes, Notary Public

My commission expires: 2-3-2014