# Hearing 5/20/2010, Substantial Contribution Claims
# EXHIBIT 6

# DELPHI AUTOMOTIVE SYSTEMS LLC
5725 Delphi Drive
Troy, Michigan 48098

Control Number: DAS- 060438

Date    April 21, 2006

Ms. Cynthia Hewlett
Delphi Automotive Systems
5725 Delphi Drive
Troy, Michigan 48098-2815

Dear Ms. Hewlett:

Please accept this letter as your authority to charge the "Delphi Automotive Systems LLC." Account No. 361388594 maintained with Bank One Michigan in the amount of $605,877.13 (Six hundred Five thousand Eight hundred Seventy seven dollars -----13/xxx), and to transfer said amount with good value on Friday, April 21, 2006 to:

   Bank:   Northern Trust Bank of California
   Account Name 50902539
   ABA Number: 122242173
   Name:  Chanin Capital Partners

Sincerely,

John Nolan

Authorized Signature _____   Countersignature _____

**FARS should charge these funds to:**

| GRP | GL | GL SUF | SUB ACCT | PROD LINE |
|---|---|---|---|---|
| (2) | (4) | (5) | (11) | (4) |
| EW | 9211 | 00420 | 00006 000 000 | 0000 |

| Description of Transaction: Accounting Note: | To settle invoices Nov thru Feb 2006 |
|---|---|
| Unit/Staff G/L Account Contact: | Brad Nielsen  248-813-2572 (phone) / 248-813-2590 (fax) |
| DELPHI-T.O. Contact: | Cynthia Hewlett  248-813-3340 (phone) / 248-813-3381 (fax) |

LLC wire letter

 **CHANIN CAPITAL PARTNERS**

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

3-30-06

To: John Nolan

OK to Pay

[signature]
3/29/06.

*Via Email*

March 22, 2006

Mr. John Wm. Butler, Jr., Esq.
Skadden Arps Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Dear Mr. Butler:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

[signature] Russell A. Belinsky /@

Russell A. Belinsky
Senior Managing Director

RAB/cm
Enclosures

cc:   David M. Sherbin – Delphi Corporation
      John Sheehan – Delphi Corporation
      Robert Dellinger – Delphi Corporation
      Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
      Robert J. Rosenberg, Esq. – Latham & Watkins LLP

**RECEIVED**
MAR 28 2006
**J.D. SHEEHAN**

CHANIN CAPITAL PARTNERS

# INVOICE

## Delphi Corporation

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Advisory Fees:**

| | |
|---|---:|
| November 21, 2005 through November 30, 2005 (past due) | $ 58,333.33 |
| December 1, 2005 through December 31, 2005 (past due) | 175,000.00 |
| January 1, 2006 through January 31, 2006 (past due) | 175,000.00 |
| February 1, 2006 through February 28, 2006 | 175,000.00 |
| Sub Total | 583,333.33 |

**Expenses:**

| | |
|---|---:|
| November 21, 2005 through December 31, 2005 (past due) | 13,030.80 |
| January 2006 | 3,677.15 |
| February 2006 | 5,835.85 |
| Sub Total | 22,543.80 |

**Total Due**    $ 605,877.13

PAYMENT DUE UPON RECEIPT
***
PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
*for credit to*
CHANIN AND COMPANY LLC
ACCOUNT #50902539
***
*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*