# Hearing 5/20/2010, Substantial Contribution Claims
# EXHIBIT 7

| DUNS | Process# | Document #/ISS | Doc Type | Invoice# | Purchase Order # | Document Date | Total Amount | Currency Code | Distribution Amount | Distribution Currency | Payment Method | Status | DueDate/PaymentDate | Payment # | Vendor ID | Event Date | Discount Amount | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 784240704 | 141019000037152006 | 1900003715 | Prepaid document | WRTLD000400021 | | 3/24/2006 | 100,048.00 | USD | 100,048.00 | USD | | PAID | 4/10/2006 | 1500009203 | 0007035646 | 4/10/2006 | 0 | 100,048.00 |
| 784240704 | 141019000034762006 | 1900003476 | Prepaid document | WRTLD00034778 | | 2/13/2008 | 50,000.00 | USD | 50,000.00 | USD | | PAID | 2/13/2008 | 1500009116 | 0007035646 | 2/13/2008 | 0 | 50,000.00 |
| 784240704 | 141019000135482006 | 1900013548 | Prepaid document | WRT11075TRT | | 2/7/2008 | 50,000.00 | USD | 50,000.00 | USD | | PAID | 2/8/2008 | 1500008709 | 0007035646 | 2/8/2008 | 0 | 50,000.00 |
| 784240704 | 141019000378572007 | 1900037857 | Prepaid document | WRT112307 | | 11/20/2007 | 106,841.75 | USD | 106,841.75 | USD | | PAID | 11/21/2007 | 1500000294 | 0007035646 | 11/21/2007 | 0 | 106,841.75 |
| 784240704 | 141019000186042007 | 1900018604 | Prepaid document | WRTLD00035018 | | 11/9/2007 | 181,952.57 | USD | 181,952.57 | USD | | PAID | 11/15/2007 | 1500001601 | 0007035646 | 11/15/2007 | 0 | 181,952.57 |
| 784240704 | 141019000090232007 | 1900009023 | Prepaid document | WRT00034407 | | 9/11/2007 | 176,569.99 | USD | 176,569.99 | USD | | PAID | 9/21/2007 | 1500004400 | 0007035646 | 9/21/2007 | 0 | 176,569.99 |
| 784240704 | 5018290363 | 5018190363 | 02 | 0827071750000000 | | 8/27/2007 | 175,000.00 | USD | 175,000.00 | USD | | PAID | 8/21/2007 | 000052888 | 0007035646 | 8/28/2007 | 0 | 0 |
| 784240704 | 5018197002 | 5018197002 | 02 | 200707153150790719 | | 7/25/2007 | 350,907.19 | USD | 350,907.19 | USD | | PAID | 7/25/2007 | 000051400 | 0007035646 | 7/25/2007 | 0 | 0 |
| 784240704 | 5018176096 | 5018176096 | 01 | 0514071017393 | | 5/14/2007 | 180,173.93 | USD | 180,173.93 | USD | | PAID | 5/15/2007 | 000051166 | 0007035646 | 5/15/2007 | 0 | 0 |
| 784240704 | 5018172660 | 5018172660 | 02 | 2007041317521795 | | 4/13/2007 | 175,717.95 | USD | 175,717.95 | USD | | PAID | 4/18/2007 | 000050791 | 0007035646 | 4/18/2007 | 0 | 0 |
| 784240704 | 5018169087 | 5018169087 | 02 | 2007031517859675 | | 3/15/2007 | 178,996.75 | USD | 178,996.75 | USD | | PAID | 3/19/2007 | 000050400 | 0007035646 | 3/19/2007 | 0 | 0 |
| 784240704 | 5018166139 | 5018166139 | 02 | 20070212178175535 | | 2/12/2007 | 178,755.35 | USD | 178,755.35 | USD | | PAID | 2/20/2007 | 000049946 | 0007035646 | 2/20/2007 | 0 | 0 |
| 784240704 | 5018163751 | 5018163751 | 02 | 20070112134491947 | | 1/12/2007 | 194,919.47 | USD | 194,919.47 | USD | | PAID | 1/16/2007 | 000049344 | 0007035646 | 1/16/2007 | 0 | 0 |
| 784240704 | 5018255071 | 5018255071 | 02 | 20061114181543961 | | 11/14/2006 | 181,545.61 | USD | 181,545.61 | USD | | PAID | 11/16/2006 | 000049507 | 0007035646 | 11/15/2006 | 0 | 0 |
| 784240704 | 5018251242 | 5018251242 | 01 | 200610121178537318 | | 10/17/2006 | 178,937.18 | USD | 178,937.18 | USD | | PAID | 10/18/2006 | 000048956 | 0007035646 | 10/19/2006 | 0 | 0 |
| 784240704 | 5018146394 | 5018146394 | 01 | 091320061812511 | | 9/13/2006 | 181,259.11 | USD | 181,259.11 | USD | | PAID | 9/14/2006 | 000047519 | 0007035646 | 9/14/2006 | 0 | 0 |
| 784240704 | 43181 | 43181 | 02 | 083020063723113112 | | 8/30/2006 | 371,373.12 | USD | 371,373.12 | USD | | PAID | 8/30/2006 | 204502006 | 0007035646 | 8/30/2006 | 0 | 0 |
| 784240704 | 5018240525 | 5018240525 | 03 | 08102006119017476 | | 8/10/2006 | 119,014.70 | USD | 119,014.70 | USD | | PAID | 8/11/2006 | 000046964 | 0007035646 | 8/11/2006 | 0 | 0 |