Hearing 5/20/2010, Substantial Contribution Claims
# EXHIBIT 8

| Electralent Chevin | Jan-05 | Feb-05 | Mar-05 | Apr-05 | May-05 | Jun-05 | Jul-05 | Aug-05 | Sep-05 | Oct-05 | Nov-05 | Dec-05 | YTD 2005 | Q1 2005 | Q2 2005 | Q3 2005 | Q4 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual Fees |  |  |  |  |  |  |  |  |  |  | 58,333.33 | 175,000.00 | 233,333.33 |  |  |  | 233,333.33 |
| Actual Expenses |  |  |  |  |  |  |  |  |  |  | 6,516.40 | 6,515.40 | 13,059.80 |  |  |  | 13,059.80 |
| Chavin |  |  |  |  |  |  |  |  |  |  | 64,849.73 | 181,515.40 | 246,394.13 |  |  |  | 246,394.13 |

| Electralent Chevin | Jan-06 | Feb-06 | Mar-06 | Apr-06 | May-06 | Jun-06 | Jul-06 | Aug-06 | Sep-06 | Oct-06 | Nov-06 | Dec-06 | YTD 2006 | Q1 2006 | Q2 2006 | Q3 2006 | Q4 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual Fees | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 2,100,000.00 | 525,000.00 | 525,000.00 | 525,000.00 | 525,000.00 |
| Actual Expenses | 3,077.15 | 6,835.86 | 15,378.83 | 13,229.45 | 8,141.67 | 6,259.22 | 3,937.18 | 6,545.82 | 8,021.94 | 6,907.64 | 6,510.09 | 3,765.35 | 87,691.78 | 24,891.83 | 24,633.24 | 18,494.84 | 18,662.98 |
| Chavin | 178,077.15 | 180,835.86 | 190,378.83 | 188,229.45 | 184,143.67 | 181,259.22 | 178,937.18 | 181,545.82 | 183,021.94 | 180,907.64 | 181,510.09 | 178,765.35 | 2,187,691.78 | 549,891.83 | 552,912.24 | 543,564.94 | 540,952.98 |

| Electralent Chevin | Jan-07 | Feb-07 | Mar-07 | Apr-07 | May-07 | Jun-07 | Jul-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | YTD 2007 | Q1 2007 | Q2 2007 | Q3 2007 | Q4 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual Fees | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 175,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 50,000.00 | 1,600,000.00 | 525,000.00 | 525,000.00 | 525,000.00 | 150,000.00 |
| Actual Expenses | 3,966.75 | 717.95 | 5,173.93 |  | 907.19 |  | 1,569.98 | 8,962.57 | 6,842.75 |  |  |  | 26,161.12 | 9,848.43 | 907.19 | 15,365.31 |  |
| Chavin | 178,966.75 | 175,717.95 | 180,173.93 | 175,000.00 | 175,907.19 | 175,000.00 | 176,569.98 | 181,962.57 | 56,842.75 | 50,000.00 | 50,000.00 | 50,000.00 | 1,626,161.13 | 534,848.43 | 525,907.19 | 415,365.31 | 150,000.00 |

| Electralent Chevin | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 | YTD 2008 | Q1 2008 | Q2 2008 | Q3 2008 | Q4 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual Fees | 50,000.00 | 50,000.00 | 50,000.00 |  |  |  |  |  |  |  |  |  | 150,000.00 | 150,000.00 |  |  |  |
| Actual Expenses |  | 48.00 |  |  |  |  |  |  |  |  |  |  | 48.00 | 48.00 |  |  |  |
| Chavin | 50,000.00 | 50,048.00 | 50,000.00 |  |  |  |  |  |  |  |  |  | 150,048.00 | 150,048.00 |  |  |  |