# Hearing 5/20/2010, Substantial Contribution Claims
# EXHIBIT 9

# CHANIN CAPITAL PARTNERS

# INVOICE

## Delphi Corporation

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Advisory Fees:**

| | | |
|---|---|---|
| November 21, 2005 through November 30, 2005 (past due) | $ | 58,333.33 |
| December 1, 2005 through December 31, 2005 (past due) | | 175,000.00 |
| January 1, 2006 through January 31, 2006 (past due) | | 175,000.00 |
| February 1, 2006 through February 28, 2006 | | 175,000.00 |

Sub Total                                        583,333.33

**Expenses:**

| | |
|---|---|
| November 21, 2005 through December 31, 2005 (past due) | 13,030.80 |
| January 2006 | 3,677.15 |
| February 2006 | 5,835.85 |

Sub Total                                        22,543.80

**Total Due**                            $   605,877.13

*Ok to Pay* [signature] 5/1/06.

PAYMENT DUE UPON RECEIPT

\*\*\*

PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
for credit to
CHANIN AND COMPANY LLC
ACCOUNT #50902539

\*\*\*

*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

CHANIN CAPITAL PARTNERS

# INVOICE

## Delphi Corporation

---

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Advisory Fees:**

| | |
|---|---|
| February 1, 2006 through February 28, 2006 | 175,000.00 ✓ |
| March 1, 2006 through March 31, 2006 | 175,000.00 *ok to Pay* |
| April 1, 2006 through April 30, 2006 | 175,000.00 *ok to Pay* |
| May 1, 2006 through May 31, 2006 | 175,000.00 *ok to Pay* |

Sub Total     700,000.00

**Expenses:**

| | |
|---|---|
| January 2006 | 3,677.15 ✓ |
| February 2006 | 5,835.85 ✓ |
| March 2006 | 15,378.83 *ok to Pay* |

Sub Total     24,891.83

Credit Payment Received April 21, 2006     $ (605,877.13) ✓

**Total Due**     $ 119,014.70

*OK to Pay*
*[signature]*
*6/6/06*

PAYMENT DUE UPON RECEIPT
\*\*\*
PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
*for credit to*
CHANIN AND COMPANY LLC
ACCOUNT #50902539
\*\*\*

*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

CC LLC                                    Expense Detail                                    1/3

Chanin & Company LLC

**Expense Detail Delphi**
Period from November 21, 2005 through December 31, 2005

| Category | Amount |
|---|---|
| Airfare | 6,888.89 |
| Hotel | 2,765.85 |
| Meals | 452.45 |
| Messenger & Delivery | 77.54 |
| Parking/Transportation | 1,163.37 |
| Research | 903.28 |
| Reproduction & Faxes | 502.80 |
| Telephone | 276.62 |
| **Totals** | **$ 13,030.80** |

CC LLC                                                   Expense Detail                                                   2/3

## Chenin & Company LLC

Expense Detail Delphi
Period from November 21, 2005 through December 31, 2005

### Airfare Detail

| Professional | Date | Itinerary | Amount |
|---|---|---|---|
| Sanjay Jindal | 12/12/05 | LAX - Chicago | 709.20 |
| Sanjay Jindal | 12/12/05 | Travel Agent Fee | 50.00 |
| Sanjay Jindal | 12/13/05 | Chicago - Dayton | 511.20 |
| Sanjay Jindal | 12/13/05 | Dayton - LAX | 714.90 |
| Anurag Kapur | 12/13/05 | Chicago - Dayton | 714.90 |
| Anurag Kapur | 12/12/05 | LAX - Chicago | 709.20 |
| Anurag Kapur | 12/13/05 | Dayton - Detroit | 511.20 |
| Alex DeFelice | 12/12/05 | Travel Agent Fee | 50.00 |
| Alex DeFelice | 12/12/05 | NYC - Dayton - NYC | 366.90 |
| Alex DeFelice | 12/13/05 | Travel Agent Fee | 14.19 |
| Alex DeFelice | 12/21/05 | Travel Agent Fee | 15.00 |
| Alex DeFelice | 12/27/05 | Travel Agent Fee | 15.00 |
| Mark Rubin | 12/12/05 | Travel Agent Fee | 50.00 |
| Mark Rubin | 12/13/05 | NYC - Dayton | 366.90 |
| Mark Rubin | 12/13/05 | Travel Agent Fee | 15.00 |
| Russ Belinsky | 12/12/05 | LAX - Dayton | 814.90 |
| Russ Belinsky | 12/12/05 | Chicago - LAX | 709.20 |
| Russ Belinsky | 12/12/05 | Dayton - Chicago | 511.20 |
| | | | $    6,868.88 |

### Hotel Detail

| Professional | Date | Location | Nights per stay | Amount |
|---|---|---|---|---|
| Anurag Kapur | 12/05/05 | Hyatt Hotel - NY | 3 | 814.92 |
| Sanjay Jindal | 12/08/05 | The Westin - NY | 2 | 650.94 |
| Sanjay Jindal | 12/12/05 | The Westin - Chicago | 1 | 202.27 |
| Anurag Kapur | 12/12/05 | The Hilton - Chicago | 1 | 275.61 |
| Alex DeFelice | 12/12/05 | Crown Plaza - Dayton | 1 | 100.57 |
| Mark Rubin | 12/09/05 | Hyatt Hotel - NY | 1 | 329.97 |
| Mark Rubin | 12/12/05 | Crown Plaza - Dayton | 1 | 100.57 |
| Russ Belinsky | 12/14/05 | The Hilton - Chicago | 1 | 281.80 |
| | | | | $    2,766.65 |

### Meals Detail

| Professional | Date | Company | Amount |
|---|---|---|---|
| Anurag Kapur | 12/07/05 | Working Lunch - Out of Town | 11.47 |
| Sanjay Jindal | 12/13/05 | Working Lunch - Out of Town | 9.97 |
| Various | Week of 12/12-12/18 | Seamless Web Café Meals 12/05 [1] | 121.79 |
| Anurag Kapur | 12/12/05 | Working Dinner - Out of Town | 19.67 |
| Anurag Kapur | 12/13/05 | Working Lunch - Out of Town | 10.47 |
| Anjan Chatterjea | 12/13/05 | Working Lunch - Out of Town | 26.00 |
| Various | Week of 12/19-12/25 | Seamless Web Café Meals 12/05 [1] | 87.34 |
| Alex DeFelice | 12/13/05 | Working Breakfast - Out of Town | 12.10 |
| Alex DeFelice | 12/20/05 | Working Dinner - Three Professionals | 51.00 |
| Alex DeFelice | 12/21/05 | Working Dinner | 20.00 |
| Mark Rubin | 12/13/05 | Working Breakfast - Out of Town | 14.44 |
| Mark Rubin | 12/14/05 | Working Lunch - Out of Town - Three Prof. | 56.83 |
| Russ Belinsky | 12/13/05 | Working Lunch - Out of Town | 12.37 |
| | | | $    452.45 |

[1] Café Meals consist of multiple lunches and dinners incurred by professionals through out the month.
No single lunch exceeds $10 and no single dinner exceeds $20.

### Messenger/Delivery Detail

| Date | Company | Amount |
|---|---|---|
| 12/27/05 | Federal Express | 63.50 |
| 12/13/05 | Federal Express | 14.04 |
| | | $    77.54 |

### Parking/Transportation Detail

| Professional | Date | Company | Amount |
|---|---|---|---|
| Anurag Kapur | 12/08/05 | Taxi | 8.00 |
| Sanjay Jindal | 12/08/05 | Execucar Car Service | 76.00 |
| Sanjay Jindal | 12/13/05 | Airport Parking | 27.00 |
| Sanjay Jindal | 12/13/05 | Taxi | 45.00 |
| Anurag Kapur | 12/13/05 | Airport Parking | 39.00 |
| Anjan Chatterjea | 12/13/05 | Car Rental | 261.40 |
| Mark Rubin | 12/12/05 | East Coast Car Service | 116.22 |
| Alex DeFelice | 12/12/05 | Elite Transportation | 78.03 |
| Mark Rubin | 12/13/05 | Elite Transportation | 188.15 |
| Alex DeFelice | 12/13/05 | Elite Transportation | 80.07 |
| Alex DeFelice | 12/13/05 | Taxi | 38.41 |
| Alex DeFelice | 12/15/05 | Taxi | 8.00 |
| Alex DeFelice | 12/19/05 | Taxi | 7.00 |
| Mark Rubin | 12/13/05 | MTC Car Service | 139.44 |
| Russ Belinsky | 12/13/05 | Airport Parking | 55.65 |
| | | | $    1,163.37 |

Prepared by: Melissa Perez

CG LLC

Expense Detail

3/3

Chanin & Company LLC

Expense Detail Delphi
Period from November 21, 2005 through December 31, 2005

Research Detail

| Date | Company | Amount |
|---|---|---|
| 12/31/05 | 12/05 Dow Jones News Service | 45.24 |
| 12/31/05 | 12/05 Dow Jones Corp. Filing | 28.57 |
| 12/31/05 | 12/05 Capital IQ Research | 829.47 |
| | | $ 903.28 |

Reproduction & Faxes

| Location | Date | Transaction Type | # of Copies | Total Amount |
|---|---|---|---|---|
| NY/ LA | 11/21/05- 12/31/05 | Reproduction | 5008 | 500.80 |
| NY/ LA | 11/21/05- 12/31/05 | Facsimiles | 2 | 2.00 |
| | | | | $ 502.80 |

Note: All reproduction is at a rate of $.10 per page while facsimiles are charged at a rate of $1.00 per page.

Telephone Detail

| Date | Company | Amount |
|---|---|---|
| 12/22/05 | Pastec Communications LA | 1.26 |
| 12/22/05 | Pastec Communications NY | 267.41 |
| 12/12/05 | Airport Internet Usage | 7.95 |
| | | $ 276.62 |

Prepared by Nakesa Perez

CC LLC                          Expense Detail                          1/2

Chanin & Company LLC

Expense Detail Delphi
Period from January 1, 2006 through January 31, 2006

## January 2006

| Category | Amount |
| --- | --- |
| Airfare | 1,257.10 |
| Hotel | 628.94 |
| Meals | 600.96 |
| Messenger & Delivery | 72.59 |
| Parking/Transportation | 259.27 |
| Research | 108.15 |
| Reproduction & Faxes | 338.40 |
| Telephone | 411.74 |
| Totals | |
| | $   3,677.15 |

Prepared by Melissa Perez

CC LLC                                                    Expense Detail                                                    2/2

Chanin & Company LLC

Expense Detail Delphi
Period from January 1, 2006 through January 31, 2006

**Airfare Detail**

| Professional | Date | Itinerary | Amount |
|---|---|---|---|
| Anjan Chatterjee | 01/20/06 | Detroit - NYC - Detroit | 1,257.10 |
| | | | $  1,257.10 |

**Hotel Detail**

| Professional | Date | Location | Nights per stay | Amount |
|---|---|---|---|---|
| Anjan Chatterjee | 01/20/06 | The Hyatt - NY | 2 | 628.94 |
| | | | | $  628.94 |

**Meals Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Various | Week of 1/01 - 1/08 | Seamless Web Café Meals 01/06 [1] | 39.54 |
| Various | Week of 1/09 - 1/15 | Seamless Web Café Meals 01/06 [1] | 190.35 |
| Anjan Chatterjee | 01/26/06 | Working Dinner - Out of Town | 22.54 |
| Anjan Chatterjee | 01/27/06 | Working Dinner - Out of Town | 22.54 |
| Various | Week of 1/16 - 1/22 | Seamless Web Café Meals 01/06 [1] | 133.05 |
| Various | Week of 1/23 - 1/29 | Seamless Web Café Meals 01/06 [1] | 163.58 |
| Anurag Kapur | 01/04/06 | Working Lunch | 9.96 |
| Anurag Kapur | 01/09/06 | Working Lunch | 10.00 |
| Anurag Kapur | 01/26/06 | Working Lunch | 9.30 |
| | | | $  600.96 |

[1] Café Meals consist of multiple lunches and dinners incurred by professionals through out the month.
No single lunch exceeds $10 and no single dinner exceeds $20.

**Messenger/Delivery Detail**

| Date | Company | Amount |
|---|---|---|
| 01/25/06 | Federal Express | 28.91 |
| 01/27/06 | Federal Express | 11.67 |
| 01/31/06 | Federal Express | 31.81 |
| | | $  72.59 |

**Parking/Transportation Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Anjan Chatterjee | 01/21/06 | Taxi | 54.00 |
| Anjan Chatterjee | 01/23/06 | Elite Transportation | 80.07 |
| Anjan Chatterjee | 01/20/06 | Elite Transportation | 125.20 |
| | | | $  259.27 |

**Research Detail**

| Date | Company | Amount |
|---|---|---|
| 12/31/05 | 4th Quarter Placer Research | 8.56 |
| 01/31/06 | 1/06 Factset Research | 82.28 |
| 01/31/06 | 1/06 Capital IQ Research | 17.31 |
| | | $  108.15 |

**Reproduction & Faxes**

| Location | Date | Transaction Type | # of Copies | Total Amount |
|---|---|---|---|---|
| NYT LA | January 2006 | Reproduction | 3384 | 338.40 |
| | | | | $  338.40 |

Note: All reproduction is at a rate of $.10 per page while facsimiles are charged at a rate of $1.00 per page.

**Telephone Detail**

| Date | Company | Amount |
|---|---|---|
| 12/18/05 | Verizon Wireless | 10.00 |
| 01/22/06 | Paetec Communications LA | 51.58 |
| 01/22/06 | Paetec Communications NY | 253.92 |
| 01/31/06 | Raindance Conferencing | 96.24 |
| | | $  411.74 |

CC LLC                                          Expense Detail                                          1/2

Chanin & Company LLC

Expense Detail Delphi
Period from February 1, 2006 through February 28, 2006

### February 2006

| Category | Amount |
|---|---|
| Airfare | 2,000.20 |
| Hotel | 689.06 |
| Meals | 601.24 |
| Parking/Transportation | 1,434.49 |
| Professional Services | 390.00 |
| Research | 234.10 |
| Reproduction & Faxes | 298.80 |
| Telephone | 187.96 |
| Totals | $   5,835.85 |

Prepared by  Melissa Knost

CC LLC

Expense Detail

2/2

Chanin & Company LLC

Expense Detail Delphi
Period from February 1, 2006 through February 28, 2006

**Airfare Detail**

| Professional | Date | Itinerary | Amount |
|---|---|---|---|
| Anjan Chatterjee | 02/01/06 | Detroit - NYC - Detroit | 273.10 |
| Anjan Chatterjee | 02/01/06 | Travel Agent Fee | 100.00 |
| Russ Belinsky | 01/31/06 | Newark - LAX | 769.30 |
| Russ Belinsky | 02/01/06 | LAX - JFK | 807.80 |
| Russ Belinsky | 02/06/06 | Travel Agent Fee | 50.00 |
| | | | $ 2,000.20 |

**Hotel Detail**

| Professional | Date | Location | Nights per stay | Amount |
|---|---|---|---|---|
| Anjan Chatterjee | 02/01/06 | The Mansel - NY | 1 | 336.15 |
| Russ Belinsky | 02/02/06 | Omni Hotel - NY | 1 | 352.91 |
| | | | | $ 688.06 |

**Meals Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Various | Week of 1/30 - 2/03 | Seamless Web Café Meals 02/06 [1] | 139.89 |
| Various | Week of 2/06 - 2/12 | Seamless Web Café Meals 02/06 [1] | 204.99 |
| Various | Week of 2/13 - 2/19 | Seamless Web Café Meals 02/06 [1] | 67.66 |
| John Madden | 02/14/06 | Working Lunch - Three Professionals | 30.00 |
| Robert White | 02/15/06 | Working Dinner - Two Professionals | 30.47 |
| Various | Week of 2/20 - 2/26 | Seamless Web Café Meals 02/06 [1] | 92.73 |
| Anjan Chatterjee | 02/01/06 | Working Lunch | 5.50 |
| | | | $ 601.24 |

[1] Café Meals consist of multiple lunches and dinners incurred by professionals through out the month.
No single lunch exceeds $10 and no single dinner exceeds $20.

**Parking/Transportation Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Anjan Chatterjee | 02/02/06 | Corporate Transportation Group | 358.09 |
| Anjan Chatterjee | 01/25/06 | Elite Transportation | 150.20 |
| Anjan Chatterjee | 02/01/06 | Elite Transportation | 95.39 |
| Anjan Chatterjee | 02/02/06 | Elite Transportation | 53.55 |
| Anjan Chatterjee | 01/25/06 | Elite Transportation | 120.40 |
| Anurag Kapur | 02/15/06 | Elite Transportation | 77.01 |
| Anjan Chatterjee | 02/01/06 | Various Taxi's in NY | 90.00 |
| Anjan Chatterjee | 02/27/06 | Elite Transportation | 92.31 |
| Russ Belinsky | 02/02/06 | Airport Parking | 64.85 |
| Russ Belinsky | 02/02/06 | Daval Car Service | 149.24 |
| Russ Belinsky | 02/01/06 | Daval Car Service | 183.45 |
| | | | $ 1,434.48 |

**Professional Services Detail**

| Date | Company | Amount |
|---|---|---|
| 02/10/06 | Independent Counsel to Process Fee Application | 130.00 |
| 02/17/06 | Independent Counsel to Process Fee Application | 130.00 |
| 02/24/06 | Independent Counsel to Process Fee Application | 130.00 |
| | | $ 390.00 |

**Research Detail**

| Date | Company | Amount |
|---|---|---|
| 02/28/06 | 2/06 Factset Research | 101.73 |
| 02/28/06 | 2/06 Capital IQ Research | 132.37 |
| | | $ 234.10 |

**Reproduction & Faxes**

| Location | Date | Transaction Type | # of Copies | Total Amount |
|---|---|---|---|---|
| NY/ LA | February 2006 | Reproduction | 2906 | 290.90 |
| NY/ LA | February 2006 | Facsimiles | 6 | 6.00 |
| | | | | $ 296.90 |

Note: All reproduction is at a rate of $.10 per page while facsimiles are charged at a rate of $1.00 per page.

**Telephone Detail**

| Date | Company | Amount |
|---|---|---|
| 01/18/06 | Verizon Wireless | 20.00 |
| 02/22/06 | Paetec Communications LA | 59.26 |
| 02/23/06 | Paetec Communications NY | 45.86 |
| 02/28/06 | T-Mobile | 63.02 |
| | | $ 187.96 |

Prepared by Wallace Forbes

CHANIN CAPITAL PARTNERS

# INVOICE

## Delphi Corporation

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Advisory Fees:**
**February 1, 2006 through February 28, 2006**             175,000.00 ✓
**March 1, 2006 through March 31, 2006**             175,000.00 ok to Pay
**April 1, 2006 through April 30, 2006**             175,000.00 ok to Pay
**May 1, 2006 through May 31, 2006**             175,000.00 ok to Pay

Sub Total                                                          700,000.00

**Expenses:**
**January 2006**                                               3,677.15 ✓
**February 2006**                                              5,835.85 ✓
**March 2006**                                                15,378.83 Ok to Pay

Sub Total                                                          24,891.83

**Credit Payment Received April 21, 2006**       $    (605,877.13) ✓

**Total Due**                                       $    119,014.70

Ok to Pay
[signature] 6/6/06

PAYMENT DUE UPON RECEIPT
•••
PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
*for credit to*
CHANIN AND COMPANY LLC
ACCOUNT #50902539
•••

*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

# CHANIN CAPITAL PARTNERS

## INVOICE

## <u>Delphi Corporation</u>

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Outstanding Balance Forward**                                        $ ✓119,014.70

<u>Advisory Fees</u>:
June 1, 2006 through June 30, 2006                          ✗ 175,000.00 paid
July 1, 2006 through July 31, 2006                           ✓ 175,000.00

Sub Total

                                                                              469,014.70
                                                                                        F

<u>Expenses</u>:
April 2006
May 2006                                                            ✗ 13,229.45 paid
                                                                      ✓ 9,143.67

Sub Total

                                                                              22,373.12 F

**Total Due**                                              $    491,387.82  F
                                                               ✓ 119,014.70
✓ Amount paid on 8/10/06                        372,373.12

PAYMENT DUE UPON RECEIPT
***
PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

OK to Pay

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
for credit to
CHANIN AND COMPANY LLC
ACCOUNT #50902539
***
CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER



CHANIN CAPITAL PARTNERS

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

*Via Email*

June 30, 2006

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RAB/cm
Enclosures

cc:    David M. Sherbin -- Delphi Corporation
       Robert Dellinger -- Delphi Corporation
       John Wm. Butler, Jr., Esq. -- Skadden Arps Meagher & Flom, LLP
       Hanan Kolko, Esq. -- Meyer, Suozzi, English & Klein, PC
       Robert J. Rosenberg, Esq. -- Latham & Watkins LLP



RECEIVED
JUL 5 2006
DELPHI LEGAL DEPT.

CHANIN CAPITAL PARTNERS

## Delphi Corporation

### Summary of Expenses

### April 2006

| | | |
|---|---|---:|
| Airfare | $ | 1,932.80 |
| Hotel | | 1,429.85 |
| Meals | | 1,655.41 |
| Parking/Transportation | | 2,245.19 |
| Reproduction/Faxes (Eq) | | 940.70 ** |
| Professional Services | | 2,119.50 |
| Research | | 1,502.76 |
| Telephone | | 1,403.24 |
| **Total** | **$** | **13,229.45** |

** Please see attached for Equitrac details

CHANIN CAPITAL PARTNERS

## Delphi Corporation

Summary of Expenses

May 2006

| | | |
|---|---|---:|
| Airfare | | |
| Hotel | $ | 2,467.20 |
| Meals | | 1,219.51 |
| Parking/Transportation | | 935.50 |
| Reproduction/Faxes (Eq) | | 989.96 |
| Professional Services | | 1,008.80 ** |
| Research | | 162.50 |
| Telephone | | 1,945.44 |
| | | 414.76 |
| **Total** | $ | **9,143.67** |

** Please see attached for Equitrac details

CHANIN CAPITAL PARTNERS

## Delphi Corporation

### Reproduction and Facsimile Management Report
### (Equitrac Corporation Data Processing)

#### April 2006

**Reproduction**
9407    @    $    0.10            $    940.70

**Facsimile**
0    @    $    1.00            $    -

**Total**
$    940.70

#### May 2006

**Reproduction**
10048    @    $    0.10            $    1,004.80

**Facsimile**
4    @    $    1.00            $    4.00

**Total**
$    1,008.80



# CHANIN CAPITAL PARTNERS

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

_**Via Email**_

June 1, 2006

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RAB/cm
Enclosures

cc:    David M. Sherbin – Delphi Corporation
       Robert Dellinger – Delphi Corporation
       John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
       Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
       Robert J. Rosenberg, Esq. – Latham & Watkins LLP



RECEIVED
JUN 6 2006
DELPHI LEGAL DEPT.

CHANIN CAPITAL PARTNERS

# INVOICE

## Delphi Corporation

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Outstanding Balance Forward**                     $      119,014.70 *(1)*

**Advisory Fees:**
June 1, 2006 through June 30, 2006                      175,000.00 *Pd*
July 1, 2006 through July 31, 2006                      175,000.00 *Pd*
August 1, 2006 through August 31, 2006          (1)   175,000.00     Ok to Pay

Sub Total                                                                            *(signature)*
                                                                    644,014.70        *9/8/06*

**Expenses:**
April 2006                                                     13,229.45 *Pd*
May 2006                                                        9,143.67 *Pd*
June 2006                                            (1)        6,259.22

Sub Total                                                       28,632.34

**Total Due**                                     $      672,647.04

                                            $(1) 181,259.22

PAYMENT DUE UPON RECEIPT
***
PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
*for credit to*
CHANIN AND COMPANY LLC
ACCOUNT #50902539
***
*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

**Chanin**

| | Invoice period | Curren Month Estimate Fees | Expenses | Total Invoice amount | Payment | Est/Actual owed |
|---|---|---|---|---|---|---|
| November | 11/1/05-11/30/05 | 58,333.33 | 6,515.40 | 64,848.73 | | 64,848.73 |
| December | 12/1/05-12/31/05 | 175,000.00 | 6,515.40 | 181,515.40 | | 246,364.13 |
| January | 01/01/06 -1/31/06 | 175,000.00 | 3,677.15 | 178,677.15 | | 425,041.28 |
| February | 02/01/06-2/28/06 | 175,000.00 | 5,835.85 | 180,835.85 | | 605,877.13 |
| March | 03/01/06-3/31/06 | 175,000.00 | 15,378.83 | 190,378.83 | | 374,891.83 |
| April | 4/1/06 - 4/30/06 | 175,000.00 | 13,229.45 | 188,229.45 | (421,364.13) | (42,755.85) |
| May | 5/1/06-5/31/06 | 175,000.00 | 9,143.67 | 184,143.67 | (605,877.13) | 141,387.82 |
| June | 6/1/06-6/30/06 | 175,000.00 | ⓞ6,259.22 | 181,259.22 | | 322,647.04 |
| July | 7/1/06-7/31/06 | 175,000.00 | | 181,259.22 | | 497,647.04 |
| August | 08/1/01-8/31/06 | 175,000.00 | | 175,000.00 | ($491,387.82) | 181,259.22 |
| September | 9/1/06-9/30/06 | ①175,000.00 | | 175,000.00 | | 181,259.22 |
| October | 10/1/06-10/31/06 | | | - | | 181,259.22 |
| November | 11/1/06-11/30/06 | | | - | | 181,259.22 |
| December | 12/1/06-12/31/06 | | | | | 181,259.22 |
| | | - | | | | |
| | | 1,633,333.33 | 66,554.97 | 1,699,888.30 | (1,518,629.08) | 181,259.22 |

revised

03 = 181,259.22



**CHANIN CAPITAL PARTNERS**

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

*Via Email*

August 1, 2006

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RAB/cm
Enclosures

cc:    David M. Sherbin – Delphi Corporation
       Robert Dellinger – Delphi Corporation
       John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
       Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
       Robert J. Rosenberg, Esq. – Latham & Watkins LLP

CHANIN CAPITAL PARTNERS

# Delphi Corporation

### Summary of Expenses

### April 2006

| | | |
|---|---|---|
| Airfare | $ | 1,932.80 |
| Hotel | | 1,429.85 |
| Meals | | 1,655.41 |
| Parking/Transportation | | 2,245.19 |
| Reproduction/Faxes (Eq) | | 940.70 ** |
| Professional Services | | 2,119.50 |
| Research | | 1,502.76 |
| Telephone | | 1,403.24 |
| **Total** | $ | **13,229.45** |

** Please see attached for Equitrac details

CHANIN CAPITAL PARTNERS

## Delphi Corporation

### Summary of Expenses

#### May 2006

| | | |
|---|---|---|
| Airfare | $ | 2,467.20 |
| Hotel | | 1,219.51 |
| Meals | | 935.50 |
| Parking/Transportation | | 989.96 |
| Reproduction/Faxes (Eq) | | 1,008.80 ** |
| Professional Services | | 162.50 |
| Research | | 1,945.44 |
| Telephone | | 414.76 |
| **Total** | **$** | **9,143.67** |

** Please see attached for Equitrac details

CHANIN CAPITAL PARTNERS

# Delphi Corporation

### Summary of Expenses

### June 2006

| | | |
|---|---|---|
| Airfare | $ | 302.60 |
| Meals | | 1,223.75 |
| Parking/Transportation | | 108.00 |
| Reproduction/Faxes (Eq) | | 176.90 ** |
| Professional Services | | 84.50 |
| Research | | 3,343.85 |
| Telephone | | 1,019.62 |
| **Total** | $ | 6,259.22 |

** Please see attached for Equitrac details

CHANIN CAPITAL PARTNERS

## Delphi Corporation

### Reproduction and Facsimile Management Report
### (Equitrac Corporation Data Processing)

---

**April 2006**

---

**Reproduction**
9407    @    $    0.10    $    940.70

**Facsimile**
0    @    $    1.00    $    .

**Total**    $    940.70

---

**May 2006**

---

**Reproduction**
10048    @    $    0.10    $    1,004.80

**Facsimile**
4    @    $    1.00    $    4.00

**Total**    $    1,008.80

---

**June 2006**

---

**Reproduction**
1769    @    $    0.10    $    176.90

**Facsimile**
0    @    $    1.00    $    .

**Total**    $    176.90



# CHANIN CAPITAL PARTNERS

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

_Via Email_

September 1, 2006

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RAB/cm
Enclosures

cc:   David M. Sherbin – Delphi Corporation
      Robert Dellinger – Delphi Corporation
      John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
      Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
      Robert J. Rosenberg, Esq. – Latham & Watkins LLP

**RECEIVED**

SEP 0 7 2006

J.D. SHEEHAN

# CHANIN CAPITAL PARTNERS

# INVOICE

## Delphi Corporation

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Advisory Fees:**
August 1, 2006 through August 31, 2006                    $    175,000.00  Pd
September 1, 2006 through September 30, 2006                  Ⓟ 175,000.00

Sub Total                                                        350,000.00

**Expenses:**
July 2006                                                  Ⓞ 5,284.44
June 2006                                                     6,259.22  Vd
Credit for overpayment                                       (1,347.26) ?

Sub Total                                                        10,196.40

**Total Due**                                            $    360,196.40

*(handwritten)* 4Ⓞ 180,284.44

PAYMENT DUE UPON RECEIPT
***

PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
*for credit to*
CHANIN AND COMPANY LLC
ACCOUNT #50902539
***

*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

CHANIN CAPITAL PARTNERS

## Delphi Corporation

**Summary of Expenses**

**July 2006**

| | | |
|---|---|---|
| Airfare | $ | (252.60) |
| Meals | | 1,035.64 |
| Parking/Transportation | | 185.91 |
| Reproduction/Faxes (Eq) | | 300.70 ** |
| Professional Services | | 97.50 |
| Research | | 3,331.92 |
| Telephone | | 585.37 |
| **Total** | $ | **5,284.44** |

** Please see attached for Equitrac details

CHANIN CAPITAL PARTNERS

## Delphi Corporation

**Summary of Expenses**

**June 2006**

| | | |
|---|---|---|
| Airfare | $ | 302.60 |
| Meals | | 1,223.75 |
| Parking/Transportation | | 108.00 |
| Reproduction/Faxes (Eq) | | 176.90 ** |
| Professional Services | | 84.50 |
| Research | | 3,343.85 |
| Telephone | | 1,019.62 |
| **Total** | $ | **6,259.22** |

** Please see attached for Equitrac details

CHANIN CAPITAL PARTNERS

## Delphi Corporation

**Reproduction and Facsimile Management Report**
**(Equitrac Corporation Data Processing)**

### July 2006

**Reproduction**
3007    @    $    0.10        $    300.70

**Facsimile**
0    @    $    1.00        $    .

**Total**                                $    300.70

### June 2006

**Reproduction**
1769    @    $    0.10        $    176.90

**Facsimile**
0    @    $    1.00        $    .

**Total**                                $    176.90

CHANIN CAPITAL PARTNERS

# INVOICE

## Delphi Corporation

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Advisory Fees:**
**December 1, 2006 through December 31, 2006**              $      175,000.00

Sub Total                                                                              175,000.00

**Expenses:**
**December 2006**                                                                        3,755.35

Sub Total                                                                                  3,755.35

**Total Due**                                                          $    178,755.35

PAYMENT DUE UPON RECEIPT
***
PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
*for credit to*
CHANIN AND COMPANY LLC
ACCOUNT #50902539
***
*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*



# CHANIN CAPITAL PARTNERS

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

*Via Email*

January 25, 2007

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RAB/cm
Enclosures

cc:    David M. Sherbin – Delphi Corporation
Robert Dellinger – Delphi Corporation
John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
Robert J. Rosenberg, Esq. – Latham & Watkins LLP

**RECEIVED**

JAN 3 0 2007

**J.D. SHEEHAN**

# EXHIBIT A

## Fee Summary for the Period December 1, 2006 to December 31, 2006

Name of Applicant:                                          Chanin Capital Partners, LLC

Authorized to Provide
Professional Services to:                                   IUE-CWA

Period for which compensation and
reimbursement is sought:                                    12/1/06 to 12/31/06

Fee (see below for summary of services rendered):           $175,000

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                        $3,755.35

## SUMMARY OF SERVICES RENDERED

1.      Chanin has rendered professional services to the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA" or the "Union"), as requested and as necessary and appropriate in furtherance of the interests of the Debtors' estate.

2.      Chanin respectfully submits that the professional services that it rendered on behalf of the Union were necessary and have directly contributed to the effective administration of these cases. The following summary of services rendered during the compensation period highlights certain areas in which services were rendered to the Union, as well as to identify some of the problems and issues that Chanin was required to address.

(i)     Attend Meetings with Union and Debtors in Troy, Michigan

3.      Chanin met with the Debtors and their advisors on December 11-12 in Troy, Michigan to discuss (i) labor negotiations with regard to the Packard facilities; (ii) the framework settlement preliminarily agreed to with Cerberus, Appaloosa and other proposed investors ("Plan Investors"); and (iii) next steps with regard to the IUE-CWA. The Union met with the Debtors at smaller group meetings with company labor officials throughout December 11, and then had a dinner meeting with the Company bankruptcy counsel, labor officials and various other senior executives. Chanin also attended a Union meeting the following day and met with local leaders of the Union.

(ii)    Advise IUE-CWA on Potential Framework Settlement Scenarios

4.    Chanin continued to provide the IUE-CWA with advisory services related to the plan framework negotiations involving the Plan Investors, the statutory creditors and equity committees and other constituents. Chanin also advised the Union with regard to the new bid by Highland Capital Management, following the formal announcement of the Plan Investors' bid. Following the Debtors' selection of Cerberus, Harbinger and Appaloosa over Ripplewood as the primary plan sponsors, Chanin analyzed various plan provisions that the IUE-CWA as a member of the creditors committee was monitoring. This included the proposed breakup fee for the plan sponsors, the commitment and underwriting fees for their proposed rights offering, and certain corporate governance issues involved with the ultimate capital structure of the emerged entity. Chanin also continued to advise the Union on the implied recoveries for the Debtors' constituents as a result of the proposals, and a comparison of those recoveries with the labor concessions made thus far and projected to be made prior to emergence. Chanin held calls with the union national leadership and the union's lawyers to discuss these proposals and analyses.

(iii)    Analysis of Packard facilities

5.    Chanin provided financial analyses to the national committee of the IUE-CWA and local union leadership at the Warren, Ohio and Clinton, Mississippi facilities with regard to the Packard facilities' labor negotiations with Delphi. Chanin prepared internal analyses and held internal calls with regard to different alternatives for the

Packard facilities, and how best to resolve remaining impediments to reach a new labor agreement. Chanin helped the Packard leadership prepare various proposals to the Company. As parts of its analyses, Chanin calculated the post-attrition estimated straight-wage, all-in labor cost per employee and total labor cost per plant for the Warren plant, under various labor scenarios. To determine plant profitability, Chanin analyzed the Debtors' anticipated transformation of the product mix at the Warren plant, historical raw materials prices and projected raw materials forecasts, labor savings assumptions, and a comparison of projected margins under the Debtors' preferred scenario with margins at comparable auto suppliers.

(iv)    Committee Meetings

6.    Chanin participated in telephone conferences with the Unsecured Creditors Committee and Chanin has assisted the Union in fulfilling its duties to make informed decisions regarding the various issues which have arisen in these cases, to monitor closely the Debtors' management of these proceedings, and to reach independent conclusions on the merits of specific matters, as well as regarding the prospects of reorganization.

(v)    Other Tasks

7.    In addition to the assignments and tasks set forth above, at the request of the union, Chanin (i) provided the Union with other appropriate general restructuring advice and (ii) reviewed and analyzed certain other financial information as requested by

the Union.  All of Chanin's activities were conducted with the goal of producing efficient and effective services to the Debtors' estate.

# EXHIBIT B

CC LLC                                    Expense Detail                                    1/2

Chanin & Company LLC

Expense Detail Delphi
Period from December 1, 2008 through December 31, 2008

## December-08

| Category | Amount |
|---|---|
| Airfare | 724.30 |
| Hotel | 427.14 |
| Meals | 326.73 |
| Parking/Transportation | 502.20 |
| Professional Services | 247.00 |
| Research | 1,172.18 |
| Reproduction & Faxes | 99.00 |
| Telephone | 256.80 |
| **Totals** | **$ 3,755.35** |

Prepared by: Melissa Perez

CC LLC                                                         Expense Detail                                                    7/2

Chanin & Company LLC

Expense Detail Delphi
Period from December 1, 2006 through December 31, 2006

**Airfare Detail**

| Professional | Date | Itinerary | | Amount |
|---|---|---|---|---|
| Sahm Adrangi | 12/10/06 | NYC - Detroit - NYC | | 724.30 |
| | | | $ | 724.30 |

**Hotel Detail**

| Professional | Date | Location | Nights per stay | Amount |
|---|---|---|---|---|
| Sahm Adrangi | 12/10/06 | The Marriot - Troy, MI | 1 | 213.57 |
| Sahm Adrangi | 12/11/06 | The Marriot - Troy, MI | 1 | 213.57 |
| | | | $ | 427.14 |

**Meals Detail**

| Professional | Date | Company | | Amount |
|---|---|---|---|---|
| Anurag Kapur | 11/22/06 | Working Lunch | | 10.00 |
| Sahm Adrangi | 11/13/06 | Working Lunch - Six Professionals | | 106.47 |
| John Madden | 11/13/06 | Working Lunch - Two Professionals | | 20.00 |
| Sahm Adrangi | 12/10/06 | Working Dinner - Out of Town | | 2.99 |
| Sahm Adrangi | 12/11/06 | Working Dinner - Three Prof. - Out of Town | | 94.88 |
| Sahm Adrangi | 12/14/06 | Working Lunch - Six Professionals | | 68.60 |
| Various | Week of 9/25 - 9/30 | Seamless Web Café Meals 12/06 [1] | | 19.79 |
| | | | $ | 326.73 |

[1] Café Meals consist of multiple lunches and dinners incurred by professionals through out the month.
No single lunch exceed $10 and no single dinner exceeds $20.

**Parking/Transportation Detail**

| Professional | Date | Company | | Amount |
|---|---|---|---|---|
| Sahm Adrangi | 09/28/06 | A-Abbey Transportation | | 90.00 |
| Sahm Adrangi | 11/09/06 | Taxi | | 6.00 |
| Sahm Adrangi | 11/19/06 | Taxi | | 6.00 |
| Sahm Adrangi | 11/28/06 | Taxi | | 9.00 |
| Sahm Adrangi | 12/10/06 | Taxi | | 9.00 |
| Sahm Adrangi | 12/06/06 | Taxi | | 11.00 |
| Sahm Adrangi | 01/06/07 | Taxi | | 10.00 |
| Sahm Adrangi | 01/07/07 | Taxi | | 9.00 |
| Sahm Adrangi | 12/09/06 | Taxi | | 70.60 |
| Mark Rubin | 12/10/06 | Taxi | | 131.60 |
| Mark Rubin | 12/11/06 | Taxi | | 160.00 |
| | | | $ | 502.20 |

**Professional Services Detail**

| Date | Company | Amount |
|---|---|---|
| 12/08/06 | Independent Counsel to Process Fee Application | 65.00 |
| 12/15/06 | Independent Counsel to Process Fee Application | 19.50 |
| 12/22/06 | Independent Counsel to Process Fee Application | 162.50 |
| | | $ 247.00 |

**Research Detail**

| Date | Company | Amount |
|---|---|---|
| 12/31/06 | 12/06 Factiva Research | 33.00 |
| 12/31/06 | 12/06 Capital IQ Research | 1,139.18 |
| | | $ 1,172.18 |

**Reproduction & Faxes**

| Location | Date | Transaction Type | # of Copies | Total Amount |
|---|---|---|---|---|
| NY / LA | Dec-06 | Reproduction | 840 | 84.00 |
| NY / LA | Dec-06 | Facsimiles | 15 | 15.00 |
| | | | $ | 99.00 |

Note: All reproduction is at a rate of $.10 per page while facsimiles are charged at a rate of $1.00 per page.

**Telephone Detail**

| Date | Company | Amount |
|---|---|---|
| 09/19/06 | Verizon Wireless | 50.00 |
| 10/19/06 | Verizon Wireless | 25.00 |
| 12/10/06 | Hotel Internet Usage | 10.55 |
| 12/11/06 | Hotel Internet Usage | 10.55 |
| 12/22/06 | Paetec Communications NY | 160.70 |
| | | $ 256.80 |

Prepared by: Melissa Perez

 CHANIN CAPITAL PARTNERS

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

*Via Email*

December 22, 2006

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RAB/cm
Enclosures

cc:     David M. Sherbin – Delphi Corporation
        Robert Dellinger – Delphi Corporation
        John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
        Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
        Robert J. Rosenberg, Esq. – Latham & Watkins LLP



RECEIVED
JAN 2 2007
DELPHI LEGAL DEPT.

CHANIN CAPITAL PARTNERS

# INVOICE

## Delphi Corporation

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Advisory Fees:**
**November 1, 2006 through November 30, 2006**                175,000.00

Sub Total                                                                    175,000.00

**Expenses:**
**November 2006**                                                              6,510.09
**October 2006**                                                               5,397.54
**September 2006**                                                             8,021.84

Sub Total                                                                      19,929.47

**Total Due**                                                        $    194,929.47

PAYMENT DUE UPON RECEIPT
***
PAYMENT IN US DOLLARS MAY BE MADE BY WIRE TRANSFER TO

NORTHERN TRUST BANK OF CALIFORNIA
355 South Grand Avenue, Suite 100, Los Angeles, CA 90071

A.B.A. NUMBER 122242173
*for credit to*
CHANIN AND COMPANY LLC
ACCOUNT #50902539
***
*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

# INVOICE

## <u>Delphi Corporation</u>

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

<u>Advisory Fees:</u>
| | |
|---|---|
| **May 1, 2007 through May 31, 2007** | $ 175,000.00 |
| **April 1, 2007 through April 31, 2007** | $ 175,000.00 |
| Sub Total | 350,000.00 |

<u>Expenses:</u>
| | |
|---|---|
| **May 1, 2007 through May 31, 2007** | $ 5.90 |
| **April 1, 2007 through April 31, 2007** | 901.29 |
| Sub Total | 907.19 |

**Total Due**      **$ 350,907.19**

PAYMENT DUE UPON RECEIPT
•••
PAYMENT IN US DOLLARS VIA WIRE

**DUFF & PHELPS, LLC**
**LASALLE BANK**
135 South LaSalle St., Chicago, IL. 60603
A.B.A. NUMBER 071000505
ACCOUNT #5800074600
•••
PAYMENT IN US DOLLARS VIA LOCKBOX

**DUFF & PHELPS, LLC**
2397 PAYSHRERE CIRCLE
CHICAGO, IL. 60674
•••

*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

*Ok to Pay*
*Jo Sheehan*
*7/18/07*



## CHANIN CAPITAL PARTNERS

A DUFF&PHELPS Company

11150 Santa Monica Blvd.
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

_Via Email_

May 3, 2007

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky / cm

Russell A. Belinsky
Senior Managing Director


RAB/cm
Enclosures


cc:    David M. Sherbin – Delphi Corporation
       Robert Dellinger – Delphi Corporation
       John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
       Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
       Robert J. Rosenberg, Esq. – Latham & Watkins LLP

# INVOICE

## <u>Delphi Corporation</u>

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**<u>Advisory Fees</u>:**
March 1, 2007 through March 31, 2007                     $      175,000.00

Sub Total                                                                         175,000.00

**<u>Expenses</u>:**
March 2007                                                                     5,173.93

Sub Total                                                                           5,173.93

**Total Due**                                                             $      180,173.93

PAYMENT DUE UPON RECEIPT
•••
PAYMENT IN US DOLLARS VIA WIRE

DUFF & PHELPS, LLC
LASALLE BANK
135 South LaSalle St., Chicago, IL. 60603
A.B.A. NUMBER 071000505
ACCOUNT #5800074600
•••
PAYMENT IN US DOLLARS VIA LOCKBOX

DUFF & PHELPS, LLC
2397 PAYSHRERE CIRCLE
CHICAGO, IL. 60674
•••

*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

OK to Pay
*[signature]*
5/5/07

<u>**Fee Summary for the Period March 1, 2007 to March 31, 2007**</u>

Name of Applicant:                                          Chanin Capital Partners, LLC

Authorized to Provide
Professional Services to:                                   IUE-CWA

Period for which compensation and                          3/1/07 to 3/31/07
reimbursement is sought:

Fee (see below for summary of services rendered):          $175,000

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                       $5,173.93

## SUMMARY OF SERVICES RENDERED

1.      Chanin has rendered professional services to the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA" or the "Union"), as requested and as necessary and appropriate in furtherance of the interests of the Debtors' estate.

2.      Chanin respectfully submits that the professional services that it rendered on behalf of the Union were necessary and have directly contributed to the effective administration of these cases. The following summary of services rendered during the compensation period highlights certain areas in which services were rendered to the Union, as well as to identify some of the problems and issues that Chanin was required to address.

### (i)   Advise IUE-CWA on Potential Framework Settlement Scenarios

3.      Chanin continued to advise the IUE-CWA on matters relating to Plan Framework involving Cerberus, Appaloosa, GM, the statutory creditors and equity committees and other constituents

### (ii)   Analyze Updated Business Plan

4.      Chanin continued to review the Debtors' most recent business plan, including the newly released cash flows and balance sheet, and participated in a call with the Debtors, their financial advisors and other Union financial advisors to discuss these documents. Chanin coordinated with the Debtors' advisors to clarify various aspects of the business plan as part of its analysis. Chanin shared its findings and the business plan

with the national Union leadership, and formulated a list of diligence questions for the

Debtors based on its discussions with the Union.

### (iii)    Analyze Gadsden / Interiors & Closures Businesses Sale

5.    Chanin continued to analyze the potential sale of the Debtors' Interiors &

Closures businesses, which includes the IUE-CWA's Gadsden, Alabama facility. Chanin

provided data and analysis and participated in calls with the Debtors and national Union

Leadership in preparation for meetings regarding the expected nature of the labor

negotiations with the Renco, the potential purchaser.

### (iv)    New Brunswick

6.    Chanin assisted the IUE-CWA in obtaining data from Delphi required for

settlement negotiations involving the New Brunswick operation that was previously sold

to Johnson Controls.

### (v)    Prepare Claims Analysis

7.    Chanin continues to review and revise its estimate of claims accrued to the

IUE-CWA as a result of the Chapter 11 bankruptcy proceeding and labor negotiations.

Claim estimates are based on a number of factors, including claims for employees

remaining at closure plants; wage and benefit reductions; savings accrued to the

Company and creditor constituents as a result of IUE-CWA concessions (including

potential waivers of plant closure / asset sale rights) and other sources of claim value.

(vi)    <u>Committee Meetings</u>

8.      Chanin participated in unsecured creditors committee conference calls and advised the Union on key topics discussed at the conference calls. Chanin has assisted the Union in fulfilling its duties to make informed decisions regarding the various issues which have arisen in these cases, to monitor closely the Debtors' management of these proceedings, and to reach independent conclusions on the merits of specific matters, as well as regarding the prospects of reorganization.

(vii)    <u>Other Tasks</u>

9.      In addition to the assignments and tasks set forth above, at the request of the Union, Chanin (i) provided the Union with other appropriate general restructuring advice and (ii) reviewed and analyzed certain other financial information as requested by the Union. All of Chanin's activities were conducted with the goal of producing efficient and effective services to the Debtors' estate.

CC LLC                                    Expense Detail                                    1/2

Chanin & Company LLC

Expense Detail for Delphi
Period from March 1, 2007 through March 31, 2007

### March 2007

| Category | Amount |
| --- | --- |
| Airfare | 2,345.32 |
| Hotel | 839.54 |
| Meals | 454.43 |
| Parking/Transportation | 1,123.37 |
| Professional Services | 222.16 |
| Reproduction & Faxes | 23.70 |
| Telephone | 165.41 |
| Totals | $ 5,173.93 |

Prepared by Matras Perez

CC LLC                                                                 Expense Detail                                                          2/2

**Chanin & Company LLC**

Expense Detail for Delphi
Period from March 1, 2007 through March 31, 2007

**Airfare Detail**

| Professional | Date | Itinerary | Amount |
|---|---|---|---|
| Adrangi,Sahn | 02/12/07 | Northwest Airlines RT from NY to Detroit | 321.56 |
| Adrangi,Sahn | 02/18/07 | Northwest RT New York to Detroit | 300.56 |
| Rubin,Mark | 01/29/07 | Northwest Airlines round trip from NY to Detroit (Jan 29- 30) plus ProTravel plus upgrades | 1,201.56 |
| Rubin,Mark | 3/12/07 | Northwest Airlines round trip from NY to Detroit (Feb 12- | 321.56 |
| | | | 2,145.22 |

**Hotel Detail**

| Professional | Date | Location | Amount |
|---|---|---|---|
| Adrangi,Sahn | 02/16/07 | Somerset Inn- lodging | 128.16 |
| Adrangi,Sahn | 02/19/07 | Somerset Inn- lodging | 561.22 |
| Rubin,Mark | 02/12/07 | Somerset Inn- lodging | 128.16 |
| | | | 839.54 |

**Meals Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Adrangi,Sahn | 02/13/07 | Somerset Inn- Detroit- breakfast | 6.33 |
| Adrangi,Sahn | 02/13/07 | Somerset Inn- Detroit- dinner | 14.36 |
| Adrangi,Sahn | 02/14/07 | Somerset Inn- Detroit- breakfast | 19.95 |
| Adrangi,Sahn | 02/14/07 | Somerset Inn- Detroit- lunch and dinner | 33.46 |
| Adrangi,Sahn | 02/15/07 | Somerset Inn- Detroit- lunch | 25.00 |
| Adrangi,Sahn | 02/16/07 | Somerset Inn- Detroit- breakfast | 4.00 |
| Adrangi,Sahn | 02/15/07 | Somerset Inn- Detroit- breakfast | 14.49 |
| Adrangi,Sahn | 02/15/07 | Somerset Inn- Detroit- dinner | 28.15 |
| Adrangi,Sahn | 01/23/07 | Aki Sushi dinner | 20.00 |
| Adrangi,Sahn | 01/26/07 | Aki Sushi dinner | 20.00 |
| Adrangi,Sahn | 01/31/07 | Aki Sushi dinner | 20.00 |
| Adrangi,Sahn | 02/19/07 | Nationals- dinner at the airport | 25.00 |
| Adrangi,Sahn | 02/19/07 | Salad Sensations- lunch to Detroit | 9.26 |
| Adrangi,Sahn | 01/26/07 | Patrick Conway's dinner | 20.00 |
| Madden,John | 02/01/07 | Wollensky- dinner with Toni Kennedy (kennedy jennick) | 60.00 |
| Rubin,Mark | 01/29/07 | Fox Sports bar- dinner at the airport | 26.28 |
| Rubin,Mark | 01/30/07 | Somerset Inn- breakfast | 16.00 |
| Rubin,Mark | 01/30/07 | Somerset Inn- lunch | 19.90 |
| Rubin,Mark | 02/12/07 | Fox Sports bar- dinner at the airport for Sahn Adrangi and Mark Rubin | 51.31 |
| Adrangi,Sahn | 03/01/07 | Patrick Conway's dinner | 20.00 |
| | | | 464.43 |

* Café Meals consist of multiple lunches and dinners incurred by professionals through-out the month.
No single lunch exceeds $10 and no single dinner exceeds $20.

**Parking/Transportation Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Adrangi,Sahn | 02/16/07 | NYC Taxi from the office to home | 13.00 |
| Adrangi,Sahn | 02/16/07 | GIOIACE Transportation from somerset inn to the airport | 102.00 |
| Adrangi,Sahn | 02/18/07 | Carey Transportation in Detroit from airport to the hotel | 124.75 |
| Adrangi,Sahn | 02/16/07 | Pacific Diamond Taxi to airport from hotel | 80.00 |
| Adrangi,Sahn | 03/06/07 | NYC taxi to home from work | 11.00 |
| Adrangi,Sahn | 03/15/07 | NYC taxi to home from work | 11.00 |
| Adrangi,Sahn | 03/23/07 | NYC taxi package delivery from work to Wall Street | 13.00 |
| Adrangi,Sahn | 03/14/07 | NYC taxi to home from work to Wall/Water Streets | 13.00 |
| Adrangi,Sahn | 01/09/07 | NYC taxi to home from work | 9.00 |
| Adrangi,Sahn | 03/04/07 | NYC taxi to home from work | 10.00 |
| Adrangi,Sahn | 03/15/07 | NYC taxi to home from work | 10.00 |
| Rubin,Mark | 01/29/07 | MTC Limo- from home to the airport | 145.00 |
| Rubin,Mark | 03/12/07 | MTC Limo- car from home to the airport | 148.00 |
| Rubin,Mark | 02/13/07 | MTC Limo- car from airport to home | 180.00 |
| Various | 03/31/07 | Elite Limousine Plus, Inc. | 286.52 |
| | | | 1,122.27 |

**Professional Services Detail**

| Date | Company | Amount |
|---|---|---|
| 03/31/07 | Independent Counsel to Process Fee application | 222.16 |
| | | 222.16 |

**Reproduction & Faxes**

| Location | Date | Transaction Type | # of Copies | Total Amount |
|---|---|---|---|---|
| NY/LA | March 2007 | Reproduction | 198 | 19.80 |
| Hotel Business Center | 2/19/07 | Copies/Faxes/Internet | | 3.90 |
| | | | | 23.70 |

Note: All reproduction is at a rate of $.10 per page while facsimiles are charged at a rate of $1.00 per page.

**Telephone Detail**

| Date | Company | Amount |
|---|---|---|
| 02/17/07 | Hotel Internet Usage | 7.95 |
| 01/31/07 | T-Mobile | 81.66 |
| 03/31/07 | T-Mobile | 75.80 |
| | | 165.41 |

Prepared by Undia Paust



**CHANIN CAPITAL PARTNERS**
A DUFF&PHELPS Company

11150 Santa Monica Blvd.
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

_Via Email_

August 9, 2007

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky / mp

Russell A. Belinsky
Senior Managing Director

RAB/mp
Enclosures

cc:   David M. Sherbin – Delphi Corporation
      Robert Dellinger – Delphi Corporation
      John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
      Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
      Robert J. Rosenberg, Esq. – Latham & Watkins LLP

# DUFF&PHELPS
Federal Id: 36-4090666

| | |
|---|---|
| Invoice No.: | LD00034074 |
| Client No.: | 361DEL |
| Date: | August 9, 2007 |
| Reference: | 19446 |

Services Provided To:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

June 1, 2007 through June 30, 2007 Advisory Fees

| | |
|---|---|
| Contact: | BELINSKY, RUSSELL |
| Engagement No: | 19446 |
| Total Fees: | $ 175,000.00 |
| Total Expenses: | $ 0.00 |
| Less Holdback: | $ 0.00 |

**TOTAL AMOUNT DUE**                175,000.00

This Invoice is Due and Payable Upon Receipt

---

# DUFF&PHELPS
Federal Id: 36-4090666

| | |
|---|---|
| Invoice No.: | LD00034074 |
| Client No.: | 361DEL |
| Date: | August 9, 2007 |
| Reference: | 19446 |

Billed To:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

**Payment Via Wiring:**

DUFF & PHELPS, LLC
LASALLE BANK
ABA NO: 071000505
135 SOUTH LA SALLE ST.
CHICAGO, IL 60003
ACCOUNT NO: 5800074800

**Payment Via LockBox:**

DUFF & PHELPS, LLC
2397 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**TOTAL AMOUNT DUE**                $ 175,000.00

## Fee Summary for the Period June 1, 2007 to June 30, 2007

Name of Applicant:                                      Chanin Capital Partners, LLC

Authorized to Provide
Professional Services to:                               IUE-CWA

Period for which compensation and
reimbursement is sought:                               6/1/07 to 6/30/07

Fee (see below for summary of services rendered):      $175,000

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                   $0

OK to Pay

7/20/07

## SUMMARY OF SERVICES RENDERED

1.     Chanin has rendered professional services to the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA" or the "Union"), as requested and as necessary and appropriate in furtherance of the interests of the Debtors' estate.

2.     Chanin respectfully submits that the professional services that it rendered on behalf of the Union were necessary and have directly contributed to the effective administration of these cases. The following summary of services rendered during the compensation period highlights certain areas in which services were rendered to the Union, as well as to identify some of the problems and issues that Chanin was required to address.

(i)     Advise IUE-CWA on Potential Framework Settlement Scenarios

3.     Chanin continued to advise the IUE-CWA on matters relating to Plan Framework involving Appaloosa, GM, the statutory creditors and equity committees and other constituents. Chanin also advised IUE-CWA on alternatives to the plan framework, including the Highland proposal.

(ii)     Analyze Debtors' Updated Financial Results

4.     Chanin continued to review the Debtors' most recent financial and operating performance.

(iii)   <u>Monitored Gadsden / Interiors & Closures Businesses Sale</u>

5.       Chanin continued to monitor the potential sale of the Debtors' Interiors & Closures businesses, which includes the IUE-CWA's Gadsden, Alabama facility.

(iv)   <u>Prepare Claims Analysis</u>

6.       Chanin continues to review and revise its estimate of claims accrued to the IUE-CWA as a result of the Chapter 11 bankruptcy proceeding and labor negotiations. Claim estimates are based on a number of factors, including claims for employees remaining at closure plants; wage and benefit reductions; savings accrued to the Company and creditor constituents as a result of IUE-CWA concessions (including potential waivers of plant closure / asset sale rights) and other sources of claim value.

(v)   <u>Committee Meetings</u>

7.       Chanin participated in unsecured creditors committee conference calls and advised the Union on key topics discussed at the conference calls. Chanin also attended Committee meetings with Debtors. Chanin has assisted the Union in fulfilling its duties to make informed decisions regarding the various issues which have arisen in these cases, to monitor closely the Debtors' management of these proceedings, and to reach independent conclusions on the merits of specific matters, as well as regarding the prospects of reorganization.

(vi)    <u>Labor Negotiations</u>

8.      Chanin participated in IUE-CWA National and Local bargaining sessions with Delphi and GM as well as internal meetings with IUE-CWA National and Local unions. Chanin commenced analysis of UAW-Delphi-GM Memorandum of Understanding and reviewed and discussed same with counsel for IUE-CWA and IUE-CWA leadership.

(vii)    <u>Other Tasks</u>

9.      In addition to the assignments and tasks set forth above, at the request of the Union, Chanin (i) provided the Union with other appropriate general restructuring advice and (ii) reviewed and analyzed certain other financial information as requested by the Union. All of Chanin's activities were conducted with the goal of producing efficient and effective services to the Debtors' estate.

# DUFF&PHELPS Federal Id: 36-4090666

| | |
|---|---|
| Invoice No.: | LD00035018 |
| Client No.: | 361DEL |
| Date: | September 25, 2007 |
| Reference: | 19446 |

Services Provided To:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Oh to Pay

| | |
|---|---|
| Contact: | BELINSKY, RUSSELL |
| Engagement No: | 19446 |
| Total Fees: | $ 175,000.00 |
| Total Expenses: | $ 6,952.57 |
| Less Holdback: | $ 0.00 |

| | |
|---|---|
| **TOTAL AMOUNT DUE** | 181,952.57 |

This Invoice Is Due and Payable Upon Receipt

# DUFF&PHELPS Federal Id: 36-4090666

| | |
|---|---|
| Invoice No.: | LD00035018 |
| Client No.: | 361DEL |
| Date: | September 25, 2007 |
| Reference: | 19446 |

Billed To:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Payment Via Wiring:

DUFF & PHELPS, LLC
LASALLE BANK
ABA NO: 071000505
135 SOUTH LA SALLE ST.
CHICAGO, IL 60003
ACCOUNT NO: 5800074600

Payment Via LockBox:

DUFF & PHELPS, LLC
2397 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| | |
|---|---|
| **TOTAL AMOUNT DUE** | $ 181,952.57 |

## Fee Summary for the Period August 1, 2007 to August 31, 2007

Name of Applicant:                                    Chanin Capital Partners, LLC

Authorized to Provide
Professional Services to:                             IUE-CWA

Period for which compensation and
reimbursement is sought:                             8/1/07 to 8/31/07

Fee (see below for summary of services rendered):    $175,000

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                 $6,952.97

## SUMMARY OF SERVICES RENDERED

1.    Chanin has rendered professional services to the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA" or the "Union"), as requested and as necessary and appropriate in furtherance of the interests of the Debtors' estate.

2.    Chanin respectfully submits that the professional services that it rendered on behalf of the Union were necessary and have directly contributed to the effective administration of these cases. The following summary of services rendered during the compensation period highlights certain areas in which services were rendered to the Union, as well as to identify some of the problems and issues that Chanin was required to address.

(i)    Advise IUE-CWA on Potential Framework Settlement Scenarios

3.    Chanin continued to advise the IUE-CWA on matters relating to Plan Framework involving Appaloosa, GM, the statutory creditors and equity committees and other constituents. Chanin also advised IUE-CWA on alternatives to the plan framework and exit financing scenarios.

(ii)    Analyze Debtors' Updated Financial Results & Projections

4.    Chanin continued to review the Debtors' most recent financial and operating performance. Chanin also reviewed the Company's revised business plan and discussed the revise plan with the Company's advisors.

(iii)    <u>Monitored Gadsden / Interiors & Closures Businesses Sale</u>

5.    Chanin continued to monitor the potential sale of the Debtors' Interiors & Closures businesses, which includes the IUE-CWA's Gadsden, Alabama facility. Chanin assisted IUE-CWA in negotiations of new labor contract to be effective under new ownership.

(iv)    <u>Prepare Claims Analysis</u>

6.    Chanin continues to review and revise its estimate of claims accrued to the IUE-CWA as a result of the Chapter 11 bankruptcy proceeding and labor negotiations. Claim estimates are based on a number of factors, including claims for employees remaining at closure plants; wage and benefit reductions; savings accrued to the Company and creditor constituents as a result of IUE-CWA concessions (including potential waivers of plant closure / asset sale rights) and other sources of claim value. Chanin assisted IUE-CWA in negotiations of an allowed claim.

(v)    <u>Committee Meetings</u>

7.    Chanin participated in unsecured creditors committee conference calls and advised the Union on key topics discussed at the conference calls. Chanin also attended Committee meetings with Debtors. Chanin has assisted the Union in fulfilling its duties to make informed decisions regarding the various issues which have arisen in these cases, to monitor closely the Debtors' management of these proceedings, and to reach

independent conclusions on the merits of specific matters, as well as regarding the prospects of reorganization.

### (vi)   Labor Negotiations

8.   Chanin extensively participated in IUE-CWA National and Local bargaining sessions with Delphi and GM as well as internal meetings with IUE-CWA National and Local unions that led to the signing of the IUE-CWA/Delphi/GM Memorandum of Understanding.

### (vii)   Other Tasks

9.   In addition to the assignments and tasks set forth above, at the request of the Union, Chanin (i) provided the Union with other appropriate general restructuring advice and (ii) reviewed and analyzed certain other financial information as requested by the Union. All of Chanin's activities were conducted with the goal of producing efficient and effective services to the Debtors' estate.

CC LLC

Expense Detail

1/2

Chanin & Company LLC

Expense Detail for Delphi
Period from August 1, 2007 through August 31, 2007

## August 2007

| Category | Amount |
|---|---|
| Airfare | 3,753.89 |
| Hotel | 900.75 |
| Meals | 178.50 |
| Parking/Transportation | 2,022.33 |
| Professional Services | 97.50 |
| **Totals** | **$ 6,952.97** |

Prepared by: Melissa Perez

CC LLC

Expense Detail

2/2

**Chanin & Company LLC**

**Expense Detail for Delphi**
**Period from August 1, 2007 through August 31, 2007**

**Airfare Detail**

| Professional | Date | Itinerary | Amount |
|---|---|---|---|
| Rubin,Mark | 06/24/07 | NW travel from NYC to Detroit MI–(tkt #NW7055993171-one way use plus protravel fees) | 762.18 |
| Rubin,Mark | 06/26/07 | NW RT travel from Detroit to NYC–(tkt #NW7057035542 - One way use plus protravel fees) | 667.18 |
| Rubin,Mark | 06/28/07 | Protravel fees for tkt# NW 7057035530 | 52.78 |
| Rubin,Mark | 06/28/07 | Protravel fees for tkt# NW 7057035420 | 52.78 |
| Rubin,Mark | 07/06/07 | Pro Travel fees for tkt# NW 7059321289 | 15.00 |
| Rubin,Mark | 07/06/07 | NW RT travel from Detroit to Whiteplains–(tkt #NW 0122151074053) plus protravel fees. | 540.21 |
| Rubin,Mark | 07/06/07 | AA travel from NYC to Detroit MI–(tkt #AA7057928219-one way use plus protravel fees) | 582.18 |
| Rubin,Mark | 07/24/07 | AA RT travel from NYC to Detroit -(tkt #AA 7062717639) plus protravel fees | 1,081.58 |
| | | | $ 3,753.89 |

**Hotel Detail**

| Professional | Date | Location | Amount |
|---|---|---|---|
| Rubin,Mark | 06/24/07 | Somerset Inn in Troy MI - 5 Nights | 900.75 |
| | | | $ 900.75 |

**Meals Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Rubin,Mark | 06/24/07 | Working Dinner - Out of Town | 35.00 |
| Rubin,Mark | 06/25/07 | Working Lunch -Out of Town | 22.92 |
| Rubin,Mark | 06/25/07 | Working Dinner - Out of Town | 35.00 |
| Rubin,Mark | 06/26/07 | Working Lunch -Out of Town | 4.13 |
| Rubin,Mark | 06/26/07 | Working Dinner - Out of Town | 35.00 |
| Chatterjee,Alok | 08/21/07 | Working Lunch | 10.00 |
| Chatterjee,Alok | 08/21/07 | Working Dinner | 6.45 |
| Chatterjee,Alok | 08/21/07 | Working Lunch | 10.00 |
| Chatterjee,Alok | 08/21/07 | Working Lunch | 10.00 |
| Chatterjee,Alok | 08/22/07 | Working Lunch | 10.00 |
| | | | $ 178.50 |

No single lunch exceeds $10 and no single dinner exceeds $20 in Town

**Parking/Transportation Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Rubin,Mark | 06/24/07 | Hertz Car Rental-Detroit MI | 1,482.33 |
| Rubin,Mark | 06/27/07 | MTC Limousine-from Cross River to LGA | 145.00 |
| Rubin,Mark | 07/07/07 | Det Metro McNama PAR Detroit-Auto Parking lots. | 250.00 |
| Rubin,Mark | 07/24/07 | MTC Limousine -from Cross River to Lga | 145.00 |
| | | | $ 2,022.33 |

**Professional Services Detail**

| Date | Company | Amount |
|---|---|---|
| 08/31/07 | Independent Counsel to Process Fee Application | 97.50 |
| | | $ 97.50 |

Prepared by: Melissa Perez



**CHANIN CAPITAL PARTNERS**

A DUFF&PHELPS Company

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4020

_**Via Email**_

September 25, 2007

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RB/ah
Enclosures

cc:    David M. Sherbin – Delphi Corporation
       Robert Dellinger – Delphi Corporation
       John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
       Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
       Robert J. Rosenberg, Esq. – Latham & Watkins LLP



CHANIN CAPITAL PARTNERS

A DUFF&PHELPS Company

11150 Santa Monica Blvd.
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

*Via Email*

July 5, 2007

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RAB/cm
Enclosures

cc:    David M. Sherbin – Delphi Corporation
       Robert Dellinger – Delphi Corporation
       John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
       Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
       Robert J. Rosenberg, Esq. – Latham & Watkins LLP

## Fee Summary for the Period May 1, 2007 to May 31, 2007

Name of Applicant:                                    Chanin Capital Partners, LLC

Authorized to Provide
Professional Services to:                             IUE-CWA

Period for which compensation and
reimbursement is sought:                             5/1/07 to 5/31/07

Fee (see below for summary of services rendered):    $175,000

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                 $5.90

## SUMMARY OF SERVICES RENDERED

1.    Chanin has rendered professional services to the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA" or the "Union"), as requested and as necessary and appropriate in furtherance of the interests of the Debtors' estate.

2.    Chanin respectfully submits that the professional services that it rendered on behalf of the Union were necessary and have directly contributed to the effective administration of these cases. The following summary of services rendered during the compensation period highlights certain areas in which services were rendered to the Union, as well as to identify some of the problems and issues that Chanin was required to address.

(i)    Advise IUE-CWA on Potential Framework Settlement Scenarios

3.    Chanin continued to advise the IUE-CWA on matters relating to Plan Framework involving Cerberus, Appaloosa, GM, the statutory creditors and equity committees and other constituents. Chanin also advised IUE-CWA on alternatives to the plan framework.

(ii)    Analyze Debtors' Updated Financial Results

4.    Chanin continued to review the Debtors' most recent financial and operating performance.

(iii)   <u>Monitored Gadsden / Interiors & Closures Businesses Sale</u>

5.      Chanin continued to monitor the potential sale of the Debtors' Interiors &
Closures businesses, which includes the IUE-CWA's Gadsden, Alabama facility.

(iv)   <u>Prepare Claims Analysis</u>

6.      Chanin continues to review and revise its estimate of claims accrued to the
IUE-CWA as a result of the Chapter 11 bankruptcy proceeding and labor negotiations.
Claim estimates are based on a number of factors, including claims for employees
remaining at closure plants; wage and benefit reductions; savings accrued to the
Company and creditor constituents as a result of IUE-CWA concessions (including
potential waivers of plant closure / asset sale rights) and other sources of claim value.

(v)   <u>Committee Meetings</u>

7.      Chanin participated in unsecured creditors committee conference calls and
advised the Union on key topics discussed at the conference calls. Chanin also attended
Committee meetings with Debtors. Chanin has assisted the Union in fulfilling its duties
to make informed decisions regarding the various issues which have arisen in these cases,
to monitor closely the Debtors' management of these proceedings, and to reach
independent conclusions on the merits of specific matters, as well as regarding the
prospects of reorganization.

(vi)    <u>Other Tasks</u>

8.    In addition to the assignments and tasks set forth above, at the request of the Union, Chanin (i) provided the Union with other appropriate general restructuring advice and (ii) reviewed and analyzed certain other financial information as requested by the Union. All of Chanin's activities were conducted with the goal of producing efficient and effective services to the Debtors' estate.

OC LLC                                        Expense Detail

Chasin & Company LLC

Expense Detail for Delphi
Period from May 1, 2007 through May 31, 2007

| | May 2007 | |
|---|---|---|
| Category | | Amount |
| Reproduction & Faxes | | 5.90 |
| Totals | | $ 5.90 |

Prepared by: Melissa Pratt

CC LLC

Expense Detail

Chanin & Company LLC

Expense Detail for Delphi
Period from May 1, 2007 through May 31, 2007

Reproduction & Faxes

| Location | Date | Transaction Type | # of Copies | Total Amount |
|---|---|---|---|---|
| NY/LA | May 2007 | Reproduction | 59 | 5.90 |
| | | | | 5.90 |

Note: All reproduction is at a rate of $.10 per page while facsimiles are charged at a rate of $1.00 per page.

Prepared by LightHouse

# ARAÚJO E POLICASTRO

### A D V O G A D O S

AV. BRIG. FARIA LIMA, 3729 - 2ª ANDAR
04538-905 SÃO PAULO SP BRASIL
TEL: (55)(11) 3049-5700 - FAX: (55)(11) 3078-6120 / (55)(11) 3078-6195
E-MAIL: araujo@araujopolicastro.com.br
www.araujopolicastro.com.br

São Paulo, June 08, 2007

## WHITE & CASE L.L.P.

1155 Avenue of the Americas
10036-2787   New York   NY   USA

Att. Mr. Justus Herrlinger

This is to present to you our invoice as follows:

**INVOICE Nr. 0007106**
**CASH PAYMENT**

| | | |
|---|---|---|
| . Fees ................................................................. | US$ | 166,67 |
| . Disbursements ................................................. | US$ | 57,95 |
| | US$ | 224,62 |
| | | |
| . Invoice Total .................................................... | US$ | 224,62 |

We would appreciate that you arrange for the amount of this invoice to be paid through a wire transfer to the following account:

Bank of New York, City New York, Swift Code: IRVTUS3N, For Credit of Banco Itaú S/A. Account Number: 8033034521, For Further Credit: ARAÚJO E POLICASTRO ADVOGADOS - Agency 0367 - Account Number: 87480-7.

Note: The Payer's name must be indicated in the wire transfer.

Interest will be charged on overdue accounts at 8% per annum.

We remain

Very truly yours,

## ARAÚJO E POLICASTRO ADVOGADOS

# ARAÚJO E POLICASTRO
### ADVOGADOS

AV. BRIG. FARIA LIMA, 3729 - 2° ANDAR
04538-905  São Paulo  SP Brasil.
TEL (55)(11) 3049-5700/3168-2566 - FAX(55)(11)3078-6120/3078-6195
E-MAIL arapo@araujopolicastro.com.br
www.araujopolicastro.com.br
CNPJ 44.023.630/0001-11

## Client: White & Case L.L.P.

06/08/2007

FL:    1

| Date | Lawyer | Professional Services Rendered | H : M | Rate | US$ |
|------|--------|-------------------------------|-------|------|-----|
| **Our File: 02147.007.01 (01)** | | **REORGANIZATION** | | | |
| 05/24/2007 | LAC | Analysis and reading of the agreement and annexes to decide translation. | 0:40 | 250.00 | 166.67 |
| | | Sub Total | 0:40 | | 166.67 |

### Summary

| | | | | |
|---|---|---|---|---|
| Total Hours | 0: 40 | US$ | 166.67 | |
| Total | | US$ | 166.67 | |

# ARAÚJO E POLICASTRO
### ADVOGADOS

Av. Brig. Faria Lima, 3729 - 2° andar
04538-905 São Paulo SP Brasil
Tel.(55)(11) 5049-5780/3168-2566 - Fax(55)(11)3076-6124/3078-6495
E-mail: arapo@araujopolicastro.com.br
www.araujopolicastro.com.br
CNPJ 44.023.620/0001-11

## Disbursements Statement

Date: 06/08/2007
Page: 0001

**Client : 02147 - White & Case L.L.P.**

| Description | | | | | Value | D/C |
|---|---|---|---|---|---|---|
| Our File: 007.01 | REORGANIZATION | | | | | |
| Mail / Courier Fedex | | | | | 28.82 | D |
| Mail / Courier Fedex | | | | | 29.13 | D |

| (-) Credits | 0.00 | (+) Debits | 57.95 | (=) Total | 57.95 |
|---|---|---|---|---|---|
| (-) Total Credits | 0.00 | (+) Total Debits | 57.95 | (=) Total | 57.95 |

# INVOICE

## Delphi Corporation

FINANCIAL ADVISORY FEES AND EXPENSES INCURRED ON BEHALF OF DELPHI CORPORATION

**Advisory Fees:**

| | | |
|---|---|---|
| October 1, 2007 through October 31, 2007 | $ | 50,000.00 |
| September 1, 2007 through September 30, 2007 | | 50,000.00 |
| ~~August 1, 2007 through August 31, 2007~~ | *Already paid* | ~~175,000.00~~ |

Sub Total    ~~275,000.00~~    *100,000*

**Expenses:**

| | | |
|---|---|---|
| October 1, 2007 through October 31, 2007 | $ | 7.90 |
| September 1, 2007 through September 30, 2007 | | 6,834.85 |
| ~~August 1, 2007 through August 31, 2007~~ | *Already paid* | ~~6,952.57~~ |

Sub Total    ~~13,795.32~~    *6,842.75*

**Total Due**    $    ~~288,795.32~~

*106,842.75* ✓

PAYMENT DUE UPON RECEIPT
***
PAYMENT IN US DOLLARS VIA WIRE

DUFF & PHELPS, LLC
LASALLE BANK
135 South LaSalle St., Chicago, IL. 60603
A.B.A. NUMBER 071000505
ACCOUNT #5800074600
***
PAYMENT IN US DOLLARS VIA LOCKBOX

DUFF & PHELPS, LLC
2397 PAYSHRERE CIRCLE
CHICAGO, IL. 60674
***

*Ok to Pay*
*11/12/07*

*CHARGES WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE WILL BE BILLED LATER*

## Fee Summary for the Period September 1, 2007 to October 31, 2007

Name of Applicant:                                          Chanin Capital Partners, LLC

Authorized to Provide
Professional Services to:                                   IUE-CWA

Period for which compensation and
reimbursement is sought:                                    9/1/07 to 10/31/07

Fee (see below for summary of services rendered):           $100,000

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                        $ 6,842.75



CHANIN CAPITAL PARTNERS
A DUFF&PHELPS Company

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

November 8, 2007

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to and out-of-pocket expenses incurred on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RB/ah
Enclosures

cc:    David M. Sherbin – Delphi Corporation
       Robert Dellinger – Delphi Corporation
       John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
       Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
       Robert J. Rosenberg, Esq. – Latham & Watkins LLP

## SUMMARY OF SERVICES RENDERED

1.      Chanin has rendered professional services to the International IUE-CWA of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA"), as requested and as necessary and appropriate in furtherance of the interests of the Debtors' estate.

2.      Chanin respectfully submits that the professional services that it rendered on behalf of the IUE-CWA were necessary and have directly contributed to the effective administration of these cases. The following summary of services rendered during the compensation period highlights certain areas in which services were rendered to the IUE-CWA, as well as to identify some of the problems and issues that Chanin was required to address.

(i)     Advise IUE-CWA on Potential Plan of Reorganization Settlement Scenarios

3.      Chanin continued to advise the IUE-CWA on all matters relating to the continuing and changing Plan negotiations involving Appaloosa, GM, the statutory creditors and equity committees and other constituents. Chanin also advised IUE-CWA on alternatives to the plan framework, exit financing scenarios and the current state of the capital markets.

(ii)    Analyze Debtors' Updated Financial Results & Projections

4.      Chanin continued to review the Debtors' most recent financial and operating performance. Chanin also reviewed the Company's revised business plan and discussed the revise plan with the Company's advisors.

5.    Chanin monitored the Debtor's effort to obtain an extension of tenor to the DIP Facility that is set to expire on December 31, 2007.

(iii)   <u>Monitored Gadsden / Interiors & Closures Businesses Sale</u>

6.    Chanin continued to monitor the pending sale of the Debtors' Interiors & Closures businesses, which includes the IUE-CWA's Gadsden, Alabama facility.

(iv)   <u>Committee Meetings</u>

7.    Chanin participated in unsecured creditors committee conference calls and advised the IUE-CWA on key topics discussed at the conference calls. Chanin also attended Committee meetings with Debtors. Chanin has assisted the IUE-CWA in fulfilling its duties to make informed decisions regarding the various issues which have arisen in these cases, to monitor closely the Debtors' management of these proceedings, and to reach independent conclusions on the merits of specific matters, as well as regarding the prospects of reorganization.

(v)   <u>Labor Negotiations</u>

8.    Chanin continues to monitor the developments in the Debtors' Chapter 11 to ensure that the terms of the IUE-CWA/Delphi/GM Memorandum of Understanding are adhered to.

(vi)   <u>Other Tasks</u>

9.    In addition to the assignments and tasks set forth above, at the request of the IUE-CWA, Chanin (i) provided the IUE-CWA with other appropriate general

restructuring advice and (ii) reviewed and analyzed certain other financial information as requested by the IUE-CWA.  All of Chanin's activities were conducted with the goal of producing efficient and effective services to the Debtors' estate.

<u>Fee Summary for the Period August 1, 2007 to August 31, 2007</u>

Name of Applicant:                                        Chanin Capital Partners, LLC

Authorized to Provide
Professional Services to:                                IUE-CWA

Period for which compensation and
reimbursement is sought:                                 8/1/07 to 8/31/07

Fee (see below for summary of services rendered):        $175,000

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                     $6,952.97

## SUMMARY OF SERVICES RENDERED

1.      Chanin has rendered professional services to the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA" or the "Union"), as requested and as necessary and appropriate in furtherance of the interests of the Debtors' estate.

2.      Chanin respectfully submits that the professional services that it rendered on behalf of the Union were necessary and have directly contributed to the effective administration of these cases. The following summary of services rendered during the compensation period highlights certain areas in which services were rendered to the Union, as well as to identify some of the problems and issues that Chanin was required to address.

### (i)    Advise IUE-CWA on Potential Framework Settlement Scenarios

3.      Chanin continued to advise the IUE-CWA on matters relating to Plan Framework involving Appaloosa, GM, the statutory creditors and equity committees and other constituents. Chanin also advised IUE-CWA on alternatives to the plan framework and exit financing scenarios.

### (ii)    Analyze Debtors' Updated Financial Results & Projections

4.      Chanin continued to review the Debtors' most recent financial and operating performance. Chanin also reviewed the Company's revised business plan and discussed the revise plan with the Company's advisors.

(iii)   <u>Monitored Gadsden / Interiors & Closures Businesses Sale</u>

5.      Chanin continued to monitor the potential sale of the Debtors' Interiors & Closures businesses, which includes the IUE-CWA's Gadsden, Alabama facility. Chanin assisted IUE-CWA in negotiations of new labor contract to be effective under new ownership.

(iv)   <u>Prepare Claims Analysis</u>

6.      Chanin continues to review and revise its estimate of claims accrued to the IUE-CWA as a result of the Chapter 11 bankruptcy proceeding and labor negotiations. Claim estimates are based on a number of factors, including claims for employees remaining at closure plants; wage and benefit reductions; savings accrued to the Company and creditor constituents as a result of IUE-CWA concessions (including potential waivers of plant closure / asset sale rights) and other sources of claim value. Chanin assisted IUE-CWA in negotiations of an allowed claim.

(v)   <u>Committee Meetings</u>

7.      Chanin participated in unsecured creditors committee conference calls and advised the Union on key topics discussed at the conference calls. Chanin also attended Committee meetings with Debtors. Chanin has assisted the Union in fulfilling its duties to make informed decisions regarding the various issues which have arisen in these cases, to monitor closely the Debtors' management of these proceedings, and to reach

independent conclusions on the merits of specific matters, as well as regarding the prospects of reorganization.

(vi) <u>Labor Negotiations</u>

8.    Chanin extensively participated in IUE-CWA National and Local bargaining sessions with Delphi and GM as well as internal meetings with IUE-CWA National and Local unions that led to the signing of the IUE-CWA/Delphi/GM Memorandum of Understanding.

(vii) <u>Other Tasks</u>

9.    In addition to the assignments and tasks set forth above, at the request of the Union, Chanin (i) provided the Union with other appropriate general restructuring advice and (ii) reviewed and analyzed certain other financial information as requested by the Union. All of Chanin's activities were conducted with the goal of producing efficient and effective services to the Debtors' estate.

CC LLC

Expense Detail

1/2

Chanin & Company LLC

Expense Detail for Delphi
Period from October 1, 2007 through October 31, 2007

## October 2007

| Category | Amount |
|---|---|
| Meals | 7.90 |
| Totals | |
| | $ 7.90 |

Prepared by: Amy Howard

CC LLC                                    Expense Detail                                    2/2

Chanin & Company LLC

Expense Detail for Delphi
Period from October 1, 2007 through October 31, 2007

Meals Detail

| Professional | Date | Company | Amount |
|---|---|---|---|
| Murphy, Brendan J | 10/01/07 | Working Dinner | 7.90 |
| | | | $ 7.90 |

No single lunch exceeds $10 and no single dinner exceeds $20.

Prepared by: Amy Howard

CC LLC

Expense Detail

1/3

Chanin & Company LLC

**Expense Detail for Delphi**
Period from September 1, 2007 through September 30, 2007

### September 2007

| Category | Amount |
|---|---|
| Airfare | |
| Hotel | 1,275.73 |
| Meals | 2,038.55 |
| Parking/Transportation | 947.70 |
| Professional Services | 1,877.87 |
| Telephone | 45.00 |
| **Totals** | 650.00 |
| | $ 6,834.85 |

Prepared by: Amy Howard

CC LLC                                    Expense Detail                                    2/3

Chanin & Company LLC

Expense Detail for Delphi
Period from September 1, 2007 through September 30, 2007

**Airfare Detail**

| Professional | Date | Itinerary | Amount |
|---|---|---|---|
| Rubin,Mark | 07/30/07 | AA RT travel from NYC to Detroit MI (tkt# 0017063986907) original ticket  plus protravel fees. - Economy Class | 567.18 |
| Rubin,Mark | 08/03/07 | Protravel fees ( NW tkt# 7066228373) for travel 08/03/07 (tkt cancelled) | 52.78 |
| Rubin,Mark | 08/03/07 | Protravel fees (tkt# 7066228512) for travel 08/03/07 (tkt cancelled) | 52.78 |
| Rubin,Mark | 08/05/07 | NW RT travel from Detroit to NYC - (tkt# NW7066228663 - one way use plus protravel fees) - Economy Class | 572.99 |
| Rubin,Mark | 08/07/07 | July 30 Ticket Rental Fee | 15.00 |
| Rubin,Mark | 08/16/07 | July 6th travel fees | 15.00 |
| | | | $   1,275.73 |

**Hotel Detail**

| Professional | Date | Location | Amount |
|---|---|---|---|
| Rubin,Mark | 07/24/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Rubin,Mark | 07/25/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Rubin,Mark | 07/26/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Rubin,Mark | 07/30/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Rubin,Mark | 07/31/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Rubin,Mark | 08/01/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Rubin,Mark | 08/02/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Rubin,Mark | 08/03/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Rubin,Mark | 08/04/07 | Somerset Inn in Troy MI- lodging | 214.14 |
| Chatterjee, Anjan | 07/09/07 | Holiday Inn in Dayton, OH - 1 night | 111.29 |
| | | | $   2,038.55 |

**Meals Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Madden,John | 03/12/07 | Working Dinner - with Tom Kennedy and Susan Jennick at Kennedy Jennick | 60.00 |
| Madden,John | 04/02/07 | Working Dinner - Two Professionals | 40.00 |
| Madden,John | 04/09/07 | Working Dinner - Two Professionals and Tom Kennedy/Susan Jennick (kennedy Jennick) | 80.00 |
| Madden,John | 04/24/07 | Working Lunch - Two Professionals | 20.00 |
| Madden,John | 05/02/07 | Working Lunch - Two Professionals | 27.25 |
| Madden,John | 05/16/07 | Working Dinner -Two Professionals | 40.00 |
| Chatterjee, Anjan | 06/24/07 | Working Lunch -Out of Town | 8.43 |
| Chatterjee, Anjan | 06/25/07 | Working Breakfast -Out of Town | 14.56 |
| Chatterjee, Anjan | 07/09/07 | Working Lunch - Out of Town | 14.00 |
| Rubin,Mark | 07/24/07 | Working Lunch - Out of Town | 10.48 |
| Rubin,Mark | 07/25/07 | Working Dinner - Out of Town | 35.00 |
| Madden,John | 07/26/07 | Working Dinner - Two Professionals | 40.00 |
| Madden,John | 07/26/07 | Working Lunch - Two Professionals | 20.00 |
| Rubin,Mark | 07/27/07 | Working Lunch - Out of Town | 21.58 |
| Rubin,Mark | 07/27/07 | Working Breakfast -Out of Town | 15.00 |
| Rubin,Mark | 08/01/07 | Working Lunch - Out of Town | 25.00 |
| Rubin,Mark | 08/01/07 | Working Dinner - with Lauren Asplen, Willie Thalle & Tom Kennedy (IUE-CWA) - Out of Town | 126.80 |
| Rubin,Mark | 08/02/07 | Working Breakfast -Out of Town | 12.05 |
| Rubin,Mark | 08/03/07 | Working Lunch - Out of Town | 12.55 |
| Rubin,Mark | 08/04/07 | Working Dinner - with Willie Thorpe, Tom Kennedy and Bob S.(IUE-CWA) - Out of Town | 140.00 |

Prepared by: Amy Howard

CC LLC

Expense Detail

3/3

Chanin & Company LLC

**Expense Detail for Delphi**
Period from September 1, 2007 through September 30, 2007

| | | | |
|---|---|---|---|
| Rubin,Mark | 08/04/07 | Working Breakfast -Out of Town | |
| Madden,John | 08/24/07 | Working Lunch - Two Professionals | 15.00 |
| Murphy,Brendan J | 09/17/07 | Working Lunch | 40.00 |
| | | | 10.00 |
| Madden,John | 09/27/07 | Working Dinner - Two Professionals and Tom Kennedy with Kennedy Jennick | 60.00 |
| Madden,John | 09/27/07 | Woring Dinner - Two Professionals and Andrew Yearly from Lazard | 60.00 |
| | | | $ 947.70 |

No single lunch exceeds $10 and no single dinner exceeds $20 in Town

**Parking/Transportation Detail**

| Professional | Date | Company | Amount |
|---|---|---|---|
| Chatterjee, Anjan | 06/24/07 | Car Mileage | 72.75 |
| Chatterjee, Anjan | 07/09/07 | Hertz Rental Car - Detroit, MI | 466.38 |
| Rubin,Mark | 07/27/07 | Hertz Rental Car - Detroit, MI | 440.94 |
| Rubin,Mark | 06/05/07 | Hertz Rental Car - Detroit, MI | 897.80 |
| | | | $ 1,877.87 |

**Professional Services Detail**

| Date | Company | Amount |
|---|---|---|
| 09/30/07 | Independent Counsel to Process Fee Application | 45.00 |
| | | $ 45.00 |

**Telephone Detail**

| Date | Company | Amount |
|---|---|---|
| 03/13/07 | Partial Verizon Wireless bill for Jan 19- Feb 18 | 200.00 |
| 04/13/07 | Partial Verizon Wireless bill for Feb 19 - Mar 18 | 100.00 |
| 05/13/07 | Partial Verizon Wireless bill for Mar 19 - Apr 18 | 100.00 |
| 08/13/07 | Partial Verizon bill for Jun 19-Jul 18 | 150.00 |
| 09/13/07 | Partial Verizon bill for July 19- August 18 | 100.00 |
| | | $ 650.00 |

Prepared by: Amy Howard

CC LLC                                Expense Detail                                    1/2

Chanin & Company LLC

**Expense Detail for Delphi**
Period from August 1, 2007 through August 31, 2007

## August 2007

| Category | Amount |
|---|---|
| Airfare | |
| Hotel | 3,753.89 |
| Meals | 900.75 |
| Parking/Transportation | 178.50 |
| Professional Services | 2,022.33 |
| **Totals** | 97.50 |
| | $ 6,952.97 |

Prepared by: Melissa Perez

CC LLC

Expense Detail

2/2

Chanin & Company LLC

Expense Detail for Delphi
Period from August 1, 2007 through August 31, 2007

## Airfare Detail

| Professional | Date | Itinerary | Amount |
|---|---|---|---|
| Rubin,Mark | 06/24/07 | NW travel from NYC to Detroit MI-(tkt #NW7055993171-one way use plus protravel fees) | 762.18 |
| Rubin,Mark | 06/26/07 | NW RT travel from Detroit to NYC-(tkt #NW7057034542 - One way use plus protravel fees) | 687.18 |
| Rubin,Mark | 06/28/07 | Protravel fees for tkt# NW 7057035530 | 52.78 |
| Rubin,Mark | 06/28/07 | Protravel fees for tkt# NW 7057035420 | 52.78 |
| Rubin,Mark | 07/06/07 | Pro Travel fees for tkt# NW 7058321289 | 15.00 |
| Rubin,Mark | 07/06/07 | NW RT travel from Detroit to Whiteplains-(tkt #NW 0122151074053) plus protravel fees. | 540.21 |
| Rubin,Mark | 07/06/07 | AA travel from NYC to Detroit MI-(tkt #AA7057926219-one way use plus protravel fees) | 582.16 |
| Rubin,Mark | 07/24/07 | AA RT travel from NYC to Detroit -(tkt #AA 7062171639) plus protravel fees | 1,061.58 |
| | | | $ 3,753.89 |

## Hotel Detail

| Professional | Date | Location | Amount |
|---|---|---|---|
| Rubin,Mark | 06/24/07 | Somerset Inn in Troy MI - 5 Nights | 900.75 |
| | | | $ 900.75 |

## Meals Detail

| Professional | Date | Company | Amount |
|---|---|---|---|
| Rubin,Mark | 06/24/07 | Working Dinner - Out of Town | 35.00 |
| Rubin,Mark | 06/25/07 | Working Lunch -Out of Town | 22.92 |
| Rubin,Mark | 06/25/07 | Working Dinner - Out of Town | 35.00 |
| Rubin,Mark | 06/26/07 | Working Lunch -Out of Town | 4.13 |
| Rubin,Mark | 06/26/07 | Working Dinner - Out of Town | 35.00 |
| Chatterjee,Alok | 08/21/07 | Working Lunch | 10.00 |
| Chatterjee,Alok | 08/21/07 | Working Dinner | 6.45 |
| Chatterjee,Alok | 08/21/07 | Working Lunch | 10.00 |
| Chatterjee,Alok | 08/21/07 | Working Lunch | 10.00 |
| Chatterjee,Alok | 08/22/07 | Working Lunch | 10.00 |
| | | | $ 178.50 |

No single lunch exceeds $10 and no single dinner exceeds $20 in Town

## Parking/Transportation Detail

| Professional | Date | Company | Amount |
|---|---|---|---|
| Rubin,Mark | 06/24/07 | Hertz Car Rental-Detroit MI | 1,482.33 |
| Rubin,Mark | 06/27/07 | MTC Limousine-from Cross River to LGA | 145.00 |
| Rubin,Mark | 07/07/07 | Det Metro McNama PAR  Detroit-Auto Parking lots. | 250.00 |
| Rubin,Mark | 07/24/07 | MTC Limousine -from Cross River to Lga | 145.00 |
| | | | $ 2,022.33 |

## Professional Services Detail

| Date | Company | Amount |
|---|---|---|
| 08/31/07 | Independent Counsel to Process Fee Application | 97.50 |
| | | $ 97.50 |

Prepared by: Melissa Perez

# DUFF&PHELPS    Federal Id: 36-4090666

| | |
|---|---|
| Invoice No.: | LD00036778 |
| Client No.: | 361DEL |
| Date: | February 4, 2008 |
| Reference: | 19446 |

**Services Provided To:**

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

*Ok to Pay* [signature] *V.P. & Chief Restructuring Officer* 2/11/08

December 2007 Advisory Fee

| | |
|---|---|
| Contact: | BELINSKY, RUSSELL |
| Engagement No: | 19446 |
| Total Fees: | $ 50,000.00 |
| Total Expenses: | $ 0.00 |
| Less Holdback: | $ 0.00 |

| | |
|---|---|
| TOTAL AMOUNT DUE | 50,000.00 |

**This Invoice is Due and Payable Upon Receipt**

---

# DUFF&PHELPS    Federal Id: 36-4090666

| | |
|---|---|
| Invoice No.: | LD00036778 |
| Client No.: | 361DEL |
| Date: | February 4, 2008 |
| Reference: | 19446 |

**Billed To:**

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

**Payment Via Wiring:**

DUFF & PHELPS, LLC
LASALLE BANK
ABA NO: 071000505
135 SOUTH LA SALLE ST.
CHICAGO, IL 60003
ACCOUNT NO: 5800074600

**Payment Via LockBox:**

DUFF & PHELPS, LLC
2397 PAYSPHERE CIRCLE
CHICAGO, IL 60674

| | |
|---|---|
| TOTAL AMOUNT DUE | $ 50,000.00 |

## Fee Summary for the Period December 1, 2007 to December 31, 2007

Name of Applicant:                                    Chanin Capital Partners, LLC

Authorized to Provide
Professional Services to:                             IUE-CWA

Period for which compensation and
reimbursement is sought:                             12/1/07 to 12/31/07

Fee (see below for summary of services rendered):    $50,000

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:                 $0.00

## SUMMARY OF SERVICES RENDERED

1.    Chanin has rendered professional services to the International IUE-CWA of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA"), as requested and as necessary and appropriate in furtherance of the interests of the Debtors' estate.

2.    Chanin respectfully submits that the professional services that it rendered on behalf of the IUE-CWA were necessary and have directly contributed to the effective administration of these cases. The following summary of services rendered during the compensation period highlights certain areas in which services were rendered to the IUE-CWA, as well as to identify some of the problems and issues that Chanin was required to address.

(i)    <u>Advise IUE-CWA on Plan of Reorganization Confirmation Process</u>

3.    Chanin advise the IUE-CWA on all matters relating to the potential POR confirmation process, including the discount rights offering, the Debtors' exit financing efforts and the current state of the capital markets.

(ii)    <u>Analyze Debtors' Updated Financial Results & Projections</u>

4.    Chanin continued to review the Debtors' most recent financial and operating performance. Chanin also reviewed the Company's revised business plan and discussed the revise plan with the Company's advisors.

(iii)    <u>Committee Meetings</u>

5.    Chanin participated in unsecured creditors committee conference calls and advised the IUE-CWA on key topics discussed at the conference calls. Chanin also attended Committee meetings with Debtors.  Chanin has assisted the IUE-CWA in fulfilling its duties to make informed decisions regarding the various issues which have arisen in these cases, to monitor closely the Debtors' management of these proceedings, and to reach independent conclusions on the merits of specific matters, as well as regarding the prospects of reorganization.

(iv)    <u>Labor Negotiations</u>

6.    Chanin continues to monitor the developments in the Debtors' Chapter 11 to ensure that the terms of the IUE-CWA/Delphi/GM Memorandum of Understanding are adhered to.

(v)    <u>Other Tasks</u>

7.    In addition to the assignments and tasks set forth above, at the request of the IUE-CWA, Chanin (i) provided the IUE-CWA with other appropriate general restructuring advice and (ii) reviewed and analyzed certain other financial information as requested by the IUE-CWA.  All of Chanin's activities were conducted with the goal of producing efficient and effective services to the Debtors' estate.



**CHANIN CAPITAL PARTNERS**
A DUFF&PHELPS Company

11150 Santa Monica Boulevard
6th Floor
Los Angeles, CA 90025
T 310.445.4010
F 310.445.4028

February 4, 2008

Mr. John Sheehan
Vice President & Chief Restructuring Officer
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Dear Mr. Sheehan:

Pursuant to the Court Order entered on February 9, 2006 (Docket No. 2224) in Case No. 05-44481, enclosed please find our statement for financial advisory services rendered to on behalf of the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America ("IUE-CWA").

Please remit payment by wire transfer to Chanin and Company LLC (see invoice for instructions). We appreciate your prompt attention to this matter and look forward to working with you toward a successful transaction.

Sincerely,

Russell A. Belinsky
Senior Managing Director

RB/ah
Enclosures

cc:    David M. Sherbin – Delphi Corporation
       Robert Dellinger – Delphi Corporation
       John Wm. Butler, Jr., Esq. – Skadden Arps Meagher & Flom, LLP
       Hanan Kolko, Esq. – Meyer, Suozzi, English & Klein, PC
       Robert J. Rosenberg, Esq. – Latham & Watkins LLP