HAROLD S. BERZOW (HB-8261)
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600
Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re:                                                              Chapter 11

DPH HOLDING CORP., *et. el.*,                                       Case Nos. 05-44481 (RDD)

                      Debtor.                            **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------------X

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NASSAU      )

    **LINDA TRENT**, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Suffolk County, New York.

    On June 18, 2010, I served the within **NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT**, by depositing a true copy thereof, by first class mail, enclosed in a sealed envelope, in an official depository of the United States Post Office within the State of New York, addressed to the parties listed on the attached service list at the last known address(es) set forth after each name:

Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606
Attn: John W. Butler, Jr.
      John K. Lyons
      Michael W. Perl

Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036
Attn: Kayalyn A. Marafioti

DPH Holdings Corp.
5725 Delphi Drive
Troy, MI 48098
Attn: President

_____
LINDA TRENT

Sworn to before me this
22nd day of June, 2010

_____
Notary Public

HAROLD S. BERZOW
Notary Public, State of New York
No. 24-5304240
Qualified in Nassau County
Certificate Filed in NY County
Commission Expires June 20, 2014