ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 775
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Equipment Location:
General Motors Corporation
Delphi Packard Electric
Receiving Dock Plant 13
1265 North River Road
Warren, OH  44483

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Crown | 1A193579 | Crown Model 3020-30 Forklift Truck | 1 | $17,913.00 | $17,913.00 |

◦    See Original Schedule 775 Annex A for detailed description of equipment.

TOTAL EQUIPMENT COST:                    $17,913.00

Initials:

Lessor

Lessee

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM

BY:

Doc# 1234775-001

EQUIPMENT SCHEDULE
NO. 775
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $17,913.00

3.    Basic Term Lease Rate Factor: 1.617%

4.    Daily Lease Rate Factor: 0.0539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement Date occurs for all the Equipment described herein.

7.    Equipment Location: General Motors Corporation
Delphi Packard Electric
Receiving Dock Plant 13
1265 North River Road
Warren, OH 44483

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Fallsway Equipment Company

10.    Last Delivery Date: _____.

11.    Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this Lease.

12.    Purchase Option: Fair Market Value.

13.    Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule has not previously been terminated, the Lessee shall have the right at its option, upon not less than 90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and Lessor.

firstame\els.775

1



Doc# 1234775-001

14.  Return Provisions:    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions.  Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1.  At the time of return when loaded to its rated capacity, each unit shall:

a.  Start under its own power and idle without water, fuel or oil leaks.

b.  Move through its normal speed ranges in both forward and reverse;

c.  Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

d.  Steer normally right and left in both forward and reverse;

e.  Be able to stop with its service brakes within a safe distance in both forward and reverse;

f.  Lift, lower and tilt normally;

2.  Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3.  With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4.  With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer.  With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.  TAX BENEFITS

Depreciation Deductions:

a.  Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.  Recovery Period:  5 years.

c.  Basis:  100% of Capitalized Lessor's Cost.

D.  TERM AND RENT

1.  Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.

firstame\els.775

2

Doc# 1234776-001

2.  Basic Term Rent.  Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.  Adjustment to Capitalized Lessor's Cost.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.  INSURANCE

1.  Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.  "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                                LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By:                                                    By: Marsha L. Smith
Name:                                                  Name: Marsha L. Smith
Title:                                                 Title:  Purchasing Senior Buyer

DAVID L. MOCOL
V. P. / C. F. O.

firstame\els.775

Doc# 1234775-001

# ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 775
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Fallsway PO#P1S89447 PRD2009A-001 | | Crown Model 3020-30 Forklift Truck With the following: Basic Capacity: 3,000# @ 24" Load Center Electric Controls: 36 Volt GE EV100LXT SCR Battery Discharge Indicator w/Lift Int. (Curtis #933) Mast: 3-Stage FFL 226/95/47 with Tilt Sideshifter: Hydraulic Forks: 42" x 1.5" x 4" Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Directional Forward Steering Emergency Power Disconnect Power Steering | 1 | $17,913.00 | $17,913.00 |

TOTAL EQUIPMENT COST:                    $17,913.00

Initials _____ Lessor  Lessee

Doc# 1234775-001

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 775
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

To:  FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer Equipment Location: | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| General Motors Corporation Delphi Packard Electric Receiving Dock Plant 13 1265 North River Road Warren, OH 44483 | | | | | |
| Fallsway PO#P1S89447 PRD2009A-001 | 1A193579 ID No:Y26893PE | Crown Model 3020-30 Forklift Truck With the following: Basic Capacity: 3,000# @ 24" Load Center Electric Controls: 36 Volt GE EV100LXT SCR Battery Discharge Indicator w/Lift Int. (Curtis #933) Mast: 3-Stage FFL 226/95/47 with Tilt Sideshifter: Hydraulic Forks: 42" x 1.5" x 4" Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Directional Forward Steering Emergency Power Disconnect Power Steering | 1 | $17,913.00 | $17,913.00 |

TOTAL EQUIPMENT COST:                                          $17,913.00

LESSEE:
GENERAL MOTORS CORPORATION

By:      _Marsha L. Smith_
         Authorized Representative
Name:    Marsha L. Smith
Title:   Purchasing Senior Buyer

Date:    4-29-98

firstame\els.775

Doc# 1234776:001

## ANNEX D
## TO
## EQUIPMENT SCHEDULE NO. 775
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

### STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 96% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |

firstame\els.775

Doc# 1234775-001

| | |
|---|---|
| 37 | 88%- |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials: _____        _____
          Lessor                  Lessee

# EQUIPMENT SCHEDULE NO. 816

ORIGINAL

Doc# 1204816-001

EQUIPMENT SCHEDULE
NO. 816
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995



756NC0031601

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $20,933.00

3.    Basic Term Lease Rate Factor: 1.617%

4.    Daily Lease Rate Factor: 0.539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement Date occurs for all the Equipment described herein.

7.    Equipment Location:  General Motors Corporation
Delphi Packard Electric System
Equipment Warehouse
9650 C Railroad Dr.
El Paso, TX 79924

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Fallsway Equipment Company

10.    Last Delivery Date: _____

11.    Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this Lease.

12.    Purchase Option:  Fair Market Value.

13.    Renewal Option:. Provided that an Event of Default has not occurred and this Equipment Schedule has not previously been terminated, the Lessee shall have the right at its option, upon not less than 90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and Lessor.

firstamev\ols 816

1

ORIGINAL

Doc# 1234816-001

14. <u>Return Provisions</u>:    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions. Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1.  At the time of return when loaded to its rated capacity, each unit shall:

   a.  Start under its own power and idle without water, fuel or oil leaks.

   b.  Move through its normal speed ranges in both forward and reverse;

   c.  Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

   d.  Steer normally right and left in both forward and reverse;

   e.  Be able to stop with its service brakes within a safe distance in both forward and reverse;

   f.  Lift, lower and tilt normally;

2.  Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3.  With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4.  With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.  TAX BENEFITS

<u>Depreciation Deductions</u>:

a.  <u>Depreciation Method</u>:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.  <u>Recovery Period</u>:  5 years.

c.  <u>Basis</u>:  100% of Capitalized Lessor's Cost.

D.  TERM AND RENT

1.  <u>Interim Rent</u>.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.

URIGINAL

Doc# 1234816-001

    2.    <u>Basic Term Rent</u>. Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

    3.    <u>Adjustment to Capitalized Lessor's Cost</u>. Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

    1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

    2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                        LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION.

By: _____           By: _____
Name: _____          Name:  Marsha L. Smith
Title: _____           Title:    Purchasing Senior Buyer

3

ORIGINAL

Doc# 1234816-001

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 816
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric System Equipment Warehouse 9650 C Railroad Dr. El Paso, TX 79924 | | | | | |
| Fallsway Equipment Co. PO#P1S86768 PRD2010A-002 | | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 3 Stage FFL 154/71/23 Sideshifter Hydraulic Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 1 | $20,933.00 | $20,933.00 |
| | | TOTAL EQUIPMENT COST | | | $20,933.00 |

Initials
Lessor  Lessee

Doc# 1234-816-001

# ORIGINAL

## ANNEX C
## TO
## EQUIPMENT SCHEDULE NO. 816
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

To:  FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

      Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

      Lessee does further certify that as of the date hereof (i) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Packard Electric System Equipment Warehouse 9650 C Railroad Dr. El Paso, TX 79924 | | | | | |
| Fallsway Equipment Co. PO#P1S86768 PRD2010A-002 | 1A191890 | Crown Lift Truck Forklift Model RC3020 With the following: 36 Volt 3,000 lbs @ 24 load center Battery Discharge Indicator w/Lift Interrupt Mast: 3 Stage FFL 154/71/23 Sideshifter Hydraulic Forks: 42" Lenght Side and Bottom Tappered Pallet Drive Tires: Poly Steer Tires: Poly Emergency Power Disconnect Freight | 1 | $20,933.00 | $20,933.00 |

      **TOTAL EQUIPMENT COST**        **$20,933.00**

LESSEE:
GENERAL MOTORS CORPORATION

By: *Marsha L. Smith*
    Authorized Representative
Name:  Marsha L. Smith
Title:  Purchasing Senior Buyer

Date:  6-8-98

firstame\els 816

ORIGINAL

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 816
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 93% |
| 26 | 98% |
| 27 | 96% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |

firstameris 816

Doc# 1234816-001

ORIGINAL

| | |
|---|---|
| 37 | 88% |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials: _____ Lessor    _____ Lessee

# EQUIPMENT SCHEDULE NO. 819

**RENEWAL NO. 1**   756MCOD81901-R1
For
Equipment Schedule No. 819
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")
************************************************************************************************

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement identified above ("Agreement"; said Agreement and this Schedule No. 819 being collectively referred to as "Lease").

The Lessee hereby agrees to extend the Basic Term for the Equipment described herein pursuant to the terms and conditions of the Lease, except as modified herein:

A.     Equipment:           Equipment subject to Equipment Schedule No. 819, as further described on the Attached Annex A (the "Renewal Equipment")

B.     Financial Terms

      1.    Capitalized Lessor's Cost:      $20,796.00

      2.    Equipment Location:        General Motors Corporation
                                        Delphi Interior & Lighting
                                        Delphi I – Vandalia Plant
                                        250 Northwoods Blvd.
                                         Bldg 48 Receiving
                                         Vandalia, OH 45377

      3.    Renewal Term Lease Rate Factor/Dollars:      1.2935% / $372.50

      4.    Renewal Term (Number of Months):      12

      5.    Renewal Term Commencement Date:      October 1, 2004

      6.    Renewal Term Termination Date:      The date the Lessee returns the items of Renewal Equipment to Lessor in the condition required by the Lease upon not less than 90 days prior written notice, but in no event earlier than September 30, 2005.

C.     Term and Rent

      1.    Renewal Term Rent: Commencing on the Renewal Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Renewal Term, Lessee shall pay as rent ("Renewal Term Rent") the product of the Renewal Term Lease Rate Factor times the Capital Lessor's Cost of all Equipment on this Renewal.

Except as expressly modified hereby, all terms and provisions of the Lease shall remain in full force and effect. This Renewal is not binding or effective with respect to the Lease or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Renewal to be executed by their duly authorized representatives.

CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc.,           General Motors Corporation
As Assignee of First American Capital Management Group, Inc.
("Lessor")                                                       ("Lessee")

By:     _____                  By:     _____

Name:                                                    Name:   Harold Brown   John W. Jarrett
        **Vasco H. Morais, Esq.**

Title:          Senior Vice-President                      Title:   Purchasing Agent

                                                          Federal I.D. Number: 38-0572515

ATEL LEGAL DEPARTMENT
APPROVED
AS TO FORM

ANNEX A
To Renewal No. 1
For
Equipment Schedule No. 819
To Master Lease Agreement dated as of May 1, 1995
Between
General Motors Corporation ("Lessee")
And
CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., as Assignee
Of
First American Capital Management Group, Inc. ("Lessor")

Equipment Location:
General Motors Corporation
Delphi Interior & Lighting
Delphi I ~ Vandalia Plant
250 Northwoods Blvd,
Bldg 48 Receiving
Vandalia, OH 45377

| | SERIAL NUMBER | DESCRIPTION | QTY | COST PER UNIT | TOTAL COST |
|---|---|---|---|---|---|
| Hyster | A455N01522V | Hyster W30XTR | 1 | $15,003.00 | $15,003.00 |
| Hyster | A455N01521V | Hyster W30XTR | 1 | $13,793.00 | $13,793.00 |

* See Original Schedule 819 Annex C for detailed description of equipment.

TOTAL EQUIPMENT COST:                $28,796.00

Initials:

Lessor

Lessee



ORIGINAL

Doc# 1234819-001

EQUIPMENT SCHEDULE
NO. 819
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement
identified above ("Agreement", said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on
Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $28,796.00

3.    Basic Term Lease Rate Factor: 1.617%

4.    Daily Lease Rate Factor: 0.0539%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement
Date occurs for all the Equipment described herein.

7.    Equipment Location:    General Motors Corporation
Delphi Interior & Lighting
Delphi I - Vandalia Plant
250 Northwoods Blvd.
Bldg 48 Receiving
Vandalia, OH 45377

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Hyster Company

10.    Last Delivery Date: _____

11.    Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this
Lease.

12.    Purchase Option: Fair Market Value.

13.    Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule
has not previously been terminated, the Lessee shall have the right at its option, upon not less than
90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less
than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested
by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and
Lessor.

firstame\ets 819

1

URIGINAL

Doc#.1234819-001

14.    Return Provisions:    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions.  Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1.    At the time of return when loaded to its rated capacity, each unit shall:

a.    Start under its own power and idle without water, fuel or oil leaks.

b.    Move through its normal speed ranges in both forward and reverse;

c.    Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

d.    Steer normally right and left in both forward and reverse;

e.    Be able to stop with its service brakes within a safe distance in both forward and reverse;

f.    Lift, lower and tilt normally;

2.    Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3.    With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4.    With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer.  With respect to the battery chargers, be capable of maintaining its rated charging capacity.

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    Recovery Period:  5 years.

c.    Basis:  100% of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.

URIGINAL

Doc# 1234819-001

2. <u>Basic Term Rent</u>. Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3. <u>Adjustment to Capitalized Lessor's Cost</u>. Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E. INSURANCE

1. Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2. "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                          LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By: _____                    By: _Marsha L. Smith_____

Name: _____                    Name:  Marsha L. Smith

Title: ~~DAVID L. NCCL~~                          Title:   Purchasing Senior Buyer

V. P. / C. F. O.

firstamevers 8·9

ORIGINAL

Doc# 1234819-001

## ANNEX A
## TO
## EQUIPMENT SCHEDULE NO. 819
## TO MASTER LEASE AGREEMENT
## DATED AS OF MAY 1, 1995

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Interior & Lighting Delphi I - Vandalia Plant 250 Northwoods Blvd. Bldg 48 Receiving Vandalia, OH 45377 | | | | | |
| Hyster PO#IVS36598 PR1C3521-001 | | Hyster W30XTR 3,000 lbs Walkie Reach Stacker - Electric Counterbalanced Model With the following: 24 Volt Transistor Controls Mast: 2 Stage 111.5" MFH/77" LH/6.5" FL Single Reach Carriage with Sideshift: 32.5" Pin Type Forks: 46" X 1.5" X 4" - MFG STD Load Wheels: 4" X 2.6" Tandem Polyurethane Drive Tires: 10" X 5" Polyurethane Freight | 1 | $15,003.00 | $15,003.00 |
| Hyster PO#IVS36598 PR1C3522-001 | | Hyster W30XTR 3,000 lbs Walkie Reach Stacker - Electric Counterbalanced Model With the following: 24 Volt Transistor Controls Mast: 2 Stage 111.5" MFG/77" LH/6.5" FL Single Reach Carriage Without Sideshift: 32.5" Pin Type Tilt: 4 Forward/8 Back Forks: 42" X 1.5" X 4" - MFG STD Load Wheels: 4" X 2.6" Tandem Polyurethane Drive Tires: 10" X 5" Polyurethane Freight | 1 | $13,793.00 | $13,793.00 |
| | | TOTAL EQUIPMENT COST: | | | $28,796.00 |

Initials

Lessor   Lessee

firstamevels 819



ANNEX C
TO
EQUIPMENT SCHEDULE NO. 819
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

To:  FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (III) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Interior & Lighting Delphi I - Vandalia Plant 250 Northwoods Blvd. Bldg 48 Receiving Vandalia, OH 45377 | | | | | |
| Hyster PO#IVS38598 PR1C3621-001 | A456N01522V | Hyster W30XTR 3,000 lbs Walkie Reach Stacker - Electric Counterbalanced Model With the following: 24 Volt Transistor Controls Mast: 2 Stage 111.5" MFH/77" LH/6.5" FL Single Reach Carriage with Sideshift: 32.5" Pin Type Forks: 46" X 1.5" X 4" - MFG STD Load Wheels: 4" X 2.8" Tandem Polyurethane Drive Tires: 10" X 5" Polyurethane Freight | 1 | $15,003.00 | $15,003.00 |

ORIGINAL Page 2

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 819
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors Corporation Delphi Interior & Lighting Delphi I - Vandalia Plant 250 Northwoods Blvd. Bldg 48 Receiving Vandalia, OH 45377 | | | | | |
| Hyster PO#IVS36598 PR1C3522-001 | A455N01521V | Hyster W30XTR 3,000 lbs Walkie Reach Stacker - Electric Counterbalanced Model With the following: 24 Volt Transistor Controls Mast: 2 Stage 111.5" MFG/77" LH/6.5" FL Single Reach Carriage Without Sideshift: 32.5" Pin Type Tilt: 4 Forward/8 Back Forks: 42" X 1.5" X 4" - MFG STD Load Wheels: 4" X 2.8" Tandem Polyurethane Drive Tires: 10" X 6" Polyurethane Freight | 1 | $13,793.00 | $13,793.00 |

TOTAL EQUIPMENT COST:                          $20,796.00

LESSEE:
GENERAL MOTORS CORPORATION

By:        _Marsha L. Smith_
           Authorized Representative
Name:      Marsha L. Smith
Title:     Purchasing Senior Buyer

Date:      6-10-98

DOC# 1234819-001

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 819
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 115% |
| 2 | 114% |
| 3 | 113% |
| 4 | 112% |
| 5 | 111% |
| 6 | 111% |
| 7 | 110% |
| 8 | 110% |
| 9 | 109% |
| 10 | 108% |
| 11 | 108% |
| 12 | 107% |
| 13 | 106% |
| 14 | 105% |
| 15 | 105% |
| 16 | 104% |
| 17 | 103% |
| 18 | 103% |
| 19 | 102% |
| 20 | 101% |
| 21 | 101% |
| 22 | 100% |
| 23 | 99% |
| 24 | 98% |
| 25 | 98% |
| 26 | 98% |
| 27 | 98% |
| 28 | 95% |
| 29 | 94% |
| 30 | 94% |
| 31 | 93% |
| 32 | 92% |
| 33 | 91% |

firstame\els 819

Docf 1234819-001

| | |
|---|---|
| 34 | 90% |
| 35 | 90% |
| 36 | 89% |
| 37 | 88% |
| 38 | 87% |
| 39 | 86% |
| 40 | 85% |
| 41 | 85% |
| 42 | 84% |
| 43 | 83% |
| 44 | 82% |
| 45 | 81% |
| 46 | 80% |
| 47 | 79% |
| 48 | 78% |
| 49 | 77% |
| 50 | 76% |
| 51 | 76% |
| 52 | 74% |
| 53 | 73% |
| 54 | 72% |
| 55 | 71% |
| 56 | 70% |
| 57 | 70% |
| 58 | 68% |
| 59 | 67% |
| 60 | 67% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials:  _____       _____
             Lessor              Lessee

firstamelers 3°9

# EQUIPMENT SCHEDULE NO. 1118

ORIGINAL

Doc# 12341118-001

EQUIPMENT SCHEDULE
NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

876MK01234118

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement
identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

    Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on
Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

    1.    Advance Rent (if any): N/A

    2.    Capitalized Lessor's Cost : $176,011.00

    3.    Basic Term Lease Rate Factor: 1.642%

    4.    Daily Lease Rate Factor: 0.0547%

    5.    Basic Term (Number of Months): 60

    6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement
Date occurs for all the Equipment described herein.

    7.    Equipment Location: General Motors de Mexico S.A. de C.V.
                 Various as described on Annex A attached hereto

    8.    Lessee's Federal Tax ID Number: 38-0572515

    9.    Supplier: Hyster Company

    10.    Last Delivery Date: _____

    11.    Termination Date: The later of (i) the 60th Basic Rent Date or (ii) the last day of any extension of this
Lease.

    12.    Purchase Option: Fair Market Value.

    13.    Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule
has not previously been terminated, the Lessee shall have the right at its option, upon not less than
90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less
than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested
by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and
Lessor.

1

firstame\els.1118

ORIGINAL

Doc# 12341118-001

14.    Return Provisions:    In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions. Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1.  At the time of return when loaded to its rated capacity, each unit shall:

    a.   Start under its own power and idle without water, fuel or oil leaks.

    b.   Move through its normal speed ranges in both forward and reverse;

    c.   Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

    d.   Steer normally right and left in both forward and reverse;

    e.   Be able to stop with its service brakes within a safe distance in both forward and reverse;

    f.   Lift, lower and tilt normally;

2.  Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3.  With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4.  With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer. With respect to the battery chargers, be capable of maintaining its rated charging capacity.

5.  Tender such units to Lessor at the Equipment Location or, at the option of Lessor, at any location designated by Lessor within two thousand (2,000) kilometers of said Equipment Location.

C.    TAX BENEFITS

Depreciation Deductions:

a.    Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

b.    Recovery Period:  5 years.

c.    Basis:  100% of Capitalized Lessor's Cost.

D.    TERM AND RENT

1.    Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.

2

ORIGINAL
Doc# 12341118-001

2. <u>Basic Term Rent</u>. Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3. <u>Adjustment to Capitalized Lessor's Cost</u>. Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters. Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above). Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1. Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2. "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                              LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION

By: _____                By: _____
Name: _____                Name:   Marsha L. Smith
Title: _____                Title:    Purchasing Senior Buyer

V P / C. F. O.

3

firstame\els.1118