ORIGINAL

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Ensamble de Cables y Components S.A. de C.V. Calle 2a. OTE #301 Parque Industrial Monterret Apadoca, Nuevo Leon, Mexico 66600 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown If Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #6970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown If Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1118

ORIGINAL    Page 2

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Alambrados Automotrices S.A. de C.V. Av De Las Fabricas #5814 Parque Industrial Finsa Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-005 | | B60XT 6,000 lb Capacity LP Electric Pallet Jack With the following: Controls – Transistor 24 Volt Forks: 84" Long x 28.5" Across Polyurethane Drive Tire 10"x 5" Tandem Articulating Load Wheels Butterfly Control Handle Battery Discharge Indicator With Lift Interrupt 60" Load Backrest Freight | 1 | $6,230.00 | $6,230.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #6970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-006 | | E50XM 5,000 lb Capacity Electric Lift Truck With the following: Enhanced Controls – GE EV100 ZX SCR 36 Volt Lever Direction Control Seat Actuated & Manual Park Brake SCR Hydraulics Battery Discharge Indicator w/Lift Interrupt Drive Tires: 21 x 7 x 15 Lug Non-Marking Steer Tires: 16 x 5 x 10.5 Lug Non-Marking Mast: 3 Stage Vista 189.0" MFH/82" LH/61" FL Carriage: Hook Type 38.5" Sideshift – Mfg Std Forks: 42" K-1 9B Battery Compartment ROLLERS for RH Machine Removal Freight | 3 | $23,235.00 | $69,705.00 |

ORIGINAL   Page 3

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|

Equipment Location:
General Motors  de Mexico S.A. de C.V.
Delphi Ensamble de Cables y Components S.A. de C.V.
Iturbe 1305
Sabinas Hidalgo, Nuevo Leon, Mexico 65200

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest – 48" Forks: 42" x 1.5" x 4" – MFG STD Battery Discharge Indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires; 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |

General Motors  de Mexico S.A. de C.V.
Delphi Cableados S.A. de C.V.
Calz, De Lam Revolucion S/N
Parque Industrial
Guadalupe, Zacatecas, Mexico 99080

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest – 48" Forks: 42" x 1.5" x 4" – MFG STD Battery Discharge Indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires: 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |

TOTAL EQUIPMENT COST:                                              $176,011.00

Initials:

Lessor    Lessee

firstame\els.1118

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

       Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

       Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Ensamble de Cables y Components S.A. de C.V. Calle 2a. OTE #301 Parque Industrial Monterret Apadoca, Nuevo Leon, Mexico 66600 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | D004D05632V | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown if Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #6970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | D004D05633V | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown if Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |

firstame\els.1118

ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| **Equipment Location:**<br>General Motors  de Mexico S.A. de C.V.<br>Delphi  Alambrados Automotrices S.A. de C.V.<br>Av De Las Fabricas #5814<br>Parque Industrial Finsa<br>Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster<br>PO#P1S91129<br>PRD2015A-005 | B199H05155V | B60XT<br>6,000 lb Capacity LP Electric Pallet Jack<br>With the following:<br>Controls – Transistor<br>24 Volt<br>Forks: 84" Long x 28.5" Across<br>Polyurethane Drive Tire 10"x 5"<br>Tandem Articulating Load Wheels<br>Butterfly Control Handle .<br>Battery Discharge Indicator With Lift Interrupt<br>60" Load Backrest<br>Freight | 1 | $6,230.00 | $6,230.00 |
| General Motors  de Mexico S.A. de C.V.<br>Delphi Alambros Automotrices S.A. de C.V.<br>Calle Iturbe #6970<br>Parque Industrial Longoria<br>Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster<br>PO#P1S91129<br>PRD2015A-006 | F108V12620V<br>F108V12621V<br>F108V12641V | E50XM<br>5,000 lb Capacity Electric Lift Truck<br>With the following:<br>Enhanced Controls – GE EV100 ZX SCR<br>36 Volt<br>Lever Direction Control<br>Seat Actuated & Manual Park Brake<br>SCR Hydraulics<br>Battery Discharge Indicator w/Lift Interrupt<br>Drive Tires: 21 x 7 x 15 Lug Non-Marking<br>Steer Tires: 16 x 5 x 10.5 Lug Non-Marking<br>Mast: 3 Stage Vista 189.0" MFH/82" LH/61" FL<br>Carriage: Hook Type 38.5"<br>Sideshift – Mfg Std<br>Forks: 42" K-1 9B<br>Battery Compartment ROLLERS for RH Machine Removal<br>Freight | 3 | $23,235.00 | $69,705.00 |

ORIGINAL Page 3

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|

Equipment Location:
General Motors de Mexico S.A. de C.V.
Delphi Ensamble de Cables y Components S.A. de C.V.
Iturbe 1305
Sabinas Hidalgo, Nuevo Leon, Mexico 65200

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | A455N01523V | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest – 48" Forks: 42" x 1.5" x 4" – MFG STD Battery Discharge Indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires; 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |

General Motors de Mexico S.A. de C.V.
Delphi Cableados S.A. de C.V.
Calz. De Lam Revolucion S/N
Parque Industrial
Guadalupe, Zacatecas, Mexico 99080

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | A455N01524V | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest – 48" Forks: 42" x 1.5" x 4" – MFG STD Battery Discharge Indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires; 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |

TOTAL EQUIPMENT COST:        $176,011.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha F. Smith_
Authorized Representative
Name: Marsha L. Smith
Title: Purchasing Senior Buyer
Date: 2 - 8 - 99

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Ensamble de Cables y Components S.A. de C.V. Calle 2a. OTE #301 Parque Industrial Monterret Apodaca, Nuevo Leon, Mexico 66600 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | D004D05632V | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown if Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #6970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-004 | D004D05633V | S80XL2 8,000 lb Gas Lift Truck With the following: GM – LP Gas Lever Direction Control Drive Tires: 22 x 9 x 16 Lug Steer Tires: 18 x 7 x 12.1 Lug Wide Tread Mast: 3 Stage Vista 194" MFH/91.5" LH/60.0" FL Carriage: Hook Type 48" Sideshift – Mfg Std Forks: 60" K-1 9B Engine Shutdown if Operator Leaves Seat Without Setting Park Brake Freight | 1 | $31,960.00 | $31,960.00 |

firstame\els.1118

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118

ORIGINAL

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Alambrados Automotrices S.A. de C.V. Av De Las Fabricas #5814 Parque Industrial Finsa Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-005 | B199H05155V | B60XT 6,000 lb Capacity LP Electric Pallet Jack With the following: Controls – Transistor 24 Volt Forks: 84" Long x 28.5" Across Polyurethane Drive Tire 10"x 5" Tandem Articulating Load Wheels Butterfly Control Handle Battery Discharge Indicator With Lift Interrupt 60" Load Backrest Freight | 1 | $6,230.00 | $6,230.00 |
| General Motors de Mexico S.A. de C.V. Delphi Alambros Automotrices S.A. de C.V. Calle Iturbe #6970 Parque Industrial Longoria Nuevo Laredo, Tamaulipas, Mexico 81000 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-006 | F108V12620V F108V12621V F108V12641V | E50XM 5,000 lb Capacity Electric Lift Truck With the following: Enhanced Controls – GE EV100 ZX SCR 36 Volt Lever Direction Control Seat Actuated & Manual Park Brake SCR Hydraulics Battery Discharge Indicator w/Lift Interrupt Drive Tires: 21 x 7 x 15 Lug Non-Marking Steer Tires: 16 x 5 x 10.5 Lug Non-Marking Mast: 3 Stage Vista 189.0" MFH/82" LH/61" FL Carriage: Hook Type 36.5" Sideshift - Mfg Std Forks: 42" K-1 9B Battery Compartment ROLLERS for RH Machine Removal Freight | 3 | $23,235.00 | $69,705.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1118

ORIGINAL   Page 3

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: General Motors de Mexico S.A. de C.V. Delphi Ensamble de Cables y Components S.A. de C.V. Iturbe 1305 Sabinas Hidalgo, Nuevo Leon, Mexico 65200 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | A455N01523V | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest – 48" Forks: 42" x 1.5" x 4" – MFG STD Battery Discharge Indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires: 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |
| General Motors de Mexico S.A. de C.V. Delphi Cableados S.A. de C.V. Calz. De Lam Revolucion S/N Parque Industrial Guadalupe, Zacatecas, Mexico 99080 | | | | | |
| Hyster/Hyster PO#P1S91129 PRD2015A-010 | A455N01524V | B30XTR 3,000 lb Lift Truck With the following: 24 Volt Transistor Controls Butterfly Type Accelerator Control Mast: 3 Stage 182.0" MFH/83" LH/44" FL Single Reach Carriage With Sideshift: 32.5" Pin Type Load Backrest – 48" Forks: 42" x 1.5" x 4" – MFG STD Battery Discharge Indicator With Lift Interrupt And Hour Meter Load Wheels: 4" x 2.8" Tandem Polyurethane Drive Tires: 10" x 5" Polyurethane Freight | 1 | $18,078.00 | $18,078.00 |

TOTAL EQUIPMENT COST:      $176,011.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L Smith_

Authorized Representative

Name:   Marsha L. Smith

Title:   Purchasing Senior Buyer

Date:   3-8-99

firstame\els.1118

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 1118
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|--------|-----------------------|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 114% |
| 2 | 113% |
| 3 | 112% |
| 4 | 111% |
| 5 | 111% |
| 6 | 110% |
| 7 | 109% |
| 8 | 108% |
| 9 | 107% |
| 10 | 106% |
| 11 | 105% |
| 12 | 104% |
| 13 | 103% |
| 14 | 102% |
| 15 | 101% |
| 16 | 100% |
| 17 | 99% |
| 18 | 98% |
| 19 | 97% |
| 20 | 96% |
| 21 | 95% |
| 22 | 94% |
| 23 | 93% |
| 24 | 92% |
| 25 | 91% |
| 26 | 90% |
| 27 | 89% |
| 28 | 88% |
| 29 | 87% |
| 30 | 86% |
| 31 | 85% |
| 32 | 84% |
| 33 | 83% |
| 34 | 82% |
| 35 | 81% |
| 36 | 80% |
| 37 | 79% |
| 38 | 77% |

firstame\els.1118

| | |
|---|---|
| 39 | 76% |
| 40 | 75% |
| 41 | 74% |
| 42 | 73% |
| 43 | 72% |
| 44 | 71% |
| 45 | 69% |
| 46 | 68% |
| 47 | 67% |
| 48 | 66% |
| 49 | 65% |
| 50 | 64% |
| 51 | 62% |
| 52 | 61% |
| 53 | 60% |
| 54 | 59% |
| 55 | 57% |
| 56 | 56% |
| 57 | 57% |
| 58 | 54% |
| 59 | 52% |
| 60 | 51% |

ORIGINAL

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables.  In the event that the lease term is for any reason extended, then the last percentage/figure shown above shall control throughout any such extended term.

Initials: _____  _____
            Lessor        Lessee

# EQUIPMENT SCHEDULE NO. 1134

ORIGINAL
Doc# 12341134-001

EQUIPMENT SCHEDULE
NO. 1134
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

876 MCO 1234 1134

Lessor and Mailing Address:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.
1600 RAND TOWER, 527 MARQUETTE AVE. S.
MINNEAPOLIS, MN 55402

Lessee and Mailing Address:

GENERAL MOTORS CORPORATION
902 E. HAMILTON AVENUE
FLINT, MI 48550

Capitalized terms not defined herein shall have the meanings assigned to them in the Master Lease Agreement
identified above ("Agreement"; said Agreement and this Schedule being collectively referred to as "Lease").

A.    EQUIPMENT

Pursuant to the terms of the Lease, Lessor agrees to acquire and lease to Lessee the Equipment listed on
Annex A attached hereto and made a part hereof.

B.    FINANCIAL TERMS

1.    Advance Rent (if any): N/A

2.    Capitalized Lessor's Cost : $594,935.00

3.    Basic Term Lease Rate Factor: 1.642%

4.    Daily Lease Rate Factor: 0.0547%

5.    Basic Term (Number of Months): 60

6.    Basic Term Commencement Date: The last day of the calendar month in which the Commencement
Date occurs for all the Equipment described herein.

7.    Equipment Location: General Motors de Mexico S.A. de C.V.
Various as described on Annex A attached hereto

8.    Lessee's Federal Tax ID Number: 38-0572515

9.    Supplier: Hyster Company

10.    Last Delivery Date: _____

11.    Termination Date: The later of (I) the 60th Basic Rent Date or (II) the last day of any extension of this
Lease.

12.    Purchase Option: Fair Market Value.

13.    Renewal Option: Provided that an Event of Default has not occurred and this Equipment Schedule
has not previously been terminated, the Lessee shall have the right at its option, upon not less than
90 days' written notice to the Lessor prior to the original Termination Date, to renew all (but not less
than all) of the Equipment subject to this Equipment Schedule for a firm term renewal period requested
by Lessee of 12 or 24 months at a monthly renewal rate for such term as determined by Lessee and
Lessor.

1

Doc# 12341134-001

14. Return Provisions:   In furtherance, and not in limitation of, the use, maintenance and return conditions for the Equipment set forth in Section X of the Master Lease, Lessee hereby agrees to return the Equipment to Lessor in accordance with all of the terms and conditions of the Master lease and in compliance with the following special return conditions.  Lessor or its agent shall conduct a preliminary inspection of the Equipment at the equipment location prior to the expiration of the Lease to minimize claims made after return, provided however, that Lessee shall nonetheless remain liable for the Equipment unless and until it is returned to Lessor as specified below.

1. At the time of return when loaded to its rated capacity, each unit shall:

   a. Start under its own power and idle without water, fuel or oil leaks.

   b. Move through its normal speed ranges in both forward and reverse;

   c. Be in good appearance, free from all advertising, and insignia placed thereon by Lessee, in a clean condition, free of material rust and corrosion that would impede the normal operation of the units;

   d. Steer normally right and left in both forward and reverse;

   e. Be able to stop with its service brakes within a safe distance in both forward and reverse;

   f. Lift, lower and tilt normally;

2. Be complete with no missing or damaged parts and have all components able to perform the function for which they were designed in accordance with the manufacturer's recommended specifications;

3. With respect to tires, averaged over all tires the remaining wear life shall be a minimum of 50% and there shall be no damage to any individual tire that precludes normal usage.

4. With respect to all batteries, all batteries must be capable of maintaining not less than 90% of the rated voltage charge and amp hours as when originally delivered and originally specified by the manufacturer.  With respect to the battery chargers, be capable of maintaining its rated charging capacity.

5. Tender such units to Lessor at the Equipment Location or, at the option of Lessor, at any location designated by Lessor within two thousand (2,000) kilometers of said Equipment Location.

C.   TAX BENEFITS

Depreciation Deductions:

   a. Depreciation Method:  Two hundred percent (200%) declining balance method, switching to straight line method for the first (1st) taxable year for which using the straight line method with respect to the adjusted basis as of the beginning of such year will yield a larger allowance.

   b. Recovery Period:  5 years.

   c. Basis:  100% of Capitalized Lessor's Cost.

D.   TERM AND RENT

   1. Interim Rent.  For the period from and including the Lease Commencement Date to the Basic Term Commencement Date ("Interim Period"), Lessee shall pay as rent ("Interim Rent") for each unit of Equipment, the product of the Daily Lease Rate Factor times the Capitalized Lessor's Cost of such unit times the number of days in the Interim Period.  Interim Rent shall be due on the Basic Term Commencement Date.

2

ORIGINAL

Doc# 12341194-001

2.    Basic Term Rent.  Commencing on the Basic Term Commencement Date, and on the last day of each month thereafter (each, a "Rent Payment Date") during the Basic Term, Lessee shall pay as rent ("Basic Term Rent") the product of the Basic Term Lease Rate Factor times the Capitalized Lessor's Cost of all Equipment on this Schedule.

3.    Adjustment to Capitalized Lessor's Cost.  Lessee hereby irrevocably authorizes Lessor to adjust the Capitalized Lessor's Cost up or down by no more than ten percent (10%) to account for equipment change orders, equipment returns, invoicing errors, and similar matters.  Lessee acknowledges and agrees that the Rent shall be adjusted as a result of such change in the Capitalized Lessor's Cost (pursuant to paragraphs 1 and 2 above).  Lessor shall send Lessee a written notice stating the final Capitalized Lessor's Cost, if different from that disclosed on this Schedule.

E.    INSURANCE

1.    Commercial (broad form comprehensive) general liability, including contractual liability coverage, in limits of not less than $2,000,000 per occurrence combined single limit for personal injury and property damage.

2.    "All Risks" property insurance for the Equipment in an amount equal to the Stipulated Loss Value, with no co-insurance requirement.

Except as expressly modified hereby, all terms and provisions of the Agreement shall remain in full force and effect. This Schedule is not binding or effective with respect to the Agreement or Equipment until executed on behalf of Lessor and Lessee by authorized representatives of Lessor and Lessee, respectively.

IN WITNESS WHEREOF, Lessee and Lessor have caused this Schedule to be executed by their duly authorized representatives.

LESSOR:                                              LESSEE:

FIRST AMERICAN CAPITAL MANAGEMENT GROUP, INC.    GENERAL MOTORS CORPORATION,

By: _____                          By: _____
Name: _____                        Name:    Marsha L. Smith
Title: _____                       Title:    Purchasing Senior Buyer

V. P. / C. F. O.

3

ORIGINAL

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. Rio Bravo S/N Plarque Ind. Rio Bravo Juarez, Chihuahua, Mexico 32659 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt — MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift — MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Parque Ind. Paquime Monte Alban y Tulum Casas Grandes, Chihuahua, Mexico 33700 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt — MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift — MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

firstame\els.1134

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

ORIGINAL Page 2

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|

Equipment Location:
Delphi Packard Electric Systems
General Motors de Mexico S.A. de C.V.
Carretera A Anahuac KM. 5
Cuauhtemoc, Chihuahua, Mexico 31578

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 1 | $20,515.00 | $20,515.00 |

Delphi Packard Electric Systems
General Motors de Mexico S.A. de C.V.
Parque Ind. Americas
Chihuahua, Chihuahua, Mexico 31200

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

firstame\els.1134

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

ORIGINAL Page 3

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carr. Panamericana Chihuahua, Chihuahua, Mexico 31090 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. 3 y 16 Poniente Delicias, Chihuahua, Mexico 745897 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

ORIGINAL Page 4

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carr. Panamericana KM. 1588 Meoqui, Chihuahua, Mexico 732042 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Blvd. Macario Gaxiola 1001 Sur Col. R. Jaramillo Mochis, Sinaloa, Mexico 81280 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

ORIGINAL

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors  de Mexico S.A. de C.V. Ave. Perez Serna/Dunant Parque Ind. Omega Juarez, Chihuahua, Mexico 32320 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |
| Delphi Packard Electric Systems General Motors  de Mexico S.A. de C.V. Ave. Tecnologico y Juan Kepler #69616 Juarez, Chihuahua, Mexico 32500 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

ANNEX A
TO
EQUIPMENT SCHEDULE NO. 1134

ORIGINAL

— DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Fresnel Farenheit #8626 Parque Ind. Bermudez Juarez, Chihuahua, Mexico 32310 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 1 | $20,515.00 | $20,515.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Calle Tapoco #6466 Juarez, Chihuahua, Mexico 32320 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ORIGINAL

ANNEX A
TO
-- EQUIPMENT SCHEDULE NO. 1134

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors  de Mexico S.A. de C.V. Ave. Rio Bravo S/N Parque Ind. Rio Bravo Juarez, Chihuahua, Mexico 32660 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

TOTAL EQUIPMENT COST:                                           $594,935.00

Initials ___ Lessor - Lessee

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

To: FIRST AMERICAN MANAGEMENT GROUP, INC. ("Lessor")

    Pursuant to the provisions of the above schedule and lease (collectively, the "Lease"), Lessee hereby certifies and warrants that all Equipment listed below has been delivered and installed (if applicable); and (b) Lessee has received the Equipment for all purposes of the Lease.

    Lessee does further certify that as of the date hereof (I) Lessee is not in default under the Lease; (ii) the representations and warranties made by Lessee pursuant to or under the Lease are true and correct on the date hereof; and (iii) Lessee has reviewed and approves of the purchase documents for the Equipment, if any.

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. Rio Bravo S/N Plarque Ind. Rio Bravo Juarez, Chihuahua, Mexico 32659 | | | | | |
| Hyster/Hyster PO#P1S07178 PRD2093A-001 | F108V14566V F108V14569V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

ORIGINAL Page 2

DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|

Equipment Location:
Delphi Packard Electric Systems
General Motors de Mexico S.A. de C.V.
Parque Ind. Paquime
Monte Alban y Tulum
Casas Grandes, Chihuahua, Mexico 33700

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14543V F108V14644V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

Delphi Packard Electric Systems
General Motors de Mexico S.A. de C.V.
Carretera A Anahuac KM. 5
Cuauhtemoc, Chihuahua, Mexico 31578

| | | | | | |
|---|---|---|---|---|---|
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14565V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 1 | $20,515.00 | $20,515.00 |

URIU [Page 31]

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| | | Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Parque Ind. Americas Chihuahua, Chihuahua, Mexico 31200 | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14544V F108V14570V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt — MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift — MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| | | Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carr. Panamericana Chihuahua, Chihuahua, Mexico 31090 | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14539V F108V14541V F108V14572V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt — MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift — MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| | | Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. 3 y 16 Poniente Delicias, Chihuahua, Mexico 745897 | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14540V- F108V14650V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| | | Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Carr. Panamericana KM. 1588 Meoqui, Chihuahua, Mexico 732042 | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14649V F108V14651V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |

ORIGINAL

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Blvd. Macario Gaxiola 1001 Sur Col. R. Jaramillo Mochis, Sinaloa, Mexico 81280 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14573V F108V14643V F108V14646V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. Perez Serna/Dunant Parque Ind. Omega Juarez, Chihuahua, Mexico 32320 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14571V F108V14641V F108V14642V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

ORIGINAL Page 6

ANNEX C
TO
EQUIPMENT SCHEDULE NO. 1134

## DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| **Equipment Location:** Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Ave. Tecnologico y Juan Kepler #69616 Juarez, Chihuahua, Mexico 32500 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14536V F108V14538V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 2 | $20,515.00 | $41,030.00 |
| Delphi Packard Electric Systems General Motors de Mexico S.A. de C.V. Fresnel Farenheit #8626 Parque Ind. Bermudez Juarez, Chihuahua, Mexico 32310 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14647V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 1 | $20,515.00 | $20,515.00 |

ORIGINAL Page 7

## ANNEX C
## TO
## EQUIPMENT SCHEDULE NO. 1134

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: Delphi Packard Electric Systems General Motors de Mexico S.A, de C.V. Calle Tapoco #6466 Juarez, Chihuahua, Mexico 32320 | | | | | |
| Hyster/Hyster PO#P1S07176 PRD2093A-001 | F108V14545V F108V14645V F108V14652V | E45XM 4,500 lb Capacity Electric Lift Truck With the following: Enhanced Control Package GE EV100 ZX SCR 36 Volt Lever Direction Control SCR Hydraulics Seat Actuated and Manual Brake Battery Discharge Ind. With Lift Interrupt – MFG STD Drive Tires: 21 x 7 x 15 Smooth Steer Tires: 16 x 5 x 10.5 Poly Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL Carriage: Hook Type 38.5" Sideshift – MFG STD Forks: 42" x 1.5" x 4" Battery Compartment Rollers Freight | 3 | $20,515.00 | $61,545.00 |

firstame\els.1134

ORIGINAL Page 8

## ANNEX C
## TO
## EQUIPMENT SCHEDULE NO. 1134

### DESCRIPTION OF EQUIPMENT

| Supplier/ Manufacturer | Serial Numbers | Type and Model of Equipment | Number of units | Cost/unit | Total Cost |
|---|---|---|---|---|---|
| Equipment Location: | | | | | |
| Delphi Packard Electric Systems | | | | | |
| General Motors de Mexico S.A. de C.V. | | | | | |
| Ave. Rio Bravo S/N | | | | | |
| Parque Ind. Rio Bravo | | | | | |
| Juarez, Chihuahua, Mexico 32660 | | | | | |
| | | | | | |
| Hyster/Hyster | F108V14542V | E45XM | 3 | $20,515.00 | $61,545.00 |
| PO#P1S07176 | F108V14567V | 4,500 lb Capacity Electric Lift Truck | | | |
| PRD2093A-001 | F108V14648V | With the following: | | | |
| | | Enhanced Control Package GE EV100 ZX SCR | | | |
| | | 36 Volt | | | |
| | | Lever Direction Control | | | |
| | | SCR Hydraulics | | | |
| | | Seat Actuated and Manual Brake | | | |
| | | Battery Discharge Ind. With Lift Interrupt – MFG STD | | | |
| | | Drive Tires: 21 x 7 x 15 Smooth | | | |
| | | Steer Tires: 16 x 5 x 10.5 Poly | | | |
| | | Mast: 2 Stage Vista 131" MFH/84" LH/62.0" FL | | | |
| | | Carriage: Hook Type 38.5" | | | |
| | | Sideshift – MFG STD | | | |
| | | Forks: 42" x 1.5" x 4" | | | |
| | | Battery Compartment Rollers | | | |
| | | Freight | | | |

TOTAL EQUIPMENT COST:                                                    $594,935.00

LESSEE:
GENERAL MOTORS CORPORATION

By: _Marsha L. Smith_

Authorized Representative

Name:    Marsha L. Smith

Title:    Purchasing Senior Buyer

Date:    2-23-99

ANNEX D
TO
EQUIPMENT SCHEDULE NO. 1134
TO MASTER LEASE AGREEMENT
DATED AS OF MAY 1, 1995

ORIGINAL

STIPULATED LOSS VALUE TABLE*

| RENTAL | STIPULATED LOSS VALUE |
|---|---|
| Interim Rent | 115% |
| Basic Term Rent | |
| 1 | 114% |
| 2 | 113% |
| 3 | 112% |
| 4 | 111% |
| 5 | 111% |
| 6 | 110% |
| 7 | 109% |
| 8 | 108% |
| 9 | 107% |
| 10 | 106% |
| 11 | 105% |
| 12 | 104% |
| 13 | 103% |
| 14 | 102% |
| 15 | 101% |
| 16 | 100% |
| 17 | 99% |
| 18 | 98% |
| 19 | 97% |
| 20 | 96% |
| 21 | 95% |
| 22 | 94% |
| 23 | 93% |
| 24 | 92% |
| 25 | 91% |
| 26 | 90% |
| 27 | 89% |
| 28 | 88% |
| 29 | 87% |
| 30 | 86% |
| 31 | 85% |
| 32 | 84% |
| 33 | 83% |
| 34 | 82% |
| 35 | 81% |
| 36 | 80% |
| 37 | 79% |
| 38 | 77% |

firstame\els.1134

ORIGINAL

| | |
|---|---|
| 39 | 76% |
| 40 | 75% |
| 41 | 74% |
| 42 | 73% |
| 43 | 72% |
| 44 | 71% |
| 45 | 69% |
| 46 | 68% |
| 47 | 67% |
| 48 | 66% |
| 49 | 65% |
| 50 | 64% |
| 51 | 62% |
| 52 | 61% |
| 53 | 60% |
| 54 | 59% |
| 55 | 57% |
| 56 | 56% |
| 57 | 57% |
| 58 | 54% |
| 59 | 52% |
| 60 | 51% |

*The Stipulated Loss Value or Termination Value for any unit of Equipment shall be equal to the Capitalized Lessor's Cost of such unit multiplied by the appropriate percentage derived from the above tables. In the event that the lease term is for any reason extended, then the last percentage figure shown above shall control throughout any such extended term.

Initials: _____    _____
              Lessor                      Lessee

firstame\els.1134