Hearing Date and Time:  June 30, 2010 at 10:00 am
Response Date and Time:  June 23, 2010 at 4:00 pm

BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: peter.russ@bipc.com
Peter S. Russ, Esquire

*Attorneys for ATEL Leasing Corporation,*
*as agent for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                      :      Chapter 11
In re:                                                :
                                                      :      Case No. -05-44481 (RDD)
DELPHI CORPORATION, et al.,                           :
                                                      :      (Jointly Administered)
                              Debtors.                :
------------------------------------------------------------ X

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2010 I caused to be served the RESPONSE OF ATEL

LEASING CORPORATION TO REORGANIZED DEBTORS' FORTY-EIGHTH OMNIBUS

OBJECTION PURSUANT TO 11 U.S.C. §  503(b) and FED. R.  BANKR. P. 3007 TO

DISALLOW AND EXPUNGE (A) CERTAIN BOOKS AND RECORDS CLAIMS AND (B)

CERTAIN CLAIMS ASSERTED IN MOTIONS OR REQUESTS FOR PAYMENT OF

ADMINISTRATIVE EXPENSE upon the persons and entities listed as noted thereon.

Dated: New York, New York          Respectfully submitted,
       June 22, 2010

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for ATEL Leasing Corporation as agent*
*for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

By:    /s/Peter S. Russ

Peter S. Russ, Esq.

One Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 440-4400
Facsimile:  (212) 440-4401
E-mail: peter.russ@bipc.com

Service List

Overnight Mail:

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street, Courtroom 118
White Plains, NY  10610

Shadden , Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn:    John Wm. Butler, Jr. c/o Louis Chiappetta, Esquire-louis.chiappetta@skadden.com
          John K. Lyons c/o Louis Chiappetta, Esquire-louis.chiappetta@skadden.com
          Michael W. Perl - michael.perl@skadden.com

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI  48098


All other interested parties via ECF Notification