Hearing Date and Time:  June 30, 2010 at 10:00 a.m., E.T.<br>
Objection Deadline:  May 13, 2010 at 4:00 p.m., E.T.

JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver, Ste. 777
Troy, Michigan  48084
Telephone:  (248) 649-1900
Facsimile:  (248) 649-2920
Howard S. Sher (*admitted pro hac vice*)
Alan J. Schwartz (*admitted pro hac vice*)

MILLER & CHEVALIER CHARTERED
655 15th Street, N.W., Ste. 900
Washington, D.C.  20005
Telephone:  (202) 626-5800
Facsimile:  (202) 626-5801
Anthony F. Shelley (*admitted pro hac vice*)
Timothy P. O'Toole (*admitted pr hac vice*)
Michael N. Khalil

Attorneys for Dennis Black, Charles Cunningham,
Kenneth Hollis, and the Delphi Salaried Retiree Association

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
In re                                                                   :
                                                                        :
DPH HOLDINGS CORP., *et al.*,                                           :
                                                                        :
      Reorganized Debtors.                 :
                                                                        :
------------------------------------------------------------------------x

**EXHIBIT LIST TO REPLY OF THE SALARIED RETIREES TO REORGANIZED
DEBTORS' LIMITED OBJECTION TO MOTION OF THE SALARIED RETIREES
FOR ORDER CONFIRMING THAT SECOND AMENDED COMPLAINT DOES NOT
<u>VIOLATE MODIFIED PLAN OR PLAN MODIFICATION ORDER</u>**

| <u>Exhibit</u> | <u>Description</u> |
|---|---|
| A | Stipulation Concerning the Automatic Stay in Connection with the Commencement of an Action Against the PBGC |

| Exhibit | Description |
|:---:|---|
| B | Order on Pls.' Mot. for Prelim. Inj., in *Black v. PBGC*, No. 2:09-cv-13616-AJT-DAS (E.D. Mich.) (Dkt. No. 101 Jan. 26, 2010) |
| C | PBGC's Mot. to Alter or Amend the Ct.'s Jan. 26, 2010 Order on Pls.' Mot. for Prelim. Inj., in *Black v. PBGC*, No. 2:09-cv-13616-AJT-DAS (E.D. Mich.) (Dkt. No. 107 Jan. 28, 2010) |
| D | Pl.'s Obj. to PBGC's Mot. to Alter or Amend the Ct.'s Jan. 26, 2010 Order on Pls.' Mot. for Prelim. Inj., in *Black v. PBGC*, No. 2:09-cv-13616-AJT-DAS (E.D. Mich.) (Dkt. No. 110 Jan. 29, 2010) |
| E | Order Denying Def. PBGC's Mot. to Alter or Amend the Ct.'s Jan. 26, 2010 Order on Pls.' Mot. for Prelim. Inj., in *Black v. PBGC*, No. 2:09-cv-13616-AJT-DAS (E.D. Mich.) (Dkt. No. 122 Feb. 17, 2010) |
| F | PBGC's Stmt. regarding Ct.'s Jan. 26, 2010 Order on Pl.'s Mot. for Prelim. Inj., in *Black v. PBGC*, No. 2:09-cv-13616-AJT-DAS (E.D. Mich.) (Dkt. No. 126 Mar. 4, 2010) |
| G | Pls.' Mot. for an Order to Show Cause as to Why the PBGC Should Not Be Held in Violation of Ct.'s Order on Prelim. Inj., in *Black v. PBGC*, No. 2:09-cv-13616-AJT-DAS (E.D. Mich.) (Dkt. No. 130 Mar. 16, 2010) |
| H | Transcript of Plan Modification Hearing (July 29, 2009) |