# Exhibit F

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

|  |  |
|---|---|
| DENNIS BLACK, *et al.*, ) | |
| ) | Case No. 2:09-cv-13616 |
| Plaintiffs, ) | Hon. Arthur J. Tarnow |
| ) | Magistrate Judge Donald A. Scheer |
| v. ) | |
| ) | |
| PENSION BENEFIT GUARANTY ) | |
| CORPORATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PBGC'S STATEMENT REGARDING THE COURT'S JANUARY 26, 2010 ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

|  |  |
|---|---|
|  | ISRAEL GOLDOWITZ |
|  | Chief Counsel |
|  | KAREN L. MORRIS |
|  | Deputy Chief Counsel |
|  | JOHN A. MENKE |
|  | Assistant Chief Counsel |
| Local Counsel: | RALPH L. LANDY |
|  | C. WAYNE OWEN |
| BARBARA L. McQUADE | CRAIG T. FESSENDEN |
| United States Attorney | Attorneys |
| PETER A. CAPLAN |  |
| Assistant United States Attorney | Attorneys for the Defendant |
| Eastern District of Michigan | PENSION BENEFIT GUARANTY |
| 211 West Fort Street, Suite 2001 | CORPORATION |
| Detroit, MI 48226 | Office of Chief Counsel |
| Phone: (313) 226-9784 | 1200 K Street, N.W. |
| Facsimile: (313) 226-3271 | Washington, D.C. 20005-4026 |
| E-mail: peter.caplan@usdoj.gov | Phone: (202) 326-4000, ext. 3090 |
|  | Fax: (202) 326-4112 |
|  | Email: landy.ralph@pbgc.gov |

On February 18, 2010, the Court denied the motion of defendant Pension Benefit Guaranty Corporation ("PBGC") to amend the Court's Order on Plaintiffs' Motion for Preliminary Injunction, issued on January 26, 2010. The February 18th order left in place the Court's denial of plaintiffs' preliminary injunction motion, contingent upon PBGC setting aside or stipulating to pay the difference between Plan benefits and guaranteed benefits if the Court were to find that PBGC improperly terminated the Plan. While PBGC must comply with the limitations of ERISA, *see* 29 U.S.C. § 1361, PBGC can, within the parameters of its statutory obligations, stipulate that if termination of the Plan is overturned by a final and non-appealable court order, PBGC will relinquish the Plan and its more than $2 billion in assets, along with payment and participant records that will allow the administrator to determine and pay the amount of Plan benefits owed to each participant to date.

In view of the foregoing, PBGC does not intend to seek an appeal at this time. PBGC notes that the validity of the Plan termination has been placed squarely before the Court in PBGC's Motion for Summary Judgment, which is fully briefed for disposition on the merits.

Date: March 4, 2010                                  Respectfully submitted,

  /s/ Ralph L. Landy
ISRAEL GOLDOWITZ
Chief Counsel
KAREN L. MORRIS
Deputy Chief Counsel
JOHN A. MENKE
Assistant Chief Counsel

Local Counsel:                                       RALPH L. LANDY
                                                     C. WAYNE OWEN
BARBARA L. McQUADE                                   CRAIG T. FESSENDEN
United States Attorney                               Attorneys
PETER A. CAPLAN
Assistant United States Attorney                     Attorneys for the Defendant
Eastern District of Michigan                         PENSION BENEFIT GUARANTY
 211 West Fort Street, Suite 2001                    CORPORATION
Detroit, MI 48226                                    Office of Chief Counsel
Phone: (313) 226-9784                                1200 K Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: (202) 326-4020, ext. 3090
                                                     Fax: (202) 326-4112
                                                     Email: landy.ralph@pbgc.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing **PBGC'S STATEMENT REGARDING THE COURT'S JANUARY 26, 2010 ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** on all parties using the courts ECF system.

s/Ralph L. Landy
Ralph L. Landy
