# Proof Of Service

Hearing Date and Time: June 30, 2010 at 10:00 a.m., E.T.
Objection Deadline: May 13, 2010 at 4:00 p.m., E.T.

JACOB & WEINGARTEN, P.C.
2301 W. Big Beaver, Ste 777
Troy, Michigan 48084
Telephone: (248) 649-1900
Facsimile: (248) 649-2920
Howard S. Sher (*admitted pro hac vice*)
Alan J. Schwartz (*admitted pro hac vice*)

MILLER & CHEVALIER CHARTERED
655 15th Street, NW, Ste. 900
Washington, DC 20005
Telephone: (202) 626-5800
Facsimile: (202) 626-5801
Anthony F. Shelley (*admitted pro hac vice*)
Timothy P. O'Toole (*admitted pro hac vice*)
Michael N. Khalil

Attorneys for Dennis Black, Charles
Cunningham, Kenneth Hollis and
The Delphi Salaried Retiree Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                    :
In re                               :   Chapter 11
                                    :
DPH HOLDINGS CORP., *et al.*,       :   Case No. 05-44481 (RDD)
                                    :
       Reorganized Debtors.         :   (Jointly Administered)
                                    :
------------------------------------x

### PROOF OF SERVICE

I, Teri Breaugh, state that on June 23, 2010, I did send a copy of Reply Of Salaried Retirees To Reorganized Debtors' Limited Objection To Motion Of Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate Modified Plan Or Plan Modification Order and this Proof Of Service by first class mail to:

John A. Menke
Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Ralph L. Landy
Pension Benefit Guaranty Corporation
Office of Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Heather Lennox
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Robert S. Walker
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

David M. Glass
Sr. Trial Counsel, Dep't of Justice,
 Civil Division
20 Mass. Ave., N.W., Room 7200
Washington, D.C. 20530

Judge Robert D. Drain
300 Quarropas Street
Room 118
White Plains, NY 10601

US Bankruptcy Court
Attn: Clerk of the Court
300 Quarropas Street
White Plains, NY 10601

Brian Masumoto
US Trustee Office
33 Whitehall St.
21st Floor
New York, NY 10004

Davis, Polk & Wardwell LLP
Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher & Flom LLP
Ron E. Meisler
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606-1720

    I also state that I did send a copy of Reply Of Salaried Retirees To Reorganized Debtors' Limited Objection To Motion Of Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate Modified Plan Or Plan Modification Order and this Proof Of Service by electronic mail to:

**John Brooks**
john.brooks@delphi.com

**Frank L. Gorman, Esq.**
fgorman@honigman.com

**Harvey R. Miller**
Harvey.miller@weil.com

**Sean Corcoran**
sean.p.corcoran@delphi.com

**David M. Sherbin**
david.sherbin@delphi.com

**Ron E. Meisler**
rmeisler@skadden.com

**Robert B. Weiss, Esq.**
rweiss@honigman.com

**Robert J. Lemons**
Robert.lemons@weil.com

**Karen Craft**
Karen.j.craft@delphi.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: June 23, 2010

                         /s/ Teri Breaugh
                         Teri Breaugh
                         Jacob & Weingarten, P.C.
                         2301 West Big Beaver Road
                         Suite 777
                         Troy, Michigan 48084
                         howard@jacobweingarten.com