SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : |  |
| --- | --- | --- |
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO REORGANIZED
DEBTORS' OBJECTION TO PROOFS OF ADMINISTRATIVE EXPENSE
CLAIM NUMBERS 18742, 19717, 19719, 19568, AND 20053

PLEASE TAKE NOTICE that as set forth on Exhibit A attached hereto, DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its subsidiaries and affiliates, debtor and debtors-in-possession (collectively, the "Debtors"), objected to various proofs of administrative expense claims (the "Proofs of Claim") filed by certain parties (collectively, the "Claimants").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6(a).

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested

Administrative Expense Claims ("Administrative Claims Objection Procedures Order" together

with the Claims Objection Procedures Order, the "Orders") (Docket No. 18998), and the

Eleventh Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To

Claims, entered April 5, 2010 (Docket No. 19776), a sufficiency hearing (the "Sufficiency

Hearing") to address the legal sufficiency of each of the Proofs of Claim and whether each Proof

of Claim states a colorable claim against the asserted Debtor is hereby scheduled for July 22,

2010, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the

Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York

10601-4140.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Orders, unless such procedures are modified

in accordance with Paragraph 9(k) thereof.  Please review the Orders carefully because failure to

comply with the procedures provided in the Orders (or as modified pursuant to Paragraph 9(k))

could result in the disallowance and expungement of your Proof of Claim.  A copy of the Orders

are attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further

adjourn the Sufficiency Hearing at any time at least five business days prior to the scheduled

hearing upon notice to the Court and the Claimant.

Dated:    New York, New York
June 23, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:  /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

By:  /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

4

# EXHIBIT A

| A<br>Proof Of Claim Number | B<br>Date Filed | C<br>Party Filing Proof Of Claim | D<br>Owner Of Claim | E<br>Asserted Amount | F<br>Omnibus Claims Objection | G<br>Date Of Omnibus Claims Objection | H<br>Debtor Named On Proof Of Claim |
|---|---|---|---|---|---|---|---|
| 18742 | 7/13/2009 | GENPACT INTERNATIONAL INC | GENPACT INTERNATIONAL INC | $6,600,160.00 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 19717 | 11/4/2009 | BING METALS GROUP LLC | BING METALS GROUP LLC | $148,514.43 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI CORPORATION, ET AL |
| 19719 | 11/4/2009 | BING METALS GROUP LLC | BING METALS GROUP LLC | $148,514.43 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI CORPORATION |
| 19568 | 8/13/2009 | PAULLION ROBY | PAULLION ROBY | $0.00 | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 20053 | 10/30/2009 | GENPACT INTERNATIONAL LLC | GENPACT INTERNATIONAL LLC | $6,831,514.00 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI AUTOMOTIVE SYSTEMS LLC |