IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :
        In re                       :      Chapter 11
                           :
DPH HOLDINGS CORP., et al.,       :      Case No. 05-44481 (RDD)
                           :
           Reorganized Debtors.      :      (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF SERVICE

I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

On June 18, 2010, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via electronic notification, and (ii) upon the party listed on Exhibit B hereto via postage pre-paid U.S. mail:

1) Reorganized Debtors' Supplemental Reply to Response of Claimants to Reorganized Debtors' Objections to Proof of Claim Number 10836 and Proofs of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, and 19568 ("Supplemental Reply Regarding Certain Workers' Compensation Claims") (Docket No. 20252) [a copy of which is attached hereto as Exhibit C]

2) Reorganized Debtors' Supplemental Reply to Response of Claimant to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 18727 Filed by Alegre, Inc. ("Supplemental Reply Regarding Alegre, Inc. Claim") (Docket No. 20253) [a copy of which is attached hereto as Exhibit D]

3) Reorganized Debtors' Supplemental Reply to Response of Claimant to Debtors' Objection to Proof of Claim Number 2578 Filed by the U.S. Department of Health and Human Services ("Supplemental Reply Regarding U.S. Department of Health and Human Services Claim") (Docket No. 20254) [a copy of which is attached hereto as Exhibit E]

4) Notice of Adjournment of Claims Objection Hearing with Respect to Debtors' Objection to (I) Proofs of Claim Numbers 7269, 7658, 9396, 10835, and 12251 and (II) Proof of Administrative Expense Claim Number 19601 ("Notice of Adjournment of Sufficiency Hearing as to Certain Proofs of Claim and Proof of

Administrative Expense Claim") (Docket No. 20255) [a copy of which is attached hereto as <u>Exhibit F</u>]

On June 18, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit G</u> hereto via overnight mail:

5) Reorganized Debtors' Supplemental Reply to Response of Claimants to Reorganized Debtors' Objections to Proof of Claim Number 10836 and Proofs of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, and 19568 ("Supplemental Reply Regarding Certain Workers' Compensation Claims") (Docket No. 20252) [a copy of which is attached hereto as <u>Exhibit C</u>]

On June 18, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit H</u> hereto via overnight mail:

6) Reorganized Debtors' Supplemental Reply to Response of Claimant to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 18727 Filed by Alegre, Inc. ("Supplemental Reply Regarding Alegre, Inc. Claim") (Docket No. 20253) [a copy of which is attached hereto as <u>Exhibit D</u>]

On June 18, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit I</u> hereto via overnight mail:

7) Reorganized Debtors' Supplemental Reply to Response of Claimant to Debtors' Objection to Proof of Claim Number 2578 Filed by the U.S. Department of Health and Human Services ("Supplemental Reply Regarding U.S. Department of Health and Human Services Claim") (Docket No. 20254) [a copy of which is attached hereto as <u>Exhibit E</u>]

On June 18, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit J</u> hereto via overnight mail:

8) Notice of Adjournment of Claims Objection Hearing with Respect to Debtors' Objection to (I) Proofs of Claim Numbers 7269, 7658, 9396, 10835, and 12251 and (II) Proof of Administrative Expense Claim Number 19601 ("Notice of Adjournment of Sufficiency Hearing as to Certain Proofs of Claim and Proof of Administrative Expense Claim") (Docket No. 20255) [a copy of which is attached hereto as <u>Exhibit F</u>]

Dated: June 23, 2010

_____*/s/ Darlene Calderon*_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of June, 2010, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _*/s/ Nancy Santos*_____

Commission Expires:_*1/2/14*_____

# EXHIBIT A

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Deborah L. Thorne Kathleen L. Matsoukas | One N Wacker Drive | Suite 4400 | Chicago | IL | 60606 | 312-357-1313 | dthorne@btlaw.com kmatsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Delphi Automotive Systems LLP | Sean Corcoran Karen Craft David M. Sherbin | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com david.sherbin@delphi.com | Delphi Automotive Systems LLP |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | john.brooks@delphi.com | Reorganized Debtors |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com rweiss@honigman.com | Counsel to General Motors Corporation |
| Ruskin Moscou Faltischek PC | Jeffrey A. Wurst, Esq. | 1425 RXR Plaza | 15th Floor | Uniondale | NY | 11556 | 516-663-6535 | jwurst@rmfpc.com | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Weil, Gotshal & Manges LLP | Harvey R. Miller Robert J. Lemons | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com robert.lemons@weil.com | Counsel to General Motors Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/21/2010 3:12 PM
Post-Emergence Master Service List 100604.xlsx Email (7)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | pgurfein@akingump.com | Counsel to Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Compamay, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | David M. Powlen | 1000 N West Street | Suite 1200 | Wilmington | DE | 19801 | | 302-888-4536 | david.powlen@btlaw.com | Counsel to Howard County, Indiana |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Barnes & Thornburg LLP | Deborah L. Thorne | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | deborah.thorne@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | jgregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America; Continental AG and Affiliates |
| Barnes & Thornburg LLP | Kathleen L. Matsoukas | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | kathleen.matsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions); Howard County, Indiana |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bendinelli Law Office PC | Jerry Sumner | 11184 Huron Street | Suite 10 | Denver | CO | 80234 | | 303-940-9900 | js@colawfirm.com michelle@colawfirm.com | Counsel to Jose C Alfaro |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | jmurph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Bingham McCutchen LLP | Kate K Simon | One State Street | | Hartford | CT | 06103 | | 860-240-2700 | kate.simon@bingham.com | Counsel to Sumitomo Corporation and Sumitomo Corp. of America |
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | Peter S. Russ | 620 Eighth Ave | 23rd Floor | New York | NY | 10018 | | 212-440-4400 | peter.russ@bipc.com | Counsel to ATEL Leasing Corp. |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | Two Liberty Place | 50 S. 16th St., Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Butzel Long | Cynthia J. Haffey | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-983-7434 | haffey@butzel.com | Counsel to Delphi Corporation |
| Butzel Long | Donald V. Orlandoni | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-225-7063 | orlandoni@butzel.com | Counsel to Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | john.rapisardi@cwt.com joseph.zujkowski@cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Kevin Burke | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | kburke@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Cantor Colburn LLP | Michael J Rye | 20 Church Street | 22nd Floor | Hartford | CT | 06103-3207 | | 860-286-2929 | mrye@cantorcolburn.com | Patent Counsel to Delphi Corporation et al., Debtors and Debtors-in-Possession |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | brcy@carsonfischer.com | Counsel to Bing Metals Group, LLC; Behr America, Inc.; Findlay Industries; Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | rweisberg@carsonfischer.com brcy@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |
| Dechert LLP | Glenn E. Siegel James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | glenn.siegel@dechert.com james.moore@dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Lewis R Olshin Esq | 30 South 17th Street | | Philadelphia | PA | 19103 | | 215-979-1129 | lOlshin@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com mreed@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1547 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Robert D. Nachman | 10 South Wacker Drive | Suite 2300 | Chicago | IL | 60606 | | 312-876-1700 | rnachman@dykema.com | Counsel to MJ Celco, Inc. |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | bem@eorrlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |
| Epstein Becker & Green PC | Maura I. Russell Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | MRussell@ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3694 | eflaagan@faegre.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Ann Marie Uetz | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | auetz@foley.com | Counsel to PBR Tennessee |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | John R. Trentacosta Katherine R. Catanese | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jtrentacosta@foley.com kcatanese@foley.com | Counsel to Kautex Inc. |
| Fox Rothschild LLP | Brian Isen | 1301 Atlantic Avenue | | Atlantic City | NJ | 08401 | | 609-348-2294 | bisen@foxrothschild.com | Counsel to M&Q Plastic Products L.P. |
| Fox Rothschild LLP | Fred Stevens | 100 Park Avenue | 15th Floor | New York | NY | 10017 | | 212-878-7900 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | | Verona | WI | 53593 | | 608-848-6350 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Frost Brown Todd LLC | Ronald E. Gold | 2200 PNC Center | 201 East Fifth Street | Cincinnati | OH | 45202-4182 | | 513-651-6156 | rgold@fbtlaw.com | Counsel to AKS Receivables, LLC |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississipp; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississipp; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 7 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Hahn Loeser & Parks LLP | Lawrence E Oscar Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | leoscar@hahnlaw.com cpeer@hahnlaw.com | Counsel to Casco Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | ddragich@hdolaw.com | Counsel to Intermet Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 315 Madison Avenue | Suite 901 | New York | NY | 10017 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | 2001 Park Place North | Suite 1400 | Birmingham | AL | 35203 | | 205-251-1000 | rha@hsy.com | Counsel to Simco Construction, Inc. |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Ramona S. Neal | 11311 Chinden Blvd., M/S 314 | | Boise | ID | 83714-0021 | | 208-396-6484 | Ramona.neal@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Hogan Lovells US LLP | Matthew P Morris | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | matthew.morris@hoganlovells.com | Counsel to TESA AG |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | I. W. Winsten, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7608 | iww@honigman.com | Counsel to Affina Group Holdings Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Ice Miller LLP | Henry A. Efroymson | One American Square | 29th Floor | Indianapolis | IN | 46482 | | 317-236-2397 | henry.efroymson@icemiller.com | Counsel to Fin Machine Co. Ltd |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 9 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 10 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kerr Russell & Weber PLC | James E. DeLine | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | jed@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| Kerr Russell & Weber PLC | Patrick Warren Hunt | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | pwh@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| King & Spalding, LLP | Daniel Egan | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | degan@kslaw.com | Counsel to KPMG LLP |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | David Spiegel | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | david.spiegel@kirkland.com | |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | Northern Indiana Public Service Company | 801 East 86th Avenue | Merrillville | IN | 46410 | | | pepope@nisource.com | Kokomo Gas & Fuel Company |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9489 | jkaye@kramerlevin.com | Counsel to HP Enterprise Services, LLC; Vishay Americas Inc. |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | adbruski@lambertleser.com | Counsel to Creditor Linamar Corp. |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 12 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 13 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller; JAE Electronics, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 14 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | swansonm@millercanfield.com | Counsel to Brose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | piricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | l.moore@pnc.com | Vice President and Senior Counsel to National City Commercial Capital |
| National Renewable Energy Laboratory | Marty Noland Principal Attorney | 1617 Golden Blvd | Legal Office, Mail Stop 1734 | Golden | CO | 80401 | | 303-384-7550 | marty_noland@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 15 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 51 West 52nd Street at 6th Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Penachio Malara LLP | Anne Penachio | 235 Main Street | Suite 600A | White Plains | NY | 10601 | | 914-946-2889 | apenachio@pmlawllp.com | Counsel to UVA Machine Company and its successors by acquisition |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 16 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawall@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Ametek; Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 17 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 | | 856-840-2870 | xst@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.l. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 18 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | david.karp@srz.com | Counsel to Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, LP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | 420 Lexington Ave Ste 2400 | | New York | NY | 10170 | | 212-389-7818 | barryster@att.net | Counsel to Marybeth Cunningham |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | bshaw100@shawgussis.com | Counsel to ATC Logistics & Electronics, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | opinkas@sonnenschein.com | Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | przekopshaws@michigan.gov | Assistant Attorney General as Attorney for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 20 of 22

6/21/2010 3:11 PM
Email (393)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | Counsel to The Furukawa Electric Co., Ltd. |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Legal Department of The Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 40th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@tcfhlaw.com efiledocketgroup@fagelhaber.com | Counsel for Penn Aluminum International Inc. |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Todtman Nachamie Spizz & Johns PC | Janice B. Grubin | 425 Park Avenue | 5th Floor | New York | NY | 10022 | | 212-754-9400 | jgrubin@tnsj-law.com | Counsel to Vanguard Distributors, Inc. |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers Street 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | mbusenkell@wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

# EXHIBIT B

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/21/2010 3:13 PM
Post-Emergence Master Service List 100604.xlsx US Mail (1)

# EXHIBIT C

**Hearing Date and Time:  June 30, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Supplemental Response Date and Time:  June 28, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

In re                            :     Chapter 11
                                      :

DPH HOLDINGS CORP., et al.,   :     Case Number 05-44481 (RDD)
                                      :

                                      :     (Jointly Administered)
           Reorganized Debtors.     :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSE OF CLAIMANTS
TO REORGANIZED DEBTORS' OBJECTIONS TO PROOF OF CLAIM NUMBER 10836
AND PROOFS OF ADMINISTRATIVE EXPENSE CLAIM NUMBERS 17351,
17760, 18332, 18513, 18658, 19080, 19565, AND 19568

("SUPPLEMENTAL REPLY REGARDING CERTAIN
WORKERS' COMPENSATION CLAIMS")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors") hereby submit the Reorganized Debtors' Supplemental Reply To Responses Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (the "Supplemental Reply"), and respectfully represent as follows:

A.    Preliminary Statement

1.    On October 8 and 14, 2005 (the "Petition Dates"), Delphi Corporation and certain of its affiliates (the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

2.    On October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

3.    On June 2, 2010, the Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214) (the "Sufficiency Hearing Notice").

4.    The Reorganized Debtors are filing this Supplemental Reply to implement Article 9.6(a) of the Modified Plan, which provides that "[t]he Reorganized Debtors shall retain

2

responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."  Modified Plan, art. 9.6(a).

5.      By the Sufficiency Hearing Notice and pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(A) And 503(B) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), and the Eleventh Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered April 5, 2010 (Docket No. 19776), the Reorganized Debtors scheduled a hearing (the "Sufficiency Hearing") on June 30, 2010 at 10:00 a.m. (prevailing Eastern time) in this Court to address the legal sufficiency of each proof of claim filed by the claimants listed on Exhibit A to the Sufficiency Hearing Notice and whether each such proof of claim states a colorable claim against the asserted Debtor.

6.      This Supplemental Reply is filed pursuant to paragraph 9(b)(i) of the Claims Objection Procedures Order.  Pursuant to paragraph 9(b)(ii) of the Claims Objection Procedures Order, if a Claimant wishes to file a supplemental pleading in response to this Supplemental Reply, the Claimant shall file and serve its response no later than two business days before the scheduled Sufficiency Hearing – i.e., by **June 28, 2010.**

B.    Relief Requested

7.    By this Supplemental Reply, the Reorganized Debtors request entry of an

order disallowing and expunging a certain proof of claim and certain proofs of administrative

expense claims filed against the Debtors in their chapter 11 cases.

C.    The Claims Filed Against The Debtors

8.    Each of the proofs of claim and proofs of administrative expense claim, as

applicable, listed on Exhibit A[1] hereto asserts liabilities on account of workers' compensation

related programs (the "Claims").  During the Reorganized Debtors' review of the Claims, the

Reorganized Debtors determined that certain Claims (i) assert liabilities or dollar amounts in

connection with claims arising prior to October 8, 2005 that are not properly classified as

administrative expenses for the purposes of section 503(b)(1) of the Bankruptcy Code; (ii) are

duplicative of other Claims; or (iii) provide insufficient information to support a claim.

Accordingly, this Court should enter an order disallowing and expunging each of these proofs of

claim and proofs of administrative expense claims in its entirety.

D.    Claimants' Burden Of Proof And Standard For Sufficiency Of Claim

9.    The Reorganized Debtors respectfully submit that the Claims fail to state a

claim against the Debtors under rule 7012 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").  The claimants have not proved any facts to support a right to payment by

the Reorganized Debtors on behalf of the Debtors.  Accordingly, the Reorganized Debtors'

---

[1]    Exhibit A sets forth following information regarding each proof of claim and proof of administrative expense
claim: the applicable claim number, the date the claim was filed, the name of the claimant, the applicable
omnibus objection, the date of the applicable omnibus objection, the docket number of the claimant's response,
the name of the debtor entity against which the claim is asserted, and the bases for the Reorganized Debtors'
objections to the Claims.

4

objections to the Claims should be sustained and each of the Claims should be disallowed and expunged in its entirety.

10.     The burden of proof to establish a claim against the Debtors rests on the claimant and, if a proof of claim does not include sufficient factual support, such proof of claim is not entitled to a presumption of prima facie validity pursuant to Bankruptcy Rule 3001(f).  In re Spiegel, Inc., No. 03-11540, 2007 WL 2456626, at *15 (Bankr. S.D.N.Y. August 22, 2007) (the claimant always bears the burden of persuasion and must initially allege facts sufficient to support the claim); see also In re WorldCom, Inc., No. 02-13533, 2005 WL 3832065, at *4 (Bankr. S.D.N.Y. Dec. 29, 2005) (only a claim that alleges facts sufficient to support legal liability to claimant satisfies claimant's initial obligation to file substantiated proof of claim); In re Allegheny Int'l., Inc., 954 F.2d 167, 173 (3d Cir. 1992) (in its initial proof of claim filing, claimant must allege facts sufficient to support claim); In re Chiro Plus, Inc., 339 B.R. 111, 113 (Bankr. D.N.J. 2006) (claimant bears initial burden of sufficiently alleging claim and establishing facts to support legal liability); In re Armstrong Finishing, L.L.C., No. 99-11576-C11, 2001 WL 1700029, at *2 (Bankr. M.D.N.C. May 2, 2001) (only when claimant alleges facts sufficient to support its proof of claim is it entitled to have claim considered prima facie valid); In re United Cos. Fin. Corp., 267 B.R. 524, 527 (Bankr. D. Del. 2000) (claimant must allege facts sufficient to support legal basis for its claim to have claim make prima facie case).

11.     For purposes of sufficiency, this Court has determined that the standard of whether a claimant has met its initial burden of proof to establish a claim should be similar to the standard employed by courts in deciding a motion to dismiss under Bankruptcy Rules 7012 and 9014.  See Transcript of January 12, 2007 Hearing (Docket No. 7118) (the "January 12, 2007

Transcript") at 52:24-53:1. Wo.  Essentially, the claimant must provide facts that sufficiently

support a legal liability against the Debtors.

        12.     This Court further established that the sufficiency hearing standard is

consistent with Bankruptcy Rule 3001(f), which states that "a proof of claim executed and filed

in accordance with <u>these</u> <u>Rules</u> shall constitute <u>prima</u> <u>facie</u> evidence of the validity and amount

of the claim."  Fed. R. Bankr. P. 3001(f) (emphasis added).  Likewise, Bankruptcy Rule 3001(a)

requires that "the proof of claim must be consistent with the official form" and Bankruptcy Rule

3001(c) requires "evidence of a writing if the claim is based on a writing."  Fed. R. Bankr. P.

3001(a), (c).  <u>See</u> January 12, 2007 Transcript at 52:17-22.

E.     <u>Argument Regarding The Claims</u>

        13.     <u>Claims Not Entitled To Administrative Priority.</u>  Proofs of administrative

expense claim numbers 17351, 17760, 18332, 18513, 18658, and 19080 assert claims based on

injuries that occurred prior to the Petition Date.  Courts have held that claims for workers'

compensation claims arise on the date of injury. <u>In re Olga Coal Co.</u>, 194 B.R. 741, 746 (Bankr.

S.D.N.Y. 1996); <u>See</u> <u>also</u> <u>In re Johns-Manville Corp.</u>, 57 Bankr. 680, 690 (Bankr. S.D.N.Y. 1986)

(stating that the existence of a claim depends upon "when the acts giving rise to the alleged

liability were performed"); <u>Leahy v. Collora</u> (In re Leahy), 170 B.R. 10, 16 (Bankr. D. Me. 1994)

(finding that "an employee's right to workers' compensation benefits . . . arises at the time of the

compensable injury"); <u>In re Lull Corp.</u>, 162 B.R. 234, 241 (Bankr. D. Minn. 1993) (holding that

an "employee's right to payment [of benefits], the Debtor's obligation to pay, and [the Fund's]

obligation to pay when debtor does not all arise when the employee is injured pre-petition").

Proofs of administrative expense claim numbers 17351, 17760, 18332, 18513, and 18658, on

their face, assert injuries that occurred prior to the Petition Date.  In addition, the responses filed

in connection with the Reorganized Debtors' objections to proofs of administrative expense

claim numbers 17351, 18332, 18513, 18658, and 19080 specifically state that the asserted claims

relate to injuries that occurred prior to the petition date.  (Docket Nos. 19880, 19885, 19919,

19881, 19882, respectively.)  Moreover, the Reorganized Debtors have reviewed their own

records, and have confirmed that proofs of administrative expense claims relate to injuries that

occurred prior to the Petition Date, as set forth in the table below.

| Claim Number | Date of Injury |
|---|---|
| 17351 | February 11, 2002 |
| 17760 | January 8, 2005 |
| 18332 | August 5, 2002 |
| 18513 | November 24, 2000 |
| 18658 | September 27, 2002 |
| 19080 | June 22, 2005 |

Such Claims are, therefore, not properly classified as administrative expenses under section

503(b)(1) of the Bankruptcy Code.[2]  As a result, these Claims should be disallowed and

expunged.

       14.    <u>Insufficient Basis For Claims.</u>  Proofs of administrative expense claims

19565 and 19568, filed on behalf of Delorise Hooker and Paullion Roby, respectively, provide

no factual support for the asserted claims for workers' compensation benefits.  Again, the

Reorganized Debtors' own investigation regarding these Claims has confirmed that they are

without merit.  Proof of administrative expense claim 19565 asserts a claim for workers'

compensation liabilities that were fully released pursuant to a settlement between the Debtors

and Ms. Hooker that was previously approved by the Mississippi Workers' Compensation

Commission on February 4, 2009 (MWCC No. 0707193-J-9033-C), a copy of which is attached

---

[2]    Proofs of claim 7658 and 9396, filed by Mr. Stasik and David Lyons, respectively, assert claims for the same
liabilities set forth in the proofs of administrative expense claims.  The hearing on these claims has been
adjourned, pursuant to a notice filed concurrently herewith, until further noticed for a hearing by the
Reorganized Debtors.

hereto as <u>Exhibit B</u>.  In addition, the Reorganized Debtors' have determined that Mr. Roby has

no outstanding claims for workers' compensation benefits and has failed to provide any evidence

of a compensable injury.[3]  Accordingly, Proofs of administrative expense claims 19565 and

19568 should be disallowed and expunged.

      15.    <u>Duplicate Claims</u>.  It is axiomatic that creditors are not entitled to multiple

recoveries for a single liability against a debtor.  Dennis Dashkovitz filed two Claims asserting

liabilities relating to workers' compensation benefits: proofs of claim 10835 and 10836.  Both

proofs of claim are identical, with the exception that proof of claim 10835 asserts a claim against

Delphi Corporation and proof of claim 10836 asserts a claim against Delphi Automotive Systems

LLC.  Pursuant to article 7.2 of the Modified Plan, however, claims against Delphi Corporation

and Delphi Automotive Systems LLC were consolidated into a single class—the Delphi-DAS

Debtors—for purposes of making distributions on account of allowed claims.  Consequently, Mr.

Dashkovitz is not entitled to recover separately on proofs of claim 10835 and 10836, as both the

Claims are treated as a single obligation under the Modified Plan.  Indeed, in his response to the

Debtors' objection to proofs of claim 10835 and 10836 (Docket No. 18900), Mr. Dashkovitz

acknowledges that "[i]f there is more than one claim one is not to be there."

      16.    Accordingly, the Reorganized Debtors request that the Court disallow and

expunge proof of claim 10836 as duplicative.  If such relief is granted, the Reorganized Debtors

will not subsequently object to proof of claim 10835 on the basis that such Claim was asserted

against Delphi Corporation rather than Delphi Automotive Systems LLC.

---

[3]    Mr. Roby previously filed an application with the Debtors to receive workers' compensation benefits.  Mr. Roby's claim was denied for lack of evidence, and he took no action after the claim was denied.  The file was closed on August 28, 2009.  The Debtors did, however, make one payment on account of Mr. Roby's application for workers' compensation: a $21.73 copying fee for Mr. Roby's medical records.

17.    For the foregoing reasons, the Reorganized Debtors assert that (a) the claimants listed in column C of <u>Exhibit A</u> have not met their burden of proof to establish a claim against in the Debtors, (b) the Claims are not entitled to a presumption of <u>prima facie</u> validity pursuant to Bankruptcy Rule 3001(f), and (c) the Claims fail to state a claim against the Debtors under Bankruptcy Rule 7012.  Because the claimants cannot provide facts or law supporting the Claims, the objections listed in column D of <u>Exhibit A</u> should be sustained as to the Claims, and the Claims should be disallowed and expunged in their entirety.

WHEREFORE the Reorganized Debtors respectfully request this Court enter an order (a) sustaining the objections relating to the Claims, (b) disallowing and expunging the Claims in their entirety, and (c) granting such further and other relief this Court deems just and proper.

Dated:   New York, New York
         June 18, 2010

                                   SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP

                                   By:   /s/ John Wm. Butler, Jr.
                                         John Wm. Butler, Jr.
                                         John K. Lyons
                                         Ron E. Meisler
                                   155 North Wacker Drive
                                   Chicago, Illinois 60606

                                         - and -

                                   By:   /s/ Kayalyn A. Marafioti
                                         Kayalyn A. Marafioti
                                   Four Times Square
                                   New York, New York 10036

                                   Attorneys for DPH Holdings Corp., et al.,
                                      Reorganized Debtors

10

Exhibit A

# Exhibit A - Workers' Compensation Claims

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Claimant | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Docket No. of Response | Debtor Named On Proof Of Claim | Bases for Objection |
| 10836 | 7/25/2006 | DASHKOVITZ DENNIS | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | 18900 | DELPHI AUTOMOTIVE SYSTEMS LLC | Duplicate Claim |
| 17351 | 7/6/2009 | PAULETTE ROBINSON | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | 19880 | DELPHI CORPORATION | Not Entitled to Administrative Priority |
| 18332 | 7/13/2009 | JANICE K HATCH | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | 19885 | DELPHI CORPORATION | Not Entitled to Administrative Priority |
| 18658 | 7/14/2009 | MARK O ODETTE | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | 19881 | DELPHI CORPORATION | Not Entitled to Administrative Priority |
| 19080 | 7/15/2009 | SHEILA REID | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | 19882 | DELPHI CORPORATION | Not Entitled to Administrative Priority |
| 17760 | 7/6/2009 | ROBERT STASIK | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | 19918 | DELPHI CORPORATION | Not Entitled to Administrative Priority |
| 18513 | 7/13/2009 | JOAN A LYONS EXECTRIX OF DAVID E LYONS | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | 19919 | DELPHI CORPORATION | Not Entitled to Administrative Priority |
| 19565 | 8/13/2009 | DELORISE HOOKER | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | 19844 | DELPHI AUTOMOTIVE SYSTEMS LLC | Insufficient Basis For Claim |
| 19568 | 8/13/2009 | PAULLION ROBY | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | 19847 | DELPHI AUTOMOTIVE SYSTEMS LLC | Insufficient Basis For Claim |

Exhibit B

MISSISSIPPI WORKERS' COMPENSATION COMMISSION
MWCC NO. 0707193-J-9033

RECEIVED
CLAREMONT, 2009
M. W. C. C.
RECEPTIONIST

DELORISE HOOKER

V.

DELPHI PACKARD ELECTRIC SYSTEMS

EMPLOYER/SELF-INSURED

### PETITION FOR APPROVAL OF SETTLEMENT

The Claimant, Delorise Hooker, 901 Old Brook Road, Brookhaven, Mississippi, under oath

represents to the Commission the following:

1.

On or about April 11, 2007, the Claimant was employed by Delphi Packard Electric Systems,

in or around Brookhaven, Mississippi, when, while in the course and scope of her employment as

an assembly line worker, she allegedly sustained injuries to her left wrist. At the time of the alleged

accident, the Claimant had an average weekly wage of $318.50 and a weekly compensation rate of

$212.34

2.

All medical reports in the possession of the Employer/Self-Insured have been filed with the

Commission and are incorporated by reference. The Claimant is fully aware of the medical opinions

of all her treating physicians concerning her medical condition and is fully aware of the

consequences of her actions in compromising and settling her claim on the bases set forth in this

Petition.

The Employer/Self-Insured disputes the compensability of this claim and the reasonableness

and necessity of medical treatment.

On June 5, 2007, Claimant presented to Dr. Wallace W. Weatherly complaining of right elbow and left wrist plan with insidious onset two months earlier. Dr. Weatherly diagnosed Claimant with right elbow lateral epichondylitis and left wrist DeQuervian's tenosynovitis. Dr. Weatherly recommended that Claimant take Aleve and that she use a thumb splint. Dr. Weatherly instructed Claimant to use a tennis elbow strap for her left elbow and to participate in a stretching and strengthening program with a therapist. He also advised Claimant to avoid lifting and to follow up in three weeks. Dr. Weatherly provided Claimant with a work excuse for the day of her visit.

On June 8, 2007, Claimant presented to Dr. Bateman at Delphi Plant Medical, reporting an onset of left wrist and right elbow aching over the past couple of months while working on the line. Claimant reported some improvement in her elbow. Dr. Bateman diagnosed Claimant with resolving right elbow inflammation and left radial wrist inflammation. He recommended that she apply ice after work and heat before work. He also advised Claimant to continue using the splints and taking Advil. In addition, Dr. Bateman discussed the proper reporting procedures for an on-the-job injury. He anticipated that Claimant would continue to improve and that her condition would resolve. He instructed her to follow up as needed.

On June 19, 2007, Claimant reported to Plant Medical alleging that she could not work on the line and could not lift the pallet because of wrist pain. Claimant stated she had been working in reclamation for three to four weeks but had been excessed out for the day to UH. Claimant contended she could not do the UH job. Kaiser determined that Claimant was under no work restrictions from any doctor; nevertheless, Kaiser decided Claimant should leave work to treat with her personal physician. Kaiser instructed Claimant to obtain written restrictions regarding her left wrist and to present such restrictions to the Plant Medical Department on the next day.

2

Thereafter, Dr. Weatherly provided work restrictions for Claimant dated June 19, 2007, instructing her not to lift over five pounds and not to lift away from the body. These restrictions were to remain in effect until Claimant's return appointment on June 26, 2007.

Claimant continued to complain of soreness and tenderness in her wrist during the follow-up visit with Dr. Weatherly on June 26, 2007. Nevertheless, Claimant did not want any injections or surgeries to treat her condition. Dr. Weatherly told Claimant to decide about pursuing one of those treatment options and to return once she had done so. Dr. Weatherly also released Claimant to return to work full duty.

3.

Employer/Self-Insured denies that Claimant incurred a compensable injury and the Employer/Self-Insured has paid no benefits or expenses to or on behalf of Claimant as a result of the alleged work-related injury. In the event of approval of this settlement and subject to the terms set forth below, the Claimant, and not the Employer/Self-Insured, will be responsible for any and all medical and related expenses related to the alleged injury occurring on April 11, 2007.

4.

The Claimant represents that she has some degree of permanent disability and loss of wage earning capacity as a result of the alleged work-related injury, but that her claim of a compensable injury and claim of permanent disability and loss of wage-earning capacity are denied and disputed by the Employer/Self-Insured in good faith, and that, in any event, the extent of her permanent disability and loss of wage-earning capacity, if any, resulting from said alleged accidental injury is not susceptible of exact determination as to the extent thereof. Negotiations have been had for a compromise settlement of all claims regarding workers' compensation benefits and the Claimant has

3

agreed to accept and the Employer/Self-Insured has indicated a willingness to pay to the Claimant

as a compromise settlement of any and all claims and demands for disability and compensation

benefits, medical or related expenses, or any other expenses or claim for workers' compensation

benefits, whether under the Mississippi Workers' Compensation law, the total sum of $14,000.00.

In consideration of this amount, the Claimant agrees to release any and all claims for workers'

compensation benefits. The Claimant fully recognizes her susceptibility to future injury, additional

future medical expense, and further deterioration of her physical and vocational condition.

5.

The Claimant represents that it would be in her best interest that the compromise settlement,

as herein proposed, be approved and concluded as stated above, it being understood and provided

that the payment of said sum will be received in full compromise settlement of any and all claims

and demands for workers' compensation benefits whatsoever on account of any injuries, accidental

injuries, or occupational diseases heretofore sustained by the Claimant while in the employ of the

Employer and in full settlement, compromise, and satisfaction of any and all claims for workers'

compensation benefits of any nature whatsoever allegedly due under the Workers' Compensation

law, including but not limited to claims for medical expenses and other items of expense.

6.

The Claimant represents that she is not presently eligible for and/or receiving Social Security

disability benefits. The Claimant further represents that she has received neither Medicaid nor

Medicare benefits and that no such benefits have been paid on her behalf. In any event, Claimant

represents that any Medicare or Medicaid benefits which may have been paid on her behalf did not

relate to the physical condition at issue in this case. She also warrants she has made no assignment

of any benefits, claims, or rights of subrogation regarding any hospital, doctor, medical, travel,

4

prescription, or related bills or expenses against the Employer/Self-Insured by operation of law or otherwise, and warrants that any other treatments she has received are not related to the injury, accidental injuries, or conditions allegedly arising out of and in the course and scope of her employment. The Claimant, in the event of approval of this settlement herein proposed, shall defend and indemnify the Employer/Self-Insured against any claim, suit, demand, or complaint which relates to or concerns the aforesaid alleged accident.

AND NOW CLAIMANT RESPECTFULLY PRAYS:

That this, her Petition, be received and filed and immediate hearing be held thereon; that the matters represented be investigated by the Commission; that an order be entered adjudging that there is a genuine and bona fide dispute as to compensability and permanent disability or loss of wage-earning capacity as a result of the aforesaid alleged accidental injury or occupational diseases allegedly arising out of and in the course of her employment and that, in any event, the extent of her permanent disability or loss of wage-earning capacity, if any, is not susceptible of exact determination as to the extent thereof; and that it would be in the best interest of the Claimant that a compromise settlement be made on the basis herein above set out. The Claimant further prays that she be authorized to accept from the Employer/Self-Insured the aforementioned sum in full settlement and satisfaction of any and all claims for workers' compensation benefits, of any nature whatsoever, whether or not such claims are known or unknown or have already accrued, or demand for the alleged accidental injury or occupational disease of which the Claimant complained, and that the Employer/Self-Insured be authorized to pay said amount in full settlement, satisfaction and discharge of any and all responsibilities of the Employer/Self-Insured for workers' compensation benefits. The Claimant further prays that upon receipt of the aforesaid sum, the Claimant be

5

06/07/2010   3:30PM

authorized to execute and deliver such full and final release, discharge and acquittance as may be required by the Employer/Self-Insured evidencing its full release, acquittance and discharge of any and all liability for workers' compensation benefits under the Mississippi Workers' Compensation Law for or on account of any claims or demands which the Claimant may now or hereafter have against the Employer/Self-Insured, its individual carriers, agents, employers, successors, assigns, parents, subsidiaries or related companies or organizations arising under the Mississippi Workers' Compensation Law. The Claimant further prays that he be authorized to pay Darryl M. Gibbs, her attorney, an amount equal to $3,500.00 out of the proceeds of said settlement for valuable legal services rendered.

And the Claimant prays for such other and further relief as may be proper in the premises.

Respectfully submitted,

_Delorise Hooker_
DELORISE HOOKER

READ AND APPROVED BY:

_____
DARRYL M. GIBBS (MSB# 100232)
Attorney for Claimant

2009052602182Z

RECEIVED
FEB 04 2009
M. W. C. C.
RECEPTIONIST

6

STATE OF MISSISSIPPI
COUNTY OF Hinds

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid,

the within named **DELORISE HOOKER** who, being by me first duly sworn, stated under oath that

the matters and things set forth in the above and foregoing Petition are true and correct as therein

stated.

DELORISE HOOKER

SWORN TO AND SUBSCRIBED BEFORE ME, the 4th day of February 2009.

NOTARY PUBLIC

My Commission Expires:
ID # 61310
JESSICA WHEELER
Commission Expires
Oct. 29. 20

2009022602182?

7


RECEIVED
FEB 0 4 2009
M. W. C. C.
RECEPTIONIST

## JOINDER

The Employer/Self-Insured joins in the Petition for approval of the settlement as proper under

the Mississippi Workers' Compensation Law, but otherwise disputes the Claimant's allegations

concerning the existence of the alleged injury and disability and the existence and extent of alleged

loss of wage-earning capacity.

ANDREW D. SWEAT, (MSB# 8100)
JENNIFER H. SCOTT, (MSB# 101553)
ATTORNEYS FOR EMPLOYER/SELF-INSURED

Andrew D. Sweat, Esq.
Jennifer H. Scott, Esq.
WISE CARTER CHILD & CARAWAY, P.A.
P. O. Box 651
Jackson, MS 39205-0651
Telephone: (601) 968-5500

2009022560218 22



RECEIVED
FEB 0 4 2009
M. W. C. C.
RECEPTIONIST

8

MISSISSIPPI WORKERS' COMPENSATION COMMISSION
MWCC NO. 0707193-J-9033-C

DELORISE HOOKER                                               CLAIMANT

V.

DELPHI PACKARD ELECTRIC SYSTEMS                 EMPLOYER/SELF-INSURED

### ORDER APPROVING SETTLEMENT

This cause came on this day for hearing before the Mississippi Workers' Compensation Commission at its offices in Jackson, Mississippi, on the sworn Petition of the Claimant, Delories Hooker, seeking authority for and approval of a compromise settlement as set out in the Petition. The Petition was joined by Employer/Self-Insured, Delphi Packard Electric Systems, as proper under the Mississippi Workers' Compensation Law.

The Commission has examined the Petition and the lump sum compromise settlement proposed therein and has received evidence concerning same. The Commission finds that the Claimant is fully aware of the medical opinions of each of her treating physicians as well as the consequences of her actions in compromising and settling her claim on the bases set forth in the Petition. The Commission finds that Claimant is represented by Darryl M. Gibbs and that Claimant and her attorney are fully advised in the premises and are of the opinion that the lump sum compromise settlement is just, fair, and proper; and that the prayer of the Petition should be granted.

The Commission finds that the Claimant and Employer/Self-Insured have a bona fide dispute and disagreement as to the compensability of Claimant's alleged injury and/or the extent of loss of wage earning capacity or permanent disability, if any, suffered by the Claimant as a result of the alleged accidental injuries set out in the Petition, and finds that the extent of permanent disability,

if any, is not susceptible of proof as to the exact extent thereof, and that the case is a proper one for disposition under the provisions of the Mississippi Workers' Compensation Law.

IT IS, THEREFORE, ORDERED, that said compromise settlement proposed in the Petition should be, and the same is hereby approved as being for the best interest of the Claimant.

IT IS FURTHER ORDERED that upon payment of the total sum of Fourteen Thousand and 00/100 Dollars ($14,000.00) to the Claimant, the Employer/Self-Insured stands discharged of any other or further liability to the Claimant, including, but not limited to, liability for any and all accidental injuries or occupational injuries or diseases, whether mental or physical, heretofore sustained by Claimant while in the employ of the Employer and of the effects thereof and the Employer/Self-Insured shall further stand discharged for liability for any and all medical or other related expenses associated therewith, and the Claimant is hereby authorized and empowered to execute such release as the Employer/Self-Insured may require to evidence the complete release, acquittance and discharge herein of any liability of the Employer/Self-Insured under the Mississippi Workers' Compensation Law. The Claimant is authorized to pay to Darryl M. Gibbs, her attorney, an amount equal to $3,500.00 out of the proceeds of the settlement. This settlement amount represents payment for a disputed compromise compensability, disability, and future medical claim, and upon payment of this lump sum amount, which is considered to be for the rest of the Claimant's life, the Claimant shall not be entitled to any further medical benefits or compensation, past, present, or future, as a result of the alleged injuries sustained by the Claimant on or about April 11, 2007, while employed by Delphi Packard Electric Systems.

2

IT IS FURTHER ORDERED that this claim is hereby dismissed with prejudice.

SO ORDERED on _____ FEB 0 4 2009 _____.

MISSISSIPPI   WORKERS'   COMPENSATION
COMMISSION

LILES WILLIAMS

_John P. Junken (IO)_

JOHN R. JUNKIN, II

_Augustus L. Collins_

AUGUSTUS L. COLLINS

MWCC NO. 0707193-J-9033-C

ATTEST:

_Phyllis C. Clark_

PHYLLIS C. CLARK, SECRETARY

READ AND APPROVED:

_Aussie Sweat_

ANDREW D. SWEAT (MSB# 8100)
JENNIFER H. SCOTT (MSB# 101553)
Attorneys for Employer/Self-Insured

DARRYL M. GIBBS (MSB# 100232)
Attorney for Claimant

2009052260218222

3

## ABSOLUTE RELEASE

KNOW ALL PERSONS BY THESE PRESENTS: That I, **DELORISE HOOKER,** for and in consideration of the total sum of **FOURTEEN THOUSAND AND 00/100 DOLLARS** ($14,000.00) cash in hand paid, the receipt and sufficiency of which are hereby acknowledged, do hereby fully, completely and finally release, discharge and acquit, individually and severally, **DELPHI PACKARD ELECTRIC SYSTEMS,** and each of its individual or joint employees, servants, successors, assigns, employers, insurers, statutory employers and employees, contractors, agents, attorneys, owners, subsidiaries, parent or related companies or entities from any and all actions, causes of action, claims or demands under the Mississippi Workers' Compensation Law arising out of the undersigned's alleged work accident of April 11, 2007, including but not limited to claims for medical expenses and other items of expense allegedly due under that law which arose as a result of any and all injuries, accidental injuries, or occupational diseases heretofore or hereafter allegedly sustained by the undersigned while in the employ of **DELPHI PACKARD ELECTRIC SYSTEMS,** including but not limited to, any claim, demand, action or cause of action, whether liquidated or unliquidated or whether for injuries, damages, or otherwise, which has accrued or may at any time in the future accrue to the undersigned as the result of the undersigned's alleged work accident of April 11, 2007, even though such should be found to be causally related to any injuries, accidental injuries or occupational diseases, heretofore sustained by the undersigned while in the employ of **DELPHI PACKARD ELECTRIC SYSTEMS.**

It is expressly understood and agreed that the payment of the aforesaid sum is not intended to be nor shall it be construed as any admission of liability for any damage, whether actual or punitive, loss, illness, or injury which has heretofore or which may hereafter be sustained by the undersigned arising out of the undersigned's alleged work accident of April 11, 2007. It is expressly understood that Employer/Self-Insured denies that Claimant incurred a compensable injury and that payment of this sum is not intended to be nor shall it be construed to be an admission that Claimant's alleged injury was compensable under workers' compensation law. It is expressly understood that in determining this sum it has been taken into consideration the fact that serious or unexpected consequences might result from any injuries or illnesses, known or unknown, which may be related to this employment and it is, therefore, specifically agreed that this release shall be a complete bar to all workers' compensation claims for losses, injuries or damages of any nature whatsoever and/or which may at any time in the future result from any injuries, accidental injuries or occupational diseases heretofore sustained by the undersigned as the result of or arising out of the undersigned's alleged work accident of April 11, 2007, while in the employ of **DELPHI PACKARD ELECTRIC SYSTEMS.** Claimant agrees and acknowledges that she will not seek extended disability benefits from Employer/Self-Insured. Claimant further agrees and acknowledges that she does not intend to seek employment with Employer at any time in the future. Claimant understands and agrees that the parties negotiated this settlement accounting for and relying on Claimant's voluntary waiver of her right to any additional sickness and accident benefits and/or extended disability benefits and on Claimant's voluntary agreement not to apply for re-employment.

Absolute Release
Page 1 of 3

_____ (Delorise Hooker)
Initial

The undersigned covenants and agrees that she has received neither Medicaid nor Medicare benefits as a result of any injuries, accidental injuries or occupational diseases heretofore sustained while in the course and scope of her employment with **DELPHI PACKARD ELECTRIC SYSTEMS**, and she further represents that any medical or related treatment heretofore or hereafter had by the undersigned which has been or may be paid for by Medicaid or Medicare benefits does not relate in any way to any injuries, accidental injuries or occupational diseases sustained in the course and scope of his employment with **DELPHI PACKARD ELECTRIC SYSTEMS**. The undersigned also represents that he does not receive Social Security disability benefits.

For the same consideration aforesaid, the undersigned covenants and agrees to defend, indemnify and save harmless the parties hereinabove released from any expense whatsoever relating to any demand, claim, suit or complaint which may at any time be brought or made against the parties hereinabove released relative in any way whatsoever to any injuries or diseases arising out of the undersigned's alleged April 11, 2007, work accident while the undersigned was in the employ of **DELPHI PACKARD ELECTRIC SYSTEMS**, including but not limited to any demands for reimbursement made by the Division of Medicaid or Medicare, its successors or assigns or by any provider of medical treatment or supplies.

It is understood that this is a full, complete and final release, discharge and acquittal of the parties hereinabove specified as being released, and the aforesaid consideration is the only consideration paid or to be paid in settlement of the undersigned's workers' compensation claim of April 11, 2007. The undersigned further warrants that she has made no assignment of any right or asserted right against the parties herein released.

And since the purpose of this settlement is to end this matter forever, the undersigned agrees, covenants and warrants that should it develop that there are any errors or mistakes, whether legal or factual and whether mutual or unilateral, which cause this Absolute Release to be defective or which cause the release of payors to be defective or less than full and complete, then the undersigned will execute any and all instruments and do any and all things necessary to effectuate a full, final and complete release of the payors.

This the 4th day of February, 2009.

_Delorise Hooker_
DELORISE HOOKER

READ AND APPROVED BY:

_____
DARRYL M. GIBBS (MSB# 100232)
Attorney for Claimant

Absolute Release
Page 2 of 3

_____ (Delorise Hooker)
Initial

STATE OF MISSISSIPPI

COUNTY OF Hinds

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the

jurisdiction aforesaid, the within named **DELORISE HOOKER,** Claimant, who acknowledges that

She signed and delivered the foregoing Absolute Release on this date for the purposes therein stated.

_____
DELORISE HOOKER

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___4th___ day of ___February___ 2009.

_____
NOTARY PUBLIC

My Commission Expires:

ID # 61310
JESSICA WHEELER
Commission Expires
Oct. 29, 2011
MADISON COUNTY

Absolute Release
Page 3 of 3

_____ (Delorise Hooker)
Initial

06/07/2010   3:30PM

# EXHIBIT D

**Hearing Date and Time:  June 30, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Supplemental Response Date and Time:  June 28, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case Number 05-44481 (RDD) |
|  | : |  |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSE OF
CLAIMANT TO REORGANIZED DEBTORS' OBJECTION TO PROOF OF
ADMINISTRATIVE EXPENSE CLAIM NUMBER 18727 FILED BY ALEGRE, INC.

("SUPPLEMENTAL REPLY REGARDING
ALEGRE, INC. CLAIM")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors") hereby submit the Reorganized Debtors' Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objection To Proof of Administrative Expense Claim Number 18727 Filed By Alegre, Inc. (the "Supplemental Reply"), and respectfully represent as follows:

A.    Preliminary Statement

1.    On October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its affiliates (the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

2.    On October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

3.    On June 2, 2010, the Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214) (the "Sufficiency Hearing Notice").

4.    The Reorganized Debtors filed the Sufficiency Hearing Notice and are filing this Supplemental Reply to implement Article 9.6(a) of the Modified Plan, which provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to,

2

compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and

making distributions (if any) with respect to all Claims and Interests."  Modified Plan, art. 9.6(a).

      5.  By the Sufficiency Hearing Notice and pursuant to the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices

And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089)

(the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And

503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested

Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), and the Eleventh

Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To

Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered April

5, 2010 (Docket No. 19776), the Reorganized Debtors scheduled a hearing (the "Sufficiency

Hearing") on June 30, 2010 at 10:00 a.m. (prevailing Eastern time) in this Court to address the

legal sufficiency of each proof of claim filed by the claimants listed on Exhibit A to the

Sufficiency Hearing Notice and whether each such proof of claim states a colorable claim against

the asserted Debtor.

      6.  This Supplemental Reply is filed pursuant to paragraph 9(b)(i) of the Claims

Objection Procedures Order.  Pursuant to paragraph 9(b)(ii) of the Claims Objection Procedures

Order, if a Claimant wishes to file a supplemental pleading in response to this Supplemental

Reply, the Claimant shall file and serve its response no later than two business days before the

scheduled Sufficiency Hearing – i.e., by **June 28, 2010.**

B.    Relief Requested

7.    By this Supplemental Reply, the Reorganized Debtors request entry of an order disallowing and expunging proof of administrative expense claim number 18727 because it asserts an administrative expense claim for certain prepetition reclamation claims.

C.    The Claim Filed Against The Debtors

8.    During their review of administrative expense claims the Reorganized Debtors determined that a certain administrative expense claim attempts to assert an administrative expense for prepetition reclamation claims which have already been allowed as a general unsecured non-priority claim.  Accordingly, this Court should enter an order disallowing and expunging the administrative expense claim in its entirety.

9.    On July 9, 2009, Alegre, Inc. ("Alegre" or the "Claimant") filed proof of administrative expense claim number 18727 (the "Claim") asserting an administrative claim in the amount of $190,941.72 against Delphi stemming from alleged liabilities for goods sold.

10.    The Reorganized Debtors' Objections To The Claims. On January 22, 2010, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Forty-Third Omnibus Claims Objection") on the grounds that such claim was not reflected on the Reorganized Debtors' books and records.

4

11. <u>Response To The Reorganized Debtors' Objection</u>.  On February 18, 2010, the

Claimant filed the Response of Alegre, Inc. To The Debtors' Forty-Third Omnibus Claims

Objection (Docket No. 19502), in which Alegre asserts that it is still owed $172,941.71 in

connection with the Claim and will provide support for its position that it is entitled to

administrative priority (the "Response").

12. <u>The Sufficiency Hearing Notice</u>.  Pursuant to the Claims Objection

Procedures Order, the hearing on the Reorganized Debtors' objection to the Claim was adjourned

to a future date.  On June 2, 2010, the Reorganized Debtors filed the Sufficiency Hearing Notice

with respect to the Claim, among other proofs of claim and administrative expense claims,

scheduling the Sufficiency Hearing.

D.      <u>Claimants' Burden Of Proof And Standard For Sufficiency Of Claim</u>

13. The Reorganized Debtors respectfully submit that the Claim fails to state a

claim against the Debtors under rule 7012 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").  The Claimant has not proved any facts to support a right to payment by

the Reorganized Debtors on behalf of the Debtors.  Accordingly, the Reorganized Debtors'

objection to the Claim should be sustained and the Claim should be disallowed and expunged in

its entirety.

14. The burden of proof to establish a claim against the Debtors rests on the

claimants and, if a proof of claim does not include sufficient factual support, such proof of claim

is not entitled to a presumption of <u>prima facie</u> validity pursuant to Bankruptcy Rule 3001(f).  <u>In

re Spiegel, Inc.</u>, No. 03-11540, 2007 WL 2456626, at *15 (Bankr. S.D.N.Y. August 22, 2007)

(the claimant always bears the burden of persuasion and must initially allege facts sufficient to

support the claim); <u>see also</u> <u>In re WorldCom, Inc.</u>, No. 02-13533, 2005 WL 3832065, at *4

(Bankr. S.D.N.Y. Dec. 29, 2005) (only a claim that alleges facts sufficient to support legal

5

liability to claimant satisfies claimant's initial obligation to file substantiated proof of claim); <u>In re Allegheny Int'l., Inc.</u>, 954 F.2d 167, 173 (3d Cir. 1992) (in its initial proof of claim filing, claimant must allege facts sufficient to support claim); <u>In re Chiro Plus, Inc.</u>, 339 B.R. 111, 113 (Bankr. D.N.J. 2006) (claimant bears initial burden of sufficiently alleging claim and establishing facts to support legal liability); <u>In re Armstrong Finishing, L.L.C.</u>, No. 99-11576-C11, 2001 WL 1700029, at *2 (Bankr. M.D.N.C. May 2, 2001) (only when claimant alleges facts sufficient to support its proof of claim is it entitled to have claim considered <u>prima</u> <u>facie</u> valid); <u>In re United Cos. Fin. Corp.</u>, 267 B.R. 524, 527 (Bankr. D. Del. 2000) (claimant must allege facts sufficient to support legal basis for its claim to have claim make <u>prima</u> <u>facie</u> case).

15. For purposes of sufficiency, this Court has determined that the standard of whether a claimant has met its initial burden of proof to establish a claim should be similar to the standard employed by courts in deciding a motion to dismiss under Bankruptcy Rules 7012 and 9014.  <u>See</u> Transcript of January 12, 2007 Hearing (Docket No. 7118) (the "January 12, 2007 Transcript") at 52:24-53:1.  Pursuant to that standard, a motion to dismiss should be granted "if it plainly appears that the nonmovant 'can prove no set of facts in support of his claim which would entitle him to relief.'" <u>In re Lopes</u>, 339 B.R. 82, 86 (Bankr. S.D.N.Y. 2006) (quoting <u>Conley v. Gibson</u>, 355 U.S. 41, 45-46 (1957)).  Essentially, the claimant must provide facts that sufficiently support a legal liability against the Debtors.

16. This Court further established that the sufficiency hearing standard is consistent with Bankruptcy Rule 3001(f), which states that "a proof of claim executed and filed in accordance with <u>these Rules</u> shall constitute <u>prima</u> <u>facie</u> evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001(f) (emphasis added).  Likewise, Bankruptcy Rule 3001(a) requires that "the proof of claim must be consistent with the official form" and Bankruptcy Rule

6

3001(c) requires "evidence of a writing if the claim is based on a writing."  Fed. R. Bankr. P.

3001(a), (c).  See January 12, 2007 Transcript at 52:17-22.

E.      Argument Regarding The Claim

17.      On July 28, 2006, the Claimant filed proof of claim number 12193

("Claim 12193"), which asserted (i) a priority claim in the amount of $190,941.71[1] against

Delphi Automotive Systems LLC ("DAS LLC") and (ii) a general unsecured claim in the amount

of $2,382,040.18 against DAS LLC.  Claim 12193 was modified to (i) a priority claim in the

amount of $20,154.39 against DAS LLC and (ii) a general unsecured non-priority claim in the

amount of  $2,191,098.47 against DAS LLC pursuant to this Court's Order Pursuant To 11 U.S.C.

§ 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging (A) Duplicate Or Amended

Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And

(D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim

Subject To Modification That Is Subject To Prior Order Identified In Twenty-Fourth Omnibus

Claims Objection (Docket No. 12363) (the "Twenty-Fourth Omnibus Claims Objection Order,"

relevant portions attached hereto as Exhibit A).

18.      Moreover, Alegre attached a summary to Claim 12193, in which it asserts

that its reclamation claim in the amount of $190,941.72, which was modified to the amount of

$20,154.39 pursuant to the Twenty-Fourth Omnibus Claims Objection Order (the "Reclamation

Claim"), is entitled to administrative expense priority.  However, pursuant to this Court's Order

Under 11 U.S.C. § 546(c) And Amended Reclamation Procedures Order Classifying

Reclamation Claims As General Unsecured Nonpriority Claims For All Purposes (Docket No.

18312) (the "Order Determining Reclamation Claims" attached hereto as Exhibit B), the

---

[1]      This is the same amount that is asserted in proof of administrative expense claim number 18727.

7

Reclamation Claim was reclassified as a general unsecured non-priority claim.  Proof of

administrative expense claim number 18727 asserts the full $190,941.72 in an attempt to gain

administrative expense priority for the Reclamation Claim that has already been (i) modified in

amount pursuant to this Court's Twenty-Fourth Omnibus Claims Objection Order and (ii)

reclassified pursuant to this Court's Order Determining Reclamation Claims.

            19.     Accordingly, the Reorganized Debtors assert that (a) Alegre has not met

its burden of proof to establish a claim against in Reorganized Debtors, (b) administrative

expense claim numbers 18727 is not entitled to a presumption of prima facie validity pursuant to

Bankruptcy Rule 3001(f), and (c) the Claim fails to state a claim against the Reorganized

Debtors under Bankruptcy Rule 7012.  Because Alegre cannot provide facts or law supporting

the Claim, the Forty-Third Omnibus Claims Objection should be sustained as to administrative

expense claim number 18727, and the Claim should be disallowed and expunged in its entirety.

WHEREFORE the Reorganized Debtors respectfully request this Court enter an

order (a) sustaining the objection with respect to proof of administrative expense claim number

18727, (b) disallowing and expunging proof of administrative expense claim number 18727 in its

entirety, and (c) granting such further and other relief this Court deems just and proper.


Dated:    New York, New York
          June 18, 2010
                                   SKADDEN, ARPS, SLATE, MEAGHER
                                      & FLOM LLP


                                   By:   /s/ John Wm. Butler, Jr.
                                         John Wm. Butler, Jr.
                                         John K. Lyons
                                         Ron E. Meisler
                                   155 North Wacker Drive
                                   Chicago, Illinois 60606


                                        - and -


                                   By:   /s/ Kayalyn A. Marafioti
                                         Kayalyn A. Marafioti
                                   Four Times Square
                                   New York, New York 10036


                                   Attorneys for DPH Holdings Corp., et al.,
                                      Reorganized Debtors

9

Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                  :
     In re                 :     Chapter 11
                  :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                  :
            Debtors.    :     (Jointly Administered)
                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 DISALLOWING
AND EXPUNGING (A) DUPLICATE OR AMENDED CLAIMS, (B) CLAIMS NOT
REFLECTED ON DEBTORS' BOOKS AND RECORDS, (C) UNTIMELY CLAIMS, AND (D)
CLAIMS SUBJECT TO MODIFICATION, MODIFIED CLAIMS ASSERTING
RECLAMATION, AND CLAIM SUBJECT TO MODIFICATION THAT IS SUBJECT TO
<u>PRIOR ORDER IDENTIFIED IN TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION</u>

("TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION ORDER")

Upon the Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected

On Debtors Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification,

Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To

Prior Order, dated December 21, 2007 (the "Twenty-Fourth Omnibus Claims Objection"),[1] of

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"); and upon the record of

the hearing held on the Twenty-Fourth Omnibus Claims Objection; and after due deliberation

thereon; and good and sufficient cause appearing therefor,

---

[1]    Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the
Twenty-Fourth Omnibus Claims Objection.



IT IS HEREBY FOUND AND DETERMINED THAT:[2]

A.       Each holder of a claim, as such term is defined in 11 U.S.C. § 101(5) (as to each, a "Claim"), listed on Exhibits A, B, C, D-1, D-2, and D-3 hereto was properly and timely served with a copy of the Twenty-Fourth Omnibus Claims Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the proposed order granting the Twenty-Fourth Omnibus Claims Objection, and notice of the deadline for responding to the Twenty-Fourth Omnibus Claims Objection.  No other or further notice of the Twenty-Fourth Omnibus Claims Objection is necessary.

B.       This Court has jurisdiction over the Twenty-Fourth Omnibus Claims Objection pursuant to 28 U.S.C. §§ 157 and 1334.  The Twenty-Fourth Omnibus Claims Objection is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Twenty-Fourth Omnibus Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

C.       The Claims listed on Exhibit A hereto under the column heading "Claim To Be Expunged" are either duplicates of other Claims filed with this Court or have been amended or superseded by later-filed Claims (the "Duplicate Or Amended Claims").

D.       The Claims listed on Exhibit B hereto contain liabilities or dollar amounts that are not reflected on the Debtors' books and records (the "Books And Records Claims").

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

E.      The Claims listed on <u>Exhibit C</u> hereto were untimely filed pursuant to the Bar Date Order (the "Untimely Claims").

F.      The Claims listed on <u>Exhibit D-1</u> hereto (a) state the incorrect amount or are overstated, and/or (b) were filed and docketed against the wrong Debtors, and/or (c) incorrectly assert secured or priority status (the "Claims Subject To Modification").

G.      The Claims listed on <u>Exhibit D-2</u> hereto (a) (i) state the incorrect amount or are overstated, including as a result of the assertion of invalid unliquidated claims, and/or (ii) were filed and docketed against the wrong Debtors, and/or (iii) incorrectly assert secured or priority status and (b) assert a reclamation demand and either (i) the Debtors and the Claimant have entered into a letter agreement pursuant to which the Debtors and the Claimant agreed upon the valid amount of the reclamation demand or (ii) the Claimant is deemed to have consented to the Debtors' determination of the valid amount of the reclamation demand (with respect to (b)(i) and (ii), each, a "Reclamation Agreement"), subject to the Debtors' right to seek, at any time and notwithstanding the Claimant's agreement or consent to the amount pursuant to the relevant Reclamation Agreement, a judicial determination that certain reserved defenses with respect to the reclamation demand are valid (the "Modified Claims Asserting Reclamation").

H.      The Claim listed on <u>Exhibit D-3</u> hereto was modified pursuant to a prior order and states the incorrect amount (the "Claim Subject To Modification That Is Subject To Prior Order").

I.      The relief requested in the Twenty-Fourth Omnibus Claims Objection and granted herein is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest.

3

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
THAT:

1.      Each "Claim To Be Expunged" listed on <u>Exhibit A</u> hereto is hereby
disallowed and expunged in its entirety.  Each Claim identified on <u>Exhibit A</u> hereto as the
"Surviving Claim" shall remain on the Debtors' claims register, but shall remain subject to future
objection by the Debtors and other parties-in-interest.

2.      Each Books And Records Claim listed on <u>Exhibit B</u> hereto is hereby
disallowed and expunged in its entirety.

3.      Each Untimely Claim listed on <u>Exhibit C</u> hereto is hereby disallowed and
expunged in its entirety.

4.      Each "Claim As Docketed" amount, classification, and Debtor listed on
<u>Exhibit D-1</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the
"Claim As Modified."  No Claimant listed on <u>Exhibit D-1</u> hereto shall be entitled to (a) recover
for any Claim Subject To Modification in an amount exceeding the dollar value listed as the
"Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that
listed in the "Claim As Modified" column, and/or (c) assert a Claim against a Debtor whose case
number is not listed in the "Claim As Modified" column on <u>Exhibit D-1</u> hereto, subject to the
Debtors' right to further object to each such Claim Subject To Modification.  The Claims Subject
To Modification shall remain on the claims register, and shall remain subject to future objection
by the Debtors and other parties-in-interest.

5.      Each "Claim As Docketed" amount, classification, and Debtor listed on
<u>Exhibit D-2</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the
"Claim As Modified."  No Claimant listed on <u>Exhibit D-2</u> shall be entitled to (a) recover for any

4

Modified Claim Asserting Reclamation in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, unless the Debtors obtain an order of this Court providing that any Reserved Defense is valid and denying priority status to such Claimant's reclamation demand, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column on <u>Exhibit D-2</u> hereto, and/or (c) assert a Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit D-2</u> hereto, subject to the Debtors' right to further object to each such Modified Claim Asserting Reclamation.  The Modified Claims Asserting Reclamation shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

6.    The "Claim As Docketed" amount, classification, and Debtor listed on <u>Exhibit D-3</u> hereto is hereby revised to reflect the amount, classification, and Debtor listed as the "Claim As Modified."  The Claimant listed on <u>Exhibit D-3</u> hereto shall not be entitled to (a) recover for the Claim Subject To Modification That Is Subject To Prior Order in an amount exceeding the dollar value listed as the "Modified Total" of the Claim, and/or (b) assert a classification that is inconsistent with that listed in the "Claim As Modified" column, and/or (c) assert the Claim against a Debtor whose case number is not listed in the "Claim As Modified" column on <u>Exhibit D-3</u> hereto, subject to the Debtors' right to further object to the Claim Subject To Modification That Is Subject To Prior Order.  The Claim Subject To Modification That Is Subject To Prior Order shall remain on the claims register, and shall remain subject to future objection by the Debtors and other parties-in-interest.

7.    For clarity, <u>Exhibit F</u> hereto displays the formal name of each of the Debtor entities and their associated bankruptcy case numbers referenced on <u>Exhibits D-1</u>, <u>D-2</u>, and <u>D-3</u> and <u>Exhibit G</u> sets forth each of the Claims referenced on <u>Exhibits A</u>, <u>B</u>, <u>C</u>, <u>D-1</u>, <u>D-2</u>,

and D-3 in alphabetical order by claimant and cross-references each such Claim by proof of claim number and basis of objection.

8.    With respect to each Claim for which a Response to the Twenty-Fourth Omnibus Claims Objection has been filed and served, and which has not been resolved by the parties, all of which Claims are listed on Exhibits E-1, E-2, E-3, and E-4 hereto, the hearing regarding the objection to such Claims shall be adjourned to a future date to be noticed by the Debtors consistent with and subject to the Claims Objection Procedures Order; provided, however, that such adjournment shall be without prejudice to the Debtors' right to assert that any such Responses were untimely or otherwise deficient under the Claims Objection Procedures Order.

9.    Entry of this order is without prejudice to the Debtors' right to object, on any grounds whatsoever, to any other claims in these chapter 11 cases or to further object to Claims that are the subject of the Twenty-Fourth Omnibus Claims Objection.

10.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any Claim asserted against any of the Debtors.

11.    This Court shall retain jurisdiction over the Debtors and the holders of Claims subject to the Twenty-Fourth Omnibus Claims Objection to hear and determine all matters arising from the implementation of this order.

12.    Each of the objections by the Debtors to each Claim addressed in the Twenty-Fourth Omnibus Claims Objection and attached hereto as Exhibits A, B, C, D-1, D-2, D-3, E-1, E-2, E-3, and E-4 constitutes a separate contested matter as contemplated by Fed. R. Bankr. P. 9014.  This order shall be deemed a separate order with respect to each Claim that is the subject of the Twenty-Fourth Omnibus Claims Objection.  Any stay of this order shall apply

only to the contested matter which involves such Claim and shall not act to stay the applicability

or finality of this order with respect to the other contested matters covered hereby.

13.    Kurtzman Carson Consultants LLC is hereby directed to serve this order,

including exhibits, in accordance with the Claims Objection Procedures Order.

14.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Twenty-Fourth Omnibus

Claims Objection.

Dated:  New York, New York
         January 25, 2008

                              /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

**In re Delphi Corporation, et al.**
**Case No. 05-44481 (RDD)**

**Twenty-Fourth Omnibus Claims Objection**

## EXHIBIT D-2 – MODIFIED CLAIMS ASSERTING RECLAMATION

### CLAIM TO BE MODIFIED

| | |
|---|---|
| **Claim: 11413** | |
| Date Filed: 07/27/2006 | |
| Docketed Total: $617,679.20 | |
| Filing Creditor Name and Address: | |
| ACCURATE THREADED FASTENERS INC ATF INC | |
| S ACHNOFF & WEAVER LTD | |
| 105 WACKER DR | |
| CHICAGO, IL 60606-7507 | |

### CLAIM AS DOCKETED

| Claim Holder Name and Address | | | | |
|---|---|---|---|---|
| ACCURATE THREADED FASTENERS INC ATF INC | | | | |
| S ACHNOFF & WEAVER LTD | | | | |
| 105 WACKER DR | | | | |
| CHICAGO, IL 60606-7507 | | | | |
| **Case Number\*** | Secured | Priority | Unsecured | |
| 05-44481 | | | $617,679.20 | |
| Docketed Total: | | | $617,679.20 | |

### CLAIM AS MODIFIED

| **Case Number\*** | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $71,376.60 | $478,623.40 |
| Modified Total: | | $71,376.60 | $478,623.40 $550,000.00 |

---

### CLAIM TO BE MODIFIED

| | |
|---|---|
| **Claim: 11099** | |
| Date Filed: 07/26/2006 | |
| Docketed Total: $173,734.07 | |
| Filing Creditor Name and Address: | |
| AFFINIA CANADA CORP FFT | |
| ATTN C MENDELTIAN | |
| C O AFFINIA GROUP INC | |
| 1101 TECHNOLOGY DR NO 100 | |
| ANN ARBOR, MI 48108 | |

### CLAIM AS DOCKETED

| Claim Holder Name and Address | | | | |
|---|---|---|---|---|
| SPCP GROUP LLC AS AGENT FOR | | | | |
| SILVER POINT CAPITAL FUND LP | | | | |
| AND SILVER POINT CAPITAL | | | | |
| OFFSHORE FUND LTD | | | | |
| TWO GREENWICH PLZ 1ST FL | | | | |
| GREENWICH, CT 06830 | | | | |
| **Case Number\*** | Secured | Priority | Unsecured | |
| 05-44481 | | | $173,734.07 | |
| Docketed Total: | | | $173,734.07 | |

### CLAIM AS MODIFIED

| **Case Number\*** | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $10,000.00 | $34,511.79 |
| Modified Total: | | $10,000.00 | $34,511.79 $44,511.79 |

---

### CLAIM TO BE MODIFIED

| | |
|---|---|
| **Claim: 12193** | |
| Date Filed: 07/28/2006 | |
| Docketed Total: $2,382,040.18 | |
| Filing Creditor Name and Address: | |
| ALEGRE INC | |
| 3103 W TECH RD | |
| MIAMISBURG, OH 45342 | |

### CLAIM AS DOCKETED

| Claim Holder Name and Address | | | | |
|---|---|---|---|---|
| ALEGRE INC | | | | |
| 3103 W TECH RD | | | | |
| MIAMISBURG, OH 45342 | | | | |
| **Case Number\*** | Secured | Priority | Unsecured | |
| 05-44640 | | $190,941.72 | $2,191,098.46 | |
| Docketed Total: | | $190,941.72 | $2,191,098.46 | |

### CLAIM AS MODIFIED

| **Case Number\*** | Secured | Priority | Unsecured |
|---|---|---|---|
| 05-44640 | | $20,154.39 | $331,809.23 |
| Modified Total: | | $20,154.39 | $331,809.23 $351,963.62 |

*See Exhibit F for a listing of debtor entities by case number.

Page 1 of 6

Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                         :
     In re                      :    Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :    Case No. 05-44481 (RDD)
                                                         :
               Debtors.    :    (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ORDER UNDER 11 U.S.C. § 546(c) AND AMENDED RECLAMATION
PROCEDURES ORDER CLASSIFYING RECLAMATION CLAIMS AS
<u>GENERAL UNSECURED NONPRIORITY CLAIMS FOR ALL PURPOSES</u>

("ORDER DETERMINING RECLAMATION CLAIMS")

Upon the expedited motion, dated June 5, 2009 (the "Motion"), of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), for an order pursuant to 11 U.S.C. § 546 and the Second

Amended And Restated Final Order Under 11 U.S.C. §§ 362, 503, And 546 And Fed. R. Bankr. P.

9019 Establishing Procedures For Treatment Of Reclamation Claims (Docket No. 10409)

classifying reclamation claims identified in <u>Exhibit A</u> attached hereto (the "Reclamation Claims")

as general unsecured nonpriority claims for all purposes, including for purposes of voting and

distribution under any plan of reorganization; and upon the record of the hearing held on the

Motion June 16, 2009 (the "Hearing"); and the Court being satisfied that the settlement of the

proposed order on the holders of Reclamation Claims as required by the Court at the Hearing has

complied with Fed. R. Bankr. P. 3007(e) and provided due and sufficient notice (which was the

only reason the Court required settlement of the proposed order – and not, in particular, to provide


0544481090715000000000530

holders of Reclamation Claims who had actual notice of the Motion an opportunity to reargue the

Motion); and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.      This Court has core jurisdiction over these chapter 11 cases and the parties and

property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334.  Venue of this proceeding

and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The Motion is granted in its entirety.

3.      The Reclamation Claims shall be classified as general unsecured nonpriority

claims for all purposes, including for purposes of voting and distribution under any plan of

reorganization of the Debtors.

4.      This Court shall retain jurisdiction to hear and determine any and all matters

arising from the implementation of this order.

Dated:   New York, New York
         July 15, 2009

                              /s/Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

EXHIBIT A

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 27 | Alcoa Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Unresolved | 10/10/2005 | n/a | $ 2,760,429.64 | $ 492,799.17 |
| 32 | PBR Columbia L.L.C. | PBR COLUMBIA LLC | Unresolved | 10/10/2005 | n/a | $ 1,043,145.33 | $ 1,780.09 |
| 75 | PBR Knoxville L.P. | SPECIAL SITUATIONS INVESTING GROUP INC | Unresolved | 10/11/2005 | n/a | $ 3,443,149.25 | $ - |
| 109 | AFL Automotive L.P. | AFL AUTOMOTIVE LP TEXAS LIMITED PARTNERSHIP/SPCP GROUP LLC | Unresolved | 10/11/2005 | n/a | $ 373,129.95 | $ 51,983.34 |
| 110 | AVON AUTOMOTIVE, INC. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CADILLAC RUBBER & PLASTICS INC | Unresolved | 10/11/2005 | n/a | $ 715,820.17 | $ 96,919.23 |
| 317 | Citation Corporation | JP MORGAN CHASE BANK | Unresolved | 10/12/2005 | n/a | $ 543,312.80 | $ 72,015.84 |
| 337 | Yazaki North America, Inc. | YAZAKI NORTH AMERICA INC | Unresolved | 10/11/2005 | n/a | $ 555,103.78 | $ 11,357.23 |
| 372 | Ideal Tool Co. Inc. | SOL - IDEAL TOOL CO INC | Unresolved | 10/14/2005 | n/a | $ 630,913.33 | $ 118,258.54 |
| 383 | Coherent, Inc. | LONGACRE MASTER FUND LTD | Unresolved | 10/13/2005 | n/a | $ 202,500.00 | $ 202,500.00 |
| 529 | Siemens VDO Automotive Corporation | GOLDMAN SACHS CREDIT PARTNERS LP ASSIGNEE OF SIEMENS VDO AUTOMOTIVE CORPORATION AND SIEMENS VDO AUTOMOTIVE INC | Unresolved | 10/17/2005 | n/a | $ 5,186,958.58 | $ 217,346.39 |
| 713 | Phillips & Temro Industries Inc. | PHILLIPS & TEMRO INDUSTRIES LTD | Unresolved | 10/21/2005 | n/a | $ 104,732.46 | $ - |
| 750 | Foreman Tool & Mold Corporation | SOL - FOREMAN TOOL & MOLD CORP/ STONEHILL INSTITUTIONAL PARTNERS LP | Unresolved | 10/17/2005 | n/a | $ 131,194.96 | $ 27,713.06 |
| 763 | Textron Fastening Systems | GOLDMAN SACHS CREDIT PARTNERS LP | Unresolved | 10/23/2005 | n/a | $ 2,803,310.85 | $ 65,958.81 |
| 842 | Trans Tron, Ltd., Inc. | BEAR STEARNS INVESTMENT PRODUCTS INC | Unresolved | 10/11/2005 | n/a | $ 301,669.56 | $ 9,609.15 |
| 847 | Textron Fastening Systems | GOLDMAN SACHS CREDIT PARTNERS LP | Unresolved | 10/26/2005 | n/a | $ 6,951.33 | $ 40.65 |
| 1 | Small Parts | SMALL PARTS INC | Resolved | 10/04/2005 | $ 32,169.54 | n/a | n/a |
| 5 | S&Z Tool and Die Co., INC | LIQUIDITY SOLUTIONS INC | Resolved | 10/08/2005 | $ 111,882.90 | n/a | n/a |
| 6 | SvZ Rolmex, S. de R.L. de C.V. | LIQUIDITY SOLUTIONS INC | Resolved | 10/08/2005 | $ 4,000.00 | n/a | n/a |
| 7 | Trostel, Ltd | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TROSTELL LTD | Resolved | 10/09/2005 | $ 16,194.53 | n/a | n/a |
| 8 | Steel Technologies, Inc | STEEL TECHNOLOGIES INC | Resolved | 10/08/2005 | $ 52,310.89 | n/a | n/a |
| 10 | Hitachi Chemical (Singapore) Pte. Ltd. | HITACHI CHEMICAL SINGAPORE PTE LTD FKA HITACHI CHEMICAL ASIA-PACIFIC PTE LTD | Resolved | 10/10/2005 | $ 219,986.79 | n/a | n/a |
| 11 | ARC Automotive, Inc. | ARC AUTOMOTIVE INC | Resolved | 10/10/2005 | $ 218,571.21 | n/a | n/a |
| 12 | U.S. Micro Company | US MICRO CORP | Resolved | 10/10/2005 | $ 6,000.00 | n/a | n/a |
| 13 | Material Sciences Corporation | MATERIAL SCIENCES CORPORATION | Resolved | 10/10/2005 | $ 39,830.12 | n/a | n/a |
| 16 | Curtis Screw Company, LLC | MADISON NICHE OPPORTUNITIES LLC | Resolved | 10/10/2005 | $ 52,906.09 | n/a | n/a |
| 18 | Unifrax Corporation | UNIFRAX CORPORATION | Resolved | 10/10/2005 | $ 25,878.10 | n/a | n/a |
| 21 | Novelis Corporation | CONTRARIAN FUNDS LLC | Resolved | 10/10/2005 | $ 33,090.25 | n/a | n/a |
| 22 | Wellman, Inc. | WELLMAN INC | Resolved | 10/10/2005 | $ 28,575.50 | n/a | n/a |
| 24 | GKN Sinter Metals | DEUTSCHE BANK SECURITIES INC | Resolved | 10/10/2005 | $ 32,312.82 | n/a | n/a |
| 25 | Flow Dry Technology Ltd. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF FLOW DRY TECHNOLOGY LTD | Resolved | 10/10/2005 | $ 42,727.58 | n/a | n/a |
| 26 | PTI Engineered Plastics, Inc. | ARGO PARTNERS | Resolved | 10/10/2005 | $ 620.00 | n/a | n/a |
| 35 | HK Metalcraft Mfg Corp | HK METALCRAFT MFG CORP | Resolved | 10/10/2005 | $ 1,540.65 | n/a | n/a |
| 38 | NEC Electronics America, Inc. | JPMORGAN CHASE BANK NA | Resolved | 10/08/2005 | $ 3,424,138.98 | n/a | n/a |
| 40 | Judd Wire, Inc. | JP MORGAN CHASE BANK | Resolved | 10/09/2005 | $ 232,871.66 | n/a | n/a |
| 41 | Hammond Group, Inc. | LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF HAMMOND GROUP INC | Resolved | 10/10/2005 | $ 15,397.30 | n/a | n/a |
| 45 | SKF USA, INC | SKF USA INC | Resolved | 10/10/2005 | $ 85,147.45 | n/a | n/a |
| 47 | Victory Packaging | VICTORY PACKAGING LP | Resolved | 10/08/2005 | $ 658,509.45 | n/a | n/a |
| 49 | HK Metal Craft Manufacturing Corp. | HK METAL CRAFT MANUFACTURING CORP | Resolved | 10/10/2005 | $ 572.00 | n/a | n/a |
| 50 | HK Metalcraft Manufacturing Corporation- Packard | HK METAL CRAFT MANUFACTURING CORP | Resolved | 10/10/2005 | $ 3,850.28 | n/a | n/a |
| 51 | Thaler Machine Company | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 31,412.25 | n/a | n/a |
| 52 | Select Industries Corp. | SELECT INDUSTRIES CORPORATION FKA SELECT TOOL & DIE CORP | Resolved | 10/10/2005 | $ 20,736.60 | n/a | n/a |
| 53 | INA USA Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | Resolved | 10/10/2005 | $ 233,212.96 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 54 | Robin Mexicana, S. de R.L. de C.V. | ROBIN MEXICANA S DE RL DE CV | Resolved | 10/10/2005 | $ 47,982.69 | n/a | n/a |
| 55 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 81,341.20 | n/a | n/a |
| 56 | Robin Industries | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 58,220.01 | n/a | n/a |
| 57 | Valeo Switches & Detection Systems, Inc | VALEO SWITCHES AND DETECTION SYSTEMS INC | Resolved | 10/10/2005 | $ 1,653.86 | n/a | n/a |
| 61 | Eagle Picher Automotive | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 20,001.80 | n/a | n/a |
| 62 | Integrated Logistics Solutions | INTEGRATED LOGISTICS SOLUTIONS | Resolved | 10/10/2005 | $ 1,057.80 | n/a | n/a |
| 68 | FAG Automotive | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SCHAEFFLER CANADA INC | Resolved | 10/10/2005 | $ 80,774.09 | n/a | n/a |
| 69 | Angell-Demmel North America | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 13,807.69 | n/a | n/a |
| 70 | Telefex, Incorporated | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/10/2005 | $ 57,003.23 | n/a | n/a |
| 71 | Carolina Forge Co, LLC | JPMORGAN CHASE BANK NA | Resolved | 10/11/2005 | $ 197,519.25 | n/a | n/a |
| 72 | Meadville Forging Co | JPMORGAN CHASE BANK NA | Resolved | 10/10/2005 | $ 213,681.48 | n/a | n/a |
| 73 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 5,830.84 | n/a | n/a |
| 76 | Ken-Mac Metals | HAIN CAPITAL INVESTORS LLC | Resolved | 10/10/2005 | $ 55,022.63 | n/a | n/a |
| 82 | American & Efird | AMROC INVESTMENTS LLC | Resolved | 10/10/2005 | $ 8,323.61 | n/a | n/a |
| 83 | Prestolite Wire Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PRESTOLITE WIRE CORPORATION | Resolved | 10/10/2005 | $ 16,141.07 | n/a | n/a |
| 90 | Cascade Die Casting Group, Inc | CASCADE DIE CASTING GROUP | Resolved | 10/10/2005 | $ 11,105.86 | n/a | n/a |
| 93 | ChicagoRivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 2,133.34 | n/a | n/a |
| 95 | Parkview Metal Products Inc | PARKVIEW METAL PRODUCTS INC | Resolved | 10/10/2005 | $ 17,050.64 | n/a | n/a |
| 96 | Strattec Security Corp | CONTRARIAN FUNDS LLC AS ASSIGNEE OF STRATTEC SECURITY CORP | Resolved | 10/10/2005 | $ 43,124.50 | n/a | n/a |
| 97 | TRANS-MATIC MFG Co Inc | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/11/2005 | $ 6,207.62 | n/a | n/a |
| 98 | Quality Synthetic Rubber Inc | QUALITY SYNTHETIC RUBBER INC | Resolved | 10/11/2005 | $ 187,197.76 | n/a | n/a |
| 99 | Rohm Electronics USA LLC | ROHM ELECTRONICS USA LLC | Resolved | 10/10/2005 | $ 107,101.70 | n/a | n/a |
| 100 | 3M Company | 3M COMPANY | Resolved | 10/11/2005 | $ 34,337.94 | n/a | n/a |
| 102 | CTS Corp | CTS CORPORATION | Resolved | 10/11/2005 | $ 28,261.53 | n/a | n/a |
| 104 | Pridgeon & Clay, Inc. | PRIDGEON & CLAY INC | Resolved | 10/10/2005 | $ 54,023.95 | n/a | n/a |
| 105 | Park-Ohio Products, Inc. | PARK OHIO PRODUCTS INC | Resolved | 10/11/2005 | $ 45,060.80 | | |
| 108 | Engineered Plastic Components | AFL AUTOMOTIVE LP TEXAS LIMITED PARTNERSHIP/AFL AUTOMOTIVE LIMITED PARTNERSHIP MICHIGAN LIMITED PARTNERSHIP/SPCP GROUP LLC | Resolved | 10/12/2005 | $ 234,212.10 | n/a | n/a |
| 111 | Magnesium Aluminum Corporation | AMROC INVESTMENTS LLC | Resolved | 10/11/2005 | $ 36,684.88 | n/a | n/a |
| 112 | Fawn Industries | FAWN PLASTICS CO INC | Resolved | 10/11/2005 | $ 26,190.18 | n/a | n/a |
| 120 | OSRAM Opto Semiconductors Inc | OSRAM OPTO SEMICONDUCTORS INC | Resolved | 10/11/2005 | $ 88,989.40 | n/a | n/a |
| 122 | Brazeway, Inc | JPMORGAN CHASE BANK NA AS ASSIGNEE OF BRAZEWAY INC | Resolved | 10/11/2005 | $ 101,905.91 | n/a | n/a |
| 123 | J&F Steel LLC/Ryerson Tull | JOSEPH T RYERSON & SON INC | Resolved | 10/10/2005 | $ 4,903.55 | n/a | n/a |
| 124 | Valeo Wiper Systems | VALEO ELECTRICAL SYSTEMS INC-WIPERS DIVISION | Resolved | 10/12/2005 | $ 8,518.50 | n/a | n/a |
| 125 | Valeo | VALEO CLIMATE CONTROL CORPORATION | Resolved | 10/12/2005 | $ 156,725.41 | n/a | n/a |
| 126 | Mubea | MUBEA INC | Resolved | 10/10/2005 | $ 132,206.98 | n/a | n/a |
| 128 | MTD Technologies | CONTRARIAN FUNDS LLC AS ASSIGNEE OF MTD TECHNOLOGIES LLC | Resolved | 10/12/2005 | $ 16,234.70 | n/a | n/a |
| 130 | Republic Engineered Products, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/10/2005 | $ 305,961.91 | n/a | n/a |
| 131 | Sony Electronics Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 12,250.00 | n/a | n/a |
| 135 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 4,266.38 | n/a | n/a |
| 136 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 20,668.09 | n/a | n/a |
| 137 | Robin Industries, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 27,814.26 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 146 | Affinia Canada Corp. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 10,000.00 | n/a | n/a |
| 149 | Sharp Electronics Corporation | LONGACRE MASTER FUND LTD AS ASSIGNEE/TRANSFEREE OF SHARP ELECTRONICS CORP | Resolved | 10/11/2005 | $ 40,000.00 | n/a | n/a |
| 153 | Molex Connector Corporation | TPG CREDIT STRATEGIES FUND LP | Resolved | 10/11/2005 | $ 325,797.70 | n/a | n/a |
| 157 | Cardone Industries, Inc. | CARDONE INDUSTRIES INC | Resolved | 10/12/2005 | $ 9,760.00 | n/a | n/a |
| 158 | Muskegon Casting Corp. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 11,566.85 | n/a | n/a |
| 163 | Eaton Corporation | LIQUIDITY SOLUTIONS INC AS ASSIGNEE OF EATON CORPORATION | Resolved | 10/10/2005 | $ 107,257.28 | n/a | n/a |
| 165 | Precision Stamping | SPCP GROUP LLC AS ASSIGNEE OF PRECISION DIE & STAMPING INC | Resolved | 10/12/2005 | $ 16,615.31 | n/a | n/a |
| 166 | Johnson Battery Company, Inc. | JOHNSON BATTERY COMPANY INC | Resolved | 10/12/2005 | $ 13,494.00 | n/a | n/a |
| 176 | Lunt Manufacturing Company | STONEHILL INSTITUTIONAL PARTNERS LP | Resolved | 10/11/2005 | $ 10,000.00 | n/a | n/a |
| 178 | Spring Engineering & Manufacturing Corporation | MADISON INVESTMENT TRUST SERIES 38 | Resolved | 10/11/2005 | $ 5,293.69 | n/a | n/a |
| 184 | American Coil Spring Company, Inc. | AMERICAN COIL SPRING COMPANY | Resolved | 10/12/2005 | $ 6,798.05 | n/a | n/a |
| 185 | Hillis International, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/10/2005 | $ 2,422.72 | n/a | n/a |
| 186 | Milliken & Company | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 202,412.11 | n/a | n/a |
| 188 | Trelleborg Automotive | CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH SA DE CV/CONTRARIAN FUNDS LLC AS ASSIGNEE OF TRELLEBORG YSH INC | Resolved | 10/10/2005 | $ 15,865.76 | n/a | n/a |
| 189 | Otto Bock Polyurethane Technologies, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 130,000.00 | n/a | n/a |
| 191 | ATF, Incorporated | ACCURATE THREADED FASTENERS INC ATF INC | Resolved | 10/11/2005 | $ 71,376.60 | n/a | n/a |
| 195 | Engineered Sintered Components - Han Capital Holdings, LLC | HAIN CAPITAL INVESTORS LLC | Resolved | 10/12/2005 | $ 7,443.36 | n/a | n/a |
| 200 | Gobar Systems | GOBAR SYSTEMS INC | Resolved | 10/12/2005 | $ 2,848.88 | n/a | n/a |
| 201 | Fulton Industries, Inc. | FULTON INDUSTRIES INC | Resolved | 10/12/2005 | $ 912.23 | n/a | n/a |
| 203 | CTS Corporation | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 3,100.45 | n/a | n/a |
| 205 | H & L Tool Company, Inc. | H & L TOOL COMPANY INC | Resolved | 10/09/2005 | $ 7,344.65 | n/a | n/a |
| 206 | Wamco, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/11/2005 | $ 63,001.69 | n/a | n/a |
| 207 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/12/2005 | $ 1,553.52 | n/a | n/a |
| 215 | Chicago Rivet & Machine Company | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 1,735.38 | n/a | n/a |
| 217 | Iriso USA, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/12/2005 | $ 58,853.42 | n/a | n/a |
| 218 | GE Thermometrics, Inc. | GE INFRASTRUCTURE SENSING | Resolved | 10/13/2005 | $ 42,903.31 | n/a | n/a |
| 219 | Boyd Corporation | BOYD CORPORATION | Resolved | 10/12/2005 | $ 16,738.79 | n/a | n/a |
| 222 | Elgin Die Mold Company | LIQUIDITY SOLUTIONS INC | Resolved | 10/10/2005 | $ 2,668.00 | n/a | n/a |
| 228 | Illinois Tool Works | Mutual Capital Partners | Resolved | 10/12/2005 | $ 244,697.11 | n/a | n/a |
| 229 | EFTEC North America | EFTEC NORTH AMERICA | Resolved | 10/12/2005 | $ 14,711.99 | n/a | n/a |
| 230 | AMI Industries, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 184.23 | n/a | n/a |
| 232 | Metal Cladding, Inc. | METAL CLADDING INC | Resolved | 10/12/2005 | $ 14,090.99 | n/a | n/a |
| 235 | Assembly System Innovators | CONTRARIAN FUNDS LLC | Resolved | 10/10/2005 | $ 325.80 | n/a | n/a |
| 239 | Lexington Connector Seals | LEXINGTON RUBBER GROUP INC | Resolved | 10/12/2005 | $ 12,451.81 | n/a | n/a |
| 241 | GE Silicones | GE SILICONES | Resolved | 10/13/2005 | $ 37,338.82 | n/a | n/a |
| 242 | Teleflex Incorporated | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 4,315.42 | n/a | n/a |
| 244 | Cherry GmbH | CHERRY GMBH | Resolved | 10/11/2005 | $ 161,563.08 | n/a | n/a |
| 245 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 11,201.77 | n/a | n/a |
| 247 | Chicago Rivet & Machine Co. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 822.47 | n/a | n/a |
| 249 | Lexington Connector Seals | LEXINGTON RUBBER GROUP INC | Resolved | 10/12/2005 | $ 29,850.89 | n/a | n/a |
| 252 | Reliable Casting Corporation | RELIABLE CASTING CORP SIDNEY DIV | Resolved | 10/12/2005 | $ 37,324.15 | n/a | n/a |
| 253 | Master Molded Products Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 21,774.05 | n/a | n/a |
| 254 | CTS Automotive Products | CTS CORPORATION | Resolved | 10/11/2005 | $ 77,431.40 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 255 | SEPR Ceramic Beads and Powders | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 35,310.00 | n/a | n/a |
| 258 | N.D.K. America, Inc. | LATHROP MASTER FUND LTD | Resolved | 10/12/2005 | $ 145,267.57 | n/a | n/a |
| 259 | Foster Electric (U.S.A.), Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 433.60 | n/a | n/a |
| 262 | VJ TECHNOLOGIES, INC. | LONGACRE MASTER FUND LTD | Resolved | 10/12/2005 | $ 60,000.00 | n/a | n/a |
| 263 | Carlton-Bates Company | CARLTON BATES COMPANY | Resolved | 10/11/2005 | $ 66,627.99 | n/a | n/a |
| 266 | Integrated Cable Systems, Inc. | INTEGRATED CABLE SYSTEMS INC | Resolved | 10/12/2005 | $ 28,105.36 | n/a | n/a |
| 267 | Arrow Sheet Metal Co. | ARROW SHEET METAL PRODUCTS CO | Resolved | 10/12/2005 | $ 6,367.31 | n/a | n/a |
| 269 | Markel Corporation | MARKEL CORP | Resolved | 10/10/2005 | $ 8,585.01 | n/a | n/a |
| 271 | Hollingsworth & Vose Company | HOLLINGSWORTH & VOSE CO | Resolved | 10/11/2005 | $ 5,984.96 | n/a | n/a |
| 273 | Tokico (USA) Incorporated | DEUTSCHE BANK SECURITIES INC | Resolved | 10/11/2005 | $ 466.56 | n/a | n/a |
| 275 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 495.50 | n/a | n/a |
| 277 | Graber-Rogg, Inc. | GRABER ROGG INC | Resolved | 10/11/2005 | $ 1,376.07 | n/a | n/a |
| 281 | Graber Rogg, Inc. | GRABER ROGG INC | Resolved | 10/12/2005 | $ 26,352.82 | n/a | n/a |
| 282 | Casco Products Corporation | CASCO PRODUCTS CORPORATION | Resolved | 10/05/2005 | $ 5,760.48 | n/a | n/a |
| 289 | Automotive Electronic Controls | BLUE ANGEL CLAIMS LLC | Resolved | 10/13/2005 | $ 3,268.34 | n/a | n/a |
| 291 | Motorola | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 39,060.00 | n/a | n/a |
| 292 | Sueken, LLC | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/11/2005 | $ 12,760.50 | n/a | n/a |
| 296 | Total Component Solutions | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 900.36 | n/a | n/a |
| 297 | United Plastics Group, Inc. | UNITED PLASTICS GROUP/UPC DE MEXICO S DE RL DE CV | Resolved | 10/13/2005 | $ 12,681.59 | n/a | n/a |
| 305 | Millenium Industries Corporation Cass City | CONTRARIAN FUNDS LLC | Resolved | 10/13/2005 | $ 1,942.04 | n/a | n/a |
| 306 | Emhart Teknologies | EMHART TEKNOLOGIES LLC | Resolved | 10/13/2005 | $ 27,128.77 | n/a | n/a |
| 307 | M & S Manufacturing | M & S MANUFACTURING COMPANY | Resolved | 10/13/2005 | $ 13,620.06 | n/a | n/a |
| 308 | Cataler North America Corporation | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/13/2005 | $ 18,298.73 | n/a | n/a |
| 309 | Ralco Industries | LONGACRE MASTER FUND LTD | Resolved | 10/11/2005 | $ 26,986.10 | n/a | n/a |
| 313 | International Rectifier | INTERNATIONAL RECTIFIER CORPORATION | Resolved | 10/11/2005 | $ 25,243.50 | n/a | n/a |
| 315 | Stanley Electric Sales of America, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/11/2005 | $ 145,690.87 | n/a | n/a |
| 319 | Panasonic Automotive Systems Company of America | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/13/2005 | $ 78,475.89 | n/a | n/a |
| 320 | International Resistive Co., Inc. | INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/INTERNATIONAL RESISTIVE COMPANY ADVANCED FILM DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/13/2005 | $ 1,716.07 | n/a | n/a |
| 322 | Murata Electronic North America | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/12/2005 | $ 115,579.28 | n/a | n/a |
| 323 | Catalyic Solutions | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 9,345.36 | n/a | n/a |
| 328 | INA USA Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF INA USA CORPORATION | Resolved | 10/10/2005 | $ 32,662.29 | n/a | n/a |
| 331 | Kamax S.A.U. | KAMAX SAU | Resolved | 10/11/2005 | $ 1,803.58 | n/a | n/a |
| 333 | Rohm and Haas Company | CABLE TECHNOLOGIESINC | Resolved | 10/13/2005 | $ 18,966.38 | n/a | n/a |
| 334 | Rohm and Haas Company | ROHM AND HAAS CO | Resolved | 10/10/2005 | $ 25,117.91 | n/a | n/a |
| 335 | TT Electronics | TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/14/2005 | $ 1,320.21 | n/a | n/a |
| 338 | Graber-Rogg, Inc. | GRABER ROGG INC | Resolved | 10/11/2005 | $ 2,547.30 | n/a | n/a |
| 341 | Rotor Clip Company, Inc. | ROTOR CLIP COMPANY INC | Resolved | 10/13/2005 | $ 14,497.86 | n/a | n/a |
| 344 | Olson International Ltd. | AMROC INVESTMENTS LLC | Resolved | 10/13/2005 | $ 27,979.91 | n/a | n/a |
| 345 | International Resistive Company, Advanced Film Division | INTERNATIONAL RESISTIVE COMPANY WIRE & FILM TECHNOLOGIES DIVISION/TPG CREDIT OPPORTUNITIES FUND LP | Resolved | 10/13/2005 | $ 77,693.93 | n/a | n/a |
| 349 | Unisource Worldwide, Inc. | UNISOURCE WORLDWIDE INC | Resolved | 10/12/2005 | $ 43.84 | n/a | n/a |
| 352 | Taurus International Corporation | SOL - TAURUS INTERNATIONAL CORP | Resolved | 10/13/2005 | $ 38,818.19 | n/a | n/a |
| 353 | RBC Bearings | RBC BEARINGS | Resolved | 10/13/2005 | $ 21,375.00 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 354 | Wright Plastic Products Co., LLC | CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 20,691.18 | n/a | n/a |
| 356 | Tech Tool & Mold, Inc. | TECH TOOL & MOLD INC EFT | Resolved | 10/13/2005 | $ 45,859.51 | n/a | n/a |
| 359 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ | n/a | n/a |
| 360 | Multibase Inc. | MULTIBASE INC | Resolved | 10/14/2005 | $ 4,345.60 | n/a | n/a |
| 361 | CYRO INDUSTRIES | SPCP GROUP LLC | Resolved | 10/14/2005 | $ 80,704.28 | n/a | n/a |
| 365 | Dow Corning Corporation | DOW CORNING CORP | Resolved | 10/14/2005 | $ 12,809.61 | n/a | n/a |
| 373 | American Electronic Components Inc. | SIEMENS VDO AUTOMOTIVE CORPORATION ASSIGNEE OF AMERICAN ELECTRONIC COMPONENTS INC | Resolved | 10/14/2005 | $ 11,006.25 | n/a | n/a |
| 374 | ST MICROELECTRONICS, INC. | LONGACRE MASTER FUND LTD | Resolved | 10/12/2005 | $ 153,204.95 | n/a | n/a |
| 375 | Batesville Tool & Die, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 20,647.07 | n/a | n/a |
| 378 | J.O. Galloup Co. | MADISON NICHE OPPORTUNITIES LLC | Resolved | 10/11/2005 | $ 1,000.00 | n/a | n/a |
| 379 | Kendall Electric Inc. | KENDALL ELECTRIC INC | Resolved | 10/10/2005 | $ 97,429.07 | n/a | n/a |
| 381 | Silicon Laboratories, Inc. | SILICON LABORATORIES INC | Resolved | 10/13/2005 | $ 9,726.81 | n/a | n/a |
| 384 | ETCO Automotive Products | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ETCO | Resolved | 10/13/2005 | $ 1,072.80 | n/a | n/a |
| 386 | Olson International, LTD. | AMROC INVESTMENTS LLC | Resolved | 10/12/2005 | $ 32,874.85 | n/a | n/a |
| 391 | Eaton Corp | EATON AEROQUIP DE MEXICO SA DE CV | Resolved | 10/10/2005 | $ 5,813.32 | n/a | n/a |
| 393 | Fujikura American, Inc. | FUJIKURA AMERICA INC | Resolved | 10/14/2005 | $ 15,482.28 | n/a | n/a |
| 394 | Century Mold & Tool | CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 75,000.00 | n/a | n/a |
| 396 | American Molder Products | AMERICAN MOLDED PRODUCTS | Resolved | 10/13/2005 | $ 498.74 | n/a | n/a |
| 400 | NGK Automotive Ceramics USA, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 425,192.03 | n/a | n/a |
| 401 | Linear Technology Corporation | LINEAR TECHNOLOGY CORPORATION | Resolved | 10/13/2005 | $ 116,070.80 | n/a | n/a |
| 402 | Tadiran Batteries | ARGO PARTNERS | Resolved | 10/13/2005 | $ 11,524.40 | n/a | n/a |
| 407 | | LONGACRE MASTER FUND LTD | Resolved | 10/14/2005 | $ 31,050.00 | n/a | n/a |
| 415 | KARL KUEFNER, KG | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 16,927.66 | n/a | n/a |
| 417 | Stoneridge, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF STONERIDGE INC FOR ITSELF AND ET AL | Resolved | 10/14/2005 | $ 12,103.66 | n/a | n/a |
| 418 | Forest City Technologies, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/12/2005 | $ 9,009.31 | n/a | n/a |
| 423 | Armada Rubber Manufacturing Co. | ASM CAPITAL LP | Resolved | 10/08/2005 | $ 1,210.00 | n/a | n/a |
| 424 | Hosiden Harman Corporation | FAIR HARBOR CAPITAL LLC | Resolved | 10/14/2005 | $ 1,423.64 | n/a | n/a |
| 425 | Marian Inc. | MARIAN INC FKA MARIAN RUBBER PRODUCTS | Resolved | 10/13/2005 | $ 25,605.91 | n/a | n/a |
| 426 | Acushnet Rubber Co., Inc | ACUSHNET RUBBER COMPANY INC DBA PRECIX | Resolved | 10/14/2005 | $ 14,588.49 | n/a | n/a |
| 427 | Eikenberry & Associates, Inc | EIKENBERRY & ASSOCIATES INC | Resolved | 10/17/2005 | $ 1,530.60 | n/a | n/a |
| 428 | Sinclair & Rush, Inc | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 3,491.22 | n/a | n/a |
| 429 | Americhem, Inc. | AMERICHEM INC | Resolved | 10/10/2005 | $ 6,797.43 | n/a | n/a |
| 430 | AVX Corporation | AVX CORP | Resolved | 10/13/2005 | $ 11,894.48 | n/a | n/a |
| 434 | Nichicon America Corp | SPCP GROUP LLC | Resolved | 10/14/2005 | $ 5,052.44 | n/a | n/a |
| 437 | Sagami America, Ltd. | SAGAMI AMERICA LTD | Resolved | 10/14/2005 | $ 22,443.37 | n/a | n/a |
| 440 | Tessier Machine Co. | TESSIER MACHINE CO | Resolved | 10/13/2005 | $ 14,880.00 | n/a | n/a |
| 441 | TDK Corporation | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/13/2005 | $ 172,706.22 | n/a | n/a |
| 442 | Mabuchi Motor America Corp | MABUCHI MOTOR AMERICA CORP | Resolved | 10/14/2005 | $ 875.54 | n/a | n/a |
| 446 | Chicago Rivet | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 871.08 | n/a | n/a |
| 450 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 60,936.01 | n/a | n/a |
| 453 | KOA Speer Electronics, Inc. | KOA SPEER ELECTRONICS INC | Resolved | 10/10/2005 | $ 829,085.50 | n/a | n/a |
| 454 | United Chem-Con, Inc. | UNITED CHEMI-CON INC | Resolved | 10/10/2005 | $ 22,311.50 | n/a | n/a |
| 455 | Sanus Precision Die Casting, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/17/2005 | $ 101,745.58 | n/a | n/a |
| 464 | Nu Horizons Electronics Corp. | NU HORIZONS ELECTRONICS CORP | Resolved | 10/11/2005 | $ 30,455.00 | n/a | n/a |
| 465 | Penn Aluminum International, Inc. | PENN ALUMINUM INTERNATIONAL INC | Resolved | 10/14/2005 | $ 22,680.99 | n/a | n/a |
| 466 | Jidco of Bardstown, Inc. | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 6,636.00 | n/a | n/a |
| 469 | Associated Spring, Barnes Group Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 37,650.77 | n/a | n/a |
| 470 | Delta Products Corporation | DELTA PRODUCTS CORPORATION | Resolved | 10/14/2005 | $ 12,986.67 | n/a | n/a |
| 472 | Export Corporation | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/17/2005 | $ 11,691.36 | n/a | n/a |
| 474 | Whitaway Corporation | CONTRARIAN FUNDS LLC AS ASSIGNEE OF WHIRLAWAY CORPORATION | Resolved | 10/17/2005 | $ 26,238.62 | n/a | n/a |
| 476 | Eagle Picher Automotive - Wolverine Gasket Division | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/10/2005 | $ 7,994.48 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 483 | Capsonic Group LLC | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/12/2005 | $ 4,337.21 | n/a | n/a |
| 487 | Hewitt Tool & Die Inc. | HEWITT TOOL & DIE INC | Resolved | 10/17/2005 | $ 7,828.35 | n/a | n/a |
| 491 | St. Clair Plastics Co. | CONSOLIDATED INDUSTRIAL CORP | Resolved | 10/18/2005 | $ 3,795.99 | n/a | n/a |
| 492 | KOSTAL Mexicana, S.A. de C.V. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/14/2005 | $ 11,188.73 | n/a | n/a |
| 497 | RF Monolithics | ASM CAPITAL II LP | Resolved | 10/14/2005 | $ 160,435.27 | n/a | n/a |
| 498 | Breen Color Concentrates, Inc. | BREEN COLOR CONCENTRATES INC | Resolved | 10/14/2005 | $ 5,107.39 | n/a | n/a |
| 501 | Feintool of Cincinnati, Inc. | AMROC INVESTMENTS LLC AS ASSIGNEE OF FEINTOOL CINCINNATI INC/AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 87,992.63 | n/a | n/a |
| 503 | Kostal of America, Inc | KOSTAL OF AMERICA INC/SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/14/2005 | $ 2,094.80 | n/a | n/a |
| 505 | Fittings Products Co. LLC d/b/a Lake Erie Products-Livonia | SIERRA LIQUIDITY FUND LLC | Resolved | 10/14/2005 | $ 4,797.32 | n/a | n/a |
| 506 | LAKE ERIE PRODUCTS INC | LAKE ERIE PRODUCTS INC | Resolved | 10/14/2005 | $ 14,082.57 | n/a | n/a |
| 514 | Electro Dynamics Crystal Corporation | ELECTRO DYNAMICS CRYSTAL CORPORATION | Resolved | 10/18/2005 | $ 2,960.00 | n/a | n/a |
| 516 | Carlisle Engineered Products, Inc. | CARLISLE ENGINEERED PRODUCTS INC | Resolved | 10/17/2005 | $ 168,880.61 | n/a | n/a |
| 521 | Olin Corp. | BANK OF AMERICA N A | Resolved | 10/10/2005 | $ 19,461.00 | n/a | n/a |
| 522 | Kickhafer Manufacturing Company | KICKHAEFER MANUFACTURING CO KMC | Resolved | 10/13/2005 | $ 37,150.59 | n/a | n/a |
| 526 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 903.60 | n/a | n/a |
| 528 | American Aikoku Alpha, Inc. | AMERICAN AIKOKU ALPHA INC | Resolved | 10/17/2005 | $ 5,823.94 | n/a | n/a |
| 530 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 4,507.28 | n/a | n/a |
| 531 | Werner Co. | WERNER CO | Resolved | 10/17/2005 | $ 952.91 | n/a | n/a |
| 533 | CTS Corporation | CTS CORPORATION | Resolved | 10/17/2005 | $ 2,258.44 | n/a | n/a |
| 536 | Continental/Midland LLC | CONTINENTAL MIDLAND LLC | Resolved | 10/18/2005 | $ 1,386.73 | n/a | n/a |
| 544 | OMG Americas, Inc. | OMG AMERICAS INC | Resolved | 10/18/2005 | $ 6,000.00 | n/a | n/a |
| 546 | Pioneer N.A., Inc. | WHITEBOX HEDGED HIGH YIELD PARTNERS LP | Resolved | 10/17/2005 | $ 40,059.72 | n/a | n/a |
| 552 | Henkel Loctite | HENKEL CORPORATION HENKEL LOCTITE | Resolved | 10/11/2005 | $ 177.36 | n/a | n/a |
| 553 | Sherwin-Williams Company | SHERWIN WILLIAMS COMPANY | Resolved | 10/13/2005 | $ 7,325.94 | n/a | n/a |
| 555 | Dow Corning Corporation | DOW CORNING CORP | Resolved | 10/17/2005 | $ 14,446.67 | n/a | n/a |
| 557 | Raetech Corporation | RAETECH CORPORATION | Resolved | 10/18/2005 | $ 4,500.00 | n/a | n/a |
| 577 | Commodity Management Services LTD. | COMMODITY MGMT SVCS GBS PRINTED PRODS & SYS | Resolved | 10/17/2005 | $ 511.95 | n/a | n/a |
| 578 | Capsonic Automotive, Inc. | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/12/2005 | $ 2,714.88 | n/a | n/a |
| 585 | EIS Inc. | EIS INC | Resolved | 10/18/2005 | $ 570.00 | n/a | n/a |
| 586 | Kurz/Kasch Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/18/2005 | $ 8,638.40 | n/a | n/a |
| 591 | Pax Machine Works, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF PAX MACHINE WORKS INC | Resolved | 10/18/2005 | $ 865.58 | n/a | n/a |
| 592 | Hitchiner Manufacturing Co., Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF HITCHINER MANUFACTURING CO INC | Resolved | 10/17/2005 | $ 8,179.67 | n/a | n/a |
| 594 | Parker - Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 8,163.60 | n/a | n/a |
| 596 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 513.10 | n/a | n/a |
| 598 | THE GLEASON WORKS | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 27,955.00 | n/a | n/a |
| 605 | FEDERAL SCREW WORKS | FEDERAL SCREW WORKS | Resolved | 10/18/2005 | $ 4,013.35 | n/a | n/a |
| 606 | Sanders Lead Co., Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 79,676.69 | n/a | n/a |
| 608 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 2,758.89 | n/a | n/a |
| 609 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 386.01 | n/a | n/a |
| 611 | UNISOURCE WORLDWIDE INC | UNISOURCE WORLDWIDE INC | Resolved | 10/18/2005 | $ 5,500.00 | n/a | n/a |
| 615 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/11/2005 | $ 12,642.17 | n/a | n/a |
| 617 | Alegre, Inc. | ALEGRE INC | Resolved | 10/18/2005 | $ 20,154.39 | n/a | n/a |
| 620 | Nisshinbo Automotive Corporation | REDROCK CAPITAL PARTNERS LLC | Resolved | 10/18/2005 | $ 27,446.05 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 626 | Micro Motion, Inc. | MICRO MOTION INC | Resolved | 10/18/2005 | $ 5,895.03 | n/a | n/a |
| 628 | Tessy Plastics Corporation | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/18/2005 | $ 9,176.58 | n/a | n/a |
| 630 | Demolding Corporation | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 941.46 | n/a | n/a |
| 632 | GGI Technologies | CONTRARIAN FUNDS LLC | Resolved | 10/18/2005 | $ 5,981.32 | n/a | n/a |
| 641 | Veritas Software Corporation | VERITAS SOFTWARE CORPORATION | Resolved | 10/19/2005 | $ 7,909.10 | n/a | n/a |
| 642 | ITT Industries, Inc. | ITT CANNON NEWTON | Resolved | 10/18/2005 | $ 11,604.80 | n/a | n/a |
| 644 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 898.38 | n/a | n/a |
| 645 | Camoplast Thermoplastic Group | CONTRARIAN FUNDS LLC AS ASSIGNEE OF CAMOPLAST INCORPORATED | Resolved | 10/14/2005 | $ 88,544.81 | n/a | n/a |
| 652 | Optrex America Inc. | OPTREX AMERICA INC | Resolved | 10/20/2005 | $ 25,974.39 | n/a | n/a |
| 653 | Precision Resource, Inc. | PRECISION RESOURCE INC KY DIV | Resolved | 10/20/2005 | $ 13,539.00 | n/a | n/a |
| 657 | Philips Plastics Corporation | CONTRARIAN FUNDS LLC | Resolved | 10/18/2005 | $ 9,011.06 | n/a | n/a |
| 661 | Maxim Integrated Products, LLC. | MAXIM INTEGRATED PRODUCTS INC | Resolved | 10/18/2005 | $ 22,730.81 | n/a | n/a |
| 662 | Trelleborg Palmer Chenard | SOL - TRELLEBORG PALMER CHENARD | Resolved | 10/18/2005 | $ 3,477.60 | n/a | n/a |
| 665 | United Machining, Inc. | UNITED MACHINING INC | Resolved | 10/17/2005 | $ 1,532.85 | n/a | n/a |
| 668 | HITACHI AUTOMOTIVE PRODUCTS | DEUTSCHE BANK SECURITIES INC | Resolved | 10/18/2005 | $ 27,569.59 | n/a | n/a |
| 678 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 1,819.75 | n/a | n/a |
| 679 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 300.00 | n/a | n/a |
| 684 | Millwood Inc. | MILLWOOD INC DBA LIBERTY INDUSTRIES INC | Resolved | 10/13/2005 | $ 2,000.00 | n/a | n/a |
| 695 | Gemini Group, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SIERRA PLASTICS INC AKA SIERRA EL PASO/CONTRARIAN FUNDS LLC AS ASSIGNEE OF GEMINI PLASTICS INC | Resolved | 10/14/2005 | $ 14,138.65 | n/a | n/a |
| 697 | Diodes Incorporated | DIODES INCORPORATED | Resolved | 10/18/2005 | $ 1,421.23 | n/a | n/a |
| 701 | Parker-Hannifin Corporation, Parker Seals | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 3,621.90 | n/a | n/a |
| 703 | Wakefield Thermal Solutions | WAKEFIELD THERMAL SOLUTIONS | Resolved | 10/18/2005 | $ 186.68 | n/a | n/a |
| 707 | Midwest Stamping, Inc. | MIDWEST STAMPING INC | Resolved | 10/20/2005 | $ 1,242.18 | n/a | n/a |
| 719 | Electronic Services, LLC, d.b.a. CSI Electronics | CONTRARIAN FUNDS LLC AS ASSIGNEE OF ELECTRONIC SERVICES LLC DBA CSI ELECTRONICS | Resolved | 10/14/2005 | $ 29,610.00 | n/a | n/a |
| 723 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 429.53 | n/a | n/a |
| 725 | Avnet, Inc. | AVNET INC | Resolved | 10/20/2005 | $ 67,613.23 | n/a | n/a |
| 728 | Security Plastics Division/NMC, LLC | CONTRARIAN FUNDS LLC AS ASSIGNEE OF SP DIV NMC LLC | Resolved | 10/18/2005 | $ 5,367.21 | n/a | n/a |
| 729 | Contrarian Capital Management LLC | BANK OF AMERICA N A/CONTRARIAN FUNDS LLC | Resolved | 10/14/2005 | $ 57,484.77 | n/a | n/a |
| 732 | Phoenix Products LLC | CONTRARIAN FUNDS LLC | Resolved | 10/20/2005 | $ 5,284.00 | n/a | n/a |
| 747 | Standard Microsystems Corporation | STANDARD MICROSYSTEMS CORPORATION | Resolved | 10/20/2005 | $ 19,067.40 | n/a | n/a |
| 753 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 19,657.49 | n/a | n/a |
| 756 | Fujikoki America, Inc. | SPECIAL SITUATIONS INVESTING GROUP INC | Resolved | 10/13/2005 | $ 102,600.39 | n/a | n/a |
| 758 | Parker - Hannifin, Eng.Seals Division | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/14/2005 | $ 3,679.78 | n/a | n/a |
| 765 | United Stars Industries, Inc. | CONTRARIAN FUNDS LLC AS TRANSFEREE OF UNITED STARS INDUSTRIES INC | Resolved | 10/24/2005 | $ 11,853.70 | n/a | n/a |
| 768 | Nidec Technologies Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/20/2005 | $ 4,687.80 | n/a | n/a |
| 771 | Engelhard Corporation | BLUE ANGEL CLAIMS LLC | Resolved | 10/11/2005 | $ 85,576.07 | n/a | n/a |
| 772 | Premier Products, Inc. | CONTRARIAN FUNDS LLC | Resolved | 10/17/2005 | $ 10,671.05 | n/a | n/a |
| 775 | CoorsTek, Inc. | COORSTEK INC | Resolved | 10/10/2005 | $ 30,318.20 | n/a | n/a |
| 776 | KL Industries, Inc. | ARGO PARTNERS | Resolved | 10/14/2005 | $ 4,872.55 | n/a | n/a |
| 779 | MacArthur Corporation | JPMORGAN CHASE BANK NA | Resolved | 10/13/2005 | $ 154,170.00 | n/a | n/a |
| 782 | Parker Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 47,748.95 | n/a | n/a |
| 786 | Wako Electronics (USA) Inc. | AMROC INVESTMENTS LLC | Resolved | 10/14/2005 | $ 4,244.00 | n/a | n/a |
| 795 | Philips Optical Storage | LATIGO MASTER FUND LTD | Resolved | 10/12/2005 | $ 34,369.12 | n/a | n/a |
| 797 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/17/2005 | $ 339.51 | n/a | n/a |
| 798 | GKN Sinter Metals Limited | DEUTSCHE BANK SECURITIES INC | Resolved | 10/17/2005 | $ 11,600.00 | n/a | n/a |
| 800 | Philips Semiconductors, Inc. | SPCP GROUP LLC AS AGENT FOR SILVER POINT CAPITAL FUND LP AND SILVER POINT CAPITAL OFFSHORE FUND LTD | Resolved | 10/12/2005 | $ 194,274.52 | n/a | n/a |

Exhibit A

| Reclamation Claim Number | Party Asserting Reclamation Demand | Current Holder of Reclamation Claim | Status of Reclamation Claim | Demand Date | Agreed-Upon Amount | Supplier Demand Amount | Delphi Reconciled Amount |
|---|---|---|---|---|---|---|---|
| 802 | Mobile Display Systems | MOBILE DISPLAY SYSTEMS | Resolved | 10/14/2005 | $ 25,930.54 | n/a | n/a |
| 804 | Tri-Port Industries, LLC/Stonehill Institutional Partners L P | STONEHILL INSTITUTIONAL PARTNERS LP | Resolved | 10/14/2005 | $ 30,013.94 | n/a | n/a |
| 805 | Speedline Technologies, Inc. | TPG CREDIT OPPORTUNITIES INVESTORS LP | Resolved | 10/19/2005 | $ 189,005.00 | n/a | n/a |
| 807 | Assembleon America, Inc. | LATIGO MASTER FUND LTD | Resolved | 10/21/2005 | $ 13,170.09 | n/a | n/a |
| 811 | Schleuniger, Inc. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 15,470.75 | n/a | n/a |
| 816 | Northern Engraving Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 35,503.86 | n/a | n/a |
| 817 | PD George Co. | LONGACRE MASTER FUND LTD | Resolved | 10/18/2005 | $ 4,723.53 | n/a | n/a |
| 818 | Seal Design, Inc. | LONGACRE MASTER FUND LTD | Resolved | 10/20/2005 | $ 1,388.63 | n/a | n/a |
| 820 | Futaba Corporation of America | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/11/2005 | $ 197,369.77 | n/a | n/a |
| 823 | Rosemount Analytical | ROSEMOUNT ANALYTICAL | Resolved | 10/20/2005 | $ 1,340.00 | n/a | n/a |
| 824 | Viking Plastics | ASM CAPITAL LP | Resolved | 10/11/2005 | $ 5,547.35 | n/a | n/a |
| 826 | Worthington Precision Metals, Inc. | SOL - WORTHINGTON PRECISION METALS INC | Resolved | 10/14/2005 | $ 23,230.90 | n/a | n/a |
| 829 | MN Corporation | MADISON INVESTMENT TRUST SERIES 38 | Resolved | 10/12/2005 | $ 25,163.47 | n/a | n/a |
| 832 | Omron Dialtec Automotive Electronics, Inc. | CONTRARIAN FUNDS LLC AS ASSIGNEE OF OMRON DUALTEC AUTOMOTIVE ELECTRONICS INC | Resolved | 10/11/2005 | $ 85,411.74 | n/a | n/a |
| 834 | CTS Corporation | CTS CORPORATION | Resolved | 10/10/2005 | $ 49,457.69 | n/a | n/a |
| 836 | AVM, Inc. | AVM INDUSTRIES LLC | Resolved | 10/12/2005 | $ 1,988.61 | n/a | n/a |
| 838 | Daishinku (America) Corp. d/b/a KDS America | DAISHINKU AMERICA CORP DBA KDS AMERICA | Resolved | 10/17/2005 | $ 15,181.24 | n/a | n/a |
| 840 | Coats American, Inc. | COATS AMERICAN INC | Resolved | 10/14/2005 | $ 3,170.89 | n/a | n/a |
| 841 | Alps Automotive, Inc. | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/18/2005 | $ 37,693.60 | n/a | n/a |
| 843 | First Technology Holdings, Inc. | FIRST TECHNOLOGY HOLDINGS INC AND AFFILIATES AND SUBSIDIARIES AND CONTROL DEVICES INC AND FIRST INERTIA SWITCH LIMITED | Resolved | 10/16/2005 | $ 23,525.65 | | n/a |
| 849 | Dell Receivables | DELL INC | Resolved | 10/18/2005 | $ 12,218.83 | | n/a |
| 852 | Texas Instruments | BEAR STEARNS INVESTMENT PRODUCTS INC | Resolved | 10/17/2005 | $ 64,270.14 | n/a | n/a |
| 857 | CTS Automotive Products | CTS CORPORATION | Resolved | 10/10/2005 | $ 3,735.50 | n/a | n/a |
| 858 | Micronas | MICRONAS GMBH | Resolved | 10/27/2005 | $ 18,090.00 | n/a | n/a |
| 859 | Precision Fitting and Gauge Co. | PRECISION FITTING & GAUGE CO | Resolved | 10/27/2005 | $ 892.00 | n/a | n/a |
| 863 | NSK Corporation | LONGACRE MASTER FUND LTD | Resolved | 10/13/2005 | $ 26,521.34 | n/a | n/a |
| 864 | Coilcraft Inc. | COILCRAFT INC | Resolved | 10/12/2005 | $ 4,434.68 | n/a | n/a |
| 865 | PlastiCert | ARGO PARTNERS | Resolved | 10/18/2005 | $ 9,978.00 | n/a | n/a |
| 867 | Schlegel | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/21/2005 | $ 17,095.00 | n/a | n/a |
| 869 | Transfer Tool Products, Inc. | TRANSFER TOOL PRODUCTS INC | Resolved | 10/13/2005 | $ 1,166.74 | n/a | n/a |
| 883 | Fujitsu Components America, Inc. | FUJITSU COMPONENTS AMERICA INC | Resolved | 10/27/2005 | $ 2,018.40 | n/a | n/a |
| 884 | Parker Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 3,151.81 | n/a | n/a |
| 887 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 339.94 | n/a | n/a |
| 888 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/17/2005 | $ 998.52 | n/a | n/a |
| 889 | Parker-Hannifin Corporation | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/11/2005 | $ 10,551.65 | n/a | n/a |
| 892 | Parker Seals | SPCP GROUP LLC AS ASSIGNEE OF PARKER HANNIFIN CORPORATION | Resolved | 10/16/2005 | $ 1,787.81 | n/a | n/a |
| 904 | The Lighting Company | THE LIGHTING COMPANY | Resolved | 10/14/2005 | $ 791.97 | n/a | n/a |
| 905 | DuPont Powder Coatings LLC | LONGACRE MASTER FUND LTD | Resolved | 10/10/2005 | $ 8,317.35 | n/a | n/a |
| 908 | Universal Bearings, Inc. | GOLDMAN SACHS CREDIT PARTNERS LP | Resolved | 10/07/2005 | $ 153.83 | n/a | n/a |
| 911 | Metal Surfaces, Inc. | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/14/2005 | $ 14,486.60 | n/a | n/a |
| 915 | Engineered Materials Solutions | HAIN CAPITAL HOLDINGS LLC | Resolved | 10/17/2005 | $ 43,198.89 | n/a | n/a |
| 916 | Key Safety Systems, Inc. | KEY SAFETY SYSTEMS & SUBSIDIARIES | Resolved | 10/14/2005 | $ 3,803.60 | n/a | n/a |
| | | | | | $ 16,181,727.91 | $ 18,802,421.99 | |

# EXHIBIT E

Hearing Date and Time: June 30, 2010 at 10:00 a.m. (prevailing Eastern time)
Supplemental Response Date and Time: June 28, 2010 at 4:00 p.m. (prevailing Eastern time)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
        In re                                             :      Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,                               :      Case Number 05-44481 (RDD)
                                                          :
                                                          :      (Jointly Administered)
        Reorganized Debtors.                              :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSE
OF CLAIMANT TO DEBTORS' OBJECTION
TO PROOF OF CLAIM NUMBER 2578 FILED BY THE U.S.
DEPARTMENT OF HEALTH AND HUMAN SERVICES

("SUPPLEMENTAL REPLY REGARDING U.S. DEPARTMENT
OF HEALTH AND HUMAN SERVICES CLAIM")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors") hereby submit the Reorganized Debtors' Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objection To Proof of Claim Number 2578 Filed By The U.S. Department Of Health And Human Services (the "Supplemental Reply"), and respectfully represent as follows:

A.    Preliminary Statement

1.    On October 8 and 14, 2005, Delphi Corporation and certain of its affiliates (the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code").

2.    On October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

3.    On June 2, 2010, the Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214) (the "Sufficiency Hearing Notice").

4.    The Reorganized Debtors are filing this Supplemental Reply to implement Article 9.6(a) of the Modified Plan, which provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving

2

all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."  Modified Plan, art. 9.6(a).

5.    By the Sufficiency Hearing Notice and pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order") and the Eleventh Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered April 5, 2010 (Docket No. 19776), the Reorganized Debtors scheduled a hearing (the "Sufficiency Hearing") on June 30, 2010 at 10:00 a.m. (prevailing Eastern time) in this Court to address the legal sufficiency of each proof of claim filed by the claimants listed on Exhibit A to the Sufficiency Hearing Notice and whether each such proof of claim states a colorable claim against the asserted Debtor.

6.    This Supplemental Reply is filed pursuant to paragraph 9(b)(i) of the Claims Objection Procedures Order.  Pursuant to paragraph 9(b)(ii) of the Claims Objection Procedures Order, if a Claimant wishes to file a supplemental pleading in response to this Supplemental Reply, the Claimant shall file and serve its response no later than two business days before the scheduled Sufficiency Hearing – i.e., by **June 28, 2010.**

B.    Relief Requested

7.    By this Supplemental Reply, the Reorganized Debtors request entry of an order disallowing and expunging proof of claim number 2578 because it asserts liabilities for Medicare Program benefits that are insufficiently documented.

3

C.    <u>The Claim Filed Against The Debtors</u>

8.    During their review of claims, the Debtors determined that a claim, which attempts to assert liabilities related to Medicare Program benefits, does not include sufficient documentation to support the claim asserted.  This deficiency in documentation has made it impossible for the Debtors to meaningfully review the asserted claim.  Accordingly, this Court should enter an order disallowing and expunging the claim in its entirety.

9.    On April 6, 2006, the U.S. Department of Health and Human Services (the "Claimant") filed proof of claim number 2578 asserting a claim in the amount of $65,799.34 against Delphi Automotive Systems LLC ("DAS LLC") stemming from alleged liabilities related to overpayment of Medicare Program benefits (the "Claim").

10.    <u>The Debtors' Objections To The Claim</u>. On November 19, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 10982) (the "Twenty-Third Omnibus Claims Objection") on the grounds that such claim asserted liabilities or dollar amounts that are not reflected on the Debtors' books and records.

11.    <u>Response To The Debtors' Objection</u>.  On December 13, 2007, the Claimant filed the United States Of America's Response To Motion To Debtors' Objection To The Claim Of The Department Of Health And Human Service (Docket No. 11442), in which the Claimant asserts that the Debtors did not provide a sufficient basis on which to expunge the Claim (the "Response").

4

12. <u>The Sufficiency Hearing Notice</u>.  Pursuant to the Claims Objection

Procedures Order, the hearing on the Debtors' objection to the Claim was adjourned to a future

date.  On June 2, 2010, the Reorganized Debtors filed the Sufficiency Hearing Notice with

respect to the Claim, among other proofs of claim and administrative expense claims, scheduling

the Sufficiency Hearing.

D.     <u>Claimants' Burden Of Proof And Standard For Sufficiency Of Claim</u>

13. The Reorganized Debtors respectfully submit that the Claim fails to state a

claim against the Debtors under rule 7012 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules").  The Claimants have not proved any facts to support a right to payment by

the Reorganized Debtors on behalf of the Debtors.  Accordingly, the Reorganized Debtors'

objection to the Claim should be sustained and the Claim should be disallowed and expunged in

its entirety.

14. The burden of proof to establish a claim against the Debtors rests on the

claimants and, if a proof of claim does not include sufficient factual support, such proof of claim

is not entitled to a presumption of <u>prima facie</u> validity pursuant to Bankruptcy Rule 3001(f).  <u>In</u>

<u>re Spiegel, Inc.</u>, No. 03-11540, 2007 WL 2456626, at *15 (Bankr. S.D.N.Y. August 22, 2007)

(the claimant always bears the burden of persuasion and must initially allege facts sufficient to

support the claim); <u>see also</u> <u>In re WorldCom, Inc.</u>, No. 02-13533, 2005 WL 3832065, at *4

(Bankr. S.D.N.Y. Dec. 29, 2005) (only a claim that alleges facts sufficient to support legal

liability to claimant satisfies claimant's initial obligation to file substantiated proof of claim); <u>In</u>

<u>re Allegheny Int'l., Inc.</u>, 954 F.2d 167, 173 (3d Cir. 1992) (in its initial proof of claim filing,

claimant must allege facts sufficient to support claim); <u>In re Chiro Plus, Inc.</u>, 339 B.R. 111, 113

(Bankr. D.N.J. 2006) (claimant bears initial burden of sufficiently alleging claim and establishing

facts to support legal liability); <u>In re Armstrong Finishing, L.L.C.</u>, No. 99-11576-C11, 2001 WL

5

1700029, at *2 (Bankr. M.D.N.C. May 2, 2001) (only when claimant alleges facts sufficient to

support its proof of claim is it entitled to have claim considered prima facie valid); In re United

Cos. Fin. Corp., 267 B.R. 524, 527 (Bankr. D. Del. 2000) (claimant must allege facts sufficient

to support legal basis for its claim to have claim make prima facie case).

15. For purposes of sufficiency, this Court has determined that the standard of

whether a claimant has met its initial burden of proof to establish a claim should be similar to the

standard employed by courts in deciding a motion to dismiss under Bankruptcy Rules 7012 and

9014. See Transcript of January 12, 2007 Hearing (Docket No. 7118) (the "January 12, 2007

Transcript") at 52:24-53:1. Pursuant to that standard, a motion to dismiss should be granted "if it

plainly appears that the nonmovant 'can prove no set of facts in support of his claim which would

entitle him to relief.'" In re Lopes, 339 B.R. 82, 86 (Bankr. S.D.N.Y. 2006) (quoting Conley v.

Gibson, 355 U.S. 41, 45-46 (1957)). Essentially, the claimant must provide facts that sufficiently

support a legal liability against the Debtors.

16. This Court further established that the sufficiency hearing standard is

consistent with Bankruptcy Rule 3001(f), which states that "a proof of claim executed and filed

in accordance with these Rules shall constitute prima facie evidence of the validity and amount

of the claim." Fed. R. Bankr. P. 3001(f) (emphasis added). Likewise, Bankruptcy Rule 3001(a)

requires that "the proof of claim must be consistent with the official form" and Bankruptcy Rule

3001(c) requires "evidence of a writing if the claim is based on a writing." Fed. R. Bankr. P.

3001(a), (c). See January 12, 2007 Transcript at 52:17-22.

E.    Argument Regarding The Claim

17.    The Claimant has not provided sufficient documentation in support of the

Claim and provides no evidence of the Debtors' liability for the Claim. Rather, the Claimant has

referred broadly to "[d]ebts arising under the Medicare Program established under Title XVIII of

6

the Social Security Act, 42 U.S.C. § 1395-1395ggg as the basis for the Claim."  The Claimant

also has not provided documentation of the dates on which the alleged overpayments occurred,

stating only that the Claim relates to "debts arising under the Medicare Program from 1/1/2001 to

the petition date."  Furthermore, the Reorganized Debtors believe that no amounts are owing on

account of the Claim, and accordingly the Claimant has not provided any documentation to

substantiate the Claim.

18.    Accordingly, the Reorganized Debtors assert that (a) the Claimant has not

met its burden of proof to establish a claim against the Debtors, (b) claim number 2578 is not

entitled to a presumption of <u>prima</u> <u>facie</u> validity pursuant to Bankruptcy Rule 3001(f), and (c) the

Claim fails to state a claim against the Reorganized Debtors under Bankruptcy Rule 7012.

Because the Claimant cannot provide facts or law supporting the Claim, the Twenty-Third

Omnibus Claims Objection should be sustained with respect to claim number 2578, and the

Claim should be disallowed and expunged in its entirety.

WHEREFORE the Reorganized Debtors respectfully request this Court enter an

order (a) sustaining the objection with respect to proof of claim number 2578, (b) disallowing

and expunging proof of claim number 2578 in its entirety, and (c) granting such further and other

relief this Court deems just and proper.


Dated:    New York, New York
          June 18, 2010
                                        SKADDEN, ARPS, SLATE, MEAGHER
                                          & FLOM LLP


                                        By:   /s/ John Wm. Butler, Jr.
                                              John Wm. Butler, Jr.
                                              John K. Lyons
                                              Ron E. Meisler
                                        155 North Wacker Drive
                                        Chicago, Illinois 60606

                                              - and -


                                        By:   /s/ Kayalyn A. Marafioti
                                              Kayalyn A. Marafioti
                                        Four Times Square
                                        New York, New York 10036

                                        Attorneys for DPH Holdings Corp., et al.,
                                          Reorganized Debtors

8

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO
DEBTORS' OBJECTION TO (I) PROOFS OF CLAIM NUMBERS 7269, 7658, 9396, 10835,
 AND 12251 AND (II) PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 19601

("NOTICE OF ADJOURNMENT OF SUFFICIENCY HEARING AS TO CERTAIN
PROOFS OF CLAIM AND PROOF OF ADMINISTRATIVE EXPENSE CLAIM")

PLEASE TAKE NOTICE that as set forth on <u>Exhibit A</u> attached hereto, Delphi

Corporation and certain of its subsidiaries and affiliates, debtor and debtors-in-possession

(collectively, the "Debtors") and DPH Holdings Corp. and certain of its affiliated reorganized

debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), as applicable,

objected to various proofs of claim and proofs of administrative expense claim (collectively, the

"Claims") filed by certain parties (collectively, the "Claimants").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors

substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi

Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the

"Modified Plan"), which had been approved by the United States Bankruptcy Court for the

Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No.

18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan

provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing,

objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the

Debtors and making distributions (if any) with respect to all Claims and Interests." Modified

Plan, art. 9.6(a).

PLEASE TAKE FURTHER NOTICE that on June 2, 2010, the Reorganized

Debtors filed the Notice of Sufficiency Hearing with Respect to Reorganized Debtors' Objection

to Proofs of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, and 12251 and

Proofs of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658,

18727, 19080, 19565, 19568, 19601, and 19810 (Docket No. 20214) (the "Sufficiency Hearing

Notice") scheduling a sufficiency hearing (the "Sufficiency Hearing") for June 30, 2010, at 10:00

a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of

New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 to address

the legal sufficiency of each of the Claims and whether each Claim states a colorable claim

against the asserted Debtor.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the

Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006,

9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii)

Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006

(Docket No. 6089) (the "Claims Objection Procedures Order") and the Order Pursuant To 11

U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To

Address Contested Administrative Expense Claims entered October 22, 2009 (Docket No.

18998) (the "Administrative Claims Objection Procedures Order"), the Sufficiency Hearing is

hereby adjourned without date, subject to the Reorganized Debtors' right to re-notice the

claimant and/or assignee, as applicable, in accordance with the procedures set forth in the Claims

Objection Procedures Order and the Administrative Claims Objection Procedures Order.

Dated:    New York, New York
            June 18, 2010

                                       SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP

                                       By:   /s/ John Wm. Butler, Jr.
                                            John Wm. Butler, Jr.
                                            John K. Lyons
                                            Ron E. Meisler
                                       155 North Wacker Drive
                                     Chicago, Illinois 60606

                                          - and -

                                       By:   /s/ Kayalyn A. Marafioti
                                            Kayalyn A. Marafioti
                                     Four Times Square
                                     New York, New York 10036

                                     Attorneys for DPH Holdings Corp., et al.,
                                        Reorganized Debtors

# EXHIBIT A

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| 7269 | 6/1/2006 | BURNS BOBBIE L | BURNS BOBBIE L | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 7658 | 6/8/2006 | STASIK ROBERT | STASIK ROBERT | $0.00 | Thirty-Eighth Omnibus Claims Objection | 11/6/2009 | DELPHI CORPORATION |
| 9396 | 7/12/2006 | LYONS DAVID | LYONS DAVID | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 10835 | 7/25/2006 | DASHKOVITZ DENNIS | DASHKOVITZ DENNIS | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI CORPORATION |
| 12251 | 7/28/2006 | STREETER STEVEN D | STREETER STEVEN D | $0.00 | Thirty-Fifth Omnibus Claims Objection | 8/21/2009 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 19601 | 9/14/2009 | ROE TERRY L | ROE TERRY L | $0.00 | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | DELPHI CORPORATION |

# EXHIBIT G

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---------|---------|----------|----------|----------|------|-------|-----|
| Dashkovitz Dennis | | 9301 Buck Rd | | | Freeland | MI | 48623-0000 |
| Delorise Hooker | Gilbert PLLC | A Spencer Gilbert III | 4500 I 55 N Ste 246 | PO Box 13187 | Jackson | MS | 39236 |
| Delorise Hooker | Mississippi Workers Compensation Individual Self Insurer Guaranty Assn | PO Box 13187 | | | Jackson | MS | 39236 |
| Janice K Hatch | | 4186 Locust Ln | | | Swartz Creek | MI | 48473 |
| Joan A Lyons Exectrix of David E Lyons | | 103 Autumn Ridge Trl | | | Farmersville | OH | 45325 |
| Mark O Odette | | 11343 Berk Shire Dr | | | Clio | MI | 48420 |
| Paulette Robinson | | 1901 Welch Blvd | | | Flint | MI | 48504 |
| Paullion Roby | Gilbert PLLC | A Spencer Gilbert III | 4500 I 55 N Ste 246 | PO Box 13187 | Jackson | MS | 39236 |
| Paullion Roby | Mississippi Workers Compensation Individual Self Insurer Guaranty Assn | PO Box 13187 | | | Jackson | MS | 39236 |
| Robert Stasik | Michael H Glassman | 20 Park Pl | | | Morristown | NJ | 07960 |
| Sheila Reid | | 2602 Mountain Ave | | | Flint | MI | 48503 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/21/2010 3:16 PM
Workers Compensation Special Parties

# EXHIBIT H

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alegre Inc | Porter Wright Morris & Arthur LLP | Walter Reynolds | One S Main St Ste 1600 | Dayton | OH | 45402-2028 |

# EXHIBIT I

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Dept of Health and Human Services | Office of the United States Attorney | Southern District of New York | 86 Chambers St | New York | NY | 10007 |
| US Dept of Justice | Joseph N Cordaro | Assistant US Attorneys | 86 Chambers St | New York | NY | 10007 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)                    Page 1 of 1

6/21/2010 3:26 PM
US Dept of Health and Human Services Special Parties Email

# EXHIBIT J

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Burns Bobbie L | | 4545 Obrien Rd | Vassar | MI | 48768-8938 |
| Dashkovitz Dennis | | 9301 Buck Rd | Freeland | MI | 48623-0000 |
| Lyons David | | 103 Autumn Ridge Trl | Farmersville | OH | 45325 |
| Stasik Robert | Michael H Glassman | 20 Park Place | Morristown | NJ | 07960 |
| Streeter Steven D | | G 4210 Crosby Rd | Flint | MI | 48506-1463 |
| Terry L Roe | | 3588 Bittersweet Dr | Columbiaville | MI | 48421 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

6/21/2010 3:19 PM
Sufficiency Hearing NOA Special Parties