**Hearing Date: June 30, 2010**
                                    **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., <u>et</u> <u>al.</u>,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
  In re                                :   Chapter 11
                                              :
DPH HOLDINGS CORP., <u>et</u> <u>al.</u>,        :   Case No. 05-44481 (RDD)
                                              :
               Reorganized Debtors.   :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED FIFTY-SIXTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:        United States Bankruptcy Court for the Southern District of New
                                          York, 300 Quarropas Street, Room 118, White Plains, New York
                                          10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Sixth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matter)

    D.    Contested Matters (2 Matters)

    E.    Substantial Contributions Applications (2 Matters)

    F.    Adversary Proceedings (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters∗**

    1.    **"Furukawa Administrative Expense Claim"** – Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. 503(b)(1)(a) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)

        *Objections filed:*    None.

        *Replies filed:*    None.

        *Related filings:*    *Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 19783)*

                *Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

|   |   |   |
|---|---|---|
|   |   | *Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 20245)* |
|   | *Status:* | *The matter has been rescheduled to the hearing on July 22, 2010 pursuant to the Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 20245).* |
| 2. | **"Highland Capital Management, L.P. Substantial Contribution Application"** – Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19112) | |
|   | *Objections filed:* | *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)* |
|   |   | *Reorganized Debtors' Objection To Substantial Contribution And Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)* |
|   | *Replies filed:* | *None.* |
|   | *Related filings:* | *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)* |
|   |   | *Certification And Notice Of Filing Of Exhibits With Respect To Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19756)* |

3

        *Notice of Adjournment of Hearings on (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, and (III) Delphi Salaried Retirees' Motion (Docket No. 19830)*

        *Order Scheduling Hearing On The Substantial Contribution Application Filed By Highland Capital Management, L.P. For June 30, 2010 (Docket No. 19936)*

        *Supplement To The Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 20160)*

    *Status:*    *The parties have proposed to adjourn the matter to the hearing on July 22, 2010.*

**C.  Uncontested, Agreed, Withdrawn, Or Settled Matters**

  3. **"Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against Leigh Ochoa"** – *Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against Leigh Ochoa (Docket No. 20220)*

    *Objections filed:*  *None.*

    *Replies filed:*  *None.*

    *Related filings:*  *None.*

    *Status:*    *The hearing with respect to this matter will be proceeding.*

**D.  Contested Matters**

  4. **"Reorganized Debtors' Forty-Eighth Omnibus Claims Objection"** – *Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 19976)*

4

|  |  |
|---|---|
| *Responses filed:* | *Limited Response Of Okaloosa County Tax Collector To Reorganized Debtors' Forty-Eighth Omnibus Objection To Claims (Docket No. 20263)* |
|  | *Response Of ATEL Leasing Corporation To Debtors' (I) Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) A Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (the "Forty-Eight Omnibus Claims Objection") (Docket No. 20264)* |
| *Replies filed:* | *An omnibus reply will be filed.* |
| *Related filings:* | *Kilroy Realty, L.P.'s Request For Payment Of Administrative Expense (Docket No. 4869)* |
|  | *Notice Of Hearing Of Motion Of Atel Leasing Corporation (A) For Allowance And Payment Of Outstanding Post-Petition Amounts As An Administrative Expense Claim; (B) To Compel Assumption Or Rejection Of Unexpired Lease; And (C) For Immediate Turnover Of Equipment Upon Rejection (Docket No. 6990)* |
|  | *Polk County Tax Collector's Request For Payment Of Tangible Personal Property Taxes (Docket No. 7259)* |
|  | *Request For Payment Of An Administrative Expense By The Okaloosa County Tax Collector For 2006 Ad Valorem Taxes (Docket No. 7588)* |
|  | *Motion Of CSX Transportation, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)* |
|  | *Motion Of Computer Sciences Corporation Pursuant To 11 U.S.C. § 503 For Order Allowing And Directing Payment Of Administrative Expense Priority Claim For Unpaid Post-Petition Obligations (Docket No. 16601)* |
|  | *Motion To Allow And Compel Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b) (Docket No. 16655)* |

> *Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)*
>
> *Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 19783)*
>
> *Joint Stipulation And Agreed Order Between Reorganized Debtors, CSX Transportation, Inc., CSX Corporation, And Nexteer Automotive Corporation (I) Compromising And Allowing Proof Of Administrative Expense Claim Number 18700, (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 16813, And (III) Resolving Motion Of CSX Transportation, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)(1)(A) (CSX Transportation, Inc. And CSX Corporation (Docket No. 20243)*
>
> *Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20249)*

*Status:* *With the exception of docket nos. 18706 and 19783 for which the hearing has been adjourned to July 22, 2010, the hearing will proceed with respect to the motions or requests for payment of administrative expense for which no responses have been filed. With respect to the motions or requests for payment of administrative expense for which responses have been filed, the hearing will be adjourned to future claims hearing dates in accordance with this Court's Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding*

6

       *Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) and the Administrative Claims Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims (Docket No. 18998).*

5.  **"Salaried Retirees' Motion"** – Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19750)

  *Objections filed:*   *Reorganized Debtors' Limited Objection To Motion Of Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 20065)*

  *Replies filed:*   *Reply Of The Salaried Retirees To Reorganized Debtors' Limited Objection To Motion Of Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate Modified Plan Or Plan Modification Order (Docket No. 20265)*

  *Related filings:*   *Notice Of Filing Of Settlement Agreement Between Delphi Corporation And The Pension Benefit Guaranty Corporation (Docket No. 18559)*

       *Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order [Docket No. 12359] (Docket No. 18707)*

       *Stipulation Concerning The Automatic Stay In Connection With The Commencement Of An Action Against The Pension Benefit Guaranty Corporation (Docket No. 18896)*

       *Motion Of General Motors LLC (F/K/A General Motors Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19361)*

       *Objection Of The Salaried Retirees To Motion Of General Motors LLC (F/K/A General Motors*

7

    *Company) To Enforce Modified Plan And Plan Modification Order (Docket No. 19492)*

    *Order Enforcing Plan And Plan Modification Order (Docket No. 19578)*

    *Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830)*

    *Amended Motion Of The Salaried Retirees For Order Confirming That Second Amended Complaint Does Not Violate The Modified Plan Or The Plan Modification Order (Docket No. 19904)*

    *Order Scheduling Hearing On The Motion Filed By Dennis Black, Charles Cunningham, Kenneth Hollis, And The Delphi Salaried Retirees Association For June 30, 2010 (Docket No. 20191)*

  *Status:*    *The hearing with respect to this matter will be proceeding.*

E. **Substantial Contribution And Other Applications For Reimbursement Of Professional Fees And Expense**

  6.  **"Davidson Kempner Capital Management LLC, et al. Application"** – Application By Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Northeast Investors Trust; SPCP Group, LLC; And Whitebox Advisors, LLC, On Behalf Of Themselves And Senior Noteholders Previously Represented, For Payment Of Fees And Expenses Pursuant To 11 U.S.C. § 1129(a)(4) And Bankruptcy Rule 9019 (Docket No. 19091)

    *Objections filed:*  *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)*

    *Replies filed:*  *Limited Reply In Support Of Application By Davidson Kempner Capital Management LLC; Elliott Associates, L.P.; Nomura Corporate Research & Asset Management, Inc.; Northeast Investors Trust; SPCP Group, LLC; And Whitebox Advisors, LLC, On Behalf Of Themselves And Senior Noteholders Previously Represented, For Payment Of Fees And*

8

|   |   |   |
|---|---|---|
|   |   | *Expenses Pursuant To 11 U.S.C. § 1129(a)(4) And Bankruptcy Rule 9019 (Docket No. 20169)* |
|   | *Related filings:* | *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)* |
|   |   | *Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830)* |
|   |   | *Reorganized Debtors' Objection To Substantial Contribution And Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)* |
|   |   | *Order Scheduling Hearing On The Application Filed By Davidson Kempner Capital Management LLC, Elliott Associates, L.P., Nomura Corporate Research & Asset Management, Inc., Northeast Investors Trust, SPCP Group, LLC, And Whitebox Advisors, LLC For June 30, 2010 (Docket No. 20161)* |
|   | *Status:* | *The hearing with respect to this matter will be proceeding.* |
| 7. | **"Certain Senior Noteholders Substantial Contribution Application"** – Summary Sheet And Application Of Certain Senior Noteholders Pursuant To Sections 503(b)(3) And (4) Of The Bankruptcy Code For Allowance And Reimbursement Of Reasonable Compensation And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19115) | |
|   | *Objections filed:* | *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)* |
|   | *Replies filed:* | *Reply By Certain Senior Noteholders To The Objection And Response Filed To The Application Pursuant To Sections 503(b)(3) And (4) Of The Bankruptcy Code For Allowance And Reimbursement Of Reasonable Compensation And Actual, Necessary* |

|  |  |
|---|---|
|  | *Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 20167)* |
| *Related filings:* | *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)* |
|  | *Notice of Adjournment of Hearings on (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, and (III) Delphi Salaried Retirees' Motion (Docket No. 19830)* |
|  | *Reorganized Debtors' Objection To Substantial Contribution And Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)* |
|  | *Order Scheduling Hearing On The Application Filed By C.R. Intrinsic Investors And Elliott Associates, L.P. For June 30, 2010 (Docket No. 20180)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**F.     Adversary Proceedings**

*None.*

Dated: New York, New York
       June 29, 2010

                        SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

              By: /s/ John Wm. Butler, Jr.
                 John Wm. Butler, Jr.
                 John K. Lyons
                 Albert L. Hogan III
                 Ron E. Meisler

            155 North Wacker Drive
            Chicago, Illinois 60606

                            - and -

              By: /s/ Kayalyn A. Marafioti
                 Kayalyn A. Marafioti

            Four Times Square
            New York, New York 10036

            Attorneys for DPH Holdings Corp., et al.,
              Reorganized Debtors