**Hearing Date: June 30, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                           :

  In re                          :    Chapter 11
                              :

DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                              :

          Reorganized Debtors.  :    (Jointly Administered)
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED THIRTY-FOURTH CLAIMS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                  300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirty-Third Claims Hearing Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (9 Matters)

    C.      Uncontested, Agreed, Or Settled Matters (7 Matters)

    D.      Contested Matters (9 Matters)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **"Sufficiency Hearing Regarding Claim Of Bobbie L. Burns"** - Sufficiency Hearing Regarding Claim Of Bobbie L. Burns As Objected To On Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

        *Responses filed:*     *Response To Notice Of Objection To Claim (Undocketed)*

        *Replies filed:*        *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)*

        *Related filings:*       *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

                        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

                        *Proof Of Claim Number 7269*

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter has been adjourned without date.* |

2.  **"Sufficiency Hearing Regarding Claim Of Robert Stasik"** - Sufficiency Hearing Regarding Claim Of Robert Stasik As Objected To On Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19044)

| | |
|---|---|
| *Responses filed:* | *Letter By Michael H. Glassman Re: Response To Omnibus Objection To Claims (Docket No. 19150)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19167)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)* |
| | *Proof Of Claim Number 7658* |
| *Status:* | *The hearing with respect to this matter has been adjourned without date.* |

3.  **"Sufficiency Hearing Regarding Claim Of David Lyons"** - Sufficiency Hearing Regarding Claim Of David Lyons As Objected To On Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

| | |
|---|---|
| *Responses filed:* | *Response of Joan C. Lyons, Executrix to the Estate of David E. Lyons, to Thirty-Fifth Omnibus Objection (Docket No. 18914)* |
| | *Second Response of Joan C. Lyons, Executrix to the Estate of David E. Lyons, to Thirty-Fifth Omnibus Objection (Docket No. 18915)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)* |
| | *Proof Of Claim Number 9396* |
| *Status:* | *The hearing with respect to this matter has been adjourned without date.* |

4.    **"Sufficiency Hearing Regarding Claim Of Dennis Dashkovitz"** - Sufficiency Hearing Regarding Claim Of Dennis Dashkovitz As Objected To On Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

| | |
|---|---|
| *Responses filed:* | *Response Of Dennis Dashkovitz To Thirty-Fifth Omnibus Objection (Docket No. 18900)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain* |

4

*Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)*

*Related filings:*          *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

*Proof Of Claim Number 10835*

*Status:*          *The hearing with respect to this matter has been adjourned without date.*

5.    **"Sufficiency Hearing Regarding Claim Of Terry L. Roe"** - Sufficiency Hearing Regarding Claim Of Terry L. Roe As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

*Responses filed:*          *Response To Objection To Claim Of Terry Roe To Forty-Sixth Omnibus Objection (Docket No. 19883)*

*Replies filed:*          *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate*

5

*Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

*Related filings:*          *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

*Proof Of Administrative Expense Claim Number 19601*

*Status:*          *The hearing with respect to this matter has been adjourned without date.*

6.     **"Sufficiency Hearing Regarding Claim Of Steven D. Streeter"** -  Sufficiency Hearing Regarding Claim Of Steven D. Streeter As Objected To On Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

*Responses filed:*          *Response Of Steven D. Streeter to Thirty-Fifth Omnibus Objection (Docket No. 19326)*

*Replies filed:*          *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)*

*Related filings:*          *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269,*

*7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

*Proof Of Claim Number 12251*

*Status:*          *The hearing with respect to this matter has been adjourned without date.*

7.    **"Sufficiency Hearing Regarding Claim Of Paullion Roby"** - Sufficiency Hearing Regarding Claim Of Paullion Roby As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

*Responses filed:*     *Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19568 (Paullion Roby) (Docket No. 19847)*

*Replies filed:*       *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify*

7

*Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (Docket No. 20252)*

*Related filings:*     *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To (I) Proof Of Claim Number 2578 And (II) Proof Of Administrative Expense Claim Number 19568 (Docket No. 20267)*

*Proof Of Administrative Expense Claim Number 19568*

*Status:*     *The hearing with respect to this matter has been adjourned to July 22, 2010 pursuant to the Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To (I) Proof Of Claim Number 2578 And (II) Proof Of Administrative Expense Claim Number 19568 (Docket No. 20267).*

8.    **"Claim Objection Regarding Claims Of New Jersey Self-Insurers' Guaranty Association"** -  Claim Objection Hearing Regarding Claims Of New Jersey Self-Insurer's Guaranty Association As Objected To On Debtors' Thirty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

*Responses filed:*     *Response Of New Jersey Self-Insurers Guaranty Association [Claim No. 11631] To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18304)*

8

| | |
|---|---|
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books and Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proof Of Claim No. 11631 (New Jersey Self-Insurers' Guaranty Association) (Docket No. 19686)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 11631 (New Jersey Self-Insurers' Guaranty Association) (Docket No. 19719)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 11631 Filed By New Jersey Self-Insurers' Guaranty Association (Docket No. 19987)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 18602 And 19712 (Docket No. 20130)* |
| | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 11631 Filed By New Jersey Self-Insurers' Guaranty Association (Docket No. 20266)* |
| | *Proof Of Claim Number 11631* |
| *Status:* | *The hearing with respect to this matter will be adjourned to the hearing on July 22, 2010 pursuant to Notice Of* |

*Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 11631 Filed By New Jersey Self-Insurers' Guaranty Association (Docket No. 20266).*

9.    **"Sufficiency Hearing Regarding Claim Of United States Department Of Health And Human Services"** -  Sufficiency Hearing Regarding Claim Of United States Department Of Health And Human Services As Objected To On Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 10982)

|  |  |
|---|---|
| *Responses filed:* | *United States Of America's Response To Debtors' Objection To The Claim Of The Department Of Health And Human Services (Docket No. 11442)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 11542)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim Number 2578 Filed By The U.S. Department Of Health And Human Services (Docket No. 20254)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
|  | *Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To (I) Proof Of Claim Number 2578 And (II) Proof Of Administrative Expense Claim Number 19568 (Docket No. 20267)* |

*Proof Of Claim Number 2578*

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter will be adjourned to the hearing on July 22, 2010 pursuant to Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To (I) Proof Of Claim Number 2578 And (II) Proof Of Administrative Expense Claim Number 19568 (Docket No. 20267).* |

## C.    Uncontested, Agreed, Or Settled Matters

10.    **"CSX Transportation Motion To Compel"** – Motion Of CSX Transport, Inc. To Compel The Payment Of Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 16548)

| | |
|---|---|
| *Objections filed:* | *None.* |
| *Replies filed:* | *None.* |
| *Related filings:* | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors, CSX Transportation, Inc., CSX Corporation, And Nexteer Automotive Corporation (I) Compromising And Allowing Proof Of Administrative Expense Claim Number 18700, (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 16813, And (III) Resolving Motion Of CSX Transportation, Inc. To Compel The Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 20243)* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, CSX Transportation, Inc., CSX Corporation, And Nexteer Automotive Corporation (I) Compromising And Allowing Proof Of Administrative Expense Claim Number 18700, (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 16813, And (III) Resolving Motion Of CSX Transportation, Inc. To Compel The Payment Of Administrative Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) (Docket No. 20243).* |

11.    **"Sufficiency Hearing Regarding Claim Of Marybeth Cunningham"** - Sufficiency Hearing Regarding Claim Of Marybeth Cunningham As Objected To On Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid

11

Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

| | |
|---|---|
| *Responses filed:* | *Response Of Marybeth Cunningham To Objection To Claim No. 18422 To Thirty-Seventh Omnibus Objection (Docket No. 19061)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Marybeth Cunningham Withdrawing Proof Of Administrative Expense Claim Number 18422 (Docket No. 20251)* |
| | *Proof Of Administrative Expense Claim Number 18422* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Marybeth Cunningham Withdrawing Proof Of Administrative Expense Claim Number 18422 (Docket No. 20251).* |

12.  **"Sufficiency Hearing Regarding Claims Of International Union, United Automobile, Aerospace & Agricultural Implement Workers Of America"** - Sufficiency Hearing Regarding Claims Of International Union, United Automobile, Aerospace & Agricultural Implement Workers Of America As Objected To On Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873)

| | |
|---|---|
| *Responses filed:* | *Response Of International Union, UAW To Reorganized Debtors' Forty-Seventh Omnibus Claims Objection (Docket No. 20126)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20168)* |
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |
| | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256)* |
| | *Proof Of Administrative Expense Claim Number 19810* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256).* |

13.   **"Sufficiency Hearing Regarding Claims Of UAW Local 2083"** - Sufficiency Hearing Regarding Claims Of UAW Local 2083 As Objected To On Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled

Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

| | |
|---|---|
| *Responses filed:* | *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)* |
| | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)* |
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256)* |
| | *Proof Of Claim Number 5268* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And* |

14

*19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256).*

14.    **"Sufficiency Hearing Regarding Claims Of UAW And Its Local 286"** - Sufficiency Hearing Regarding Claims Of UAW And Its Local 286 As Objected To On Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

|  |  |
|---|---|
| *Responses filed:* | *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)* |
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |
|  | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
|  | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |

*Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256)*

*Proof Of Claim Number 13838*

Status: *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256).*

15. **"Sufficiency Hearing Regarding Claims Of International Union, UAW, And Local 155 On Behalf Of Its Bargaining Unit Members"** - Sufficiency Hearing Regarding Claims Of International Union, UAW, And Local 155 On Behalf Of Its Bargaining Unit Members As Objected To On Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

Responses filed: *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)*

Replies filed: *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (D) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers*

*5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)*

| | |
|---|---|
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |
| | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
| | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256)* |
| | *Proof Of Claim Number 13270* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256).* |

16.   **"Sufficiency Hearing Regarding Claims Of International Union UAW"** - Sufficiency Hearing Regarding Claims Of International Union UAW As Objected To On Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 to (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

| | |
|---|---|
| *Responses filed:* | *UAW's Response To Forty-Fourth Omnibus Claims Objection (Docket No. 19669)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A* |

*Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proofs Of Claim Numbers 5268, 13270, 13838, And 13880 Filed By The UAW (Docket No. 19811)*

| | |
|---|---|
| *Related filings:* | *UAW Settlement Agreement Approval Order (Docket No. 8693)* |

*Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256)*

*Proof Of Claim Number 13880*

| | |
|---|---|
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And The UAW (1) Disallowing And Expunging Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15344, And 19810 And (2) Compromising And Allowing Proof Of Claim Number 16644 (Docket No. 20256).* |

## D.   Contested Matters

17.   **"Sufficiency Hearing Regarding Claim Of Dennis Dashkovitz"** - Sufficiency Hearing Regarding Claim Of Dennis Dashkovitz As Objected To On Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain

Individual Workers' Compensation Books And Records Claims And (II) Modify
And Allow Certain Claims (Docket No. 18826)

*Responses filed:*     *Response of Dennis Dashkovitz to Thirty-Fifth Omnibus
Objection (Docket No. 18900)*

*Replies filed:*     *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus
Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.
P. 3007 To (I) Expunge (A) Books And Records Claim, (B)
Certain Salaried Pension And OPEB Claims, (C) Certain
Wage And Benefit Claims, And (D) Certain Individual
Workers' Compensation Books And Records Claims And (II)
Modify And Allow Certain Claims (Docket No. 18927)*

*Reorganized Debtors' Supplemental Reply To Response Of
Claimants To Reorganized Debtors' Objections To Proof Of
Claim Number 10836 And Proofs Of Administrative Expense
Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080,
19565, And 19568 (Docket No. 20252)*

*Related filings:*     *Notice Of Sufficiency Hearing With Respect To Reorganized
Debtors' Objection To Proofs Of Claim Numbers 2578, 7269,
7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of
Administrative Expense Claim Numbers 17351, 17760, 18332,
18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601,
And 19810 (Docket No. 20214)*

*Proof Of Claim Number 10836*

*Status:*     *The hearing with respect to this matter will be proceeding.*

18.   **"Sufficiency Hearing Regarding Claim Of Paulette Robinson"** -  Sufficiency
Hearing Regarding Claim Of Paulette Robinson As Objected To On Reorganized
Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R.
Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A)
Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers'
Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E)
Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G)
Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II)
Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B)
A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III)
Modify Certain Administrative Expense (A) State Workers' Compensation Claims
And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative
Expense Severance Claims (Docket No. 19711)

*Responses filed:*     *Response To Objection To Claim Of Paulette Robinson
(Docket Nos. 19880 and 19914)*

Replies filed:

*Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (Docket No. 20252)*

Related filings:

*Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Proof Of Administrative Expense Claim Number 17351*

Status:

*The hearing with respect to this matter will be proceeding.*

19. **"Sufficiency Hearing Regarding Claim Of Robert Stasik"** - Sufficiency Hearing Regarding Claim Of Robert Stasik As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

20

| | |
|---|---|
| *Responses filed:* | *Response Of Michael H. Glassman As Counsel To Robert Stasik To Forty-Sixth Omnibus Objection (Docket No. 19918)* |

| | |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |

*Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (Docket No. 20252)*

| | |
|---|---|
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |

*Proof Of Administrative Expense Claim Number 17760*

| | |
|---|---|
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

20. **"Sufficiency Hearing Regarding Claim Of Janice K. Hatch"** - Sufficiency Hearing Regarding Claim Of Janice K. Hatch As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims

And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative
Expense Severance Claims (Docket No. 19711)

| | |
|---|---|
| *Responses filed:* | *Response To Objection To Claim Of Janice Hatch to Forty-Sixth Omnibus Objection (Docket No. 19885)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
| | *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (Docket No. 20252)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
| | *Proof Of Administrative Expense Claim Number 18332* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

21.   **"Sufficiency Hearing Regarding Claim Of  Joan A. Lyons Exectrix Of David
E. Lyons "** - Sufficiency Hearing Regarding Claim Of Joan A. Lyons Exectrix Of
David E. Lyons As Objected To On Reorganized Debtors' Forty-Sixth Omnibus
Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I)
Disallow And Expunge Certain Administrative Expense (A) Books And Records
Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims,
(D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation
Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H)

22

Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

|  |  |
|---|---|
| *Responses filed:* | *Response of Joan A. Lyons to Forty-Sixth Omnibus Objection (Docket No. 19919)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (Docket No. 20252)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
|  | *Proof Of Administrative Expense Claim Number 18513* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

22.    **"Sufficiency Hearing Regarding Claim Of Mark O. Odette"** - Sufficiency Hearing Regarding Claim Of Mark O. Odette As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A)

23

Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers'
Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E)
Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G)
Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II)
Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B)
A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III)
Modify Certain Administrative Expense (A) State Workers' Compensation Claims
And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative
Expense Severance Claims (Docket No. 19711)

| | |
|---|---|
| *Responses filed:* | *Response To Objection To Claim Of Mark Odette to Forty-Sixth Omnibus Objection (Docket Nos. 19881 and 19917)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
| | *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (Docket No. 20252)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
| | *Proof Of Administrative Expense Claim Number 18658* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

23. **"Sufficiency Hearing Regarding Claim Of Sheila Reid"** - Sufficiency Hearing Regarding Claim Of Sheila Reid As Objected To On Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

|  |  |
|---|---|
| *Responses filed:* | *Response To Objection To Claim Of Sheila Reid To Forty-Sixth Omnibus Objection (Docket Nos. 19882 and 19915)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (Docket No. 20252)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |

*Proof Of Administrative Expense Claim Number 19080*

Status:              *The hearing with respect to this matter will be proceeding.*

24.    **"Sufficiency Hearing Regarding Claim Of Delorise Hooker"** - Sufficiency
       Hearing Regarding Claim Of Delorise Hooker As Objected To On Reorganized
       Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R.
       Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A)
       Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers'
       Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E)
       Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G)
       Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II)
       Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B)
       A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III)
       Modify Certain Administrative Expense (A) State Workers' Compensation Claims
       And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative
       Expense Severance Claims (Docket No. 19711)

       Responses filed:        *Response Of Mississippi Workers' Compensation Individual*
                               *Self-Insurer Guaranty Association To The Reorganized*
                               *Debtor's Forty-Sixth Omnibus Claims Objection Claim*
                               *Number 19565 (Delorise Hooker) (Docket No. 19844)*

       Replies filed:          *Reorganized Debtors' Omnibus Reply In Support Of*
                               *Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. §*
                               *503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And*
                               *Expunge Certain Administrative Expense (A) Books And*
                               *Records Claims, (B) State Workers' Compensation Claims, (C)*
                               *Duplicate State Workers' Compensation Claims, (D)*
                               *Workers' Compensation Claims, (E) Transferred Workers'*
                               *Compensation Claims, (F) Tax Claims, (G) Duplicate*
                               *Insurance Claims, And (H) Severance Claims, (II) Disallow*
                               *And Expunge (A) A Certain Duplicate Workers'*
                               *Compensation Claim, (B) A Certain Duplicate Tax Claim,*
                               *And (C) A Certain Duplicate Severance Claim, (III) Modify*
                               *Certain Administrative Expense Workers' Compensation*
                               *Claims, And (IV) Allow Certain Administrative Expense*
                               *Severance Claims (Docket No. 19903)*

                               *Reorganized Debtors' Supplemental Reply To Response Of*
                               *Claimants To Reorganized Debtors' Objections To Proof Of*
                               *Claim Number 10836 And Proofs Of Administrative Expense*
                               *Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080,*
                               *19565, And 19568 (Docket No. 20252)*

       Related filings:        *Notice Of Sufficiency Hearing With Respect To Reorganized*
                               *Debtors' Objection To Proofs Of Claim Numbers 2578, 7269,*

26

*7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Proof Of Administrative Expense Claim Number 19565*

*Status:*          *The hearing with respect to this matter will be proceeding.*

25.    **"Sufficiency Hearing Regarding Claim Of Alegre, Inc."** - Sufficiency Hearing Regarding Claim Of Alegre, Inc. As Objected To On Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

*Responses filed:*          *Response Of Alegre, Inc. To The Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19502)*

*Replies filed:*          *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

*Reorganized Debtors' Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18727 Filed By Alegre, Inc. (Docket No. 20253)*

*Related filings:*          *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

27

*Proof Of Administrative Expense Claim Number 18727*

Status:                 *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
        June 29, 2010

                    SKADDEN, ARPS, SLATE, MEAGHER
                    & FLOM LLP

                    By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr.
                        John K. Lyons
                        Albert L. Hogan III
                        Ron E. Meisler

                    155 North Wacker Drive
                    Chicago, Illinois 60606
                    (312) 407-0700

                        - and -

                    By: /s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti

                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for DPH Holdings Corp., et al.,
                        Reorganized Debtors