**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **In re** | ) | Chapter 11 |
|  | ) |  |
| **DELPHI CORPORATION,** *et al.,* | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| **Debtors.** | ) | Jointly Administered |
|  | ) |  |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      : ss.:
COUNTY OF NEW YORK    )

   Lauren E. Keith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Hudson County, New Jersey.

   On June 28, 2010, deponent served true and correct copies of *Joinder by Norsk Hydro Canada, Inc. to Pending Motions to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commented by the Debtors Under 11 U.S.C. 541, 544, 545, 547, 548, or 439, and Extending the Time to Serve Process for Such Adversary Procedures* upon the following parties by Federal Express

| | |
|---|---|
| Daniel F.X. Geoghan, Esq.<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 | Barry N. Seidel<br>Eric Fisher<br>Butzel Long<br>380 Madison Avenue<br>22nd Floor<br>New York, NY 10017 |

                                                                    /s/ Lauren E. Keith
                                                                    Lauren E. Keith

Sworn to before me this
30th day of June 2010

/s/ Constantine Pourakis
Notary Public

SL1 1007762v1/000000.00000