UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
   In re                               :        Chapter 11
:
DPH HOLDINGS CORP., et al.,         :        Case No. 05-44481
:
        Reorganized Debtors.    :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon the application of Kayalyn A. Marafioti, dated June 25, 2010, for the admission pro hac vice of Carl T. Tullson in the above-captioned reorganization cases; it is hereby

ORDERED that Carl T. Tullson is admitted to practice pro hac vice in the above-captioned cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: White Plains, New York
         June 30, 2010

                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE