SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | : | (Jointly Administered) |

JOINT STIPULATION AND AGREED ORDER BETWEEN
REORGANIZED DEBTORS AND BOSCH AUTOMOTIVE
PRODUCTS (SUZHOU) CO. LTD. DISALLOWING AND
EXPUNGING ADMINISTRATIVE EXPENSE CLAIM NUMBER 18689

(BOSCH AUTOMOTIVE PRODUCTS (SUZHOU) CO. LTD.)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Bosch Automotive Products (Suzhou) Co. Ltd. (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Bosch Automotive Products (Suzhou) Co. Ltd. Disallowing and Expunging Administrative Expense Claim Number 18689 (Bosch Automotive Products (Suzhou) Co. Ltd.) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems Korea, Inc. ("DAS Korea"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 14, 2009, the Claimant filed administrative expense claim number 18689 against DAS Korea, which asserts a priority administrative claim in the amount of $2,469,996.00 (the "Claim") stemming from the sale of goods.

WHEREAS, on April 16, 2010, the Debtors objected to the Claim pursuant to the Debtors' Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873) (the "Forty-Seventh Omnibus Claims Objection").

WHEREAS, on May 12, 2010, the Claimant filed the Bosch Automotive Products

2

(Suz Hou) Co. Ltd.'s Response To The Reorganized Debtors' Forty-Seventh Omnibus Objection (Docket No. 20039) (the "Response").

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi and DAS Korea emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS Korea, LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6.

WHEREAS, to resolve the Forty-Seventh Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Debtors and the Claimant agreed that the Claim should be disallowed and expunged in its entirety.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

1. The Claim shall be disallowed and expunged in its entirety.

2. The Response is hereby deemed withdrawn with prejudice.

       3.     This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 30th day of June, 2010

                          /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Gordon J. Toering |
|---|---|
| John Wm. Butler, Jr. | Gordon J. Toering |
| John K. Lyons | WARNER NORCROSS & JUDD LLP |
| Ron E. Meisler | 900 Fifth Third Center |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 111 Lyon Street NW |
| 155 North Wacker Drive | Grand Rapids, MI 49503-2487 |
| Chicago, Illinois  60606 | Attorneys for Bosch Automotive Products (Suzhou) Co. Ltd. |
|       - and – | |
| Kayalyn A. Marafioti | |
| Four Times Square | |
| New York, New York  10036 | |
| Attorneys for DPH Holdings Corp., et al., Reorganized Debtors | |

4