**In re DPH Holdings Corp., et al.**  **Forty-Eighth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT A – BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME | DOCKET NUMBER | ASSERTED ADMINISTRATIVE CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR(S) |
|---|---|---|---|---|
| KILROY REALTY, L.P. ALAN MARDER ESQ ROSEN SLOME MARDER LLP 333 EARLE OVINGTON BLVD 9TH FL UNIONDALE, NY 11553-3622 | 4869 | UNLIQUIDATED | 08/07/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) AND PACKARD HUGHES INTERCONNECT COMPANY (05-44626) |
| POLK COUNTY PO BOX 1189 LAKELAND, FL  33831 | 7259 | $1,530.33 | 03/13/2007 | DELPHI CORPORATION (05-44481) |