**In re DPH Holdings Corp., et al.**  
**Case No. 05-44481 (RDD)**

**Forty-Eighth Omnibus Claims Objection**

## EXHIBIT B – DUPLICATE CLAIMS

| CLAIM TO BE EXPUNGED / MOTION TO BE DENIED | | SURVIVING CLAIM | |
|---|---|---|---|
| Docket No.: 16655 | Debtor: DELPHI CORPORATION (05-44481) | Claim: 18667 | Debtor: DELPHI CORPORATION (05-44481) |
| Date Filed: 06/04/2009 | | Date Filed: 07/14/2009 | |
| Movant: | | Creditor's Name: | |
| CENTRAL TRANSPORT INTERNATIONAL, INC.<br>GEOFFREY T PAVLIC ESQ<br>STEINBERG SHAPIRO & CLARK<br>24901 NORTHWESTERN HWY STE 611<br>SOUTHFIELD, MI 48075 | | CENTRAL TRANSPORT INTERNATIONAL, INC.<br>GEOFFREY T PAVLIC ESQ<br>STEINBERG SHAPIRO & CLARK<br>24901 NORTHWESTERN HWY STE 611<br>SOUTHFIELD, MI 48075 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $89,972.35 |
| | Total Asserted: $89,972.35 | | Total: $89,972.35 |
| Docket No.: 4869 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) AND PACKARD HUGHES INTERCONNECT COMPANY (05-44626) | Claim: 13268 | Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC (05-44640) |
| Date Filed: 08/07/2006 | | Date Filed: 07/31/2006 | |
| Movant: | | Creditor's Name: | |
| KILROY REALTY, L.P.<br>ALAN MARDER ESQ<br>ROSEN SLOME MARDER LLP<br>333 EARLE OVINGTON BLVD 9TH FL<br>UNIONDALE, NY 11553-3622 | | KILROY REALTY, L.P.<br>ALAN MARDER ESQ<br>ROSEN SLOME MARDER LLP<br>333 EARLE OVINGTON BLVD 9TH FL<br>UNIONDALE, NY 11553-3622 | Secured:<br>Priority:<br>Administrative:<br>Unsecured: $2,186,444.67 |
| | Total Asserted: UNLIQUIDATED | | Total: $2,186,444.67 |