**In re DPH Holdings Corp., et al.**  **Forty-Eighth Omnibus Claims Objection**
**Case No. 05-44481 (RDD)**

### EXHIBIT C – ADJOURNED BOOKS AND RECORDS CLAIMS

| CREDITOR'S NAME | DOCKET NUMBER | ASSERTED ADMINISTRATIVE CLAIM AMOUNT | DATE FILED | DOCKETED DEBTOR(S) |
|---|---|---|---|---|
| ATEL LEASING CORPORATION<br>ATTN V MORAIS OR R WILDER<br>600 CALIFORNIA ST 6TH FL<br>SAN FRANCISCO, CA 94108 | 6990 | UNLIQUIDATED | 07/28/2006 | DELPHI CORPORATION (05-44481) |
| OKALOOSA COUNTY TAX COLLECTOR<br>PO BOX 1390<br>NICEVILLE, FL  32588-1390 | 7588 | UNLIQUIDATED | 04/06/2007 | DELPHI CORPORATION (05-44481) |