In re DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Forty-Eighth Omnibus Claims Objection

Exhibit D - Movants And Related Motions Subject To Forty-Eighth Omnibus Claims Objection

| Movant | Docket Number | Exhibit |
|---|---|---|
| ATEL LEASING CORPORATION ATTN V MORAIS OR R WILDER 600 CALIFORNIA ST 6TH FL SAN FRANCISCO, CA 94108 | 6990 | EXHIBIT C - ADJOURNED BOOKS AND RECORDS CLAIMS |
| CENTRAL TRANSPORT INTERNATIONAL, INC. GEOFFREY T PAVLIC ESQ STEINBERG SHAPIRO & CLARK 24901 NORTHWESTERN HWY STE 611 SOUTHFIELD, MI 48075 | 16655 | EXHIBIT B - DUPLICATE CLAIMS |
| KILROY REALTY, L.P. ALAN MARDER ESQ ROSEN SLOME MARDER LLP 333 EARLE OVINGTON BLVD 9TH FL UNIONDALE, NY 11553-3622 | 4869 | EXHIBIT A - BOOKS AND RECORDS CLAIMS EXHIBIT B - DUPLICATE CLAIMS |
| OKALOOSA COUNTY TAX COLLECTOR PO BOX 1390 NICEVILLE, FL 32588-1390 | 7588 | EXHIBIT C - ADJOURNED BOOKS AND RECORDS CLAIMS |
| POLK COUNTY PO BOX 1189 LAKELAND, FL 33831 | 7259 | EXHIBIT A - BOOKS AND RECORDS CLAIMS |