Shalom Jacob
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel:  (212) 415-8600
Fax: (212) 303-2754

-and-

Courtney E. Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Tel:  (312) 443-0700
Fax: (312) 443-0336

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
In re:                                                                  Chapter 11

DPH HOLDINGS, CORP., et al.,                       Case No. 05-44481 [RDD]

       Reorganized Debtors.                           (Jointly Administered)
-------------------------------------------------x

**VERIFIED STATEMENT OF LOCKE LORD BISSELL & LIDDELL LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

    Locke Lord Bissell & Liddell LLP ("LLBL") makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

    1.    LLBL represents the following creditors in the above-captioned bankruptcy proceeding:

        a.    Methode Electronics, Inc. ("Methode")
            Attn: Douglas A. Koman
            7401 W. Wilson Ave.
            Chicago, IL  60706

        b.    D&R Technology, LLC ("D&R")
            Attn:  Donald Suzzi
            400 E. Fullerton Ave.
            Carol Stream, IL  60188

2. The nature and amount of claims or interests of the above creditors are as follows:

    a. Methode supplied products and services to certain of the Debtors that were used in the Debtors' businesses. Methode filed four unsecured proofs of claim, and one secured proof of claim, in these chapter 11 cases. Each of Methode's four unsecured proofs of claim were sold and assigned to Credit Suisse who further sold and assigned those proofs of claim to Blue Angel Claims, LLC. Methode continues to hold its secured claim, which is based upon Methode's setoff rights. Methode is also involved in litigation with the Debtors in Michigan state court and in Michigan federal court relating to breach of contract and patent infringement disputes, respectively. This litigation relates to, and provides the basis for, Methode's administrative claims asserted against the Debtors. Finally, Methode has also been named as a defendant in a preference action instituted by the Debtors, Adv. Pro. No. 07-2432.

    b. D&R supplied products and services to certain of the Debtors that were used in the Debtors' businesses. D&R filed two unsecured proofs of claim in these chapter 11 cases. Both proofs of claim were sold and assigned to APS Clearing, Inc. who further sold and assigned the proofs of claim to JPMorgan Chase Bank, N.A. and who ultimately sold and assigned the proofs of claim to TPG Credit Opportunities Fund, L.P. and TPG Credit Opportunities Investors, L.P. D&R responded to the Debtors' Twenty-Fourth Omnibus Objection to its claims and the parties subsequently entered into a stipulation resolving such objection. Finally, D&R has also been named as a defendant in a preference action instituted by the Debtors, Adv. Pro. No. 07-2212.

3. The pertinent facts and circumstances in connection with the employment of LLBL are:

    a. Methode employed LLBL to represent its interests in these chapter 11

bankruptcy cases and in the adversary proceeding asserted against it in April 2009.

   b.  D&R employed LLBL to represent its interests in these chapter 11 bankruptcy cases and in the adversary proceeding asserted against it in April 2009.

  4.  LLBL was approached by Methode and D&R separately, and Methode and D&R separately asked LLBL to act for them in these chapter 11 cases and in each of the adversary proceedings. LLBL will continue to represent these parties separately and individually in matters related to the Debtors' chapter 11 cases and in each of the adversary proceedings.

  5.  LLBL reserves the right to amend this Verified Statement as necessary and will promptly supplement this Verified Statement to the extent any materials changes occur in the facts set forth herein.

  I, Courtney E. Barr, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated:  July 1, 2010     Shalom Jacob
Chicago, Illinois      LOCKE LORD BISSELL & LIDDELL LLP
          Three World Financial Center
          New York, New York 10281-2101
          Tel:  (212) 415-8600
          Fax: (212) 303-2754

          -and-

          /s/ Courtney Engelbrecht Barr
          Courtney Engelbrecht. Barr (CE 7768)
          LOCKE LORD BISSELL & LIDDELL LLP
          111 S. Wacker Dr.
          Chicago, IL  60606
          Tel: (312) 443-0700
          Fax: (312) 443-0336

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on July 1, 2010, she electronically filed the ***Verified Statement of Locke Lord Bissell & Liddell LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019***, which will send ECF notification of the filing of the same to the parties who have filed an appearance in this case.

              /s/ Courtney Engelbrecht Barr
              Courtney Engelbrecht. Barr (CE 7768)
              LOCKE LORD BISSELL & LIDDELL LLP
              111 S. Wacker Dr.
              Chicago, IL 60606
              Tel: (312) 443-0700
              Fax: (312) 443-0336