Hearing Date and Time: July 22, 2010 at 10:00 a.m. (prevailing Eastern time)

BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Deborah L. Thorne (admitted *pro hac vice*)
Kathleen L. Matsoukas (KL-1821)
Email: deborah.thorne@btlaw.com
        kathleen.matsoukas@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |
| DELPHI CORPORATION, *et al.* | |
|              Plaintiffs, | Adv. Pro. No. 07-2348 |
|   -against- | |
| JOHNSON CONTROLS, JOHNSON CONTROLS BATTERY GROUP, JOHNSON CONTROLS GMBH & CO. KG and JOHNSON CONTROLS, INC. | |
|              Defendants. | |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 1, 2010, I caused to be electronically filed the *Reply and Joinder in Further Support of Motion Of Johnson Controls, Johnson Controls Battery Group, Johnson Controls GmbH & Co. KG and Johnson Controls, Inc. To: (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; Or (C) In The Alternative, To Dismiss The Claims Against Certain Defendants Named In The Complaint And To Require*

*Plaintiffs To File A More Definite Statement* and *Certificate of Service* using the ECF system which will send notification of such filing to the following:

- Barry N. Seidel (seidelb@butzel.com)
- Cynthia J. Haffey (haffey@butzel.com)
- Jeremy M. Downs (jeremy.downs@goldbergkohn.com)
- Deborah L. Thorne (deborah.thorne@btlaw.com)
- Kathleen L. Matsoukas (kmatsoukas@btlaw.com)

The following parties were also served by overnight mail on July 1, 2010:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

DPH Holdings Corp. (f/k/a Delphi Corporation, et al.)
Attn: John Brooks
5725 Delphi Drive
Troy, Michigan 48098

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, New York 10017

Dated: July 1, 2010                      Respectfully submitted,

                                                BARNES & THORNBURG LLP

                                                By:   /s/Kathleen L. Matsoukas

        Deborah L. Thorne (admitted *pro hac vice*)
        Kathleen L. Matsoukas (KL-1821)
        One North Wacker Drive, Suite 4400
        Chicago, Illinois 60606-2833
        Telephone: (312) 357-1313

Counsel to Johnson Controls, Johnson Controls Battery Group, and Johnson Controls, Inc.

        Roger A. Lewis (pro hac vice pending)
        Jeremy M. Downs (pro hac vice pending)
        GOLDBERG KOHN LTD.
        55 East Monroe Street, Suite 3300
        Chicago, Illinois 60603
        Telephone: (312) 201-4000

Counsel to Johnson Controls, Johnson Controls GMBH & Co. KG and Johnson Controls, Inc.