**Hearing Scheduled:  July 22, 2010 at 10:00 a.m.**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for D&S Machine Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
   In re                                    :  Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :  Case No. 05-44481 (RDD)
                                                          :
                                                          :  (Jointly Administered)
      Debtors.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                          :
DELPHI CORPORATION, et al                                 :
                                                          :
     Plaintiff,                    :
                                                          :
v.                                                        :  Adv. Proc. No. 07-02217-rdd
                                                          :
D&S MACHINE PRODUCTS, INC.,                               :
                                                          :
     Defendant.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**D&S MACHINE PRODUCTS, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE ADVERSARY PROCEEDING COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE, REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

   Defendant D&S Machine Products, Inc. ("**Defendant**"), by its undersigned attorneys,

files this reply to Reorganized Debtors' Response to Motions to Vacate Certain Orders and

Dismiss Adversary Actions.  Defendant joins and adopts the reply briefs of Hewlett Packard (07-02262), Johnson Controls (07-2348), Wagner Smith (07-02581), Affinia Group Holdings, Inc. (07-02198), and all other reply briefs (collectively the "**Reply Briefs**"), along with the primary briefs, filed by defendants in the preference avoidance actions.  In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Reply Briefs.  Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments stated in the Reply Briefs.

WARNER NORCROSS & JUDD LLP

Dated: July 2, 2010

By     /s/ Michael B. O'Neal
     Michael B. O'Neal (MO-9511)
     (Admitted *Pro Hac Vice*)
     Warner Norcross & Judd LLP
     900 Fifth Third Center
     111 Lyon Street, NW
     Grand Rapids, MI  49503-2487
     Ph:  (616) 752-2000
     Fax:  (616) 222-2500
     moneal@wnj.com
     Attorneys for D&S Machine Products, Inc.

4482630