**Hearing Scheduled:  July 22, 2010 at 10:00 a.m.**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
moneal@wnj.com

Michael B. O'Neal
(Admitted *Pro Hac Vice*)
Attorneys for Mubea, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| DELPHI CORPORATION, et al | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 07-02489-rdd |
| | : | |
| MUBEA and MUBEA INC., | : | |
| | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MUBEA, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION
TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE
ADVERSARY PROCEEDING COMPLAINT WITH PREJUDICE; OR (C) IN THE
ALTERNATIVE, REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Defendant Mubea, Inc. ("**Defendant**"), by its undersigned attorneys, files this reply to

Reorganized Debtors' Response to Motions to Vacate Certain Orders and Dismiss Adversary

Actions. Defendant joins and adopts the reply briefs of Hewlett Packard (07-02262), Johnson Controls (07-2348), Wagner Smith (07-02581), Affinia Group Holdings, Inc. (07-02198), and all other reply briefs (collectively the "**Reply Briefs**"), along with the primary briefs, filed by defendants in the preference avoidance actions. In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Reply Briefs. Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments stated in the Reply Briefs.

                                              WARNER NORCROSS & JUDD LLP

Dated: July 2, 2010                By    /s/ Michael B. O'Neal
                                                   Michael B. O'Neal (MO-9511)
                                                   (Admitted *Pro Hac Vice*)
                                                   Warner Norcross & Judd LLP
                                                   900 Fifth Third Center
                                                   111 Lyon Street, NW
                                                   Grand Rapids, MI  49503-2487
                                                   Ph:  (616) 752-2000
                                                   Fax:  (616) 222-2500
                                                   moneal@wnj.com
                                                   Attorneys for Mubea, Inc.

4482581