Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
moneal@wnj.com

Michael B. O'Neal
(Admitted *Pro Hac Vice*)
Attorneys for Mubea, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| DELPHI CORPORATION, et al | |
| Plaintiff, | |
| v. | Adv. Proc. No. 07-02489-rdd |
| MUBEA and MUBEA INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATE OF SERVICE**

I, Michael B. O'Neal, being at all times over 18 years of age, hereby certify that on July 2, 2010 a true and correct copy of the following:

**MUBEA, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE ADVERSARY PROCEEDING COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE, REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

was served electronically through the Court's ECF system on all parties requesting electronic service, and on July 2, 2010 by U.S. mail to the parties indicated below:

**Via U.S. Mail to:**

    Togut Segal & Segal LLP
    One Penn Plaza, Suite 3335
    New York, NY 10119
    Attn: Albert Togut, Esq.

    Honorable Robert D. Drain
    c/o Clerk's Office of the
    U.S. Bankruptcy Court
    300 Quarropas Street
    White Plains, NY 10601

    Office of the U.S. Trustee
    33 Whitehall Street, 21st Floor
    New York, NY 10004

    Butzel Long
    380 Madison Avenue, 22nd Floor
    New York, NY 10017
    Attn: Eric Fisher, Esq. and
         Berry N. Seidel, Esq.

Dated: Grand Rapids, Michigan
      July 2, 2010

                                    /s/Michael B. O'Neal_____
                                    Michael B. O'Neal