**Hearing Scheduled:  July 22, 2010 at 10:00 a.m.**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for NGK Automotive Ceramics USA, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, <u>et</u> <u>al</u>., | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| Debtors. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| DELPHI CORPORATION, et. al. |  |
| Plaintiff, |  |
| v. | Adv. Proc. No. 07-02541-rdd |
| NGK, NGK AUTOMOTIVE CERAMICS, NGK AUTOMOTIVE CERAMICS USA, INC., and NGK SPARK PLUG MFG. (USA) INC., |  |
| Defendants. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NGK AUTOMOTIVE CERAMICS USA, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE ADVERSARY PROCEEDING COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE, REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Defendant NGK Automotive Ceramics USA, Inc. ("**Defendant**"), by its undersigned attorneys, files this reply to Reorganized Debtors' Response to Motions to Vacate Certain Orders and Dismiss Adversary Actions. Defendant joins and adopts the reply briefs of Hewlett Packard (07-02262), Johnson Controls (07-2348), Wagner Smith (07-02581), Affinia Group Holdings, Inc. (07-02198), and all other reply briefs (collectively the "**Reply Briefs**"), along with the primary briefs, filed by defendants in the preference avoidance actions. In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Reply Briefs. Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments stated in the Reply Briefs.

WARNER NORCROSS & JUDD LLP

Dated: July 2, 2010

By  /s/ Michael B. O'Neal
Michael B. O'Neal (MO-9511)
(Admitted *Hac Vice*)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
Ph: (616) 752-2000
Fax: (616) 222-2500
moneal@wnj.com
Attorneys NGK Automotive Ceramics USA, Inc.

4482628