**Hearing Date and Time: July 22, 2010 at 10:00 a.m. (Eastern Time)**

HONIGMAN MILLER SCHWARTZ AND COHN LLP
I. W. Winsten (P30528)
Judy B. Calton (P38733)
E. Todd Sable (P54956)
Douglas Salzenstein (P59288)
Marcia Bennett Boyce (P67584)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com
Attorneys for Affinia, GKN, MSX and Valeo

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

DPH HOLDINGS CORP., et al.,

    Reorganized Debtors.

Chapter 11
Case No. 05-44481 (RDD)
Jointly Administered

_____/

DELPHI CORPORATION, et al.,

    Plaintiffs,

Adv. Pro. No. 07-02198 (RDD)

v.

AFFINIA GROUP HOLDINGS, INC.,
AFFINIA, AFFINIA CANADA CORP.,
AFFINIA GROUP, AFFINIA CANADA, BRAKE
PARTS, INC., ITAPSA S.A. DE C.V.
AND WIX FILTRATION
PRODUCTS EUROPE

    Defendants.
_____/

DELPHI CORPORATION, et al.,

    Plaintiffs,	Adv. Pro. No. 07-02328 (RDD)

v.

GKNS INTERMETALS,

    Defendant.
_____/

DELPHI CORPORATION, et al.,

    Plaintiffs,	Adv. Pro. No. 07-02484 (RDD)

v.

MSX, MSX INTERNATIONAL AND MSX INTERNATIONAL INC.,

    Defendants.
_____/

DELPHI CORPORATION, et al.,

    Plaintiffs,	Adv. Pro. No. 07-02534 (RDD)

v.

VALEO, VALEO AIRFLOW DIVISION, VALEO CLIMATE CONTROL USA, VALEO ELECTRICAL SYSTEMS, VALEO ELECTRONICS NA, VALEO INC., VALEO SCHALTER UND SENSOREN AND VALEO WIPER SYSTEMS & ELECTRIC MOTORS NORTH AMERICA,

    Defendants.
_____/

**INDEX OF EXHIBITS TO**
**MEMORANDUM OF LAW IN SUPPORT OF MOTIONS OF AFFINIA, GKN, MSX AND VALEO TO: (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; (C) AND DISMISS THE CLAIMS AGAINST CERTAIN DEFENDANTS NAMED IN THE COMPLAINT; AND (D) DISMISS CLAIMS BASED ON ASSUMPTION OF CONTRACTS; OR (E) IN THE ALTERNATIVE, TO REQUIRE <u>PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT</u>**

| EXHIBIT | DESCRIPTION |
| --- | --- |
| 1 | June 14, 2010 Email and Proposed Order Dismissing Claims Based on Transfers Under Assumed Contracts |
| 2 | June 16, 2010 Email and Proposed Order Dismissing Claims Based on Transfers Under Assumed Contracts |
| 3 | June 15, 2010 Email and Proposed Order Dismissing Claims Based on Transfers Under Assumed Contracts |
| 4 | March 20, 2006 Supplemental Case Management Order |
| 5 | June 16, 2010 Order By Judge William Pauley in *Standard Chartered Bank Int'l (Americas) Ltd. v. Calvo*, No. 10-cv-4684 |
| 6 | June 15, 2010 Order By Judge William Pauley in *In re Matter of Eastman Kodak Company's Application For An Order Sealing The Files In Civil Actions Against Ability Enterprise Company Ltd. and Kyocera Corp.* |
| 7 | June 9, 2010 Email and Proposed Order Dismissing "Affinia", "Affinia Group" and "Affinia Canada" |
| 8 | June 9, 2010 Email and Proposed Order Dismissing "MSX" and "MSX International" |
| 9 | June 16, 2010 Email and Proposed Order Dismissing "Valeo Airflow Division," "Valeo Electronics NA" and "Valeo Wiper Systems & Electronic Motors North America" |

DETROIT.4259061.1