# EXHIBIT 2

05-44481-rdd    Doc 20304-3    Filed 07/02/10    Entered 07/02/10 09:05:52    Exhibit 2: June 16    2010 Email and Proposed Order Dismissing Claims Based on Tr    Pg 2 of 4

## Calton, Judy B.

| | |
|---|---|
| **From:** | Sims, Pairlee on behalf of Calton, Judy B. |
| **Sent:** | Wednesday, June 16, 2010 7:35 AM |
| **To:** | 'dgeoghan@teamtogut.com' |
| **Cc:** | Winsten, I. W.; Baty Jr., Donald F. |
| **Subject:** | Delphi v. GKNS Intermetals, Adv. Pro. No. 07-02328 |
| **Attachments:** | DETROIT-#4229409-v1-ORDER_DISMISSING_CLAIMS.DOC |

As you know, GKN Sinter Metals LLC (the correct name of the defendant in the captioned action) ("GKN") moved to dismiss the complaint against it to the extent Plaintiffs were seeking to avoid transfers made for or on account of assumed contracts. Moreover, at the April 1, 2010 hearing Judge Drain made clear he wanted preference claims based on assumed contracts dismissed. Plaintiffs did not oppose dismissal on the assumption grounds in their brief in response to GKN's motion.

Accordingly, enclosed for your signature is a proposed Order Dismissing Claims Based on Transfers Under Assumed Contracts.

Please let me know if you want any changes in the form of order. Otherwise, please sign and return to me no later than June 21, 2010.

### HONIGMAN

**Judy B. Calton**
Partner
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7344
Fax Number: (313) 465-7345
Cell Phone Number: (248) 496-6377
jcalton@honigman.com
www.honigman.com

6/25/2010

HONIGMAN MILLER SCHWARTZ AND COHN LLP
I. W. Winsten (P30528)
Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendant GKNS Intermetals, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :   Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*                                     :
                                                                 :   Jointly Administered
---------------------------------------------------------------- x
                                                                 :
DELPHI CORPORATION, *et al.*,                                    :   Adv. Pro. No. 07-02328 [RDD]
                                                                 :
            Plaintiffs,                                          :
                                                                 :
    - against -                                                  :
                                                                 :
GKNS INTERMETALS,                                                :
                                                                 :
            Defendant.                                           :
---------------------------------------------------------------- x

**ORDER DISMISSING CLAIMS BASED ON
TRANSFERS UNDER ASSUMED CONTACTS**

Plaintiff DPH Holdings Inc. ("Plaintiff") having filed this adversary proceeding to avoid allegedly preferential transfers made to Defendant GKNS Intermetals ("GKN"), Debtors having assumed Contract DO550062423 pursuant to the July 10, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization (Docket No. 18076) and Purchase Order Numbers 9016140, SAG9014826,

SAG9013467, SAG9015080, SAG9015234, SAG9013466, SAG9013748, 9016045, pursuant to the Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyers in Connection With Sale of Steering and Halfshaft Business (Docket No. 12323) (together with Contract DO550062423, the "Assumed Contracts").

This matter having come on to be considered upon the stipulation of Plaintiff and GKN, no further notice or hearing being necessary, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that to the extent that Plaintiffs assert claims in the captioned adversary proceeding with respect to any transfers of an interest of a debtor in property that were made for or on account of the Assumed Contracts, those claims are dismissed with prejudice.

_____
UNITED STATES BANKRUPTCY JUDGE

**STIPULATED AND AGREED:**

| TOGUT, SEGAL & SEGAL LLP | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
|---|---|
| Attorneys for DPH Holdings Corporation, *et al.* | Attorneys for GKNS Intermetals |
| By: _____<br>    Daniel F. X. Geoghan<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258 | By:    /s/ Judy B. Calton<br>    Judy B. Calton (MI Bar No.: P38733)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>Telephone: (313) 465-7626<br>Facsimile: (313) 465-7627<br>e-mail: jcalton@honigman.com |

DETROIT.4229409.1