# EXHIBIT 3

## Calton, Judy B.

| | |
|---|---|
| **From:** | Sims, Pairlee on behalf of Calton, Judy B. |
| **Sent:** | Wednesday, June 16, 2010 12:18 PM |
| **To:** | 'dgeoghan@teamtogut.com' |
| **Cc:** | Winsten, I. W.; Sable, E. Todd |
| **Subject:** | Delphi v. Valeo, Adv. Pro. No. 07-02534 |
| **Attachments:** | DETROIT-#4229783-v2-Order_Dismissing_Claims_Based_on_Transfers_Under_Assumed_Contracts.DOC |

As you know, the Valeo Defendants moved to dismiss the complaint against them to the extent Plaintiffs were seeking to avoid transfers made for or on account of assumed contracts. Moreover, at the April 1, 2010 hearing Judge Drain made clear he wanted preference claims based on assumed contracts dismissed. Plaintiffs did not oppose dismissal on the assumption grounds in their brief in response to GKN's motion.

Accordingly, enclosed for your signature is a proposed Order Dismissing Claims Based on Transfers Under Assumed Contracts.

Please let me know if you want any changes in the form of order. Otherwise, please sign and return to me no later than June 21, 2010.

## HONIGMAN

**Judy B. Calton**
Partner
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7344
Fax Number: (313) 465-7345
Cell Phone Number: (248) 496-6377
jcalton@honigman.com
www.honigman.com

6/25/2010

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
E. Todd Sable (P54956)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Valeo Climate Control Corp.,
Valeo Electrical Systems, Inc., Valeo, Inc. and
Valeo Schalter und Sensoren GmbH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
                                                            :
In re                                                       :        Chapter 11
                                                            :
DPH HOLDINGS CORPORATION, et al.,                           :        Case No. 05-44481 (RDD)
                                                            :        (Jointly Administered
            Debtors.                                        :
                                                            :
---------------------------------------------------------------------X
                                                            :
DPH HOLDINGS CORPORATION, et al.,                           :
                                                            :
            Plaintiffs,                                     :        Adv. Pro. No. 07-02534
                                                            :
v.                                                          :
                                                            :
VALEO, VALEO AIRFLOW DIVISION, VALEO                        :
CLIMATE CONTROL USA,VALEO ELECTRICAL                        :
SYSTEMS, VALEO ELECTRONICS NA, VALEO                        :
INC., VALEO SCHALTER UND SENSOREN AND                       :
VALEO WIPERSYSTEMS & ELECTRIC MOTORS                        :
NORTH AMERICA,                                              :
                                                            :
            Defendants.                                     :
---------------------------------------------------------------------X

**ORDER DISMISSING CLAIMS BASED**
**ON TRANSFERS UNDER ASSUMED CONTRACTS**

Plaintiff Delphi Corporation, et al, succeeded by DPH Holdings Corporation, et al ("Plaintiffs") having filed this adversary proceeding against Defendants Valeo Climate Control Corp., Valeo Electrical Systems, Inc., Valeo, Inc. and Valeo Schalter und Sensoren GmbH ("Defendants") to avoid allegedly preferential transfers; Debtors having assumed each of the contracts with the Defendants listed below in Paragraphs (a) through (c) (collectively, the "Assumed Contracts") as follows:

(a)    Pursuant to the Notice of Assumption and/or Assignment of Executory Contract or Unexpired Lease to Buyer In Connection with Sale of Steering and Halfshaft Business (Docket No. 12323):  Purchase Order Numbers 9013813 and 9014236;

(b)    Pursuant to the July 20, 2009 Notice of Filing of Notices of Assumption and Assignment with Respect to Certain Executory Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II LLC Under Modified Plan of Reorganization (Docket No. 18076):

| Applicable Manufacturing Facility | Contract(s) |
|---|---|
| Valeo Electrical Systems EFT Airflow Division | D0550055268 |
| Delphi P Past Service Parts | 06-012128 |
| Delphi P Past Service Parts | 06-012132 |
| Delphi P Past Service Parts | 10003 |
| Delphi P Past Service Parts | 20004 |
| Delphi P Past Service Parts | 20004 |
| Delphi P Past Service Parts | 2004 |
| Delphi P Past Service Parts | 30020087 |
| Delphi P Past Service Parts | 30020206 |

| | |
|---|---|
| Delphi P Past Service Parts | 30020232 |
| Delphi P Past Service Parts | 30020234 |
| Delphi P Past Service Parts | 710003 |
| Delphi P Past Service Parts | 710004 |
| Delphi P Past Service Parts | 06-012128 |
| Delphi P Past Service Parts | 06-012132 |
| Delphi P Past Service Parts | 10003 |
| Delphi P Past Service Parts | 10003 |
| Delphi P Chihuahua I | 10004 |
| Delphi P Past Service Parts | 10004 |
| Delphi P Past Service Parts | 10004 |
| Delphi P Past Service Parts | 10004 |
| Delphi P Past Service Parts | 10004 |
| Delphi P Past Service Parts | 20002 |
| Delphi P Past Service Parts | 20002 |
| Delphi P Chihuahua I | 20004 |
| Delphi P Past Service Parts | 20004 |
| Delphi P Past Service Parts | 20004 |
| Delphi P Past Service Parts | 2004 |
| Delphi P Chihuahua I | 30003 |
| Delphi P Past Service Parts | 30020087 |
| Delphi P Past Service Parts | 30020206 |
| Delphi P Past Service Parts | 30020232 |

| | |
|---|---|
| Delphi P Past Service Parts | 30020234 |
| Delphi P Chihuahua I | 4600000289 |
| Delphi P Chihuahua I | 4600000289 |
| Delphi P Chihuahua I | 4600000289 |
| Delphi P Chihuahua I | 4600000289 |
| Delphi P Chihuahua I | 5500002005 |
| Delphi P Chihuahua I | 5500002046 |
| Delphi P Chihuahua I | 5500002305 |
| Delphi P Chihuahua I | 5500002600 |
| Delphi P Chihuahua I | 5500002602 |
| Delphi P Chihuahua I | 5500002705 |
| Delphi P Past Service Parts | 710003 |
| Delphi P Past Service Parts | 2004 |
| Delphi P Past Service Parts | 10003 |
| Delphi P Plant 22 | 10003 |
| Delphi P Outside Sales | 20004 |
| Delphi P Past Service Parts | 20004 |
| Delphi P Plant 47 | 20169 |
| Delphi P Past Service Parts | 710003 |
| Delphi P Past Service Parts | 710004 |
| Delphi P Past Service Parts | 910003 |
| Delphi Past Service Parts | 910004 |
| Delphi P Plant 47 | 12020832 |

4

| | |
|---|---|
| Delphi P Past Service Parts | 30020087 |
| Delphi P Past Service Parts | 30020206 |
| Delphi P Past Service Parts | 30020234 |
| Delphi P Outside Sales | 4500000116 |
| Delphi P Chihuahua I | 4600000289 |
| Delphi P Plant 22 | 4600000289 |
| Delphi P Plant 45 | 4600000289 |
| Delphi P Plant 9 | 4600000289 |
| Delphi P Plant 47 | 4600000289 |
| Outside Sales MWO | 4600000289 |
| Delphi P Chihuahua I | 5500000270 |
| Delphi P Chihuahua I | 5500000271 |
| Delphi P Chihuahua I | 5500000272 |
| Delphi P Chihuahua I | 5500000273 |
| Delphi P Chihuahua I | 5500000274 |
| Delphi P Chihuahua I | 5500000275 |
| Delphi P Chihuahua I | 5500000276 |
| Delphi P Chihuahua I | 5500000277 |
| Delphi P Chihuahua I | 5500000278 |
| Delphi P Chihuahua I | 5500000279 |
| Delphi P Chihuahua I | 5500000280 |
| Delphi P Chihuahua I | 5500000281 |
| Delphi P Chihuahua I | 5500000282 |

5

| | |
|---|---|
| Delphi P Chihuahua I | 5500000283 |
| Delphi P Chihuahua I | 5500000284 |
| Delphi P Plant 45 | 5500000286 |
| Delphi P Plant 45 | 5500000287 |
| Delphi P Chihuahua I | 5500000292 |
| Outside Sales MWO | 5500000293 |
| Delphi P Plant 22 | 5500000294 |
| Delphi P Chihuahua I | 5500000295 |
| Delphi P Chihuahua I | 5500000296 |
| Delphi P Chihuahua I | 5500001421 |
| Delphi P Chihuahua I | 5500001525 |
| Delphi P Chihuahua I | 5500002005 |
| Delphi P Chihuahua I | 5500002006 |
| Delphi P Chihuahua I | 5500002046 |
| Delphi P Chihuahua I | 5500002071 |
| Delphi P Chihuahua I | 5500002305 |
| Delphi P Chihuahua I | 5500002334 |
| Delphi P Chihuahua I | 5500002395 |
| Delphi P Chihuahua I | 5500002396 |
| Delphi P Chihuahua I | 5500002397 |
| Delphi P Chihuahua I | 5500002398 |
| Delphi P Chihuahua I | 5500002399 |
| Delphi P Chihuahua I | 5500002400 |

| | |
|---|---|
| Delphi P Chihuahua I | 5500002401 |
| Delphi P Chihuahua I | 5500002600 |
| Delphi P Chihuahua I | 5500002601 |
| Delphi P Chihuahua I | 5500002602 |
| Delphi P Chihuahua I | 5500002603 |
| Delphi P Plant 45 | 5500002645 |
| Delphi P Chihuahua I | 5500002705 |
| Delphi P Chihuahua I | 5500002861 |
| Delphi P Past Service Parts | 06-012128 |
| Delphi P Past Service Parts | 06-012132 |

(c)      Pursuant to the July 10, 2009 Notice of Filing of Notices of Assumption and Assignment With Respect to Certain Executory /Contracts or Unexpired Lease to be Assumed and Assigned to GM Components Holding LLC or Steering Solutions Services Corporation As Applicable Under Modified Plan of Reorganization (Docket No. 18077):

DO5500053730

8800505002

PEX 9200632713

PEX 9200633732

This matter having come before the Court upon the stipulation of Plaintiff and Defendants; no further notice or hearing being required; and the Court being fully advised in the premises and finding good cause for entry of this Order:

IT IS HEREBY ORDERED that to the extent that Plaintiffs' claims in the captioned

adversary proceeding relate to any transfer of an interest of a Plaintiff in property that was made

for or on account of any of the Assumed Contracts, such claims are dismissed with prejudice.


_____
                                                UNITED STATES BANKRUPTCY JUDGE

Dated:_____
       New York, New York


**STIPULATED AND AGREED:**


| TOGUT, SEGAL & SEGAL LLP | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
|---|---|
| Attorneys for DPH Holdings Corporation, et al. | Attorneys for Valeo Climate Control Corp., Valeo Electrical Systems, Inc., Valeo Inc. and Valeo Schalter und Sensoren GmbH |
| By: _____<br>    Daniel F. X. Geoghan<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258 | By:___/s/ Judy B. Calton_____<br>    Judy B. Calton (MI Bar No.: P38733)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>Telephone: (313) 465-7626<br>Facsimile: (313) 465-7627<br>e-mail: jcalton@honigman.com |


DETROIT.4229783.2