# EXHIBIT 7

## Calton, Judy B.

| | |
|---|---|
| **From:** | Sims, Pairlee on behalf of Calton, Judy B. |
| **Sent:** | Wednesday, June 09, 2010 12:33 PM |
| **To:** | 'orlandoni@butzel.com' |
| **Cc:** | Winsten, I. W.; Salzenstein, Douglas C.; Drucker, Seth A.; 'Steve.Keller@affiniagroup.com'; Fisher, Eric; 'haffey@butzel.com' |
| **Subject:** | Delphi v. Affinia, Adv. Pro. No. 07-02198 |
| **Attachments:** | DETROIT-#4224470-v1-Consent_Order_dismissing_Affinia.DOC |

   Thank you for agreeing at page 46 footnote 13 of the Reorganized Debtors' Omnibus Response, to stipulate to the dismissal of non-entity/non-existent defendants, such as "Affinia," "Affinia Group," and "Affinia Canada."

   Accordingly, enclosed for your signature is a proposed *Consent Order Dismissing "Affinia," "Affinia Group" and "Affinia Canada"* to implement the dismissal.

   Please let me know if you want any changes in the form of order. Otherwise, please sign and return to me no later than June 18, 2010

## HONIGMAN

**Judy B. Calton**
Partner
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7344
Fax Number: (313) 465-7345
Cell Phone Number: (248) 496-6377
jcalton@honigman.com
www.honigman.com

6/25/2010

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
Seth A. Drucker (P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendants Affinia Group Holdings, Inc.,
Affinia Canada Corp., and Brake Parts, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

| | |
|---|---|
| DELPHI CORPORATION, et al. | Chapter 11<br>Case No. 05-44481 (RDD)<br>Jointly Administered |

_____/

DELPHI CORPORATION, et al.,

    Plaintiffs,                                                                 Adv. Pro. No. 07-02198(RDD)

Against

AFFINIA GROUP HOLDINGS, INC.,
AFFINIA, AFFINIA CANADA CORP.,
AFFINIA GROUP, AFFINIA CANADA, BRAKE
PARTS, INC., ITAPSA S.A. DE C.V.
AND WIX FILTRATION
PRODUCTS EUROPE

    Defendants.
_____/

**CONSENT ORDER DISMISSING "AFFINIA"**
**"AFFINIA GROUP" AND "AFFINIA CANADA"**

This matter having come on to be considered upon the the stipulation of Plaintiff DPH Holdings Corp. and Defendants Affinia Group Holdings, Inc., Affinia Canada Corp., and Brake Parts, Inc., no further notice or hearing being necessary, and the Court being fully advised in the

premises:

IT IS HEREBY ORDERED THAT:

1. "Affinia", "Affinia Group" and "Affinia Canada" are dismissed from this adversary proceeding.

2. The adversary proceeding caption will be amended to delete Affinia", "Affinia Group" and "Affinia Canada" as Defendants as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

| | |
|---|---|
| DELPHI CORPORATION, et al. | Chapter 11<br>Case No. 05-44481 (RDD)<br>Jointly Administered |
| _____/ | |
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | Adv. Pro. No. 07-02198(RDD) |
| Against | |
| AFFINIA GROUP HOLDINGS, INC.,<br>AFFINIA CANADA CORP., BRAKE<br>PARTS, INC., ITAPSA S.A. DE C.V.<br>AND WIX FILTRATION<br>PRODUCTS EUROPE | |
| Defendants.<br>_____/ | |

_____
UNITED STATES BANKRUPTCY JUDGE

2

**CONSENTED TO AND AGREED:**

| | |
|---|---|
| BUTZEL LONG, a professional corporation<br>Attorneys for Plaintiffs | HONIGMAN MILLER SCHWARTZ AND COHN LLP<br><br>Attorneys for Defendants Affinia Group Holdings, Inc., Affinia Canada Corp., and Brake Parts, Inc. |
| By: /s/Donald V. Orlandoni<br>    Eric B. Fisher<br>    Cynthia J. Haffey<br>    Donald V. Orlandoni<br>380 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Telephone: (212) 374-5359<br>Facsimile: (212) 818-0494<br>e-mail: fishere@butzel.com<br><br>Dated: June __, 2010 | By: /s/ Judy B. Calton<br>    Judy B. Calton (P38733)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>Telephone: (313) 465-7344<br>Facsimile: (313) 465-7345<br>e-mail: jcalton@honigman.com |

DETROIT.4224470.1

3