# EXHIBIT 8

## Calton, Judy B.

| | |
|---|---|
| **From:** | Sims, Pairlee on behalf of Calton, Judy B. |
| **Sent:** | Wednesday, June 09, 2010 3:57 PM |
| **To:** | 'orlandoni@butzel.com' |
| **Cc:** | Winsten, I. W.; Salzenstein, Douglas C.; Drucker, Seth A.; Fisher, Eric; 'haffey@butzel.com'; Stahl, Samuel T. |
| **Subject:** | FW: Delphi v. MSX International, Inc. - 07-02484 |
| **Attachments:** | DETROIT-#4224865-v1-Consent_Order_Dismissing_MSX_and_MSX_International.DOC |

I had a mistake in the attachment to the e-mail I just sent you, so I am resending this with a corrected attachment.

Thank you for agreeing at page 46 footnote 13 of the Reorganized Debtors' Omnibus Response, to stipulate to the dismissal of non-entity/non-existent defendants, such as "MSX" and "MSX International."

Accordingly, enclosed for your signature is a proposed *Consent Order Dismissing* "MSX" and "MSX International"  to implement the dismissal.

Please let me know if you want any changes in the form of order.  Otherwise, please sign and return to me no later than June 18, 2010

HONIGMAN

**Judy B. Calton**
Partner
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226-3506
Telephone Number:  (313) 465-7344
Fax Number:  (313) 465-7345
Cell Phone Number:  (248) 496-6377
jcalton@honigman.com
www.honigman.com

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
Douglas C. Salzenstein (P59288)
Marcia Bennett Boyce (P67584)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendant MSX International, Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

DELPHI CORPORATION, et al.                    Chapter 11
                                              Case No. 05-44481 (RDD)
                                              Jointly Administered
_____/

DELPHI CORPORATION, et al.,

         Plaintiffs,                          Adv. Pro. No. 07-02484(RDD)

Against

MSX, MSX INTERNATIONAL AND MSX
INTERNATIONAL, INC.,

         Defendants.
_____/

## CONSENT ORDER DISMISSING "MSX"
## AND "MSX INTERNATIONAL"

This matter having come on to be considered upon the stipulation of Plaintiff DPH

Holdings Corp. and Defendant MSX International, Inc. no further notice or hearing being

necessary, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1.      "MSX" and "MSX International" are dismissed from this adversary proceeding.

2.      The adversary proceeding caption will be amended to delete "MSX" and "MSX
International" as Defendants as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

DELPHI CORPORATION, et al.                          Chapter 11
                                                    Case No. 05-44481 (RDD)
                                                    Jointly Administered
_____/

DELPHI CORPORATION,  et al.,

        Plaintiffs,                                 Adv. Pro. No. 07-02484(RDD)

Against

MSX INTERNATIONAL, INC.

        Defendants.
_____/


                          _____
                            UNITED STATES BANKRUPTCY JUDGE

**CONSENTED TO AND AGREED:**

BUTZEL LONG, a professional corporation
Attorneys for Plaintiffs


By: /s/Donald V. Orlandoni _____
    Eric B. Fisher
    Cynthia J. Haffey
    Donald V. Orlandoni
380 Madison Avenue, 22nd Floor
New York, NY 10017
Telephone:  (212) 374-5359
Facsimile:  (212) 818-0494
e-mail:  fishere@butzel.com

Dated:  June __, 2010

HONIGMAN MILLER SCHWARTZ AND
COHN LLP

Attorneys for Defendant MSX
INTERNATIONAL, INC.

By: /s/ Judy B. Calton_____
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone:  (313) 465-7344
Facsimile:  (313) 465-7345
e-mail:  jcalton@honigman.com

DETROIT.4224865.1