# EXHIBIT 9

## Sims, Pairlee

| | |
|---|---|
| **From:** | Calton, Judy B. |
| **Sent:** | Wednesday, June 16, 2010 8:33 AM |
| **To:** | 'dgeoghan@teamtogut.com' |
| **Cc:** | Winsten, I. W.; Salzenstein, Douglas C.; Drucker, Seth A.; Sable, E. Todd |
| **Subject:** | Delphi v. Valeo, Adv. Pro. No. 07-02534 |
| **Attachments:** | DETROIT-#4226008-v2-Valeo_Consent_Order_Dismissing_Various_Defendants.DOC |

    As you know, in the Reorganized Debtors' Omnibus Response at page 46, footnote 13, Butzel agrees to stipulate to the dismissal of non-entity/non-existent defendants. We have sent proposed orders to Butzel for the dismissal of non-existent entities in the Affinia and MSX adversary proceedings. We were pleased to see that Togut joined in the Reorganized Debtors' Omnibus Response.

    Therefore, enclosed for your signature is a proposed "Consent Order (i) Dismissing "Valeo," "Valeo Airflow Division," "Valeo Climate Control USA," "Valeo Electronics NA" and "Valeo Wiper Systems & Electronic Motors North America;" and (ii) Correctly Identifying Valeo Electrical Systems and Valeo Climate Control USA.

    Please let me know if you want any changes in the form of order. Otherwise, please sign and return to me no later than June 21, 2010.

## HONIGMAN

**Judy B. Calton**
Partner
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7344
Fax Number: (313) 465-7345
Cell Phone Number: (248) 496-6377
jcalton@honigman.com
www.honigman.com

6/16/2010

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
E. Todd Sable (P54956)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Valeo Climate Control Corp.,
Valeo Electrical Systems, Inc., Valeo, Inc. and
Valeo Schalter und Sensoren GmbH

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
DPH HOLDINGS CORPORATION, et al.,                           :    Case No. 05-44481 (RDD)
                                                            :    (Jointly Administered
        Debtors.                                            :
                                                            :
------------------------------------------------------------x
                                                            :
DPH HOLDINGS CORPORATION, et al.,                           :
                                                            :
                                                            :    Adv. Pro. No. 07-02534
        Plaintiffs,                                         :
                                                            :
v.                                                          :
                                                            :
VALEO, VALEO AIRFLOW DIVISION, VALEO                        :
CLIMATE CONTROL USA, VALEO ELECTRICAL                       :
SYSTEMS, VALEO ELECTRONICS NA, VALEO                        :
INC., VALEO SCHALTER UND SENSOREN AND                       :
VALEO WIPERSYSTEMS & ELECTRIC MOTORS                        :
NORTH AMERICA,                                              :
                                                            :
        Defendants.                                         :
------------------------------------------------------------x

**CONSENT ORDER (i) DISMISSING "VALEO," "VALEO AIRFLOW DIVISION,"**
**VALEO ELECTRONICS NA" AND "VALEO WIPER SYSTEMS & ELECTRONIC**
**MOTORS NORTH AMERICA" AND (ii) CORRECTLY IDENTIFYING VALEO**
**ELECTRICAL SYSTEMS AND VALEO CLIMATE CONTROL USA**

This matter having come before the Court upon the stipulation of Plaintiff DPH Holdings Corp. and Defendants Valeo Climate Control Corp., Valeo Electrical Systems, Inc., Valeo, Inc. and Valeo Schalter und Sensoren GmbH; no further notice or hearing being required; and the Court being fully advised in the premises and finding good cause for entry of this Order:

IT IS ORDERED THAT:

1. "Valeo," "Valeo Airflow Division," "Valeo Electronics NA" and "Valeo Wiper Systems & Electronic Motors North America," are dismissed as defendants in this adversary proceeding.

2. Defendant "Valeo Climate Control USA" will be identified in this adversary proceeding as "Valeo Climate Control Corp." and Defendant "Valeo Electrical Systems" will be identified in this adversary proceeding as "Valeo Electrical Systems, Inc."

2. The caption of this adversary proceeding is amended as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered |

------------------------------------------------------------x

| | |
|---|---|
| DPH HOLDINGS CORPORATION, et al., | |
| Plaintiffs, | Adv. Pro. No. 07-02534 |
| v. | |
| VALEO CLIMATE CONTROL CORP., VALEO ELECTRICAL SYSTEMS, INC., VALEO INC. AND VALEO SCHALTER UND SENSOREN GmbH | |
| Defendants. | |

------------------------------------------------------------x

2

_____<br>
UNITED STATES BANKRUPTCY JUDGE

Dated:_____
   New York, New York

**STIPULATED AND AGREED:**

| | |
|---|---|
| TOGUT, SEGAL & SEGAL LLP | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| Attorneys for DPH Holdings Corporation, et al. | Attorneys for Valeo Climate Control Corp., Valeo Electrical Systems, Inc., Valeo Inc. and Valeo Schalter und Sensoren GmbH |
| By: _____<br>   Daniel F. X. Geoghan<br>One Penn Plaza<br>Suite 3335<br>New York, NY  10119<br>Telephone:  (212) 594-5000<br>Facsimile:  (212) 967-4258 | By:___/s/ Judy B. Calton_____<br>   Judy B. Calton (MI Bar No.: P38733)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>Telephone:  (313) 465-7626<br>Facsimile:  (313) 465-7627<br>e-mail:  jcalton@honigman.com |

DETROIT.4226008.2

3