HONIGMAN MILLER SCHWARTZ AND COHN LLP
I. W. Winsten (P30528)
Judy B. Calton (P38733)
Douglas Salzenstein (P59288)
Marcia Bennett Boyce (P67584)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendants Affinia Group Holdings, Inc.,
Affinia Canada Corp., and Brake Parts, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
———————————————————————/

DELPHI CORPORATION, et al.                      Chapter 11
                                                Case No. 05-44481 (RDD)
                                                Jointly Administered

———————————————————————/

DELPHI CORPORATION,  et al.,

        Plaintiffs,                             Adv. Pro. No. 07-02198(RDD)

Against

AFFINIA GROUP HOLDINGS, INC.,
AFFINIA, AFFINIA CANADA CORP.,
AFFINIA GROUP, AFFINIA CANADA, BRAKE
PARTS, INC., ITAPSA S.A. DE C.V.
AND WIX FILTRATION
PRODUCTS EUROPE

        Defendants.
———————————————————————/

DELPHI CORPORATION, et al.,

      Plaintiffs,                             Adv. Pro. No. 07-02328 (RDD)

v.

GKNS INTERMETALS,

      Defendant.

_____/

DELPHI CORPORATION,  et al.,

      Plaintiffs,                             Adv. Pro. No. 07-02484 (RDD)

v.

MSX, MSX INTERNATIONAL AND MSX
INTERNATIONAL INC.,

      Defendants.

_____/

DELPHI CORPORATION, et al.,

      Plaintiffs,                             Adv. Pro. No. 07-02534 (RDD)

v.

VALEO, VALEO AIRFLOW DIVISION, VALEO
CLIMATE CONTROL USA, VALEO ELECTRICAL
SYSTEMS, VALEO ELECTRONICS NA, VALEO
INC., VALEO SCHALTER UND SENSOREN AND
VALEO WIPER SYSTEMS & ELECTRIC MOTORS
NORTH AMERICA,

      Defendants.

_____/

## CERTIFICATE OF SERVICE

     I hereby certify that on July 2, 2010, I caused to be electronically filed *Reply Memorandum of Law in Support of Motion of Affinia, GKN, MSX and Valeo to: (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint With Prejudice; (C) and Dismiss*

*the Claims Against Certain Defendants Named in the Complaint; and (D) Dismiss Claims Based on Assumption of Contracts; or (E) In the Alternative to Require Plaintiffs to file A more Definite Statement* using the ECF system which will send notification of such filing to the following:

J. Ted Donovan TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

Anne Marie Aaronson aaronsoa@pepperlaw.com

David B. Aaronson david.aaronson@dbr.com

Elizabeth Abdelmasieh elizabeth@regencap.com

Marc Abrams maosbny@willkie.com, mabrams@willkie.com

Letitia Accarrino Laccarrino@wilentz.com

Franklin C. Adams franklin.adams@bbklaw.com

Robert H. Adams rha@hsy.com, cpm@hsy.com;mjb@hsy.com

Jennifer L. Adamy bankruptcy@goodwin.com

David J. Adler dadler@mccarter.com

Michael J. Alerding malerding@binghammchale.com

Derek P. Alexander dalexand@debevoise.com, pacer@gruss.com

Joseph W. Allen jallen@jaeckle.com

Christopher A. Andreoff candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker philip.anker@wilmerhale.com

Joel D. Applebaum japplebaum@clarkhill.com

Bruce D. Atherton batherton@bathertonlaw.com

Allison R. Bach abach@dickinsonwright.com

Stephen M. Bales sbales@zieglermetzger.com

C. David Bargamian dbargamian@bsdd.com

Courtney Engelbrecht Barr cbarr@lockelord.com, docket@lockelord.com

William J. Barrett william.barrett@bfkn.com

David S. Barritt barritt@chapman.com

William M. Barron wbarron@sgrlaw.com, dbarron@sgrlaw.com;plee@sgrlaw.com

Donald F. Baty dbaty@honigman.com

Douglas P. Baumstein dbaumstein@whitecase.com,
    lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com

Peter Nils Baylor pnb@nutter.com

Ronald Scott Beacher rbeacher@daypitney.com

W. Robinson Beard jkirk@stites.com

Thomas M. Beeman tom@beemanlawoffice.com

Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett rbennett@kirkland.com,
    pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com
    ;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.co
    m;brad.weiland@kirkland.com

Neil Matthew Berger neilberger@teamtogut.com,
    abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@team
    togut.com;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;kac
    kerman@teamtogut.com;mhamersky@teamtogut.com;mdubatowka@teamtogut.com;nm
    oss@teamtogut.com

Leslie Ann Berkoff lberkoff@moritthock.com

Richard J. Bernard rbernard@bakerlaw.com

Jeffrey Bernstein jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-
    law.com

Daniel B. Besikof dbesikof@loeb.com

Brendan G. Best ssalinas@dykema.com

Brendan G. Best ssalinas@dykema.com

Beth Ann Bivona bbivona@damonmorey.com,
    wsavino@damonmorey.com;mbrennan@damonmorey.com

Christopher B. Block block@gordonrees.com

Anthony D. Boccanfuso Anthony_Boccanfuso@aporter.com

Florence Bonaccorso-Saenz florence.saenz@la.gov

Charles E. Boulbol rtrack@msn.com

Claude R. Bowles crb@gdm.com, shm@gdm.com

Jordan Brackett jbrackett@fklaw.com, vgarvey@fklaw.com

Eliza K. Bradley ebradley@robergelaw.com

Kate M. Bradley kbradley@brouse.com, jhickey@brouse.com

William M. Braman wbraman@meplegal.com

Wendy D. Brewer wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com

Allan S. Brilliant allan.brilliant@dechert.com

Lynn M. Brimer lbrimer@stroblpc.com, sfraser@stroblpc.com

Timothy W. Brink timothy.brink@dlapiper.com

James L. Bromley maofiling@cgsh.com

Mark A. Broude mark.broude@lw.com, peter.gilhuly@lw.com

Robert F. Brown rbrown@rendigs.com

Lee B. Brumitt lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Adam D. Bruski adbruski@lambertleser.com

Daniel E. Bruso dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Jacob Buchdahl jbuchdahl@susmangodfrey.com

Deborah M. Buell maofiling@cgsh.com

Martin G. Bunin marty.bunin@alston.com

Kevin J. Burke kburke@cahill.com

Brent Adam Burns bburns@babfirm.com

Michael G. Busenkell mbusenkell@wcsr.com

John Wm. Butler jbutler@skadden.com

Christopher M. Cahill ccahill@clarkhill.com

Aaron R. Cahn cahn@clm.com

Robert A. Calinoff rcalinoff@candklaw.com

Judy B. Calton jcalton@honigman.com

Paul W. Carey bankrupt@modl.com, pwcarey@modl.com

Scott Cargill scargill@lowenstein.com

James C. Carignan carignanj@pepperlaw.com;custerm@pepperlaw.com

Eric D. Carlson carlson@millercanfield.com

James S. Carr KDWBankruptcyDepartment@kelleydrye.com

D. Christopher Carson ccarson@burr.com

Michelle Carter mcarter@kslaw.com, pwhite@kslaw.com;;dmeadows@kslaw.com

Erin M. Casey erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Linda J. Casey caseyl@pepperlaw.com,
     jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pep
     perlaw.com

Michael Cassell mcassell@lefkowitzhogan.com

Katherine R. Catanese kcatanese@foley.com

Ben T. Caughey ben.caughey@icemiller.com

George B. Cauthen george.cauthen@nelsonmullins.com,
     mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Babette A. Ceccotti bceccotti@cwsny.com, ecf@cwsny.com

Michael J. Chapman mchapman@rendigs.com

Sarah B. Chapman Carter scarter@pselaw.com

Erik G. Chappell egc@lydenlaw.com

J Eric Charlton echarlton@hiscockbarclay.com

Conrad Chiu cchiu@daypitney.com

Gloria M. Chon gloria.chon@kkue.com

Joseph L. Clasen jclasen@rc.com, sgleason@rc.com;promanello@rc.com;tgorrell@rc.com

David D. Cleary mkhambat@dl.com

Marvin E. Clements agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com

Michael A. Cohen macohen@kirkland.com

Theodore A. Cohen tcohen@smrh.com, amontoya@sheppardmullin.com

Magdeline D. Coleman magdeline.coleman@bipc.com, donna.curcio@bipc.com

Mark B. Conlan mconlan@gibbonslaw.com

Dennis J. Connolly dconnolly@alston.com

Susan M. Cook smcook@lambertleser.com

Jesse Cook-Dubin jcookdubin@vorys.com, cdfricke@vorys.com

Dawn R. Copley dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Joseph N. Cordaro joseph.cordaro@usdoj.gov

Trent P. Cornell tcornell@stahlcowen.com

Patrick M. Costello pcostello@bbslaw.com

Thomas W. Cranmer cranmer@millercanfield.com,
    rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo dcrapo@gibbonslaw.com

Tyson A. Crist tcrist@szd.com

Maureen A. Cronin mao-ecf@debevoise.com

Michael G. Cruse mcruse@wnj.com, hziegler@wnj.com

Gary H. Cunningham gcunningham@gmhlaw.com

Louis A. Curcio lcurcio@sonnenschein.com

Vincent D'Agostino vdagostino@lowenstein.com, jbecht@lowenstein.com

Jeannine D'Amico jeannine.damico@cwt.com

Sherri Lynn Dahl sdahl@ssd.com, SSzymanski@ssd.com

Michael R. Dal Lago bankruptcy@morrisoncohen.com

Michael S. Davis mdavis@zeklaw.com,
    mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre cdelatorre@boselaw.com

James J. DeCristofaro james.decristofaro@lovells.com

Karen Veronica DeFio kdefio@bsk.com, kdoner@bsk.com;tayers@bsk.com

James E. DeLine jed@krwlaw.com, pal@krwlaw.com

J. Michael Debbeler mdebbeler@graydon.com

Robert Dehney rdehney@mnat.com,
  cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights
  @mnat.com

Karol K. Denniston karol.denniston@dlapiper.com

Gerard DiConza gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman houston_bankruptcy@publicans.com

Gianni Dimos gianni.dimos@pillsburylaw.com

Karen Dine karen.dine@pillsburylaw.com

Stephen A. Donato sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

Amish R. Doshi adoshi@daypitney.com

Mary Joanne Dowd dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

Daniel D. Doyle ddoyle@spencerfane.com,
  kcollier@spencerfane.com;ssidebottom@spencerfane.com

David G. Dragich ddragich@harringtondragich.com

David B. Draper ddraper@terra-law.com

Dennis J. Drebsky ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk rdremluk@seyfarth.com,
  pbaisier@seyfarth.com;dchristian@seyfarth.com,

Seth A. Drucker sdrucker@honigman.com

David W. Dykhouse mcobankruptcy@pbwt.com

Frank L. Eaton featon@whitecase.com,
  icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com

Erica L. Edman eedman@pillsburywinthrop.com

Daniel Egan degan@kslaw.com

Gayle Ehrlich gehrlich@sandw.com, ccarlson@sandw.com

Robert L. Eisenbach reisenbach@cooley.com

David M. Eisenberg deisenberg@ermanteicher.com

Judith Elkin judith.elkin@haynesboone.com

Paige Leigh Ellerman ellerman@taftlaw.com, docket@taftlaw.com

Kristin Elliott kelliott@kelleydrye.com

Rex H. Elliott loris@cooperelliott.com

Alyssa Englund aenglund@orrick.com

Michael R. Enright menright@rc.com

Richard L. Epling richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich margot.erlich@pillsburylaw.com

Scott L. Esbin bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga sfalanga@connellfoley.com

Marc Falcone mfalcone@paulweiss.com

Eugene I. Farber efarber747@aol.com

Kathleen A. Farinas kf@lgrslaw.com

Robert Michael Farquhar mfarquhar@winstead.com, whsu@winstead.com

William L. Farris farrisw@sullcrom.com

Bonnie Glantz Fatell fatell@blankrome.com

Oscar B. Fears bfears@law.ga.gov

Benjamin D. Feder KDWBankruptcyDepartment@kelleydrye.com

Robert J. Feinstein rfeinstein@pszyj.com, dharris@pszyjw.com

Ilene J. Feldman collinsfeldman@aol.com

Richard L. Ferrell Ferrell@taftlaw.com

Charles J. Filardi charles@filardi-law.com, abothwell@filardi-law.com

Eric Fisher fishere@butzel.com, richarda@butzel.com

Elizabeth K. Flaagan eflaagan@faegre.com

Jonathan L. Flaxer jflaxer@golenbock.com,
    ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com

Daniel A. Fliman dfliman@kasowitz.com, courtnotices@kasowitz.com

Paul C. Foley foley@mountaindearborn.com

Jonathan D. Forstot jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Z. Fowler leticiabustinduy@quinnemanuel.com

Edward M. Fox edward.fox@klgates.com

Shawn Randall Fox sfox@mcguirewoods.com

Joseph D. Frank jfrank@fgllp.com,
    ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

Mark S. Frankel mfrankel@couzens.com

Thomas M. Franklin tmflaw@swbell.net

Edward A. Friedman efriedman@fklaw.com, vgarvey@fklaw.com

Michael Friedman mfriedman@rkollp.com,
    mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com

Scott J. Friedman sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

Patricia B. Fugee pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com

Lars H. Fuller lfuller@rothgerber.com

Timothy A. Fusco fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa tgaa@bbslaw.com, catherine@bbslaw.com

James Gadsden bankruptcy@clm.com

James M. Garner jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry vgarry@ag.state.oh.us

Joanne Gelfand joanne.gelfand@akerman.com

Yann Geron ygeron@foxrothschild.com

Philip J. Giacinti pjg@procopio.com, caw@procopio.com

Karen Giannelli kgiannelli@gibbonslaw.com

Leo J. Gibson lgibson@bsdd.com

A. Spencer Gilbert sgilbert@asgilbert.com, kimwolford@asgilbert.com

Celeste R. Gill gillc1@michigan.gov

Joseph M. Gitto jgitto@nixonpeabody.com

Rozanne M. Giunta rmgiunta@lambertleser.com

Eduardo J. Glas eglas@mccarter.com

Jeffrey R. Gleit jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick larryglick@erols.com

Ronald L. Glick rlg@stevenslee.com

Dean M. Gloster dgloster@fbm.com

Matthew Alexander Gold courts@argopartners.net

Eric D. Goldberg egoldberg@Stutman.com

Scott R. Goldberg sgoldber@quarles.com

Thomas D. Goldberg tdgoldberg@dbh.com

Scott A. Golden sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich nashvillebankruptcyfilings@stites.com

Robert D. Gordon rgordon@clarkhill.com

Neil Andrew Goteiner ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Gary A. Gotto ggotto@krplc.com

Garry M. Graber ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com

David S. Gragg dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham jgraham@taftlaw.com,
    ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

Warren R. Graham wrg@dmlegal.com

Corey D. Grandmaison corgra@bkf-law.com, aijhal@bkf-law.com

Jonathan S. Green greenj@millercanfield.com

John T. Gregg jgregg@btlaw.com

Lisa S. Gretchko lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

David M. Grogan dgrogan@slk-law.com

Stephen H. Gross sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin jgrubin@tnsj-law.com, snobles@tnsj-law.com

Kevin Grzelak phcdelphi@priceheneveld.com

Peter J. Gurfein pgurfein@akingump.com

Elizabeth A. Haas info@thehaaslawfirm.com

Cynthia J. Haffey haffey@butzel.com

Richard F. Hahn rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com

Dennis M. Haley dhaley@winegarden-law.com

Alan D. Halperin ahalperin@halperinlaw.net,
    spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Michael C. Hammer mchammer2@dickinsonwright.com

William J. Hanlon whanlon@seyfarth.com

Kristopher M. Hansen insolvency2@stroock.com

Jill M. Hartley jh@previant.com

Brian W. Harvey bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Bruce A. Harwood bharwood@sheehan.com,
    ntoli@sheehan.com;nhbankruptcycourt@sheehan.com

Lonie A. Hassel lah@groom.com

William M. Hawkins whawkins@loeb.com, sorszula@loeb.com;jjensen@dimontelaw.com

Nava Hazan nhazan@mwe.com

Ryan D. Heilman rheilman@schaferandweiner.com

Ira L. Herman ira.herman@tklaw.com,
    orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman Nherman@morganlewis.com

Brian S. Hermann bhermann@paulweiss.com

Jennifer B. Herzog jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

William Heuer wheuer@duanemorris.com

Robert M. Hirsh hirsh.robert@arentfox.com, constantino.nova@arentfox.com

Shannon E. Hoff mstinson@burr.com

Marie Polito Hofsdal marie.hofsdal@wilsonelser.com

Albert L. Hogan al.hogan@skadden.com,
    andrew.fuchs@skadden.com;chdocket@skadden.com

Michelle R. Holl mholl@mayerbrownrowe.com

Evan C. Hollander ehollander@whitecase.com,
    mcosbny@whitecase.com;jdisanti@whitecase.com

Pamela Smith Holleman pholleman@sandw.com

Casey B. Howard choward@lockelord.com

John R. Humphrey jhumphrey@taftlaw.com,
    jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

P. Warren Hunt pwh@krwlaw.com

John J. Hunter jrhunter@hunterschank.com,
    sharonaldrich@hunterschank.com;mcraig@hunterschank.com

Jay W. Hurst jay.hurst@oag.state.tx.us

Donald J. Hutchinson hutchinson@millercanfield.com

Roland Hwang hwangr@michigan.gov

Mark S. Indelicato
    eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpat
    wardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com;l
    schlussel@hahnhessen.com

Michael G. Insalaco minsalaco@zeklaw.com

Michael J. Jacobs mjacobs@hbss.net

Susan Jennik sjennik@kjmlabor.com

Nan E. Joesten njoesten@fbm.com

Mary L. Johnson mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones rjones@bccb.com

Richard Josephson basargent@stoel.com

John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com

David J. Jurkiewicz djurkiewicz@boselaw.com, mwakefield@boselaw.com

Allen G. Kadish kadisha@gtlaw.com, cusumanod@gtlaw.com

Robert G. Kamenec rkamenec@plunkettcooney.com

Dana P. Kane lsi@liquiditysolutions.com

Karel S. Karpe karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner andrew.kassner@dbr.com

William M. Katich wkatich@atg.state.il.us

Kristi A. Katsma kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Jordan Kaye jkaye@kramerlevin.com

Patrick J. Keating pkeating@bdblaw.com

David Kennedy david.kennedy2@usdoj.gov

Thomas M. Kennedy tkennedy@kjmlabor.com

Michael P. Kessler michael.kessler@weil.com

Jocelyn Keynes jkeynes@halperinlaw.net

Jocelyn Keynes jk@stevenslee.com

Ron Kilgard BankruptcyECF@krplc.com

Tami Hart Kirby tkirby@porterwright.com

Myron Kirschbaum mkirschbaum@kayescholer.com

Karen L. Kirshenbaum kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman jkleinman@fgllp.com

Tracy L. Klestadt tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg bklineberg@moritthock.com

Anthony J. Kochis akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Howard Koh hkoh@meisterseelig.com

Seth F. Kornbluth skornbluth@herrick.com

Alan M. Koschik akoschik@brouse.com

Lawrence J. Kotler ljkotler@duanemorris.com

Deborah Kovsky-Apap kovskyd@pepperlaw.com,
    kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Stuart A. Krause skrause@zeklaw.com

Julia S. Kreher jkreher@hodgsonruss.com,
    rleek@hodgsonruss.com;mreyen@hodgsonruss.com

Patrick J. Kukla pkukla@carsonfischer.com

Duane Kumagai dkumagai@rutterhobbs.com

Glenn M. Kurtz gkurtz@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

Randall D. LaTour rdlatour@vssp.com, cdfricke@vorys.com

Robinson B. Lacy Lacyr@sullcrom.com

Darryl S. Laddin bkrfilings@agg.com

Ralph L. Landy landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven slaven@bfca.com

James N. Lawlor jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou elazarou@reedsmith.com, elazarou@reedsmith.com

Harlan Mitchell Lazarus hmllaw@att.net, hmllaw@att.net

David H. Lee dlee@nixonpeabody.com

Thomas A. Lee notices@becket-lee.com

David S. Lefere davidl@bolhouselaw.com

Eugene Leff eleff@oag.state.ny.us

Rachel Jeanne Lehr rachel.lehr@dol.lps.state.nj.us

Michael S. Leib msl@maddinhauser.com, bac@maddinhauser.com

Harris Donald Leinwand hleinwand@aol.com, hleinwand@aol.com

David E. Lemke david.lemke@wallerlaw.com,
    cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com
    ;bk@wallerlaw.com

Joseph H. Lemkin jhlemkin@duanemorris.com,
    tjsantorelli@duanemorris.com;dalvarado@duanemorris.com

Ira M. Levee ilevee@lowenstein.com, mseymour@lowenstein.com

Jill Levi jlevi@toddlevi.com, drosenberg@toddlevi.com

Jonathan Levine jlevine@andrewskurth.com, jlevine@akllp.com

Kenneth M. Lewis klewis@lewispllc.com

Kim Martin Lewis kim.lewis@dinslaw.com,
    john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Barry E. Lichtenberg barryster@att.net

Mark S. Lichtenstein mlichtenstein@crowell.com, mlichtenstein@crowell.com

David Liebov liebovd@sullcrom.com

Carmen H. Lonstein carmen.lonstein@bakernet.com

Eric Lopez Schnabel mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Dennis W. Loughlin dloughlin@wnj.com, robinclark@wnj.com

Daniel A. Lowenthal dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz plubitz@nyc.rr.com

Donald K. Ludman dludman@brownconnery.com

Matthew J. Lund kovskyd@pepperlaw.com

Douglas L. Lutz dlutz@fbtlaw.com

Christopher A. Lynch clynch@reedsmith.com

John H. Maddock jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com

Amina Maddox amina.maddox@law.dol.lps.state.nj.us

John S. Mairo jsmairo@pbnlaw.com,
    mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@p
    bnlaw.com;kdcurtin@pbnlaw.com

Donald W. Mallory dmallory@ctks.com, ddcass@ctks.com

Richard Mancino maosbny@willkie.com, rmancino@willkie.com

Jacob A. Manheimer jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Kayalyn A. Marafioti kmarafio@skadden.com, John.Murphy@skadden.com

Wendy G. Marcari wmarcari@ebglaw.com, nyma@ebglaw.com

Alan E. Marder lgomez@msek.com

Andrew L. Margulis amargulis@ropers.com

Kenneth S. Marks kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

Ilan Markus ilan.markus@leclairryan.com

John J. Marquess jjm@legalcost.com

Madison L. Martin nashvillebankruptcyfilings@stites.com

Richard Gary Mason rgmason@wlrk.com, calert@wlrk.com

Victor J. Mastromarco vmastromar@aol.com

Kathleen Leicht Matsoukas kmatsoukas@btlaw.com

Deborah A. Mattison dmattison@wcqp.com

Douglas Kirk Mayer dkmayer@wlrk.com, calert@wlrk.com

Kristin B. Mayhew abothwell@pepehazard.com

Alan S. Maza mazaa@sec.gov

Jil Mazer-Marino jmazermarino@msek.com, kgiddens@msek.com

Daniel P. Mazo dpm@curtinheefner.com

Aaron G. McCollough amccollough@mcguirewoods.com

Michael K. McCrory michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Robert F. McDonough rmcdonough@polsinelli.com,
    ahatch@polsinelli.com;tbackus@polsinelli.com

Ralph E. McDowell rmcdowell@bodmanllp.com

Douglas J. McGill douglas.mcgill@dbr.com

Frank McGinn ffm@bostonbusinesslaw.com

Scott S. McKessy smckessy@reedsmith.com

Terence McLaughlin maosbny@willkie.com, tmclaughlin@willkie.com

Michelle McMahon michelle.mcmahon@bryancave.com,
    dortiz@bryancave.com;wcrenshaw@pogolaw.com

Greta A. McMorris gmcmorris@stinsonmoheck.com

Austin L. McMullen amcmullen@babc.com

Patrick E. Mears patrick.mears@btlaw.com

Derek F. Meek dmeek@burr.com

Barbara S Mehlsack bmehlsack@gkllaw.com

Timothy Mehok timothy.mehok@hellerehrman.com

Ron E. Meisler rmeisler@skadden.com

Richard G. Menaker rmenaker@mhjur.com

Marc B. Merklin mmerklin@brouse.com

Richard M. Meth msteen@foxrothschild.com, spmicklich@daypitney.com

G. Christopher Meyer cmeyer@ssd.com

Sally Meyer smeyer@madisonliquidity.com

Merle C. Meyers mmeyers@mlg-pc.com

Robert N. Michaelson rmichaelson@klgates.com

Angela Z. Miller amiller@phillipslytle.com, jhahn@phillipslytle.com

Brian Parker Miller parker.miller@alston.com

Kathleen M. Miller kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

Alan K. Mills amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff rminkoff@jefferies.com, mrichards@jefferies.com

Benjamin Mintz bmintz@kayescholer.com,
    daniel.bloom@kayescholer.com;rpawlowski@kayescholer.com;maosbny@kayescholer.c
    om

Joseph Thomas Moldovan bankruptcy@morrisoncohen.com

James P. Moloy jmoloy@boselaw.com

Michael C. Moody mmoody@orourkeandmoody.com,
    firm@orourkeandmoody.com;morourke@orourkeandmoody.com

Audrey E. Moog amoog@hhlaw.com

Brett S. Moore bsmoore@pbnlaw.com,
    mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@p
    bnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Brian F. Moore bmoore@mccarter.com

Gene T. Moore gtmlaw@bellsouth.net

James O. Moore james.moore@dechert.com, james.moore@dechert.com

Thomas R. Morris morris@silvermanmorris.com, morris@silvermanmorris.com

Lawrence F. Morrison morrlaw@aol.com

Sarah E. Morrison sarah.morrison@doj.ca.gov

Whitney L. Mosby wmosby@binghammchale.com

Eric T. Moser eric.moser@klgates.com,
    kristen.serrao@klgates.com;felton.parrish@klgates.com

Alisa Mumola alisa@contrariancapital.com

Jill L. Murch jmurch@foley.com, khall@foley.com

James P. Murphy murph@berrymoorman.com

Shannon Lowry Nagle snagle@omm.com, bwajda@omm.com

Stephen M. Nagle stephen.nagle@oag.state.ny.us

Jennifer L. Nassiri jennifer.nassiri@dlapiper.com

Bruce S. Nathan bnathan@lowenstein.com

David Neier dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier mneier@ibolaw.com

Harold E. Nelson hal@nlsg.com

Michael R. Nestor bankfilings@ycst.com

Marie L. Nienhuis pmitchell@bcblaw.net

Timothy F. Nixon tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton rnorton@hunton.com

Kasey C. Nye kasey.nye@quarles.com

Michael P. O'Connor mpolaw@aol.com

Michael O'Hayer mkohayer@aol.com

Michael B. O'Neal moneal@wnj.com

Judy A. O'Neill joneill@foley.com

Martin P. Ochs martin@oglaw.net

Sean A. Okeefe sokeefe@winthropcouchot.com

Norman D. Orr norman.orr@kkue.com

Patrick J. Orr porr@klestadt.com

Lawrence E. Oscar leoscar@hahnlaw.com, hlpcr@hahnlaw.com

Karen Ostad kostad@mofo.com

Mark Russell Owens mowens@btlaw.com,
    mowens@btlaw.com;bankruptcyindy@btlaw.com

Isaac M. Pachulski ipachulski@stutman.com

Nicholas R. Pagliari npagliari@quinnfirm.com,
    mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella cpalella@kurzman.com

Ingrid S. Palermo ipalermo@bsk.com

Sapna W. Palla spalla@kayescholer.com,
    bmintz@kayescholer.com;maosbny@kayescholer.co

George Panters gpanteris@panterislaw.com

Charles N. Panzer cpanzer@sillscummis.com

Lenard M. Parkins lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com

Richard J. Parks rjp@pietragallo.com, kas2@pietragallo.com

Barbra R. Parlin barbra.parlin@hklaw.com, chip.lancaster@hklaw.com

Tiiara N.A. Patton tpatton@calfee.com, nwheatley@calfee.com

Melissa A. Pena mapena@nmmlaw.com

Anne J. Penachio apenachio@pmlawllp.com;penachio.anne@gmail.com,
    fmalara@pmlawllp.com;bk@pmlawllp.com

Susan P. Persichilli susan.persichilli@bipc.com

Geoffrey J. Peters colnyecf@weltman.com

Lowell Peterson lpeterson@msek.com

Ronald R. Peterson rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Robert A. Peurach rpeurach@gdakmak.com

Ed Phillips ephillips@thurman-phillips.com

Christine A.M. Pierpont cpierpont@ssd.com

Shone Pierre florence.saenz@la.gov

Oscar N. Pinkas opinkas@sonnenschein.com

Leslie A. Plaskon leslieplaskon@paulhastings.com

James A. Plemmons jplemmons2@dickinsonwright.com

Constantine Pourakis cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschn itzer@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprim m@hahnhessen.com;nrigano@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahn hessen.com

Susan Power-Johnston sjohnston@cov.com

Ronald S. Pretekin pretekin@coollaw.com, piatt@coollaw.com

Susan Przekop-Shaw przekopshaws@michigan.gov

Dennis E. Quaid dquaid@fagelhaber.com

Amanda Raboy araboy@cov.com

Thomas B. Radom radom@butzel.com

John J. Rapisardi john.rapisardi@cwt.com,
agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

Craig V. Rasile crasile@hunton.com,
mtucker@hunton.com,adeboer@hunton.com,keckhardt,mmannering@hunton.com

Dennis Jay Raterink raterinkd@michigan.gov

Gary Ravert gravert@mwe.com

Eric T. Ray eray@balch.com

Jo Christine Reed jcreed@sonnenschein.com, rmillner@sonnenschein.com

Lawrence R. Reich reichlaw@aol.com

Steven J. Reisman sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhode au@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com

Susan Fuhrer Reiter sreiter@mijb.com, mtcraig@mijb.com

Kenneth A. Reynolds kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com

Kenneth A. Reynolds kar@pryormandelup.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com

Walter Reynolds wreynolds@porterwright.com

Jeffrey N. Rich jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards mrichards@blankrome.com

Tracy E. Richardson tracy.richardson@dol.lps.state.nj.us

Paul J. Ricotta pricotta@mintz.com

Craig Philip Rieders crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Matthew R. Robbins mrr@previant.com

Elizabeth A. Roberge eroberge@robergelaw.com

H. Buswell Roberts broberts@slk-law.com, droberts@slk-law.com

Ronald L. Rose rrose@dykema.com

Scott D. Rosen srosen@cb-shea.com

Heath D. Rosenblat hrosenblat@kayscholer.com

Paul M. Rosenblatt prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal maofiling@cgsh.com

David A. Rosenzweig DRosenzweig@Fulbright.com

David S. Rosner dfliman@kasowitz.com;courtnotices@kasowitz.com

David E. Roth pdarby@bradleyarant.com

Ira Rubin norma@bizwoh.rr.com

Robert B. Rubin brubin@burr.com

Peter S. Russ peter.russ@bipc.com, donna.curcio@bipc.com

Lyle D. Russell lylerussell@magnusoft.com

Maura I. Russell dangiulo@dreierllp.com, ECFNotices@dreierllp.com

E. Todd Sable tsable@honigman.com

Chester B. Salomon csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com

Brian D. Salwowski bsalwowski@atg.state.in.us

Diane W. Sanders austin.bankruptcy@publicans.com

William A. Sankbeil was@krwlaw.com

Thomas P. Sarb ecfsarbt@millerjohnson.com

Robert V. Sartin rsartin@fbtlaw.com, chruska@fbtlaw.com

William F. Savino wsavino@damonmorey.com, alunday@damonmorey.com

Robert Scannell rscannell@morganlewis.com

Louis A. Scarcella lscarcella@farrellfritz.com

Thomas J. Schank tomschank@hunterschank.com, mcraig@hunterschank.com

Ilan D. Scharf ischarf@pszjlaw.com

Michael L. Schein mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle jrs@parmenterlaw.com, lms@parmenterlaw.com

Andrew W. Schilling aschilling@fklaw.com, vgarvey@fklaw.com

Michael Schlander michael@schlangerlegal.com

William H. Schorling william.schorling@bipc.com, donna.curcio@bipc.com

Christopher P. Schueller christopher.schueller@bipc.com,
    timothy.palmer@bipc.com;donna.curcio@bipc.com

Sheila R. Schwager srs@hteh.com

Andrea B. Schwartz andrea.b.schwartz@usdoj.gov

Bryan I. Schwartz bschwartz@lplegal.com

Kathlyn Schwartz kathlyn.schwartz@akerman.com

Matthew L. Schwartz matthew.schwartz@usdoj.gov

Lisa M. Schweitzer lschweitzer@cgsh.com,
    maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com

Barry N. Seidel seidelb@butzel.com, oliver@butzel.com

Lon J. Seidman filings@spallp.com, lseidman@silvermanacampora.com

Howard Seife arosenblatt@chadbourne.com

Jay Selanders jay.selanders@kutakrock.com

Mark A. Shaiken mshaiken@stinson.com, jgant@stinson.com

Mark H. Shapiro shapiro@steinbergshapiro.com

Mary Kay Shaver mkshaver@varnumlaw.com

Brian L. Shaw bshaw100@shawgussis.com

Andrea Sheehan sheehan@txschoollaw.com,
    coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Howard S. Sher howard@jacobweingarten.com

David M. Sherbin david.sherbin@delphi.com

Andrew Howard Sherman asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill mark.sherrill@sablaw.com

Stephen J. Shimshak sshimshak@paulweiss.com, sshimshak@paulweiss.com

J. Christopher Shore cshore@whitecase.com,
    jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinter
    s@whitecase.com

Robert J. Sidman rjsidman@vorys.com, bkbowers@vorys.com

Robert Sidorsky sidorsky@butzel.com

Glenn E. Siegel Glenn.Siegel@dechert.com

John D. Silk silk@rbmchicago.com

Aaron M. Silver asilver@honigman.com

Paul N. Silverstein paulsilverstein@andrewskurth.com, jlevine@akllp.com

Wendy M. Simkulak wmsimkulak@duanemorris.com

Sam O. Simmerman sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon jsimon@foley.com

Rebecca H. Simoni rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Joseph E. Simpson jsimpson@hselaw.com

Thomas R. Slome lgomez@msek.com

Richard G. Smolev rsmolev@kayescholer.com,
    maosbny@kayescholer.com;rcappiello@kayescholer.com

Jesse L. Snyder jforstot@tpwlaw.com;mmuller@tpwlaw.com

Marc P. Solomon msolomon@burr.com

Sean C. Southard ssouthard@klestadt.com

Paul H. Spaeth spaethlaw@phslaw.com

Robyn J. Spalter notice@regencap.com

Sarah F. Sparrow ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Douglas E. Spelfogel dspelfogel@foley.com

Michael A. Spero jspecf@sternslaw.com

Byron C. Starcher byron.starcher@nelsonmullins.com

Stephen Z. Starr sstarr@starrandstarr.com, schoi@starrandstarr.com

Catherine Steege csteege@jenner.com, jeffrey_cross@discovery.com

Matthew B. Stein mstein@sonnenschein.com

Rick A. Steinberg rsteinberg@nakblaw.com

Bonnie Steingart steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Andrew W. Stern astern@sidley.com

Malani Sternstein msternstein@sheppardmullin.com

Fred Stevens fstevens@foxrothschild.com

Jason V. Stitt jstitt@kmklaw.com

Alexander Stotland axs@maddinhauser.com,
    msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland bstrickland@wtplaw.com

Harvey A. Strickon harveystrickon@paulhastings.com

Joseph G. Strines joseph.strines@dplinc.com

James M. Sullivan sullivan.james@arentfox.com, constantino.nova@arentfox.com

Michelle T. Sutter msutter@ag.state.oh.us

Charles C. Swanekamp cswanekamp@jaeckle.com,
    mbialy@jaeckle.com;smigaj@jaeckle.com

Marc N. Swanson swansonm@millercanfield.com

Paul Sweeney psweeney@loganyumkas.com, jbeckman@loganyumkas.com

Dona Szak dszak@ajamie.com

Douglas T. Tabachnik dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum
    garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intls
    teel.com

Roger L. Tarbutton roger.tarbutton@jocogov.org

Samuel Jason Teele jteele@lowenstein.com,
    gbuccellato@lowenstein.com;klafiura@lowenstein.com

Jay Teitelbaum jteitelbaum@tblawllp.com

Deborah L. Thorne deborah.thorne@btlaw.com, kbruhnke@btlaw.com

Richard S. Toder rtoder@morganlewis.com

Gordon J. Toering gtoering@wnj.com

Albert Togut alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll lawtoll@comcast.net

Martin B. Tucker mtucker@fbtlaw.com

Debra S. Turetsky dturetsky@reedsmith.com

Ann Marie Uetz auetz@foley.com

Raymond J. Urbanik rurbanik@munsch.com

Robert Usadi mmcloughlin@cahill.com

Nina M. Varughese varughesen@pepperlaw.com

Shmuel Vasser shmuel.vasser@dechert.com

Lori V. Vaughan lvaughan@foley.com

Frank F. Velocci frank.velocci@dbr.com, andrew.groesch@dbr.com

James J. Vincequerra jvincequerra@wolfblock.com

Michael J. Viscount mviscount@foxrothschild.com

Gary Vist gvist@masudafunai.com, docketing@masudafunai.com

Joseph J. Vitale jvitale@cwsny.com

Arthur T. Walsh omclaw@aol.com

Sean M. Walsh swalsh@gmhlaw.com

Michael D. Warner bankruptcy@warnerstevens.com

Terence D. Watson twatson@irasacks.com

W. Clark Watson cwatson@balch.com

Robert K. Weiler rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub wweintraub@fklaw.com,
    vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com

Allison H. Weiss aweiss@dl.com,
    aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com

Jay Welford jwelford@jaffelaw.com,
    dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

Robert J. Welhoelter rjwelho@gmail.com

Elizabeth Weller dallas.bankruptcy@publicans.com

David A. Wender david.wender@alston.com

Michael R. Wernette mwernette@schaferandweiner.com

Robert A White rwhite@murthalaw.com

Amy Williams-Derry awilliams-derry@kellerrohrback.com,
    bellis@kellerrohrback.com;bspangler@kellerrohrback.com

Stephen F. Willig swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-
    lynch.com

Eric R. Wilson KDWBankruptcyDepartment@Kelleydrye.com

Eric D. Winston ericwinston@quinnemanuel.com

Jeffrey C. Wisler jcw@cblhlaw.com

Craig A. Wolfe cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Douglas Wolfe dwolfe@asmcapital.com

Robert D. Wolford ecfwolfordr@millerjohnson.com

Scott A. Wolfson swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Kelly A. Woodruff kwoodruff@fbm.com, svillalobos@fbm.com

Jeffrey A. Wurst JWURST@RMFPC.COM

Zhiyuan Xu mxu@schiffhardin.com

David Farrington Yates fyates@sonnenschein.com

Doron Yitzchaki dyitzchaki@dickinsonwright.com

Stephen L. Yonaty syonaty@chwattys.com

Kenneth S. Yudell kyudell@aryllp.com

German Yusufov pcaocvbk@pcao.pima.gov

Helen A. Zamboni hzamboni@underbergkessler.com


The following parties were served by First Class Mail:

DPH Holdings Corp.
Attn: John Brooks
5725 Delphi Drive
Troy, MI 48098

Office of the United States Trustee
for the Southern District of New York
Attn: Alicia M. Leonhard, Esq.
Tracy Hope Davis, Esq.
Brian Masumoto, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004


Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Attorneys for Defendants Affinia Group Holdings, Inc., Affinia Canada Corp., and Brake Parts, Inc.

By: /s/ Judy B. Calton _____
    Judy B. Calton (P38733)
    2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
e-mail: jcalton@honigman.com

Dated: July 2, 2010

DETROIT.4116498.1