**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
Andrew D. Gottfried, Esq.
Rachel Jaffe Mauceri, Esq.

Attorneys for Defendant Wagner-Smith Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :
                                                    :    Chapter 11
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :    Jointly Administered
                          Debtors,                  :
---------------------------------------------------------------x
                                                    :
DELPHI CORPORATION, et al.,                         :    Adv. Pro. No. 07-02581 (RDD)
                                                    :
                          Plaintiffs,               :
                                                    :
     - against -                                    :
                                                    :
                                                    :
WAGNER SMITH COMPANY                                :
                                                    :
                          Defendant.                :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that on July 2, 2010, a true and correct copy of the foregoing *Reply of Wagner-Smith Company to Reorganized Debtors' Omnibus Response to Motions Seeking, Among Other Forms of Relief, Orders to Vacate Certain Procedural Orders Previously Entered by This Court and to Dismiss the Avoidance Actions Against the Moving Defendants* was served electronically through the Court's ECF System on all parties requesting electronic service, and by overnight mail to the following persons at the following addresses:

DB1/65134915.1

Butzel Long, A Professional Corporation
380 Madison Avenue - 22nd Floor
New York, New York 10017
Attn: Eric B. Fisher, Esq.
 Barry N. Seidel, Esq.

Butzel Long, A Professional Corporation
150 West Jefferson - Suite 100
Detroit, Michigan 48226
Attn: Cynthia J. Haffey, Esq.

Togut, Segal & Segal LLP
One Penn Plaza - Suite 3335
New York, New York 10119
Attn: Albert Togut, Esq.


Dated: New York, New York                                   /s/ Kim Raulsome
 July 2, 2010                                                Kim Raulsome