LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
Susan M. Cook (Mich. Bar No. P31514)
Rozanne M. Giunta (Mich. Bar No. P29969)
Adam D. Bruski (Mich. Bar No. P70030)
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
scook@lambertleser.com

Attorneys for Defendant Pro Tech Machine

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
In re                                   )    Chapter 11
                                        )
DELPHI CORPORATION, et al.,             )    Case No. 05-44481 (RDD)
                                        )
         Debtors.                       )    Hon. Robert D. Drain
                                        )
_____  )
                                        )
DELPHI CORPORATION, et al.,             )
                                        )
         Plaintiffs,                    )
                                        )
v.                                      )
                                        )
PRO TECH MACHINE                        )    Adv. Pro. No. 07-02690 (RDD)
                                        )
         Defendant.                     )
_____  )

**JOINDER OF PRO TECH MACHINE IN CERTAIN REPLIES IN SUPPORT OF MOTIONS TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; (C) DISMISS CLAIMS BASED ON ASSUMED CONTRACTS; OR (D) IN THE ALTERNATIVE, REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Defendant Pro Tech Machine ("Defendant"), by its attorneys, Lambert, Leser, Isackson, Cook & Giunta, P.C., hereby joins and adopts the arguments set forth in the following replies in Support of the Motion to Dismiss (the "Replies") filed by:

{00066760}1

REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTIONS OF AFFINA, GKN, MSX AND VALEO TO: (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; (C) AND DISMISS THE CLAIMS AGAINST CERTAIN DEFENDANTS NAMED IN THE COMPLAINT; AND (D) DISMISS CLAIMS BASED ON ASSUMPTION OF CONTRACTS; OR (E) IN THE ALTERNATIVE, TO REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT (ADV. PRO. NO. 07-02534 (ROD))

REPLY OF HP ENTERPRISE SERVICES, LLC AND AFFILIATES IN SUPPORT OF THEIR MOTION FOR AN ORDER DISMISSING THE COMPLAINT WITH PREJUDICE, AND VACATING CERTAIN PRIOR ORDERS PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024 (ADV. PRO. NO. 07-02262 (ROD))

REPLY AND JOINDER IN FURTHER SUPPORT OF MOTION OF JOHNSON CONTROLS, JOHNSON CONTROLS BATTERY GROUP, JOHNSON CONTROLS GMBH & CO. KG AND JOHNSON CONTROLS, INC. TO: (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE, TO DISMISS THE CLAIMS AGAINST CERTAIN DEFENDANTS NAMED IN THE COMPLAINT AND TO REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT (ADV. PRO. NO. 07-02348 (ROD))

REPLY OF WAGNER-SMITH COMPANY TO REORGANIZED DEBTORS' OMNIBUS RESPONSE TO MOTIONS SEEKING, AMONG OTHER FORMS OF RELIEF, ORDERS TO VACATE CERTAIN PROCEDURAL ORDERS PREVIOUSLY ENTERED BY THIS COURT AND TO DISMISS THE AVOIDANCE ACTIONS AGAINST ITHE MOVING DEFENDANTS (ADV. PRO. NO. 07-02581 (ROD))

as well as the replies submitted by the other defendants in the other adversary proceedings who have filed similar motions.

The Defendant adopts and incorporates all of the arguments applicable to the Defendant's circumstances as stated in the Replies and in the original Motion to Dismiss which the Defendant filed on May 14, 2010.

WHEREFORE, the Defendant requests that the Court grant the relief sought in the Defendant's Motion including dismissal of the Adversary Proceeding and in addition grant the Defendant any and all other relief the Court believes available and appropriate.

                      Respectfully submitted,

                      LAMBERT, LESER, ISACKSON,
                      COOK & GIUNTA, P.C.

Dated: July 2, 2010          By:          /s/ Susan M. Cook
                      _____
                      Susan M. Cook (Mich. Bar No. P31514)
                      Rozanne M. Giunta (Mich. Bar No. P29969)
                      Adam D. Bruski (Mich. Bar No. P70030)
                      Attorneys for Defendant Pro Tech Machine
                      916 Washington Ave, Suite 309
                      PO Box 835
                      Bay City, MI  48707
                      989-893-3518
                      scook@lambertleser.com