Timothy A. Fusco, Esq.
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Phone: (313) 496-8435
Fax: (313) 496-8452
E-mail: fusco@millercanfield.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP. et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
PURSUANT TO BANKRUPTCY RULE 2019**

Miller Canfield Paddock & Stone, PLC ("Miller Canfield") represents multiple entities in connection with the above-captioned chapter 11 cases of DPH Holdings Corp. and related subsidiaries and affiliates (collectively, the "Debtors"), and respectfully submits its verified statement concerning such representation pursuant to Fed.R.Bankr.P. 2019(a) as follows:

1. The above-captioned Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code on October 8, 2005 (the "Petition Date").

2. Miller Canfield represents the following entities in these cases:

    (a) Tech Central
    17199 North Laurel Park Drive Suite 224
    Livonia, Michigan 48152

    (b) Niles USA Inc. and Niles USA
    41129 Jo Drive,
    Novi, MI 48375

18,078,966.1\137135-00001

  (c)  Kostal of America Inc. and Kostal Mexicana S.A. de C.V.
     350 Stephenson Hwy.
     Troy, MI 48083

  (d)  NSK Steering Systems America, Inc.
     4200 Goss Road
     Ann Arbor, MI 48105

  (e)  Dr. Schneider Automotive Systems, Inc.
     5775 Brighton Pines Court
     Howell, MI 48843-6403

3. The entities listed above have been named as defendants in separate adversary proceedings filed by the Debtors alleging the receipt of preferential transfers. The Tech Central. Adversary proceeding case number is 07-02672, the Niles USA Inc. and Niles USA adversary proceeding case number is 07-02414, the Kostal of America Inc. and Kostal Mexicana S.A. de C.V. adversary proceeding number is 07-02712, the NSK Steering Systems America, Inc. adversary proceeding number is 07-02459, and the Dr. Schneider Automotive Systems, Inc. adversary proceeding number is 07-02234.

4. Each of the above entities maintains a client relationship with Miller Canfield as counsel retained by each of the entities for the purposes of representing each entity's respective rights in these chapter 11 proceedings.

5. Miller Canfield is representing each of the above individually, and not as a committee of any kind.

6. Miller Canfield reserves the right to supplement or amend this statement, as and when appropriate.

7. Miller Canfield may also represent or advise, or may have represented or advised other parties in interest with respect to these cases that have not been included in this Statement

because the parties that Miller Canfield represents do not currently intend to appear in the cases or such representation(s) have been concluded.

Dated: July 2, 2010     Respectfully Submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

*/s/ Timothy A. Fusco*
Timothy A. Fusco
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
E-mail: fusco@millercanfield.com
Tel: (313) 496-8435
Fax: (313) 496-8452
fusco@millercanfield.com