| | |
|---|---|
| Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids, MI  49503-2487<br>(616) 752-2000 phone<br>(616) 222-2500 fax<br>gtoering@wnj.com<br>moneal@wnj.com<br><br>Gordon J. Toering (GT-3738)<br>(Admitted *Pro Hac Vice*)<br>Michael B. O'Neal (MO-9511)<br>(Admitted *Pro Hac Vice*)<br>Attorneys for Robert Bosch GmbH<br>and Robert Bosch LLC | Hearing Scheduled:  July 22, 2010 at 10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| DELPHI CORPORATION, et al | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proc. No. 07-02800-rdd |
| | : | |
| BOSCH and ROBERT BOSCH GMBH, | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CERTIFICATE OF SERVICE**

      I, Michael B. O'Neal, being at all times over 18 years of age, hereby certify that on July 2, 2010 a true and correct copy of the following:

**ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE ADVERSARY PROCEEDING COMPLAINT WITH PREJUDICE; AND (C) DISMISS THE CLAIMS AGAINST A CERTAIN DEFENDANT ("BOSCH") NAMED IN THE COMPLAINT; OR (D) IN THE ALTERNATIVE, REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

was served electronically through the Court's ECF system on all parties requesting electronic service, and on July 2, 2010 by U.S. mail to the parties indicated below:

**Via U.S. Mail to:**

Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attn: Albert Togut, Esq.

Honorable Robert D. Drain
c/o Clerk's Office of the
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Butzel Long
380 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Eric Fisher, Esq. and
      Berry N. Seidel, Esq.

Dated: Grand Rapids, Michigan
       July 2, 2010

/s/Michael B. O'Neal_____
Michael B. O'Neal