| | |
|---|---|
| MONTGOMERY, ELSNER & PARDIECK, LLP<br>308 West 2nd Street<br>Seymour, IN 47274<br>Telephone: (812) 522-4109<br>Facsimile: (812) 522-6473<br>wbraman@meplegal.com | Hearing Date: July 22, 2010 |

William M. Braman
(Admitted *Pro Hac Vice*)

Attorneys for Universal Tool and Engineering Company, Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

_____

DELPHI CORPORATION, *et al*.

        Plaintiffs

-  against  –                               Adversary Proceeding No. 07-02505-rdd

UNIVERSAL TOOL & ENGINEERING,
UNIVERSAL TOOL & ENGINEERING COMPANY, and
UNIVERSAL TOOL & ENGR CO,

        Defendants
_____

***JOINDER OF UNIVERSAL TOOL & ENGINEERING COMPANY, INC. TO CERTAIN REPLIES IN SUPPORT OF MOTIONS (I) TO VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548 AND 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, AND (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUNDS OF JUDICIAL ESTOPPEL***

      Defendant, Universal Tool & Engineering Company, Inc., an Indiana corporation, incorrectly designated as Universal Tool & Engineering, Universal Tool & Engineering C and

Universal Tool & Engr. Co., in the above-referenced caption ("Universal Tool"), by its undersigned attorney, hereby joins and adopts the arguments set forth in the reply briefs of Hewlett Packard (07-02262), Johnson Controls (07-2348), Wagner Smith (07-2581), Affina Group Holdings, Inc. (07-02198) and other reply briefs, along with the primary briefs filed by defendants in the preference avoidance actions. In the interest of legal and judicial efficiency, Universal Tool will not reiterate the arguments which have already been made in the above-referenced reply briefs. Instead, Universal Tool hereby incorporates by reference, as if fully stated herein, the arguments stated in the above-referenced reply briefs.

        Respectfully submitted,

        /s/ William M. Braman
        William M. Braman
        Montgomery, Elsner & Pardieck, LLP
        308 West 2nd Street
        Seymour, IN 47274
        (812) 522-4109

        Attorney for Universal Tool and
        Engineering Company, Inc.