**ICE MILLER LLP**  
One American Square  
Suite 2900  
Indianapolis, IN 46282-0200  
Tel: 317-236-2100  
Fax: 317-236-2219  
Henry A. Efroymson, Esq.  
Henry.efroymson@icemiller.com  

**HODGSON RUSS LLP**  
60 East 42nd Street  
New York, New York 10165  
Tel: 212-661-3535  
Fax: 212-972-1677  
Deborah J. Piazza, Esq.  
dpiazza@hodgsonruss.com  

*Attorneys for Fin Machine Co. Ltd.*

**Hearing Date: July 22, 2010**  
**Hearing Time: 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| DELPHI CORPORATION, et al., | : | Adv. Pro. No. 07-02274 (RDD) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| - against - | : | |
| | : | |
| FIN MACHINE CO. LTD. | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------------x

- 2 -

**CERTIFICATE OF SERVICE**

        Michael Reyen, by his signature below hereby certifies that (1) I am not a party to the above-entitled action and am over 18 years of age; and (2) on Friday, July 2, 2010, I caused to be served a true and correct hard copy of the Reply and Joinder in Further Support of Fin Machine Co. Ltd's Motion to (i) Vacate Certain Prior Orders of the Court; (ii) Dismiss the Complaint with Prejudice; or (iii) in the Alternative, to Dismiss the Claims Against Certain Defendants Named in the Complaint and to Require Plaintiffs to File a More Definite Statement through the Court's ECF System on all parties requesting electronic service, and by U.S. mail delivery or overnight mail to the following addresses:

| | |
|---|---|
| Butzel Long, A Professional Corporation<br>380 Madison Avenue – 22nd Floor<br>New York, New York 10017<br>Attn: Eric B. Fisher, Esq.<br>      Barry N. Seidel, Esq. | Butzel Long, A Professional Corporation<br>150 West Jefferson – Suite 100<br>Detroit, Michigan 48226<br>Attn: Cynthia J. Haffey, Esq. |
| Togut, Segal & Segal LLP<br>One Penn Plaza – Suite 3335<br>New York, New York 10119<br>Attn: Albert Togut, Esq. | Clerk's Office<br>Attn: Honorable Robert D. Drain<br>      U.S. Trustee<br>United States Bankruptcy Court<br>300 Quarropas Street<br>White Plains, New York 10601 |

                                                    /s/ Michael Reyen
                                                      Michael Reyen

000161/01301 Administrative 7019027v1