**HODGSON RUSS LLP**  
60 East 42nd Street  
New York, New York 10165  
Tel: 212-661-3535  
Fax: 212-972-1677  
Deborah J. Piazza, Esq.  
dpiazza@hodgsonruss.com  

**HODGSON RUSS LLP**  
The Guaranty Building  
140 Pearl Street, Suite 100  
Buffalo, New York 14202-4040  
Tel: (716) 856-4000  
Fax: (716) 8439-0349  
Michael E. Reyen, Esq.  
mreyen@hodgsonruss.com  

*Attorneys for Unifrax Corporation*

Hearing Date: July 22, 2010  
Hearing Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x  
In re:                                              :    Chapter 11  
                                                    :    Case No. 05-44481 (RDD)  
DELPHI CORPORATION, et al.,                         :    Jointly Administered  
                                                    :
                        Debtors,                    :
------------------------------------------------------------x  
                                                    :
DELPHI CORPORATION, et al.,                         :    Adv. Pro. No. 07-02270 (RDD)
                                                    :
                        Plaintiffs,                 :
                                                    :
        - against -                                 :
                                                    :
BP, BP AMOCO CORP, BP MICROSYSTEMS                  :
INC., BP PRODUCTS NORTH AMERICA,                    
CASTROL, CASTROL INDUSTRIAL AND                     
UNIFRAX CORP.                                       :
                                                    :
                        Defendant.                  :
------------------------------------------------------------x

- 2 -

## CERTIFICATE OF SERVICE

Michael Reyen, by his signature below hereby certifies that (1) I am not a party to the above-entitled action and am over 18 years of age; and (2) on Friday, July 2, 2010, I caused to be served a true and correct hard copy of the Reply and Joinder in Further Support of Unifrax Corporation's Motion to (i) Vacate Certain Prior Orders of the Court; (ii) Dismiss the Complaint with Prejudice; or (iii) in the Alternative, to Dismiss the Claims Against Certain Defendants Named in the Complaint and to Require Plaintiffs to File a More Definite Statement through the Court's ECF System on all parties requesting electronic service, and by U.S. mail delivery or overnight mail to the following addresses:

Butzel Long, A Professional Corporation
380 Madison Avenue – 22nd Floor
New York, New York 10017
Attn: Eric B. Fisher, Esq.
          Barry N. Seidel, Esq.

Butzel Long, A Professional Corporation
150 West Jefferson – Suite 100
Detroit, Michigan 48226
Attn: Cynthia J. Haffey, Esq.

Togut, Segal & Segal LLP
One Penn Plaza – Suite 3335
New York, New York 10119
Attn: Albert Togut, Esq.

Clerk's Office
Attn: Honorable Robert D. Drain
          U.S. Trustee
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

      /s/ Michael Reyen
      Michael Reyen