Hearing Date: July 22, 2010

**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
973-992-4800
- and -
100 Park Avenue, 15th Floor
New York, NY 10017
rmeth@foxrothschild.com
RICHARD M. METH, ESQ. (RM7791)(admitted *pro hac vice*)

and

**GREENEBAUM DOLL & MCDONALD PLLC**
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
C. R. BOWLES, ESQ. (admitted *pro hac vice*)
502-589-4200

Attorneys For Defendants, DSSI and DSSI, LLC

| | |
|---|---|
| In re: <br><br> DPH HOLDINGS CORP, *et al.*, <br><br> Reorganized Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br><br> (Jointly Administered) |
| DELPHI CORPORATION, *et al.*, <br><br>                    Plaintiffs, <br><br> - against - <br><br> DSSI and DSSI, LLC, <br><br>                    Defendants. | Adv. Pro. No. 07-02236 (RDD) |

RL1 819120v1 07/02/10

**CERTIFICATE OF SERVICE REGARDING REPLY
OF DSSI DEFENDANTS TO THE DEBTORS' OMNIBUS
RESPONSE, AND JOINDER IN FURTHER SUPPORT OF THE
MOTION OF THE DSSI DEFENDANTS SEEKING AN ORDER
(I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P.
9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES
FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE
COMMENCED BY DELPHI CORPORATION, ET AL. UNDER
11 U.S.C. §§ 541, 544, 545, 547, 548, AND/OR 549, AND EXTENDING THE
TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS;
(II) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 12(B) AND FED. R. BANKR. P. 7012(B)**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Fox Rothschild LLP. My business address is 75 Eisenhower Parkway, Suite 200, Roseland, New Jersey 07068. Fox Rothschild LLP is counsel to the defendants in connection with the above-referenced Adversary Proceeding.

2. On July 2, 2010, I electronically filed the Reply Of DSSI Defendants To The Debtors' Omnibus Response, And Joinder In Further Support Of The Motion Of The DSSI Defendants Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By Delphi Corporation, et al. Under 11 U.S.C. §§ 541, 544, 545, 547, 548, And/Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings; (II) Dismissing The Adversary Proceeding With Prejudice Pursuant To Fed. R. Civ. P. 12(B) And Fed. R. Bankr. P. 7012(B) (the "Reply") with the United States Bankruptcy Court for the Southern District of New York in the Debtors' main bankruptcy case (Case No. 05-44481) and the Adversary Proceeding, Delphi Corporation, *et al*. v. DSSI and DSSI, LLC (Adv. Pro. No. 07-02236), thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

-2-

3. In addition, on that date, I caused copies of the Reply to be served upon the parties identified on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: July 2, 2010

## SERVICE LIST

**Served Via Email On 07/02/2010:**

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226
haffey@butzel.com

Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, New York 10017
efisher@butzel.com
seidelb@butzel.com

**Served Via First Class Mail On 07/02/2010:**

Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, New York 10017

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

DPH Holdings Corp. (f/k/a Delphi Corporation, et al.)
Attn: John Brooks
5725 Delphi Drive
Troy, Michigan 48098

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

RL1 819120v1 07/02/10