**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**DELPHI CORPORATION, et al.,**<br><br>    Debtor. | Chapter 11<br>Case No.: 05-44481 (RDD)<br>(Jointly Administered) |
| **DELPHI CORPORATION, et al.,**<br><br>    Plaintiffs,<br><br>-against-<br><br>**SHUERT INDUSTRIES, INC.,**<br><br>    Defendant. | Adv. Pro.<br>No. 07-02623 (RDD) |

## AFFIDAVIT OF SERVICE

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

On July 2, 2010, I served a copy of the document referenced below by causing a true and correct copy of the same to be sent via First-Class, United States mail, postage prepaid, and to the persons listed on Exhibit A hereto:

**Document**:  Joinder of Shuert Industries, Inc. in Replies of Other Preference Defendants in Support of Joinder of Shuert Industries, Inc. in Motions to: (i) Vacate Certain Prior Orders of the Court Establishing Procedures for Certain Adversary Proceedings, and (ii) Dismiss the Complaint with Prejudice.

                                                                              */s/ Mary Charles-Kennedy*
                                                                              Mary Charles-Kennedy

Sworn to before me this 2nd
day of July, 2010

*/s/ Stephanie S. Park*
NOTARY PUBLIC
Stephanie S. Park
Notary Public, State of New York
No. 02PA6213290
Qualified in New York County
Commission Expires 11/2/2013

{00128137.1 \ 0785-001}

# Exhibit A

| | | |
|---|---|---|
| Adalberto Cañadas Castillo<br>Avda Ramon de Carranza<br>10-1º<br>11006 Cadiz<br>Spain | Joseph Avanzato<br>Adler Pollock & Sheehan PC<br>One Citizens Plz 8th Fl<br>Providence, RI 02903 | David Boyle<br>Airgas, Inc.<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA 19087-8675 |
| Brandon J. Kessinger<br>Akebono Brake Corporaton<br>310 Ring Road<br>Elizabethtown, KY 42701 | David M Dunn<br>Akin Gump Strauss Hauer & Feld, LLP<br>1333 New Hampshire Ave NW<br>Washington, DC 20036 | Ira S Dizengoff<br>Akin Gump Strauss Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036 |
| Peter J. Gurfein<br>Akin Gump Strauss Hauer & Feld, LLP<br>2029 Centure Park East<br>Suite 2400<br>Los Angeles, CA 90067 | Michael S. Greger<br>Allen Matkins Leck Gamble & Mallory LLP<br>1900 Main Street<br>Fifth Floor<br>Irvine, CA 92614-7321 | Craig E. Freeman<br>Alston & Bird, LLP<br>90 Park Avenue<br>New York, NY 10016 |
| Dennis J. Connolly; David A. Wender<br>Alston & Bird, LLP<br>1201 West Peachtree Street<br>Atlanta , GA 30309 | Steven R. Keyes<br>American Axle & Manufacturing, Inc.<br>One Dauch Drive, Mail Code 6E-2-42<br>Detroit, MI 48243 | Gogi Malik<br>Andrews Kurth LLP<br>1717 Main Street<br>Suite 3700<br>Dallas, TX 75201 |
| Jonathan I Levine, Esq.<br>Andrews Kurth LLP<br>450 Lexington Avenue<br>15th Floor<br>New York, NY 10017 | Leigh Walzer<br>Angelo, Gordon & Co.<br>245 Park Avenue<br>26th Floor<br>New York, NY 10167 | Mark T. Flewelling<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP<br>199 South Los Robles Avenue<br>Suite 600<br>Pasadena, CA 91101-2459 |
| Andy Leinhoff Matthew Hamilton<br>APS Clearing, Inc.<br>1301 S. Capital of Texas Highway<br>Suite B-220<br>Austin, TX 78746 | Mitchell D. Cohen<br>Arent Fox PLLC<br>1675 Broadway<br>New York, NY 10019 | Robert M. Hirsh<br>Arent Fox PLLC<br>1675 Broadway<br>New York, NY 10019 |
| Darryl S. Laddin<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta , GA 30363-1031 | Joel M. Gross<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1206 | Carl Galloway<br>ATS Automation Tooling Systems Inc.<br>250 Royal Oak Road<br>Cambridge Ontario  N3H 4R6<br>Canada |
| Eric T. Ray<br>Balch & Bingham LLP<br>PO Box 306<br>Birmingham , AL 35201 | Kimberly J. Robinson<br>Barack, Ferrazzano, Kirschbaum & Nagelberg LLP<br>200 W Madison St Ste 3900<br>Chicago, IL 60606 | William J. Barrett<br>Barack, Ferrazzano, Kirschbaum & Nagelberg LLP<br>200 W Madison St Ste 3900<br>Chicago, IL 60606 |
| Alan K. Mills<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 | David M. Powlen<br>Barnes & Thornburg LLP<br>1000 N West Street<br>Suite 1200<br>Wilmington, DE 19801 | Deborah L. Thorne<br>Barnes & Thornburg LLP<br>One North Wacker Drive<br>Suite 4400<br>Chicago, IL 60606 |

| John T. Gregg | Kathleen L. Matsoukas | Mark R. Owens |
| --- | --- | --- |
| Barnes & Thornburg LLP | Barnes & Thornburg LLP | Barnes & Thornburg LLP |
| 171 Monroe Avenue NW | One North Wacker Drive | 11 S. Meridian Street |
| Suite 1000 | Suite 4400 | Indianapolis, IN 46204 |
| Grand Rapids, MI 49503 | Chicago, IL 60606 | |

| | | |
|---|---|---|
| Michael K. McCrory<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 | Patrick E. Mears<br>Barnes & Thornburg LLP<br>171 Monroe Avenue NW<br>Suite 1000<br>Grand Rapids, MI 49503 | Wendy D. Brewer<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204 |
| Frank F. McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110 | Thomas M Beeman<br>Beeman Law Office<br>33 West 10th Street<br>Suite 200<br>Anderson, IN 46016 | Jerry Sumner<br>Bendinelli Law Office PC<br>11184 Huron Street<br>Suite 10<br>Denver, CO 80234 |
| Hannah E. Greenwald<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY 10019 | James P. Murphy<br>Berry Moorman P.C.<br>535 Griswold<br>Suite 1900<br>Detroit, MI 48226 | Kenneth T. Law, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306 |
| Lawrence M. Schwab, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306 | Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306 | Thomas M. Gaa<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306 |
| John E Taylor Michael J Alerding<br>Bingham McHale LLP<br>10 West Market Street<br>Suite 2700<br>Indianapolis, IN 46204 | Whitney L Mosby<br>Bingham McHale LLP<br>10 West Market Street<br>Suite 2700<br>Indianapolis, IN 46204 | Marc E. Richards<br>Blank Rome LLP<br>The Chrylser Building<br>405 Lexington Avenue<br>New York, NY 10174 |
| Ralph E. McDowell<br>Bodman LLP<br>100 Renaissance Center<br>34th Floor<br>Detroit, MI 48243 | Camille W. Hill<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>18th Floor<br>Syracuse, NY 13202 | Charles J. Sullivan<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>18th Floor<br>Syracuse, NY 13202 |
| Stephen A. Donato<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>18th Floor<br>Syracuse, NY 13202 | Austin L. McMullen<br>Boult, Cummings, Conners & Berry, PLC<br>1600 Division Street, Suite 700<br>PO Box 34005<br>Nashville, TN 37203 | Roger G. Jones<br>Boult, Cummings, Conners & Berry, PLC<br>1600 Division Street, Suite 700<br>PO Box 34005<br>Nashville, TN 37203 |
| Massimilliano Cini<br>Brembo S.p.A.<br>Administration Department via Brembo 25<br>Bergamo<br>Italy | Donald K. Ludman<br>Brown & Connery, LLP<br>6 North Broad Street<br>Woodbury, NJ 08096 | Shawn M. Christianson<br>Buchalter Nemer, A Profesional Corporation<br>333 Market Street<br>25th Floor<br>San Francisco, CA 94105-2126 |
| Mary Caloway<br>Buchanan Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801 | Peter S. Russ<br>Buchanan Ingersoll & Rooney PC<br>620 Eighth Ave<br>23rd Floor<br>New York, NY 10018 | William H. Schorling, Esq.<br>Buchanan Ingersoll & Rooney PC<br>Two Liberty Place<br>50 S. 16th St., Ste 3200<br>Philadelphia, PA 19102 |
| Cynthia J. Haffey<br>Butzel Long<br>150 W. Jefferson<br>Suite 100<br>Detroit, MI 48226 | Donald V. Orlandoni<br>Butzel Long<br>150 W. Jefferson<br>Suite 100<br>Detroit, MI 48226 | Jeannine D'Amico<br>Cadwalader Wickersham & Taft LLP<br>1201 F St NW Ste 1100<br>Washington, DC 20004 |

| | | |
|---|---|---|
| John J. Rapisardi Esq Joseph Zujkowski Esq<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Jonathan Greenberg<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 | Kevin Burke<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005 |
| Jean R. Robertson, Esq.<br>Calfee, Halter & Griswold LLC<br>1400 McDonald Investment Ctr<br>800 Superior Ave<br>Cleveland, OH 44114 | Dorothy H. Marinis-Riggio Robert Calinoff<br>Calinoff & Katz, LLp<br>140 East 45th Street<br>17th Floor<br>New York, NY 10017 | Joseph M Fischer Patrick J Kukla<br>Carson Fischer, P.L.C.<br>4111 Andover Road<br>West 2nd Floor<br>Bloomfield Hills, MI 48302 |
| Robert A. Weisberg<br>Carson Fischer, P.L.C.<br>4111 Andover Road<br>West 2nd Floor<br>Birmingham , MI 48302 | Aaron R. Cahn<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005 | Douglas Deutsch, Esq.<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Joel D. Applebaum<br>Clark Hill PLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226-3435 | Shannon Deeby<br>Clark Hill PLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226-3435 | Robert D. Gordon<br>Clark Hill PLLC<br>500 Woodward Avenue<br>Suite 3500<br>Detroit, MI 48226-3435 |
| Deborah M. Buell<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | James L. Bromley<br>Cleary, Gottlieb, Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 | Thomas D. Maxson<br>Cohen & Grigsby, P.C.<br>11 Stanwix Street<br>15th Floor<br>Pittsburgh, PA 15222-1319 |
| Joseph J. Vitale Babette Ceccotti<br>Cohen, Weiss & Simon LLP<br>330 West 42nd Street<br>New York, NY 10036 | Scott D. Rosen, Esq.<br>Cohn Birnbaum & Shea P.C.<br>100 Pearl Street, 12th Floor<br>Hartford, CT 06103 | Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington , DE 19899 |
| Ronald S. Pretekin<br>Coolidge Wall Co. LPA<br>33 West First Street<br>Suite 600<br>Dayton, OH 45402 | Susan Power Johnston Aaron R. Marcu<br>Covington & Burling<br>620 Eighth Ave<br>New York, NY 10018 | Sean M. Walsh, Esq.<br>Cox, Hodgman & Giarmarco, P.C.<br>Tenth Floor Columbia Center<br>101 W. Big Beaver Road<br>Troy, MI 48084-5280 |
| Daniel P. Mazo<br>Curtin & Heefner, LLP<br>250 N. Pennslyvania Avenue<br>Morrisville, PA 19067 | Cindi Eilbott<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061 | Kim Kolb<br>DaimlerChrysler Corporation<br>CIMS 485-13-32<br>1000 Chrysler Drive<br>Auburn Hills, MI 48326-2766 |
| William F. Savino<br>Damon & Morey LLP<br>1000 Cathedral Place<br>298 Main Street<br>Buffalo, NY 14202-4096 | David P. Martin<br>519 Energy Center Blvd<br>Ste 1104<br>Northport, AL 35401 | Richard M. Meth<br>Day Pitney LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 |
| Ronald S. Beacher Conrad K. Chiu<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036 | Glenn E. Siegel James O. Moore<br>Dechert LLP<br>1095 Avenue of the Americas<br>New York, NY 10036-6797 | Carol Sowa<br>Denso International America, Inc.<br>24777 Denso Drive<br>Southfield , MI 48086 |

| | | |
|---|---|---|
| Gerard DiConza, Esq.<br>DiConza Law, P.C.<br>630 Third Avenue, 7th Floor<br>New York, NY 10017 | John Persiani<br>Dinsmore & Shohl LLP<br>1900 Chemed Center<br>255 East Fifth Street<br>Cincinnati, OH 45202 | Richard M. Kremen Maria Ellena Chavez-Ruark<br>DLA Piper Rudnick Gray Cary US LLP<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, Maryland 21209-3600 |
| Andrew C. Kassner<br>Drinker Biddle & Reath LLP<br>18th and Cherry Streets<br>Philadelphia, PA 19103 | David B. Aaronson<br>Drinker Biddle & Reath LLP<br>18th and Cherry Streets<br>Philadelphia, PA 19103 | Joseph H. Lemkin<br>Duane Morris LLP<br>744 Broad Street<br>Suite 1200<br>Newark, NJ 07102 |
| Lewis R Olshin Esq<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103 | Margery N. Reed, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | Wendy M. Simkulak, Esq.<br>Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 |
| Douglas S Parker<br>Dykema Gossett PLLC<br>39577 Woodward Ave<br>Suite 300<br>Bloomfield Hills, MI 48304 | Morgan Smith<br>Dykema Gossett PLLC<br>10 South Wacker Dr<br>Suite 2300<br>Chicago, IL 60606 | Sharon A. Salinas<br>Dykema Gossett PLLC<br>10 South Wacker Dr<br>Suite 2300<br>Chicago, IL 60606 |
| Ayala Hassell<br>Electronic Data Systems Corporation<br>5400 Legacy Dr.<br>Mail Stop H3-3A-05<br>Plano, TX 75024 | Barbara Ellis-Monro<br>Ellenberg, Ogier, Rothschild & Rosenfeld, P.C.<br>170 Mitchell Street, SW<br>Atlanta, GA 30303 | Alan H. Katz<br>Entergy Services, Inc.<br>639 Loyola Ave 26th Fl<br>New Orleans, LA 70113 |
| Maura I. Russell Anthony B. Stumbo<br>Epstein Becker & Green PC<br>250 Park Ave<br>11th Floor<br>New York, NY 10177-1211 | Gary Ettelman<br>Ettelman & Hochheiser, P.C.<br>c/o Premium Cadillac<br>77 Main Street<br>New Rochelle, NY 10801 | Elizabeth K. Flaagan<br>Faegre & Benson LLP<br>3200 Wells Fargo Center<br>1700 Lincoln St<br>Denver, CO 80203-4532 |
| Louis A. Scarcella Patrick T. Collins<br>Farrell Fritz PC<br>1320 RexCorp Plaza<br>Uniondale, NY 11556-1320 | Charles J. Filardi, Jr., Esq.<br>Filardi Law Offices LLC<br>65 Trumbull Street<br>Second Floor<br>New Haven, CT 06510 | Ted J. Donovan<br>Finkel Goldstein Rosenbloom & Nash LLP<br>26 Broadway<br>Suite 711<br>New York, NY 10004 |
| Ann Marie Uetz<br>Foley & Lardner LLP<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226-3489 | Jill L. Murch<br>Foley & Lardner LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, IL 60610-4764 | John A. Simon<br>Foley & Lardner LLP<br>One Detroit Center<br>500 Woodward Ave Suite 2700<br>Detroit, MI 48226-3489 |
| John R. Trentacosta Katherine R. Catanese<br>Foley & Lardner LLP<br>500 Woodward Avenue<br>Suite 2700<br>Detroit, MI 48226-3489 | Fred Stevens<br>Fox Rothschild LLP<br>100 Park Avenue<br>15th Floor<br>New York, NY 10017 | Michael J. Viscount, Jr.<br>Fox Rothschild LLP<br>1301 Atlantic Avenue<br>Suite 400<br>Atlantic City, NJ 08401-7212 |
| Frederick T. Rikkers<br>419 Venture Court<br>P.O. Box 930555<br>Verona, WI 53593 | David A Rosenzweig<br>Fulbright & Jaworski LLP<br>666 Fifth Avenue<br>New York, NY 10103-3198 | Michael M Parker<br>Fulbright & Jaworski LLP<br>300 Convent St Ste 2200<br>San Antonio, TX 78205 |

| | | |
|---|---|---|
| David C. Cimo<br>Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street<br>Suite 4400<br>Miami, FL 33131 | David N. Crapo<br>Gibbons P.C.<br>One Gateway Center<br>Newark, NJ 07102-5310 | Attn Bruce W Hoover<br>Goldberg Segalla LLP<br>665 Main St Ste 400<br>Buffalo, NY 14203 |
| Allan S. Brilliant Craig P. Druehl<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Barbara S. Mehlsack<br>Gorlick, Kravitz & Listhaus, P.C.<br>17 State Street<br>4th Floor<br>New York, NY 10004 | Peter D. Bilowz<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-333 |
| James J Sabella<br>Grant & Eisenhofer P.A.<br>485 Lexington Ave<br>New York, NY 10017 | Jay W. Eisenhofer<br>Grant & Eisenhofer P.A.<br>45 Rockefeller Center<br>650 Fifth Avenue<br>New York, NY 10111 | Matthew R. Robbins<br>Gratz, Miller & Brueggeman, S.C.<br>1555 N. RiverCenter Drive<br>Suite 202<br>Milwaukee, WI 53212 |
| J. Michael Debbler, Susan M. Argo<br>Graydon Head & Ritchey LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202 | Maria J. DiConza<br>Greenberg Traurig, LLP<br>MetLife Bldg<br>200 Park Avenue<br>New York, NY 10166 | Shari L. Heyen<br>Greenberg Traurig, LLP<br>1000 Louisiana<br>Suite 1800<br>Houston, TX 77002 |
| Cherie Macdonald J. Patrick Bradley<br>Greensfelder, Hemker & Gale, P.C.<br>10 S. Broadway<br>Suite 200<br>St. Louis, MO 63102 | Lawrence E Oscar Christopher W Peer<br>Hahn Loeser & Parks LLP<br>200 Public Square<br>Suite 2800<br>Cleveland, OH 44114 | |
| R John Clark Esq<br>Hancock & Estabrook LLP<br>1500 Tower I<br>PO Box 4976<br>Syracuse, NY 13221-4976 | David G Dragich<br>Harrington, Dragich & O'Neill PLLC<br>21043 Mack Avenue<br>Grosse Pointe Woods, MI 48236 | Harris D. Leinwand<br>Harris D. Leinwand<br>235 Weaver Street<br>Unit 6H<br>Greenwich, CT 06831 |
| Harris D. Leinwand<br>Harris D. Leinwand<br>315 Madison Avenue<br>Suite 901<br>New York, NY 10017 | Harris D. Leinwand<br>Harris D. Leinwand<br>315 Madison Avenue<br>Suite 901<br>New York, NY 10017 | Robert H. Adams<br>Haskell Slaughter Young & Rediker LLC<br>2001 Park Place North<br>Suite 1400<br>Birmingham , AL 35203 |
| Judith Elkin<br>Haynes and Boone, LLP<br>153 East 53rd Street<br>Suite 4900<br>New York, NY 10022 | Lenard M. Parkins Kenric D. Kattner<br>Haynes and Boone, LLP<br>1 Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Paul Rubin<br>Herrick, Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016 |
| Kenneth F. Higman<br>Hewlett-Packard Company<br>2125 E. Katella Avenue<br>Suite 400<br>Anaheim, CA 92806 | Ramona S. Neal<br>Hewlett-Packard Company<br>11311 Chinden Blvd., M/S 314<br>Boise, ID 83714-0021 | Sharon Petrosino<br>Hewlett-Packard Company<br>420 Mountain Avenue<br>Murray Hill, NJ 07974 |
| Michael J Pendell<br>Hinckley Allen & Snyder LLP<br>185 Asylum St CityPlace I<br>35th Floor<br>Hartford, CT 06103-3488 | J. Eric Charlton<br>Hiscock & Barclay, LLP<br>300 South Salina Street<br>PO Box 4878<br>Syracuse, NY 13221-4878 | Garry M. Graber<br>Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165-0150 |

| | | |
|---|---|---|
| Julia S. Kreher<br>Hodgson Russ LLP<br>One M&T Plaza<br>Suite 2000<br>Buffalo, NY 14203 | Stephen H. Gross, Esq.<br>Hodgson Russ LLP<br>60 E 42nd St 37th Fl<br>New York, NY 10165-0150 | Audrey Moog<br>Hogan & Hartson L.L.P.<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 |
| Edward C. Dolan<br>Hogan & Hartson L.L.P.<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 20004-1109 | Scott A. Golden<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022 | Donald T. Baty, Jr.<br>Honigman, Miller, Schwartz and Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 |
| E. Todd Sable<br>Honigman, Miller, Schwartz and Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226 | Lawrence J. Murphy<br>Honigman, Miller, Schwartz and Cohn, LLP<br>2290 First National Building<br>660 Woodward Ave<br>Detroit, MI 48226 | Seth A Drucker<br>Honigman, Miller, Schwartz and Cohn, LLP<br>2290 First National Building<br>660 Woodward Avenue Ste 2290<br>Detroit, MI 48226 |
| Lisa S Gretchko<br>Howard & Howard Attorneys PC<br>39400 Woodward Ave<br>Ste 101<br>Bloomfield Hills, MI 48304-5151 | Louis G. McBryan<br>Howick, Westfall, McBryan & Kaplan, LLP<br>3101 Tower Creek Parkway<br>Ste 600 One Tower Creek<br>Atlanta, GA 30339 | John J. Hunter<br>Hunter & Schank Co. LPA<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH 43624 |
| Thomas J. Schank<br>Hunter & Schank Co. LPA<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH 43624 | Steven T. Holmes<br>Hunton & Wiliams LLP<br>Energy Plaza, 30th Floor<br>1601 Bryan Street<br>Dallas, TX 75201 | Ann E. Evanko<br>Hurwitz & Fine P.C.<br>1300 Liberty Building<br>Buffalo, NY 14202 |
| Ben T. Caughey<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 | Greg Bibbes<br>Infineon Technologies North America Corporation<br>1730 North First Street<br>M/S 11305<br>San Jose, CA 95112 | Jeff Gillespie<br>Infineon Technologies North America Corporation<br>2529 Commerce Drive<br>Suite H<br>Kokomo, IN 46902 |
| Heather Beshears<br>InPlay Technologies Inc<br>234 South Extension Road<br>Mesa, AZ 85201 | Richard Griffin<br>International Union of Operating Engineers<br>1125-17th Avenue, N.W.<br>Washington, DC 20036 | Bruce J. Ruzinsky<br>Jackson Walker LLP<br>1401 McKinney St Ste 1900<br>Houston, TX 77010 |
| Heather M. Forrest<br>Jackson Walker LLP<br>901 Main St Ste 600<br>Dallas, TX 75202 | Paige E. Barr<br>Jaffe, Raitt, Heuer & Weiss, P.C.<br>27777 Franklin Road<br>Suite 2500<br>Southfield, MI 48034 | Parmenter O'Toole<br>James R Scheuerle<br>601 Terrace Street<br>PO Box 786<br>Muskegon, MI 49443-0786 |
| Beth Klimczak, General Counsel<br>Jason, Inc.<br>411 E. Wisconsin Ave<br>Suite 2120<br>Milwaukee, WI 53202 | Will Schultz, General Counsel<br>Jason, Inc.<br>411 E. Wisconsin Ave<br>Suite 2120<br>Milwaukee, WI 53202 | Ronald R. Peterson<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611 |
| Jerry W. Gerde, Esq.<br>Johnston, Harris Gerde & Komarek, P.A.<br>239 E. 4th St.<br>Panama City, FL 32401 | Corinne Ball<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | Peter J. Benvenutti Michaeline H. Correa<br>Jones Day<br>555 California St 26th Floor<br>San Francisco, CA 94104 |

| | | |
|---|---|---|
| Scott J. Friedman<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017 | John P. Sieger, Esq.<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, IL 60661 | Richard G Smolev<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022-3598 |
| Kenneth R. Cookson<br>Kegler, Brown, Hill & Ritter Co., LPA<br>65 East State Street<br>Suite 1800<br>Columbus, OH 43215 | Lynn Lincoln Sarko, Cari Campen Laufenberg<br>Erin M. Rily<br>Keller Rohrback L.L.P.<br>1201 Third Avenue<br>Suite 3200<br>Seattle, WA 98101 | Gary A. Gotto<br>Keller Rohrback P.L.C.<br>National Bank Plaza<br>3101 North Central Avenue, Suite 900<br>Phoenix, AZ 85012 |
| Craig A. Wolfe<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Merrill B. Stone<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Susan M. Jennik<br>Kennedy, Jennick & Murray<br>113 University Place<br>7th Floor<br>New York, NY 10003 |
| Thomas Kennedy<br>Kennedy, Jennick & Murray<br>113 University Place<br>7th Floor<br>New York, NY 10003 | Daniel Egan<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | H. Slayton Dabney, Jr.<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 |
| Jim Stempel<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Edward M. Fox<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Patti E Pope Revenue Recovery Manager<br>Kokomo Gas & Fuel Company<br>Northern Indiana Public Service Company<br>801 East 86th Avenue<br>Merrillville, IN 46410 |
| Jordan D Kaye<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Sam O. Simmerman<br>Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.<br>4775 Munson Street N.W.<br>P.O. Box 36963<br>Canton, OH 44735-6963 | Jay Selanders<br>Kutak Rock LLP<br>1010 Grand Blvd Ste 500<br>Kansas City, MO 64106 |
| Edward D. Kutchin<br>Kutchin & Rufo, P.C.<br>Two Center Plaza<br>Suite 620<br>Boston, MA 02108-1906 | Kerry R. Northrup<br>Kutchin & Rufo, P.C.<br>Two Center Plaza<br>Suite 620<br>Boston, MA 02108-1906 | Adam D. Bruski<br>Lambert. Leser, Isackson, Cook & Guinta, P.C.<br>309 Davidson Building<br>PO Box 835<br>Bay City, MI 48707-0835 |
| Susan M. Cook<br>Lambert. Leser, Isackson, Cook & Guinta, P.C.<br>309 Davidson Building<br>PO Box 835<br>Bay City, MI 48707-0835 | Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Michael J. Riela<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Mitchell A. Seider<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Robert Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Michael O'Hayer Esq<br>Law Offices of Michael O'Hayer<br>22 N Walnut Street<br>West Chester, PA 19380 |
| Rob Charles, Esq.<br>Lewis and Roca LLP<br>One South Church Street<br>Suite 700<br>Tucson, AZ 85701 | Susan M. Freeman, Esq.<br>Lewis and Roca LLP<br>40 North Central Avenue<br>Suite 1900<br>Phoenix, AZ 85004-4429 | John England, Esq.<br>Linear Technology Corporation<br>General Counsel for Linear Technology Corporation<br>1630 McCarthy Blvd.<br>Milpitas, CA 95035-7417 |

| | | |
|---|---|---|
| Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>1949 South IH 35 (78741)<br>P.O. Box 17428<br>Austin , TX 78760-7428 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 | John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Kevin J. Walsh<br>Locke Lord Bissell & Liddell<br>885 Third Avenue<br>26th Floor<br>New York, NY 10022-4802 | Timothy S. McFadden<br>Locke Lord Bissell & Liddell<br>111 South Wacker Drive<br>Chicago, IL 60606 | P. Gregory Schwed<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154-0037 |
| William M. Hawkins<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154 | Bruce S. Nathan<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>New York, NY 10020 | Ira M. Levee<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>18th Floor<br>New York, NY 10020 |
| Kenneth A. Rosen<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Michael S. Etikin<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas<br>18th Floor<br>New York, NY 10020 | Scott Cargill<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Vincent A. D'Agostino<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 | Erik G. Chappell<br>Lyden, Liebenthal & Chappell, Ltd.<br>5565 Airport Highway<br>Suite 101<br>Toledo, OH 43615 | Alexander Stotland Esq<br>Maddin, Hauser, Wartell, Roth & Heller PC<br>28400 Northwestern Hwy<br>Third Floor<br>Southfield, MI 48034 |
| Joe Landen<br>Madison Capital Management<br>6143 South Willow Drive<br>Suite 200<br>Greenwood Village, CO 80111 | Leah M. Caplan, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Boulevard<br>Suite 250<br>Pepper Pike, OH 44124 | Victor J. Mastromarco, Jr.<br>Mastromarco & Jahn, P.C.<br>1024 North Michigan Avenue<br>P.O. Box 3197<br>Saginaw, MI 48605-3197 |
| Gary D. Santella<br>Masuda Funai Eifert & Mitchell, Ltd.<br>203 North LaSalle Street<br>Suite 2500<br>Chicago, IL 60601-1262 | David J. Adler, Jr. Esq.<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Eduardo J. Glas, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4096 |
| John J. Salmas<br>McCarthy Tetrault LLP<br>66 Wellington Street West<br>Suite 4700<br>Toronto Ontario  M5K 1E6<br>Canada | Lorne P. Salzman<br>McCarthy Tetrault LLP<br>66 Wellington Street West<br>Suite 4700<br>Toronto Ontario  M5K 1E6<br>Canada | Gary O. Ravert<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10017-1922 |
| James M. Sullivan<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10017 | Stephen B. Selbst<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, NY 10017 | Steven P. Handler Monica M. Quinn<br>McDermott Will & Emery LLP<br>227 W Monroe St<br>Chicago, IL 60606 |
| Scott N. Opincar, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 | Shawn M. Riley, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114 | Jeffrey Bernstein, Esq.<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4079 |

| | | |
|---|---|---|
| Aaron G McCollough Esq<br>McGuirewoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond , VA 23219-4030 | Daniel F Blanks<br>McGuirewoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond , VA 23219 | John H Maddock III<br>McGuirewoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond , VA 23219-4030 |
| Attn Thomas R Slome Esq<br>Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Ave Ste 300<br>PO Box 9194<br>Garden City, NY 11530-9194 | Hanan Kolko<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway<br>Suite 501<br>New York, NY 10018 | Lowell Peterson, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway<br>Suite 501<br>New York, NY 10018 |
| Merle C. Meyers<br>Meyers Law Group, P.C.<br>44 Montgomery Street<br>Suite 1010<br>San Francisco, CA 94104 | M. Evan Meyers<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, MD 20737-1385 | Robert H. Rosenbaum<br>Meyers, Rodbell & Rosenbaum, P.A.<br>Berkshire Building<br>6801 Kenilworth Avenue, Suite 400<br>Riverdale Park, MD 20737-1385 |
| April Burch<br>Miami-Dade County Tax Collector<br>Paralegal Unit<br>140 West Flagler St Ste 1403<br>Miami, FL 33130 | Michael Cox<br>Cadillac Place<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Dennis J. Raterink<br>Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>PO Box 30736<br>Lansing, MI 48909-7717 |
| Michael Cox<br>Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>PO Box 30736<br>Lansing, MI 48909-7717 | Janice M. Donahue<br>Michigan Heritage Bank<br>28300 Orchard Lake Rd<br>Ste 200<br>Farmington Hills, MI 48334 | Thomas D. Renda<br>Miles & Stockbridge, P.C.<br>10 Light Street<br>Baltimore, MD 21202 |
| Anthony F Shelley Timothy P O'Toole<br>Miller & Chevalier Chartered<br>655 Fifteenth Street NW Suite 900<br>Washington, DC 20005 | Dale Allen<br>Miller & Martin PLLC<br>150 Fourth Ave North<br>Ste 1200<br>Nashville, TN 37219 | Thomas P. Sarb Robert D. Wolford<br>Miller Johnson<br>250 Monroe Avenue, N.W.<br>Suite 800, PO Box 306<br>Grand Rapids, MI 49501-0306 |
| Jonathan S. Green<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 W. Jefferson Avenue<br>Suite 2500<br>Detroit, MI 48226 | Marc N. Swanson<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 W. Jefferson Avenue<br>Suite 2500<br>Detroit, MI 48226 | Timothy A. Fusco<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 W. Jefferson Avenue<br>Suite 2500<br>Detroit, MI 48226 |
| Paul J. Ricotta<br>Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.<br>One Financial Center<br>Boston, MA 02111 | Jeff Ott<br>Molex Connector Corp<br>2222 Wellington Ct.<br>Lisle, IL 60532 | Andrew D. Gottfried<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060 |
| Menachem O. Zelmanovitz<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 | Richard W. Esterkin, Esq.<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Avenue<br>Los Angeles, CA 90017 | Leslie Ann Berkoff<br>Moritt Hock Hamroff & Horowitz LLP<br>400 Garden City Plaza<br>Garden City, NY 11530 |
| Joseph T. Moldovan Michael R Dal Lago<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>3800 Lincoln Plaza<br>500 North Akard Street<br>Dallas, RX 75201-6659 | Sandra S. Hamilton<br>Nantz, Litowich, Smith, Girard & Hamilton, P.C.<br>2025 East Beltline, S.E.<br>Suite 600<br>Grand Rapids, MI 49546 |

| | | |
|---|---|---|
| Kenneth A. Nathan<br>Nathan, Neuman & Nathan, P.C.<br>29100 Northwestern Highway<br>Suite 260<br>Southfield, MI 48034 | Lisa M. Moore<br>National City Commercial Capital<br>995 Dalton Avenue<br>Cincinnati, OH 45203 | Marty Noland Principal Attorney<br>National Renewable Energy Laboratory<br>1617 Golden Blvd<br>Legal Office, Mail Stop 1734<br>Golden, CO 80401 |
| George B. Cauthen<br>Nelson Mullins Riley & Scarborough<br>1320 Main Street, 17th Floor<br>PO Box 11070<br>Columbia, SC 29201 | Tracy E Richardson Deputy Attorney General<br>New Jersey Attorney General's Office Division of Law<br>R.J. Hughes Justice Complex<br>25 Market St P.O. Box 106<br>Trenton, NJ 08628-0106 | Elizabeth L. Abdelmasieh, Esq<br>Norris, McLaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876 |
| David G. Heiman<br>North Point<br>901 Lakeside Avenue<br>Cleveland , OH 44114 | Camille Hope<br>Office of the Chapter 13 Trustee<br>P.O. Box 954<br>Macon, GA 31202 | Jay W. Hurst<br>Office of the Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| c/o Michelle T. Sutter<br>Ohio Environmental Protection Agency<br>Principal Assistant Attorney General<br>Environmental Enforcement Section<br>30 E Broad St 25th Fl<br>Columbus, OH 43215 | Michael M. Zizza, Legal Manager<br>Orbotech, Inc.<br>44 Manning Road<br>Billerica, MA 01821 | Michael Moody<br>O'Rourke Katten & Moody<br>55 W Wacker Dr<br>Ste 1400<br>Chicago, IL 60615 |
| Alyssa Englund, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Frederick D. Holden, Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 | Jonathan P. Guy<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th St NW<br>Washington, DC 20005-1706 |
| Raniero D'Aversa, Jr.<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street at 6th Avenue<br>New York, NY 10103-0001 | Richard H. Wyron<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th St NW<br>Washington, DC 20005-1706 | Michael R. Seidl<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 |
| Robert J. Feinstein Ilan D. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017-2024 | Daniel A. Lowenthal<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036 | David W. Dykhouse Phyllis S. Wallitt<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036-6710 |
| Paul H. Spaeth<br>Paul H. Spaeth Co. LPA<br>130 W Second St Ste 450<br>Dayton, OH 45402 | Andrew N. Rosenberg<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Curtis J. Weidler<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Douglas R. Davis<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Elizabeth R. McColm<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Justin G. Brass<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Stephen J. Shimshak<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Peggy Housner<br>Cadillac Place<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Anne Penachio<br>Penachio Malara LLP<br>235 Main Street<br>Suite 600A<br>White Plains, NY 10601 |

| | | |
|---|---|---|
| Kristin B. Mayhew<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436 | Francis J. Lawall<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Henry Jaffe<br>Pepper, Hamilton LLP<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE 19899-1709 |
| Linda J. Casey<br>Pepper, Hamilton LLP<br>3000 Two logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Nina M. Varughese<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Sarah B. Carter Esq<br>Pickrel Shaeffer & Ebeling<br>2700 Kettering Tower<br>Dayton, OH 45423-2700 |
| Jacob A. Manheimer<br>Pierce Atwood LLP<br>One Monument Square<br>Portland , ME 04101 | Keith J. Cunningham<br>Pierce Atwood LLP<br>One Monument Square<br>Portland , ME 04101 | Richard J. Parks<br>Pietragallo Bosick & Gordon LLP<br>54 Buhl Blvd<br>Sharon, PA 16146 |
| Karen B. Dine<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Margot P. Erlich<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Mark D. Houle<br>Pillsbury Winthrop Shaw Pittman LLP<br>650 Town Center Drive<br>Ste 550<br>Costa Mesa, CA 92626-7122 |
| Richard L. Epling<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Robin L. Spear<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Charles W Browning Robert G Kamenec Elaine M Pohl<br>Plunkett Cooney<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, MI 48304 |
| Brett S. Moore, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960 | John S. Mairo, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960 | Jill M. Hartley and Marianne G. Robbins<br>Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C.<br>1555 N. RiverCenter Drive<br>Suite 202<br>Milwaukee, WI 53212 |
| Enrique Bujidos<br>PriceWaterHouseCoopers<br>Almagro<br>40<br>28010 Madrid<br>Spain | John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | Stephen Tyler Esq<br>QAD, Inc.<br>10,000 Midlantic Drive<br>Suite 100 West<br>Mt. Laurel, NJ 08054 |
| John A. Harris<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | John J. Dawson<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Kasey C. Nye<br>Quarles & Brady LLP<br>One South Church Street<br>Tucson, AZ 85701 |
| Roy Prange<br>Quarles & Brady LLP<br>33 E Main St Ste 900<br>Madison, WI 53703-3095 | Susheel Kirpalani James C Tecce Scott C Shelley<br>Quinn Emanuel Urquhart Oliver & Hedges LLP<br>51 Madison Ave 22nd Fl<br>New York, NY 10010 | Ann Pille<br>Reed Smith<br>10 South Wacker Drive<br>Chicago, IL 60606 |
| Elena Lazarou<br>Reed Smith<br>599 Lexington Avenue<br>29th Floor<br>New York, NY 10022 | Joseph A Kaczka<br>Republic Engineered Products, Inc.<br>3770 Embassy Parkway<br>Akron, OH 44333 | Joseph Lapinsky<br>Republic Engineered Products, Inc.<br>3770 Embassy Parkway<br>Akron, OH 44333 |

| | | |
|---|---|---|
| Joseph E. Shickich, Jr.<br>Riddell Williams P.S.<br>1001 4th Ave.<br>Suite 4500<br>Seattle, WA 98154-1195 | Jerome F Crotty<br>Rieck and Crotty PC<br>55 West Monroe Street<br>Suite 3390<br>Chicago, IL 60603 | Holly Rogers<br>Riverside Claims LLC<br>2109 Broadway<br>Suite 206<br>New York, NY 10023 |
| Annemarie B. Mathews<br>Robinson, McFadden & Moore, P.C.<br>P.O. Box 944<br>Columbia, SC 29202 | Gregory O. Kaden<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110-2624 | Charles E. Boulbol, P.C.<br>Russell Reynolds Associates, Inc.<br>26 Broadway, 17th Floor<br>New York, NY 10004 |
| Arlene Gelman Charles S. Schulman<br>Sachnoff & Weaver, Ltd<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL 60606 | Christopher R. Belmonte<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169 | Pamela A. Bosswick<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169 |
| Roberto Carrillo<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>Suite 1130<br>New York, NY 10169 | Daniel Weiner<br>Schafer and Weiner PLLC<br>40950 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304 | Howard Borin<br>Schafer and Weiner PLLC<br>40950 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304 |
| Max Newman<br>Schafer and Weiner PLLC<br>40950 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304 | Michael R Wernette<br>Schafer and Weiner PLLC<br>40950 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304 | Ryan Heilman<br>Schafer and Weiner PLLC<br>40950 Woodward Ave.<br>Suite 100<br>Bloomfield Hills, MI 48304 |
| Eugene J. Geekie, Jr.<br>Schiff Hardin LLP<br>7500 Sears Tower<br>Chicago, IL 60606 | Michael Yarnoff Sean M. Handler<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | David J. Karp<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 |
| James T. Bentley<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Michael L. Cook<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Barry E Lichtenberg Esq<br>Schwartz Lichtenberg LLP<br>420 Lexington Ave Ste 2400<br>New York, NY 10170 |
| Paul M. Baisier, Esq.<br>Seyfarth Shaw LLP<br>1545 Peachtree Street, N.E.<br>Suite 700<br>Atlanta , GA 30309-2401 | Robert W. Dremluk<br>Seyfarth Shaw LLP<br>620 Eighth Ave<br>New York, NY 10018-1405 | William J. Hanlon<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210 |
| Brian L Shaw<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 N. Clark St.<br>Suite 800<br>Chicago, IL 60654 | Bruce A. Harwood<br>Sheehan Phinney Bass + Green Professional Association<br>1000 Elm Street<br>P.O. Box 3701<br>Manchester, NH 03105-3701 | Sheldon S. Toll<br>Sheldon S. Toll PLLC<br>2000 Town Center<br>Suite 2550<br>Southfield, MI 48075 |
| Eric Waters<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>24th Floor<br>New York, NY 10112 | Malani J. Sternstein<br>Sheppard Mullin Richter & Hampton LLP<br>30 Rockefeller Plaza<br>24th Floor<br>New York, NY 10112 | Theodore A. Cohen<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street<br>48th Floor<br>Los Angeles, CA 90071 |

| | | |
|---|---|---|
| Theresa Wardle<br>Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street<br>48th Floor<br>Los Angeles, CA 90071 | Robert P. Thibeaux<br>Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC<br>5353 Essen Lane<br>Suite 650<br>Baton Rouge, LA 70809 | Robert P. Thibeaux<br>Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC<br>909 Poydras Street<br>28th Floor<br>New Orleans, LA 70112-1033 |
| Jennifer L. Adamy<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Kathleen M. LaManna<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Andrew H. Sherman<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Jack M. Zackin<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Valerie A Hamilton Simon Kimmelman<br>Sills, Cummis Epstein & Gross, P.C.<br>650 College Rd E<br>Princeton, NJ 08540 | Chaim J. Fortgang<br>Silver Point Capital, L.P.<br>Two Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830 |
| Kathleen M. Miller<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | Steven D. Jerome, Esq. A. Evans O'Brien, Esq.<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, AZ 85004 | D. Farrington Yates<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>24th Floor<br>New York, NY 10020 |
| Monika J. Machen<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 | Oscar N. Pinkas<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>24th Floor<br>New York, NY 10020 | Robert E. Richards<br>Sonnenschein Nath & Rosenthal LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 |
| Lloyd B. Sarakin - Chief Counsel, Finance and Credit<br>Sony Electronics Inc.<br>1 Sony Drive<br>MD #1 E-4<br>Park Ridge, NJ 07656 | Eric Marcks<br>Squire, Sanders & Dempsey L.L.P.<br>One Maritime Plaza<br>Suite 300<br>San Francisco, CA 94111-3492 | G. Christopher Meyer<br>Squire, Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Sq<br>Cleveland, OH 44114 |
| Sarah E. Morrison<br>State of California Office of the Attorney General<br>Deputy Attorney General<br>300 South Spring Street Ste 1702<br>Los Angeles, CA 90013 | Roland Hwang Assistant Attorney General<br>State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency<br>3030 W. Grand Boulevard<br>Suite 9-600<br>Detroit, MI 48202 | Susan Przekop-Shaw<br>State of Michigan Labor Division<br>PO Box 30736<br>Lansing, MI 48909 |
| John M. Baumann<br>Steel Technologies, Inc.<br>15415 Shelbyville Road<br>Louisville, KY 40245 | Robert F. Kidd<br>Stein, Rudser, Cohen & Magid LLP<br>825 Washington Street<br>Suite 200<br>Oakland, CA 94607 | Mark H. Shapiro<br>Steinberg Shapiro & Clark<br>24901 Northwestern Highway<br>Suite 611<br>Southfield, MI 48075 |
| Michael A Spero Simon Kimmelman Valerie A Hamilton<br>Sterns & Weinroth, P.C.<br>50 West State Street, Suite 1400<br>PO Box 1298<br>Trenton, NJ 08607-1298 | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>20th Floor<br>New York, NY 10022 | Mark A. Shaiken<br>Stinson Morrison Hecker LLP<br>1201 Walnut Street<br>Kansas City, MO 64106 |
| Madison L. Cashman<br>Stites & Harbison PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219 | Robert C. Goodrich, Jr.<br>Stites & Harbison PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219 | W. Robinson Beard, Esq.<br>Stites & Harbison, PLLC<br>400 West Market Street<br>Louisville, KY 40202 |

| | | |
|---|---|---|
| Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq<br>Stutman Treister & Glatt Professional Corporation<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067 | Richard L .Ferrell<br>Taft, Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202-3957 | W Timothy Miller Esq<br>Taft, Stettinius & Hollister LLP<br>425 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202 |
| Jay Teitelbaum Ron Baskin<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue<br>3rd Floor<br>White Plains, NY 10601 | Marvin E. Clements, Jr.<br>Tennessee Department of Revenue<br>c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | Jonathan D. Forstot<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY 10281 |
| Louis A. Curcio<br>Thacher Proffitt & Wood LLP<br>Two World Financial Center<br>New York, NY 10281 | Mr. Tetsuhiro Niizeki<br>The Furukawa Electric Co., Ltd.<br>6-1 Marunouchi<br>2-Chrome, Chiyoda-ku<br>Tokyo, Japan 100-8322 | Robert Morris<br>The Timpken Corporation BIC - 08<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH 44706-0927 |
| Marcus O. Colabianchi<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 Second St Ste 1800<br>San Francisco, CA 94105-3606 | Rhett G. Cambell<br>Thompson & Knight<br>333 Clay Street<br>Suite 3300<br>Houston, TX 77002 | Ira L. Herman<br>Thompson & Knight LLP<br>919 Third Avenue<br>39th Floor<br>New York, NY 10022-3915 |
| John S. Brannon<br>Thompson & Knight LLP<br>1700 Pacific Avenue<br>Suite 3300<br>Dallas, TX 75201-4693 | Lauren Newman<br>Thompson Coburn Fagel Haber<br>55 East Monroe<br>40th Floor<br>Chicago, IL 60603 | Dennis E. Quaid Esq<br>Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber<br>55 E Monroe 40th Fl<br>Chicago, IL 60603 |
| Timothy M. Guerriero<br>TI Group Automotive Systms LLC<br>12345 E Nine Mile Rd<br>Warren, MI 48089 | Jill Levi, Esq.<br>Todd & Levi, LLP<br>444 Madison Avenue<br>Suite 1202<br>New York, NY 10022 | Janice B. Grubin<br>Todtman Nachamie Spizz & Johns PC<br>425 Park Avenue<br>5th Floor<br>New York, NY 10022 |
| Albert Togut, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 | W. Joe Wilson<br>Tyler, Cooper & Alcorn, LLP<br>185 Asylum Street<br>CityPlace I 35th Floor<br>Hartford , CT 06103-3488 | Matthew L Schwartz Joseph N Cordaro<br>U.S. Department of Justice<br>Assistant United States Attorneys<br>86 Chambers St 3rd Fl<br>New York, NY 10007 |
| Helen Zamboni<br>Underberg & Kessler, LLP<br>300 Bausch & Lomb Place<br>Rochester, NY 14604 | Mary Ann Kilgore<br>Union Pacific Railroad Company<br>1400 Douglas Street<br>MC 1580<br>Omaha, NE 68179 | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO<br>United Steel, Paper and Forestry, Rubber, Manufacturing, Energy<br>David Jury, Esq.<br>Five Gateway Center Suite 807<br>Pittsburgh, PA 15222 |
| Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215 | Richard G. Mason<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019-6150 | Robert J. Welhoelter, Esq.<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219 |
| Gordon J. Toering<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503 | Michael G. Cruse<br>Warner Norcross & Judd LLP<br>2000 Town Center<br>Suite 2700<br>Southfield , MI 48075 | Stephen B. Grow<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503 |

| | | |
|---|---|---|
| Michael D. Warner<br>Warner Stevens, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102 | Lei Lei Wang Ekvall<br>Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP<br>650 Town Center Drive<br>Suite 950<br>Costa Mesa, CA 92626 | Geoffrey J. Peters<br>Weltman, Weinberg & Reis Co., L.P.A.<br>175 South Third Street<br>Suite 900<br>Columbus, OH 43215 |
| Glenn Kurtz Gerard Uzzi Douglas Baumstein<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | Thomas Lauria Frank Eaton<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131 | Bruce G. Arnold<br>Whyte, Hirschboeck Dudek S.C.<br>555 East Wells Street<br>Suite 1900<br>Milwaukee, WI 53202-4894 |
| James W Moennich Esq<br>Wickens Herzer Panza Cook & Batista Co<br>35765 Chester Rd<br>Avon, OH 44011-1262 | David Neier Carey D. Schreiber<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193 | Marc. J. Winthrop<br>Winthrop Couchot Professional Corporation<br>660 Newport Center Drive<br>4th Floor<br>Newport Beach, CA 92660 |
| Sean A. O'Keefe<br>Winthrop Couchot Professional Corporation<br>660 Newport Center Drive<br>4th Floor<br>Newport Beach, CA 92660 | Stephen Toy<br>WL Ross & Co., LLC<br>1166 Avenue of the Americas<br>New York, NY 10036-2708 | Allen Grumbine<br>Womble Carlyle Sandridge & Rice, PLLC<br>550 South Main St<br>Greenville, SC 29601 |
| Michael G. Busenkell<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | Ronald J. Kisinski<br>Woods Oviatt Gilman LLP<br>700 Crossroads Bldg<br>2 State St<br>Rochester, NY 14614 | Stuart Krause<br>Zeichner Ellman & Krause LLP<br>575 Lexington Avenue<br>New York, NY 10022 |