BOSE MCKINNEY & EVANS LLP
David J. Jurkiewicz
Attorney No. 18018-53
111 Monument Circle, Suite 2700
Indianapolis, Indiana  46204
(317) 684-5000 / (317) 684-5173 (FAX)

Hearing Date: July 22, 2010 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |
| | ) | |
| DELPHI CORPORATION, et al., | ) | |
| | ) | Adversary Case No.: 07-02098 (RDD) |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DECATUR PLASTIC PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINDER OF DECATUR PLASTIC PRODUCTS, INC. TO VARIOUS
REPLIES OF SIMILARLY SITUATED DEFENDANTS TO: (A) VACATE
CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT
WITH PREJUDICE; OR (C) IN THE ALTERNATIVE, TO DISMISS THE CLAIMS
AGAINST CERTAIN DEFENDANTS NAMED IN THE COMPLAINT
AND TO REQUIRE PLAINTIFF TO FILE A MORE DEFINITE STATEMENT**

Decatur Plastic Products, Inc. ("Decatur"), by counsel, hereby joins and adopts the arguments set forth in the replies (the "Replies") filed by (1) Johnson Controls, Johnson Controls Battery Group, Johnson Controls GNBH & Co. KG and Johnson Controls, Inc.; (2) Valeo, Valeo Airflow Division, Valeo Climate Control USA, Valeo Electrical Systems, Valeo Electronics NA, Valeo Inc., Valeo Schalter UND Sensoren and Valeo Wiper Systems & Electric Motors North America; (3) Wagner-Smith Company; (4) EDS, EDS Corp., Electronic Data Systems,

1697113/12212-4

Electronic Data Systems Corp., Electronic Data Systems DE, Electronic Data Systems LTD. and EDS Canada Inc. (the "Complaining Preference Defendants").

The facts and arguments set out in the respective Replies of the Complaining Preference Defendants are substantially the same with respect to Decatur, such that any relief granted for the benefit of one or the other of the Complaining Preference Defendants should be granted for all and others who are similarly situated, including, but not limited to, Decatur.

WHEREFORE, Decatur Plastic Products, Inc., by counsel, joins and adopts the arguments set forth in the foregoing replies filed by (1) Johnson Controls, Johnson Controls Battery Group, Johnson Controls GNBH & Co. KG and Johnson Controls, Inc.; (2) Valeo, Valeo Airflow Division, Valeo Climate Control USA, Valeo Electrical Systems, Valeo Electronics NA, Valeo Inc., Valeo Schalter UND Sensoren and Valeo Wiper Systems & Electric Motors North America; (3) Wagner-Smith Company; (4) EDS, EDS Corp., Electronic Data Systems, Electronic Data Systems Corp., Electronic Data Systems DE, Electronic Data Systems LTD. and EDS Canada Inc., and respectfully requests that any relief granted for the benefit of one or the other of the Complaining Preference Defendants be granted for all and others who are similarly situated, including, but not limited to, Decatur.

Dated: July 2, 2010

                Respectfully submitted,

                /s/ David J. Jurkiewicz
                David J. Jurkiewicz
                Attorney No. 18018-53
                BOSE MCKINNEY & EVANS LLP
                111 Monument Circle, Suite 2700
                Indianapolis, Indiana 46204
                (317) 684-5000 / (317) 684-5173 (FAX)
                djurkiewicz@boselaw.com

                Attorneys for Decatur Plastic Products, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

**Eric Fisher**
Butzel Long, a professional corporation
fishere@butzel.com

I further certify that on the 2nd day of July, 2010, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

**Togut Segal & Segal LLP**
One Penn Plaza, Suite 3335
New York, New York  10119

/s/  David J. Jurkiewicz
David J. Jurkiewicz