TOGET, SEGAL & SEGAL LLP
Attorneys for Plaintiff
One Penn Plaza
Suite 3335
New York, New York  10119
Barry N. Seidel

DICKINSON WRIGHT PLLC
Attorneys for Sumitomo Electric Wiring Systems, Inc.
and Sumitomo Wiring Systems (USA), Inc.
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500
James A. Plemmons (P42892- MI) (pro hac vice)
Dawn R. Copley (P53343 – MI) (pro hac vice)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In re:

DPH Holdings Corp., et al.                              Chapter 11
                                                        Case No. 05-44481-rdd
                                                        (Jointly Administered)

                        Reorganized Debtors.
_____

Delphi Corporation, et al.
                                                        Adv.Pro.No. 07-02659-rdd
                        Plaintiffs,
v.

Sumitomo
Sumitomo Corp. of America
Sumitomo Corporation
Sumitomo Electric Wiring
Sumitomo Plastics America
Sumitomo Plastics America Inc.
Sumitomo Sitix Silicon Inc.
Sumitomo Wiring Systems Inc.

                        Defendants.
_____

**JOINDER OF SUMITOMO WIRING SYSTEMS (U.S.A.), INC. AND SUMITOMO
<u>ELECTRIC WIRING SYSTEMS, INC. TO REPLY BRIEF</u>**

Sumitomo Wiring Systems (U.S.A.), Inc. and Sumitomo Electric Wiring Systems, Inc., by their attorneys, Dickinson Wright PLLC, in support of their MOTION TO: (I) VACATE EXTENSION ORDERS; AND (II) DISMISS ADVERSARY PROCEEDING (Docket No. 20095) hereby join and adopt the arguments set forth in the REPLY OF HP ENTERPRISE SERVICES, LLC AND AFFILIATES IN SUPPORT OF THEIR MOTION FOR AN ORDER DISMISSING THE COMPLAINT WITH PREJUDICE, AND VACATING CERTAIN PRIOR ORDERS PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, dated July 2, 2010 (Docket No. 20331).

    Respectfully submitted,

    DICKINSON WRIGHT PLLC

    By: /s/ Dawn R. Copley
    James A. Plemmons (*pro hac vice*)
    Dawn R. Copley (*pro hac vice*)
    500 Woodward Avenue, Suite 4000
    Detroit, Michigan  48226
    (313) 223-3500
    Attorneys for Sumitomo Wiring Systems (U.S.A.), Inc. and Sumitomo Electric Wiring Systems, Inc.

Dated:  July 2, 2010
DETROIT 22372-75 1165872