**HARRIS D. LEINWAND, ESQ.**     Hearing Date: July 22, 2010
315 Madison Avenue Suite 901
New York, New York 10017
Tel: (212) 725-7338

Attorney for Ahaus Tool & Engineering Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
In re:                                                            :
                                                                  : Chapter 11
DELPHI CORPORATION, et al.,                                       : Case No. 05-44481 (RDD)
                                                                  : Jointly Administered
                        Debtors,                                  :
----------------------------------------------------------------- x
                                                                  :
DELPHI CORPORATION, et al.,                                       : Adv. Pro. No. 07-02076 (RDD)
                                                                  :
Plaintiffs,                                                       :
                                                                  :
- against -                                                       :
                                                                  :
                                                                  :
AHAUS TOOL & ENGINEERING INC.                                     :
                                                                  :
Defendant.                                                        :
----------------------------------------------------------------- x

**JOINDER OF AHAUS TOOL & ENGINEERING INC. TO MOTIONS SEEKING AN ORDER (I) PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, VACATING PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) PURSUANT TO FED. R. CIV. P. 12(b) AND FED. R. BANKR. P. 7012(b), DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPELAND REPLIES TO DEBTORS' <u>OMNIBUS RESPONSE TO SAID MOTIONS</u>**

AHAUS TOOL & ENGINEERING INC., ("Ahaus") by its undersigned counsel, hereby

joins in and adopts the arguments set forth in the motions (the "Motions") filed by the alleged

preference defendants ( the "Moving Preference Defendants") and the Moving Preference

1

Defendants' replies to the Debtors' omnibus response to the Motions (the "Replies") including, but not limited to the Replies of EDS, Affinia, Wagner-Smith Company, and Johnson Controls.

The facts set out in the Motions and Replies are substantially similar to the relevant facts with respect to Ahaus so that any relief granted for the benefit of the Moving Preference Defendants should be granted to Ahaus. Ahaus served and filed a similar motion in its adversary proceeding (07-02076). Pages 22 to 29 of Ahaus' motion and the declaration of Kevin Ahaus, annexed hereto set forth additional facts and arguments which provide additional reasons why the relief sought in the Motions and Replies should be granted to Ahaus.

Dated: New York, New York
      July 2, 2010

                      **HARRIS D. LEINWAND, ESQ.**
                      Attorney for Defendant Ahaus Tool & Engineering Inc.

                      /S/_____
                      Harris D. Leinwand, Esq. (HL-4419)
                      315 Madison Avenue - Suite 901
                      New York, NY 10017
                      Telephone: (212) 7257338