STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500
Constantine D. Pourakis (cp@stevenslee.com)

Attorneys for Globe Motors, Inc. and Globe Motors

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re:<br><br>DELPHI CORPORATION, *et.al.*, | : | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| DELPHI CORPORATION, *et.al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBE MOTORS, INC. and GLOBE MOTORS,<br><br>Defendants. | : | Adv. Pro. No. 07-02333 (RDD) |

**JOINDER OF GLOBE MOTORS, INC. AND GLOBE MOTORS TO REPLIES IN SUPPORT OF MOTIONS (I) TO VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548, OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL**

Globe Motors, Inc. and Globe Motors, by their undersigned attorneys, hereby join and adopt the arguments set forth in the Replies in support of the Motions Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending The Time To

Serve Process For Such Adversary Proceedings, and (II) Pursuant To Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing The Adversary Proceeding With Prejudice, or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel.

Dated: July 2, 2010

**STEVENS & LEE, P.C.**

By: *_/s/ Constantine D. Pourakis_*______________

Constantine D. Pourakis
485 Madison Avenue, 20th floor
New York, NY 10022
Telephone: (212) 319-8500
Email: cp@stevenslee.com

- and -

Colleen E. McManus (Illinois bar no. 06243473)
**Much Shelist Denenberg Ament**
**& Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: 312-521-2000
Email: cmcmanus@muchshelist.com