IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In Re:

DELPHI CORPORATION, et al.,                    Case No. 05-44481 (RDD)

                                                (Jointly Administered)
                        Debtors.
------------------------------------------------------------X    Chapter 11

DELPHI CORPORATION, et al.,

                        Plaintiff,              Adv. Pro. No. 07-02182 (RDD)

        - against –

BARNES & ASSOCIATES,

                        Defendant.
------------------------------------------------------------X


**JOINDER OF BARNES & ASSOCIATES TO REPLIES FILED BY VARIOUS PREFERENCE DEFENDANTS TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; (C) TO DISMISS THE CLAIMS AGAINST CERTAIN DEFENDANTS NAMED IN THE COMPLAINT; OR (D) IN THE ALTERNATIVE, REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT**

Defendant, Barnes & Associates ("Barnes"), by its undersigned counsel, files this Reply to Reorganized Debtors' Response to Motions to Vacate Certain Orders and Dismiss Adversary Actions. Defendant joins and adopts the reply briefs of Hewlett Packard (Adv. Pro. 07-02262), Johnson Controls (Adv. Pro. 07-02348), Wagner Smith (Adv. Pro. 07-02581), Affinia Group Holdings, Inc. (Adv. Pro. 07-02198), and all other reply briefs (the "Replies"), along with the primary briefs and motions (the "Motions") filed by defendants in avoidance actions filed in the above-captioned bankruptcy proceedings.

In the interests of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Replies. Instead, Defendant hereby incorporates

1

by reference, as if fully stated herein, the arguments and requests for relief set forth in the Motions and Replies.

Dated: New York, New York
       July 2, 2010

                                  SHAKED & POSNER

                              By: /s/ Dan Shaked, Esq._____
                                DAN SHAKED (DS-3331)
                                *Attorney for Barnes & Associates*
                                255 W. 36th St., 8th Floor
                                New York, NY 10018
                                (212) 494-0035