Hearing Date and Time: July 22, 2010 at 10:00 a.m. (prevailing Eastern time)

**THOMPSON & KNIGHT LLP**
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
Ira L. Herman
Jennifer A. Christian
Gabrielle E. Farina

*Attorneys for Defendant*
*Victory Packaging LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                              :
                                                    :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,            :    (Jointly Administered)
                                                    :    Chapter 11
--------------------------------------------------------x
DELPHI CORPORATION, et al.          :
                                                    :
              Plaintiffs,                   :
                                                    :    Adv. No. 07-02551 (RDD)
        -against-                             :
                                                    :
VICTORY PACKAGING and          :
VICTORY PACKAGING LP,          :
                                                    :
              Defendants.                 :
--------------------------------------------------------x

### VICTORY PACKAGING LP'S JOINDER TO
### REPLIES SUBMITTED IN FURTHER SUPPORT OF CERTAIN MOTIONS FOR
### ORDERS: (I) DISMISSING COMPLAINTS WITH PREJUDICE AND
### (II) VACATING CERTAIN PRIOR ORDERS PURSUANT TO FED. R. CIV. P. 60 AND
### FED. R. BANKR. P. 9024

1.      Victory Packaging LP ("Victory")[1], by and through its counsel, hereby submits

---

[1]      The Debtors have named Victory Packaging as a defendant in the above-captioned proceeding, however, Victory Packaging is not a separate legal entity. Victory therefore has moved to have Victory Packaging struck from the complaint and the case dismissed against it. To the extent Victory packaging is not struck from the complaint and the case dismissed against it, this Joinder is equally applicable to Victory Packaging and all relief requested herein is also requested on behalf of Victory Packaging.

this Joinder in further support of its Motion for an Order: (I) Dismissing The Complaint With

Prejudice, (II) Vacating Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 And Fed. R. Bankr.

P. 9024; and (III) In The Alternative, Requiring A More Definite Statement (the "Motion")

[Adv. Pro. Docket No. 20][2].

## STATEMENT OF FACTS

2.      The Court is respectfully referred to the Motion and the Declaration of Benjamin

Samuels in Support of Motion of Victory Packaging and Victory Packaging LP For An Order (I)

Dismissing the Complaint with Prejudice, (II) Vacating Certain Prior Orders Pursuant to Fed. R.

Civ. P. 60 and Fed. R. Bankr. P. 9024 and (III) In The Alternative, Requiring a More Definite

Statement, executed the 16th day of April 2010, for a full recitation of the relevant facts as set

forth therein.  All facts set forth in the Motion are expressly incorporated herein.

## JOINDER

3.      Victory joins in, adopts and incorporates by reference the arguments made in the

Reply Briefs of HP Enterprise Services, LLC, *et al.* (07-02262) [Bankruptcy Docket No 20331],

Wagner Smith (07-02581) [Bankruptcy Docket No. 20306], Affinia Group Holdings, Inc., *et al.*

(07-02198) [Bankruptcy Docket No. 20304], and by Johnson Controls, *et al.* (07-2348)

[Bankruptcy Docket No. 20298].  Victory also joins in, adopts and incorporates by reference the

arguments made in any other Reply briefs and papers submitted in accordance with this Court's

Order Establishing Certain Procedures With Respect To Pending Motions To Dismiss Adversary

Proceedings, (the "Order") by defendants in any other adversary proceedings in accordance with

the Order.

---

[2]      *See* p. 1, ¶ 3.  All capitalized terms used, but not otherwise defined  herein shall have the meaning ascribed
to them in the Motion.

WHEREFORE, for the reasons set forth in the Motion and the Reply briefs and other

papers submitted by other moving defendants, Victory respectfully requests that the Court: (i)

dismiss the Complaint with prejudice, (ii) vacate the Extension Orders and the Modified Plan

Confirmation Order as against Victory pursuant to Fed. R. Civ. P. 60(b), as made applicable by

Fed. R. Bankr. P. 9024 or otherwise to the extent necessary to grant relief; and (iii) grant such

other and further relief as requested in the Motion or as  the Court may deem just and proper.

Dated: New York, New York
        July 2, 2010

> Respectfully submitted,
>
> THOMPSON & KNIGHT LLP
>
> */s/ Ira L. Herman*
> Ira L. Herman
> Jennifer A. Christian
> Gabrielle E. Farina
>
> 900 Third Avenue, 20th Floor
> New York, New York 10022
> Tel: (212) 751-3001
> Fax: (212) 751-3113
>
> *Attorneys for Defendant Victory Packaging LP*