Hearing Date and Time: July 22, 2010 at 10:00 a.m. (prevailing Eastern time)

**THOMPSON & KNIGHT LLP**
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
Ira L. Herman
Jennifer A. Christian
Gabrielle E. Farina

*Attorneys for Defendant*
*Victory Packaging LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

| | |
|---|---|
| In re: | |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| | Chapter 11 |
| DELPHI CORPORATION, et al. | |
| Plaintiffs, | |
| -against- | Adv. No. 07-02551 (RDD) |
| VICTORY PACKAGING and VICTORY PACKAGING LP, | |
| Defendants. | |

--------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2010, a true and correct copy of *Victory Packaging LP's Joinder to Replies Submitted in Further Support of Certain Motions for Orders: (I) Dismissing Complaints With Prejudice And (II) Vacating Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024* was served electronically through the Court's ECF system on all parties requesting electronic service, and by overnight mail to the following persons at the following addresses:

Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
Butzel Long
380 Madison Avenue-22nd Floor
New York, New York 10017

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

DPH Holdings Corp. (f/k/a Delphi Corporation, *et al.*)
Attn: John Brooks
5725 Delphi Drive
Troy, Michigan 48098


Dated: New York, New York
      July 2, 2010

                                          /s/ Ira L. Herman
                                          Ira L. Herman