VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
Mary Kay Shaver
Bryan R. Walters (*pro hac vice* admission pending)
Tel.: (616) 336-6000

*Attorneys for Summit Polymers, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x

In re:                                                     Case No. 05-44481-rdd
                                                           Chapter 11
DPH HOLDINGS CORP., et al.,                                (Jointly Administered)

                    Debtors.
―――――――――――――――――――――――――x

DELPHI CORPORATION, et al.,                                Adv. Proc. No. 07-02661-rdd

                    Plaintiff,

        v.

SUMMIT POLYMERS INC.,

                    Defendant.
―――――――――――――――――――――――――x

**SUMMIT POLYMERS, INC.'S REPLY IN SUPPORT OF MOTIONS TO DISMISS**

Summit Polymers, Inc. ("Defendant" or "Summit"), by and through its undersigned counsel, hereby joins and adopts the arguments set forth in the following replies in support of Motions to Dismiss (the "Replies") filed by:

*REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTIONS OF AFFINA, GKN, MSX AND VALEO TO: (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; (C) AND DISMISS THE CLAIMS AGAINST CERTAIN DEFENDANTS NAMED IN THE COMPLAINT; AND (D) DISMISS CLAIMS BASED ON ASSUMPTION OF CONTRACTS; OR (E) IN THE ALTERNATIVE, TO REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT (ADV. PRO. NO. 07-02534 (ROD))*

*REPLY OF HP ENTERPRISE SERVICES, LLC AND AFFILIATES IN SUPPORT OF THEIR MOTION FOR AN ORDER DISMISSING THE COMPLAINT WITH PREJUDICE, AND VACATING CERTAIN PRIOR ORDERS PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024 (ADV. PRO. NO. 07-02262 (ROD))*

*REPLY AND JOINDER IN FURTHER SUPPORT OF MOTION OF JOHNSON CONTROLS, JOHNSON CONTROLS BATTERY GROUP, JOHNSON CONTROLS GMBH & CO. KG AND JOHNSON CONTROLS, INC. TO: (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; OR (C) IN THE ALTERNATIVE, TO DISMISS THE CLAIMS AGAINST CERTAIN DEFENDANTS NAMED IN THE COMPLAINT AND TO REQUIRE PLAINTIFFS TO FILE A MORE DEFINITE STATEMENT (ADV. PRO. NO. 07-02348 (ROD))*

*REPLY OF WAGNER-SMITH COMPANY TO REORGANIZED DEBTORS' OMNIBUS RESPONSE TO MOTIONS SEEKING, AMONG OTHER FORMS OF RELIEF, ORDERS TO VACATE CERTAIN PROCEDURAL ORDERS PREVIOUSLY ENTERED BY THIS COURT AND TO DISMISS THE AVOIDANCE ACTIONS AGAINST ITHE MOVING DEFENDANTS (ADV. PRO. NO. 07-02581 (ROD))*

as well as the replies submitted by the other defendants in the other adversary proceedings that have filed similar motions.

Defendant adopts and incorporates all of the arguments applicable to Defendant's circumstances as stated in the Replies and in the original Motion to Dismiss, which Defendant filed on April 20, 2010.

Grand Rapids, Michigan
Dated: July 2, 2010

VARNUM LLP

By: /s/ Bryan R. Walters
    Bryan R. Walters
    Bridgewater Place, P.O. Box 352
    Grand Rapids, MI 49501-0352
    (616) 336-6000
    brwalters@varnumlaw.com

    *Attorneys for Defendant Summit Polymers, Inc.*

3558675_1.DOC