STITES & HARBISON PLLC
Robert C. Goodrich Jr. (TN 10454)
Madison L. Martin (TN 24027)
401 Commerce Street, Suite 800
Nashville, TN 37219
Tel: (615) 244-5200;  Fax: (615) 782-2371
Email: robert.goodrich@stites.com

Hearing Date: July 22, 2010, at 9:00 a.m.
Objections Due: June 7, 2010
Reply Due: July 2, 2010

-and-

John A. Bicks (JB 3496)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, New York 10020-1089
Tel:  (212) 768-6700; Fax: (212) 768-6800
*Attorneys for Setech, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | |
| Against | Adv. Pro. No. 07-02619 (RDD) |
| SETECH INC. and SETECH, | |
| Defendants. | |

**REPLY AND JOINDER IN FURTHER SUPPORT OF SETECH, INC.'S
MOTION TO VACATE AND TO DISMISS**

Setech[1] submits this reply to the *Reorganized Debtors' Response to Motions to Vacate Certain Orders and Dismiss Adversary Actions* (the "**Plaintiffs' Response**") (APN Docket No. 34; Main Case Docket No. 20225), and in further Support of Setech's *Motion to Vacate and to Dismiss* (APN Docket Nos. 31-33; Main Case Docket Nos. 20094, 20097 and 20099) (the "**Setech Motion to Dismiss**").

Plaintiffs' Response does not attempt to address the Debtors' prior specific and express waivers and releases as to the Setech Prefund Transfer and the Setech Product Payments. Similarly, the Plaintiffs' Response does not address the obvious and complete ordinary course defense as to the Remaining Transfers. To the extent that the Court is inclined to consider the clear and undisputed facts contained in the Eddinger Declaration which reflect defenses more than sufficient to defeat all of the claims purportedly alleged in the Complaint, Setech requests that the Court treat the Setech Motion to Dismiss as a motion for summary judgment and grant it on the bases that there are no genuine issues of material fact and that Setech is entitled to summary dismissal as a matter of law.

With respect to all other defenses raised by Setech in the Setech Motion to Dismiss, Setech rests on the points and authorities described in its opening brief and the chorus of arguments and authorities contained in the replies filed to the Plaintiffs' Response on behalf of Affinia Group Holdings (APN 07-02198, Docket No. 50; Main Case Docket No. 20304), Wagner-Smith Company (APN 07-02581, Docket No. 26; Main Case Docket No. 20306), Johnson Controls (APN 07-02348, Docket No. 35; Main Case Docket No. 20298) and HP Enterprise Services, LLC (APN 07-02262, Docket No. 31; Main Case Docket No. 20331), all of which are incorporated herein by reference to the extent consistent with both the Setech Motion to Dismiss and the facts presented in the Eddinger Declaration.

---

[1] Capitalized terms as used herein have the same meaning as given them in the Setech Motion to Dismiss.

For all of the foregoing reasons, Setech respectfully requests that the Court enter an order (i) vacating the Extension Orders pursuant to Bankruptcy Rule 9024 (ii) dismissing the above-captioned Adversary Proceeding with prejudice; and (iii) granting such other and further relief as the Court deems appropriate.

Date:  July 2, 2010

Respectfully submitted,

/s/ Madison L. Martin
Robert C. Goodrich Jr. (TN ID No. 10454)
Madison L. Martin (TN ID No. 24027)
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 244-5200  Fax: (615) 782-2371
robert.goodrich@stites.com
madison.martin@stites.com

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
John A. Bicks (JB 3496)
1221 Avenue of the Americas
New York, New York 10020
(212) 768-6700 Fax:  (212) 768-6800

*Attorneys for Setech, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2010, the foregoing ***Reply And Joinder In Further Support of Setech, Inc.'s Motion To Vacate And To Dismiss*** was electronically filed through the Court's CM/ECF system and served upon the following persons in the manner indicated:

i. Electronic service upon all Filing Users accepting Notice of Electronic Filing; and

ii. First-class U.S. mail to the persons included on the attached Service List.

/s/ Madison L. Martin

## SERVICE LIST

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226

Barry N. Seidel
Eric Fisher
Butzel Long, a professional corporation
380 Madison Avenue, 22nd Floor
New York, NY 10017

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

David S. Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10119-6022

Dennis J. Connolly
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Jessica Kastin
O'Melveny & Myers
7 Times Square
New York, NY 10036

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606-1720

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Mark S. Lichtenstein
Crowell & Moring LLP
590 Madison Avenue, 20th Fl
New York, NY 10022

Mateo Fowler
Quinn Emanuel Urquhardt Oliver & Hedges
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Michael O'Hayer
22 North Walnut Street
West Chester, PA 19380

Paul J. N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

Barnes & Thornburg LLP
Peter A. Clark
One North Wacker Drive, Suite 4400
Chicago, IL  60606-2833

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

Cohen, Weiss & Simon
Bruce Simon
330 W. 42nd Street
New York, NY  10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven J. Reisman
101 Park Avenue
New York , NY  10178-0061

Davis, Polk & Wardwell LLP
Donald Bernstein
Brian Resnick
450 Lexington Avenue
New York, NY  10017

Delphi Automotive LLP
Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI  48098

DPH Holdings Corp.
John Brooks
5725 Delphi Drive
Troy, MI  48098

Flextronics International
Carrie L. Schiff
305 Interlocken Parkway
Broomfield, CO  80021

07646N:051607:858637:3:NASHVILLE
7/2/10

| | |
|---|---|
| Flextronics International USA, Inc.<br>Paul W. Anderson<br>2090 Fortune Drive<br>San Jose, CA  95131 | JPMorgan Chase Bank, N.A.<br>Richard Duker<br>270 Park Avenue<br>New York, NY  10017 |
| Fried, Frank, Harris, Shriver & Jacobson<br>Brad Eric Sheler<br>Bonnie Steingart<br>Jennifer L Rodburg<br>One New York Plaza<br>New York, NY  10004 | JPMorgan Chase Bank, N.A.<br>Susan Atkins, Gianni Russello<br>277 Park Ave 8th Fl<br>New York, NY  10172 |
| FTI Consulting, Inc.<br>Randall S. Eisenberg<br>3 Times Square, 11th Floor<br>New York, NY  10036 | Kramer Levin Naftalis & Frankel LLP<br>Gordon Z. Novod<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| Groom Law Group<br>Lonie A. Hassel<br>1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 | Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer<br>1177 Avenue of the Americas<br>New York, NY  10036 |
| Hodgson Russ LLP<br>Garry M. Graber<br>60 East 42nd St<br>37th Floor<br>New York, NY  10165-0150 | Kurtzman Carson Consultants<br>Sheryl Betance<br>2335 Alaska Ave<br>El Segundo, CA  90245 |
| Honigman Miller Schwartz and Cohn LLP<br>Frank L. Gorman, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 | Law Debenture Trust of New York<br>Daniel R. Fisher<br>Patrick J. Healy<br>400 Madison Ave, Fourth Floor<br>New York, NY  10017 |
| Honigman Miller Schwartz and Cohn LLP<br>Robert B. Weiss, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 | McDermott Will & Emery LLP<br>David D. Cleary<br>Jason J. DeJonker<br>Mohsin N. Khambati<br>227 West Monroe Street, Suite 5400<br>Chicago, IL  60606 |
| Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI  48226 | McTigue Law Firm<br>Cornish F. Hitchcock<br>J. Brian McTigue<br>5301 Wisconsin Ave. N.W., Suite 350<br>Washington, DC  20015 |
| Internal Revenue Service<br>Attn: Insolvency Department, Maria Valerio<br>290 Broadway, 5th Floor<br>New York, NY  10007 | Mesirow Financial<br>Leon Szlezinger<br>666 Third Ave, 21st Floor<br>New York, NY  10017 |
| Jefferies & Company, Inc,<br>William Q. Derrough<br>520 Madison Avenue, 12th Floor<br>New York, NY  10022 | Milbank Tweed Hadley & McCloy LLP<br>Gregory A Bray Esq<br>Thomas R Kreller Esq<br>James E Till Esq<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 |

New York State Office of Attorney General
Eugene J. Leff
Assistant Attorney General & Deputy Bureau Chief
120 Broadway, 26th Floor
New York, NY  10271

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY  10281

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY  10271

O'Melveny & Myers LLP
Robert Siegel, Tom A. Jerman
Rachel Janger
400 South Hope Street
Los Angeles, CA  90071

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Stephen J. Shimshak
Philip A Weintraub
1285 Avenue of the Americas
New York, NY  10019-6064

Pension Benefit Guaranty Corporation
Israel Goldowitz, Karen L. Morris
John Menke, Ralph L. Landy
Beth A. Bangert
1200 K Street, N.W., Suite 340
Washington, DC  20005-4026

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York, NY  10103

Rothchild Inc.
David L. Resnick
1251 Avenue of the Americas
New York, NY  10020

Seyfarth Shaw LLP
Robert W. Dremluk
620 Eighth Ave
New York, NY  10018-1405

Shearman & Sterling LLP
Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New York, NY  10022

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler
John K. Lyons
Ron E. Meisler
155 N Wacker Drive, Suite 2700
Chicago, IL  60606-1720

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn A. Marafioti
4 Times Square
P.O. Box 300
New York, NY  10036

Spencer Fane Britt & Browne LLP
Daniel D. Doyle
Nicholas Franke
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO  63105

Stahl Cowen Crowley Addis LLC
Jon D. Cohen, Trent P. Cornell
55 West Monroe Street, Suite 1200
Chicago, IL  60603

Stevens & Lee, P.C.
Chester B. Salomon, Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY  10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY  10119

United States Trustee
Brian Masumoto
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

Weil, Gotshal & Manges LLP
Harvey R. Miller
Jeffrey L. Tanenbaum
Martin J. Bienenstock
Michael P. Kessler
767 Fifth Avenue
New York, NY  10153

Wilmington Trust Company
Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

07646N:051607:858637:3:NASHVILLE
7/2/10