BUTZEL LONG, PC
Attorneys for the Reorganized Debtors
22nd Floor, 380 Madison Avenue
New York, New York  10017
(212) 818-1110
Eric B. Fisher
Cynthia J. Haffey

DICKINSON WRIGHT PLLC
Attorneys for Ambrake Corporation
301 East Liberty, Suite 500
Ann Arbor, Michigan 48104-2266
(734) 623-7075
Michael C. Hammer (MI-P41705) (pro hac vice)
Dawn R. Copley (MI-P53343) (pro hac vice)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
In re:                                                    :    Chapter 11
                                                          :
DPH HOLDINGS CORP., *et al*,                              :    Case No. 05-44481 (RDD)
                                                          :
          Reorganized Debtors.                            :    (Jointly Administered)
                                                          :
-------------------------------------------------------- x
                                                          :
DELPHI CORPORATION, *et al.*,                             :
                                                          :
          Plaintiffs,                                     :    Adv. Pro. No. 07-02201-rdd
v.                                                        :
                                                          :
AMBRAKE CORPORATION and                                   :
AMBRAKE CORP.,                                            :
                                                          :
          Defendants.                                     :
                                                          :
-------------------------------------------------------- x

### **JOINDER OF AMBRAKE CORPORATION TO REPLY BRIEF**

Ambrake Corporation, by its attorneys, Dickinson Wright PLLC, in support of its

MOTION TO: (I) VACATE EXTENSION ORDERS; AND (II) DISMISS ADVERSARY

PROCEEDING (Docket No. 20087) hereby joins and adopts the arguments set forth in

the REPLY OF HP ENTERPRISE SERVICES, LLC AND AFFILIATES IN SUPPORT OF THEIR MOTION FOR AN ORDER DISMISSING THE COMPLAINT WITH PREJUDICE, AND VACATING CERTAIN PRIOR ORDERS PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024, dated July 2, 2010 (Docket No. 20331).

                                            Respectfully submitted,

                                            DICKINSON WRIGHT PLLC

                                            By: /s/ Dawn R. Copley
                                            Michael C. Hammer (*pro hac vice*)
                                            Dawn R. Copley (*pro hac vice)*
                                            301 East Liberty, Suite 500
                                            Ann Arbor, Michigan 48104-2266
                                            (734) 623-7075
Dated: July 2, 2010                          Attorneys for Ambrake Corporation

DETROIT 22441-59 1165869