Robert D. Nachman
Dykema Gossett PLLC
10 S. Wacker Drive – Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax: 312-627-2302
rnachman@dykema.com

Attorneys for MJ Celco, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtor. | ) | |
| | ) | |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Adv. Pro. |
| | ) | No. 07-02466 (RDD) |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| MJ CELCO, MJ CELCO, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

  **PLEASE TAKE NOTICE,** that on July 2, 2010, I caused to be electronically filed **REPLY OF MJ CELCO, INC. A/K/A MJ CELCO IN SUPPORT OF ITS MOTION TO (A) VACATE CERTAIN PRIOR ORDERS OF THE COURT ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS; AND (B) DISMISS THE COMPLAINT WITH PREJUDICE** a copy of which is attached hereto and is hereby served upon you.

## CERTIFICATE OF SERVICE

Robert D. Nachman, an attorney, hereby certifies that on July 2, 2010, a true and correct copy of the **Reply of MJ Celco, Inc. a/k/a MJ Celco In Support of its Motion to (A) Vacate Certain Prior Orders of the Court Establishing Procedures for Certain Adversary Proceedings; and (B) Dismiss the Complaint with Prejudice** was served on all parties that have filed an electronic appearance in this proceeding, via the Court's CM/ECF system. Parties may access the within instruments through the Court's CM/ECF system. In addition, the following parties were served via First Class Mail as listed below:

DPH Holdings Corp.
Attn: John Brooks
5725 Delphi Drive
Troy, MI 48098

Office of the United States Trustee
For the Southern District of New York
Attn: Alicia M. Leonhard, Esq.
Tracy Hope Davis, Esq.
Brain Masumoto, Esq.
33 Whitehall Street - 21st Floor
New York, NY 10004

Dated: July 2 , 2010

Respectfully submitted,

MJ CELCO, INC.

DYKEMA GOSSETT PLLC

By: /s/ Robert D. Nachman
Robert D. Nachman
10 S. Wacker Drive – Suite 2300
Chicago, IL 60606
Phone: 312-876-1700
Fax: 312-627-2302
rnachman@dykema.com

Attorneys for Defendant