UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                        :     Chapter 11
: 
DPH HOLDINGS CORP., et al.,     :     Case No. 05-44481 (RDD)
: 
          Reorganized Debtors. :     (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER ENFORCING MODIFIED PLAN AND MODIFICATION APPROVAL ORDER INJUNCTION AGAINST FKMT, LLC f/k/a MONARCH TRANSPORT LLC

Upon the motion, dated July 2, 2010 (the "Motion"), of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors"), for entry of an order (i) enjoining FKMT, LLC f/k/a Monarch Transport LLC ("FKMT") from proceeding against DPH Holdings Corp. in the proceedings entitled FKMT, LLC f/k/a Monarch Transport LLC v. Delphi Corporation, Case No. 0816-CV39025 (Missouri Circuit Court) (the "Missouri Action") and (ii) directing FKMT to take such action as is necessary to dismiss the Missouri Action; and upon the record of the July 22, 2010 hearing held upon the Motion (the "Hearing"); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is granted as provided herein.

      3.      FKMT is ordered to take such action as is necessary to immediately dismiss the Missouri Action.

      4.      Any further prosecution of the Missouri Action, or any similar litigation or proceeding in any forum against the Reorganized Debtors, without first proceeding in this Court to establish sufficient cause for relief from the injunction set forth in paragraph 22 of the Plan Modification Order and section 11.14 of the Modified Plan (the "Plan Injunction") with respect to the Missouri Action, shall constitute contempt of this Court.

      5.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.

Dated: White Plains, New York
       July ___, 2010

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE