TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue
New York, New York 10022
Tel:  (212) 754-9400
Fax:  (212) 754-6262
Janice B. Grubin

and

TAFT STETTINUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Tel: (513) 381-2838
Fax: (513) 381-0205
W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)

*Attorneys for Defendant Select Industries, Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>                Debtors, | Chapter 11<br>Case No. 05-44481 (RDD)<br>Jointly Administered |
| DELPHI CORPORATION, *et al.*,<br><br>                Plaintiffs,<br>     v.<br><br>SELECT TOOL & DIE CORP.,<br><br>                Defendant. | Adv. Pro. No. 07-02618 (RDD) |

**<u>AFFIDAVIT OF SERVICE</u>**

- 2 -

STATE OF NEW YORK    )
                    : ss.:
COUNTY OF NEW YORK )

Kathleen Flynn, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Richmond, State of New York.

On July 2, 2010, I caused to be served true copies of the **Joinder of Select Industries, Corp. In Further Support of Motion for Order (I) Vacating Certain Prior Orders; and (II) Dismissing the Adversary Proceeding with Prejudice** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees listed on the annexed service list.

      /*s/ Kathleen Flynn*
Kathleen Flynn

Sworn to before me this 2nd
day of July, 2010

      */s/ Jill Makower*
Notary Public, State of New York
No. 02MA6120285
Qualified IN New York County
Commission Expires December 20, 2012

257906 v1

## SERVICE LIST

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

DPH Holdings Corp.
   (f/k/a/ Delphi Corporation, et al.)
Attn:  John Brooks
5725 Delphia Drive
Troy, Michigan 48098

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, New York 10017