Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Defendants HP Enterprise Services, LLC, HP Enterprise Services UK Ltd, and Hewlett-Packard (Canada) Co.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| **DELPHI CORPORATION,** *et al.*, : | **Case No. 05-44481 (RDD)** |
| : | |
| : | **Jointly Administered** |

------------------------------------------------------------X

| | |
|---|---|
| **DELPHI CORPORATION,** *et al.*, : | **CERTIFICATE OF SERVICE** |
| **Plaintiffs,** : | |
| v. : | **Adv. Pro. No. 07- 02262 (RDD)** |
| **EDS, EDS CORP., ELECTRONIC DATA SYSTEMS, ELECTRONIC DATA SYSTEMS CORP., ELECTRONIC DATA SYSTEMS DE, ELECTRONIC DATA SYSTEMS LTD. and EDS CANADA INC.,** : | |
| : | |
| **Defendants.** : | |

------------------------------------------------------------X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 2nd day of July 2010, the Reply of HP Enterprise Services, LLC and Affiliates in Support of their Motion for an Order Dismissing the Complaint with Prejudice, and Vacating Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 was served by Federal Express upon:

>Butzel Long, A Professional Corporation
>150 West Jefferson – Suite 100
>Detroit, MI 48226
>Attn: Cynthia J. Haffey, Esq.
>
>Butzel Long, A Professional Corporation
>380 Madison Avenue – 22nd Floor
>New York, NY 10017
>
>Office of the United States Trustee
>Southern District of New York
>33 White Hall Street, Suite 2100
>New York, NY 10004
>
>DPH Holdings Corp., et al.
>5725 Delphi Drive
>Troy, MI 48098

Dated: New York, New York
July 2, 2010

_____
Richard V. Conza