**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------- X
                                              :
In re:                                        :   Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :   Case No. 05-44481 (RDD)
                                              :   Jointly Administered
------------------------------------------------------------- X
DELPHI CORPORATION, et al.,                   :
                                              :   Adv. Pro. No. 07-02556 (RDD)
Plaintiffs,                                   :
                                              :
-against-                                     :
                                              :
VISHAY AMERICAS, INC.,                        :
                                              :
Defendant.                                    :
------------------------------------------------------------- X
```

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

I, Rebecca Blake Chaikin, being duly sworn say:

1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On July 6, 2010, I caused a true copy of the **Reply Memorandum of Law in Support of Motion of Vishay Americas, Inc. to Dismiss Complaint with Prejudice**, dated July 2, 2010, in the above-captioned adversary proceeding to be served by federal express upon the address set forth in the attached service list.

                                                 /s/ Rebecca Chaikin
                                                 Rebecca Blake Chaikin

Sworn to before me this
6th day of July, 2010

/s/ Michael Makinde                     Michael Makinde
Michael Makinde                        Notary Public, State of New York
Notary Public                            No. 1MA6192562
                                          Qualified in New York County
                                          Commission Expires September 2, 2012

**SERVICE LIST**

**Via Federal Express:**

Eric B. Fisher
Barry N. Seidel
Butzel Long
380 Madison Avenue
22nd Floor
New York, NY 10017

Frank Oswald
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10019

Jon Brooks
DPH Holdings Corp.
5727 Delphi Drive
Troy, MI 48098

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, MI 48226

Tracy Hope Davis
Office of the United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004