VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
Mary Kay Shaver
Bryan R. Walters (*pro hac vice* admission pending)
Tel.: (616) 336-6000
*Attorneys for Summit Polymers, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————————— x

In re:                                                    Case No. 05-44481-rdd
                                                          Chapter 11
DPH HOLDINGS CORP., et al.,                               (Jointly Administered)

                        Debtors.
———————————————————————— x

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she is an employee of Varnum LLP, and to the best of her knowledge, information and belief, on July 2, 2010, a copy of Summit Polymers, Inc.'s Reply in Support of Motions to Dismiss was served electronically via the Court's ECF system on the parties shown on the attached Notice of Electronic filing.

July 6, 2010                                    /s/ Charlene A. Vondett
                                                Charlene A. Vondett

#3561977