**File an answer to a motion:**

05-44481-rdd DPH Holdings Corp., et al. and Park Ohio Industries, Inc.

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from Bryan R. Walters entered on 7/2/2010 at 4:11 PM and filed on 7/2/2010
**Case Name:**    DPH Holdings Corp., et al. and Park Ohio Industries, Inc.
**Case Number:**    05-44481-rdd
**Document Number:** 20350

**Docket Text:**
Reply to Motion *Reply in Support of Motions to Dismiss Supporting Dkt. #20304, #20298, and #20306* filed by Bryan R. Walters on behalf of Summit Polymers, Inc.. (Walters, Bryan)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Joinder to replies.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=7/2/2010] [FileNumber=9070587-0] [
39018a7fd84b866b0f8815ffdc08039e0f91dc923ea001a3d317f7b1619fba2b762672
6182c34e4ca1269ead17d181e6393ad90bcaa4db58c79890a7447433f6]]

**05-44481-rdd Notice will be electronically mailed to:**

J. Ted Donovan on behalf of Creditor Burkburnett I.S.D.
TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

David B. Aaronson on behalf of Attorney Drinker Biddle & Reath LLP
david.aaronson@dbr.com

Elizabeth Abdelmasieh on behalf of Creditor Riverside Claims LLC
elizabeth@regencap.com

Marc Abrams on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, mabrams@willkie.com

Letitia Accarrino on behalf of Defendant A 1 Specialized SVC & Supp., Inc.
Laccarrino@wilentz.com

Robert H. Adams on behalf of Creditor Simco Construction Inc.
rha@hsy.com, cpm@hsy.com;mjb@hsy.com

Franklin C. Adams on behalf of Unknown Solid State Stamping
franklin.adams@bbklaw.com

Jennifer L. Adamy on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

David J. Adler on behalf of Creditor Energy Conversion System
dadler@mccarter.com

Michael J. Alerding on behalf of Creditor M.G. Corporation
malerding@binghammchale.com

Derek P. Alexander on behalf of Unknown Rothschild Inc.
dalexand@debevoise.com, pacer@gruss.com

Joseph W. Allen on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel,LLP
jallen@jaeckle.com

Christopher A. Andreoff on behalf of Creditor Laura Marion
candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker on behalf of Unknown Wilmer Cutler Pickering Hale and Dorr LLP
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor 1st Choice Heating & Cooling, Inc.
japplebaum@clarkhill.com

Bruce D. Atherton on behalf of Unknown Direct Sourcing Solutions, Inc.
batherton@bathertonlaw.com

Allison R. Bach on behalf of Financial Advisor W.Y. Campbell & Company
abach@dickinsonwright.com

Stephen M. Bales on behalf of Interested Party Tremco Incorporated

sbales@zieglermetzger.com

C. David Bargamian on behalf of Creditor RBS Asset Finance, Inc.
dbargamian@bsdd.com

Courtney Engelbrecht Barr on behalf of Creditor D & R Technology LLC
cbarr@lockelord.com, docket@lockelord.com

Leslie S. Barr on behalf of Defendant Tyco Adhesives
lbarr@windelsmarx.com, theston@windelsmarx.com

William J. Barrett on behalf of Creditor EIS, Inc.
william.barrett@bfkn.com

David S. Barritt on behalf of Interested Party Littelfuse, Inc.
barritt@chapman.com

William M. Barron on behalf of Defendant Heraeus Metal Processing LTD.
wbarron@sgrlaw.com, dbarron@sgrlaw.com;plee@sgrlaw.com

Donald F. Baty on behalf of Creditor Fujitsu Ten Corp. of America
dbaty@honigman.com

Douglas P. Baumstein on behalf of Defendant A-D Acquisition Holdings, LLC
dbaumstein@whitecase.com, lpolyova@whitecase.com;mcosbey@whitecase.com;jdisanti@whitecase.com

Peter Nils Baylor on behalf of Creditor Hollingsworth & Vose Co.
pnb@nutter.com

Ronald Scott Beacher on behalf of Unknown IBJTC Business Credit Corporation
rbeacher@daypitney.com

W. Robinson Beard on behalf of Creditor Akebono Corporation (North America)
jkirk@stites.com

Thomas M. Beeman on behalf of Creditor Madison County (Indiana) Treasurer
tom@beemanlawoffice.com

Christopher Robert Belmonte on behalf of Unknown Moody's Investors Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett on behalf of Creditor Tower Automotive, Inc.
rbennett@kirkland.com,
pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirklan

Neil Matthew Berger on behalf of Plaintiff DPH Holdings Corp., et al.
neilberger@teamtogut.com,
abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com

Leslie Ann Berkoff on behalf of Creditor Demag Plastics Group, Corporation dba Van Dorn Demag Corporation
lberkoff@moritthock.com

Richard J. Bernard on behalf of Creditor Stoneridge, Inc.
rbernard@bakerlaw.com

Jeffrey Bernstein on behalf of Creditor New Jersey Self-Insurers Guaranty Association
jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com

Harold S. Berzow on behalf of Creditor Okaloosa County Tax Collector
hberzow@rmfpc.com

Daniel B. Besikof on behalf of Defendant Kyocera America Inc.
dbesikof@loeb.com

Brendan G. Best on behalf of Creditor Federal Screw Works
ssalinas@dykema.com

Brendan G. Best on behalf of Creditor Tremont City Barrel Fill PRP Group
ssalinas@dykema.com

Beth Ann Bivona on behalf of Creditor Durham Staffing Inc.
bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Christopher B. Block on behalf of Defendant BP Microsystems Inc.
cblock@gordonrees.com

Anthony D. Boccanfuso on behalf of Interested Party CSX Transportation, Inc.
Anthony_Boccanfuso@aporter.com

Florence Bonaccorso-Saenz on behalf of Unknown Louisiana Department of Revenue
florence.saenz@la.gov

Charles E. Boulbol on behalf of Creditor Russell Reynolds Associates, Inc.
rtrack@msn.com

Claude R. Bowles on behalf of Defendant DSSI
crb@gdm.com, shm@gdm.com

Jordan Brackett on behalf of Plaintiff DPH Holdings Corp., et al.
jbrackett@fklaw.com, vgarvey@fklaw.com

Eliza K. Bradley on behalf of Creditor WorldWide Battery Co., LLC
ebradley@robergelaw.com

Kate M. Bradley on behalf of Defendant Steere Enterprises Inc.
kbradley@brouse.com, jhickey@brouse.com

William M. Braman on behalf of Creditor M.G. Corporation
wbraman@meplegal.com

Beverley S. Braun on behalf of Defendant Jamestown Container
bbraun@jaeckle.com

Wendy D. Brewer on behalf of Creditor Gibbs Die Casting Corporation
wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com

Allan S. Brilliant on behalf of Unknown Asset Management Inc
allan.brilliant@dechert.com

Lynn M. Brimer on behalf of Defendant LTC Roll & Engineering Co.
lbrimer@stroblpc.com, sfraser@stroblpc.com

Timothy W. Brink on behalf of Creditor Sedgwick Claims Management Services, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Creditor Citigroup, Inc.
maofiling@cgsh.com

Mark A. Broude on behalf of Creditor Committee The Official Committee Of Unsecured Creditors
mark.broude@lw.com, peter.gilhuly@lw.com

William J. Brown on behalf of Creditor HSBC Bank USA, National Association
khatch@phillipslytle.com

Robert F. Brown on behalf of Defendant UVA Machine Company
rbrown@rendigs.com

Lee B. Brumitt on behalf of Creditor Gully Transportation
lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Adam D. Bruski on behalf of Creditor Linamar Corporation
adbruski@lambertleser.com

Daniel E. Bruso on behalf of Spec. Counsel Cantor Colburn LLP
dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Jacob Buchdahl on behalf of Plaintiff DPH Holdings Corp., et al.
jbuchdahl@susmangodfrey.com

Deborah M. Buell on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com

Douglas J. Buncher on behalf of Defendant Eco-Bat America LLC
dbuncher@neliganlaw.com, snash@neliganlaw.com;sklein@neliganlaw.com

Martin G. Bunin on behalf of Plaintiff ACE American Insurance Company
marty.bunin@alston.com

Kevin J. Burke on behalf of Creditor Engelhard Corporation
kburke@cahill.com

Brent Adam Burns on behalf of Respondent Paul Higgins
bburns@babfirm.com

Michael G. Busenkell on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
mbusenkell@wcsr.com

John Wm. Butler on behalf of Counter-Claimant DPH Holdings Corp., et al.
jbutler@skadden.com

Dan E. Bylenga on behalf of Defendant ND AMC LLC
ecf-deby@rhoadesmckee.com, ecf@rhoadesmckee.com

Christopher M. Cahill on behalf of Creditor ATS Automation Tooling Systems, Inc.
ccahill@clarkhill.com

Aaron R. Cahn on behalf of Unknown STMicroelectronics, Inc.
cahn@clm.com

Robert A. Calinoff on behalf of Creditor Hydro Aluminum Adrian, Inc.

rcalinoff@candklaw.com

Judy B. Calton on behalf of Creditor Affinia Canada Corp.
jcalton@honigman.com

Paul W. Carey on behalf of Creditor Allegro MicroSystems, Inc.
bankrupt@modl.com, pwcarey@modl.com

Scott Cargill on behalf of Interested Party Cerberus Capital Management, L.P.
scargill@lowenstein.com

James C. Carignan on behalf of Creditor SKF USA Inc.
carignanj@pepperlaw.com;custerm@pepperlaw.com

Eric D. Carlson on behalf of Defendant Tech Central
carlson@millercanfield.com

James S. Carr on behalf of Creditor BP Products North America Inc., Castrol Industrial, BP Amoco Corp.
KDWBankruptcyDepartment@kelleydrye.com

D. Christopher Carson on behalf of Creditor Citation Corporation
ccarson@burr.com

Michelle Carter on behalf of Creditor Mitsubishi Electric Automobile America, Inc.
mcarter@kslaw.com, pwhite@kslaw.com;;dmeadows@kslaw.com

Erin M. Casey on behalf of Creditor Omron Dualtec Automotive Electronics, Inc.
erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Linda J. Casey on behalf of Creditor SKF USA Inc.
caseyl@pepperlaw.com, jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

Michael Cussell on behalf of Creditor H.E. Services Company
mcassell@lefkowitzhogan.com

Katherine R. Catanese on behalf of Creditor Kautex Inc.
kcatanese@foley.com

Ben T. Caughey on behalf of Creditor Sumco, Inc.
ben.caughey@icemiller.com

George B. Cauthen on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial Coatings Mexico SA de CV. Viscom, Inc.
george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Babette A. Ceccotti on behalf of Creditor International Union, UAW
bceccotti@cwsny.com, ecf@cwsny.com

Sarah B. Chapman Carter on behalf of Creditor City of Vandalia, Ohio
scarter@pselaw.com

Michael J. Chapman on behalf of Defendant UVA Machine Company
mchapman@rendigs.com

Erik G. Chappell on behalf of Creditor Metro Fibres, Inc.
egc@lydenlaw.com

J Eric Charlton on behalf of Creditor GW Plastics, Inc.
echarlton@hiscockbarclay.com

Conrad Chiu on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation
cchiu@daypitney.com

Gloria M. Chon on behalf of Creditor Raymond Johnson
gloria.chon@kkue.com

Joseph L. Clasen on behalf of Defendant Prudential Relocation
jclasen@rc.com, sgleason@rc.com;promanello@rc.com;tgorrell@rc.com

David D. Cleary on behalf of Creditor Recticel North America, Inc.
mkhambat@dl.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
tscobb@vorys.com, cdfricke@vorys.com

Theodore A. Cohen on behalf of Creditor Gary Whitney
tcohen@smrh.com, amontoya@sheppardmullin.com

Michael A. Cohen on behalf of Unknown AOL LLC
macohen@kirkland.com

Mark B. Conlan on behalf of Creditor Breen Color Concentrates, Inc.
mconlan@gibbonslaw.com

Dennis J. Connolly on behalf of Creditor Cadence Innovation, LLC
dconnolly@alston.com

Susan M. Cook on behalf of Creditor Arnold Center, Inc.
smcook@lambertleser.com

Jesse Cook-Dubin on behalf of Defendant Carlisle
jcookdubin@vorys.com, cdfricke@vorys.com

Dawn R. Copley on behalf of Creditor Ambrake Corporation
dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

Joseph N. Cordaro on behalf of Unknown United States Of America
joseph.cordaro@usdoj.gov

Trent P. Cornell on behalf of Interested Party Paul Higgins
tcornell@stahlcowen.com

Patrick M. Costello on behalf of Creditor Coherent, Inc.
pcostello@bbslaw.com

Thomas W. Cranmer on behalf of Creditor John Blahnik
cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo on behalf of Interested Party Epcos, Inc.
dcrapo@gibbonslaw.com

Tyson A. Crist on behalf of Creditor Battelle Memorial Institute
tcrist@szd.com

Maureen A. Cronin on behalf of Unknown Rothschild Inc.
mao-ecf@debevoise.com

Michael G. Cruse on behalf of Creditor Compuware Corporation
mcruse@wnj.com, hziegler@wnj.com

Gary H. Cunningham on behalf of Unknown Nash
gcunningham@gmhlaw.com

Louis A. Curcio on behalf of Creditor AB Automotive Electronics Ltd.
lcurcio@sonnenschein.com

Vincent D'Agostino on behalf of Creditor Verizon Wireless Messaging Services LLC
vdagostino@lowenstein.com, jbecht@lowenstein.com

Jeannine D'Amico on behalf of Other Prof. Cadwalader Wickersham & Taft LLP
jeannine.damico@cwt.com

Sherri Lynn Dahl on behalf of Creditor Dayton, City of
sdahl@ssd.com, SSzymanski@ssd.com

Michael R. Dal Lago on behalf of Interested Party Dennis Black, Charles Cunningham, and Delphi Salaried Retiree Association
bankruptcy@morrisoncohen.com

Michael S. Davis on behalf of Unknown AIG Member Companies
mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre on behalf of Defendant Decatur Plastic Products Inc.
carina@kellermacaluso.com

James J. DeCristofaro on behalf of Creditor TI Automotive
james.decristofaro@lovells.com

Karen Veronica DeFio on behalf of Creditor Marquardt GmbH
kdefio@bsk.com, kdoner@bsk.com;tayers@bsk.com

James E. DeLine on behalf of Defendant Pontiac Coil Inc.
jed@krwlaw.com, pal@krwlaw.com

J. Michael Debbeler on behalf of Attorney Graydon Head & Ritchey
mdebbeler@graydon.com

Robert Dehney on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
rdehney@mnat.com, cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@mnat.com

Karol K. Denniston on behalf of Unknown MobileAria, Inc.
karol.denniston@dlapiper.com

Paul H. Deutch on behalf of Creditor Wachovia Bank NA
bosborne@omni.com;pdeutch1@aol.com

Maria J. DiConza on behalf of Creditor Duraswitch Industries Inc.
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Gerard DiConza on behalf of Creditor Furukawa Electric North America ADP
gdiconza@dlawpc.com, las@dlawpc.com

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

Gianni Dimos on behalf of Unknown Apple Inc., Apple Computer International, and Hon Hai Precision Industry Company Ltd.
gianni.dimos@pillsburylaw.com

Karen Dine on behalf of Unknown Clarion Corporation of America
karen.dine@pillsburylaw.com

Stephen A. Donato on behalf of Creditor Diemolding Corporation
sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com

Amish R. Doshi on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Creditor Audio MPEG, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

Jeremy M. Downs on behalf of Defendant Johnson Controls
jeremy.downs@goldbergkohn.com

Daniel D. Doyle on behalf of Unknown Carl Visconti
ddoyle@spencerfane.com, kcollier@spencerfane.com;ssidebottom@spencerfane.com

David G. Dragich on behalf of Creditor GE Commercial Materials SA de CV
ddragich@harringtondragich.com

David B. Draper on behalf of Creditor Maxim Integrated Products, Inc.
ddraper@terra-law.com

Dennis J. Drebsky on behalf of Unknown Corning Incorporated
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Attorney Seyfarth Shaw LLP
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Seth A. Drucker on behalf of Creditor BorgWarner Turbo Systems Inc.
sdrucker@honigman.com

David W. Dykhouse on behalf of Creditor Ashland, Inc.
mcobankruptcy@pbwt.com

Frank L. Eaton on behalf of Unknown Appaloosa Management L.P.
featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com

Daniel Egan on behalf of Other Prof. KPMG LLP
degan@kslaw.com

Gayle Ehrlich on behalf of Creditor City of Wyoming, Michigan
gehrlich@sandw.com, ccarlson@sandw.com

Robert L. Eisenbach on behalf of Creditor BEI Sensors & Systems Company
reisenbach@cooley.com

David M. Eisenberg on behalf of Unknown Martinrea International Inc.
deisenberg@ermanteicher.com

Roger Elder on behalf of Unknown Apple Inc., Apple Computer International, and Hon Hai Precision Industry Company Ltd.
roger.elder@pillsburylaw.com

Judith Elkin on behalf of Creditor Amtek Tngineering Limited, et al.
judith.elkin@haynesboone.com

Paige Leigh Ellerman on behalf of Unknown Gobar Systems, Inc.
ellerman@taftlaw.com, docket@taftlaw.com

Rex H. Elliott on behalf of Creditor Estate of Clarence Huston
loris@cooperelliott.com

Kristin Elliott on behalf of Creditor Tata America International Corporation d/b/a TCS America
kelliott@kelleydrye.com

Alyssa Englund on behalf of Creditor American President Lines, Ltd. and APL Co. Pte Ltd.
aenglund@orrick.com

Michael R. Enright on behalf of Creditor GE Fanuc Automation North America, Inc.
menright@rc.com

Richard L. Epling on behalf of Unknown MeadWestvaco Corporation
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich on behalf of Unknown MeadWestvaco Corporation

margot.erlich@pillsburylaw.com

Scott L. Esbin on behalf of Creditor Credit Suisse
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin on behalf of Defendant Teachers' Retirement System of Oklahoma
metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga on behalf of Creditor Susan Buttitta
sfalanga@connellfoley.com

Marc Falcone on behalf of Counter-Claimant Merrill Lynch, Pierce, Fenner & Smith Incoported
mfalcone@paulweiss.com

Eugene I. Farber on behalf of Creditor DBM Technologies, Inc.
efarber747@aol.com

Kathleen A. Farinas on behalf of Creditor Charles Musgrave
kf@lgrslaw.com

Robert Michael Farquhar on behalf of Creditor GCi Technologies
mfarquhar@winstead.com, whsu@winstead.com

David D. Farrell on behalf of Unknown David D. Farrell
dfarrell@thompsoncoburn.com

William L. Farris on behalf of Defendant Goldman Sachs & Co.
farrisw@sullcrom.com

Bonnie Glantz Fatell on behalf of Interested Party Special Devices Inc.
fatell@blankrome.com

Oscar B. Fears on behalf of Creditor Georgia Department of Revenue
bfears@law.ga.gov

Benjamin D. Feder on behalf of Spec. Counsel Thompson Hine LLP
KDWBankruptcyDepartment@kelleydrye.com

Robert J. Feinstein on behalf of Creditor Essex Group, Inc.
rfeinstein@pszyj.com, dharris@pszyjw.com

Ilene J. Feldman on behalf of Unknown Union Pacific Railroad Company
collinsfeldman@aol.com

Richard L. Ferrell on behalf of Creditor Koyo Corporation
Ferrell@taftlaw.com

Charles J. Filardi on behalf of Creditor FedEx Trade Networks Transport & Brokerage, Inc.
charles@filardi-law.com, abothwell@filardi-law.com

Eric Fisher on behalf of Debtor DPH Holdings Corp., et al.
fishere@butzel.com, richarda@butzel.com

Elizabeth K. Flaagan on behalf of Unknown ColorsTek, Inc.
eflaagan@faegre.com

Jonathan L. Flaxer on behalf of Unknown Universal Bearings, LLC
jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com

Daniel A. Fliman on behalf of Interested Party Longacre Master Fund, LTD.
dfliman@kasowitz.com, courtnotices@kasowitz.com

Paul C. Foley on behalf of Unknown Paul Foley
foley@mountaindearborn.com

Jonathan D. Forstot on behalf of Creditor TT electronics, Plc.
jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Z. Fowler on behalf of Spec. Counsel Quinn Emanuel
leticiabustinduy@quinnemanuel.com

Shawn Randall Fox on behalf of Creditor Alumax Mill Products, Inc., Alcoa Automotive Castings, A Michigan Partnership And Alcoa Extrusions, Inc.
sfox@mcguirewoods.com

Edward M. Fox on behalf of Creditor Wilmington Trust Company
edward.fox@klgates.com

Joseph D. Frank on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

Mark S. Frankel on behalf of Unknown SPCP Group L.L.C.
mfrankel@couzens.com

Thomas M. Franklin on behalf of Creditor Kansas Department of Health and Environment
tmflaw@swbell.net

Greg A. Friedman on behalf of Creditor Cadence Innovation LLC
gfriedman@coleschotz.com

Michael Friedman on behalf of Creditor Goldman Sachs Credit Partners L.P.
mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com

Edward A. Friedman on behalf of Plaintiff DPH Holdings Corp., et al.
efriedman@fklaw.com, vgarvey@fklaw.com

Scott J. Friedman on behalf of Unknown WL Ross & Co. LLC
sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

Patricia B. Fugee on behalf of Interested Party Ericka Parker
pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com

Lars H. Fuller on behalf of Unknown Photo Stencil, LLC
lfuller@rothgerber.com

Timothy A. Fusco on behalf of Creditor Autoliv ASP, Inc.
fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa on behalf of Creditor VERITAS Software Corporation
tgaa@bbslaw.com, catherine@bbslaw.com

James Gadsden on behalf of Unknown Carter Ledyard & Milburn LLP
bankruptcy@clm.com

James M. Garner on behalf of Creditor Gulf Coast Bank & Trust Company
jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation
vgarry@ag.state.oh.us

Joanne Gelfand on behalf of Unknown Itautec America Inc.
joanne.gelfand@akerman.com

Yann Geron on behalf of Creditor M&Q Plastic Products, Inc.
ygeron@foxrothschild.com

Philip J. Giacinti on behalf of Creditor Sunrise Medical, Inc.
pjg@procopio.com, caw@procopio.com

Karen Giannelli on behalf of Creditor Breen Color Concentrates, Inc.
kgiannelli@gibbonslaw.com

Leo J. Gibson on behalf of Creditor ICX Corporation
lgibson@bsdd.com

A. Spencer Gilbert on behalf of Creditor Mississippi Workers' Compensation Individual Self-insurer Guaranty Association
sgilbert@asgilbert.com, kimwolford@asgilbert.com

Celeste R. Gill on behalf of Creditor Michigan Department of Environmental Quality
gillc1@michigan.gov

Joseph M. Gitto on behalf of Interested Party First Technology Holdings, Inc. and Affiliates and Subsidiaries, Control Devices, Inc. and First Inertia Switch Limited
jgitto@nixonpeabody.com

Rozanne M. Giunta on behalf of Creditor Stephenson & Sons Roofing
rmgiunta@lambertleser.com

Eduardo J. Glas on behalf of Creditor Automodular Assemblies Inc.
eglas@mccarter.com

Jeffrey R. Gleit on behalf of Interested Party Contrarian Funds LLC
jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com

Ronald L. Glick on behalf of Creditor Equistar Chemicals, LP
rlg@stevenslee.com

Larry Ivan Glick on behalf of Defendant Sidney Bernstein
larryglick@erols.com

Dean M. Gloster on behalf of Unknown Delphi Salaried Retirees Association
dgloster@fbm.com

Matthew Alexander Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor CR Intrinsic Investors, LLC
egoldberg@Stutman.com

Thomas D. Goldberg on behalf of Creditor Carrier Corporation
tdgoldberg@dbh.com

Scott R. Goldberg on behalf of Creditor Semiconductor Components Industries, LLC
sgoldber@quarles.com

Scott A. Golden on behalf of Creditor XM Satellite Radio Inc.
sagolden@hhlaw.com

Robert C. Goodrich on behalf of Defendant Setech Inc.
nashvillebankruptcyfilings@stites.com

Robert D. Gordon on behalf of Attorney Clark Hill PLC
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Creditor Official Committee of Eligible Salaried Retirees
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Gary A. Gotto on behalf of Interested Party Thomas Kessler
ggotto@krplc.com

Garry M. Graber on behalf of Creditor Jideco of Bardstown, Inc.
ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com

David S. Gragg on behalf of Debtor DPH Holdings Corp., et al.
dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham on behalf of Creditor Small Parts, Inc.
jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

Warren R. Graham on behalf of Creditor Tal-Port Industries, LLC
wrg@dmlegal.com

Corey D. Grandmaison on behalf of Defendant Merrill Tool & Machine
corgra@bkf-law.com, aijhal@bkf-law.com

Jonathan S. Green on behalf of Attorney Miller, Canfield, Paddock and Stone
greenj@millercanfield.com

John T. Gregg on behalf of Creditor Armada Rubber Manufacturing Company
jgregg@btlaw.com

Lisa S. Gretchko on behalf of Other Prof. Howard & Howard Attorneys, P.C.
lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Emanuel C. Grillo on behalf of Unknown Davidson Kempner Capital Management LLC
egrillo@goodwinprocter.com

David M. Grogan on behalf of Creditor Wellman, Inc.
dgrogan@slk-law.com

Stephen H. Gross on behalf of Creditor Mubea, Inc.
sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow on behalf of Creditor Behr Industries Corp.
sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin on behalf of Attorney Drinker Biddle & Reath LLP
jgrubin@tnsj-law.com, snobles@tnsj-law.com

Kevin Grzelak on behalf of Unknown Price, Heneveld, Cooper, DeWitt & Litton, LLP.
phcdelphi@priceheneveld.com

Peter J. Gurfein on behalf of Creditor Wamco, Inc
pgurfein@lgbfirm.com, cscott@lgbfirm.com

Elizabeth A. Haas on behalf of Creditor Allegro MicroSystems, Inc.
info@thehaaslawfirm.com

Cynthia J. Haffey on behalf of Debtor DPH Holdings Corp., et al.
haffey@butzel.com

Richard F. Hahn on behalf of Unknown Rothschild Inc.
rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com

Dennis M. Haley on behalf of Creditor Twin Corporation
dhaley@winegarden-law.com

Alan D. Halperin on behalf of Attorney Halperin Battaglia Raicht, LLP
ahalperin@halperinlaw.net, spark@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Michael C. Hammer on behalf of Creditor Ambrake Corporation
mchammer2@dickinsonwright.com

Marc B. Hankin on behalf of Defendant Olin Corp.
mhankin@jenner.com, docketing@jenner.com

William J. Hanlon on behalf of Creditor Bradford Industries, Inc.

whanlon@seyfarth.com

Kristopher M. Hansen on behalf of Creditor 1401 Troy Associates LP
insolvency2@stroock.com

Jill M. Hartley on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
jh@previant.com

Brian W. Harvey on behalf of Creditor A.G. Machining
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Bruce A. Harwood on behalf of Creditor Source Electronics Inc
bharwood@sheehan.com, ntoli@sheehan.com;nhbankruptcycourt@sheehan.com

Lonie A. Hassel on behalf of Unknown Clerk's Office of the U.S. Bankruptcy Court
lah@groom.com

William M. Hawkins on behalf of Creditor Kyocera Industrial Ceramics Corp.
whawkins@loeb.com, sorszula@loeb.com;jjensen@dimontelaw.com

Nava Hazan on behalf of Creditor Motorola, Inc.
nhazan@mwe.com

Ryan D. Heilman on behalf of Creditor Al-Shreveport, LLC
rheilman@schaferandweiner.com

Ira L. Herman on behalf of Creditor Midwest Tool & Die Corporation
ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman on behalf of Interested Party Steering Holding, LLC
Nherman@morganlewis.com

Brian S. Hermann on behalf of Unknown Deutsche Bank Securities Inc.
bhermann@paulweiss.com

Jennifer B. Herzog on behalf of Unknown City of Oak Creek
jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

William Heuer on behalf of Plaintiff ACE American Insurance Company
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Unknown Pullman Bank and Trust Company
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

Shannon E. Hoff on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mstinson@burr.com

Marie Polito Hofsdal on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation
marie.hofsdal@wilsonelser.com

Albert L. Hogan on behalf of Defendant DPH Holdings Corp., et al.
al.hogan@skadden.com, andrew.fuchs@skadden.com;chdocket@skadden.com

Michelle R. Holl on behalf of Other Prof. Ernst & Young LLP
mholl@mayerbrownrowe.com

Evan C. Hollander on behalf of Unknown A-D Acquisition Holdings, LLC
chollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com

Pamela Smith Holleman on behalf of Creditor Fidelity Employer Services Company LLC
pholleman@sandw.com

Casey B. Howard on behalf of Defendant Methode Electronics Inc.
choward@lockelord.com

John R. Humphrey on behalf of Creditor Preferred Sourcing, LLC
jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

P. Warren Hunt on behalf of Defendant Pontiac Coil Inc.
pwh@krwlaw.com

John J. Hunter on behalf of Creditor ZF Boge Elastmetall, LLC
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com

Jay W. Hurst on behalf of Creditor Texas Comptroller Of Public Accounts
jay.hurst@oag.state.tx.us

Donald J. Hutchinson on behalf of Creditor Ford Motor Company
hutchinson@millercanfield.com

Roland Hwang on behalf of Unknown State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency
hwangr@michigan.gov

Mark S. Indelicato on behalf of Creditor Affinia Canada Corp., EFT
mindelicato@hahnhessen.com,

eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com

Michael G. Insalaco on behalf of Unknown Toyota Tsusho America, Inc.
minsalaco@zcklaw.com

Michael J. Jacobs on behalf of Defendant Viscom Inc. USA
mjacobs@hbss.net

Gary S. Jacobson on behalf of Defendant Charter MFG. Co. Inc.
gjacobson@heroldlaw.com

Susan Jennik on behalf of Creditor International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America
sjennik@kjmlabor.com

Nan E. Joesten on behalf of Creditor Delphi Salaried Retirees Association
njoesten@fbm.com

Mary L. Johnson on behalf of Creditor International Rectifier Corp.
mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones on behalf of Creditor Calsonic Kansei North America, Inc.
rjones@bccb.com

Richard Josephson on behalf of Creditor ENTEK International LLC
basargent@stoel.com

John E. Jureller on behalf of Creditor Bayer MaterialScience, LLC
jjureller@klestadt.com, jjureller@klestadt.com

David J. Jurkiewicz on behalf of Creditor Decatur Plastic Products, Inc.
djurkiewicz@boselaw.com, mwakefield@boselaw.com

Allen G. Kadish on behalf of Creditor Jacobson Mfg., LLC
kadisha@gtlaw.com, cusumanod@gtlaw.com

Robert G. Kamenec on behalf of Plaintiff ACE American Insurance Company
rkamenec@plunkettcooney.com

Dana P. Kane on behalf of Creditor Revenue Management
lsi@liquiditysolutions.com

Karel S. Karpe on behalf of Creditor Cisco Systems, Inc. and its subsidiaries and affiliates, including but not limited to Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Penske Truck Leasing Co., L.P.
andrew.kassner@dbr.com

William M. Katich on behalf of Unknown Illinois Department of Revenue
wkatich@atg.state.il.us

Kristi A. Katsma on behalf of Unknown Dickinson Wright PLLC
kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Jordan Kaye on behalf of Creditor Electronic Data Systems Corp & EDS Information Services, LLC
jkaye@kramerlevin.com

Barry M. Kazan on behalf of Defendant Rieck Group LLC
Barry.Kazan@ThompsonHine.com

Patrick J. Keating on behalf of Creditor Marco Manufacturing Co.
pkeating@bdblaw.com

Thomas M. Kennedy on behalf of Creditor International Union of Electric, Electrical, Salaried, Machine and Furniture Workers Communications Workers of America (IUE-
CWA)
tkennedy@kjmlabor.com

David Kennedy on behalf of Unknown IRS Department of the Treasury
david.kennedy2@usdoj.gov

Michael P. Kessler on behalf of Interested Party General Motors Corporation
michael.kessler@weil.com

Jocelyn Keynes on behalf of Creditor Equistar Chemicals, LP
jk@stevenslee.com

Jocelyn Keynes on behalf of Unknown Equistar Chemicals, LP
jkeynes@halperinlaw.net

Ron Kilgard on behalf of Creditor ERISA Lead Plaintiffs
BankruptcyECF@krplc.com

Tami Hart Kirby on behalf of Creditor Alegre, Inc
tkirby@porterwright.com

Myron Kirschbaum on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd.

mkirschbaum@kayescholer.com

Karen L. Kirshenbaum on behalf of Unknown Viasystems
kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jkleinman@fgllp.com

Tracy L. Klestadt on behalf of Creditor Detroit Heading, LLC
tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg on behalf of Creditor Robin Industries, Inc.
bklineberg@moritthock.com

Anthony J. Kochis on behalf of Creditor Access One Technology Group, LLC
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Howard Koh on behalf of Creditor Solectron Corporation
hkoh@meisterseelig.com

Seth F. Kornbluth on behalf of Creditor Juki Automation Systems, Inc.
skornbluth@herrick.com

Alan M. Koschik on behalf of Creditor Goodyear Canada Inc.
akoschik@brouse.com

Lawrence J. Kotler on behalf of Creditor ACE American Insurance Company
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party Paul Free
kovskyd@pepperlaw.com, kressk@pepperlaw.com, wisotska@pepperlaw.com, alexsym@pepperlaw.com

Stuart A. Krause on behalf of Unknown Toyota Tsusho America, Inc.
skrause@zeklaw.com

Julia S. Kreher on behalf of Creditor BAILEY MANUFACTURING COMPANY, LLC
jkreher@hodgsonruss.com, rleek@hodgsonruss.com, mreyen@hodgsonruss.com

Sarah Quinn Kuhny on behalf of Defendant Autocam Corporation
sarah.kuhny@btlaw.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Duane Kumagai on behalf of Unknown NMB Technologies, Corp.
dkumagai@rutterhobbs.com

Glenn M. Kurtz on behalf of Defendant A-D Acquisition Holdings, LLC
gkurtz@whitecase.com, jdisanti@whitecase.com, mcosbny@whitecase.com

Randall D. LaTour on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rdlatour@vssp.com, cdfricke@vorys.com

Robinson B. Lacy on behalf of Defendant Goldman Sachs & Co.
Lacyr@sullcrom.com

Darryl S. Laddin on behalf of Creditor Daishinku (America) Corp. d/b/a KDS America
bkrfilings@agg.com

Ralph L. Landy on behalf of Creditor Pension Benefit Guaranty Corporation
landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven on behalf of Transferee CF Special Situation Fund 1 LP
slaven@bfca.com

James N. Lawlor on behalf of Interested Party Flow Dry Technology, Ltd.
jlawlor@wmd-law.com, gbenaur@wmd-law.com

James Michael Lawniczak on behalf of Creditor Benecke-Kaliko AG
jlawniczak@calfee.com

Harlan Mitchell Lazarus on behalf of Defendant NYCH LLC
hmllaw@att.net, hmllaw@att.net

Thomas A. Lee on behalf of Creditor FIA Card Services aka Bank of America by eCAST Settlement Corporation as its agent
notices@becket-lee.com

David H. Lee on behalf of Unknown Sensata Technologies, Inc.
dlee@nixonpeabody.com

Alexander B. Lees on behalf of Unknown Methode Electronics Inc.
ablees@wlrk.com

David S. Lefere on behalf of Creditor Eclipse Tool and Die Inc.
davidl@bolhouselaw.com

Eugene Leff on behalf of Unknown State of New York, Department of Environmental Conservation
eleff@oag.state.ny.us

Rachel Jeanne Lehr on behalf of Unknown State of New Jersey, Department of Environmental Protection
rachel.lehr@dol.lps.state.nj.us

Michael S. Leib on behalf of Defendant Danice Manufacturing Co.
msl@maddinhauser.com, bac@maddinhauser.com

Damon R. Leichty on behalf of Defendant Autocam Corporation
damon.leichty@btlaw.com

Harris Donald Leinwand on behalf of Creditor Ahaus Tool & Engineering Inc.
hleinwand@aol.com, hleinwand@aol.com

David E. Lemke on behalf of Creditor Nissan North America, Inc.
david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com

Joseph H. Lemkin on behalf of Attorney Masuda, Funai, Eifert & Mitchell, Ltd.
jhlemkin@duanemorris.com, tjsantorelli@duanemorris.com;dalvarado@duanemorris.com

Ira M. Levee on behalf of Defendant Teachers' Retirement System of Oklahoma
ilevee@lowenstein.com, mseymour@lowenstein.com

Jill Levi on behalf of Creditor Bank of Lincolnwood
jlevi@toddlevi.com, drosenberg@toddlevi.com

Jonathan Levine on behalf of Defendant Microchip
jlevine@andrewskurth.com, jlevine@akllp.com

Kenneth M. Lewis on behalf of Creditor Dott Industries, Inc.
klewis@lewispllc.com

Kim Martin Lewis on behalf of Creditor Feintool Cincinnati, Inc.
kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Barry E. Lichtenberg on behalf of Creditor Marybeth Cunningham
barryster@att.net

Mark S. Lichtenstein on behalf of Debtor DPH Holdings Corp., et al.
mlichtenstein@crowell.com, mlichtenstein@crowell.com

David Liebov on behalf of Defendant Goldman Sachs & Co.
liebovd@sullcrom.com

Carmen H. Lonstein on behalf of Defendant Danobat Machine Tool Co Inc
carmen.lonstein@bakernet.com

Eric Lopez Schnabel on behalf of Creditor Entergy Mississippi, Inc.
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Dennis W. Loughlin on behalf of Creditor PIC Productivity Improvement Center
dloughlin@wnj.com, robinclark@wnj.com

Daniel A. Lowenthal on behalf of Attorney Thelen Reid & Priest LLP
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz on behalf of Attorney Means Industries, Inc
plubitz@nyc.rr.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Matthew J. Lund on behalf of Creditor Paul Free
kovskyd@pepperlaw.com

Douglas L. Lutz on behalf of Creditor AK Steel Corporation
dlutz@fbtlaw.com, ahammerle@fbtlaw.com

Christopher A. Lynch on behalf of Interested Party Johnson Controls, Inc.
clynch@reedsmith.com

John H. Maddock on behalf of Creditor CSX Corporation
jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com

Amina Maddox on behalf of Creditor New Jersey Division of Taxation
amina.maddox@law.dol.lps.state.nj.us

John S. Mairo on behalf of Creditor Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc.
jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

Donald W. Mallory on behalf of Creditor Plastic Moldings Company, Ltd.
dmallory@ctks.com, ddcass@ctks.com

Richard Mancino on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, rmancino@willkie.com

Jacob A. Manheimer on behalf of Creditor FCI USA, Inc.
jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Kayalyn A. Marafioti on behalf of Debtor DPH Holdings Corp., et al.
kmarafio@skadden.com, John.Murphy@skadden.com

Wendy G. Marcari on behalf of Attorney Traub, Bonacquist & Fox LLP
wmarcari@ebglaw.com, nyma@ebglaw.com

Alan E. Marder on behalf of Creditor Kilroy Realty, L.P.
lgomez@msek.com

Jeffrey S. Margolin on behalf of Defendant OSAR SRL
margolin@hugheshubbard.com

Andrew L. Margulis on behalf of Creditor Technology Properties Ltd.
amargulis@ropers.com

Kenneth S. Marks on behalf of Plaintiff DPH Holdings Corp., et al.
kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

Ilan Markus on behalf of Creditor Associated Spring Do Brasil Ltda
ilan.markus@leclairryan.com

John J. Marquess on behalf of Unknown Legal Cost Control, Inc.
jjm@legalcost.com

Madison L. Martin on behalf of Defendant Setech Inc.
nashvillebankruptcyfilings@stites.com

Gregory J Mascitti on behalf of Defendant Corning
gmascitti@nixonpeabody.com, roc.managing.clerk@nixonpeabody.com;sfoster@nixonpeabody.com

Richard Gary Mason on behalf of Unknown Capital Research and Management Company
rgmason@wlrk.com, calert@wlrk.com

Victor J. Mastromarco on behalf of Creditor H.E. Services Company
vmastromar@aol.com

Kathleen Leicht Matsoukas on behalf of Creditor Howard County, Indiana
kmatsoukas@btlaw.com

Deborah A. Mattison on behalf of Creditor Rosalyn Motley
dmattison@wcqp.com

Douglas Kirk Mayer on behalf of Unknown Methode Electronics Inc.
dkmayer@wlrk.com, calert@wlrk.com

Kristin B. Mayhew on behalf of Unknown Hobart Brothers Company
abothwell@pepehazard.com

Alan S. Maza on behalf of Creditor SECURITIES AND EXCHANGE COMMISSION
mazaa@sec.gov

Jil Mazer-Marino on behalf of Creditor Cherokee North Kansas City, LLC
jmazermarino@msek.com, kgiddens@msek.com

Daniel P. Mazo on behalf of Creditor Greer Stop Nut, Inc.
dpm@curtinheefner.com

Aaron G. McCollough on behalf of Unknown Siemens Energy & Automation, Inc.
amccollough@mcguirewoods.com

Michael K. McCrory on behalf of Creditor Gibbs Die Casting Corporation
michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Robert F. McDonough on behalf of Creditor City of Olathe, Kansas
rmcdonough@polsinelli.com, ahatch@polsinelli.com;tbackus@polsinelli.com

Ralph E. McDowell on behalf of Creditor American Axle & Manufacturing, Inc.
rmcdowell@bodmanllp.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Lorraine S. McGowen on behalf of Defendant SUMCO USA Sales Corporation f/k/a Sumitomo Sitix Inc.
lmcgowen@orrick.com

Scott S. McKessy on behalf of Unknown Admiral Tool & Manufacturing Co. of Illinois
smckessy@reedsmith.com

Terence McLaughlin on behalf of Defendant Pardus DPH Holding LLC

maosbny@willkie.com, tmclaughlin@willkie.com

Michelle McMahon on behalf of Creditor Spartech Corporation and Spartech Polycom
michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

Greta A. McMorris on behalf of Creditor ThyssenKrupp Budd Systems, LLC
gmcmorris@stinsonmoheck.com

Austin L. McMullen on behalf of Creditor Calsonic Harrison Co., Ltd.
amcmullen@babc.com

Patrick E. Mears on behalf of Creditor Armada Rubber Manufacturing Company
patrick.mears@btlaw.com

Derek F. Meek on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
dmeek@burr.com

Barbara S Mehlsack on behalf of Creditor International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10 (IAM District 10)
bmehlsack@gklaw.com

Timothy Mehok on behalf of Creditor Atmel Corporation
timothy.mehok@hellerehrman.com

Ron E. Meisler on behalf of Debtor DPH Holdings Corp., et al.
rmeisler@skadden.com

Richard G. Menaker on behalf of Creditor Mary P & Liam O'Neill
rmenaker@mhjur.com

Marc B. Merklin on behalf of Defendant Steere Enterprises Inc.
mmerklin@brouse.com

Richard M. Meth on behalf of Creditor 2088343 Ontario Limited
msteen@foxrothschild.com, spmicklich@daypitney.com

G. Christopher Meyer on behalf of Creditor Dayton, City of
cmeyer@ssd.com

Sally Meyer on behalf of Unknown Madison Niche Opportunities, LLC
smeyer@madisonliquidity.com

Merle C. Meyers on behalf of Creditor Alps Automotive, Inc.
mmeyers@mlg-pc.com

Robert N. Michaelson on behalf of Creditor ASSEMBLEON AMERICA, INC.
rmichaelson@klgates.com

Kathleen M. Miller on behalf of Creditor Airgas, Inc.
kmm@skfdelaware.com, tlc@skfdelaware.com

Brian Parker Miller on behalf of Creditor Furukawa Electric Co., LTD.
parker.miller@alston.com

W. Timothy Miller on behalf of Creditor Select Industries Corporation
miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

Angela Z. Miller on behalf of Unknown E.I. Du Pont De Nemours and Company
amiller@phillipslytle.com, jhahn@phillipslytle.com

Alan K. Mills on behalf of Creditor Mays Chemical Company
amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff on behalf of Creditor Capital Investors, LLC
rminkoff@jefferies.com, mrichards@jefferies.com

Benjamin Mintz on behalf of Unknown Harbinger Del-Auto Investment Company, Ltd.
bmintz@kayescholer.com, daniel.bloom@kayescholer.com;rpawlowski@kayescholer.com;maosbny@kayescholer.com

Joseph Thomas Moldovan on behalf of Interested Party Dennis Black and Charles Cunningham
bankruptcy@morrisoncohen.com

James P. Moloy on behalf of Creditor Filters Unlimited, Inc.
jmoloy@boselaw.com

Michael C. Moody on behalf of Creditor Ameritech Credit Corporation d/b/a SBC Capital Services
mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com

Audrey E. Moog on behalf of Unknown Umicore Autocat Canada Corp.
amoog@hhlaw.com

Brian F. Moore on behalf of Creditor Automodular Assemblies Inc.
bmoore@mccarter.com

James O. Moore on behalf of Creditor Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC
james.moore@dechert.com, james.moore@dechert.com

Brett S. Moore on behalf of Creditor Schulte & Co. GMBH
bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Gene T. Moore on behalf of Unknown Arlis Elmore
gtmlaw@bellsouth.net

Thomas R. Morris on behalf of Creditor Ralco Industries, Inc.
morris@silvermanmorris.com, morris@silvermanmorris.com

Matthew P. Morris on behalf of Defendant Tesa AG
matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com

Sarah E. Morrison on behalf of Creditor Department Of Toxic Substances Control
sarah.morrison@doj.ca.gov

Lawrence F. Morrison on behalf of Defendant Fernandez Racing, LLC
morrlaw@aol.com

Whitney L. Mosby on behalf of Creditor M.G. Corporation
wmosby@binghammchale.com

Eric T. Moser on behalf of Unknown Sensus Precision Die Casting, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com

Alisa Mumola on behalf of Interested Party Contrarian Capital Management, LLC
alisa@contrariancapital.com

James P. Murphy on behalf of Creditor GKN Sinter Metals, Inc.
murph@berrymoorman.com

Robert D. Nachman on behalf of Defendant MJ Celco Inc.
rnachman@dykema.com

Jason A. Nagi on behalf of Creditor City of Olathe, Kansas
jnagi@polsinelli.com

Shannon Lowry Nagle on behalf of Attorney O'Melveny & Myers LLP
snagle@omm.com, bwajda@omm.com

Stephen M. Nagle on behalf of Creditor Workers Compensation Board
stephen.nagle@oag.state.ny.us

Bruce S. Nathan on behalf of Creditor The CARQUEST Corporation
bnathan@lowenstein.com

David Neier on behalf of Creditor Ad Hoc Group of Tranche A & B DIP Lenders
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Lord Corporation
mneier@ibolaw.com

Harold E. Nelson on behalf of Creditor LDI Incorporated
hal@nlsg.com

Michael R. Nestor on behalf of Creditor Metalforming Technologies, Inc.
bankfilings@ycst.com

Jill L. Nicholson on behalf of Creditor Holset Engineering Company
jmurch@foley.com, khall@foley.com

Marie L. Nienhuis on behalf of Interested Party Miniature Precision Components
pmitchell@bcblaw.net

Timothy F. Nixon on behalf of Interested Party Miniature Precision Components
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton on behalf of Creditor Jason Incorporated, Sackner Products Division
rnorton@hunton.com

David John Nowaczewski on behalf of Defendant Freudenberg Nok De Mexico
dnowaczewski@bodmanllp.com

Kasey C. Nye on behalf of Creditor Semiconductor Components Industries, LLC
kasey.nye@quarles.com

Michael P. O'Connor on behalf of Creditor American Casualty Company of Reading, PA
mpolaw@aol.com

Michael O'Hayer on behalf of Debtor DPH Holdings Corp., et al.
mkohayer@aol.com

Michael B. O'Neal on behalf of Creditor D&S Machine Products, Inc.
moneal@wnj.com

Judy A. O'Neill on behalf of Creditor Inteva Products, LLC
joneill@foley.com

Paul B. O'Neill on behalf of Unknown Vishay Americas
boneill@kramerlevin.com

Martin P. Ochs on behalf of Creditor Coherent, Inc.
martin@oglaw.net

Sean A. Okeefe on behalf of Creditor Metal Surfaces, Inc.
sokeefe@winthropcouchot.com

Patrick J. Orr on behalf of Creditor 3M Company
porr@klestadt.com

Norman D. Orr on behalf of Creditor Raymond Johnson
norman.orr@kkue.com

Lawrence E. Oscar on behalf of Creditor ARC Automotive, Inc.
leoscar@hahnlaw.com, hlpcr@hahnlaw.com

Karen Ostad on behalf of Unknown Tesa AG
kostad@mofo.com

Mark Russell Owens on behalf of Creditor EMCON Technologies Canada, ULC
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Deirdre Woulfe Pacheco on behalf of Defendant A 1 Specialized SVC & Supp., Inc.
dpacheco@wilentz.com, dpacheco@wilentz.com

Isaac M. Pachulski on behalf of Creditor CR Intrinsic Investors, LLC
ipachulski@stutman.com

Nicholas R. Pagliari on behalf of Creditor Actco Tool & Manufacturing Company
npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella on behalf of Creditor SAP America, Inc.
cpalella@kurzman.com

Ingrid S. Palermo on behalf of Creditor P & R Industries, Inc.
ipalermo@bsk.com

Sapna W. Palla on behalf of Defendant Harbinger Capital Partners Master Fund I, Ltd.
spalla@kayescholer.com, bmintz@kayescholer.com;maosbny@kayescholer.co

George Panters on behalf of Spec. Counsel Banner & Witcoff
gpanteris@panterislaw.com

Charles N. Panzer on behalf of Creditor Hewlett Packard Company
cpanzer@sillscummis.com

Lenard M. Parkins on behalf of Creditor Highland Capital Management L.P.
lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com

Richard J. Parks on behalf of Creditor American Turned Products, Inc.
rjp@pietragallo.com, kas2@pietragallo.com

Barbra R. Parlin on behalf of Defendant Danice Manufacturing Co.
barbra.parlin@hklaw.com

Tiiara N.A. Patton on behalf of Attorney Calfee, Halter & Griswold LLP
tpatton@calfee.com, nwheatley@calfee.com

Melissa A. Pena on behalf of Defendant Dove Equipment Co. Inc.
mapena@nmmlaw.com

Anne J. Penachio on behalf of Defendant UVA Machine Company
apenachio@pmlawllp.com;penachio.anne@gmail.com, fmalara@pmlawllp.com;bk@pmlawllp.com

Susan P. Persichilli on behalf of Creditor ATEL Leasing Corporation, as Agent
susan.persichilli@bipc.com

Geoffrey J. Peters on behalf of Creditor Seven Seventeen Credit Union
colnyecf@weltman.com

Ronald R. Peterson on behalf of Creditor Alcan Rolled Products-Ravenswood, LLC
rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Lowell Peterson on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
lpeterson@msek.com

Robert A. Peurach on behalf of Creditor Ogura Clutch Company
rpeurach@gdakmak.com

Ed Phillips on behalf of Creditor Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold & Tool Group
ephillips@thurman-phillips.com

Deborah J. Piazza on behalf of Creditor Unifrax Corporation
dpiazza@hodgsonruss.com, syoon@hodgsonruss.com

Christine A.M. Pierpont on behalf of Creditor Furukawa Electric Co., LTD.
cpierpont@ssd.com

Shone Pierre on behalf of Unknown Louisiana Department of Revenue
florence.saenz@la.gov

Oscar N. Pinkas on behalf of Creditor Schaeffler Canada, Inc.
opinkas@sonnenschein.com

Leslie A. Plaskon on behalf of Witness Rafael De Paoli and GE Corporate Financial Services
leslieplaskon@paulhastings.com

James A. Plemmons on behalf of Defendant Sumitomo Electric Wiring
jplemmons2@dickinsonwright.com

Constantine Pourakis on behalf of Creditor Globe Motors
cp@stevenslee.com

Mark T. Power on behalf of Creditor Affinia Canada Corp., EFT
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen;k

Susan Power-Johnston on behalf of Spec. Counsel Covington & Burling
sjohnston@cov.com

Ronald S. Pretekin on behalf of Unknown Columbia Industrial
pretekin@coollaw.com, piatt@coollaw.com

Susan Przekop-Shaw on behalf of Cross Defendant State of Michigan Workers' Compensation Insurance Agency
przekopshaws@michigan.gov

Dennis E. Quaid on behalf of Creditor Penn Aluminum International, Inc.
dquaid@fagelhaber.com

Amanda Raboy on behalf of Spec. Counsel Covington & Burling LLP
araboy@cov.com

Thomas B. Radom on behalf of Attorney Butzel Long, P.C.
radom@butzel.com

John J. Rapisardi on behalf of Unknown Auto Task Force of the United States Department of the Treasury
john.rapisardi@cwt.com, agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

Craig V. Rasile on behalf of Unknown BANK OF AMERICA, N.A.
crasile@hunton.com, mtucker@hunton.com,adeboer@hunton.com,keckhardt,mmannering@hunton.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Gary Ravert on behalf of Creditor Motorola, Inc.
gravert@mwe.com

Eric T. Ray on behalf of Creditor Alabama Power Company
eray@balch.com

Jo Christine Reed on behalf of Creditor INA USA, Inc.
jcreed@sonnenschein.com, rmillner@sonnenschein.com

Lawrence R. Reich on behalf of Creditor Critech Research, Inc.
reichlaw@aol.com

Steven J. Reisman on behalf of Creditor Flextronics International Asia-Pacific Ltd. and Flextronics Technology (M) Sdn. Bhd.
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com

Lisa Pierce Reisz on behalf of Defendant Carlisle Companies Inc.
lpreisz@vorys.com

Susan Fuhrer Reiter on behalf of Defendant Blair Strip Steel Co
sreiter@mijb.com, mtcraig@mijb.com

Walter Reynolds on behalf of Creditor Alegre, Inc
wreynolds@porterwright.com

Kenneth A. Reynolds on behalf of Creditor National Molding Corp.
kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Kenneth A. Reynolds on behalf of Unknown Security Plastics Division/NMC, LLC
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Jeffrey N. Rich on behalf of Unknown JPMorgan Chase Bank, N. A.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Interested Party DENSO International America Inc.
mrichards@blankrome.com

Tracy E. Richardson on behalf of Creditor New Jersey Division of Taxation
tracy.richardson@dol.lps.state.nj.us

Paul J. Ricotta on behalf of Interested Party Tokico (USA), Inc.
pricotta@mintz.com

Craig Philip Rieders on behalf of Creditor Ryder Integrated Logistics, Inc.
crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer on behalf of Creditor Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc.
sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Matthew R. Robbins on behalf of Unknown International Brotherhood of Electrical Workers Local Union No. 663 (IBEW Local 663)
mrr@previant.com

Elizabeth A. Roberge on behalf of Creditor WorldWide Battery Co., LLC
eroberge@robergelaw.com

H. Buswell Roberts on behalf of Defendant Owens Corning
broberts@slk-law.com, droberts@slk-law.com

Ronald L. Rose on behalf of Spec. Counsel Dykema Gossett PLLC
rrose@dykema.com

Scott D. Rosen on behalf of Creditor Floyd Manufacturing Co., Inc.
srosen@cb-shea.com

Heath D. Rosenblat on behalf of Creditor Celestica Inc.
hrosenblat@kayscholer.com

Paul M. Rosenblatt on behalf of Creditor IDG USA, LLC
prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski L.L.P.
DRosenzweig@Fulbright.com

David S. Rosner on behalf of Creditor Argo Partners
dfliman@kasowitz.com;courtnotices@kasowitz.com

David E. Roth on behalf of Creditor Multitronics, Inc.
pdarby@bradleyarant.com

Robert B. Rubin on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
brubin@burr.com

Ira Rubin on behalf of Unknown Beaver Valley Manufacturing
norma@bizwoh.rr.com

Peter S. Russ on behalf of Creditor ATEL Leasing Corporation, as Agent
peter.russ@bipc.com, donna.curcio@bipc.com

Maura I. Russell on behalf of Attorney Dreier LLP
dangiulo@dreierllp.com, ECFNotices@dreierllp.com

Lyle D. Russell on behalf of Attorney Lyle Russell
lylerussell@magnusoft.com

Michael J. Rye on behalf of Unknown Cantor Colburn, LLP
mrye@cantorcolburn.com

E. Todd Sable on behalf of Creditor Nidec Motor & Actuators (USA), Inc.
tsable@honigman.com

Chester B. Salomon on behalf of Creditor Tonolli Canada Ltd.
csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com

Diane W. Sanders on behalf of Creditor Angelina County
austin.bankruptcy@publicans.com

William A. Sankbeil on behalf of Creditor John Blahnik
was@krwlaw.com

Thomas P. Sarb on behalf of Creditor Avon Automotive
ecfsarbt@millerjohnson.com

Robert V. Sartin on behalf of Creditor Toyota Motor Corporation
rsartin@fbtlaw.com, chruska@fbtlaw.com

William F. Savino on behalf of Creditor Durham Companies, Inc.
wsavino@damonmorey.com, alunday@damonmorey.com

Robert Scannell on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
rscannell@morganlewis.com

Louis A. Scarcella on behalf of Unknown Official Committee of Equity Security Holders
lscarcella@farrellfritz.com

Thomas J. Schank on behalf of Creditor Blissfield Manufacturing Company
tomschank@hunterschank.com, mcraig@hunterschank.com

Ilan D. Scharf on behalf of Creditor Essex Group, Inc.
ischarf@pszjlaw.com

Michael L. Schein on behalf of Creditor Best Foam Fabricators, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle on behalf of Creditor Muskegon Castings Corp.
jrs@parmenterlaw.com, lms@parmenterlaw.com

Andrew W. Schilling on behalf of Plaintiff DPH Holdings Corp., et al.
aschilling@fklaw.com, vgarvey@fklaw.com

Michael Schlanger on behalf of Defendant Plasco
michael@schlangerlegal.com, jeanne@schlangerlegal.com

William H. Schorling on behalf of Creditor Arkema Inc.
william.schorling@bipc.com, donna.curcio@bipc.com

Christopher P. Schueller on behalf of Creditor Keystone Powdered Metal Company
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Sheila R. Schwager on behalf of Creditor ARAMARK Uniform & Career Apparel Inc.
srs@hteh.com

Andrea B. Schwartz on behalf of Creditor Castwell Products, LLC
andrea.b.schwartz@usdoj.gov

Matthew L. Schwartz on behalf of Creditor Equal Employment Opportunity Commission
matthew.schwartz@usdoj.gov

Kathlyn Schwartz on behalf of Creditor Itautec America Inc.
kathlyn.schwartz@akerman.com

Bryan I. Schwartz on behalf of Unknown KL Industries, Inc.
bschwartz@lplegal.com

Lisa M. Schweitzer on behalf of Creditor HP Enterprise Services, LLC
lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com

Barry N. Seidel on behalf of Plaintiff DPH Holdings Corp., et al.,
seidelb@butzel.com, oliver@butzel.com

Lon J. Seidman on behalf of Creditor Collins & Aikman Corporation
filings@spallp.com, lseidman@silvermanacampora.com

Howard Seife on behalf of Interested Party EagleRock Capital Management, LLC
arosenblatt@chadbourne.com

Jay Selanders on behalf of Attorney DaimlerChrysler Motors Company, LLC, DaimlerChrysler Corporation, DaimlerChrysler Canada Inc.
jay.selanders@kutakrock.com

Mark A. Shaiken on behalf of Creditor ThyssenKrupp Budd Systems, LLC
mshaiken@stinson.com, jgant@stinson.com

Dan Shaked on behalf of Defendant Barnes & Associates
dan@shakedandposner.com

Mark H. Shapiro on behalf of Interested Party Central Transport International, Inc.
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor Brown Co. of Ionia LLC
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Creditor ATC Logistics & Electronics, Inc.
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch Independent School District

sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Howard S. Sher on behalf of Unknown The Delphi Salaried Retiree Association
howard@jacobweingarten.com

David M. Sherbin on behalf of Debtor DPH Holdings Corp., et al.
david.sherbin@delphi.com

Andrew Howard Sherman on behalf of Creditor Doosan Infracore America Corp.
asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill on behalf of Attorney Sutherland Asbill & Brennan LLP
mark.sherrill@sablaw.com

J. Christopher Shore on behalf of Counter-Claimant A-D Acquisition Holdings, LLC
cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whitecase.com

Robert J. Sidman on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rjsidman@vorys.com, bkbowers@vorys.com

Robert Sidorsky on behalf of Creditor Pioneer Speakers, Inc.
sidorsky@butzel.com

Glenn E. Siegel on behalf of Creditor Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC
Glenn.Siegel@dechert.com

John D. Silk on behalf of Unknown LASALLE NATIONAL BANK
silk@rbmchicago.com

Aaron M. Silver on behalf of Defendant Rotor Coaters International
asilver@honigman.com

Paul N. Silverstein on behalf of Unknown Credit Suisse International
paulsilverstein@andrewskurth.com, jlevine@akllp.com

Wendy M. Simkulak on behalf of Creditor ACE American Insurance Company
wmsimkulak@duanemorris.com

Sam O. Simmerman on behalf of Unknown Millwood, Inc.
sosimmerman@kwgd.com, mhelmick@kwgd.com

Kate K. Simon on behalf of Defendant Sumitomo Corp. of America
kate.simon@bingham.com

John A. Simon on behalf of Other Prof. Ernst & Young LLP
jsimon@foley.com

Rebecca H. Simoni on behalf of Unknown Rotaform, LLC.
rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Joseph E. Simpson on behalf of Creditor P & R Industries, Inc.
jsimpson@hselaw.com

Douglas S. Skalka on behalf of Defendant Westwood & Associates/NANYA
dskalka@npmlaw.com, ecrafts@npmlaw.com;bankruptcy@npmlaw.com

Thomas R. Slome on behalf of Attorney Rosen Slome Marder LLP.
lgomez@msek.com

Richard G. Smolev on behalf of Unknown InPlay Technologies
rsmolev@kayescholer.com, maosbny@kayescholer.com;rcappiello@kayescholer.com

Jesse L. Snyder on behalf of Creditor James Hutz, Jr.
jforstot@tpwlaw.com;mmuller@tpwlaw.com

Marc P. Solomon on behalf of Creditor Castwell Products, Inc.
msolomon@burr.com

Sean C. Southard on behalf of Unknown Davidson Kempner Capital Management LLC
ssouthard@klestadt.com

Paul H. Spaeth on behalf of Unknown F&G Multi-Slide Inc.
spaethlaw@phslaw.com

Robyn J. Spalter on behalf of Creditor Riverside Claims LLC
notice@regencap.com

Sarah F. Sparrow on behalf of Unknown Automotive Systems Laboratory, Inc.
ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Douglas E. Spelfogel on behalf of Creditor CYRO Industries
dspelfogel@foley.com

Michael A. Spero on behalf of Creditor Doosan Infracore America Corp.
jspecf@sternslaw.com

David Spiegel on behalf of Defendant Magnesium Aluminum Corp.
david.spiegel@kirkland.com

Byron C. Starcher on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial Coatings Mexico SA de CV. Viscom, Inc.
byron.starcher@nelsonmullins.com

Stephen Z. Starr on behalf of Defendant Universal Tool & Engineering, Inc.
sstarr@starrandstarr.com, schoi@starrandstarr.com

Catherine Steege on behalf of Creditor Honeywell International - Aerospace
csteege@jenner.com, jeffrey_cross@discovery.com

Karen M. Steel on behalf of Defendant Styner & Bienz Formtech
ksteel@schlaw.com

Matthew B. Stein on behalf of Creditor Molex Connector Corporation
mstein@sonnenschein.com

Rick A. Steinberg on behalf of Unknown Con-way Freight Inc.
rsteinberg@nakblaw.com

Bonnie Steingart on behalf of Other Prof. Fried Frank Harris Shriver & Jacobson LLP
steinbo@ffhsj.com; nydocketclrk@ffhsj.com

Andrew W. Stern on behalf of Plaintiff Banc of America Securities LLC
astern@sidley.com

Malani Sternstein on behalf of Creditor International Rectifier Corp.
msternstein@sheppardmullin.com

Fred Stevens on behalf of Creditor M&Q Plastic Products, Inc.
fstevens@foxrothschild.com

Jason V. Stitt on behalf of Defendant FA Tech Corp.
jstitt@kmklaw.com

Alexander Stotland on behalf of Creditor Danice Manufacturing Co.
axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland on behalf of Creditor Pepco Energy Services, Inc.
bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Defendant A-D Acquisition Holdings, LLC
harveystrickon@paulhastings.com

Joseph G. Strines on behalf of Unknown The Dayton Power and Light Company
joseph.strines@dplinc.com

James M. Sullivan on behalf of Creditor Motorola, Inc.
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Bobby Gerald Sumner on behalf of Creditor Jose C. Alfaro
js@colawfirm.com, michelle@colawfirm.com

Michelle T. Sutter on behalf of Creditor Ohio Environmental Protection Agency
msutter@ag.state.oh.us

Charles C. Swanekamp on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel,LLP
cswanekamp@jaeckle.com, mbialy@jaeckle.com;smigaj@jaeckle.com

Marc N. Swanson on behalf of Creditor Autoliv ASP, Inc.
swansonm@millercanfield.com

Paul Sweeney on behalf of Creditor Quest Diagnostics, Inc.
psweeney@loganyumkas.com, jbeckman@loganyumkas.com

Dona Szak on behalf of Creditor Rassini, S.A. de C.V.
dszak@ajamie.com

Douglas T. Tabachnik on behalf of Creditor SEALY RG VALLEY BUILDINGS, L.P.
dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum on behalf of Creditor General Motors Corporation
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton on behalf of Creditor Board of County Commissioners of Johnson County, Kansas
roger.tarbutton@jocogov.org

Samuel Jason Teele on behalf of Unknown Lead Plaintiff and the Prospective Class
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Jay Teitelbaum on behalf of Creditor Mary Schafer
jteitelbaum@tblawllp.com

Louis J. Testa on behalf of Defendant Westwood & Associates/NANYA
ltesta@npmlaw.com, Bankruptcy@npmlaw.com

Deborah L. Thorne on behalf of Creditor Johnson Controls Battery Group, Inc.
deborah.thorne@btlaw.com, kbruhnke@btlaw.com

Richard S. Toder on behalf of Unknown PricewaterhouseCoopers, LLP.
rtoder@morganlewis.com

Gordon J. Toering on behalf of Creditor Bosch Automotive Products (Suzhou) Co., Ltd.
gtoering@wnj.com

Albert Togut on behalf of Other Prof. Togut, Segal & Segal LLP
alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll on behalf of Unknown Milwaukee Investment Company
lawtoll@comcast.net

Martin B. Tucker on behalf of Unknown Martin Tucker
mtucker@fbtlaw.com

Debra S. Turetsky on behalf of Creditor General Electric Capital Corporation
dturetsky@reedsmith.com

Ann Marie Uetz on behalf of Creditor Kautex Inc.
auetz@foley.com

Raymond J. Urbanik on behalf of Counter-Defendant Computer Sciences Corporation
rurbanik@munsch.com

Robert Usadi on behalf of Creditor Engelhard Corporation
mmcloughlin@cahill.com

Nina M. Varughese on behalf of Creditor Ametek, Inc.
varughesen@pepperlaw.com

Shmuel Vasser on behalf of Interested Party Speedline Technologies, Inc.
shmuel.vasser@dechert.com

Lori V. Vaughan on behalf of Creditor Intermet Corporation
lvaughan@foley.com

Frank F. Velocci on behalf of Creditor QEK Global Solutions (US), LP
frank.velocci@dbr.com, andrew.groesch@dbr.com

James J. Vincequerra on behalf of Unknown Plymouth Rubber Company, LLC
jvincequerra@wolfblock.com

Michael J. Viscount on behalf of Creditor M&Q Plastic Products, Inc.
mviscount@foxrothschild.com

Gary Vist on behalf of Creditor Sumida America Inc.
gvist@masudafunai.com, docketing@masudafunai.com

Joseph J. Vitale on behalf of Creditor International Union, UAW
jvitale@cwsny.com

Sean M. Walsh on behalf of Creditor Nisshinbo Automotive Corporation
swalsh@gmhlaw.com

Arthur T. Walsh on behalf of Creditor Edwin Stimpson
omclaw@aol.com

Bryan R. Walters on behalf of Creditor Summit Polymers, Inc.
brwalters@varnumlaw.com, tmgarber@varnumlaw.com

Michael D. Warner on behalf of Attorney Warner Stevens, L.L.P.
mwarner@coleschotz.com, klabrada@coleschotz.com

W. Clark Watson on behalf of Creditor Alabama Power Company
cwatson@balch.com

Terence D. Watson on behalf of Defendant Invotec Engineering
twatson@irasacks.com

Robert K. Weiler on behalf of Creditor Carlisle Engineered Products, Inc.
rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub on behalf of Creditor Essex Group, Inc.
wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com

Allison H. Weiss on behalf of Creditor Camoplast Incorporated
aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com

Jay Welford on behalf of Creditor DC Coaters, Inc.

jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

Robert J. Welhoelter on behalf of Creditor Nissan North America, Inc.
rjwelho@gmail.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

David A. Wender on behalf of Creditor Cadence Innovation, LLC
david.wender@alston.com

Michael R. Wernette on behalf of Creditor L & W Engineering Co.
mwernette@schaferandweiner.com

Robert A White on behalf of Creditor Lydall Thermal/Acoustical Sales Co. LLC
rwhite@nurthalaw.com

Karen Fagin White on behalf of Defendant Sasol Germany GMBH
kfwhite@cpmas.com

Amy Williams-Derry on behalf of Interested Party Thomas Kessler
awilliams-derry@kellerrohrback.com, bollis@kellerrohrback.com;bspangler@kellerrohrback.com

Stephen F. Willig on behalf of Defendant National Union Fire Insurance Company of Pittsburgh, PA
swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
KDWBankruptcyDepartment@Kelleydrye.com

I.W. Winsten on behalf of Creditor Affinia Group Holdings, Inc.
iww@honigman.com

Eric D. Winston on behalf of Unknown Quinn Emanual Urquhart Oliver & Hedges, LLP.
ericwinston@quinnemanuel.com

Jeffrey C. Wisler on behalf of Creditor Connecticut General Life Insurance Company
jcw@cblhlaw.com

Robert A. Wolf on behalf of Defendant Sumitomo Plastics America Inc.
rwolf@ssd.com, POrlowski@ssd.com;afisher@ssd.com;rgreen@ssd.com

Douglas Wolfe on behalf of Creditor ASM Capital II, L.P.
dwolfe@asmcapital.com

Craig A. Wolfe on behalf of Creditor Pension Benefit Guaranty Corporation
cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Robert D. Wolford on behalf of Creditor Monroe, Inc.
ecfwolfordr@millerjohnson.com

Scott A. Wolfson on behalf of Creditor Access One Technology Group, LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Kelly A. Woodruff on behalf of Creditor Delphi Salaried Retirees Association
kwoodruff@fbm.com, svillalobos@fbm.com

Jeffrey A. Wurst on behalf of Defendant Wells Fargo Business
JWURST@RMFPC.COM

Zhiyuan Xu on behalf of Creditor Means Industries, Inc
mxu@schiffhardin.com

David Farrington Yates on behalf of Creditor UPG de MEXICO S de RL de CV
fyates@sonnenschein.com

Doron Yitzchaki on behalf of Defendant Ambrake Corp.
dyitzchaki@dickinsonwright.com

Stephen L. Yonaty on behalf of Attorney Hodgson Russ LLP
syonaty@chwattys.com

Kenneth S. Yudell on behalf of Defendant Park Enterprises of Rochester, Inc.
kyudell@aryllp.com

German Yusufov on behalf of Creditor Pima County, Arizona
pcaocvbk@pcao.pima.gov

Helen A. Zamboni on behalf of Creditor McAlpin Industries, Inc.
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
mzelmanovitz@morganlewis.com

Peter Alan Zisser on behalf of Interested Party New York Power Authority
pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com