ANDREWS KURTH LLP
Jonathan I. Levine (JL 9674)
450 Lexington Avenue, 15th Floor
New York, New York 10017
Telephone: (212) 850-2800
Facsimile: (212) 850-2929

Counsel to Microchip Technology, Incorporated

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
DPH HOLDINGS CORP., et al.,                                 :   Case No. 05-44481 (RDD)
                                                            :
                              Debtors.                      :   (Jointly Administered)
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

I, Joanna Rosenberg, being over the age of eighteen (18) years, and duly sworn, state under oath that on July 2, 2010, I served the Reply and Joinder of Microchip Technology Incorporated In Support of Motion Seeking an Order (I) Pursuant to Fed.R.Civ.P.60 and Fed.R.Bankr.P.9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed.R.Civ.P.12(b) and Fed.R.Bankr.P.7012(b), Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel, and relevant exhibits on the following parties via the method shown:

(a) via fax and overnight mail, to:

1. Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III

NYC:214701.1

Ron E. Meisler
Fax: (312) 407-0411

2. Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Kayalyn A. Marafioti
Fax: (917) 777-2350

3. Butzel Long, A Profession Corporation
380 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Eric B. Fisher, Esq. and Barry N Seidel, Esq.
Fax: (212) 818-0494

4. Butzel Long, A Profession Corporation
150 West Jefferson - Suite 100
Detroit, Michigan 48226
Attn: Cynthia J Haffey, Esq.
Fax: (313) 225-7080

(b) via overnight mail, to:

Togut, Segal & Segal LLP
One Penn Plaza - Suite 3335
New York, NY 10119
Attn: Albert Togut, Esq.

*Joanna Rosenberg*
Joanna Rosenberg

Subscribed and sworn to before me this
6th day of July, 2010

Notary Public

CASSANDRA PORSCH
Notary Public, State of New York
No. 02PO6146284
Qualified in New York County
Commission Expires May 15, 2014

2

NYC:214701.1