UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    :
                                                          :
DELPHI CORPORATION, *et al.*,                             :  Chapter 11
                                                          :
                                                          :  Case No. 05-44481 (RDD)
                                                          :  (Jointly Administered)
                                                          :
                                                          :
_____                       :
                                                          :
DELPHI CORPORATION, *et al.*,                             :
                                                          :
                         Plaintiffs,                      :
                                                          :
                 v.                                       :
                                                          :  Adv. Pro. No. 07-02580 (RDD)
PHILIPS SEMICONDUCTOR, PHILIPS                            :
SEMICONDUCTORS, and PHILIPS                               :
SEMICONDUCTORS, INC. (n/k/a NXP                           :
SEMICONDUCTORS USA, INC.),                                :
                                                          :
                         Defendants.                      :
                                                          :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

NATHANAEL F. MEYERS, being duly sworn, deposes and says:

1. I am over eighteen (18) years of age and am not a party to this action. I am employed by K&L Gates LLP having offices at 599 Lexington Avenue, New York, New York 10022.

2. On July 2, 2010, I caused to be served a true copy of the **JOINDER OF PHILIPS SEMICONDUCTOR, PHILIPS SEMICONDUCTORS, And PHILIPS SEMICONDUCTORS, INC (N/K/A NXP SEMICONDUCTORS USA, INC.) TO (I) REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTIONS OF AFFINIA, GKN,**

NY-781652-v1

MSX AND VALERO TO: (A) VACATE CERTAIN PRIOR ORDERS OF THIS COURT; (B) DISMISS THE COMPLAINT WITH PREJUDICE; (C) AND (D) DISMISS CLAIMS BASED UPON ASSUMPTION OF CONTRACTS; OR (E) IN THE ALTERNATIVE, TO REQUIRE PLAINTIFFS TO FILE MORE DEFINITE STATEMENT AND (II) REPLY OF HP ENTERPRISE SERVICES, LLC AND AFFILIATES IN SUPPORT OF THEIR MOTION FOR AN ORDER DIMISSING THE COMPLAINT WITH PREJUDICE, AND VACATING CERTAIN PRIOR ORDERS PURSUANT TO FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024** by first class mail, postage pre-paid, upon the persons and at the addresses as set forth in the attached Service List.

By: _____
Nathanael F. Meyers

Sworn to before me this
7th day of July, 2010

_____
Notary Public
ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 20 16

2

## SERVICE LIST

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Avenue
Sutie 100
Detroit, MI 48226

Eric Fisher
Butzel Long, a professional corporation
380 Madison Avenue
22nd Floor
New York, NY 10017

3