TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue
New York, NY 10022
(212) 754-9400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| DELPHI CORPORATION, et al. | Chapter 11 |
| Debtors. | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| DELPHI CORPORATION, *et al.* | Adversary Proceeding No. 07-02539 (RDD) |
| Plaintiffs, | |
| -against- | |
| VANGUARD DISTRIBUTORS, INC., | |
| Defendant. | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK )

Kathleen Flynn, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Richmond, State of New York.

On July 2, 2010, I caused to be served true copies of the **Joinder of Vanguard Distributors, Inc. In Further Support of Motion for Order (I) Vacating Certain Prior Orders; and (II) Dismissing the Adversary Proceeding with Prejudice** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the addressees listed on the annexed service list.

## SERVICE LIST

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

DPH Holdings Corp.
   (f/k/a/ Delphi Corporation, et al.)
Attn: John Brooks
5725 Delphia Drive
Troy, Michigan 48098

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, New York 10017

                                          s/ Kathleen Flynn
                                          Kathleen Flynn

Sworn to before me this 7th
day of July, 2010

 s/ Jill Makower
Notary Public, State of New York
No. 02MA6120285
Qualified in New York County
Commission Expires December 20, 2012

257912 v1

- 2 -