WINDELS MARX LANE & MITTENDORF, LLP        Hearing: July 22, 2010 @ 9:30 a.m.
156 West 56th Street
New York, New York 10019
(212) 237-1000
Howard Simon (hsimon@windelsmarx.com)
Leslie S. Barr (lbarr@windelsmarx.com)

    - and -

NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2390
Peter Nils Baylor (pbaylor@nutter.com)

*Attorneys for Tyco Adhesives LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                       :    Chapter 11
                                                            :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.,*                               :
                                                            :    Jointly Administered
-----------------------------------------------------------------x
                                                            :
DELPHI CORPORATION, *et al.,*                               :    Adv. Pro. No. 07-02790 [RDD]
                                                            :
              Plaintiffs,                  :
                                                            :
          -against-                             :
                                                            :
TYCO, TYCO ADHESIVES, TYCO                                  :
ELECTRONICS – RAYCHEM, TYCO                                 :
ELECTRONICS CORP., TYCO                                     :
ELECTRONICS CORPORATION, TYCO                               :
ELECTRONICS IDENTIFICATION TYCO                             :
ELECTRONICS LOGISTICS AG, and                               :
TYCO/ELECTRONICS,                                           :
                                                            :
              Defendants.                  :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE OF REPLY

STATE OF NEW YORK         )
                          ) SS.:
COUNTY OF NEW YORK        )

{10577124:1}

Giselle Mencio, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed at Windels Marx Lane & Mittendorf, LLP, 156 West 56th Street, New York, New York 10019, and that on July 2, 2010, I served the:

**Reply of Tyco Adhesives LP in Further Support of its Motion to Dismiss and of First Wave Dismissal Motions**

upon the interested parties on the attached service list by placing true copies of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, and through electronic transmission via the Court's CM/ECF system to all parties who are listed on the Court's Electronic Mail Notice List.

> _/s/ Giselle Mencio_
> GISELLE MENCIO

Sworn to before me
This 8th day of July 2010

_/s/ Maritz Segarra_
Maritza Segarra
Notary Public, State of New York
No. 03-4652865
Qualified in Westchester County
Commission Expires December 31, 2013

{10577124:1}                              2

**Tyco Adhesives**
**Service List for Reply of Tyco Adhesives**
**in Delphi v. Tyco Adhesives**
**Adv. Pro. No. 07-2790 (RDD)**
**Document No. 10567142**

Tracy Hope Davis, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

DPH Holdings Corp.
Attention: Jon Brooks
5725 Delphi Drive
Troy, MI 48098

Butzel Long
Attorneys for DPH Holdings Corp., et al.
380 Madison Avenue – 22nd Floor
New York, New York 10017

Attention: Eric B. Fisher, Esq.

Butzel Long
Attorneys for DPH Holdings Corp., et al.
150 West Jefferson, Suite 100
Detroit, MU 48226

Attn: Cynthia J. Haffey, Esq.

Togut, Segal & Segal LLP
Attn: Frank Oswald, Esq.
One Penn Plaza, Suite 3335,
New York, New York 10119

Latham & Watkins
Attn: Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
885 Third Avenue
New York, New York 10022

Warner Stevens, L.L.P.
Attn: Michael D. Warner, Esq.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102

{10577124:1}    3