UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
   In re                                   :        Chapter 11
: 
DPH HOLDINGS CORP., et al.,     :        Case No. 05-44481 (RDD)
: 
            Reorganized Debtors. :       (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER ENFORCING MODIFIED PLAN AND MODIFICATION APPROVAL ORDER
INJUNCTION AGAINST LEIGH OCHOA

        Upon the motion, dated June 5, 2010 (the "Motion"), of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors"), for entry of an order (i) enjoining Leigh Ochoa from proceeding against DPH Holdings Corp. in the proceedings entitled Leigh Ochoa v. DPH Holdings Corp., Case No. 09-14383-TLL (E.D. Mich.) (the "Michigan Action"), and (ii) directing Ms. Ochoa to take such action as is necessary to dismiss the Michigan Action; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and there being no opposition to the requested relief; and it appearing that Leigh Ochoa's filing and continued pursuit of the Michigan Action violates the Reorganized Debtors' Modified Plan and the Court's Plan Modification Order confirming the Modified Plan, for the reasons stated on the record of the June 30, 2010 hearing held upon the Motion, which are incorporated herein as findings of fact and conclusions of law in support of entry of this order; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is granted.

3. Leigh Ochoa is ordered to take such action as is necessary to immediately dismiss the Michigan Action.

4. Any further prosecution of the Michigan Action, or any similar litigation or proceeding in any forum against the Reorganized Debtors, without first proceeding in this Court and establishing sufficient cause for relief from the injunction set forth in paragraph 22 of the Plan Modification Order and section 11.14 of the Modified Plan (the "Plan Injunction"), shall constitute contempt of this Court and subject Leigh Ochoa and/or counsel to sanctions.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.

Dated: White Plains, New York
       July 7, 2010

        /s/Robert D. Drain
        UNITED STATES BANKRUPTCY JUDGE