UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                   :   Case No. 05-44481 (RDD)
In re                                             :
                                                 :   Chapter 11
DPH HOLDINGS CORP., *et al.*,       :
                                                 :   (Jointly Administered)
                                               :
                 Reorganized Debtors.   :
                                               :
-----------------------------------------------------------
                                                 x

ORDER DENYING
SUBSTANTIAL CONTRIBUTION CLAIM
PURSUANT TO 11 U.S.C. § 503(b)(3) AND (b)(4) OF CERTAIN SENIOR NOTEHOLDERS

      Upon the "substantial contribution" claim filed by certain Senior Noteholders, CR Intrinsic Investors, LLC ("CR Intrinsic") and Elliott Associates, L.P. ("Elliott") (Docket No. 19115) (the "CR Intrinsic and Elliott Application"); and upon the Objection To Substantial Contribution And Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (the "Reorganized Debtors' Objection") (Docket No. 20064) of DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"); and upon the objection of the United States Trustee to the CR Intrinsic and Elliott Application (the "United States Trustee Objection) (Docket No. 19860); and upon the reply of CR Intrinsic and Elliott (Docket No. 20167) to the Reorganized Debtors' Objection and to the United States Trustee Objection; and upon the record of the June 30, 2010 hearing held on the CR Intrinsic and Elliott Application (the "Hearing"); and this Court having core jurisdiction over the contested matters set forth in this matter pursuant to 28 U.S.C. §§ 157(b) and 1334; and venue of this

proceeding in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and for the reasons stated by the Court on the record at the Hearing, which constitute the findings of fact and conclusions of law in support of entry of this Order; and after due deliberation thereon, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

    1.    The CR Intrinsic and Elliott Application is denied.

    2.    This Court shall retain jurisdiction over the Reorganized Debtors and CR Intrinsic and Elliott to hear and determine all matters arising from the implementation of this order.

Dated: White Plains, New York
       July 7, 2010

                                       /s/Robert D. Drain
                                 Hon. Robert D. Drain
                                 UNITED STATES BANKRUPTCY JUDGE