Hearing Date: 07/22/10
Time: 10:00 a.m.

REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                                                    Chapter 11

DELPHI CORPORATION, *et al.*,
                                                                           Case No. 05-44481-RDD

                                        Debtors.
------------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

                                        Plaintiffs,              Adv. Pro. No. 07-02188-RDD
              -against-

CRITECH RESEARCH, INC.,

                                        Defendant.
------------------------------------------------------------x

**JOINDER OF CRITECH RESEARCH INC. IN FURTHER SUPPORT OF
MOTION (I) TO VACATE CERTAIN PRIOR ORDERS; (II) DISMISSING
THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN
THE ALTERNATIVE, DISMISSING THE ADVERSARY
PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL**

Defendant, Critech Research Inc. ("**Critech**"), by its undersigned attorneys, Reich, Reich & Reich, P.C., hereby joins and adopts the arguments and authorities set forth in the reply memoranda filed by Affinia Group Holdings, Inc., et al. (Adv. Pro. Nos. 07-02198, 07-02328, 07-02484, and 07-02534) (Docket No. 20304), HP Enterprise Services, LLC, et al. (Adv. Pro. No. 07-02262) (Docket No. 20331), Johnson Controls, et al. (Adv. Pro. No. 07-2348)

(Docket No. 20298), and Wagner Smith (Adv. Pro. No. 07-02581) (Docket No. 20306) in further support of their motions to dismiss, and the reply memoranda filed by the other defendants.

WHEREFORE, for all of the reasons set forth in the dismissal motions and the replies, Critech respectfully requests that the Court vacate the prior orders, dismiss this action with prejudice, and grant it such other and further relief as this Court may deem appropriate.

Dated:  White Plains, New York
        July 6, 2010

                       REICH, REICH & REICH, P.C.
                       Attorneys for Critech Research Inc.

                       By: /s/ Lawrence R. Reich
                           Lawrence R. Reich

235 Main Street
Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com