UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DPH HOLDINGS CORP., ET AL. | ) |
| | ) Case No. 05-44481-rdd |
| Debtor. | ) |
| | ) |
| | ) |

## MOTION TO WITHDRAW APPEARANCE

Wendy D. Brewer hereby moves to withdraw her appearance as counsel for creditor Gibbs Die Casting Corporation ("Gibbs") in the above-captioned proceeding. Withdrawal of the appearance of Wendy D. Brewer will not prejudice the rights of Gibbs. Michael K. McCrory shall remain counsel of record for Gibbs in the above-captioned action.

WHEREFORE, Wendy D. Brewer respectfully prays that her appearance be withdrawn on behalf of Gibbs, and for all other just and proper relief.

/s/ Wendy D. Brewer
Wendy D. Brewer (#22669-49)
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion to Withdraw Appearance* was filed electronically this 9th day of July, 2010. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. I hereby further certify that I caused a copy of the foregoing *Motion* to be served via U.S. Mail, First Class, Postage Pre-Paid upon parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Wendy D. Brewer
Wendy D. Brewer (#22669-49)

INDS01 WDB 1214593v1