OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
230 Park Avenue
New York, NY 10169
(212) 661-9100
Richard G Haddad, Esq.
John Bougiamas, Esq.

Attorneys for Defendant 'Regions Bank Birmingham'

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

In re DELPHI CORPORATION, et al.,

                Debtors.

------------------------------------------------------- X

DELPHI CORPORATION, et al.,

                Plaintiffs,

      - against -

REGIONS BANK BIRMINGHAM,

                Defendant.

------------------------------------------------------- X

Chapter 11

Case No. 05-44481 [RDD]
Jointly Administered

Adv. Pro. No. 07-02737 [RDD]

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2010, copies of Reply and Joinder of Defendant Regions Bank in Further Support of Motions for an Order to Vacate Certain Procedural Orders Entered by this Court and to Dismiss the Avoidance Actions Against the Moving Defendants was served by ECF and by e-mail to the attorneys of record for Plaintiff Delphi Corporation, et al., Butzel Long, at the following e-mail address:

1633720.1

Eric B. Fisher (Fisher@butzel.com)

David J. DeVine (DeVine@butzel.com)

Dated: July 19, 2010

_____
John Bougiamas