Lisa Piece Reisz (admitted *pro hac vice*)　　　　　　　　Hearing Date: July 22, 2010 @ 10:00 am
Tiffany Strelow Cobb (admitted *pro hac vice*)
Jesse Cook-Dubin (admitted *pro hac vice*)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 E. Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone:  (614) 464-8322
Facsimile:   (614) 719-4663
E-mail:  tscobb@vorys.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 05-44481-rdd |
| DPH Holdings Corp., et al. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| Delphi Corporation, et al., | : | Adv. Case No. 07-02291 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Carlisle, et al., | : | |
| | : | |
| Defendants. | : | |

**AFFIDAVIT OF SERVICE OF REPLY AND JOINDER OF CARLISLE COMPANIES INCORPORATED IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS AND JOINDER TO MOTIONS (I) TO VACATE PRIOR ORDERS ESTABLISHING PROCEDURES FOR CERTAIN ADVERSARY PROCEEDINGS, INCLUDING THOSE COMMENCED BY THE DEBTORS UNDER 11 U.S.C. §§ 541, 544, 545, 547, 548 OR 549, AND EXTENDING THE TIME TO SERVE PROCESS FOR SUCH ADVERSARY PROCEEDINGS, (II) DISMISSING THE ADVERSARY PROCEEDING WITH PREJUDICE, OR (III) IN THE ALTERNATIVE, DISMISSING THE ADVERSARY PROCEEDING ON THE GROUND OF JUDICIAL ESTOPPEL**

State of Ohio　　　　　）
　　　　　　　　　　　） SS
County of Franklin　　）

　　　Tiffany Strelow Cobb, after being duly cautioned and sworn, states as follows:

1. I am not a party to the action, am over 18 years of age and reside in Columbus, Ohio.

2. On the 2nd day of July, 2010, I filed the Reply and Joinder of Carlisle Companies Incorporated in support of its Motion for Judgment on the Pleadings and Joinder to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 547, 548 or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (the "Reply") via the Court's ECF system, thereby serving the parties listed in Paragraph 4 of this Affidavit.

3. On the 2nd day of July 2010, I served copies of the Reply by first-class U.S. Mail, postage prepaid, upon the parties listed in Paragraph 4 of this Affidavit.

4. The following parties were served as described above:

| | |
|---|---|
| Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Eric Fisher<br>Butzel Long, a professional corporation<br>380 Madison Avenue , 22nd Floor<br>New York, NY 10017 | |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

Sworn to before me this
2nd day of July, 2010

/s/Cindy D. Fricke
Notary Public

2