# EXHIBIT A

# DPH Holdings Corp.

RE: <u>Workers' Compensation</u>

To: Directors of Certain State Workers' Compensation Agencies

      I am President of DPH Holdings Corp. ("DPH Holdings"), the legal successor to Delphi Corporation. I am writing to provide you with an understanding of the status and treatment of workers' compensation claims asserted against Delphi Corporation and its affiliates and subsidiaries in the your state.

      On October 6, 2009, Delphi Corporation and its affiliate debtors (the "Debtors") in the chapter 11 cases <u>In re Delphi Corporation, et al.</u>, Case No. 05-44481 (RDD) (Bankr. S.D.N.Y.) (n/k/a <u>In re DPH Holdings Corp., et al.</u>) substantially consummated the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (the "Modified Plan") and the transactions under the Master Disposition Agreement (as defined in the Modified Plan) and related agreements were closed.

      Pursuant to the Modified Plan and the Master Disposition Agreement, substantially all of the Debtors' global core businesses were acquired by a group of private investors. The majority of these businesses are now operating under the name Delphi Automotive Systems, LLC ("New Delphi"). The former Debtors' non-core steering business and certain U.S. manufacturing plants have been acquired by an affiliate of General Motors Company.

      The former Debtors have emerged from chapter 11 as DPH Holdings Co. and affiliates (the "Reorganized Debtors") and will be responsible for the post-emergence administration and eventual closing of the chapter 11 cases as well as the disposition of certain retained assets and payment of certain retained liabilities as provided for under the Modified Plan.

      Under the Modified Plan, it is DPH Holdings' view that individual workers' compensation claims for injuries arising <u>before October 8, 2005</u>, the date Delphi filed for chapter 11 protection, are <u>general unsecured claims</u> and are <u>discharged and released</u>. Individuals asserting such claims against the Reorganized Debtors will only be entitled to a potential distribution, not likely to exceed 4.2 cents on the dollar in the most optimistic case, to the extent they filed valid and timely proofs of claim against the Reorganized Debtors. Accordingly, as of October 4, 2009, there will be no further payments on a current basis on account of these prepetition individual workers' compensation claims by the Reorganized Debtors.

      However, <u>DPH Holdings Corp. will continue to make payments</u> in the ordinary course for valid individual workers' compensation claims for injuries arising <u>on or after October 8, 2005 but on or before October 6, 2009</u>. We understand that certain state workers' compensation agencies may have applied proceeds from letters of credit or other collateral previously posted by the Reorganized Debtors to fund the

November 18, 2009
Page 2

postpetition claims. This is not necessary in that DPH Holdings will continue to pay these claims in due course.

If you have any questions, please do not hesitate to contact Mark Fraylick, Workers' Compensation Manager, Delphi Automotive Systems, LLC at (248) 813-1252.

Regards,

John Brooks

cc:  John K. Lyons, Skadden, Arps, Slate, Meagher & Flom LLP (via e-mail)
     Mark A. Fraylick, Delphi Automotive Systems, LLC (via e-mail)