# EXHIBIT B

**State of New Jersey**
DEPARTMENT OF BANKING AND INSURANCE
OFFICE OF SOLVENCY REGULATION
PO BOX 325
TRENTON, NJ 08625-0325

TEL (609) 292-5350
FAX (609) 292-6765

JON S. CORZINE
*Governor*

NEIL N. JASEY
*Commissioner*

November 30, 2009

via email and certified mail

National Fire Insurance Company of Hartford
Mark Torp, AVP
CNA Surety Claims
333 S. Wabash Street, 41st Floor
Chicago, IL 60604

Re:  Delphi Corporation
     Bankruptcy Protection

Dear Mr. Torp:

We have been advised by Mark Fraylick, Delphi Automotive Systems, LLC Workers' Compensation Manager, that due to the bankruptcy of Delphi Corporation, it will be defaulting on the individual workers' compensation claims for injuries arising before October 8, 2005, the date Delphi filed for chapter 11 protection. The former Debtors have emerged from chapter 11 as DPH Holdings Co. and affiliates, and will be responsible for the post emergence administration and eventual closing of the chapter 11 cases. I have attached a copy of the DPH Holdings Corp. letter to the various State Agencies explaining their decision in detail.

Based upon this information, the Department of Banking and Insurance is now demanding payment of the self-insurers and surety's bond number 192921982 issued by National Fire Insurance Company, in the penal sum of $5,500,000 with Delphi Corporation as the principal. Effective date of the bond was May 28, 1999.

Since time is of the essence, your early attention to this request will be appreciated. If you have any questions on the above, please do not hesitate to contact me at (609) 292-5350 extension 50068 or via email: Kwame.asare@dobi.state.nj.us.

Very truly yours,

Kwame A. Asare
Insurance Examiner

cc: Douglas Wheeler, Director of Insurance – DOBI
    Richard Meyer, Executive Director, - NJSIGA
    Eleanor Heck, Deputy Attorney General – Law & Public Safety
    Raymond Conover, Assistant Commissioner – DOBI
    Crosby Sherman, Insurance Examiner – DOBI
    George Dytyniak, Manager – DOBI
    Mark Fraylick, WC Manager – DPH Holdings Corp.