# EXHIBIT C

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

DIRECT DIAL
312.407.0860
DIRECT FAX
312.407.8532
EMAIL ADDRESS
JOHN.LYONS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 26, 2010

Via Electronic Mail
Kwame A. Asare
Office of Solvency Regulation
Department of Banking and Insurance
kwame.asare@dobi.state.nj.us

Via Electronic Mail
Eleanor Heck
Deputy Attorney General
Attorney General of New Jersey
Eleanor.Heck@dol.lps.state.nj.us

RE:   *In re DPH Holdings Corp.* – Payment of Postpetition New Jersey Workers' Compensation Obligations

Dear Mr. Asare:

      I write on behalf of DPH Holdings Corp. and certain of its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and its affiliated debtors and debtors-in-possession (the "Debtors"). Following the Debtors' emergence from chapter 11 on October 6, 2009, the Debtors discontinued payments on all prepetition workers' compensation claims. Since that time, obligations arising on account of prepetition workers' compensation claims have been satisfied in the ordinary course with proceeds from the $5,500,000.00 letter of credit securing New Jersey workers' compensation claims, which was fully drawn by CNA Surety Corporation, a third-party surety company, on or before March 17, 2010.

      The Reorganized Debtors have retained the Oliver Wyman Group, an independent, third-party actuarial firm. On March 26, 2010, Oliver Wyman issued a report, a copy of which is attached to this letter,

Kwame A. Asare
Eleanor Heck
May 26, 2010
Page 2

estimating the Debtors' net unpaid obligations to New Jersey employees on account of both prepetition and postpetition workers' compensation claims in an amount that is substantially less than the remaining amount of the collateral securing such claims. Accordingly, beginning June 1, 2010, the Reorganized Debtors will discontinue direct payments on account of postpetition workers' compensation claims. Both prepetition and postpetition New Jersey workers' compensation claims will be paid by CNA Surety Corporation directly from proceeds of the $5,500,000.00 letter of credit. In light of the significant over-collateralization, we would like to discuss reduction of the CNA bond, and the consequent return of collateral, to match anticipated exposure. We will be in touch with you shortly to set up a conference call to discuss these matters.

      If you have any questions or wish to discuss this matter further, please contact me or my colleague Brandon M. Duncomb (phone: 312.407.0110; e-mail: brandon.duncomb@skadden.com).

Very truly yours,

/s/ John K. Lyons

Enclosure