**Hearing Date And Time: July 22, 2010 at 10:00 a.m.**
**(prevailing Eastern Time)**

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
**Jeffrey Bernstein Esq.**
**Three Gateway Center**
**100 Mulberry Street**
**Newark, New Jersey 07102-4079**
**Telephone: (973) 622-7711**

- and -

**88 Pine Street, 24th Floor**
**New York, New York 10005**
**(212) 483-9490**

*Attorneys for New Jersey Self-Insurers Guaranty Association*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al. | Chapter 11 |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF JEFFREY BERNSTEIN, ESQ. IN SUPPORT OF**
**SUPPLEMENTAL RESPONSE OF NEW JERSEY SELF-INSURERS**
**GUARANTY ASSOCIATION TO DEBTORS'**
**FORTY SIXTH OMNIBUS OBJECTION TO CLAIMS**
**(CLAIM NOS. 18602 and 19712)**

I, Jeffrey Bernstein, of full age, hereby certify as follows:

1. I am a member of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for the New Jersey Self-Insurers Guaranty Association (the "Association"), and submit this certification in compliance with the Claims Objection Procedures Order Section 9(e)(ii).

2. Attached hereto as Exhibit A is a true and correct copy of the letter dated November 18, 2009, which Reorganized Debtors addressed to the Directors of Certain State Workers' Compensation Agencies (the "November Letter") furnished to counsel by the Association.

3. Attached hereto as Exhibit B is a true and correct copy of the letter dated November 30, 2009, which the Insurance Examiner for the State of New Jersey issued to National Fire Insurance Company of Hartford furnished to counsel by the Association.

4. Attached hereto as Exhibit C is a true and correct copy of the letter dated May 26, 2010, which Reorganized Debtors' counsel issued to the State of New Jersey, Department of Banking and Insurance, Office of Solvency Regulation (the "May Letter") furnished by counsel for DPH Holdings Corp., et. al.

5. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 14, 2010                    /s/Jeffrey Bernstein
                                        Jeffrey Bernstein, Esq.