TOGUT, SEGAL & SEGAL LLP  
One Penn Plaza, Suite 3335  
New York, New York 10119  
Telephone: (212) 594-5000  
Facsimile: (212) 967-4258  
Neil Berger  
Co-Counsel for the Reorganized Debtors

Adjourned Hearing Date: August 12, 2010 at 10:00 A.M.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------x  
:  
In re:                                                             :    Chapter 11  
                                                                   :  
DPH HOLDINGS CORP., *et al.*,                                      :    Case No. 05-44481 [RDD]  
                                                                   :  
                              Debtors.                             :    (Jointly Administered)  
                                                                   :  
------------------------------------------------------------------x  

**NOTICE OF ADJOURNMENT OF HEARING ON REORGANIZED DEBTORS'
FORTY-EIGHTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(B) AND
FED. R. BANKR. P. 3007 TO DISALLOW AND EXPUNGE CERTAIN MOTIONS OR
REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE, SOLELY AS TO
DOCKET NUMBERS 18706 AND 19783 RELATING TO SURVIVING CLAIM
<u>NUMBER 19505 ASSERTED BY FURUKAWA ELECTRIC COMPANY, LTD.</u>**

**PLEASE TAKE NOTICE** that the hearing regarding the Reorganized Debtors' Forty-Eighth Omnibus Objection, solely as to docket numbers 18706 and 19783 relating to surviving claim number 19505 asserted by Furukawa Electric Company, Ltd., which was previously scheduled to be heard by the Court on July 22, 2010 at 10:00 a.m., has been adjourned on consent to August 12, 2010 at 10:00 a.m. (the "Adjourned

**(concluded on the following page)**

Hearing Date"), before the Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated:  New York, New York
        July 14, 2010

                DELPHI CORPORATION, *et al.*
                By their attorneys,
                TOGUT, SEGAL & SEGAL LLP
                By:

                /s/ Neil Berger
                NEIL BERGER (NB-3599)
                A Member of the Firm
                One Penn Plaza
                New York, New York 10119
                (212) 594-5000