McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Jeffrey Bernstein Esq.
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4079
Telephone: (973) 622-7711

- and -

88 Pine Street, 24th Floor
New York, New York 10005
(212) 483-9490
*Attorneys for New Jersey Self-Insurers Guaranty Association*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al. | Chapter 11 |
| Reorganized Debtors. | (Jointly Administered) |

### CERTIFICATION OF SERVICE

**Melba Alimario**, of full age does hereby certify in lieu of affidavit as follows:

1. I am a legal assistant in the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, with offices located at Three Gateway Center, 100 Mulberry St., Newark, New Jersey 07102.

2. On July 14, 2010, I caused to be e-filed with the United States Bankruptcy Court for the Southern District of New York, Supplemental Response Of New Jersey Self-Insurers Guaranty Association (Claim Nos. 18602 and 19712) To Debtors' Forty-Sixth Omnibus Objection To Claims, entered in the Court's docket as No. 20412.

3. On July 14, 2010, I caused the above document to be served upon the following:

**Hon. Robert D. Drain**
United States Bankruptcy Court
Southern District of New York
The Hon. Charles L. Brient Jr. Federal Bldg & Courthouse
300 Quarropas Street, Courtroom 118
White Plans, New York 10601-4140
*Via Federal Express*

**Delphi Corporation**
5725 Delphi Drive
Troy, Michigan 48098
Attention: Mr. Rodney O'Neal, President
*Via Regular mail and Facsimile at 248.813.2560*

**Skadden, Arps, Slate, Meagher & Flom LLP**
155 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn.: John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Michael Perl, Esq.
*Via email:*
jack.butler@skadden.com
john.lyons@skadden.com
michael.perl@skadden.com

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 14, 2010

_____
Melba Alimario

1462177