# EXHIBIT A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification |
| 13367 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Services Holding Corporation | Priority, Secured, General Unsecured |
| 13368 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems Services LLC | Priority, Secured, General Unsecured |
| 13369 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | MobileAria, Inc. | Priority, Secured, General Unsecured |
| 13370 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Receivables LLC | Priority, Secured, General Unsecured |
| 13371 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Furukawa Wiring System LLC | Priority, Secured, General Unsecured |
| 13372 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems LLC | Priority, Secured, General Unsecured |
| 13373 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems Human Resources LLC | Priority, Secured, General Unsecured |
| 13374 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Foreign Sales Corporation | Priority, Secured, General Unsecured |
| 13375 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems Global (Holding), Inc. | Priority, Secured, General Unsecured |
| 13376 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | DREAL, Inc. | Priority, Secured, General Unsecured |
| 13377 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Packard Hughes Interconnect Company | Priority, Secured, General Unsecured |
| 13378 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Connection Systems | Priority, Secured, General Unsecured |
| 13379 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Integrated Service Solutions, Inc. | Priority, Secured, General Unsecured |
| 13380 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Aspire, Inc. | Priority, Secured, General Unsecured |
| 13381 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi LLC | Priority, Secured, General Unsecured |

# EXHIBIT A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| **Proof of Claim Number** | **Date Filed** | **Party Filing Proof of Claim** | **Asserted Amount** | **Omnibus Claims Objection** | **Debtor Named on Proof of Claim** | **Asserted Classification** |
| 13382 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Diesel Systems Corp. | Priority, Secured, General Unsecured |
| 13383 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delco Electronics Overseas Corporation | Priority, Secured, General Unsecured |
| 13384 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems (Holding), Inc. | Priority, Secured, General Unsecured |
| 13385 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems Overseas Corporation | Priority, Secured, General Unsecured |
| 13386 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi International Holdings Corp. | Priority, Secured, General Unsecured |
| 13387 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems International, Inc. | Priority, Secured, General Unsecured |
| 13388 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems Thailand, Inc. | Priority, Secured, General Unsecured |
| 13389 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi International Services, Inc. | Priority, Secured, General Unsecured |
| 13390 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems Korea, Inc. | Priority, Secured, General Unsecured |
| 13391 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Exhaust Systems Corporation | Priority, Secured, General Unsecured |
| 13392 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems Risk Management Corp. | Priority, Secured, General Unsecured |
| 13393 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Mechatronic Systems, Inc. | Priority, Secured, General Unsecured |
| 13394 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Automotive Systems Tennessee, Inc. | Priority, Secured, General Unsecured |
| 13395 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Technologies, Inc. | Priority, Secured, General Unsecured |
| 13396 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Electronics (Holding) LLC | Priority, Secured, General Unsecured |

# EXHIBIT A

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Asserted Amount | Omnibus Claims Objection | Debtor Named on Proof of Claim | Asserted Classification |
| 13397 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Liquidation Holding Company | Priority, Secured, General Unsecured |
| 13398 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Specialty Electronics, Inc. | Priority, Secured, General Unsecured |
| 13399 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Specialty Electronics International Ltd. | Priority, Secured, General Unsecured |
| 13400 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Medical Systems Corporation | Priority, Secured, General Unsecured |
| 13401 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Medical Systems Texas Corporation | Priority, Secured, General Unsecured |
| 13402 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Medical Systems Colorado Corporation | Priority, Secured, General Unsecured |
| 13403 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Environmental Catalysts, LLC | Priority, Secured, General Unsecured |
| 13404 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | ASEC Sales General Partnership | Priority, Secured, General Unsecured |
| 13405 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | ASEC Manufacturing General Partnership | Priority, Secured, General Unsecured |
| 13406 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi NY Holding Corporation | Priority, Secured, General Unsecured |
| 13407 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi Corporation | Priority, Secured, General Unsecured |
| 13408 | 7/31/2006 | NISSAN NORTH AMERICA, INC. | Unknown | Third Omnibus Claims Objection | Delphi China LLC | Priority, Secured, General Unsecured |