Lauren M. McEvoy, Esq.
THOMPSON HINE LLP
335 Madison Avenue, 12th Floor
New York, New York 10017
Tel: 212-344-5680
Lauren.McEvoy@ThompsonHine.com

*One of the Attorneys for Rieck Group, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No.: 05-44481 (RDD) |
|---|---|
| DELPHI CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jennifer L. Maffett, Esq., request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent Rieck Group, LLC n/k/a Mechanical Construction Managers, LLC in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of Ohio and the U.S. District Court for the Southern District of Ohio.

I am submitting the filing fee of $25.00 simultaneously with this motion for *pro hac vice* admission.

Dated: July 16, 2010
Dayton, Ohio

Respectfully submitted,

/s/ Jennifer L. Maffett
Jennifer L. Maffett, Esq.
THOMPSON HINE LLP
2000 Courthouse Plaza, N.E.
10 W. Second Street
Dayton, Ohio 45402
Tel: 937.443.6600
Jennifer.Maffett@ThompsonHine.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>            Debtors. | Case No.: 05-44481 (RDD)<br><br>Chapter 11<br><br>Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer L. Maffett, Esq. to be admitted, *pro hac vice,* to represent Rieck Group, LLC n/k/a Mechanical Construction Managers, LLC, a party in interest in an adversary proceeding filed in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Southern District of Ohio, it is hereby

**ORDERED**, that Jennifer L. Maffett, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Rieck Group, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
         New York, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 16th day of July, 2010, a true and correct copy of the foregoing was served electronically through the Court's ECF System to the parties registered to receive notice thereby, and upon the following parties by first-class mail:

Alicia M. Leonhard, Esq.  
Tracy Hope Davis, Esq.  
Office of the United States Trustee  
Southern District ofNew York  
33 Whitehall Street, Suite 2100  
New York, NY 10004  

Lara R. Sheikh, Esq.  
Togut, Segal & Segal LLP  
One Penn Plaza  
Suite 3335  
New York, NY 10119  

Cynthia 1. Haffey, Esq.  
Butzel Long, P.C.  
150 W. Jefferson Avenue  
Suite 100  
Detroit, MI 48226  

Eric Fisher, Esq.  
Butzel Long, P.C.  
380 Madison Avenue  
22nd Floor  
New York, NY 10017  

/s/   *Lauren M. McEvoy*  
Lauren M. McEvoy  
THOMPSON HINE LLP  
335 Madison Avenue, 12th Floor  
New York, New York 10017  
Tel: 212-344-5680  
Lauren.McEvoy@ThompsonHine.com  

*One of the Attorneys for Rieck Group, LLC*  
n/k/a Mechanical Construction Managers, LLC