BRYAN CAVE LLP
Michelle K. McMahon (MM-8130)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1493

BRYAN CAVE LLP
Lloyd A. Palans (pro hac vice pending)
Christopher J. Lawhorn (pro hac vice pending)
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com

*Attorneys for GBC Metals, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11: |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |

-------------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI CORPORATION | : | |
| | : | Adv. Pro. No. 07-02479 (RDD) |
| Plaintiff, | : | |
| -against- | : | |
| OLIN CORPORATION, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

### NOTICE OF SERVICE OF DEFENDANT GBC METALS, LLC'S REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS

PLEASE TAKE NOTICE that a copy of Defendant GBC Metals, LLC's Reply Memorandum of Law in Support of its Motion to Dismiss was served on the following counsel on July 2, 2010 by U.S. Mail.

Togut, Segal & Segal
One Penn Plaza, Suite 3335
NY, New York 10119

Dated: July 16, 2010                                        BRYAN CAVE LLP

                                                            /s/ Michelle McMahon
                                                            Michelle McMahon (No. 3900)

1587138.1

1290 Avenue of the Americas
New York, New York 10104-3300
(212) 541-2000 (tel)
(212) 541-4630 (fax)
michelle.mcmahon@bryancave.com

BRYAN CAVE LLP
Lloyd A. Palans (pro hac vice pending)
Christopher J. Lawhorn (pro hac vice pending)
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com

*Attorneys for GBC Metals, LLC*