BRYAN CAVE LLP
Michelle K. McMahon (MM-8130)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1493

BRYAN CAVE LLP
Lloyd A. Palans (admitted pro hac vice)
Christopher J. Lawhorn (admitted pro hac vice)
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com

*Attorneys for Spartech Polycom*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11:
                                                             :
DELPHI CORPORATION, *et al*.,                                :    Case No. 05-44481 (RDD)
                                                             :    Jointly Administered
-------------------------------------------------------------x
DELPHI CORPORATION                                           :
                                                             :    Adv. Pro. No. 07-02639 (RDD)
                    Plaintiff,                               :
                                                             :
         -against-                                           :
                                                             :
SPARTECH POLYCOM                                             :
                                                             :
                    Defendants.                              :
-------------------------------------------------------------x

**NOTICE OF SERVICE OF DEFENDANT SPARTECH POLYCOM'S REPLY
<u>MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO DISMISS</u>**

     PLEASE TAKE NOTICE that a copy of Defendant Spartech Polycom's Reply Memorandum of Law in Support of its Motion to Dismiss was served on the following counsel on July 2, 2010 by U.S. Mail.

Togut, Segal & Segal
One Penn Plaza, Suite 3335
NY, New York 10119

1587132.1

| | |
|---|---|
| Dated: July 16, 2010 | BRYAN CAVE LLP |
| | /s/ Michelle McMahon_____ |
| | Michelle McMahon (No. 3900) |
| | 1290 Avenue of the Americas |
| | New York, New York 10104-3300 |
| | (212) 541-2000 (tel) |
| | (212) 541-4630 (fax) |
| | michelle.mcmahon@bryancave.com |
| | |
| | *and* |
| | |
| | BRYAN CAVE LLP |
| | Lloyd A. Palans (admitted pro hac vice) |
| | Christopher J. Lawhorn (admitted pro hac vice) |
| | 200 North Broadway, Suite 3600 |
| | St. Louis, MO 63102 |
| | Telephone:  (314) 259-2000 |
| | Facsimile:  (314) 259-2020 |
| | lapalans@bryancave.com |
| | cjlawhorn@bryancave.com |
| | |
| | *Attorneys for Spartech Polycom* |

2

1587132.1