Hearing Date: August 12, 2010 at 10:00 a.m. ET
Objection Deadline: August 3, 2010 at 4:00 p.m. ET

HARRIS BEACH, PLLC
One Park Place, 4th Floor
300 South State Street
Syracuse, NY 13202
Telephone: (315) 423-7100

HARRIS BEACH, PLLC
100 Wall Street
New York, NY 10005
Telephone: (212) 687-0100

*Attorneys for Excellus Health Plans, Inc.
and its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, et al.<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### NOTICE OF MOTION FOR ALLOWANCE AND PAYMENT OF EXCELLUS HEALTH PLANS, INC. AND ITS AFFILIATES TO PERMIT LATE FILED CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006

**PLEASE TAKE NOTICE** that upon the accompanying motion and all other pleadings and proceedings herein, Excellus Health Plans, Inc., and its Affiliates ("Excellus"), by its undersigned counsel, Harris Beach, PLLC, moves this Court before the Hon. Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on August 12, 2010 at

219972 1412341.1

10:00 a.m. or such other date and time as soon thereafter as the Court may direct, for an Order (i) pursuant to Fed. R. Bankr. P. 9006 seeking leave to file and allowance of a later filed administrative expense claim.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, in opposition to the relief requested must be filed with the Court and served upon the undersigned counsel for Excellus no later than August 3, 2010 at 4:00 p.m. ET ("Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with the General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System which can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on 1 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format and must be served in accordance with General Order M-242, with a courtesy copy delivered to the Chambers of the Hon. Robert D. Drain, United States Bankruptcy Judge, and served on Harris Beach, PLLC, One Park Place, 300 South State Street, Syracuse, New York 13202, in accordance with General Order M-182, so as to be received no later than the Objection Deadline.

2

Dated: July 14, 2010.                HARRIS BEACH, PLLC

*/s/ Lee E. Woodard*
Lee E. Woodard, Esq. (LEW 7286)
Counsel for Excellus Health Plans, Inc.
One Park Place, 4th Floor
300 South State Street
Syracuse, NY 13202
Telephone: (315) 423-7100
Facsimile: (315) 422-9331
Email: lwoodard@harrisbeach.com