EXHIBIT "B"

**Delphi LPA accounting**

| | Contract Year/Date | Variance | Payments/Settlements | (Due Delphi)/ Due Excellus Balance | |
|---|---|---|---|---|---|
| Settlement | 6/20/2002 | | 345,179.09 | 345,179.09 | |
| Blue Choice | 1/02-12/02 | (633,116.36) | | (287,937.27) | |
| Blue Choice | 1/03-12/03 | 282,811.42 | | (5,125.85) | |
| Blue Choice | 1/04-12/04 | (1,266,953.49) | | (1,272,079.34) | |
| Settlement | 12/29/2004 | | 1,272,800.00 | 720.66 | early 6 month settlement |
| Blue Choice | 1/05-12/05 | 178,485.68 | | 179,206.34 | |
| Blue Choice | 1/06-12/06 | 5,772.58 | | 184,978.92 | |
| Blue Choice | 1/07-12/07 | (264,599.52) | | (79,620.60) | |
| Timothy's Law | 8/1/07-12/31/07 | 42,746.93 | | (36,873.67) | |
| Blue Choice | 1/08-12/08 | 490,939.10 | | 454,065.43 | Check to Delphi |

**TOTAL DUE EXCELLUS**  **454,065.43**

Based on timing, all is from 2008 variance.