# EXHIBIT "C"



Delphi Natl Benefits Cntr
Karen Shed
PO Box 14673

Lexington            KY                    40512

| | | | |
|---|---|---|---|
| **Group Number** | 16160-001 | **Due Date** | 07/30/2009 |
| **Bill date** | 07/16/2009 | | |

**Additional groups covered on invoice**

| Billing Description: | | | | Amount: |
|---|---|---|---|---|
| Level Premium Agreement - Recoupment | | | | |
| | Contract date from: 01/01/2002 | to | 12/31/2008 | $411,318.50 |

In accordance with the provisions of your group contract, we are issuing an invoice for the amount due to Excellus BlueCross Blue Shield. Payment in the amount of: $411,318.50
is due on the date listed above. This payment represents the difference between the premium rate that was billed and the premium rate filed with, and approved by the superintendent of insurance for the last contract year.

If you have any questions regarding this agreement, please contact
in our Sales and Marketing department, at:

For payments made via wire, please email: Cash.Reciepts@Excellus.com , for allocation instructions. This email will ensure your payment is applied properly.

If you are paying by check, please remit your payment to:

Excellus Blue Cross Blue Shield
Attention: Treasury Operations
165 Court St
Rochester, NY 14647

*Please remit a copy of this invoice along with payment*

| | |
|---|---|
| **Grand Total:** | **$411,318.50** |