Hearing Date: August 12, 2010
Objection Deadline: August 3, 2010 at 4:00 p.m. ET

HARRIS BEACH, PLLC
One Park Place, 4th Floor
300 South State Street
Syracuse, NY 13202
Telephone: (315) 423-7100

HARRIS BEACH, PLLC
100 Wall Street
New York, NY 10005
Telephone: (212) 687-0100

*Attorneys for Excellus Health Plans, Inc.
and its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, et al.<br><br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I certify that on July 19, 2010, I caused the Notice of Motion for Allowance and Payment of Excellus Health Plans, Inc. and its Affiliates to Permit Late Filed Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006 and Motion for Allowance and Payment of Excellus Health Plans, Inc. and its Affiliates to Permit Late Filed Claim Pursuant to Federal Rule of Bankruptcy Procedure 9006 to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

The following parties were also served by U.S. First Class Mail on July 19, 2010:

Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
White Plains Office
300 Quarropas Street
White Plains, NY 10601

Office of the United States Trustee
Brian Masumoto, Esq.
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

DPH Holdings Corp.
John Brooks
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate,
  Meagher & Flom, LLP
Ron E. Meisler, Esq.
Thomas Kennedy, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720

Dated: July 19, 2010.

HARRIS BEACH, PLLC

/s/Lee E. Woodard
Lee E. Woodard, Esq. (Bar Roll No.601006)
Counsel for Excellus Health Plans, Inc.
One Park Place, 4th Floor
300 South State Street
Syracuse, NY 13202
Telephone: (315) 423-7100
Facsimile: (315) 422-9331
Email: lwoodard@harrisbeach.com

219972 1412365.1