**Hearing Date: July 22, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                           :
  In re                                                    :    Chapter 11
                                                           :
DPH HOLDINGS CORP., et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                      Reorganized Debtors.    :    (Jointly Administered)
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FIFTY-SEVENTH OMNIBUS HEARING AGENDA

Location Of Hearing:          United States Bankruptcy Court for the Southern District of New
                              York, 300 Quarropas Street, Room 118, White Plains, New York
                              10601-4140

The matters set for hearing are divided into the following categories for the purposes of this
Proposed Fifty-Seventh Omnibus Hearing Agenda:

> A.    Introduction

> B.    Continued Or Adjourned Matters (4 Matters)

> C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

> D.    Contested Matters (1 Matter)

> E.    Substantial Contributions Applications (None)

> F.    Adversary Proceedings (1 Matter)

**A.    Introduction**

**B.    Continued Or Adjourned Matters∗**

> 1.    **"Furukawa Administrative Expense Claim"** – Motion Of Furukawa
> Electric Company, Ltd. For Allowance Of An Administrative Expense Claim
> Pursuant To 11 U.S.C. 503(b)(1)(a) And, In The Alternative, For Leave To
> File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule
> 9006(b) (Docket No. 18706)

> > Objections filed:    *Reorganized Debtors' Forty-Seventh Omnibus
> > Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R.
> > Bankr. P. 3007 To (I) Disallow And Expunge (A)
> > Certain Administrative Expense Books And Records
> > Claims, (B) A Certain Administrative Expense
> > Duplicate Claim, And (C) Certain Administrative
> > Expense Duplicate Substantial Contribution Claims,
> > And (II) Modify Certain Administrative Expense
> > Claims (Docket No. 19873)*

> > *Reorganized Debtors' Forty-Eighth Omnibus
> > Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R.
> > Bankr. P. 3007 To Disallow And Expunge (A) Certain
> > Books And Records Claims And (B) Certain Duplicate*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing
Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the
Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And
9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative
Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus
Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

*Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 19976)*

Replies filed: *Response Of Furukawa Electric Company, Ltd. To The Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20037)*

Related filings: *Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 19783)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 19992)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 20245)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Notice No. 20411)*

*Status:*            *The hearing with respect to this matter has been adjourned to the hearing on August 12, 2010 pursuant to the Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Notice No. 20411)*

2.    **"Reorganized Debtors' Forty-Eighth Omnibus Claims Objection With Respect To Docket Nos. 18706 and 19783 (Furukawa Electric Company, Ltd.)"** – *Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 19976)*

*Replies filed:*      *Reorganized Debtors' Omnibus Reply In Support Of Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 20278)*

*Related filings:*    *Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)*

*Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 19783)*

*Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To*

4

*Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20249)*

*Notice of Adjournment of Hearing on Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Disallow and Expunge Certain Motions or Requests for Payment of Administrative Expense, Solely as to Docket Numbers 18706 and 19783 Relating to Surviving Claim Number 19505 Asserted by Furukawa Electric Company, Ltd (Docket No. 20413)*

*Status:*　　*The hearing regarding docket nos. 18706 and 19783 (Furukawa Electric Company, Ltd.) has been adjourned to the hearing on August 12, 2010 pursuant to the Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20413)*

3.　　**"Highland Capital Management, L.P. Substantial Contribution Application"** – Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19112)

*Objections filed:*　　*Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)*

*Reorganized Debtors' Objection To Substantial Contribution And Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)*

*Replies filed:*　　*None.*

5

*Related filings:*                 *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)*

*Certification And Notice Of Filing Of Exhibits With Respect To Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19756)*

*Notice of Adjournment of Hearings on (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, and (III) Delphi Salaried Retirees' Motion (Docket No. 19830)*

*Order Scheduling Hearing On The Substantial Contribution Application Filed By Highland Capital Management, L.P. For June 30, 2010 (Docket No. 19936)*

*Supplement To The Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 20160)*

*Declaration Of Patrick H. Daugherty In Support Of The Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 20284)*

*Supplemental Order Scheduling Hearing On The Substantial Contribution Application Filed By Highland Capital Management, L.P. For July 22, 2010 (Docket No. 20288)*

*Status:*                          *The hearing with respect to this matter has been continued to the hearing scheduled for August 12, 2010.*

6

4.     **"Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC"** – Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20364)

| | |
|---|---|
| *Objections filed:* | *FKMT, LLC f/k/a Monarch Transport, LLC's Response To Reorganized Debtors' Motion For AN Order To Enforce Modified Plan And Modification Approval Order Injunction Order Against FKMT, LLC f/k/a Monarch Transport (Docket No. 20445)* |
| *Replies filed:* | *FKMT, LLC f/k/a Monarch Transport, LLC's Motion To Lift The Injunction Contained In The Modification Approval Order And Modified Plan (Docket No. 20444)* |
| *Status:* | *The parties have proposed to adjourn the matter to the hearing on August 12, 2010.* |

C.     **Uncontested, Agreed, Withdrawn, Or Settled Matters**

*None.*

D.     **Contested Matters**

5.     **"Methode's Motion To Approve** – Notice Of Motion By Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19895) and Supplement To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20274)

| | |
|---|---|
| *Objections filed:* | *Reorganized Debtors' Objection To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20070)* |
| | *Reorganized Debtors' Supplemental Objection In Response To Supplement To Motion Of Methode* |

7

*Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With Reorganized Debtors In Michigan And (II) Overruling Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20418)*

*Replies filed:*          *Reply In Support Of Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (Ii) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20164)*

*Reply In Support Of Supplement To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20431)*

*Related filings:*          *Memorandum Of Law In Support Of Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19896)*

*Declaration Of Ann Marie Walsh In Support Of The Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19897)*

*Order In Respect Of Administrative Expense Claims Of Methode Electronics Inc. (Docket No. 20240)*

*Verified Statement Of Locke Lord Bissell & Liddell LLP Pursuant To Federal Rule Of Bankruptcy Procedure 2019 (Docket No. 20296)*

8

*Status:*  *The hearing with respect to this matter will be proceeding.*

## E.  Substantial Contribution And Other Applications For Reimbursement Of Professional Fees And Expense

*None.*

## F.  Adversary Proceedings

6.  **"First Wave of Motions to Dismiss Certain Reorganized Debtors' Avoidance Actions"**[1]

*Motions filed:*  *Joinder Of M&Q Plastic Products L.P. To Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Dismissing The Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (Docket No. 19818)*

*Joinder of Philips Semiconductor, Philips Semiconductors, and Philips Semiconductors, Inc (n/k/a NXP Semiconductors USA, Inc.) to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 19953)*

*Joinder Of Decatur Plastic Products, Inc. To Pending Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And*

---

1    Pursuant to the *Order Establishing Certain Procedures with Respect to Pending Motions to Dismiss Adversary Proceedings (Docket No. 19947)*, any motions to dismiss filed on or before May 14, 2010 are scheduled to be heard at the July 22, 2010 omnibus hearing.  The filings below are listed in the order in which they appear on the main case docket, except that, where the filing was made in the specific adversary proceeding docket, it is listed by the adversary proceeding number.

*Extending The Time To Serve Process For Such
Adversary Proceedings, (II) Dismissing The
Adversary Proceeding With Prejudice, Or (III) In The
Alternative Dismissing The Adversary Proceeding On
The Ground Of Judicial Estoppel (Docket No. 19956)*

*Notice of Motion of Affinia Group Holdings, Inc.,
Affinia Canada Corp., and Brake Parts, Inc. to: (A)
Vacate Certain Prior Orders of the Court; (B) Dismiss
the Complaint with Prejudice; or (C) in the
Alternative, to Dismiss the Claims Against Certain
Defendants Named in the Complaint and to Require
Plaintiffs to File a More Definite Statement (Docket
No. 19959)*

*Notice of Motion by Fin Machine Co., Ltd Seeking an
Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R.
Bankr. P. 9024, Vacating Prior Orders Establishing
Procedures for Certain Adversary Proceedings,
Including Those Commenced by the Debtors Under 11
U.S.C. §§ 541, 544, 545, 547, 548, or 549, and
Extending the Time to Serve Process for Such
Adversary Proceedings, (II) Pursuant to Fed. R. Civ.
P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing
the Adversary Proceeding with Prejudice for Failure
to State a Cause of Action Because it is Barred by the
Two Year Statute of Limitations, (III) Pursuant to Fed.
R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b),
Dismissing the Adversary Proceeding with Prejudice
for Failure to State a Cause of Action Because it is
Insufficiently Plead, (IV) Dismissing the Adversary
Proceeding on the Ground of Judicial Estoppel, (V)
Dismissing the Adversary Proceeding on the Ground
of Laches, or (VI) in the Alternative, Pursuant to Fed.
R. Civ. P. 12(e) and Fed. R. Bankr. P. 7012(e),
Directing a More Definite Statement of the Pleadings
(Docket No. 19982)*

*Notice of MSX International, Inc. to: (A) Vacate
Certain Prior Orders of the Court; (B) Dismiss the
Complaint with Prejudice; (C) Dismiss the Claims
Against Certain Defendants Named in the Complaint
and (D) Dismiss Claims Based on Assumed Contracts;
or (E) in the Alternative, Require Plaintiffs to File a
More Definite Statement (Docket No. 19994)*

10

*Joinder of Tata America International Corporation d/b/a TCS America to Pending Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 19997)*

*Joinder of E. I. du Pont de Nemours and Company to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 19999)*

*Joinder of Ahaus Tool & Engineering Inc. to Motions Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed. R.Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 20001)*

*Joinder of Invotec Engineering Inc. to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548 or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, and (II) in the Alternative, Dismissing the Adversary Proceeding on the Grounds of Judicial Estoppel (Docket No. 20008)*

11

*Notice of Motion of Valeo Climate Control Corp.,
Valeo Electrical Systems, Inc., Valeo, Inc. and Valeo
Schalter Und Sensoren GmbH to: (A) Vacate Certain
Prior Orders of the Court; (B) Dismiss the Complaint
with Prejudice; (C) Dismiss the Claims Against
Certain Defendants Named in the Complaint; and (D)
Dismiss the Claims Based on Assumption of Contracts;
or (E) in the Alternative, to Require Plaintiffs to File a
More Definite Statement (Docket No. 20009)*

*Joinder of Prudential Relocation, Prudential
Relocation Inc. and Prudential Relocation Int'l to
Motions (I) to Vacate Prior Orders Establishing
Procedures for Certain Adversary Proceedings,
Including Those Commenced by the Debtors Under 11
U.S.C. §§ 541, 544, 545, 547, 548, or 549, and
Extending the Time to Serve Process for Such
Adversary Proceedings, (II) Dismissing the Adversary
Proceeding with Prejudice, or (III) in the Alternative,
Dismissing the Adversary Proceeding on the Ground
of Judicial Estoppel (Docket No. 20033)*

*Joinder of Shuert Industries, Inc. in Motions to: (I)
Vacate Certain Prior Orders of the Court Establishing
Procedures for Certain Adversary Proceedings, and
(II) Dismiss the Complaint with Prejudice (Docket No.
20036)*

*Joinder of LDI Incorporated to Certain Motions to (A)
Vacate Certain Prior Orders of the Court; (B) Dismiss
the Complaint with Prejudice; (C) Dismiss Claims
Based on Assumed Contracts; or (D) in the
Alternative, Require Plaintiffs to File a More Definite
Statement (Docket No. 20049)*

*Joinder of Universal Tool & Engineering Company,
Inc. to Motions (I) to Vacate Prior Orders
Establishing Procedures for Certain Adversary
Proceedings, Including Those Commenced by the
Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548
and 549, and Extending the Time to Serve Process for
Such Adversary Proceedings, (II) Dismissing the
Adversary Proceeding with Prejudice, and (III) in the
Alternative, Dismissing the Adversary Proceeding on
the Grounds of Judicial Estoppel (Docket No. 20058)*

12

*Joinder of Barnes & Associates to Motion of Ahaus Tool & Engineering, Inc. for an Order (I) Vacating Each of the Preservation of Estate Claims Procedures Order, the Extension of Avoidance Action Service Deadline Order, the Post-Confirmation Extension of Avoidance Action Service Deadline Order, and the Supplemental Post-Confirmation Extension of Avoidance Action Service Deadline Order; (II) Dismissing the Complaint with Prejudice for Failing to State a Claim Upon Which Relief Can be Granted; or (III) Dismissing the Complaint as Being Barred by Judicial Estoppel (Docket No. 20059)*

*Joinder of Blair Strip Steel Co. to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 20060)*

*Amended Joinder of E. I. du Pont de Nemours and Company and Its Affiliates to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 20063)*

*Notice of GKN Sinter Metals LLC to: (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; (C) Reform the Complaint to Name the Correct Defendant and Dismiss the Claims Against the Named Defendant; and (D) Dismiss Claims Based on Assumed Contracts; or (E) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 20075)*

13

*Motion by Florida Production Engineering, Inc. Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 20079)*

*Joinder Of Defendant Regions Bank To Dismiss Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under U.S.C. Sections 541,544,545,547,548 Or 549 And Extending The Time To Serve Process For Such Adversary Proceeding, (II) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (Docket 20081)*

*Motion of Carlisle Companies Incorporated for Judgment on the Pleadings and Joinder to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548 or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 20082)*

*Notice of Motion by Access One Technology Group, LLC Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings; (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012 Dismissing This Adversary Proceeding with Prejudice; (III) in the Alternative, Dismissing This Adversary Proceeding on*

14

*the Ground of Judicial Estoppel; (IV) in the
Alternative, Dismissing This Adversary Proceeding on
the Ground of Res Judicata; and (V) in the Alternative,
Dismissing This Adversary Proceeding on the
Grounds That it Fails to Plead Facts Sufficient to
State a Claim for Relief (Docket No. 20084)*

*Joinder of Sumitomo Corporation and Sumitomo Corp.
of America to Motions Filed by Various Preference
Defendants to (A) Vacate Certain Prior Orders of the
Court; (B) Dismiss the Complaint with Prejudice; or
(C) in the Alternative, to Dismiss the Claims Against
Certain Defendants Named in the Complaint and to
Require Plaintiffs to File a More Definite Statement
(Docket No. 20086)*

*Notice of Ambrake Corporation to Motion to (I)
Vacate Extension Orders; and (II) Dismiss Adversary
Proceeding (Docket No. 20087)*

*ATS Automation Tooling Systems, Inc.'s Motion and
Brief of Defendant to: (A) Vacate Certain Orders of
this Court; and (B) Dismiss the Complaint (v. ATS
Automation Tooling, et al.) with Prejudice; or (C) in
the Alternative, to Dismiss the Claims Against Certain
Defendants Named in the Complaint. (Docket No.
20088)*

*Motion of Tyco Adhesives LP, and Joinder with
Motions of Fin Machine Co. Ltd. and Wagner-Smith
Company, for an Order: (I) Pursuant to Fed. R. Civ. P.
60 and Fed. R. Bankr. P. 9024 Vacating Prior Orders
Establishing Procedures for Certain Adversary
Proceedings, Including Those Commenced by the
Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548,
or 549, and Extending the Time to Serve Process for
Such Adversary Proceedings, and (II) Pursuant to Fed.
R. Civ. P. 12 and Fed. R. Bankr. P. 7012, Dismissing
the Adversary Proceeding with Prejudice for Failure
to State a Cause of Action Because it is Barred by the
Two Year Statute of Limitations, and (III) Pursuant to
Fed. R. Civ. P. 12 and Fed. R. Bankr. P. 7012
Dismissing the Adversary Proceeding with Prejudice
for Failure to State a Cause of Action Because it is
Insufficiently Pled, and (IV) Dismissing the Adversary
Proceeding on the Ground of Judicial Estoppel, and
(V) Dismissing the Adversary Proceeding on the*

15

*Ground of Laches, or (VI) in the Alternative, Pursuant to Fed. R. Civ. P. 12(e) and Fed. R. Bankr. P 7012(e), Directing a More Definite Statement of the Pleadings (Docket No. 20089)*

*Doshi Prettl International's Notice of Motion and Brief of Defendant to: (A) Vacate Certain Orders of This Court; and (B) Dismiss the Complaint with Prejudice; or (C) in the Alternative, to Dismiss the Claims Against Certain Defendants Named in the Complaint (Docket No. 20093)*

*Setech, Inc.'s Motion to Vacate and to Dismiss (Docket No. 20094)*

*Notice of Sumitomo Wiring Systems (USA), Inc. and Sumitomo Electric Wiring Systems, Inc. to Joint Motion to (I) Vacate Extension Orders; and (II) Dismiss Adversary Proceeding (Docket No. 20095)*

*Memorandum of Law in Support of Joint Motion to: (I) Vacate Extension Orders; and (II) Dismiss Adversary Proceeding filed on behalf of Sumitomo Wiring Systems (USA), Inc.'s and Sumitomo Electric Wiring System, Inc.(Docket No. 20096)*

*Notice of Setech, Inc.'s Motion to Vacate and to Dismiss Adversary Proceeding (Docket No. 20097)*

*Motion of M&Q Plastic Products L.P. Seeking an Order (I) Dismissing the Complaint with Prejudice; (II) Vacating Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024; and (III) in the Alternative, Requiring a More Definite Statement (Docket No. 20098)*

*Joinder of F.A. Tech Corporations to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 20101)*

16

*Motion of MJ Celco, Inc. a/k/a MJ Celco to (A) Vacate Certain Prior Orders of the court Establishing Procedures for Certain Adversary Proceedings; and (B) Dismiss the Complaint with Prejudice (Docket No. 20103)*

*Robert Bosch GmbH and Robert Bosch LLC's Motion to (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Adversary Proceeding Complaint with Prejudice; and (C) Dismiss the Claims Against a Certain Defendant ("Bosch") Named in the Complaint; or (D) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 20104)*

*Joinder of Critech Research Inc. to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 20106)*

*Notice of Motion by Ex-Cell-O Machine Tools, Inc. Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings; (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012 Dismissing This Adversary Proceeding with Prejudice; (III) in the Alternative, Dismissing This Adversary Proceeding on the Ground of Judicial Estoppel; (IV) in the Alternative, Dismissing This Adversary Proceeding on the Ground of Res Judicata; and (V) in the Alternative, Dismissing This Adversary Proceeding on the Grounds That it Fails to Plead Facts Sufficient to State a Claim for Relief (Docket No. 20107)*

*Motion of the DSSI Defendants Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by Delphi Corporation, et al. Under 11*

17

*U.S.C. §§ 541, 544, 545, 547, 548, and/or 549, and Extending the Time to Serve Process for Such Adversary Proceedings; and (II) Dismissing the Adversary Proceeding with Prejudice Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b) (Docket No. 20110)*

*Joinder of Defendant Monroe, Inc. to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under U.S.C. § 541, 544, 545, 457, 458, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel (Docket No. 20111)*

*Motion by the Timken Company, the Timken Corporation, and MPB Corporation d/b/a Timken Super Precision Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and (c) and Fed. R. Bankr. P. 7012(b) and (c), Dismissing the Adversary Proceeding with Prejudice, (III) in the Alternative, Dismissing the Adversary Proceeding on Ground of Judicial Estoppel) or (IV) in the Alternative, Dismissing the Adversary Proceeding on Ground of Laches (Docket No. 20112)*

*Motion to Dismiss Filed by Defendant Spartech Polycom Seeking an Order (I) Vacating Prior Orders Establishing Procedures for Adversary Proceedings That Violate Procedural Due Process, (II) Dismissing the Adversary Proceeding with Prejudice Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), or (III) Dismissing the Adversary Proceeding on the Grounds of Laches, Res Judicata or Judicial Estoppel (Docket No. 20114)*

*D&S Machine Products, Inc.'s Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the Adversary Proceeding Complaint with Prejudice;*

18

*or (C) in the Alternative, Require Plaintiffs to File a
More Definite Statement (Docket No. 20115)*

*Bosch Chassis Systems Columbia L.L.C.'s f/k/a PBR
Columbia Motion, LLC Motion to (A) Vacate Certain
Prior Orders of the Court; and (B) Dismiss the
Adversary Proceeding Complaint with Prejudice; or
(C) in the Alternative, Require Plaintiffs to File a
More Definite Statement (Docket No. 20118)*

*NGK Automotive Ceramics USA, Inc.'s Motion to (A)
Vacate Certain Prior Orders of the Court; and (B)
Dismiss the Adversary Proceeding Complaint with
Prejudice; or (C) in the Alternative, Require Plaintiffs
to File a More Definite Statement (Docket No. 20120)*

*Mubeau, Inc.'s Motion to (A) Vacate Certain Prior
Orders of the Court; and (B) Dismiss the Adversary
Proceeding Complaint with Prejudice; or (C) in the
Alternative, Require Plaintiffs to File a More Definite
Statement (Docket No. 20122)*

*Notice of Motion by Norilsk Nickel USA, Inc. Seeking
an Order: (I) Pursuant to Fed. R. Civ. P. 60 and Fed.
R. Bankr. P. 9024, Vacating Prior Orders
Establishing Procedures for Certain Adversary
Proceedings, Including Those Commenced by the
Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548,
or 549, and Extending the Time to Serve Process for
Such Adversary Proceedings; and (II) Pursuant to
Section 546(a) of the Bankruptcy Code and Fed. R.
Civ. P. 12(b)(6) and Fed. R. Bankr. P. 7012(b),
Dismissing the Adversary Proceeding with Prejudice
for Failure to State a Cause of Action Because It is
Barred by the Two Year Statute of Limitations, and
(III) Pursuant to Fed. R. Civ. P. 12(b)(4) and 12(b)(5)
and Fed. R. Bankr. P. 7012(b) Dismissing the
Adversary Proceeding with Prejudice for Insufficient
Process and Insufficient Service of Process; and (IV)
Dismissing the Adversary Proceeding on the Ground
of Judicial Estoppel, and (V) Dismissing the
Adversary Proceeding on the Ground of Laches, and
(VI) Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R.
Bankr. P. 7012(b) Dismissing the Adversary
Proceeding on the Ground of Failure to State a Claim
Upon Which Relief Can be Granted; and (VII)
Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Bankr.*

*P. 7012(b) Dismissing the Adversary Proceeding on the Ground of Failure to State a Claim Upon Which Relief Can be Granted Because the Complaint is Insufficiently Plead; in the Alternative, Pursuant to Fed. R. Civ. P. 12(e) and Fed. R. Bankr. P. 7012(e), Directing a More Definite Statement of the Pleadings; and (VIII) for Counsel Fees and Expenses Incurred in Defending This Adversary Proceeding (Docket No. 20125) [\*Note: This First Wave Motion will not be heard on July 22, 2010 because the action was dismissed on June 30, 2010]*

*Notice of Filing in Adversary Proceeding of Motion of Pro Tech Machine to (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; or (C) in the Alternative to Require Plaintiffs to File a More Definite Statement (Docket No. 20150)*

*Notice of Filing in Adversary Proceeding of Motion of Stephenson & Sons Roofing to (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; or (C) in the Alternative to Require Plaintiffs to File a More Definite Statement (Docket No. 20151)*

*Motion by Wells Fargo Bank, N.A. for an Order Pursuant to FRBP 7012(b)(6) Dismissing Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 (Docket No. 20152)*

*Amended Notice of Motion by Ex-Cell-O Machine Tools, Inc. Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings; (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012 Dismissing the Adversary Proceeding with Prejudice; (III) in the Alternative, Dismissing This Adversary Proceeding on the Ground of Judicial Estoppel; (IV) in the Alternative, Dismissing This Adversary Proceeding on the Ground of Res Judicata; and (V) in the Alternative, Dismissing This Adversary Proceeding on the Grounds That it Fails to Plead*

20

*Facts Sufficient to State a Claim for Relief (Docket No. 20155)*

*Supplement To Motion Of Tyco Adhesives LP, And Joinder With Motions Of Fin Machine Co. Ltd. And Wagner-Smith Company, For An Order:  (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, And (II) Pursuant To Fed. R. Civ. P. 12(c) And Fed. R. Bankr. P. 7012(c), Dismissing The Adversary Proceeding With Prejudice For Failure To State A Cause Of Action Because It Is Barred By The Two Year Statute Of Limitations, And (III) Pursuant To Fed. R. Civ. P. 12(c) And Fed. R. Bankr. P. 7012(c), Dismissing The Adversary Proceeding With Prejudice For Failure To State A Cause Of Action Because It Is Insufficiently Pled, And (IV) Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel, And (V) Dismissing The Adversary Proceeding On The Ground Of Laches, Or (VI) In The Alternative, Pursuant To Fed. R. Civ. P. 12(e) And Fed. R. Bankr. P. 7012(e), Directing A More Definite Statement Of The Pleadings (Docket No. 20221)*

*Memorandum of Law in Support of Motion of MSX International, Inc. to: (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; (C) Dismiss the Claims Against Certain Defendants Named in the Complaint; and (D) Dismiss Claims Based on Assumed Contracts; or (E) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 19995)*

*Memorandum of Law in Support of Motion of Affinia Group Holdings, Inc., Affinia Canada Corp., and Brake Parts, Inc. to: (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; or (C) in the Alternative, to Dismiss the Claims Against Certain Defendants Named in the Complaint and to Require Plaintiffs to File a More Definite Statement (Docket No. 19961)*

21

*Memorandum of Law in Support of Motion of Valeo Climate Control Corp., Valeo Electrical Systems, Inc., Valeo, Inc. and Valeo Schalter Und Sensoren GmbH to: (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; (C) and Dismiss the Claims Against Certain Defendants Named in the Complaint; and (D) Dismiss Claims Based on Assumption of Contracts; or (E) in the Alternative, to Require Plaintiffs to File a More Definite Statement (Docket No. 20010)*

*Memorandum of Law in Support of Motion of GKN Sinter Metals LLC to: (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; (C) Reform the Complaint to Name the Correct Defendant and Dismiss the Claims Against the Named Defendant; and (D) Dismiss Claims Based on Assumed Contracts; or (E) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 20076)*

*Ambrake Corporation's Brief in Support of Motion to: (I) Vacate Extension Orders; and (II) Dismiss Adversary Proceeding (Docket No. 20090)*

*Robert Bosch GmbH and Robert Bosch LLC's Memorandum of Law in Support of Their Motion to (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Adversary Proceeding Complaint with Prejudice; and (C) Dismiss the Complaint Against a Certain Defendant ("Bosch") Named in the Complaint; or (D) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 20105)*

*D&S Machine Products, Inc.'s Memorandum of Law in Support of Its Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the Adversary Proceeding Complaint with Prejudice; or (C) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 20116)*

*Bosch Chassis Systems Columbia L.L.C.'s Memorandum of Law in Support of Its Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the Adversary Proceeding Complaint with Prejudice; or (C) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 20119)*

22

*NGK Automotive Ceramics USA, Inc.'s Memorandum of Law in Support of Its Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the Adversary Proceeding Complaint with Prejudice; or (C) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 20121)*

*Mubea and Mubeau Inc.'s Memorandum of Law in Support of Their Motion to (A) Vacate Certain Prior Orders of the Court; and (B) Dismiss the Adversary Proceeding Complaint with Prejudice; or (C) in the Alternative, Require Plaintiffs to File a More Definite Statement (Docket No. 20123)*

*Motion to Dismiss Adversary Proceeding and for Related Relief filed by Deirdre Woulfe Pacheco on behalf of A-1 Specialized Services (A.P. 07-02096 Docket No. 22)*

*Motion to Dismiss Adversary Proceeding and for Related Relief filed by Deirdre Woulfe Pacheco on behalf of A 1 Specialized SVC & Supp., Inc. (A.P.07-02084 Docket No. 21)*

*Memorandum Of Law In Support Of Motion By Auramet Trading, LLC Seeking An Order Dismissing The Adversary Proceeding With Prejudice (I) Pursuant To Fed. R. Civ. P. 12(B) And Fed. R. Bankr. P. 7012(B); (II) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By Delphi Under 11 U.S.C. §§ 541, 544, 545, 547, 548, And/Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel(A.P.07-02130 Docket. No. 16) [\*Note: This First Wave Motion will not be heard on July 22, 2010 because the action was dismissed on June 30, 2010]*

*Defendant Autocam Corporation's Motion To Dismiss Plaintiffs' Complaint To Avoid And Recover Transfer Pursuant To 11 U.S.C. §§ 547 And 550 (A.P. 07-02135 Docket No. 37) [\*Note: This First Wave Motion will not be heard on July 22, 2010 because the action was dismissed on June 30, 2010]*

23

*Motion to Dismiss Adversary Proceeding filed by Alan D. Halperin on behalf of AKS Receivables, LLC (A.P. 07-02140 Docket No. 17)*

*Motion to Dismiss Adversary Proceeding /Joinder to Unifrax Corporation's Motion to Dismiss the Adversary Proceeding with Prejudice and for the Other Relief Sought Therein filed by James S. Carr on behalf of BP, BP Amoco Corp., BP Microsystems Inc., BP Products North America Inc., Castrol, Castrol Industrial (A.P. 07-02270 Docket No. 26)*

*Motion to Dismiss Adversary Proceeding filed by Julia S. Kreher on behalf of Unifrax Corp. (A.P. 07-02270 Docket No. 17)*

*Defendant Olin Corporation's Reply Memorandum of Law in Support of Its Motion to Dismiss (A.P. 07-02479 Docket No. 34)*

*Agreed Order signed on 7/1/2010 Granting Motion of GBC Metals, LLC to Intervene as Party-Defendant (A.P. 07-02479 Docket No. 33)*

*Motion to Dismiss Party filed by Christopher B. Block on behalf of BP Microsystems Inc. (A.P. 07-02770 Docket No. 30)*

*Motion to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors under 11 U.S.C. 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for such Adversary Proceedings, and to Dismiss this Adversary Proceeding filed by Austin L. McMullen on behalf of Calsonic Corp., Calsonic N. America Inc., Calsonic North America Inc. (A.P. 07-2282 Docket No. 26)*

*Motion to Dismiss Plaintiffs' Complaint to Avoid and Recover Transfers Pursuant to Sections 547 and 550 of the Bankruptcy Code filed by Gregory J Mascitti on behalf of Corning, Corning Inc., Corning Incorporated (A.P. 07-2177 Docket No. 16)*

*Motion of Danobat Machine Tool Co., Inc. for An Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, relieving it from the effect of prior*

24

*orders establishing procedures for certain adversary proceedings and extending the time to serve process for such adversary proceedings, and (ii) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), dismissing the complaint with prejudice, or (iii) in the alternative, dismissing the complaint with prejudice on the grounds of Laches filed by Carmen H. Lonstein on behalf of Danobat Machine Tool Co Inc.*
*(A.P. 07-02250 Docket No. 12)*

*Supplemental Motion to Dismiss Adversary Proceeding  filed by Carmen H. Lonstein on behalf of Danobat Machine Tool Co.,  Inc. (A.P. 07-02250 Docket No. 27)*

*Notice of Hearing and Motion of HP Enterprise Services, LLC and Affiliates for an Order Dismissing the Complaint with Prejudice, and Vacating Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, dated April 9, 2010*
*(A.P. 07-02449 Docket No. 16)*

*Motions to (I) Vacate Certain Prior Orders of the Court and (II) Dismiss the Complaint With Prejudice filed by Douglas J. Buncher on behalf of Eco-Bat America LLC. (A.P. 07-02256 Docket No. 21)*

*Joinder of Globe Motors, Inc. and Globe Motors to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) In the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel filed by Constantine Pourakis on behalf of Globe Motors Inc. (A.P. 07-02333 Docket No. 15)*

*Motion to Dismiss Adversary Proceeding /Motion of Defendant The Intec Group, Inc. to Dismiss and Joinder in Hewlett Packard Company and Affiliates' Motion to Dismiss Plaintiffs' Complaint*
*(A. P. 07-02525 Docket No. 21)*

*Motion of ISI of Indiana, Inc. for an Order Dismissing Complaint with Prejudice, and Vacating Certain Prior Orders Pursuant to Fed.R.Civ.P. 60 and Fed.R. Bankr. P. 9024 filed  on behalf of ISI of Indiana Inc. (A.P. 07-02301 Docket No. 22)*

*Motion to Dismiss Adversary Proceeding filed on behalf of Kataman Metals (A.P. 07-02372 Docket No. 23)*

*Motion to Dismiss Adversary Proceeding filed on behalf of Macsteel (A.P. 07-02753 Docket No. 23)*

*Motion by Microchip Technology Incorporated Seeking an Order (I) Pursuant to Fed.R.Civ.P.60 and Fed.R.Bankr.P.9024, Vacating Prior Order Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 1 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed.R.Civ.P.12(b) and Fed.R.Bankr.R.7012(b), Dismissing the Adversary Proceeding with Prejudice, or (III) In the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel filed on behalf of Microchip. (A.P. 07-02436 Docket No. 10)*

*Motion to Dismiss Adversary Proceeding filed on behalf of Multitronics Inc. (A.P. 07-02500 Docket No. 19)*

*Motion to Dismiss Adversary Proceeding filed on behalf of Olin Corp. (A.P.07-02479  Docket No. 25)*

*Joinder Of Niles USA, Inc. and Niles USA In Motions To: (I) Vacate Certain Prior Orders Of The Court Establishing Procedures For Certain Adversary Proceedings; (II) Dismiss The Complaint With Prejudice; Or (III) In The Alternative, To Require plaintiffs To File A More Definitive Statement filed on behalf of Niles USA, Niles USA Inc. (A.P. 07-2414 Docket No. 22)*

*Joinder By Owens Corning To Pending Motions To: (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; Or (C) In The*

*Alternative, Dismiss The Claims Against Certain Defendants Named In The Complaint; Or (D) In The Alternative, Require Plaintiffs To File A More Definite Statement filed on behalf of Owens Corning (A.P. 07-2540 Docket No. 26)*

*Notice Of Hearing On Motion By Park Ohio Industries, Inc. Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024,Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (Ii) Pursuant To Fed. R. Civ. P. 12(B) And Fed. R. Bankr. P. 7012(B), Dismissing The Captioned Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Captioned Adversary Proceeding On The Ground Of Judicial Estoppel (A.P. 07-2563 Docket No. 17)*

*Motion filed by Plasco and Joining Motion to Dismiss filed by HP Enterprise Services, LLC, Index No. 07-02262, Docket No. 16, and Motion to Vacate filed by Wagner-Smith, Docket No. 19401, and Motion to vacate filed by Microchip technology, Docket No. 19677 filed by Michael Schlander on behalf of Plasco. (A.P. 07-2287 Docket No. 18)*

*Motion to Dismiss Adversary Proceeding and Vacate Certain Prior Orders filed on behalf of Republic Engineered Products (A.P. 07-2744 Docket No. 19)*

*Motion to Dismiss Case filed on behalf of Rieck Group LLC. (A.P. 07-2750 Docket No. 24)*

*Consent (Joinder to Certain Motions of Affinia Group Holdings, Inc., et al., Valeo, et al., and MSX, et al. to (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint with Prejudice; Or (C) In the Alternative, Require Plaintiffs to File A More Definite Statement (A.P. 07-2767 Docket No. 29)*

*Motion to Join in Motion to (I) Vacate Certain Prior Orders of the Court and (II) Dismiss the Complaint With Prejudice (related document(s) 1 ) filed on*

*behalf of RSR, RSR Corp., RSR Corporation (A.P. 07-2768 Docket No. 19)*

*Motion to Join in Motions to (I) Vacate Certain Prior Orders of The Court and (II) Dismiss the Complaint With Prejudice filed by on behalf of RSR/Ecobat (A.P. 07-2769 Docket No. 25).*

*Motion to Dismiss Adversary Proceeding filed on behalf of Select Tool & Die Corp. (A.P. 07-2618 Docket No. 25)*

*Motion to Dismiss Adversary Proceeding Notice of Motion by Select Industries, Corp. for Order (I) Vacating Certain Prior Orders; and (II) Dismissing the Adversary Proceeding with Prejudice filed on behalf of Select Tool & Die Corp. (A.P. 07-2618 Docket No. 26)*

*Joinder Of Summit Polymers, Inc. To Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings; (II) Dismissing The Adversary Proceeding With Prejudice; Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (A.P. 07-2661 Docket No. 20)*

*Joinder Of Tech Central In Motions To: (I) Vacate Certain Prior Orders Of The Court Establishing Procedures For Certain Adversary Proceedings; (II) Dismiss The Complaint With Prejudice; Or (III) In The Alternative, To Require Plaintiffs To File A More Definitive Statement (A.P. 07-2672 Docket No. 27)*

*Notice of Motion by Vanguard Distributors, Inc. Seeking an Order (I) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing The Adversary Proceeding with Prejudice, and (II) Pursuant To Fed. R. Civ. P. 60 and Fed. R. Bankr., P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceeding, Including Those Commenced by Delphi Under 11 U.S.C. §§ 541, 544, 545, 547, 548 and/or 549, and Extending The Time To Serve Process For Such Adversary Proceedings, Or In*

*the Alternative, (III) Dismissing The Adversary Proceeding On The Ground of Judicial Estoppel; and (2) Affidavit in Support of Motion filed on behalf of Vanguard Distributors (A.P. 07-2539 Docket No. 24)*

*Notice Of Motion Of Victory Packaging And Victory Packaging LP For An Order (I) Dismissing The Complaint With Prejudice, (II) Vacating Certain Prior Orders Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 and (III) In The Alternative, Requiring A More Definite Statement filed on behalf of Victory Packaging, Victory Packaging LP (A.P. 07-2551 Docket No. 20)*

*Motion of Vishay Americas, Inc. for an Order Dismissing the Complaint with Prejudice filed on behalf of Vishay Americas. (A.P. 07-2556 Docket No. 23)*

*Motion to Dismiss Adversary Proceeding And Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, And (Ii) Pursuant To Fed. R. Civ. P. 12(B) And Fed. R. Bankr. P. 7012 (B), Dismissing the Adversary Proceeding with Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding filed by Andrew D. Gottfried on behalf of Wagner-Smith Company (A.P. 07-2581 Docket No. 10)*

*Joinder Of Williams Advanced Materials Inc. To Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Dismissing The Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (A.P. 07-2606 Docket No. 23)*

29

Responses filed:              *Reorganized Debtors' Omnibus Response To Motions
                              Seeking, Among Other Forms Of Relief, Orders To
                              Vacate Certain Procedural Orders Previously
                              Entered By This Court And To Dismiss The Avoidance
                              Actions Against The Moving Defendants (Docket No.
                              20225)*

                              *Joinder In Plaintiffs' Omnibus Response To Motions
                              Seeking, Among Other Forms Of Relief, Orders To
                              Vacate Certain Procedural Orders (Docket No.
                              20226)*

Replies filed:                *Joinder Of Shuert Industries, Inc. In Replies Of Other
                              Preference Defendants In Support Of Joinder Of
                              Shuert Industries, Inc. In Motions To: (I) Vacate
                              Certain Prior Orders Of The Court Establishing
                              Procedures For Certain Adversary Proceedings, And
                              (II) Dismiss The Complaint With Prejudice (Docket
                              No. 20293)*

                              *Joinder Of LDI Incorporated To Certain Replies In
                              Support Of Motions To (A) Vacate Certain Prior
                              Orders Of The Court; (B) Dismiss The Complaint
                              With Prejudice; (C) Dismiss Claims Based On
                              Assumed Contracts; Or (D) In The Alternative,
                              Require Plaintiffs To File A More Definite Statement
                              (Docket No. 20297)*

                              *Reply And Joinder In Further Support Of Motion Of
                              Johnson Controls, Johnson Controls Battery Group,
                              Johnson Controls GMBH & Co. KG And Johnson
                              Controls, Inc. To: (A) Vacate Certain Prior Orders Of
                              The Court; (B) Dismiss The Complaint With Prejudice;
                              Or (C) In The Alternative, To Dismiss The Claims
                              Against Certain Defendants Named In The Complaint
                              And To Require Plaintiffs To File A More Definite
                              Statement (Docket No. 20298)*

                              *D&S Machine Products, Inc.'s Reply Memorandum Of
                              Law In Support Of Its Motion To (A) Vacate Certain
                              Prior Orders Of The Court; (B) Dismiss The
                              Adversary Proceeding Complaint With Prejudice; Or
                              (C) In The Alternative, Require Plaintiffs To File A
                              More Definite Statement (Docket No. 20301)*

                              *Mubeau, Inc.'s Reply Memorandum Of Law In
                              Support Of Its Motion To (A) Vacate Certain Prior*

30

*Orders Of The Court; (B) Dismiss The Adversary Proceeding Complaint With Prejudice; Or (C) In The Alternative, Require Plaintiffs To File A More Definite Statement (Docket No. 20302)*

*NGK Automotive Ceramics USA, Inc.'s Reply Memorandum Of Law In Support Of Its Motion To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Adversary Proceeding Complaint With Prejudice; Or (C) In The Alternative, Require Plaintiffs To File A More Definite Statement (Docket No. 20303)*

*Reply Memorandum Of Law In Support Of Motions Of Affinia, GKN, MSX And Valeo To: (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; (C) And Dismiss The Claims Against Certain Defendants Named In The Complaint; And (D) Dismiss Claims Based On Assumption Of Contracts; Or (E) In The Alternative, To Require Plaintiffs To File A More Definite Statement (Docket No. 20304)*

*Reply Of Wagner-Smith Company To Reorganized Debtors' Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants (Docket No. 20306)*

*F.A. Tech Corporation's (I) Reply To Reorganized Debtors' Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants, And (Ii) Joinder Of Replies In Support Of Motions (A) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (B) Dismissing The Adversary Proceeding With Prejudice, Or (C) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (Docket No. 20307)*

31

*Joinder Of Pro Tech Machine In Certain Replies In Support Of Motions To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; (C) Dismiss Claims Based On Assumed Contracts; Or (D) In The Alternative, Require Plaintiffs To File A More Definite Statement (Docket No. 20308)*

*Joinder In Reply Memorandum Of Law In Support Of Certain Motions To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; Or (C) In The Alternative To Require Plaintiffs To File A More Definite Statement (Docket No. 20309)*

*Bosch Chassis Systems Columbia L.L.C. f/k/a PBR Columbia L.L.C.'S Reply Memorandum Of Law In Support Of Its Motion To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Adversary Proceeding Complaint With Prejudice; Or (C) In The Alternative, Require Plaintiffs To File A More Definite Statement (Docket No. 20310)*

*Robert Bosch GMBH And Robert Bosch LLC's Reply Memorandum Of Law In Support Of Their Motion To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Adversary Proceeding Complaint With Prejudice; And (C) Dismiss The Claims Against A Certain Defendant ("Bosch") Named In The Complaint; Or (D) In The Alternative, Require Plaintiffs To File A More Definite Statement (Docket No. 20312)*

*Joinder Of Stephenson & Sons Roofing In Certain Replies In Support Of Motions To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; (C) Dismiss Claims Based On Assumed Contracts; Or (D) In The Alternative, Require Plaintiffs To File A More Definite Statement (Docket No. 20313)*

*Reply Memorandum Of Law In Support Of Motion Of Vishay Americas, Inc. To Dismiss Complaint With Prejudice (Docket No. 20314)*

*Joinder Of Sumitomo Corporation And Sumitomo Corp. Of America To Replies Filed By Various*

*Preference Defendants To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; Or (C) In The Alternative, To Dismiss The Claims Against Certain Defendants Named In The Complaint And To Require Plaintiffs To File A More Definite Statement (Docket No. 20315)*

*Joinder Of Universal Tool & Engineering Company, Inc. To Certain Replies In Support Of Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548 And 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Dismissing The Adversary Proceeding With Prejudice, And (III) In The Alternative, Dismissing The Adversary Proceeding On The Grounds Of Judicial Estoppel (Docket No. 20316)*

*Reply And Joinder In Further Support Of FIN Machine Co. Ltd.'s Motion To (I) Vacate Certain Prior Orders Of The Court; (II) Dismiss The Complaint With Prejudice; Or (III) In The Alternative, To Dismiss The Claims Against Certain Defendants Named In The Complaint And To Require Plaintiffs To File A More Definite Statement (Docket No. 20317)*

*Reply And Joinder In Further Support Of Unifrax Corporation's Motion To (I) Vacate Certain Prior Orders Of The Court; (II) Dismiss The Complaint With Prejudice; Or (III) In The Alternative, To Dismiss The Claims Against Certain Defendants Named In The Complaint And To Require Plaintiffs To File A More Definite Statement (Docket No. 20318)*

*Joinder Of Vanguard Distributors, Inc. In Further Support Of Motion For Order (I) Vacating Certain Prior Orders; And (II) Dismissing The Adversary Proceeding With Prejudice (Docket No. 20319)*

*Reply And Joinder Of Carlisle Companies Incorporated In Support Of Its Motion For Judgment On The Pleadings And Joinder To Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548 Or 549, And Extending The Time*

33

*To Serve Process For Such Adversary Proceedings, (II) Dismissing The Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (Docket No. 20320)*

*Joinder Of Select Industries, Corp. In Further Support Of Motion For Order (I) Vacating Certain Prior Orders; And (II) Dismissing The Adversary Proceeding With Prejudice (Docket No. 20321)*

*Reply Of Tech Central L.L.C. To Reorganized Debtors' Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants And Joinder Of Techcentral, L.L.C. To Certain Other Replies To The Response (Docket No. 20322)*

*Statement Of E. I. Du Pont De Nemours And Company And Its Affiliates In Support Of Certain Reply Briefs Filed With Respect To Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr. P. 7012(b), Dismissing The Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (Docket No. 20323)*

*Reply Of DSSI Defendants To The Debtors' Omnibus Response, And Joinder In Further Support Of The Motion Of The DSSI Defendants Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By Delphi Corporation, Et Al. Under 11 U.S.C. §§ 541, 544, 545, 547, 548, And/Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings; (II) Dismissing The Adversary Proceeding With Prejudice Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr. P. 7012(b) (Docket No. 20325)*

*Joinder Of Niles USA Inc. And Niles USA To Replies To Reorganized Debtors' Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants (Docket No. 20326)*

*Reply And Joinder In Further Support Motion And Brief Of Defendant To:(A) Vacate Certain Orders Of This Court; And (B) Dismiss The Complaint With Prejudice; Or (C) In The Alternative, To Dismiss The Claims Against Certain Defendants Named In The Complaint (Docket No. 20328)*

*Reply And Joinder In Support Of Motion And Brief Of Defendant To: (A) Vacate Certain Orders Of This Court; And (B) Dismiss The Complaint With Prejudice; Or (C) In The Alternative, To Dismiss The Claims Against Certain Defendants Named In The Complaint (Docket No. 20330)*

*Reply Of HP Enterprise Services, LLC And Affiliates In Support Of Their Motion For An Order Dismissing The Complaint With Prejudice, And Vacating Certain Prior Orders Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20331)*

*Joinder Of Decatur Plastic Products, Inc. To Various Replies Of Similarly Situated Defendants To: (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; Or (C) In The Alternative, To Dismiss The Claims Against Certain Defendants Named In The Complaint And To Require Plaintiff To File A More Definite Statement (Docket No. 20332)*

*Joinder Of Sumitomo Wiring Systems (U.S.A.), Inc. And Sumitomo Electric Wiring Systems, Inc. To Reply Brief (Docket No. 20333)*

*Reply Of M&Q Plastic Products, L.P. In Support Of Motion Seeking An Order (I) Dismissing The Complaint With Prejudice; (II) Vacating Certain Prior Orders Pursuant To Fed. R. Civ. P. 60 And Fed R. Bankr. P. 9024; And (III) In The Alterative,*

*Requiring A More Definite Statement (Docket No. 20334)*

*Joinder Of Ahaus Tool & Engineering Inc. To Motions Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr. P. 7012(b), Dismissing The Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel And Replies To Debtors' Omnibus Response To Said Motions (Docket No. 20336)*

*Reply of Tyco Adhesives LP in Further Support of its Motion to Dismiss and of First Wave Dismissal Motions (Docket No. 20337)*

*Joinder Of Wells Fargo Bank, N.A. (Named Herein As Wells Fargo Business And Wells Fargo Minnesota) To Replies (I) To Vacate Certain Prior Orders Of The Court Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024; (II) To Dismiss The Complaint With Prejudice; (III) To Dismiss The Claims Against Certain Defendants Named In The Complaint; Or (IV) In The Alternative, To Require Plaintiffs To File A More Definite Statement (Docket No. 20338)*

*Reply and Joinder of Microchip Technology Incorporated in Support of Motion Seeking an Order (I) Pursuant to Fed.R.Civ.P.60 and Fed.R.Bank.P.9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541,544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed.R.Civ.P.12(b) and Fed.R.Bankr.P.7012(b), Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Group of Judicial Estoppel (Docket No. 20339)*

36

*Blair Strip Steel Co. Reply Brief in Support of Motion to Vacate or Dismiss (Docket No. 20340)*

*Joinder of Globe Motors, Inc. and Globe Motors to Replies in Support of Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 USC Sections 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) In The Alternative, Dismissing the Adversary Proceeding on the Grounds of Judicial Estoppel (Docket No. 20341)*

*Reply Brief in Support of Motion to Vacate or Dismiss filed by Tiiara N.A. Patton on behalf of Park Ohio Industries, Inc. (Docket No. 20343)*

*Joinder of D&R Technology, LLC To Replies to Reorganized Debtors Omnibus Response to Motions Seeking, Among Other Forms of Relief, Orders to Vacate Certain Procedural Orders Previously Entered by This Court and to Dismiss the Avoidance Actions Against the Moving Defendants (Docket No. 20344)*

*Reply Brief In Support Of Joinder Of Williams Advanced Materials Inc. To Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Dismissing The Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (Docket No. 20345)*

*Joinder Of Barnes & Associates To Replies Filed By Various Preference Defendants To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; (C) To Dismiss The Claims Against Certain Defendants Named In The Complaint; Or (D) In The Alternative, Require Plaintiffs To File A More Definite Statement  (Docket No. 20346)*

37

*Defendant Spartech Polycom's Reply Memorandum Of Law In Support Of Its Motion To Dismiss (Docket No. 20347)*

*Defendant GBC Metals, LLC's Reply Memorandum Of Law In Support Of Its Motion To Dismiss (Docket No. 20348)*

*Defendant Olin Corporation's Reply Memorandum of Law in Support of Its Motion to Dismiss (A.P. 07-02479 Docket No. 34)*

*Victory Packaging LP's Joinder To Replies Submitted In Further Support Of Certain Motions For Orders: (I) Dismissing Complaints With Prejudice And (II) Vacating Certain Prior Orders Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20349)*

*Summit Polymers, Inc.'s Reply in Support of Motions to Dismiss (Docket No. 20350)*

*Reply Memorandum Of Law In Support Of The Motion By The Timken Company, The Timken Corporation, And MPB Corporation D/B/A Timken Super Precision Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Pursuant To Fed. R. Civ. P. 12(b) And (c) And Fed. R. Bankr. P. 7012(b) And (c), Dismissing The Adversary Proceeding With Prejudice, (III) In The Alternative, Dismissing The Adversary Proceeding On Ground Of Judicial Estoppel, Or (IV) In The Alternative, Dismissing The Adversary Proceeding On Ground Of Laches (Docket No. 20351)*

*Reply And Joinder In Further Support Of Setech, Inc.'s Motion To Vacate And To Dismiss (Docket No. 20352)*

*Joinder Of Philips Semiconductor, Philips Semiconductors, And Philips Semiconductors, Inc (N/K/A NXP Semiconductors USA, Inc.) To (I) Reply*

*Memorandum Of Law In Support Of Motions Of
Affinia, GKN, MSX And Valeo To: (A) Vacate Certain
Prior Orders Of The Court; (B) Dismiss The
Complaint With Prejudice (C) And (D) Dismiss
Claims Based On Assumption Of Contracts; Or (E) In
The Alternative, To Require Plaintiffs To File A More
Definite Statement And (II) Reply Of HP Enterprise
Services, LLC And Affiliates In Support Of Their
Motion For An Order Dismissing The Complaint With
Prejudice, And Vacating Certain Prior Orders
Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P.
9024 (Docket No. 20353)*

*Reply Of MJ Celco, Inc. a/k/a MJ Celco In Support Of
Its Motion To (A) Vacate Certain Prior Orders Of The
Court Establishing Procedures For Certain
Adversary Proceedings; And (B) Dismiss The
Complaint With Prejudice (Docket No. 20355)*

*Joinder Of Ambrake Corporation To Reply Brief
(Docket No. 20356)*

*Joinder And Reply In Support Of Motion By Access
One Technology Group, LLC Seeking An Order (I)
Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P.
9024 Vacating Prior Orders Establishing Procedures
For Certain Adversary Proceedings, Including Those
Commenced By The Debtors Under 11 U.S.C. §§ 541,
544, 545, 547, 548, Or 549, And Extending The Time
To Serve Process For Such Adversary Proceedings;
(II) Pursuant To Fed. R. Civ. P. 12(B) And Fed. R.
Bankr. P. 7012 Dismissing This Adversary
Proceeding With Prejudice; (III) In The Alternative,
Dismissing This Adversary Proceeding On The
Ground Of Judicial Estoppel; (IV) In The Alternative,
Dismissing This Adversary Proceeding On The
Ground Of Res Judicata; And (V) In The Alternative,
Dismissing This Adversary Proceeding On The
Grounds That It Fails To Plead Facts Sufficient To
State A Claim For Relief (Docket No. 20359)*

*Joinder And Reply In Support Of Motion By
Ex-Cell-O Machine Tools, Inc. Seeking An Order (I)
Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P.
9024 Vacating Prior Orders Establishing Procedures
For Certain Adversary Proceedings, Including Those
Commenced By The Debtors Under 11 U.S.C. §§ 541,*

*544, 545, 547, 548, Or 549, And Extending The Time
To Serve Process For Such Adversary Proceedings;
(II) Pursuant To Fed. R. Civ. P. 12(b) And Fed. R.
Bankr. P. 7012 Dismissing This Adversary
Proceeding With Prejudice; (III) In The Alternative,
Dismissing This Adversary Proceeding On The
Ground Of Judicial Estoppel; (Iv) In The Alternative,
Dismissing This Adversary Proceeding On The
Ground Of Res Judicata; And (V) In The Alternative,
Dismissing This Adversary Proceeding On The
Grounds That It Fails To Plead Facts Sufficient To
State A Claim For Relief (Docket No. 20361)*

*Reply And Joinder Of Defendant Regions Bank In
Further Support Of Motions For An Order To Vacate
Certain Procedural Orders Entered By This Court
And To Dismiss The Avoidance Actions Against The
Moving Defendants (Docket No. 20363)*

*Reply of Rieck Group, LLC to Debtors' Response to
Motion to Vacate Extension Orders and Dismiss
Complaint (Docket No. 20365)*

*Reply of MTronics to Reorganized Debtors' Omnibus
Response To Motions Seeking, Among Other Forms of
Relief, Orders To Vacate Certain Procedural Orders
Previously Entered By This Court and To Dismiss The
Avoidance Actions Against The Moving Defendants
(Docket No. 20382)*

*Reply and Joinder of A-1 Specialized Services &
Supplies, Inc. in Further Support of Motion for an
Order Dismissing the Complaint with Prejudice and
Vacating Certain Prior Orders Pursuant to
Fed.R.Civ.P. 60 and Fed.R.Bankr.P. 9024(A.P.
07-02084 Docket No. 26)*

*Reply and Joinder of A-1 Specialized Services &
Supplies, Inc. in Further Support of Motion for an
Order Dismissing the Complaint with Prejudice and
Vacating Certain Prior Orders Pursuant to
Fed.R.Civ.P. 60 and Fed.R.Bankr.P. 9024(A.P.
07-02096 Docket No. 27)*

*Dissolved Defendant's Reply to Plaintiff's Response to
Defendant's Motion to Dismiss Complaint for Failure
to State a Claim Upon Which Relief Can Be Granted*

40

*filed by Alan D. Halperin on behalf of AKS Receivables, LLC (A.P. 07-02140 Docket No. 24)*

*Defendant's Reply to Plaintiffs' Omnibus Response to Motions Seeking, Among Other Forms of Relief, Orders to Vacate Certain Procedural Orders Previously Entered by This Court and to Dismiss the Avoidance Actions Against the Moving Defendants filed by Gregory J Mascitti on behalf of Corning, Corning Inc., Corning Incorporated (A.P. 07-02177 Docket No. 23)*

*Reply And Joinder Of Danobat Machine Tool Co., Inc. In Further Support Of Its Motion For An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024, Relieving It From The Effect Of Prior Orders Establishing Procedures For Certain Adversary Proceedings And Extending The Time To Serve Process For Such Adversary Proceedings, And (II) Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr. P. 7012(b), Dismissing The Complaint With Prejudice, Or (III) In The Alternative, Dismissing The Complaint With Prejudice On The Grounds Of Laches (A.P. 07-02250 Docket No. 29)*

*Joinder Of Eco-Bat America, LLC In Replies In Support Of Motions To, Inter Alia, (I) Vacate Certain Prior Orders Of The Court And (II) Dismiss The Complaint With Prejudice (A.P. 02-02256 Docket No. 25)*

*Reply of HP Enterprise Services, LLC and Affiliates in Support of their Motion for an Order Dismissing the Complaint with Prejudice, and Vacating Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, dated July 2, 2010 (A.P. 02-02262 Docket No. 31)*

*Joinder Of BP, BP Amoco Corp., BP Products North America Inc., Castrol, And Castrol Industrial In Replies To Debtors Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants (A.P. 07-02270 Docket No. 36)*

41

*Reply And Joinder In Further Support Of Motion Of Calsonic Corp., Calsonic N. America Inc. And Calsonic North America Inc. To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, And To Dismiss This Adversary Proceeding (A.P. 07-02282 Docket No. 28)*

*Joinder Of Plasco And Plasco, Inc. To Reply Briefs In Further Support Of Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants (A.P. 07-02287 Docket No.29)*

*Reply Of Florida Production Engineering, Inc. In Support Of Its Motion For An Order Dismissing   With Prejudice, And Vacating Certain Prior Orders Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (A.P. 07-02302 Docket No. 19)*

*Reply Of KMI Liquidating LLC To Reorganized Debtors' Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss (A.P. 07-02372 Docket No. 25)*

*Defendant GBC Metals, LLCs Reply Memorandum Of Law In Support Of Its Motion To Dismiss (A.P. 07-02479 Docket No. 35)*

*Reply Memorandum in Support of Defendant The Intec Group, Inc.'s Motion to Dismiss and Joinder (A.P. 07-02525 Docket No. 26)*

*Joinder Of Owens Corning In Replies Of Other Preference Defendants To Plaintiffs Omnibus Response In Opposition To Defendants Motions To: (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss The Complaint With Prejudice; Or (C) In The Alternative, Dismiss The Claims Against Certain Defendants Named In The Complaint; Or (D) In The*

*Alternative, Require Plaintiffs To File A More Definite Statement (A.P. 07-02540 Docket No. 30)*

*Joinder Of Tata America International Corporation D/B/A TCS America To Replies To Debtors Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants (A.P. 07-02668 Docket No. 26)*

*Joinder Of Prudential Relocation, Prudential Relocation Inc. And Prudential Relocation Int'l To Reply Papers Filed In Motions (I) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, (II) Dismissing The Adversary Proceeding With Prejudice, Or (III) In The Alternative, Dismissing The Adversary Proceeding On The Ground Of Judicial Estoppel (A.P. 07-02702 Docket No. 26).*

*Reply Of Republic Engineered Products, Inc. To Reorganized Debtors Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants (A.P. 07-02744 Docket No. 21)*

*Defendant's Reply Brief In Support Of Its Motion To Dismiss The Complaint With Prejudice And To Vacate Certain Prior Orders Of The Court (A.P. 07-02753 Docket No. 25)*

*Joinder Of RSR Corporation In Replies In Support Of Motions To, Inter Alia, (I) Vacate Certain Prior Orders Of The Court And (II) Dismiss The Complaint With Prejudice (A.P. 07-02768 Docket No. 23)*

*Joinder Of RSR Corporation And Eco-Bat America LLC In Replies In Support Of Motions To, Inter Alia, (I) Vacate Certain Prior Orders Of The Court And (II) Dismiss The Complaint With Prejudice (A.P. 07-02769 Docket No. 29)*

43

*Reply in Further Support of Motion of OSAR s.r.l. to Dismiss Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. 547 and 550 (A.P. 07-02799 Docket No. 30)*

Related filings:    *Letter by Cynthia J. Haffey on Behalf of DPH Holdings Corp., et al. re: Schedule of Dismissal Motions (Docket No. 19931)*

*(Proposed) Order with Respect to Letter Filed on 04/22/10 (Docket No. 19932)*

*Order Establishing Certain Procedures with Respect to Pending Motions to Dismiss Adversary Proceedings (Docket No. 19947)*

*Letter Of DPH Holdings Corp. Regarding Proposed Scheduling Changes To Be Applied To All Avoidance Actions (Docket No. 20048)*

*Interim Order On Reorganized Debtors' Motion For A Case Management Order Governing Adversary Proceedings (Docket No. 20080)*

Status:    *The hearing with respect to this matter will be proceeding.*

44

Dated: New York, New York
July 21, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors