**Hearing Date: July 22, 2010**
                                            **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
  In re                                                :    Chapter 11
                                                      :
DPH HOLDINGS CORP., et al.,          :    Case No. 05-44481 (RDD)
                                                      :
                      Reorganized Debtors.  :    (Jointly Administered)
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED THIRTY-FIFTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:      United States Bankruptcy Court for the Southern District of New York,
                                         300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirty-Fifth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (3 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (3 Matters)

    D.    Contested Matters (2 Matters)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    1.    **"Sufficiency Hearing Regarding Claims Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC"** – Sufficiency Hearing Regarding Claims Of Illinois Tool Works Inc. and ITW Food Equipment Group LLC as Objected to On The Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses filed:*     *Response of Creditors: (i) Illinois Tool Works Inc.; (ii) Illinois Tool Works for Hobart Brothers Co.; (iii) Hobart Brothers Company, (iv) ITW Food Equipment Group LLC; And (v) Tri-Mark, Inc. In Opposition To Debtors' Third Omnibus Objection To Certain Claims (Docket No. 5617)*

*Supplemental Brief of Illinois Tool Works Inc. And ITW Food Equipment Group LLC in Support of Claim Nos. 11983, 11985, 11988 and 11989 (Docket No. 19893)*

*Replies filed:*     *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(c) (Docket No. 5944)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 11983, 11985, 11988, And 11989 Filed By Illinois*

2

|  |  |  |
|---|---|---|
|  |  | *Tool Works Inc. And ITW Food Equipment Group LLC (Docket No. 19603)* |
|  | *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)* |
|  |  | *Expedited Motion Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC For: (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply: And (II) A Continuance Of The Hearing Scheduled For March 18, 2010 (Docket No. 19672)* |
|  |  | *Order On Expedited Motion Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC For (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors' Supplemental Reply: And (Ii) A Continuance Of The Hearing Scheduled For March 18, 2010 (Docket No. 19684)* |
|  |  | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
|  |  | *Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 11983, 11985, 11988, And 11989 (Docket No. 20420)* |
|  |  | *Proofs Of Claim Numbers 11983, 11985, 11988, and 11989* |
|  | *Status:* | *The hearing with respect to this matter has been adjourned to the hearing scheduled for September 24, 2010 pursuant to the Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 11983, 11985, 11988, And 11989 (Docket No. 20420).* |

2. **"Sufficiency Hearing Regarding Claims Of United States Department Of Health And Human Services"** – Sufficiency Hearing Regarding Claims Of United States Department Of Health And Human Services as Objected to on Debtors' Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To

3

    Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 10982)

| | |
|---|---|
| *Responses filed:* | United States Of America's Response To Debtors' Objection To The Claim Of The Department Of Health And Human Services (Docket No. 11442) |
| *Replies filed:* | Debtors' Omnibus Reply In Support Of Twenty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Claim, (B) Certain Equity Claims, (C) Insufficiently Documented Claim, (D) Certain Claims Not Reflected On Debtors' Books And Records, And (E) Certain Claims Subject To Modification, Modified Claims Asserting Reclamation, Claim Subject To Modification That Is Subject To Prior Order, And Modified Claim Asserting Reclamation That Is Subject To Prior Order (Docket No. 11542) |
| | Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim Number 2578 Filed By The U.S. Department Of Health And Human Services (Docket No. 20254) |
| *Related filings:* | Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214) |
| | Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To (I) Proof Of Claim Number 2578 And (II) Proof Of Administrative Expense Claim Number 19568 (Docket No. 20267) |
| | Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 2578 (Docket No. 20399) |
| | Proof Of Claim Number 2578 |
| *Status:* | The hearing with respect to this matter has been adjourned without date pursuant to the Notice Of Adjournment Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 2578 (Docket No. 20399). |

3. **"Sufficiency Hearing Regarding Claim Of James A. Luecke"** - Sufficiency Hearing Regarding Claims Of James A. Luecke as Objected to on Debtors'

4

Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims,(VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984) and Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19423)

*Responses filed:*     *James A. Luecke's Response To Thirty-Seventh Omnibus Claims Objection (Docket No. 19007)*

*James A. Luecke's Response To Forty-Fifth Omnibus Claims Objection (Docket No. 19707)*

*Replies filed:*      *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

*Reorganized Debtors' Omnibus Reply In Support Of Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19698)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925 Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski, Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative Expense Claim Number 20017 Filed By*

5

|  |  |
|---|---|
|  | *Andrew C. Gregos, And Administrative Expense Claim Number 20054 Filed By Robyn R. Budd (Docket No. 19809)* |
|  | *Reorganized Debtors' Supplemental Reply To Responses To Debtors' Objections To Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke (Docket No. 20002)* |
| *Related filings:* | *Final Order Under 11 U.S.C. §§ 105, 363(b)(1), 1108, And 1114(d)(I) Confirming Debtors' Authority To Terminate Employer-Paid Post-Retirement Health Care Benefits And Employer-Paid Post-Retirement Life Insurance Benefits For Certain (a) Salaried Employees And (b) Retirees And Their Surviving Spouses And (II) Amending Scope And Establishing Deadline For Completion Of Retirees' Committee's Responsibilities, dated March 11, 2009 (Docket No. 16448)* |
|  | *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)* |
|  | *Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)* |
|  | *Notice Of Adjournment Of Sufficiency Hearing With Respect to Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 17081 And 18049 (Docket No. 20421)* |
|  | *Proofs Of Administrative Expense Claim Numbers 17081 and 18049* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the September 24, 2010 hearing pursuant to the Notice Of Adjournment Of Sufficiency Hearing With Respect to Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 17081 And 18049 (Docket No. 20421).* |

C.  **Uncontested, Agreed, Or Settled Matters**

4.  **"Claim Objection Regarding Claims Of New Jersey Self-Insurer's Guaranty Association"** - Claim Objection Hearing Regarding Claims of New Jersey Self-Insurer's Guaranty Association as Objected to on Debtors' Thirty-Fourth Omnibus Objection Pursuant to 11. U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual

6

Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

| | |
|---|---|
| *Responses filed:* | *Response of New Jersey Self-Insurers Guaranty Association [Claim No. 11631] to Debtors' Thirty-Fourth Omnibus Objection to Claims (Docket No. 18304)* |
| *Replies filed:* | *Debtors' Omnibus Reply in Support of Thirty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Expunge (A) Certain Pension and OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate and/or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) a Secured Books and Records Claim, and (F) Certain Untimely Claims, (II) Modify Certain (A) Wage and Benefit Claims, (B) State Workers' Compensation Claims, and (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, and (IV) Modify and Allow Certain Settled Claims (Docket No. 18569)* |
| | *A Supplemental Reply will be filed.* |
| *Related filings:* | *Notice of Claims Objection Hearing with Respect to Debtors Objection to Proof of Claim No. 11631 (New Jersey Self-Insurer's Guaranty Association) (Docket No. 19686)* |
| | *Reorganized Debtors' Statement of Disputed Issues with Respect to Proof of Claim Number 11631 (New Jersey Self-Insurers' Guaranty Association) (Docket No. 19719)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 11631 Filed By New Jersey Self-Insurers' Guaranty Association (Docket No. 20266)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors And New Jersey Self-Insurers' Guaranty Association Disallowing And Expunging Proof Of Claim Number 11631 (New Jersey Self-Insurers' Guaranty Association) (Docket No. 20443)* |
| | *Proof Of Claim Number 11631* |

|   |   |   |
|---|---|---|
|   | *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And New Jersey Self-Insurers' Guaranty Association Disallowing And Expunging Proof Of Claim Number 11631 (New Jersey Self-Insurers' Guaranty Association) (Docket No. 20443).* |

5. **"Sufficiency Hearing Regarding Claims Of Bing Metals Group LLC"** - Sufficiency Hearing Regarding Claims of Bing Metals Group LLC as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|   |   |   |
|---|---|---|
|   | *Responses filed:* | *Response Of Bing Metals Group, LLC In Opposition To Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Claim Numbers 18797, 19717, 19718, 19719) (Docket No. 19463)* |
|   | *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
|   |   | *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 18742, 19717, 19719, And 20053 (Docket No. 20397)* |
|   | *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18742, 19717, 19719, 19568, And 20053 (Docket No. 20269)* |

8

        *Proofs Of Administrative Expense Claim Numbers 19717 and 19719*

    *Status:*    *This matter has been resolved pursuant to stipulation.*

6. **"Sufficiency Hearing Regarding Claims Of Genpact International Inc."** - Sufficiency Hearing Regarding Claims of Genpact International Inc. as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

    *Responses filed:*  *Response Of Genpact International LLC To Debtors' Forty Third Omnibus Claims Objection Claim No. 18742 (Docket No. 19427)*

        *Response Of Genpact International LLC To Debtors' Forty Third Omnibus Claims Objection Claim No. 20053 (Docket No. 19431)*

    *Replies filed:*  *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

    *Related filings:*  *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18742, 19717, 19719, 19568, And 20053 (Docket No. 20269)*

        *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 18742, 19717, 19719, And 20053 (Docket No. 20397)*

                                     *Proof Of Administrative Expense Claim Numbers 18742 and 20053*

          *Status:*          *This matter has been resolved and the parties have agreed to the proposed form of order that will be submitted.*

**D.**    **Contested Matters**

7.    **"Claim Objection Regarding Claims Of New Jersey Self-Insurer's Guaranty Association"** - Claim Objection Hearing Regarding Claims of New Jersey Self-Insurer's Guaranty Association as Objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

        *Responses filed:*    *Response of New Jersey Self-Insurers Guaranty Association (Claim Nos. 18602 and 19712) to Debtors' Forty-Sixth Omnibus Objection to Claims (Docket No. 19842)*

                              *Supplemental Response Of New Jersey Self-Insurers Guaranty Association To Debtors' Forty Sixth Omnibus Objection To Claims (Claim Nos. 18602 And 19712) (Docket No. 20412)*

        *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

|  |  |
|---|---|
|  | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 18602 And 19712 (New Jersey Self-Insurers Guaranty Association) (Docket No. 20446)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 18602 And 19712 (New Jersey Self-Insurers' Guaranty Association) (Docket No. 20130)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Numbers 18602 And 19712 (New Jersey Self-Insurers' Guaranty Association) ("Statement Of Disputed Issues - New Jersey Self-Insurers' Guaranty Association") (Docket No. 20184)* |
|  | *Proofs Of Administrative Expense Claim Numbers 18602 and 19712* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

8. **"Sufficiency Hearing Regarding Claim Of Paullion Roby"** - Sufficiency Hearing Regarding Claim of Paullion Roby as Objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

|  |  |
|---|---|
| *Responses filed:* | *Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19568 (Paullion Roby) (Docket No. 19847)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C)* |

11

|  |  |
|---|---|
|  | *Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proof Of Claim Number 10836 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18513, 18658, 19080, 19565, And 19568 (Docket No. 20252)* |
|  | *Reorganized Debtors' Supplemental Reply To Response On Behalf Of Claimant To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19568 Filed On Behalf Of Paullion Roby (Docket No. 20398)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)* |
|  | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18742, 19717, 19719, 19568, And 20053 (Docket No. 20269)* |
|  | *Proof Of Administrative Expense Claim Number 19568* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated: New York, New York
July 21, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors