UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.: 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Jennifer L. Maffett, Esq. to be admitted, *pro hac vice,* to represent Rieck Group, LLC, creditors and parties in interest in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio and the bar of the U.S. District Court for the Southern District of Ohio, it is hereby

**ORDERED**, that Jennifer L. Maffett, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent Rieck Group, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 21, 2010
      White Plains, New York         /s/ Robert D. Drain
                                             UNITED STATES BANKRUPTCY JUDGE