TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Neil Berger
Richard K. Milin
Daniel F.X. Geoghan
*Conflicts Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                              :
In re:                                                                     :    Chapter 11
                                                                              :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                     :
                                                                              :    Adv. Pro. Nos. 07-02328, 07-
                            Debtors.                               :    02337, 07-02348, 07-02534, 07
                                                                              :    -02541, 07-02659, 07-02459, 07-
                                                                                   02712 and 07-02702
-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE OF PLAINTIFFS' LIMITED RESPONSE TO CERTAIN DEFENDANTS' MOTION TO DISMISS CLAIMS THAT PLAINTIFFS DO NOT MAKE

STATE OF NEW YORK     )
                                           ) ss.:
COUNTY OF NEW YORK )

  DANIEL F.X. GEOGHAN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

  On July 20, 2010, deponent served a copy of the Plaintiffs' Limited Response To Certain Defendants' Motion To Dismiss Claims That Plaintiffs Do Not Make, in the above-captioned cases, upon the following email address(es), via electronic mail.

               /s/ Daniel F. X. Geoghan
               DANIEL F.X. GEOGHAN

Sworn to before me this
21st day of July, 2010

/s/ Cynthia Juliano
Notary Public

**Service List:**

JCalton@honigman.com
iwinsten@honigman.com
tsable@honigman.com
dbaty@honigman.com
dsalzenstein@honigman.com
swolfson@wolfsonbolton.com
akochis@wolfsonbolton.com
MCruse@wnj.com
hutchinson@millercanfield.com
deborah.thorne@BTLaw.com
DCopley@dickinson-wright.com
kate.simon@bingham.com
jclasen@rc.com
lmcgowen@orrick.com