Timothy T. Brock, Esq.                              Hearing Date:  August 12, 2010 at 10:00 a.m.
Abigail Snow, Esq.                                  Objection Deadline:  August 5, 2010
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Co-Counsel with:*
Patricia L. Beaty, Esq.
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees*
*Association Benefit Trust VEBA Committee*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x
                                                    :
                                                    :   Chapter 11
In re:                                              :
                                                    :
DPH HOLDINGS CORP., *et al*.,                       :   Case No. 05-44481 (RDD)
                                                    :
                                                    :   (Jointly Administered)
                              Reorganized Debtors.  :
                                                    :
------------------------------------------------------------------------- x

**NOTICE OF HEARING ON MOTION OF THE VEBA COMMITTEE FOR THE
DELPHI SALARIED RETIREES ASSOCIATION BENEFIT TRUST PURSUANT
TO 11 U.S.C. § 105 AND THE SALARIED OPEB SETTLEMENT ORDER TO (I)
COMPEL THE OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES
TO FILE ITS FINAL REPORT WITH THE COURT PURSUANT TO THE TERMS
OF THE SALARIED OPEB SETTLEMENT ORDER; AND, (II) TO DIRECT
THE OFFICE OF THE UNITED STATES TRUSTEE TO DISBAND
THE OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES**

PLEASE TAKE NOTICE that a hearing to consider the motion of The VEBA

Committee for the Delphi Salaried Retirees Association Benefit Trust, pursuant to section 105 of

title 11 of the United States Code for the entry of an order:  (1) compelling the Official

Committee of Eligible Salaried Retirees appointed pursuant to 11 U.S.C. § 1114 (the '1114

810168_1

Committee") to file its final report, as required by the Salaried OPEB Settlement Order; and (2) directing the Office of the United States Trustee to dissolve the 1114 Committee, (the "Motion"), shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, Courtroom 118, Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601-4140 New York, New York, on August 12, 2010, at 10:00 a.m. (prevailing eastern time), or as soon thereafter as counsel can be heard (the "Hearing Date").

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Bankruptcy Court of the Southern District of New York, set forth the basis for the objection and the specific grounds therefore, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, and served in accordance with the "Nineteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures" dated May 25, 2010 (Docket No. 19774) (the "Procedures Order") and (vii) upon counsel for the VEBA Committee, Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169 (Attn: Timothy T. Brock and Abigail Snow); on or before August 5, 2010.

Dated: New York, New York
      July 23, 2010

SATTERLEE STEPHENS BURKE & BURKE LLP


By:  /s/ Timothy T. Brock
      Timothy T. Brock, Esq.
      Abigail Snow, Esq.
  230 Park Avenue
  New York, New York 10169
  (212) 818-9200

- 2 -

810168_1

Co-Counsel with:

Patricia L. Beaty, Esq.
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees*
*Association Benefit Trust VEBA Committee*

810168_1