## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**Reorganized Debtors:** DPH Holdings Corp., <u>et al.</u>, f/k/a Delphi Corporation [1] [2]
**Case Number:** Jointly Administered 05-44481 (RDD)

**Quarterly Operating Report for the Period Ended:**
June 30, 2010

**Reorganized Debtors' Address:**
5725 Delphi Drive
Troy, Michigan 48098

**Operating Loss for the Three Months Ended June 30, 2010:** $15 Million

**Reorganized Debtors' Attorneys:**
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

And

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**Report Preparer:**

The undersigned, having reviewed the attached report and being familiar with the Reorganized Debtors' financial affairs, verifies under penalty of perjury that the information contained therein is complete, accurate, and truthful to the best of my knowledge. [3]

**Date:** July 27, 2010          /s/:  JOHN C. BROOKS
                                 John C. Brooks
                                 President of DPH Holdings Corp.

---

(1) See next page for a listing of Reorganized Debtors by case number.
(2) Capitalized terms used but not defined in this quarterly operating report have the meanings ascribed to them in the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors, And Debtors-In-Possession (As Modified), dated July 30, 2009 (the "Modified Plan"), attached as Exhibit A to the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order [Docket No. 12359], entered July 30, 2009 (Docket No. 18707), or the Master Disposition Agreement, as applicable.
(3) All amounts herein are unaudited and subject to revision. The Reorganized Debtors reserve all rights to revise this report.

**DPH HOLDINGS CORP., et al.**
**QUARTERLY OPERATING REPORT**

The Reorganized Debtors in these jointly administered cases are as follows:

| Reorganized Debtor Name [1] | Case Number |
|---|---|
| DPH NY Holding LLC, formerly known as Delphi NY Holdings Corporation | 05-44480 |
| DPH Holdings Corp., formerly known as Delphi Corporation | 05-44481 |
| ASEC Manufacturing General Partnership | 05-44482 |
| ASEC Sales General Partnership | 05-44484 |
| Environmental Catalysts, LLC | 05-44503 |
| DPH Medical Systems Colorado LLC, formerly known as Delphi Medical Systems Colorado Corporation | 05-44507 |
| DPH Medical Systems Texas LLC, formerly known as Delphi Medical Systems Texas Corporation | 05-44511 |
| DPH Medical Systems LLC, formerly known as Delphi Medical Systems Corporation | 05-44529 |
| Specialty Electronics, LLC, formerly known as Specialty Electronics, Inc. | 05-44539 |
| DPH Liquidation Holding LLC, formerly known as Delphi Liquidation Holding Company | 05-44542 |
| DPH Electronics (Holding) LLC, formerly known as Delphi Electronics (Holding) LLC | 05-44547 |
| DPH-DAS Tennessee, LLC, formerly known as Delphi Automotive Systems Tennessee, Inc. | 05-44558 |
| DPH Mechatronic Systems, LLC, formerly known as Delphi Mechatronic Systems, Inc. | 05-44567 |
| DPH-DAS Risk Management LLC, formerly known as Delphi Automotive Systems Risk Management Corporation | 05-44570 |
| Exhaust Systems LLC, formerly known as Exhaust Systems Corporation | 05-44573 |
| DPH-DAS Korea, LLC, formerly known as Delphi Automotive Systems Korea, Inc. | 05-44580 |
| DPH International Services, LLC, formerly known as Delphi International Services, Inc. | 05-44583 |
| DPH-DAS Thailand, LLC, formerly known as Delphi Automotive Systems Thailand, Inc. | 05-44586 |
| DPH-DAS International, LLC, formerly known as Delphi Automotive Systems International, Inc. | 05-44589 |
| DPH International Holdings LLC, formerly known as Delphi International Holdings Corporation | 05-44591 |
| DPH-DAS Overseas LLC, formerly known as Delphi Automotive Systems Overseas Corporation | 05-44593 |
| DPH-DAS (Holding), LLC, formerly known as Delphi Automotive Systems (Holding), Inc. | 05-44596 |
| Delco Electronics Overseas LLC, formerly known as Delco Electronics Overseas Corporation | 05-44610 |
| DPH Diesel Systems LLC, formerly known as Delphi Diesel Systems Corporation | 05-44612 |
| DPH LLC, formerly known as Delphi LLC | 05-44615 |
| Aspire, LLC, formerly known as Aspire, Inc. | 05-44618 |
| DPH Integrated Service Solutions, LLC formerly known as Delphi Integrated Service Solutions, Inc. | 05-44623 |
| DPH Connection Systems LLC, formerly known as Delphi Connection Systems | 05-44624 |
| Packard Hughes Interconnect Company LLC, formerly known as Packard Hughes Interconnect Company | 05-44626 |
| DREAL, LLC, formerly known as DREAL, Inc. | 05-44627 |

Case Number: 05-44481 (RDD) (Jointly Administered)

2

| | |
|---|---|
| DPH-DAS Services LLC, formerly known as Delphi Automotive Systems Services LLC | 05-44632 |
| DPH Services Holding LLC, formerly known as Delphi Services Holding Corporation | 05-44633 |
| DPH-DAS Global (Holding), LLC, formerly known as Delphi Automotive Systems Global (Holding), Inc. | 05-44636 |
| DPH-DAS Human Resources LLC, formerly known as Delphi Automotive Systems Human Resources LLC | 05-44639 |
| DPH-DAS LLC, formerly known as Delphi Automotive Systems LLC | 05-44640 |
| DPH Furukawa Wiring Systems LLC, formerly known as Delphi Furukawa Wiring Systems LLC | 05-47452 |
| DPH Receivables LLC, formerly known as Delphi Receivables LLC | 05-47459 |
| MobileAria, LLC, formerly known as MobileAria, Inc. | 05-47474 |

(1)  On October 6, 2009, in connection with the consummation of the modified plan of reorganization, DIP Holdco LLP (n/k/a Delphi Automotive LLP, a United Kingdom limited liability partnership), as assignee of DIP Holdco 3 LLC, through various subsidiaries and affiliates, acquired substantially all of the global core businesses of Delphi Corporation (n/k/a DPH Holdings Corp.) and its affiliated debtors and debtors-in-possession, including the stock of Delphi Technologies, Inc. (Case No. 05-44554) and the membership interests in Delphi China LLC (Case No. 05-44577). Accordingly, neither Delphi Technologies, Inc. nor Delphi China LLC is included in this quarterly operating report.

Case Number: 05-44481 (RDD) (Jointly Administered)

3

**DPH HOLDINGS CORP., et al.**
SCHEDULE OF DISBURSEMENTS
THREE MONTHS ENDED JUNE 30, 2010

| Reorganized Debtor Name | Case Number | Amount [1] |
|---|---|---|
| DPH NY Holding LLC, formerly known as Delphi NY Holdings Corporation | 05-44480 | $ — |
| DPH Holdings Corp., formerly known as Delphi Corporation | 05-44481 | 25,986,000 |
| ASEC Manufacturing General Partnership | 05-44482 | — |
| ASEC Sales General Partnership | 05-44484 | — |
| Environmental Catalysts, LLC | 05-44503 | — |
| DPH Medical Systems Colorado LLC, formerly known as Delphi Medical Systems Colorado Corporation | 05-44507 | — |
| DPH Medical Systems Texas LLC, formerly known as Delphi Medical Systems Texas Corporation | 05-44511 | — |
| DPH Medical Systems LLC, formerly known as Delphi Medical Systems Corporation | 05-44529 | — |
| Specialty Electronics, LLC, formerly known as Specialty Electronics, Inc. | 05-44539 | — |
| DPH Liquidation Holding LLC, formerly known as Delphi Liquidation Holding Company | 05-44542 | — |
| DPH Electronics (Holding) LLC, formerly known as Delphi Electronics (Holding) LLC | 05-44547 | — |
| DPH-DAS Tennessee, LLC, formerly known as Delphi Automotive Systems Tennessee, Inc. | 05-44558 | — |
| DPH Mechatronic Systems, LLC, formerly known as Delphi Mechatronic Systems, Inc. | 05-44567 | 1,000 |
| DPH-DAS Risk Management LLC, formerly known as Delphi Automotive Systems Risk Management Corporation | 05-44570 | — |
| Exhaust Systems LLC, formerly known as Exhaust Systems Corporation | 05-44573 | — |
| DPH-DAS Korea, LLC, formerly known as Delphi Automotive Systems Korea, Inc. | 05-44580 | — |
| DPH International Services, LLC, formerly known as Delphi International Services, Inc. | 05-44583 | — |
| DPH-DAS Thailand, LLC, formerly known as Delphi Automotive Systems Thailand, Inc. | 05-44586 | — |
| DPH-DAS International, LLC, formerly known as Delphi Automotive Systems International, Inc. | 05-44589 | — |
| DPH International Holdings LLC, formerly known as Delphi International Holdings Corporation | 05-44591 | — |
| DPH-DAS Overseas LLC, formerly known as Delphi Automotive Systems Overseas Corporation | 05-44593 | — |
| DPH-DAS (Holding), LLC, formerly known as Delphi Automotive Systems (Holding), Inc. | 05-44596 | — |
| Delco Electronics Overseas LLC, formerly known as Delco Electronics Overseas Corporation | 05-44610 | 2,013,000 |
| DPH Diesel Systems LLC, formerly known as Delphi Diesel Systems Corporation | 05-44612 | — |
| DPH LLC, formerly known as Delphi LLC | 05-44615 | — |
| Aspire, LLC, formerly known as Aspire, Inc. | 05-44618 | — |
| DPH Integrated Service Solutions, LLC formerly known as Delphi Integrated Service Solutions, Inc. | 05-44623 | — |
| DPH Connection Systems LLC, formerly known as Delphi Connection Systems | 05-44624 | — |
| Packard Hughes Interconnect Company LLC, formerly known as Packard Hughes Interconnect Company | 05-44626 | — |

Case Number:  05-44481 (RDD) (Jointly Administered)

| | | |
|---|---|---|
| DREAL, LLC, formerly known as DREAL, Inc. | 05-44627 | — |
| DPH-DAS Services LLC, formerly known as Delphi Automotive Systems Services LLC | 05-44632 | 356,000 |
| DPH Services Holding LLC, formerly known as Delphi Services Holding Corporation | 05-44633 | — |
| DPH-DAS Global (Holding), LLC, formerly known as Delphi Automotive Systems Global (Holding), Inc. | 05-44636 | — |
| DPH-DAS Human Resources LLC, formerly known as Delphi Automotive Systems Human Resources LLC | 05-44639 | — |
| DPH-DAS LLC, formerly known as Delphi Automotive Systems LLC | 05-44640 | — |
| DPH Furukawa Wiring Systems LLC, formerly known as Delphi Furukawa Wiring Systems LLC | 05-47452 | — |
| DPH Receivables LLC, formerly known as Delphi Receivables LLC | 05-47459 | — |
| MobileAria, LLC, formerly known as MobileAria, Inc. | 05-47474 | — |

(1) Disbursements were allocated to legal entities, but all disbursements are being made by DPH Holdings Corp.

Case Number: 05-44481 (RDD) (Jointly Administered)