

# RCW Law Firm, LP

10975 Benson Drive, Suite 570, Overland Park, Kansas 66210
Phone 913.906.9800 Facsimile 913.906.9840
www.rcwlawfirm.com

---

July 22, 2010

U.S. Bankruptcy Court
Southern District of New York
Attn: Court Clerk
One Bowling Green
New York, NY 10004

      Re:    In re DPG Holdings, Corp., et al.
              Case No. 05-44481 (RDD)

Dear Sir or Madam:

Please find enclosed an original plus one copy of FKMT, LLC f/k/a Monarch Transport, LLC's Motion for Declaration that the Administrative Expense Claims Bar Date Does Not Apply to be filed pro se by me as the representative of FKMT, LLC. Please return the file-stamped copy in the envelope provided.

Thank you for your assistance with this matter. Please contact me at 913-906-9810 should you have any questions.

Sincerely,

Troy Renkemeyer, CPA, LLM


Enclosures

TROY RENKEMEYER
10975 Benson Drive, Suite 570
Overland Park, KS 66210

Pro Se Representative for
FKMT, LLC f/k/a Monarch Transport, LLC
   Creditor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                              :
      In re                        :      Chapter 11
                              :
DPH HOLDINGS CORP., et al.,    :      Case No. 05-44481 (RDD)
                              :
                              :      (Jointly Administered)
       Reorganized Debtors.      :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

### FKMT, LLC f/k/a MONARCH TRANSPORT, LLC'S MOTION FOR DECLARATION THAT THE ADMINISTRATIVE EXPENSE CLAIMS BAR DATE DOES NOT APPLY

**COMES NOW** FKMT, LLC f/k/a Monarch Transport, LLC, Creditor, Pro Se ("FKMT"), by its authorized representative Troy Renkemeyer, to move the Court to declare that FKMT should not be bound by the Administrative Expense Claims Bar Date, as defined in the ORDER (A)(I) APPROVING MODIFICATIONS TO DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION (AS MODIFIED) AND RELATED DISCLOSURES AND VOTING PROCEDURES AND (II) SETTING FINAL HEARING DATE TO CONSIDER MODIFICATIONS TO CONFIRMED FIRST AMENDED PLAN OF REORGANIZATION AND (B) SETTING ADMINISTRATIVE EXPENSE CLAIMS BAR DATE AND ALTERNATIVE TRANSACTION HEARING DATE dated July 16, 2009 ("Administrative Expense Claims Bar Date"). In support of its position, FKMT states as follows:

1. The Administrative Expense Claims Bar Date does not apply to FKMT for the reasons set forth in FKMT, LLC F/K/A MONARCH TRANSPORT, LLC'S RESPONSE TO REORGANIZED DEBTORS' MOTION FOR AN ORDER TO ENFORCE MODIFIED PLAN AND MODIFICATION APPROVAL ORDER INJUNCTION AGAINST FKMT, LLC F/K/A MONARCH TRANSPORT, LLC and FKMT, LLC F/K/A MONARCH TRANSPORT, LLC'S MOTION TO LIFT THE INJUNCTION CONTAINED IN THE MODIFICATION APPROVAL ORDER AND MODIFIED PLAN.

2. In the alternative, if the Court does not declare that the Injunction does not apply to FKMT, then FKMT requests the Court to grant it temporary leave of Court to file an Administrative Expense Claim.

**WHEREFORE**, FKMT respectfully requests this Court to 1) declare that the Administrative Expense Claims Bar Date does not apply to FKMT, or in the alternative 2) grant FKMT temporary leave of Court to file an Administrative Expense Claim.

Respectfully submitted,

FKMT, LLC
f/k/a Monarch Transport, LLC
Pro Se

By: _____
Troy Renkemeyer
10975 Benson Drive, Suite 570
Overland Park, KS 66210
Phone: 913-906-9850
Fax: 913-906-9840
trenkemeyer@rcwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was forwarded this 23rd day of July, 2010, by depositing the same in the U.S. mail, postage prepaid and addressed to the following:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Attorneys for DPH Holdings Corp., et al., Reorganized Debtors

Maureen A. McGlynn
KORTENHOF McGLYNN LLC
1015 Locust Street, Suite 710
St. Louis, MO 63101
Attorneys for Delphi Corporation

Thomas M. Franklin
THE FRANKLIN LAW FIRM
300 UMB Bank Building
1310 Carondelet Drive
Kansas City, MO 64114
Attorneys for Monarch Transport, LLC
f/k/a Osage Holdings, LLC

_____
Troy Renkemeyer