KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Patrick J. Orr
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

- and -

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Mark L. Durbin
Mary E. Olson
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

Attorneys for Wiegel Tool Works, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH Holdings Corp., et al., | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF MOTION BY WIEGEL TOOL WORKS, INC. FOR RELIEF FROM THE PLAN MODIFICATION ORDER PURSUANT TO FED. R. CIV. P. 60(b) AND FED R. BANKR. P. 9024

**PLEASE TAKE NOTICE** that upon the accompanying motion (the "Motion") and all other pleadings and proceeding herein, Wiegel Tool Works, Inc. ("Wiegel"), by its undersigned counsel, shall move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on September 14, 2010, at 10:00 a.m.(Prevailing Eastern Time) or such other date and time as soon thereafter as the Court may direct, for an Order providing relief from the Plan Modification Order pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024.

1

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, in opposition to the relief request shall be filed with the Court and served upon the undersigned counsel for Wiegel no later than September 7, 2010, at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").

Dated: New York, New York
        July 30, 2010

    KLESTADT & WINTERS, LLP

    By: /s/Patrick J. Orr
        Tracy L. Klestadt
        Patrick J. Orr
        Joseph C. Corneau
    292 Madison Avenue, 17th Floor
    New York, New York 10018
    (212) 972-3000

    - and -

    WILDMAN, HARROLD, ALLEN & DIXON LLP
    Jonathan W. Young
    Mark L. Durbin
    Mary E. Olson
    225 West Wacker Drive, Suite 3000
    Chicago, Illinois 60606
    (312) 201-2000

    Attorneys for Wiegel Tool Works, Inc.