TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Neil Berger
Co-Counsel for the Reorganized Debtors

Adjourned Hearing Date: October 21, 2010 at 10:00 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
DPH HOLDINGS CORP., *et al.*,                                    :   Case No. 05-44481 [RDD]
                                                                 :
                        Debtors.                                 :   (Jointly Administered)
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON REORGANIZED DEBTORS'
FORTY-EIGHTH OMNIBUS OBJECTION PURSUANT TO 11 U.S.C. § 503(B) AND
FED. R. BANKR. P. 3007 TO DISALLOW AND EXPUNGE CERTAIN MOTIONS OR
REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE, SOLELY AS TO
DOCKET NUMBERS 18706 AND 19783 RELATING TO SURVIVING CLAIM
NUMBER 19505 ASSERTED BY FURUKAWA ELECTRIC COMPANY, LTD.**

**PLEASE TAKE NOTICE** that the hearing regarding the Reorganized Debtors' Forty-Eighth Omnibus Objection, solely as to docket numbers 18706 and 19783 relating to surviving claim number 19505 asserted by Furukawa Electric Company, Ltd., which was previously scheduled to be heard by the Court on August 12, 2010 at 10:00 a.m., has been adjourned on consent to October 21, 2010 at 10:00 a.m. (the "Adjourned

**(concluded on the following page)**

Hearing Date"), before the Honorable Robert D. Drain, United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated: New York, New York
August 4, 2010

        DELPHI CORPORATION, *et al.*
        By their attorneys,
        TOGUT, SEGAL & SEGAL LLP
        By:

        /s/ Neil Berger
        NEIL BERGER (NB-3599)
        A Member of the Firm
        One Penn Plaza
        New York, New York 10119
        (212) 594-5000