SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
    In re                             :    Chapter 11
                                      :
DPH HOLDINGS CORP., et al.,           :    Case No. 05-44481 (RDD)
                                      :
                                      :    (Jointly Administered)
            Reorganized Debtors.      :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF HEARING ON SUBSTANTIAL CONTRIBUTION
APPLICATION OF HIGHLAND CAPITAL MANAGEMENT, L.P.

PLEASE TAKE NOTICE that the hearing on the Application Of Highland

Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance

And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In

Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19112) has been

adjourned to the Sixtieth Omnibus Hearing, which is scheduled to occur on Thursday, October 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

Dated:   New York, New York
            August __, 2010

                        SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

                        By:   /s/ John Wm. Butler, Jr.
                             John Wm. Butler, Jr.
                             John K. Lyons
                             Ron E. Meisler
                        155 North Wacker Drive
                        Chicago, Illinois 60606

                          - and -

                        Four Times Square
                        New York, New York 10036

                        Attorneys for DPH Holdings Corp., et al.,
                           Reorganized Debtors