25 July 10

To: DPH Holding Corp.
Skadden, Arps, Slate, Meagher & Flom LLP
Honorable Robert Drain U.S. Bankruptcy Judge
Kurtzman Carson Consultants

From: Philip J. Carson

Subject: Request for Appeal to the Administrative Expense Claim filed by Philip J. Carson Claim Number 19551.

With being in accordance with the time sensitive information of the Administrative Expense Claim, I Philip J. Carson notified the U.S. Bankruptcy Court and my empolyer and all concerned listed above of my change of address as of Oct. of 2009. Proof of such notification is enclosed.

It wasn't until after the appeal deadline was over that the mail caught up to me.

With all of the information known I would appreciate consideration for an Appeal Review.

Thankyou,

Philip J. Carson

cc. Michael R. Dunn & Associates, P.C.
File Copy

10/30/2009    https://ebillpay.verizonwireless.com/vzw/accountholder/mybill/BillingSummary.action

Messaging

To:   Honorable Robert D. Drain
      United States Bankruptcy Judge
      United Bankruptcy Court of New York
      One Bowling Green, Room 632
      New York, New York   10004

From:

   Philip J. Carson
   11401 Vernon Ave.
   Port Richey, Fl 34668
   Phone: 1-989-326-0950
   E-mail: philipj.carson@yahoo.com

Subject:

   Thirty-Seventh Omnibus Claims Objection  ("The Response")
   DPH Holdings Corporation
   5725 Delphi Drive, Troy, Michigan 48098
   (Att'n President) & Counsel to the Re-organized Debtors,
   Skadden, Arps, Slate, Meagher & Flom LLP, 155 N. Wacher Drive,
   Chicago, Illinois 60606
   (Attn; John Wm. Butler, Jr. John K. Lyons, and Joseph N. Wharton)


Reason for objection to my claim was Untimely: Claim # 19551. Claimant is PhilipJ. Carson
Claim Amount: $100,000.00. Basis for claim is that my lungs were permantly damaged on 06/07.
Occurance was at Delphi Saginaw Steering, Saginaw, Michigan Plant #4. I was assigned to
investigate an odor in the plant that evacuated the assembly lines at the time. As the maintenance
supervisor I found un-labeled chlorine-gas cannisters that the bottoms had rusted thru and had
been stored at the complex for over 20 years without being elevated off the concrete.
Delphi Saginaw Steering would move these cannisters from plant to plant to keep them hidden
from the monthly safety audits. I currently have lung sensitivity to fumes. Smoke, chemicals of
kind and I need good volume of air. Prior to the accident I had planned to work at least another 10
years. Recently moved to Florida because the cold-air to the lungs is an issue. That is the basis for
the $100,000.00 Claim. My Medical consultant is    Dr. Kenneth Rosenman M.D. Professor of
Internal Medicine for Michigan State University.


Claim Should Be Allowed:    Basis for objection by Thirty-Seventh Omnibus--(Untimely Claim)
NOTE:    Enclosed copy Dated ( 05Aug09) Notifying Kurtzman/Carson consultants of my
un-timelyness Due to my mother being ill in anoher state which I was detained at for 6-weeks.
Also 3-phone calls were placed to Kurtzman/Carson on the following dates concerning my time-
lyness upon return from aiding my mother————28July09 left 2-messages then on 30July09. Then
on 31July Tom Kennedy did return my call.


Please note my change of address:::::Philip J. Carson
                                     11401 Vernon Ave.

Page 3 of 8    Verizon Wireless - Bill Summary

Port Richey, Fl. 34668

Respectfully,

Philip J. Carson

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Philip T. Carson
11401 Vernon Ave
Port Richey, FL 34668

One piece of ordinary mail addressed to:
DPH Holding Corp
5725 Delphi Drive
Troy, MI 48098

Postmark: HUDSON, FLORIDA — NOV 3, 2009
U.S. POSTAGE PAID HUDSON, FL 34667 NOV 03, '09 $1.15  000-42644-07

PS Form 3817, January 2001

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Philip T. Carson
11401 Vernon Ave
Port Richey, FL 34668

One piece of ordinary mail addressed to:
Honorable Robert Drain
US Bankruptcy Judge
United Bankruptcy Court of N.Y.
One Bowling Green, Rm 632
New York, New York 10004

U.S. POSTAGE PAID HUDSON, FL 34667 NOV 03, '09 $1.15  000-42644-07

PS Form 3817, January 2001

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER

Received From:
Philip T. Carson
11401 Vernon
Port Richey, FL 34668

One piece of ordinary mail addressed to:
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

U.S. POSTAGE PAID HUDSON, FL 34667 NOV 03, '09 $1.15  000-42644-07

PS Form 3817, January 2001