05-44481-rdd Doc 20495 Filed 08/03/10 Entered 08/06/10 10:00:10 Main Document

"Perl, Michael W"
&lt;Michael.Perl@skadden.com&gt;

08/03/2010 06:08 PM

cc "Lyons, John K" &lt;John.Lyons@skadden.com&gt;

Subject DPH Holdings Corp.–Letter from Claimant Philip J. Carson

Dear Judge Drain,

Attached please find a letter that we received yesterday from Philip J. Carson, a claimant in the DPH Holdings Corp. case. Mr. Carson filed proof of administrative expense claim number 19551 and the Reorganized Debtors objected to the claim as untimely pursuant to the Reorganized Debtors Thirty-Seventh Omnibus Claims Objection (Docket No. 18984). Mr. Carson filed an undocketed response to the Thirty-Seventh Omnibus Claims Objection and the claim was adjourned into the claims procedures. On January 14, 2010, the Reorganized Debtors filed the Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Philip J. Carson (Administrative Expense Claim Number 19551) (Docket No. 19316) stating that if Mr. Carson wished to further prosecute his claim, Mr. Carson needed to file a motion for leave to file a late claim. Such motion needed to be filed by January 25, 2010. No such motion was filed, and on March 2, 2010 the Reorganized Debtors filed a Notice of Settlement of Order (Docket No. 19584). On March 25, 2010, the Court entered an order disallowing and expunging administrative expense claim number 19551 (Docket No. 19724).

Per my discussion with Matthew Scheck earlier today, the Reorganized Debtors will include the attached letter on the agenda for the August 27, 2010 omnibus hearing. The Reorganized Debtors will file a response in accordance with the case management procedures. Please let me know if you have any questions or concerns.

Respectfully submitted,

Michael Perl

**Michael W. Perl**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**155 North Wacker Drive | Chicago | Illinois | 60606-1720**
**T: 312.407.0885 | F: 312.827.9383**
**michael.perl@skadden.com**