KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Patrick J. Orr
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10017
(212) 972-3000

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Mark L. Durbin
Mary E. Olson
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

Attorneys for Wiegel Tool Works, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
|                                   :                   |
| In re:                            :   Chapter 11      |
|                                   :                   |
| DPH Holdings Corp., et al.,       :   Case No. 05-44481(RDD) |
|                                   :                   |
|           Reorganized Debtors.    :                   |
|                                   :                   |
---------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2010, a copy of the (a) Notice of Motion by Wiegel Tool Works, Inc. for Relief from the Plan Modification Order Pursuant to Fed. R. Civ. P. 60(b) and Fed. R. Bankr. P. 9024 [Docket No. 20483] and (b) the Motion by Wiegel Tool Works, Inc. Seeking an Order Providing Relief from the Plan Modification Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 [Docket No. 20484] was served by electronic mail in accordance with the Nineteenth Supplemental Order Under 11 U.S.C. §§ 102(I) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures entered in the above-

reference chapter 11 cases to the addresses set forth on **Exhibit A** hereto.

Dated: New York, New York
      August 6, 2010

                                                                                                                                   /s/ Patrick J. Orr
                                                                                                                        Patrick J. Orr

## Exhibit A

dthorne@btlaw.com
kmatsoukas@btlaw.com
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com
david.sherbin@delphi.com
john.brooks@delphi.com
fgorman@honigman.com
rweiss@honigman.com
jwurst@rmfpc.com
rmeisler@skadden.com
harvey.miller@weil.com
robert.lemons@weil.com
adalberto@canadas.com
javanzato@apslaw.com
david.boyle@airgas.com
bkessinger@akebono-usa.com
cpadien@akingump.com
ddunn@akingump.com
idizengoff@akingump.com
mgreger@allenmatkins.com
jim.martin@nrel.gov
craig.freeman@alston.com
dconnolly@alston.com
dwender@alston.com
steven.keyes@aam.com
mtf@afrct.com
Hirsh.Robert@arentfox.com
dladdin@agg.com
joel_gross@aporter.com
cgalloway@atsautomation.com
eray@balch.com
kim.robinson@bfkn.com
william.barrett@bfkn.com
alan.mills@btlaw.com
damon.leichty@btlaw.com
david.powlen@btlaw.com
deborah.thorne@btlaw.com
jgregg@btlaw.com
kathleen.matsoukas@btlaw.com
mark.owens@btlaw.com

michael.mccrory@btlaw.com
pmears@btlaw.com
sarah.kuhny@btlaw.com
wendy.brewer@btlaw.com
ffm@bostonbusinesslaw.com
tom@beemanlawoffice.com
js@colawfirm.com
michelle@colawfirm.com
hannah@blbglaw.com
murph@berrymoorman.com
klaw@bbslaw.com
lschwab@bbslaw.com
pcostello@bbslaw.com
tgaa@bbslaw.com
kate.simon@bingham.com
wmosby@binghammchale.com
mrichards@blankrome.com
rmcdowell@bodmanllp.com
chill@bsk.com
csullivan@bsk.com
sdonato@bsk.com
amcmullen@bccb.com
rjones@bccb.com
massimiliano_cini@brembo.it
dludman@brownconnery.com
schristianson@buchalter.com
mary.caloway@bipc.com
peter.russ@bipc.com
william.schorling@bipc.com
haffey@butzel.com
orlandoni@butzel.com
jeannine.damico@cwt.com
john.rapisardi@cwt.com
joseph.zujkowski@cwt.com
jonathan.greenberg@BASF.COM
kburke@cahill.com
jrobertson@calfee.com
dhriggio@gmail.com
rcalinoff@candklaw.com
mrye@cantorcolburn.com
brcy@carsonfischer.com
rweisberg@carsonfischer.com
brcy@carsonfischer.com

cahn@clm.com
ddeutsch@chadbourne.com
japplebaum@clarkhill.com
sdeeby@clarkhill.com
rgordon@clarkhill.com
maofiling@cgsh.com
maofiling@cgsh.com
tmaxson@cohenlaw.com
jvitale@cwsny.com
bceccotti@cwsny.com
srosen@cb-shea.com
jwisler@cblh.com
Pretekin@coollaw.com
sjohnston@cov.com
swalsh@chglaw.com
dpm@curtinheefner.com
ceilbott@curtis.com
wsavino@damonmorey.com
davidpmartin@erisacase.com
davidpmartin@bellsouth.net
rmeth@daypitney.com
rbeacher@daypitney.com
cchiu@daypitney.com
glenn.siegel@dechert.com
james.moore@dechert.com
carol_sowa@denso-diam.com
gdiconza@dlawpc.com
john.persiani@dinslaw.com
richard.kremen@dlapiper.com
andrew.kassner@dbr.com
david.aaronson@dbr.com
jhlemkin@duanemorris.com
Olshin@duanemorris.com
dmdelphi@duanemorris.com
mreed@duanemorris.com
wmsimkulak@duanemorris.com
dparker@dykema.com
rnachman@dykema.com
ssalinas@dykema.com
ayala.hassell@eds.com
bem@eorrlaw.com
akatz@entergy.com
MRussell@ebglaw.com
gettelman@e-hlaw.com
eflaagan@faegre.com
lscarcella@farrellfritz.com
pcollins@farrellfritz.com

charles@filardi-law.com
tdonovan@finkgold.com
auetz@foley.com
jmurch@foley.com
jsimon@foley.com
jtrentacosta@foley.com
kcatanese@foley.com
bisen@foxrothschild.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
rgold@fbtlaw.com
drosenzweig@fulbright.com
mparker@fulbright.com
dcimo@gjb-law.com
dcrapo@gibbonslaw.com
bhoover@goldbergsegalla.com
bmehlsack@gkllaw.com
pbilowz@goulstonstorrs.com
jsabella@gelaw.com
jeisenhofer@gelaw.com
mrr@previant.com
mdebbeler@graydon.com
diconzam@gtlaw.com
heyens@gtlaw.com
ckm@greensfelder.com
jpb@greensfelder.com
leoscar@hahnlaw.com
cpeer@hahnlaw.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
rjclark@hancocklaw.com
ddragich@hdolaw.com
hleinwand@aol.com
rha@hsy.com
judith.elkin@haynesboone.com
lenard.parkins@haynesboone.com
kenric.kattner@haynesboone.com
prubin@herrick.com
ken.higman@hp.com
Ramona.neal@hp.com
sharon.petrosino@hp.com
mpendell@haslaw.com
echarlton@hiscockbarclay.com
ggraber@hodgsonruss.com
jkreher@hodgsonruss.com

amoog@hhlaw.com
ecdolan@hhlaw.com
sagolden@hhlaw.com
matthew.morris@hoganlovells.com
dbaty@honigman.com
tsable@honigman.com
iww@honigman.com
lmurphy@honigman.Com
sdrucker@honigman.com
lgretchko@howardandhoward.com
lmcbryan@hwmklaw.com
jrhunter@hunterschank.com
tomschank@hunterschank.com
sholmes@hunton.com
aee@hurwitzfine.com
Ben.Caughey@icemiller.com
henry.efroymson@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
rgriffin@iuoe.org
bruzinsky@jw.com
hforrest@jw.com
JRS@Parmenterlaw.com
wschultz@jasoninc.com
rpeterson@jenner.com
gerdekomarek@bellsouth.net
cball@jonesday.com
pjbenvenutti@jonesday.com
mcorrea@jonesday.com
sjfriedman@jonesday.com
john.sieger@kattenlaw.com
rsmolev@kayescholer.com
kcookson@keglerbrown.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
ggotto@kellerrohrback.com
cwolfe@kelleydrye.com
mstone@kelleydrye.com
sjennik@kjmlabor.com
tkennedy@kjmlabor.com
jed@krwlaw.com
pwh@krwlaw.com
degan@kslaw.com
sdabney@kslaw.com
david.spiegel@kirkland.com
jstempel@kirkland.com

efox@klng.com
pepope@nisource.com
jkaye@kramerlevin.com
sosimmerman@kwgd.com
jay.selanders@kutakrock.com
ekutchin@kutchinrufo.com
knorthup@kutchinrufo.com
adbruski@lambertleser.com
smcook@lambertleser.com
mark.broude@lw.com
michael.riela@lw.com
mitchell.seider@lw.com
robert.rosenberg@lw.com
mkohayer@aol.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com
kwalsh@lockelord.com
tmcfadden@lockelord.com
gschwed@loeb.com
whawkins@loeb.com
bnathan@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com
metkin@lowenstein.com
scargill@lowenstein.com
vdagostino@lowenstein.com
egc@lydenlaw.com
axs@maddinhauser.com
jlanden@madisoncap.com
lmc@ml-legal.com
vmastromar@aol.com
gsantella@masudafunai.com
dadler@mccarter.com
eglas@mccarter.com
lsalzman@mccarthy.ca
gravert@mwe.com
jmsullivan@mwe.com
sselbst@mwe.com
shandler@mwe.com
mquinn@mwe.com
sopincar@mcdonaldhopkins.com
sriley@mcdonaldhopkins.com
jbernstein@mdmc-law.com

amccollough@mcguirewoods.com
dblanks@mcquirewoods.com
jmaddock@mcguirewoods.com
tslome@msek.com
hkolko@msek.com
mmeyers@mlg-pc.com
emeyers@mrrlaw.net
rrosenbaum@mrrlaw.net
mdtcbkc@miamidade.gov
miag@michigan.gov
raterinkd@michigan.gov
miag@michigan.gov
trenda@milesstockbridge.com
vjones@millermartin.com
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
greenj@millercanfield.com
swansonm@millercanfield.com
fusco@millercanfield.com
pjricotta@mintz.com
pricotta@mintz.com
Jeff.Ott@molex.com
agottfried@morganlewis.com
mzelmanovitz@morganlewis.com
resterkin@morganlewis.com
lberkoff@moritthock.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
sandy@nlsg.com
Knathan@nathanneuman.com
l.moore@pnc.com
george.cauthen@nelsonmullins.com
tracy.richardson@dol.lps.state.nj.us
dgheiman@jonesday.com
cahope@chapter13macon.com
jay.hurst@oag.state.tx.us
msutter@ag.state.oh.us
michaelz@orbotech.com
mmoody@orourkeandmoody.com
aenglund@orrick.com
fholden@orrick.com
Rdaversa@orrick.com
mseidl@pszjlaw.com
Rfeinstein@pszjlaw.com
Ischarf@pszjlaw.com
dalowenthal@pbwt.com

dwdykhouse@pbwt.com
spaethlaw@phslaw.com
arosenberg@paulweiss.com
ddavis@paulweiss.com
emccolm@paulweiss.com
housnerp@michigan.gov
apenachio@pmlawllp.com
kmayhew@pepehazard.com
lawallf@pepperlaw.com
jaffeh@pepperlaw.com
varughesen@pepperlaw.com
scarter@pselaw.com
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com
rjp@pbandg.com
karen.dine@pillsburylaw.com
margot.erlich@pillsburylaw.com
mark.houle@pillsburylaw.com
richard.epling@pillsburylaw.com
robin.spear@pillsburylaw.com
bsmoore@pbnlaw.com
jsmairo@pbnlaw.com
jh@previant.com
mgr@previant.com
enrique.bujidos@es.pwc.com
xst@qad.com
knye@quarles.com
rlp@quarles.com
apille@reedsmith.com
jkaczka@republicengineered.com
jshickich@riddellwilliams.com
jcrotty@rieckcrotty.com
rtrack@msn.com
cbelmonte@ssbb.com
pbosswick@ssbb.com
rcarrillo@ssbb.com
dweiner@schaferandweiner.com
hborin@schaferandweiner.com
mwernette@schaferandweiner.com
shellie@schaferandweiner.com
rheilman@schaferandweiner.com
egeekie@schiffhardin.com
david.karp@srz.com
james.bentley@srz.com
michael.cook@srz.com
barryster@att.net
pbaisier@seyfarth.com

rdremluk@seyfarth.com
whanlon@seyfarth.com
bshaw100@shawgussis.com
bharwood@sheehan.com
lawtoll@comcast.net
ewaters@sheppardmullin.com
msternstein@sheppardmullin.com
tcohen@sheppardmullin.com
twardle@sheppardmullin.com
rthibeaux@shergarner.com
rthibeaux@shergarner.com
bankruptcy@goodwin.com
asherman@sillscummis.com
jzackin@sillscummis.com
vhamilton@sillscummis.com
skimmelman@sillscummis.com
cfortgang@silverpointcapital.com
kmiller@skfdelaware.com
fyates@sonnenschein.com
mmachen@sonnenschein.com
opinkas@sonnenschein.com
rrichards@sonnenschein.com
cmeyer@ssd.com
sarah.morrison@doj.ca.gov
hwangr@michigan.gov
przekopshaws@michigan.gov
jmbaumann@steeltechnologies.com
jspecf@sternslaw.com
cp@stevenslee.com
mshaiken@stinsonmoheck.com
robert.goodrich@stites.com
madison.cashman@stites.com
wbeard@stites.com
loucourtsum@stites.com
cpajak@stutman.com
egoldberg@stutman.com
ipachulski@stutman.com
jdavidson@stutman.com
ferrell@taftlaw.com
miller@taftlaw.com
jteitelbaum@tblawllp.com
rbaskin@tblawllp.com
agbanknewyork@ag.tn.gov
jforstot@tpw.com
lcurcio@tpw.com
niizeki.tetsuhiro@furukawa.co.jp
robert.morris@timken.com

rhett.campbell@tklaw.com
ira.herman@tklaw.com
john.brannon@tklaw.com
lnewman@tcfhlaw.com
dquaid@thompsoncoburn.com
Jennifer.Maffett@ThompsonHine.com
tguerriero@us.tiauto.com
jlevi@toddlevi.com
jgrubin@tnsj-law.com
matthew.schwartz@usdoj.gov
Joseph.Cordaro@usdoj.gov
hzamboni@underbergkessler.com
mkilgore@UP.com
djury@usw.org
tscobb@vorys.com
RGMason@wlrk.com
gtoering@wnj.com
mcruse@wnj.com
growsb@wnj.com
gpeters@weltman.com
gkurtz@ny.whitecase.com
guzzi@whitecase.com
dbaumstein@ny.whitecase.com
tlauria@whitecase.com
featon@miami.whitecase.com
barnold@whdlaw.com
jmoennich@wickenslaw.com
dneier@winston.com
cschreiber@winston.com
mwinthrop@winthropcouchot.com
sokeefe@winthropcouchot.com
agrumbine@wcsr.com
mbusenkell@wcsr.com
rkisicki@woodsoviatt.com
skrause@zeklaw.com