**FOX ROTHSCHILD LLP**
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, NJ  08401
Michael J. Viscount, Jr. (Admitted *pro hac vice*)
Tel: (609) 348-4515

  -and-

100 Park Avenue, 15th Floor
New York, NY 10017
Fred Stevens
Tel: (212) 878-7905

*Attorneys for M&Q Plastic Products, L.P.*

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** | | |
| **SOUTHERN DISTRICT OF NEW YORK** | | |

------------------------------------------------------------x
In re:                                                                    :    Chapter 11
                                                                                  :
DPH HOLDINGS CORP., *et al.*,                      :    Case No. 05-44481 (RDD)
                                                                                   :
                    Debtors.                                        :    (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
TO BE REMOVED FROM ALL SERVICE LISTS AND ECF NOTICING**

      PLEASE TAKE NOTICE THAT M&Q Plastic Products, L.P. hereby withdraws it appearance in theses cases and the undersigned requests that he be removed from all mailing lists and ECF noticing for theses cases.

                                                  **FOX ROTHSCHILD LLP**

                                    By: /s/ Michael J. Viscount
                                        Michael J. Viscount (Admitted *pro hac vice*)
                                        Midtown Building, Suite 400
                                        1301 Atlantic Avenue
                                        Atlantic City, NJ  08401
                                        (609) 348-4515

                                        *Attorneys for M&Q Plastic Product, L.P..*

Dated:  August 9, 2010

RL1 823247v1 08/09/10