| | |
|---|---|
| Timothy T. Brock, Esq. | Hearing Date: August 27, 2010 at 10:00 a.m. |
| Abigail Snow, Esq. | Objection Deadline: August 20, 2010 |

SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Co-Counsel with:*
Patricia L. Beaty, Esq.
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
:
In re:                                                  : Chapter 11
:
DPH HOLDINGS CORP., *et al*.,                           : Case No. 05-44481 (RDD)
:
                Reorganized Debtors. : (Jointly Administered)
:
------------------------------------------------------------------------ x

## NOTICE OF ADJOURNED HEARING

      PLEASE TAKE NOTICE that the hearing on the "Motion of The VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust Pursuant to 11 U.S.C. §105 and the Salaried OPEB Settlement Order to (i) Compel the Official Committee of Eligible Salaried Retirees to File Its Final Report with the Court Pursuant to the Terms of the Salaried OPEB Settlement Order; and (ii) To Direct the Office of the United States Trustee to Disband the Official Committee of Eligible Salaried Retires," has been adjourned in connection with the rescheduling of the Fifty-Eighth Omnibus Hearing, until August 27, 2010, at 10:00 a.m. (prevailing eastern time), or as soon thereafter as counsel can be heard (the "Hearing Date").

811593_1

Dated: New York, New York
      August 11, 2010

          SATTERLEE STEPHENS BURKE & BURKE LLP

          By:  /s/ Abigail Snow
                Timothy T. Brock, Esq.
                Abigail Snow, Esq.
          230 Park Avenue
          New York, New York 10169
          (212) 818-9200

Co-Counsel with:

Patricia L. Beaty, Esq.
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees*
*Association Benefit Trust VEBA Committee*

- 2 -

811593_1