Exhibit A

| A<br>Claim | B<br>Claimant | C<br>Debtor | D<br>Surviving Claim |
|---|---|---|---|
| 19270 | ACE AMERICAN INSURANCE COMPANY | DELPHI CORPORATION | 19270 |
| 19633 | ACE AMERICAN INSURANCE COMPANY | DELPHI CORPORATION | 19633 |
| 19271 | ACE AMERICAN INSURANCE COMPANY | ASEC MANUFACTURING GENERAL PARTNERSHIP | 19270 |
| 19632 | ACE AMERICAN INSURANCE COMPANY | ASEC MANUFACTURING GENERAL PARTNERSHIP | 19633 |
| 19269 | ACE AMERICAN INSURANCE COMPANY | ASEC SALES GENERAL PARTNERSHIP | 19270 |
| 19631 | ACE AMERICAN INSURANCE COMPANY | ASEC SALES GENERAL PARTNERSHIP | 19633 |
| 19242 | ACE AMERICAN INSURANCE COMPANY | ASPIRE, INC | 19270 |
| 19658 | ACE AMERICAN INSURANCE COMPANY | ASPIRE, INC | 19633 |
| 19244 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC | 19270 |
| 19652 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC | 19633 |
| 19246 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC | 19270 |
| 19650 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC | 19633 |
| 19247 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS LLC | 19270 |
| 19649 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS LLC | 19633 |
| 19260 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP | 19270 |
| 19661 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP | 19633 |
| 19255 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC | 19270 |
| 19645 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC | 19633 |
| 19258 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC | 19270 |
| 19663 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC | 19633 |
| 19256 | ACE AMERICAN INSURANCE COMPANY | DELPHI ELECTRONICS (HOLDING) LLC | 19270 |
| 19665 | ACE AMERICAN INSURANCE COMPANY | DELPHI ELECTRONICS (HOLDING) LLC | 19633 |
| 19245 | ACE AMERICAN INSURANCE COMPANY | DELPHI FOREIGN SALES CORPORATION | 19270 |
| 19651 | ACE AMERICAN INSURANCE COMPANY | DELPHI FOREIGN SALES CORPORATION | 19633 |
| 19250 | ACE AMERICAN INSURANCE COMPANY | DELPHI INTEGRATED SERVICE SOLUTIONS, INC | 19270 |
| 19657 | ACE AMERICAN INSURANCE COMPANY | DELPHI INTEGRATED SERVICE SOLUTIONS, INC | 19633 |
| 19268 | ACE AMERICAN INSURANCE COMPANY | DELPHI LIQUIDATION HOLDING COMPANY | 19270 |
| 19666 | ACE AMERICAN INSURANCE COMPANY | DELPHI LIQUIDATION HOLDING COMPANY | 19633 |
| 19241 | ACE AMERICAN INSURANCE COMPANY | DELPHI LLC | 19270 |
| 19659 | ACE AMERICAN INSURANCE COMPANY | DELPHI LLC | 19633 |
| 19272 | ACE AMERICAN INSURANCE COMPANY | DELPHI NY HOLDING CORPORATION | 19270 |
| 19634 | ACE AMERICAN INSURANCE COMPANY | DELPHI NY HOLDING CORPORATION | 19633 |
| 19253 | ACE AMERICAN INSURANCE COMPANY | DELPHI RECEIVABLES LLC | 19270 |
| 19647 | ACE AMERICAN INSURANCE COMPANY | DELPHI RECEIVABLES LLC | 19633 |
| 19243 | ACE AMERICAN INSURANCE COMPANY | DELPHI SERVICES HOLDING CORPORATION | 19270 |
| 19653 | ACE AMERICAN INSURANCE COMPANY | DELPHI SERVICES HOLDING CORPORATION | 19633 |
| 19257 | ACE AMERICAN INSURANCE COMPANY | DELPHI TECHNOLOGIES, INC | 19270 |
| 19664 | ACE AMERICAN INSURANCE COMPANY | DELPHI TECHNOLOGIES, INC | 19633 |
| 19254 | ACE AMERICAN INSURANCE COMPANY | DREAL INC | 19270 |
| 19654 | ACE AMERICAN INSURANCE COMPANY | DREAL INC | 19633 |
| 19262 | ACE AMERICAN INSURANCE COMPANY | ENVIRONMENTAL CATALYSTS, LLC | 19270 |
| 19630 | ACE AMERICAN INSURANCE COMPANY | ENVIRONMENTAL CATALYSTS, LLC | 19633 |
| 19261 | ACE AMERICAN INSURANCE COMPANY | EXHAUST SYSTEMS CORPORATION | 19270 |
| 19644 | ACE AMERICAN INSURANCE COMPANY | EXHAUST SYSTEMS CORPORATION | 19633 |
| 19237 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC | 19270 |
| 19636 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC | 19633 |
| 19235 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC | 19270 |
| 19639 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC | 19633 |
| 19274 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC | 19270 |
| 19642 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC | 19633 |
| 19238 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION | 19270 |
| 19637 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION | 19633 |
| 19234 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC | 19270 |
| 19640 | ACE AMERICAN INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC | 19633 |
| 19273 | ACE AMERICAN INSURANCE COMPANY | DELPHI CHINA LLC | 19270 |
| 19643 | ACE AMERICAN INSURANCE COMPANY | DELPHI CHINA LLC | 19633 |
| 19236 | ACE AMERICAN INSURANCE COMPANY | DELPHI INTERNATIONAL HOLDINGS CORP | 19270 |
| 19638 | ACE AMERICAN INSURANCE COMPANY | DELPHI INTERNATIONAL HOLDINGS CORP | 19633 |
| 19233 | ACE AMERICAN INSURANCE COMPANY | DELPHI INTERNATIONAL SERVICES INC | 19270 |
| 19641 | ACE AMERICAN INSURANCE COMPANY | DELPHI INTERNATIONAL SERVICES INC | 19633 |
| 19252 | ACE AMERICAN INSURANCE COMPANY | PACKARD HUGHES INTERCONNECT COMPANY | 19270 |
| 19655 | ACE AMERICAN INSURANCE COMPANY | PACKARD HUGHES INTERCONNECT COMPANY | 19633 |
| 19251 | ACE AMERICAN INSURANCE COMPANY | DELPHI CONNECTION SYSTEMS | 19270 |
| 19656 | ACE AMERICAN INSURANCE COMPANY | DELPHI CONNECTION SYSTEMS | 19633 |
| 19267 | ACE AMERICAN INSURANCE COMPANY | SPECIALTY ELECTRONICS, INC | 19270 |
| 19667 | ACE AMERICAN INSURANCE COMPANY | SPECIALTY ELECTRONICS, INC | 19633 |
| 19266 | ACE AMERICAN INSURANCE COMPANY | SPECIALTY ELECTRONICS INTERNATIONAL LTD | 19270 |
| 19668 | ACE AMERICAN INSURANCE COMPANY | SPECIALTY ELECTRONICS INTERNATIONAL LTD | 19633 |
| 19239 | ACE AMERICAN INSURANCE COMPANY | DELCO ELECTRONICS OVERSEAS CORPORATION | 19270 |

Exhibit A

| A<br>Claim | B<br>Claimant | C<br>Debtor | D<br>Surviving Claim |
|---|---|---|---|
| 19635 | ACE AMERICAN INSURANCE COMPANY | DELCO ELECTRONICS OVERSEAS CORPORATION | 19633 |
| 19240 | ACE AMERICAN INSURANCE COMPANY | DELPHI DIESEL SYSTEMS CORP | 19270 |
| 19660 | ACE AMERICAN INSURANCE COMPANY | DELPHI DIESEL SYSTEMS CORP | 19633 |
| 19249 | ACE AMERICAN INSURANCE COMPANY | DELPHI FURUKAWA WIRING SYSTEMS LLC | 19270 |
| 19648 | ACE AMERICAN INSURANCE COMPANY | DELPHI FURUKAWA WIRING SYSTEMS LLC | 19633 |
| 19259 | ACE AMERICAN INSURANCE COMPANY | DELPHI MECHATRONIC SYSTEMS, INC. | 19270 |
| 19662 | ACE AMERICAN INSURANCE COMPANY | DELPHI MECHATRONIC SYSTEMS, INC. | 19633 |
| 19263 | ACE AMERICAN INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | 19270 |
| 19629 | ACE AMERICAN INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | 19633 |
| 19265 | ACE AMERICAN INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS CORPORATION | 19270 |
| 19669 | ACE AMERICAN INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS CORPORATION | 19633 |
| 19264 | ACE AMERICAN INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION | 19270 |
| 19628 | ACE AMERICAN INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION | 19633 |
| 19248 | ACE AMERICAN INSURANCE COMPANY | MOBILEARIA, INC. | 19270 |
| 19646 | ACE AMERICAN INSURANCE COMPANY | MOBILEARIA, INC. | 19633 |
| 19192 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI CORPORATION | 19192 |
| 19671 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI CORPORATION | 19671 |
| 19193 | PACIFIC EMPLOYERS INSURANCE COMPANY | ASEC MANUFACTURING GENERAL PARTNERSHIP | 19192 |
| 19673 | PACIFIC EMPLOYERS INSURANCE COMPANY | ASEC MANUFACTURING GENERAL PARTNERSHIP | 19671 |
| 19194 | PACIFIC EMPLOYERS INSURANCE COMPANY | ASEC SALES GENERAL PARTNERSHIP | 19192 |
| 19674 | PACIFIC EMPLOYERS INSURANCE COMPANY | ASEC SALES GENERAL PARTNERSHIP | 19671 |
| 19223 | PACIFIC EMPLOYERS INSURANCE COMPANY | ASPIRE, INC | 19192 |
| 19698 | PACIFIC EMPLOYERS INSURANCE COMPANY | ASPIRE, INC | 19671 |
| 19230 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC | 19192 |
| 19705 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC | 19671 |
| 19232 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC | 19192 |
| 19707 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC | 19671 |
| 19215 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS LLC | 19192 |
| 19708 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS LLC | 19671 |
| 19205 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP | 19192 |
| 19686 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP | 19671 |
| 19227 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC | 19192 |
| 19703 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC | 19671 |
| 19203 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC | 19192 |
| 19684 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC | 19671 |
| 19201 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI ELECTRONICS (HOLDING) LLC | 19192 |
| 19682 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI ELECTRONICS (HOLDING) LLC | 19671 |
| 19231 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI FOREIGN SALES CORPORATION | 19192 |
| 19706 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI FOREIGN SALES CORPORATION | 19671 |
| 19224 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI INTEGRATED SERVICE SOLUTIONS, INC | 19192 |
| 19699 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI INTEGRATED SERVICE SOLUTIONS, INC | 19671 |
| 19200 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI LIQUIDATION HOLDING COMPANY | 19192 |
| 19681 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI LIQUIDATION HOLDING COMPANY | 19671 |
| 19221 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI LLC | 19192 |
| 19697 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI LLC | 19671 |
| 19191 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI NY HOLDING CORPORATION | 19192 |
| 19672 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI NY HOLDING CORPORATION | 19671 |
| 19212 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI RECEIVABLES LLC | 19192 |
| 19710 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI RECEIVABLES LLC | 19671 |
| 19229 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI SERVICES HOLDING CORPORATION | 19192 |
| 19704 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI SERVICES HOLDING CORPORATION | 19671 |
| 19202 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI TECHNOLOGIES, INC | 19192 |
| 19683 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI TECHNOLOGIES, INC | 19671 |
| 19226 | PACIFIC EMPLOYERS INSURANCE COMPANY | DREAL INC | 19192 |
| 19702 | PACIFIC EMPLOYERS INSURANCE COMPANY | DREAL INC | 19671 |
| 19195 | PACIFIC EMPLOYERS INSURANCE COMPANY | ENVIRONMENTAL CATALYSTS, LLC | 19192 |
| 19675 | PACIFIC EMPLOYERS INSURANCE COMPANY | ENVIRONMENTAL CATALYSTS, LLC | 19671 |
| 19206 | PACIFIC EMPLOYERS INSURANCE COMPANY | EXHAUST SYSTEMS CORPORATION | 19192 |
| 19687 | PACIFIC EMPLOYERS INSURANCE COMPANY | EXHAUST SYSTEMS CORPORATION | 19671 |
| 19218 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC | 19192 |
| 19694 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC | 19671 |
| 19211 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC | 19192 |
| 19691 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC | 19671 |
| 19208 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC | 19192 |
| 19689 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC | 19671 |
| 19217 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION | 19192 |
| 19693 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION | 19671 |
| 19210 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC | 19192 |
| 19690 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC | 19671 |

Exhibit A

| A<br>Claim | B<br>Claimant | C<br>Debtor | D<br>Surviving Claim |
|---|---|---|---|
| 19207 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI CHINA LLC | 19192 |
| 19688 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI CHINA LLC | 19671 |
| 19216 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI INTERNATIONAL HOLDINGS CORP | 19192 |
| 19692 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI INTERNATIONAL HOLDINGS CORP | 19671 |
| 19209 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI INTERNATIONAL SERVICES INC | 19192 |
| 19670 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI INTERNATIONAL SERVICES INC | 19671 |
| 19225 | PACIFIC EMPLOYERS INSURANCE COMPANY | PACKARD HUGHES INTERCONNECT COMPANY | 19192 |
| 19701 | PACIFIC EMPLOYERS INSURANCE COMPANY | PACKARD HUGHES INTERCONNECT COMPANY | 19671 |
| 19222 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI CONNECTION SYSTEMS | 19192 |
| 19700 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI CONNECTION SYSTEMS | 19671 |
| 19199 | PACIFIC EMPLOYERS INSURANCE COMPANY | SPECIALTY ELECTRONICS, INC | 19192 |
| 19680 | PACIFIC EMPLOYERS INSURANCE COMPANY | SPECIALTY ELECTRONICS, INC | 19671 |
| 19228 | PACIFIC EMPLOYERS INSURANCE COMPANY | SPECIALTY ELECTRONICS INTERNATIONAL LTD | 19192 |
| 19679 | PACIFIC EMPLOYERS INSURANCE COMPANY | SPECIALTY ELECTRONICS INTERNATIONAL LTD | 19671 |
| 19214 | PACIFIC EMPLOYERS INSURANCE COMPANY | MOBILEARIA, INC. | 19192 |
| 19711 | PACIFIC EMPLOYERS INSURANCE COMPANY | MOBILEARIA, INC. | 19671 |
| 19219 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELCO ELECTRONICS OVERSEAS CORPORATION | 19192 |
| 19695 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELCO ELECTRONICS OVERSEAS CORPORATION | 19671 |
| 19220 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI DIESEL SYSTEMS CORP | 19192 |
| 19696 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI DIESEL SYSTEMS CORP | 19671 |
| 19213 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI FURUKAWA WIRING SYSTEMS LLC | 19192 |
| 19709 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI FURUKAWA WIRING SYSTEMS LLC | 19671 |
| 19204 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI MECHATRONIC SYSTEMS, INC. | 19192 |
| 19685 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI MECHATRONIC SYSTEMS, INC. | 19671 |
| 19196 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | 19192 |
| 19676 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | 19671 |
| 19198 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS CORPORATION | 19192 |
| 19678 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS CORPORATION | 19671 |
| 19197 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION | 19192 |
| 19677 | PACIFIC EMPLOYERS INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION | 19671 |
| 18900 | ILLINOIS UNION INSURANCE COMPANY | DELPHI CORPORATION | 18900 |
| 19018 | ILLINOIS UNION INSURANCE COMPANY | ASEC MANUFACTURING GENERAL PARTNERSHIP | 18900 |
| 19017 | ILLINOIS UNION INSURANCE COMPANY | ASEC SALES GENERAL PARTNERSHIP | 18900 |
| 18917 | ILLINOIS UNION INSURANCE COMPANY | ASPIRE, INC | 18900 |
| 18908 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS GLOBAL (HOLDING), INC | 18900 |
| 18909 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES LLC | 18900 |
| 18906 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS LLC | 18900 |
| 19177 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS RISK MANAGEMENT CORP | 18900 |
| 18912 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC | 18900 |
| 19179 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS TENNESSEE, INC | 18900 |
| 19038 | ILLINOIS UNION INSURANCE COMPANY | DELPHI ELECTRONICS (HOLDING) LLC | 18900 |
| 18910 | ILLINOIS UNION INSURANCE COMPANY | DELPHI FOREIGN SALES CORPORATION | 18900 |
| 18916 | ILLINOIS UNION INSURANCE COMPANY | DELPHI INTEGRATED SERVICE SOLUTIONS, INC | 18900 |
| 19003 | ILLINOIS UNION INSURANCE COMPANY | DELPHI LIQUIDATION HOLDING COMPANY | 18900 |
| 18918 | ILLINOIS UNION INSURANCE COMPANY | DELPHI LLC | 18900 |
| 18903 | ILLINOIS UNION INSURANCE COMPANY | DELPHI NY HOLDING CORPORATION | 18900 |
| 18904 | ILLINOIS UNION INSURANCE COMPANY | DELPHI RECEIVABLES LLC | 18900 |
| 18911 | ILLINOIS UNION INSURANCE COMPANY | DELPHI SERVICES HOLDING CORPORATION | 18900 |
| 19180 | ILLINOIS UNION INSURANCE COMPANY | DELPHI TECHNOLOGIES, INC | 18900 |
| 18913 | ILLINOIS UNION INSURANCE COMPANY | DREAL INC | 18900 |
| 19016 | ILLINOIS UNION INSURANCE COMPANY | ENVIRONMENTAL CATALYSTS, LLC | 18900 |
| 19176 | ILLINOIS UNION INSURANCE COMPANY | EXHAUST SYSTEMS CORPORATION | 18900 |
| 18921 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS (HOLDING), INC | 18900 |
| 19048 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL, INC | 18900 |
| 19174 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS KOREA, INC | 18900 |
| 19051 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION | 18900 |
| 19049 | ILLINOIS UNION INSURANCE COMPANY | DELPHI AUTOMOTIVE SYSTEMS THAILAND, INC | 18900 |
| 19175 | ILLINOIS UNION INSURANCE COMPANY | DELPHI CHINA LLC | 18900 |
| 19047 | ILLINOIS UNION INSURANCE COMPANY | DELPHI INTERNATIONAL HOLDINGS CORP | 18900 |
| 19050 | ILLINOIS UNION INSURANCE COMPANY | DELPHI INTERNATIONAL SERVICES INC | 18900 |
| 18914 | ILLINOIS UNION INSURANCE COMPANY | PACKARD HUGHES INTERCONNECT COMPANY | 18900 |
| 18915 | ILLINOIS UNION INSURANCE COMPANY | DELPHI CONNECTION SYSTEMS | 18900 |
| 19004 | ILLINOIS UNION INSURANCE COMPANY | SPECIALTY ELECTRONICS, INC | 18900 |
| 19005 | ILLINOIS UNION INSURANCE COMPANY | SPECIALTY ELECTRONICS INTERNATIONAL LTD | 18900 |
| 18920 | ILLINOIS UNION INSURANCE COMPANY | DELCO ELECTRONICS OVERSEAS CORPORATION | 18900 |
| 18919 | ILLINOIS UNION INSURANCE COMPANY | DELPHI DIESEL SYSTEMS CORP | 18900 |
| 18907 | ILLINOIS UNION INSURANCE COMPANY | DELPHI FURUKAWA WIRING SYSTEMS LLC | 18900 |
| 19178 | ILLINOIS UNION INSURANCE COMPANY | DELPHI MECHATRONIC SYSTEMS, INC. | 18900 |
| 19008 | ILLINOIS UNION INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS COLORADO CORPORATION | 18900 |

Exhibit A

| A | B | C | D |
|---|---|---|---|
| Claim | Claimant | Debtor | Surviving Claim |
| 19006 | ILLINOIS UNION INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS CORPORATION | 18900 |
| 19007 | ILLINOIS UNION INSURANCE COMPANY | DELPHI MEDICAL SYSTEMS TEXAS CORPORATION | 18900 |
| 18905 | ILLINOIS UNION INSURANCE COMPANY | MOBILEARIA, INC. | 18900 |