TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for DPH Holdings Corp, *et al.*,
Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Lara Sheikh

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :    Chapter 11
DPH HOLDINGS CORP., et al.,                                 :    Case No. 05-44481 [RDD]
                                                            :
              Reorganized Debtors.                          :    Jointly Administered
                                                            :
------------------------------------------------------------x

**NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO
REORGANIZED DEBTORS' OBJECTION TO PROOFS OF CLAIM NOS. 9882 AND 18609**

**(AOL LLC f/k/a AMERICA ONLINE, INC./SPCP GROUP LLC AND AOL LLC)**

PLEASE TAKE NOTICE that on October 15, 2009, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), successors of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation et al.), (collectively, the "Debtors"), objected to proof of claim number 9882 (the "Claim 9882") filed by AOL LLC f/k/a America Online, Inc., and subsequently transferred to SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P., and Liquidity Solutions, Inc. as Agent for SPCP Group, LLC (jointly, the "Claimants") pursuant to The Debtors' Thirty-Sixth Omnibus Objection Pursuant to 11.U.S.C. § 502(b) And Fed. R. Bankr. P.

3007 To (I) Modify and Allow Claims and (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books and Records Claims, (C) Untimely Claims and (D) Pension, Benefit and OPEB Claims (Docket No. 18983).

PLEASE TAKE NOTICE that on October 15, 2009, Debtors objected to proof of claim number 18609 (the " Claim 18609," together with Claim 9882, the "Claims") filed by AOL LLC pursuant to The Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interest, (III) Books and Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims (VI) Pension, Benefit and OPEB Claims and (VII) Duplicate Claims (Docket No. 18984).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objection to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."  Modified Plan, art. 9.6(a).

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered, December 7,

2006 (Docket No. 6089) (the "Order"), the Order Pursuant To 11 U.S.C. §§105(a) and 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims (Docket No. 18998) (the "Administrative Claims Procedures Order"), and the Twelfth Supplemental Order Pursuant To 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices and Procedures Governing Objections To Claims, entered July 16, 2010 (Docket No. 20426), a claims objection hearing ("the Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Claims is hereby scheduled for October 21, 2010 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Court").

      PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Order, unless such procedures are modified in accordance with Paragraph 9(k) thereof.  Please review the Orders carefully – failure to comply with the procedures provided in the Orders (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of your Claims.  A copy of the Order and the Administrative Claims Procedures Order is attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimants.

Dated:  New York, New York
        August 16, 2010

                                DPH HOLDINGS CORP., *et al.*
                                By their attorneys,
                                TOGUT, SEGAL & SEGAL LLP
                                By:


                                /s/ Neil Berger
                                NEIL BERGER (NB-3599)
                                A Member of the Firm
                                One Penn Plaza
                                New York, New York 10119
                                (212) 594-5000