**Hearing Date and Time:  August 27, 2010 at 10:00 a.m. (prevailing Eastern time)**
**Supplemental Response Date and Time:  August 25, 2010 at 4:00 p.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
     Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
          In re                                           :     Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,                               :     Case Number 05-44481 (RDD)
                                                          :
                                                          :     (Jointly Administered)
                                                          :
               Reorganized Debtors.                       :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY TO RESPONSE OF
CLAIMANT TO REORGANIZED DEBTORS' OBJECTION TO ADMINISTRATIVE
EXPENSE CLAIM NUMBER 19168 FILED BY MICHIGAN FUNDS ADMINISTRATION

("SUPPLEMENTAL REPLY REGARDING CLAIM
FILED BY MICHIGAN FUNDS ADMINISTRATION")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors") hereby submit the Reorganized Debtors' Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objections To Administrative Expense Claim Number 19168 Filed By Michigan Funds Administration (the "Supplemental Reply"), and respectfully represent as follows:

A.    Preliminary Statement

1.    On October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended.

2.    On October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

3.    On July 15, 2010, the Reorganized Debtors filed the Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10884, 15346, And 15347 And Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19168 And 19574 (Docket No. 20419) (the "Sufficiency Hearing Notice").

4.    The Reorganized Debtors filed the Sufficiency Hearing Notice and are filing this Supplemental Reply to implement Article 9.6(a) of the Modified Plan, which provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."  Modified Plan, art. 9.6(a).

5.      By the Sufficiency Hearing Notice and pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), the Eleventh Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered April 5, 2010 (Docket No. 19776), and the Notice Of Rescheduling Of Fifty-Ninth Omnibus Hearing And Thirty-Seventh Claims Hearing (Docket No. 20417), the Reorganized Debtors scheduled a hearing (the "Sufficiency Hearing") on August 27, 2010 at 10:00 a.m. (prevailing Eastern time) in this Court to address the legal sufficiency of proof of administrative expense claim number 19168 and whether such proof of claim states a colorable claim against the asserted Debtor.

6.      This Supplemental Reply is filed pursuant to paragraph 9(b)(i) of the Claims Objection Procedures Order.  Pursuant to paragraph 9(b)(ii) of the Claims Objection Procedures Order, if a Claimant wishes to file a supplemental pleading in response to this Supplemental Reply, the Claimant shall file and serve its response no later than two business days before the scheduled Sufficiency Hearing – i.e., by **August 25, 2010.**

B.      Relief Requested

7.      By this Supplemental Reply, the Reorganized Debtors request entry of an order disallowing and expunging a certain proof of administrative expense claim filed against the Debtors in their chapter 11 cases.

3

C.       The Claim Filed Against The Debtors

8.       On July 15, 2009, the Michigan Funds Administration (the "Claimant")

filed administrative expense claim number 19168 (the "Claim") against Delphi ("Delphi"),

asserting a claim in the amount of $1,130,191.92 for workers' compensation funds assessments.

During the Reorganized Debtors' review of the Claim, the Reorganized Debtors determined that

the Claim was fully satisfied by previous payments.  Moreover, the Claimant made no

reservation of rights to amend the Claim for additional amounts.  Accordingly, this Court should

enter an order disallowing and expunging the Claim in its entirety.

9.       The Reorganized Debtors' Objection To Claim 19168. On March 19, 2010,

the Reorganized Debtors objected to the Claim on the Reorganized Debtors' Forty-Sixth

Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow

And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode

Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers'

Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers'

Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance

Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B)

A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify

Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers'

Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims

(Docket No. 19711) (the "Forty-Sixth Omnibus Claims Objection"), on the grounds that the

Claim was not reflected on the Reorganized Debtors' books and records.

10.      Response To The Reorganized Debtors' Objection.  On April 14, 2010, the

Claimaint filed the Response To Debtors' Forty-Sixth Omnibus Claims Objection On Behalf Of

Michigan Funds Administration (Docket No. 19824) (the "Response").

11.    <u>The Sufficiency Hearing Notice</u>.  Pursuant to the Claims Objection
Procedures Order, the hearing on the Reorganized Debtors' objection to the Claim was adjourned
to a future date.  On July 15, 2010, the Reorganized Debtors filed the Sufficiency Hearing Notice
with respect to the Claim scheduling the Sufficiency Hearing.

D.    <u>Claimant's Burden Of Proof And Standard For Sufficiency Of Claim</u>

12.    The Reorganized Debtors respectfully submit that the Claim fails to state a
claim against the Debtors under rule 7012 of the Federal Rules of Bankruptcy Procedure (the
"Bankruptcy Rules").  The Claimant has not proved any facts to support a right to payment by
the Reorganized Debtors on behalf of the Debtors.  Accordingly, the Reorganized Debtors'
objections to the Claim should be sustained and the Claim should be disallowed and expunged in
its entirety.

13.    The burden of proof to establish a claim against the Debtors rests on the
claimant and, if a proof of claim does not include sufficient factual support, such proof of claim
is not entitled to a presumption of <u>prima facie</u> validity pursuant to Bankruptcy Rule 3001(f).  <u>In</u>
<u>re Spiegel, Inc.</u>, No. 03-11540, 2007 WL 2456626, at *15 (Bankr. S.D.N.Y. August 22, 2007)
(the claimant always bears the burden of persuasion and must initially allege facts sufficient to
support the claim); <u>see also</u> <u>In re WorldCom, Inc.</u>, No. 02-13533, 2005 WL 3832065, at *4
(Bankr. S.D.N.Y. Dec. 29, 2005) (only a claim that alleges facts sufficient to support legal
liability to claimant satisfies claimant's initial obligation to file substantiated proof of claim); <u>In</u>
<u>re Allegheny Int'l., Inc.</u>, 954 F.2d 167, 173 (3d Cir. 1992) (in its initial proof of claim filing,
claimant must allege facts sufficient to support claim); <u>In re Chiro Plus, Inc.</u>, 339 B.R. 111, 113
(Bankr. D. N.J. 2006) (claimant bears initial burden of sufficiently alleging claim and
establishing facts to support legal liability); <u>In re Armstrong Finishing, L.L.C.</u>, No. 99-11576-
C11, 2001 WL 1700029, at *2 (Bankr. M.D.N.C. May 2, 2001) (only when claimant alleges

facts sufficient to support its proof of claim is it entitled to have claim considered <u>prima</u> <u>facie</u>

valid); <u>In re United Cos. Fin. Corp.</u>, 267 B.R. 524, 527 (Bankr. D. Del. 2000) (claimant must

allege facts sufficient to support legal basis for its claim to have claim make <u>prima</u> <u>facie</u> case).

          14.     For purposes of sufficiency, this Court has determined that the standard of

whether a claimant has met its initial burden of proof to establish a claim should be similar to the

standard employed by courts in deciding a motion to dismiss under Bankruptcy Rules 7012 and

9014.  <u>See</u> Transcript of January 12, 2007 Hearing (Docket No. 7118) (the "January 12, 2007

Transcript") at 52:24-53:1.  Pursuant to that standard, a motion to dismiss should be granted if a

claimant fails to make "'[f]actual allegations . . . enough to raise a right to relief above the

speculative level [to a plausible level],' assuming (of course) that all the allegations in the

complaint are true." <u>Bradley v. Rell</u>, No. 1:07-CV-0148, 2010 U.S. Dist. LEXIS 29606, at *13

(N.D.N.Y. Mar. 25, 2010) (<u>quoting</u> <u>Bell Atl. Corp. v. Twombly</u>, 550 U.S 544, 555 (2007)).

Essentially, the claimant must provide facts that plausibly support a legal liability against the

Debtors.

          15.     This Court further established that the sufficiency hearing standard is

consistent with Bankruptcy Rule 3001(f), which states that "a proof of claim executed and filed

in accordance with <u>these</u> <u>Rules</u> shall constitute <u>prima</u> <u>facie</u> evidence of the validity and amount

of the claim."  Fed. R. Bankr. P. 3001(f) (emphasis added).  Likewise, Bankruptcy Rule 3001(a)

requires that "the proof of claim shall conform substantially to the appropriate Official Form"

and Bankruptcy Rule 3001(c) requires that "when a claim . . . is based on a writing, the original

or a duplicate shall be filed with the proof of claim." Fed. R. Bankr. P. 3001(a), (c).  <u>See</u> January

12, 2007 Transcript at 52:17-22.

E.       Argument Regarding The Claim

   16. The Claim Has Been Satisfied In Full.  On July 29, 2009, the Debtors

issued three separate checks to the Claimant in the amounts of: (a) $741,109.45, (b) $354,497.36,

and (c) $34,585.11.  These checks were submitted to the Claimaint together with payment

remittance forms provided by the Claimant to satisfy the workers' compensation fund

assessments asserted in the Claim.  The total amount of the three checks referenced above was

$1,130,191.92 – the same amount asserted on the Claim.  The completed payment remittance

forms along with copies of the checks are attached hereto as Exhibit A and copies of the three

cleared checks are attached hereto as Exhibit B.

   17. Accordingly, the Reorganized Debtors believe that the Claim has been

paid in full and assert that (a) the Michigan Funds Administration has not met its burden of proof

to establish a claim against or interest in the Debtors, (b) administrative expense claim number

19168 is not entitled to a presumption of prima facie validity pursuant to Bankruptcy Rule

3001(f), and (c) the Claim fails to state a claim against the Reorganized Debtors under

Bankruptcy Rule 7012.  Because the Michigan Funds Administration cannot provide facts or law

supporting the Claim, the Forty-Sixth Omnibus Claims Objection should be sustained as to

administrative expense claim number 19168, and the Claim should be disallowed and expunged

in its entirety.

WHEREFORE the Reorganized Debtors respectfully request this Court enter an

order (a) sustaining the objection with respect to the Claim, (b) disallowing and expunging the

Claim in its entirety, and (c) granting such further and other relief this Court deems just and

proper.

Dated:    New York, New York
          August 17, 2010

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By:   /s/ John Wm. Butler, Jr.
                                    John Wm. Butler, Jr.
                                    John K. Lyons
                                    Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                    - and -

                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                 Reorganized Debtors

**Exhibit A**



# Sedgwick CMS

Sedgwick Claims Management Services, Inc.
25330 Telegraph Road Southfield, MI 48033

Phone: 248-603-8167 Fax: 248-223-6358

August 4, 2009

**Via Certfied Mail – Return Receipt – 7004-1160-0001-8367-7245**

Ms. Valerie Hart, Assessment Coordinator
State of Michigan
7201 W. Saginaw Hwy, Ste 110
Lansing, Michigan 48917

**Re:    Delphi Corporation – Annual Assessments**

Enclosed are checks for Delphi Corporation for the following Michigan assessments:

Silicosis, Dust Disease & Logging - Check No. 21250199 – Amount $34,585.11

Second Injury Fund – Check No. 21250197 – Amount $354,497.36

Self Insurers' Security Fund – Check No. 21250198 – Amount $741,109.45

If you have any questions, or need additional information, please feel free to give me a call at
248-603-8167.

Sincerely,

Sheila M. Gerard
Data Analyst IV

/SMG
Enclosures (noted above)

# PLEASE COMPLETE THIS FORM AND RETURN IT (BOTH FRONT AND BACK SIDES) WITH YOUR REMITTANCE IN FULL BY SEPTEMBER 23, 2009 TO:

**State of Michigan - Second Injury Fund**
**7201 W. Saginaw Hwy., Ste. 110**
**Lansing, MI 48917**

**RECEIVED**

**JUL 21 2009**

**Attention: Valerie A. Hart, Assessment Coordinator**

**DNBC**

**\*\*EACH FUND CHECK AND THIS DOCUMENT CAN BE MAILED IN THE SAME ENVELOPE. IT IS IMPERATIVE THAT YOU RETURN THIS DOCUMENT WITH YOUR PARTY AND REFERENCE NUMBERS INCLUDED TO INSURE PROPER CREDIT TO YOUR ACCOUNT\*\***

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI AUTOMOTIVE SYSTEMS CORP.
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

Funds Administration Party #: 12933

REFERENCE NUMBER: 49906 (Please use this reference number in your correspondence.)

Our total amount of Michigan workers' compensation benefits, including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during **calendar year 2008** was:

$ _24,703,648.45_

**0.01435** of the above amount is $ _354,497.36_ for which remittance is enclosed.

Please complete the fields in **bold** below and complete the company name and address if different than what is listed on the address above

Company Name _Delphi Corporation_ FED ID# _38.3430473_

Address _5825 Delphi Drive, M-c-480-410-104, Troy, MI 48098_

Contact Person/Title _Mark Fraylick, Manager, WC_ Telephone # _248.813.1252_

E-Mail _mark.a.fraylick@delphi.com_

Completed By/Title _Sheila W. Gerard, Data Analyst_ Telephone # _248.603.8167_

Please contact your service company to verify who is to make payment of this invoice as to avoid duplicate payment.

Service Company (if applicable) _Sedgwick Claims Management Services_

Service Company Telephone #. _248.603.8167_ Date _8|4|09_

Sedgwick Claims Management Services, Inc
P.O. Box 14422
Lexington KY 40512-4422

RECEIVED

AUG 04 2009

DNBC

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 07/29/2009 | 354,497.36 | 0021250197 |

| PAYEE | | TAX ID |
|-------|--|--------|
| STATE OF MICHIGAN - SECOD INJURY FUND | | *****0134 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 Sedgwick Claims Management Services | 001 |

000100    0021250197 00144 OF 00146 0AM 090729 1032

SEDGWICK CMS
25330 TELEGRAPH ROAD - SUITE 440
TAKELA HARRIS/SHEILA GERARD
SOUTHFIELD, MI 48033

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

```
    Amt Paid:    354497.36      Description: State Assessment
    Amt Billed:  354497.36      Invoice: Ref No 49906    ICN:
        Dates: 07/29/2009 - 07/29/2009   Comment: Delphi MI Annual Assessemnt 2nd Injury - Fund#12933
```

estions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|--------|------|-----------|-------|
| 1824856 | 07/29/2009 | 0021250197 | 311 |

PAY
ONLY   *354497.36
       THREE  FIVE  FOUR  FOUR  NINE  SEVEN  36

000100 00000 00000 0021250197 00144 OF 00146 0AM 090729 1032

PAY    *THREE HUNDRED FIFTY FOUR THOUSAND FOUR HUNDRED*
       *NINETY SEVEN AND 36/100 DOLLARS*

                                          $354497.36
                                  Delphi Automotive Systems, Principal
                                  Sedgwick Claims Management Services, Inc, Agent
                                  BY:

TO     STATE OF MICHIGAN - SECOD INJURY FUND
THE
ORDER
OF
achovia, N.A. Bank                VOID AFTER 60 DAYS
ilmington, DE

⑆002125019 7⑈ ⑆031100225⑆ 207995005 9703⑈

07/14/2010  8:53AM

## PLEASE COMPLETE THIS FORM AND RETURN IT (BOTH FRONT AND BACK SIDES) WITH YOUR REMITTANCE IN FULL BY SEPTEMBER 23, 2009 TO:

State of Michigan - Silicosis, Dust Disease and Logging Industry Compensation Fund
7201 W. Saginaw Hwy., Ste. 110
Lansing, MI  48917

RECEIVED

JUL 21 2009

Attention: Valerie A. Hart, Assessment Coordinator

DNBC

**\*\*EACH FUND CHECK AND THIS DOCUMENT CAN BE MAILED IN THE SAME ENVELOPE.  IT IS IMPERATIVE THAT YOU RETURN THIS DOCUMENT WITH YOUR PARTY AND REFERENCE NUMBERS INCLUDED TO INSURE PROPER CREDIT TO YOUR ACCOUNT\*\***

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI AUTOMOTIVE SYSTEMS CORP.
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

Funds Administration Party #: 12933

REFERENCE NUMBER: 50671 (Please use this reference number in your correspondence.)

Our total amount of Michigan workers' compensation benefits, including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during **calendar year 2008** was:

$ _24,703,648.45_

**0.0014** of the above amount is $ _34,585.11_ for which remittance is enclosed.

Please complete the fields in **bold** below and complete the company name and address if different than what is listed on the address above

Company Name _Delphi Corporation_                FED ID# _38-3430473_

Address _5825 Delphi Drive-M/C 480.410.104, Troy, MI 48098_

Contact Person/Title _Mark Fraylick, Mgr. Work Comp_ Telephone # _248.813.1252_

E-Mail _mork.a.fraylick@delphi.co_

**Completed By/Title** _Sheila M. Gerard, Dcta Anelist_ Telephone # _248.603.8167_

**Please contact your service company to verify who is to make payment of this invoice as to avoid duplicate payment.**

Service Company (if applicable) _Sedgwick Claims Management Services_

**Service Company Telephone #** _248.603.8167_          Date _8/4/09_

Sedgwick Claims Management Services, Inc
P.O. Box 14422
Lexington KY 40512-4422

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 07/29/2009 | 34,585.11 | 0021250199 |

| PAYEE | TAX ID |
|-------|--------|
| STATE OF MICHIGAN-SILICOSIS, DUST DISEAS*****0134 | |

**RECEIVED**

**AUG 03 2009**

**DNBC**

| SCMS UNIT | PAGE |
|-----------|------|
| 182 Sedgwick Claims Management Services | 001 |

000102       0021250199 00146 OF 00146 OAM 090729 1032

SEDGWICK CMS
25330 TELEGRAPH ROAD - SUITE 440
ATTN: TAKELA HARRIS/SHEILA GERARD
SOUTHFIELD, MI 48033

| Claimant Name | | Loss Date | Claim Number | SSN |
|---------------|--|-----------|--------------|-----|
| | | | | |

```
    Amt Paid:   34585.11      Description: State Assessment
    Amt Billed: 34585.11         Invoice: 50671          ICN:
         Dates: 07/29/2009 - 07/29/2009      Comment: Delphi MI assesement - Silicosis Dust Fund - Fund#12
```

uestions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - DO NOT CASH IF THE WORD VOID IS VISIBLE     BIVAL FRM (02/28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 82-22 |
|--------|------|-----------|-------|
| 182185E | 07/29/2009 | 0021250199 | 311 |

**PAY ONLY** 3 4 5 8 5 11

000102 00000 00000 0021250199 00146 OF 00146 OAM 090729 1032

PAY    *THIRTY FOUR THOUSAND FIVE HUNDRED EIGHTY FIVE*
       *AND 11/100 DOLLARS*

$34585.11

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

TO
THE         STATE OF MICHIGAN-SILICOSIS, DUST DISEAS
ORDER
OF

Wachovia, N.A. Bank
Wilmington, DE                    VOID AFTER 60 DAYS

DOCUMENT CONTAINS A TRUE WATERMARK. DO NOT CASH IF THE WATERMARK IS NOT VISIBLE. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES.

⑈"0021250199"⑈ ⑈031100225⑈ 20799500597 03⑈"

# PLEASE COMPLETE THIS FORM AND RETURN IT (BOTH FRONT AND BACK SIDES) WITH YOUR REMITTANCE IN FULL BY SEPTEMBER 23, 2009 TO:

**State of Michigan - Self-Insurers' Security Fund**
**7201 W. Saginaw Hwy., Ste. 110**
**Lansing, MI 48917**

RECEIVED

**Attention: Valerie A. Hart, Assessment Coordinator**

**\*\*EACH FUND CHECK AND THIS DOCUMENT CAN BE MAILED IN THE SAME ENVELOPE. IT IS IMPERATIVE THAT YOU RETURN THIS DOCUMENT WITH YOUR PARTY AND REFERENCE NUMBERS INCLUDED TO INSURE PROPER CREDIT TO YOUR ACCOUNT\*\***

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI AUTOMOTIVE SYSTEMS CORP.
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

Funds Administration Party #: 12933

REFERENCE NUMBER: 49133 (Please use this reference number in your correspondence.)

Our total amount of Michigan workers' compensation benefits, including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during **calendar year 2008** was:

$ _24,703,648.45_

0.03 of the above amount is $ _741,109.45_ for which remittance is enclosed.

Please complete the fields in **bold** below and complete the company name and address if different than what is listed on the address above

Company Name _Delphi Corporation_ FED ID# _38-3430473_

Address _5825 Delphi Drive|M-C480-410-104, Troy, MI 48098_

Contact Person/Title _Mark Fraylick, Manager WC_ Telephone # _248.813.1252_

E-Mail _mark.a.fraylick@delphi.com_

Completed By/Title _Sheila M. Gerard, Data Analyst_ Telephone # _248.603.8167_

Please contact your service company to verify who is to make payment of this invoice as to avoid duplicate payment.

Service Company (if applicable) _Sedgwick Claims Management Services_

Service Company Telephone # _248.603.8167_ Date _8/4/09_

Sedgwick Claims Management Services, Inc
P.O. Box 14422
Lexington  KY  40512-4422

RECEIVED
AUG 03 2009
DNBC

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 07/29/2009 | 741,109.45 | 0021250198 |

| PAYEE | TAX ID |
|---|---|
| STATE OF MICHIGAN | ****0134 |

| SCMS UNIT | PAGE |
|---|---|
| 182 Sedgwick Claims Management Services | 001 |

000101        0021250198 00145 OF 00146 OAM 090729 1032

SEDGWICK CMS
25330 TELEGRAPH ROAD - SUITE 440
ATTN:  TAKELA HARRIS/SHEILA GERARD
SOUTHFIELD, MI  48033

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|

```
Amt Paid:   741109.45      Description: State Assessment
Amt Billed: 741109.45        Invoice: 49133      ICN:
    Dates: 07/29/2009 - 07/29/2009   Comment: Delphi MI Assessment - SI Security Fund - Fund#12933
```

uestions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

DELPHI.FRM (02-28-01)

Sedgwick Claims Management Services, Inc.
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|---|---|---|---|
| 182 1856 | 07/29/2009 | 0021250198 | 311 |



PAY ONLY  741109 45
SEVEN FOUR ONE ONE ZERO NINE

000101 00000 00000 0021250198 00146 OAM 090729 1032

PAY    *SEVEN HUNDRED FORTY ONE THOUSAND ONE HUNDRED NINE*
       *AND 45/100 DOLLARS*

TO     STATE OF MICHIGAN
THE    SELF INSURERS' SECURITY FUND
ORDER
OF

$741,109.45

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

Wachovia, N.A. Bank
Wilmington, DE           VOID AFTER 60  DAYS

⑈"0021250198⑈"  ⑆031100225⑆  2079950059703⑈"

## Exhibit B

Wachovia Connection Image Viewer       Page 1 of 1
05-44481-rdd   Doc 20512   Filed 08/17/10   Entered 08/17/10 19:35:29   Main Document
Pg 18 of 20

| Account | Serial Number | Date | Amount |
|---|---|---|---|
| 2079950059703 | 21250199 | 08/14/2009 | $34,585.11 |



Wachovia certifies that the above image accurately represents the physical item from which it was produced.

Wachovia Connection Image Viewer        Page 1 of 1
05-44481-rdd    Doc 20512    Filed 08/17/10    Entered 08/17/10 19:35:29    Main Document
Pg 19 of 20

| Account | Serial Number | Date | Amount |
|---|---|---|---|
| 2079950059703 | 21250198 | 08/14/2009 | $741,109.45 |



Wachovia certifies that the above image accurately represents the physical item from which it was produced.

| Account | Serial Number | Date | Amount |
|---------|---------------|------|--------|
| 2079950059703 | 21250197 | 08/14/2009 | $354,497.36 |



Wachovia certifies that the above image accurately represents the physical item from which it was produced.