SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
    In re                                :       Chapter 11
                                               :
DPH HOLDINGS CORP., et al.,         :       Case No. 05-44481 (RDD)
                                               :
                                               :       (Jointly Administered)
          Reorganized Debtors.      :
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' NOTICE OF WITHDRAWAL OF
DEBTORS' THIRTY-FIFTH OMNIBUS CLAIMS OBJECTION
WITH RESPECT TO PROOFS OF CLAIM NUMBERS 5408 AND 7269

("NOTICE OF WITHDRAWAL OF THIRTY-FIFTH OMNIBUS CLAIMS
OBJECTION WITH RESPECT TO CERTAIN PROOFS OF CLAIM")

PLEASE TAKE NOTICE that Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), predecessors of DPH Holdings Corp. and certain of its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), objected to proofs of claim numbers 5408 and 7269 (together, the "Proofs of Claim"), filed by certain parties set forth on Exhibit A (together, the "Claimants"), in the Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826) (the "Thirty-Fifth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors are withdrawing the Thirty-Fifth Omnibus Claims Objection with respect to the Proofs of Claim.

2

PLEASE TAKE FURTHER NOTICE that in accordance with Articles 1.9 and 9.6(b) of the Modified Plan and 11 U.S.C § 502, the Proofs of Claim will be allowed as general unsecured non-priority claims in the amounts set forth in Column K of <u>Exhibit A</u> which reflects the amount asserted on the Proofs of Claim as modified by the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 (I) Expunging (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) An Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modifying Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallowing Certain Union Claims, And (IV) Modifying And Allowing Certain Settled Claims Identified In The Thirty-Fourth Omnibus Claims Objection (Docket No. 18637).

Dated:   New York, New York
         August 17, 2010

                                     SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP

                                     By:   /s/ John Wm. Butler, Jr.
                                            John Wm. Butler, Jr.
                                            John K. Lyons
                                            Ron E. Meisler
                                   155 North Wacker Drive
                                   Chicago, Illinois 60606

                                     - and -

                                   Four Times Square
                                   New York, New York 10036

                                   Attorneys for DPH Holdings Corp., <u>et al.</u>,
                                     Reorganized Debtors

# EXHIBIT A

| A | B | C | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Debtor Named On Proof Of Claim | Asserted Amount | Asserted Classification | Omnibus Claims Objection Order | Docket No. Of Omnibus Claims Objection Order | Debtor Against Which Claim Will Be Allowed | Allowed Amount | Allowed Classification |
| 5408 | 5/9/2006 | COOK GARY L | DELPHI AUTOMOTIVE SYSTEMS LLC | UNLIQUIDATED | UNSECURED PRIORITY | THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION | 18637 | DELPHI AUTOMOTIVE SYSTEMS LLC | $0.00 | GENERAL UNSECURED |
| 7269 | 6/1/2006 | BURNS BOBBIE L | DELPHI AUTOMOTIVE SYSTEMS LLC | UNLIQUIDATED | UNSECURED PRIORITY AND GENERAL UNSECURED | THIRTY-FOURTH OMNIBUS CLAIMS OBJECTION | 18637 | DELPHI AUTOMOTIVE SYSTEMS LLC | $0.00 | GENERAL UNSECURED |