SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
|---|---|
| In re : | Chapter 11 |
| DPH HOLDINGS CORP., et al., : | Case No. 05-44481 (RDD) |
| : | (Jointly Administered) |
| Reorganized Debtors. : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

REORGANIZED DEBTORS' NOTICE OF WITHDRAWAL OF
DEBTORS' TWENTY-SEVENTH OMNIBUS CLAIMS OBJECTION
<u>WITH RESPECT TO PROOFS OF CLAIM NUMBERS 805, 2387, 11854, AND 15469</u>

("NOTICE OF WITHDRAWAL OF TWENTY-SEVENTH OMNIBUS CLAIMS
OBJECTION WITH RESPECT TO CERTAIN PROOFS OF CLAIM")

PLEASE TAKE NOTICE that Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), predecessors to DPH Holdings Corp. and certain of its affiliated reorganized debtors (collectively, the "Reorganized Debtors"), objected to proofs of claim numbers 805, 2387, 11854, and 15469 (together, the "Proofs of Claim"), filed by certain parties set forth on Exhibit A (together, the "Claimants"), in the Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments (Docket No. 12687) (the "Twenty-Seventh Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors are withdrawing the Twenty-Seventh Omnibus Claims Objection with respect to the Proofs of Claim.

PLEASE TAKE FURTHER NOTICE that in accordance with Articles 1.9 and 9.6(b) of the Modified Plan and 11 U.S.C § 502, the Proofs of Claim will be allowed as general unsecured non-priority claims in the amounts set forth in Column K of <u>Exhibit A</u> which reflects either (a) the amount asserted on the Proofs of Claim as modified by prior orders of this Court or (b) if a Proof of Claim has not been subject to modification under a prior order of this Court, the asserted amount on the Proof of Claim.

Dated: New York, New York
August 17, 2010

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

        By: /s/ John Wm. Butler, Jr.
           John Wm. Butler, Jr.
           John K. Lyons
           Ron E. Meisler
        155 North Wacker Drive
        Chicago, Illinois 60606

          - and -

        Four Times Square
        New York, New York 10036

        Attorneys for DPH Holdings Corp., <u>et al.</u>,
          Reorganized Debtors

# EXHIBIT A

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Proof Of Claim Number | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Debtor Named On Proof Of Claim | Asserted Amount | Asserted Classification | Omnibus Claims Objection Order | Docket No. Of Omnibus Claims Objection Order | Debtor Against Which Claim Will Be Allowed | Allowed Amount | Allowed Classification |
| 805 | 11/22/2005 | ZYLUX ACOUSTIC CORP. | LIQUIDITY SOLUTIONS, INC. (D/B/A REVENUE MANAGEMENT) AS ASSIGNEE OF ZYLUX ACOUSTIC CORPORATION | DELPHI DELCO ELECTRONICS SYSTEM | $310,941.94 | SECURED | FIFTEENTH OMNIBUS CLAIMS OBJECTION | 8443 | DELPHI AUTOMOTIVE SYSTEMS LLC | $291,767.68 | GENERAL UNSECURED |
| 2387 | 3/24/2006 | REVENUE MANAGEMENT AS ASSIGNEE OF DETROIT HEADING LLC | LIQUIDITY SOLUTIONS, INC. (D/B/A REVENUE MANAGEMENT) AS ASSIGNEE OF DETROIT HEADING, LLC | DELPHI AUTOMOTIVE SYSTEMS LLC | $61,578.63 | GENERAL UNSECURED | THIRTEENTH OMNIBUS CLAIMS OBJECTION | 8441 | DELPHI AUTOMOTIVE SYSTEMS LLC | $60,876.94 | GENERAL UNSECURED |
| 11854 | 7/28/2006 | CAPITAL MARKETS AS ASSIGNEE OF ST MARYS CARBON CO INC | LIQUIDITY SOLUTIONS, INC. (D/B/A CAPITAL MARKETS) AS ASSIGNEE OF ST MARY'S CARBON CO. INC. | DELPHI AUTOMOTIVE SYSTEMS LLC | $49,788.00 | GENERAL UNSECURED | N/A | N/A | DELPHI AUTOMOTIVE SYSTEMS LLC | $49,788.00 | GENERAL UNSECURED |
| 15469 | 7/31/2006 | LIQUIDITY SOLUTIONS, INC. DBA REVENUE MANAGEMENT AS ASSIGNEE OF FREEWAY CORPORATION | LIQUIDITY SOLUTIONS, INC. (D/B/A REVENUE MANAGEMENT) AS ASSIGNEE OF FREEWAY CORPORATION | DELPHI AUTOMOTIVE SYSTEMS LLC | $1,501.00 | GENERAL UNSECURED | N/A | N/A | DELPHI AUTOMOTIVE SYSTEMS LLC | $1,501.00 | GENERAL UNSECURED |