HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail:  jcalton@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                              :
　　　In re                         :    Chapter 11
                                              :
**DELPHI CORPORATION et al.,**    :    Case No. 05-44481 (RDD)
                                              :
　　　　　Debtors.          :    (Jointly Administered)
                                              :
-----------------------------------------------------------x

**SUPPLEMENT TO VERIFIED STATEMENT UNDER FEDERAL RULE**
**OF BANKRUPTCY PROCEDURE 2019 OF HONIGMAN**
**MILLER SCHWARTZ AND COHN LLP RELATING**
**TO REPRESENTATION OF PREFERENCE DEFENDANTS**

　　　Honigman Miller Schwartz and Cohn LLP ("Honigman"), for its Supplement to Verified Statement Under Federal Rule Of Bankruptcy Procedure 2019 Of Honigman Miller Schwartz And Cohn LLP Relating To Representation of Preference Defendants submits as follows:

　　　1.　　On June 7, 2010, Honigman filed the Verified Statement Under Federal Rule of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP Relating to Representation of Preference Defendants (the "Verified Statement ") (D.I. 20222).  In the Verified Statement, Honigman disclosed that it was representing Defendants in six preference adversary proceedings.

2. Honigman now supplements the Verified Statement to disclose that it is also representing Defendant West Michigan Spline, Inc. ("Spline") in *Delphi Corporation et al. v. West Michigan Spline, Inc.*, Adv. Pro. No. 07-02600.

3. Spline is filing a motion to dismiss the preference adversary proceeding against it which will also be filed in the main bankruptcy case because the motion also seeks the relief of vacatur of orders entered in the main case. Thus Honigman is representing Spline in the main case to the extent Spline seeks vacatur.

4. Honigman is coordinating with counsel for defendants in other preference adversary proceedings where Honigman is not representing any of the parties on matters of common interest in the preference litigation. Such coordination does not constitute a committee of defendants.

5. Spline had a prepetition relationship with one or more of the Debtors as a supplier.

6. Honigman is representing each of its clients individually and its clients do not comprise a committee of any kind.

7. Honigman has no written contracts or representation agreements with Spline, other than an engagement letter.

8. Honigman represented one or more of the Debtors prepetition, primarily in property tax appeal and intellectual property matters, and held an unsecured claim against one or more of the Debtors. Honigman did not hold any equity interests in Debtors.

9. Honigman reserves the right to supplement or amend this Declaration.

10. I make this verified statement under penalty of perjury under the law of the State of Michigan.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Judy B. Calton _____
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7344
e-mail: jcalton@honigman.com

Dated: August 20, 2010

DETROIT.4212217.2

3