Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice*
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Hearing Date: September 24, 2010 at 10:00 a.m.
Objection Deadline: September 17, 2010

Attorneys for OFFICIAL COMMITTEE OF
ELIGIBLE SALARIED RETIREES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
In re:

DPH HOLDINGS CORP., et al.,


        Reorganized Debtors.
----------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## NOTICE OF HEARING REGARDING FINAL REPORT OF THE OFFICIAL COMMITTEE OF RETIRED SALARIED EMPLOYEES PURSUANT TO 11 U.S.C. § 1114(d) AND REQUEST FOR INSTRUCTIONS

PLEASE TAKE NOTICE that a hearing to consider the final report and request for further instructions of the Official Committee of Retired Salaried Employees shall be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, Courtroom 118, Hon. Charles L. Brieant, Jr., Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601-4140, New York, New York on September 24, 2010, at 10: a.m. (prevailing eastern time), or as soon thereafter as counsel can be heard (the "Hearing Date").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Federal Rules of Bankruptcy

Procedure and the Local Bankruptcy Rules for the Bankruptcy Court of the Southern District of New York, set forth the basis for the objection and the specific grounds therefore, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, and served in accordance with the "Nineteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures" dated May 25, 2010 (Docket No. 19774) (the "Procedures Order") and upon counsel for the Official Committee of Retired Salaried Employees, Farella Braun + Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, California 94104 (Attn: Dean M. Gloster), on or before September 17, 2010.

Dated: San Francisco, California
       August 20, 2010

                        FARELLA BRAUN & MARTEL LLP

                        By: /s/ Neil A. Goteiner
                           Neil A. Goteiner
                           Dean M. Gloster

                        235 Montgomery Street, 17th Floor
                        San Francisco, California 94104
                        (415) 954-4400

                        Attorneys for OFFICIAL COMMITTEE OF
                        ELIGIBLE SALARIED RETIREES