# 1114 Committee Report - Exhibit A

## 2010 Delphi Retirees Enrolled in DSRA Benefit Trust Medical Coverage

| Plan | Jan | Feb | March | April | May | June | July |
|---|---|---|---|---|---|---|---|
| **Non-HCTC** | | | | | | | |
| Gold | 79 | 79 | 75 | | | | |
| Silver | 47 | 42 | 44 | | | | |
| Bronze | 41 | 40 | 40 | | | | |
| Medicare Supplement | 20 | 21 | 21 | | | | |
| Total | 187 | 182 | 180 | | | | |
| **HCTC** | | | | | | | |
| Gold | 3,408 | 3435 | 3459 | | | | |
| Silver | 80 | 83 | 78 | | | | |
| Bronze | 65 | 69 | 64 | | | | |
| Total | 3,553 | 3,587 | 3,601 | | | | |
| **Post - 65 Hartford Plan** | | | | | | | |
| Standard | 185 | 195 | 211 | | | | |
| Premium | 55 | 57 | 61 | | | | |
| Total | 240 | 252 | 272 | | | | |
| **Dental/Vision Only** | | | | | | | |
| Dental & Vision Only | 465 | 495 | 462 | | | | |
| Dental Only | 106 | 102 | 103 | | | | |
| Vision Only | 93 | 104 | 96 | | | | |
| Total | 664 | 701 | 661 | | | | |
| Grand Total | 4,644 | 4,722 | 4,714 | | | | |