# EXHIBIT B-1

| DSRA Trust Income: | $ | Comments: |
|---|---:|---|
| Delphi Settlement- Administration | 500,000 | Payment May 2009 |
| Delphi Settlement- Hardship | 1,000,000 | Payment May 2010 |
| Delphi Settlement- Subsidy | 7,250,000 | Payments June thru October 2009 |
| Sub-Total | 8,750,000 | |
| Interest | 10,238 | |
| Total Trust Income | 8,760,238 | |
| | | |
| Trust Expenses: | | |
| Subsidy Payments | 101,156 | Insurance Subsidy |
| Hardship Payments | 32,333 | Qualified Hardship cases |
| Sub-Total | 133,489 | |
| Legal | 59,290 | Stahl Cowen |
| Insurance & Bond | 20,397 | Crum Forester & Hartford |
| Travel Expense | 11,368 | Roadshows and DRSA Summit |
| Office Supplies & Phone | 13,636 | |
| Banking & Trustee Fees | 6,570 | |
| Training Expense | 6,225 | ERISA, HIPPA & Fiduciary |
| Other Expenses | - | |
| | 250,975 | |
| | | |
| DSRA Trust Balance as 12/31/09 | 8,509,263 | |