# EXHIBIT B-2

## VEBA Financials - 1114 Committee Report
As of March 31, 2010

| as of March 31, 2009 Combined | Jan | Feb | March | Total |
|---|---:|---:|---:|---:|
| Deposits/Income (Base $7,250,000) | $ 7,162,835 | | | |
| Hardship (Base $1,000,000) | $ 959,626 | $ - | $ - | $ 959,626 |
| Administration 1050017416 (Base $500,000) | $ 386,800 | $ - | $ - | $ 386,800 |
| Subsidy | $ - | $ - | $ - | $ - |
| Interest Subsidy | $ 2,526 | $ 2,273 | $ 2,489 | $ 7,287 |
| | | | | |
| Total (Base $8,750,000) | $ 8,511,787 | $ 2,273 | $ 2,489 | $ 8,516,549 |
| | | | | |
| **Administration Expenses** | | | | |
| Banking | $ 1,808 | $ 53 | $ 53 | $ 1,914 |
| Trustee & Invest Mgr | $ - | $ - | $ - | $ - |
| Custodian | $ - | $ - | $ - | $ - |
| Insurance | $ - | $ - | $ - | $ - |
| Bond | $ - | $ - | $ - | $ - |
| Actuary | $ - | $ - | $ - | $ - |
| IRS | $ - | $ - | $ - | $ - |
| Legal | $ - | $ 25,214 | $ 6,092 | $ 31,305 |
| Office Supplies/Phone | $ 428 | $ 3,950 | $ 242 | $ 4,619 |
| Audit | $ - | $ - | $ - | $ - |
| Investment Manager | $ - | $ - | $ - | $ - |
| ZIMBRA (HIPPA Security) | $ - | $ - | $ - | $ - |
| ERISA / HIPPA Training | $ - | $ - | $ - | $ - |
| Travel Expense | $ 204 | $ 1,313 | $ - | $ 1,517 |
| Hardship Legal | $ - | $ - | $ - | $ - |
| Hardship Supplies | $ 486 | $ - | $ - | $ 486 |
| Total | $ 2,926 | $ 30,530 | $ 6,386 | $ 39,842 |
| | | | | |
| Hardship Payments | $ 1,572 | $ 1,275 | $ 4,636 | $ 7,483 |
| Subsidy Payments | $ 32,302 | $ 1,074 | $ 91,844 | $ 125,220 |
| | | | | |
| Combined Balance | $ 8,474,987 | $ 8,444,382 | $ 8,344,004 | $ 8,344,004 |

| MEMO: Hardship Fund | Jan | Feb | March |
|---|---:|---:|---:|
| Hardship Balance | $ 959,626 | $ 957,568 | $ 956,293 |
| Hardship Expenses | $ 486 | $ - | $ - |
| Hardship Payments | $ 1,572 | $ 1,275 | $ 4,636 |
| Balance | $ 957,568 | $ 956,293 | $ 951,657 |