Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice*
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Hearing Date: September 24, 2010 at 10:00 a.m.
Objection Deadline: September 17, 2010

Attorneys for OFFICIAL COMMITTEE OF
ELIGIBLE SALARIED RETIREES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x    Chapter 11
                                                   :
    In re:                                         :    Case No. 05-44481 (RDD)
                                                   :
DPH HOLDINGS CORP., et al.,                        :    (Jointly Administered)
                                                   :
                                                   :
                                                   :
            Reorganized Debtors.                   :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

Documents Served:    NOTICE OF HEARING REBGARDING FINAL REPORT OF THE OFFICIAL COMMITTEE OF RETIRED SALARIED EMPLOYEES PURSUANT TO 11 U.S.C. § 1114(d) AND REQUEST FOR INSTRUCTIONS; and

FINAL REPORT OF THE OFFICIAL COMMITTEE OF RETIRED SALARIED EMPLOYEES PURSUANT TO 11 U.S.C. § 1114(d) AND REQUEST FOR INSTRUCTIONS

I hereby certify that a copy of the documents listed above were served upon its filing on August 20, 2010, to the parties receiving electronic notice through the Court's ECF system in the above-referenced case, and by facsimile on August 20, 2010, to the parties listed below:

24292\2350405.1

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.
Facsimile: (312) 407-0411

Co-Counsel for Delphi Salaried Retirees
  Association Benefit Trust VEBA Committee
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York 10169
Attn: Timothy T. Brock; Abigail Snow
Facsimile: (212) 818-9606
        and
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
Attn: Patricia L. Beaty
Facsimile: (317) 636-1507

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard
Facsimile: (212) 668-2255

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on August 20, 2010, at San Francisco, California.

/s/     *Barbara Arzio*
        Barbara Arzio