Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice*
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for OFFICIAL COMMITTEE OF
ELIGIBLE SALARIED RETIREES

Hearing Date: September 24, 2010 at 10:00 a.m.
Objection Deadline: September 17, 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x    Chapter 11
                                                 :
In re:                                           :    Case No. 05-44481 (RDD)
                                                 :
DPH HOLDINGS CORP., et al.,                      :    (Jointly Administered)
                                                 :
                                                 :
                                                 :
           Reorganized Debtors.                  :
------------------------------------------------x

## CERTIFICATE OF SERVICE

Document Served:    OPPOSITION BY OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES TO MOTION OF THE VEBA COMMITTEE FOR THE DELPHI SALARIED RETIREES ASSOCIATION BENEFIT TRUST TO (I) COMPEL THE OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES TO FILE ITS FINAL REPORT WITH THE COURT AND (II) TO DIRECT THE OFFICE OF THE UNITED STATES TRUSTEE TO DISBAND THE OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES

I hereby certify that a copy of the documents listed above were served upon its filing on

August 20, 2010, to the parties receiving electronic notice through the Court's ECF system in the

above-referenced case, and by facsimile on August 20, 2010, to the parties listed below:

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.
Facsimile: (312) 407-0411

Co-Counsel for Delphi Salaried Retirees
  Association Benefit Trust VEBA Committee
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York 10169
Attn: Timothy T. Brock; Abigail Snow
Facsimile: (212) 818-9606
        and
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
Attn: Patricia L. Beaty
Facsimile: (317) 636-1507

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard
Facsimile: (212) 668-2255

   I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on August 20, 2010, at San Francisco, California.

            /s/   *Barbara Arzio*
               Barbara Arzio