**PLEASE COMPLETE AND RETURN THIS FORM BY FEBRUARY 26, 2009.**

State of Michigan
Funds Administration
7201 W. Saginaw Hwy., Ste. 110
Lansing, Michigan 48917

12933

ATTN: Dennis S. Morrill, Funds Administrator

Our total amount of Michigan workers' compensation benefits, including redemption settlements, but excluding medical benefits, rehabilitation payments, and funeral costs paid during calendar year 2008 is:

$ __24,703,648.45__

This figure does not include monies reimbursed by the Second Injury Fund, Silicosis, Dust Disease and Logging Industry Compensation, or Compensation Supplement Fund.

→Please provide complete contact information including an e-mail address←

Company Name __Delphi Corporation__ Federal ID # __38-3430473__

Address __5825 Delphi Drive, MC 480-410-104, Troy, MI 48091__

Contact Person/Telephone Number of Company __Mark Fraylick__ / Telephone __248.813.1252__

E-mail Address __mark.a.fraylick@delphi.com__

Certified Correct By __[signature]__ Title __Manager, Workers' Compensation__

Service Company (if applicable) __Sedgwick CMS__ Date __2/25/09__

Telephone Number __248.603.8167__

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI AUTOMOTIVE SYSTEMS CORP.
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

[signature]

Self-Insured Employer

02/25/2009   9:02AM

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In Re:                                                                                  Case No. 05-44481 (RDD)

DELPHI CORPORATION, et al.,                                          Chapter 11

Debtors.                                                                               Honorable Robert D. Drain
_____/

### AFFIDAVIT

RICHARD W. SMITH, Assistant Funds Administrator of Michigan's Funds Administration, 7201 W. Saginaw, Lansing, Michigan 48917, being first duly sworn says:

1) That he is an Assistant Funds Administrator as authorized in Chapter 5 of the Workers' Disability Compensation Act, MCLA 418.515(2), and is duly authorized to and does make this affidavit.

2) That the statutory assessments as set forth by the attached Proof of Claim for Unpaid Assessments were calculated based on Delphi Corporation's 2008 indemnity losses in Michigan.

3) That the statutory assessments as set forth by the attached Proof of Claim for Unpaid Assessments are due and owing as of the date of this affidavit.

*Richard W. Smith*
RICHARD W. SMITH

STATE OF MICHIGAN                                )
                                                                    )
ACTING IN THE COUNTY OF Ingham        )

Subscribed and sworn before me this 14 day of July, 2009

*Amy D. Gonea*
Notary Public

AMY AELOLA GONEA
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Oct 31, 2011
ACTING IN COUNTY OF