UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,                    Court No. 05-44481

    Debtor(s).                                             Chapter 11
_____/              (Jointly Administered)

STATE OF MICHIGAN)ss
COUNTY OF INGHAM)

### PROOF OF SERVICE

    Amy A. Gonea, certifies that on August 23, 2010, a copy of Administrative Expense Claim Form (Amended) on behalf of the Michigan Funds Administration was served upon the parties noted below by overnight mail by enclosing same in an envelope and depositing same in a United Parcel Service box in Lansing, Michigan, plainly addressed to the following persons:

    Kurtzman Carson Consultants
    ATTN: Delphi Corp
    2335 Alaska Ave
    El Segundo CA 90245

_____
Amy A. Gonea