

State of Michigan
Jennifer M. Granholm, Governor

Department of Energy, Labor & Economic Growth
Stanley "Skip" Pruss, Director

Workers' Compensation Agency
Funds Administration
General Office Building
7150 Harris Drive
Lansing, MI 48913
Phone: (517) 636-6600
Fax: (517) 636-6627
www.michigan.gov/wca

Trustees
Richard F. Zapala, Chair
Jack A. Nolish
Douglas A. Green

May 28, 2010

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI CORPORATION
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

RE: **2010 Silicosis, Dust Disease And Logging Ind Comp Fund Assessment**

Dear Sir/Madam:

This letter is notice of the annual assessment made in accordance with the Michigan Workers' Disability Compensation Act, Chapter 5, Section 551(2) & (3). **ALL PAYMENTS ARE REQUIRED BY AUGUST 26, 2010.**

The amount due from your company for 2010 is **0.00243** of your total Michigan workers' compensation benefits, including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during **calendar year 2009**. In addition, the amount reported on which assessments are due should not include monies reimbursed by the Second Injury Fund; Silicosis, Dust Disease and Logging Industry Compensation Fund; or Compensation Supplement Fund. **It should be noted that per Section 551(7), an employer who has ceased to be a self-insurer continues to be liable for the Silicosis, Dust Disease And Logging Ind Comp Fund assessment on all benefits paid under your self-insurance program.** If you are or were a self-insured employer, it is your obligation to determine ALL payments made under your self-insurance program.

Separate checks must be issued for the Second Injury Fund assessment; Silicosis, Dust Disease and Logging Industry Compensation Fund assessment and the Self-Insurers' Security Fund assessment. Please make your check payable to: **State of Michigan - Silicosis, Dust Disease And Logging Ind Comp Fund.** If you have any questions concerning the assessment, please contact Valerie A. Hart at the above address.

Very truly yours,

Jack A. Nolish, Director
Workers' Compensation Agency

== FORM ON REVERSE SIDE ==

07/28/2010 WED 9:40 FAX 9151763666 ☑009/011

**PLEASE COMPLETE THIS FORM AND RETURN IT (BOTH FRONT AND BACK SIDES) WITH YOUR REMITTANCE IN FULL BY AUGUST 26, 2010 TO:**

State of Michigan - Silicosis, Dust Disease and Logging Industry Compensation Fund
General Office Building
1st Floor, A-Wing
7150 Harris Dr.
Lansing, MI 48913

Attention: Valerie A. Hart, Assessment Coordinator

**EACH FUND CHECK AND THIS DOCUMENT CAN BE MAILED IN THE SAME ENVELOPE. IT IS IMPERATIVE THAT YOU RETURN THIS DOCUMENT WITH YOUR PARTY AND REFERENCE NUMBERS INCLUDED TO INSURE PROPER CREDIT TO YOUR ACCOUNT**

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI CORPORATION
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

Funds Administration Party #: 12933

REFERENCE NUMBER: 54087 (Please use this reference number in your correspondence.)

Our total amount of Michigan workers' compensation benefits, including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during **calendar year 2009** was:

$____________________

0.00243 of the above amount is $____________ for which remittance is enclosed.

Please complete the fields in **bold** below and complete the company name and address if different than what is listed on the address above

Company Name ____________________ **FED ID#** ______________

Address ____________________________________

**Contact Person/Title** ____________________ **Telephone #** ______________

**E-Mail** ______________

**Completed By/Title** ____________________ **Telephone #** ______________

**Please contact your service company to verify who is to make payment of this invoice as to avoid duplicate payment.**

**Service Company (if applicable)** ____________________________

**Service Company Telephone #** ____________________ **Date** ______________

07/28/2010 WED 9:38 FAX 008/011
2010 Funds Administration Assessment Letters Pg 3 of 9

Funds Administration Information System

File Edit Module View Window Help

Diary Part Summary

## Account Receivable Maintenance

| Field | Value | Field | Value |
|---|---|---|---|
| Account Receivable #: | 64087 | Claim #: | |
| Party Name: | DELPH CORPORATION | Claimant Name: | |
| Employer FEIN #: | [illegible] | Provision Name: | |
| Trust Fund #: | | Bankruptcy Claim #: | |
| Self-Insured Employer: | | Self-Insured Employer: | |
| Request for Reimbursement #: | | Assessment of Fund Name: | 07500 |
| Excess Carrier Request for Reimbursement of Self-Insured Employer: | | Accounts Receivable Type: | ASSESSMENT |
| Date Established: | [illegible] | Due Date: | 8/?/2010 |
| Account Receivable Amount: | [illegible] | CRS Receipts: | $0.00 |
| Non-CRS Receipts: | $0.00 | CRS Revenue Refund Amount: | $0.00 |
| Account Receivable Balance: | [illegible] | Liquidated: | ☐ |

New Delete Find Next Search Save Close

Ready 7/28/2010 08:20:14

start

Exhibit 2: 2010 Funds Administration Assessment letters



State of Michigan
Jennifer M. Granholm, Governor

Department of Energy, Labor & Economic Growth
Stanley "Skip" Pruss, Director

Workers' Compensation Agency
Funds Administration
General Office Building
7150 Harris Drive
Lansing, MI 48913
Phone: (517) 636-6600
Fax: (517) 636-6627
www.michigan.gov/wca

Trustees
Richard F. Zapala, Chair
Jack A. Nolish
Douglas A. Green

May 28, 2010

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI CORPORATION
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

RE: **2010 Second Injury Fund Assessment**

Dear Sir/Madam:

This letter is notice of the annual assessment made in accordance with the Michigan Workers' Disability Compensation Act, Chapter 5, Section 551(1) & (3). **ALL PAYMENTS ARE REQUIRED BY August 26, 2010.**

The amount due from your company for 2010 is **0.01103** of your total Michigan workers' compensation benefits, including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during **calendar year 2009**. In addition, the amount reported on which assessments are due should not include monies reimbursed by the Second Injury Fund; Silicosis, Dust Disease and Logging Industry Compensation Fund; or Compensation Supplement Fund. **It should be noted that per Section 551(7), an employer who has ceased to be a self-insurer continues to be liable for the Second Injury Fund assessment on all benefits paid under your self-insurance program.** If you are or were a self-insured employer, it is your obligation to determine ALL payments made under your self-insurance program.

**Separate checks** must be issued for the Second Injury Fund assessment; Silicosis, Dust Disease and Logging Industry Compensation Fund assessment; and the Self-Insurers' Security Fund assessment. Please make your check payable to: **State of Michigan - Second Injury Fund.** If you have any questions concerning the assessment, please contact Valerie A. Hart at the above address.

Very truly yours,

Jack A. Nolish, Director
Workers' Compensation Agency

⇨ FORM ON REVERSE SIDE ⇨

**PLEASE COMPLETE THIS FORM AND RETURN IT (BOTH FRONT AND BACK SIDES) WITH YOUR REMITTANCE IN FULL BY AUGUST 26, 2010 TO:**

**State of Michigan - Second Injury Fund**
**General Office Building**
**1st Floor, A-Wing**
**7150 Harris Dr.**
**Lansing, MI 48913**

**Attention: Valerie A. Hart, Assessment Coordinator**

****EACH FUND CHECK AND THIS DOCUMENT CAN BE MAILED IN THE SAME ENVELOPE. IT IS IMPERATIVE THAT YOU RETURN THIS DOCUMENT WITH YOUR PARTY AND REFERENCE NUMBERS INCLUDED TO INSURE PROPER CREDIT TO YOUR ACCOUNT****

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI CORPORATION
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

Funds Administration Party #: 12933

REFERENCE NUMBER: 52508 (Please use this reference number in your correspondence.)

Our total amount of Michigan workers' compensation benefits, including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during **calendar year 2009** was:

$______________________________

**0.01103** of the above amount is $____________________ for which remittance is enclosed.

Please complete the fields in **bold** below and complete the company name and address if different than what is listed on the address above

Company Name ______________________________ **FED ID#** ____________________

Address ______________________________________________________________

**Contact Person/Title** ______________________________ **Telephone #** ____________________

**E-Mail** ____________________

**Completed By/Title** ______________________________ **Telephone #** ____________________

**Please contact your service company to verify who is to make payment of this invoice as to avoid duplicate payment.**

**Service Company (if applicable)** ______________________________________________

**Service Company Telephone #** ____________________ Date ____________________

Funds Administration Information System

Diary Pat Summary

Account Receivable Maintenance

| | | | |
|---|---|---|---|
| Account Receivable #: | 52505 | Claim #: | |
| Party Name: | DELPHI CORPORATION | Claimant Name: | |
| Employer FEIN #: | 383470470 | Provision Name: | |
| Trust Fund #: | | Bankruptcy Claim #: | |
| Self-Insured Employer: | | Self-Insured Employer: | |
| Request for Reimbursement #: | | Assessment #/Fund Name: | 05385 |
| Excess Carrier Request for Reimbursement #/Self-Insured Employer: | | Accounts Receivable Type: | ASSESSMENT |
| Date Established: | 5/12/2010 | Due Date: | 8/2/2010 |
| Account Receivable Amount: | $209,275.21 | CRS Receipts: | $0.00 |
| Non-CRS Receipts: | $0.00 | CRS Revenue Refund Amount: | $0.00 |
| Account Receivable Balance: | $209,275.21 | Liquidated: | |

Ready 7/28/2010 08:21:14

Exhibit 2: 2010 Funds Administration Assessment letters



State of Michigan
Jennifer M. Granholm, Governor

Department of Energy, Labor & Economic Growth
Stanley "Skip" Pruss, Director

Workers' Compensation Agency
Funds Administration
General Office Building
7150 Harris Drive
Lansing, MI 48913
Phone: (517) 636-6600
Fax: (517) 636-6627
www.michigan.gov/wca

Trustees
Richard F. Zapala, Chair
Jack A. Nolish
Douglas A. Green

May 28, 2010

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI CORPORATION
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

RE: **2010 Self-Insurers' Security Fund Assessment**

**NOTE: This Assessment is on PRIVATE Self-Insured Employers only.**

Dear Sir/Madam:

This letter is notice of the annual assessment made in accordance with the Michigan Workers' Disability Compensation Act, Chapter 5, Section 551(4). **ALL PAYMENTS ARE REQUIRED BY August 26, 2010.**

The amount due from your company for 2009 is **0.03** of your total Michigan workers' compensation benefits, including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during **calendar year 2009.** In addition, the amount reported on which assessments are due should not include monies reimbursed by the Second Injury Fund; Silicosis, Dust Disease and Logging Industry Compensation Fund; or Compensation Supplement Fund. **It should be noted that per Section 551(7), an employer who has ceased to be a self-insurer continues to be liable for the Self-insurers' Security Fund assessment on all benefits paid under your self-insurance program.** If you are or were a self-insured employer, it is your obligation to determine **ALL** payments made under your self-insurance program.

**Separate checks** must be issued for the Second Injury Fund assessment; Silicosis, Dust Disease and Logging Industry Compensation Fund assessment; and the Self-Insurers' Security Fund assessment. Please make your check payable to: **State of Michigan - Self-insurers' Security Fund.** If you have any questions concerning the assessment, please contact Valerie A. Hart at the above address.

Very truly yours,

Jack A. Nolish, Director
Workers' Compensation Agency

== FORM ON REVERSE SIDE ==

**PLEASE COMPLETE THIS FORM AND RETURN IT (BOTH FRONT AND BACK SIDES) WITH YOUR REMITTANCE IN FULL BY AUGUST 26, 2010 TO:**

State of Michigan - Self-Insurers' Security Fund
General Office Building
1st Floor, A-Wing
7150 Harris Dr.
Lansing, MI 48913

Attention: Valerie A. Hart, Assessment Coordinator

**EACH FUND CHECK AND THIS DOCUMENT CAN BE MAILED IN THE SAME ENVELOPE. IT IS IMPERATIVE THAT YOU RETURN THIS DOCUMENT WITH YOUR PARTY AND REFERENCE NUMBERS INCLUDED TO INSURE PROPER CREDIT TO YOUR ACCOUNT**

MARK FRAYLICK, MGR WORKERS' COMP
DELPHI CORPORATION
5825 DELPHI DRIVE
MC-480-410-104
TROY, MI 48098

Funds Administration Party #: 12933

REFERENCE NUMBER: 54297 (Please use this reference number in your correspondence.)

Our total amount of Michigan workers' compensation benefits; including redemption settlements, but excluding medical costs, rehabilitation payments, and funeral costs, paid during calendar year 2009 was:

$______________________________

0.03 of the above amount is $__________________ for which remittance is enclosed.

Please complete the fields in bold below and complete the company name and address if different than what is listed on the address above

Company Name ______________________________ **FED ID#** ______________________

Address ______________________________________________________________

**Contact Person/Title**__________________________ **Telephone #**___________________

**E-Mail** _______________________

**Completed By/Title**__________________________ **Telephone #**___________________

**Please contact your service company to verify who is to make payment of this invoice as to avoid duplicate payment.**

**Service Company (if applicable)** ______________________________________________

**Service Company Telephone #** __________________________ **Date** ______________

**Exhibit 2: 2010 Funds Administration Assessment letters**

Funds Administration Information System

Account Receivable Maintenance

Account Receivable #: 54297
Party Name: DELPHI CORPORATION
Employer FEIN #:
Trust Fund #:
Self-Insured Employer:
Request for Reimbursement #:
Excess Carrier Request for Reimbursement / Self-Insured Employer:
Date Established: 6/2/2010
Account Receivable Amount: $658,483.21
Non-CRS Receipts: $0.00
Account Receivable Balance: $658,483.21
Claim #:
Claimant Name:
Provision Name:
Bankruptcy Claim #:
Self-Insured Employer:
Assessment # / Fund Name: 89078
Accounts Receivable Type: ASSESSMENT
Due Date: 8/26/2010
CRS Receipts: $0.00
CRS Revenue Refund Amount: $0.00
Liquidated:

Ready 7/28/2010 08:18:14

**Exhibit 2: 2010 Funds Administration Assessment letters**