TROY RENKEMEYER
10975 Benson Drive, Suite 570
Overland Park, KS 66210

Pro Se Representative for
FKMT, LLC f/k/a Monarch Transport, LLC
    Creditor

AUG 16 2010

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
    In re    :    Chapter 11
    :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
    :
    :    (Jointly Administered)
    Reorganized Debtors.    :
------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON THE MOTION BY FKMT, LLC TO LIFT PLAN INJUNTION AND MOTION FOR DECLARATION THAT ADMINISTRATIVE EXPENSE CLAIMS BAR DATE DOES NOT APPLY

PLEASE TAKE NOTICE that the hearing on the Motion to Lift Plan Injunction and the Motion for Declaration that Administrative Expense Claims Bar Date Does Not Apply, both filed by FKMT, LLC, has been adjourned to the Sixtieth Omnibus Hearing, which is scheduled to occur on Thursday, October 21, 2010 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

Dated: August 10, 2010

                FKMT, LLC
                f/k/a Monarch Transport, LLC
                Pro Se

By: _____
Troy Renkemeyer
10975 Benson Drive, Suite 570
Overland Park, KS 66210
Phone: 913-906-9850
Fax: 913-906-9840
trenkemeyer@rcwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was forwarded this ____ day of August, 2010, by depositing the same in the U.S. mail, postage prepaid and addressed to the following:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Attorneys for DPH Holdings Corp., et al., Reorganized Debtors

Maureen A. McGlynn
KORTENHOF McGLYNN LLC
1015 Locust Street, Suite 710
St. Louis, MO 63101
Attorneys for Delphi Corporation

Thomas M. Franklin
THE FRANKLIN LAW FIRM
300 UMB Bank Building
1310 Carondelet Drive
Kansas City, MO 64114
Attorneys for Monarch Transport, LLC
f/k/a Osage Holdings, LLC

_____
Troy Renkemeyer