BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
Barry N. Seidel
Eric B. Fisher
Cynthia J. Haffey

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., *et al.*,<br><br>　　　　　　Reorganized Debtors.<br>------------------------------------------------------------------<br>DPH HOLDINGS CORP., *et al.,*<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>ALL DEFENDANTS UNDER SEAL,<br><br>　　　　　　Defendants. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>Adv. Pro. No. <u>07-02072</u>-RDD, et al |

## **MOTION TO LIFT SEAL ON CERTAIN ADVERSARY PROCEEDINGS**

DPH Holdings Corporation and certain of its affiliated reorganized debtors (collectively, the "Reorganized Debtors") intend to file Notices of Dismissal in the adversary proceedings identified on the attached Exhibit A (hereinafter "Identified Adversary Proceedings"). The Identified Adversary Proceedings were filed under seal. In order for the Notices of Dismissal to be filed, the Reorganized Debtors respectfully request that the Court lift the seal on each of the Identified Adversary Proceedings.

Dated: New York, New York
August 23, 2010

**BUTZEL LONG,** a professional corporation

By: /s/ Cynthia J. Haffey
    Eric B. Fisher
    Barry N. Seidel
    Cynthia J. Haffey
380 Madison Avenue
22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
fishere@butzel.com
*Attorneys for Plaintiffs*

# EXHIBIT A

EXHIBIT A

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02072 | 07-02751 |
| 07-02101 | 07-02754 |
| 07-02106 | 07-02760 |
| 07-02115 | 07-02761 |
| 07-02150 | 07-02762 |
| 07-02154 | 07-02764 |
| 07-02157 | 07-02766 |
| 07-02163 | 07-02368 |
| 07-02170 | 07-02371 |
| 07-02184 | 07-02375 |
| 07-02190 | 07-02381 |
| 07-02202 | 07-02383 |
| 07-02204 | 07-02387 |
| 07-02208 | 07-02389 |
| 07-02081 | 07-02391 |
| 07-02087 | 07-02394 |
| 07-02097 | 07-02398 |
| 07-02104 | 07-02400 |
| 07-02112 | 07-02401 |
| 07-02132 | 07-02403 |
| 07-02145 | 07-02406 |
| 07-02153 | 07-02408 |
| 07-02160 | 07-02410 |
| 07-02166 | 07-02413 |
| 07-02171 | 07-02420 |
| 07-02180 | 07-02423 |
| 07-02191 | 07-02425 |
| 07-02195 | 07-02428 |
| 07-02205 | 07-02429 |
| 07-02207 | 07-02434 |
| 07-02209 | 07-02438 |
| 07-02213 | 07-02441 |
| 07-02214 | 07-02443 |
| 07-02219 | 07-02446 |
| 07-02224 | 07-02448 |
| 07-02231 | 07-02450 |
| 07-02080 | 07-02453 |
| 07-02083 | 07-02456 |
| 07-02091 | 07-02460 |
| 07-02095 | 07-02463 |
| 07-02102 | 07-02786 |

1

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02105 | 07-02468 |
| 07-02112 | 07-02472 |
| 07-02117 | 07-02474 |
| 07-02123 | 07-02480 |
| 07-02128 | 07-02486 |
| 07-02137 | 07-02492 |
| 07-02143 | 07-02495 |
| 07-02148 | 07-02498 |
| 07-02152 | 07-02504 |
| 07-02159 | 07-02511 |
| 07-02165 | 07-02515 |
| 07-02169 | 07-02507 |
| 07-02174 | 07-02520 |
| 07-02175 | 07-02524 |
| 07-02189 | 07-02530 |
| 07-02196 | 07-02533 |
| 07-02200 | 07-02536 |
| 07-02088 | 07-02418 |
| 07-02094 | 07-02424 |
| 07-02099 | 07-02427 |
| 07-02103 | 07-02439 |
| 07-02109 | 07-02447 |
| 07-02110 | 07-02451 |
| 07-02239 | 07-02465 |
| 07-02244 | 07-02469 |
| 07-02251 | 07-02471 |
| 07-02255 | 07-02476 |
| 07-02261 | 07-02482 |
| 07-02265 | 07-02487 |
| 07-02267 | 07-02491 |
| 07-02273 | 07-02496 |
| 07-02276 | 07-02501 |
| 07-02277 | 07-02508 |
| 07-02281 | 07-02512 |
| 07-02283 | 07-02516 |
| 07-02293 | 07-02518 |
| 07-02078 | 07-02522 |

EXHIBIT A

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02082 | 07-02526 |
| 07-02085 | 07-02529 |
| 07-02089 | 07-02531 |
| 07-02093 | 07-02537 |
| 07-02108 | 07-02545 |
| 07-02114 | 07-02548 |
| 07-02119 | 07-02559 |
| 07-02122 | 07-02560 |
| 07-02126 | 07-02561 |
| 07-02129 | 07-02564 |
| 07-02136 | 07-02565 |
| 07-02141 | 07-02566 |
| 07-02146 | 07-02567 |
| 07-02156 | 07-02568 |
| 07-02158 | 07-02569 |
| 07-02164 | 07-02570 |
| 07-02167 | 07-02573 |
| 07-02172 | 07-02574 |
| 07-02176 | 07-02575 |
| 07-02179 | 07-02576 |
| 07-02183 | 07-02577 |
| 07-02187 | 07-02578 |
| 07-02193 | 07-02582 |
| 07-02233 | 07-02583 |
| 07-02243 | 07-02584 |
| 07-02247 | 07-02585 |
| 07-02249 | 07-02587 |
| 07-02253 | 07-02589 |
| 07-02263 | 07-02591 |
| 07-02075 | 07-02292 |
| 07-02086 | 07-02300 |
| 07-02100 | 07-02307 |
| 07-02116 | 07-02319 |
| 07-02121 | 07-02325 |
| 07-02127 | 07-02331 |
| 07-02139 | 07-02353 |
| 07-02144 | 07-02365 |
| 07-02155 | 07-02370 |
| 07-02168 | 07-02376 |
| 07-02181 | 07-02380 |
| 07-02194 | 07-02385 |

3

EXHIBIT A

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02199 | 07-02395 |
| 07-02206 | 07-02419 |
| 07-02221 | 07-02691 |
| 07-02225 | 07-02692 |
| 07-02228 | 07-02693 |
| 07-02235 | 07-02695 |
| 07-02241 | 07-02698 |
| 07-02254 | 07-02699 |
| 07-02079 | 07-02700 |
| 07-02092 | 07-02705 |
| 07-02107 | 07-02707 |
| 07-02111 | 07-02709 |
| 07-02118 | 07-02713 |
| 07-02107 | 07-02716 |
| 07-02149 | 07-02722 |
| 07-02162 | 07-02724 |
| 07-02173 | 07-02725 |
| 07-02178 | 07-02727 |
| 07-02192 | 07-02729 |
| 07-02197 | 07-02731 |
| 07-02218 | 07-02733 |
| 07-02223 | 07-02735 |
| 07-02229 | 07-02740 |
| 07-02232 | 07-02746 |
| 07-02215 | 07-02748 |
| 07-02222 | 07-02752 |
| 07-02226 | 07-02755 |
| 07-02230 | 07-02757 |
| 07-02252 | 07-02759 |
| 07-02266 | 07-02763 |
| 07-02269 | 07-02765 |
| 07-02275 | 07-02770 |
| 07-02278 | 07-02771 |
| 07-02299 | 07-02772 |
| 07-02303 | 07-02773 |
| 07-02306 | 07-02774 |
| 07-02314 | 07-02776 |
| 07-02318 | 07-02777 |
| 07-02321 | 07-02778 |
| 07-02326 | 07-02779 |
| 07-02329 | 07-02620 |

4

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02334 | 07-02621 |
| 07-02340 | 07-02622 |
| 07-02346 | 07-02624 |
| 07-02354 | 07-02626 |
| 07-02359 | 07-02627 |
| 07-02237 | 07-02628 |
| 07-02240 | 07-02629 |
| 07-02246 | 07-02630 |
| 07-02264 | 07-02631 |
| 07-02271 | 07-02788 |
| 07-02279 | 07-02632 |
| 07-02285 | 07-02634 |
| 07-02289 | 07-02635 |
| 07-02294 | 07-02336 |
| 07-02302 | 07-02637 |
| 07-02316 | 07-02638 |
| 07-02324 | 07-02640 |
| 07-02330 | 07-02641 |
| 07-02336 | 07-02642 |
| 07-02342 | 07-02643 |
| 07-02347 | 07-02645 |
| 07-02355 | 07-02646 |
| 07-02361 | 07-02647 |
| 07-02367 | 07-02648 |
| 07-02373 | 07-02651 |
| 07-02379 | 07-02653 |

EXHIBIT A

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02397 | 07-02655 |
| 07-02405 | 07-02656 |
| 07-02268 | 07-02658 |
| 07-02296 | 07-02660 |
| 07-02304 | 07-02662 |
| 07-02308 | 07-02663 |
| 07-02311 | 07-02664 |
| 07-02315 | 07-02665 |
| 07-02320 | 07-02666 |
| 07-02323 | 07-02667 |
| 07-02784 | 07-02669 |
| 07-02338 | 07-02670 |
| 07-02341 | 07-02671 |
| 07-02345 | 07-02673 |
| 07-02349 | 07-02674 |
| 07-02356 | 07-02675 |
| 07-02360 | 07-02676 |
| 07-02363 | 07-02677 |
| 07-02364 | 07-02678 |
| 07-02369 | 07-02680 |
| 07-02377 | 07-02681 |
| 07-02382 | 07-02682 |
| 07-02384 | 07-02683 |
| 07-02386 | 07-02684 |
| 07-02388 | 07-02685 |
| 07-02390 | 07-02686 |
| 07-02392 | 07-02687 |
| 07-02393 | 07-02399 |
| 07-02396 | 07-02404 |
| 07-02402 | 07-02409 |
| 07-02407 | 07-02411 |
| 07-02417 | 07-02412 |
| 07-02421 | 07-02415 |
| 07-02430 | 07-02422 |
| 07-02452 | 07-02426 |
| 07-02454 | 07-02431 |
| 07-02458 | 07-02437 |
| 07-02461 | 07-02440 |
| 07-02464 | 07-02444 |
| 07-02467 | 07-02494 |
| 07-02470 | 07-02502 |

EXHIBIT A

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02473 | 07-02509 |
| 07-02478 | 07-02514 |
| 07-02481 | 07-02519 |
| 07-02483 | 07-02542 |
| 07-02485 | 07-02546 |
| 07-02488 | 07-02550 |
| 07-02490 | 07-02552 |
| 07-02493 | 07-02557 |
| 07-02497 | 07-02558 |
| 07-02499 | 07-02579 |
| 07-02503 | 07-02586 |
| 07-02506 | 07-02588 |
| 07-02510 | 07-02590 |
| 07-02513 | 07-02594 |
| 07-02517 | 07-02595 |
| 07-02521 | 07-02596 |
| 07-02528 | 07-02598 |
| 07-02532 | 07-02599 |
| 07-02535 | 07-02601 |
| 07-02538 | 07-02603 |
| 07-02544 | 07-02604 |
| 07-02547 | 07-02608 |
| 07-02549 | 07-02609 |
| 07-02286 | 07-02610 |
| 07-02290 | 07-02611 |
| 07-02297 | 07-02612 |
| 07-02317 | 07-02613 |
| 07-02327 | 07-02614 |
| 07-02332 | 07-02615 |
| 07-02335 | 07-02616 |
| 07-02343 | 07-02794 |
| 07-02352 | 07-02803 |
| 07-02362 | 07-02805 |
| 07-02366 | 07-02797 |
| 07-02696 | 07-02795 |
| 07-02701 | 07-02796 |
| 07-02703 | 07-02798 |
| 07-02704 | 07-02801 |
| 07-02706 | 07-02802 |
| 07-02708 | 07-02806 |
| 07-02710 | 07-02807 |

EXHIBIT A

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02715 | 07-02808 |
| 07-02717 | 07-02809 |
| 07-02718 | 07-02810 |
| 07-02719 | 07-02811 |
| 07-02721 | 07-02812 |
| 07-02726 | 07-02814 |
| 07-02728 | 07-02815 |
| 07-02732 | 07-02816 |
| 07-02734 | 07-02817 |
| 07-02736 | 07-02818 |
| 07-02738 | 07-02819 |
| 07-02741 | 07-02862 |
| 07-02747 | |
| 07-02749 | |