BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
Barry N. Seidel
Eric B. Fisher
Cynthia J. Haffey

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., *et al.*,<br><br>       Reorganized Debtors.<br>-------------------------------------------------------------------<br>DPH HOLDINGS CORP., *et al.*,<br><br>           Plaintiffs,<br><br>-against-<br><br>ALL DEFENDANTS UNDER SEAL,<br><br>           Defendants. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered)<br><br>Adv. Pro. No. <u>07-02072</u>-RDD, et al |

## **ORDER LIFTING SEAL ON CERTAIN ADVERSARY PROCEEDINGS**

   The Court having reviewed the Reorganized Debtors Motion To Lift Seal On Adversary Proceedings, hereby Orders that all the Adversary Proceedings indentified on the attached Exhibit A be unsealed.

Dated: New York, New York
    August __, 2010          _____
                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02072 | 07-02751 |
| 07-02101 | 07-02754 |
| 07-02106 | 07-02760 |
| 07-02115 | 07-02761 |
| 07-02150 | 07-02762 |
| 07-02154 | 07-02764 |
| 07-02157 | 07-02766 |
| 07-02163 | 07-02368 |
| 07-02170 | 07-02371 |
| 07-02184 | 07-02375 |
| 07-02190 | 07-02381 |
| 07-02202 | 07-02383 |
| 07-02204 | 07-02387 |
| 07-02208 | 07-02389 |
| 07-02081 | 07-02391 |
| 07-02087 | 07-02394 |
| 07-02097 | 07-02398 |
| 07-02104 | 07-02400 |
| 07-02112 | 07-02401 |
| 07-02132 | 07-02403 |
| 07-02145 | 07-02406 |
| 07-02153 | 07-02408 |
| 07-02160 | 07-02410 |
| 07-02166 | 07-02413 |
| 07-02171 | 07-02420 |
| 07-02180 | 07-02423 |
| 07-02191 | 07-02425 |
| 07-02195 | 07-02428 |
| 07-02205 | 07-02429 |
| 07-02207 | 07-02434 |
| 07-02209 | 07-02438 |
| 07-02213 | 07-02441 |
| 07-02214 | 07-02443 |
| 07-02219 | 07-02446 |
| 07-02224 | 07-02448 |
| 07-02231 | 07-02450 |
| 07-02080 | 07-02453 |
| 07-02083 | 07-02456 |
| 07-02091 | 07-02460 |
| 07-02095 | 07-02463 |
| 07-02102 | 07-02786 |

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02105 | 07-02468 |
| 07-02112 | 07-02472 |
| 07-02117 | 07-02474 |
| 07-02123 | 07-02480 |
| 07-02128 | 07-02486 |
| 07-02137 | 07-02492 |
| 07-02143 | 07-02495 |
| 07-02148 | 07-02498 |
| 07-02152 | 07-02504 |
| 07-02159 | 07-02511 |
| 07-02165 | 07-02515 |
| 07-02169 | 07-02507 |
| 07-02174 | 07-02520 |
| 07-02175 | 07-02524 |
| 07-02189 | 07-02530 |
| 07-02196 | 07-02533 |
| 07-02200 | 07-02536 |
| 07-02088 | 07-02418 |
| 07-02094 | 07-02424 |
| 07-02099 | 07-02427 |
| 07-02103 | 07-02439 |
| 07-02109 | 07-02447 |
| 07-02110 | 07-02451 |
| 07-02239 | 07-02465 |
| 07-02244 | 07-02469 |
| 07-02251 | 07-02471 |
| 07-02255 | 07-02476 |
| 07-02261 | 07-02482 |
| 07-02265 | 07-02487 |
| 07-02267 | 07-02491 |
| 07-02273 | 07-02496 |
| 07-02276 | 07-02501 |
| 07-02277 | 07-02508 |
| 07-02281 | 07-02512 |
| 07-02283 | 07-02516 |
| 07-02293 | 07-02518 |
| 07-02078 | 07-02522 |

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02082 | 07-02526 |
| 07-02085 | 07-02529 |
| 07-02089 | 07-02531 |
| 07-02093 | 07-02537 |
| 07-02108 | 07-02545 |
| 07-02114 | 07-02548 |
| 07-02119 | 07-02559 |
| 07-02122 | 07-02560 |
| 07-02126 | 07-02561 |
| 07-02129 | 07-02564 |
| 07-02136 | 07-02565 |
| 07-02141 | 07-02566 |
| 07-02146 | 07-02567 |
| 07-02156 | 07-02568 |
| 07-02158 | 07-02569 |
| 07-02164 | 07-02570 |
| 07-02167 | 07-02573 |
| 07-02172 | 07-02574 |
| 07-02176 | 07-02575 |
| 07-02179 | 07-02576 |
| 07-02183 | 07-02577 |
| 07-02187 | 07-02578 |
| 07-02193 | 07-02582 |
| 07-02233 | 07-02583 |
| 07-02243 | 07-02584 |
| 07-02247 | 07-02585 |
| 07-02249 | 07-02587 |
| 07-02253 | 07-02589 |
| 07-02263 | 07-02591 |
| 07-02075 | 07-02292 |
| 07-02086 | 07-02300 |
| 07-02100 | 07-02307 |
| 07-02116 | 07-02319 |
| 07-02121 | 07-02325 |
| 07-02127 | 07-02331 |
| 07-02139 | 07-02353 |
| 07-02144 | 07-02365 |
| 07-02155 | 07-02370 |
| 07-02168 | 07-02376 |
| 07-02181 | 07-02380 |
| 07-02194 | 07-02385 |

3

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02199 | 07-02395 |
| 07-02206 | 07-02419 |
| 07-02221 | 07-02691 |
| 07-02225 | 07-02692 |
| 07-02228 | 07-02693 |
| 07-02235 | 07-02695 |
| 07-02241 | 07-02698 |
| 07-02254 | 07-02699 |
| 07-02079 | 07-02700 |
| 07-02092 | 07-02705 |
| 07-02107 | 07-02707 |
| 07-02111 | 07-02709 |
| 07-02118 | 07-02713 |
| 07-02107 | 07-02716 |
| 07-02149 | 07-02722 |
| 07-02162 | 07-02724 |
| 07-02173 | 07-02725 |
| 07-02178 | 07-02727 |
| 07-02192 | 07-02729 |
| 07-02197 | 07-02731 |
| 07-02218 | 07-02733 |
| 07-02223 | 07-02735 |
| 07-02229 | 07-02740 |
| 07-02232 | 07-02746 |
| 07-02215 | 07-02748 |
| 07-02222 | 07-02752 |
| 07-02226 | 07-02755 |
| 07-02230 | 07-02757 |
| 07-02252 | 07-02759 |
| 07-02266 | 07-02763 |
| 07-02269 | 07-02765 |
| 07-02275 | 07-02770 |
| 07-02278 | 07-02771 |
| 07-02299 | 07-02772 |
| 07-02303 | 07-02773 |
| 07-02306 | 07-02774 |
| 07-02314 | 07-02776 |
| 07-02318 | 07-02777 |
| 07-02321 | 07-02778 |
| 07-02326 | 07-02779 |
| 07-02329 | 07-02620 |

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02334 | 07-02621 |
| 07-02340 | 07-02622 |
| 07-02346 | 07-02624 |
| 07-02354 | 07-02626 |
| 07-02359 | 07-02627 |
| 07-02237 | 07-02628 |
| 07-02240 | 07-02629 |
| 07-02246 | 07-02630 |
| 07-02264 | 07-02631 |
| 07-02271 | 07-02788 |
| 07-02279 | 07-02632 |
| 07-02285 | 07-02634 |
| 07-02289 | 07-02635 |
| 07-02294 | 07-02336 |
| 07-02302 | 07-02637 |
| 07-02316 | 07-02638 |
| 07-02324 | 07-02640 |
| 07-02330 | 07-02641 |
| 07-02336 | 07-02642 |
| 07-02342 | 07-02643 |
| 07-02347 | 07-02645 |
| 07-02355 | 07-02646 |
| 07-02361 | 07-02647 |
| 07-02367 | 07-02648 |
| 07-02373 | 07-02651 |
| 07-02379 | 07-02653 |

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02397 | 07-02655 |
| 07-02405 | 07-02656 |
| 07-02268 | 07-02658 |
| 07-02296 | 07-02660 |
| 07-02304 | 07-02662 |
| 07-02308 | 07-02663 |
| 07-02311 | 07-02664 |
| 07-02315 | 07-02665 |
| 07-02320 | 07-02666 |
| 07-02323 | 07-02667 |
| 07-02784 | 07-02669 |
| 07-02338 | 07-02670 |
| 07-02341 | 07-02671 |
| 07-02345 | 07-02673 |
| 07-02349 | 07-02674 |
| 07-02356 | 07-02675 |
| 07-02360 | 07-02676 |
| 07-02363 | 07-02677 |
| 07-02364 | 07-02678 |
| 07-02369 | 07-02680 |
| 07-02377 | 07-02681 |
| 07-02382 | 07-02682 |
| 07-02384 | 07-02683 |
| 07-02386 | 07-02684 |
| 07-02388 | 07-02685 |
| 07-02390 | 07-02686 |
| 07-02392 | 07-02687 |
| 07-02393 | 07-02399 |
| 07-02396 | 07-02404 |
| 07-02402 | 07-02409 |
| 07-02407 | 07-02411 |
| 07-02417 | 07-02412 |
| 07-02421 | 07-02415 |
| 07-02430 | 07-02422 |
| 07-02452 | 07-02426 |
| 07-02454 | 07-02431 |
| 07-02458 | 07-02437 |
| 07-02461 | 07-02440 |
| 07-02464 | 07-02444 |
| 07-02467 | 07-02494 |
| 07-02470 | 07-02502 |

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02473 | 07-02509 |
| 07-02478 | 07-02514 |
| 07-02481 | 07-02519 |
| 07-02483 | 07-02542 |
| 07-02485 | 07-02546 |
| 07-02488 | 07-02550 |
| 07-02490 | 07-02552 |
| 07-02493 | 07-02557 |
| 07-02497 | 07-02558 |
| 07-02499 | 07-02579 |
| 07-02503 | 07-02586 |
| 07-02506 | 07-02588 |
| 07-02510 | 07-02590 |
| 07-02513 | 07-02594 |
| 07-02517 | 07-02595 |
| 07-02521 | 07-02596 |
| 07-02528 | 07-02598 |
| 07-02532 | 07-02599 |
| 07-02535 | 07-02601 |
| 07-02538 | 07-02603 |
| 07-02544 | 07-02604 |
| 07-02547 | 07-02608 |
| 07-02549 | 07-02609 |
| 07-02286 | 07-02610 |
| 07-02290 | 07-02611 |
| 07-02297 | 07-02612 |
| 07-02317 | 07-02613 |
| 07-02327 | 07-02614 |
| 07-02332 | 07-02615 |
| 07-02335 | 07-02616 |
| 07-02343 | 07-02794 |
| 07-02352 | 07-02803 |
| 07-02362 | 07-02805 |
| 07-02366 | 07-02797 |
| 07-02696 | 07-02795 |
| 07-02701 | 07-02796 |
| 07-02703 | 07-02798 |
| 07-02704 | 07-02801 |
| 07-02706 | 07-02802 |
| 07-02708 | 07-02806 |
| 07-02710 | 07-02807 |

7

| ADVERSARY PROCEEDING | CASE NUMBERS |
|---|---|
| 07-02715 | 07-02808 |
| 07-02717 | 07-02809 |
| 07-02718 | 07-02810 |
| 07-02719 | 07-02811 |
| 07-02721 | 07-02812 |
| 07-02726 | 07-02814 |
| 07-02728 | 07-02815 |
| 07-02732 | 07-02816 |
| 07-02734 | 07-02817 |
| 07-02736 | 07-02818 |
| 07-02738 | 07-02819 |
| 07-02741 | 07-02862 |
| 07-02747 | |
| 07-02749 | |