HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
Seth A. Drucker (P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7626
Facsimile: (313) 465-7627
Email: sdrucker@honigman.com

Attorneys for Defendant West
Michigan Spline, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
**In Re**

|                                       |   |                          |
|---------------------------------------|---|--------------------------|
|                                       | : | Chapter 11               |
| **DELPHI CORPORATION,** et al.,       | : | Case No. 05-44481 (RDD)  |
|                                       | : |                          |
|   Debtors.                            | : | Hon. Robert D. Drain     |

------------------------------------------------------------x

|                                       |   |                            |
|---------------------------------------|---|----------------------------|
| DELPHI CORPORATION, et al.,           | : |                            |
|                                       | : |                            |
|     Plaintiffs,                       | : |                            |
| Against                               |   |                            |
|                                       | : |                            |
| WEST MICHIGAN SPLINE, INC.,           | : | Adv. Pro. No. 07-02600 (RDD) |
|                                       | : |                            |
|     Defendants.                       | : |                            |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2010 I caused to be electronically filed a *Notice of Motion and Motion of West Michigan Spline, Inc. To: (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the Complaint With Prejudice; or (C) In the Alternative, to Require Plaintiffs to File a More Definite Statement* using the CM/ECF filing system, which caused a copy to be electronically mailed to all CM/ECF participants registered to receive electronic notice in the

2

above-captioned case.

                        HONIGMAN MILLER SCHWARTZ AND COHN LLP

                        By:  /s/ Seth A. Drucker_____
                           Seth A. Drucker (P65641)
                        2290 First National Building
                        660 Woodward Avenue
                        Detroit, MI 48226-3506
                        Telephone:  (313) 465-7626
                        Facsimile:  (313) 465-7627
                        e-mail:  sdrucker@honigman.com

DETROIT.4315417.1