KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Patrick J. Orr
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

  - and -

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Mark L. Durbin
Mary E. Olson
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

Attorneys for Wiegel Tool Works, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH Holdings Corp., et al., | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

    **PLEASE TAKE NOTICE**, that the hearing on the Motion of Wiegel Tool Works, Inc. for an Order Providing Relief from the Plan Modification Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 (the "Motion"), previously scheduled for September 14, 2010, at 10:00 a.m., has been adjourned to October 21, 2010, at 10:00 a.m. (ET) (the "Hearing Date") or as soon thereafter as counsel may be heard (the "Hearing").

    **PLEASE TAKE FURTHER NOTICE** that objections to the relief requested in the Motion**,** if any, must be in writing, shall be filed with the Court, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court and the Case Management Order entered in these cases, and shall be served upon (i) Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York 10017-6314, Attn: Patrick J. Orr, Esq., and Joseph C. Corneau, Esq. and (ii) Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker

Drive, Suite 3000, Chicago, Illinois 60606; Attn: Jonathan W. Young, Mark L. Durbin, and Mary E. Olson, so as to be received not later than 4:00 p.m. (ET) on October 14, 2010.

Dated: New York, New York
August 25, 2010

                                                            KLESTADT & WINTERS, LLP

                                                            By: <u>/s/Patrick J. Orr</u>
                                                                       Tracy L. Klestadt
                                                                       Patrick J. Orr
                                                                       Joseph C. Corneau
                                            292 Madison Avenue, 17th Floor
                                            New York, New York 10018
                                            (212) 972-3000

                                                    - and -

                                            WILDMAN, HARROLD, ALLEN & DIXON LLP
                                            Jonathan W. Young
                                            Mark L. Durbin
                                            Mary E. Olson
                                            225 West Wacker Drive, Suite 3000
                                            Chicago, Illinois 60606
                                            (312) 201-2000

                                            Attorneys for Wiegel Tool Works, Inc.