<div align="right">
**Hearing Date: August 27, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**
</div>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<div align="center">PROPOSED FIFTY-EIGHTH OMNIBUS HEARING AGENDA</div>

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Eighth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (3 Matters)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (4 Matters)

    E.    Substantial Contributions Applications (None)

    F.    Adversary Proceedings (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters∗**

    1.    **"Furukawa Administrative Expense Claim"** – Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. 503(b)(1)(a) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)

        *Objections filed:*    *Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873)*

        *Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

2

|                  | |
|---|---|
|                  | *Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 19976)* |
| *Replies filed:* | *Response Of Furukawa Electric Company, Ltd. To The Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20037)* |
| *Related filings:* | *Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 19783)* |
|                  | *Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 19992)* |
|                  | *Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 20245)* |
|                  | *Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(B)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Notice No. 20411)* |
|                  | *Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For* |

3

|  |  | *Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) [Docket No 19783] (Docket No. 20491)* |
|---|---|---|
|  | *Status:* | *The hearing with respect to this matter has been adjourned to the October 21, 2010 omnibus hearing pursuant to the Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) [Docket No 19783] (Docket No. 20491).* |

2. **"Highland Capital Management, L.P. Substantial Contribution Application"** – Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19112)

|  | *Objections filed:* | *Objection Of The United States Trustee To Creditors' Applications For Reimbursement Of Professional Fees And Expenses (Docket No. 19860)* |
|---|---|---|
|  |  | *Reorganized Debtors' Objection To Substantial Contribution And Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064)* |
|  | *Replies filed:* | None. |
|  | *Related filings:* | *Notice Of Hearing On Requests Under 11 U.S.C. §§ 503(b)(3) And (4) For Reasonable Compensation And Reimbursement Of Actual And Necessary Expenses (Docket No. 19421)* |
|  |  | *Certification And Notice Of Filing Of Exhibits With Respect To Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary* |

4

    *Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 19756)*

    *Notice Of Adjournment Of Hearings On (I) Substantial Contribution Applications, (II) Reorganized Debtors' Case Management Motion, And (III) Delphi Salaried Retirees' Motion (Docket No. 19830)*

    *Order Scheduling Hearing On The Substantial Contribution Application Filed By Highland Capital Management, L.P. For June 30, 2010 (Docket No. 19936)*

    *Supplement To The Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 20160)*

    *Declaration Of Patrick H. Daugherty In Support Of The Application Of Highland Capital Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 20284)*

    *Supplemental Order Scheduling Hearing On The Substantial Contribution Application Filed By Highland Capital Management, L.P. For July 22, 2010 (Docket No. 20288)*

    *Notice Of Adjournment Of Hearing On Substantial Contribution Application Of Highland Capital Management, L.P. (Docket No. 20493)*

  *Status:*  The hearing with respect to this matter has been adjourned to the October 21, 2010 omnibus hearing pursuant to the Notice Of Adjournment Of Hearing On Substantial Contribution Application Of Highland Capital Management, L.P. (Docket No. 20493)

  3. **"Reorganized Debtors' Forty-Eighth Omnibus Claims Objection With Respect To Docket Nos. 18706 and 19783 (Furukawa Electric Company, Ltd.)"** – *Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant*

5

|   |   |
|---|---|
|  | *To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 19976)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 20278)* |
| *Related filings:* | *Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)* |
|  | *Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 19783)* |
|  | *Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20249)* |
|  | *Notice of Adjournment of Hearing on Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Disallow and Expunge Certain Motions or Requests for Payment of Administrative Expense, Solely as to Docket Numbers 18706 and 19783 Relating to Surviving Claim Number 19505 Asserted by Furukawa Electric Company, Ltd (Docket No. 20413)* |
|  | *Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant* |

6

|   |   |   |
|---|---|---|
|   |   | *To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20492)* |
|   | *Status:* | *The hearing with respect to docket nos. 18706 and 19783 (Furukawa Electric Company, Ltd.) has been adjourned to the October 21, 2010 omnibus hearing pursuant to the Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20492).* |
| 4. | **"Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC"** – Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20364) | |
|   | *Objections filed:* | *FKMT, LLC f/k/a Monarch Transport, LLC's Response To Reorganized Debtors' Motion For AN Order To Enforce Modified Plan And Modification Approval Order Injunction Order Against FKMT, LLC f/k/a Monarch Transport (Docket No. 20445)* |
|   | *Replies filed:* | *None.* |
|   | *Related filings:* | *FKMT, LLC f/k/a Monarch Transport, LLC's Motion To Lift The Injunction Contained In The Modification Approval Order And Modified Plan (Docket No. 20444)* |
|   |   | *FKMT, LLC f/k/a Monarch Transport, LLC's Motion For Declaration That The Administrative Expense Claims Bar Date Does Not Apply (Docket No. 20482)* |
|   | *Status:* | *The hearing with respect to this matter has been adjourned to the October 21, 2010 omnibus hearing pursuant to an agreement among the parties.* |

**C.  Uncontested, Agreed, Withdrawn, Or Settled Matters**

> *None.*

**D.  Contested Matters**

> 5.  **"Excellus Motion To Permit Late Filed Claim"** – Motion For Allowance And Payment Of Excellus Health Plans, Inc. And Its Affiliates To Permit Late Filed Claim Pursuant To Federal Rule Of Bankruptcy Procedure 9006 (Docket No. 20439)
>
>> *Responses filed:*  *Reorganized Debtors' Objection To Motion For Allowance And Payment Of Excellus Health Plans, Inc. And Its Affiliates To Permit Late Filed Claim Pursuant To Federal Rule Of Bankruptcy Procedure 9006 ("Objection To Excellus Health Plans, Inc.'s Motion To File Late Claim") (Docket No. 20524)*
>>
>> *Replies filed:*  *None*
>>
>> *Related filings:*  *Amended Notice Of Motion For Allowance And Payment Of Excellus Health Plans, Inc. And Its Affiliates To Permit Late Filed Claim Pursuant To Federal Rule Of Bankruptcy Procedure 9006 (Docket No. 20451)*
>>
>> *Status:*  *The hearing with respect to this matter will be proceeding.*
>
> 6.  **"VEBA Committee Motion for Order"** - Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20462)
>
>> *Responses filed:*  *Reorganized Debtors' Objection To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of*

8

*The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees ("Reorganized Debtors' Objection To VEBA Committee Motion") (Docket No. 20525)*

*Opposition By Official Committee Of Eligible Salaried Retirees To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court And (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20529)*

*Replies filed:*   *None.*

*Related filings:*   *Notice Of Hearing On Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20463)*

*Notice of Adjourned Hearing (Docket No. 20501)*

*Notice Of Hearing Regarding Final Report Of The Official Committee Of Retired Salaried Employess Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20526)*

*Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20527)*

*Status: The hearing with respect to this matter will be proceeding.*

05-44481-rdd    Doc 20545    Filed 08/26/10    Entered 08/26/10 11:23:49    Main Document
Pg 10 of 12

7.  **"Request for Appeal of Administrative Expense Claim - Phillip J. Carson"** – Letter From Claimant Phillip J. Carson (Docket No. 20494)

    *Responses filed:*   *Reorganized Debtors' Response To Letter Of Philip J. Carson (Docket No. 20521)*

    *Replies filed:*   None.

    *Related filings:*   *Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit And OPEB Claims, And (VII) Duplicate Claims (the "Thirty-Seventh Omnibus Claims Objection") (Docket No. 18984)*

    *Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Philip J. Carson (Administrative Expense Claim Number 19551) (Docket No. 19316)*

    *Notice Of Settlement Of Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Administrative Expense Claims Filed By Philip J. Carson, Deborah Chapman, And Saundra Hamlin (Administrative Expense Claim Numbers 19551, 19284, And 19370) (Docket No. 19584)*

    *Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Administrative Expense Claims Filed By Philip J. Carson, Deborah Chapman, And Saundra Hamlin (Administrative Expense Claim Numbers 19551, 19284, And 19370) ("Untimely Administrative Expense Claim Order") (Docket No. 19724)*

    *Response Of Phillip J. Carson To Reorganized Debtor's Thirty Seventh Omnibus Objection (undocketed)*

    *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books*

10

          *And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

          *Response To Phillip Carson's Objection To The Thirty-Seventh Omnibus Claims Objection, et al. (Docket No. 20495)*

          *Proof Of Administrative Expense Claim Number 19551*

          *Status:*          *The hearing with respect to this matter will be proceeding.*

**E.**    **Substantial Contribution And Other Applications For Reimbursement Of Professional Fees And Expense**

          *None.*

**F.**    **Adversary Proceedings**

          *None.*

Dated: New York, New York
August 26, 2010

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By: /s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr.
   John K. Lyons
   Albert L. Hogan III
   Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

    - and -

Four Times Square
New York, New York 10036


Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors