**Hearing Date: August 27, 2010**
          **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

 - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED THIRTY-SIXTH CLAIMS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                   300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirty-Sixth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.    Contested Matters (5 Matters)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    *None.*

**C.    Uncontested, Agreed, Or Settled Matters**

    1.    **"Sufficiency Hearing Regarding Claim of Crown Enterprises, Inc."** - Sufficiency Hearing Regarding Claim of Crown Enterprises, Inc. (18668) as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

        *Responses filed:*    *Response To Reorganized Debtors' Forty-Third Omnibus Claims Objection To Proof Of Claim No. 18668 Filed By Crown Enterprises, Inc. (Docket No. 19496)*

        *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

|  |  |
|---|---|
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18668 (Docket No. 20391)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Crown Enterprises, Inc. (I) Compromising And Allowing Proof Of Claim Number 11129 And (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 18668 (Docket No. 20470)* |
|  | *Proof Of Administrative Expense Claim Number 18668* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Crown Enterprises, Inc. (I) Compromising And Allowing Proof Of Claim Number 11129 And (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 18668 (Docket No. 20470).* |

D.   **Contested Matters**

2.   **"Sufficiency Hearing Regarding Claim of Illinois Environmental Protection Agency"** - Sufficiency Hearing Regarding Claim of the Illinois Environmental Protection Agency as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Responses filed:* | *Response Of Illinois Environmental Protection Agency (Docket No. 6067)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proofs Of Claim Numbers 10884, 15346, And 15347 ("Supplemental* |

3

|  |  |
|---|---|
|  | *Reply Regarding Certain Duplicate Claims") (Docket No. 20510)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10884, 15346, And 15347 And Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19168 And 19574 (Docket No. 20419)* |
|  | *Proof Of Claim Number 10884* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

3. **"Sufficiency Hearing Regarding Claims of the Ohio Environmental Projection Agency"** - Sufficiency Hearing Regarding Claims of the Ohio Environmental Protection Agency as Objected to on Reorganized Debtors' Thirty-Sixth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to (I) Modify and Allow Claim and (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books and Records Claims, (C) Untimely Claims, and (D) Pension, Benefit, and OPEB Claims (Docket No. 18983)

|  |  |
|---|---|
| *Responses filed:* | *Memorandum Of Ohio Environmental Protection Agency In Opposition To Reorganized Debtors' Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed. R. Bankr. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19055)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(B) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (Ii) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 19099)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimants To Reorganized Debtors' Objections To Proofs Of Claim Numbers 10884, 15346, And 15347 ("Supplemental Reply Regarding Certain Duplicate Claims") (Docket No. 20510)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10884, 15346, And 15347 And Reorganized Debtors' Objection To Proofs Of* |

                        *Administrative Expense Claim Numbers 19168 And 19574 (Docket No. 20419)*

                        *Proofs Of Claim Numbers 15346 and 15347*

    *Status:*                    *The hearing with respect to this matter will be proceeding.*

4. **"Claim Objection Hearing Regarding Claims of Eashonda Williams"** - Claim Objection Hearing Regarding Claim of Eashonda Williams as Objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

    *Responses filed:*    *Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19573 (Eashonda D. Williams) (Docket No. 19851)*

    *Replies filed:*      *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

                        *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 19573 (Eashonda D. Williams) (Docket No. 20422)*

|  |  |  |
|---|---|---|
|  | *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19573 (Eashonda D. Williams) filed by John Wm. Butler Jr. on behalf of DPH Holdings Corp., et al.. with hearing to be held on 8/12/2010 at 10:00 AM at Courtroom 118, White Plains Office (Docket No. 20233)* |

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19573 (Eashonda D. Williams) (Docket No. 20247)*

*Proof Of Administrative Expense Claim Number 19573*

    *Status:*    *The hearing with respect to this matter will be proceeding.*

5. **"Sufficiency Hearing Regarding Claim of Michigan Funds Administration"** - Sufficiency Hearing Regarding Claim of Michigan Funds Administration as Objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant to 11 U.S.C. § 503 (b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge Certain Administrative Expense (A) Books and Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, and (I) Severance Claims, (II) Disallow and Expunge (A) a Certain Duplicate Workers' Compensation Claim, (B) a Certain Duplicate Tax Claim, and (C) a Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims and (B) Workers' Compensation Claims, and (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

    *Responses filed:*    *Response To Debtors' Forty-Sixth Omnibus Claims Objection On Behalf Of Michigan Funds Administration (Docket No. 19824)*

*Amended Request for Payment of Administrative Expense On Behalf Of Michigan Funds Administration (Docket No. 20533)*

*Amended Request for Payment of Administrative Expense On Behalf Of Michigan Funds Administration (Corrected) (Docket No. 20534)*

    *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D)*

          *Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

          *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objection To Administrative Expense Claim Number 19168 Filed By Michigan Funds Administration (Docket No. 20512)*

          *A Second Supplemental Reply will be filed.*

   *Related filings:*   *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10884, 15346, And 15347 And Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19168 And 19574 (Docket No. 20419)*

          *Proof Of Administrative Expense Claim Number 19168*

   *Status:*   *The hearing with respect to this matter will be proceeding.*

6. **"Sufficiency Hearing Regarding Claim of Lee H. Young, Jr."** - Sufficiency Hearing Regarding Claim of Lee H. Young, Jr., as filed by the Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association, as Objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge Certain Administrative Expense (A) Books and Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, and (I) Severance Claims, (II) Disallow and Expunge (A) a Certain Duplicate Workers' Compensation Claim, (B) a Certain Duplicate Tax Claim, and (C) a Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims and (B) Workers' Compensation Claims, and (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

   *Responses filed:*   *Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19574 (Lee H. Young, Jr.) (Docket No. 19852)*

7

|  |  |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
|  | *Reorganized Debtors' Supplemental Reply To Response On Behalf Of Claimant To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19574 Filed On Behalf Of Lee H. Young, Jr. (Docket No. 20511)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10884, 15346, And 15347 And Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19168 And 19574 (Docket No. 20419)* |
|  | *Proof Of Administrative Expense Claim Numbers 19574* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated: New York, New York
August 26, 2010

             SKADDEN, ARPS, SLATE, MEAGHER
               & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors