Timothy T. Brock, Esq.  Hearing Date: September 24, 2010 at 10:00 a.m.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Co-Counsel with:*
Patricia L. Beaty, Esq.
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee*


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
In re:                                                                   : Chapter 11
                                                                         :
DPH HOLDINGS CORP., *et al*.,                                            : Case No. 05-44481 (RDD)
                                                                         :
                                             Reorganized Debtors.        : (Jointly Administered)
                                                                         :
------------------------------------------------------------------------ x

## NOTICE OF ADJOURNED HEARING

PLEASE TAKE NOTICE that the hearing on the "Motion of The VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust Pursuant to 11 U.S.C. §105 and the Salaried OPEB Settlement Order to (i) Compel the Official Committee of Eligible Salaried Retirees to File Its Final Report with the Court Pursuant to the Terms of the Salaried OPEB Settlement Order; and (ii) To Direct the Office of the United States Trustee to Disband the Official Committee of Eligible Salaried Retires," has been adjourned until September 24, 2010, at 10:00 a.m. (prevailing eastern time), or as soon thereafter as counsel can be heard (the "Hearing Date").

812955_1

Dated: New York, New York
August 26, 2010

                              SATTERLEE STEPHENS BURKE & BURKE LLP

                              By:  /s/ Timothy T. Brock
                                    Timothy T. Brock, Esq.
                                    Abigail Snow, Esq.
                              230 Park Avenue
                              New York, New York 10169
                              (212) 818-9200

Co-Counsel with:

Patricia L. Beaty, Esq.
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN  46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee*

- 2 -

812955_1