# EXHIBIT B

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| DPH Holdings Corp., *et al.*,<br>　　　　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## ORDER GRANTING IN PART FIRST WAVE MOTIONS

The debtors in the above-captioned chapter 11 cases (collectively, the "Debtors") having commenced adversary proceedings to avoid certain transfers by the Debtors (the "Adversary Proceedings"); and a hearing having been held before this Court on July 22, 2010 (the "Hearing") in the Adversary Proceedings identified in Exhibit A, attached hereto, to consider the First Wave Motions (as defined in this Court's Order Establishing Certain Procedures with Respect to Pending Motions to Dismiss Adversary Proceedings, dated April 23, 2010 (the "Dismissal Motion Order")), as filed by certain of the Defendants, seeking orders, inter alia, dismissing, with prejudice, various complaints filed by the Debtors; and the Court having reviewed and considered (a) the First Wave Motions, (b) the Omnibus Response to Motions Seeking, Among Other Forms of Relief, Orders to Vacate Certain Procedural Orders Previously Entered by This Court and to Dismiss the Avoidance Actions Against the Moving Defendants, dated June 7, 2010 (the "Omnibus Response"), filed by the reorganized Debtors (collectively, the "Reorganized Debtors"), (c) the Joinder in the Omnibus Response by the Reorganized Debtors' conflicts counsel, and (d) the Replies filed in support of the First Wave Motions; and upon consideration of the argument of counsel made at the Hearing and the entire record of the Hearing; and after due deliberation; and for the reasons expressed in the Court's rulings at the conclusion of the Hearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. For the reasons indicated at the hearing, the following are hereby DISMISSED with prejudice, with each party to bear its own costs:

    (a) Adversary Proceeding No. 07-02372 against Kataman, Kataman Metals, Kataman Metals Inc. and Kataman;

    (b) Adversary Proceeding No. 07-02723 against LDI Incorporated;

    (c) Adversary Proceeding No. 07-02753 against Macsteel; and

    (d) Defendant Electronic Data Systems LTD. (n/k/a HP Enterprise Services UK Ltd.) from Adversary Proceeding No. 07-02262.

2. The Debtors have abandoned any claim against any Defendant that received transfers from the Debtors aggregating less than $250,000 during the 90 days preceding their respective petition dates, and all such claims in the Adversary Proceedings are DISMISSED with prejudice.

3. The Debtors have abandoned any claim against any Defendant that is a foreign supplier, and all such claims in the Adversary Proceedings against any foreign supplier are DISMISSED with prejudice; provided, however, that whether a Defendant in any of the Adversary Proceedings is a foreign supplier shall be determined by agreement of the relevant parties or, where the relevant parties cannot agree, by subsequent order of this Court.

4. Each of the Adversary Proceedings subject to the First Wave Motions and Second Wave Motions (as defined in the "Dismissal Motion Order" and identified in Exhibit B, attached hereto) will be DISMISSED with prejudice, unless the Reorganized Debtors file a motion for leave to amend the complaint (each, a "Motion to Amend") on or before September 7, 2010. Each Motion to Amend shall attach a proposed amended complaint that, for each transfer, at a minimum, shall set forth the transferor, the transferee, any known subsequent transferee against whom relief is sought, the antecedent debt and which Reorganized Debtor is the plaintiff.

5. All other arguments raised by Defendants that were not ruled upon at the Hearing or pursuant to this Order are preserved.

6. The Reorganized Debtors shall ensure that this Order is filed in each of the Adversary Proceedings.

Dated: August __, 2010

    White Plains, New York

                                                          _____
                                                          UNITED STATES BANKRUPTCY JUDGE