SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO DEBTORS' OBJECTION TO
PROOFS OF CLAIM NUMBERS 10504, 10686, 11045, 11981, 11982, 11984, 11986, 11987,
AND 11990 AND REORGANIZED DEBTORS' OBJECTION TO PROOFS OF
<u>ADMINISTRATIVE EXPENSE CLAIM NUMBERS 19797, 19798, 19799, 19800, AND 19802</u>

PLEASE TAKE NOTICE that as set forth on Exhibit A attached hereto, Delphi Corporation and certain of its subsidiaries and affiliates, former debtor and debtors-in-possession (collectively, the "Debtors") and DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), as applicable, objected to various proofs of claim and proofs of administrative expense claims (collectively, the "Proofs of Claim") filed by certain parties (collectively, the "Claimants").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6(a).

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested

2

Administrative Expense Claims ("Administrative Claims Objection Procedures Order" together with the Claims Objection Procedures Order, the "Orders") (Docket No. 18998), the Eleventh Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding Objections To Claims And (ii) Certain Notices And Procedures Governing Objections To Claims, entered April 5, 2010 (Docket No. 19776), and the Notice Of Rescheduling Of Fifty-Eighth Omnibus Hearing And Thirty-Sixth Claims Hearing, entered July 28, 2010 (Docket No. 20480), a sufficiency hearing (the "Sufficiency Hearing") to address the legal sufficiency of each of the Proofs of Claim and whether each Proof of Claim states a colorable claim against the asserted Debtor is hereby scheduled for September 24, 2010, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed in accordance with the procedures provided in the Orders, unless such procedures are modified in accordance with Paragraph 9(k) thereof. Please review the Orders carefully because failure to comply with the procedures provided in the Orders (or as modified pursuant to Paragraph 9(k)) could result in the disallowance and expungement of your Proof of Claim. A copy of the Orders are attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further adjourn the Sufficiency Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

3

Dated:   New York, New York
         August 26, 2010

                                      SKADDEN, ARPS, SLATE, MEAGHER
                                            & FLOM LLP

                                      By:   /s/ John Wm. Butler, Jr.
                                          John Wm. Butler, Jr.
                                          John K. Lyons
                                          Ron E. Meisler
                                    155 North Wacker Drive
                                    Chicago, Illinois 60606

                                          - and -

                                    Four Times Square
                                    New York, New York 10036

                                    Attorneys for DPH Holdings Corp., et al.,
                                        Reorganized Debtors

# Exhibit A

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| Proof of Claim Number | Date Filed | Party Filing Proof of Claim | Owner of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| 10504 | 7/24/2006 | TREMONT CITY BARREL FILL PRP GROUP | TREMONT CITY BARREL FILL PRP GROUP | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 10686 | 7/26/2006 | PEERLESS TRANSPORTATION COMPANY | PEERLESS TRANSPORTATION COMPANY | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 11045 | 7/26/2006 | MAD RIVER TRANSPORTATION INC. | MAD RIVER TRANSPORTATION INC. | $5,000,000.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 11981 | 7/28/2006 | ILLINOIS TOOL WORKS FOR HOBART BROTHERS COMPANY | ILLINOIS TOOL WORKS FOR HOBART BROTHERS COMPANY | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 11982 | 7/28/2006 | ILLINOIS TOOL WORKS FOR HOBART BROTHERS COMPANY | ILLINOIS TOOL WORKS FOR HOBART BROTHERS COMPANY | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 11984 | 7/28/2006 | TRI MARK, INC. | TRI MARK, INC. | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 11986 | 7/28/2006 | HOBART BROTHERS COMPANY | HOBART BROTHERS COMPANY | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 11987 | 7/28/2006 | ILLINOIS TOOL WORKS FOR HOBART BROTHERS COMPANY | ILLINOIS TOOL WORKS FOR HOBART BROTHERS COMPANY | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI CORPORATION |
| 11990 | 7/28/2006 | TRI MARK, INC. | TRI MARK, INC. | $0.00 | Third Omnibus Claims Objection | 10/31/2006 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| 19797 | 11/5/2009 | SENSUS PRECISION DIE CASTING INC. | SENSUS PRECISION DIE CASTING INC. | $1,119,135.77 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI LLC |
| 19798 | 11/5/2009 | SENSUS PRECISION DIE CASTING INC. | SENSUS PRECISION DIE CASTING INC. | $1,119,135.77 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI CORPORATION |
| 19799 | 11/5/2009 | SENSUS PRECISION DIE CASTING INC. | SENSUS PRECISION DIE CASTING INC. | $1,119,135.77 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI CHINA LLC |
| 19800 | 11/5/2009 | SENSUS PRECISION DIE CASTING INC. | SENSUS PRECISION DIE CASTING INC. | $1,119,135.77 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI AUTOMOTIVE SYSTEMS OVERSEAS CORPORATION |
| 19802 | 11/5/2009 | SENSUS PRECISION DIE CASTING INC. | SENSUS PRECISION DIE CASTING INC. | $1,119,135.77 | Forty-Third Omnibus Claims Objection | 1/22/2010 | DELPHI AUTOMOTIVE SYSTEMS INTERNATIONAL INC. |