**Hearing Date:  September 24, 2010**
**Hearing Time:  10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors. | |

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY
WITH RESPECT TO PROOF OF CLAIM NO. 10835
(DENNIS DASHKOVITZ)

("SUPPLEMENTAL REPLY – DENNIS DASHKOVITZ")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") hereby submit this Supplemental Reply With Respect To Proof Of Claim Number 10835 (the "Supplemental Reply") filed by Dennis Dashkovitz and respectfully represent as follows:

1. On July 28, 2010, the Reorganized Debtors filed their Statement of Disputed Issues With Respect To Proof Of Claim Number 10835 (Dennis Dashkovitz) (Docket No. 20473) (the "Statement of Disputed Issues").

2. Because Mr. Dashkovitz has not filed a supplemental response, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon the Statement of Disputed Issues.

3. In the event that Mr. Dashkovitz files a supplemental response or otherwise raises additional issues contesting the assertions in the Statement of Disputed Issues, the Reorganized Debtors reserve all of the their rights to (a) supplement this Supplemental Reply and (b) assert that Mr. Dashkovitz has not followed the claims objection procedures approved by this Court.

   WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) disallowing and expunging the proof of claim number 10835 in its entirety (b) granting the Reorganized Debtors such other and further relief as is just.

Dated: New York, New York
    August 26, 2010

            SKADDEN, ARPS, SLATE, MEAGHER
             & FLOM LLP

            By: /s/ John Wm. Butler, Jr.
              John Wm. Butler, Jr.
              John K. Lyons
              Ron E. Meisler
            155 North Wacker Drive
            Chicago, Illinois 60606

             - and -

            Four Times Square
            New York, New York 10036

            Attorneys for DPH Holdings Corp., et al.,
              Reorganized Debtors