**Hearing Date:  September 24, 2010**
**Hearing Time:  10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

REORGANIZED DEBTORS' CORRECTED SUPPLEMENTAL REPLY
WITH RESPECT TO PROOF OF CLAIM NO. 12251
(STEVEN STREETER)

("SUPPLEMENTAL REPLY – STEVEN STREETER")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") hereby submit this Corrected Supplemental Reply With Respect To Proof Of Claim Number 12251 (the "Supplemental Reply") filed by Steven Streeter and respectfully represent as follows:

1. On July 28, 2010, the Reorganized Debtors filed their Statement Of Disputed Issues With Respect To Proof Of Claim Number 12251 (Steven Streeter) (Docket No. 20477) (the "Statement of Disputed Issues").

2. Because Mr. Streeter has not filed a supplemental response, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon the Statement of Disputed Issues.

3. In the event that Mr. Streeter files a supplemental response or otherwise raises additional issues contesting the assertions in the Statement of Disputed Issues, the Reorganized Debtors reserve all of the their rights to (a) supplement this Supplemental Reply and (b) assert that Mr. Streeter has not followed the claims objection procedures approved by this Court.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) modifying and allowing proof of claim number 12251 as a general unsecured non-priority claim in the amount of $462,075.81 and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:   New York, New York
         August 31, 2010

         SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

         By:   /s/ John Wm. Butler, Jr.
            John Wm. Butler, Jr.
            John K. Lyons
            Ron E. Meisler
         155 North Wacker Drive
         Chicago, Illinois 60606

         - and -

         Four Times Square
         New York, New York 10036

         Attorneys for DPH Holdings Corp., et al.,
           Reorganized Debtors