# Exhibit A

|     | Case No.  | Filing Debtor | Address[1] | Tax ID Number |
|-----|-----------|---------------|------------|---------------|
| 1.  | 05-44480  | Delphi NY Holding Corporation | 5725 Delphi Drive, Troy, MI 48098 | 20-3383408 |
| 2.  | 05-44503  | Environmental Catalysts, LLC | 5725 Delphi Drive, Troy, MI 48098 | N/A |
| 3.  | 05-44542  | Delphi Liquidation Holding Company | 5725 Delphi Drive, Troy, MI 48098 | 95-4359324 |
| 4.  | 05-44547  | Delphi Electronics (Holding) LLC | One Corporate Center, Kokomo, IN 46904 | 95-4554161 |
| 5.  | 05-44558  | Delphi Automotive Systems Tennessee, Inc. (a/k/a PBR Automotive Tennessee, Inc.) | 5725 Delphi Drive, Troy, MI 48098 | 38-3319836 |
| 6.  | 05-44570  | Delphi Automotive Systems Risk Management Corp. | 5725 Delphi Drive, Troy, MI 48098 | 38-3575299 |
| 7.  | 05-44573  | Exhaust Systems Corporation | 4800 S. Saginaw Street, Flint, MI 48501 | 38-3211473 |
| 8.  | 05-44580  | Delphi Automotive Systems Korea, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-2849490 |
| 9.  | 05-44583  | Delphi International Services Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3439894 |
| 10. | 05-44586  | Delphi Automotive Systems Thailand, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3379709 |
| 11. | 05-44591  | Delphi International Holdings Corp. | 5725 Delphi Drive, Troy, MI 48098 | 38-3449527 |
| 12. | 05-44610  | Delco Electronics Overseas Corporation. | 5725 Delphi Drive, Troy, MI 48098 | 38-2638990 |
| 13. | 05-44618  | Aspire, Inc. | U.S. Route 1, Morrisville, PA 19067 | 36-4392806 |
| 14. | 05-44623  | Delphi Integrated Service Solutions, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3422378 |
| 15. | 05-44626  | Packard Hughes Interconnect Company | 17150 Von Karman Avenue, Irvine, CA 92614 | 33-0595219 |
| 16. | 05-44627  | DREAL, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3457411 |
| 17. | 05-44633  | Delphi Services Holding Corporation | 5725 Delphi Drive, Troy, MI 48098 | 20-0577653 |
| 18. | 05-44636  | Delphi Automotive Systems Global (Holding), Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3547659 |
| 19. | 05-44638  | Delphi Foreign Sales Corporation | Chase Trade, Inc., Post Office Box 309420, 55-11 Conacao Gade, Charlotte Amalie, St. Thomas, 00803-9420 U.S. Virgin Islands | 66-0564421 |
| 20. | 05-47459  | Delphi Receivables LLC | 5725 Delphi Drive, Troy, MI 48098 | 61-1446224 |

---

[1] All Debtor addresses are those that appear on the voluntary petitions.