EXHIBIT INDEX TO MOTION FOR LEAVE TO AMEND

| EXHIBIT NO. | CASE NO. | DEFENDANTS |
|---|---|---|
| 1 | | Chart of 165 Preference Actions |
| 2 | 07-02076 | Ahuas Tool & Engineering Inc. |
| 3 | 07-02077 & 07-02124 | Applied Biosystems |
| 4 | 07-02084 & 07-02096 | A-1 Specialized Services & Supplies, Inc. |
| 5 | 07-02090 | Amsea Inc. |
| 6 | | See Exhibit No. 4 |
| 7 | 07-02098 | Decatur Plastic Products Inc. |
| 8 | 07-02125 | ATS Automation Tooling Systems Inc. |
| 9 | 07-02131 | Century Services Inc. |
| 10 | 07-02138 | Access Electronics Inc. |
| 11 | 07-02142 | Access One Technology |
| 12 | 07-02147 | Acord Inc. |
| 13 | 07-02151 | Charter Manufacturing Co., Charter MFG. Co. Inc., and Milwaukee Wire Products |
| 14 | 07-02177 | Corning Incorporated |
| 15 | 07-02182 | Barnes & Associates |
| 16 | 07-02185 | Digex Inc. |
| 17 | 07-02188 | Critech Research Inc. |
| 18 | 07-02198 | Affinia Group Holdings Inc. and Brake Parts Inc. |
| 19 | 07-02201 | Ambrake Corporation |
| 20 | 07-02210 | Custom Profiles, Inc. |
| 21 | 07-02211 | Doshi Prettl International LLC |
| 22 | 07-02212 | D&R Technology LLC |
| 23 | 07-02214 | Dove Equipment Co., Inc. |
| 24 | 07-02217 | D&S Machine Products, Inc. |
| 25 | 07-02220 | Duraswitch Industries Inc. |
| 26 | 07-02227 | Ann Arbor Machine Co. |
| 27 | 07-02234 | Dr. Schneider Automotive Systems, Inc. |
| 28 | 07-02236 | DSSI and DSSI, LLC |
| 29 | 07-02238 | Circle Plastics Products Inc. |
| 30 | 07-02242 | Dupont Company, Dupont Powder Coatings USA Inc., E I Dupont De Nemours & Co. Inc. |
| 31 | 07-02248 | BGF Industries Inc. |
| 32 | 07-02250 | Danobat Machine Tool Co. Inc. |
| 33 | 07-02256 | Eco-Bat America LLC |
| 34 | 07-02257 | CNE, Inc. |
| 35 | 07-02258 | Fernandez Racing LLC |
| 36 | 07-02259 | Blair Strip Steel Co. |
| 37 | 07-02262 | Electronic Data Systems Corp., and Electronic Data Systems DE |
| 38 | 07-02270 | BP Amoco Corp., BP Microsystems Inc., BP Products North America Castrol, Castrol Industrial and Unifrax Corp. |
| 39 | 07-02272 | Elkhart Products Corp. |
| 40 | 07-02280 | Business Engine |
| 41 | 07-02282 | Calsonic Corp., and Calsonic North America, Inc. |
| 42 | 07-02284 | Marshall E. Campbell Co. |
| 43 | 07-02287 | Plasco Inc. |
| 44 | 07-02288 | Caretools, Inc. |

EXHIBIT INDEX TO MOTION FOR LEAVE TO AMEND

| EXHIBIT NO. | CASE NO. | DEFENDANTS |
|---|---|---|
| 45 | 07-02291 | Carlisle Companies, Inc. |
| 46 | 07-02295 | Invotec Engineering Inc. |
| 47 | 07-02301 | ISI of Indiana Inc. |
| 48 | 07-02302 | Florida Production Engineering Inc. |
| 49 | 07-02309 | UGL Equis Corporation |
| 50 | 07-02310 | Itautec America Inc. |
| 51 | 07-02312 | Fluent Inc. |
| 52 | 07-02322 | Jamestown Container Corp. |
| 53 | 07-02333 | Globe Motors, Inc. |
| 54 | 07-02339 | Polar Oil & Chemical Inc. |
| 55 | 07-02350 | FA Tech Corporation |
| 56 | 07-02351 | Grace Davison |
| 57 | 07-02358 | Pontiac Coil Inc. |
| 58 | 07-02374 | WM Hague Co. |
| 59 | 07-02414 | Niles USA, Inc. |
| 60 | 07-02416 | Merrill Tool & Machine |
| 61 | 07-02432 | Methode Electronics, Inc. |
| 62 | 07-02436 | Microchip Techonology Inc. |
| 63 | 07-02442 | Heraeus Metals Processing and Heraeus Metal Processing LTD. |
| 64 | 07-02445 | Heraeus Precious Metals |
| 65 | 07-02449 | Hewlett Packard Co. Inc., Hewlett Packard Company, Hewlett Packard Mexico S. DE R. L. DE CV |
| 66 | 07-02466 | MJ Celco Inc. |
| 67 | 07-02475 | HSS LLC. |
| 68 | 07-02477 | Monroe Inc. |
| 69 | 07-02479 | Olin Corporation |
| 70 | 07-02484 | MSX International Inc. |
| 71 | 07-02489 | Mubea Inc. |
| 72 | 07-02500 | Multitronics Inc. |
| 73 | 07-02505 | Universal Tool & Engineering, |
| 74 | 07-02523 | UVA Machine Company |
| 75 | 07-02525 | Intec Group |
| 76 | 07-02527 | ND AMC, LLC |
| 77 | 07-02539 | Vanguard Distributors Inc. |
| 78 | 07-02540 | Owens Corning |
| 79 | 07-02551 | Victory Packaging LP |
| 80 | 07-02555 | Viscom Inc. |
| 81 | 07-02556 | Vishay Americas Inc. |
| 82 | 07-02562 | Park Enterprises Inc. |
| 83 | 07-02563 | Park Ohio Industries Inc. |
| 84 | 07-02572 | PBR Columbia LLC |
| 85 | 07-02580 | Philips Semiconductors, Inc. (n/k/a NXP Semiconductors USA, Inc.) |
| 86 | 07-02581 | Wagner Smith Company |
| 87 | 07-02597 | Wells Fargo Bank N.A. |
| 88 | 07-02600 | West Michigan Spline Inc. |
| 89 | 07-02602 | Westwood Assocates Inc., Westwood & Associates/Nanya, and Westwood C/O Nanya |
| 90 | 07-02605 | Wiegel Tool Work Inc. |
| 91 | 07-02606 | Williams Advanced Materials EF |

EXHIBIT INDEX TO MOTION FOR LEAVE TO AMEND

| EXHIBIT NO. | CASE NO. | DEFENDANTS |
|---|---|---|
| 92 | 07-02617 | Securitas Security Services Inc. |
| 93 | 07-02618 | Select Tool & Die Corp. |
| 94 | 07-02619 | Setech, Inc. |
| 95 | 07-02623 | Shuert Industries Inc. |
| 96 | 07-02625 | Simco Construction, Inc. |
| 97 | 07-02633 | Solid State Stamping Inc. |
| 98 | 07-02639 | Spartech Polycom |
| 99 | 07-02644 | Sprimag Inc. |
| 100 | 07-02649 | Stapla Ultrasonics Corp. |
| 101 | 07-02650 | Starbrook Industries Inc. |
| 102 | 07-02652 | Steere Enterprises Inc. |
| 103 | 07-02654 | Stephenson & Sons Roofing |
| 104 | 07-02661 | Summit Polymers, Inc. |
| 105 | 07-02668 | Tata America Intn'l. Corp. |
| 106 | 07-02672 | Tech Central, LLC |
| 107 | 07-02688 | Timken Company and Timken Corporation |
| 108 | 07-02690 | Pro Tech Machine, Inc. |
| 109 | 07-02694 | Production Specialty Group |
| 110 | 07-02714 | Kyocera America Inc., Kyocera Industrial Ceramics Corp., and Kyocera Mita America, Inc. |
| 111 | 07-02720 | Laneko Engineering Co. Inc. and Wachovia Bank, N.A. |
| 112 | 07-02737 | Regions Bank |
| 113 | 07-02742 & 07-02744 | Republic Engineered Products |
| 114 | 07-02744 | See Exhibit No. 113 |
| 115 | 07-02750 | Rieck Group LLC |
| 116 | 07-02756 | Magnesium Aluminum Corp. |
| 117 | 07-02758 | Magnesium Electron Inc. and Magnesium Elektron Inc. |
| 118 | 07-02767 | Rotor Coaters International |
| 119 | 07-02768 | RSR Corporation |
| 120 | 07-02790 | Tyco Adhesives, Electronics Corporation, and Tyco Electronics Logistics AG, |
| 121 | 07-02800 | Robert Bosch Corporation and Robert Bosche LLC |
| 122 | 07-02804 | Product Action Int'l Inc., Product Action Growth, LLC, Product Action International, and Product Action International, LLC |

3