# EXHIBIT 114