ADVERARY PROCEEDINGS

| CASE NO. | DEFENDANT |
|----------|-----------|
|  |  |
| 07-02076 | Ahuas Tool & Engineering Inc. |
| 07-02077 | Applied Biosystems |
| 07-02084 | A 1 Specialized SVC. & Supp. Inc. |
| 07-02090 | Amsea Inc. and Amsea |
| 07-02096 | A-1 Specialized Services |
| 07-02098 | Decatur Plastic Products Inc. |
| 07-02124 | ABI (Dems Texas) |
| 07-02125 | ATS Automation Tooling Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems, and Automation Tooling Systems |
| 07-02131 | Century Services Inc. |
| 07-02138 | Access Electronics Inc. |
| 07-02140 | AKS Receivables LLC, AKS and AKS Receivables |
| 07-02142 | Access One Technology |
| 07-02147 | Acord Inc. |
| 07-02151 | Charter Manufacturing Co., Charter MFG. Co. Inc., and Milwaukee Wire Products |
| 07-02177 | Corning Inc., Corning Incorporated, and Corning |
| 07-02182 | Barnes & Associates |
| 07-02185 | Digex Inc. |
| 07-02186 | Alpine Electronics of America |
| 07-02188 | Critech Research Inc. |
| 07-02198 | Affinia Group Holdings Inc., Affinia, Affinia Canada Corp., Affinia Group, Affinia Candad, Brake Parts Inc., Itapsa S.A. DE C.V. and Wix Filtration Products Europe |
| 07-02201 | Ambrake Corporation and Ambrake Corp. |
| 07-02210 | Custom Profiles Inc. |
| 07-02211 | Doshi Prettl International and Doshi Prettl Int. |
| 07-02212 | D&R Technology LLC, and D and R Technology LLC |
| 07-02214 | Dove Equipment Co. |
| 07-02217 | D&S Machine Products Inc. |
| 07-02220 | Duraswitch Industries Inc. |
| 07-02227 | Ann Arbor Machine Co. |
| 07-02234 | Dr. Schneider |
| 07-02236 | DSSI and DSSI LLC |
| 07-02238 | Circle Plastics and Circle Plastics Products Inc. |
| 07-02242 | Dupont Company, Dupont Co., Dupont Electronic Matrls. Inc., Dupont P&E M Co., Dupont Powder Coatings, Dupont Powder Coatings USA Inc., E I Dupont De Nemours, EI Dupont De Nemours & Co. Inc., and Dupont E I DE Nemours Inc. |

ADVERARY PROCEEDINGS

| CASE NO. | DEFENDANT |
|---|---|
| 07-02245 | Danice Manufacturing Co. |
| 07-02248 | BGF Industries and BGF Industries Inc. |
| 07-02250 | Danobat Machine Tool Co. Inc. |
| 07-02256 | Eco-Bat America LLC |
| 07-02257 | CNE |
| 07-02259 | Blair Strip Steel Co. |
| 07-02262 | EDS, EDS Corp., Electronic Data Systems, Electronic Data Systems Corp., Electronic Data Systems DE, Electronic Data Systems LTD., and EDS Canada Inc. |
| 07-02270 | BP, BP Amoco Corp., BP Microsystems Inc., BP Products North America Castrol, Castrol Industrial and Unifrax Corp. |
| 07-02272 | Elkhart Products Corp. |
| 07-02280 | Business Engine |
| 07-02282 | Calsonic Corp., Calsonic N. America Inc., and Calsonic North America, Inc. |
| 07-02284 | Campbell, Marshall E. Co. |
| 07-02287 | Plasco and Plasco Inc. |
| 07-02288 | Caretools |
| 07-02291 | Carlisle and Carlisle Companies, Inc. |
| 07-02295 | Invotec Engineering and Invotec Engineering Inc. |
| 07-02301 | ISI of Indiana Inc. |
| 07-02302 | Florida Production Engineering Inc., and Florida Production Eng. |
| 07-02305 | ISPAT Inland |
| 07-02309 | Equis Corporation (UGL Equis) |
| 07-02310 | Itautec America Inc. |
| 07-02312 | Fluent Inc. |
| 07-02322 | Jamestown Container and Jamestown Container Corp. |
| 07-02333 | Globe Motors Inc. and Globe Motors |
| 07-02339 | Polar Oil and Polar Oil & Chemical Inc. |
| 07-02350 | FA Tech Corp. |
| 07-02351 | Grace Davison |
| 07-02358 | Fernandez Racing LLC |
| 07-02374 | Hague WM Co. and WM Hague Co. |
| 07-02385 | Pontiac Coil Inc. |
| 07-02414 | Niles USA, Inc. and Niles USA |
| 07-02416 | Merrill Tool & Machine |
| 07-02432 | Methode Electronics Inc. |
| 07-02433 | Norilsk Nickel USA Inc., and Norilsk Nickel USA |
| 07-02436 | Microchip |
| 07-02442 | Heraeus Metals Processing and Heraeus Metal Processing LTD. |
| 07-02445 | Heraeus Precious Metals |

ADVERARY PROCEEDINGS

| CASE NO. | DEFENDANT |
|---|---|
| 07-02449 | Hewlett Packard, Hewlett Packard Co. Inc., Hewlett Packard Company, Hewlett Packard Limited, Hewlett Packard Mexicos, Hewlett-Packard Company, and Hewlett-Packard Financial SVCS. |
| 07-02457 | Miller Industrial Products |
| 07-02462 | Nxgen Technologies LLC |
| 07-02466 | MJ Celco and MJ Celco Inc. |
| 07-02475 | HSS and HSS LLC. |
| 07-02477 | Monroe Inc. |
| 07-02479 | Olin Corp. |
| 07-02484 | MSX, MSX International, and MSX International Inc. |
| 07-02489 | Mubea and Mubea Inc. |
| 07-02500 | Multitronics Inc. |
| 07-02505 | Universal Tool & engineering, Universal Tool & Engineering C, and Universal Tool & Engr. Co. |
| 07-02523 | UVA Machine Company |
| 07-02525 | Intec Group |
| 07-02527 | ND AMC LLC |
| 07-02539 | Vanguard Distributors Inc. |
| 07-02540 | Owens Corning |
| 07-02543 | Oxford Polymers Inc. |
| 07-02551 | Victory Packaging and Victory Packing LP |
| 07-02553 | Viking Polymer Solutions LLC |
| 07-02554 | Viking Solutions LLC |
| 07-02555 | Viscom Inc. USA |
| 07-02556 | Vishay Americas Inc. |
| 07-02562 | Park Enterprises and Park Enterprises Inc. |
| 07-02563 | Park Ohio Industries, and Park Ohio Industries Inc. |
| 07-02571 | PBR Automotive USA LLC |
| 07-02572 | PBR Columbia LLC |
| 07-02580 | Philips Semiconductor, Philips Semiconductors, and Philips Semiconductors Inc |
| 07-02581 | Wagner Smith Company |
| 07-02597 | Wells Fargo Business and Wells Fargo Minnesota |
| 07-02600 | West Michigan Spline Inc. |
| 07-02602 | Westwood Assocates Inc., Westwood & Associates/Nanya, and Westwood C/O Nanya |
| 07-02605 | Wiegel Tool Works Inc. |
| 07-02606 | Williams Advanced Materials EF |
| 07-02607 | Willow Hill and Willow Hill LLC |
| 07-02617 | Securitas Companies and Securitas Security |
| 07-02618 | Select Tool & Die Corp. |
| 07-02619 | Setech Inc. and Setech |

ADVERARY PROCEEDINGS

| CASE NO. | DEFENDANT |
|---|---|
| 07-02623 | Shuert Industries Inc. |
| 07-02625 | Simco Construction Inc. |
| 07-02633 | Solid State Stamping Inc., Solid State Stamping I and Solid State Stamping Inc. |
| 07-02639 | Spartech Polycom |
| 07-02644 | Sprimag Inc. |
| 07-02649 | Stapla Ultrasonics Corp. |
| 07-02650 | Starbrook Industries Inc. |
| 07-02652 | Steere Enterprises Inc. |
| 07-02654 | Stephenson & Sons Roofing |
| 07-02661 | Summit Polymers Inc. |
| 07-02668 | Tata America Intn'l. Corp. |
| 07-02672 | Tech Central |
| 07-02679 | Tesa AG |
| 07-02688 | Timken, Timken Company, Timken Corporation, Timken France SAS, and Timken Super Precision |
| 07-02690 | Pro Tech Machine |
| 07-02694 | Production Specialty Group |
| 07-02714 | Kyocera, Kyocera America Inc., Kyocera Industrial, Kyocera Industrial Ceramics Corp., and Kyocera Mita America Inc. |
| 07-02720 | Laneko Engineering Co., Wachovia Bank NA, and Laneko Engineering Co. Inc. |
| 07-02737 | Regions Bank Birmingham |
| 07-02742 | Republic |
| 07-02744 | Republic Engineered Products, Republic Eng. Products, and Republic Engineered |
| 07-02750 | Rieck Group LLC |
| 07-02756 | Magnesium Aluminum Corp. |
| 07-02758 | Magnesium Electron Inc., and Magnesium Elektron Inc. |
| 07-02767 | Rotor Coaters International |
| 07-02768 | RSR Corporation, RSR, and RSR Corp. |
| 07-02769 | RSR/Ecobat |
| 07-02790 | Tyco, Tyco Adhesives, Tyco Electronics-Raychem, Tyco Electronics Corp., Tyco Electronics Corporation, Tyco Electronics Identification, Tyco Electronics Logistics AG, and Tyco/Electronics |
| 07-02800 | Bosch and Robert Bosche GMBH |
| 07-02804 | Product Action Int'l Inc., and Product Action International |