Dennis J. Raterink (P52678)
Michigan Assistant Attorney General
(Pro Hac Vice)
Labor Division
P.O. Box 30736
Lansing, MI 48909
(517) 373-1176
Attorney for Michigan Funds Administration

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

In Re:                                            Chapter 11

DPH HOLDINGS CORP., et al.,              Case No. 05-44481 (RDD)

      Reorganized Debtors.               (Jointly Administered)
_____

**NOTICE OF APPEAL**

     Appellant Michigan Funds Administration, by and through its counsel, Mike Cox,

Attorney General, and Dennis J. Raterink, Assistant Attorney General, appeals under 28 U.S.C. §

158(a)(1) to the United States District Court for the Southern District of New York from the

Order Pursuant to 11 U.S.C. §503(b) and Fed. R. Bankr. P. 3007 (I) Disallowing and Expunging

Proof of Administrative Expense Claim Number 19168 Filed by Michigan Funds Administration

and (II) Denying Amended Request for Payment of Administrative Expense on Behalf of the

Michigan Funds Administration (Order), entered by the United States Bankruptcy Court for the

Southern District of New York (Hon. Robert D. Drain) on September 9, 2010.  A copy of the

Order is attached hereto as Exhibit A.

     The names of all parties to the Order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

1

APPELLANT:

Michigan Funds Administration

MICHIGAN ATTORNEY GENERAL
525 W. Ottawa St.
P.O. Box 30736
Lansing, MI 48909
Telephone: (517) 373-1176

Attn:   Dennis J. Raterink

APPELLEES:

DPH Holdings Corp., et al, (Reorganized Debtors)

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Suite 2700
Chicago, IL 60606
Telephone: (312) 407-0700

Attn:   John W. Butler, Jr.
        John K. Lyons

-and-

Four Times Square
New York, NY 10036
Telephone (212) 735-3000

Attn:   Kayalyn A. Marafioti

                                        Respectfully submitted,

                                        Michael A. Cox
                                        Attorney General


                                        /s/ Dennis J. Raterink (P52678)
                                        Assistant Attorney General
                                        Attorneys for Self-Insurers' Security Fund
                                        Labor Division
                                        P.O. Box 30736
                                        517-373-1176
Dated:  September 15, 2010              raterinkd@michigan.gov


                                        2

## **CERTIFICATE OF SERVICE (efile)**

I hereby certify that on September 16, 2010, I electronically filed a Notice of Appeal with Exhibit A
with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of
record.


/s/ Dennis J. Raterink
Assistant Attorney General
Attorney for Self-Insurers' Security Fund
Labor Division
P.O. Box 30736
Telephone: (517) 373-1176
raterinkd@michigan.gov
(P52678)