Dennis J. Raterink (P52678)
Michigan Assistant Attorney General
(Pro Hac Vice)
Labor Division
P.O. Box 30736
Lansing, Michigan 48909
(517) 373-1176
Attorney for Michigan Funds Administration

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

**MICHIGAN FUNDS ADMINISTRATION'S STATEMENT OF ISSUES
AND DESIGNATION OF RECORD ON APPEAL**

Appellant Michigan Funds Administration (Funds), by and through its counsel, Mike Cox, Attorney General, and Dennis J. Raterink, Assistant Attorney General, submits the following statement of issues and designates the following items to be included in the record in connection with the appeal from the Order Pursuant to 11 U.S.C. §503(b) and Fed. R. Bankr. P. 3007, (I) Disallowing and Expunging Proof of Administrative Expense Claim Number 19168 Filed by Michigan Funds Administration and (II) Denying Amended Request for Payment of Administrative Expense on Behalf of the Michigan Funds Administration (Order), entered by the United States Bankruptcy Court for the Southern District of New York (Hon. Robert D. Drain) on September 9, 2010.

1

I.  STATEMENT OF ISSUES ON APPEAL

1. Did the Bankruptcy Court commit reversible error in concluding that the Michigan Funds Administration's Amended Administrative Expense Claim was in fact a "new" claim and thus barred by the Administrative Claims bar date?

II.  DESIGNATION OF RECORD ON APPEAL

The Funds hereby designate the following items to be included in the record on appeal:

|   | Date Filed | Docket No. | Description |
|---|---|---|---|
| 1 | October 8, 2005 | 12 | Debtor's Motion for order under 11 U.S.C. §105(a), 363, 507, 1107 and 1108 (I) authorizing debtors to pay prepetition wages and salaries to employees and independent contractors, (II) authorizing debtors to pay prepetition benefits and continue maintenance of human capital benefit programs in the ordinary course, and (III) directing banks to honor prepetition checks for payment of prepetition human capital obligations. |
| 2 | October 13, 2005 | 198 | Order (I) authorizing debtors to pay prepetition wages and salaries to employees and independent contractors, (II) authorizing debtors to pay prepetition benefits and continue maintenance of human capital benefit programs in the ordinary course, and (III) directing banks to honor prepetition checks for payment of prepetition human capital obligations. |
| 3 | March 17, 2006 | 2866 | Motion for Order Under 11 U.S.C. §§ 107(b), 501, 502, and 1111(a) and FED. R. BANKR. P. 1009, 2002(a)(7), 3003(c)(3), AND 5005(a) Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice |

2

| 4 | December 10, 2007 | 11386 | Debtors' First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession |
| 5 | December 10, 2007 | 11388 | Debtors' First Amended Disclosure Statement with Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession |
| 6 | January 25, 2008 | 12359 | Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. §§ 1129(a) and (b) and FED. R. BANKR. P. 3020 Confirming First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified |
| 7 | October 3, 2008 | 14310 | Motion For Order (I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization |
| 8 | June 1, 2009 | 16646 | Motion to Approve Debtors' (A) Supplement to Motion for Order (I) Approving Modifications to Debtors' First Amended Joint Plan of Reorganization (As Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Request to Set Administrative Expense Claims Bar Date and Alternative Sale Hearing Date. |
| 9 | July 30, 2009 | 18707 | Order Approving Modifications Under 11 U.S.C. § 1127(b) to (I) First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors, and Debtors-In-Possession, as Modified and (II) Confirmation Order |
| 10 | October 6, 2009 | 18958 | Notice of (A) Order Approving Modifications to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession and (B) Occurrence of Effective Date. |
| 11 | October 16, 2009 | | Request for Payment of Administrative Expense on Behalf of Michigan Funds Administration |

3

| | | | |
|---|---|---|---|
| 12 | March 19, 2010 | 19711 | Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant to 11 U.S.C. §503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge Certain Administrative Expense (A) Books and Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, and (I) Severance Claims, (II) Disallow and Expunge (A) a Certain Duplicate Workers' Compensation Claim, (B) a Certain Duplicate Tax Claim, and (C) a Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims and (B) Workers' Compensation Claims, and (IV) Allow Certain Administrative Expense Severance Claims. |
| 13 | April 14, 2010 | 19824 | Response to Debtors' Forty-Sixth Omnibus Claims Objection on Behalf of Michigan Funds Administration |
| 14 | August 17, 2010 | 20512 | Reorganized Debtors' Supplemental Reply to Response of Claimant to Reorganized Debtors' Objection to Administrative Expense Claim Number 19168 Filed by Michigan Funds Administration |
| 15 | August 23, 2010 | 20534 | Amended Request for Payment of Administrative Expense on Behalf of Michigan Funds Administration |
| 16 | August 26, 2010 | 20547 | Reorganized Debtors' Second Supplemental Reply to Response of Claimant to Reorganized Debtors' Objection to Administrative Expense Claim Number 19168 Filed by Michigan Funds Administration. |
| 17 | September 9, 2010 | 20583 | Order Pursuant to 11 U.S.C. §503(b) and Fed. R. Bankr. P. 3007, (I) Disallowing and Expunging Proof of Administrative Expense Claim Number 19168 Filed by Michigan Funds Administration and (II) Denying Amended Request for Payment of Administrative Expense on Behalf of the Michigan Funds Administration. |

| 18 | September 15, 2010 | Transcript of Hearing on Reorganized Debtors' Request to Disallow and Expunge Proof of Administrative Expense Claim Number 19168 Filed by Michigan Funds Administration (Transcript has been ordered) |

                                           Respectfully submitted,

                                           Michael A. Cox
                                           Attorney General


                                           /s/ Dennis J. Raterink (P52678)
                                           Assistant Attorney General
                                           Attorneys for Michigan Funds Administration
                                           Labor Division
                                           P.O. Box 30736
                                           Lansing, Michigan 48909
                                           (517) 373-1176
Dated: September 15, 2010               raterinkd@michigan.gov


## CERTIFICATE OF SERVICE (efile)

I hereby certify that on September 16, 2010, I electronically filed a Michigan Funds Administration's Statement of Issues and Designation of Record on Appeal with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.


                                           /s/ Dennis J. Raterink
                                           Assistant Attorney General
                                           Attorney for Self-Insurers' Security Fund
                                           Labor Division
                                           P.O. Box 30736
                                           Lansing, Michigan 48909
                                           Telephone: (517) 373-1176
                                           raterinkd@michigan.gov
                                           (P52678)