Joseph Serino
Michael A. Cohen
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile:   (212) 446-4900

- and-

Tiffany Strelow Cobb (admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio  43215
Telephone: 614-464-8322
Facsimile: 614-719-4663
Email:  tscobb@vorys.com

Attorneys for AOL Inc. f/k/a AOL LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Delphi Corporation, et al., | ) | |
| | ) | Case No. 05-44481 (RDD) |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

## <u>DECLARATION OF MARA PERRONE BOWATER</u>

I, Mara Perrone Bowater, declare and state as follows:

1.        I am currently the Director of Revenue Accounting at AOL Inc., f/k/a AOL LLC
("AOL").  I have held this position since July, 2007.  My current duties include ensuring the
financials are accurately stated for Subscription Revenue and other revenue streams that are
processed via electronic payment and the management of corresponding balance sheet items,
which would include receivables.

2.      I was hired as an Accountant by AOL on March 25, 1996.

3.      As Director of Revenue Accounting, I am familiar with the AOL- Delphi Affinity Program, which operated from approximately June 2001 through December 31, 2007.

4.      The AOL-Delphi Affinity Program and its corresponding billing was governed by that certain Confidential Partner Marketing Agreement between AOL and Delphi Automotive Systems LLC dated May 5, 2005 (the "Partner Agreement"), Confidential Partner Marketing Agreement between AOL and Delphi Automotive Systems LLC dated June 22, 2001, and AOL Delphi Retiree Offer Agreement between Delphi Automotive Systems LLC and AOL dated May 5, 2005, (the "Agreement" or "AOL-Delphi Agreements").   Exhibits A, B and C to this Declaration are true and accurate copies of these AOL-Delphi Agreements, respectively.

5.      The AOL-Delphi Affinity Program enabled Delphi to procure AOL services for its employees and retirees (collectively "the Participants") at a discounted rate.

6.      Under the terms of the AOL-Delphi Agreements, billing for AOL service was done in two parts:  each month AOL invoiced Delphi for its share of the price for each eligible Participant (approximately $7.00 per month from June 2001 to July 2005 and  $4.25 per month from August 2005 to December 31, 2007) and then direct billed each eligible Participant for the employee portion of the price (approximately $5.00 per month).

7.      AOL's Accounting Department generated and sent the monthly invoices to Delphi.  AOL's Billing Operations handled the direct billing to the individual Delphi employees.

8.      To facilitate billing, for its internal use, AOL maintains a system of price index codes ("PI Code").  Each AOL internet services account receives a PI Code reflecting the monthly charge for such account.

9.    Consistent with this system, AOL assigned one of a number of Delphi-specific PI Codes to each employee or retiree's account.  For a given account, these Delphi PI Codes determined the amount of the employee portion and Delphi portion for which AOL charged the employees and Delphi, respectively.

10.    Billing Operations handled the direct billing to the individual Delphi employees, e.g. $5.00 per month, using a report that was run monthly showing every AOL customer who was tied to the Delphi price index (the special rate that was given to Delphi employees under the Agreement).  Accounting would then generate matching invoices based on reporting to invoice the Delphi portion.

11.    Under the AOL-Delphi Affinity Program, Participants benefited by receiving AOL service by paying the $5.00 employee portion per month, as opposed to AOL's published retail rates, which often exceeded $20.00 per month during the period covered by the Agreement.

12.    Billing Operations moved Participants on and off the Delphi price indexes monthly as required by the terms of the Agreements.

13.    The pricing associated with the Delphi PI Code was less than the pricing associated with higher retail PI Codes.  So, while AOL increased customer volume from the AOL-Delphi Affinity Program, for every Participant who was moved off the AOL-Delphi Affinity Program (due to ineligibility or otherwise) and placed onto a higher retail PI Code, the greater the revenue to AOL.  Accordingly, AOL had every economic incentive to ensure that ineligible Participants were removed from the Delphi PI Code and placed onto the higher retail PI Code as contemplated under the Agreement.

14.    During the course of the AOL-Delphi Affinity Program, Delphi paid every monthly invoice it received from AOL from the inception of the Program in June 2001 through

– 3 –

May, 2005, and then every invoice (except the April 18, 2006 invoice) for the time period from January 2006 through February 2007.

15.    Exhibit D contains true and accurate copies of each invoice that AOL sent to Delphi but which Delphi failed to pay under the AOL-Delphi Affinity Program.

16.    At the end of 2006, AOL's collections team tried to reach the Delphi contacts for a couple of months regarding outstanding post-petition invoices, with no response.  It was not until after AOL's counsel contacted Debtors' counsel for assistance in obtaining payment of the then-outstanding April 2006 post-petition invoice, that Delphi for the first time sought to challenge AOL invoicing.

17.    On August 2, 2006, AOL announced that AOL's software and e-mail as well as various other products would be made available for free to broadband users in a move to enhance the growth of its online advertising business.  Based on the AOL books and records, as of December 2007, AOL's paying membership declined by a total of 46 percent as a result of the announcement to provide free access.  Due to this high percentage of customers migrating from a paid access to free access, AOL spent significant time from and after August 2006 through 2007 changing applicable PI Codes and making appropriate pricing adjustments for all affected customers, including, but not limited to Delphi Participants.

18.    Subsequently, in June 2007, AOL issued a credit memo, resulting in a net credit to Delphi of $66,096 (the "Credit Memo").  While the Credit Memo covered the period of January 2006 through January 2007, the credits owed to Delphi occurred for the billing months of November 2006 through January 2007 alone; for the earlier months of January 2006 through October 2006, the billing adjustments in the Credit Memo result in a positive amount due to AOL.  Exhibit E is a true and accurate copy of the Credit Memo and supporting detail.  The

impetus for the Credit Memo was a discovered error in the interpretation of AOL reporting.  The error was pinpointed to the period covered by the Credit Memo, and the Credit Memo corrected the interpretation errors.

19.    Based on my review of AOL's books and records, including the Credit Memo, the total number of Participants reflected on the invoices for the Delphi Portion is actually less than the total number of AOL customers billed the corresponding Employee Portion under applicable Delphi PI Codes for the same months.

I declare under penalty of perjury that the statements contained in this declaration are true and correct.

Dated this 17th day of September, 2010.

/s/ Mara Perrone Bowater
Mara Perrone Bowater

EXHIBIT A

DUE TO THE COMMERCIALLY SENSITIVE NATURE OF THE INFORMATION CONTAINED IN THE
AGREEMENT, COPIES WILL BE PROVIDED TO THE DEBTORS AND THE COURT BUT WILL NOT BE FILED
OR SERVED ON OTHER NOTICE PARTIES.

EXHIBIT B

DUE TO THE COMMERCIALLY SENSITIVE NATURE OF THE INFORMATION CONTAINED IN THE AGREEMENT, COPIES WILL BE PROVIDED TO THE DEBTORS AND THE COURT BUT WILL NOT BE FILED OR SERVED ON OTHER NOTICE PARTIES.

EXHIBIT C

DUE TO THE COMMERCIALLY SENSITIVE NATURE OF THE INFORMATION CONTAINED IN THE
AGREEMENT, COPIES WILL BE PROVIDED TO THE DEBTORS AND THE COURT BUT WILL NOT BE FILED
OR SERVED ON OTHER NOTICE PARTIES.



**INVOICE**

Invoice Number    182340

**Delphi Automotive Systems**
**Attn: IS&S Purchasing**
**1441 W. Long Lake Road**
**Mail Code 480-415-328**
**Troy, MI  48098**



Remit To:
AMERICA ONLINE, Inc.
General Post Office
PO Box 5696
New York, NY 10087-5696

Invoice Covers:  April 1 10:00 AM - May 1 9:59:59 AM

| Customer ID | Payment Terms | Page 1 |
|---|---|---|
| 15527 | Net 30 | |

**AOL Accounts**

| | Accounts | Rate | Total |
|---|---|---|---|
| Prior Months Accounts Active as of Bill Cycle Date | 25,998 | | |
| Less Prior Months Cancels as of Bill Cycle Date | (130) | | |
| Current Months Registrations as of Bill Cycle Date | 115 | | |
| Total Accounts Active as of Bill Cycle Date | 25,983 | @ $7.00 | $ 181,881.00 |
| Payment Due for Active Accounts to AOL | | | $ 181,881.00 |

**Remittance address:**

| Via Regular Mail | Via Overnight Courier |
|---|---|
| America Online, Inc. | Chase Manhattan Bank |
| Attn: Accounts Receivable | 55 Water Street |
| General Post Office | Lockbox Dept. Rm. # 413 |
| P.O. Box 5696 | New York, NY 10041 |
| New York, NY 10087-5696 | Lockbox # 5696 |

- - - - - - - - - - - - - - - - Please detach here and return this portion with your payment. - - - - - - - - - - - - - - - -

Delphi Automotive Systems
Attn: IS&S Purchasing
1441 W. Long Lake Road
Mail Code 480-415-328
Troy, MI  48098
Customer ID: 7739                    AR Cat: 8002

**AMERICA ONLINE, Inc.**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| | |
|---|---|
| Contract Number | 5844 |
| Invoice Number | 182340 |
| Invoice Date | 05/17/05 |
| Total Amount Due | $181,881.00 |



**EXHIBIT**
**D**



**INVOICE**

Invoice Number          184529

**Delphi Automotive Systems**
**Attn: IS&S Purchasing**
**1441 W. Long Lake Road**
**Mail Code 480-415-328**
**Troy, MI  48098**



Invoice Covers:   May 1 10:00 AM - June 1 9:59:59 AM

| Customer ID | Payment Terms | Page 1 | | |
|---|---|---|---|---|
| 15527 | Net 30 | | | |
| AOL Accounts | | Accounts | Rate | Total |
| Prior Months Accounts Active as of Bill Cycle Date | | 25,983 | | |
| Less Prior Months Cancels as of Bill Cycle Date | | (147) | | |
| Current Months Registrations as of Bill Cycle Date | | 84 | | |
| Total Accounts Active as of Bill Cycle Date | | 25,920 | @ $7.00 | $ 181,440.00 |
| Payment Due for Active Accounts to AOL | | | | $ 181,440.00 |

Remittance address:

| Via Regular Mail | Via Overnight Courier |
|---|---|
| America Online, Inc. | Chase Manhattan Bank |
| Attn: Accounts Receivable | 55 Water Street |
| General Post Office | Lockbox Dept. Rm. # 413 |
| P.O. Box 5696 | New York, NY 10041 |
| New York, NY 10087-5696 | Lockbox # 5696 |

- - - - - - - - - - - - - - - - Please detach here and return this portion with your payment - - - - - - - - - - - - - -

Delphi Automotive Systems
Attn: IS&S Purchasing
1441 W. Long Lake Road
Mail Code 480-415-328
Troy, MI  48098
Customer ID: 7739                    AR Cat: 8002

**AMERICA ONLINE, Inc.**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

Contract Number          25344

Invoice Number          184529

Invoice Date          06/21/05

Total Amount Due          $181,440.00



**INVOICE**

Invoice Number        186108

**Delphi Automotive Systems**
**Attn: IS&S Purchasing**
**1441 W. Long Lake Road**
**Mail Code 480-415-328**
**Troy, MI  48098**



Invoice Covers:  June 1 10:00 AM - July 1 9:59:59 AM

| Customer ID | Payment Terms | Page 1 | | |
|---|---|---|---|---|
| 15527 | Net 30 | | | |

**AOL Accounts**

| | Accounts | Rate | Total |
|---|---|---|---|
| Prior Months Accounts Active as of Bill Cycle Date | 25,920 | | |
| Less Prior Months Cancels as of Bill Cycle Date | (128) | | |
| Current Months Registrations as of Bill Cycle Date | 83 | | |
| Total Accounts Active as of Bill Cycle Date | 25,875 | @ $7.00 | $ 181,125.00 |

Payment Due for Active Accounts to AOL                                    $ 181,125.00

**Remittance address:**

| Via Regular Mail | Via Overnight Courier |
|---|---|
| America Online, Inc. | Chase Manhattan Bank |
| Attn: Accounts Receivable | 55 Water Street |
| General Post Office | Lockbox Dept. Rm. # 413 |
| P.O. Box 5696 | New York, NY 10041 |
| New York, NY 10087-5696 | Lockbox # 5696 |

- - - - - - - - - - - - - - Please detach here and return this portion with your payment - - - - - - - - - - - -

Delphi Automotive Systems
Attn: IS&S Purchasing
1441 W. Long Lake Road
Mail Code 480-415-328
Troy, MI  48098
Customer ID: 7739                AR Cat: 8002

**AMERICA ONLINE, Inc.**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| | |
|---|---|
| Contract Number | 25844 |
| Invoice Number | 186108 |
| Invoice Date | 07/21/05 |
| Total Amount Due | $181,125.00 |



**INVOICE**

Invoice Number          188647

**Delphi Automotive Systems**
**Attn: IS&S Purchasing**
**1441 W. Long Lake Road**
**Mail Code 480-415-328**
**Troy, MI  48098**



Invoice Covers:  July 1 10:00 AM - Aug 1 9:59:59 AM

| Customer ID | Payment Terms | Page 1 |
|---|---|---|
| 15527 | Net 30 | |

**AOL Accounts**

| | Accounts | Rate | Total |
|---|---|---|---|
| Prior Months Accounts Active as of Bill Cycle Date | 25,875 | | |
| Less Prior Months Cancels as of Bill Cycle Date | (120) | | |
| Current Months Registrations as of Bill Cycle Date | 83 | | |
| Total Accounts Active as of Bill Cycle Date | 25,838 | @ $7.00 | $ 180,866.00 |
| Payment Due for Active Accounts to AOL | | | $ 180,866.00 |

Remittance address:

| Via Regular Mail | Via Overnight Courier |
|---|---|
| America Online, Inc. | Chase Manhattan Bank |
| Attn: Accounts Receivable | 55 Water Street |
| General Post Office | Lockbox Dept. Rm. # 413 |
| P.O. Box 5696 | New York, NY 10041 |
| New York, NY 10087-5696 | Lockbox # 5696 |

- - - - - - - - - - Please detach here and return this portion with your payment. - - - - - - - - - -

Delphi Automotive Systems
Attn: IS&S Purchasing
1441 W. Long Lake Road
Mail Code 480-415-328
Troy, MI  48098
Customer ID: 7739          AR Cat: 8002

**AMERICA ONLINE, Inc.**
General Post Office
PO Box 5696
New York, NY 10087-5696

| Contract Number | 25844 |
|---|---|
| Invoice Number | 188647 |
| Invoice Date | 09/15/96 |
| Total Amount Due | $130,866.00 |



## INVOICE

Invoice Number        188648

**Delphi Automotive Systems**
**Attn: IS&S Purchasing**
**1441 W. Long Lake Road**
**Mail Code 480-415-328**
**Troy, MI  48098**



Remit to:
AMERICA ONLINE, Inc.
General Post Office
P.O. Box 5696
New York, NY 10087-5696

Invoice Covers:  Aug 1 10:00 AM - Sept 1 9:59:59 AM

| Customer ID | Payment Terms | Page 1 | | |
|---|---|---|---|---|
| 15527 | Net 30 | | | |
| AOL Accounts | | Accounts | Rate | Total |
| Prior Months Accounts Active as of Bill Cycle Date | | 25,838 | | |
| Less Prior Months Cancels as of Bill Cycle Date | | (133) | | |
| Current Months Registrations as of Bill Cycle Date | | 99 | | |
| Total Accounts Active as of Bill Cycle Date | | 25,804 | @ $4.25 | $ 109,667.00 |
| Payment Due for Active Accounts to AOL | | | | $ 109,667.00 |

Remittance address:

| Via Regular Mail | Via Overnight Courier |
|---|---|
| America Online, Inc. | Chase Manhattan Bank |
| Attn: Accounts Receivable | 55 Water Street |
| General Post Office | Lockbox Dept. Rm. # 413 |
| P.O. Box 5696 | New York, NY 10041 |
| New York, NY 10087-5696 | Lockbox # 5696 |

- - - - - - - - - - Please detach here and return this portion with your payment. - - - - - - - - - -

Delphi Automotive Systems
Attn: IS&S Purchasing
1441 W. Long Lake Road
Mail Code 480-415-328
Troy, MI  48098
Customer ID: 7739        AR Cat: 8002

**AMERICA ONLINE, Inc.**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | 25844 |
|---|---|
| Invoice Number | 188648 |
| Invoice Date | 09/16/05 |
| Total Amount Due | $109,667.00 |



**INVOICE**

Invoice Number        189962

**Delphi Automotive Systems**
**Attn: Kevin Finan, IT Purchasing**
**5820 Delphi Drive**
**Mail Code 480-405-2325**
**Troy, MI  48098**



Remit to:
AMERICA ONLINE, Inc.
General Post Office
PO Box 5696
New York, NY 10087-5696

Invoice Covers:   Sept 1 10:00 AM - Oct 1 9:59:59 AM

| Customer ID | Payment Terms | Page 1 | |
|---|---|---|---|
| 15527 | Net 30 | | |

| AOL Accounts | Accounts | Rate | Total |
|---|---|---|---|
| Prior Months Accounts Active as of Bill Cycle Date | 25,804 | | |
| Less Prior Months Cancels as of Bill Cycle Date | (97) | | |
| Current Months Registrations as of Bill Cycle Date | 57 | | |
| Total Accounts Active as of Bill Cycle Date | 25,764 | @ $4.25 | $ 109,497.00 |
| Payment Due for Active Accounts to AOL | | | $ 109,497.00 |

Remittance address:

| Via Regular Mail | Via Overnight Courier |
|---|---|
| America Online, Inc. | Chase Manhattan Bank |
| Attn: Accounts Receivable | 55 Water Street |
| General Post Office | Lockbox Dept. Rm. # 413 |
| P.O. Box 5696 | New York, NY 10041 |
| New York, NY 10087-5696 | Lockbox # 5696 |

- - - - - - - - - - - Please detach here and return this portion with your payment. - - - - - - - - - - -

Delphi Automotive Systems
Attn: Kevin Finan, IT Purchasing
5820 Delphi Drive
Mail Code 480-405-2325
Troy, MI  48098
Customer ID: 7739          AR Cat: 8002

**AMERICA ONLINE, Inc.**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| | |
|---|---|
| Contract Number | 25844 |
| Invoice Number | 189962 |
| Invoice Date | 10/12/05 |
| Total Amount Due | $109,497.00 |



**INVOICE**

Invoice Number  193072,194468

**Delphi Automotive Systems**
**Attn: Kevin Finan, IT Purchasing**
**5820 Delphi Drive**
**Mail Code 480-405-232**
**Troy, MI  48098**



Invoice Covers:  Oct 1 10:00 AM - Nov 1 9:59:59 AM

| Customer ID | Payment Terms | Page 1 | | |
|---|---|---|---|---|
| 15527 | Net 30 | | | |
| AOL Accounts | | Accounts | Rate | Total |
| Prior Months Accounts Active as of Bill Cycle Date | | 25,764 | | |
| Less Prior Months Cancels as of Bill Cycle Date | | (131) | | |
| Current Months Registrations as of Bill Cycle Date | | 69 | | |
| Total Accounts Active as of Bill Cycle Date | | 25,702 | @ $4.25 | $ 109,233.50 |
| Payment Due for Active Accounts to AOL | | | | $ 109,233.50 |

Remittance address:

| Via Regular Mail | Via Overnight Courier |
|---|---|
| America Online, Inc. | Chase Manhattan Bank |
| Attn: Accounts Receivable | 55 Water Street |
| General Post Office | Lockbox Dept. Rm. # 413 |
| P.O. Box 5696 | New York, NY 10041 |
| New York, NY 10087-5696 | Lockbox # 5696 |

- - - - - - - - - - - - - - - - - - - - Please detach here and return this portion with your payment - - - - - - - - - - - - - - - - - - - - 

**Delphi Automotive Systems**
Attn: Kevin Finan, IT Purchasing
5820 Delphi Drive
Mail Code 480-405-232
Troy, MI  48098
Customer ID: 7739          AR Cat: 8002

**AMERICA ONLINE, Inc.**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

Contract Number        ███████ 25344

Invoice Number         ██ 193072,194468

Invoice Date           ████████ 12/05/05

Total Amount Due       █ █ 109,233.50

  

**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

**DELPHI**
ATTN: KEVIN FINAN IT PURCHASING
MAIL CODE 480-405-232
5820 DELPHI DRIVE
TROY                    MI      48098

| Invoice Number | 200116 |
|---|---|
| Invoice Date | 04/13/2006 |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 90 | |

| Description | Amount |
|---|---|
| ========================================== | |
| GROSS AMOUNT:                      103,517.25 | |
| ------------------    -------------------------------- | |
| AOL ACCOUNTS | |
| INVOICE COVERS: MAR 1 10:00AM - APR 1 9:59AM | |
| PRIOR MONTHS ACTIVE ACCOUNTS: 24,601 | |
| LESS PRIOR MONTHS CANCELS: (296) | |
| CURRENT MONTHS REGISTRATIONS: 52 | |
| 24,357 @ 4.25 | |
| BR041806 WG IBB | |
| NET AMOUNT: | 103,517.25 |
| INVOICE TOTALS: PAYABLE IN USD | 103,517.25 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**AOL**

Please detach here and return this portion with your payment.

**Delphi**
ATTN: KEVIN FINAN IT PURCHASING
MAIL CODE 480-405-232
5820 DELPHI DRIVE
TROY                    MI      48098

Customer ID 000015527        AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
|---|---|
| Invoice Number | 200116 |
| Invoice Date | 04/13/2006 |
| Total Amount Due | 103,517.25 |





**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

| Invoice Number |  |
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 90 | |

Description — Amount

```
======================================
                  GROSS AMOUNT:          91,460.00
          ------------    ------------------------
AOL ACCOUNTS
  INVOICE COVERS: JAN 1 10:00AM-FEB 1 9:59AM
  PRIOR MONTHS ACTIVE ACCOUNTS 21,656
  LESS PRIOR MONTHS CANCELS (143)
  CURRENT MONTHS REGISTRATIONS 7
  TOTAL ACTIVE ACCOUNTS 21,520
  BR022207 WG
          NET AMOUNT:
                                            91,460.00
```

INVOICE TOTALS - PAYABLE IN USD          91,460.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

Customer ID 000015527   AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number |  |
| Invoice Number |  |
| Invoice Date |  |
| Total Amount Due |  |

 



**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

Ramfrto
Aol Inc
General Post Office
PO Box 5696
New York, NY 10087-5696

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI      48098

| Invoice Number | 22598 |
| Invoice Date | 06/20/2007 |
| Contract Number | 0 |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|

```
========================================================
              GROSS AMOUNT:              48,671.00
              -----------      -----------------------
AOL Accounts
Invoice Covers: Feb1 20:00 AM - Mar1 9:59:59AM
Prior Months Active Accounts  12,628
Less Prior Month Cancels     (1470)
Current Months Registrations  294
Total Active Accounts : 11,452 @ $4.25
$48671.00
CSR 062007 RS
**** DO NOT MAIL****
              NET AMOUNT:
```

48,671.00

**INVOICE TOTALS  PAYABLE IN USD**            48,671.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI      48098

Customer ID:000015527       AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | 0 |
| Invoice Number | 22598 |
| Invoice Date | 06/20/2007 |
| Total Amount Due | 48,671.00 |







For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE  483-400-606
TROY                    MI    48098

| Invoice Number |  |
| Invoice Date |  |
| Contract Number |  |

| Customer ID | Payment Terms | PAGE:   1 |
| --- | --- | --- |
| 000015527 | NET 30 | |

| Description | Amount |
| --- | --- |
| ============================================== GROSS AMOUNT:                                      46,979.50 ------------ ---------------- AOL Accounts Invoice Covers: Mar 1 10:00 AM-Apr 1 9:59:59AM Prior Months Active Accounts  11,452 Less Prior Months Cancels  (594) Current Months Registrations 196 Total Active Accounts 11,054 @ #4.25 $46979.50 CSR 062007 RS ****DO NOT MAIL****** |  |
|                     NET AMOUNT:   | 46,979.50 |

| INVOICE TOTALS  PAYABLE IN USD | 46,979.50 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN  JESTER
5725  DELPHI  DRIVE
MAIL CODE  483-400-606
TROY                    MI     48098

Customer ID 000015527        AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY  10087-5696**

| Contract Number |  |
| Invoice Number |  |
| Invoice Date | 06/20/2007 |
| Total Amount Due |  |

  

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|

```
========================================
            GROSS AMOUNT:                        44,846.00
          -----------        -------------------------------
AOL Accounts
Invoice Covers:Apr 1 10:00AM - May 1  9:59:59AM
Prior Months Active Accounts 11,054
Less Prior Months Cancels  (612)
Current Months Registrations  110
Total Active Accounts 10,552 @ 4.25
$44846.00
CSR 062007 RS
***DO NOT MAIL***
            NET AMOUNT:                          44,846.00
```

INVOICE TOTALS  PAYABLE IN USD                    44,846.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**AOL** ► Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

Customer ID 000015527        AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

  

**For Billing Inquiries 877-265-0823**
**Email SSCsupport@corp.aol.com**
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

| Invoice Number | 225820 |
| Invoice Date | 06/20/2007 |
| Contract Number | |

| Customer ID | Payment Terms | | PAGE: 1 |
|---|---|---|---|
| 000015527 | NET 30 | | |

| Description | Amount |
|---|---|
| ===================================== | |
| GROSS AMOUNT: 43,452.00 | |
| ----------------- ----------------- | |
| AOL Accounts | |
| Invoice Covers:May 1 10:00AM- Jun 1 9:59:59AM | |
| Prior Months Active Accounts  10,552 | |
| Less Prior Months Cancels  (401) | |
| Current Months Registrations  73 | |
| Total Active Accounts : 10,224 @ 4.25 | |
| $43,452.00 | |
| CSR 062007 RS | |
| ***DO NOT MAIL*** | |
| NET AMOUNT: | 43,452.00 |

| INVOICE TOTALS  PAYABLE IN USD | 43,452.00 |

------------------------------------------------------------



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                    MI    48098

Customer ID:000015527        AR Cat: 8002

AOL LLC
General Post Office
PO Box 5696
New York, NY 10087-5696

| Contract Number | |
| Invoice Number | 225820 |
| Invoice Date | 06/20/2007 |
| Total Amount Due | 43,452.00 |







**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI      48098

| | |
|---|---|
| Invoice Number | 20602 |
| Invoice Date | 07/10/2007 |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|
| ================================================ | |
| GROSS AMOUNT:                  41,033.75 | |
| ------------    --------------------------------- | |
| AOL Accounts: | |
| Prior Months Accounts Active as of bill cycle | |
| Date  10,224 | |
| Less Prior Months Cancels as of bill cycle | |
| Date  (605) | |
| Current Months Registrations as of bill cycle | |
| Date   36 | |
| Total Active Account as of bill cycle date | |
| 9655 @ $4.25   Total: $41033.75 | |
| CSR 070907 RS | |
| NET AMOUNT: | 41,033.75 |

| INVOICE TOTALS - PAYABLE IN USD | 41,033.75 |
|---|---|

---

Please detach here and return this portion with your payment.

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI      48098

Customer ID 000015527      AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| | |
|---|---|
| Contract Number | |
| Invoice Number | 20602 |
| Invoice Date | 07/10/2007 |
| Total Amount Due | 41,033.75 |







**For Billing Inquiries 877-265-0823**
**Email SSCsupport@corp.aol.com**
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI     48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE:  1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|

```
=======================================================
                 GROSS AMOUNT:            38,551.75
 ------------      --------------------------------
AOL Accounts
Prior Months Accounts Active as of Bill Cycle
Date 9655.00,   Less Prior Months Cancels as
of Bill Cycle Date (595.00), Current Months
Registrations as of Bill Cycle Date 11.00
Total Accounts Active as of Bill Cycle Date
9071.00 @ $4.25
Payment Due for Active Accounts to AOL
$38551.75
CSR 081407 RS
          NET AMOUNT:                                        38,551.75
```

INVOICE TOTALS  PAYABLE IN USD          38,551.75

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI     48098

Customer ID 000015527     AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |







**For Billing Inquiries 877-265-0823**
**Email SSCsupport@corp.aol.com**
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

| | |
|---|---|
| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|
| GROSS AMOUNT: | 37,204.50 |

```
AOL Accounts
Invoice Covers: Aug 1 10:00AM -Sep 1 9:59:59AM
Prior Months Accounts Active -  9,071
Less Prior Months Cancels -  (352)
Current Months Registrations - 35
Total Accounts Active  -  8,754
Payment Due for Active Accounts to AOL
8,754 accounts @ $4.25 for $37,204.50
CSR 091807 JS

            NET AMOUNT:
```

37,204.50

INVOICE TOTALS  PAYABLE IN USD                    37,204.50

------------------------------------------------------------



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY            MI    48098

Customer ID 000015527      AR Col: 8002

| | |
|---|---|
| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**





For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI     48098

| Invoice Number | |
|---|---|
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|

```
=====================================================
            GROSS AMOUNT:              35,368.50
            -----------    --------------------------
AOL Accounts
Invoice Covers:Sep 1 10:00 AM - Oct 1 9:59 AM
Prior Months Accounts Active  8,754
Less Prior Months Cancels  (450)
Current Months Registrations  18
Total Accounts Active as of Bill Cycle Date
8,322  @ $4.25
Payment Due for Active Accounts to AOL
$35,368.50
BR 110207 JS DELPHI
            NET AMOUNT:                          35,368.50
```

INVOICE TOTALS  PAYABLE IN USD                    35,368.50

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI     48098

Customer ID 000015527      AR Cat: 8002

| Contract Number | |
|---|---|
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**







**For Billing Inquiries 877-265-0823**
**Email SSCsupport@corp.aol.com**
Tax ID# 20-4268793

**DELPHI**
**ATTN : EVELYN JESTER**
**5725 DELPHI DRIVE**
**MAIL CODE 483-400-606**
**TROY**              **MI**    **48098**

| Invoice Number | |
|---|---|
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|
| ===================================== | |
| GROSS AMOUNT:                      33,842.75 | |
| ------------ | |
| Invoice Covers:Oct 1 10:00 AM- Nov 1 9:59:59AM | |
| AOL Accounts | |
| as of Bill Cycle Date | |
| Prior Months Accounts Active -  8,322 | |
| Less Prior Months Cancels -  (397) | |
| Current Months Registrations -  38 | |
| Total Accounts Active -  7,963   @ $4.25 | |
| Payment Due for Active Accounts - $33,842.75 | |
| DELPHI 11708 JS IBB | |
|        NET AMOUNT: |                   33,842.75 |

| INVOICE TOTALS: PAYABLE IN USD | |
|---|---|

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY              MI    48098

Customer ID 000015527        AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
|---|---|
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |





**INVOICE**

For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793



DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

| Invoice Number | 24000 |
|---|---|
| Invoice Date | 07/07/2008 |
| Contract Number | |

| Customer ID | Payment Terms | PAGE:  1 |
|---|---|---|
| 000015527 | NET 30 | |

| Description | Amount |
|---|---|

```
                 GROSS AMOUNT:                       31,982.00
            -------------        -----------------------------
AOL Accounts
Invoice Covers:Nov 1 10:00 AM- Dec 1 9:59:59AM
as of Bill Cycle
Prior Months Accounts Active -  7,963
Less Prior Months Cancels  -   (471)
Current Months Registrations  12
Total Accounts Active -  7,504  @ $4.25
Payment Due for Active Accounts -  $31,892.00
DELPHI 11708 JS IBB
           NET AMOUNT:                               31,982.00
```

**INVOICE TOTALS  PAYABLE IN USD**                    $31,982.00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



**Please detach here and return this portion with your payment.**

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY          MI    48098

Customer ID:000015527      AR Col: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
|---|---|
| Invoice Number | 24000 |
| Invoice Date | 07/07/2008 |
| Total Amount Due | 31,982.00 |







For Billing Inquiries 877-265-0823
Email SSCsupport@corp.aol.com
Tax ID# 20-4268793

**DELPHI**
**ATTN : EVELYN JESTER**
**5725 DELPHI DRIVE**
**MAIL CODE 483-400-606**
**TROY**         MI      48098

| Invoice Number | |
| Invoice Date | |
| Contract Number | |

| Customer ID | Payment Terms | PAGE: 1 |
|---|---|---|
| 000015527 | NET 30 | |

```
=================================================
                GROSS AMOUNT:              30,098.50
         ------------      -------------------------
Invoice Covers:Dec 1 10:00 AM- Jan 1 9:59:59AM
AOL Accounts
as of Bill Cycle Date
Prior Months Accounts Active -  7,504
Less Prior Months Cancels - (470)
Current Months Registrations - 48
Total Accounts Active -  7,082 @ $4.25
DELPHI 012808 JS MISC
                NET AMOUNT:                         30,098.50
```

INVOICE TOTALS PAYABLE IN USD                     30,098.50

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -



Please detach here and return this portion with your payment.

**DELPHI**
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY                 MI      48098

Customer ID:000015527      AR Cat: 8002

**AOL LLC**
**General Post Office**
**PO Box 5696**
**New York, NY 10087-5696**

| Contract Number | |
| Invoice Number | |
| Invoice Date | |
| Total Amount Due | |

FIC: View Invoice                                                    Page 1 of 1



# Finance Information Center

Log Off | Help

| Home | Ledger | Payments | Procurement | Receivables | Assets | Programs/Projects |

| Contract | Invoice | Payment | Customer Profile | FAQs | Policies and Procedures | Files and Forms |

A/R Invoice Search > A/R Invoice Results



```
┌─────────────────────┐
│     DUPLICATE       │
└─────────────────────┘
For Billing Inquiries: (703) 265-2436
E-mail: ARInquiry@aol.com
Tax ID#: 54-1322110
```



Remit To:
America Online, Inc.
General Post Office
P.O. Box 5696
NEW YORK, NY 10087-5696

DELPHI
ATTN : EVELYN JESTER
5725 DELPHI DRIVE
MAIL CODE 483-400-606
TROY, MI 48098

| Invoice Number: | 909254 |
| --- | --- |
| Invoice Date: | 06/26/2007 |
| Contract Number: | 0 |

| Customer ID: 15527 | | Payment Terms: NET 30 |
| --- | --- | --- |
| **Description** | | **Amount** |
| OTHER/MISC | Credit Total amount: $66,096.00 (Consolidated Credit Memo for the net amount of the overbilling).Total Impact to revenue ($5,873.50). AOL invoices Delphi monthly for subsidies on Delphi employees with AOL account Due to ambigous reporting, AOL miss-invoiced from July 06 through Feb 07, 6 invoices were understated,3 invoices were overstated. (inv#205572,206105,206996,209344,209984,212389 214496,216388,217753) CSR062607RS | |
| | | -66,096.00 |
| | Total | -66,096.00   USD |



EXHIBIT
E

**Delphi Subsidy**
**Invoicing Adjustments**
**As of 4/18/07**

| Applicable Month | Date Invoiced | Invoice Number | Amount Invoiced | Members Invoiced | Corrected Members | Member Variance | Price | Amounts to be Adjusted | Payment Status |
|---|---|---|---|---|---|---|---|---|---|
| January-06 | 03/07/06 | 197900 | $ 105,978.00 | 24,936 | 24,936 | 0 | $ 4.25 | $ - | Paid |
| February-06 | 03/21/06 | 198718 | $ 104,554.25 | 24,601 | 24,601 | 0 | $ 4.25 | $ - | Paid |
| March-06 | 04/18/06 | 200116 | $ 103,517.25 | 24,357 | 24,357 | 0 | $ 4.25 | $ - | Unpaid |
| April-06 | 05/24/06 | 202326 | $ 103,173.00 | 24,276 | 24,276 | 0 | $ 4.25 | $ - | Paid |
| May-06 | 07/24/06 | 205572 | $ 102,123.25 | 24,029 | 24,219 | 190 | $ 4.25 | $ 807.50 | Paid |
| June-06 | 08/08/06 | 206105 | $ 100,504.00 | 23,648 | 23,969 | 321 | $ 4.25 | $ 1,364.25 | Paid |
| July-06 | 08/23/06 | 206996 | $ 98,778.50 | 23,242 | 23,721 | 479 | $ 4.25 | $ 2,035.75 | Paid |
| August-06 | 09/25/06 | 209344 | $ 97,252.75 | 22,883 | 23,497 | 614 | $ 4.25 | $ 2,609.50 | Paid |
| September-06 | 10/12/06 | 209987 | $ 95,467.75 | 22,463 | 23,044 | 581 | $ 4.25 | $ 2,469.25 | Paid |
| October-06 | 11/20/06 | 212389 | $ 93,912.25 | 22,097 | 22,237 | 140 | $ 4.25 | $ 595.00 | Paid |
| November-06 | 12/21/06 | 214496 | $ 92,909.25 | 21,861 | 18,154 | (3,707) | $ 4.25 | $ (15,754.75) | Paid |
| December-06 | 01/25/07 | 216388 | $ 92,038.00 | 21,656 | 16,378 | (5,278) | $ 4.25 | $ (22,431.50) | Paid |
| January-07 | 02/22/07 | 217753 | $ 91,460.00 | 21,520 | 12,628 | (8,892) | $ 4.25 | $ (37,791.00) | Unpaid |
| Total Adjustment Amount (Credit Memo) | | | | | | | | $ (66,096.00) | |