# EXHIBIT A



**James A. Baker** retired in 2008 from Delphi as a Senior Staff Research Scientist in the Corporation's Advanced Systems Group responsible for developing future refrigerant systems for vehicle air conditioning. He now serves as an independent industry consultant.

Jim has been active in the vehicle air conditioning industry throughout his career, serving as a contributing member on a number of technical committees, including:

- Long-standing leadership in developing and implementing environmentally sustainable refrigerants and refrigerant handling procedures
- Organized and Chaired for SAE Climate Control Technical Presentations, 1995 - 2005
- Active Member of SAE Interior Climate Control Standards Committee (20+ years)
- SAE I-MAC (Improved Mobile Air Conditioning) Teams on Refrigerant System Leakage Reduction and Reducing Refrigerant Emissions at Service and End-of-Life
- United Nations Montreal Protocol Refrigeration Technical Options Committee (RTOC) – Lead Author for Mobile Air Conditioning since 1988
- World Bank's Ozone Operations Montreal Protocol Multilateral Fund Consultant

Major Accomplishments Include:

- Led the development and implementation of the technology to recycle refrigerants on-site in repair shops, ultimately ending the need to vent refrigerants to the atmosphere during service. Recycling resulted in an enormous reduction of atmospheric emissions.
- Led the conversion from CFC-12 by championing HFC-134a and facilitating the development of a new class of lubricants to enable its use in vehicle air conditioning.
- Served as a member of several diplomatic committees with the US EPA in support of the Montreal (USSR 1990) and Kyoto (India 2005) Protocols to educate their governments and technologists regarding available technical options.
- Served as Lead Author for the United Nations Environment Programme Refrigeration Technical Option Committee that provided published technical options to reduce global dependency on CFC's for refrigeration, air conditioning and heat pumps.
- Significant contributions to the Montreal Protocol's 2006 Refrigeration Technical Options Report, the Inter-Governmental Panel on Climate Change (IPCC) "Third Assessment Report" and the IPCC's "Safeguarding the Ozone Layer and the Global Climate System."

Awards & Recognition Include:

- Elected to Fellow Member Status by the Society of Automotive Engineers, April 2008

- Recognized for "Contributing to the Award of the NOBEL PEACE PRIZE for 2007 to the IPCC" by the Inter-governmental Panel on Climate Change

- Presented the Industry Pioneer Award "in recognition by his peers of his innovation in Mobile Air Conditioning", by the Mobile Air Conditioning Society – Worldwide, 2006

- Inducted into Delphi's Innovation Hall of Fame, Delphi's highest recognition for innovation, 2004

- Presented SAE Forest R. MacFarland Awards for service to the SAE, 1999 and 2000

- Cited by Mr. Klaus Topfer, Executive Director of the UN's Environmental Programme, Montreal Protocol, recognizing "outstanding contribution to the protection of the Earth's Ozone Layer", 1999

- Received the US Environmental Protection Agency 'Best of the Best' Stratospheric Ozone Protection Award, 1997 (Refrigerant Recycling)

- Received the General Motors Corporation, 'Most Valuable Colleague' Award, 1993 for HFC-134a Lubricant Development Leadership

- Received the US Environmental Protection Agency 'Stratospheric Ozone Protection Award for Engineering Excellence and Corporate Leadership', 1990

Other Activities

- Director – Environmental Affairs – Venice Golf & Country Club, Venice, FL   2009 -12

- Director, Officer & Commodore of Buffalo Launch Club, Grand Island, NY       1993-8

Jim is frequently invited to speak on the future of mobile air conditioning at such meetings as the SAE Alternate Refrigerants Symposia, the Mobile Air Conditioning Society's Conventions, and other meetings sponsored by environmental and regulatory entities around the world.

Jim earned his undergraduate and Master of Science degrees in Physical Chemistry from Wright State University in Dayton, Ohio (USA).

Contact Information

Address       346 Lansbrook Drive, Venice, Florida 34292-4611, USA
Telephone    +1-941-445-4190
Mobile phone  +1-941-209-0689
E-mail    jab346@comcast.net

# Marianne A. Baker, Ph. D.

346 Lansbrook Drive
Venice, FL 34292
Tel 941.445.4190  Cell 941.209.0688
Email mab346@comcast.net

Education:

- Ph. D. from State University of New York at Buffalo     1997
  Major -- Educational Psychology

- M. A. from State University of New York at Buffalo     1991
  Major -- School Psychology

- B. S. from Wright State University, Dayton, Ohio     1975
  Dual Majors -- Psychology & Environmental Studies

- Post-doctoral Studies in Educational Leadership including
  NY State Certifications:
    SDA (School District Administrator)
    SAS ( School Administrator and Supervisor)

Work Experience
- 1991 – 2007  Lockport City School District, Lockport, NY

*Chairperson, Committees on Special Education and Preschool Special Education – managed the process and delivery of special education and related services (e.g., psychological, speech-language, occupational and physical therapies among others), including initial and on-going eligibility.  Caseload of 350-400 families. Ensured district compliance with federal and state law and attendant regulations.  Extensive on-going legal training by the district's counsel was required in this position to ensure the above and to maintain low risk of litigation.  Member of district and regional level administrative bodies.

*School Psychologist -- responsible for assessment and counseling of (general and special education) children and consultation to teachers, support staff, and administrators.  Required member of Committee on Special Education.


- 1982-1984 Heartland of Cedar Springs, New Paris, Ohio

*Director of Habilitation-- Managed the delivery of all educational and related services (e.g., psychological, speech, occupation and physical therapies) to a mature population residing in a 66 bed Intermediate Care Facility (ICF).

# Dennis A. Black
# Biographical Summary

**Dennis Black** completed an illustrious career with General Motors and Delphi Automotive Corporation. He began his career as a General Motors Institute Co-Op Student with the General Motors Frigidaire Division. Subsequently, Mr. Black held a **multitude of assignments** that included:

- **Product Design / Development** Engineer
- **Advanced Product Design** Engineer
- **Engineering Test Laboratory Supervisor**
- **Superintendent for Divisional Test Operations**
- **Engineering Design Supervisor** – Current A/C Compressor Products
- **Manufacturing Manager** – A/C Compressor Products
- **Leadership for Two (2) Major Quality Improvement Initiatives**
- **Divisional Technology Planner**
- **Chief Engineer** – HVAC Business Unit
- **Chief Engineer** – A/C Compressor Business Unit
- **Chief Engineer** – Advanced Global HVAC Products           and
- **Senior Strategist / Futurist / Innovator** for Delphi Thermal Division

Mr. Black has a total of **Six (6) Patents,** and is the **Inventor** of the **World's First Variable Stroke A/C Compressor for Automotive Applications**. This product is currently in mass production at Delphi Thermal's Global Manufacturing Facilities in Dayton, Ohio, Japan, Korea and France.

## Awards:

In recognition of his various creative achievements, Mr. Black has received a variety of prestigious awards which include:

- The General Motors **"Boss Kettering" Award** for significant inventions
- Charter Membership in the Delphi Automotive **"Innovator's Hall of Fame"**
- Three (3) General Motors **Extraordinary Accomplishment** Awards
- The General Motors Institute **Engineering Achievement** Award

Mr. Black has a **BSME** Degree from General Motors Institute, a **MSME** Degree from Purdue University, an **MBA** Degree from the University of Dayton as well as **continuing studies** in the fields of **Management Science, Statistics, Strategic Planning, Futures Studies** and the Masters Program in **Creative Studies** offered by Buffalo State University.

Mr. Black may be contacted at: denblack@cox.net          (757) 262-9925  Cell

# Carol Harvey-Light

7315 Parkwood Drive                                                                                                             810 877 2133
Fenton, MI 48430                                                                                                      carollight1@hotmail.com

## Health, Safety & Environmental Director
### Global Compliance, 14001 & 18001 Management Systems, Permitting Manufacturing, Cost Savings, Consulting, Government & Community Relations

Decisive, bottom line orientated EHS manager with extensive international experience, including a 4 year expat assignment in China. Excels at designing practical systems that meet legal requirements and bring value and cost savings to the organization. Understands how to build strong cross functional teams to manage risks in many business areas, including heavy manufacturing, electronics, tech centers, transportation and construction.

### Areas of Expertise

- Policy & strategy development
- Defining/measuring goals
- Chemical management
- Industrial hygiene
- Design in H &S

- Emergency Management
- H&S risk management
- Accident investigation
- Energy management
- Pollution prevention

- Medical services
- Audit systems
- Due diligence
- Remediation
- Ergonomics

### Professional Experience

**NBTY Corporation, Ronkonkoma, NY**                                                              (Oct, 09 – Feb, 2010)
*The largest manufacturer of vitamins and nutritional supplements in North America with >6,000 employees in 34 locations in the US and Canada.*

**Corporate Director, Safety, Security & Environmental Compliance**
Responsible for developing solutions for chronic problems of EHS understaffing, serious employee injuries, OSHA citations, rising Workers Compensation costs and non-compliant wastewater discharges.

**DELPHI CORPORATION,** Troy, MI                                                                                (1989 – 2008)
*The world's largest maker of automotive components with 169,000 employees in 285 locations.*

**Regional Manager, Asia Pacific Environmental, Health & Safety** (2000 – 2008)
Responsible for EHS compliance for 41 plants in 9 Asian countries. Supervised a staff of 45 engineers with an annual budget of $3 M.

Policy & Strategy Development
- Championed a global initiative to combine EHS, medical and security into a single department, resulting in smaller staffs that were well cross-trained and highly leveraged.
- Centralized highly technical functions, like facility permitting, industrial hygiene, due diligence and waste water treatment design at a regional level so that plants personnel would not have to be trained to advanced levels of expertise.
- Developed common templates for EHS training for ~20 different subjects, ranging from plant leadership to confined space. This standardize training insured that all relevant information was properly covered, that local content could be inserted and that each plant did not have to "reinvent the wheel".

Budgeting & Cost Savings
- Ensured that all 41 AP plants developed standardize budgets annually to ensure that both operational and functional costs were accurately captured, forecasted and managed.
- Championed cost savings projects that resulted in ~ $150K /yr for AP plants.

Design In & Pollution Prevention
- Revamped the AP new project approval process to ensure that EHS costs were inserted into project funding and that EHS permits were properly obtained. This latter activity was initiated to reduce a major source of audit findings.
- Managed the process of installing/upgrading 6 waste water treatment systems at various plants.
- Managed the process of cleaning up chrome waste at a major plant in Noida, India and finding a final disposal site. The latter activity involved 5 years of work with various government agencies and vendors throughout India.

Staff Development
- Built a team of ~ 45 EHS engineers/managers in 9 AP countries into a group of respected professionals. Turnover in the team was < 5%/year.
- Designed a mentoring process so that each new EHS engineers would have a senior trainer and advisor along with a formal training program that emphasized factory floor hazard recognition and practical controls measures.

**Chief Chemist, GM/Delphi Saginaw Division** (1995-1999)
Provided expertise and direction that improved environmental performance, chemical management, material and operational standards and resulted in cost savings. Developed and evaluated coolants, washing compounds and other indirect production materials for 16 global manufacturing sites.

Environmental Projects
- Initiated strategies to reduce particulate contamination in hydraulic fluids by 30%. Customer and ISO standards were met with no additional cost to the Division. Avoided a possible $1 million/year expenditure..
- Supervised the operation of two water treatment plants that discharged 1.75 million gallons/day while meeting effluent permit limits. Evaluated cost effectiveness of alternative water treatment methods and developed process template for global implementation.
- Led 3-year project to convert water treatment operations to labor saving, remote operated PLC based system resulting in an 8 – 13% annual savings on a $1.2 million annual budget.

Process Improvements
- Managed two on-site laboratories which performed 6000 tests annually. Redesigned laboratory layouts, wrote analytical and operational procedures, upgraded equipment and automated testing processes to attain QS-9000 certification. Met budget goals of 35% savings on $600,000 budget.
- First GM facility to develop an electronic MSDS distribution/approval process allowing personnel to complete reviews at remote locations within the 5 day turnaround goal.
- First GM facility to develop and implement processes to provide MSDS and safe operating instructions in multi-languages.

**Divisional Environmental Engineer, GM, Saginaw Division** (1994)
Managed site programs for PCB elimination, hazardous waste handling and water discharge compliance. Additionally responsible for divisional asbestos and noise monitoring programs.
- Participated in negations with the Municipality to modify terms of water discharge permit.
- Developed and implemented common divisional asbestos management program for 9 plants.

**Regional Industrial Hygiene Administrator, GM -Saginaw Division** (1989-1993)
- Managed to control 3 major air quality incidents, avoiding shutdowns of customer operations and citations and fines from regulators.
- Instrumental in development and piloting of innovative programs providing UAW personnel to serve as plant industrial hygiene technicians.
- 

## Education

Master of Science, Occupational Health            Bachelor of Science, Biology
Wayne State University, Detroit, MI                Wayne State University, Detroit, MI

## Certifications & Affiliations

ISO 14001 Implementation & Internal Auditor         American Red Cross
Certified Industrial Hygienist in Comprehensive Practices

# Joseph J. McHugh
203 Ashford Court, Noblesville, IN 46062
H: 317-877-5086    C: 317-514-5279
joe_mchugh@msn.com

## Qualifications

Extensive experience reviewing accounting and operational functions, developing cost effective processes and establishing controls at units of a multinational corporation. Good understanding of cultural and ethnic differences between persons from various countries which was developed though extensive travels and dealings with non-USA companies.

## Education

1970 graduate of Wayne State University with a Masters (MBA)
1968 graduate of the University of Detroit with a Bachelor of Science Degree in Accounting

## Experience

*October, 2003 - Present: Contract Consultant To General Motors Purchasing*

Performed analysis of contract cancellation claims at suppliers worldwide and recommended terms of settlement. Conducted reviews at troubled suppliers and made recommendations to improve operational efficiencies and internal controls.

*April, 2001 Retired, Delphi Automotive Systems*

Took an early retirement after 32 years with General Motors and Delphi Automotive Systems

*April, 1997 - March, 2001: Manager, Administrative Services, Delphi Automotive Systems*

Managed a staff of approximately 120 employees which provided administrative support for Delco Electronics divisional offices and a 2000+ person engineering organization.

*June, 1990 - March, 1997: Manager, Internal Controls, Delphi Automotive Systems*

Managed a staff of 8 professionals responsible for worldwide internal controls and procedures of Delco Electronics division of Delphi Automotive Systems. The staff developed control procedures, conducted audit tests, generated cost savings ideas and cash recoveries. The staff also coordinated the staffing, training and internal reviews by 30 internal control personnel reporting to local management at worldwide locations.

*Joseph J. McHugh - Experience (continued)*

*September, 1981 - May, 1990: Manager, Western Region, General Motors Audit Staff*

Managed a staff of 15 audit professionals responsible for internal audits at 35 divisional and subsidiary locations of General Motors. I also provided oversight for the internal control activities of these locations and provided training to internal control personnel.

*June, 1975 - August, 1981: Auditor / Supervisor, General Motors Audit Staff*

Performed or supervised internal audits as a member of the General Motors Audit Staff.

*January, 1969 - May. 1975: Accountant / Supervisor, Chevrolet Motor Division*

Experienced accounting activities in Cost, Accounts Payable, Payroll, General Ledger, Budgets, Billing, and Audit.

# Personal

I have been married for 40 years and have five grown children and three grand children. I received an honorable discharge as a captain in the U.S. Army Reserve and a certification of internal audit. I enjoy golf, youth sports / activities, water sports and working on church functions.

*VINCENT J. WILSON*  HOME PHONE: 765-779-4883
5484S. 350E.
MIDDLETOWN, IN. 47356

**EXPERIENCE:** 32 YEARS OF PRODUCT ENGINEERING AND ENGINEERING MANAGEMENT RESPONSIBILITIES FOR AN AUTOMOTIVE ELECTRICAL COMPONENTS SUPPLIER. THIS PRODUCT LINE INCLUDED IGNITION SYSTEMS, GENERATORS, STARTING MOTORS, BATTERIES, AND VARIOUS ENGINE CONTROL DEVICES.

## DELPHI AUTOMOTIVE SYSTEMS

**1999 THRU 2003:** PROJECT MANAGER FOR GENERATOR CONTINUOSE IMPROVEMENT INITIATIVES
   **RESPONSIBILTY:** COORDINATION AND TRACKING OF PRODUCT IMPROVEMENT ACTIVITIES ADDRESSING COST, QUALITY, AND DELIVERY ISSUES. MANAGING OF CROSS FUNCTION ENGINEERING AND MANUFACTURING TEAMS.
   **SIGNIFICANT CONTRIBUTIONS:** MANAGED 12 PRODUCT/PROCESS INITIATIVES IMPLEMENTED FROM 2001 TO 2003 MODEL YEARS.

**1994 THRU 1999:** WARRANTY REDUCTION MANAGER FOR THE GENERATOR PRODUCT LINE.
   **RESPONSIBILITY:** IDENTIFICATION AND REPORTING OF ROOT CAUSE AND CORRECTIVE ACTION FOR RETAIL CUSTOMER DISSATISFACTION ISSUES.
   **SIGNIFICANT CONTRIBUTIONS:** IMPROVED THE GENERATOR WARRANTY PERFORMANCE BY 50% RESULTING IN ANNUAL WARRANTY SAVINGS TO GENERAL MOTORS OF $20 MILLION PER YEAR. THIS RESULTED IN THE GENERATOR PRODUCT LINE BEING REMOVED FROM THE GENERAL MOTORS "HARDY PERRENIEL" CLASSIFICATION.

## DELCO REMY DIV. OF GENERAL MOTORS CORPORATION

**1989 THRU 1994:** PRODUCT ASSURANCE MANAGER OF IGNITION AND CONTROLS PRODUCTS
   **RESPONSIBILITY:** THE MANAGEMENT OF THE PRODUCT ENGINEERING TEST LABORATORIES, EXPERIMENTAL PRODUCT BUILDS, AND DEVELOPMENT OF RELIABILITY TESTING EXPERTISE.
   **SIGNIFICANT CONTRIBUTIONS:** FIRST RECORDED 100% ON TIME DELIVERY OF CUSTOMER ORDERS FOR EXPERIMENTAL IGNITION SYSTEMS. DEVELOPED AN ELECTROMAGNETIC COMPATIBILITY TEST LAB TO DEMONSTRATE ABILITY OF OUR COMPONENTS TO COMPLY WITH GM9100P E.M.C. REQUIREMENTS. INITIATED AND COORDINATED PRODUCT ENGINEERING RELIABILITY TRAINING UTILIZING "SHAININ" COMBINED ENVIRONMENT / STEP OVERSTRESS TECHNIQUES.

**1984 THRU 1989:** DELCO REMY RESIDENT ENGINEER AT GENERAL MOTORS PROVING GROUNDS, MILFORD MICH.
   **RESPONSIBILITY:** FOLLOW THE PROGRESS OF DELCO REMY ELECTRICAL COMPONENTS ON GENERAL MOTORS DEVELOPMENT AND DURABILITY TEST VEHICLES. DIVISIONAL INTERFACE RESPONSIBILITY BETWEEN G.M. AND DELCO REMY PRODUCT ENGINEERING.
   **SIGNIFICANT CONTRIBUTIONS:** REPRESENTED THE DIVISION DURING THE DEVELOPMENT AND IMPLEMENTATION OF THREE NEW MAJOR PRODUCTS. (D.I.S. IGNITION SYSTEMS, P.M.G.R. STARTING MOTORS, AND CS SERIES GENERATORS) REPRESENTED THE DIVISION ON THE CORPORATE COMMITTEE THAT DEVELOPED THE GM9100P E.M.C. SPECIFICATIONS. PROVIDED INFLUENCE FOR CHANGES TO CUSTOMER VEHICLE DURABILITY TESTING PREVENTING "FOOLISH" FAILURE MODES.

**1979 THRU 1984:** PRODUCT ENGINEER FOR CONTROLS AND ACTUATORS
   **RESPONSIBILTY:** DESIGN, DEVELOPMENT, AND APPLICATION OF EMISSIONS CONTROLS AND VACUUM ACTUATORS FOR GENERAL MOTORS VEHICLES.
   **SIGNIFICANT CONTRIBUTIONS:** DEVELOPED AND IMPLEMENTED A NEW ENGINE IDLE SPEED CONTROL DEVICE FOR OLDSMOBILE AND G.M. OF CANADA. PLACED 12 NEW EMISSIONS CONTROL COMPONENTS IN PRODUCTION FOR CHEVROLET AND G.M. TRUCKS.

**1969 THRU 1979:** INSTRUMENTATION ENGINEER
   **RESPONSIBILITY:** DESIGN, DEVELOPMENT, AND CONSTRUCTION OF SPECIALIZED TEST EQUIPMENT FOR THE PRODUCT ENGINEERING LABORATORIES.
   **SIGNIFICANT CONTRIBUTIONS:** THE DEVELOPMENT OF COMPUTER CONTROLLED TEST EQUIPMENT CAPABLE OF MEASURING IGNITION SYSTEM TIMING AND DWELL ANGLE WITHIN 1/40 DEGREE AND CONTROLLING SPEED WITHIN 1 R.P.M. WHILE PROVIDING DATA COLLECTION WITH STATISTICAL ANALYSIS CAPABILITIES. SUPPORTED THE PLANT START UP OF THE WORLDS FIRST PRODUCTION APPLICATION OF AN AUTOMOTIVE COMPUTER CONTROLLED IGNITION SYSTEM.

## *VINCENT J. WILSON*

**FORMAL EDUCATION:**

1969 - ASSOCIATES DEGREE IN ELECTRONICS ENGINEERING TECHNOLOGY
       VALPARAISO TECHNICAL INSTITUTE, VALPARAISO IN.
1971 - 10 CR. HOURS IN ADV. MATHMATICS, PURDUE
1973 - LINEAR INTEGRATED CKT. ENGINEERING, PURDUE
1975 - CMOS SYSTEMS ENGINEERING, PURDUE
1985 - ELECTROMAGNETIC COMPATIBILITY CONCEPTS, GMI

**G.M. SPONSORED TRAINING:**

1969 - STATISTICAL ANALYSIS, ART BENDER
1970 - DIGITAL SYSTEMS ENGINEERING
     - ENGINEERING REPORT WRITING
1972 - CMOS INTEGRATED CIRCUITS
1976 - MICROPROCESSOR APPLICATIONS AND PROGRAMMING
1979 - MOTOROLA M6800 PROGRAMMING, MOTOROLA
1984 - SUCCESFUL PROJECT MANAGEMENT
1987 - PERSUASIVE PERSONAL COMMUNICATIONS, KELLY & ASSOCIATES
1988 - POSITIVE LEADERSHIP
1989 - METHODS FOR MANAGEMENT OF QUALITY & PRODUCTIVITY, DEMING
     - QUALITY IMPROVEMENT PROCESS MANAGEMENT
1990 - LEADERSHIP III
1991 - SYNCHRONOUS MANUFACTURING CONCEPTS
1993 - SHAININ RELIABILITY ENGINEERING, PETER D. SHAININ
1995 - SHAININ STATISTICAL ENGINEERING, TIM NELSON

**HIGHLY DEVELOPED SKILLS:**

STATISTICAL DATA ANALYSIS WITH GRAPHICAL DATA PRESENTATION
PROBLEM SOLVING AND IDENTIFYING CAUSES FOR PROCESS/PRODUCT VARIATION
APPLICATION OF ELECTRONIC/ELECTRICAL THEORY
TEAM BUILDING AND ASSOCIATED DYNAMICS
QUALITY & RELIABILITY

**PERSONAL INFORMATION:**

BIRTH DATE: 4/9/48
FAMILY STATUS: MARRIED 41 YEARS, 2 DAUGHTERS AND 3 GRANDCHILDREN
HOBBIES: I ENJOY ALL OUTDOOR ACTIVITIES. FISHING, HUNTING, & GOLF