**VERITEXT**
National Deposition & Litigation Services
BETTER IN EVERY CASE

- HOME
- ABOUT US
- OUR SERVICES
- CLIENT RESOURCES
- STAFF RESOURCES
- REGIONAL SERVICE CENTERS
- LOCATIONS
- CONTACT US

# BANKRUPTCY COURT TRANSCRIPT ORDER FORM

## Your Information

* Person Ordering: Dennis J. Raterink
* Email Address: raterinkd@michigan.gov
* Phone: (517) 373-1176
Fax: (517) 241-7987
* Firm Ordering: Michigan Dept of Attorney General
* Firm Address: 525 W Ottawa 5th Flr, Lansing, MI 48913

## Hearing Information

* Hearing Date: August 27, 2010
* Court District: Southern District
* State: New York
* Before Judge: Robert D. Drain
* Case Name: DPH Holdings Corp., et al.
* Case Number: 05-44481 (RDD)
Standing Order: ☐ Yes (You will get all future transcripts for this case)
Additional Date:
Additional Date:
Additional Date:
Notes:

## Order and Delivery Options

Veritext Court Reporting will make every effort to comply with Daily and Expedited orders. Your order is processed once the digital audio and paperwork is received from the court.

Order Option:
- ○ ORIGINAL: Daily (next day) @ 6.05 p.p.
- ○ ORIGINAL: Expedite (7 days) @ 4.85 p.p.
- ⊙ ORIGINAL: Expedite (14 days) @ 4.25 p.p.
- ○ ORIGINAL: Regular (30 days) @ 3.65 p.p.

Order Option:
- ○ COPY: Daily (next day) @ 1.20 p.p.
- ○ COPY: Expedite (7 days) @ .90 p.p.
- ○ COPY: Expedite (14 days) @ .90 p.p.
- ○ COPY: Regular (30 days) @ .90 p.p.

In addition to the hard copy ordered above the following may be ordered for an additional fee:

☐ PDF Email   ☐ ASCII Email   ☑ E-Tran Email   ☐ Mini