**MCELROY, DEUTSCH, MULVANEY**
   **& CARPENTER LLP**
Kristin B. Mayhew (9794)
30 Jelliff Lane
Southport, CT  06890-1436
Tel    (203) 319-4022
Fax   (203) 259-0251
*Admission Pro Hac Vice*
*Attorneys for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| **DELPHI CORPORATION,** *et al.* | : |  |
|  | : | **Case No.05-44481 (RDD)** |
|  | : | **(Jointly Administered)** |
| **Debtors.** | : |  |
|  | : |  |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

The undersigned, on behalf of the following claimants, hereby withdraws the following proofs of claim filed against Delphi Automotive Systems LLC:

(1)   Claim No. 11981 filed by Hobart Brothers Company;

(2)   Claim No. 11982 filed by Illinois Tool Works Inc. for Hobart Brothers Company; and

(3)   Claim No. 11990 filed Tri-Mark, Inc..

In addition, the following claimants withdraw the following proofs of claim filed against Delphi Corporation:

(1)   Claim No. 11984 filed by Tri-Mark, Inc.;

(2)   Claim No. 11986 filed by Hobart Brothers Company; and

    (3)    Claim No. 11987 filed by Illinois Tool Works, Inc. for Hobart Brothers Company.

Dated:  September 20, 2010

                              ILLINOIS TOOL WORKS INC. for HOBART BROTHERS COMPANY,
                              HOBART BROTHERS COMPANY and
                              TRI-MARK, INC.

                        By:    /s/ Kristin B. Mayhew
                              Kristin B. Mayhew (9794)
                              McElroy, Deutsch, Mulvaney & Carpenter LLP
                              30 Jelliff Lane
                              Southport, CT  06890-1436
                              Tel.:   (203) 319-4022
                              Fax:   (203) 259-0251
                              Email: kmayhew@mdmc-law.com
                              Their Attorneys

## CERTIFICATE OF SERVICE

I, Kristin B. Mayhew, hereby certify that on this 20th day of September, 2010, the foregoing Notice of Withdrawal of Proofs of Claim (the "Notice") was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic notification system (CM/ECF). Additionally, other parties may access this filing through the Court's electronic system.

In addition to service via ECF, I caused a true copy of the foregoing Notice to be served this 20th day of September, 2010 upon the persons set forth below:

<u>By Federal Express:</u>
DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI  48098

<u>By Federal Express:</u>
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Michael W. Perl, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL  60606

<u>By Federal Express:</u>
Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

                                          /s/ Kristin B. Mayhew
                                          Kristin B. Mayhew

KBM/32073/63/988891v1
09/20/10-HRT/DJP