# EXHIBIT A



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

**DEC 0 7 2007**

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

REPLY TO THE ATTENTION OF
7001-0320-0006-0199-4981
-5001

SEE OTHER ADDRESSEES BELOW:

RE:  South Dayton Dump & Landfill
Site #B52B

Dear Ladies & Gentlemen:

The enclosed billing is for the recovery of costs incurred by the U.S. Environmental Protection Agency (EPA) for response activity, performed under the authority of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) as amended for the period August 15, 2006 through August 14, 2007. EPA is due $145,323.00. This bill is solely for recovery of government oversight costs and any fines and/or penalties due will be billed separately.

This billing is being forwarded to you based upon the Administrative Settlement Agreement and Order on Consent for Remedial RI/FS, Docket No. VW-06-C-852. Please make your check payable to EPA Hazardous Substance Superfund and forward your payment to the following address:

U.S. Environmental Protection Agency
Superfund Payments
Cincinnati Finance Center
P.O. Box 979076
St. Louis, MO 63197-9000

To avoid additional charges, payment must be received at the EPA P.O. Box within 30 calendar days of receipt of this bill.  If not received within that time frame, interest will accrue from the date of your receipt at the rate of 4.34% per annum.  If there are any questions regarding the legality of this bill please contact Associate Regional Counsel, Thomas Nash (312) 886-0552 or mail comments to the following address:

> U. S. Environmental Protection Agency
> ATTN: Thomas Nash
> 77 West Jackson - C-14J
> Chicago, Illinois  60604

If there are any other questions, please contact U.S. EPA's Remedial Project Manager, Karen Cibulskis , (312) 886-1843 or mail comments to the following address:

> U. S. Environmental Protection Agency
> ATTN: Karen Cibulskis
> 77 West Jackson - C-14J
> Chicago, Illinois  60604

To ensure that your payment is properly recorded by EPA the following information must be included on the face of your check:

> South Dayton Dump & Landfill, OH,
> Account No. **(2750826S019)**
> Site No. B52B

Thank you for your cooperation.

Sincerely,

Cyprian Ejiasa,
Regional Comptroller

Enclosures

cc: Thomas Nash, C-14J
    Karen Cibulskis, SR-6J

    Joe Poetter, USEPA
    Cincinnati Finance Center                    2

Report Date: 12/07/2007

## Itemized Cost Summary

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

| | |
|---|---:|
| **REGIONAL PAYROLL COSTS** ....................................................................... | $50,626.85 |
| **RESPONSE ACTION (RAC) CONTRACT** | |
| CH2M HILL, INC. (68-W6-0025) ........................................................ | ($20.23) |
| CH2M HILL, INC. (EPS50601) ........................................................... | $29,416.25 |
| **SUPERFUND COOPERATIVE AGREEMENT (SCA)** | |
| OHIO E.P.A. (V98568703) ................................................................ | $9,610.18 |
| **TECHNICAL SERVICE AND SUPPORT** | |
| DYNCORP SYSTEMS & SOLUTIONS LLC (68-W0-3016) ................................. | $4,646.04 |
| ASRC MANAGEMENT SERVICES, INC. (EPW05052) ....................................... | $40.43 |
| **MISCELLANEOUS COSTS (MIS)** ...................................................... | $930.50 |
| **EPA INDIRECT COSTS** ................................................................... | $50,072.98 |
| **Total Site Costs:** | $145,323.00 |

Report Date: 12/07/2007

## Regional Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| BARNES, SHEILA | 2007 | 05 | 2.25 | 79.54 |
| FINANCIAL SPECIALIST | | 06 | 2.50 | 100.19 |
| | | 08 | 0.50 | 20.48 |
| | | | 5.25 | $200.21 |
| BARTMAN, FRED R. | 2007 | 10 | 1.00 | 65.02 |
| ENVIRONMENTAL SCIENTIST | | | | |
| | | | 1.00 | $65.02 |
| BILL, BRIANA C. | 2007 | 07 | 0.25 | 14.19 |
| PUBLIC AFFAIRS SPECIALIST | | | | |
| | | | 0.25 | $14.19 |
| BRAUNER, DAVID M. | 2006 | 27 | 8.50 | 404.23 |
| ECOLOGIST | 2007 | 01 | 22.50 | 1,070.02 |
| | | | 31.00 | $1,474.25 |
| BYVIK, RICHARD L. | 2007 | 01 | 2.00 | 110.54 |
| CHEMIST | | 09 | 45.00 | 2,545.07 |
| | | 10 | 22.00 | 1,244.27 |
| | | | 69.00 | $3,899.88 |
| CIBULSKIS, KAREN L. | 2006 | 23 | 7.00 | 415.42 |
| ENVIRONMENTAL SCIENTIST | | 24 | 15.00 | 890.19 |
| | | 26 | 8.00 | 474.80 |
| | | 27 | 37.53 | 2,219.63 |
| | 2007 | 01 | 12.00 | 712.16 |
| | | 02 | 36.00 | 2,138.71 |
| | | 03 | 25.50 | 1,513.34 |
| | | 04 | 1.75 | 103.86 |
| | | 06 | 16.00 | 945.62 |
| | | 08 | 10.25 | 622.80 |
| | | 09 | 11.75 | 713.96 |
| | | 10 | 8.00 | 486.10 |
| | | 11 | 13.25 | 805.10 |
| | | 12 | 13.00 | 789.91 |
| | | 13 | 8.75 | 531.68 |
| | | 14 | 0.75 | 45.38 |
| | | 16 | 1.50 | 91.15 |

### Regional Payroll Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| CIBULSKIS, KAREN L. | 2007 | 17 | 10.25 | 631.12 |
| | | 18 | 4.50 | 211.71 |
| | | 20 | 30.00 | 1,889.48 |
| | | 21 | 17.50 | 1,063.33 |
| | | 22 | 31.00 | 1,909.43 |
| | | | 319.28 | $19,204.88 |
| KRUEGER, THOMAS J. GENERAL ATTORNEY | 2007 | 04 | 0.75 | 59.12 |
| | | | 0.75 | $59.12 |
| KYTE, LAWRENCE W. SUPERVISORY GENERAL ATTORNEY | 2006 | 23 | 0.75 | 56.23 |
| | | 24 | 2.00 | 150.07 |
| | | 25 | 0.50 | 37.53 |
| | | 26 | 0.50 | 37.52 |
| | | 27 | 0.50 | 37.51 |
| | 2007 | 01 | 0.75 | 56.27 |
| | | 08 | 0.50 | 38.36 |
| | | 15 | 1.75 | 133.58 |
| | | 21 | 0.25 | 19.18 |
| | | | 7.50 | $566.25 |
| MANKOWSKI, MATTHEW J. PROGRAM MANAGER | 2006 | 23 | 1.50 | 100.57 |
| | | 24 | 2.00 | 134.10 |
| | | 26 | 0.50 | 33.29 |
| | 2007 | 03 | 1.00 | 67.05 |
| | | 04 | 0.50 | 33.28 |
| | | 20 | 0.50 | 35.30 |
| | | | 6.00 | $403.59 |
| MARKS, THOMAS C. SUPV ENVIRONMENTAL PROTECTION SPEC | 2006 | 23 | 0.50 | 32.22 |
| | | | 0.50 | $32.22 |
| MAROUF, AFIF A. TOXICOLOGIST | 2006 | 27 | 25.00 | 1,436.52 |
| | 2007 | 01 | 25.00 | 1,436.53 |
| | | 15 | 40.00 | 2,413.39 |
| | | 16 | 18.00 | 1,086.03 |

Report Date: 12/07/2007

## Regional Payroll Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## AUGUST 15, 2006 AUGUST 14, 2007

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| MAROUF, AFIF A. | 2007 | 17 | 2.00 | 120.67 |
| | | | 110.00 | $6,493.14 |
| NASH, THOMAS C. | 2006 | 23 | 11.25 | 797.88 |
| GENERAL ATTORNEY | | 24 | 4.00 | 283.69 |
| | | 25 | 6.50 | 461.00 |
| | | 26 | 9.50 | 673.76 |
| | | 27 | 4.25 | 301.41 |
| | 2007 | 01 | 8.50 | 602.82 |
| | | 02 | 3.50 | 248.24 |
| | | 03 | 4.00 | 273.79 |
| | | 04 | 7.25 | 511.69 |
| | | 05 | 5.00 | 331.83 |
| | | 06 | 4.75 | 337.12 |
| | | 07 | 1.75 | 124.20 |
| | | 08 | 3.50 | 251.52 |
| | | 09 | 0.25 | 17.96 |
| | | 10 | 3.25 | 233.55 |
| | | 11 | 0.75 | 53.89 |
| | | 12 | 7.50 | 538.96 |
| | | 13 | 1.50 | 107.79 |
| | | 14 | 1.75 | 125.75 |
| | | 15 | 5.00 | 277.00 |
| | | 16 | 7.00 | 503.01 |
| | | 17 | 5.25 | 377.26 |
| | | 20 | 1.50 | 107.80 |
| | | 21 | 1.50 | 107.80 |
| | | | 109.00 | $7,649.72 |
| NATHAN, STEPHEN J. | 2006 | 24 | 1.00 | 55.58 |
| ENVIRONMENTAL ENGINEER | | 26 | 3.00 | 164.13 |
| | | 27 | 6.00 | 315.80 |
| | 2007 | 01 | 0.25 | 13.89 |
| | | 02 | 1.00 | 55.59 |
| | | 05 | 1.00 | 49.68 |
| | | 06 | 0.25 | 13.91 |
| | | 08 | 1.50 | 85.22 |
| | | 09 | 3.75 | 213.15 |

Regional Payroll Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| NATHAN, STEPHEN J. | 2007 | 10 | 0.50 | 28.39 |
| | | 12 | 1.25 | 71.05 |
| | | 13 | 1.50 | 85.26 |
| | | 16 | 0.50 | 28.43 |
| | | | 21.50 | $1,180.08 |
| NELSON, THOMAS LEVERETT | 2006 | 23 | 0.75 | 61.27 |
| SUPERVISORY GENERAL ATTORNEY | | 24 | 0.50 | 40.35 |
| | | | 1.25 | $101.62 |
| RIPLEY, LAURA J. | 2006 | 23 | 1.25 | 76.77 |
| ENVIRONMENTAL SCIENTIST | | 24 | 0.50 | 30.68 |
| | 2007 | 11 | 1.00 | 63.30 |
| | | 15 | 0.25 | 15.87 |
| | | | 3.00 | $186.62 |
| VANDERPOOL, N. LUANNE | 2006 | 26 | 0.50 | 32.35 |
| GEOLOGIST | | 27 | 3.00 | 194.11 |
| | 2007 | 01 | 21.00 | 1,358.78 |
| | | 02 | 9.00 | 582.34 |
| | | 03 | 1.00 | 64.71 |
| | | 06 | 1.00 | 64.74 |
| | | 08 | 1.00 | 66.01 |
| | | 09 | 2.00 | 132.01 |
| | | 10 | 6.00 | 396.06 |
| | | 11 | 16.00 | 1,056.18 |
| | | 12 | 18.00 | 1,188.18 |
| | | 13 | 8.00 | 528.07 |
| | | 14 | 37.00 | 2,442.37 |
| | | 15 | 13.50 | 891.13 |
| | | 21 | 1.00 | 66.01 |
| | | 22 | 0.50 | 33.01 |
| | | | 138.50 | $9,096.06 |
| Total Regional Payroll Costs | | | 823.78 | $50,626.85 |

Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

RESPONSE ACTION (RAC) CONTRACT

Contractor Name:          CH2M HILL, INC.

EPA Contract Number:     68-W6-0025

Project Officer(s):

Dates of Service:         From:            To:

Summary of Service:

Total Costs:                  $-20.23

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| JV7C065 | 06/08/2007 | 0.00 | 7C065 | 06/08/2007 | -19.20 | -1.03 |
| | | | | Total: | $-19.20 | $-1.03 |

Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

RESPONSE ACTION (RAC) CONTRACT

| | |
|---|---|
| Contractor Name: | CH2M HILL, INC. |
| EPA Contract Number: | 68-W6-0025 |
| Project Officer(s): | |
| Dates of Service: | From:             To: |
| Summary of Service: | |
| Total Costs: | $-20.23 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| JV7C065 | 7C065 | Class | 0.053657 |

## Contract Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

RESPONSE ACTION (RAC) CONTRACT

| | |
|---|---|
| Contractor Name: | CH2M HILL, INC. |
| EPA Contract Number: | EPS50601 |
| Project Officer(s): | NATHAN, STEPHEN<br>VOGTMAN, PATRICIA |
| Dates of Service: | From: 09/30/2006    To: 05/25/2007 |
| Summary of Service: | |
| Total Costs: | $29,416.25 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| A005 | 11/17/2006 | 905,071.28 | R7B90 | 12/21/2006 | 3,321.88 |
| A006 | 12/19/2006 | 1,075,773.15 | R7C58 | 01/19/2007 | 4,989.37 |
| A007 | 01/19/2007 | 579,779.27 | R7D20 | 02/21/2007 | 932.33 |
| A008 | 02/19/2007 | 526,953.71 | R7D83 | 03/23/2007 | 4,278.57 |
| A009 | 03/19/2007 | 1,021,279.90 | R7E41 | 04/18/2007 | 11,517.64 |
| JV7C092 | 05/17/2007 | 0.00 | 7C092 | 05/17/2007 | -135.14 |
| A011 | 04/19/2007 | 844,589.60 | R7F14 | 05/23/2007 | 2,492.39 |
| A012 | 05/18/2007 | 2,024,901.86 | R7F69 | 06/15/2007 | 1,030.10 |
| A013 | 06/19/2007 | 2,328,926.19 | R7G41 | 07/19/2007 | 989.11 |
| | | | | Total: | $29,416.25 |

Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

SUPERFUND COOPERATIVE AGREEMENT (SCA)

| | |
|---|---|
| State Agency: | OHIO E.P.A. |
| SCA Number: | V98568703 |
| Project Officer(s): | LOIS BETKA |
| Dates of Service: | From: 04/01/2006    To: 03/31/2008 |
| Summary of Service: | |
| Total Costs: | $9,610.18 |

| Drawdown Number | Drawdown Date | Drawdown Amount | Treasury Schedule Number | and Date | Site Amount |
|---|---|---|---|---|---|
| 311334820 | 08/16/2006 | 0.00 | WQ BKENTRY | 08/16/2006 | 39.84 |
| 311334820 | 08/30/2006 | 0.00 | WQ BKENTRY | 08/30/2006 | 901.95 |
| 311334820 | 09/14/2006 | 0.00 | WQ BKENTRY | 09/14/2006 | 39.04 |
| 311334820 | 09/28/2006 | 0.00 | WQ BKENTRY | 09/28/2006 | 190.94 |
| 311334820 | 10/12/2006 | 0.00 | WQ BKENTRY | 10/12/2006 | 2,603.05 |
| 311334820 | 10/26/2006 | 0.00 | WQ BKENTRY | 10/26/2006 | 1,037.33 |
| 311334820 | 11/09/2006 | 0.00 | WQ BKENTRY | 11/09/2006 | 666.55 |
| 311334820 | 11/22/2006 | 0.00 | WQ BKENTRY | 11/22/2006 | 417.08 |
| 311334820 | 12/07/2006 | 0.00 | WQ BKENTRY | 12/07/2006 | 56.59 |
| 311334820 | 12/21/2006 | 0.00 | WQ BKENTRY | 12/21/2006 | 363.02 |
| 311334820 | 01/04/2007 | 0.00 | WQ BKENTRY | 01/04/2007 | 439.71 |
| 311334820 | 02/02/2007 | 0.00 | WQ BKENTRY | 02/02/2007 | 67.43 |
| 311334820 | 02/26/2007 | 0.00 | WQ BKENTRY | 02/26/2007 | 1,098.22 |
| 311334820 | 03/01/2007 | 0.00 | WQ BKENTRY | 03/01/2007 | 899.02 |
| 311334820 | 03/27/2007 | 0.00 | 3307SV164 | 03/27/2007 | 631.45 |
| 311334820 | 03/30/2007 | 4,505.69 | 70963997341 | 03/30/2007 | 89.91 |
| 311334820 | 04/16/2007 | 10,100.41 | 71073997341 | 04/16/2007 | 69.05 |
| | | | | Total: | $9,610.18 |

Contract Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2006 AUGUST 14, 2007

TECHNICAL SERVICE AND SUPPORT

| | |
|---|---|
| Contractor Name: | DYNCORP SYSTEMS & SOLUTIONS LLC |
| EPA Contract Number: | 68-W0-3016 |
| Project Officer(s): | GATSON, CRYSTAL |
| Dates of Service: | From: 07/01/2006    To: 07/28/2006 |
| Summary of Service: | |
| Total Costs: | $4,646.04 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| 70.5172-005 | 08/15/2006 | 77,874.28 | R7A35 | 10/16/2006 | 3,140.45 | 1,505.59 |
| | | | | Total: | $3,140.45 | $1,505.59 |

Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

TECHNICAL SERVICE AND SUPPORT

| | |
|---|---|
| Contractor Name: | DYNCORP SYSTEMS & SOLUTIONS LLC |
| EPA Contract Number: | 68-W0-3016 |
| Project Officer(s): | GATSON, CRYSTAL |
| Dates of Service: | From: 07/01/2006    To: 07/28/2006 |
| Summary of Service: | |
| Total Costs: | $4,646.04 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| 70.5172-005 | R7A35 | Provisional | 0.479420 |

Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

TECHNICAL SERVICE AND SUPPORT

| | |
|---|---|
| Contractor Name: | ASRC MANAGEMENT SERVICES, INC. |
| EPA Contract Number: | EPW05052 |

| Delivery Order Information | DO # | Start Date | End Date |
|---|---|---|---|
| | 29 | 07/31/2006 | 08/27/2006 |
| | 66 | 04/30/2007 | 05/27/2007 |

| | |
|---|---|
| Project Officer(s): | PFUNDHELLER, JANET |
| Dates of Service: | From: 07/31/2006    To: 05/27/2007 |
| Summary of Service: | |
| Total Costs: | $40.43 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| 11 | 09/06/2006 | 65,269.42 | R6749 | | 10/02/2006 | 32.42 |
| 8 | 06/11/2007 | 62,319.90 | R7G07 | | 07/09/2007 | 8.01 |
| | | | | | Total: | $40.43 |

Financial Cost Summary for the Contract Lab Program

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2006 AUGUST 14, 2007

**CONTRACT LAB PROGRAM (CLP) COSTS**

Miscellaneous (MIS) Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

**Miscellaneous (MIS) Costs**

Total Costs:        $930.50

| Procurement Number | Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Description |
|---|---|---|---|---|---|---|---|
| **MCCORMICK REPORTING SERVICES, LLC** | | | | | | | |
| EP065000116 | 20066075 | 04/10/2006 | 930.50 | 000A07123 | 05/07/2007 | 930.50 | |
| | | | | Vendor Total: | | **$930.50** | |
| | | | | Total Miscellaneous Costs: | | **$930.50** | |

## EPA Indirect Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## AUGUST 15, 2006 AUGUST 14, 2007

| Fiscal Year | Direct Costs | Indirect Rate( %) | Indirect Costs |
|-------------|-------------|-------------------|----------------|
| 2006 | 11,120.38 | 52.57% | 5,846.02 |
| 2007 | 84,129.64 | 52.57% | 44,226.96 |
| | 95,250.02 | | |

| Total EPA Indirect Costs | | | $50,072.98 |

EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2006 AUGUST 14, 2007

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BRAUNER, DAVID M. | 2006 | 27 | 404.23 | 52.57% | 212.50 |
| | | | 404.23 | | $212.50 |
| | | | | | |
| CIBULSKIS, KAREN L. | 2006 | 23 | 118.70 | 52.57% | 62.40 |
| | | | 296.72 | 52.57% | 155.99 |
| | | 24 | 178.04 | 52.57% | 93.60 |
| | | | 118.70 | 52.57% | 62.40 |
| | | | 593.45 | 52.57% | 311.98 |
| | | 26 | 341.25 | 52.57% | 179.40 |
| | | | 133.55 | 52.57% | 70.21 |
| | | 27 | 882.90 | 52.57% | 464.14 |
| | | | 1,336.73 | 52.57% | 702.72 |
| | | | 4,000.04 | | $2,102.84 |
| | | | | | |
| KYTE, LAWRENCE W. | 2006 | 23 | 56.23 | 52.57% | 29.56 |
| | | 24 | 150.07 | 52.57% | 78.89 |
| | | 25 | 37.53 | 52.57% | 19.73 |
| | | 26 | 37.52 | 52.57% | 19.72 |
| | | 27 | 37.51 | 52.57% | 19.72 |
| | | | 318.86 | | $167.62 |
| | | | | | |
| MANKOWSKI, MATTHEW J. | 2006 | 23 | 100.57 | 52.57% | 52.87 |
| | | 24 | 134.10 | 52.57% | 70.50 |
| | | 26 | 33.29 | 52.57% | 17.50 |
| | | | 267.96 | | $140.87 |
| | | | | | |
| MARKS, THOMAS C. | 2006 | 23 | 32.22 | 52.57% | 16.94 |
| | | | 32.22 | | $16.94 |

### EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2006 AUGUST 14, 2007

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MAROUF, AFIF A. | 2006 | 27 | 1,436.52 | 52.57% | 755.18 |
|  |  |  | 1,436.52 |  | $755.18 |
|  |  |  |  |  |  |
| NASH, THOMAS C. | 2006 | 23 | 797.88 | 52.57% | 419.45 |
|  |  | 24 | 283.69 | 52.57% | 149.14 |
|  |  | 25 | 461.00 | 52.57% | 242.35 |
|  |  | 26 | 673.76 | 52.57% | 354.20 |
|  |  | 27 | 301.41 | 52.57% | 158.45 |
|  |  |  | 2,517.74 |  | $1,323.59 |
|  |  |  |  |  |  |
| NATHAN, STEPHEN J. | 2006 | 24 | 55.58 | 52.57% | 29.22 |
|  |  | 26 | 164.13 | 52.57% | 86.28 |
|  |  | 27 | 315.80 | 52.57% | 166.02 |
|  |  |  | 535.51 |  | $281.52 |
|  |  |  |  |  |  |
| NELSON, THOMAS LEVERETT | 2006 | 23 | 61.27 | 52.57% | 32.21 |
|  |  | 24 | 40.35 | 52.57% | 21.21 |
|  |  |  | 101.62 |  | $53.42 |
|  |  |  |  |  |  |
| RIPLEY, LAURA J. | 2006 | 23 | 76.77 | 52.57% | 40.36 |
|  |  | 24 | 30.68 | 52.57% | 16.13 |
|  |  |  | 107.45 |  | $56.49 |
|  |  |  |  |  |  |
| VANDERPOOL, N. LUANNE | 2006 | 26 | 32.35 | 52.57% | 17.01 |
|  |  | 27 | 194.11 | 52.57% | 102.04 |
|  |  |  | 226.46 |  | $119.05 |
|  |  |  |  |  |  |
| Total Fiscal Year 2006 Payroll Direct Costs: |  |  | 9,948.61 |  | $5,230.02 |

EPA Indirect Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

## OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| V98568703 | 311334820 | 08/16/2006 | 39.84 | 0.00 | 52.57% | 20.94 |
| | | 08/30/2006 | 901.95 | 0.00 | 52.57% | 474.16 |
| | | 09/14/2006 | 39.04 | 0.00 | 52.57% | 20.52 |
| | | 09/28/2006 | 190.94 | 0.00 | 52.57% | 100.38 |
| | | | 1,171.77 | 0.00 | | $616.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Fiscal Year 2006 Other Direct Costs: | | | 1,171.77 | 0.00 | | $616.00 |
| Total Fiscal Year 2006: | | | 11,120.38 | | | $5,846.02 |

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNES, SHEILA | 2007 | 05 | 79.54 | 52.57% | 41.81 |
| | | 06 | 100.19 | 52.57% | 52.67 |
| | | 08 | 20.48 | 52.57% | 10.77 |
| | | | 200.21 | | $105.25 |
| BARTMAN, FRED R. | 2007 | 10 | 65.02 | 52.57% | 34.18 |
| | | | 65.02 | | $34.18 |
| BILL, BRIANA C. | 2007 | 07 | 14.19 | 52.57% | 7.46 |
| | | | 14.19 | | $7.46 |
| BRAUNER, DAVID M. | 2007 | 01 | 1,070.02 | 52.57% | 562.51 |
| | | | 1,070.02 | | $562.51 |
| BYVIK, RICHARD L. | 2007 | 01 | 110.54 | 52.57% | 58.11 |
| | | 09 | 2,545.07 | 52.57% | 1,337.94 |

Report Date: 12/07/2007

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BYVIK, RICHARD L. | 2007 | 10 | 1,244.27 | 52.57% | 654.11 |
| | | | 3,899.88 | | $2,050.16 |
| | | | | | |
| CIBULSKIS, KAREN L. | 2007 | 01 | 118.69 | 52.57% | 62.40 |
| | | | 593.47 | 52.57% | 311.99 |
| | | 02 | 118.45 | 52.57% | 62.27 |
| | | | 1,664.91 | 52.57% | 875.24 |
| | | | 355.35 | 52.57% | 186.81 |
| | | 03 | 1,186.93 | 52.57% | 623.97 |
| | | | 29.68 | 52.57% | 15.60 |
| | | | 267.04 | 52.57% | 140.38 |
| | | | 29.69 | 52.57% | 15.61 |
| | | 04 | 74.18 | 52.57% | 39.00 |
| | | | 29.68 | 52.57% | 15.60 |
| | | 06 | 517.15 | 52.57% | 271.87 |
| | | | 354.61 | 52.57% | 186.42 |
| | | | 73.86 | 52.57% | 38.83 |
| | | 08 | 243.05 | 52.57% | 127.77 |
| | | | 121.52 | 52.57% | 63.88 |
| | | | 258.23 | 52.57% | 135.75 |
| | | 09 | 334.20 | 52.57% | 175.69 |
| | | | 379.76 | 52.57% | 199.64 |
| | | 10 | 486.10 | 52.57% | 255.54 |
| | | 11 | 45.58 | 52.57% | 23.96 |
| | | | 759.52 | 52.57% | 399.28 |
| | | 12 | 303.82 | 52.57% | 159.72 |
| | | | 486.09 | 52.57% | 255.54 |
| | | 13 | 470.92 | 52.57% | 247.56 |
| | | | 60.76 | 52.57% | 31.94 |
| | | 14 | 45.38 | 52.57% | 23.86 |
| | | 16 | 91.15 | 52.57% | 47.92 |
| | | 17 | 60.57 | 52.57% | 31.84 |
| | | | 570.55 | 52.57% | 299.94 |
| | | 18 | 211.71 | 52.57% | 111.30 |

EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2006 AUGUST 14, 2007

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| CIBULSKIS, KAREN L. | 2007 | 20 | 1,836.75 | 52.57% | 965.58 |
| | | | 52.73 | 52.57% | 27.72 |
| | | 21 | 638.00 | 52.57% | 335.40 |
| | | | 425.33 | 52.57% | 223.60 |
| | | 22 | 1,909.43 | 52.57% | 1,003.79 |
| | | | 15,204.84 | | $7,993.21 |
| KRUEGER, THOMAS J. | 2007 | 04 | 59.12 | 52.57% | 31.08 |
| | | | 59.12 | | $31.08 |
| KYTE, LAWRENCE W. | 2007 | 01 | 56.27 | 52.57% | 29.58 |
| | | 08 | 38.36 | 52.57% | 20.17 |
| | | 15 | 133.58 | 52.57% | 70.22 |
| | | 21 | 19.18 | 52.57% | 10.08 |
| | | | 247.39 | | $130.05 |
| MANKOWSKI, MATTHEW J. | 2007 | 03 | 67.05 | 52.57% | 35.25 |
| | | 04 | 33.28 | 52.57% | 17.50 |
| | | 20 | 35.30 | 52.57% | 18.56 |
| | | | 135.63 | | $71.31 |
| MAROUF, AFIF A. | 2007 | 01 | 1,436.53 | 52.57% | 755.18 |
| | | 15 | 2,413.39 | 52.57% | 1,268.72 |
| | | 16 | 1,086.03 | 52.57% | 570.93 |
| | | 17 | 120.67 | 52.57% | 63.44 |
| | | | 5,056.62 | | $2,658.27 |
| NASH, THOMAS C. | 2007 | 01 | 602.82 | 52.57% | 316.90 |
| | | 02 | 248.24 | 52.57% | 130.50 |
| | | 03 | 273.79 | 52.57% | 143.93 |
| | | 04 | 511.69 | 52.57% | 269.00 |

## EPA Indirect Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## AUGUST 15, 2006 AUGUST 14, 2007

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| NASH, THOMAS C. | 2007 | 05 | 331.83 | 52.57% | 174.44 |
| | | 06 | 337.12 | 52.57% | 177.22 |
| | | 07 | 124.20 | 52.57% | 65.29 |
| | | 08 | 251.52 | 52.57% | 132.22 |
| | | 09 | 17.96 | 52.57% | 9.44 |
| | | 10 | 233.55 | 52.57% | 122.78 |
| | | 11 | 53.89 | 52.57% | 28.33 |
| | | 12 | 538.96 | 52.57% | 283.33 |
| | | 13 | 107.79 | 52.57% | 56.67 |
| | | 14 | 125.75 | 52.57% | 66.11 |
| | | 15 | 277.00 | 52.57% | 145.62 |
| | | 16 | 503.01 | 52.57% | 264.43 |
| | | 17 | 377.26 | 52.57% | 198.33 |
| | | 20 | 107.80 | 52.57% | 56.67 |
| | | 21 | 107.80 | 52.57% | 56.67 |
| | | | 5,131.98 | | $2,697.88 |
| NATHAN, STEPHEN J. | 2007 | 01 | 13.89 | 52.57% | 7.30 |
| | | 02 | 55.59 | 52.57% | 29.22 |
| | | 05 | 49.68 | 52.57% | 26.12 |
| | | 06 | 13.91 | 52.57% | 7.31 |
| | | 08 | 85.22 | 52.57% | 44.80 |
| | | 09 | 213.15 | 52.57% | 112.05 |
| | | 10 | 28.39 | 52.57% | 14.92 |
| | | 12 | 71.05 | 52.57% | 37.35 |
| | | 13 | 85.26 | 52.57% | 44.82 |
| | | 16 | 28.43 | 52.57% | 14.95 |
| | | | 644.57 | | $338.84 |
| RIPLEY, LAURA J. | 2007 | 11 | 63.30 | 52.57% | 33.28 |
| | | 15 | 15.87 | 52.57% | 8.34 |
| | | | 79.17 | | $41.62 |

Report Date: 12/07/2007

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| VANDERPOOL, N. LUANNE | 2007 | 01 | 1,358.78 | 52.57% | 714.31 |
| | | 02 | 582.34 | 52.57% | 306.14 |
| | | 03 | 64.71 | 52.57% | 34.02 |
| | | 06 | 64.74 | 52.57% | 34.03 |
| | | 08 | 66.01 | 52.57% | 34.70 |
| | | 09 | 132.01 | 52.57% | 69.40 |
| | | 10 | 396.06 | 52.57% | 208.21 |
| | | 11 | 1,056.18 | 52.57% | 555.23 |
| | | 12 | 1,188.18 | 52.57% | 624.63 |
| | | 13 | 528.07 | 52.57% | 277.61 |
| | | 14 | 2,442.37 | 52.57% | 1,283.95 |
| | | 15 | 891.13 | 52.57% | 468.47 |
| | | 21 | 66.01 | 52.57% | 34.70 |
| | | 22 | 33.01 | 52.57% | 17.35 |
| | | | 8,869.60 | | $4,662.75 |

| Total Fiscal Year 2007 Payroll Direct Costs: | 40,678.24 | $21,384.57 |
|---|---|---|

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-W0-3016 | 70.5172-005 | 10/16/2006 | 3,140.45 | 1,505.59 | 52.57% | 2,442.42 |
| | | | 3,140.45 | 1,505.59 | | $2,442.42 |
| 68-W6-0025 | JV7C065 | 06/08/2007 | -19.20 | -1.03 | 52.57% | -10.63 |
| | | | -19.20 | -1.03 | | $-10.63 |
| EP065000116 | 20066075 | 05/07/2007 | 930.50 | 0.00 | 52.57% | 489.16 |
| | | | 930.50 | 0.00 | | $489.16 |

EPA Indirect Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2006 AUGUST 14, 2007

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| EPS50601 | A005 | 12/21/2006 | 3,321.88 | 0.00 | 52.57% | 1,746.31 |
| | A006 | 01/19/2007 | 4,989.37 | 0.00 | 52.57% | 2,622.91 |
| | A007 | 02/21/2007 | 932.33 | 0.00 | 52.57% | 490.13 |
| | A008 | 03/23/2007 | 4,278.57 | 0.00 | 52.57% | 2,249.24 |
| | A009 | 04/18/2007 | 11,517.64 | 0.00 | 52.57% | 6,054.82 |
| | JV7C092 | 05/17/2007 | -135.14 | 0.00 | 52.57% | -71.04 |
| | A011 | 05/23/2007 | 2,492.39 | 0.00 | 52.57% | 1,310.25 |
| | A012 | 06/15/2007 | 1,030.10 | 0.00 | 52.57% | 541.52 |
| | A013 | 07/19/2007 | 989.11 | 0.00 | 52.57% | 519.98 |
| | | | 29,416.25 | 0.00 | | $15,464.12 |
| | | | | | | |
| EPW05052 | 11 | 10/02/2006 | 32.42 | 0.00 | 52.57% | 17.04 |
| | 8 | 07/09/2007 | 8.01 | 0.00 | 52.57% | 4.21 |
| | | | 40.43 | 0.00 | | $21.25 |
| | | | | | | |
| V98568703 | 311334820 | 10/12/2006 | 2,603.05 | 0.00 | 52.57% | 1,368.42 |
| | | 10/26/2006 | 1,037.33 | 0.00 | 52.57% | 545.32 |
| | | 11/09/2006 | 666.55 | 0.00 | 52.57% | 350.41 |
| | | 11/22/2006 | 417.08 | 0.00 | 52.57% | 219.26 |
| | | 12/07/2006 | 56.59 | 0.00 | 52.57% | 29.75 |
| | | 12/21/2006 | 363.02 | 0.00 | 52.57% | 190.84 |
| | | 01/04/2007 | 439.71 | 0.00 | 52.57% | 231.16 |
| | | 02/02/2007 | 67.43 | 0.00 | 52.57% | 35.45 |
| | | 02/26/2007 | 1,098.22 | 0.00 | 52.57% | 577.33 |
| | | 03/01/2007 | 899.02 | 0.00 | 52.57% | 472.61 |
| | | 03/27/2007 | 631.45 | 0.00 | 52.57% | 331.95 |
| | | 03/30/2007 | 89.91 | 0.00 | 52.57% | 47.27 |

EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2006 AUGUST 14, 2007

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| V98568703 | 311334820 | 04/16/2007 | 69.05 | 0.00 | 52.57% | 36.30 |
| | | | 8,438.41 | 0.00 | | $4,436.07 |
| Total Fiscal Year 2007 Other Direct Costs: | | | 41,946.84 | 1,504.56 | | $22,842.39 |
| Total Fiscal Year 2007: | | | 84,129.64 | | | $44,226.96 |
| Total EPA Indirect Costs | | | | | | $50,072.98 |