# EXHIBIT B
# Part 1



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 5**
**77 WEST JACKSON BOULEVARD**
**CHICAGO, IL 60604-3590**

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

October 26, 2009

*due 30*
*days of*
*receipt*
OCT 30 2009

South Dayton Dump and Landfill ASAOC Respondents
c/o Mr. Ken Brown, CHMM
Manager of Environmental and Chemical Compliance
Illinois Tool Works, Inc.
3600 West Lake Avenue
Glenview, Illinois  60026

RE:    Documentation to Support 2008 Oversight Billing
       South Dayton Dump and Landfill Site, Moraine, Ohio

Dear Mr. Brown:

Per your request on behalf of the South Dayton Dump and Landfill (SDDL) respondents, enclosed is additional documentation to support U.S. Environmental Protection Agency's (EPA's) 2008 oversight costs for the SDDL site.  Specifically, the SDDL respondents requested additional documentation to evaluate costs claimed for work pursuant to EPA's Response Action Contract (RAC) with CH2M Hill, and costs associated with EPA's Superfund Cooperative Agreement with the Ohio Environmental Protection Agency (OEPA).

Cost documentation for CH2M Hill is in Attachment 1.  Cost documentation for OEPA costs are in Attachment 2.  Also, please be aware that confidential business information in CH2M Hill's cost documentation has been redacted.

As EPA agreed, the $205,346.16 in costs in EPA's November 14, 2008 billing for period August 15, 2007 through August 14, 2008 to the SDDL Administrative Settlement Agreement and Order on Consent for Remedial Investigation/Feasibility Study Respondents, Docket. No. VW-06-C-852 are now due (Attachment 3).

Please make your check payable to EPA Hazardous Substance Superfund and forward your payment to the following address:

U.S. Environmental Protection Agency
Superfund Payments
Cincinnati Finance Center
P.O. Box 979076
St. Louis, MO  63197-9000

To avoid additional charges, payment must be received at the EPA P.O. Box within 30 calendar days of receipt of this cost documentation. If not received within that time frame, interest will accrue from the date of your receipt at the rate of 2.15% per annum.

To ensure that your payment is properly recorded by EPA the following information must be included on the face of your check:

South Dayton Dump & Landfill, OH
Account No. **(2750926S014)**

If there are any further questions regarding the legality of the November 14, 2008 bill or this cost documentation, please contact Thomas Nash, Associate Regional Counsel at 312-886-0552 or nash.thomas@epa.gov; or mail comments to the following address:

U.S. Environmental Protection Agency
ATTN: Thomas Nash
77 West Jackson – C-14J
Chicago, Illinois 60604

If there are any other questions, please contact me at 312-886-1843 or cibulskis.karen@epa.gov; or mail comments to:

U.S. Environmental Protection Agency
ATTN: Karen Cibulskis
77 West Jackson – SR-6J
Chicago, Illinois 60604

Thank you for your cooperation.

Sincerely,

Karen Cibulskis
Remedial Project Manager

Attachments

Cc:    Thomas Nash, C-14J
       Sheila Barnes, MF-10J
       Joe Poetter, EPA Cincinnati Finance Center

# ATTACHMENT 1
## COST DOCUMENTATION
### RESPONSE ACTION CONTRACT – CH2M HILL
## (REDACTED)



Standard Form 1035

**PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL**

Voucher No.
A031
Sheet No.    25

U.S. ENVIRONMENTAL PROTECTION AGENCY
RTP-FINANCIAL MANAGEMENT CENTER
MAIL CODE-D143-02
RESEARCH TRIANGLE PARK, NC 27711

Contract No. EP-S5-06-01
CH2M HILL INC.
1300 S.W. 5th Ave.
Portland, OR 97201

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of MAY, 2008  Period: BASE

Major Cost Element

LOE
Clerical

| | Hours | | Amount Claimed | |
|---|---|---|---|---|
| | Current | Cumulative | Current | Cumulative |
| 1. HOURS/DIRECT LABOR | | | | |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | | |
| 4. GENERAL AND ADMINISTRATIVE | | | | |
| 5. SUBTOTAL LABOR | | | | |
| 6. OTHER DIRECT COSTS | | | | |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | | |
| 9. EQUIPMENT | | | | |
| 10. SUBTOTAL | | | 0.00 | 692.36 |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL | | | | |
| 12. SUBTOTAL SUBCONTRACTS | | | | |
| 13. TOTAL COSTS | | | | |
| 14. BASE FEE | | | | |
| 15. PERFORMANCE FEE | | | | |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER | | | | |
| 18. POLLUTION LIABILITY INSURANCE | | | | |
| 19. LABORATORY SERVICES | | | | |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | | |
| 21. LESS PRIOR PAYMENTS | | | 81,119.1? | 69,435.64 |
| 22. TOTAL AMOUNT DUE | | | | 11,683.52 |

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

# RAC2 TECHNICAL STATUS REPORT
## April 26, 2008 to May 30, 2008

**WORK ASSIGNMENT NUMBER:**   027-RSBD-B52B

**SITE NAME:**   South Dayton Dump & Landfill Site, OH

**ACTIVITY:**   Remedial Investigation/Feasibility Study Oversight

**CH2M HILL JOB NUMBER:**   350914

**PREPARED BY:**   Brett Fishwild/DAY, Site Manager

**PERIOD ENDING:**   May 30, 2008

**COPIES:**   WAM: ███████, USEPA Region 5
PM: ███████, CH2M HILL, Milwaukee, WI
RTL: ███████, CH2M HILL, Dayton, OH

1. **Progress Made This Reporting Period**

   **Task 1 (PP):**

   - Minimal project management activities were performed. C███████ reviewed and submitted review comments on the potentially responsible party (PRP) group's revised presumptive remedy Work Plan for leachate seep evaluation, landfill gas/soil vapor investigation, and a portion of the Field Sampling Plan (FSP) that pertains to the geophysical investigation. ███████████████

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 49 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

2. **Problems Resolved**

   Additional budget for ███████ to review the PRP Work Plans and provide field work oversight was approved by USEPA.

1

3.    **Problem Areas and Recommended Solutions**



4.    **Deliverables Submitted**

None.

5.    **Activities Planned Next Reporting Period**

**Task 1 (PP):**

- The PRP group is tentatively scheduled to complete brush clearing the week of June 2 and begin the geophysical investigation the week of Ju

6.    **Key Personnel Changes**

None.

7.    **Subcontractor Services**

None.

8.    **Travel**

None

9.    **Laboratories**

None.

10.    **Project Performance**

None.

2

027.doc

## REPORT 1

### Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TEOM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/26/08 |
| Reporting Period To: | 5/30/08 |
| Invoice Date: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

PROJECT PLANNING AND SUPPORT

| Task Number | Task Title | | Current | | Cumulative | | Task Category Code | |
| | | Name | Job Classification | LOE-Hours | Dollars | LOE-Hours | Dollars | Approved Budget |
| | | | | | | | | LOE-Hours | Dollars |
|---|---|---|---|---|---|---|---|---|---|

**PRIME CONTRACTOR**

Direct Labor

25,467.40

TOTAL PROFESSIONAL

Clerical

This report contains confidential business information.

Page 1

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL, INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| BBID: | B52B | Type Site: | RI/FS Oversight |
| Status: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | | |
|---|---|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/25/08 |
| Reporting Period To: | 5/23/08 |
| Invoice Date: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

| Name | Job Classification | Current LOE/Hours | Current Dollars | Cumulative LOE/Hours | Cumulative Dollars | Approved Budget LOE/Hours | Approved Budget Dollars |
|---|---|---|---|---|---|---|---|
| PRIME CONTRACTOR | | | | | | | |
| | Clerical | | | | | | $2,188.11 |
| TOTAL CLERICAL | | | | | | | |
| TOTAL PRIME DIRECT LABOR | | | | | | | |
| TOTAL PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RS8D-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL CONSTRUCTORS |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/26/08 |
| Reporting Period To: | 5/30/08 |
| Invoice Date: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND REPORT

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| **PRIME CONTRACTOR** | | | | | | | |
| | Direct Labor | | | | | | |
| | Clerical | | | | | | |
| | TOTAL PRIME DIRECT LABOR | | | | | | |
| | TOTAL PRIME DIRECTS | | | | | | |

This report contains confidential business information.

Page 3

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | | |
|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | |
| Contractor Name: | ECOLOGY AND ENVIRONMENT | Operable Unit: | 01 | |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | |
| SSID: | B52B | Type Site: | RI/FS Oversight | |
| State: | OH | Type Funding: | Pipeline | |
| Region: | 5 | Work Assignment Status: | ON-GOING | |
| | | Performance Based: | No | |

| | | |
|---|---|---|
| Contract Period: | BASE | |
| WA Period of Performance Start: | 10/2/06 | |
| WA Period of Performance End: | 9/30/09 | |
| Reporting Period From: | 4/26/08 | |
| Reporting Period To: | 5/30/08 | |
| Invoice Date: | 6/19/08 | |
| Invoice Number: | A031 | |
| Invoice Purpose: | Monthly Progress | |

### PROJECT PLANNING AND SUPPORT

| | Current | | Cumulative | | Approval Budget | |
|---|---|---|---|---|---|---|
| Job Classification | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | 13,958.87 |

Name

TEAM SUB CONTRACTOR

TOTAL PROFESSIONAL

TOTAL, TEAM SUB DIRECT LABOR
TOTAL, TEAM SUB DIRECTS

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-8628
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL, INC
Contract Number: EP-S5-06-01
SSID: 8628
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 4/26/08
Reporting Period To: 5/30/08
Invoice Date: 6/19/08
Invoice Number: A031
Invoice Purpose: Monthly Progress

SUBTOTAL.B FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |

SUBTOTAL DIRECT LABOR (Professional)
SUBTOTAL DIRECT LABOR (Clerical)
SUBTOTAL TASK 1 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B528 | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/08 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/26/08 |
| Reporting Period To: | 5/30/08 |
| Invoice Data: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

FIELD INVESTIGATION/DATA ACQUISITION:

| Name | Job Classification | Current | | Cumulative | | Approved Budget | | Task Category Code: FI |
|---|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars | |
| PRIME CONTRACTOR | | | | | | | | |
| Direct Labor | | | | | | | | |
| | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | ■■■ | |
| TOTAL, PROFESSIONAL | | | | | | | | |
| TOTAL, CLERICAL | | | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/26/08 |
| Reporting Period To: | 5/30/08 |
| Invoice Date: | 6/18/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

### Task Number: Task Title:

### FIELD INVESTIGATION/DATA ACQUISITION
### SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | | Task Category Code: |
|---|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars | |
| | | | | | | 46,915.78 | |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 3 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

Work Assignment Number: 027-RS8D-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 4/29/08
Reporting Period To: 5/30/08
Invoice Date: 6/19/08
Invoice Number: A031
Invoice Purpose: Monthly Progress

### SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 7 COSTS 18,865.52

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | | BASE |
| WA Period of Performance Start: | | 10/2/06 |
| WA Period of Performance End: | | 9/30/09 |
| Reporting Period From: | | 4/26/08 |
| Reporting Period To: | | 5/30/08 |
| Invoice Date: | | 6/19/08 |
| Invoice Number: | | A031 |
| Invoice Purpose: | | Monthly Progress |

Task Number: 9    Task Title:    REMEDIAL INVESTIGATION REPORT    Task Category Code: RR

### SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | |  | 24,172.57 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 9 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B5Z8 | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/3/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 4/26/08 |
| SSID: | B5Z8 | Type Site: | RI/FS Oversight | Reporting Period To: | 5/30/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 6/19/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A031 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTOR8)



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B528 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B528 |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/26/08 |
| Reporting Period To: | 5/30/08 |
| Invoice Date: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

Task Number: 12

Task Contract Code: SRS

**SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | |  | 19,997.69 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 12 COSTS



This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSRD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL, INC | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | | | |
|---|---|---|---|
| Work Area Code: | RS | Contract Period: | BASE |
| Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| WA Form: | TERM | Reporting Period From: | 4/29/08 |
| Type Site: | RI/FS Oversight | Reporting Period To: | 5/30/08 |
| Type Funding: | Pipeline | Invoice Date: | 6/19/08 |
| Work Assignment Status: | ON-GOING | Invoice Number: | A051 |
| Performance Based: | No | Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | | | 12,254.51 |

Page 12

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Overnight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/26/08 |
| Reporting Period To: | 5/30/08 |
| Invoice Date: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

Task Number:

WORK ASSIGNMENT TASK ORDER COSTS BY TASK CATEGORY CODE: DQ
SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 15 COSTS

1,439.57

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RS60-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S6-06-01 | WA Form: | TERM |
| SMD: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/26/08 |
| Reporting Period To: | 5/23/08 |
| Invoice Date: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

### WORK ASSIGNMENT (TOTALS ALL TASKS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| TOTAL DIRECT LABOR (Professional) | | | | | | |
| TOTAL DIRECT LABOR (Clerical) | | | | | | |
| WORK ASSIGNMENT TOTAL DIRECT COSTS | | | | | | |
| Other Direct Costs | | | | | | |
| Travel | | | | | | |
| Computer | | | | | | |
| TOTAL INDIRECT COSTS | | | | | | |
| TOTAL TEAM SUB FEES | | | | | | |
| TOTAL BASE FEES | | | | | | |
| TOTAL PERFORMANCE FEE | | | | | | |
| TOTAL WORK ASSIGNMENT | | | 682.36 | | 9,390.00 | |

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

This report contains confidential business information.

Page 14

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 02-7-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/25/08 |
| Reporting Period To: | 5/30/08 |
| Invoice Date: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

### Current Month

| TASK | | PRIME/TEAM | PRIME/TEAM | CLERICAL | CLERICAL | PLJ | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT | FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | LOE | LABOR $ | HOURS | LABOR $ | PREMIUM | | | | | | COSTS | | $ |
| 1 | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | |
| Team Sub Fees | | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | 5,206.97 |

This report contains confidential business information.



**REPORT 2T**

**Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments**

| Field | Value | Field | Value |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B82B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B82B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| Field | Value |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 4/26/08 |
| Reporting Period To: | 5/30/08 |
| Invoice Date: | 6/19/08 |
| Invoice Number: | A031 |
| Invoice Purpose: | Monthly Progress |

**Cumulative-To-Date**

Total Expenditure Until Dollars:    81,119.16

**Adjustments/Disallowed Costs**

Note: Cumulative Total Includes Suspended Amount

This report contains confidential business information.

Standard Form 1035    PUBLIC VOUCHER FOR PURCHASES AND     Voucher No.
SERVICES OTHER THAN PERSONAL     A014
Sheet No.    27

U.S. ENVIRONMENTAL PROTECTION AGENCY     Contract No.EP-85-06-01
RTP-FINANCIAL MANAGEMENT CENTER     CH2M HILL, INC.
MAIL CODE-D143-02     1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711     Portland, OR 97201

----------------------------------------------------------------

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of JUNE, 2007   Period: BASE

| Major Cost Element | Hours | | Amount Claimed | |
|---|---|---|---|---|
| | Current | Cumulative | Current | Cumulative |
| LOE | | | | |
| Clerical | ▮ | ▮ | ▮ | ▮ |
| 1. HOURS/RAW LABOR | ▮ | ▮ | ▮ | ▮ |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | ▮ | ▮ |
| 4. GENERAL AND ADMINISTRATIVE | | | | |
| 5. SUBTOTAL LABOR | | | | |
| 6. OTHER DIRECT COSTS | | | ▮ | ▮ |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | 0.00 | |
| 9. EQUIPMENT | | | 0.00 | 0.00 |
| 10. SUBTOTAL | | | | |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL | | | ▮ | ▮ |
| ECOLOGY AND ENVIRONMENT, | | | | |
| 12. SUBTOTAL SUBCONTRACTS | | | | |
| 13. TOTAL COSTS | | | ▮ | ▮ |
| 14. BASE FEE | | | | |
| 15. PERFORMANCE FEE | | | ▮ | ▮ |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER LESS PLI | | | | |
| 18. POLLUTION LIABILITY INSURANCE | | | ▮ | |
| 19. LABORATORY SERVICES | | | | |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | ▮ | 31,004.27 |
| 21. LESS PRIOR PAYMENTS | | | | 28,427.14 |
| 22. TOTAL AMOUNT DUE | | | | 2,577.13 |

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

## RAC 2 TECHNICAL STATUS REPORT
### May 26, 2007 to June 29, 2007

**WORK ASSIGNMENT NUMBER:**        027-RSBD-B52B

**SITE NAME:**        South Dayton Dump & Landfill Site, OH

**ACTIVITY:**        Remedial Investigation/Feasibility Study (RI/FS) Oversight

**CH2M HILL JOB NUMBER:**        350914

**PREPARED BY:**        Eric Kroger/DAY, Site Manager

**PERIOD ENDING:**        June 29, 2007

**COPIES:**        WAM:        ████████        SEPA, Region 5
PM:        ████████        CH2M HILL, Milwaukee, WI
RTL:        ████████        CH2M HILL, Dayton, OH

1.    **Progress Made This Reporting Period**

    **Task 1 (PP):** Performed project management activities, reviewed USEPA comments, and addressed questions relating to CH2M HILL's review of the PRP's work plan.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 32 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

2.    **Problems Resolved**

    Not applicable.

3.    **Problem Areas and Recommended Solutions**

    USEPA identified some questions and concerns for CH2M HILL regarding areas where CH2M HILL did not comment on the PRP's RI/FS Work Plan. CH2M HILL will provide a response to USEPA in early July, and would like to meet with USEPA to improve our understanding the desired level of review needed for the PRP's revised RI/FS work plan.

4.    **Deliverables Submitted**

None.

5.    **Activities Planned Next Reporting Period**

**Task 1 (PP):**

- Attend site visit with USEPA
- Meet with USEPA to discuss path forward for providing desired level of PRP document review and associated budget.

6.    **Key Personnel Changes**

None.

7.    **Subcontractor Services**

None.

8.    **Travel**

None.

9.    **Laboratories**

None.

10.    **Project Performance**

None.



# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/26/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

PRIME CONTRACTOR

TOTAL_PROFESSIONAL

Clerical

TOTAL_CLERICAL
TOTAL_PRIME DIRECT LABOR

This report contains confidential business information.

Page 1

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B529 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSD: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/28/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

| | Current | | Cumulative | | Approved Budget | | Cost Category Code PP |
|---|---|---|---|---|---|---|---|
| Job Classification | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars | |

**Name**

**PRIME CONTRACTOR**

TOTAL, PRIME DIRECTS          82,188.11

This report contains confidential business information.

REPORT 1

## Work Assignment – Task Level Specific Detail Report

Work Assignment Number: 027-RS9D-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL CONSTRUCTORS
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Stix: R&FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 5/26/07
Reporting Period To: 6/23/07
Invoice Date: 7/18/07
Invoice Number: A014
Invoice Purpose: Monthly Progress

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| ███ | | | | | | | |
| TOTAL, PROFESSIONAL | | | | | | | |
| ███ | Clerical | | | | | | |
| TOTAL, CLERICAL | | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment ~ Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | ECOLOGY AND ENVIRONMENT, | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 5/26/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 6/25/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 7/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A014 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

| | | Task Category/Code PP |
|---|---|---|

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/hours | Dollars | LOE/hours | Dollars | LOE/hours | Dollars |

**TEAM SUB-CONTRACTOR**

Direct Labor

TOTAL, PROFESSIONAL
TOTAL, CLERICAL
TOTAL, TEAM SUB DIRECT LABOR
TOTAL, TEAM SUB DIRECTS  13,958.67

This report contains confidential business information.

REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RS8D-B628 | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-SS-06-01 | WA Form: | TERM | Reporting Period From: | 5/26/07 |
| SSID: | B628 | Type Site: | RI/FS Oversight | Reporting Period To: | 6/23/07 |
| Status: | OH | Type Funding: | Positive | Invoice Date: | 7/18/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A014 |
| | | Performance Based: | No | Invoice Purposes: | Monthly Progress |

PROPERTY PLANNING AND SUPPORT

SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | 96,126.76 |

SUBTOTAL, DIRECT LABOR
SUBTOTAL, DIRECT LABOR
SUBTOTAL, TASK 1 COSTS

This report contains confidential business information.