# EXHIBIT B
# Part 2

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSRD-B523 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/28/07 |
| Reporting Period To: | 6/28/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 3 COSTS | | | | | 46,915.76 | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RBBD-8528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERN |
| SSID: | 85Z8 | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/26/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

Task Number: 7    Task Title:    RISK ASSESSMENT    Task Category Code: RAS

### SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 7 COSTS | | | | | | 18,686.52 |



This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B529 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B529 | Type Site: | RI/FS Oversight |
| Status: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/26/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 9 COSTS | | | | | | 24,172.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment — Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RS9D-B528 | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/05 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 5/26/07 |
| SSID: | B528 | Type Site: | RI/FS Oversight | Reporting Period To: | 6/29/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 7/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A014 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number: 10          Task Title:          REMEDIAL ALTERNATIVES SCREENING          Task Category Code: RS

### SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | | 18,452.16 | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B62B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | CH-OORG |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/26/07 |
| Reporting Period To: | 6/25/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A614 |
| Invoice Purpose: | Monthly Progress |

SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | |  | 19,597.69 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RS9D-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/28/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

Task Number: 13    Task Title:    POST-RI/FS SUPPORT

### SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTOR8)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | 12,254.81 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EF-S4-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/08 |
| Reporting Period From: | 5/26/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE-Hours | Dollars | LOE-Hours | Dollars | LOE-Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 15 COSTS | | | | 1,456.57 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B529 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL, INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B528 | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/26/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

### WORK ASSIGNMENT TOTALS ALL TASKS



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| TOTAL DIRECT LABOR | | | | | | |
| TOTAL DIRECT LABOR | | | | | | |
| WORK ASSIGNMENT TOTAL DIRECT COSTS | | | | | | |
| Other Direct Costs | | | | | | |
| Travel | | | | | | |
| Company | | | | | | |
| PU | | | | | | |
| TOTAL INDIRECT COSTS | | | | | | |
| TOTAL TEAM SUB FEE | | | | | | |
| TOTAL BASE FEES | | | | | | |
| TOTAL PERFORMANCE FEE | | | | | | |
| TOTAL WORK ASSIGNMENT | | | | | | |

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report -- Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Contract Period: | BASE |
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RCFS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/26/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Service Purpose: | Monthly Progress |

## Current Month

| TASK NO. | CAT CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLU PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOEL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | |
| Term Sub Fees | | | | | | | | | | | | | | 1,596.02 |
| Base Fees - Prime | | | | | | | | | | | | | | |
| Performance Fee | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | 1,596.02 |

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| Status: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Size: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 5/26/07 |
| Reporting Period To: | 6/29/07 |
| Invoice Date: | 7/19/07 |
| Invoice Number: | A014 |
| Invoice Purpose: | Monthly Progress |

### Cumulative-To-Date

| TASK NO. | CAT. CODE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PU PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LOE | | | | | | | | | | | | |
| 1 | PP | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | |
| Team Sub Fees | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | 31,004.27 |

Total Expenditure Limit Dollars:

### Adjustments/Disallowed Costs

| TASK | | INVOICE NUMBER | SUSPENDED | | RE-BILLED | | DISALLOWED | |
|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| | | | | | | | | |
| TOTAL | | | | | | | | |

Note: Cumulative Total includes Suspended Amount

This report contains confidential business information.

Standard Form 1035    PUBLIC VOUCHER FOR PURCHASES AND          Voucher No.
                      SERVICES OTHER THAN PERSONAL              A015
                                                               Sheet No.    27

U.S. ENVIRONMENTAL PROTECTION AGENCY      Contract No.EP-85-06-01
RTP-FINANCIAL MANAGEMENT CENTER           CH2M HILL, INC.
MAIL CODE-D143-02                         1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711          Portland, OR 97201

---------------------------------------------------------------------

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of JULY, 2007  Period: BASE



|                                    | ------ Hours ------ | | ------- Amount Claimed ------- | |
| Major Cost Element                 | Current | Cumulative | Current | Cumulative |
| LOE                                |         |            |         |            |
| Clerical                           |         |            |         |            |
| 1. HOURS/RAW LABOR                 |         |            |         |            |
| 2. FRINGE BENEFITS                 |         |            |         |            |
| 3. OVERHEAD                        |         |            |         |            |
| 4. GENERAL AND ADMINISTRATIVE      |         |            |         |            |
| 5. SUBTOTAL LABOR                  |         |            |         |            |
| 6. OTHER DIRECT COSTS              |         |            |         |            |
| 7. COMPUTER                        |         |            |         |            |
| 8. TRAVEL                          |         |            | 0.00    | 0.00       |
| 9. EQUIPMENT                       |         |            |         |            |
| 10. SUBTOTAL                       |         |            |         |            |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL |  |       |         |            |
|     ECOLOGY AND ENVIRONMENT,       |         |            |         |            |
| 12. SUBTOTAL SUBCONTRACTS          |         |            |         |            |
| 13. TOTAL COSTS                    |         |            |         |            |
| 14. BASE FEE                       |         |            |         |            |
| 15. PERFORMANCE            FEE     |         |            |         |            |
| 16. FIXED PRICE                    |         |            |         |            |
| 17. TOTAL VOUCHER LESS PLI         |         |            |         |            |
| 18. POLLUTION LIABILITY INSURANCE  |         |            |         |            |
| 19. LABORATORY SERVICES            |         |            |         |            |
| 20. AMOUNT CLAIMED THIS VOUCHER    |         |            | 31,683.81 |          |
| 21. LESS PRIOR PAYMENTS            |         |            | 29,416.25 |          |
| 22. TOTAL AMOUNT DUE               |         |            | 2,267.56  |          |

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

## RAC2 TECHNICAL STATUS REPORT
June 30, 2007 to July 27, 2007

**WORK ASSIGNMENT NUMBER:**    027-RSBD-B52B

**SITE NAME:**    South Dayton Dump & Landfill Site, OH

**ACTIVITY:**    Remedial Investigation/Feasibility Study (RI/FS) Oversight

**CH2M HILL JOB NUMBER:**    350914

**PREPARED BY:**    Eric Kroger/DAY, Site Manager

**PERIOD ENDING:**    July 27, 2007

**COPIES:**    WAM: ███████, USEPA, Region 5
PM: ███████, CH2M HILL, Milwaukee, WI
RTL: ███████, CH2M HILL, Dayton, OH

1.    **Progress Made This Reporting Period**

**Task 1 (PP):** Provided a response to USEPA on concerns and questions related to CH2M HILL's review of the PRP's Remedial Investigation/Feasibility Study (RI/FS) Work Plan and also performed minimal project management activities.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 34 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

2.    **Problems Resolved**

Not applicable.

3.    **Problem Areas and Recommended Solutions**

USEPA identified some questions and concerns for CH2M HILL regarding areas where CH2M HILL did not comment on the PRP's RI/FS Work Plan. CH2M HILL would like to follow-up on this by meeting with USEPA to discuss our approach for reviews of subsequent PRP documents in consideration of cost-benefit trade-offs.

4.    **Deliverables Submitted**

None.

5.    **Activities Planned Next Reporting Period**

**Task 1 (PP):**

- Attend site visit with USEPA.
- Meet with USEPA to discuss path forward for providing desired level of PRP document review and associated budget.

6.    **Key Personnel Changes**

None.

7.    **Subcontractor Services**

None.

8.    **Travel**

None.

9.    **Laboratories**

None.

10.    **Project Performance**

None.

027.doc

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 6/30/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 7/27/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 8/17/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A015 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

**PROJECT PLANNING AND SUPPORT**

**Task Number: 1**

**Task Title:**

| Name | Job Classification | Current | | Cumulative | | Task Delivery Order PP Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

PRIME CONTRACTOR

25,487.40

TOTAL, PROFESSIONAL

Clerical

TOTAL, CLERICAL
TOTAL, PRIME DIRECT LABOR

This report contains confidential business information.

Page 1

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B528 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S6-06-01 |
| SBD: | B528 |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 6/30/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A016 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

| Name | Job Classification | Current | | Cumulative | | Task Category Code PRS | |
|---|---|---|---|---|---|---|---|
| | | | | | | Approved Budget | |
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

PRIME-CONTRACTOR

TOTAL PRIME DIRECTS

This report contains confidential business information.

Page 2

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL CONSTRUCTORS |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RMFS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 8/3/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A0015 |
| Invoice Purpose: | Monthly Progress |

### Task Number:    Task Title:

### PROJECT PLANNING AND SUPPORT    Task Category Code:

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| ▮▮▮▮ | | | | | | | |
| ▮▮▮▮ PROFESSIONAL | | | | | | | |
| Clerical | | | | | | | |
| TOTAL, CLERICAL | | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | ECOLOGY AND ENVIRONMENT, | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | R5 |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 8/30/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A015 |
| Invoice Purpose: | Monthly Progress |

PROJECT PLANNING AND SUPPORT







| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| TEAM SUB CONTRACTOR | | | | | | | |
| Direct Labor | | | | | | | 13,968.87 |
| TOTAL, PROFESSIONAL | | | | | | | |
| TOTAL, CLERICAL | | | | | | | |
| TOTAL, TEAM SUB DIRECT LABOR | | | | | | | |
| TOTAL, TEAM SUB DIRECTS | | | | | | | |

REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 6/30/07 |
| SSID: | B528 | Type Site: | RI/FS Oversight | Reporting Period To: | 7/27/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 8/17/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A016 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number:          Task Title:          PROJECT PLANNING AND SUPPORT          Task Category Code: PP

SUBTOTALS FOR TASK I (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | 96,129.78 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 1 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RS8D-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | 8D |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SUBD: | B528 | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 6/30/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A015 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 3 COSTS | | | | | | 46,916.78 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 6/30/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A015 |
| Invoice Purpose: | Monthly Progress |

Task Number: 7    Task Title:    RISK ASSESSMENT    Task Category (Composite): RA

## SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTOR8)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 7 COSTS | | |  | | | 18,865.52 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 6/30/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A015 |
| Invoice Purpose: | Monthly Progress |

GENERAL ADMINISTRATION REPORT

SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

Task Category Code: NWE

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 9 COSTS | | |  | | | 24,172.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RS8O-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B528 | Type Site: | RI/FS Oversight |
| Status: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 6/30/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A015 |
| Invoice Purpose: | Monthly Progress |

Task Number: 10   Task Title: REMEDIAL ALTERNATIVES SCREENING

### SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORB)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | |  | 18,452.15 |

This report contains confidential business information.

Page 9

## REPORT 1

### Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | 90 |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 6/30/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A015 |
| Invoice Purpose: | Monthly Progress |

SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | | | 19,397.69 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE. OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Stus: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 6/20/07 |
| Reporting Period To: | 7/27/07 |
| Invoice Date: | 8/17/07 |
| Invoice Number: | A015 |
| Invoice Purpose: | Monthly Progress |

Task Number: 13   Task Title: POST RI/FS SUPPORT

SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | |   | | | 12,284.91 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B528 | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | | BASE |
| WA Period of Performance Start: | | 10/2/06 |
| WA Period of Performance End: | | 9/30/09 |
| Reporting Period From: | | 6/30/07 |
| Reporting Period To: | | 7/27/07 |
| Invoice Date: | | 8/17/07 |
| Invoice Number: | | A015 |
| Invoice Purpose: | | Monthly Progress |

### WORK ASSIGNMENT/TASK ORDER CLOSEOUT
### SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | |  | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 15 COSTS | | | | | | 1,453.7 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

**Work Assignment Number:** 027-RSBD-B52B
**Work Assignment Title:** SOUTH DAYTON DUMP & LANDFILL SITE, OH
**Contractor Name:** CH2M HILL INC
**Contract Number:** EP-S5-06-01
**SSID:** B52B
**State:** OH
**Region:** 5

**Work Area Code:** RS
**Action Code:** BD
**Operable Unit:** 01
**WA Form:** TERM
**Type Site:** RI/FS Oversight
**Type Funding:** Pipeline
**Work Assignment Status:** ON-GOING
**Performance Based:** No

**Contract Period:** BASE
**WA Period of Performance Start:** 10/2/06
**WA Period of Performance End:** 9/30/09
**Reporting Period Frame:** 6/30/07
**Reporting Period To:** 7/27/07
**Invoice Date:** 8/17/07
**Invoice Number:** A015
**Invoice Purpose:** Monthly Progress

### WORK ASSIGNMENT TOTAL SUMMARY



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

TOTAL DIRECT LABOR (Professional)
TOTAL DIRECT LABOR (Clerical)

WORK ASSIGNMENT TOTAL DIRECT COSTS
Other Direct Costs
Travel

TOTAL NON-SUB COSTS
TOTAL TEAM SUB FEES
TOTAL BASE FEES
TOTAL PERFORMANCE FEE(Prime)
TOTAL WORK ASSIGNMENT

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

Work Assignment Number: 027-RSBD-05028
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: R3
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Bits: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 6/30/07
Reporting Period To: 7/27/07
Invoice Date: 8/17/07
Invoice Number: A015
Invoice Purpose: Monthly Progress

### Current Month

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLI PREMIUM | COMPUTER | ODCs | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | |
| Team Sub Fees | | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | 670.54 |

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL, INC
Contract Number: EP-S5-06-01
SSID: B52B
Status: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 6/20/07
Reporting Period To: 7/27/07
Invoice Date: 8/17/07
Invoice Number: A015
Invoice Purpose: Monthly Progress

### Cumulative-To-Date

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLJ PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | |
| Team Sub Fees | | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | 31,683.81 |

Total Expenditure Limit Dollars: 31,683.81

### Adjustments/Disallowed Costs

| TASK NO. | CAT. CODE | INVOICE NUMBER | SUSPENDED DATE | SUSPENDED AMOUNT | RE-BILLED DATE | RE-BILLED AMOUNT | DISALLOWED DATE | DISALLOWED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | |

Note: Cumulative Total includes Suspended Amount

This report contains confidential business information.

Standard Form 1035   PUBLIC VOUCHER FOR PURCHASES AND   Voucher No.
                  SERVICES OTHER THAN PERSONAL     A018
                                          Sheet No.   27

U.S. ENVIRONMENTAL PROTECTION AGENCY    Contract No.EP-S5-06-01
RTP-FINANCIAL MANAGEMENT CENTER      CH2M HILL, INC.
MAIL CODE-D143-02                   1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711     Portland, OR 97201

---

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of AUGUST, 2007  Period: BASE

| Major Cost Element | Hours | | Amount Claimed | |
|---|---|---|---|---|
| | Current | Cumulative | Current | Cumulative |
| LOE | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| Clerical | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| 1. HOURS/RAW LABOR | ▬▬▬ | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| 2. FRINGE BENEFITS | | | ▬▬▬ | ▬▬▬ |
| 3. OVERHEAD | | | ▬▬▬ | ▬▬▬ |
| 4. GENERAL AND ADMINISTRATIVE | | | ▬▬▬ | ▬▬▬ |
| 5. SUBTOTAL LABOR | | | ▬▬▬ | ▬▬▬ |
| 6. OTHER DIRECT COSTS | | | ▬▬▬ | ▬▬▬ |
| 7. COMPUTER | | | ▬▬▬ | ▬▬▬ |
| 8. TRAVEL | | | 0.00 | 0.00 |
| 9. EQUIPMENT | | | | |
| 10. SUBTOTAL | | | ▬▬▬ | ▬▬▬ |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL | | | | |
| ECOLOGY AND ENVIRONMENT, | | | ▬▬▬ | ▬▬▬ |
| 12. SUBTOTAL SUBCONTRACTS | | | ▬▬▬ | ▬▬▬ |
| 13. TOTAL COSTS | | | ▬▬▬ | ▬▬▬ |
| 14. BASE FEE | | | ▬▬▬ | ▬▬▬ |
| 15. PERFORMANCE ( ▬▬ ) FEE | | | ▬▬▬ | ▬▬▬ |
| 16. FIXED PRICE | | | ▬▬▬ | ▬▬▬ |
| 17. TOTAL VOUCHER LESS PLI | | | ▬▬▬ | ▬▬▬ |
| 18. POLLUTION LIABILITY INSURANCE | | | ▬▬▬ | ▬▬▬ |
| 19. LABORATORY SERVICES | | | ▬▬▬ | ▬▬▬ |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | ▬▬▬ | |
| 21. LESS PRIOR PAYMENTS | | | | 30,663.86 |
| 22. TOTAL AMOUNT DUE | | | | 1,407.38 |

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)