# EXHIBIT B
# Part 3

# RAC2 TECHNICAL STATUS REPORT
### July 28, 2007 to August 31, 2007

| | |
|---|---|
| **WORK ASSIGNMENT NUMBER:** | 027-RSBD-B52B |
| **SITE NAME:** | South Dayton Dump & Landfill Site, OH |
| **ACTIVITY:** | Remedial Investigation/Feasibility Study (RI/FS) Oversight |
| **CH2M HILL JOB NUMBER:** | 350914 |
| **PREPARED BY:** | Eric Kroger/DAY, Site Manager |
| **PERIOD ENDING:** | August 31, 2007 |

COPIES:  WAM: ▮▮▮▮▮▮▮, USEPA, Region 5
PM: ▮▮▮▮▮▮▮ CH2M HILL, Milwaukee, WI
RTL: ▮▮▮▮▮▮▮, CH2M HILL, Dayton, OH

## 1.  Progress Made This Reporting Period

**Task 1 (PP):** CH2M HILL reviewed the PRP's letter proposing to locate a job trailer onsite. Minimal project management activities were also performed.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 35 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

## 2.  Problems Resolved

None.

## 3.  Problem Areas and Recommended Solutions

In June 2007, USEPA identified some questions and concerns regarding areas where CH2M HILL did not comment on the PRP's *RI/FS Work Plan*. CH2M HILL would like to follow-up on this by meeting with USEPA to discuss our approach for reviews of subsequent PRP documents.

4.    **Deliverables Submitted**

   None.

5.    **Activities Planned Next Reporting Period**

   **Task 1 (PP):**

   CH2M HILL will attend a site visit with USEPA.

6.    **Key Personnel Changes**

   None.

7.    **Subcontractor Services**

   None.

8.    **Travel**

   None.

9.    **Laboratories**

   None.

10.   **Project Performance**

   None.



# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 7/2/8/07
Reporting Period To: 8/31/07
Invoice Date: 9/19/07
Invoice Number: A018
Invoice Purpose: Monthly Progress

Task Number: 1   Task Title:

### PROJECT PLANNING AND SUPPORT

| Name / Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | |
| TOTAL PROFESSIONAL | | | 25,487.40 | | | |
| Clerical | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | 778.06 | | | |
| | | | 26,263.46 | | | |

Page 1

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SBD: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | R5 |
| Action Code: | B0 |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/19/07 |
| Invoice Number: | A018 |
| Invoice Purpose: | Monthly Progress |

### Task Number:   Task Title:

### PROJECT PLANNING AND REPORT     Task Category (Code): PPR

| | | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| Name | Job Classification | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

**PRIME CONTRACTOR**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL PRIME DIRECTS | | ■ | ■ | ■ | 24,766.01 | ■ | 62,168.11 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL CONSTRUCTORS |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | R5 |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/20/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/19/07 |
| Invoice Number: | A018 |
| Invoice Purpose: | Monthly Progress |

**Task Number:**

**Task Title:** PROJECT PLANNING AND SUPPORT

| Name / Job Classification | Current | | Cumulative | | Task Category / Optional PR Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

**PRIME CONTRACTOR**

Direct Labor

TOTAL PROFESSIONAL

Clerical

TOTAL, CLERICAL

TOTAL, PRIME DIRECT LABOR

TOTAL, PRIME DIRECTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RS8D-B528 | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | ECOLOGY AND ENVIRONMENT, | |
| Contract Number: | EP-S5-06-01 | |
| 880: | B528 | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/19/07 |
| Invoice Number: | A018 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

Task Number:    Task Title:    Task Category Code: 00

| Name / Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| TEAM SUB CONTRACTOR | | | | | | |
| Direct Labor | | | | | | |
| TOTAL PROFESSIONAL | | | | | | |
| TOTAL CLERICAL | | | | | | |
| TOTAL TEAM SUB DIRECT LABOR | | | | | | |
| TOTAL TEAM SUB DIRECTS | | | | | | 13,955.67 |

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | |
|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 7/23/07 |
| SSID: | B528 | Type Site: | RI/FS Oversight | Reporting Period To: | 8/31/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 9/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A018 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number: 1   Task Title:   PROJECT PLANNING AND SUPPORT

SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)   Task Category Code: PP

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| SUBTOTAL, DIRECT LABOR (Clerical) | ▆ | ▆ | ▆ | ▆ | ▆ | ▆ |
| SUBTOTAL, TASK 1 COSTS | | | | | | 96,128.76 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-0628 | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/19/07 |
| Invoice Number: | A018 |
| Invoice Purpose: | Monthly Progress |

Task Number:    Task Title:    Task Category Code:

FIELD INVESTIGATION/DATA ACQUISITION

SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | ▮▮ | ▮▮ |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 3 COSTS | | | | | | 46,915.78 |

This report contains confidential business information.

REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RMFS Oversight |
| Status: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | | BASE |
| WA Period of Performance Start: | | 10/2/06 |
| WA Period of Performance End: | | 9/30/09 |
| Reporting Period From: | | 7/28/07 |
| Reporting Period To: | | 8/31/07 |
| Invoice Date: | | 9/19/07 |
| Invoice Number: | | A016 |
| Invoice Purpose: | | Monthly Progress |

**Task Number:** 7    **Task Title:**

**RISK ASSESSMENT**    **Task Category Code:** RA

### SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL TASK 7 COSTS | | | | 18,865.52 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-05ZB | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| S3D: | B5ZB | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/08 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/13/07 |
| Invoice Number: | A016 |
| Invoice Purpose: | Monthly Progress |

Task Number:       Task Title:

REMEDIAL INVESTIGATION REPORT

SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 9 COSTS | | |  | | | 24,172.57 |

Page 8

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

**Contract Period:** BASE
**WA Period of Performance Start:** 10/2/06
**WA Period of Performance End:** 9/30/09
**Reporting Period From:** 7/28/07
**Reporting Period To:** 8/31/07
**Invoice Date:** 9/19/07
**Invoice Number:** A018
**Invoice Purpose:** Monthly Progress

**Task Number: 10    Task Title:    REMEDIAL ALTERNATIVES/SCREENING    Task Category Code:**

### SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | | | 16,452.16 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/19/07 |
| Invoice Number: | A018 |
| Invoice Purpose: | Monthly Progress |

**SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | | | 19,567.89 |



This report contains confidential business information.

# REPORT 1

## Work Assignment — Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 7/29/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 8/31/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Data: | 9/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A018 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

**Task Number: 13   Task Title: POST RI/FS SUPPORT**

**SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)    Task Category Code: PR**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | |  | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | | | 12,254.81 |

Page 11

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B528 | Type Site: | RI/FS Oversight |
| Status: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | BASE | |
| WA Period of Performance Start: | 10/2/06 | |
| WA Period of Performance End: | 9/30/09 | |
| Reporting Period From: | 7/28/07 | |
| Reporting Period To: | 8/31/07 | |
| Invoice Date: | 9/19/07 | |
| Invoice Number: | A018 | |
| Invoice Purpose: | Monthly Progress | |

Task Number: 15

Task Title:

WORK ASSIGNMENT/TASK ORDER CLOSE OUT

SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 15 COSTS | | | | |  | 1,456.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBO-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RM^FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | OH-OORIG |
| Performance Based?: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/19/07 |
| Invoice Number: | A018 |
| Invoice Purpose: | Monthly Progress |

### WORK ASSIGNMENT TOTALS & TASKS

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| TOTAL_DIRECT LABOR (Professional) | | | | | | |
| TOTAL_DIRECT LABOR (Clerical) | | | | | | |
| WORK ASSIGNMENT TOTAL_DIRECT COSTS | | | | | | |
| Other Direct Costs | | | | | | |
| Travel | | | | | | |
| Computer | | | | | | |
| PLI | | | | | 233.39 | |
| TOTAL_INDIRECT COSTS (Fringe, OH, G&A) | | | | | | |
| TOTAL_TEAM SUB FEES | | | | | | |
| TOTAL_BASE FEES | | | | | | |
| TOTAL_PERFORMANCE FEE | | | | | | |
| TOTAL_WORK ASSIGNMENT | | | | | | 235,843.67 |
| Average Hourly Rate | | | | | | |
| Expenditure Limit LOE | | | | | | |
| Expenditure Limit Dollars | | | | | | |

Page 13

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/19/07 |
| Invoice Number: | A018 |
| Invoice Purpose: | Monthly Progress |

### Current Month

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLI PREMIUM | ODC$ | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEB$ | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |

Work Assignment Subtotal

Team Sub-Fees

Base Fees

Performance Fees

| TOTAL | | | | | | | | | | | | | | 734.01 |

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 7/28/07 |
| Reporting Period To: | 8/31/07 |
| Invoice Date: | 9/19/07 |
| Invoice Number: | A018 |
| Invoice Purpose: | Monthly Progress |

### Cumulative-To-Date

| TASK | | PRIME/TEAM | CLERICAL | CLERICAL | PLI | DOCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT | FEES | TOTAL |
| NO. | CAT. CODE | LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLI PREMIUM | DOCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | 32,071.24 |

Term Sub Fees

Base Fees - Prime

Performance Fees

TOTAL

Total Expenditure Limit Dollars:

### Adjustments/Disallowed Costs

| TASK | | INVOICE NUMBER | SUSPENDED | | RE-BILLED | | DISALLOWED | |
|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| | | | | | | | | |
| TOTAL | | | | | | | | |

Note: Cumulative Total Includes Suspended Amount

This report contains confidential business information.

Standard Form 1035      PUBLIC VOUCHER FOR PURCHASES AND          Voucher No.
                            SERVICES OTHER THAN PERSONAL               A019
                                                                  Sheet No.      27

U.S. ENVIRONMENTAL PROTECTION AGENCY        Contract No. EP-85-06-01
RTP-FINANCIAL MANAGEMENT CENTER             CH2M HILL, INC.
MAIL CODE-D143-02                           1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711            Portland, OR 97201

---------------------------------------------------------------

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
                          Term Form
                South Dayton Dump & Landfill Sit
                Work Assignment 027-RSBD-B52B
          For the month of SEPTEMBER, 2007   Period: BASE

| Major Cost Element | Hours Current | Hours Cumulative | Amount Claimed Current | Amount Claimed Cumulative |
|---|---|---|---|---|
| LOE | | | | |
| Clerical | ▮ | ▮ | ▮ | ▮ |
| 1. HOURS/RAW LABOR | ▮ | ▮ | ▮ | ▮ |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | ▮ | ▮ |
| 4. GENERAL AND ADMINISTRATIVE | | | | |
| 5. SUBTOTAL LABOR | | | | |
| 6. OTHER DIRECT COSTS | | | ▮ | ▮ |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | | |
| 9. EQUIPMENT | | | 0.00 | 0.00 |
| 10. SUBTOTAL | | | | ▮ |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL ECOLOGY AND ENVIRONMENT, | | | ▮ | |
| 12. SUBTOTAL SUBCONTRACTS | | | ▮ | ▮ |
| 13. TOTAL COSTS | | | ▮ | ▮ |
| 14. BASE FEE | | | | |
| 15. PERFORMANCE ▮ FEE | | | ▮ | ▮ |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER ▮ | | | ▮ | ▮ |
| 18. POLLUTION LIABILITY INSURANCE | | | ▮ | ▮ |
| 19. LABORATORY SERVICES | | | | ▮ |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | | 32,758.52 |
| 21. LESS PRIOR PAYMENTS | | | | 32,071.24 |
| 22. TOTAL AMOUNT DUE | | | | 687.28 |

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

## RAC2 TECHNICAL STATUS REPORT
### September 1, 2007 to September 28, 2007

**WORK ASSIGNMENT NUMBER:** 027-RSBD-B52B

**SITE NAME:** South Dayton Dump & Landfill Site, OH

**ACTIVITY:** Remedial Investigation/Feasibility Study (RI/FS) Oversight

**CH2M HILL JOB NUMBER:** 350914

**PREPARED BY:** ████████DAY, Site Manager

**PERIOD ENDING:** September 28, 2007

**COPIES:**
WAM: ████████ USEPA, Region 5
PM: ████████ CH2M HILL, Milwaukee, WI
RTL: CH2M HILL, Dayton, OH

**1.    Progress Made This Reporting Period**

**Task 1 (PP):** Minimal project management activities were performed.

| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
|---|---|---|---|---|---|---|
| Summary of Project Status |||||||
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 36 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

**2.    Problems Resolved**

None.

**3.    Problem Areas and Recommended Solutions**

In June 2007, USEPA identified some questions and concerns regarding areas where CH2M HILL did not comment on the PRP's *RI/FS Work Plan*. CH2M HILL would like to follow-up on this by meeting with USEPA to discuss our approach for reviews of subsequent PRP documents.

4.      **Deliverables Submitted**

None.

5.      **Activities Planned Next Reporting Period**

**Task 1 (PP):**

CH2M HILL will attend a site visit with USEPA.

6.      **Key Personnel Changes**

None.

7.      **Subcontractor Services**

None.

8.      **Travel**

None.

9.      **Laboratories**

None.

10.     **Project Performance**

None.

027.doc

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | | BASE |
| WA Period of Performance Start: | | 10/2/06 |
| WA Period of Performance End: | | 9/30/09 |
| Reporting Period From: | | 9/1/07 |
| Reporting Period To: | | 9/28/07 |
| Invoice Date: | | 10/19/07 |
| Invoice Number: | | A019 |
| Invoice Purpose: | | Monthly Progress |



Task Number: 1    Task Title:    Task Category Code: PP

PROJECT PLANNING AND SUPPORT

PRIME CONTRACTOR

Direct Labor

Clerical

TOTAL

TOTAL PRIME DIRECT LABOR

This report contains confidential business information.

Page 1

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| B&B: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/F3 Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/20/09 |
| Reporting Period From: | 9/1/07 |
| Reporting Period To: | 9/25/07 |
| Invoice Date: | 10/19/07 |
| Invoice Number: | A019 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

| Task Number: | Task Title: | | | | | Task Category Code: | RS |
|---|---|---|---|---|---|---|---|

| | | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| Name | Job Classification | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| TOTAL | | | | | | | 82,188.11 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

**Work Assignment Number:** 027-RSBD-B528
**Work Assignment Title:** SOUTH DAYTON DUMP & LANDFILL SITE, OH
**Contractor Name:** CH2M HILL CONSTRUCTORS
**Contract Number:** EP-S5-06-01
**SSID:** B528
**State:** OH
**Region:** 5

**Work Area Code:** R5
**Action Code:** BD
**Operable Unit:** 01
**WA Form:** TERM
**Type Site:** RI/FS Oversight
**Type Funding:** Pipeline
**Work Assignment Status:** OH-OOMO
**Performance Based:** No

**Contract Period:** BASE
**WA Period of Performance Start:** 10/2/06
**WA Period of Performance End:** 9/30/09
**Reporting Period From:** 9/1/07
**Reporting Period To:** 9/28/07
**Invoice Date:** 10/19/07
**Invoice Number:** A019
**Invoice Purpose:** Monthly Progress

**Task Number:** 1        **Task Title:**

PROJECT PLANNING AND SUPPORT

| Name | Job Classification | Current LOE Hours | Current Dollars | Cumulative LOE Hours | Cumulative Dollars | Task Approved PP Approved Budget LOE Hours | Approved Budget Dollars |
|------|-------------------|-------------------|-----------------|----------------------|--------------------|--------------------------------------------|-------------------------|
| PRIME CONTRACTOR | | | | | | | |
| Direct Labor | | | | | | | |
| TOTAL | | | | | | | |
| Clerical | | | | | | | |
| TOTAL | | | | | | | |
| TOTAL PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: ECOLOGY AND ENVIRONMENT,
Contract Number: EP-S5-06-01
BBD: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Bide: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 9/1/07
Reporting Period To: 9/28/07
Invoice Date: 10/19/07
Invoice Number: A019
Invoice Purpose: Monthly Progress

### PROJECT PLANNING AND SUPPORT

| Name / Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |



TEAM SUB CONTRACTOR

Direct Labor

TOTAL
TOTAL
TOTAL TEAM SUB DIRECT LABOR
TOTAL TEAM SUB DIRECTS                                    13,958.57

This report contains confidential business information.

Page 4

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Contractor Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/1/07 |
| Reporting Period To: | 9/28/07 |
| Invoice Date: | 10/19/07 |
| Invoice Number: | A019 |
| Invoice Purpose: | Monthly Progress |

**Task Title:**

**Task Number: 1**

### PROJECT PLANNING AND SUPPORT
### SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL_DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL_DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL_TASK 1 COSTS | | | | | | 96,126.76 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S8-06-01 | |
| SBID: | B62B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/1/07 |
| Reporting Period To: | 9/23/07 |
| Invoice Date: | 10/19/07 |
| Invoice Number: | A019 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, TASK 3 COSTS | | | | | | 44,915.78 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-852B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 9/1/07
Reporting Period To: 9/23/07
Invoice Date: 10/19/07
Invoice Number: A019
Invoice Purpose: Monthly Progress

Task Number: 7   Task Title: RISK ASSESSMENT

SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)   (Task Category Code: RA)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, TASK 7 COSTS | | | | 18,666.52 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSR0-B529 | Work Area Code: | R3 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | B0 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| BBID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | BASE | |
| WA Period of Performance Start: | 10/2/06 | |
| WA Period of Performance End: | 9/30/09 | |
| Reporting Period From: | 9/1/07 | |
| Reporting Period To: | 9/28/07 | |
| Invoice Date: | 10/19/07 | |
| Invoice Number: | A019 | |
| Invoice Purpose: | Monthly Progress | |

Task Number: ___   Task Title: ___

PRODUCT INVENTORY REPORT   Task Category Report: PP

SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR ███ | | | | | ███ | ███ |
| SUBTOTAL, DIRECT LABOR ███ | | | | | | |
| SUBTOTAL, TASK 9 COSTS | | | | | | 24,172.57 |



This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | R5 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | B0 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/1/07 |
| Reporting Period To: | 9/28/07 |
| Invoice Date: | 10/19/07 |
| Invoice Number: | A019 |
| Invoice Purpose: | Monthly Progress |

**Task Number:** 10    **Task Title:** REMEDIAL ALTERNATIVES SCREENING    **Task Category Code:** R5

SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR ( ) |  | | | | | |
| SUBTOTAL, DIRECT LABOR ( ) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | | 16,462.15 |  |

This report contains confidential business information.

**REPORT 1**

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSED-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | | |
|---|---|---|---|
| Contract Period: | | | BASE |
| WA Period of Performance Start: | | | 10/2/06 |
| WA Period of Performance End: | | | 9/30/09 |
| Reporting Period From: | | | 9/1/07 |
| Reporting Period To: | | | 9/28/07 |
| Invoice Date: | | | 10/19/07 |
| Invoice Number: | | | A019 |
| Invoice Purpose: | | | Monthly Progress |

**Task Number: 12    Task Title:**

**SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)**

| Cost Elements | Current | | Cumulative | | Approved Budget | | Task Category Code |
|---|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars | |
| SUBTOTAL, DIRECT LABOR | | | | | | | |
| SUBTOTAL, DIRECT LABOR | | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | | | 19,597.59 | |

This report contains confidential business information.