# EXHIBIT B
# Part 4

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: RS | Contract Period: BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: BD | WA Period of Performance Start: 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: 01 | WA Period of Performance End: 9/30/09 |
| Contractor Number: | EP-S5-06-01 | WA Form: TERM | Reporting Period From: 9/1/07 |
| SSID: | B528 | Type Sta: RI/FS Oversight | Reporting Period To: 9/2/007 |
| State: | OH | Type Funding: Pipeline | Invoice Date: 10/19/07 |
| Region: | 5 | Work Assignment Status: ON-GOING | Invoice Number: A019 |
| | | Performance Based: No | Invoice Purpose: Monthly Progress |

Task Number: 13     Task Title:     POST RI/FS SUPPORT

SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)

Task Category Code: PPL

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | 12,264.81 | | |

Page 11

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| Work Assignment Number: | 027-RSBD-B628 | Work Area Code: | R8 | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S6-06-01 | WA Form: | TERM | Reporting Period From: | 9/1/07 |
| SSID: | B628 | Type Site: | RI/FS Oversight | Reporting Period To: | 9/28/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 10/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | AU19 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

WORK ASSIGNMENT/TASK ORDER CLOSEOUTS: (Task Category Codes - CO)

SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, TASK 15 COSTS | | | | | | 1,458.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

**Work Assignment Number:** 027-RSBD-B52B
**Work Assignment Title:** SOUTH DAYTON DUMP & LANDFILL SITE, OH
**Contractor Name:** CH2M HILL INC
**Contract Number:** EP-S5-06-01
**SSID:** B52B
**Region:** OH
5

**Work Area Code:** RS
**Action Code:** BD
**Operable Unit:** 01
**WA Form:** TERM
**Type Site:** RI/FS Oversight
**Type Funding:** Pipeline
**Work Assignment Status:** ON-GOING
**Performance Based:** No

**Contract Period:** BASE
**WA Period of Performance Start:** 10/2/06
**WA Period of Performance End:** 9/26/09
**Reporting Period From:** 9/1/07
**Invoice Date:** 9/28/07
**Reporting Period To:** 10/19/07
**Invoice Number:** A019
**Invoice Purpose:** Monthly Progress

### WORK ASSIGNMENT TOTALS BY MEMTAZKS

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

TOTAL DIRECT LABOR (hours)
TOTAL DIRECT LABOR

WORK ASSIGNMENT TOTAL DIRECT COSTS
Other Direct Costs
Travel
Computer
PL?
TOTAL INDIRECT COSTS
TOTAL TEAM SUB FEE
TOTAL BASE FEE
TOTAL PERFORMANCE FEE (Prime)
TOTAL WORK ASSIGNMENT    236,843.87

Average Hourly Rate
Expenditure Limit $
Expenditure Limit Dollars

This report contains confidential business information.



# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | | WA Form: | TERM |
| SSID: | B52B | | Type Bids: | RWS Oversight |
| State: | OH | | Type Funding: | Pipeline |
| Region: | 5 | | Work Assignment Status: | ON-GOING |
| | | | Performance Based: | No |

| Field | Value |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/1/07 |
| Reporting Period To: | 9/28/07 |
| Invoice Date: | 10/19/07 |
| Invoice Number: | A019 |
| Invoice Purpose: | Monthly Progress |

### Cumulative To-Date

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLI PREMIUM | COMPUTER | ODCs | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | 0.00 | | | | | |
| TOTAL | | | | | | | | | 0.00 | | | | | 32,756.52 |

Work Assignment Subtotal

Item Sub...
Base Fee...

Total Expenditure Limit Dollars

### Adjustments/Disallowed Costs

| TASK | | SUSPENDED | | RE-BILLED | | DISALLOWED | |
|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| TOTAL | | | | | | | |

Note: Cumulative Total Includes Suspended Amount

This report contains confidential business information.

Standard Form 1035    PUBLIC VOUCHER FOR PURCHASES AND     Voucher No.
                      SERVICES OTHER THAN PERSONAL       A020
                                                      Sheet No.    26

U.S. ENVIRONMENTAL PROTECTION AGENCY      Contract No. EP-85-06-01
RTP-FINANCIAL MANAGEMENT CENTER         CH2M HILL, INC.
MAIL CODE-D143-02                     1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711        Portland, OR 97201

------------------------------------------------------------------------

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of OCTOBER, 2007   Period: BASE

| | Hours | | Amount Claimed | |
|---|---|---|---|---|
| Major Cost Element | Current | Cumulative | Current | Cumulative |
| LOE | | | | |
| Clerical | | | | |
| 1. HOURS/RAW LABOR | | | | |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | | |
| 4. GENERAL AND ADMINISTRATIVE | | | | |
| 5. SUBTOTAL LABOR | | | | |
| 6. OTHER DIRECT COSTS | | | | |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | 0.00 | 0.00 |
| 9. EQUIPMENT | | | | |
| 10. SUBTOTAL | | | | |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL | | | | |
| 12. SUBTOTAL SUBCONTRACTS | | | | |
| 13. TOTAL COSTS | | | | |
| 14. BASE FEE | | | | |
| 15. PERFORMANCE FEE | | | | |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER LESS PLI | | | | |
| 18. POLLUTION LIABILITY INSURANCE | | | | |
| 19. LABORATORY SERVICES | | | | |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | | 33,319.14 |
| 21. LESS PRIOR PAYMENTS | | | | 32,071.24 |
| 22. TOTAL AMOUNT DUE | | | | 1,247.90 |




>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

# RAC2 TECHNICAL STATUS REPORT
## September 29, 2007 to October 26, 2007

| | |
|---|---|
| **WORK ASSIGNMENT NUMBER:** | 027-RSBD-B52B |
| **SITE NAME:** | South Dayton Dump & Landfill Site, OH |
| **ACTIVITY:** | Remedial Investigation/Feasibility Study (RI/FS) Oversight |
| **CH2M HILL JOB NUMBER:** | 350914 |
| **PREPARED BY:** | Eric Kroger/DAY, Site Manager |
| **PERIOD ENDING:** | October 26, 2007 |

COPIES:   WAM: ████████ USEPA, Region 5
          PM: ████████, Milwaukee, WI
          RTL: ████████, Dayton, OH

## 1.    Progress Made This Reporting Period

**Task 1 (PP):**  Minimal project management activities were performed.

| Task No./Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
|---|---|---|---|---|---|---|
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 36 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

*Summary of Project Status*

## 2.    Problems Resolved

None.

## 3.    Problem Areas and Recommended Solutions



4.   **Deliverables Submitted**

None.

5.   **Activities Planned Next Reporting Period**

Task 1 (PP):

██████████████████████████

6.   **Key Personnel Changes**

None.

7.   **Subcontractor Services**

None.

8.   **Travel**

None.

9.   **Laboratories**

None.

10.  **Project Performance**

None.

2

027.doc

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-BS2B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | BS2B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/29/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A020 |
| Invoice Purpose: | Monthly Progress |

**Task Number:** 1   **Task Title:**

### PROJECT PLANNING AND SUPPORT

**Task Category/Code:** PP

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| | Clerical | | | | | | |



26,263.46

TOTAL CLERICAL
TOTAL PRIME DIRECT LABOR

This report contains confidential business information.

Page 1

# REPORT 1

## Work Assignment — Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B62B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B62B |
| Status: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/29/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A020 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT — Task Category Code: PP

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | 82,198.11 | |

PRIME-CONTRACTOR

TOTAL PRIME DIRECTS

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL CONSTRUCTORS
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 9/29/07
Reporting Period To: 10/26/07
Invoice Date: 11/19/07
Invoice Number: A020
Invoice Purpose: Monthly Progress

### PROJECT PLANNING AND SUPPORT

Task Number: 1    Task Title: 

Task Category Code: PP

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| | | | | | | | |
| TOTAL PROFESSIONAL | | | | | | | |
| | | | | | | | |
| TOTAL CLERICAL | | | | | | | |
| TOTAL PRIME DIRECT LABOR | | | | | | | |
| TOTAL PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | ECOLOGY AND ENVIRONMENT, | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/29/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A020 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

TEAM SUB CONTRACTOR

Direct Labor

TOTAL PROFESSIONAL
TOTAL CLERICAL
TOTAL TEAM SUB DIRECT LABOR
TOTAL TEAM SUB DIRECTS

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Focus: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/29/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A020 |
| Invoice Purpose: | Monthly Progress |

Task Number: 1    Task Title:    PROJECT PLANNING AND SUPPORT    Task Category Code: PP

### SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 1 COSTS | | | | | | 84,126.78 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B5ZB | Work Area Code: | R5 | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 9/29/07 |
| SSID: | B8ZB | Type Site: | RI/FS Oversight | Reporting Period To: | 10/26/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 11/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A020 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL TASK 3 COSTS | | | | 46,915.78 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 9/29/07
Reporting Period To: 10/26/07
Invoice Date: 11/19/07
Invoice Number: A020
Invoice Purpose: Monthly Progress

Task Number: 7

Task Category Code: RA

RISK ASSESSMENT

### SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| SUBTOTAL DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL TASK 7 COSTS | | | | | | 18,865.52 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | | BASE |
| WA Period of Performance Start: | | 10/2/06 |
| WA Period of Performance End: | | 9/30/09 |
| Reporting Period From: | | 9/29/07 |
| Reporting Period To: | | 10/26/07 |
| Invoice Date: | | 11/19/07 |
| Invoice Number: | | A020 |
| Invoice Purpose: | | Monthly Progress |

SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 9 COSTS | | | | | | 24,172.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment — Task Level Specific Detail Report

| | | | | |
|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | |
| SSID: | B52B | Type Site: | RI/FS Oversight | |
| State: | OH | Type Funding: | Pipeline | |
| Region: | 5 | Work Assignment Status: | ON-GOING | |
| | | Performance Based: | No | |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/29/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A020 |
| Invoice Purpose: | Monthly Progress |

**Task Number: 10**  **Task Title:**

REMEDIAL ALTERNATIVES SCREENING
SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

**Task Category Code: RS**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | | 16,452.15 | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SBD: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/26/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A920 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)



| Cost Elements | Current | | Cumulative | | Approved Budget | | Task Category Code(s): FB |
|---|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars | |
| SUBTOTAL DIRECT LABOR (Professional) | | | | | | | |
| SUBTOTAL DIRECT LABOR (Clerical) | | | | | | | |
| SUBTOTAL TASK 12 COSTS | | | | 19,597.69 | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| Status: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | | BASE |
| WA Period of Performance Start: | | 10/2/06 |
| WA Period of Performance End: | | 9/30/09 |
| Reporting Period From: | | 9/29/07 |
| Reporting Period To: | | 10/28/07 |
| Invoice Date: | | 11/19/07 |
| Invoice Number: | | A020 |
| Invoice Purpose: | | Monthly Progress |

**Task Number: 13**  Task Title:  POST-RI/FS SUPPORT  Task Category Code: PR

### SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | |  | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | | | 12,254.81 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| Status: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/29/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A020 |
| Invoice Purpose: | Monthly Progress |

Task Number: 15    Task Title:    WORK ASSIGNMENT/TASK ORDER CLOSE OUT    Task Category Code: CO

SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |



1,458.57

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 15 COSTS

This report contains confidential business information.

**REPORT 1**

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B528 |
| Work Assignment Title: | SOUTH DAYTOM DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B528 |
| Status: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/29/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A020 |
| Invoice Purpose: | Monthly Progress |

**WORK ASSIGNMENT TOTALS, ALL TASKS:**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

TOTAL, DIRECT LABOR (Professional)
TOTAL, DIRECT LABOR (Clerical)

WORK ASSIGNMENT TOTAL, DIRECT COSTS
Other Direct Costs
Travel
Computer
PLI (Pollu)
TOTAL INDIRECT COSTS
TOTAL, TEAM SUB FEE
TOTAL, BASE FEE
TOTAL, PERFORMANCE
TOTAL, WORK ASSIGNMENT

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 9/29/07 |
| Reporting Period To: | 10/26/07 |
| Invoice Date: | 11/19/07 |
| Invoice Number: | A020 |
| Invoice Purpose: | Monthly Progress |

### Current Month

| TASK NO. | CAT. CODE | PRIME/TEAM LDE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLI PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | |
| Team Sub Fees | | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | 560.62 |

560.62



# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

| | | | |
|---|---|---|---|
| Work Area Code: | RS | Contract Period: | BASE |
| Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Operable Unit: | 01 | WA Period of Performance End: | 9/30/08 |
| WA Form: | TERM | Reporting Period From: | 9/29/07 |
| Type Site: | RI/FS Oversight | Reporting Period To: | 10/26/07 |
| Type Funding: | Pipeline | Invoice Date: | 11/19/07 |
| Work Assignment Status: | ON-GOING | Invoice Number: | A030 |
| Performance Based: | No | Invoice Purpose: | Monthly Progress |

### Cumulative-To-Date

| TASK | | PRIME/TEAM | PRIME/TEAM | CLERICAL | CLERICAL | PLI | | | | | | INDIRECT | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | LOE | LABOR $ | HOURS | LABOR $ | PREMIUM | ODCs | COMPUTER | TRAVEL | EQMP. | SUBPOOL | COSTS | FEE $ | $ |
| 1 | PP | | | | | | | | | | | | | |
| Team Sub. Fees | | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | | |
| Performance Fee | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | 33,319.14 | 33,319.14 |

Total Expenditure Limit Details:

### Adjustments/Disallowed Costs

| TASK | | INVOICE | SUSPENDED | | RE-BILLED | | DISALLOWED | |
|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | NUMBER | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| TOTAL | | | | | | | | |

Note: Cumulative Total includes Suspended Amount.

This report contains confidential business information.

Standard Form 1035    PUBLIC VOUCHER FOR PURCHASES AND      Voucher No.
SERVICES OTHER THAN PERSONAL      A021
     Sheet No.    26

U.S. ENVIRONMENTAL PROTECTION AGENCY     Contract No.EP-S5-06-01
RTP-FINANCIAL MANAGEMENT CENTER     CH2M HILL, INC.
MAIL CODE-D143-02     1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711     Portland, OR 97201

---------------------------------------------------------------

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of NOVEMBER, 2007  Period: BASE

| | ------ Hours ------ | | ------ Amount Claimed ------ | |
| Major Cost Element | Current | Cumulative | Current | Cumulative |
|---|---|---|---|---|
| LOE | | | | |
| Clerical | | | | |
| 1. HOURS/RAW LABOR | | | | |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | | |
| 4. GENERAL AND ADMINISTRATIVE | | | | |
| 5. SUBTOTAL LABOR | | | | |
| 6. OTHER DIRECT COSTS | | | | |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | | |
| 9. EQUIPMENT | | | 0.00 | 0.00 |
| 10. SUBTOTAL | | | | |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL | | | | |
| 12. SUBTOTAL SUBCONTRACTS | | | | |
| 13. TOTAL COSTS | | | | |
| 14. BASE FEE | | | | |
| 15. PERFORMANCE FEE | | | | |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER LESS PLI | | | | |
| 18. POLLUTION LIABILITY INSURANCE | | | | |
| 19. LABORATORY SERVICES | | | | |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | | 33,866.71 |
| 21. LESS PRIOR PAYMENTS | | | | 32,758.52 |
| 22. TOTAL AMOUNT DUE | | | | 1,108.19 |





>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

RAC2 TECHNICAL STATUS REPORT
October 27, 2007 to November 30, 2007

**WORK ASSIGNMENT NUMBER:**   027-RSBD-B52B

**SITE NAME:**   South Dayton Dump & Landfill Site, OH

**ACTIVITY:**   Remedial Investigation/Feasibility Study
(RI/FS) Oversight

**CH2M HILL JOB NUMBER:**   350914

**PREPARED BY:**   Eric Kroger/DAY, Site Manager

**PERIOD ENDING:**   November 30, 2007

**COPIES:**   WAM:   ████████, USEPA, Region 5
PM:   ████████CH2M HILL, Milwaukee, WI
RTL:   ████████, CH2M HILL, Dayton, OH

1.   **Progress Made This Reporting Period**

   **Task 1 (PP):**   Minimal project management activities were performed.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1-PP | 10/16/06 | 10/16/06 | 09/30/09 | | 36 | |
| 3-FI | TBD | | TBD | | | |
| 7-RA | TBD | | TBD | | | |
| 9-RR | TBD | | TBD | | | |
| 10-RS | TBD | | TBD | | | |
| 12-FS | TBD | | TBD | | | |
| 13-PR | TBD | | TBD | | | |
| 15-CO | TBD | | 09/30/09 | | | |

2.   **Problems Resolved**

   None.

3.   **Problem Areas and Recommended Solutions**



027-V.DOC

4.    **Deliverables Submitted**

    None.

5.    **Activities Planned Next Reporting Period**

    **Task 1 (PF):**

    CH2M HILL will attend a site visit with USEPA.

6.    **Key Personnel Changes**

    None.

7.    **Subcontractor Services**

    None.

8.    **Travel**

    None.

9.    **Laboratories**

    None.

10.    **Project Performance**

    None.

027-v.doc

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 10/27/07
Reporting Period To: 11/30/07
Invoice Date: 12/19/07
Invoice Number: A021
Invoice Purpose: Monthly Progress



Page 1

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RS8D-B528 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B528 |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/27/07 |
| Reporting Period To: | 11/30/07 |
| Invoice Date: | 12/19/07 |
| Invoice Number: | A021 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

| Name | Job Classification | Current | | Cumulative | | Task Category Code - PR Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

PRIME-CONTRACTOR

TOTAL, PRIME DIRECT LABOR
TOTAL, PRIME DIRECTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL CONSTRUCTORS | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/27/07 |
| Reporting Period To: | 11/30/07 |
| Invoice Date: | 12/19/07 |
| Invoice Number: | A021 |
| Invoice Purpose: | Monthly Progress |

### Task Number: 1 . . . Task Title: . . .

| | PROJECT PLANNING AND SUPPORT | | | | Task Category Code:   PP: | | |
|---|---|---|---|---|---|---|---|
| | Current | | Cumulative | | Approved Budget | |
| Name | Job Classification | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| Direct Labor | | | | | | | |
| TOTAL, PROFESSIONAL | | | | | | | |
| Clerical | | | | | | | |
| TOTAL, CLERICAL | | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

Page 3