# EXHIBIT B
# Part 5

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | ECOLOGY AND ENVIRONMENT, |
| Contract Number: | EP-S5-08-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/27/07 |
| Reporting Period To: | 11/30/07 |
| Invoice Date: | 12/19/07 |
| Invoice Number: | A021 |
| Invoice Purpose: | Monthly Progress |

PROJECT PLANNING AND SUPPORT

| | | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| Name | Job Classification | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| TEAM SUB CONTRACTOR | | | | | | | |
| Direct Labor | | | | | | | |
| TOTAL PROFESSIONAL | | | | | | | |
| TOTAL CLERICAL | | | | | | | |
| TOTAL TEAM SUB DIRECT LABOR | | | | | | | |
| TEAM SUB DIRECTS | | | | | | | 13,968.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | |
|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | |
| SSID: | B52B | Type Site: | RI/FS Oversight | |
| State: | OH | Type Funding: | Pipeline | |
| Region: | 5 | Work Assignment Status: | ON-GOING | |
| | | Performance Based: | No | |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/27/07 |
| Reporting Period To: | 11/30/07 |
| Invoice Date: | 12/19/07 |
| Invoice Number: | A021 |
| Invoice Purpose: | Monthly Progress |

**Task Number:**    **Task Title:**    **Task Category Code:    PP**

### PROJECT PLANNING AND SUPPORT

### SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 1 COSTS | | | | 96,126.78 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | R6 | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 10/27/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 11/30/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 12/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A021 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

FIELD INVESTIGATION/DATA ACQUISITION

SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | |



46,916.78

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 3 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | | |
|---|---|---|---|---|
| Work Assignment Number: | 027-RSRD-B528 | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 10/27/07 |
| SSID: | B528 | Type Site: | RI/FS Oversight | Reporting Period To: | 11/30/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 12/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A021 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number: 7   Task Title:   RISK ASSESSMENT   Task Category Code: RA

SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 7 COSTS | | | | 18,865.52 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | R6 | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 10/27/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 11/30/07 |
| Status: | OH | Type Funding: | Pipeline | Invoice Date: | 12/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A021 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number:        Task Title:        REMEDIAL INVESTIGATION REPORT:        Task Category Code:  RR:

SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | |  24,172.57 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 9 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SBID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | | | | |
|---|---|---|---|---|
| Work Area Code: | RS | | Contract Period: | BASE |
| Action Code: | BD | | WA Period of Performance Start: | 10/2/06 |
| Operable Unit: | 01 | | WA Period of Performance End: | 9/30/09 |
| WA Form: | TERM | | Reporting Period From: | 10/27/07 |
| Type Site: | RI/FS Oversight | | Reporting Period To: | 11/30/07 |
| Type Funding: | Pipeline | | Invoice Date: | 12/19/07 |
| Work Assignment Status: | ON-GOING | | Invoice Number: | A021 |
| Performance Based: | No | | Invoice Purposes: | Monthly Progress |

**Task Number: 10    Task Title:** REMEDIAL ALTERNATIVES SCREENING    **Task Category Code: R6**

**SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOEHours | Dollars | LOEHours | Dollars | LOEHours | Dollars |
| | | | | | | 16,452.15 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 10 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B629 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S4-06-01 | WA Form: | TERM |
| SSID: | B529 | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | | |
|---|---|---|---|
| Contract Period: | BASE | | |
| WA Period of Performance Start: | 10/2/06 | | |
| WA Period of Performance End: | 9/30/09 | | |
| Reporting Period From: | 10/27/07 | | |
| Reporting Period To: | 11/30/07 | | |
| Invoice Date: | 12/19/07 | | |
| Invoice Number: | A021 | | |
| Invoice Purpose: | Monthly Progress | | |

**Task Number: 12   Task Title:**

**REPORT**

## SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)   Task Category Codes:

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | |  | 19,897.99 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSED-A529 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B82B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2X/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/27/07 |
| Reporting Period To: | 11/30/07 |
| Invoice Date: | 12/19/07 |
| Invoice Number: | A021 |
| Invoice Purpose: | Monthly Progress |

Task Number: 13    Task Title: POST RI/FS SUPPORT

SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)

Task Category Code: PR

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE-Hours | Dollars | LOE-Hours | Dollars | LOE-Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | 12,254.81 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSRD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/27/07 |
| Reporting Period To: | 11/30/07 |
| Invoice Date: | 12/18/07 |
| Invoice Number: | A021 |
| Invoice Purpose: | Monthly Progress |

WORK ASSIGNMENT (TASK ORDER CLOSEOUT)

SUBTOTALS FOR TASK 16 (PRIME + TEAM SUBCONTRACTORS)



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL TASK 16 COSTS | | | | | | 1,468.57 |



# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/27/07 |
| Reporting Period To: | 11/30/07 |
| Invoice Date: | 12/18/07 |
| Invoice Number: | A021 |
| Invoice Purpose: | Monthly Progress |

### WORK ASSIGNMENT TOTALS ALL TASKS

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |



TOTAL DIRECT LABOR (Professional)
TOTAL DIRECT LABOR (Clerical)

WORK ASSIGNMENT TOTAL DIRECT COSTS
Other Direct Costs
Travel
Computer
PLU
TOTAL INDIRECT COSTS
TOTAL TEAM SUB FEES
TOTAL BASE FEES
TOTAL PERFORMANCE FEE
TOTAL WORK ASSIGNMENT

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report --- Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSSD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RMFS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 10/27/07 |
| Reporting Period To: | 11/30/07 |
| Invoice Date: | 12/19/07 |
| Invoice Number: | A021 |
| Invoice Purpose: | Monthly Progress |

### Current Month

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PU PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | 547.57 |
| Team Sub-Fees | | | | | | | | | | | | | | |
| Base Fees - Fixed | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | 547.57 |

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 9/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 9/27/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 11/30/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 12/19/07 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A021 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

### Cumulative-To-Date

| TASK | | PRIME/TEAM | PRIME/TEAM | CLERICAL | CLERICAL | PLI | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT | FEES | TOTAL |
| NO. | CAT. CODE | LOE | LABOR $ | HOURS | LABOR $ | PREMIUM | | | | | | COSTS | | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | 33,666.71 |
| Team Sub Fees | | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | 33,666.71 |

Total Expenditure Limit Dollars:

### Adjustments/Disallowed Costs

| TASK | | INVOICE | SUSPENDED | | RE-BILLED | | DISALLOWED | |
| NO. | CAT. CODE | NUMBER | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | | | | | | | |

Note: Cumulative Total Includes Suspended Amount

This report contains confidential business information.

Standard Form 1035     PUBLIC VOUCHER FOR PURCHASES AND         Voucher No.
                       SERVICES OTHER THAN PERSONAL             A023
                                                                Sheet No.    26

U.S. ENVIRONMENTAL PROTECTION AGENCY      Contract No. EP-S5-06-01
RTP-FINANCIAL MANAGEMENT CENTER           CH2M HILL, INC.
MAIL CODE-D143-02                         1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711          Portland, OR 97201

------------------------------------------------------------------------

           CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
                              Term Form
                    South Dayton Dump & Landfill Sit
                    Work Assignment 027-RSBD-B52B
            For the month of DECEMBER, 2007   Period: BASE

| Major Cost Element | Hours | | Amount Claimed | |
|---|---|---|---|---|
| | Current | Cumulative | Current | Cumulative |
| LOE | | | | |
| Clerical | | | | |
| 1. HOURS/RAW LABOR | | | | |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | | |
| 4. GENERAL AND ADMINISTRATIVE | | | | |
| 5. SUBTOTAL LABOR | | | | |
| 6. OTHER DIRECT COSTS | | | | |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | 0.00 | 0.00 |
| 9. EQUIPMENT | | | | |
| 10. SUBTOTAL | | | | |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL ECOLOGY AND ENVIRONMENT, | | | | |
| 12. SUBTOTAL SUBCONTRACTS | | | | |
| 13. TOTAL COSTS | | | | |
| 14. BASE FEE | | | | |
| 15. PERFORMANCE FEE | | | | |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER LESS PLI | | | | |
| 18. POLLUTION LIABILITY INSURANCE | | | | |
| 19. LABORATORY SERVICES | | | | |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | | 34,442.06 |
| 21. LESS PRIOR PAYMENTS | | | | 33,319.14 |
| 22. TOTAL AMOUNT DUE | | | | 1,122.92 |

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
    (350914)

## RAC2 TECHNICAL STATUS REPORT
### December 1, 2007 to December 28, 2007

**WORK ASSIGNMENT NUMBER:**     027-RSBD-B52B

**SITE NAME:**     South Dayton Dump & Landfill Site, OH

**ACTIVITY:**     Remedial Investigation/Feasibility Study Oversight

**CH2M HILL JOB NUMBER:**     350914

**PREPARED BY:**     Eric Kroger/DAY, Site Manager

**PERIOD ENDING:**     December 28, 2007

**COPIES:**     WAM: Karen Cibulskis, USEPA Region 5
PM:   Isaac H. Johnson, CH2M HILL, Milwaukee, WI
RTL:   David Boehnker, CH2M HILL, Dayton, OH

1.     **Progress Made This Reporting Period**

**Task 1 (PP):** Minimal project management activities were performed.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 36 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

2.     **Problems Resolved**

None.

3.     **Problem Areas and Recommended Solutions**

In June 2007, USEPA identified some questions and concerns regarding areas where CH2M HILL did not comment on the potentially responsible party's (PRP's) *RI/FS Work Plan*. CH2M HILL would like to follow-up on this by meeting with USEPA to discuss our approach for reviews of subsequent PRP documents.

4.    **Deliverables Submitted**

.. None.

5.    **Activities Planned Next Reporting Period**

**Task 1 (PF):**

CH2M HILL will attend a site visit with USEPA.

6.    **Key Personnel Changes**

None.

7.    **Subcontractor Services**

None.

8.    **Travel**

None.

9.    **Laboratories**

None.

10.    **Project Performance**

None.

2

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-SS-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/18/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

### Task Number: 1    Task Title:

### PROJECT PLANNING AND SUPPORT

Task Category Code: PP

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| Direct Labor | | | | | | | |
| | | | | | | | 25,487.40 |
| TOTAL PROFESSIONAL | | | | | | | |
| | Clerical | | | | | | |

This report contains confidential business information.

Page 1

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSSD-B62B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | R5 |
| Action Code: | B0 |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/18/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND REPORT...

| | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| Name / Job Classification | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | |

TOTAL, CLERICAL
TOTAL, PRIME DIRECT LABOR
TOTAL, PRIME DIRECTS

Page 2

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL CONSTRUCTORS | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/18/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

**Task Number:** 1   **Task Title:**   **Task Category Code:** PP

### PROJECT PLANNING AND SUPPORT

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOEHours | Dollars | LOEHours | Dollars | LOEHours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| ▓ Direct Labor | | ▓ | | ▓ | | ▓ | |
| ▓ Clerical | | ▓ | | ▓ | | ▓ | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment — Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | ECOLOGY AND ENVIRONMENT, | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B62B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/18/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

| | | Current | | Cumulative | | Task Category/Approved Budget | |
|---|---|---|---|---|---|---|---|
| Name | Job Classification | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| TEAM SUB CONTRACTOR | | | | | | | |
| Direct Labor | | | | | | | |
| TOTAL, CLERICAL | | | | | | | 1,953.67 |
| TOTAL, TEAM SUB DIRECT LABOR | | | | | | | |
| TOTAL, TEAM SUB DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | | |
|---|---|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/18/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

Task Number:    Task Title:    PROJECT PLANNING AND SUPPORT

Task Category Code:  PP

### SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | ████ | ████ | ████ | ████ | ████ | ████ |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 1 COSTS | | | | | | 96,126.78 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 12/1/07 |
| SSID: | B528 | Type Site: | RI/FS Oversight | Reporting Period To: | 12/28/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 1/16/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A023 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

SUBTOTAL 8 FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | |  | 46,918.78 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 3 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/18/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

Task Number: 7    Task Title: RISK ASSESSMENT    Task Category Code: RA

**SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 7 COSTS | | | | |  | 18,855.52 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/16/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

Task Number:     Task Title:

SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 9 COSTS | | | | | | 24,172.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | |
|---|---|---|---|---|
| Work Assignment Number: | 027-RS8D-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 12/1/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 12/28/07 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 1/18/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A023 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number: 10    Task Title:    Task Category Code: R3

REMEDIAL ALTERNATIVES SCREENING
SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | |  | 16,452.15 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 10 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSWD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 12/1/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 12/28/07 |
| Status: | OH | Type Funding: | Pipeline | Invoice Date: | 1/16/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A023 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

**Task Number: 12**    **Task Title:**

**SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | | | 19,597.69 |



This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RS8D-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SBID: | B52B | Type Site: | RWFS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/15/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

**Task Number: 13**   **Task Title:**

**Task Category Code: PR**

POST RWFS SUPPORT

SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | | | 12,254.81 |



This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RS8D-B528 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B528 |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/06 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/18/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

WORK ASSIGNMENT/TASK ORDER CLOSEOUT

SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| |  | | | 1,456.57 | | |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 15 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

**Work Assignment Number:** 027-RSBD-B52B
**Work Assignment Title:** SOUTH DAYTON DUMP & LANDFILL SITE, OH
**Contractor Name:** CH2M HILL INC
**Contract Number:** EP-S5-06-01
**SSID:** B52B
**State:** OH
**Region:** 5

| | |
|---|---|
| **Work Area Code:** | RS |
| **Action Code:** | BD |
| **Operable Unit:** | 01 |
| **WA Form:** | TERM |
| **Type Site:** | RI/FS Oversight |
| **Type Funding:** | Pipeline |
| **Work Assignment Status:** | ON-GOING |
| **Performance Based:** | No |

| | |
|---|---|
| **Contract Period:** | BASE |
| **WA Period of Performance Start:** | 10/2/06 |
| **WA Period of Performance End:** | 9/30/09 |
| **Reporting Period From:** | 12/1/07 |
| **Reporting Period To:** | 12/28/07 |
| **Invoice Date:** | 1/18/08 |
| **Invoice Number:** | A023 |
| **Invoice Purpose:** | Monthly Progress |

### WORK ASSIGNMENT TOTALS ( ALL TASKS )



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

TOTAL, DIRECT LABOR (Professional)
TOTAL, DIRECT LABOR (Clerical)

WORK ASSIGNMENT TOTAL, DIRECT COSTS
Other Direct Costs
Travel

TOTAL, INDIRECT SUB FEE
TOTAL, TEAM SUB FEE
TOTAL, BASE FEES (Prime)
TOTAL, PERFORMANCE FEE
TOTAL, WORK ASSIGNMENT

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

This report contains confidential business information.