# EXHIBIT B
# Part 6

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

Work Assignment Number: K27-R38D-8528
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
BBID: B528
Status: OH
Region: 5

Work Area Code: R5
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RMFS Oversight
Type Funding: Pipeline
Work Assignment Status: OH-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 12/1/07
Reporting Period To: 12/28/07
Invoice Date: 1/11/08
Invoice Number: A023
Invoice Purpose: Monthly Progress



### Cumulative To-Date

| NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | FLI PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | 0.00 | |
| Work Assignment Subtotal | | | | | | | | | | | | | | 34,442.06 |

Term Sub Fees
Base Fees - Prime
Performance Fees

TOTAL

34,442.06

Total Expenditure Limit Dollars:

### Adjustments/Disallowed Costs

| TASK | | INVOICE NUMBER | SUSPENDED | | RE-BILLED | | DISALLOWED | |
|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| | | | | | | | | |

TOTAL

Note: Cumulative Total includes Suspended Amount

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RBBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/1/07 |
| Reporting Period To: | 12/28/07 |
| Invoice Date: | 1/18/08 |
| Invoice Number: | A023 |
| Invoice Purpose: | Monthly Progress |

### Current Month

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLU PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | 575.35 |

Team Sub-Total

Base Fees - Prime

Performance Fees

TOTAL    575.35

This report contains confidential business information.

Standard Form 1035        PUBLIC VOUCHER FOR PURCHASES AND         Voucher No.
                         SERVICES OTHER THAN PERSONAL            A025
                                                                Sheet No.    25

U.S. ENVIRONMENTAL PROTECTION AGENCY      Contract No. EP-S5-06-01
RTP-FINANCIAL MANAGEMENT CENTER           CH2M HILL, INC.
MAIL CODE-D143-02                         1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711          Portland, OR 97201

-------------------------------------------------------------------------------
            CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
                              Term Form
                    South Dayton Dump & Landfill Sit
                    Work Assignment 027-RSBD-B52B
                For the month of JANUARY, 2008  Period: BASE

                        ------- Hours -------     ------- Amount Claimed -------
    Major Cost Element
                        Current  Cumulative       Current        Cumulative

        LOE
        Clerical

    1.  HOURS/RAW LABOR

    2.  FRINGE BENEFITS
    3.  OVERHEAD
    4.  GENERAL AND ADMINISTRATIVE

    5.  SUBTOTAL LABOR
    6.  OTHER DIRECT COSTS
    7.  COMPUTER
    8.  TRAVEL                                    0.00            0.00
    9.  EQUIPMENT

    10. SUBTOTAL
    11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL
        ECOLOGY AND ENVIRONMENT,

    12. SUBTOTAL SUBCONTRACTS
    13. TOTAL COSTS

    14. BASE FEE
    15. PERFORMANCE          FEE
    16. FIXED PRICE

    17. TOTAL VOUCHER LESS PLI
    18. POLLUTION LIABILITY INSURANCE
    19. LABORATORY SERVICES

    20. AMOUNT CLAIMED THIS VOUCHER
    21. LESS PRIOR PAYMENTS                                      37,848.85
                                                                33,866.71

    22. TOTAL AMOUNT DUE                                         3,982.14

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
    (350914)

# RAC2 TECHNICAL STATUS REPORT
December 29, 2007 to January 25, 2008

**WORK ASSIGNMENT NUMBER:**   027-RSBD-B52B

**SITE NAME:**   South Dayton Dump & Landfill Site, OH

**ACTIVITY:**   Remedial Investigation/Feasibility Study Oversight

**CH2M HILL JOB NUMBER:**   350914

**PREPARED BY:**   ██████████/DAY, Site Manager

**PERIOD ENDING:**   January 25, 2008

**COPIES:**   WAM ██████████ USEPA Region 5
PM: ██████████, CH2M HILL, Milwaukee, WI
RTL: ██████████, CH2M HILL, Dayton, OH

1.   **Progress Made This Reporting Period**

   **Task 1 (PP):** Minimal project management activities were performed.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 36 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

2.   **Problems Resolved**

   None.

3.   **Problem Areas and Recommended Solutions**

   In June 2007, USEPA identified some questions and concerns regarding areas where CH2M HILL did not comment on the potentially responsible party's (PRP's) *RI/FS Work Plan.* CH2M HILL would like to follow-up on this by meeting with USEPA to discuss our approach for reviews of subsequent PRP documents.

4.   **Deliverables Submitted**

   None.

5.   **Activities Planned Next Reporting Period**

   **Task 1 (PP):**

   CH2M HILL will attend a site visit with USEPA.

6.   **Key Personnel Changes**

   ███████/DAY has been identified to assist the Site Manager.

7.   **Subcontractor Services**

   None.

8.   **Travel**

   None.

9.   **Laboratories**

   None.

10.   **Project Performance**

   None.

027.doc

2

# REPORT 1

## Work Assignment — Task Level Specific Detail Report

**Work Assignment Number:** 027-RSBD-B52B
**Work Assignment Title:** SOUTH DAYTON DUMP & LANDFILL SITE, OH
**Contractor Name:** CH2M HILL INC
**Contract Number:** EP-S5-06-01
**SSID:** B52B
**State:** OH
**Region:** 5

**Work Area Code:** RS
**Action Code:** BD
**Operable Unit:** 01
**WA Form:** TERM
**Type Site:** RI/FS Oversight
**Type Funding:** Pipeline
**Work Assignment Status:** ON-GOING
**Performance Based:** No

**Contract Period:** BASE
**WA Period of Performance Start:** 10/2/06
**WA Period of Performance End:** 9/30/09
**Reporting Period From:** 12/29/07
**Invoice Date:** 1/25/08
**Invoice Number:** 2/19/08
**Invoice Purpose:** A025 Monthly Progress

Task Category Code: PP

| | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| Name | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

PROJECT PLANNING AND SUPPORT



25,487.40

Clerical

PRIME CONTRACTOR

TOTAL PROFESSIONAL

Clerical

This report contains confidential business information.

Page 1

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: R5
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/24/09
Reporting Period From: 12/29/07
Reporting Period To: 1/25/08
Invoice Date: 2/19/08
Invoice Number: A025
Invoice Purpose: Monthly Progress

### PROJECT PLANNING AND SUPPORT

| Name / Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | |
| Clerical | | | | | | |
| TOTAL, CLERICAL | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | |



This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL CONSTRUCTORS | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |

Task Category Code: PP

**Task Number: 1    Task Title:**

**PROJECT PLANNING AND SUPPORT**

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| PRIME-CONTRACTOR | | | | | | | |
| | TOTAL PROFESSIONAL | | | | | | |
| | Clerical | | | | | | |
| | TOTAL CLERICAL | | | | | | |
| | TOTAL PRIME DIRECT LABOR | | | | | | |
| | TOTAL PRIME DIRECTS | | | | | | |

This report contains confidential business information.

Page 3

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | ECOLOGY AND ENVIRONMENT, |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/2/907 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| TEAM SUB-CONTRACTOR | | | | | | | |
| | | | | | | | 13,958.87 |

TOTAL PROFESSIONAL
TOTAL CLERICAL
TOTAL TEAM SUB DIRECT LABOR
TOTAL TEAM SUB DIRECTS

Page 4

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |

**Task Number:** 1  **Task Title:**  **PROJECT PLANNING AND SUPPORT**  **Task Category Code:** PP

### SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOEHours | Dollars | LOEHours | Dollars | LOEHours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 1 COSTS | | | | | 96,126.78 | |

Page 5

This report contains confidential business information.

# REPORT 1

## Work Assignment ~ Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |

SUBTOTAL.3 FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL DIRECT LABOR (Professional) | | | | |  | |
| SUBTOTAL DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL TASK 3 COSTS | | | | | | 46,916.78 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | B0 | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 12/23/07 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 1/25/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 2/19/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A025 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

**Task Number: 7    Task Title:    RISK ASSESSMENT    Task Category Code:    RA**

### SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | ▰ | ▰ |
| | | | | | | 18,665.52 |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 7 COSTS | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

SUBTOTAL 8 FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 9 COSTS | | | | | | 24,172.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| Status: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |

**Task Number 10** ... **Task Title** ... REMEDIAL ALTERNATIVES SCREENING ... **Task Category Code R6**

SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | 16,452.15 |

SUBTOTAL DIRECT LABOR (Professional)
SUBTOTAL DIRECT LABOR (Clerical)
SUBTOTAL TASK 10 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RS8D-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| Contract Period: | BASE |
|---|---|
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |



### SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTOR B)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | | | 19,597.89 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |

Task Number: 13     Task Title:     POST DOE'S SUPPORT     Task Category Code:   PR

### SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | | | 12,234.81 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SBD: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | | | | |
|---|---|---|---|---|
| Work Area Code: | RS | | Contract Period: | BASE |
| Action Code: | BD | | WA Period of Performance Start: | 10/2/06 |
| Operable Unit: | 01 | | WA Period of Performance End: | 9/30/09 |
| WA Form: | TERM | | Reporting Period From: | 12/29/07 |
| Type Site: | RI/FS Oversight | | Reporting Period To: | 1/25/08 |
| Type Funding: | Pipeline | | Invoice Date: | 2/19/08 |
| Work Assignment Status: | ON-GOING | | Invoice Number: | A026 |
| Performance Based: | No | | Invoice Purpose: | Monthly Progress |

**SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS6)**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 15 COSTS | | | | 1,153.57 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purposes: | Monthly Progress |



### WORK ASSIGNMENT TOTALS ALL TASKS

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |

TOTAL, DIRECT LABOR (Professional)
TOTAL, DIRECT LABOR (Clerical)

WORK ASSIGNMENT TOTAL, DIRECT COSTS
  Other Direct Costs
  Travel
  Computer
  PLI (Pollution Liability Insurance) Premium
TOTAL, INDIRECT COSTS (Fringe, OH, G&A)
TOTAL, TEAM SUB FEES (as negotiated)
TOTAL, BASE FEES (Prime)
TOTAL, PERFORMANCE FEE (Prime)
TOTAL, WORK ASSIGNMENT

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

8,290.00

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B82B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B82B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/29/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/18/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |

### Current Month

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | RU PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | |
| Term Sub Fees | | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | 3,406.79 |

This report contains confidential business information.

**REPORT 2T**

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 12/23/07 |
| Reporting Period To: | 1/25/08 |
| Invoice Date: | 2/19/08 |
| Invoice Number: | A025 |
| Invoice Purpose: | Monthly Progress |

### Cumulative-To-Date

| TASK | | PRIME/TEAM | PRIME/TEAM | CLERICAL | CLERICAL | PLI | | | | | | | | | |
| NO. | CAT. CODE | LOE | LABOR $ | HOURS | LABOR $ | PREMIUM | COMPUTER | DOCs | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |

Work Assignment Subtotal

Team Staff Fees

Base Fees - Prime

Performance Fees

TOTAL ...... 37,848.85 ...... 37,848.85

Total Expenditure Limit Dollars:

### Adjustments/Disallowed Costs

| TASK | | SUSPENDED | | RE-BILLED | | DISALLOWED | |
| NO. | CAT. CODE | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | INVOICE NUMBER | | | | | | |
| TOTAL | | | | | | | |

Note: Cumulative Total Includes Suspended Amount

This report contains confidential business information.

Standard Form 1035

PUBLIC VOUCHER FOR PURCHASES AND
SERVICES OTHER THAN PERSONAL

Voucher No.
A026
Sheet No.    25

U.S. ENVIRONMENTAL PROTECTION AGENCY
RTP-FINANCIAL MANAGEMENT CENTER
MAIL CODE-D143-02
RESEARCH TRIANGLE PARK, NC 27711

Contract No.  EP-S5-06-01
CH2M HILL, INC.
1300 S.W. 5th Ave.
Portland, OR 97201

----------------------------------------------------------------

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of FEBRUARY, 2008   Period: BASE



| Major Cost Element | ------- Hours ------- | | ------- Amount Claimed ------- | |
| --- | --- | --- | --- | --- |
| | Current | Cumulative | Current | Cumulative |
| LOE | | | | |
| Clerical | | | | |
| 1. HOURS/DIRECT LABOR | | | | |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | | |
| 4. GENERAL AND ADMINISTRATIVE | | | | |
| 5. SUBTOTAL LABOR | | | | |
| 6. OTHER DIRECT COSTS | | | | |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | 0.00 | 0.00 |
| 9. EQUIPMENT | | | | |
| 10. SUBTOTAL | | | | |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL | | | | |
| ECOLOGY AND ENVIRONMENT | | | | |
| 12. SUBTOTAL SUBCONTRACTS | | | | |
| 13. TOTAL COSTS | | | | |
| 14. BASE FEE | | | | |
| 15. PERFORMANCE FEE | | | | |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER LESS PLI | | | | |
| 18. POLLUTION LIABILITY INSURANCE | | | | |
| 19. LABORATORY SERVICES | | | | |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | | 44,999.39 |
| 21. LESS PRIOR PAYMENTS | | | | 34,442.06 |
| 22. TOTAL AMOUNT DUE | | | | 10,557.33 |

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

# RAC2 TECHNICAL STATUS REPORT
### January 26, 2008 to February 29, 2008

| | |
|---|---|
| **WORK ASSIGNMENT NUMBER:** | 027-RSBD-B52B |
| **SITE NAME:** | South Dayton Dump & Landfill Site, OH |
| **ACTIVITY:** | Remedial Investigation/Feasibility Study Oversight |
| **CH2M HILL JOB NUMBER:** | 350914 |
| **PREPARED BY:** | Brett Fishwild/DAY, Site Manager |
| **PERIOD ENDING:** | February 29, 2008 |

**COPIES:** WAM: Karen Cibulskis, USEPA Region 5
PM:   Isaac H. Johnson, CH2M HILL, Milwaukee, WI
RTL:   David Boehnker, CH2M HILL, Dayton, OH

1. **Progress Made This Reporting Period**

   **Task 1 (PP):**

   - Minimal project management activities were performed. CH2M HILL reviewed the USEPA streamlined risk assessment and review comments for the *Remedial Investigation (RI) Work Plan,* and through several meetings with USEPA, discussed the approach of asking the potentially responsible party (PRP) group to complete the presumptive remedy. CH2M HILL participated in three meetings with the PRP group to discuss the presumptive remedy.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 37 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–PS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

2. **Problems Resolved**

   None.

3.    **Problem Areas and Recommended Solutions**

The current approach used with the PRP group is to discuss the completion of a presumptive remedy in lieu of addressing all review comments and revising the *RI Work Plan* now. A detailed scope, not in the *RI Work Plan*, will now be required by the PRP group to collect additional data to address the concept of the presumptive remedy. CH2M HILL recommends that USEPA establish a schedule and expectations for the PRP group to move towards the presumptive remedy.

4.    **Deliverables Submitted**

None.

5.    **Activities Planned Next Reporting Period**

**Task 1 (PF):**

- A CH2M HILL representative traveled to Chicago, Illinois, to attend a meeting with USEPA and the PRP group to discuss the groundwater issues related to the presumptive remedy.

- ██████████████ will meet with USEPA and the PRP group on March 4 in Chicago, Illinois, to discuss the groundwater issues related to the presumptive remedy.

6.    **Key Personnel Changes**

█████████████████████████████████████████████████████████████

7.    **Subcontractor Services**

None.

8.    **Travel**

None.

9.    **Laboratories**

None.

10.    **Project Performance**

None.

2

027.doc

REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Bks: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |

### Task Title:    Task Number: 1

PROJECT PLANNING AND SUPPORT        Task Category Code: PP

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

**PRIME CONTRACTOR**

25,487.40

Clerical

TOTAL PROFESSIONAL

Page 1

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSRD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A426 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND REPORT

| Name | Job Classification | Current | | Cumulative | | Approved Budget | | Task Category Code: |
|---|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars | |
| **PRIME CONTRACTOR** | | | | | | | | |
| ███████ | Clerical | ████ | ████ | ████ | ████ | ████ | ████ | |
| **TOTAL CLERICAL** | | | | | | | | |
| **TOTAL PRIME DIRECT LABOR** | | | | | | | | |
| **TOTAL PRIME DIRECTS** | | | | | | | | 82,168.11 |

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B528 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL CONSTRUCTORS |
| Contract Number: | EP-S5-06-01 |
| SSID: | B528 |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |

**Task Number:** 1    **Task Title:**    **Task Category Code:** PP

### PROJECT PLANNING AND SUPPORT

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| **PRIME CONTRACTOR** | | | | | | | |
| Direct Labor | | | | | | | |
| | | | | | | | |
| Clerical | | | | | | | |
| **TOTAL, CLERICAL** | | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B6Z6 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | ECOLOGY AND ENVIRONMENT |
| Contract Number: | EP-S8-06-01 |
| SSID: | B6Z6 |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | R6 |
| Action Code: | B0 |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |



**PROJECT PLANNING AND SUPPORT**

**Task Number 3**

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| **TEAM SUB CONTRACTOR** | | | | | | | |



| | | | | | | | 13,968.67 |
|---|---|---|---|---|---|---|---|

Direct Labor

TOTAL, TEAM SUB DIRECT LABOR
TOTAL, TEAM SUB DIRECTS

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B529 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Openable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

**Task Number:** 1    **Task Title:** PROJECT PLANNING AND SUPPORT    **Task Category Code:** PP

### SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 1 COSTS | | | | | | |

Page 5

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | Work Area Code: | R6 | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 1/26/08 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 2/29/08 |
| Status: | OH | Type Funding: | Pipeline | Invoice Date: | 3/19/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A026 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

**Task Number:**     **Task Title:**     REDIN/RESTORATION/DATA ACQUISITION     **Task Category Code:** R3

### SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 3 COSTS | | | | | 46,915.78 | |



This report contains confidential business information.