# EXHIBIT B
# Part 7

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL STE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B528 | Type SSa: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |

**Task Number: 7    Task Title:    RISK ASSESSMENT    Task Category Code: RA**

### SUBTOTALS FOR TASK7 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | 19,885.52 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK7 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SBID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Blxx: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |

REMEDIAL INVESTIGATION REPORT

SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | 24,172.57 | | |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 9 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B528 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/23/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |

Task Number: 10    Task Title:    REMEDIAL ALTERNATIVES SCREENING    Task Category Code: RS

SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | | | 10,493.15 |



This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B629 | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |



Task Number: 12    Task Title:

### F3 REPORT
### SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Task Category Code: SB | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A076 |
| Invoice Purpose: | Monthly Progress |

Task Number: 13    Task Title:    Task Category Code: PR

**POST/RI/FS SUPPORT**

### SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE Hours | Dollars | LOE Hours | Dollars | LOE Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 13 COSTS | | | | 12,254.61 | | |



This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B62B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B62B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |

WORK ASSIGNMENT/TASK ORDER CLOSE OUT

SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 15 COSTS | | | | 1,458.57 | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: RS
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 1/26/08
Reporting Period To: 2/29/08
Invoice Date: 3/19/08
Invoice Number: A026
Invoice Purpose: Monthly Progress

### WORK ASSIGNMENT TOTALS ALL TASKS

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

TOTAL, DIRECT LABOR (Professional)
TOTAL, DIRECT LABOR (Clerical)

WORK ASSIGNMENT TOTAL, DIRECT COSTS
Travel
PLI (Pollution Liability Insurance)
TOTAL, INDIRECT COSTS
TOTAL, TEAM SUB FEES
TOTAL, BASE FEE
TOTAL, PERFORMANCE FEE (Prime)
TOTAL, WORK ASSIGNMENT

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

1,290.00

235,843.67

This report contains confidential business information.

Page 13

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments



| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S4-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | | |
|---|---|---|
| Work Area Code: | RS | |
| Action Code: | 80 | |
| Operable Unit: | 01 | |
| WA Form: | TERM | |
| Type Site: | RI/FS Oversight | |
| Type Funding: | Pipeline | |
| Work Assignment Status: | ON-GOING | |
| Performance Based: | No | |

| | | |
|---|---|---|
| Contract Period: | BASE | |
| WA Period of Performance Start: | 10/2/06 | |
| WA Period of Performance End: | 9/30/09 | |
| Reporting Period From: | 1/26/08 | |
| Reporting Period To: | 2/29/08 | |
| Invoice Date: | 3/19/08 | |
| Invoice Number: | A026 | |
| Invoice Purpose: | Monthly Progress | |

### Current Month

| TASK NO. | CAT. code | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PU PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | | |
| Team S&D Fees | | | | | | | | | | | | | | |
| Base Fees - Plans | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | 7,150.54 | 7,150.54 |

This report contains confidential business information.

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| Field | Value |
|---|---|
| Work Assignment Number: | 027-RSBD-852B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | BS2B |
| Status: | OH |
| Region: | 5 |

| Field | Value |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| Field | Value |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 1/26/08 |
| Reporting Period To: | 2/29/08 |
| Invoice Date: | 3/19/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |

### Cumulative-To-Date

| TASK | | PRIME/TEAM | CLERICAL | CLERICAL | PU | | | | | | | | | | TOTAL |
| NO. | CAT. CODE | LOE | HOURS | LABOR $ | PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | | | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | | | | | | | 44,999.39 |
| Work Assignment Subtotal | | | | | | | | | | | | | | | |
| Team Sub Fees | | | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | | | 44,999.39 |

Total Expenditure Limit Dollars:

### Adjustments/Disallowed Costs

| TASK | | INVOICE | SUSPENDED | | RE-BILLED | | DISALLOWED | |
| NO. | CAT. CODE | NUMBER | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| TOTAL | | | | | | | | |

Note: Cumulative Total Includes Suspended Amount

This report contains confidential business information.

Standard Form 1035      PUBLIC VOUCHER FOR PURCHASES AND      Voucher No.
                            SERVICES OTHER THAN PERSONAL      A028
                                                             Sheet No.    25

U.S. ENVIRONMENTAL PROTECTION AGENCY      Contract No. EP-S5-06-01
RTP-FINANCIAL MANAGEMENT CENTER      CH2M HILL, INC.
MAIL CODE-D143-02      1300 S.W. 5th Ave.
RESEARCH TRIANGLE PARK, NC 27711      Portland, OR 97201

---

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of MARCH, 2008   Period: BASE

| Major Cost Element | Hours | | Amount Claimed | |
|---|---|---|---|---|
| | Current | Cumulative | Current | Cumulative |
| LOE | | | | |
| Clerical | | | | |
| 1. HOURS/DIRECT LABOR | | | | |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | | |
| 4. GENERAL AND ADMINISTRATIVE | | | | |
| 5. SUBTOTAL LABOR | | | | |
| 6. OTHER DIRECT COSTS | | | | |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | 662.36 | 662.36 |
| 9. EQUIPMENT | | | | |
| 10. SUBTOTAL | | | | |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL | | | | |
| 12. SUBTOTAL SUBCONTRACTS | | | | |
| 13. TOTAL COSTS | | | | |
| 14. BASE FEE | | | | |
| 15. PERFORMANCE ( ) FEE | | | | |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER LESS PLI | | | | |
| 18. POLLUTION LIABILITY INSURANCE | | | | |
| 19. LABORATORY SERVICES | | | | |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | | 68,702.23 |
| 21. LESS PRIOR PAYMENTS | | | | 37,848.85 |
| 22. TOTAL AMOUNT DUE | | | | 30,853.38 |



>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

# RAC2 TECHNICAL STATUS REPORT
March 1, 2008 to March 28, 2008

**WORK ASSIGNMENT NUMBER:** 027-RSBD-B52B

**SITE NAME:** South Dayton Dump & Landfill Site, OH

**ACTIVITY:** Remedial Investigation/Feasibility Study Oversight

**CH2M HILL JOB NUMBER:** 350914

**PREPARED BY:** Brett Fishwild/DAY, Site Manager

**PERIOD ENDING:** March 28, 2008

**COPIES:**
WAM: ████████, USEPA Region 5
PM: ████████, CH2M HILL, Milwaukee, WI
RTL: ████████ CH2M HILL, Dayton, OH

## 1. Progress Made This Reporting Period

### Task 1 (PP):

- Minimal project management activities were performed. CH2M HILL reviewed the PRP Group's presumptive remedy Work Plans for groundwater, leachate, landfill gas, survey, geophysical survey, and test pit/trench. CH2M HILL participated in one meeting with USEPA and the PRP Group to discuss the presumptive remedy.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1-PP | 10/16/06 | 10/16/06 | 09/30/09 | | 38 | |
| 3-FI | TBD | | TBD | | | |
| 7-RA | TBD | | TBD | | | |
| 9-RR | TBD | | TBD | | | |
| 10-RS | TBD | | TBD | | | |
| 12-PS | TBD | | TBD | | | |
| 13-PR | TBD | | TBD | | | |
| 15-CO | TBD | | 09/30/09 | | | |

## 2. Problems Resolved

None.

## 3. Problem Areas and Recommended Solutions

CH2M HILL and USEPA are discussing how the various presumptive remedy work plans will fit together and collectively address the overall RI strategy. CH2M HILL is

also discussing with USEPA the level of field oversight that is 

**4.    Deliverables Submitted**

None.

**5.    Activities Planned Next Reporting Period**

<u>Task 1 (PP)</u>:

- A CH2M HILL representative will be onsite to observe the PRP Group's field data collection for the various presumptive remedy work plans.

**6.    Key Personnel Changes**

None.

**7.    Subcontractor Services**

None.

**8.    Travel**

A CH2M HILL representative traveled to Chicago on March 3-4 to meet with USEPA and the PRP Group to discuss the presumptive remedy work plans.

**9.    Laboratories**

None.

**10.    Project Performance**

None.

2

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RS9D-B529 |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B529 |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/28/08 |
| Invoice Date: | 4/18/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |



Page 1

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| BBD: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | OH-OOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/29/08 |
| Invoice Date: | 4/18/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

### PROJECT PLANNING AND SUPPORT

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR- | | | | | | | |
| ███████ | Clerical | | | | | | 82,168.11 |
| TOTAL, CLERICAL | | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

Page 2

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL CONSTRUCTORS | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 3/1/08 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 3/28/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 4/18/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A028 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

### Task Number: 1   Task Title:

### PROJECT PLANNING AND SUPPORT   Task Category Code: PP

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME-CONTRACTOR | | | | | | | |
| | | | | | | | |
| TOTAL, PROFESSIONAL | | | | | | | |
| Clerical | | | | | | | |
| TOTAL, CLERICAL | | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | ECOLOGY AND ENVIRONMENT | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 3/1/08 |
| SBD: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 4/18/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 4/18/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A028 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

PROJECT PLANNING AND REPORT

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| TEAM SUB-CONTRACTOR | | | | | | | |
| Direct Labor | | | | | | | 13,968.67 |
| TOTAL, CLERICAL | | | | | | | |
| TOTAL, TEAM SUB DIRECT LABOR | | | | | | | |
| TOTAL, TEAM SUB DIRECTS | | | | | | | |

This report contains confidential business information.

Page 4

# REPORT 1

## Work Assignment — Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 3/1/08 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 3/28/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 4/18/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A028 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number: 1    Task Title:    PROJECT PLANNING AND SUPPORT    Task Category Code: PP

### SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)

| | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| Cost Elements | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL TASK 1 COSTS | | | | | | 96,126.78 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSB0-B62B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B62B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | B0 |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/08 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/28/08 |
| Invoice Date: | 4/18/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | | |
| TOTAL, PROFESSIONAL | | | | | | | |
| TOTAL, CLERICAL | | | | | | | |
| TOTAL, PRIME DIRECT LABOR | | | | | | | |
| TOTAL, PRIME DIRECTS | | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/28/08 |
| Invoice Date: | 4/18/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

**Task Number:** 3    **Task Title:** FIELD INVESTIGATION/DATA ACQUISITION    **Task Category Code:** FI

## SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Element | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 3 COSTS | | | | | 46,916.78 | |

This report contains confidential business information.

# REPORT 1

## Work Assignment — Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B528 | Type Site: | RMFS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/28/08 |
| Invoice Date: | 4/18/08 |
| Invoice Number: | A026 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | 19,985.52 |

SUBTOTAL, DIRECT LABOR (Professional)
SUBTOTAL, DIRECT LABOR (Clerical)
SUBTOTAL, TASK 7 COSTS

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B528 | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | | |
|---|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/28/08 |
| Invoice Date: | 4/18/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

**Task Number:**    **Task Title:**    REMEDIAL INVESTIGATION REPORT    **Task Category Code:** RR

### SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | |  | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 9 COSTS | | | | | | 24,172.57 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

Work Assignment Number: 027-RSBD-B52B
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

Work Area Code: R5
Action Code: BD
Operable Unit: 01
WA Form: TERM
Type Site: RI/FS Oversight
Type Funding: Pipeline
Work Assignment Status: ON-GOING
Performance Based: No

Contract Period: BASE
WA Period of Performance Start: 10/2/06
WA Period of Performance End: 9/30/09
Reporting Period From: 3/1/08
Reporting Period To: 3/28/08
Invoice Date: 4/18/08
Invoice Number: A028
Invoice Purpose: Monthly Progress

Task Number: 10   Task Title: SCHEDULE/EVALUATE ALTERNATIVES/SCREENING   Task Category Code: TAS

### SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current LOE/Hours | Current Dollars | Cumulative LOE/Hours | Cumulative Dollars | Approved Budget LOE/Hours | Approved Budget Dollars |
|---|---|---|---|---|---|---|
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | | | 16,452.15 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | | |
|---|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S6-06-01 | WA Form: | TERM | Reporting Period From: | 3/1/08 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 3/28/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 4/16/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A028 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

**Task Number: 12**    **Task Title:**

### FEE REPORT
### SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)

**Task Category Code: FS**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 12 COSTS | | | | | 19,597.69 | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S04-06-01 | WA Form: | TERM | Reporting Period From: | 3/1/08 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 3/28/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 4/18/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A028 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

**POST RATE REPORT**

**SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)**



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL_DIRECT LABOR (Professional) | | | | | | |
| SUBTOTAL_DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL_TASK 13 COSTS | | | | | | 12,364.81 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL, INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 3/1/08 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 3/28/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 4/18/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A028 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number: 15    Task Name:    WORK ASSIGNMENT (TASK ORDER CLOSE OUT)    Task Category Code: CO

SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (Professional) | | | | | | 1,458.57 |
| SUBTOTAL, DIRECT LABOR (Clerical) | | | | | | |
| SUBTOTAL, TASK 15 COSTS | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/28/08 |
| Invoice Date: | 4/16/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

### WORK ASSIGNMENT TOTAL FOR ALL TASKS

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | |

TOTAL, DIRECT LABOR (Professional)
TOTAL, DIRECT LABOR (Clerical)

WORK ASSIGNMENT TOTAL, DIRECT COSTS
Other Direct Costs
Travel
Computer

TOTAL, INDIRECT COSTS
TOTAL, TEAM SUB FEE
TOTAL, BASE FEES (Prime)
TOTAL, PERFORMANCE FEE (Prime)
TOTAL, WORK ASSIGNMENT

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

This report contains confidential business information.

# REPORT 1A

## Work Assignment Supplemental Detail Report - Travel

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B528 | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| BSID: | B528 | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/28/08 |
| Invoice Date: | 4/18/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

## TRAVEL BREAKDOWN

### CH2M HILL INC

| TRAVELER'S NAME | TRAVEL FROM | TRAVEL TO | DEPARTURE DATE | RETURN DATE | TRANSPORTATION | LODGING | PER DIEM | OTHER | TOTAL | TRAVEL PURPOSE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3/2/2008 | 3/4/2008 | | | | | | PROJECT MEETING AT USEPA REGION 5 OFFICE |

This report contains confidential business information.

REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

Work Assignment Number: 027-RSBD-B528
Work Assignment Title: SOUTH DAYTON DUMP & LANDFILL SITE, OH
Contractor Name: CH2M HILL INC
Contract Number: EP-S5-06-01
SSID: B52B
State: OH
Region: 5

| | | | |
|---|---|---|---|
| Work Area Code: | R3 | Contract Period: | BASE |
| Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| WA Form: | TERM | Reporting Period From: | 3/1/08 |
| Type Site: | RI&FS Oversight | Reporting Period To: | 3/28/08 |
| Type Funding: | Pipeline | Invoice Date: | 4/18/08 |
| Work Assignment Status: | ON-GOING | Invoice Number: | AU28 |
| Performance Based: | No | Invoice Purpose: | Monthly Progress |

Current Month

| TASK | | PRIME/TEAM | PRIME/TEAM | CLERICAL | CLERICAL | PU | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT | FEES | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | LOE | LABOR $ | HOURS | LABOR $ | PREMIUM | | | | | | COSTS | | $ |
| | | | | | | | | | | | | | 23,508.42 |
| | | | | | | | | | | | | | 63.64 |
| Term Sub Fees | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | | 23,702.06 |

# REPORT 2T

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | 50 |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/1/08 |
| Reporting Period To: | 3/28/08 |
| Invoice Date: | 4/18/08 |
| Invoice Number: | A028 |
| Invoice Purpose: | Monthly Progress |

## Cumulative-To-Date

| NO. | TASK CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PLU PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | 66,606.59 |
| 3 | | | | | | | | | | | | | | |

Total Expenditure Limit Dollars:

TOTAL 66,702.23

Team Sub Fees
Base Fees - Prime
Performance Fees

## Adjustments/Disallowed Costs

| | TASK | INVOICE | SUSPENDED | | RE-BILLED | | DISALLOWED | |
|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | NUMBER | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| | TOTAL | | | | | | | |

Note: Cumulative Total includes Suspended Amount

This report contains confidential business information.