# EXHIBIT B
# Part 8

Standard Form 1035

**PUBLIC VOUCHER FOR PURCHASES AND
SERVICES OTHER THAN PERSONAL**

Voucher No.
A030
Sheet No.    24

U.S. ENVIRONMENTAL PROTECTION AGENCY
RTP-FINANCIAL MANAGEMENT CENTER
MAIL CODE-D143-02
RESEARCH TRIANGLE PARK, NC 27711

Contract No.  EP-S5-06-01
CH2M HILL, INC.
1300 S.W. 5th Ave.
Portland, OR 97201

---

CURRENT AND CUMULATIVE COSTS, BASE FEE AND PERFORMANCE FEE
Term Form
South Dayton Dump & Landfill Sit
Work Assignment 027-RSBD-B52B
For the month of APRIL, 2008  Period: BASE

| Major Cost Element | ------ Hours ------ | | ------ Amount Claimed ------ | |
|---|---|---|---|---|
| | Current | Cumulative | Current | Cumulative |
| LOE | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| Clerical | | | | |
| 1. HOURS/DIRECT LABOR | ▮▮▮ | ▮▮▮ | ▮▮▮ | ▮▮▮ |
| 2. FRINGE BENEFITS | | | | |
| 3. OVERHEAD | | | ▮▮▮ | ▮▮▮ |
| 4. GENERAL AND ADMINISTRATIVE | | | ▮▮▮ | ▮▮▮ |
| 5. SUBTOTAL LABOR | | | ▮▮▮ | ▮▮▮ |
| 6. OTHER DIRECT COSTS | | | | |
| 7. COMPUTER | | | | |
| 8. TRAVEL | | | 0.00 | 662.36 |
| 9. EQUIPMENT | | | | |
| 10. SUBTOTAL | | | ▮▮▮ | ▮▮▮ |
| 11. TEAM SUBCONTRACTS AND SUBCONTRACT POOL | | | | |
| ECOLOGY AND ENVIRONMENT | | | ▮▮▮ | ▮▮▮ |
| 12. SUBTOTAL SUBCONTRACTS | | | ▮▮▮ | ▮▮▮ |
| 13. TOTAL COSTS | | | ▮▮▮ | ▮▮▮ |
| 14. BASE FEE | | | ▮▮▮ | ▮▮▮ |
| 15. PERFORMANCE     FEE | | | | |
| 16. FIXED PRICE | | | | |
| 17. TOTAL VOUCHER     PLI | | | ▮▮▮ | ▮▮▮ |
| 18. POLLUTION LIABILITY INSURANCE | | | | |
| 19. LABORATORY SERVICES | | | | |
| 20. AMOUNT CLAIMED THIS VOUCHER | | | ▮▮▮ | 75,820.19 |
| 21. LESS PRIOR PAYMENTS | | | | 45,000.17 |
| 22. TOTAL AMOUNT DUE | | | | 30,820.02 |

>>> THIS VOUCHER CONTAINS CONFIDENTIAL BUSINESS INFORMATION <<<
(350914)

# RAC2 TECHNICAL STATUS REPORT
### March 29, 2008 to April 25, 2008

| | |
|---|---|
| **WORK ASSIGNMENT NUMBER:** | 027-RSBD-B52B |
| **SITE NAME:** | South Dayton Dump & Landfill Site, OH |
| **ACTIVITY:** | Remedial Investigation/Feasibility Study Oversight |
| **CH2M HILL JOB NUMBER:** | 350914 |
| **PREPARED BY:** | ███████DAY, Site Manager |
| **PERIOD ENDING:** | April 25, 2008 |

**COPIES:**   WAM: ████████ USEPA Region 5
PM: ████████ CH2M HILL, Milwaukee, WI
RTL: ████████ CH2M HILL, Dayton, OH

## 1.   Progress Made This Reporting Period

### Task 1 (PP):

- Minimal project management activities were performed. CH2M HILL reviewed and submitted review comments on the PRP group's presumptive remedy Work Plans for Test Pit/Test Trench and Geophysical/Bathymetry/Survey. CH2M HILL participated in two meetings with USEPA and the PRP group to discuss progress of the presumptive remedy work plan reviews and the field schedule.

| Summary of Project Status | | | | | | |
|---|---|---|---|---|---|---|
| Task No./ Code | Planned Start | Actual Start | Planned Completion | Actual Completion | Percent Complete | Schedule Variance |
| 1–PP | 10/16/06 | 10/16/06 | 09/30/09 | | 45 | |
| 3–FI | TBD | | TBD | | | |
| 7–RA | TBD | | TBD | | | |
| 9–RR | TBD | | TBD | | | |
| 10–RS | TBD | | TBD | | | |
| 12–FS | TBD | | TBD | | | |
| 13–PR | TBD | | TBD | | | |
| 15–CO | TBD | | 09/30/09 | | | |

## 2.   Problems Resolved

None.

3.   **Problem Areas and Recommended Solutions**

USEPA is discussing strategies with CH2M HILL and the PRP group for review of the *Field Sampling Plan* (FSP) and *Quality Assurance Project Plan* (QAPP) so that these documents incorporate activities from the 2008 presumptive remedy work plans.

CH2M HILL recommends that the FSP and QAPP be reviewed after the presumptive remedy work plans.

4.   **Deliverables Submitted**

None.

5.   **Activities Planned Next Reporting Period**

**Task 1 (PP):**

- A CH2M HILL representative will be onsite to observe the PRP group's field data collection for the various presumptive remedy work plans.

6.   **Key Personnel Changes**

None.

7.   **Subcontractor Services**

None.

8.   **Travel**

None

9.   **Laboratories**

None.

10.  **Project Performance**

None.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-SS-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

**PROJECT PLANNING AND SUPPORT**

Task Category Code: PP

Task Number: ___   Task Title: ___

| Name | Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|---|
| | | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |

**PRIME CONTRACTOR**

Direct Labor

TOTAL PROFESSIONAL ... 25,487.40

Clerical

This report contains confidential business information.

Page 1

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

**Work Assignment Number:** 027-RS8D-B528
**Work Assignment Title:** SOUTH DAYTON DUMP & LANDFILL SITE, OH
**Contractor Name:** CH2M HILL INC
**Contract Number:** EP-S5-06-01
**BSD:** B528
**State:** OH
**Region:** 5

**Work Area Code:** RS
**Action Code:** SD
**Operable Unit:** 01
**WA Form:** TERM
**Type Site:** RI/FS Oversight
**Type Funding:** Pipeline
**Work Assignment Status:** ON-GOING
**Performance Based:** No

**Contract Period:** BASE
**WA Period of Performance Start:** 10/2/06
**WA Period of Performance End:** 9/30/09
**Reporting Period From:** 3/29/08
**Reporting Period To:** 4/25/08
**Invoice Date:** 5/19/08
**Invoice Number:** A030
**Invoice Purpose:** Monthly Progress

### PROJECT PLANNING AND SUPPORT

| Name / Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| PRIME CONTRACTOR | | | | | | |
| | | | | | | 82,193.11 |
| TOTAL | | | | | | |
| TOTAL PRIME DIRECT LABOR | | | | | | |
| TOTAL PRIME DIRECTS | | | | | | |

This report contains confidential business information.

Page 2

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBO-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL CONSTRUCTORS |
| Contract Number: | EP-S5-06-01 |
| SBD: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Blk: | RWFS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/23/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

**Task Number:** 1   **Task Title:**   **Task Category Code:** PR

### PROJECT PLANNING AND SUPPORT

| Job Classification | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| Name | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| **PRIME CONTRACTOR** | | | | | | |
| ▮▮▮▮ | | | | 250.67 | | |
| TOTAL, ▮▮▮▮ | | | | | | |
| TOTAL, PRIME DIRE ▮▮▮▮ | | | | | | |
| TOTAL PRIME DIRECTS | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | | |
|---|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | R3 | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | ECOLOGY AND ENVIRONMENT | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S8-06-01 | WA Form: | TERM | Reporting Period From: | 3/28/08 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 4/25/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 5/19/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A030 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |



This report contains confidential business information.



# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 3/29/08 |
| SSID: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 4/25/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 5/19/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A030 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

**Task Number: 1)    Task Title: PROJECT PLANNING AND SUPPORT    Task Category Code: PP**

**SUBTOTALS FOR TASK 1 (PRIME + TEAM SUBCONTRACTORS)**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (████████) | ███ | ███ | ███ | ███ | ███ | 29,206.02 |
| SUBTOTAL, DIRECT LABOR ████████ | ███ | ███ | ███ | ███ | ███ | 1,047.92 |
| SUBTOTAL, TASK 1 COSTS | | ███ | | ███ | | 96,126.78 |

This report contains confidential business information.

Page 5

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RS8O-B62B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-85-06-01 | WA Form: | TERM |
| SSID: | B62B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/08 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 3 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR ▮▮▮▮▮ | | | | | | |
| SUBTOTAL, DIRECT LABOR ▮▮▮▮▮ | | | | | | |
| SUBTOTAL, TASK 3 COSTS | | | | | | 48,916.78 |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SSID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

Task Number: 7    Task Title:    Task Category/Code:    RA

RISK ASSESSMENT

SUBTOTALS FOR TASK 7 (PRIME + TEAM SUBCONTRACTORS)



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOEHours | Dollars | LOEHours | Dollars | LOEHours | Dollars |
| SUBTOTAL, DIRECT LABOR (PRIME) | | | | | | |
| SUBTOTAL, DIRECT LABOR | | | | | | |
| SUBTOTAL, TASK 7 COSTS | | | | | | 18,655.52 |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM |
| SBID: | B52B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | ON-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

**REMEDIAL INVESTIGATION REPORT:**

**SUBTOTALS FOR TASK 9 (PRIME + TEAM SUBCONTRACTORS)**

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL DIRECT LABOR | | | | | | |
| SUBTOTAL DIRECT LABOR | | | | | | 24,172.57 |
| SUBTOTAL TASK 9 COSTS | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | |
|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | |
| Contractor Name: | CH2M HILL INC | |
| Contract Number: | EP-S5-06-01 | |
| SSID: | B52B | |
| State: | OH | |
| Region: | 5 | |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/09 |
| Reporting Period To: | 4/25/09 |
| Invoice Date: | 5/19/09 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

Task Number: 10    Task Title: REMEDIAL ALTERNATIVES SCREENING    Task Category Code: RS

### SUBTOTALS FOR TASK 10 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR (█████) | | | | | | |
| SUBTOTAL, DIRECT LABOR (█████) | | | | | | |
| SUBTOTAL, TASK 10 COSTS | | | | | | 16,452.15 |



This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RSBD-B52B | Work Area Code: | RS |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH | Action Code: | BD |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 |
| Contract Number: | EP-S4-06-01 | WA Form: | TERM |
| SSID: | B32B | Type Site: | RI/FS Oversight |
| State: | OH | Type Funding: | Pipeline |
| Region: | 5 | Work Assignment Status: | OH-GOING |
| | | Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

### SUBTOTALS FOR TASK 12 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL DIRECT LABOR  | | | | | | |
| SUBTOTAL DIRECT LABOR | | | | | | |
| SUBTOTAL TASK 12 COSTS | | | | | 19,597.69 | |

This report contains confidential business information.

# REPORT 1

## Work Assignment – Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-L-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

Task Number: 13    Task Title:    POST-RI/FS SUPPORT    Task Category Code:  PR

### SUBTOTALS FOR TASK 13 (PRIME + TEAM SUBCONTRACTORS)



| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL, DIRECT LABOR | ▮ | | | | | |
| SUBTOTAL, DIRECT LABOR | ▮ | | | | | 12,254.81 |
| SUBTOTAL, TASK 13 COSTS | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | | | |
|---|---|---|---|
| Work Assignment Number: | 027-RS8D-B52B | Work Area Code: | RS | Contract Period: | BASE |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFLL SITE, OH | Action Code: | BD | WA Period of Performance Start: | 10/2/06 |
| Contractor Name: | CH2M HILL INC | Operable Unit: | 01 | WA Period of Performance End: | 9/30/09 |
| Contract Number: | EP-S5-06-01 | WA Form: | TERM | Reporting Period From: | 3/29/08 |
| SBD: | B52B | Type Site: | RI/FS Oversight | Reporting Period To: | 4/25/08 |
| State: | OH | Type Funding: | Pipeline | Invoice Date: | 5/19/08 |
| Region: | 5 | Work Assignment Status: | ON-GOING | Invoice Number: | A030 |
| | | Performance Based: | No | Invoice Purpose: | Monthly Progress |

Task Number: 15    Task Title:

WORK ASSIGNMENT/TASK ORDER CLOSEOUT:    Task Category Code:   CO
SUBTOTALS FOR TASK 15 (PRIME + TEAM SUBCONTRACTORS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| SUBTOTAL DIRECT LABOR |  | | | | | |
| SUBTOTAL DIRECT LABOR | | | | | | 1,358.57 |
| SUBTOTAL TASK 15 COSTS | | | | | | |

This report contains confidential business information.

# REPORT 1

## Work Assignment -- Task Level Specific Detail Report

| | |
|---|---|
| Work Assignment Number: | 027-RSRD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-41 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

### WORK ASSIGNMENT (TOTALS ALL TASKS)

| Cost Elements | Current | | Cumulative | | Approved Budget | |
|---|---|---|---|---|---|---|
| | LOE/Hours | Dollars | LOE/Hours | Dollars | LOE/Hours | Dollars |
| | | | | | | 9,290.00 |
| | | | | 666,236 | | 235,843.87 |

TOTAL DIRECT LABOR (██████)
TOTAL DIRECT LABOR (██████)

WORK ASSIGNMENT TOTAL DIRECT COSTS
  Other Direct Costs
    Travel
    Computer
    PU
TOTAL ████ DIRECT COSTS
TOTAL TEAM SUB FEES
TOTAL BASE FEES
TOTAL PERFORMANCE FEE
TOTAL WORK ASSIGNMENT

Average Hourly Rate
Expenditure Limit LOE
Expenditure Limit Dollars

This report contains confidential business information.



REPORT 2T

Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| Field | Value |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SBD: | B52B |
| State: | OH |
| Region: | 5 |

| Field | Value |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| Field | Value |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

**Current Month**

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PU PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | 0.00 | | | | | |
| Work Assignment Subtotal | | | | | | | | | | | | | 6,334.55 |
| Team Sub-Total | | | | | | | | | | | | | |
| Base Fees - Prime | | | | | | | | | | | | | |
| Performance Fees | | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | 306.30 | 6,334.55 |

This report contains confidential business information.

**REPORT 2T**

## Current Month & Cumulative Status Report — Task Level Totals within Term Form Work Assignments

| | |
|---|---|
| Work Assignment Number: | 027-RSBD-B52B |
| Work Assignment Title: | SOUTH DAYTON DUMP & LANDFILL SITE, OH |
| Contractor Name: | CH2M HILL INC |
| Contract Number: | EP-S5-06-01 |
| SSID: | B52B |
| State: | OH |
| Region: | 5 |

| | |
|---|---|
| Work Area Code: | RS |
| Action Code: | BD |
| Operable Unit: | 01 |
| WA Form: | TERM |
| Type Site: | RI/FS Oversight |
| Type Funding: | Pipeline |
| Work Assignment Status: | ON-GOING |
| Performance Based: | No |

| | |
|---|---|
| Contract Period: | BASE |
| WA Period of Performance Start: | 10/2/06 |
| WA Period of Performance End: | 9/30/09 |
| Reporting Period From: | 3/29/08 |
| Reporting Period To: | 4/25/08 |
| Invoice Date: | 5/19/08 |
| Invoice Number: | A030 |
| Invoice Purpose: | Monthly Progress |

### Cumulative-To-Date

| TASK NO. | CAT. CODE | PRIME/TEAM LOE | PRIME/TEAM LABOR $ | CLERICAL HOURS | CLERICAL LABOR $ | PL PREMIUM | ODCs | COMPUTER | TRAVEL | EQUIP. | SUBPOOL | INDIRECT COSTS | FEES | TOTAL $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PP | | | | | | | | 600.00 | | | | | 75,726.55 |
| 3 | FI | | | | | | | | | | | | | 93.64 |
| TOTAL | | | | | | | | | 652.36 | | | | 4,396.45 | 75,820.19 |

Work Assignment Subtotal

Total Expenditure Limit Dollars:

Team Sub Fees
Base Fees - Prime
Performance Fees

### Adjustments/Disallowed Costs

| TASK | | INVOICE NUMBER | SUSPENDED | | RE-BILLED | | DISALLOWED | |
|---|---|---|---|---|---|---|---|---|
| NO. | CAT. CODE | | DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
| | | | | | | | | |
| TOTAL | | | | | | | | |

Note: Cumulative Total includes Suspended Amount

This report contains confidential business information.

# ATTACHMENT 2
# COST DOCUMENTATION
# SUPERFUND COOPERATIVE AGREEMENT – OEPA

| GRANT_COD | CODE | AGENCY_USE | CORE_PLACE_NAME | CORE_PERSO | CORE | PER | UOW_DATE | NOTES | HOURS |
|---|---|---|---|---|---|---|---|---|---|
| EPAFM310 | EPASODD | | South Dayton Dump & L | Allen | Mark | | 7/5/2007 0.00 | Begin review of draft EPA comments on WP | 2.0 |
| | | | | | | | 7/13/2007 0.00 | discuss status of comment review with SC | 0.3 |
| | | | | | | | 8/1/2007 0.00 | review email from RPM requesting meeting to discuss status of site, discuss issues with SC. | 1.1 |
| | | | | | | | 8/21/2007 0.00 | assist SC with example potential ARAR lists form other sites. | 1.5 |
| | | | | | | | 8/29/2007 0.00 | discuss EPA's proposed presumptive approach with SC | 0.5 |
| | | | | | | | 8/24/2007 0.00 | respond to EPA issue involving presumptive remedy. Discuss same and findings of fact in order with SC. | 1.2 |
| | | | | | | | 12/31/2007 0.00 | review draft EPA transmittal letter proposing operable units and use of presumptive remedy, and accompanying stremalined risk assessment | 1.0 |
| | | | | | | | 1/5/2008 0.00 | serch out and print out relevant docs to support review of EPA's SRA presumptive proposal. Review relevant portions of documents. (1.0 hr in office, 1.5 hrs at home ) | 0.4 |
| | | | | | | | | search out and print out relevant docs to support review of EPA's SRA presumptive proposal. Review relevant portions of documents. (1.0 hr in office, 1.5 hrs at home) | 2.1 |
| | | | | | | | 2/6/2008 0.00 | prepare for, participate in, and discuss with staff afterward a conf call w/EPA and PRPs to discuss EPA's presumptive approach. | 2.5 |
| | | | | | | | 2/12/2008 0.00 | prepare for and participate in presumptive landfill mass conf call w/EPA and PRPs. | 4.9 |
| | | | | | | | 2/5/2008 0.00 | print out and refresh on EPA's presumptive proposal and WP comments to prepare for conf call w/EPA and PRPs on 2/6/08 | 1.2 |
| | | | | | | | 2/14/2008 0.00 | review photos with SC from site visit, coordinate with SC on seeting up conf call with EPA | 0.6 |
| | | | | | | | 2/11/2008 0.00 | print out and review materials provided for tomorrow's conf call on presumptive remedy for landfill mass - discuss site and historic photos w/SC | 1.7 |
| | | | | | | | 2/13/2008 0.00 | review various emails, discuss briefly with SC | 0.8 |
| | | | | | | | 2/8/2008 0.00 | discuss upshot of yesterday's site visit with SC.  Discuss ramifications of EPA presumptive approach with SC. | 0.7 |
| | | | | | | | 2/26/2008 0.00 | review PRP proposals for waste characterization as part of EPA's presumptive approach.  Conf call with EPA to discuss proposals. | 2.8 |

| EPAFM310 | EPASODD | South Dayton Dump & L | Allen | Mark | Date | Description | Hours |
|---|---|---|---|---|---|---|---|
| | | | | | 2/19/2008 0:00 | prepare for and participate in conf call w/EPA to discuss status and expectations of EPA presumptive proposal and PRP response to same. | 2.2 |
| | | | | | 2/29/2008 0:00 | print out email from EPA and PRP groundwater proposal fro review. | 0.5 |
| | | | | | 2/20/2008 0:00 | prepare for and participate in conf call with EPA and PRPs to discuss surface leachate and landfill gas components of EPA's presumptive remedy proposal (from home) | 3.0 |
| | | | | | 2/27/2008 0:00 | prepare for and participate in conf call with EPA and PRPs to discuss waste characterization. | 5.8 |
| | | | | | 3/3/2008 0:00 | prepare for and participate in conf call with EPA on gw source area gw as part of presumptive investigation. Coordinate cost issue regarding state oversight for trenching work with CO and CO mgmt. | 3.8 |
| | | | | | 3/5/2008 0:00 | review RPM's email on surface leachate seep investigation | 0.5 |
| | | | | | 3/4/2008 0:00 | look into use of grant money for sampling at SDD | 0.5 |
| | | | | | 3/31/2008 0:00 | conf call with EPA to discuss status of PRP response to EPA's presumptive approach. | 0.8 |
| | | | | | 4/1/2008 0:00 | prepare for and participate in conf call with EPA and PRPs on PRPs "letter work plans" | 1.3 |
| | | | | | 4/17/2008 0:00 | respond to SC and follow up with SC on availability for conf call w/EPA and PRPs on Monday | 0.2 |
| | | | | | 4/21/2008 0:00 | Review PRP letters to EPA on where they see work fitting under orders and SOW. Review EPA's revisons to letter work plans to prepare for call. Participate in conf call and conf call follow-up w/EPA. | 2.1 |
| | | | | | 4/22/2008 0:00 | discuss FSP w/SC and whether it does or does not have SOPs. | 0.5 |
| | | | | | 5/22/2008 0:00 | at EPA's request, look into landfill gas ARAR issues; discuss issues with SC; leave messages for EPA on same. | 1.2 |
| | | | | | 6/24/2008 0:00 | assist SC with response to EPA questions concerning state landfill gas and NMOC regs. | 1.8 |
| | | | | | 1/9/2008 0:00 | Phone call with Region 5 to discuss state support for presumptive remedy proposal | 0.7 |
| | | | | | 1/14/2008 0:00 | coordinate scheduling of meeting/conf call either 2-5 or 2-6 with SC. | 0.2 |
| | | | | | 1/7/2008 0:00 | prepare for and participate in conf call with EPA regarding presumptive proposal. | 1.4 |
| | | | | | 3/24/2008 0:00 | print out two sets of 11x17 schedule submittals to enable review of same. | 0.6 |
| | | | | | 3/21/2008 0:00 | save revised workplan letter files emailed by EPA to hard drive; print out selected files. | 0.7 |

| Code | | | Name | | | Date | Description | Hours |
|---|---|---|---|---|---|---|---|---|
| EPAFM310 | EPASODD | South Dayton Dump & L | Allen | Mark | | 3/18/2008 0:00 | review landfill gas letter work plan - provide SC with comments/questions to evaluate when responding to EPA. Discuss same with SC. Participate in conf call with SC and RPM to discuss letter workplans and exectations. | 2.8 |
| | | | | | | 3/17/2008 0:00 | review revised VAS sampling letter and figure; review revised submittal dates for letter sampling plans and QAPP/schedule. | 1.2 |
| | | | Justice | | J | 7/17/2007 0:00 | Correspond with US EPA on submitted comments on the RI/FS workplan. | 3.0 |
| | | | | | | 7/10/2007 0:00 | Review EPA draft comments on RI/FS workplan. | 3.0 |
| | | | | | | 7/11/2007 0:00 | Review draft RI/FS workplan comments. | 8.0 |
| | | | | | | 7/16/2007 0:00 | Provide US EPA comments on the RI/FS workplan. | 8.0 |
| | | | | | | 7/25/2007 0:00 | Review criteria for removing hot spots at Type II CERCLA Municipal Landfills. | 6.0 |
| | | | | | | 7/26/2007 0:00 | Review statement of work to determine work required in the firt phase of the RI. | 4.0 |
| | | | | | | 8/1/2007 0:00 | Review correspondence from EPA on RI workplan. File correspondence. Review the site order and statement of work in preparation for discussion with EPA on moving forward with the presumptive remedy. | 5.5 |
| | | | | | | 8/2/2007 0:00 | Review correspondence from EPA on RI workplan. File correspondence. Review the site order and statement of work in preparation for discussion with EPA on moving forward with the presumptive remedy. | 5.5 |
| | | | | | | 7/27/2007 0:00 | Review presumptive remedy guidance. | 4.0 |
| | | | | | | 8/20/2007 0:00 | Respond to EPA request for site specific ARARs pertaining to floodplains. Coordinate response through mgt. and the Miami Conservancy District. | 2.0 |
| | | | | | | 8/21/2007 0:00 | Respond to EPA request for site specific ARARs. | 1.0 |
| | | | | | | 8/27/2007 0:00 | Discuss EPA request for ARARs information pertenient to the site with mgt. | 0.5 |
| | | | | | | 8/28/2007 0:00 | Correspond with Region 5 concerning the presumptive remedy. Correspond with mgt. | 4.0 |
| | | | | | | 8/24/2007 0:00 | Respond to EPA request for ARARs information pertainent to the site. Correspond with Miami Conservancy District for ARARs pertaining to floodplains | 1.5 |
| | | | | | | 10/12/2007 0:00 | Forward Miami Conservancy District response on floodplain and floodway ARARs to U.S. EPA. | 1.0 |
| | | | | | | 10/4/2007 0:00 | Respond to EPA request for modifying RI/FS workplan figures to support a draft EPA risk assessment. | 0.2 |
| | | | | | | 10/19/2007 0:00 | Review ODH public health assessment report. | 2.0 |

| EPAFM310 | EPASODD | South Dayton Dump & L | Justice | J | Date | Description | Hours |
|---|---|---|---|---|---|---|---|
| | | | | | 10/22/2007 0:00 | Review Region 5 correspondence concerning their streamlined risk assessment. | 1.0 |
| | | | | | 10/16/2007 0:00 | Review ODH public health assessment report. | 4.0 |
| | | | | | 11/19/2007 0:00 | Review EPA final comments on the ODH Public Health Assessment. | 8.0 |
| | | | | | 11/20/2007 0:00 | Review EPA final comments on the ODH Public Health Assessment. | 8.0 |
| | | | | | 11/26/2007 0:00 | Respond to request for site information from Mr. Bob Downing, Mont. Co. Solid Waste Services mgr. | 0.5 |
| | | | | | 12/12/2007 0:00 | Review draft EPA SRA and draft PRP letter proposing presumptive remedy. | 1.0 |
| | | | | | 12/17/2007 0:00 | Discuss U.S. EPA floodway and floodplain concerns with the proposed RI workplan. | 1.0 |
| | | | | | 12/27/2007 0:00 | Review correspondence from EPA and ITW regarding the EPA Site Risk Assessment. | 0.5 |
| | | | | | 2/6/2008 0:00 | Prepare for site reconnaisance (2hours). Prepare and participate in conference call on with PRPs and US EPA on the EPA presumptive remedy proposal (5 hours). | 7.0 |
| | | | | | 2/12/2008 0:00 | Participate in landfill mass workgroup conference call (5 hours). Update project files. Respond to EPA correspondence (3.3 hours). | 8.3 |
| | | | | | 2/5/2008 0:00 | Review site information and presumptive remedy guidance in preparation for upcoming conference call. | 8.0 |
| | | | | | 2/15/2008 0:00 | Review Site Investigation report in preparation for Wednesday landfill gas meeting. | 2.6 |
| | | | | | 2/14/2008 0:00 | Plan conference call with U.S. EPA for next Tue. to discuss direction of the site. Prepare for landfill gas meeting. Review historic S. Dayton files. | 4.1 |
| | | | | | 2/11/2008 0:00 | Prepare for landfill mass conference call. Prepare map outlining extent of visible drum area to current and historic 1973 aerial photographs. Send maps and photographs of site to EPA. Discuss with EPA. | 8.6 |
| | | | | | 2/13/2008 0:00 | Respond to EPA inquiry concerning embankment capping. Compile meeting notes. Review mgt response concerning presumptive remedy implementation. Burn CD of site photos and prepare for mailing to Region 5. | 5.1 |
| | | | | | 2/8/2008 0:00 | Catalogue photographs of potential sources. Contact EPA and share photographs with EPA. | 6.5 |
| | | | | | 2/7/2008 0:00 | Conduct site reconnaisance during Great Miami peak discharge event. Take photographs of potential sources. | 8.0 |
| | | | | | 2/22/2008 0:00 | Review U.S. EPA correspondence on upcoming workgroup meeting on landfill gas and leachate. | 1.0 |

| EPAFM310 | EPASODD | South Dayton Dump & L Justice | J | Date | Description | Hours |
|---|---|---|---|---|---|---|
| | | | | 2/26/2008 0:00 | Participate in conference call with mgt. and U.S. EPA in preparation for workgroup meeting on test pits, trenches, and geophysical survey. | 3.0 |
| | | | | 2/19/2008 0:00 | Participate in conference call with Region 5 regarding site direction. Prepare for leachate and landfill gas meeting. | 7.0 |
| | | | | 2/20/2008 0:00 | Partipate in conference call workgroup to address landfill gas and leachate data quality objectives and scope of work for presumptive remedy. | 8.0 |
| | | | | 2/27/2008 0:00 | Participate in conference call workgroup meeting on test pits, trenches, and geophysical survey proposal. | 6.0 |
| | | | | 3/13/2008 0:00 | File Presumptive remedy draft proposals.  Review the PRP's revised ground water proposal.  Review the PRP's schedule for presumptive remedy work. | 5.9 |
| | | | | 3/7/2008 0:00 | Review Dayton Daily News reference to S. Dayton Dump. Review Mont. Co. date estimation of historic map and notes concerning disposal practices. | 0.5 |
| | | | | 3/4/2008 0:00 | Review emails from the ground water workgroup meeting. Meet with mgt and discuss PRP proposal for vertical aquifer sampling.  Send email to EPA suggesting a workplan summarizing the pre-presumptive remedy investigation being proposed. | 2.7 |
| | | | | 4/8/2008 0:00 | Plan June meeting with EPA community involvement coordinator. | 0.3 |
| | | | | 4/9/2008 0:00 | Correspond with EPA media center to plan a meeting date for community outreach.  Review EPA comments on geophysical survey and leachate inspection proposals. | 1.5 |
| | | | | 3/31/2008 0:00 | Participate in conference call with U.S. EPA regarding field oversight objectives. | 0.5 |
| | | | | 4/1/2008 0:00 | Participate in conference call with Region 5 | 2.0 |
| | | | | 4/25/2008 0:00 | Complete geophysics comments and submit to U.S. EPA. | 4.0 |
| | | | | 4/16/2008 0:00 | Review agency comments on the test pits and test trench letter workplan. | 5.1 |
| | | | | 4/21/2008 0:00 | Print March 2008 FS.  Prepare and participate in conference call on status of letter workplans. | 1.5 |
| | | | | 4/23/2008 0:00 | Prepare comments on geophysics workplan | 2.0 |
| | | | | 4/24/2008 0:00 | Prepare comments on geophysics workplan. | 5.2 |
| | | | | 4/28/2008 0:00 | Review revised ground water letter workplan. | 1.5 |
| | | | | 5/8/2008 0:00 | Review HSP.  Provide comments to region 5 on community outreach draft questions. | 4.2 |
| | | | | 5/6/2008 0:00 | Review revised geophysics workplan.  Review EPA media request to review draft questionaire for local citizens. Respond to request from MCD for site workplans. | 3.0 |

| EPAFM310 | EPASODD | South Dayton Dump & L | Justice | J | Date | Time | Description | Hours |
|---|---|---|---|---|---|---|---|---|
| | | | | | 4/30/2008 | 0:00 | Review the revised test pit and test trench letter work plan. Correspond with Region 5 on the geophysics and leachate work plans. | 2.0 |
| | | | | | 5/1/2008 | 0:00 | Complete test pit and test trench workplan review. Request revised project schedule. | 2.0 |
| | | | | | 5/23/2008 | 0:00 | Correspond with Region 5 on geophysics work schedule. | 0.3 |
| | | | | | 5/22/2008 | 0:00 | Review landfil gas letter workplan. Respond to U.S. EPA question on Ohio solid waste rules applicability. | 5.8 |
| | | | | | 5/22/2008 | 0:00 | Contact U.S. EPA community involvement coordinator with Ohio EPA community involvement coordinator. Discuss editions to questionaire. Prepare for U.S. EPA Region 5 outreach event (2 hours). Review draft FS. | 4.0 |
| | | | | | 6/6/2008 | 0:00 | Coordinate with EPA and contract and PRPs on schedule for the geophysical survey. File community survey meeting notes. | 1.5 |
| | | | | | 6/5/2008 | 0:00 | Participate in community interviews with U.S. EPA. | 9.0 |
| | | | | | 6/4/2008 | 0:00 | Participate in community interviews with U.S. EPA. | 6.0 |
| | | | | | 5/29/2008 | 0:00 | Review revised FSP. Coordinate with OEPA and US EPA media and community outreach staff. | 5.0 |
| | | | | | 5/28/2008 | 0:00 | Prepare for next weeks community outreach with U.S. EPA. Begin review revised FSP. Update project schedule. | 5.7 |
| | | | | | 6/19/2008 | 0:00 | Review response to EPA comments on landfill gas letter workplan. | 2.0 |
| | | | | | 6/24/2008 | 0:00 | Respond to Region 5 question on whether the landfill gas letter workplan will satisfy Ohio ARARS. | 3.7 |
| | | | | | 7/2/2008 | 0:00 | Review EPA comments on approved landfill gas workplan. | 2.8 |
| | | | | | 7/7/2008 | 0:00 | Travel to site to inspect progress with electromagnetic survey at the pallete area. | 1.5 |
| | | | | | 7/8/2008 | 0:00 | Travel to site to inspect progress with electromagnetic survey at the pallete area. | 1.5 |
| | | | | | 7/10/2008 | 0:00 | Respond to notification from the PRP's contractor regarding observations during brush clearing and health and safety monitoring. Brief U.S. EPA RPM. | 1.0 |
| | | | | | 7/15/2008 | 0:00 | Review update of field clearing activities and postponment of the geophysical survey. | 0.5 |
| | | | | | 7/22/2008 | 0:00 | Download revised landfill gas plan. | 0.5 |
| | | | | | 7/30/2008 | 0:00 | Review radiometric field screening data and correspond with staff. Provide feedback comparing field screening results to background. | 1.0 |
| | | | | | 9/5/2007 | 0:00 | Review guidance on conducting RI/FS at CERCLA municipal landfills. | 5.0 |

| | | | | Date | | Description | Hours |
|---|---|---|---|---|---|---|---|
| EPAFM310 | EPASODD | South Dayton Dump & L | Justice | J | 1/9/2008 0.00 | Participate in conference call with mgt. and Region 5 concerning their proposal for a streamlined risk assessment. | 0.5 |
| | | | | | 8/8/2007 0.00 | Review Presumptive Remedy for CERCLA Municipal Landfill Sites, fact sheet. | 2.0 |
| | | | | | 8/16/2007 0.00 | Respond to Region 5 request for advice on applicable solid waste rules. Research OAC solid waste regulations and correspond with mgt. | 3.0 |
| | | | | | 11/6/2007 0.00 | Review Dayton Daily News article concerning the site. Respond to Ohio EPA media services request for progress report. | 0.5 |
| | | | | | 9/6/2007 0.00 | Review guidance on conducting RI/FS at CERCLA municipal landfills. | 4.0 |
| | | | | | 8/14/2007 0.00 | Respond to question from EPA concerning applicable landfill type Ohio ARARs. | 0.5 |
| | | | | | 1/7/2008 0.00 | Prepare and participate in conference call with mgt. and Region 5 concerning their proposal for a streamlined risk assessment. | 2.0 |
| | | | | | 3/26/2008 0.00 | Review U.S. EPA comments on the PRPs geophysical proposal. | 0.5 |
| | | | | | 3/27/2008 0.00 | Review EPA draft comments on PRPs presumptive remedy proposal for ground water characterization. | 2.5 |
| | | | | | 3/21/2008 0.00 | Prepare comments regarding PRP proposal for ground penetrating radar and electromagnetic surveys. Send comments to U.S. EPA. | 4.1 |
| | | | | | 3/20/2008 0.00 | Review revised test trench and test pit proposal and soil gas sampling proposal. | 6.0 |
| | | | | | 3/18/2008 0.00 | Provide input on ground water workplan. Review leachate seep investigation. Review landfill gas, soil vapor investigation. | 7.0 |
| | | | | | 3/17/2008 0.00 | Prepare comments concerning the PRP's ground water investigation proposal. | 3.4 |
| | | | Strobel | George | 2/12/2008 0.00 | SDDL Conference call with PRP group and USEPA discusing site remediation potentials, RI/FS and USEPA RI/FS comments. | 5.0 |
| | | | | | 2/5/2008 0.00 | SDDL file review for 2-hrs and conference call at 11AM-115PM on RI/FS and PRP's wanting to make comments on and complete RI/FS. | 4.5 |
| | | | | | 2/7/2008 0.00 | Site visit per USEPA request to document river water levels and potential of onsite flooding on SDDL with Matt J. from 9AM to 330PM (1/2 hour lunch taken). | 6.0 |
| | | | | | 2/26/2008 0.00 | Conference call on Test Pitting and Trenching plan with USEPA (Mark and Matt). | 1.0 |
| | | | | | 2/20/2008 0.00 | SDDL conference call with USEPA and PRP group, discussing capping and sampling plan. | 3.0 |

| EPAFM310 | EPASODD | South Dayton Dump & L | Strobel | George | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | 2/27/2008 | 0.00 | Conference call on Test Pitting and Trenching plan with USEPA and PRP group (Mark and Matt). | 3.5 |
| | | | | | 3/3/2008 | 0.00 | Conference call. | 3.0 |
| Grand Total | | | | | | | | |

**Total Hours    386.2**