# EXHIBIT B
# Part 9

# ATTACHMENT 3
# COPY OF 2008 SOUTH DAYTON DUMP AND LANDFILL OVERSIGHT BILL



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

NOV 14 2008

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

REPLY TO THE ATTENTION OF:

7001-0320-0005-8923-0552
-0569

Kathryn Boesch
% Coolidge, Wall, Womsley & Lombard
Attn: Timothy Hoffman
33 West First Street, Suite 600
Dayton, OH  45402

General Motors Corporation
Attn:  James P. Walle, Atty.
300 Renaissance Center
M/C 482-C24-D24
Detroit, MI 48243

SEE OTHER ADDRESSEES BELOW:

RE:  South Dayton Dump & Landfill
Site #B52B

Dear Ladies & Gentlemen:

The enclosed billing is for the recovery of costs incurred by the U.S. Environmental
Protection Agency (EPA) for response activity, performed under the authority of the
Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) as
amended for the period August 15, 2007 through August 14, 2008. EPA is due
$205,346.19. This bill is solely for recovery of government oversight costs and any fines
and/or penalties due will be billed separately.

This billing is being forwarded to you based upon the Administrative Settlement Agreement
and Order on Consent for Remedial RI/FS, Docket No. VW-06-C-852. Please make your
check payable to EPA Hazardous Substance Superfund and forward your payment to the
following address:

U.S. Environmental Protection Agency
Superfund Payments
Cincinnati Finance Center
P.O. Box 979076
St. Louis, MO 63197-9000

Recycled/Recyclable • Printed with Vegetable Oil Based Inks on 100% Recycled Paper (50% Postconsumer)

To avoid additional charges, payment must be received at the EPA P.O. Box within 30 calendar days of receipt of this bill. If not received within that time frame, interest will accrue from the date of your receipt at the rate of 2.15% per annum. If there are any questions regarding the legality of this bill please contact Associate Regional Counsel, Thomas Nash (312) 886-0552 or mail comments to the following address:

> U. S. Environmental Protection Agency
> ATTN: Thomas Nash
> 77 West Jackson - C-14J
> Chicago, Illinois  60604

If there are any other questions, please contact U.S. EPA's Remedial Project Manager, Karen Cibulskis (312) 886-1843 or mail comments to the following address:

> U. S. Environmental Protection Agency
> ATTN: Karen Cibulskis
> 77 West Jackson - C-14J
> Chicago, Illinois  60604

To ensure that your payment is properly recorded by EPA the following information must be included on the face of your check:

> South Dayton Dump & Landfill, OH,
> Account No. **(2750926S014)**
> Site No. B52B

Thank you for your cooperation.

Sincerely,

Richard D. Hackley, Chief
Program Accounting & Analysis Section

Enclosures

cc: Thomas Nash, C-14J
    Karen Cibulskis, SR-6J

    Joe Poetter, USEPA
    Cincinnati Finance Center

2

## ADDRESSEES CONTINUED:

## CERTIFIED MAIL RECEIPT

7001-0320-0005-8923-0576

Margaret Grillot
% Coolidge, Wall, Womsley & Lombard
Attn: Timothy Hoffman
33 West First Street, Suite 600
Dayton, OH   45402

Hobart Corporation
Attn: Philip S. Dallosto, Assoc. General Counsel
Illinois Tool Works, Inc.
3600 West Lake Avenue
Glenview, IL  60026

7001-0320-0005-8923-0583

Kelsey Hayes Company
David Bialosky, Vice President, General Counsel
TRW
12001 Tech Center Drive
Livonia, MI  48154

7001-0320-0005-8923-0590

NCR Corporation
Attn: Susan Chema, Chief Litigation Counsel
1700 S. Patterson Blvd., WHQ-5E
Dayton, OH  45479

7001-0320-0005-8923-0606

Itemized Cost Summary

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B
### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| | |
|---|---|
| **REGIONAL PAYROLL COSTS** | $51,798.05 |
| **REGIONAL TRAVEL COSTS** | $776.19 |
| **RESPONSE ACTION (RAC) CONTRACT** | |
| CH2M HILL, INC. (68-W6-0025) | ($6.99) |
| CH2M HILL, INC. (EPS50601) | $54,592.06 |
| **SUPERFUND COOPERATIVE AGREEMENT (SCA)** | |
| OHIO E.P.A. (V98568703) | $18,114.84 |
| **SUPERFUND TECH. ASSISTANCE & RESPONSE TEAM (START)** | |
| TETRA TECH EM, INC. (68-W0-0129) | $741.85 |
| **TECHNICAL SERVICE AND SUPPORT** | |
| ASRC MANAGEMENT SERVICES, INC. (EPW05052) | $32.85 |
| **EPA INDIRECT COSTS** | $79,297.34 |
| **Total Site Costs:** | $205,346.19 |

## Regional Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| BARNES, SHEILA FINANCIAL SPECIALIST | 2007 | 24 | 4.50 | 185.02 |
| | | 26 | 4.50 | 184.53 |
| | 2008 | 02 | 2.00 | 81.81 |
| | | 05 | 3.50 | 147.70 |
| | | 10 | 3.50 | 153.07 |
| | | 11 | 2.00 | 87.39 |
| | | 12 | 4.00 | 174.93 |
| | | 13 | 3.50 | 153.07 |
| | | 14 | 1.50 | 65.60 |
| | | | 29.00 | $1,233.12 |
| BYVIK, RICHARD L. CHEMIST | 2008 | 18 | 10.00 | 602.13 |
| | | 19 | 12.00 | 722.54 |
| | | | 22.00 | $1,324.67 |
| CIBULSKIS, KAREN L. ENVIRONMENTAL SCIENTIST | 2007 | 23 | 20.50 | 1,245.65 |
| | | 24 | 25.50 | 1,549.44 |
| | | 25 | 18.00 | 1,106.49 |
| | | 26 | 9.25 | 562.05 |
| | 2008 | 01 | 26.50 | 1,611.96 |
| | | 02 | 23.50 | 1,427.92 |
| | | 03 | 13.50 | 633.02 |
| | | 04 | 25.75 | 1,564.64 |
| | | 05 | 29.50 | 1,792.48 |
| | | 06 | 21.00 | 1,276.03 |
| | | 07 | 2.00 | 121.52 |
| | | 08 | 23.25 | 1,463.61 |
| | | 09 | 11.50 | 723.96 |
| | | 10 | 32.25 | 2,030.22 |
| | | 11 | 19.25 | 1,211.82 |
| | | 12 | 20.00 | 1,259.05 |
| | | 13 | 15.75 | 991.50 |
| | | 14 | 18.00 | 1,133.15 |
| | | 15 | 29.50 | 1,857.08 |
| | | 17 | 10.00 | 629.52 |
| | | 19 | 6.50 | 409.19 |
| | | 20 | 18.75 | 911.25 |
| | | 21 | 14.25 | 897.08 |

## Regional Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| CIBULSKIS, KAREN L. | 2008 | 22 | 18.25 | 1,148.89 |
| | | | 452.25 | $27,557.52 |
| | | | | |
| GALLARDO, ELIZABETH | 2007 | 23 | 0.50 | 16.47 |
| SECRETARY (TYPING) | 2008 | 10 | 0.25 | 8.50 |
| | | 21 | 0.25 | 8.82 |
| | | | 1.00 | $33.79 |
| | | | | |
| HAILE, LINDA MARIA | 2008 | 12 | 0.25 | 14.37 |
| ACCOUNTANT | | | | |
| | | | 0.25 | $14.37 |
| | | | | |
| JONES, TERESA | 2008 | 05 | 0.50 | 26.40 |
| ENV.PROTECTION SPECIALIST | | 20 | 0.25 | 14.02 |
| | | | 0.75 | $40.42 |
| | | | | |
| KRAUSE, PATRICIA A. | 2008 | 12 | 3.00 | 152.83 |
| PUBLIC AFFAIRS SPECIALIST | | 13 | 1.00 | 50.95 |
| | | 14 | 23.50 | 1,197.19 |
| | | 16 | 1.00 | 50.95 |
| | | 18 | 34.00 | 1,732.12 |
| | | 19 | 3.00 | 152.83 |
| | | 22 | 2.00 | 101.88 |
| | | | 67.50 | $3,438.75 |
| | | | | |
| KYTE, LAWRENCE W. | 2008 | 02 | 0.25 | 19.14 |
| SUPERVISORY GENERAL ATTORNEY | | 03 | 0.25 | 19.18 |
| | | 07 | 0.25 | 19.17 |
| | | 09 | 0.25 | 19.87 |
| | | 21 | 0.25 | 19.87 |
| | | | 1.25 | $97.23 |
| | | | | |
| MAHONEY, DENISE | 2007 | 25 | 0.50 | 24.01 |
| ENVIRONMENTAL SPECIALIST | | 26 | 2.00 | 96.05 |
| | 2008 | 09 | 1.00 | 49.72 |
| | | | 3.50 | $169.78 |
| | | | | |
| MANKOWSKI, MATTHEW J. | 2008 | 08 | 3.00 | 219.37 |
| PROGRAM MANAGER | | 10 | 5.00 | 365.64 |

Report Date: 11/14/2008

## Regional Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| MANKOWSKI, MATTHEW J. | 2008 | 11 | 2.00 | 146.26 |
| | | 12 | 5.00 | 365.64 |
| | | 14 | 1.00 | 75.11 |
| | | 15 | 2.50 | 187.79 |
| | | 18 | 1.00 | 75.11 |
| | | 21 | 1.50 | 112.67 |
| | | | 21.00 | $1,547.59 |
| MARKS, THOMAS C. SUPV ENVIRONMENTAL PROTECTION SPEC | 2008 | 08 | 1.00 | 68.22 |
| | | | 1.00 | $68.22 |
| MAROUF, AFIF A. TOXICOLOGIST | 2008 | 13 | 14.00 | 874.80 |
| | | 14 | 6.00 | 374.92 |
| | | 15 | 1.00 | 62.48 |
| | | 17 | 21.50 | 1,343.45 |
| | | | 42.50 | $2,655.65 |
| NASH, THOMAS C. GENERAL ATTORNEY | 2007 | 23 | 1.25 | 89.84 |
| | | 24 | 2.50 | 179.65 |
| | 2008 | 02 | 0.75 | 53.49 |
| | | 03 | 0.75 | 51.44 |
| | | 08 | 3.75 | 280.05 |
| | | 09 | 2.25 | 168.03 |
| | | 10 | 9.50 | 709.47 |
| | | 11 | 4.00 | 298.74 |
| | | 12 | 0.75 | 56.01 |
| | | 13 | 0.50 | 37.36 |
| | | 14 | 0.75 | 56.00 |
| | | 15 | 2.25 | 168.02 |
| | | 17 | 2.50 | 186.68 |
| | | 18 | 2.50 | 191.64 |
| | | 19 | 1.75 | 134.16 |
| | | 21 | 4.50 | 349.26 |
| | | 22 | 8.75 | 670.72 |
| | | | 49.00 | $3,680.56 |
| NATHAN, STEPHEN J. | 2007 | 23 | 0.25 | 14.21 |

Regional Payroll Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| ENVIRONMENTAL ENGINEER | | | | |
| | | | 0.25 | $14.21 |
| OHL, MATTHEW J. | 2008 | 04 | 1.50 | 103.08 |
| ENVIRONMENTAL SCIENTIST | | | | |
| | | | 1.50 | $103.08 |
| URSIC, JAMES R. | 2008 | 11 | 1.75 | 121.08 |
| GEOLOGIST | | 12 | 3.25 | 224.88 |
| | | | 5.00 | $345.96 |
| VANDERPOOL, N. LUANNE | 2007 | 25 | 0.50 | 33.56 |
| GEOLOGIST | 2008 | 08 | 1.00 | 67.79 |
| | | 09 | 11.00 | 745.46 |
| | | 10 | 29.00 | 1,965.33 |
| | | 11 | 23.50 | 1,592.60 |
| | | 12 | 7.00 | 474.41 |
| | | 13 | 14.50 | 1,017.33 |
| | | 14 | 13.50 | 914.92 |
| | | 15 | 6.00 | 406.63 |
| | | 16 | 6.50 | 440.51 |
| | | 17 | 2.00 | 135.53 |
| | | 18 | 4.00 | 271.09 |
| | | 19 | 2.00 | 135.53 |
| | | 20 | 16.50 | 1,118.22 |
| | | 21 | 0.50 | 33.88 |
| | | | 137.50 | $9,352.79 |
| VOGTMAN, PATRICIA | 2008 | 14 | 0.50 | 30.08 |
| ENVIRONMENTAL SCIENTIST | | 18 | 1.50 | 90.26 |
| | | | 2.00 | $120.34 |
| Total Regional Payroll Costs | | | 837.25 | $51,798.05 |

Report Date: 11/14/2008

## Headquarters Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|

Regional Travel Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| KRAUSE, PATRICIA A. | TM0596583 | ACHA08177 | 06/27/2008 | 776.19 |
| PUBLIC AFFAIRS SPECIALIST | | | | |
| | | | | $776.19 |
| Total Regional Travel Costs | | | | $776.19 |

Report Date: 11/14/2008

## Headquarters Travel Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|

Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## AUGUST 15, 2007 THROUGH AUGUST 14, 2008

RESPONSE ACTION (RAC) CONTRACT

Contractor Name:            CH2M HILL, INC.

EPA Contract Number:        68-W6-0025

Project Officer(s):

Dates of Service:           From:              To:

Summary of Service:         RESPONSE ACTION CONTRACT-SUBCLASS(REDI)

Total Costs:                    $-6.99

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| JVH0568 | 12/03/2007 | 0.00 | H0568 | 12/03/2007 | -6.65 | -0.34 |
| | | | | Total: | $-6.65 | $-0.34 |

## Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

RESPONSE ACTION (RAC) CONTRACT

| | |
|---|---|
| Contractor Name: | CH2M HILL, INC. |
| EPA Contract Number: | 68-W6-0025 |
| Project Officer(s): | |
| Dates of Service: | From:               To: |
| Summary of Service: | RESPONSE ACTION CONTRACT-SUBCLASS(REDI) |
| Total Costs: | $-6.99 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| JVH0568 | H0568 | Class | 0.050407 |

Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

RESPONSE ACTION (RAC) CONTRACT

| | |
|---|---|
| Contractor Name: | CH2M HILL, INC. |
| EPA Contract Number: | EPS50601 |
| Project Officer(s): | QUIGLEY, EDWARD |
| | VOGTMAN, PATRICIA |
| Dates of Service: | From: 03/15/2006    To: 05/30/2008 |
| Summary of Service: | RESPONSE ACTION CONTRACT-SUBCLASS(REDI) |
| Total Costs: | $54,592.06 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| A014 | 07/19/2007 | 2,794,108.16 | R7G95 | | 08/16/2007 | 1,588.02 |
| A015 | 08/17/2007 | 2,085,609.39 | R7H69 | | 09/19/2007 | 679.54 |
| A016 | 08/31/2007 | 3,240.39 | 08141 | | 10/10/2007 | -6.17 |
| A018 | 09/19/2007 | 2,387,215.99 | R8218 | | 10/19/2007 | 734.01 |
| JVH0454 | 11/14/2007 | 0.00 | H0454 | | 11/14/2007 | -340.41 |
| A019 | 10/19/2007 | 2,670,966.85 | R8373 | | 11/19/2007 | 687.28 |
| A020 | 11/19/2007 | 2,266,069.95 | R8488 | | 12/18/2007 | 560.62 |
| A021 | 12/19/2007 | 1,676,639.87 | R8A70 | | 01/25/2008 | 547.57 |
| A023 | 01/18/2008 | 532,333.34 | R8B39 | | 02/22/2008 | 575.35 |
| A025 | 02/19/2008 | 706,984.91 | R8C01 | | 03/19/2008 | 3,406.79 |
| A026 | 03/19/2008 | 719,385.40 | R8C67 | | 04/17/2008 | 7,150.54 |
| A028 | 04/18/2008 | 992,758.13 | R8D44 | | 05/20/2008 | 24,908.22 |
| A029Z | 04/25/2008 | 6,228.60 | R8D58 | | 05/28/2008 | 733.41 |
| A030 | 05/19/2008 | 536,276.69 | R8E10 | | 06/18/2008 | 6,469.27 |
| A031 | 06/19/2008 | 1,808,542.77 | R8E81 | | 07/18/2008 | 6,898.02 |
| | | | | Total: | | $54,592.06 |

Report Date: 11/14/2008

## Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## AUGUST 15, 2007 THROUGH AUGUST 14, 2008

SUPERFUND COOPERATIVE AGREEMENT (SCA)

State Agency:              OHIO E.P.A.

SCA Number:               V98568703

Project Officer(s):         GLYNIS LANDERS

Dates of Service:          From: 04/01/2006    To: 03/31/2009

Summary of Service:

Total Costs:               $18,114.84

| Drawdown Number | Drawdown Date | Drawdown Amount | Treasury Schedule Number | and Date | Site Amount |
|---|---|---|---|---|---|
| 311334820 | 12/17/2007 | 89,128.66 | 83533997341 | 12/17/2007 | 4,060.62 |
| 311334820 | 12/20/2007 | 16,110.70 | 83613997341 | 12/20/2007 | 716.65 |
| 311334820 | 01/16/2008 | 12,162.06 | 80173997341 | 01/16/2008 | 274.26 |
| 311334820 | 01/30/2008 | 5,069.35 | 80313997341 | 01/30/2008 | 231.49 |
| 311334820 | 02/27/2008 | 8,380.52 | 80593997341 | 02/27/2008 | 3,959.49 |
| 311334820 | 03/12/2008 | 7,885.50 | 80733997341 | 03/12/2008 | 2,244.22 |
| 311334820 | 03/27/2008 | 6,861.37 | 80913997341 | 03/27/2008 | 787.45 |
| 311334820 | 04/09/2008 | 5,445.44 | 81013997341 | 04/09/2008 | 1,315.82 |
| 311334820 | 04/23/2008 | 6,780.02 | 81153997341 | 04/23/2008 | 341.62 |
| 311334820 | 05/06/2008 | 7,469.58 | 81283997341 | 05/06/2008 | 972.68 |
| 311334820 | 05/21/2008 | 9,230.21 | 81433997341 | 05/21/2008 | 610.86 |
| 311334820 | 06/03/2008 | 9,374.43 | 81563997341 | 06/03/2008 | 346.31 |
| 311334820 | 06/20/2008 | 8,932.36 | 81763997341 | 06/20/2008 | 1,514.78 |
| 311334820 | 07/02/2008 | 7,945.27 | 81903997341 | 07/02/2008 | 94.49 |
| 311334820 | 07/22/2008 | 11,517.13 | 82053997341 | 07/22/2008 | 419.49 |
| 311334820 | 08/08/2008 | 6,898.00 | 82243997341 | 08/08/2008 | 224.61 |
| | | | | Total: | $18,114.84 |

## Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

### SUPERFUND TECH. ASSISTANCE & RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | TETRA TECH EM, INC. |
| EPA Contract Number: | 68-W0-0129 |
| Project Officer(s): | KOSIK, LORRAINE |
| Dates of Service: | From: 11/30/2000    To: 08/11/2006 |
| Summary of Service: | S/F TECH ASSESSMENT&RESPONSE TEAM (REDI) |
| Total Costs: | $741.85 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| G9009-073 | 09/26/2007 | 94,179.07 | R8243 | 10/24/2007 | 539.02 | 202.83 |
| | | | | Total: | $539.02 | $202.83 |

## Contract Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

### SUPERFUND TECH. ASSISTANCE & RESPONSE TEAM (START)

| | |
|---|---|
| Contractor Name: | TETRA TECH EM, INC. |
| EPA Contract Number: | 68-W0-0129 |
| Project Officer(s): | KOSIK, LORRAINE |
| Dates of Service: | From: 11/30/2000    To: 08/11/2006 |
| Summary of Service: | S/F TECH ASSESSMENT&RESPONSE TEAM (REDI) |
| Total Costs: | $741.85 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| G9009-073 | R8243 | Class | 0.376299 |

## Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

TECHNICAL SERVICE AND SUPPORT

| | |
|---|---|
| Contractor Name: | ASRC MANAGEMENT SERVICES, INC. |
| EPA Contract Number: | EPW05052 |

Delivery Order information

| DO # | Start Date | End Date |
|---|---|---|
| 66 | 01/01/2008 | 01/27/2008 |

| | |
|---|---|
| Project Officer(s): | PFUNDHELLER, JANET |
| Dates of Service: | From: 01/01/2008    To: 01/27/2008 |
| Summary of Service: | ADMINISTRATIVE SUPPORT SERVICES |
| Total Costs: | $32.85 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and | Date | Site Amount |
|---|---|---|---|---|---|---|
| 16 | 02/11/2008 | 58,739.03 | R8B84 | | 03/13/2008 | 32.85 |
| | | | | | Total: | $32.85 |

### Financial Cost Summary for the Contract Lab Program

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

## CONTRACT LAB PROGRAM (CLP) COSTS

Report Date: 11/14/2008

Miscellaneous (MIS) Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2007 THROUGH AUGUST 14, 2008

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

| Fiscal Year | Direct Costs | Indirect Rate( %) | Indirect Costs |
|-------------|-------------|-------------------|----------------|
| 2007 | 7,554.53 | 62.91% | 4,752.56 |
| 2008 | 118,494.32 | 62.91% | 74,544.78 |
| | 126,048.85 | | |

| | | |
|---|---|---|
| Total EPA Indirect Costs | | $79,297.34 |

Report Date: 11/14/2008

EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2007 THROUGH AUGUST 14, 2008

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNES, SHEILA | 2007 | 24 | 185.02 | 62.91% | 116.40 |
| | | 26 | 184.53 | 62.91% | 116.09 |
| | | | 369.55 | | $232.49 |
| | | | | | |
| CIBULSKIS, KAREN L. | 2007 | 23 | 1,245.65 | 62.91% | 783.64 |
| | | 24 | 1,549.44 | 62.91% | 974.75 |
| | | 25 | 1,106.49 | 62.91% | 696.09 |
| | | 26 | 562.05 | 62.91% | 353.59 |
| | | | 4,463.63 | | $2,808.07 |
| | | | | | |
| GALLARDO, ELIZABETH | 2007 | 23 | 16.47 | 62.91% | 10.36 |
| | | | 16.47 | | $10.36 |
| | | | | | |
| MAHONEY, DENISE | 2007 | 25 | 24.01 | 62.91% | 15.10 |
| | | 26 | 96.05 | 62.91% | 60.43 |
| | | | 120.06 | | $75.53 |
| | | | | | |
| NASH, THOMAS C. | 2007 | 23 | 89.84 | 62.91% | 56.52 |
| | | 24 | 179.65 | 62.91% | 113.02 |
| | | | 269.49 | | $169.54 |
| | | | | | |
| NATHAN, STEPHEN J. | 2007 | 23 | 14.21 | 62.91% | 8.94 |
| | | | 14.21 | | $8.94 |
| | | | | | |
| VANDERPOOL, N. LUANNE | 2007 | 25 | 33.56 | 62.91% | 21.11 |
| | | | 33.56 | | $21.11 |
| | | | | | |
| Total Fiscal Year 2007 Payroll Direct Costs: | | | 5,286.97 | | $3,326.04 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| EPS50601 | A014 | 08/16/2007 | 1,588.02 | 0.00 | 62.91% | 999.02 |
| | A015 | 09/19/2007 | 679.54 | 0.00 | 62.91% | 427.50 |
| | | | 2,267.56 | 0.00 | | $1,426.52 |
| Total Fiscal Year 2007 Other Direct Costs: | | | 2,267.56 | 0.00 | | $1,426.52 |
| Total Fiscal Year 2007: | | | 7,554.53 | | | $4,752.56 |

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNES, SHEILA | 2008 | 02 | 81.81 | 62.91% | 51.47 |
| | | 05 | 147.70 | 62.91% | 92.92 |
| | | 10 | 153.07 | 62.91% | 96.30 |
| | | 11 | 87.39 | 62.91% | 54.98 |
| | | 12 | 174.93 | 62.91% | 110.05 |
| | | 13 | 153.07 | 62.91% | 96.30 |
| | | 14 | 65.60 | 62.91% | 41.27 |
| | | | 863.57 | | $543.29 |
| BYVIK, RICHARD L. | 2008 | 18 | 602.13 | 62.91% | 378.80 |
| | | 19 | 722.54 | 62.91% | 454.55 |
| | | | 1,324.67 | | $833.35 |
| CIBULSKIS, KAREN L. | 2008 | 01 | 1,611.96 | 62.91% | 1,014.08 |
| | | 02 | 1,427.92 | 62.91% | 898.30 |
| | | 03 | 633.02 | 62.91% | 398.23 |
| | | 04 | 1,564.64 | 62.91% | 984.32 |
| | | 05 | 1,792.48 | 62.91% | 1,127.65 |
| | | 06 | 1,276.03 | 62.91% | 802.75 |
| | | 07 | 121.52 | 62.91% | 76.45 |

EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2007 THROUGH AUGUST 14, 2008

## PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| CIBULSKIS, KAREN L. | 2008 | 08 | 251.79 | 62.91% | 158.40 |
| | | | 1,211.82 | 62.91% | 762.36 |
| | | 09 | 723.96 | 62.91% | 455.44 |
| | | 10 | 2,030.22 | 62.91% | 1,277.21 |
| | | 11 | 1,211.82 | 62.91% | 762.36 |
| | | 12 | 1,259.05 | 62.91% | 792.07 |
| | | 13 | 991.50 | 62.91% | 623.75 |
| | | 14 | 1,133.15 | 62.91% | 712.86 |
| | | 15 | 1,857.08 | 62.91% | 1,168.29 |
| | | 17 | 629.52 | 62.91% | 396.03 |
| | | 19 | 31.47 | 62.91% | 19.80 |
| | | | 62.95 | 62.91% | 39.60 |
| | | | 314.77 | 62.91% | 198.02 |
| | | 20 | 911.25 | 62.91% | 573.27 |
| | | 21 | 125.91 | 62.91% | 79.21 |
| | | | 47.21 | 62.91% | 29.70 |
| | | | 723.96 | 62.91% | 455.44 |
| | | 22 | 1,117.42 | 62.91% | 702.97 |
| | | | 31.47 | 62.91% | 19.80 |
| | | | 23,093.89 | | $14,528.36 |
| | | | | | |
| GALLARDO, ELIZABETH | 2008 | 10 | 8.50 | 62.91% | 5.35 |
| | | 21 | 8.82 | 62.91% | 5.55 |
| | | | 17.32 | | $10.90 |
| | | | | | |
| HAILE, LINDA MARIA | 2008 | 12 | 14.37 | 62.91% | 9.04 |
| | | | 14.37 | | $9.04 |
| | | | | | |
| JONES, TERESA | 2008 | 05 | 26.40 | 62.91% | 16.61 |
| | | 20 | 14.02 | 62.91% | 8.82 |
| | | | 40.42 | | $25.43 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KRAUSE, PATRICIA A. | 2008 | 12 | 152.83 | 62.91% | 96.15 |
| | | 13 | 50.95 | 62.91% | 32.05 |
| | | 14 | 1,197.19 | 62.91% | 753.15 |
| | | 16 | 50.95 | 62.91% | 32.05 |
| | | 18 | 1,732.12 | 62.91% | 1,089.68 |
| | | 19 | 152.83 | 62.91% | 96.15 |
| | | 22 | 101.88 | 62.91% | 64.09 |
| | | | 3,438.75 | | $2,163.32 |
| | | | | | |
| KYTE, LAWRENCE W. | 2008 | 02 | 19.14 | 62.91% | 12.04 |
| | | 03 | 19.18 | 62.91% | 12.07 |
| | | 07 | 19.17 | 62.91% | 12.06 |
| | | 09 | 19.87 | 62.91% | 12.50 |
| | | 21 | 19.67 | 62.91% | 12.50 |
| | | | 97.23 | | $61.17 |
| | | | | | |
| MAHONEY, DENISE | 2008 | 09 | 49.72 | 62.91% | 31.28 |
| | | | 49.72 | | $31.28 |
| | | | | | |
| MANKOWSKI, MATTHEW J. | 2008 | 08 | 219.37 | 62.91% | 138.01 |
| | | 10 | 365.64 | 62.91% | 230.02 |
| | | 11 | 146.26 | 62.91% | 92.01 |
| | | 12 | 365.64 | 62.91% | 230.02 |
| | | 14 | 75.11 | 62.91% | 47.25 |
| | | 15 | 187.79 | 62.91% | 118.14 |
| | | 18 | 75.11 | 62.91% | 47.25 |
| | | 21 | 112.67 | 62.91% | 70.88 |
| | | | 1,547.59 | | $973.58 |

EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

AUGUST 15, 2007 THROUGH AUGUST 14, 2008

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| MARKS, THOMAS C. | 2008 | 08 | 68.22 | 62.91% | 42.92 |
| | | | 68.22 | | $42.92 |
| | | | | | |
| MAROUF, AFIF A. | 2008 | 13 | 874.80 | 62.91% | 550.34 |
| | | 14 | 374.92 | 62.91% | 235.86 |
| | | 15 | 62.48 | 62.91% | 39.31 |
| | | 17 | 1,343.45 | 62.91% | 845.16 |
| | | | 2,655.65 | | $1,670.67 |
| | | | | | |
| NASH, THOMAS C. | 2008 | 02 | 53.49 | 62.91% | 33.65 |
| | | 03 | 51.44 | 62.91% | 32.36 |
| | | 08 | 280.05 | 62.91% | 176.18 |
| | | 09 | 168.03 | 62.91% | 105.71 |
| | | 10 | 709.47 | 62.91% | 446.33 |
| | | 11 | 298.74 | 62.91% | 187.94 |
| | | 12 | 56.01 | 62.91% | 35.24 |
| | | 13 | 37.36 | 62.91% | 23.50 |
| | | 14 | 56.00 | 62.91% | 35.23 |
| | | 15 | 168.02 | 62.91% | 105.70 |
| | | 17 | 186.68 | 62.91% | 117.44 |
| | | 18 | 191.64 | 62.91% | 120.56 |
| | | 19 | 134.16 | 62.91% | 84.40 |
| | | 21 | 349.26 | 62.91% | 219.72 |
| | | 22 | 670.72 | 62.91% | 421.95 |
| | | | 3,411.07 | | $2,145.91 |
| | | | | | |
| OHL, MATTHEW J. | 2008 | 04 | 103.08 | 62.91% | 64.85 |
| | | | 103.08 | | $64.85 |
| | | | | | |
| URSIC, JAMES R. | 2008 | 11 | 121.08 | 62.91% | 76.17 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| URSIC, JAMES R. | 2008 | 12 | 224.88 | 62.91% | 141.47 |
| | | | 345.96 | | $217.64 |
| | | | | | |
| VANDERPOOL, N. LUANNE | 2008 | 08 | 67.79 | 62.91% | 42.65 |
| | | 09 | 745.46 | 62.91% | 468.97 |
| | | 10 | 1,965.33 | 62.91% | 1,236.39 |
| | | 11 | 1,592.60 | 62.91% | 1,001.90 |
| | | 12 | 474.41 | 62.91% | 298.45 |
| | | 13 | 1,017.33 | 62.91% | 640.00 |
| | | 14 | 914.92 | 62.91% | 575.58 |
| | | 15 | 406.63 | 62.91% | 255.81 |
| | | 16 | 440.51 | 62.91% | 277.12 |
| | | 17 | 135.53 | 62.91% | 85.26 |
| | | 18 | 271.09 | 62.91% | 170.54 |
| | | 19 | 135.53 | 62.91% | 85.26 |
| | | 20 | 1,118.22 | 62.91% | 703.47 |
| | | 21 | 33.88 | 62.91% | 21.31 |
| | | | 9,319.23 | | $5,862.71 |
| | | | | | |
| VOGTMAN, PATRICIA | 2008 | 14 | 30.08 | 62.91% | 18.92 |
| | | 18 | 90.26 | 62.91% | 56.78 |
| | | | 120.34 | | $75.70 |
| | | | | | |
| Total Fiscal Year 2008 Payroll Direct Costs: | | | 46,511.08 | | $29,260.12 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

#### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KRAUSE, PATRICIA A. | TM0596583 | 06/27/2008 | 776.19 | 62.91% | 488.30 |
| | | | 776.19 | | $488.30 |
| Total Fiscal Year 2008 Travel Direct Costs: | | | 776.19 | | $488.30 |

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| 68-W0-0129 | G9009-073 | 10/24/2007 | 539.02 | 202.83 | 62.91% | 466.70 |
| | | | 539.02 | 202.83 | | $466.70 |
| 68-W6-0025 | JVH0568 | 12/03/2007 | -6.65 | -0.34 | 62.91% | -4.40 |
| | | | -6.65 | -0.34 | | $-4.40 |
| EPS50601 | A016 | 10/10/2007 | -6.17 | 0.00 | 62.91% | -3.88 |
| | A018 | 10/19/2007 | 734.01 | 0.00 | 62.91% | 461.77 |
| | JVH0454 | 11/14/2007 | -340.41 | 0.00 | 62.91% | -214.15 |
| | A019 | 11/19/2007 | 424.72 | 0.00 | 62.91% | 267.19 |
| | | | 262.56 | 0.00 | 62.91% | 165.18 |
| | A020 | 12/18/2007 | 560.62 | 0.00 | 62.91% | 352.69 |
| | A021 | 01/25/2008 | 547.57 | 0.00 | 62.91% | 344.48 |
| | A023 | 02/22/2008 | 575.35 | 0.00 | 62.91% | 361.95 |
| | A025 | 03/19/2008 | 3,406.79 | 0.00 | 62.91% | 2,143.21 |
| | A026 | 04/17/2008 | 7,150.54 | 0.00 | 62.91% | 4,498.40 |
| | A028 | 05/20/2008 | 23,702.06 | 0.00 | 62.91% | 14,910.97 |
| | | | 1,206.16 | 0.00 | 62.91% | 758.80 |
| | A029Z | 05/28/2008 | 733.41 | 0.00 | 62.91% | 461.39 |
| | A030 | 06/18/2008 | 84.72 | 0.00 | 62.91% | 53.30 |
| | | | 6,384.55 | 0.00 | 62.91% | 4,016.52 |
| | A031 | 07/18/2008 | 1,599.05 | 0.00 | 62.91% | 1,005.96 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### AUGUST 15, 2007 THROUGH AUGUST 14, 2008

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| EPS50601 | A031 | 07/18/2008 | 5,298.97 | 0.00 | 62.91% | 3,333.58 |
| | | | 52,324.50 | 0.00 | | $32,917.36 |
| | | | | | | |
| EPW05052 | 16 | 03/13/2008 | 32.85 | 0.00 | 62.91% | 20.67 |
| | | | 32.85 | 0.00 | | $20.67 |
| | | | | | | |
| V98568703 | 311334820 | 12/17/2007 | 4,060.62 | 0.00 | 62.91% | 2,554.54 |
| | | 12/20/2007 | 716.65 | 0.00 | 62.91% | 450.84 |
| | | 01/16/2008 | 274.26 | 0.00 | 62.91% | 172.54 |
| | | 01/30/2008 | 231.49 | 0.00 | 62.91% | 145.63 |
| | | 02/27/2008 | 3,959.49 | 0.00 | 62.91% | 2,490.92 |
| | | 03/12/2008 | 2,244.22 | 0.00 | 62.91% | 1,411.84 |
| | | 03/27/2008 | 787.45 | 0.00 | 62.91% | 495.38 |
| | | 04/09/2008 | 1,315.82 | 0.00 | 62.91% | 827.78 |
| | | 04/23/2008 | 341.62 | 0.00 | 62.91% | 214.91 |
| | | 05/06/2008 | 972.68 | 0.00 | 62.91% | 611.91 |
| | | 05/21/2008 | 610.86 | 0.00 | 62.91% | 384.29 |
| | | 06/03/2008 | 346.31 | 0.00 | 62.91% | 217.86 |
| | | 06/20/2008 | 1,514.78 | 0.00 | 62.91% | 952.95 |
| | | 07/02/2008 | 94.49 | 0.00 | 62.91% | 59.44 |
| | | 07/22/2008 | 419.49 | 0.00 | 62.91% | 263.90 |
| | | 08/08/2008 | 224.61 | 0.00 | 62.91% | 141.30 |
| | | | 18,114.84 | 0.00 | | $11,396.03 |

| | | | | |
|---|---|---|---|---|
| Total Fiscal Year 2008 Other Direct Costs: | 71,004.56 | 202.49 | | $44,796.36 |
| Total Fiscal Year 2008: | 118,494.32 | | | $74,544.78 |
| Total EPA Indirect Costs | | | | $79,297.34 |