# EXHIBIT C



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

NOV 1 8 2009

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>

REPLY TO THE ATTENTION OF:
7001-0320-0005-8915-7743
-7750

SEE OTHER ADDRESSEES BELOW:

RE:  South Dayton Dump & Landfill
Site #B52B

Dear Ladies and Gentlemen:

The enclosed billing is for the recovery of costs incurred by the U.S. Environmental Protection Agency (EPA) for response activity, performed under the authority of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) as amended for the period August 15, 2008 through August 14, 2009. EPA is due $218,907.67. This bill is solely for recovery of government oversight costs and any fines and/or penalties due will be billed separately.

This billing is being forwarded to you based upon the Administrative Settlement Agreement and Order on Consent for Remedial RI/FS, Docket No. VW-06-C-852. Please make your check payable to EPA Hazardous Substance Superfund and forward your payment to the following address:

U.S. Environmental Protection Agency
Superfund Payments
Cincinnati Finance Center
P.O. Box 979076
St. Louis, MO 63197-9000

To avoid additional charges, payment must be received at the EPA P.O. Box within 30 calendar days of receipt of this bill. If not received within that time frame, interest will accrue from the date of your receipt at the rate of 2.24% per annum. If there are any questions regarding the legality of this bill please contact Associate Regional Counsel, Thomas Nash (312) 886-0552 or mail comments to the following address:

> U. S. Environmental Protection Agency
> ATTN: Thomas Nash
> 77 West Jackson Blvd. C-14J
> Chicago, Illinois 60604

If there are any other questions, please contact U.S. EPA's Remedial Project Manager, Karen Cibulskis (312) 886-1843 or mail comments to the following address:

> U. S. Environmental Protection Agency
> ATTN: Karen Cibulskis
> 77 West Jackson Blvd. SR-6J
> Chicago, Illinois 60604

To ensure that your payment is properly recorded by EPA the following information must be included on the face of your check:

> South Dayton Dump & Landfill, OH,
> Account No. **(2751026S014)**
> Site No. B52B

Thank you for your cooperation.

Sincerely,

Richard D. Hackley, Chief
Program Accounting & Analysis Section

Enclosures

cc: Thomas Nash, C-14J
    Karen Cibulskis, SR-6J

    Joe Poetter, USEPA
    Cincinnati Finance Center

2

## Itemized Cost Summary

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

| | |
|---|---:|
| **REGIONAL PAYROLL COSTS** ...................................................................... | $41,999.71 |
| **REGIONAL TRAVEL COSTS** ....................................................................... | $1,728.82 |
| **ENFORCEMENT SUPPORT SERVICES (ESS) CONTRACT** | |
| GRB ENVIRONMENTAL SERVICES, INC. (EPW05013) ................................... | $44.35 |
| **RESPONSE ACTION (RAC) CONTRACT** | |
| CH2M HILL, INC. (EPS50601) ............................................................ | $87,192.43 |
| **SUPERFUND COOPERATIVE AGREEMENT (SCA)** | |
| OHIO E.P.A. (V98568703) ................................................................. | $3,960.51 |
| OHIO EPA (V98568704) .................................................................... | $100.83 |
| **TECHNICAL SERVICE AND SUPPORT** | |
| ASRC MANAGEMENT SERVICES, INC. (EPW05052) .................................... | $385.75 |
| **EPA INDIRECT COSTS** ........................................................................... | $83,495.27 |
| **Total Site Costs:** | $218,907.67 |

## Regional Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| ARRAZOLA, IGNACIO L. | 2009 | 14 | 0.50 | 42.99 |
| GENERAL ATTORNEY | | | | |
| | | | 0.50 | $42.99 |
| BARNES, SHEILA | 2008 | 23 | 2.50 | 109.33 |
| FINANCIAL SPECIALIST | | 24 | 2.00 | 87.47 |
| | | 25 | 3.50 | 153.39 |
| | 2009 | 02 | 2.00 | 87.47 |
| | | 04 | 3.00 | 131.20 |
| | | 05 | 3.00 | 131.20 |
| | | 06 | 1.00 | 38.60 |
| | | | 17.00 | $738.66 |
| CARVAJAL, GLORIA M. | 2009 | 06 | 5.50 | 176.02 |
| LEGAL CLERK (TYPING) | | 17 | 11.75 | 431.72 |
| | | | 17.25 | $607.74 |
| CIBULSKIS, KAREN L. | 2008 | 23 | 9.00 | 566.58 |
| ENVIRONMENTAL SCIENTIST | | 24 | 17.00 | 1,082.23 |
| | | 25 | 17.75 | 1,117.42 |
| | | 26 | 18.00 | 1,133.14 |
| | | 27 | 4.00 | 248.79 |
| | 2009 | 01 | 25.00 | 1,584.05 |
| | | 03 | 7.00 | 450.13 |
| | | 04 | 7.00 | 349.65 |
| | | 05 | 4.25 | 273.29 |
| | | 06 | 9.00 | 578.72 |
| | | 08 | 6.50 | 445.46 |
| | | 12 | 1.00 | 51.94 |
| | | 14 | 8.75 | 588.54 |
| | | 16 | 31.00 | 2,085.06 |
| | | 17 | 14.00 | 941.64 |
| | | 19 | 3.00 | 201.78 |
| | | 20 | 2.50 | 168.14 |
| | | 21 | 11.25 | 756.69 |
| | | | 196.00 | $12,623.25 |
| CO, GRACE | 2009 | 04 | 0.25 | 11.26 |

### Regional Payroll Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| ENFORCEMENT SPECIALIST | | | | |
| | | | 0.25 | $11.26 |
| HERRING, MARGARET E. | 2008 | 23 | 44.00 | 2,466.87 |
| INVESTIGATOR | | 24 | 1.75 | 98.53 |
| | | 25 | 1.00 | 56.07 |
| | | 26 | 0.50 | 28.04 |
| | 2009 | 08 | 1.00 | 58.35 |
| | | 19 | 14.75 | 860.80 |
| | | 20 | 4.00 | 233.43 |
| | | 22 | 0.25 | 14.60 |
| | | | 67.25 | $3,816.69 |
| JABLONOWSKI, EUGENE A. | 2008 | 23 | 24.50 | 1,602.09 |
| ENVIRONMENTAL ENGINEER | | 24 | 10.00 | 653.92 |
| | 2009 | 02 | 1.00 | 65.51 |
| | | | 35.50 | $2,321.52 |
| JONES, TERESA | 2008 | 25 | 0.50 | 28.64 |
| ENV.PROTECTION SPECIALIST | 2009 | 13 | 0.25 | 14.59 |
| | | 18 | 0.25 | 14.59 |
| | | 19 | 0.25 | 14.59 |
| | | | 1.25 | $72.41 |
| KRAUSE, PATRICIA A. | 2008 | 25 | 6.00 | 306.70 |
| PUBLIC AFFAIRS SPECIALIST | | 26 | 3.00 | 152.83 |
| | 2009 | 01 | 0.50 | 25.50 |
| | | | 9.50 | $485.03 |
| KYTE, LAWRENCE W. | 2008 | 23 | 0.25 | 19.87 |
| SUPERVISORY GENERAL ATTORNEY | 2009 | 10 | 0.25 | 21.01 |
| | | 21 | 1.00 | 84.08 |
| | | | 1.50 | $124.96 |
| MAHONEY, DENISE | 2009 | 02 | 1.00 | 49.71 |
| ENVIRONMENTAL SPECIALIST | | | | |
| | | | 1.00 | $49.71 |
| MARKS, THOMAS C. | 2008 | 24 | 0.25 | 17.48 |

## Regional Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| SUPV ENVIRONMENTAL PROTECTION SPEC | 2008 | 25 | 1.00 | 70.27 |
| | | 26 | 0.25 | 17.49 |
| | 2009 | 21 | 0.25 | 18.21 |
| | | | 1.75 | $123.45 |
| MAROUF, AFIF A. | 2008 | 23 | 0.25 | 15.62 |
| TOXICOLOGIST | | 24 | 4.00 | 249.95 |
| | | 25 | 8.00 | 499.89 |
| | | | 12.25 | $765.46 |
| MURAWSKI, RONALD W. | 2009 | 21 | 0.50 | 38.08 |
| ENVIRONMENTAL ENGINEER | | | 0.50 | $38.08 |
| NASH, THOMAS C. | 2008 | 24 | 2.75 | 197.59 |
| GENERAL ATTORNEY | | 25 | 3.00 | 221.15 |
| | 2009 | 02 | 2.00 | 153.33 |
| | | 03 | 1.00 | 76.47 |
| | | 05 | 1.00 | 73.20 |
| | | 06 | 5.00 | 341.15 |
| | | 08 | 1.00 | 79.90 |
| | | 10 | 6.00 | 479.35 |
| | | 11 | 4.00 | 319.61 |
| | | 12 | 3.00 | 239.70 |
| | | 13 | 1.25 | 99.88 |
| | | 14 | 4.25 | 339.55 |
| | | 15 | 3.75 | 299.61 |
| | | 16 | 2.00 | 159.82 |
| | | 17 | 3.25 | 245.79 |
| | | 18 | 13.75 | 1,098.53 |
| | | 19 | 19.25 | 1,537.94 |
| | | 20 | 4.50 | 359.54 |
| | | 21 | 17.00 | 1,358.18 |
| | | | 97.75 | $7,680.29 |
| RAFATI, MOHAMMAD R. | 2008 | 24 | 3.00 | 157.90 |
| ENV PROTECTION SPECIALIST | 2009 | 05 | 1.00 | 52.64 |
| | | 19 | 6.00 | 329.46 |
| | | 21 | 3.00 | 123.96 |

Report Date: 11/18/2009

## Regional Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| RAFATI, MOHAMMAD R. | 2009 | 22 | 6.00 | 329.46 |
|  |  |  | 19.00 | $993.42 |
| RIPLEY, LAURA J. ENVIRONMENTAL SCIENTIST | 2008 | 26 | 0.50 | 32.67 |
|  |  |  | 0.50 | $32.67 |
| TANAKA, JOAN M. ENVIRONMENTAL ENGINEER | 2009 | 22 | 0.50 | 39.15 |
|  |  |  | 0.50 | $39.15 |
| VANDERPOOL, N. LUANNE GEOLOGIST | 2008 | 23 | 6.00 | 352.96 |
|  |  | 24 | 38.00 | 2,575.28 |
|  |  | 25 | 6.00 | 406.63 |
|  |  | 26 | 20.50 | 1,389.27 |
|  | 2009 | 01 | 22.00 | 1,492.13 |
|  |  | 02 | 3.00 | 203.31 |
|  |  | 03 | 3.50 | 237.20 |
|  |  | 04 | 3.00 | 203.32 |
|  |  | 05 | 4.50 | 303.21 |
|  |  | 06 | 7.00 | 452.03 |
|  |  | 08 | 4.00 | 286.10 |
|  |  | 11 | 0.50 | 35.76 |
|  |  | 12 | 3.50 | 250.33 |
|  |  | 13 | 6.00 | 429.12 |
|  |  | 15 | 5.00 | 357.61 |
|  |  | 16 | 23.00 | 1,644.99 |
|  |  | 18 | 0.50 | 35.95 |
|  |  | 19 | 8.00 | 572.18 |
|  |  | 21 | 0.50 | 35.76 |
|  |  |  | 164.50 | $11,263.14 |
| VOGTMAN, PATRICIA ENVIRONMENTAL SCIENTIST | 2008 | 23 | 0.50 | 30.08 |
|  |  | 24 | 0.25 | 15.05 |
|  | 2009 | 02 | 0.25 | 15.05 |
|  |  | 10 | 0.50 | 31.35 |
|  |  | 11 | 0.25 | 15.66 |
|  |  | 12 | 0.25 | 15.66 |
|  |  | 20 | 0.25 | 15.66 |

Report Date: 11/18/2009

## Regional Payroll Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

| Employee Name | Fiscal Year | Pay Period | Payroll Hours | Payroll Costs |
|---|---|---|---|---|
| VOGTMAN, PATRICIA | 2009 | 21 | 0.25 | 15.66 |
|  |  | 22 | 0.25 | 15.66 |
|  |  |  | 2.75 | $169.83 |
| Total Regional Payroll Costs |  |  | 646.50 | $41,999.71 |

Regional Travel Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

| Traveler/Vendor Name | Travel Number | Treasury Schedule | Treasury Schedule Date | Travel Costs |
|---|---|---|---|---|
| CIBULSKIS, KAREN L. ENVIRONMENTAL SCIENTIST | 0OVZ9Q | ACHA08330 | 11/28/2008 | 802.72 |
| | | | | $802.72 |
| JABLONOWSKI, EUGENE A. ENVIRONMENTAL ENGINEER | 0OTSFC | ACHA08260 | 09/18/2008 | 158.00 |
| | | | | $158.00 |
| KRAUSE, PATRICIA A. PUBLIC AFFAIRS SPECIALIST | TM0596583 | · ACHA08235 | 08/26/2008 | 60.00 |
| | | | | $60.00 |
| VANDERPOOL, N. LUANNE GEOLOGIST | 0OW4W1 | ACHA08284 | 10/15/2008 | 708.10 |
| | | | | $708.10 |
| Total Regional Travel Costs | | | | $1,728.82 |

Report Date: 11/18/2009

## Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

### ENFORCEMENT SUPPORT SERVICES (ESS) CONTRACT

| | |
|---|---|
| Contractor Name: | GRB ENVIRONMENTAL SERVICES, INC. |
| EPA Contract Number: | EPW05013 |

| Delivery Order Information | DO # | Start Date | End Date |
|---|---|---|---|
| | 3 | 03/28/2009 | 04/24/2009 |

| | |
|---|---|
| Project Officer(s): | HARTIS, KAREN |
| Dates of Service: | From: 03/28/2009    To: 04/24/2009 |
| Summary of Service: | ENFORCEMENT SUPPORT SERVICES |
| Total Costs: | $44.35 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number and Date | | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| 61-03 | 05/13/2009 | 20,883.16 | R9B28 | 06/17/2009 | 35.52 | 8.83 |
| | | | | Total: | $35.52 | $8.83 |

Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

ENFORCEMENT SUPPORT SERVICES (ESS) CONTRACT

| | |
|---|---|
| Contractor Name: | GRB ENVIRONMENTAL SERVICES, INC. |
| EPA Contract Number: | EPW05013 |

| Delivery Order Information | DO # | Start Date | End Date |
|---|---|---|---|
| | 3 | 03/28/2009 | 04/24/2009 |

| | |
|---|---|
| Project Officer(s): | HARTIS, KAREN |
| Dates of Ser | From: 03/28/2009    To: 04/24/2009 |
| Summary of Service: | ENFORCEMENT SUPPORT SERVICES |
| Total Costs: | $44.35 |

| Voucher | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| 61-03 | R9B28 | Provisional | 0.248476 |

Report Date: 11/18/2009

## Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

### RESPONSE ACTION (RAC) CONTRACT

| | |
|---|---|
| Contractor Name: | CH2M HILL, INC. |
| EPA Contract Number: | EPS50601 |
| Project Officer(s): | VOGTMAN, PATRICIA |
| Dates of Service: | From: 03/15/2006    To: 05/29/2009 |
| Summary of Service: | RESPONSE ACTION CONTRACT-SUBCLASS(REDI) |
| Total Costs: | $87,192.43 |

| Voucher Number | Voucher Date | Voucher Amount | Treasury Schedule Number | and Date | Site Amount | Annual Allocation |
|---|---|---|---|---|---|---|
| A033 | 07/18/2008 | 2,487,503.35 | R8F52 | 08/15/2008 | 7,442.91 | 357.08 |
| A034 | 08/19/2008 | 822,481.37 | R8G47 | 09/18/2008 | 4,668.58 | 223.98 |
| A036 | 09/19/2008 | 2,353,091.79 | R9492 | 10/22/2008 | 12,624.04 | 605.65 |
| A037 | 10/17/2008 | 3,032,847.91 | R9572 | 11/21/2008 | 12,312.59 | 590.71 |
| A038 | 11/19/2008 | 2,435,530.58 | R9666 | 12/23/2008 | 12,292.81 | 589.76 |
| A040 | 12/19/2008 | 2,177,677.98 | R9754 | 01/26/2009 | 13,293.26 | 637.76 |
| A041 | 01/19/2009 | 1,110,808.55 | R9819 | 02/19/2009 | 7,590.15 | 364.15 |
| A042 | 02/19/2009 | 965,614.91 | R9899 | 03/23/2009 | 5,686.32 | 272.81 |
| A043 | 03/19/2009 | 871,178.31 | R9974 | 04/21/2009 | 1,124.35 | 53.94 |
| A044 | 04/17/2009 | 1,365,242.24 | R9A54 | 05/20/2009 | 3,420.35 | 164.09 |
| AO46 | 05/19/2009 | 862,589.58 | R9B42 | 06/19/2009 | 4,285.07 | 205.58 |
| A047Z | 05/29/2009 | -9,419.30 | 09C06 | 07/14/2009 | -2.46 | -0.12 |
| A048X | 05/29/2009 | 23,986.85 | 09C06 | 07/14/2009 | -1,865.04 | -89.48 |
| JVJ2818 | 07/16/2009 | 0.00 | J2818 | 07/16/2009 | -1,359.81 | -65.24 |
| A050 | 06/19/2009 | 2,509,199.57 | R9C32 | 07/20/2009 | 1,685.21 | 80.85 |
| A047ZR | 05/29/2009 | 9,419.30 | 09C48 | 07/27/2009 | 2.46 | 0.12 |
| | | | | Total: | $83,200.79 | $3,991.64 |

## Contract Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

RESPONSE ACTION (RAC) CONTRACT

| | |
|---|---|
| Contractor Name: | CH2M HILL, INC. |
| EPA Contract Number: | EPS50601 |
| Project Officer(s): | VOGTMAN, PATRICIA |
| Dates of Service: | From: 03/15/2006    To: 05/29/2009 |
| Summary of Service: | RESPONSE ACTION CONTRACT-SUBCLASS(REDI) |
| Total Costs: | $87,192.43 |

| Voucher Number | Schedule Number | Rate Type | Annual Allocation Rate |
|---|---|---|---|
| A033 | R8F52 | Class | 0.047976 |
| A034 | R8G47 | Class | 0.047976 |
| A036 | R9492 | Class | 0.047976 |
| A037 | R9572 | Class | 0.047976 |
| A038 | R9666 | Class | 0.047976 |
| A040 | R9754 | Class | 0.047976 |
| A041 | R9819 | Class | 0.047976 |
| A042 | R9899 | Class | 0.047976 |
| A043 | R9974 | Class | 0.047978 |
| A044 | R9A54 | Class | 0.047976 |
| AO46 | R9B42 | Class | 0.047976 |
| A047Z | 09C06 | Class | 0.047976 |
| A048X | 09C06 | Class | 0.047976 |
| JVJ2818 | J2818 | Class | 0.047976 |
| A050 | R9C32 | Class | 0.047976 |
| A047ZR | 09C48 | Class | 0.047976 |

## Contract Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

<u>SUPERFUND COOPERATIVE AGREEMENT (SCA)</u>

State Agency:             OHIO E.P.A.

SCA Number:             V98568703

Project Officer(s):

Dates of Service:        From:                    To:

Summary of Service:

Total Costs:               $3,960.51

| Drawdown Number | Drawdown Date | Drawdown Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| 311334820 | 08/21/2008 | 7,943.31 | 82353997341 | 08/21/2008 | 161.30 |
| 311334820 | 08/28/2008 | 10,551.10 | 82423997341 | 08/28/2008 | 663.30 |
| 311334820 | 09/12/2008 | 9,954.55 | 82613997341 | 09/12/2008 | 370.01 |
| 311334820 | 09/25/2008 | 10,685.01 | 82743997341 | 09/25/2008 | 577.32 |
| 311334820 | 10/21/2008 | 4,832.24 | 92963997341 | 10/21/2008 | 179.83 |
| 311334820 | 11/04/2008 | 16,524.98 | 93103997341 | 11/04/2008 | 1,686.46 |
| 311334820 | 11/14/2008 | 7,898.94 | 93233997341 | 11/14/2008 | 151.66 |
| 311334820 | 03/26/2009 | 12,590.06 | 90893997341 | 03/26/2009 | 20.00 |
| 311334820 | 03/31/2009 | 8,040.30 | 90913997341 | 03/31/2009 | 150.63 |
| | | | | Total: | $3,960.51 |

Report Date: 11/18/2009

## Contract Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

### SUPERFUND COOPERATIVE AGREEMENT (SCA)

| | |
|---|---|
| State Agency: | OHIO EPA |
| SCA Number: | V98568704 |
| Project Officer(s): | |
| Dates of Service: | From:          To: |
| Summary of Service: | |
| Total Costs: | $100.83 |

| Drawdown Number | Drawdown Date | Drawdown Amount | Treasury Schedule Number and Date | | Site Amount |
|---|---|---|---|---|---|
| 311334820CV | 06/26/2009 | 8,209.09 | 91803997341 | 06/26/2009 | 100.83 |
| | | | | Total: | $100.83 |

EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| BARNES, SHEILA | 2008 | 23 | 109.33 | 61.66% | 67.41 |
| | | 24 | 87.47 | 61.66% | 53.93 |
| | | 25 | 153.39 | 61.66% | 94.58 |
| | | | 350.19 | | $215.92 |
| CIBULSKIS, KAREN L. | 2008 | 23 | 566.58 | 61.66% | 349.35 |
| | | 24 | 1,082.23 | 61.66% | 667.30 |
| | | 25 | 1,117.42 | 61.66% | 689.00 |
| | | 26 | 1,133.14 | 61.66% | 698.69 |
| | | 27 | 248.79 | 61.66% | 153.40 |
| | | | 4,148.16 | | $2,557.74 |
| HERRING, MARGARET E. | 2008 | 23 | 2,466.87 | 61.66% | 1,521.07 |
| | | 24 | 98.53 | 61.66% | 60.75 |
| | | 25 | 56.07 | 61.66% | 34.57 |
| | | 26 | 28.04 | 61.66% | 17.29 |
| | | | 2,649.51 | | $1,633.68 |
| JABLONOWSKI, EUGENE A. | 2008 | 23 | 1,602.09 | 61.66% | 987.85 |
| | | 24 | 653.92 | 61.66% | 403.21 |
| | | | 2,256.01 | | $1,391.06 |
| JONES, TERESA | 2008 | 25 | 28.64 | 61.66% | 17.66 |
| | | | 28.64 | | $17.66 |
| KRAUSE, PATRICIA A. | 2008 | 25 | 306.70 | 61.66% | 189.11 |
| | | 26 | 152.83 | 61.66% | 94.23 |
| | | | 459.53 | | $283.34 |

Report Date: 11/18/2009

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B
### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KYTE, LAWRENCE W. | 2008 | 23 | 19.87 | 61.66% | 12.25 |
| | | | 19.87 | | $12.25 |
| | | | | | |
| MARKS, THOMAS C. | 2008 | 24 | 17.48 | 61.66% | 10.78 |
| | | 25 | 70.27 | 61.66% | 43.33 |
| | | 26 | 17.49 | 61.66% | 10.78 |
| | | | 105.24 | | $64.89 |
| | | | | | |
| MAROUF, AFIF A. | 2008 | 23 | 15.62 | 61.66% | 9.63 |
| | | 24 | 249.95 | 61.66% | 154.12 |
| | | 25 | 499.89 | 61.66% | 308.23 |
| | | | 765.46 | | $471.98 |
| | | | | | |
| NASH, THOMAS C. | 2008 | 24 | 197.59 | 61.66% | 121.83 |
| | | 25 | 221.15 | 61.66% | 136.36 |
| | | | 418.74 | | $258.19 |
| | | | | | |
| RAFATI, MOHAMMAD R. | 2008 | 24 | 157.90 | 61.66% | 97.36 |
| | | | 157.90 | | $97.36 |
| | | | | | |
| RIPLEY, LAURA J. | 2008 | 26 | 32.67 | 61.66% | 20.14 |
| | | | 32.67 | | $20.14 |
| | | | | | |
| VANDERPOOL, N. LUANNE | 2008 | 23 | 352.96 | 61.66% | 217.64 |
| | | 24 | 2,575.28 | 61.66% | 1,587.92 |
| | | 25 | 406.63 | 61.66% | 250.73 |
| | | 26 | 1,389.27 | 61.66% | 856.62 |
| | | | 4,724.14 | | $2,912.91 |

## EPA Indirect Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| VOGTMAN, PATRICIA | 2008 | 23 | 30.08 | 61.66% | 18.55 |
| | | 24 | 15.05 | 61.66% | 9.28 |
| | | | 45.13 | | $27.83 |
| Total Fiscal Year 2008 Payroll Direct Costs: | | | 16,161.19 | | $9,964.95 |

### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| JABLONOWSKI, EUGENE A. | 0OTSFC | 09/18/2008 | 158.00 | 61.66% | 97.42 |
| | | | 158.00 | | $97.42 |
| KRAUSE, PATRICIA A. | TM0596583 | 08/26/2008 | 60.00 | 61.66% | 37.00 |
| | | | 60.00 | | $37.00 |
| Total Fiscal Year 2008 Travel Direct Costs: | | | 218.00 | | $134.42 |

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| EPS50601 | A033 | 08/15/2008 | 2,654.43 | 127.35 | 61.66% | 1,715.25 |
| | | | 4,788.48 | 229.73 | 61.66% | 3,094.23 |
| | A034 | 09/18/2008 | 2,403.24 | 115.30 | 61.66% | 1,552.93 |
| | | | 2,265.34 | 108.68 | 61.66% | 1,463.82 |
| | | | 12,111.49 | 581.06 | | $7,826.23 |
| V98568703 | 311334820 | 08/21/2008 | 161.30 | 0.00 | 61.66% | 99.46 |
| | | 08/28/2008 | 663.30 | 0.00 | 61.66% | 408.99 |
| | | 09/12/2008 | 370.01 | 0.00 | 61.66% | 228.15 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| V98568703 | 311334820 | 09/25/2008 | 577.32 | 0.00 | 61.66% | 355.98 |
| | | | 1,771.93 | 0.00 | | $1,092.58 |
| Total Fiscal Year 2008 Other Direct Costs: | | | 13,883.42 | 581.06 | | $8,918.81 |
| Total Fiscal Year 2008: | | | | 30,843.67 | | $19,018.18 |

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| ARRAZOLA, IGNACIO L. | 2009 | 14 | 42.99 | 61.66% | 26.51 |
| | | | 42.99 | | $26.51 |
| BARNES, SHEILA | 2009 | 02 | 87.47 | 61.66% | 53.93 |
| | | 04 | 131.20 | 61.66% | 80.90 |
| | | 05 | 131.20 | 61.66% | 80.90 |
| | | 06 | 38.60 | 61.66% | 23.80 |
| | | | 388.47 | | $239.53 |
| CARVAJAL, GLORIA M. | 2009 | 06 | 176.02 | 61.66% | 108.53 |
| | | 17 | 431.72 | 61.66% | 266.20 |
| | | | 607.74 | | $374.73 |
| CIBULSKIS, KAREN L. | 2009 | 01 | 1,584.05 | 61.66% | 976.73 |
| | | 03 | 450.13 | 61.66% | 277.55 |
| | | 04 | 349.65 | 61.66% | 215.59 |
| | | 05 | 128.62 | 61.66% | 79.31 |
| | | | 144.67 | 61.66% | 89.20 |
| | | 06 | 192.91 | 61.66% | 118.95 |
| | | | 385.81 | 61.66% | 237.89 |

## EPA Indirect Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

## COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| CIBULSKIS, KAREN L. | 2009 | 08 | 34.27 | 61.66% | 21.13 |
| | | | 205.60 | 61.66% | 126.77 |
| | | | 205.59 | 61.66% | 126.77 |
| | | 12 | 51.94 | 61.66% | 32.03 |
| | | 14 | 588.54 | 61.66% | 362.89 |
| | | 16 | 2,085.06 | 61.66% | 1,285.65 |
| | | 17 | 941.64 | 61.66% | 580.62 |
| | | 19 | 201.78 | 61.66% | 124.42 |
| | | 20 | 168.14 | 61.66% | 103.68 |
| | | 21 | 622.17 | 61.66% | 383.63 |
| | | | 134.52 | 61.66% | 82.95 |
| | | | 8,475.09 | | $5,225.76 |
| | | | | | |
| CO, GRACE | 2009 | 04 | 11.26 | 61.66% | 6.94 |
| | | | 11.26 | | $6.94 |
| | | | | | |
| HERRING, MARGARET E. | 2009 | 08 | 58.35 | 61.66% | 35.98 |
| | | 19 | 860.80 | 61.66% | 530.77 |
| | | 20 | 233.43 | 61.66% | 143.93 |
| | | 22 | 14.60 | 61.66% | 9.00 |
| | | | 1,167.18 | | $719.68 |
| | | | | | |
| JABLONOWSKI, EUGENE A. | 2009 | 02 | 65.51 | 61.66% | 40.39 |
| | | | 65.51 | | $40.39 |
| | | | | | |
| JONES, TERESA | 2009 | 13 | 14.59 | 61.66% | 9.00 |
| | | 18 | 14.59 | 61.66% | 9.00 |
| | | 19 | 14.59 | 61.66% | 9.00 |
| | | | 43.77 | | $27.00 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| KRAUSE, PATRICIA A. | 2009 | 01 | 25.50 | 61.66% | 15.72 |
|  |  |  | 25.50 |  | $15.72 |
| KYTE, LAWRENCE W. | 2009 | 10 | 21.01 | 61.66% | 12.95 |
|  |  | 21 | 84.08 | 61.66% | 51.84 |
|  |  |  | 105.09 |  | $64.79 |
| MAHONEY, DENISE | 2009 | 02 | 49.71 | 61.66% | 30.65 |
|  |  |  | 49.71 |  | $30.65 |
| MARKS, THOMAS C. | 2009 | 21 | 18.21 | 61.66% | 11.23 |
|  |  |  | 18.21 |  | $11.23 |
| MURAWSKI, RONALD W. | 2009 | 21 | 38.08 | 61.66% | 23.48 |
|  |  |  | 38.08 |  | $23.48 |
| NASH, THOMAS C. | 2009 | 02 | 153.33 | 61.66% | 94.54 |
|  |  | 03 | 76.47 | 61.66% | 47.15 |
|  |  | 05 | 73.20 | 61.66% | 45.14 |
|  |  | 06 | 341.15 | 61.66% | 210.35 |
|  |  | 08 | 79.90 | 61.66% | 49.27 |
|  |  | 10 | 479.35 | 61.66% | 295.57 |
|  |  | 11 | 319.61 | 61.66% | 197.07 |
|  |  | 12 | 239.70 | 61.66% | 147.80 |
|  |  | 13 | 99.88 | 61.66% | 61.59 |
|  |  | 14 | 339.55 | 61.66% | 209.37 |
|  |  | 15 | 299.61 | 61.66% | 184.74 |
|  |  | 16 | 159.82 | 61.66% | 98.55 |
|  |  | 17 | 245.79 | 61.66% | 151.55 |
|  |  | 18 | 1,098.53 | 61.66% | 677.35 |
|  |  | 19 | 1,537.94 | 61.66% | 948.29 |

EPA Indirect Costs

SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| NASH, THOMAS C. | 2009 | 20 | 359.54 | 61.66% | 221.69 |
| | | 21 | 1,358.18 | 61.66% | 837.45 |
| | | | 7,261.55 | | $4,477.47 |
| | | | | | |
| RAFATI, MOHAMMAD R. | 2009 | 05 | 52.64 | 61.66% | 32.46 |
| | | 19 | 329.46 | 61.66% | 203.15 |
| | | 21 | 123.96 | 61.66% | 76.43 |
| | | 22 | 329.46 | 61.66% | 203.15 |
| | | | 835.52 | | $515.19 |
| | | | | | |
| TANAKA, JOAN M. | 2009 | 22 | 39.15 | 61.66% | 24.14 |
| | | | 39.15 | | $24.14 |
| | | | | | |
| VANDERPOOL, N. LUANNE | 2009 | 01 | 1,492.13 | 61.66% | 920.05 |
| | | 02 | 203.31 | 61.66% | 125.36 |
| | | 03 | 237.20 | 61.66% | 146.26 |
| | | 04 | 203.32 | 61.66% | 125.37 |
| | | 05 | 303.21 | 61.66% | 186.96 |
| | | 06 | 452.03 | 61.66% | 278.72 |
| | | 08 | 286.10 | 61.66% | 176.41 |
| | | 11 | 35.76 | 61.66% | 22.05 |
| | | 12 | 250.33 | 61.66% | 154.35 |
| | | 13 | 429.12 | 61.66% | 264.60 |
| | | 15 | 357.61 | 61.66% | 220.50 |
| | | 16 | 1,644.99 | 61.66% | 1,014.30 |
| | | 18 | 35.95 | 61.66% | 22.17 |
| | | 19 | 572.18 | 61.66% | 352.81 |
| | | 21 | 35.76 | 61.66% | 22.05 |
| | | | 6,539.00 | | $4,031.96 |
| | | | | | |
| VOGTMAN, PATRICIA | 2009 | 02 | 15.05 | 61.66% | 9.28 |
| | | 10 | 31.35 | 61.66% | 19.33 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

#### PAYROLL DIRECT COSTS

| Employee Name | Fiscal Year | Pay Period | Payroll Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| VOGTMAN, PATRICIA | 2009 | 11 | 15.66 | 61.66% | 9.66 |
| | | 12 | 15.66 | 61.66% | 9.66 |
| | | 20 | 15.66 | 61.66% | 9.66 |
| | | 21 | 15.66 | 61.66% | 9.66 |
| | | 22 | 15.66 | 61.66% | 9.66 |
| | | | 124.70 | | $76.91 |

Total Fiscal Year 2009 Payroll Direct Costs: 25,838.52    $15,932.08

#### TRAVEL DIRECT COSTS

| Traveler/Vendor Name | Travel Number | Treasury Schedule Date | Travel Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|
| CIBULSKIS, KAREN L. | 0OVZ9Q | 11/28/2008 | 802.72 | 61.66% | 494.94 |
| | | | 802.72 | | $494.94 |
| VANDERPOOL, N. LUANNE | 0OW4W1 | 10/15/2008 | 708.10 | 61.66% | 436.60 |
| | | | 708.10 | | $436.60 |

Total Fiscal Year 2009 Travel Direct Costs: 1,510.82    $931.54

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| EPS50601 | A036 | 10/22/2008 | 1,529.26 | 73.37 | 61.66% | 988.18 |
| | | | 11,094.78 | 532.28 | 61.66% | 7,169.25 |
| | A037 | 11/21/2008 | 12,044.48 | 577.85 | 61.66% | 7,782.93 |
| | | | 268.11 | 12.86 | 61.66% | 173.25 |
| | A038 | 12/23/2008 | 54.28 | 2.60 | 61.66% | 35.07 |
| | | | 12,238.53 | 587.16 | 61.66% | 7,908.32 |
| | A040 | 01/26/2009 | 13,293.26 | 637.76 | 61.66% | 8,589.87 |

## EPA Indirect Costs

### SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

#### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| EPS50601 | A041 | 02/19/2009 | 7,590.15 | 364.15 | 61.66% | 4,904.62 |
| | A042 | 03/23/2009 | 5,686.32 | 272.81 | 61.66% | 3,674.40 |
| | A043 | 04/21/2009 | 706.00 | 33.87 | 61.66% | 456.20 |
| | | | 418.35 | 20.07 | 61.66% | 270.33 |
| | A044 | 05/20/2009 | 3,420.35 | 164.09 | 61.66% | 2,210.17 |
| | AO46 | 06/19/2009 | 4,285.07 | 205.58 | 61.66% | 2,768.93 |
| | A047Z | 07/14/2009 | -2.46 | -0.12 | 61.66% | -1.59 |
| | A048X | 07/14/2009 | -1,755.60 | -84.23 | 61.66% | -1,134.44 |
| | | | -109.44 | -5.25 | 61.66% | -70.72 |
| | JVJ2818 | 07/16/2009 | -1,229.16 | -58.97 | 61.66% | -794.26 |
| | | | -130.65 | -6.27 | 61.66% | -84.42 |
| | A050 | 07/20/2009 | 1,685.21 | 80.85 | 61.66% | 1,088.95 |
| | A047ZR | 07/27/2009 | 2.46 | 0.12 | 61.66% | 1.59 |
| | | | 71,089.30 | 3,410.58 | | $45,936.63 |
| | | | | | | |
| EPW05013 | 61-03 | 06/17/2009 | 35.52 | 8.83 | 61.66% | 27.35 |
| | | | 35.52 | 8.83 | | $27.35 |
| | | | | | | |
| EPW05052 | 24 | 11/14/2008 | 38.79 | 0.00 | 61.66% | 23.92 |
| | 33 | 07/08/2009 | 231.14 | 0.00 | 61.66% | 142.52 |
| | 34 | 08/06/2009 | 115.82 | 0.00 | 61.66% | 71.41 |
| | | | 385.75 | 0.00 | | $237.85 |
| | | | | | | |
| V98568703 | 311334820 | 10/21/2008 | 179.83 | 0.00 | 61.66% | 110.88 |
| | | 11/04/2008 | 1,686.46 | 0.00 | 61.66% | 1,039.87 |
| | | 11/14/2008 | 151.66 | 0.00 | 61.66% | 93.51 |
| | | 03/26/2009 | 20.00 | 0.00 | 61.66% | 12.33 |
| | | 03/31/2009 | 150.63 | 0.00 | 61.66% | 92.88 |
| | | | 2,188.58 | 0.00 | | $1,349.47 |

EPA Indirect Costs

## SOUTH DAYTON DUMP AND LANDFILL, MORAINE, OH  SITE ID = B5 2B

### COSTS FROM AUGUST 15, 2008 THROUGH AUGUST 14, 2009

### OTHER DIRECT COSTS

| Contract, IAG, SCA, Misc.NO | Voucher Number | Treasury Schedule Date | Site Amount | Annual/SMO Allocation Costs | Ind. Rate (%) | Indirect Costs |
|---|---|---|---|---|---|---|
| V98568704 | 311334820CV | 06/26/2009 | 100.83 | 0.00 | 61.66% | 62.17 |
| | | | 100.83 | 0.00 | | $62.17 |
| Total Fiscal Year 2009 Other Direct Costs: | | | 73,799.98 | 3,419.41 | | $47,613.47 |
| Total Fiscal Year 2009: | | | 104,568.73 | | | $64,477.09 |
| Total EPA Indirect Costs | | | | | | $83,495.27 |