# EXHIBIT D



**CONESTOGA-ROVERS
& ASSOCIATES**

651 Colby Drive, Waterloo, Ontario, Canada N2V 1C2
Telephone: (519) 884-0510    Facsimile: (519) 884-0525
www.CRAworld.com

September 3, 2010                                                    Reference No. 038443

Mr. Ken Brown
Illinois Tool Works Inc.
3600 West Lake Avenue
Glenview, IL    60026

Dear Mr. Brown:

Re:   Trust Account Monthly Statement: As of August 31, 2010
      South Dayton Dump and Landfill Site, Moraine, Ohio

Please find enclosed the Trust Account Monthly Statement for August 2010, prepared as per Item 9 of the Trust Agreement between the Settlors (as defined in the Agreement) and Conestoga-Rovers & Associates (CRA), dated September 11, 2006.

The amount deposited into the balance of the Fund has totaled $3,650,000.00. Since the Fund was opened there have been 56 withdrawals from the account as listed in Table 1 (attached) for $3,571,337.05 plus a bank fee of $89.00. The account has earned $23,392.98 in investment income.

The balance of the Fund as of August 31, 2010 was $104,898.92 as outlined in Table 1 attached.

Should you have any questions on the above, please do not hesitate to contact us.

Yours truly,

CONESTOGA-ROVERS & ASSOCIATES

*Valerie Chan*

Valerie Chan, B.Sc. (Eng)

VC/cb/40
Encl.
cc:    Karen Mignone, Verrill Dana
       Steve Quigley, CRA
       Kevin Aderman, CRA

**ISO 9001**

Worldwide Engineering, Environmental, Construction, and IT Services

TABLE 1

Page 1 of 2

TRUST ACCOUNT MONTHLY STATEMENT
AUGUST 31, 2010
SOUTH DAYTON DUMP AND LANDFILL SITE
MORAINE, OHIO

**Deposit from:**

|  |  |  |  |
|---|---|---|---|
|  |  | $ | 200,000.00 |
|  |  | $ | 950,000.00 |
| Illinois Tool Works |  | $ | 950,000.00 |
|  |  | $ | 600,000.00 |
|  |  | $ | 950,000.00 |
|  |  | $ | 3,650,000.00 |

**Interest income:** $ 23,392.98

**Bank fees:** $ (89.00)

**Payments:**

| Description | Check # | | Amount |
|---|---|---|---|
| Payment to CRA | 1001 | $ | (41,448.45) |
| Payment to CRA | 1002 | $ | (34,263.08) |
| Jim City Salvage, Inc. | 1003 | $ | (1,000.00) |
| Village Park Community, Ltd. | 1004 | $ | (1,000.00) |
| Miami Conservancy District | 1005 | $ | (1,160.00) |
| Payment to CRA | 1006 | $ | (13,314.32) |
| Jim City Salvage, Inc. | 1007 | $ | (1,000.00) |
| Payment to CRA | 1008 | $ | (2,000.00) |
| Payment to CRA | 1009 | $ | (5,721.79) |
| EPA | 1010 | $ | (145,323.00) |
| EPA (STOP PAYMENT) | 1010 | $ | 145,323.00 |
| EPA | 1011 | $ | (139,746.96) |
| Payment to CRA | 1012 | $ | (1,000.00) |
| Miami Conservancy District | 1013 | $ | (260.00) |
| Void | 1014 | | |
| Payment to CRA | 1015 | $ | (8,552.40) |
| Payment to CRA | 1016 | $ | (12,809.22) |
| Payment to CRA | 1017 | $ | (29,014.36) |
| Payment to CRA | 1018 | $ | (67,897.21) |
| Payment to CRA | 1019 | $ | (37,143.33) |
| Payment to CRA | 1020 | $ | (49,893.74) |
| Payment to Village Park Community | 1021 | $ | (500.00) |
| Payment to Jim City Salvage | 1022 | $ | (1,000.00) |
| Void | 1023 | | |
| Void | 1024 | | |
| Payment to CRA | 1025 | $ | (157,840.86) |
| Payment to CRA | 1026 | $ | (399,122.05) |
| Payment to Miami Conservancy | 1027 | $ | (260.00) |
| Payment to CRA | 1028 | $ | (164,019.20) |
| Payment to CRA | 1029 | $ | (249,528.05) |
| Payment to CRA | 1030 | $ | (438,425.16) |
| Payment to CRA | 1031 | $ | (245,662.30) |
| Payment to CRA | 1032 | $ | (58,113.75) |
| Payment to CRA | 1033 | $ | (16,105.30) |
| Payment to CRA | 1034 | $ | (22,525.33) |

TABLE 1

Page 2 of 2

TRUST ACCOUNT MONTHLY STATEMENT
AUGUST 31, 2010
SOUTH DAYTON DUMP AND LANDFILL SITE
MORAINE, OHIO

Payments (Continued):

| | | | |
|---|---|---|---|
| Payment to Walter & Haverfield | 1035 | $ | (11,063.60) |
| Payment to CRA | 1036 | $ | (58,509.35) |
| Payment to Walter & Haverfield | 1037 | $ | (4,661.90) |
| Payment to CRA | 1038 | $ | (122,440.88) |
| Payment to Walter & Haverfield | 1039 | $ | (999.00) |
| Payment to CRA | 1040 | $ | (55,773.73) |
| Payment to Walter & Haverfield | 1041 | $ | (2,236.50) |
| Payment to Pepe & Hazard | 1042 | $ | (621.00) |
| Payment to EPA | 1043 | $ | (205,346.16) |
| Payment to CRA | 1044 | $ | (94,768.33) |
| Payment to Walter & Haverfield | 1045 | $ | (6,135.25) |
| Payment to Pepe & Hazard | 1046 | $ | (2,415.00) |
| Payment to CRA | 1047 | $ | (32,534.14) |
| Payment to Miami Conservancy | 1048 | $ | (260.00) |
| Payment to CRA | 1049 | $ | (62,207.79) |
| Payment to Pepe & Hazard | 1050 | $ | (772.50) |
| Payment to CRA | 1051 | $ | (167,030.74) |
| Payment to Miami Conservancy | 1052 | $ | (320.00) |
| Payment to CRA | 1053 | $ | (142,553.15) |
| Payment to CRA | 1054 | $ | (120,256.55) |
| Payment to Walter & Haverfield | 1055 | $ | (1,710.00) |
| Payment to Ken Brown | 1056 | $ | (233.00) |
| Payment to CRA | 1057 | $ | (267,133.42) |
| Payment to Walter & Haverfield | 1058 | $ | (11,028.20) |
| | | $ | (3,571,337.05) |
| Refund from Government | | $ | 2,931.99 |
| Balance as of August 31, 2010 | | $ | 104,898.92 |