Timothy T. Brock, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Co-Counsel with:*
Patricia L. Beaty, Esq. (*pro hac vice* admission pending)
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees*
*Association Benefit Trust VEBA Committee*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al*., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Patricia L. Beaty, a member in good standing of the bar of the state of Indiana, and the United States District Court for the Northern and Southern Districts of Indiana, request admission to practice *pro hac vice,* before this Honorable Court, to represent the Delphi Salaried Retirees Association Benefit Trust VEBA Committee in the above-referenced case.

My mailing and email address are:

Patricia L. Beaty, Esq.
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
Email: pbeaty@kdlegal.com

1

814901_1

I agree to pay the $25 fee upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated: September 21, 2010
       New York, New York

 /s/ Patricia L. Beaty                       
Patricia L. Beaty, Esq.

2