Timothy T. Brock, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Co-Counsel with:*
Patricia L. Beaty, Esq. (*pro hac vice* admission pending)
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees*
*Association Benefit Trust VEBA Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2010, I sent the following two documents by email to the DPH Holdings Corp. Post-Emergence Master Service List and Post-Emergence 2002 List, as available on the website maintained by Kurtzman Carson Consultants at http://www.dphholdingsdocket.com/dph

- The "Motion of the VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust Pursuant to 11 U.S.C. § 105 and the Salaried OPEB Settlement Order to (i) Compel the Official Committee of Eligible Salaried Retirees to File Its Final Report with the Court Pursuant to the Terms of the Salaried OPEB Settlement Order; and, (ii) to Direct the Office of the United States Trustee to Disband the Official Committee of Eligible Salaried Retirees," [ECF Docket No. 20462], and

- The "Notice of Hearing on Motion of the VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust Pursuant to 11 U.S.C. § 105 and the Salaried OPEB Settlement Order to (i) Compel the Official Committee of Eligible Salaried Retirees to File Its Final Report with the Court Pursuant to the Terms of the Salaried OPEB Settlement Order; and, (ii)

814977_1

to Direct the Office of the United States Trustee to Disband the Official Committee of Eligible Salaried Retirees," [ECF Docket No. 20463].

Dated: New York, New York
September 22, 2010

    /s/ Abigail Snow
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200