Timothy T. Brock, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Co-Counsel with:*
Patricia L. Beaty, Esq. (*pro hac vice* admission pending)
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees*
*Association Benefit Trust VEBA Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2010, I caused to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the parties registered for electronic service via the Court's electronic transmission facilities, the following documents:

- The "Limited Objection of the VEBA Committee for the Delphi Salaried Retirees Association Benefit Trust to the Final Report of the Official Committee of Retired Salaried Employees Pursuant to 11 U.S.C. § 1114(d)," [ECF Docket No. 20605], and

- The "Motion for Admission to Practice, *Pro Hac Vice*," of Patricia L. Beaty, Esq., [ECF Docket No. 20612].

      And, I hereby further certify that on September 22, 2010, I sent the aforementioned document by email to:

        Neil A. Goteiner, at ngoteiner@fbm.com
        Dean M. Gloster, at dglosger@fbm.com

815054_1

        Farella Braun + Martel LLP
        Counsel for Official Committee of Eligible Salaried Retirees

        John Wm. Butler, Jr. at [jack.butler@skadden.com](mailto:jack.butler@skadden.com)
        Skadden, Arps, Slate, Meagher & Flom LLP
        Counsel to the Reorganized Debtors

Dated: New York, New York
       September 22, 2010

                              /s/ Abigail Snow
                            Abigail Snow, Esq.
                            SATTERLEE STEPHENS BURKE & BURKE LLP
                            230 Park Avenue, Suite 1130
                            New York, New York 10169
                            (212) 818-9200