Neil A. Goteiner (NG 1644)  
Dean M. Gloster, *Pro Hac Vice*  
FARELLA BRAUN + MARTEL LLP  
235 Montgomery Street, 17th Floor  
San Francisco, CA  94104  
Telephone:  (415) 954-4400  
Facsimile:  (415) 954-4480  

Hearing Date:  September 24, 2010 at 10:00 a.m.

Attorneys for OFFICIAL COMMITTEE OF  
ELIGIBLE SALARIED RETIREES

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x  
                                                :  
    In re:                              :  
                                               :  
DPH HOLDINGS CORP., et al.,    :  
                                               :  
          Reorganized Debtors.    :  
----------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

Documents Served:    **REPLY IN SUPPORT OF FINAL REPORT AND REQUEST FOR INSTRUCTIONS BY OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES;**

**DECLARATION OF DEAN M. GLOSTER IN SUPPORT OF REPLY IN SUPPORT OF FINAL REPORT AND REQUEST FOR INSTRUCTIONS BY OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the documents listed above was served by facsimile on September 22, 2010, to the parties listed below:

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.
Facsimile: (312) 407-0411

Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York 10169
Attn: Timothy T. Brock; Abigail Snow
Facsimile: (212) 818-9606
    and
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
Attn: Patricia L. Beaty
Facsimile: (317) 636-1507

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard
Facsimile: (212) 668-2255


I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on September 22, 2010, at San Francisco, California.

                                                      /s/ Greg George
                                                      Greg George