**Hearing Date: September 24, 2010**
                                                   **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
  In re                                                :   Chapter 11
                                                      :
DPH HOLDINGS CORP., et al.,            :   Case No. 05-44481 (RDD)
                                                      :
                     Reorganized Debtors.  :   (Jointly Administered)
                                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FIFTY-NINTH OMNIBUS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New
                                     York, 300 Quarropas Street, Room 118, White Plains, New York
                                     10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fifty-Ninth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matter)

    D.    Contested Matters (1 Matter)

    E.    Substantial Contributions Applications (None)

    F.    Adversary Proceedings (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**∗

    1.    **"Wiegel Tool Works, Inc."** - Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20484)

    *Responses filed:*    *None.*

    *Replies filed:*    *None.*

    *Related filings:*    *Notice Of Motion By Wiegel Tool Works, Inc. For Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60(B) And Fed R. Bankr. P. 9024 (Docket No. 20483)*

    *Notice Of Adjournment Of Hearing (Docket No. 20543)*

    *Status:*    *The hearing with respect to this matter has been adjourned to the October 21, 2010 omnibus hearing pursuant to the Notice Of Adjournment Of Hearing (Docket No. 20543).*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

    2.  **"Motion To Close Chapter 11 Cases Of 20 Filing Debtors"** - Motion For Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of 20 Filing Debtors (Docket No. 20572)

| | |
|---|---|
| *Responses filed:* | None. |
| *Replies filed:* | None. |
| *Related filings:* | None. |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**D.    Contested Matters**

    3.  **"VEBA Committee Motion for Order"** - Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20462)

| | |
|---|---|
| *Responses filed:* | *Reorganized Debtors' Objection To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees ("Reorganized Debtors' Objection To VEBA Committee Motion") (Docket No. 20525)* |
| | *Opposition By Official Committee Of Eligible Salaried Retirees To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court And (II) To Direct The Office Of The United States Trustee To Disband The Official* |

3

|  |  |
|---|---|
|  | *Committee Of Eligible Salaried Retirees (Docket No. 20529)* |
|  | *Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20605)* |
| *Replies filed:* | *Reply in Support of Final Report and Request for Instructions by Official Committee of Eligible Salaried Retirees (Docket No. 20620)* |
| *Related filings:* | *Notice Of Hearing On Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20463)* |
|  | *Notice of Adjourned Hearing (Docket No. 20501)* |
|  | *Notice Of Hearing Regarding Final Report Of The Official Committee Of Retired Salaried Employess Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20526)* |
|  | *Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20527)* |
|  | *Notice Of Adjourned Hearing (Docket No. 20550)* |
|  | *Objection Of William P. Gifford (Docket No. 20563)* |
|  | *Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(D) And Request For Instructions (Docket No. 20617)* |
|  | *Declaration Of Dean M. Gloster In Support Of Reply In Support Of Final Report And Request For* |

        *Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20622)*

        *Objection Of James R. Frost (Undocketed)*

        *Objection Of John C. Norris (Undocketed)*

        *Objection Of Richard A. Davis (Undocketed)*

        *Objection Of Delphi Salaried Retirees Association Board Of Directors (Undocketed)*

        *Objection Of Paul J. Dobosz (Undocketed)*

   *Status:*   *The hearing with respect to this matter will be proceeding.*

**E.**   **Substantial Contribution And Other Applications For Reimbursement Of Professional Fees And Expense**

   *None.*

**F.**   **Adversary Proceedings**

   *None.*

Dated: New York, New York
September 23, 2010

                        SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors