**Hearing Date: September 24, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED THIRTY-SEVENTH CLAIMS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirty-Seventh Claims Hearing Agenda:

 A. Introduction

 B. Continued Or Adjourned Matters (1 Matter)

 C. Uncontested, Agreed, Or Settled Matters (2 Matters)

 D. Contested Matters (14 Matters)

**A. Introduction**

**B. Continued Or Adjourned Matters**

 1. **"Claim Objection Hearing Regarding Claims of Heraeus Entites"** - Claims Objection Hearing Regarding Claims of Heraeus Entities as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses filed:* | *Heraeus' Response To The Debtors' Second Omnibus Objection To Claims And Third Omnibus Objection To Claims (Docket No. 5652)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20554)* |
| *Related filings:* | *Notice Of Transfer Of Claim Other Than For Security (Docket No. 7901)* |
| | *Notice Of Transfer Of Claim Other Than For Security (Docket No. 7986)* |

*Amended Notice Of Transfer Of Claim Other Than For Security (Docket No. 10816)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20232)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20246)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20268)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20600)*

*Proofs Of Claim Numbers 10123 and 10393*

*Status:*   *The hearing with respect to this matter is adjourned pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20600).*

## C.    Uncontested, Agreed, Or Settled Matters

2.    **"Motion For Leave To File Late Claim – Best Foam" -** Notice Of Deadline To File Motion For Leave To File Late Claim With Respect To Late Claim Filed By Best Foam Fabricators, Inc. (Proof Of Claim No. 16550) (Docket No. 20513)

*Responses filed:*   *Response Of Best Foam Fabricators, Inc. To Debtors' Thirteenth Omnibus Claims Objection (Docket No. 8027)*

*Replies filed:*   *Debtors' Omnibus Reply In Support Of Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification*

3

> *And Reclamation Agreement With Respect To Claims Listed On Exhibits E-1 And E-2 (Docket No. 8398)*

|  |  |
|---|---|
| *Related filings:* | *None.* |
| *Status:* | *This matter is resolved pursuant to Best Foam Fabricators, Inc. failure to file a Motion For Leave To File Late Claim With Respect To Late Claim.* |

3.   **"Claim Objection Hearing Regarding Claim of Steven D. Streeter"** – Claim Objection Hearing Regarding Claim of Steven D. Streeter as Objected to on Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

|  |  |
|---|---|
| *Responses filed:* | *Letter By Steven D. Streeter Re: Response To Thirty-Fifth Omnibus Claims Objection To Claim No. 12251 (Docket No. 19326)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)* |
|  | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 12251 (Steven Streeter) (Docket No. 20557)* |
|  | *Reorganized Debtors' Corrected Supplemental Reply With Respect To Proof Of Claim No. 12251 (Steven Streeter) (Docket No. 20565)* |
| *Related filings:* | *Notice Of Filing Of Exhibit H To Revised Proposed Order Attached As Exhibit B To Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Claims Objection (Docket No. 18930)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (A) Proofs Of Claim Nos. 15584, 15586, 15587, And 15595 Asserted By Hyundai Motor Company And Proofs Of Claim Nos. 15588, 15590, 15591, 15592, 15593, And 15594 Asserted By Hyundai Motor America, (B) Proof Of Claim No. 5408 Filed By Gary L. Cook,* |

4

*(C) Proof Of Claim No. 7269 Filed By Bobbie L. Burns, (D) Proof Of Claim No. 9396 Filed By Joan C. Lyons On Behalf Of David Lyons, (E) Proofs Of Claim Nos. 10835 And 10836 Filed By Dennis Dashkovitz, (F) Proof Of Claim No. 12251 Filed By Steven D. Streeter, (G) Proof Of Claim No. 15525 Filed By Johnson Controls, Inc. – Battery Group, And (H) Proof Of Claim No. 16591 Filed By Bradley A. And Barbara R. Bennett (Docket No. 19163)*

*Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 12251 (Steven D. Streeter) (Docket No. 20457)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 12251 (Steven D. Streeter) (Docket No. 20477)*

*Joint Stipulation And Agreed Order Between Reorganized Debtors And Steven D. Streeter Compromising And Allowing Proof Of Claim Number 12251 (Docket No. 20574)*

*Proof Of Claim Number 12251*

*Status:*  *This matter has been settled pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Steven D. Streeter Compromising And Allowing Proof Of Claim Number 12251 (Docket No. 20574).*

4.    **"Sufficiency Hearing Regarding Claims of Sensus Precision Die Casting Inc."** – Sufficiency Hearing Regarding Claim Numbers 19797, 19798, 19799, 19800 and 19802 of Sensus Precision Die Casting Inc as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E)

5

Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Response Of Sensus Precision Die Casting, Inc. To The Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19515)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| | *Reorganized Debtors' Supplemental Reply To Response Of Sensus Precision Die Casting, Inc. To Reorganized Debtors' Objections To Proofs Of Administrative Expense Claim Numbers 19797, 19798, 19799,19800, And 19802 (Docket No. 20594)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10504, 10686, 11045, 11981, 11982, 11984, 11986, 11987, And 11990 And Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19797, 19798, 19799, 19800, And 19802 (Docket No. 20552)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Sensus Precision Die Casting Inc. Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 119797, 19798, 19799,19800, And 19802 (Docket No. 20609)* |
| | *Proofs Of Administrative Expense Claim Numbers 19797, 19798, 19799, 19800, 19801, and 19802* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors* |

*And Sensus Precision Die Casting Inc. Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 119797, 19798, 19799,19800, And 19802 (Docket No. 20609)*

**D.    Contested Matters**

5.    **"Claim Objection Hearing Regarding Claim of Dennis Dashkovitz"** – Claim Objection Hearing Regarding Claim of Dennis Dashkovitz as Objected to on Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

*Responses filed:*    *Letter Response And Objection To Thirty-Fifth Omnibus Objection To Claim (Docket No. 18900)*

*Replies filed:*    *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)*

*Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 10835 (Dennis Dashkovitz) (Docket No. 20555)*

*Related filings:*    *Notice Of Filing Of Exhibit H To Revised Proposed Order Attached As Exhibit B To Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Claims Objection (Docket No. 18930)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (A) Proofs Of Claim Nos. 15584, 15586, 15587, And 15595 Asserted By Hyundai Motor Company And Proofs Of Claim Nos. 15588, 15590, 15591, 15592, 15593, And 15594 Asserted By Hyundai Motor America, (B) Proof Of Claim No. 5408 Filed By Gary L. Cook, (C) Proof Of Claim No. 7269 Filed By Bobbie L. Burns, (D) Proof Of Claim No. 9396 Filed By Joan C. Lyons On Behalf Of David Lyons, (E) Proofs Of Claim Nos. 10835 And 10836 Filed By Dennis Dashkovitz, (F) Proof Of Claim No. 12251 Filed By Steven D. Streeter, (G) Proof Of Claim No. 15525 Filed By Johnson Controls, Inc. – Battery Group, And (H)*

*Proof Of Claim No. 16591 Filed By Bradley A. And Barbara R. Bennett (Docket No. 19163)*

*Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 10835 (Dennis Dashkovitz) (Docket No. 20455)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 10835 (Dennis Dashkovitz) (Docket No. 20473)*

*Proof Of Claim Number 10835*

*Status:*           *The hearing with respect to this matter will be proceeding.*

6.    **"Claim Objection Hearing Regarding Claim of David Lyons"** – Claim Objection Hearing Regarding Claim of David Lyons as Objected to on Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826)

*Responses filed:*           *Letter By Joan C. Lyons Re: Objection To Decision To Disallow Claim No. 9396 (Docket No. 18914)*

*Letter By Joan C. Lyons Re: Objection To Thirty-Fifth Omnibus Claims Objection (Docket No. 18915)*

*Replies filed:*           *Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual*

*Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18927)*

*Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 9396 (David Lyons) (Docket No. 20556)*

*Reorganized Debtors' Corrected Supplemental Reply With Respect To Proof Of Claim No. 9396 (David Lyons) (Docket No. 20564)*

*Related filings:*    *Notice Of Filing Of Exhibit H To Revised Proposed Order Attached As Exhibit B To Debtors' Omnibus Reply In Support Of Thirty-Fifth Omnibus Claims Objection (Docket No. 18930)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (A) Proofs Of Claim Nos. 15584, 15586, 15587, And 15595 Asserted By Hyundai Motor Company And Proofs Of Claim Nos. 15588, 15590, 15591, 15592, 15593, And 15594 Asserted By Hyundai Motor America, (B) Proof Of Claim No. 5408 Filed By Gary L. Cook, (C) Proof Of Claim No. 7269 Filed By Bobbie L. Burns, (D) Proof Of Claim No. 9396 Filed By Joan C. Lyons On Behalf Of David Lyons, (E) Proofs Of Claim Nos. 10835 And 10836 Filed By Dennis Dashkovitz, (F) Proof Of Claim No. 12251 Filed By Steven D. Streeter, (G) Proof Of Claim No. 15525 Filed By Johnson Controls, Inc. – Battery Group, And (H) Proof Of Claim No. 16591 Filed By Bradley A. And Barbara R. Bennett (Docket No. 19163)*

*Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

*Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 9396 (David Lyons) (Docket No. 20456)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 9396 (David Lyons) (Docket No. 20474)*

*Proof Of Claim Number 9396*

Status:                 *The hearing with respect to this matter will be proceeding.*

7.  **"Claim Objection Hearing Regarding Claim of Robert Stasik"** – Claim Objection Hearing Regarding Claim of Robert Stasik as Objected to on Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19044)

Responses filed:        *Response To Omnibus Objection To Claims (19150)*

Replies filed:          *Reorganized Debtors' Omnibus Reply In Support Of Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19167)*

                        *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 7658 (Robert Stasik) (Docket No. 20558)*

Related filings:        *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

                        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

                        *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim Number 7658 (Robert Stasik) (Docket No. 20458)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 7658 (Robert Stasik) (Docket No. 20476)*

*Proof Of Claim Number 7658*

Status:               *The hearing with respect to this matter will be proceeding.*

8.     **"Claim Objection Hearing Regarding Claim of Terry L. Roe"** – Claim Objection Hearing Regarding Claim of Terry L. Roe as Objected to on Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

Responses filed:     *Response To Objection To Claim Of Terry Roe (Docket No. 19883)*

                     *Response To Objection To Claim Of Terry Roe (Docket No. 19916)*

                     *Response To Objection To Claim Of Terry Roe (Docket No. 19927)*

Replies filed:       *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

*Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim No. 19601 (Terry L. Roe) (Docket No. 20559)*

Related filings:    *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Numbers 2578, 7269, 7658, 9396, 10835, 10836, 11631, And 12251 And Proofs Of Administrative Expense Claim Numbers 17351, 17760, 18332, 18422, 18513, 18658, 18727, 19080, 19565, 19568, 19601, And 19810 (Docket No. 20214)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To (I) Proofs Of Claim Numbers 7269, 7658, 9396, 10835, And 12251 And (II) Proof Of Administrative Expense Claim Number 19601 (Docket No. 20255)*

*Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19601 (Terry L. Roe) (Docket No. 20460)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19601 (Terry L. Roe) (Docket No. 20475)*

*Proof Of Administrative Expense Claim Number 19601*

Status:    *The hearing with respect to this matter will be proceeding.*

9.    **"Claim Objection Hearing Regarding Claim of Brian Lee Penley"** – Claim Objection Hearing Regarding Claim of Brian Lee Penley as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:    *Response Of Brian Lee Penley To Third Omnibus Objection To Claim (5932)*

Replies filed:    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And*

12

*Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 350 (Brian Lee Penley) (Docket No. 20560)*

Related filings:    *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 350 (Brian Lee Penley) (Docket No. 20453)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 350 (Brian Lee Penley) (Docket No. 20479)*

*Letter From Brian Lee Penley To The Honorable Robert D. Drain (Docket No. 20503)*

*Letter From Brian Lee Penley To The Honorable Judge Of The United States Bankruptcy Court Of The Southern District Of New York (undocketed)*

*Letter From Brian Lee Penley To The Honorable Judge Of The United States Bankruptcy Court Of The Southern District Of New York Regarding The Witness Statement Of Larry Joe Earle (undocketed)*

*Proof Of Claim Number 350*

Status:    *The hearing with respect to this matter will be proceeding.*

10. **"Sufficiency Hearing Regarding Claims of James A. Luecke"** - Sufficiency Hearing Regarding Claims of James A. Luecke as Objected to on Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books and Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit and OPEB Claims, and (VII) Duplicate Claims (Docket No. 18984) and Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19423)

Responses filed:    *Creditors' Response To Administrative Claim [#17081] Objection (Docket No. 19007)*

*James A. Luecke's Response To Forty-Fifth Omnibus Claims Objection (Docket No. 19707)*

**Replies filed:**    *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Pre-Petition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

*Reorganized Debtors' Omnibus Reply In Support Of Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19698)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925 Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski, Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative Expense Claim Number 20017 Filed By Andrew C. Gregos, And Administrative Expense Claim Number 20054 Filed By Robyn R. Budd (Docket No. 19809)*

*Reorganized Debtors' Supplemental Reply To Responses To Debtors' Objections To Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke (Docket No. 20002)*

*Reorganized Debtors' Second Supplemental Reply to Responses to Debtors' Objections to Administrative Expense Claim Numbers 17081 and 18049 Filed by James A. Luecke (Docket No. 20595)*

**Related filings:**    *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claim Numbers 5268, 13270, 13838,*

14

*13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017, And 20054 (Docket No. 19735)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing (Docket No. 19817)*

*Notice Of Adjournment Of Sufficiency Hearing With Respect to Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 17081 And 18049 (Docket No. 20421)*

*Proofs Of Administrative Expense Claim Numbers 17081 and 18049*

Status:          *The hearing with respect to this matter will be proceeding.*

11.    **"Claim Objection Hearing Regarding Claim of Randy D. Austin"** – Claim Objection Hearing Regarding Claim of Randy D. Austin as Objected to on Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19423)

*Responses filed:*      *Response Of Randy D. Austin To Objection To Claim No. 17730 (Docket No. 19651)*

*Response Of Randy D. Austin To Objection To Claim No. 17730 (Docket No. 20213)*

*Response Of Randy D. Austin To Objection To Claim No. 17730 (undocketed)*

*Replies filed:*      *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19698)*

*Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 17330 (Randy D. Austin) (Docket No. 20553)*

*Reorganized Debtors' Second Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 17330 (Randy D. Austin) (Docket No. 20610)*

Related filings:    *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Administrative Expense Claim Number 17330 (Docket No. 19939)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 17330 (Randy D. Austin) (Docket No. 19969)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Administrative Expense Claim Number 17330 Filed By Randy D. Austin (Docket No. 20204)*

*Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 17330 (Randy D. Austin) (Docket No. 20454)*

*Reorganized Debtors' Amended And Restated Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 17330 (Randy D. Austin ) (Docket No. 20478)*

*Proof Of Administrative Expense Claim Number 17330*

Status:    *The hearing with respect to this matter will be proceeding.*

12.    **"Sufficiency Hearing Regarding Claims of Illinois Tool Works Inc. and ITW Food Equipment Group LLC"** - Sufficiency Hearing Regarding Claims of Illinois Tool Works Inc. and ITW Food Equipment Group LLC as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:    *Response Of Creditors: (I) Illinois Tool Works Inc.; (II) Illinois Tool Works For Hobart Brothers Co.; (III) Hobart Brothers Company, (IV) ITW Food Equipment Group LLC; And (V) Tri-Mark, Inc. In Opposition To Debtors' Third Omnibus Objection To Certain Claims (Docket No. 5617)*

16

*Supplemental Brief Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC In Support Of Claim Nos. 11983, 11985, 11988 And 11989 (Docket No. 19893)*

*ITW's Reply To The Reorganized Debtors' Response To The Supplemental Brief Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC In Support Of Claim Nos. 11983, 11985, 11988, And 11989 (Docket No. 20608)*

*Replies filed:*  *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. Section 502(C) (Docket No. 5944)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 11983, 11985, 11988, And 11989 Filed By Illinois Tool Works Inc. And ITW Food Equipment Group LLC (Docket No. 19603)*

*Reorganized Debtors' Response To The Supplemental Brief Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC In Support Of Claim Nos. 11983, 11985, 11988, And 11989 (Docket No. 20520)*

*Reorganized Debtors' Response To ITW's Reply To The Reorganized Debtors' Response To The Supplemental Brief Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC In Support Of Claim Nos. 11983, 11985, 11988, And 11989 (Docket No. 20614)*

*Related filings:*  *Notice Of Sufficiency Hearing With Respect To Debtors' Objections To Proofs Of Claims Nos. 6991, 7054, 9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989, 12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825, 14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, And 19545 (Docket No. 19504)*

*Expedited Motion Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC For: (I) An Extension Of Time To File A Supplemental Response To Reorganized Debtors'*

17

*Supplemental Reply: And (II) A Continuance Of The Hearing
Scheduled For March 18, 2010 (Docket No. 19672)*

*Order On Expedited Motion Of Illinois Tool Works Inc. And
ITW Food Equipment Group LLC For (I) An Extension Of
Time To File A Supplemental Response To Reorganized
Debtors' Supplemental Reply: And (II) A Continuance Of The
Hearing Scheduled For March 18, 2010 (Docket No. 19684)*

*Notice Of Rescheduling Of Thirty-Second Claims Hearing
(Docket No. 19817)*

*Notice Of Adjournment Of Sufficiency Hearing With Respect
To Debtors' Objection To Proofs Of Claim Numbers 11983,
11985, 11988, And 11989 (Docket No. 20420)*

*Proofs Of Claim Numbers 11983, 11985, 11988 and 11989*

Status:              *The hearing with respect to this matter will be proceeding.*

13.    **"Sufficiency Hearing Regarding Claims of Hobart Brothers Company"** –
Sufficiency Hearing Regarding Claim Numbers 11981, 11982, 11986 and 11987 of
Hobart Brothers Company as Objected to on Debtors' (I) Third Omnibus Objection
(Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain
(A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By
Debtors' Books And Records, And (C) Claims Subject To Modification And (II)
Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. §
502(c) (Docket No. 5452)

Responses filed:    *Response Of Creditors: (I) Illinois Tool Works Inc.; (II)
Illinois Tool Works For Hobart Brothers Co., (III) Hobart
Brothers Company, (IV) ITW Food Equipment Group LLC
And (V) Tri-Mark, Inc. In Opposition To Debtors'
Third Omnibus Objection To Certain Claims (Docket No. 5617)*

Replies filed:      *Debtors' Omnibus Reply In Support Of Debtors' (I) Third
Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims
With Insufficient Documentation, (B) Claims Unsubstantiated
By Debtors' Books And Records, And (C) Claims Subject To
Modification And (II) Motion To Estimate Contingent And
Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket
No. 5944)*

*Reorganized Debtors' Supplemental Reply To Responses Of
Certain Claimants To Debtors' Objections To Proofs Of
Claim Nos. 10504, 10686, 11045, 11981, 11982, 11984,
11986, 11987, And 11990 (Docket No. 20592)*

18

|  |  |
|---|---|
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10504, 10686, 11045, 11981, 11982, 11984, 11986, 11987, And 11990 And Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19797, 19798, 19799, 19800, And 19802 (Docket No. 20552)* |
|  | *Notice Of Withdrawal Of Proofs Of Claim (Docket No. 20607)* |
|  | *Proofs Of Claim Numbers 11981, 11982, 11986 and 11987* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

14. **"Sufficiency Hearing Regarding Claim of Mad River Transportation Inc."** – Sufficiency Hearing Regarding Claim Number 11045 of Mad River Transportation Inc as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

|  |  |
|---|---|
| *Responses filed:* | *Response Of Claimant Mad River Transportation, Inc. To Notice Of Objection To Claim As Set Forth In The Debtor's Third Omnibus Objection (Docket No. 5820)* |
|  | *Supplemental Brief Of Claimants Peerless Transportation Company And Mad River Transportation, Inc. In Support Of Claim Nos. 10686 And 11045 (Docket No. 20616)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
|  | *Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 10504, 10686, 11045, 11981, 11982, 11984, 11986, 11987, And 11990 (Docket No. 20592)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10504, 10686, 11045, 11981, 11982, 11984, 11986, 11987, And 11990 And* |

19

*Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19797, 19798, 19799, 19800, And 19802 (Docket No. 20552)*

*Supplemental Brief Of Claimants Peerless Transportation Company And Mad River Transportation, Inc. In Support Of Claim Nos. 10686 And 11045 (Docket No. 20616)*

*Proof Of Claim Number 11045*

Status:              *The hearing with respect to this matter will be proceeding.*

15.    **"Sufficiency Hearing Regarding Claims of Peerless Transportation Company "** – Sufficiency Hearing Regarding Claim Number 10686 of Peerless Transportation Company as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

Responses filed:     *Response Of Claimant Peerless Transportation Company To Notice Of Objection To Claim As Set Forth In The Debtor's Third Omnibus Objection (Docket No. 5819)*

*Supplemental Brief Of Claimants Peerless Transportation Company And Mad River Transportation, Inc. In Support Of Claim Nos. 10686 And 11045 (Docket No. 20616)*

Replies filed:       *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Reorganized Debtors' Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 10504, 10686, 11045, 11981, 11982, 11984, 11986, 11987, And 11990 (Docket No. 20592)*

Related filings:     *Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10504, 10686, 11045, 11981, 11982, 11984, 11986, 11987, And 11990 And Reorganized Debtors' Objection To Proofs Of Administrative*

20

*Expense Claim Numbers 19797, 19798, 19799, 19800, And
19802 (Docket No. 20552)*

*Proof Of Claim Number 10686*

Status:                  *The hearing with respect to this matter will be proceeding.*

16.   **"Sufficiency Hearing Regarding Claims of Tremont City Barrel Fill PRP
      Group"** – Sufficiency Hearing Regarding Claim Number 10504 of Tremont City
      Barrel Fill PRP Group as Objected to on Debtors' (I) Third Omnibus Objection
      (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain
      (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By
      Debtors' Books And Records, And (C) Claims Subject To Modification And (II)
      Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. §
      502(c) (Docket No. 5452)

      Responses filed:         *Tremont City Barrel Fill PRP Group's Response in
                               Opposition to Debtors' (I) Third Omnibus Objection
                               (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R.
                               Bankr. P. 3007 To Certain (A) Claims With Insufficient
                               Documentation, (B) Claims Unsubstantiated By Debtors'
                               Books And Records, And (C) Claims Subject To Modification
                               And (II) Motion To Estimate Contingent And Unliquidated
                               Claims Pursuant To 11 U.S.C. § 502(c) And To The Extent
                               Necessary Request To Amend Claim  (Docket No. 5797)*

      Replies filed:           *Debtors' Omnibus Reply In Support Of Debtors' (I) Third
                               Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
                               502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims
                               With Insufficient Documentation, (B) Claims Unsubstantiated
                               By Debtors' Books And Records, And (C) Claims Subject To
                               Modification And (II) Motion To Estimate Contingent And
                               Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket
                               No. 5944)*

                               *Reorganized Debtors' Supplemental Reply To Responses Of
                               Certain Claimants To Debtors' Objections To Proofs Of
                               Claim Nos. 10504, 10686, 11045, 11981, 11982, 11984,
                               11986, 11987, And 11990 (Docket No. 20592)*

      Related filings:         *Notice Of Sufficiency Hearing With Respect To Debtors'
                               Objection To Proofs Of Claim Numbers 10504, 10686, 11045,
                               11981, 11982, 11984, 11986, 11987, And 11990 And
                               Reorganized Debtors' Objection To Proofs Of Administrative
                               Expense Claim Numbers 19797, 19798, 19799, 19800, And
                               19802 (Docket No. 20552)*

*Proof Of Claim Number 10504*

Status:                    *The hearing with respect to this matter will be proceeding.*

17.    **"Sufficiency Hearing Regarding Claims of Tri Mark Inc."** –  Sufficiency
       Hearing Regarding Claim Numbers 11990 and 11984 of Tri Mark Inc. as Objected to
       on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
       502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient
       Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And
       (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And
       Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

       Responses filed:          *Response Of Creditors: (I) Illinois Tool Works Inc.; (II)
                                 Illinois Tool Works For Hobart Brothers Co., (III) Hobart
                                 Brothers Company, (IV) ITW Food Equipment Group LLC
                                 And (V) Tri-Mark, Inc. In Opposition To Debtors' Third
                                 Omnibus Objection To Certain Claims (Docket No. 5617)*

       Replies filed:            *Debtors' Omnibus Reply In Support Of Debtors' (I) Third
                                 Omnibus Objection (Substantive) Pursuant To 11 U.S.C. §
                                 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims
                                 With Insufficient Documentation, (B) Claims Unsubstantiated
                                 By Debtors' Books And Records, And (C) Claims Subject To
                                 Modification And (II) Motion To Estimate Contingent And
                                 Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket
                                 No. 5944)*

                                 *Reorganized Debtors' Supplemental Reply To Responses Of
                                 Certain Claimants To Debtors' Objections To Proofs Of
                                 Claim Nos. 10504, 10686, 11045, 11981, 11982, 11984,
                                 11986, 11987, And 11990 (Docket No. 20592)*

       Related filings:          *Notice Of Sufficiency Hearing With Respect To Debtors'
                                 Objection To Proofs Of Claim Numbers 10504, 10686, 11045,
                                 11981, 11982, 11984, 11986, 11987, And 11990 And
                                 Reorganized Debtors' Objection To Proofs Of Administrative
                                 Expense Claim Numbers 19797, 19798, 19799, 19800, And
                                 19802 (Docket No. 20552)*

                                 *Notice Of Withdrawal Of Proofs Of Claim (Docket No.
                                 20607)*

                                 *Proofs Of Claim Numbers 11984 and 11990*

       Status:                   *The hearing with respect to this matter will be proceeding.*

22

Dated: New York, New York
September 23, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors