**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al*., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Patricia L. Beaty, dated September 21, 2010, to be admitted *pro hac vice,* to represent the Delphi Salaried Retirees Association Benefit Trust VEBA Committee (the "Client") in this bankruptcy case; and upon the movant's certification that the movant is a member in good standing of the bar of the State of Indiana and the United States District Court for the Northern and Southern Districts of Indiana, it is hereby

ORDERED, that Patricia L. Beaty is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September 27, 2010
White Plains, New York

/s/Robert D. Drain
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

1

814905_1