# Exhibit A

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re DPH Holdings Corp., et al., | |
|                Reorganized Debtor, | 10-civ-5347 (PKC) |
| | |
| IUE-CWA, AFL-CIO, | Case No. 05-44481 (RDD) |
|                Appellants, | (Jointly Administered) |
| vs. | |
| DPH Holdings Corp., et al., | **STIPULATION** |
|                Appellees. | |

**AGREEMENT TO DISMISS APPEAL PURSUANT
TO FED. R. BANKR. P. 8001(c)(2)**

In accordance with Fed. R. Bankr. P. 8001(c)(2), the undersigned parties agree that the above-captioned appeal should be dismissed with prejudice. The Appellants shall pay any court costs or fees that may be due in connection with the above-captioned appeal. A proposed order is attached as <u>Exhibit 1</u> hereto.

| | |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER<br> & FLOM LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br><br>            – and –<br><br>Four Times Square<br>New York, New York 10036<br><br>Attorneys for DPH Holdings Corp., <u>et al.</u>,<br>  Reorganized Debtors | Thomas M. Kennedy<br>Susan M. Jennik<br>KENNEDY, JENNIK & MURRAY, P.C.<br>113 University Place<br>New York, New York 10003<br><br>Attorneys for the IUE-CWA |

# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re DPH Holdings Corp., et al.,                          :
                       Reorganized Debtor,    :   10-civ-5347 (PKC)
----------------------------------------------------------  :
                                                           :
IUE-CWA, AFL-CIO,                                          :   Case No. 05-44481 (RDD)
                                                           :
                       Appellants,           :   (Jointly Administered)
                                                           :
vs.                                                        :
                                                           :   **ORDER**
DPH Holdings Corp., et al.,                                :
                                                           :
                       Appellees.            :
----------------------------------------------------------x

**ORDER DISMISSING APPEAL PURSUANT
TO FED. R. BANKR. P. 8001(c)(2)**

P. KEVIN CASTEL, District Judge:

       In accordance with Fed. R. Bankr. P. 8001(c)(2) and the Agreement To Dismiss Appeal Pursuant To Fed. R. Bankr. P. 8001(c)(2), the above-captioned appeal is dismissed with prejudice.  The Appellants shall pay any court costs or fees that may be due in connection with the above-captioned appeal.

       SO ORDERED.


                                                                       P. Kevin Castel
                                                                       United States District Judge

Dated:  New York, New York
          September __, 2010