UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY (ASTEL)
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-1-10

-------------------------------------------------- x
In re DPH Holdings Corp., et al.,          :
                Reorganized Debtor,          :    10-civ-5347 (PKC)
-------------------------------------------------- :
                                              :
IUE-CWA, AFL-CIO,          :    Case No. 05-44481 (RDD)
                Appellants,          :    (Jointly Administered)
vs.          :
DPH Holdings Corp., et al.,          :    ORDER
                Appellees.          :
-------------------------------------------------- x

**ORDER DISMISSING APPEAL PURSUANT
TO FED. R. BANKR. P. 8001(c)(2)**

P. KEVIN CASTEL, District Judge:

      In accordance with Fed. R. Bankr. P. 8001(c)(2) and the Agreement To Dismiss Appeal Pursuant To Fed. R. Bankr. P. 8001(c)(2), the above-captioned appeal is dismissed with prejudice. The Appellants shall pay any court costs or fees that may be due in connection with the above-captioned appeal.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 30, 2010