# DELPHI

**Date:**       January 28, 2009

**Via Certified Mail**
**Article # 7008 0150 0000 2556 6593**

**To:**       Ms. Tina Layre, Supervisor
NJ Department of Environmental Protection
Enforcement and Assignment Element
Bureau of Enforcement and Investigations
401 E. State Street, 5th Floor West
P.O. Box 028
Trenton, NJ 08625-0028

**Subject:**   Former Delphi Automotive Systems, LLC Facility
760 Jersey Avenue
New Brunswick, NJ
**ISRA Case No.: E2006-0211, PI#: 001849**

Dear Ms. Layre:

This letter is in response to your **December 16, 2008** Surcharge Payment and Renewal Notice regarding ISRA case referenced above, which I received on January 6, 2009. I understand the items are due February 1, 2009.

The requested remediation funding source payment in the amount of **$12,900.00** was mailed today under separate cover directly from our Payment Center. Reference Delphi check number 900753764.

As you know, the projected ISRA remediation costs at the property are currently estimated to be **$1,825,000** as detailed on the attached letter from Haley & Aldrich, Delphi's environmental consultant. As of January 7, 2009, the current balance of the remediation trust fund is $1,825,000 as shown in the attached email from JPMorgan Chase. I believe that we will both receive confirmation via the January month-end statement directly from JPMorgan, but I will forward this on to you once I receive it.

Please do not hesitate to call me should you have questions.

Sincerely,

James Hunt
Manager, Global Remediation Services
Operations Support Group
+1 (248) 813-1428

c:       Delphi Corporation; Attention: Tim Renner
Wolf & Samson, PC; Attention Todd Terhune

Haley & Aldrich, Inc.
5755 Granger Road
Suite 320
Cleveland, OH 44131-1442

Tel: 216.739.0555
Fax: 216.739.0560
HaleyAldrich.com


**HALEY&amp;**
**ALDRICH**

26 January 2009
File No. 31206-007


Delphi Corporation
5825 Delphi Drive
MC-480-410-166
Troy, Michigan 48098

Attention:    Mr. Mark Hester


Subject:    Annual Remediation Trust Fund Verification
            Former GMC Delco Remy Division Plant 12
            760 Jersey Avenue
            New Brunswick, NJ
            E20060211

Dear Mr. Hester:

As requested, Haley & Aldrich, Inc. (Haley & Aldrich) has reviewed the information regarding the subject site and has estimated $1,825,000 associated with the potential remediation activities at the subject property. This estimate is based on our professional judgment made on the basis of Haley & Aldrich's experience at similar sites in New Jersey and represents our judgment as an environmental professional. Haley & Aldrich has no control over the cost of labor, materials, equipment or services furnished by others; contractor methods of determining prices; competitive bidding, or market conditions, and therefore actual costs may vary.

Haley & Aldrich appreciates the opportunity to provide continued support to Delphi on this important project. Please contact us if you have any questions or require additional information.

Sincerely yours,
HALEY & ALDRICH INC.

David J. Hagen
Senior Vice President

c:    Delphi Corporation; Attention: Mr. Tim Renner and Mr. James Hunt
      Wolff & Samson, PC; Attention Mr. Todd Terhune

K:\Staff Folders\Hagen\Annual Remediation Trust Fund Verification.doc