# DPH Holdings Corporation

**Date:**  January 25, 2010

**Via Fedex**

**To:**  Ms. Tina Layre, Supervisor
NJ Department of Environmental Protection
Enforcement and Assignment Element
Bureau of Enforcement and Investigations
401 E. State Street, 5th Floor West
P.O. Box 028
Trenton, NJ 08625-0028

**Subject:**  Former DPH Holdings Corporation Facility
760 Jersey Avenue
New Brunswick, NJ
**ISRA Case No.: E20060211, PI#: 001849**

Dear Ms. Layre:

This letter is in response to your **December 23, 2009** Surcharge Payment and Renewal Notice regarding ISRA case referenced above, which I received on January 4, 2010. As you may know, DPH Holdings Corporation (parent of DPH DAS LLC, formerly known as Delphi Automotive Systems LLC), is responsible for this renewal.

The requested remediation funding source payment in the amount of **$18,250.00** is included.

As you know, the projected ISRA remediation costs at the property are currently estimated to be **$1,825,000** as detailed on the attached letter from Haley & Aldrich, Delphi's environmental consultant. As of **December 31, 2009**, the current balance of the remediation trust fund was **$1,829,218.54** as shown in the attached Account Statement from JPMorgan Chase. I believe that NJDEP receives these monthly statements as well.

Please address future correspondence to my attention and do not hesitate to call me at (248) 813-2143 should you have questions so that I can direct your call to the proper person.

Sincerely,

John Brooks
President
DPH Holdings Corporation

c:  Tim Renner
    Wolf & Samsom, PC; Attention Todd Terhune

# DPH Holdings Corporation

Bc:   Jim Hunt, as agent for DPHH
      Mark Hester, as agent for DPHH
      Andrea Renaud, as agent for DPHH
      Haley & Aldrich; Attention: Dave Hagen

DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

PAGE: 1 of 1

DATE: February 2, 2010
TRACE NUMBER: 14102000245572
CHECK NUMBER: 0900778305
AMOUNT PAID: $18,250.00
U.S. DOLLARS

DELPHI

00006 CKS LA 10032 - 0900778305 NNNN 0325100005007 X348A1 C
STATE OF NEW JERSEY
PO BOX 28
TRENTON NJ 08625-0028



SUPPLIER NO: 00175040047

| INVOICE DATE | INVOICE NUMBER | BOL DESCRIPTION | P O REF | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 01/05/10 | 1900105105 | 010510-1 RA  010510-1 | N/A | $18,250.00 | $0.00 | $18,250.00 |
|  |  | **TOTALS** |  | **$18,250.00** | **$0.00** | **$18,250.00** |

Part level line item detail is attainable from Covisint Web application by registering through Delphi's Supplier Portal https://portal.covisint.com/portal/ and requesting the Delphi ePayments application.

---

PLEASE DETACH BEFORE DEPOSITING CHECK

DELPHI
P.O. Box 972930
El Paso, TX 79997-2930

CHECK NUMBER    0900778305

50-937
213

February 2, 2010

*** VOID AFTER 180 DAYS ***

PAY TO THE ORDER OF:    **STATE OF NEW JERSEY**

CHECK AMOUNT
**$18,250.00**

PAY IN U.S. DOLLARS    EXACTLY *********18,250 DOLLARS AND 00 CENTS

JPMorgan Chase Bank, N A
Syracuse, NY

SECURITY FEATURES INCLUDED
SEE DETAILS ON BACK

*Authorized Signature*

⑈0900778305⑈ ⑉021309379⑉    60125044 2⑈

R3685184

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTIONAL USE*

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Listed below are the security features provided on this document which meets and/or exceeds industry guidelines.

**Security Features:** | **Description / Fraud Indicator:**
Security Watermark | Reflective, white opaque ink readable when held at an angle, viewed under UV light, or rubbed with coin.
Microprinting | Reduced lines of type on front sides of check appear as a solid line until viewed under magnification.
Chemical Sensitization | Colored stain(s) on either or both sides of check indicate possible chemical alteration.
Invisible Fluorescent Fibers | Invisible fibers on surface of check become visible under UV light.
Toner Retention Treatment | Ink is bonded to surface of check. Surface disturbance indicates possible alteration.
Advisory Icon | Icon located on face of check that alerts handler that the document contains security features.

Haley & Aldrich, Inc.
299 Cherry Hill Rd.
Suite 105
Parsippany, NJ 07054-1124

Tel: 973.263.3900
Fax: 973.263.2580
HaleyAldrich.com

# HALEY & ALDRICH

7 January 2010
File No. 31206-012

DPH Holdings Corporation
5725 Delphi Drive, A5-A30
M/C 483-400-525
Troy, Michigan 48098

Attention:   John Brooks, President

Subject:   Annual Remediation Trust Fund Verification
Former GMC Delco Remy Division Plant 12
760 Jersey Avenue
New Brunswick, NJ
ISRA Case No. E20060211

Dear Mr. Brooks:

As requested, Haley & Aldrich, Inc. (Haley & Aldrich) has reviewed the information regarding the subject site and has estimated $1,825,000 associated with the potential remediation activities at the subject property. This estimate is based on our professional judgment made on the basis of Haley & Aldrich's experience at similar sites in New Jersey and represents our judgment as an environmental professional. Haley & Aldrich has no control over the cost of labor, materials, equipment or services furnished by others; contractor methods of determining prices; competitive bidding, or market conditions, and therefore actual costs may vary.

Haley & Aldrich appreciates the opportunity to provide continued support to DPH Holdings Corporation on this important project. Please contact us if you have any questions or require additional information.

If you have any questions, please contact Christopher Schmitt at 973-658-3904.

Sincerely yours,
HALEY & ALDRICH, INC.

Christopher F. Schmitt
Project Manager

c:   Delphi Automotive Systems, LLC; Attention: Mr. Tim Renner
Wolff & Samson, PC; Attention: Mr. Todd Terhune
Haley & Aldrich, Inc.; Attention: Mr. David Hagen

G:\31206 Delphi New Brunswick\Correspondence\2010-0107-HAI-Delphi-New Brunswick-Remediation Funding Source Letter-F.doc

**JPMorganChase**

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE  LA  70826-0180

December 01, 2009 -
December 31, 2009

**Page 1 of 6**

**Account Number**



**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

00005816 CEN 802 3J 00110 - NNN T 1  000000000  C1 0000

JPM AS EA FOR DELPHINJDEP
DELPHI CORPORATION
WORLD HQ & CUSTOMER SVC JOHN NOLAN
5725 DELPHI DRIVE M/C 480-410-174
TROY MI 48098

The Bank strictly prohibits the use of any account to conduct transactions (including, without limitation, the acceptance or receipt of credit or other receipt of funds through an electronic funds transfer, or by check, draft or similar instrument, or the proceeds of any of the forgoing) that are related, directly or indirectly, to unlawful Internet gambling. The term "unlawful Internet gambling," as used in this notice, shall have its meaning set forth in 12 C.F.R. Section Part 233, Section 132.2(bb). The Customer shall not conduct any transactions through the account that directly or indirectly involve or are related to unlawful Internet gambling, including, without limitation, the acceptance or receipt of any funds or deposits in connection therewith.

## Cash Compensation Account

### Summary

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance |  | $.00 |
| Deposits and Credits | 22 | $40,242,807.88 |
| Withdrawals and Debits | 22 | $40,242,807.88 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** |  | **$.00** |
| Sweep Investment Account(s): JPMorgan Prime Money Market Fund - Morga |  | $1,829,218.54 |
| **Combined Ledger Balance** |  | **$1,829,218.54** |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase**

December 01, 2009 -
December 31, 2009

Page 2 of 6

**Account Number**

JPM AS EA FOR DELPHINJDEP

## Cash Compensation Account
(continued)

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 2/01 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3342009264XN YOUR REF: 47Y9995043334 | $1,829,218.54 |
| 2/02 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3352009210XN YOUR REF: 47Y9995043335 | $1,829,218.54 |
| 2/03 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3362009146XN YOUR REF: 47Y9995045336 | $1,829,218.54 |
| 2/04 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3372009102XN YOUR REF: 47Y9995045337 | $1,829,218.54 |
| 2/07 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3382009135XN YOUR REF: 47Y9995044338 | $1,829,218.54 |
| 2/08 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3412009122XN YOUR REF: 47Y9995044341 | $1,829,218.54 |
| 2/09 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3422009125XN YOUR REF: 47Y9995044342 | $1,829,218.54 |
| 2/10 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3432009183XN YOUR REF: 47Y9995044343 | $1,829,218.54 |
| 2/11 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3442009167XN YOUR REF: 47Y9995044344 | $1,829,218.54 |
| 2/14 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3452009161XN YOUR REF: 47Y9995044345 | $1,829,218.54 |
| 2/15 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3482009125XN YOUR REF: 47Y9995044348 | $1,829,218.54 |

**JPMorganChase**

December 01, 2009 -
December 31, 2009

Page 3 of 6

Account Number

JPM AS EA FOR DELPHINJDEP



## Cash Compensation Account
(continued)

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 2/16 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3492009130XN YOUR REF: 47Y9995043349 | $1,829,218.54 |
| 2/17 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3502009150XN YOUR REF: 47Y9995043350 | $1,829,218.54 |
| 2/18 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3512009118XN YOUR REF: 47Y9995043351 | $1,829,218.54 |
| 2/21 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3522009178XN YOUR REF: 47Y9995043352 | $1,829,218.54 |
| 2/22 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3552009154XN YOUR REF: 47Y9995043355 | $1,829,218.54 |
| 2/23 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3562009175XN YOUR REF: 47Y9995043356 | $1,829,218.54 |
| 2/24 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3572009169XN YOUR REF: 47Y9995043357 | $1,829,218.54 |
| 2/28 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3582009131XN YOUR REF: 47Y9995042358 | $1,829,218.54 |
| 2/29 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3622009136XN YOUR REF: 47Y9995043362 | $1,829,218.54 |
| 2/30 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3632009241XN YOUR REF: 47Y9995043363 | $1,829,218.54 |

**JPMorganChase**

December 01, 2009 -
December 31, 2009

**Page 4 of 6**

**Account Number**

JPM AS EA FOR DELPHINJDEP

## Cash Compensation Account
(continued)

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 2/31 | END-OF-DAY INVESTMENT SWEEP - REDEMPTION OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 TRN: 3642009215XN YOUR REF: 47Y9995042364 | $1,829,218.54 |
| Total | | $40,242,807.88 |

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 2/01 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043335 | $1,829,218.54 |
| 2/02 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995045336 | $1,829,218.54 |
| 2/03 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995045337 | $1,829,218.54 |
| 2/04 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995044338 | $1,829,218.54 |
| 2/07 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995044341 | $1,829,218.54 |
| 2/08 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995044342 | $1,829,218.54 |
| 2/09 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995044343 | $1,829,218.54 |
| 2/10 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995044344 | $1,829,218.54 |

**JPMorganChase** 

December 01, 2009 -
December 31, 2009

Page 5 of 6

**Account Number**

JPM AS EA FOR DELPHINJDEP

## Cash Compensation Account
(continued)

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 2/11 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995044345 | $1,829,218.54 |
| 2/14 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995044348 | $1,829,218.54 |
| 2/15 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043349 | $1,829,218.54 |
| 2/16 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043350 | $1,829,218.54 |
| 2/17 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043351 | $1,829,218.54 |
| 2/18 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043352 | $1,829,218.54 |
| 2/21 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043355 | $1,829,218.54 |
| 2/22 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043356 | $1,829,218.54 |
| 2/23 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043357 | $1,829,218.54 |
| 2/24 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995042358 | $1,829,218.54 |
| 2/28 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043362 | $1,829,218.54 |

# JPMorganChase

December 01, 2009 -
December 31, 2009

Page 6 of 6

**Account Number**

JPM AS EA FOR DELPHINJDEP

## Cash Compensation Account
(continued)

### Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/29 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043363 | $1,829,218.54 |
| 12/30 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995042364 | $1,829,218.54 |
| 12/31 | END-OF-DAY INVESTMENT SWEEP - PURCHASE OF SHARES IN JPMORGAN PRIME MONEY MARKET FUND - MORGAN SHARES - FUND 283 YOUR REF: 47Y9995043365 | $1,829,218.54 |
| Total | | $40,242,807.88 |

### Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/01 | $.00 | 12/16 | $.00 |
| 12/02 | $.00 | 12/17 | $.00 |
| 12/03 | $.00 | 12/18 | $.00 |
| 12/04 | $.00 | 12/21 | $.00 |
| 12/07 | $.00 | 12/22 | $.00 |
| 12/08 | $.00 | 12/23 | $.00 |
| 12/09 | $.00 | 12/24 | $.00 |
| 12/10 | $.00 | 12/28 | $.00 |
| 12/11 | $.00 | 12/29 | $.00 |
| 12/14 | $.00 | 12/30 | $.00 |
| 12/15 | $.00 | 12/31 | $.00 |

**New Brunswick, NJ**  
**ISRA Remediation Agreement**  
**Project Cost Review**

Prepared: 5/18/2010

**Monies Spent 6/13/2006 - 6/12/2007:**

| Date | Purchase Order | Invoice | Amount | Total |
|---|---|---|---|---|
| 6/24/2006 | 450217417 | 647061 | ($1,390.00) | ($1,390.00) |
| 7/31/206 | 450217417 | 649370 | ($6,874.80) | ($8,264.80) |
| 9/1/2006 | 450217417 | 650811 | ($2,002.60) | ($10,267.40) |
| 9/1/2006 | 450333711 | 650812 | ($3,050.05) | ($13,317.45) |
| 10/1/2006 | 450333711 | 652922 | ($14,729.96) | ($28,047.41) |
| 11/1/2006 | 450333711 | 654659 | ($16,033.79) | ($44,081.20) |
| 12/1/2006 | 450333711 | 656029 | ($12,218.36) | ($56,299.56) |
| 1/1/2007 | 450333711 | 658051 | ($6,176.79) | ($62,476.35) |
| 1/1/2007 | 450265750 | 658049 | ($10,894.12) | ($73,370.47) |
| 1/1/2007 | 450217417 | 658047 | ($5,342.05) | ($78,712.52) |
| 2/10/2007 | 450217417 | 659843 | ($8,336.05) | ($87,048.57) |
| 2/10/2007 | 450425846 | 659851 | ($17,844.55) | ($104,893.12) |
| 3/10/2007 | 450217417 | 661093 | ($7,510.50) | ($112,403.62) |
| 3/31/2007 | 450217417 | 662673 | ($5,578.82) | ($117,982.44) |
| 3/31/2007 | 450465505 | 663367 | ($15,653.93) | ($133,636.37) |
| 4/30/2007 | 450217417 | 664252 | ($3,788.34) | ($137,424.71) |
| 4/30/2007 | 450465505 | 664254 | ($21,673.64) | ($159,098.35) |
| 5/31/2007 | 450465505 | 665872 | ($60,625.59) | ($219,723.94) |
| 5/31/2007 | 450217417 | 665870 | ($20,737.39) | ($240,461.33) |

**Monies Spent 6/13/2007 - 6/12/2008:**

| Date | Purchase Order | Invoice | Amount | Total |
|---|---|---|---|---|
| 6/30/2007 | 450217417 | 667614 | ($3,544.69) | ($3,544.69) |
| 6/30/2007 | 450465505 | 667618 | ($16,548.03) | ($20,092.72) |
| 6/30/2007 | 450526952 | 667624 | ($13,181.43) | ($33,274.15) |
| 7/31/2007 | 450465505 | 669279 | ($7,025.62) | ($40,299.77) |
| 7/31/2007 | 450526952 | 669280 | ($1,273.60) | ($41,573.37) |
| 9/8/2007 | 450465505 | 670649 | ($1,548.09) | ($43,121.46) |
| 9/8/2007 | 450526952 | 670653 | ($1,151.28) | ($44,272.74) |
| 9/30/2007 | 450465505 | 672661 | ($1,838.81) | ($46,111.55) |
| 10/30/2007 | 450333711 | 673946 | ($3,146.65) | ($49,258.20) |
| 11/30/2007 | 450333711 | 676393 | ($497.49) | ($49,755.69) |
| 12/31/2007 | 450333711 | 678072 | ($2,722.81) | ($52,478.50) |
| 1/31/2008 | 450333711 | 680081 | ($1,264.84) | ($53,743.34) |
| 4/19/2008 | 450333711 | 683759 | ($105.32) | ($53,848.66) |
| 5/24/2008 | 450333711 | 685396 | ($123.60) | ($53,972.26) |

**Monies Spent 6/13/2008 - 6/12/2009:**

| Date | Purchase Order | Invoice | Amount | Total |
|---|---|---|---|---|
| 7/19/2008 | 450333711 | 688827 | ($247.20) | ($247.20) |
| 8/9/2008 | 450333711 | 689694 | ($1,308.43) | ($1,555.63) |
| 9/20/2008 | 450333711 | 691942 | ($1,133.00) | ($2,688.63) |
| 10/18/2008 | 450333711 | 693470 | ($3,319.95) | ($6,008.58) |
| 11/21/2008 | 450333711 | 695370 | ($148.84) | ($6,157.42) |
| 12/20/2008 | 450333711 | 696725 | ($352.52) | ($6,509.94) |

**New Brunswick, NJ**  Prepared: 5/18/2010
**ISRA Remediation Agreement**
**Project Cost Review**

| Date | Purchase Order | Invoice | Amount | Total |
|---|---|---|---|---|
| 1/24/2009 | 450333711 | 698079 | ($154.50) | ($6,664.44) |
| 2/21/2009 | 450333711 | 699444 | ($445.60) | ($7,110.04) |
| 3/21/2009 | 450333711 | 700875 | ($162.02) | ($7,272.06) |
| 6/20/2009 | 450333711 | 705034 | ($1,528.75) | ($8,800.81) |
| 6/20/2009 | 450896781 | 705078 | ($23,444.60) | ($32,245.41) |

**Monies Spent 6/13/2009 - 5/18/2010**

| Date | Purchase Order | Invoice | Amount | Total |
|---|---|---|---|---|
| 7/23/2009 | 450896781 | 706288 | ($26,552.71) | ($58,798.12) |
| 8/13/2009 | 450896781 | 707240 | ($10,037.09) | ($68,835.21) |
| 8/13/2009 | 450911395 | 707241 | ($885.03) | ($69,720.24) |
| 8/13/2009 | 450915835 | 707242 | ($4,905.25) | ($74,625.49) |
| 9/22/2009 | 450896781 | 708999 | ($9,963.28) | ($84,588.77) |
| 9/22/2009 | 450911395 | 709000 | ($8,863.70) | ($93,452.47) |
| 9/22/2009 | 450915835 | 709001 | ($5,093.74) | ($98,546.21) |
| 11/6/2009 | 450962612 | 710198 | ($9,163.08) | ($107,709.29) |
| 11/20/2009 | 450962612 | 711327 | ($15,836.00) | ($123,545.29) |

Total    ($450,224.29)