Hearing Date and Time: October 21, 2010 at 10:00 a.m. (prevailing Eastern time)
Response Date and Time: October 14, 2010 at 4:00 p.m. (prevailing Eastern time)

BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Deborah L. Thorne (admitted *pro hac vice*)
Kathleen L. Matsoukas (KL-1821)
Email: deborah.thorne@btlaw.com
kathleen.matsoukas@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2010, I caused to be electronically filed *the Motion of Johnson Controls Inc. Power Solutions and Johnson Controls Battery Group, Inc. For An Order Compelling DPH Holdings To Comply With The Transfer Agreement Relating To Transfer of Delphi's New Brunswick Battery Facility To Johnson Controls, Inc. For Adequate Assurance Of Financial Ability To Perform Under Transfer Agreement, And In The Alternative, For Leave To Take 2004 Examination of DPH Holdings Corp. And For Other Relief, with exhibits; Notice of Motion;* and *Certificate of Service* using the ECF system which will send notification of such filing to all registered ECF users.

The parties listed on the attached Exhibit A were also served with the above-referenced documents by email in accordance with the Court's *Nineteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures (the "Nineteenth Supplemental Order")*.

The following parties were also served with the above-referenced documents by overnight mail on October 6, 2010:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

DPH Holdings Corp. (f/k/a Delphi Corporation, et al.)
Attn: John Brooks
5725 Delphi Drive
Troy, Michigan 48098

Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
115 N. Wacker Drive, Suite 2700
Chicago, IL 60606-1720

Brian Masumoto
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Dated: October 6, 2010                Respectfully submitted,

                                                BARNES & THORNBURG LLP

                                                By:   /s/Kathleen L. Matsoukas
                                                      Deborah L. Thorne (admitted *pro hac vice*)
                                                        Kathleen L. Matsoukas (KL-1821)
                                                        One North Wacker Drive, Suite 4400
                                                        Chicago, Illinois 60606-2833
                                                        Telephone: (312) 357-1313

                                              Counsel to Johnson Controls Inc. Power Solutions,
                                              and Johnson Controls Battery Group, Inc.