SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
    In re                                     :    Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,                   :    Case No. 05-44481 (RDD)
                                              :
            Reorganized Debtors.              :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN
REORGANIZED DEBTORS AND DIRECT SOURCING SOLUTIONS INC.
COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 14260

(DIRECT SOURCING SOLUTIONS INC.)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Direct Sourcing Solutions Inc. (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Direct Sourcing Solutions Inc. Compromising And Allowing Proof Of Claim Number 14260 (Direct Sourcing Solutions Inc.) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC") and Delphi Connection Systems ("DCS"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, the Claimant filed proof of claim number 14260 against Delphi, which asserts an unsecured non-priority claim in the amount of $660,698.51 (the "Claim") stemming from the sale of goods.

WHEREAS, on December, 21, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 11588) (the "Twenty-Fourth Omnibus Claims Objection").

WHEREAS, on January 23, 2008, the Claimant filed the Response Of Direct Sourcing Solutions, Inc./DSSI To Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12299) (the "Response").

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors. In connection with the consummation of the Modified Plan, Delphi, DAS LLC, and DCS emerged from chapter 11 as DPH Holdings Corp, DPH-DAS LLC and DPH Connection Systems, LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6.

WHEREAS, to resolve the Twenty-Fourth Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant agreed that the Claim should be allowed as a general unsecured non-priority claim (a) against DPH-DAS LLC in the amount of $415,000.00 and (b) against DPH Connection Systems, LLC in the amount of $85,000.00.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

      1.      The Claim shall be allowed as a general unsecured non-priority claim (a) against DPH-DAS LLC in the amount of $415,000.00 and (b) against DPH Connection Systems, LLC in the amount of $85,000.00 in accordance with the terms of the Modified Plan.

      2.      The Response is hereby deemed withdrawn with prejudice.

      3.      The Reorganized Debtors and the Claimant reserve any and all of their rights and defenses with respect to any action pending under chapter 5 of the Bankruptcy Code against the Claimant.

      4.      This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 7th day of October, 2010

      /s/Robert D. Drain
      UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Gary Miller |
|---|---|
| John Wm. Butler, Jr. | Gary Miller |
| John K. Lyons | Secretary |
| Ron E. Meisler | DIRECT SOURCING SOLUTIONS INC. |
| SKADDEN, ARPS, SLATE, MEAGHER | 9300 Shelbyville Rd, Suite 402 |
|   & FLOM LLP | Louisville, KY 40222 |
| 155 North Wacker Drive | |
| Chicago, Illinois  60606 | |

      - and –

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

4