# EXHIBIT A

**Acton, Peter**

| | |
|---|---|
| **From:** | Chiappetta, Louis S [Louis.Chiappetta@skadden.com] |
| **Sent:** | Thursday, September 30, 2010 11:46 AM |
| **To:** | Acton, Peter |
| **Cc:** | Tullson, Carl T |
| **Subject:** | RE: DPH Holdings Corp -- Heraeus |

Peter,

The Reorganized Debtors will grant Heraeus' supplemental response extension to 4:00 p.m. (EDT) on October 8, 2010. Provided however, any supplement to the supplemental reply filed by the Reorganized Debtors is extended to October 19, 2010.

Regards,

Louis

[REDACTED- SETTLEMENT DISCUSSIONS]