# EXHIBIT B

**Purchase Invoice**
----------------
Heraeus Precious Metals Management LLC
540 Madison Avenue, New York, N.Y. 10022
(212) 752-2180, Fax (212) 752-7141

ASEC/DELPHI ENERGY                          CUSTOMER#: 1447
ENVIRONMENTAL CATALYSTS                     INVOICE #: 009013
P.O. BOX 580970                             INV. DATE: AUG. 31, 2005
TULSA OK 74158-0970                         DUE DATE:  SEP. 02, 2005

ANITA D. SMITH

---

OUR REFER: PT     218696                    YOUR REFER:

---

| DESCRIPTION | QUANTITY T/Oun | UNIT PRICE $ PER T/Oun | TOTAL VALUE $ |
|---|---|---|---|
| PLATINUM | 551.536 | 886.000 | $488,660.90 |
| TOTAL DUE YOU | | | $488,660.90 |

SEP.20'2005 10:49 1-918-266-8018          CUSTOMER CELL          #3958 P.001

# Heraeus

**TRANSFER**

Document No : 184675.01
Invoice Date : 09/06/2005

HERAEUS METAL PROCESSING INC.
13429 ALONDRA BLVD ~~SANTA FE SPRINGS CA 90670~~ USA

Customer# : 11800
DELPHI CATALYST
TULSA PRODUCT ACCOUNT

P.O. BOX 580970
TULSA  OK  74158
UNITED STATES

Attention :  ANITA SMITH

---

YOUR POOL ACCOUNT AT HMP HAS BEEN DEBITED          Value Date :  09/06/2005

| METAL | WEIGHT |
|---|---|
| PLATINUM | 551.5360 T.O. |

************************** POOL ACCOUNT DATA **************************

| | REFERENCE | CUSTOMER REF NO. | T.O. |
|---|---|---|---|
| PT | 9999 | | (551.536) |

METAL TRANSFERRED TO HERAEUS PRECIOUS METAL, INC. (VAULT), NEW YORK NY

*Woody*
*Betritsky*
212-752-7141

Document No :  184675
Order# :  74029  /  19992

TRANSFER