KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Patrick J. Orr
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10017-6314
(212) 972-3000

    -and-

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Mark L. Durbin
Mary E. Olson
225 West Wacker Drive
Chicago, Illinois 60606-1229

Attorneys for Wiegel Tool Works, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION BY WIEGEL
TOOL WORKS, INC. SEEKING AN ORDER PROVIDING RELIEF
FROM THE PLAN MODIFICATION ORDER PURSUANT TO
<u>FED. R. CIV. P. 60 AND FED. R. BANKR. P. 9024</u>**

PLEASE TAKE NOTICE that on July 30, 2010, Weigel Tool Works, Inc, ("WTW") filed the Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20484) (the "Motion").

PLEASE TAKE FURTHER NOTICE that the hearing originally set for October 21, 2010 at 10:00 a.m. (prevailing Eastern time) to consider the Motion has been adjourned to the hearing scheduled for **November 18, 2010 at 10:00 a.m**. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management Order"), and the Twentieth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered July 16, 2010 (Docket No. 20427) (together with the Supplemental Case Management Order, the "Case Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, Courtroom 116, White Plains, New York 10601-4140, and (e) counsel to WTW, Wildman,

Harrold, Allen & Dixon LLP, 225 West Wacker Drive, Chicago, Illinois 60606-1229, Attn: Jonathan W. Young and Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York 10017-6314, Attn: Patrick J. Orr, Esq. and Joseph C. Corneau, Esq., in each case so as to be received no later than 4:00 p.m. (prevailing Eastern time) on **November 11, 2010**.

Dated:    New York, New York
          October 12, 2010

                        KLESTADT & WINTERS, LLP

                        By: /s/Patrick J. Orr
                            Tracy L. Klestadt
                            Patrick J. Orr
                            Joseph C. Corneau
                        292 Madison Avenue, 17th Floor
                        New York, New York 10017-6314
                        (212) 972-3000

                            -and-

                        WILDMAN, HARROLD, ALLEN &
                        DIXON LLP
                        Jonathan W. Young
                        Mark L. Durbin
                        Mary E. Olson
                        225 West Wacker Drive
                        Chicago, Illinois 60606-1229

                        Attorneys for Wiegel Tool Works, Inc.