IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
       In re                                                    :    Chapter 11
                                                            :
DPH HOLDINGS CORP., <u>et al.</u>,                          :    Case No. 05-44481 (RDD)
                                                            :
            Reorganized Debtors.                       :    (Jointly Administered)
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>AFFIDAVIT OF SERVICE</u>

       I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

       On October 12, 2010, I caused to be served the documents listed below (i) upon the parties listed on <u>Exhibit A</u> hereto via electronic notification, and (ii) upon the party listed on <u>Exhibit B</u> hereto via postage pre-paid U.S. mail:

1) Joint Stipulation and Agreed Order Between Reorganized Debtors and IUE-CWA Regarding Claim for Compensation Under 11 U.S.C. § 503(b)(3) and (b)(4) ("Joint Stipulation and Agreed Order Regarding IUE-CWA Substantial Contribution Claim") (Docket No. 20633) [a copy of which is attached hereto as <u>Exhibit C</u>]

2) Joint Stipulation and Agreed Order Between Reorganized Debtors and Port City Metal Products, Inc. Compromising and Allowing Proof of Claim Number 12190 (Port City Metal Products, Inc.) (Docket No. 20634) [a copy of which is attached hereto as <u>Exhibit D</u>]

3) Joint Stipulation and Agreed Order Between Reorganized Debtors Arnold Center, Inc. Disallowing and Expunging Proof of Administrative Expense Claim Numbers 19768 (Arnold Center, Inc.) (Docket No. 20635) [a copy of which is attached hereto as <u>Exhibit E</u>]

4) Joint Stipulation and Agreed Order Between Reorganized Debtors and Carolyn Needham Compromising and Allowing Proof of Claim Number 14086 (Carolyn Needham) (Docket No. 20636) [a copy of which is attached hereto as <u>Exhibit F</u>]

5) Joint Stipulation and Agreed Order Between Reorganized Debtors and the Collins & Aikman Post-Consummation Trust Disallowing and Expunging Proofs of Claim Numbers 16575, 16577, 16578, and 16579 (Docket No. 20637) [a copy of which is attached hereto as <u>Exhibit G</u>]

6) Joint Stipulation and Agreed Order Between Reorganized Debtors, Genpact International, Inc., and Genpact International LLC Disallowing and Expunging Proofs of Administrative Expense Claim Numbers 18743 and 20052 (Genpact International Inc. and Genpact International LLC) (Docket No. 20638) [a copy of which is attached hereto as Exhibit H]

7) Final Decree and Order Pursuant to 11 U.S.C. § 350(a) and Fed. R. Bankr. P. 3022 and Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases of 20 Filing Debtors (Docket No. 20641) [a copy of which is attached hereto as Exhibit I]

8) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Number 350 Filed by Brian Lee Penley ("Claims Objection Order Regarding Brian Lee Penley Claim") (Docket No. 20642) [a copy of which is attached hereto as Exhibit J]

9) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Number 10835 Filed by Dennis Dashkovitz ("Claims Objection Order Regarding Dennis Dashkovitz Claim") (Docket No. 20643) [a copy of which is attached hereto as Exhibit K]

10) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Number 7658 Filed by Robert Stasik ("Claims Objection Order Regarding Robert Stasik Claim") (Docket No. 20644) [a copy of which is attached hereto as Exhibit L]

11) Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Administrative Expense Claim Number 17330 Filed by Randy D. Austin ("Claims Objection Order Regarding Randy D. Austin Claim") (Docket No. 20645) [a copy of which is attached hereto as Exhibit M]

12) Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Administrative Expense Claim Number 19601 Filed by Terry L. Roe ("Claims Objection Order Regarding Terry L. Roe Claim") (Docket No. 20646) [a copy of which is attached hereto as Exhibit N]

13) Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Administrative Expense Claim Numbers 17081 and 18049 Filed by James A. Luecke ("Claims Objection Order Regarding James A. Luecke Claim") (Docket No. 20647) [a copy of which is attached hereto as Exhibit O]

14) Order Dismissing Appeal Pursuant to Fed. R. Bankr. P. 8001(c)(2) (Docket No. 20649) [a copy of which is attached hereto as Exhibit P]

15) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Modifying and Allowing Proof of Claim Number 9396 Filed on Behalf of David Lyons ("Claims

Objection Order Regarding David Lyons Claim") (Docket No. 20651) [a copy of which is attached hereto as Exhibit Q]

16) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 (I) Disallowing and Expunging Proofs of Claim Numbers 11983, 11985, 11988, and 11989 Filed by Illinois Tool Works, Inc. and ITW Food Equipment Group LLC, Proofs of Claim Numbers 11981, 11982, 11986, and 11987 Filed by Hobart Brothers Company, Proof of Claim Number 11045 Filed by Mad River Transportation Inc., Proof of Claim Number 10686 Filed by Peerless Transportation Company, Proof of Claim Number 10504 Filed by Tremont City Barrel Fill PRP Group, and Proof of Claim Numbers 11984 and 11990 Filed by Tri Mark Inc. ("Claims Objection Order Regarding Certain Environmental") (Docket No. 20658) [a copy of which is attached hereto as Exhibit R]

17) Joint Stipulation and Agreed Order Between Reorganized Debtors and Direct Sourcing Solutions Inc. Compromising and Allowing Proof of Claim Number 14260 (Direct Sourcing Solutions Inc.) (Docket No. 20659) [a copy of which is attached hereto as Exhibit S]

18) Joint Stipulation and Agreed Order Between Reorganized Debtors and AOL Inc. (I) Allowing Proof of Claim 9882 and (II) Compromising and Allowing Proof of Administrative Expense Claim Number 18609 (AOL Inc., f/k/a AOL LLC) (Docket No. 20662) [a copy of which is attached hereto as Exhibit T]

19) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Filed by Best Foam Fabricators, Inc. (Proof of Claim Number 16550) ("Untimely Proof of Claim Order") (Docket No. 20663) [a copy of which is attached hereto as Exhibit U]

20) Amended and Restated Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Administrative Expense Claim Number 17330 Filed by Randy D. Austin ("Amended and Restated Claims Objection Order Regarding Randy D. Austin Claim") (Docket No. 20664) [a copy of which is attached hereto as Exhibit V]

On October 12, 2010, I caused to be served the documents listed below upon the party listed on Exhibit W hereto via postage pre-paid U.S. mail:

21) Joint Stipulation and Agreed Order Between Reorganized Debtors and IUE-CWA Regarding Claim for Compensation Under 11 U.S.C. § 503(b)(3) and (b)(4) ("Joint Stipulation and Agreed Order Regarding IUE-CWA Substantial Contribution Claim") (Docket No. 20633) [a copy of which is attached hereto as Exhibit C]

22) Order Dismissing Appeal Pursuant to Fed. R. Bankr. P. 8001(c)(2) (Docket No. 20649) [a copy of which is attached hereto as Exhibit P]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit X</u> hereto via postage pre-paid U.S. mail:

23) Joint Stipulation and Agreed Order Between Reorganized Debtors and Port City Metal Products, Inc. Compromising and Allowing Proof of Claim Number 12190 (Port City Metal Products, Inc.) (Docket No. 20634) [a copy of which is attached hereto as <u>Exhibit D</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit Y</u> hereto via postage pre-paid U.S. mail:

24) Joint Stipulation and Agreed Order Between Reorganized Debtors Arnold Center, Inc. Disallowing and Expunging Proof of Administrative Expense Claim Numbers 19768 (Arnold Center, Inc.) (Docket No. 20635) [a copy of which is attached hereto as <u>Exhibit E</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit Z</u> hereto via postage pre-paid U.S. mail:

25) Joint Stipulation and Agreed Order Between Reorganized Debtors and Carolyn Needham Compromising and Allowing Proof of Claim Number 14086 (Carolyn Needham) (Docket No. 20636) [a copy of which is attached hereto as <u>Exhibit F</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit AA</u> hereto via postage pre-paid U.S. mail:

26) Joint Stipulation and Agreed Order Between Reorganized Debtors and the Collins & Aikman Post-Consummation Trust Disallowing and Expunging Proofs of Claim Numbers 16575, 16577, 16578, and 16579 (Docket No. 20637) [a copy of which is attached hereto as <u>Exhibit G</u>]

On October 12, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit BB</u> hereto via postage pre-paid U.S. mail:

27) Joint Stipulation and Agreed Order Between Reorganized Debtors, Genpact International, Inc., and Genpact International LLC Disallowing and Expunging Proofs of Administrative Expense Claim Numbers 18743 and 20052 (Genpact International Inc. and Genpact International LLC) (Docket No. 20638) [a copy of which is attached hereto as <u>Exhibit H</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit CC</u> hereto via postage pre-paid U.S. mail:

28) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Number 350 Filed by Brian Lee Penley ("Claims Objection Order Regarding Brian Lee Penley Claim") (Docket No. 20642) [a copy of which is attached hereto as <u>Exhibit J</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit DD</u> hereto via postage pre-paid U.S. mail:

29) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Number 10835 Filed by Dennis Dashkovitz ("Claims Objection Order Regarding Dennis Dashkovitz Claim") (Docket No. 20643) [a copy of which is attached hereto as <u>Exhibit K</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit EE</u> hereto via postage pre-paid U.S. mail:

30) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Number 7658 Filed by Robert Stasik ("Claims Objection Order Regarding Robert Stasik Claim") (Docket No. 20644) [a copy of which is attached hereto as <u>Exhibit L</u>]

On October 12, 2010, I caused to be served the documents listed below upon the party listed on <u>Exhibit FF</u> hereto via postage pre-paid U.S. mail:

31) Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Administrative Expense Claim Number 17330 Filed by Randy D. Austin ("Claims Objection Order Regarding Randy D. Austin Claim") (Docket No. 20645) [a copy of which is attached hereto as <u>Exhibit M</u>]

32) Amended and Restated Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Administrative Expense Claim Number 17330 Filed by Randy D. Austin ("Amended and Restated Claims Objection Order Regarding Randy D. Austin Claim") (Docket No. 20664) [a copy of which is attached hereto as <u>Exhibit V</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit GG</u> hereto via postage pre-paid U.S. mail:

33) Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Administrative Expense Claim Number 19601 Filed by Terry L. Roe ("Claims Objection Order Regarding Terry L. Roe Claim") (Docket No. 20646) [a copy of which is attached hereto as <u>Exhibit N</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit HH</u> hereto via postage pre-paid U.S. mail:

34) Order Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Administrative Expense Claim Numbers 17081 and 18049 Filed by James A. Luecke ("Claims Objection Order Regarding James A. Luecke Claim") (Docket No. 20647) [a copy of which is attached hereto as <u>Exhibit O</u>]

On October 12, 2010, I caused to be served the document listed below upon the party listed on <u>Exhibit II</u> hereto via postage pre-paid U.S. mail:

35) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Modifying and Allowing Proof of Claim Number 9396 Filed on Behalf of David Lyons ("Claims Objection Order Regarding David Lyons Claim") (Docket No. 20651) [a copy of which is attached hereto as <u>Exhibit Q</u>]

On October 12, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit JJ</u> hereto via postage pre-paid U.S. mail:

36) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 (I) Disallowing and Expunging Proofs of Claim Numbers 11983, 11985, 11988, and 11989 Filed by Illinois Tool Works, Inc. and ITW Food Equipment Group LLC, Proofs of Claim Numbers 11981, 11982, 11986, and 11987 Filed by Hobart Brothers Company, Proof of Claim Number 11045 Filed by Mad River Transportation Inc., Proof of Claim Number 10686 Filed by Peerless Transportation Company, Proof of Claim Number 10504 Filed by Tremont City Barrel Fill PRP Group, and Proof of Claim Numbers 11984 and 11990 Filed by Tri Mark Inc. ("Claims Objection Order Regarding Certain Environmental") (Docket No. 20658) [a copy of which is attached hereto as <u>Exhibit R</u>]

On October 12, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit KK</u> hereto via postage pre-paid U.S. mail:

37) Joint Stipulation and Agreed Order Between Reorganized Debtors and Direct Sourcing Solutions Inc. Compromising and Allowing Proof of Claim Number 14260 (Direct Sourcing Solutions Inc.) (Docket No. 20659) [a copy of which is attached hereto as <u>Exhibit S</u>]

On October 12, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit LL</u> hereto via postage pre-paid U.S. mail:

38) Joint Stipulation and Agreed Order Between Reorganized Debtors and AOL Inc. (I) Allowing Proof of Claim 9882 and (II) Compromising and Allowing Proof of Administrative Expense Claim Number 18609 (AOL Inc., f/k/a AOL LLC) (Docket No. 20662) [a copy of which is attached hereto as <u>Exhibit T</u>]

On October 12, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit MM</u> hereto via postage pre-paid U.S. mail:

39) Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 Disallowing and Expunging Proof of Claim Filed by Best Foam Fabricators, Inc. (Proof of Claim Number 16550) ("Untimely Proof of Claim Order") (Docket No. 20663) [a copy of which is attached hereto as <u>Exhibit U</u>]

Dated: October 15, 2010

_____/s/ Darlene Calderon_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 15th day of October, 2010, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Vanessa R. Quiñones_____

Commission Expires: _3/20/11_____

# EXHIBIT A

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Deborah L. Thorne Kathleen L. Matsoukas | One N Wacker Drive | Suite 4400 | Chicago | IL | 60606 | 312-357-1313 | dthorne@btlaw.com kmatsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Delphi Automotive Systems LLP | Sean Corcoran Karen Craft David M. Sherbin | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com david.sherbin@delphi.com | Delphi Automotive Systems LLP |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | john.brooks@delphi.com | Reorganized Debtors |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com rweiss@honigman.com | Counsel to General Motors Corporation |
| Ruskin Moscou Faltischek PC | Jeffrey A. Wurst, Esq. | 1425 RXR Plaza | 15th Floor | Uniondale | NY | 11556 | 516-663-6535 | jwurst@rmfpc.com | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Weil, Gotshal & Manges LLP | Harvey R. Miller Robert J. Lemons | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com robert.lemons@weil.com | Counsel to General Motors Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:54 PM
Post-Emergence Master Service List 100930.xlsx Email (7)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | Christina M. Padien | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-229-1000 | cpadien@akingump.com | Counsel to Wamco, Inc. |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alliance for Sustainable Energy LLC | National Renewable Energy Laboratory | Jim Martin Senior Attorney | 1617 Golden Blvd MS 1734 | Golden | CO | 80401 | | 303-384-7497 | jim.martin@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | Damon R Leichty | 600 1st Source Bank Center | 100 North Michigan | South Bend | IN | 46601 | | 574-233-1171 | damon.leichty@btlaw.com | Counsel to Bank of America, N.A. |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | David M. Powlen | 1000 N West Street | Suite 1200 | Wilmington | DE | 19801 | | 302-888-4536 | david.powlen@btlaw.com | Counsel to Howard County, Indiana |
| Barnes & Thornburg LLP | Deborah L. Thorne | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | deborah.thorne@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | jgregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America; Continental AG and Affiliates |
| Barnes & Thornburg LLP | Kathleen L. Matsoukas | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | kathleen.matsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions); Howard County, Indiana |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Sarah Quinn Kuhny | 600 1st Source Bank Center | 100 North Michigan | South Bend | IN | 46601 | | 574-233-1171 | sarah.kuhny@btlaw.com | Counsel to Bank of America, N.A. |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bendinelli Law Office PC | Jerry Sumner | 11184 Huron Street | Suite 10 | Denver | CO | 80234 | | 303-940-9900 | js@colawfirm.com michelle@colawfirm.com | Counsel to Jose C Alfaro |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McCutchen LLP | Kate K Simon | One State Street | | Hartford | CT | 06103 | | 860-240-2700 | kate.simon@bingham.com | Counsel to Sumitomo Corporation and Sumitomo Corp. of America |
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | Peter S. Russ | 620 Eighth Ave | 23rd Floor | New York | NY | 10018 | | 212-440-4400 | peter.russ@bipc.com | Counsel to ATEL Leasing Corp. |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | Two Liberty Place | 50 S. 16th St., Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Butzel Long | Cynthia J. Haffey | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-983-7434 | haffey@butzel.com | Counsel to Delphi Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Butzel Long | Donald V. Orlandoni | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-225-7063 | orlandoni@butzel.com | Counsel to Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Dephi Corporation |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | john.rapisardi@cwt.com joseph.zujkowski@cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Kevin Burke | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | kburke@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Cantor Colburn LLP | Michael J Rye | 20 Church Street | 22nd Floor | Hartford | CT | 06103-3207 | | 860-286-2929 | mrye@cantorcolburn.com | Patent Counsel to Delphi Corporation et al., Debtors and Debtors-in-Possession |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | brcy@carsonfischer. | Counsel to Bing Metals Group, LLC; Behr America, Inc.; Findlay Industries; Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | rweisberg@carsonfischer.com brcy@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electronics Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 4 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 5 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Dechert LLP | Glenn E. Siegel James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | glenn.siegel@dechert.com james.moore@dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Lewis R Olshin Esq | 30 South 17th Street | | Philadelphia | PA | 19103 | | 215-979-1129 | Olshin@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com mreed@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1547 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Robert D. Nachman | 10 South Wacker Drive | Suite 2300 | Chicago | IL | 60606 | | 312-876-1700 | rnachman@dykema.com | Counsel to MJ Celco, Inc. |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | bem@eorrlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Epstein Becker & Green PC | Maura I. Russell Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | MRussell@ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3694 | eflaagan@faegre.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Ann Marie Uetz | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | auetz@foley.com | Counsel to PBR Tennessee |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | John R. Trentacosta Katherine R. Catanese | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jtrentacosta@foley.com kcatanese@foley.com | Counsel to Kautex Inc. |
| Fox Rothschild LLP | Brian Isen | 1301 Atlantic Avenue | | Atlantic City | NJ | 08401 | | 609-348-2294 | bisen@foxrothschild.com | Counsel to M&Q Plastic Products L.P. |
| Fox Rothschild LLP | Fred Stevens | 100 Park Avenue | 15th Floor | New York | NY | 10017 | | 212-878-7900 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Frost Brown Todd LLC | Ronald E. Gold | 2200 PNC Center | 201 East Fifth Street | Cincinnati | OH | 45202-4182 | | 513-651-6156 | rgold@fbtlaw.com | Counsel to AKS Receivables, LLC |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 7 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbeler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Hahn Loeser & Parks LLP | Lawrence E Oscar Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | leoscar@hahnlaw.com cpeer@hahnlaw.com | Counsel to Casco Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | ddragich@hdolaw.com | Counsel to Intermet Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 315 Madison Avenue | Suite 901 | New York | NY | 10017 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | 2001 Park Place North | Suite 1400 | Birmingham | AL | 35203 | | 205-251-1000 | rha@hsy.com | Counsel to Simco Construction, Inc. |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hewlett-Packard Company | Ramona S. Neal | 11311 Chinden Blvd., M/S 314 | | Boise | ID | 83714-0021 | | 208-396-6484 | Ramona.neal@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Hogan Lovells US LLP | Matthew P Morris | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | matthew.morris@hoganlovells.com | Counsel to TESA AG |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | I. W. Winsten, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7608 | iww@honigman.com | Counsel to Affina Group Holdings Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 9 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Ice Miller LLP | Henry A. Efroymson | One American Square | 29th Floor | Indianapolis | IN | 46482 | | 317-236-2397 | henry.efroymson@icemiller.com | Counsel to Fin Machine Co. Ltd |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 10 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers – Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers – Communicaitons Workers of America |
| Kerr Russell & Weber PLC | James E. DeLine | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | jed@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| Kerr Russell & Weber PLC | Patrick Warren Hunt | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | pwh@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | David Spiegel | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | david.spiegel@kirkland.com | |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | Northern Indiana Public Service Company | 801 East 86th Avenue | Merrillville | IN | 46410 | | | pepope@nisource.com | Kokomo Gas & Fuel Company |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9489 | jkaye@kramerlevin.com | Counsel to HP Enterprise Services, LLC; Vishay Americas Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 11 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Krieg Devault LLP | Patricia L. Beaty Esq | One Indiana Square, Suite 2800 | | Indianapolis | IN | 46204 | | 317-636-4341 | pbeaty@kdlegal.com | Co-Counsel for Delphi Salaried Retirees Association Benefit Trust VEBA Committee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | adbruski@lambertleser.com | Counsel to Creditor Linamar Corp. |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq. | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc. |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 12 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 13 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller; JAE Electronics, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 14 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | swansonm@millercanfield.com | Counsel to Brose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pjricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 15 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | l.moore@pnc.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 51 West 52nd Street at 6th Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com lscharf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Penachio Malara LLP | Anne Penachio | 235 Main Street | Suite 600A | White Plains | NY | 10601 | | 914-946-2889 | apenachio@pmlawllp.com | Counsel to UVA Machine Company and its successors by acquisition |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Ametek; Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 17 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 | | 856-840-2870 | xst@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.L. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com  shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to  Means Industries |
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | david.karp@srz.com | Counsel to Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, LP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | 420 Lexington Ave Ste 2400 | | New York | NY | 10170 | | 212-389-7818 | barryster@att.net | Counsel to Marybeth Cunningham |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to  le Belier/LBQ Foundry S.A. de C.V. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | bshaw100@shawgussis.com | Counsel to ATC Logistics & Electronics, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 19 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | opinkas@sonnenschein.com | Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | przekopshaws@michigan.gov | Assistant Attorney General as Attorney for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 20 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448<br>502-587-3400 | wbeard@stites.com<br>loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak<br>Eric D. Goldberg<br>Isaac M. Pachulski Esq<br>Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com<br>egoldberg@stutman.com<br>ipachulski@stutman.com<br>jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum<br>Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com<br>rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 37th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@thompsoncoburn.com | Counsel for Penn Aluminum International Inc |
| Thompson Hine LLP | Jennifer L Maffett | 2000 Courthouse Plaza NE | 10 W Second St | Dayton | OH | 45402 | | 937-443-6600 | Jennifer.Maffett@ThompsonHine.com | Counsel to Rieck Group, LLC n/k/a Mechanical Construction Managers, LLC |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Todtman Nachamie Spizz & Johns PC | Janice B. Grubin | 425 Park Avenue | 5th Floor | New York | NY | 10022 | | 212-754-9400 | jgrubin@tnsj-law.com | Counsel to Vanguard Distributors, Inc. |
| U.S. Department of Justice | Matthew L Schwartz<br>Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers St 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov<br>Joseph.Cordaro@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 21 of 22

10/14/2010 2:54 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | mbusenkell@wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 22 of 22

10/14/2010 2:54 PM
Email (394)

# EXHIBIT B

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:55 PM
Post-Emergence Master Service List 100930.xlsx US Mail (1)

# EXHIBIT C

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                   :
      In re                                       :          Chapter 11
                                                   :
DPH HOLDINGS CORP., et al.,             :          Case No. 05-44481 (RDD)
                                                   :
                     Reorganized Debtors.       :          (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOINT STIPULATION AND AGREED ORDER BETWEEN
REORGANIZED DEBTORS AND IUE-CWA REGARDING CLAIM
FOR COMPENSATION UNDER 11 U.S.C. § 503(b)(3) AND (b)(4)

("JOINT STIPULATION AND AGREED ORDER REGARDING
IUE-CWA SUBSTANTIAL CONTRIBUTION CLAIM")

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned

cases (collectively, the "Reorganized Debtors") and the International Union of Electronic,

Electrical, Salaried, Machine and Furniture Workers, Communications Workers of America (the

"IUE-CWA") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized

Debtors And IUE-CWA Regarding Claim For Compensation Under 11 U.S.C. § 503(b)(3) And

(b)(4) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, (the "Petition Dates"), Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-

in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions

under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended

(the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of

New York.

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized

Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if

any) with respect to all Claims and Interests . . . ."

WHEREAS, on November 20, 2009, the IUE-CWA filed the Motion Of IUE-

CWA Pursuant To Sections 503(b)(3)(D) And (b)(4) Of The Bankruptcy Code For Allowance

2

And Payment Of Fees Incurred In Making A Substantial Contribution To The Debtors' Chapter 11 Case (Docket No. 19113) (the "Motion") asserting an administrative expense claim in the amount of $1,238,304.85 for certain legal fees and expenses incurred by the IUE-CWA in connection with the Debtors' chapter 11 cases.

WHEREAS, on May 13, 2010, the Reorganized Debtors filed the Objection To Substantial Contribution And Certain Other Applications Pursuant To 11 U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4) For Reimbursement Of Actual And Necessary Expenses And Professional Fees (Docket No. 20064) (the "Objection").

WHEREAS, on May 25, 2010, this Court entered the Order Pursuant to 11 U.S.C. § 503(b)(3) And (b)(4) Denying Substantial Contribution Claim Of IUE-CWA (the "Order").

WHEREAS, the IUE-CWA appealed the Order, which was docketed on July 14, 2010, by the United States District Court for the Southern District of New York (the "District Court") (10-cv-5347-PKC) (the "Pending Appeal").

NOW, THEREFORE, the Reorganized Debtors and the IUE-CWA stipulate and agree as follows:

1.    The Reorganized Debtors and the IUE-CWA shall execute, and the IUE-CWA shall file with the District Court, an agreement that the pending appeal be dismissed with prejudice in substantially the form attached as Exhibit A hereto.

2.    Within five business days after the District Court enters an order dismissing with prejudice the pending appeal, the Reorganized Debtors shall pay the IUE-CWA the sum of One Hundred Thousand Dollars ($100,000.00).

3.    This Stipulation is a compromise intended to resolve any current or future disputes between the Reorganized Debtors and the IUE-CWA concerning the Motion and the

3

Pending Appeal and is not an admission of any liability by or on the part of the Reorganized

Debtors, such liability being expressly denied.  Further, the fact or terms of this Stipulation shall

not be offered, construed, or deemed to be evidence of a presumption, concession, or admission

of liability in any civil, administrative, or any other proceeding.

            4.        This Court shall retain original and exclusive jurisdiction to adjudicate any

disputes arising from or in connection with this Stipulation.


So Ordered in White Plains, New York, this 27th day of September, 2010


                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

/s/ Ron E. Meisler                               /s/ Susan M. Jennik
John Wm. Butler, Jr.                             Thomas M. Kennedy
John K. Lyons                                    Susan M. Jennik
Ron E. Meisler                                   KENNEDY, JENNIK & MURRAY, P.C.
SKADDEN, ARPS, SLATE, MEAGHER                    113 University Place
  & FLOM LLP                                     New York, New York 10003
155 North Wacker Drive
Chicago, Illinois 60606                          Attorneys for the IUE-CWA

            – and –

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------ x
In re DPH Holdings Corp., et al.,                      :
                                                       :
              Reorganized Debtor,                      :    10-civ-5347 (PKC)
------------------------------------------------------ :
                                                       :
                                                       :
IUE-CWA, AFL-CIO,                                      :    Case No. 05-44481 (RDD)
                                                       :
              Appellants,                              :    (Jointly Administered)
                                                       :
vs.                                                    :
                                                       :    STIPULATION
DPH Holdings Corp., et al.,                            :
                                                       :
              Appellees.                               :
------------------------------------------------------ x
```

### AGREEMENT TO DISMISS APPEAL PURSUANT
### TO FED. R. BANKR. P. 8001(c)(2)

In accordance with Fed. R. Bankr. P. 8001(c)(2), the undersigned parties agree

that the above-captioned appeal should be dismissed with prejudice.  The Appellants shall pay

any court costs or fees that may be due in connection with the above-captioned appeal.  A

proposed order is attached as Exhibit 1 hereto.

<table>
<tr>
<td>

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606

</td>
<td>

Thomas M. Kennedy
Susan M. Jennik
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place
New York, New York 10003

Attorneys for the IUE-CWA

</td>
</tr>
</table>

– and –

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

In re DPH Holdings Corp., et al.,                            :

               Reorganized Debtor,          :          10-civ-5347 (PKC)

---------------------------------------------------------- :

                                   :

IUE-CWA, AFL-CIO,                                          :          Case No. 05-44481 (RDD)

               Appellants,                   :          (Jointly Administered)

                                   :

vs.                                                       :

DPH Holdings Corp., et al.,                               :          **ORDER**

               Appellees.                    :

----------------------------------------------------------x

**ORDER DISMISSING APPEAL PURSUANT**
**TO FED. R. BANKR. P. 8001(c)(2)**

P. KEVIN CASTEL, District Judge:

          In accordance with Fed. R. Bankr. P. 8001(c)(2) and the Agreement To Dismiss

Appeal Pursuant To Fed. R. Bankr. P. 8001(c)(2), the above-captioned appeal is dismissed with

prejudice.  The Appellants shall pay any court costs or fees that may be due in connection with

the above-captioned appeal.

          SO ORDERED.

                                          _____

                                          P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
             September __, 2010

# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp.  Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                      :
        In re                                         :        Chapter 11
                                                      :
DPH HOLDINGS CORP., et al.,                           :        Case No. 05-44481 (RDD)
                                                      :
                        Reorganized Debtors.          :        (Jointly Administered)
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS AND PORT CITY METAL PRODUCTS, INC. COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 12190

(PORT CITY METAL PRODUCTS, INC.)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Port City Metal Products, Inc. ("Port City") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Port City Metal Products, Inc. Compromising And Allowing Proof Of Claim Number 12190 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Mechatronic Systems, Inc. ("Delphi Mechatronic"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 28, 2006, Port City filed proof of claim number 12190 against Delphi Mechatronic, which asserts a secured claim in the amount of $5,738.00 stemming from goods sold (the "Claim").

WHEREAS, on April 27, 2007, the Debtors objected to the Claim pursuant to the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No. 7825) (the "Thirteenth Omnibus Claims Objection").

WHEREAS, on June 18, 2007, Port City filed the Response Of Port City

2

Metal Products, Inc. To Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims,

(B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D)

Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And

Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To

Modification, And Claims Subject To Modification And Reclamation Agreement (Docket No.

8287) (the "First Response").

        WHEREAS, on November 14, 2008, the Debtors objected to the Claim pursuant

to the Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject To Modification,

And (C) Claims To Be Expunged (Docket No. 14442) (the "Thirty-Second Omnibus Claims

Objection").

        WHEREAS, on December 9, 2008, Port City filed the Response Of Port City

Metal Products, Inc. To Debtors' Thirty-Second Omnibus Objection Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 Regarding (A) Asserted Amount Claims, (B) Claims Subject

To Modification, And (C) Claims To Be Expunged (Docket No. 14565) (the "Second Response,"

and together with the First Response, the "Responses").

        WHEREAS, on October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified

Plan, Delphi and Delphi Mechatronic emerged from chapter 11 as DPH Holdings Corp. and DPH

Mechatronic Systems, LLC, respectively.

WHEREAS, to resolve the Thirteenth Omnibus Claims Objection and the Thirty-Second Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and Port City entered into this Stipulation, pursuant to which the Reorganized Debtors and Port City agreed that the Claim should be allowed as a general unsecured non-priority claim in the amount of $5,738.00 against DPH Mechatronic Systems, LLC.

NOW, THEREFORE, the Reorganized Debtors and Port City stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $5,738.00 and shall be treated as an allowed general unsecured non-priority claim against DPH Mechatronic Systems, LLC in accordance with the terms of the Modified Plan.

2.      The Responses are hereby deemed withdrawn with prejudice.

3.      This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

4

So Ordered in White Plains, New York, this 27th day of September, 2010


/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                              /s/ James R. Scheuerle
John Wm. Butler, Jr.                           James R. Scheuerle
John K. Lyons                                  PARMENTER O'TOOLE.
Ron E. Meisler                                 601 Terrace Street, PO Box 786
SKADDEN, ARPS, SLATE, MEAGHER                  Muskegon,  MI 49443-0786
  & FLOM LLP
155 North Wacker Drive                         Attorney for Port City Metals, Inc.
Chicago, Illinois  60606

           - and -

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
          Reorganized Debtors

# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp.  Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                        :
     In re                                      :          Chapter 11
                                                        :
DPH HOLDINGS CORP., et al.,                             :          Case No. 05-44481 (RDD)
                                                        :
              Reorganized Debtors.                 :          (Jointly Administered)
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS ARNOLD CENTER, INC. DISALLOWING AND EXPUNGING
PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBERS 19768

(ARNOLD CENTER, INC.)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Arnold Center, Inc. ("Arnold Center") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Arnold Center, Inc. Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19768 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 13, 2009, Arnold Center filed proof of administrative expense claim number 19768 against Delphi, which asserts an administrative expense claim in the amount of $49,745.41 (the "Claim") stemming from goods sold and certain services provided by Arnold Center.

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi emerged from chapter 11 as DPH Holdings Corp.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if

2

any) with respect to all Claims and Interests." Modified Plan, art. 9.6.

WHEREAS, on January 22, 2010, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Forty-Third Omnibus Claims Objection").

WHEREAS, on February 17, 2010, Arnold Center filed the Response Of The Arnold Center, Inc. To The Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19451) (the "Response").

WHEREAS, to resolve the Forty-Third Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and Arnold Center entered into this Stipulation, pursuant to which the Reorganized Debtors and Arnold Center agreed that the Claim should be disallowed and expunged in their entirety because the Claim has been fully satisfied.

NOW, THEREFORE, the Reorganized Debtors and Arnold Center stipulate and agree as follows:

1.      The Claim shall be disallowed and expunged in its entirety.

2.      The Response is hereby deemed withdrawn with prejudice.

3.      This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 27th day of September, 2010

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Adam D. Bruski |
|---|---|
| John Wm. Butler, Jr. | Susan M. Cook |
| John K. Lyons | Adam D. Bruski |
| Ron E. Meisler | LAMBERT, LESER, ISACKSON, COOK |
| SKADDEN, ARPS, SLATE, MEAGHER | & GIUNTA, P.C. |
| & FLOM LLP | 309 Davidson Building |
| 155 North Wacker Drive | 916 Washington Avenue |
| Chicago, Illinois  60606 | Bay City, MI 48708 |

- and -                              Attorneys for Arnold Center, Inc.

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
            Reorganized Debtors

4

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                               :
        In re                                  :        Chapter 11
                                               :
DPH HOLDINGS CORP., et al.,                    :        Case No. 05-44481 (RDD)
                                               :
                Reorganized Debtors.           :        (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN
REORGANIZED DEBTORS AND CAROLYN NEEDHAM COMPROMISING
AND ALLOWING PROOF OF CLAIM NUMBER 14086

(CAROLYN NEEDHAM)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Carolyn Needham respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Carolyn Needham Compromising And Allowing Proof Of Claim Number 14086 (Carolyn Needham) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, Ms. Needham filed proof of claim number 14086 against DAS LLC, which asserts an unsecured non-priority claim in the amount of $100,000.00 (the "Claim") stemming from alleged personal injuries.

WHEREAS, on February 15, 2007, the Debtors objected to the Claim pursuant to the Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968) (the "Ninth Omnibus Claims Objection").

WHEREAS, on March 14, 2007, Ms. Needham filed the Reply Of Claimant Carolyn Needham To Debtors' Ninth Omnibus Claims Objection (Docket No. 7264) (the "Response").

2

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp and DPH-DAS LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."  Modified Plan, art. 9.6.

WHEREAS, to resolve the Ninth Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and Ms. Needham entered into this Stipulation, pursuant to which the Reorganized Debtors and Ms. Needham agreed that the Claim should be allowed as a general unsecured non-priority claim in the amount of $20,000.00 against DPH-DAS LLC.

NOW, THEREFORE, the Reorganized Debtors and Ms. Needham stipulate and agree as follows:

1.      The Claim shall be allowed in the amount of $20,000.00 and shall be treated as an allowed general unsecured non-priority claim against DPH-DAS LLC in accordance with the terms of the Modified Plan.

2.      The Response is hereby deemed withdrawn with prejudice.

3.      Nothing herein shall be construed as an admission of liability on behalf of

the Reorganized Debtors or Debtors with respect to any portion of the Claim.

4.      This Court shall retain original and exclusive jurisdiction to adjudicate any

disputes arising from or in connection with this Stipulation.


So Ordered in White Plains, New York, this 27th day of September, 2010


/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                          /s/ Timothy L. Taylor
John Wm. Butler, Jr.                                      Timothy L. Taylor
John K. Lyons                                               990 Monroe, N.W.
Ron E. Meisler                                             Grand Rapids, MI 49503
SKADDEN, ARPS, SLATE, MEAGHER
&amp; FLOM LLP                                              Attorney for Carolyn Needham
155 North Wacker Drive
Chicago, Illinois  60606

- and –

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

                - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036


Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
     In re                                :     Chapter 11
                                                                  :
DPH HOLDINGS CORP., et al.,                                       :     Case No. 05-44481 (RDD)
                                                                  :
         Reorganized Debtors.          :     (Jointly Administered)
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED DEBTORS
AND THE COLLINS & AIKMAN POST-CONSUMMATION TRUST DISALLOWING AND
EXPUNGING PROOFS OF CLAIM NUMBERS 16575, 16577, 16578, AND 16579

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and the Collins & Aikman Post-Consummation Trust, as successor to Collins & Aikman Corporation and its affiliated debtors (the "PCT") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And The Collins & Aikman Post-Consummation Trust Disallowing And Expunging Proofs Of Claim Numbers 16575, 16577, 16578, And 16579 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC") and Delphi Mechatronic Systems, Inc. ("Delphi Mechatronic"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on March 16, 2007, Collins & Aikman Automotive Interiors, Inc. ("C&A Interiors") filed proof of claim number 16575 against DAS LLC asserting a secured claim in the amount of $659,963.54 ("Claim 16575") stemming from the sale of goods.

WHEREAS, on March 16, 2007, Collins & Aikman Automotive Exteriors, Inc. ("C&A Exteriors," collectively with C&A Interiors the "C&A Claimants") filed proof of claim number 16577 against Delphi Mechatronic asserting an unsecured nonpriority claim in the amount of $10,132.74 ("Claim 16577") stemming from the sale of goods.

WHEREAS, on March 16, 2007, C&A Exteriors filed proof of claim number 16578 against DAS LLC asserting an unsecured nonpriority claim in the amount of $764,853.77

2

("Claim 16578") stemming from the sale of goods.

WHEREAS, on March 16, 2007, C&A Interiors filed proof of claim number

16579 against Delphi Mechatronic asserting a secured claim in the amount of $17,054.96

(together with Claim 16575, Claim 16577, and Claim 16578, the "Claims") stemming from the

sale of goods.

WHEREAS, on June 15, 2007, the Debtors objected to the Claims pursuant to the

Debtors' Seventeenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And

Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not

Reflected On Debtors' Books And Records, (C) Insurance Claim Not Reflected On Debtors'

Books And Records, (D) Untimely Claims And Untimely Tax Claims, And (E) Claims Subject

To Modification, Tax Claims Subject To Modification, And Modified Claims Asserting

Reclamation (Docket No. 8270) (the "Seventeenth Omnibus Claims Objection").

WHEREAS, on July 12, 2007, Collins & Aikman Corporation, et al. filed the

Collins & Aikman Corporation, Et Al.'s Response To Debtors' Seventeenth Omnibus Objection

(Docket No. 8572) (the "Response").[1]

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified

Plan, Delphi, DAS LLC, and Delphi Mechatronic emerged from chapter 11 as DPH Holdings

---

[1]    The Response also addressed the Debtors' objection to proof of claim number 16576 filed by Collins & Aikman
Automotive Canada, Co. against DAS LLC asserting an unsecured nonpriority claim in the amount of
$31,730.72 ("Claim 16576") stemming from the sale of goods.  Claim 16576 is not addressed in this stipulation.

Corp., DPH-DAS LLC, and DPH Mechatronic Systems, LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6.

WHEREAS, on May 17, 2005, the C&A Claimants filed voluntary petitions under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Michigan, Case No. 05-55927. The PCT is the successor to substantially all of the C&A Claimants remaining assets, including the Claims.

WHEREAS, to resolve the Seventeenth Omnibus Claims Objection with respect to the Claims, the Reorganized Debtors and the PCT, as successors to the C&A Claimants, entered into this Stipulation, pursuant to which the Reorganized Debtors and the PCT, as successors to the C&A Claimants, agreed that each of the Claims should be disallowed and expunged in its entirety.

NOW, THEREFORE, the Reorganized Debtors and the PCT, as successors to the C&A Claimants, stipulate and agree as follows:

1.      Each of the Claims shall be disallowed and expunged in its entirety.

2.      The Response is hereby deemed withdrawn with prejudice with respect to the Claims, only.

3.      This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 27th day of September, 2010


/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
155 North Wacker Drive
Chicago, Illinois  60606

            - and -

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

/s/ Patrick J. Kukla

Joseph M. Fischer
Patrick J. Kukla
CARSON FISCHER, P.L.C.
4111 Andover Road, West – 2nd Floor
Bloomfield Hills, Michigan 48302

Attorneys For the Collins & Aikman Post-
Consummation Trust

# EXHIBIT H

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp.  Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                          :
        In re                                             :        Chapter 11
                                                          :
DPH HOLDINGS CORP., et al.,                               :        Case No. 05-44481 (RDD)
                                                          :
                        Reorganized Debtors.              :        (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS, GENPACT INTERNATIONAL INC., AND GENPACT
INTERNATIONAL LLC DISALLOWING AND EXPUNGING PROOFS OF
ADMINISTRATIVE EXPENSE CLAIM NUMBERS 18743 AND 20052

(GENPACT INTERNATIONAL INC. AND GENPACT INTERNATIONAL LLC)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), Genpact International Inc., and Genpact International LLC (together with Genpact International Inc., "Genpact") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors, Genpact International Inc., And Genpact International LLC Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 18743 And 20052 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 13, 2009, Genpact International, Inc. filed proof of administrative expense claim number 18743 against Delphi, which asserts an administrative expense claim in the amount of $6,600,160.00 ("Claim 18743") stemming from certain services provided by Genpact.

WHEREAS, on October 30, 2009, Genpact International, LLC filed proof of administrative expense claim number 20052 against Delphi, which asserts an administrative expense claim in the amount of $6,831,514.00 ("Claim 20052," and together with Claim 18743, the "Claims") stemming from certain services provided by Genpact.

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

2

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified

Plan, Delphi emerged from chapter 11 as DPH Holdings Corp.

       WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized

Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if

any) with respect to all Claims and Interests." Modified Plan, art. 9.6.

       WHEREAS, on January 22, 2010, the Reorganized Debtors objected to the

Claims pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11

U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A)

Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests,

(E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB

Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation

Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III)

Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Forty-Third

Omnibus Claims Objection").

       WHEREAS, on February 16, 2010, Genpact filed the (a) Response Of Genpact

International LLC To Debtors' Forty Third Omnibus Claims Objection Claim No. 18743 (Docket

No. 19428) (the "18743 Response"), and (b) Response Of Genpact International LLC To

Debtors' Forty Third Omnibus Claims Objection Claim No. 20052 (Docket No. 19429) (together

with the 18743 Response, the "Responses").

       WHEREAS, to resolve the Forty-Third Omnibus Claims Objection with respect

to the Claims, the Reorganized Debtors and Genpact entered into this Stipulation, pursuant to

3

which the Reorganized Debtors and Genpact agreed that the Claims should be disallowed and

expunged in their entirety.

        NOW, THEREFORE, the Reorganized Debtors and Genpact stipulate and agree

as follows:

    1.     Claim 18743 shall be disallowed and expunged in its entirety.

    2.     Claim 20052 shall be disallowed and expunged in its entirety.

    3.     The Responses are hereby deemed withdrawn with prejudice.

    4.     This Court shall retain original and exclusive jurisdiction to adjudicate any

disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 27th day of September, 2010

          /s/Robert D. Drain
          UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Sharyn B. Zuch |
|---|---|
| John Wm. Butler, Jr. | Sharyn B. Zuch |
| John K. Lyons | WIGGIN AND DANA LLP |
| Ron E. Meisler | 185 Asylum Street |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Hartford, Connecticut 06103-3402 |
| 155 North Wacker Drive | Co-Counsel to Genpact International LLC |
| Chicago, Illinois 60606 | |
| | - and - |
| - and - | |
| | Leslie Ann Berkoff |
| Four Times Square | MORITT HOCK HAMROFF & HOROWITZ LLP |
| New York, New York 10036 | 400 Garden City Plaza |
| | Garden City, New York 11530 |
| Attorneys for DPH Holdings Corp., et al., Reorganized Debtors | |
| | Co-Counsel to Genpact International LLC |

# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
            In re                         :         Chapter 11
                                          :
DPH HOLDINGS CORP., <u>et al.</u>,                 :         Case No. 05-44481 (RDD)
                                          :
                    Reorganized Debtors. :          (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FINAL DECREE AND ORDER PURSUANT TO 11 U.S.C. § 350(a) AND FED.
R. BANKR. P. 3022 AND LOCAL R. BANKR. P. 3022-1 CLOSING
<u>CHAPTER 11 CASES OF 20 FILING DEBTORS</u>

Upon the motion, dated September 3, 2010 (the "Motion"),[1] of DPH Holdings

Corp. ("DPH Holdings"), on behalf of itself and certain of its affiliated reorganized debtors in the

above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), successors to

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order and final decree pursuant to 11 U.S.C. § 350(a) Fed. R. Bankr. P. 3022 and Local R. Bankr.

P. 3022-1 closing the chapter 11 cases of 20 Debtors (the "Closing Debtors"); and it appearing

that proper and adequate notice of the Motion has been given and that no other or further notice

is necessary; and upon the record of the September 24, 2010 hearing on the Motion; and after

due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

ORDERED, ADJUDGED, AND DECREED THAT:[2]

1.      This Court has core jurisdiction over these chapter 11 cases and the parties

and property affected hereby pursuant to 28 U.S.C. §§ 157 and 1334, article 13 of the Modified

Plan, and paragraphs FF and 56 of the Modification Approval Order.  Venue of this proceeding

and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The Motion is GRANTED.

3.      The chapter 11 cases of the Closing Debtors identified in Exhibit A

attached hereto and incorporated herein by reference are hereby closed, pursuant to section 350

of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1.

4.      The Reorganized Debtors shall continue to pay applicable U.S. Trustee

fees, including interest (if any), on account of all of the chapter 11 cases of the Debtors –

including the Closing Debtors identified on Exhibit A – when such fees become due and payable.

5.      This Court shall retain jurisdiction to hear and determine all matters

arising from or relating to the implementation of this order.

Dated:  White Plains, New York
        September 29, 2010

                        /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE

---

[2]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
       of fact when appropriate.  See Fed. R. Bankr. P. 7052.

## Exhibit A

|     | Case No. | Filing Debtor | Address[1] | Tax ID Number |
|-----|----------|---------------|------------|---------------|
| 1.  | 05-44480 | Delphi NY Holding Corporation | 5725 Delphi Drive, Troy, MI 48098 | 20-3383408 |
| 2.  | 05-44503 | Environmental Catalysts, LLC | 5725 Delphi Drive, Troy, MI 48098 | N/A |
| 3.  | 05-44542 | Delphi Liquidation Holding Company | 5725 Delphi Drive, Troy, MI 48098 | 95-4359324 |
| 4.  | 05-44547 | Delphi Electronics (Holding) LLC | One Corporate Center, Kokomo, IN 46904 | 95-4554161 |
| 5.  | 05-44558 | Delphi Automotive Systems Tennessee, Inc. (a/k/a PBR Automotive Tennessee, Inc.) | 5725 Delphi Drive, Troy, MI 48098 | 38-3319836 |
| 6.  | 05-44570 | Delphi Automotive Systems Risk Management Corp. | 5725 Delphi Drive, Troy, MI 48098 | 38-3575299 |
| 7.  | 05-44573 | Exhaust Systems Corporation | 4800 S. Saginaw Street, Flint, MI 48501 | 38-3211473 |
| 8.  | 05-44580 | Delphi Automotive Systems Korea, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-2849490 |
| 9.  | 05-44583 | Delphi International Services Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3439894 |
| 10. | 05-44586 | Delphi Automotive Systems Thailand, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3379709 |
| 11. | 05-44591 | Delphi International Holdings Corp. | 5725 Delphi Drive, Troy, MI 48098 | 38-3449527 |
| 12. | 05-44610 | Delco Electronics Overseas Corporation | 5725 Delphi Drive, Troy, MI 48098 | 38-2638990 |
| 13. | 05-44618 | Aspire, Inc. | U.S. Route 1, Morrisville, PA 19067 | 36-4392806 |
| 14. | 05-44623 | Delphi Integrated Service Solutions, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3422378 |
| 15. | 05-44626 | Packard Hughes Interconnect Company | 17150 Von Karman Avenue, Irvine, CA 92614 | 33-0595219 |
| 16. | 05-44627 | DREAL, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3457411 |
| 17. | 05-44633 | Delphi Services Holding Corporation | 5725 Delphi Drive, Troy, MI 48098 | 20-0577653 |
| 18. | 05-44636 | Delphi Automotive Systems Global (Holding), Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3547659 |
| 19. | 05-44638 | Delphi Foreign Sales Corporation | Chase Trade, Inc., Post Office Box 309420, 55-11 Conacao Gade, Charlotte Amalie, St. Thomas, 00803-9420 U.S. Virgin Islands | 66-0564421 |
| 20. | 05-47459 | Delphi Receivables LLC | 5725 Delphi Drive, Troy, MI 48098 | 61-1446224 |

---

[1]   All Debtor addresses are those that appear on the voluntary petitions.

# EXHIBIT J

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                            :
In re                         :     Chapter 11
                            :
DPH HOLDINGS CORP., et al.,     :     Case No. 05-44481 (RDD)
                            :
          Reorganized Debtors. :     (Jointly Administered)
                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING PROOF OF CLAIM
NUMBER 350 FILED BY BRIAN LEE PENLEY

("CLAIMS OBJECTION ORDER REGARDING
BRIAN LEE PENLEY CLAIM")

Upon the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient

Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims

Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims

Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection"), by

which Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), predecessors of DPH

Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-

captioned cases (together with DPH Holdings, the "Reorganized Debtors"), objected to proof of

claim number 350 filed by Brian Lee Penley (the "Claimant"); and upon the response to the

Third Omnibus Claims Objection (Docket No. 5932) (the "Response"); and upon the

Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number

350 (Brian Lee Penley) (Docket No. 20479) (the "Statement Of Disptuted Issues"); and upon the

Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 350 (Brian Lee

Penley) (Docket No. 20560) (the "Supplemental Reply" and together with the Third Omnibus

Claims Objection, the Response, and the Statement Of Disputed Issues, the "Pleadings"); and

upon the record of the September 24, 2010 hearing held on the Third Omnibus Claims Objection

to proof of claim number 350; and after due deliberation thereon; and good and sufficient cause

appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Brian Lee Penley, the holder of proof of claim number 350, was properly

and timely served with a copy of the Third Omnibus Claims Objection, a personalized Notice Of

Objection To Claim, a copy of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P.

2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings

Regarding Objections To Claims And (II) Certain Notices And Procedures Governing

Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the

proposed order with respect to the Third Omnibus Claims Objection, and the notice of the

deadline for responding to the Third Omnibus Claims Objection.

B.    The Claimant submitted the Response to the Third Omnibus Claims

Objection.

C.    On October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Third Omnibus Claims Objection.

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.

        D.      On July 21, 2010, the Reorganized Debtors filed the Notice Of Claims

Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim Number

350 (Brian Lee Penley) (Docket No. 20453) (the " Notice Of Hearing").

        E.      The Claimant was properly and timely served with a copy of the Notice Of

Hearing, the Statement Of Disputed Issues, and the Supplemental Reply.

        F.      This Court has jurisdiction over the contested matters set forth in the

Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28

U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28

U.S.C. §§ 1408 and 1409.

        G.      For the reasons stated by this Court at the September 24, 2010 hearing,

proof of claim number 350 should be disallowed and expunged in its entirety.

        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED THAT:

        1.      Proof of claim number 350 is hereby disallowed and expunged in its

entirety.

        2.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors or the Reorganized

Debtors.

        3.      This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Claims subject to the Third Omnibus Claims Objection and the Supplemental Reply to

hear and determine all matters arising from the implementation of this order.

       4.       Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.


Dated: White Plains, New York
       September 30, 2010

                    /s/Robert D. Drain
                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT K

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
          In re                           :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
                    Reorganized Debtors.  :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING PROOF OF CLAIM
NUMBER 10835 FILED BY DENNIS DASHKOVITZ


("CLAIMS OBJECTION ORDER REGARDING
DENNIS DASHKOVITZ CLAIM")


          Upon the Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. §

502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain

Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain

Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow

Certain Claims (Docket No. 18826) (the "Thirty-Fifth Omnibus Claims Objection"), by which

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), predecessors of DPH

Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-

captioned cases (together with DPH Holdings, the "Reorganized Debtors"), objected to proof of

claim number 10835 filed by Dennis Dashkovitz (the "Claimant"); and upon the response to the

Thirty-Fifth Omnibus Claims Objection (Docket No. 18900) (the "Response"); and upon the

Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number

10835 (Dennis Dashkovitz) (Docket No. 20473) (the "Statement Of Disputed Issues"); and upon

the Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 10835

(Dennis Dashkovitz) (Docket No. 20555) (the "Supplemental Reply" and together with the

Thirty-Fifth Omnibus Claims Objection, the Response, and the Statement Of Disputed Issues,

the "Pleadings"); and upon the record of the September 24, 2010 hearing held on the Thirty-Fifth

Omnibus Claims Objection to proof of claim number 10835; and after due deliberation thereon;

and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Dennis Dashkovitz, the holder of proof of claim number 10835, was

properly and timely served with a copy of the Thirty-Fifth Omnibus Claims Objection, a

personalized Notice Of Objection To Claim, a copy of the Order Pursuant To 11 U.S.C. § 502(b)

And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates

For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures

Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"),

the proposed order with respect to the Thirty-Fifth Omnibus Claims Objection, and the notice of

the deadline for responding to the Thirty-Fifth Omnibus Claims Objection.

B.    The Claimant submitted the Response to the Thirty-Fifth Omnibus Claims

Objection.

C.    On October 6, 2009 (the "Effective Date"), the Debtors substantially

consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And

Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"),

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Thirty-Fifth Omnibus Claims Objection.

2

which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket

No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

D.     On July 21, 2010, the Reorganized Debtors filed the Notice Of Claims

Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim Number

10835 (Dennis Dashkovitz) (Docket No. 20455) (the " Notice Of Hearing").

E.     The Claimant was properly and timely served with a copy of the Notice Of

Hearing, the Statement Of Disputed Issues, and the Supplemental Reply.

F.     This Court has jurisdiction over the contested matters set forth in the

Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28

U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28

U.S.C. §§ 1408 and 1409.

G.     Prior to the Effective Date, the liabilities for payment of Mr. Dashkovitz's

workers' compensation benefits were transferred to General Motors Corporation ("GM").

Following the transfer to GM, the Debtors discontinued all payments to Mr. Dashkovitz on

account of his workers' compensation benefits.

H.     For the reasons stated by this Court at the September 24, 2010 hearing,

proof of claim number 10835 should be disallowed and expunged in its entirety.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED THAT:

1.     Proof of claim number 10835 is hereby disallowed and expunged in its

entirety, subject to the Claimant's right to seek reconsideration of proof of claim number 10835

under 11 U.S.C.§ 502(j) in the event that GM does not satisfy its obligation to pay Mr.

Dashkovitz on account of his prepetition workers' compensation claim; provided, however, that

the Reorganized Debtors shall have the right challenge any such request for reconsideration on any basis whatsoever.

2.     Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors or the Reorganized Debtors.

3.     This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Thirty-Fifth Omnibus Claims Objection and the Supplemental Reply to hear and determine all matters arising from the implementation of this order.

4.     Kurtzman Carson Consultants LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.

Dated: White Plains, New York
     September 30, 2010

/s/Robert D. Drain<br>UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
        In re                             :    Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :    Case No. 05-44481 (RDD)
                                          :
               Reorganized Debtors.       :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING PROOF OF CLAIM
NUMBER 7658 FILED BY ROBERT STASIK


("CLAIMS OBJECTION ORDER REGARDING
ROBERT STASIK CLAIM")


            Upon the Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests,

(B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims,

And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No.

19044) (the "Thirty-Eighth Omnibus Claims Objection"), by which DPH Holdings Corp. ("DPH

Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together

with DPH Holdings, the "Reorganized Debtors"), successors of Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of claim number 7658 filed by Robert Stasik (the

"Claimant"); and upon the response to the Thirty-Eighth Omnibus Claims Objection (Docket No.

19150) (the "Response"); and upon the Reorganized Debtors' Statement Of Disputed Issues With

Respect To Proof of Claim Number 7658 (Robert Stasik) (Docket No. 20476) (the "Statement Of

Disputed Issues"); and upon the Reorganized Debtors' Supplemental Reply with Respect To

Proof Of Claim No. 7658 (Robert Stasik) (Docket No. 20558) (the "Supplemental Reply" and

together with the Thirty-Eighth Omnibus Claims Objection, the Response, and the Statement Of

Disputed Issues, the "Pleadings"); and upon the record of the September 24, 2010 hearing held

on the Thirty-Eighth Omnibus Claims Objection to proof of claim number 7658; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Robert Stasik, the holder of proof of claim number 7658, was properly and

timely served with a copy of the Thirty-Eighth Omnibus Claims Objection, a personalized Notice

Of Objection To Claim, a copy of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings

Regarding Objections To Claims And (II) Certain Notices And Procedures Governing

Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the

proposed order with respect to the Thirty-Eighth Omnibus Claims Objection, and the notice of

the deadline for responding to the Thirty-Eighth Omnibus Claims Objection.

B.    Michael H. Glassman, on behalf of the Claimant, submitted the Response

to the Thirty-Eighth Omnibus Claims Objection.

C.    On October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Thirty-Eighth Omnibus Claims Objection.

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.

D.    On July 21, 2010, the Reorganized Debtors filed the Notice Of Claims

Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim Number

7658 (Robert Stasik) (Docket No. 20458) (the " Notice Of Hearing").

E.    The Claimant was properly and timely served with a copy of the Notice of

Hearing, the Statement Of Disputed Issues, and the Supplemental Reply.

F.    This Court has jurisdiction over the contested matters set forth in the

Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28

U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28

U.S.C. §§ 1408 and 1409.

G.    Prior to the Petition Date, the Debtors obtained a surety bond for the

benefit of the New Jersey Department of Banking and Insurance in the amount of $5,500,000.00

as security for the Debtors' obligations relating to workers' compensation benefits. The surety

bond was backed by a letter of credit in the amount of $5,500,000.00 (the "Letter Of Credit")

issued to CNA Surety Corporation ("CNA"), a third-party surety company, on behalf of the

Debtors. As of March 17, 2010, CNA had drawn down the entire amount of the letter of credit.

H.    For the reasons stated by this Court at the September 24, 2010 hearing,

proof of claim number 7658 should be disallowed and expunged in its entirety, subject to the

claimant's rights under 11 U.S.C. § 502(j) in the event the claim is not satisfied as provided in

the preceding paragraph.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED THAT:

3

1.    Proof of claim number 7658 is hereby disallowed and expunged in its entirety, subject to the Claimant's right to seek reconsideration of proof of claim number 7658 under 11 U.S.C.§ 502(j) in the event that the proceeds from the Letter Of Credit are insufficient to satisfy proof of claim number 7658; provided, however, that the Reorganized Debtors shall have the right to challenge any such request for reconsideration on any basis whatsoever.

2.    Nothing contained herein shall constitute, nor shall it be deemed to constitute, the allowance of any claim asserted against any of the Debtors or the Reorganized Debtors.

3.    This Court shall retain jurisdiction over the Reorganized Debtors and the holders of Claims subject to the Thirty-Eighth Omnibus Claims Objection and the Supplemental Reply to hear and determine all matters arising from the implementation of this order.

4.    Kurtzman Carson Consultants LLC is hereby directed to serve this order in accordance with the Claims Objection Procedures Order.


Dated: White Plains, New York
       September 30, 2010

                           /s/Robert D. Drain
                           UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT M

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

In re                          :     Chapter 11
                                :

DPH HOLDINGS CORP., <u>et al.</u>,     :     Case No. 05-44481 (RDD)
                                :

Reorganized Debtors. :     (Jointly Administered)
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING PROOF OF ADMINISTRATIVE
<u>EXPENSE CLAIM NUMBER 17330 FILED BY RANDY D. AUSTIN</u>

("CLAIMS OBJECTION ORDER REGARDING
RANDY D. AUSTIN CLAIM")

           Upon the Reorganized Debtors' Thirty-Ninth Omnibus Objection Pursuant To 11

U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain Administrative Expense (I)

Workers' Compensation Claims, (II) Workers' Compensation Claims Transferred To GM Buyers,

And (III) Severance Claims (Docket No. 19045) (the "Thirty-Ninth Omnibus Claims Objection"),

by which DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors

in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"),

successors of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to

proof of administrative expense claim number 17330 filed by Randy D. Austin (the "Claimant");

and upon the undocketed response to the Thirty-Ninth Omnibus Claims Objection (the "First

Response"); and upon the Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11

U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A)

Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And

Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow

Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative

Expense Severance Claims (Docket No. 19423) (the "Forty-Fifth Omnibus Claims Objection"

together with the Thiry-Ninth Omnibus Claims Objection, the "Omnibus Claims Objections"),

by which the Reorganized Debtors objected to proof of administrative expense claim number

17330; and upon the response to the Forty-Fifth Omnibus Claims Objection (the "Second

Response"); and upon the Reorganized Debtors' Statement Of Disputed Issues With Respect To

Proof Of Administrative Expense Claim Number 17330 (Randy D. Austin)  (Docket No. 19969)

(the "May Statement Of Disputed Issues"); and upon the Amended And Restated  Statement Of

Disputed Issues With Respect To Proof Of Administrative Claim Number 17330 (Randy D.

Austin) (Docket No. 20478) (the "July Statement Of Disputed Issues" together with the May

Statement Of Disputed Issues, the "Statements of Disputed Issues"); and upon the Response Of

Randy D. Austin To Objection To Claim No. 17330 (Docket No. 20213) (the "Third Response,"

together with the First Response and the Second Response, the "Responses"); Reorganized

Debtors' Supplemental Reply with Respect to Proof of Administrative Expense Claim Number

17330 (Randy D. Austin) (Docket No. 20553); and upon Reorganized Debtors' Second

Supplemental Reply with Respect to Proof of Administrative Expense Claim Number 17330

(Randy D. Austin) (Docket No. 20610) ("Second Supplemental Reply" together with the First

Supplemental Reply, the "Supplemental Replies" and together with the Omnibus Claims

Objections, the Responses, and the Statements of Disputed Issues, the "Pleadings"); and upon the

record of the September 24, 2010 hearing held on the Omnibus Claims Objections to proof of

administrative expense claim number 17330; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.      Randy D. Austin, the holder of proof of administrative expense claim number 19601, was properly and timely served with copies of the Omnibus Claims Objections, a personalized Notice Of Objection To Claim for each Omnibus Claims Objection, a copy of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims  (Docket No. 18998) (the "Administrative Claims Objection Procedures Order"), the proposed orders with respect to each of the Omnibus Claims Objections, and the notices of the deadline for responding to each of the Omnibus Claims Objections.

B.      The Claimant submitted the Responses to the Omnibus Claims Objections.

C.      On October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Claims Objections.

D.      On July 21, 2010, the Reorganized Debtors filed the Notice of Claims

Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative

Expense Claim Number 17330 (Randy D. Austin) (Docket No. 20460) (the "Notice Of Hearing").

E.      The Claimant was properly and timely served with a copy of the Notice of

Hearing, the Statements Of Disputed Issues, and the Supplemental Replies.

F.      This Court has jurisdiction over the contested matters set forth in the

Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28

U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28

U.S.C. §§ 1408 and 1409.

G.      For the reasons stated by this Court at the September 24, 2010 hearing,

proof of administrative expense claim number 19601 should be disallowed and expunged in its

entirety.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED THAT:

1.      Proof of administrative expense claim number 19601 is hereby disallowed

and expunged in its entirety.

2.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors or the Reorganized

Debtors.

3.      This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Claims subject to the Omnibus Claims Objections and the Supplemental Replies to

hear and determine all matters arising from the implementation of this order.

4

4.    Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.


Dated:  White Plains, New York
            September 30, 2010

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT N

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
           In re                          :      Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :      Case No. 05-44481 (RDD)
                                          :
                    Reorganized Debtors.  :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R. BANKR. P. 3007
DISALLOWING AND EXPUNGING PROOF OF ADMINISTRATIVE
EXPENSE CLAIM NUMBER 19601 FILED BY TERRY L. ROE

("CLAIMS OBJECTION ORDER REGARDING
TERRY L. ROE CLAIM")

           Upon the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11

U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain

Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims,

(C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims,

(E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax

Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge

(A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim,

And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense

(A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV)

Allow Certain Administrative Expense Severance Claims (Docket No. 19711) (the "Forty-Sixth

Omnibus Claims Objection"), by which DPH Holdings Corp. ("DPH Holdings") and certain of

its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the

"Reorganized Debtors"), successors of Delphi Corporation and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), objected to proof of administrative expense claim number 19601 filed by Terry L.

Roe (the "Claimant"); and upon the responses to the Forty-Sixth Omnibus Claims Objection

(Docket Nos. 19883, 19916, and 19927) (the "Responses"); and upon the  Reorganized Debtors'

Statement of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number

19601 (Terry L. Roe) (Docket No. 20475) (the "Statement Of Disputed Issues"); and upon the

Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense

Claim No. 19601 (Terry L. Roe) (Docket No. 20559) (the "Supplemental Reply" and together

with the Forty-Sixth Omnibus Claims Objection, the Responses, and the Statement Of Disputed

Issues, the "Pleadings"); and upon the record of the September 24, 2010 hearing held on the

Forty-Sixth Omnibus Claims Objection to proof of administrative expense claim number 19601;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Terry L. Roe, the holder of proof of administrative expense claim number

19601, was properly and timely served with a copy of the Forty-Sixth Omnibus Claims

Objection, a personalized Notice Of Objection To Claim, a copy of the Order Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014

Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices

And Procedures Governing Objections To Claims (Docket No. 6089) (the "Claims Objection

Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Forty-Sixth Omnibus Claims Objection.

2

To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims

(Docket No. 18998) (the "Administrative Claims Objection Procedures Order"), the proposed

order with respect to the Forty-Sixth Omnibus Claims Objection, and the notice of the deadline

for responding to the Forty-Sixth Omnibus Claims Objection.

                B.       The Claimant submitted the Responses to the Forty-Sixth Omnibus Claims

Objection.

                C.       On October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.

                D.       On July 21, 2010, the Reorganized Debtors filed the Notice of Claims

Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative

Expense Claim Number 19601 (Terry L. Roe) (Docket No. 20460) (the "Notice Of Hearing").

                E.       The Claimant was properly and timely served with a copy of the Notice of

Hearing, the Statement Of Disputed Issues, and the Supplemental Reply.

                F.       This Court has jurisdiction over the contested matters set forth in the

Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28

U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28

U.S.C. §§ 1408 and 1409.

                G.       For the reasons stated by this Court at the September 24, 2010 hearing, the

Claimant has failed to sufficiently plead a prima facie claim; therefore, proof of administrative

expense claim number 19601 should be disallowed and expunged in its entirety.

3

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

DECREED THAT:

1.      Proof of administrative expense claim number 19601 is hereby disallowed

and expunged in its entirety.

2.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors or the Reorganized

Debtors.

3.      This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Claims subject to the Forty-Sixth Omnibus Claims Objection and the Supplemental

Reply to hear and determine all matters arising from the implementation of this order.

4.      Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.


Dated:  White Plains, New York
        September 30, 2010

                        /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT O

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                           :
           In re                           :     Chapter 11
                                           :
DPH HOLDINGS CORP., <u>et al.</u>,         :     Case No. 05-44481 (RDD)
                                           :
                    Reorganized Debtors.   :     (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED. R.
BANKR. P. 3007 DISALLOWING AND EXPUNGING
PROOFS OF ADMINISTRATIVE EXPENSE CLAIM
<u>NUMBERS 17081 AND 18049 FILED BY JAMES A. LUECKE</u>

("CLAIMS OBJECTION ORDER REGARDING
JAMES A. LUECKE CLAIM")

Upon the Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant to

11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain (I) Prepetition Claims, (II)

Equity Interests, (III) Books and Records Claims, (IV) Untimely Claims, (V) Paid Severance

Claims, (VI) Pension, Benefit and OPEB Claims, and (VII) Duplicate Claims (Docket No. 18984)

(the "Thirty-Seventh Omnibus Claims Objection"), by which DPH Holdings Corp. ("DPH

Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together

with DPH Holdings, the "Reorganized Debtors"), successors of Delphi Corporation and certain

of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), objected to proof of administrative expense claim number 17081

filed by James A. Luecke (the "Claimant"); and upon the response to the Thirty-Seventh

Omnibus Claims Objection (Docket No. 19007) (the "First Response"); and upon the

Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed.

R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B)

Books And Records Claims, (C) Duplicate Claims, (D) Pension And Benefit Claims, And (E)

Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative

Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims

(Docket No. 19423) ("Forty-Fifth Omnibus Claims Objection" together with the Thirty-Seventh

Omnibus Claims Objection, the "Omnibus Claims Objections"), by which the Reorganized

Debtors objected to proof of administrative expense claim number 18049; and upon the response

to the Forty-Fifth Omnibus Claims Objection (Docket No. 19707) (the "Second Response" and

together with the First Response, the "Responses"); and upon the Reorganized Debtors'

Supplemental Reply To Responses Of Certain Claimants To Debtors' Objections To Proof Of

Claim Number 11375 Filed By Jeffrey A. Miller, Administrative Expense Claim Number 16925

Filed By Stanley D. Smith, Administrative Expense Claim Numbers 17081 And 18049 Filed By

James A. Luecke, Administrative Expense Claim Number 18087 Filed By Frank X. Budelewski,

Administrative Expense Claim Number 18604 Filed By Walter A. Kunka, Administrative

Expense Claim Number 20017 Filed By Andrew C. Gregos, And Administrative Expense Claim

Number 20054 Filed By Robyn R. Budd (Docket No. 19809) (the "First Supplemental Reply");

and upon the Reorganized Debtors' Supplemental Reply To Responses To Debtors' Objections

To Administrative Expense Claim Numbers 17081 And 18049 Filed By James A. Luecke

(Docket No. 20002) (the "Second Supplemental Reply"); and upon the Reorganized Debtors'

Second Supplemental Reply to Responses to Debtors' Objections to Administrative Expense

Claim Numbers 17081 and 18049 Filed by James A. Luecke (Docket No. 20595) (the "Third

Supplemental Reply" together with the First Supplemental Reply and the Second Supplemental

Reply, the "Supplemental Replies" and together with the Omnibus Claims Objections, and the

Responses, the "Pleadings"); and upon the record of the September 24, 2010 hearing held on the

Omnibus Claims Objections to proof of administrative expense claim numbers 17081 and 18049;

and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    James A. Luecke, the holder of proofs of administrative expense claim

numbers 17081 and 18049, was properly and timely served with copies of the Omnibus Claims

Objections, a personalized Notice Of Objection To Claim for each Omnibus Claims Objection, a

copy of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016,

7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To

Claims And (II) Certain Notices And Procedures Governing Objections To Claims (Docket No.

6089) (the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a)

And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested

Administrative Expense Claims  (Docket No. 18998) (the "Administrative Claims Objection

Procedures Order"), the proposed orders with respect to each of the Omnibus Claims Objections,

and the notices of the deadline for responding to each of the Omnibus Claims Objections.

B.    The Claimant submitted the Responses to the Omnibus Claims Objections.

C.    On October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Omnibus Claims Objections.

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.

        D.       On March 25, 2010, the Reorganized Debtors filed the Notice of

Sufficiency Hearing with Respect to Debtors' Objections to Proofs of Claim Numbers 5268,

13270, 13838, 13880, 15585, 15589, 16925, 17081, 17773, 18049, 18087, 18604, 18740, 20017,

and 20054 (Docket No. 19735) (the "Notice Of Hearing").

        E.       On July 15, 2010, the Reorganized Debtors filed the Notice of

Adjournment of Sufficiency Hearing with Respect to Reorganized Debtors' Objection to Proofs

Administrative Expense Claim Numbers 17081 and 18049 (Docket No. 20421) ("Notice of

Adjournment")

        F.       The Claimant was properly and timely served with a copy of the Notice of

Hearing, the Notice of Adjournment, and the Supplemental Replies.

        G.       This Court has jurisdiction over the contested matters set forth in the

Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28

U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28

U.S.C. §§ 1408 and 1409.

        H.       For the reasons stated by this Court at the September 24, 2010 hearing, the

Claimant has compromised and settled the remaining portion of his claims; therefore, proofs of

administrative expense claim number 17081 and 18049 should be disallowed and expunged in

their entirety, without prejudice to the Claimant's rights against GM.

        I.       The relief requested in the Omnibus Claims Objections and the

Supplemental Replies is in the best interests of the Reorganized Debtors, their creditors, and

other parties-in-interest.

4

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Proofs of claim numbers 17081 and 18049 are hereby disallowed and

expunged in their entirety.

2.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors or the Reorganized

Debtors.

3.      This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Claims subject to the Omnibus Claims Objections and the Supplemental Replies to

hear and determine all matters arising from the implementation of this order.

4.      Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.


Dated:  White Plains, New York
        September 30, 2010

                        /s/Robert D. Drain
                         UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT P

USDS SDNY    (~ASTEL)
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10·1~10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
In re DPH Holdings Corp., et al.,          :
                      Reorganized Debtor,  :     10-civ-5347 (PKC)
                                           :
-------------------------------------------------  :
                                           :
IUE-CWA, AFL-CIO,                          :     Case No. 05-44481 (RDD)
                                           :
                      Appellants,          :     (Jointly Administered)
                                           :
vs.                                        :
DPH Holdings Corp., et al.,                :     **ORDER**
                                           :
                      Appellees.           :
------------------------------------------------x

**ORDER DISMISSING APPEAL PURSUANT**
**TO FED. R. BANKR. P. 8001(c)(2)**

P. KEVIN CASTEL, District Judge:

In accordance with Fed. R. Bankr. P. 8001(c)(2) and the Agreement To Dismiss

Appeal Pursuant To Fed. R. Bankr. P. 8001(c)(2), the above-captioned appeal is dismissed with

prejudice. The Appellants shall pay any court costs or fees that may be due in connection with

the above-captioned appeal.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       September 20 2010

# EXHIBIT Q

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                    :
In re                   :     Chapter 11
                    :
DPH HOLDINGS CORP., <u>et al.</u>,   :     Case No. 05-44481 (RDD)
                    :
      Reorganized Debtors. :     (Jointly Administered)
                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
MODIFYING AND ALLOWING PROOF OF CLAIM NUMBER 9396
<u>FILED ON BEHALF OF DAVID LYONS</u>

("CLAIMS OBJECTION ORDER REGARDING
DAVID LYONS CLAIM")

Upon the Debtors' Thirty-Fifth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Books And Records Claim, (B) Certain Salaried Pension And OPEB Claims, (C) Certain Wage And Benefit Claims, And (D) Certain Individual Workers' Compensation Books And Records Claims And (II) Modify And Allow Certain Claims (Docket No. 18826) (the "Thirty-Fifth Omnibus Claims Objection"), by which Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), predecessors of DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), objected to proof of claim number 9396 filed on behalf of David Lyons (the "Claimant"); and upon the response to the Thirty-Fifth Omnibus Claims Objection (Docket No. 18914) (the "Response"); and upon the Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number

9396 (David Lyons) (Docket No. 20474) (the "Statement Of Disputed Issues"); and upon the

Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim No. 9396 (David

Lyons) (Docket No. 20556) (the "Supplemental Reply" and together with the Thirty-Fifth

Omnibus Claims Objection, the Response, and the Statement Of Disputed Issues, the

"Pleadings"); and upon the record of the September 24, 2010 hearing held on the Thirty-Fifth

Omnibus Claims Objection to proof of claim number 9396 (the "Hearing"), and after due

deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.      David Lyons, the holder of proof of claim number 9396, was properly and

timely served with a copy of the Thirty-Fifth Omnibus Claims Objection, a personalized Notice

Of Objection To Claim, a copy of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.

P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings

Regarding Objections To Claims And (II) Certain Notices And Procedures Governing

Objections To Claims (Docket No. 6089) (the "Claims Objection Procedures Order"), the

proposed order with respect to the Thirty-Fifth Omnibus Claims Objection, and the notice of the

deadline for responding to the Thirty-Fifth Omnibus Claims Objection.

B.      Joan C. Lyons, on behalf of the Claimant, submitted the Response to the

Thirty-Fifth Omnibus Claims Objection.

C.      On October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

---

[1]     Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Thirty-Fifth Omnibus Claims Objection.

2

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.

        D.      On July 21, 2010, the Reorganized Debtors filed the Notice of Claims

Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim Number

9396 (David Lyons) (Docket No. 20456) (the " Notice Of Hearing").

        E.      The Claimant was properly and timely served with a copy of the Notice of

Hearing, the Statement Of Disputed Issues, and the Supplemental Reply.

        F.      This Court has jurisdiction over the contested matters set forth in the

Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28

U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28

U.S.C. §§ 1408 and 1409.

        G.      As stated by counsel for the Reorganized Debtors and counsel for David E.

Lyons on the record at the Hearing, the parties have agreed that proof of claim 9396 should be

withdrawn subject to the Claimant's rights with respect to the Ohio Bureau of Workers'

Compensation.

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

        1.      Proof of claim number 9396 is hereby deemed withdrawn; provided,

however, such withdrawal shall not affect the Claimant's rights, if any, to seek payment or

acceptance of claims from the Ohio Bureau of Workers' Compensation.

        2.      The Response is hereby deemed withdrawn with prejudice.

3.      This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Claims subject to the Thirty-Fifth Omnibus Claims Objection and the Supplemental

Reply to hear and determine all matters arising from the implementation of this order.

4.      Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.


Dated: White Plains, New York
        October 5, 2010

                                /s/Robert D. Drain
                                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT R

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                               :

In re                        :      Chapter 11
                               :

DPH HOLDINGS CORP., et al.,      :      Case No. 05-44481 (RDD)
                               :

            Reorganized Debtors. :      (Jointly Administered)
                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007
(I) DISALLOWING AND EXPUNGING PROOFS OF CLAIM NUMBERS
11983, 11985, 11988, AND 11989 FILED BY ILLINOIS TOOL WORKS,
INC. AND ITW FOOD EQUIPMENT GROUP LLC, PROOFS OF CLAIM
NUMBERS 11981, 11982, 11986, AND 11987 FILED BY HOBART
BROTHERS COMPANY, PROOF OF CLAIM NUMBER 11045 FILED
BY MAD RIVER TRANSPORTATION INC., PROOF OF CLAIM
NUMBER 10686 FILED BY PEERLESS TRANSPORTATION
COMPANY, PROOF OF CLAIM NUMBER 10504 FILED BY
TREMONT CITY BARREL FILL PRP GROUP, AND PROOF OF
<u>CLAIM NUMBERS 11984 AND 11990 FILED BY TRI MARK INC</u>.

("CLAIMS OBJECTION ORDER REGARDING
CERTAIN ENVIRONMENTAL CLAIMS")

Upon the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11

U.S.C.§ 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient

Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims

Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims

Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection"), by

which Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), predecessors of

DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors in the

above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), objected to

proofs of claim numbers 11983, 11985, 11988, and 11989 filed by Illinois Tool Works, Inc. and

ITW Food Equipment Group LLC (collectively "ITW"), proofs of claim numbers 11981, 11982,

11986, and 11987 filed by Hobart Brothers Company ("Hobart Brothers"), proof of claim

number 11045 filed by Mad River Transportation Inc. ("Mad River Transportation"), proof of

claim number 10686 filed by Peerless Transportation Company ("Peerless Transportation"),

proof of claim number 10504 filed by Tremont City Barrel Fill PRP Group (the "Tremont PRP

Group"), and proofs of claim numbers 11984 and 11990 filed by Tri Mark Inc. ("Tri Mark"

together with ITW, Hobarat Brothers, Mad River Transportation, Peerless Transportation, and

the Tremont PRP Group, the "Claimants"); and upon the Response Of Creditors: (I) Illinois Tool

Works Inc.; (II) Illinois Tool Works For Hobart Brothers Co., (III) Hobart Brothers Company,

(IV) ITW Food Equipment Group LLC And (V) Tri-Mark, Inc. In Opposition To Debtors' Third

Omnibus Objection To Certain Claims (Docket No. 5617) (the "Claimants' First Response"); and

upon the Tremont City Barrel Fill PRP Group's Response In Opposition To Debtors' (I) Third

Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007

To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By

Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To

Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) And To The

Extent Necessary Request To Amend Claim (Docket No. 5797) (the " Claimants' Second

Response"); and upon the Response Of Claimant Peerless Transportation Company To Notice Of

Objection To Claim As Set Forth In The Debtor's Third Omnibus Objection (Docket No. 5819)

(the "Claimants' Third Response"); and upon the Response Of Claimant Mad River

Transportation, Inc. To Notice Of Objection To Claim As Set Forth In The Debtor's Third

2

Omnibus Objection (Docket No. 5820) (the "Claimants' Fourth Response" together with the

Claimants' First Response, the Claimants' Second Response, and the Claimants' Third Response,

the "Claimants' Responses"); and upon the Reorganized Debtors' Supplemental Reply To

Responses Of Certain Claimants To Debtors' Objections To Proofs Of Claim Nos. 11983, 11985,

11988, And 11989 Filed By Illinois Tool Works Inc. And ITW Food Equipment Group LLC

(Docket No. 19603) (the "Reorganized Debtors' First Supplemental Reply"); and upon the

Supplemental Brief Of Illinois Tool Works Inc. And ITW Food Equipment Group LLC In

Support Of Claim Nos. 11983, 11985, 11988 And 11989 (Docket No. 19893) (the "ITW

Supplemental Brief"); and upon the Reorganized Debtors' Response To The Supplemental Brief

Of Illinois Tool Works, Inc. And ITW Food Equipment Group LLC In Support Of Claim Nos.

11983, 11985, 11988, And 11989 (Docket No. 20520) (the "Reorganized Debtors' First

Response") ; and upon the Reorganized Debtors' Supplemental Reply To Responses Of Certain

Claimants To Debtors' Objections To Proofs Of Claim Nos. 10504, 10686, 11045, 11981, 11982,

11984, 11986, 11987, And 11990 (Docket No. 20592) (the "Reorganized Debtors' Second

Supplemental Reply" together with the Reorganized Debtors' First Supplemental Reply, the

"Reorganized Debtors' Supplemental Replies"); and upon ITW's Reply To The Reorganized

Debtors' Response To The Supplemental Brief Of Illinois Tool Works Inc. And ITW Food

Equipment Group LLC In Support Of Claim Nos. 11983, 11985, 11988, And 11989 (Docket No.

20608) ("ITW's Reply"); and upon the Reorganized Debtors' Response To ITW's Reply To The

Reorganized Debtors' Response To The Supplemental Brief Of Illinois Tool Works, Inc. And

ITW Food Equipment Group LLC In Support Of Claim Nos. 11983, 11985, 11988, And 11989

(Docket No. 20614) (the "Reorganized Debtors' Second Response" together with the

Reorganized Debtors' First Response, the "Reorganized Debtors' Responses"); and upon the

3

Supplemental Brief Of Claimants Peerless Transportation Company And Mad River

Transportation, Inc. In Support Of Claim Nos. 10686 And 11045 (Docket No. 20616) (the

"Peerless Transportation And Mad River Transportation Supplemental Brief" together with the

Third Omnibus Claims Objection, the Claimants' Responses, the ITW Supplemental Brief, the

Reorganized Debtors' Supplemental Replies, the ITW Reply, the Reorganized Debtors'

Responses, the "Pleadings"); and upon the record of the September 24, 2010 sufficiency hearing

held on the Third Omnibus Claims Objection to proof of claim numbers 10504, 10686, 11045,

11981, 11982, 11983, 11984, 11985, 11986, 11987, 11988, 11989, and 11990; and after due

deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.      The Claimants, the holders of proof of claim numbers 10504, 10686,

11045, 11981, 11982, 11983, 11984, 11985, 11986, 11987, 11988, 11989, and 11990, were

properly and timely served with a copy of the Third Omnibus Claims Objection, a personalized

Notice Of Objection To Claim, a copy of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R.

Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings

Regarding Objections To Claims And (II) Certain Notices And Procedures Governing

Objections To Claims  (Docket No. 6089) (the "Claims Objection Procedures Order"), the

proposed order with respect to the Third Omnibus Claims Objection, and the notice of the

deadline for responding to the Third Omnibus Claims Objection.

B.      The Claimants submitted the Responses to the Third Omnibus Claims

Objection.

---

[1]     Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
        of fact when appropriate.  See Fed. R. Bankr. P. 7052.

4

C.     On October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.

D.     On February 18, 2010, the Reorganized Debtors' filed the Notice of

Sufficiency Hearing with Respect to Debtors' Objections to Proofs of Claim Nos. 6991, 7054,

9221, 10830, 10959, 10960, 11375, 11643, 11644, 11892, 11911, 11983, 11985, 11988, 11989,

12147, 12833, 13776, 13881, 14019, 14020, 14022, 14023, 14024, 14025, 14026, 14370, 14825,

14826, 16967, 18265, 18422, 18603, 18614, 19162, 19543, and 19545 (Docket No. 19504) (the

"First Sufficiency Hearing Notice").

E.     On July 15, 2010, the Reorganized Debtors filed the Notice of

Adjournment of Sufficiency Hearing with Respect to Debtors' Objection to Proofs of Claim

Numbers 11983, 11985, 11988, and 11989 (Docket No. 20420) (the "Notice of Adjournment").

F.     On August 26, 2010, the Reorganized Debtors filed the Notice of

Sufficiency Hearing with Respect to Debtors' Objection to Proofs of Claim Numbers 10504,

10686, 11045, 11981, 11982, 11984, 11986, 11987, and 11990 and Reorganized Debtors'

Objection to Proofs of Administrative Expense Claim Numbers 19797, 19798, 19799, 19800,

and 19802 (Docket No. 20552) (the "Second Sufficiency Hearing Notice").

G.     ITW was properly served with the First Sufficiency Hearing Notice, the

Notice of Adjournment, the Reorganized Debtors' First Supplemental Reply, and the

Reorganized Debtors' Responses.

5

H.    Hobart Brother, Mad River Transportation, Peerless Transportation, the Tremont PRP Group, and Tri Mark were properly served with the Second Sufficiency Hearing Notices and the Reorganized Debtors' Second Supplemental Reply.

I.    This Court has jurisdiction over the contested matters set forth in the Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28 U.S.C. §§ 1408 and 1409.

J.    The Claimants assert claims under the Comprehensive Environmental Response, Compensation & Liability Act of 1980, 42 U.S.C. 9601 *et seq* ("CERCLA") at two sites – the South Dayton Dump and Landfill in Moraine, Montgomery County, Ohio (the "South Dayton Site") and the Tremont City Landfill Site in Tremont, Ohio (the "Tremont Site" and, together with the South Dayton Site, the "Sites").  However, the Claimants have not alleged sufficient facts to establish that the Debtors are "covered persons" within the meaning section 107(a) of CERCLA at either of the Sites in that they have not alleged any facts to refute the Debtors' position that they never owned or operated the Sites, did not arrange for the transportation of wastes to the Sites, and did not transport wastes to the Sites.  42 U.S.C. 9607(a).

K.    Furthermore, for the reasons stated by this Court at the September 24, 2010 hearing, the Debtors are not liable as corporate successors to General Motors Corporation with respect to the Sites under any of the doctrines of corporate successor liability, including mere continuation, *de facto* merger or assumption of liabilities.

L.    Accordingly, for the reasons stated by this Court herein and at the September 24, 2010 hearing, the Claimants have failed to sufficiently plead any prima facie claim; therefore, proofs of claim numbers 10504, 10686, 11045, 11981, 11982, 11983, 11984,

11985, 11986, 11987, 11988, 11989, and 11990 should be disallowed and expunged in its

entirety.

       M.     The relief requested in the Third Omnibus Claims Objection and the

Reorganized Debtors' Supplemental Replies is in the best interests of the Reorganized Debtors,

their creditors, and other parties-in-interest.

       NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

       1.     Proofs of claim numbers 10504, 10686, 11045, 11981, 11982, 11983,

11984, 11985, 11986, 11987, 11988, 11989, and 11990 are hereby disallowed and expunged in

their entirety.

       2.     Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors or the Reorganized

Debtors.

       3.     This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Claims subject to the Third Omnibus Claims Objection and the Reorganized Debtors'

Supplemental Replies to hear and determine all matters arising from the implementation of this

order.

       4.     Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.


Dated:  White Plains, New York
       October 5, 2010

          /s/Robert D. Drain
           UNITED STATES BANKRUPTCY JUDGE


7

# EXHIBIT S

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
|                 Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN
REORGANIZED DEBTORS AND DIRECT SOURCING SOLUTIONS INC.
<u>COMPROMISING AND ALLOWING PROOF OF CLAIM NUMBER 14260</u>

(DIRECT SOURCING SOLUTIONS INC.)

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Direct Sourcing Solutions Inc. (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Direct Sourcing Solutions Inc. Compromising And Allowing Proof Of Claim Number 14260 (Direct Sourcing Solutions Inc.) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC") and Delphi Connection Systems ("DCS"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, the Claimant filed proof of claim number 14260 against Delphi, which asserts an unsecured non-priority claim in the amount of $660,698.51 (the "Claim") stemming from the sale of goods.

WHEREAS, on December, 21, 2007, the Debtors objected to the Claim pursuant to the Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 11588) (the "Twenty-Fourth Omnibus Claims Objection").

2

WHEREAS, on January 23, 2008, the Claimant filed the Response Of Direct Sourcing Solutions, Inc./DSSI To Debtors' Twenty-Fourth Omnibus Claims Objection (Docket No. 12299) (the "Response").

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi, DAS LLC, and DCS emerged from chapter 11 as DPH Holdings Corp, DPH-DAS LLC and DPH Connection Systems, LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6.

WHEREAS, to resolve the Twenty-Fourth Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant agreed that the Claim should be allowed as a general unsecured non-priority claim (a) against DPH-DAS LLC in the amount of $415,000.00 and (b) against DPH Connection Systems, LLC in the amount of $85,000.00.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

3

1.      The Claim shall be allowed as a general unsecured non-priority claim (a) against DPH-DAS LLC in the amount of $415,000.00 and (b) against DPH Connection Systems, LLC in the amount of $85,000.00 in accordance with the terms of the Modified Plan.

2.      The Response is hereby deemed withdrawn with prejudice.

3.      The Reorganized Debtors and the Claimant reserve any and all of their rights and defenses with respect to any action pending under chapter 5 of the Bankruptcy Code against the Claimant.

4.      This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 7th day of October, 2010

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                        /s/ Gary Miller
John Wm. Butler, Jr.                                     Gary Miller
John K. Lyons                                            Secretary
Ron E. Meisler                                           DIRECT SOURCING SOLUTIONS INC.
SKADDEN, ARPS, SLATE, MEAGHER                            9300 Shelbyville Rd, Suite 402
   & FLOM LLP                                            Louisville, KY 40222
155 North Wacker Drive
Chicago, Illinois  60606

                         - and –

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

4

# EXHIBIT T

TOGUT, SEGAL & SEGAL LLP

Bankruptcy Conflicts Counsel for DPH Holdings Corp.

Reorganized Debtors

One Penn Plaza, Suite 3335

New York, New York 10119

(212) 594-5000

Albert Togut

Neil Berger

Lara Sheikh


DPH Holding Corp., Legal Information Hotline:

Toll Free:  (800) 718-5305

International:  (248) 813-2698


DPH Holding Corp., Legal Information Website:

http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|                          | :  |                               |
|--------------------------|----|-------------------------------|
| In re                    | :  | Chapter 11                    |
|                          | :  |                               |
| DPH HOLDING CORP., et al., | :  | Case No. 05-44481 (RDD)       |
|                          | :  |                               |
|              Debtors.    | :  | (Jointly Administered)        |
|                          | :  |                               |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOINT STIPULATION AND AGREED ORDER BETWEEN
REORGANIZED DEBTORS AND AOL INC. (I) ALLOWING PROOF
OF CLAIM 9882 AND (II) COMPROMISING AND ALLOWING
PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 18609


(AOL INC., f/k/a AOL LLC)


DPH Holdings Corp. and certain of its affiliated reorganized debtors in

the above-captioned cases (collectively, the "Reorganized Debtors") and AOL Inc., f/k/a

AOL LLC, ("AOL" or "Claimant") (Reorganized Debtors and AOL, the "parties")

respectfully submit this Joint Stipulation and Agreed Order Between Reorganized

Debtors and AOL (I) Allowing Proof of Claim 9882, and (II) Compromising and

Allowing Proof of Administrative Expense Claim Number 18609 (the "Stipulation") and

agree and state as follows:

       WHEREAS, on October 8 and 14, 2005 (the "Petition Date"), Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi

Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in

the above captioned cases (the "Debtors"), filed voluntary petitions under chapter 11 of

title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United

States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court").

       WHEREAS, on July 28, 2006, Claimant filed Claim 9882 against DAS LLC,

which asserts an unsecured non-priority claim in the amount of $969,141.63 ("Claim

9882") for services alleged to have been provided by Claimant under a certain

Confidential Partner Marketing Agreement, dated May 5, 2005;  Confidential Partner

Marketing Agreement, dated June 22, 2001;  and AOL Delphi Retiree Offer Agreement,

dated May 5, 2005 (collectively, the "Agreement").

WHEREAS, on March 12, 2007, Claimant transferred Claim 9882 to SPCP

Group, LLC, as agent for Silver Point Capital Fund, L.P., and Liquidity Solutions, Inc.,

as agent for SPCP Group, LLC, pursuant to a notice of transfer (Docket No. 7199).

WHEREAS, on June 14, 2009, Claimant filed Claim 18609 against Delphi

Corporation, which asserts an administrative expense claim in the amount of

$560,911.50 for services alleged to have been provided under the Agreement.

WHEREAS, on October 6, 2009, the Debtors substantially consummated

the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain

Affiliates, Debtors And Debtors-In-Possession, As Modified, (the "Modified Plan"),

which had been approved by this Court pursuant to an order entered July 30, 2009

(Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he

Reorganized Debtors shall retain responsibility for administering, disputing, objecting

to, compromising, or otherwise resolving all Claims against, and Interests in, the

Reorganized Debtors and making distributions (if any) with respect to all Claims and

Interests." Modified Plan, Art. 9.6.

WHEREAS, on October 15, 2009, the Reorganized Debtors objected to: (a)

Claim 9882 pursuant to the Reorganized Debtors' Thirty-Sixth Omnibus Objection

Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. To (I) Modify and Allow Claim and

3

(II) Expunge Certain (A) Duplicate SERP Claims, (B) Books and Records Claim, (C)

Untimely Claims, and (D) Pension, Benefit, and OPEB Claims (Docket No. 18983) (the

"Thirty-Sixth Claims Objection");  and (b) Claim 18609 pursuant to the Reorganized

Debtors' Thirty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R.

Bankr. P. 3007 to Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III)

Books and Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI)

Pension Benefit and OPEB Claims, and (VII) Duplicate Claims (Docket No. 18984) (the

"Thirty-Seventh Claims Objection").

WHEREAS, on November 11, 2009, Claimant filed Responses to the

Thirty-Sixth Claims Objection and the Thirty-Seventh Claims Objection (Docket Nos.

19060, 19062) (the "Preliminary Responses").

WHEREAS, on September 17, 2010, Claimant filed a Supplemental

Response to the Thirty-Sixth Claims Objection and the Thirty-Seventh Claims Objection

(Docket No. 20601) (the "Supplemental Response," together with the Preliminary

Responses, the "Responses").

WHEREAS, on September 21, 2010, Claimant served its First Set of

Requests for Admissions, Interrogatories, and Requests for Production of Documents

related to the Thirty-Sixth Claims Objection and the Thirty-Seventh Claims Objection

(the "Discovery Requests") on the Reorganized Debtors.

4

WHEREAS, to resolve the Thirty-Sixth Claims Objection, the Thirty-Seventh Claims Objection, the Responses and the Discovery Requests with respect to Claims 9882 and 18609 (together, the "Claims"), the Reorganized Debtors and AOL enter into this Stipulation, pursuant to which the Reorganized Debtors and AOL agree that (i) the Thirty-Sixth Claims Objection should be withdrawn with prejudice as to Claim 9892 and that Claim 9892 should be allowed as a general unsecured non-priority claim in the amount of $969,141.63 against DAS LLC;  (ii) the Thirty-Seventh Claims Objection should be withdrawn with prejudice as to Claim 18609 and Claim 18609 should be compromised and allowed as an administrative expense in the amount of $200,000.00 against DAS LLC;  and (iii) the Debtors and the Reorganized Debtors waive any right to seek reimbursement for or to contest amounts paid by Debtors to Claimant for goods or services rendered under the Agreement.

NOW, THEREFORE, the Reorganized Debtors and AOL stipulate and agree as follows:

1.      The Thirty-Sixth Claims Objection shall be withdrawn with prejudice solely as to Claim 9882, as if never filed by the Reorganized Debtors.

2.      Claim 9882 is allowed in the amount of $969,141.63 and shall be treated as an allowed general unsecured non-priority claim against DAS LLC in accordance with the terms of the Modified Plan.

5

3.      The Thirty-Seventh Claims Objection shall be withdrawn with prejudice solely as to Claim 18609, as if never filed by the Reorganized Debtors.

4.      Claim 18609 is compromised and allowed in the amount of $200,000 ("Allowed Administrative Claim") and shall be treated as an administrative claim against DAS LLC in accordance with the terms of the Modified Plan.

5.      The Responses and the Discovery Requests are hereby deemed withdrawn with prejudice.

6.      The Reorganized Debtors, on their behalf as well as on behalf of the Debtors, hereby waive any right to contest or to seek reimbursement from Claimant for amounts paid by Debtors to Claimant for goods or services rendered under the Agreement.

7.      Payment of the Allowed Administrative Claim shall be made to AOL on or before the next Periodic Distribution Date made by the Reorganized Debtors as defined in the Modified Plan, which in no event shall be later than December 10, 2010, and shall be made via wire transfer pursuant to the following wire instructions:

> Bank: JP Morgan Chase
> Account: AOL
> Account #: 323-092-527
> ABA #: 021-000-021
> Swift Code (International Wires): CHASUS33

6

Reorganized Debtors shall send confirmation of the wire transfer to AOL's counsel of record via electronic mail.

8.     AOL and the Reorganized Debtors, on their behalf as well as on behalf of the Debtors, mutually release each other and their respective predecessors in interest, successors, shareholders, directors, officers, employees, agents, attorneys and assigns of any and all obligations, claims, and demands arising out of, by reason of, or relating to the Claims as of the effective date of the Modified Plan, except that the obligations arising out of this Stipulation are not released.  Notwithstanding the foregoing sentence,  Debtors and the Reorganized Debtors reserve the right, to the extent applicable, to seek indemnification for claims asserted by third parties to the extent permitted under the terms of the Agreement.

9.     This Stipulation shall be binding upon and shall inure to the benefit of the successors and assigns of the parties.

10.     This Stipulation may be executed in one or more counterparts, including by email and facsimile, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

11.     This Stipulation shall be effective upon execution by AOL and the Reorganized Debtors, and subject only to any necessary approval by the Bankruptcy Court.  Within three business days after the parties have executed this Stipulation, the

7

Reorganized Debtors will promptly submit or file any necessary papers to obtain

Bankruptcy Court approval of this Stipulation, and upon Bankruptcy Court approval of

the Stipulation, the objections to the Claims shall be deemed withdrawn with prejudice

without further action by the parties, as contemplated herein.  If, for any reason, this

Stipulation is voided or not approved by the Bankruptcy Court, the Stipulation shall be

deemed null and void, and the parties shall be returned to their positions as they

existed on September 24, 2010.

        12.    The Bankruptcy Court shall retain original and exclusive

jurisdiction to adjudicate any disputes arising or in connection with this Stipulation.


So Ordered in White Plains, New York, this 12th day of October, 2010


                        /s/Robert D. Drain
                        HONORABLE ROBERT D. DRAIN
                        UNITED STATES BANKRUPTCY JUDGE

8

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Neil Berger                                              /s/ Tiffany Strelow Cobb
Neil Berger                                                  Tiffany Strelow Cobb (admitted *pro hac vice*)
Lara Sheikh                                                  VORYS, SATER, SEYMOUR AND PEASE
TOGUT, SEGAL & SEGAL LLP                                     LLP
One Penn Plaza, Suite 3335                                   52 East Gay Street
New York, New York 10119                                     Columbus, Ohio 43215

Attorneys for DPH Holdings Corp., <u>et
al.</u>, Reorganized Debtors                                 Attorneys for AOL Inc., f/k/a AOL LLC

9

# EXHIBIT U

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
          In re                           :      Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :      Case No. 05-44481 (RDD)
                                          :
          Reorganized Debtors.            :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007 DISALLOWING
AND EXPUNGING PROOF OF CLAIM FILED BY BEST FOAM FABRICATORS, INC.
(PROOF OF CLAIM NUMBER 16550)

("UNTIMELY PROOF OF CLAIM ORDER")

Upon the Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11

U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims,

(B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims,

(D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And

Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To

Modification, And Claims Subject To Modification And Reclamation Agreement  (Docket No.

7825) (the "Thirteenth Omnibus Claims Objection") of Delphi Corporation and certain of its

subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases

(collectively, the "Debtors"), predecessors of DPH Holding Corp. ("DPH Holdings") and certain

of its affiliated reorganized Debtors in the above-captioned cases (together with DPH Holdings,

the "Reorganized Debtors"); and upon the Response Of Best Foam Fabricators, Inc. To Debtors'

Thirteenth Omnibus Claims Objection (Docket No. 8027) (the "Response"); and this Court

having considered the Response and other documents filed by Best Foam Fabricators, Inc. ("Best

Foam") and by the Reorganized Debtors; and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Best Foam was properly served with the Thirteenth Omnibus Claims

Objection.[2]

B.    Best Foam was properly and timely served with a copy of the Notice Of

Bar Date For Filing Proofs of Claim (the "Bar Date Notice"), which stated that pursuant to the

Order Under 11 U.S.C. §§ 107(b), 501, 502, And 1111(a) And Fed R. Bankr. P. 1009, 2002(a)(7),

3003(c)(3), And 5005(a) Establishing Bar Dates For Filing Proofs Of Claim And Approving

Form And Manner Of Notice Thereof, entered by this Court on April 12, 2006 (Docket No. 3206)

(the "Bar Date Order"), July 31, 2006 was the deadline for creditors to file proofs of claim in the

Debtors' chapter 11 cases.

C.    Best Foam was properly served with the Notice Of Deadline To File

Motion For Leave To File Late Claim With Respect To Late Claim Filed By Best Foam

Fabricators, Inc. (Proof Of Claim Number 16550) (Docket No. 20513).

D.    This Court has jurisdiction of the Thirteenth Omnibus Claims Objection

pursuant to 28 U.S.C. §§ 157 and 1334.  The Thirteenth Omnibus Claims Objection is a core

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Thirteenth Omnibus Claims Objection.

[2]    See Affidavit Of Service Of Evan Gershbein Re: 1) Debtors' Thirteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. Section 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Protective Insurance Claims, (D) Insurance Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims And Untimely Tax Claims, And (F) Claims Subject To Modification, Tax Claims Subject To Modification, And Claims Subject To Modification And Reclamation Agreement ("Thirteenth Omnibus Claims Objection"); And 2) Personalized Notice Of Objection To Claim (The "Personalized Notice") (Docket No. 7920).

2

proceeding under 28 U.S.C. § 157(b)(2).  Venue of these cases and the Thirteenth Omnibus

Claims Objection in this district is proper under 28 U.S.C. §§ 1408 and 1409.

E.      Best Foam has failed to seek leave to justify its failure to timely file proof

of claim number 16550 pursuant to the Bar Date Notice and the Bar Date Order.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Proof of claim number 16550 filed by Best Foam is hereby disallowed and

expunged in its entirety with prejudice and no distribution shall be made on account of such

claim from the Debtors' estates or by the Reorganized Debtors.

2.      Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, And 9014 Establishing (i) Dates For Hearings Regarding

Objections To Claims And (ii) Certain Notices And Procedures Governing Objections to Claims

(Docket No. 6089).

3.      This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this order.

Dated:  White Plains, New York
        October 12, 2010

                        /s/Robert D. Drain
                        UNITED STATES BANKRUPTCY JUDGE

3

# EXHIBIT V

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
            In re                         :        Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :        Case No. 05-44481 (RDD)
                                          :
                Reorganized Debtors.      :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMENDED AND RESTATED ORDER PURSUANT TO 11 U.S.C. § 503(b)
AND FED. R. BANKR. P. 3007 DISALLOWING AND EXPUNGING
PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER
17330 FILED BY RANDY D. AUSTIN

("AMENDED AND RESTATED CLAIMS OBJECTION
ORDER REGARDING RANDY D. AUSTIN CLAIM")

Upon the Reorganized Debtors' Thirty-Ninth Omnibus Objection Pursuant To 11

U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain Administrative Expense (I)

Workers' Compensation Claims, (II) Workers' Compensation Claims Transferred To GM Buyers,

And (III) Severance Claims (Docket No. 19045) (the "Thirty-Ninth Omnibus Claims Objection"),

by which DPH Holdings Corp. ("DPH Holdings") and certain of its affiliated reorganized debtors

in the above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"),

successors of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and

debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), objected to

proof of administrative expense claim number 17330 filed by Randy D. Austin (the "Claimant");

and upon the undocketed response to the Thirty-Ninth Omnibus Claims Objection (the "First

Response"); and upon the Reorganized Debtors' Forty-Fifth Omnibus Objection Pursuant To 11

U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A)

Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Pension And

Benefit Claims, And (E) Transferred Workers' Compensation Claims, (II) Modify And Allow

Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative

Expense Severance Claims (Docket No. 19423) (the "Forty-Fifth Omnibus Claims Objection"

together with the Thirty-Ninth Omnibus Claims Objection, the "Omnibus Claims Objections"),

by which the Reorganized Debtors objected to proof of administrative expense claim number

17330; and upon the response to the Forty-Fifth Omnibus Claims Objection (the "Second

Response"); and upon the Reorganized Debtors' Statement Of Disputed Issues With Respect To

Proof Of Administrative Expense Claim Number 17330 (Randy D. Austin)  (Docket No. 19969)

(the "May Statement Of Disputed Issues"); and upon the Amended And Restated  Statement Of

Disputed Issues With Respect To Proof Of Administrative Claim Number 17330 (Randy D.

Austin) (Docket No. 20478) (the "July Statement Of Disputed Issues" together with the May

Statement Of Disputed Issues, the "Statements of Disputed Issues"); and upon the Response Of

Randy D. Austin To Objection To Claim No. 17330 (Docket No. 20213) (the "Third Response,"

together with the First Response and the Second Response, the "Responses"); Reorganized

Debtors' Supplemental Reply with Respect to Proof of Administrative Expense Claim Number

17330 (Randy D. Austin) (Docket No. 20553); and upon Reorganized Debtors' Second

Supplemental Reply with Respect to Proof of Administrative Expense Claim Number 17330

(Randy D. Austin) (Docket No. 20610) ("Second Supplemental Reply" together with the First

Supplemental Reply, the "Supplemental Replies" and together with the Omnibus Claims

Objections, the Responses, and the Statements of Disputed Issues, the "Pleadings"); and upon the

record of the September 24, 2010 hearing held on the Omnibus Claims Objections to proof of

2

administrative expense claim number 17330, and after due deliberation thereon; and good and

sufficient cause appearing therefor,

IT IS HEREBY FOUND AND DETERMINED THAT:[1]

A.    Randy D. Austin, the holder of proof of administrative expense claim

number 17330, was properly and timely served with copies of the Omnibus Claims Objections, a

personalized Notice Of Objection To Claim for each Omnibus Claims Objection, a copy of the

Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006,

9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II)

Certain Notices And Procedures Governing Objections To Claims (Docket No. 6089) (the

"Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b)

Authorizing Debtors To Apply Claims Objection Procedures To Address Contested

Administrative Expense Claims  (Docket No. 18998) (the "Administrative Claims Objection

Procedures Order"), the proposed orders with respect to each of the Omnibus Claims Objections,

and the notices of the deadline for responding to each of the Omnibus Claims Objections.

B.    The Claimant submitted the Responses to the Omnibus Claims Objections.

C.    On October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.  Capitalized terms used and not otherwise defined herein
shall have the meanings ascribed to them in the Omnibus Claims Objections.

D.      On July 21, 2010, the Reorganized Debtors filed the Notice of Claims

Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative

Expense Claim Number 17330 (Randy D. Austin) (Docket No. 20454) (the "Notice Of Hearing").

E.      The Claimant was properly and timely served with a copy of the Notice of

Hearing, the Statements Of Disputed Issues, and the Supplemental Replies.

F.      This Court has jurisdiction over the contested matters set forth in the

Pleadings pursuant to 28 U.S.C. §§ 157 and 1334.  The Pleadings are core proceedings under 28

U.S.C. § 157(b)(2).  Venue of these cases and the Pleadings in this district is proper under 28

U.S.C. §§ 1408 and 1409.

G.      For the reasons stated by this Court at the September 24, 2010 hearing,

proof of administrative expense claim number 17330 should be disallowed and expunged in its

entirety.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED

THAT:

1.      Proof of claim number 17330 is hereby disallowed and expunged in its

entirety.

2.      Nothing contained herein shall constitute, nor shall it be deemed to

constitute, the allowance of any claim asserted against any of the Debtors or the Reorganized

Debtors.

3.      This Court shall retain jurisdiction over the Reorganized Debtors and the

holders of Claims subject to the Omnibus Claims Objections and the Supplemental Replies to

hear and determine all matters arising from the implementation of this order.

4

4.        Kurtzman Carson Consultants LLC is hereby directed to serve this order

in accordance with the Claims Objection Procedures Order.


Dated:  White Plains, New York
           October 12, 2010

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT W

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Kennedy Junnik & Murray PC | Thomas M Kennedy Susan M Jennik | 113 University Pl | New York | NY | 10003 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:32 PM
IUE CWA Special Parties

# EXHIBIT X

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Parmenter Otoole | James R Scheuerle | 601 Terrace St | PO Box 786 | Muskegon | MI | 49443-0786 |

# EXHIBIT Y

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Lambert Leser Isackson Cook & Giunta PC | Susan M Cook Adam D Bruski | 309 Davidson Bldg | 916 Washington Ave | Bay City | MI | 48708 |

# EXHIBIT Z

DPH Holdings Corp.
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Timothy L Taylor | 990 Monroe NW | Grand Rapids | MI | 49503 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:37 PM
Carolyn Needham Special Parties

# EXHIBIT AA

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Carson Fischer PLC | Joseph M Fischer Patrick J Kukla | 4111 Andover Rd West 2nd Fl | Bloomfield Hills | MI | 48302 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:37 PM
Collins & Aikman Special Parties

# EXHIBIT BB

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | Garden City | NY | 11530 |
| Wiggin & Dana LLP | Sharyn B Zuch | 185 Asylum St | Hartford | CT | 06103-3402 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:39 PM
Genpact Special Parties

# EXHIBIT CC

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Brian Lee Penley | Brian Penley | 2918 E SR 38 | Westfield | IN | 46074 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:39 PM
Penley Special Parties

# EXHIBIT DD

DPH Holdings Corp.
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Dashkovitz Dennis | 9301 Buck Rd | Freeland | MI | 48623-0000 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:41 PM
Dashkovitz Special Parties

# EXHIBIT EE

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Stasik Robert | Michael H Glassman | 20 Park Place | Morristown | NJ | 07960-0000 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:44 PM
Stasik Special Parties

# EXHIBIT FF

DPH Holdings Corp.
Special Parties

| Company | Address1 | City | State | Zip |
|---------|----------|------|-------|-----|
| Randy D Austin | 2617 Hudson Aurora Rd | Hudson | OH | 44236-2325 |

# EXHIBIT GG

DPH Holdings Corp.
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Terry L Roe | 3588 Bittersweet Dr | Columbiaville | MI | 48421 |

# EXHIBIT HH

DPH Holdings Corp.
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| James A Luecke | 3845 W College Ave | Milwaukee | WI | 53221 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:46 PM
Luecke Special Parties

# EXHIBIT II

DPH Holdings Corp.
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Lyons David | 103 Autumn Ridge Trl | Farmersville | OH | 45325 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:47 PM
Lyons Special Parties

# EXHIBIT JJ

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Hobart Brothers Company | Attn Kristin B Mayhew Esq | c/o Pepe & Hazard LLP | 30 Jelliff Ln | Southport | CT | 06890 |
| Illinois Tool Works Inc | Attn Kristin B Mayhew Esq | c/o Pepe & Hazard LLP | 30 Jelliff Ln | Southport | CT | 06890 |
| Illinois Tool Works Inc for Hobart Brothers Company | Attn Kristin B Mayhew Esq | c/o Pepe & Hazard LLP | 30 Jelliff Ln | Southport | CT | 06890 |
| ITW Food Equipment Group LLC | Kristin B Mayhew Esq | c/o Pepe & Hazard LLP | 30 Jelliff Ln | Southport | CT | 06890 |
| Mad River Transportation Inc | Christopher J Aluotto Robert F Brown | Rendigs Fry Kiely & Dennis | One W Fourth St Ste 900 | Cincinnati | OH | 45202-3688 |
| Peerless Transportation Company | Christopher J Aluotto Robert F Brown | Rendigs Fry Kiely & Dennis | One W Fourth St Ste 900 | Cincinnati | OH | 45202-3688 |
| The Peerless Transportation Co | Cathy McCoy Chris Bridges | One Specialty Pl | PO Box 1296 | Dayton | OH | 45401 |
| Tremont City Barrel Fill PRP Group | Dykema Gosset | Sharon A Salinas Jerome I Maynard Gregory J Jordan | 10 S Wacker Dr Ste 2300 | Chicago | IL | 60606 |
| Tri Mark Inc | Kristin B Mayhew Esq | c/o Pepe & Hazard LLp | 30 Jelliff Ln | Southport | CT | 06890 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:48 PM
Environmental Special Parties

# EXHIBIT KK

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Direct Sourcing Solutions Inc | Gary Miller | 9300 Shelbyville Rd, Ste 402 | | Louisville | KY | 40222 |
| Fox Rothschild LLP | Richard M Meth | 75 Eisenhower Parkway, Ste 200 | | Roseland | NJ | 07068 |
| Greenebaum Doll & McDonald PLLC | Michael G Shaikun CR Bowles, Jr | 3500 National City Tower | 101 South Fifth Street | Louisville | KY | 40402 |

# EXHIBIT LL

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kirkland & Ellis LLP | Joseph Serino Michael A Cohen Nirav Shah | 601 Lexington Ave | | New York | NY | 10022 |
| Liquidity Solutions Inc | As Agent for SPCP Group LLC | One University Plaza Ste 312 | | Hackensack | NJ | 07601-0000 |
| Vorys Sater Seymour & Pease LLP | Attn Tiffany Strelow Cobb Esq | 52 East Gay St | PO Box 1008 | Columbus | OH | 43216-1008 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:51 PM
AOL Special Parties

# EXHIBIT MM

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| Best Foam Fabricators Inc | Vedder Price Kaufman & Kammholz PC | 1633 Broadway, 47th Fl | New York | NY | 10019 |
| Best Foam Fabricators Inc | Vedder Price Kaufman & Kammholz PC | 222 North LaSalle Street Ste 2600 | Chicago | IL | 60601 |
| Best Foam Fabricators Inc | | 9633 S Cottage Grove | Chicago | IL | 60628 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/14/2010 2:53 PM
Best Foam Special Parties