Neil A. Goteiner (NG 1644)  
Dean M. Gloster, *Pro Hac Vice*  
FARELLA BRAUN + MARTEL LLP  
235 Montgomery Street, 17th Floor  
San Francisco, CA  94104  
Telephone:  (415) 954-4400  
Facsimile:  (415) 954-4480  

Hearing Date:  September 24, 2010 at 10:00 a.m.

Attorneys for OFFICIAL COMMITTEE OF  
ELIGIBLE SALARIED RETIREES


UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x  
                                                       :   Chapter 11  
                                                       :  
     In re:                                      :   Case No. 05-44481 (RDD)  
                                                        :  
DPH HOLDINGS CORP., et al.,        :   (Jointly Administered)  
                                                       :  
                                                        :  
                                                       :  
                Reorganized Debtors.   :  
---------------------------------------------------x

## CERTIFICATE OF SERVICE

Documents Served:   **SUPPLEMENTAL RESPONSE BY OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES TO LIMITED OBJECTION BY VEBA COMMITTEE;**

**DECLARATION OF DEAN GLOSTER IN SUPPORT OF SUPPLEMENTAL RESPONSE TO LIMITED OBJECTION BY VEBA COMMITTEE**

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the documents listed above was served by facsimile on October 19, 2010, to the parties listed below:

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois  60606
Attn: John Wm. Butler, Jr.
Facsimile:  (312) 407-0411

Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York  10169
Attn:  Timothy T. Brock; Abigail Snow
Facsimile:  (212) 818-9606
        and
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204
Attn:  Patricia L. Beaty
Facsimile:  (317) 636-1507

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004
Attn:  Alicia M. Leonhard
Facsimile:  (212) 668-2255

      I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on October 19, 2010, at San Francisco, California.

                                                              /s/  Greg George
                                                                Greg George