**Hearing Date: October 21, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
  In re                                       :   Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,                   :   Case No. 05-44481 (RDD)
                                              :
                     Reorganized Debtors.   :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED SIXTIETH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:      United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixtieth Omnibus Hearing Agenda:

    A.      Introduction

    B.      Continued Or Adjourned Matters (3 Matters)

    C.      Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.      Contested Matters (2 Matters)

    E.      Substantial Contributions Applications (1 Matter)

    F.      Adversary Proceedings (None)

**A.      Introduction**

**B.      Continued Or Adjourned Matters∗**

    1.      **"Furukawa Administrative Expense Claim"** – Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) (Docket No. 18706)

            *Objections filed:*        *Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873)*

                                          *Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate*

---

∗      The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

*Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 19976)*

*Replies filed:*     *Response Of Furukawa Electric Company, Ltd. To The Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20037)*

*Related filings:*     *Supplement To Motion Of Furukawa Electric Company, LTD. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) (Docket No. 19783)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 19992)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 20245)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 20411)*

3

*Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20413)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) [Docket No 19783] (Docket No. 20491)*

*Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Lt. (Docket No. 20492)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) [Docket No 19783] (Docket No. 20650)*

*Status:*     *The hearing with respect to this matter has been adjourned to the December 16, 2010 omnibus hearing pursuant to the Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) [Docket No 19783] (Docket No. 20650).*

4

2.    **"Reorganized Debtors' Forty-Eighth Omnibus Claims Objection With Respect To Docket Nos. 18706 and 19783 (Furukawa Electric Company, Ltd.)"** – Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 19976)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 20278)* |
| *Related filings:* | *Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)* |
| | *Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 19783)* |
| | *Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20249)* |
| | *Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To* |

*Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20413)*

*Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20652)*

*Status:*        *The hearing with respect to this matter has been adjourned to the December 16, 2010 omnibus hearing pursuant to the Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20652).*

3.    **"Wiegel Tool Works, Inc."** - Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20484)

*Responses filed:*        *None.*

*Replies filed:*        *None.*

*Related filings:*        *Notice Of Motion By Wiegel Tool Works, Inc. For Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60(B) And Fed R. Bankr. P. 9024 (Docket No. 20483)*

*Notice Of Adjournment Of Hearing (Docket No. 20543)*

*Notice Of Adjournment Of Hearing On Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20665)*

6

*Status:*               *The hearing with respect to this matter has been adjourned to the November 18, 2010 omnibus hearing pursuant to the Notice Of Adjournment Of Hearing On Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20665)*

**C.      Uncontested, Agreed, Withdrawn, Or Settled Matters**

*None.*

**D.      Contested Matters**

4.      **"Debtors' Motion to Enforce"** – Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20364)

*Responses filed:*      *FKMT, LLC f/k/a Monarch Transport, LLC's Response To Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Order Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20445)*

*Replies filed:*        *Reorganized Debtors' Omnibus (I) Reply To FKMT, LLC f/k/a Monarch  Transport, LLC's Response To Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction  Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20445) And (II) Objection To FKMT, LLC f/k/a Monarch Transport, LLC's (A) Motion To Lift  Plan Injunction (Docket No. 20444) And (B) Motion For Declaration That The Administrative Expense Claims Bar Date Does Not Apply (Docket No. 20482) (Docket No. 20670)*

*Related filings:*      *FKMT, LLC f/k/a Monarch Transport, LLC's Motion To Lift The Injunction Contained In The Modification Approval Order And Modified Plan (Docket No. 20444)*

*FKMT, LLC f/k/a Monarch Transport, LLC's Motion For Declaration That The Administrative Expense Claims Bar Date Does Not Apply (Docket No. 20482)*

Status:            *The hearing with respect to this matter will be proceeding.*

5.      **"VEBA Committee Motion for Order"** - Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20462)

Responses filed:      *Reorganized Debtors' Objection To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20525)*

*Opposition By Official Committee Of Eligible Salaried Retirees To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court And (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20529)*

*Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20605)*

Replies filed:

Reply In Support Of Final Report And Request For Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20620)

Related filings:

Notice Of Hearing On Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20463)

Notice of Adjourned Hearing (Docket No. 20501)

Notice Of Hearing Regarding Final Report Of The Official Committee Of Retired Salaried Employess Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20526)

Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20527)

Notice Of Adjourned Hearing (Docket No. 20550)

Objection Of William P. Gifford (Docket No. 20563)

Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20617)

Declaration Of Dean M. Gloster In Support Of Reply In Support Of Final Report And Request For Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20622)

A Letter In Response To The "Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Reprort [sic] Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d)" (Docket No. 20627)

9

*Affidavit Of Patricia L. Beaty, Esq., In Further
Support Of The Limited Objection Of The VEBA
Committee For The Delphi Salaried Retirees
Association Benefit Trust To The Final Report Of The
Official Committee Of Retired Salaried Employees
Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20629)*

*Exhibits A To J To Affidavit In Support Of Limited
Objection To The Final Report Of The Official
Committee Of Retired Salaried Employees Pursuant
To 11 U.S.C. 1114(d) (Docket No. 20630)*

*Objection Of James R. Frost (Undocketed)*

*Objection Of John C. Norris (Undocketed)*

*Objection Of Richard A. Davis (Undocketed)*

*Objection Of Delphi Salaried Retirees Association
Board Of Directors (Undocketed)*

*Objection Of Paul J. Dobosz (Undocketed)*

*Supplemental Response By Official Committee Of
Eligible Salaried Retirees To Limited Objection By
VEBA Committee (Docket No. 20681)*

*Declaration Of Dean Gloster In Support Of
Supplemental Response To Limited Objection By
VEBA Committee (Docket No. 20682)*

*Status:*        *The hearing with respect to this matter will be
proceeding.*

**E.    Substantial Contribution And Other Applications For Reimbursement Of
Professional Fees And Expense**

6.    **"Highland Capital Management, L.P. Substantial Contribution
Application"** –   Application Of Highland Capital Management, L.P.
Pursuant To 11 U.S.C. §§ 503(b)(3) And 503(b)(4) For Allowance And
Reimbursement Of Reasonable Professional Fees And Actual, Necessary
Expenses In Making A Substantial Contribution In These Chapter 11 Cases
(Docket No. 19112)

*Objections filed:*    *Objection Of The United States Trustee To Creditors'
Applications For Reimbursement Of Professional
Fees And Expenses (Docket No. 19860)*

10

*Reorganized Debtors' Objection To Substantial
Contribution And Certain Other Applications
Pursuant To U.S.C. §§ 503(b)(3)-(4) And 1129(a)(4)
For Reimbursement Of Actual And Necessary
Expenses And Professional Fees (Docket No. 20064)*

*Responses filed:*    *Supplement To The Application Of Highland Capital
Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3)
And 503(b)(4) For Allowance And Reimbursement Of
Reasonable Professional Fees And Actual, Necessary
Expenses In Making A Substantial Contribution In
These Chapter 11 Cases (Docket No. 20160)*

*Replies filed:*    *Reorganized Debtors' Supplemental Reply To
Substantial Contribution Application Of Highland
Capital Management L.P. Pursuant To 11 U.S.C. §
503(b)(3)-(4) For Reimbursement Of Actual And
Necessary Expenses And Professional Fees (Docket
No. 20676)*

*Related filings:*    *Notice Of Hearing On Requests Under 11 U.S.C. §§
503(b)(3) And (4) For Reasonable Compensation And
Reimbursement Of Actual And Necessary Expenses
(Docket No. 19421)*

*Certification And Notice Of Filing Of Exhibits With
Respect To Application Of Highland Capital
Management, L.P. Pursuant To 11 U.S.C. §§ 503(b)(3)
And 503(b)(4) For Allowance And Reimbursement Of
Reasonable Professional Fees And Actual, Necessary
Expenses In Making A Substantial Contribution In
These Chapter 11 Cases (Docket No. 19756)*

*Notice Of Adjournment Of Hearings On (I)
Substantial Contribution Applications, (II)
Reorganized Debtors' Case Management Motion, And
(III) Delphi Salaried Retirees' Motion (Docket No.
19830)*

*Order Scheduling Hearing On The Substantial
Contribution Application Filed By Highland Capital
Management, L.P. For June 30, 2010 (Docket No.
19936)*

*Declaration Of Patrick H. Daugherty In Support Of
The Application Of Highland Capital Management,
L.P. Pursuant To 11 U.S.C. § 503(b)(3) And 503(b)(4)*

11

*For Allowance And Reimbursement Of Reasonable Professional Fees And Actual, Necessary Expenses In Making A Substantial Contribution In These Chapter 11 Cases (Docket No. 20284)*

*Supplemental Order Scheduling Hearing On The Substantial Contribution Application Filed By Highland Capital Management, L.P. For July 22, 2010 (Docket No. 20288)*

*Notice Of Adjournment Of Hearing On Substantial Contribution Application Of Highland Capital Management, L.P. (Docket No. 20493)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

F.    **Adversary Proceedings**

*None.*

Dated: New York, New York
         October 20, 2010

SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Albert L. Hogan III
     Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

12