**Hearing Date: October 21, 2010**
                                        **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                 :
  In re                                            :    Chapter 11
                                                 :
DPH HOLDINGS CORP., et al.,         :    Case No. 05-44481 (RDD)
                                                 :
                  Reorganized Debtors.  :    (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED THIRTY-EIGHTH CLAIMS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                          300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Thirty-Eighth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.    Contested Matters (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

    1.    **"Claims Objection Hearing Regarding Claims of Heraeus Entites"** - Claims Objection Hearing Regarding Claims of Heraeus Entities as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

*Responses filed:*    *Heraeus' Response To The Debtors' Second Omnibus Objection To Claims And Third Omnibus Objection To Claims (Docket No. 5652)*

*Heraeus' Response To Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim Numbers 10123 And 10393 (Docket No. 20660)*

*Replies filed:*    *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)*

*Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20554)*

*Related filings:*    *Notice Of Transfer Of Claim Other Than For Security (Docket No. 7901)*

   *Notice Of Transfer Of Claim Other Than For Security (Docket No. 7986)*

   *Amended Notice Of Transfer Of Claim Other Than For Security (Docket No. 10816)*

   *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20232)*

   *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20246)*

   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20268)*

   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20600)*

   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20671)*

   *Proofs Of Claim Numbers 10123 and 10393*

*Status:*    *The hearing with respect to this matter is adjourned to December 16, 2010 pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20671).*

2. **"Claim Objection Hearing Regarding Claim Of Cooper Standard Automotive"** – Claim Objection Hearing Regarding Claim Number 14664 of Cooper Standard Automotive Inc. as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

3

|  |  |
|---|---|
| *Responses filed:* | *Response Of Cooper-Standard Automotive Inc. And Cooper Standard Automotive FHS Inc. On Behalf Of Themselves And Their Subsidiaries To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19462)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim No. 14664 (Docket No. 20506)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14664 (Cooper Standard Automotive f/k/a ITT Automotive Fluid Hdg. Syst./Deutsche Bank Securities, Inc.) (Docket No. 20532)* |
|  | *Proof Of Claim Number 14664* |
| *Status:* | *The hearing with respect to this matter has been adjourned to November 18, 2010 pursuant to the mutual agreement of the parties.* |

**C.    Uncontested, Agreed, Or Settled Matters**

3.    **"Claim Objection Hearing Regarding Claim of Carolyn Needham" -** Claim Objection Hearing Regarding Claim Number 14086 of Carolyn Needham as

4

Objected to on Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 6968)

*Responses filed:*     *Reply Of Claimant Carolyn Needham To Debtors' Ninth Omnibus Claims Objection (Docket No. 7264)*

*Replies filed:*     *Debtors' Omnibus Reply In Support Of Debtors' Ninth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification (Docket No. 7372)*

*Related filings:*     *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 14086 (Carolyn Needham) (Docket No. 20508)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 14086 (Carolyn Needham) (Docket No. 20542)*

*Joint Stipulation And Agreed Order Between Reorganized Debtors And Carolyn Needham Compromising And Allowing Proof Of Claim Number 14086 (Docket No. 20636)*

*Proof Of Claim Number 14086*

*Status:*     *This matter is resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Carolyn Needham Compromising And Allowing Proof Of Claim Number 14086 (Docket No. 20636).*

4. **"Claims Objection Hearing Regarding Claims of Genpact International, Inc. and Genpact International, LLC"** - Claims Objection Hearing Regarding Claim Numbers 18743 and 20052 of Genpact International, Inc. and Genpact International, LLC as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Response Of Genpact International LLC To Debtors' Forty-Third Omnibus Claims Objection Claim No. 20052 (Docket No. 19429)* |
| | *Response Of Genpact International LLC To Debtors' Forty-Third Omnibus Claims Objection Claim No. 18743 (Docket No. 19428)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18743 And 20052 (Genpact International, Inc. And Genpact International, LLC) (Docket No. 20507)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 18743 And 20052 (Genpact International, Inc. And Genpact International, LLC) (Docket No. 20541)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors, Genpact International Inc., And Genpact International LLC Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 18743 And 20052 (Docket No. 20638)* |
| | *Proofs Of Administrative Expense Claim Numbers 18743 And 20052* |
| *Status:* | *This matter is resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, Genpact International Inc., And Genpact International LLC Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 18743 And 20052 (Docket No. 20638).* |

5.  **"Claims Objection Hearing Regarding Claims Of AOL LLC"** – Claims Objection Hearing Regarding Claim Numbers 9882 and 18609 of AOL LLC f/k/a America Online, Inc./SPCP Group LLC and AOL LLC as Objected to on the Reorganized Debtors' Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 18983) and Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claim, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

    *Responses filed:*   *Response Of AOL LLC To Reorganized Debtors' Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Record Claims, (IV) Untimely Claims, (V) Paid Severance Claim, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19060)*

    *Response Of AOL LLC To Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claim, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19062)*

    *Supplemental Response Of AOL Inc. f/k/a AOL LLC To Reorganized Debtors' Thirty-Sixth And Thirty-Seventh Omnibus Objections Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claim, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 20601)*

    *Replies filed:*   *Debtors' Omnibus Reply In Support Of Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 19099)*

    *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed.*

7

|  |  |
|---|---|
|  | *R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Nos. 9882 And 18609 (AOL LLC f/k/a America Online, Inc./SPCP Group LLC And AOL LLC) (Docket No. 20505)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 9882 And 18609 (AOL LLC f/k/a America Online, Inc./SPCP Group LLC And AOL LLC) (Docket No. 20531)* |
|  | *Declaration of Mara Perrone Bowater (Docket No. 20602)* |
|  | *Declaration of Ronald J. Lovato (Docket No. 20603)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And AOL Inc. (I) Allowing Proof Of Claim 9882 And (II) Compromising And Allowing Proof Of Administrative Expense Claim Number 18609 (AOL Inc., f/k/a AOL LLC) (Docket No. 20662)* |
|  | *Proofs Of Claim Numbers 9882 And 18609* |
| *Status:* | *This matter is resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And AOL Inc. (I) Allowing Proof Of Claim 9882 And (II) Compromising And Allowing Proof Of Administrative Expense Claim Number 18609 (AOL Inc., f/k/a AOL LLC) (Docket No. 20662).* |

6. **"Notice Of Deadline To File Motion For Leave To File Late Claim - Cadence Innovation, LLC"** – Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Cadence Innovation, LLC (Administrative Expense Claim No. 20055) (Docket No. 20613)

|  |  |
|---|---|
| *Responses filed:* | *Cadence Innovation LLC's Response To Reorganized Debtors' Forty-Seventh Omnibus Objection To Proofs Of Claim (Docket No. 20012)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And* |

8

|  |  |
|---|---|
|  | *Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20168)* |
| *Related filings:* | *Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873)* |
|  | *Proof Of Administrative Expense Claim Number 20055* |
| *Status:* | *This matter is resolved pursuant to Cadence Innovation, LLC's failure to file a motion for leave to file a late claim.* |

**D.     Contested Matters**

*None.*

Dated: New York, New York
       October 20, 2010

                        SKADDEN, ARPS, SLATE, MEAGHER
                           & FLOM LLP

                     By: /s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr.
                        John K. Lyons
                        Albert L. Hogan III
                        Ron E. Meisler

                    155 North Wacker Drive
                    Chicago, Illinois 60606
                    (312) 407-0700

                        - and -

                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for DPH Holdings Corp., et al.,
                        Reorganized Debtors