Timothy T. Brock, Esq.
Abigail Snow, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, Suite 1130
New York, New York 10169
(212) 818-9200

*Co-Counsel with:*
Patricia L. Beaty, Esq. (*pro hac vice* admission pending)
KRIEG DEVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, IN 46204
(317) 636-4341

*Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al*., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lawrence W. Schmits , a member in good standing of the bar of the state of Indiana, and the United States District Court for the Northern and Southern Districts of Indiana, request admission to practice *pro hac vice,* before this Honorable Court, to represent the Delphi Salaried Retirees Association Benefit Trust VEBA Committee in the above-referenced case.

My mailing and email address are:

> Lawrence W. Schmits, Esq.
> KRIEG DEVAULT LLP
> One Indiana Square, Suite 2800
> Indianapolis, IN  46204
> Tel: 317-238-6271

1

Email:  lschmits@kdlegal.com

I agree to pay the $25 fee upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated: October 20, 2010
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　 /s/ Lawrence W. Schmits
　　　　　　　　　　　　　　　　　　　　　　Lawrence W. Schmits, Esq.