MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Jonathan S. Green
Donald J. Hutchinson
Email: greenj@millercanfield.com
Email: hutchinson@millercanfield.com

Attorneys for Ford Motor Company and its affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    In re:                                                  :          Chapter 11
                                                     :
DELPHI CORPORATION, et. al.,          :          Case No. 05-44481-RDD
                                                     :
                         Debtors.         :
------------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF:

**(a) OBJECTION OF FORD MOTOR COMPANY AND ITS AFFILIATES TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND TO THE SUFFICIENCY OF THE DEBTORS' NOTICE [DOCKET NO. 18398]; AND**

**(b) SUPPLEMENTAL OBJECTION OF FORD MOTOR COMPANY AND ITS AFFILIATES TO ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS TO DIP HOLDCO 3, LLC FOR LACK OF ADEQUATE <u>ASSURANCE OF FUTURE PERFORMANCE [DOCKET NO. 18750]</u>**

Ford Motor Company (including Ford Customer Service Division) and its affiliates, including Ford Werke GmbH, Ford Motor Company of Canada Limited, and Ford Motor Company of Australia (collectively, "Ford"), hereby withdraws the Objection of Ford Motor Company and its Affiliates to Assumption and Assignment of Executory Contracts and to the Sufficiency of the Debtors' Notice filed by Ford on July 17, 2009 [Docket No. 18398] and the Supplemental Objection of Ford Motor Company and its

18,481,867.1\029982-00276

Affiliates to Assumption and Assignment of Executory Contracts to DIP Holdco 3, LLC for Lack of Adequate Assurance of Future Performance filed by Ford on August 6, 2009 [Docket No. 18750].

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By /s/ Donald J. Hutchinson
            Jonathan S. Green (*admitted pro hac vice*)
            Donald J. Hutchinson
        150 West Jefferson Avenue, Suite 2500
        Detroit, MI 48225
        Telephone: (313) 963-6420
        Email: greenj@millercanfield.com
        Email: hutchinson@millercanfield.com

        Attorneys for Ford Motor Company

Dated: October 20, 2010

## **CERTIFICATE OF SERVICE**

      Donald J. Hutchinson hereby certifies that, on the 20th day of October, 2010, he served a copy of the foregoing document, ***Notice of Withdrawal of (a) Objection of Ford Motor Company and Its Affiliates to Assumption and Assignment of Executory Contracts and to the Sufficiency of the Debtors' Notice [Docket No. 18398] and (b) Supplemental Objection of Ford Motor Company and its Affiliates to Assumption and Assignment of Executory Contracts to DIP Holdco 3, LLC for Lack of Adequate Assurance of Future Performance [Docket No. 18750]***, upon each of the persons listed on the attached Exhibit A, by first-class U.S. mail, postage prepaid and addressed as indicated on the attached Exhibit A.

Dated: October 20, 2010   By /s/ Donald J. Hutchinson
                                        Donald J. Hutchinson (MI P39545)
                                        Miller, Canfield, Paddock and Stone, P.L.C.
                                        150 West Jefferson Avenue, Suite 2500
                                        Detroit, MI 48226
                                        Telephone: (313) 963-6420
                                        Fax: (313) 496-8450
                                        Email: hutchinson@millercanfield.com

## EXHIBIT A

## SERVICE LIST

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
Room 632
New York, NY 10004

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: John Wm. Butler, Jr. and Ron
 E. Meisler
155 North Wacker Drive
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: Kayalyn A. Marafioti and Gregory W. Fox
Four Times Square
New York, NY 10036

Office of the United States Trustee
Attention: Brian Masumoto
33 Whitehall Street, Suite 2100
New York, NY 10004

Latham & Watkins LLP
Attention: Robert J. Rosenberg, Mark A. Broude, and
 Mitchell A. Seider
885 Third Avenue
New York, NY 10017

David Polk & Wardell
Attention: Donald Bernstein and Brian Resnick
450 Lexington Avenue
New York, NY 10017

- 2 -

Willkie Farr & Gallagher LLP
Attention: Richard Mancino and Marc Abrams
787 Seventh Avenue
New York, NY 10281

Cadwalader, Wickersham & Taft LLP
Attention: John J. Rapisardi and Oren B. Haker
One World Financial Center
New York, NY 10281

United States Department of Justice
Attention: Matthew L. Schwartz and Joseph N. Cordaro
86 Chambers Street, 3rd Floor
New York, NY 10007

Weil, Gotshal & Manges LLP
Attention: Jeffrey L. Tanenbaum and Robert J. Lemons
767 Fifth Avenue
New York, NY 10153

Schulte Roth & Zabel LLP
Attention: Adam C. Harris and David J. Karp
919 Third Avenue
New York, NY 10022

Howard P. Magaliff
Togut Segal & Segal, LLP
One Penn Plaza
New York, NY 10119