SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO REORGANIZED
DEBTORS' OBJECTION TO (I) PROOFS OF ADMINISTRATIVE EXPENSE
CLAIM NUMBERS 18427, 18677, 19149, AND 19572 AND (II) THE
ADMINISTRATIVE EXPENSE CLAIM ASSERTED IN THE MOTION
OF ATEL LEASING CORPORATION AT DOCKET NO. 6990

PLEASE TAKE NOTICE that as set forth on Exhibit A attached hereto, DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), successors to Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession (collectively, the "Debtors"), objected to (i) various proofs of administrative expense claims (the "Proofs of Claim") filed by certain parties (collectively, the "Claimants") and (ii) the administrative expense claim asserted by one of the Claimants, ATEL Leasing Corporation, in its motion at Docket No. 6990 (together with the Proofs of Claim, the "Claims").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claims Objection Procedures Order"), the Order Pursuant To 11 U.S.C. §§ 105(a) And

2

503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested

Administrative Expense Claims ("Administrative Claims Objection Procedures Order" together

with the Claims Objection Procedures Order, the "Orders") (Docket No. 18998), and the Twelfth

Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007,

7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To

Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered July

16, 2010 (Docket No. 20426), a sufficiency hearing (the "Sufficiency Hearing") to address the

legal sufficiency of each of the Claims and whether each Claim states a colorable claim against

the asserted Debtor is hereby scheduled for November 18, 2010, at 10:00 a.m. (prevailing

Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300

Quarropas Street, Room 118, White Plains, New York  10601-4140.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Orders, unless such procedures are modified

in accordance with Paragraph 9(k) thereof.  Please review the Orders carefully because failure to

comply with the procedures provided in the Orders (or as modified pursuant to Paragraph 9(k))

could result in the disallowance and expungement of your Claim.  Copies of the Orders are

attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further

adjourn the Sufficiency Hearing at any time at least five business days prior to the scheduled

hearing upon notice to the Court and the Claimant.

Dated:     New York, New York
           October 20, 2010

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

                    By:   /s/ John Wm. Butler, Jr.
                      John Wm. Butler, Jr.
                      John K. Lyons
                      Ron E. Meisler
                  155 North Wacker Drive
                  Chicago, Illinois 60606

                    - and -

                  Four Times Square
                  New York, New York 10036

                  Attorneys for DPH Holdings Corp., et al.,
                    Reorganized Debtors

# EXHIBIT A

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| Proof Of Administrative Expense Claim No./ Docket No. | Date Filed | Party Filing Proof Of Claim | Owner Of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Proof Of Claim |
| Claim No. 18427 | 7/13/2009 | ATEL Leasing Corporation, as agent for: 1) Eireann II, a division of ATEL Transatlantic Investors, Inc., 2) CAI-UBK Equipment, a division of ATEL Transatlantic Investors, Inc., 3) CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., 4) II Bu de Mexico, S.A. de C.V., a Mexican Company, 5) Eireann III, a division of ATEL Transatlantic Investors II, Inc. | ATEL Leasing Corporation, as agent for: 1) Eireann II, a division of ATEL Transatlantic Investors, Inc., 2) CAI-UBK Equipment, a division of ATEL Transatlantic Investors, Inc., 3) CAI-ALJ Equipment, a division of ATEL Transatlantic Investors, Inc., 4) II Bu de Mexico, S.A. de C.V., a Mexican Company, 5) Eireann III, a division of ATEL Transatlantic Investors II, Inc. | $146,990.96 | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | Delphi Corporation |
| Claim No. 18677 | 7/14/2009 | Lear Corporation GmbH | Lear Corporation GmbH | Unliquidated | Forty-Seventh Omnibus Claims Objection | 4/16/2010 | Delphi Automotive Systems LLC |
| Claim No. 19149 | 7/15/2009 | Professional Ground Services LLC | Professional Ground Services LLC | $499.80 | Forty-Third Omnibus Claims Objection | 1/22/2010 | Delphi Corporation |
| Claim No. 19572 | 8/13/2009 | Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association | Kaaren D. Washington | Unliquidated | Forty-Sixth Omnibus Claims Objection | 3/19/2010 | Delphi Automotive Systems LLC |
| Docket No. 6990 | 2/19/2007 | ATEL Leasing Corporation as agent for: (i) Eireann II, a division of ATEL Transatlantic Investors, Inc. ("ATI"), (ii) CAI-UBK Equipment, a division of ATI, (iii) CAI-ALJ Equipment , a division of ATI, (iv) II Bu de Mexico S.A. de C.V., and (v) Eireann III, a division of ATEL Transatlantic Investors II, Inc. | ATEL Leasing Corporation as agent for: (i) Eireann II, a division of ATEL Transatlantic Investors, Inc. ("ATI"), (ii) CAI-UBK Equipment, a division of ATI, (iii) CAI-ALJ Equipment , a division of ATI, (iv) II Bu de Mexico S.A. de C.V., and (v) Eireann III, a division of ATEL Transatlantic Investors II, Inc. | Unliquidated | Forty-Eighth Omnibus Claims Objection | 5/4/2010 | Delphi Corporation |