UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DPH HOLDINGS CORP., <u>et al.</u>,

                Reorganized Debtors,

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

## SCHEDULING ORDER REGARDING DATES AND PROCEDURES FOR REORGANIZED DEBTORS' MOTIONS FOR LEAVE TO FILE AMENDED COMPLAINTS

The Court having conducted a telephone conference with counsel for the Reorganized Debtors and counsel for certain defendants to the Reorganized Debtors' preference actions on October 6, 2010; and the parties to the Reorganized Debtors' preference actions (collectively, the "Parties") thereafter having had an opportunity to discuss and reach agreement on certain scheduling and procedural issues relating to the Reorganized Debtors' Motions for Leave to File Amended Complaints (collectively, the "Motions"); and counsel for certain of the Parties having corresponded with the Court via e-mail regarding their respective positions about the above-referenced scheduling and procedural issues, it is hereby

**ORDERED** that the defendants' briefs in response to the Motions are to be filed with the Court on or before **November 24, 2010**; and it is further

**ORDERED** that the Parties will have a telephonic conference with the Court on **December 17, 2010, at 2:30 P.M.** (the "December Conference"), to discuss (a) the "global issues" (*i.e.*, those issues raised in the defendants' response briefs that relate to all of the defendants or a substantial group of them) that the Parties expect will be raised at the initial hearing on the Motions (the "Initial Hearing"), and (b) the scheduling of additional hearings to be held on dates after the Initial Hearing (collectively, the "Subsequent Hearings") to address individualized issues specific to certain defendants; and it is further

**ORDERED** that counsel for all Parties, including all defense counsel, will be permitted to participate in the December Conference; provided, however, that the defendants expect to have lead counsel for such conference; and it is further

**ORDERED** that the Reorganized Debtors' reply briefs in support of their Motions will be filed with the Court on or before **January 28, 2011**; and it is further

**ORDERED** that the Court will hold the Initial Hearing, on the "global issues" only, on **February 17, 2011, at 10:00 A.M.**; and it is further

**ORDERED** that, that, depending on the outcome of the Initial Hearing, the Court may solicit the Parties' views on, and discuss, mediation; therefore, the Parties should have considered such issue, although they need not discuss it with each other, before the Initial Hearing*;* and it is further

**ORDERED** that, following the December Conference and/or the Initial Hearing, the Court will issue a subsequent order regarding the scheduling of the Subsequent Hearings.

Dated: White Plains, New York
October 22, 2010

   /s/Robert D. Drain
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE