| | |
|---|---|
| CLARK HILL PLC<br>151 S. Old Woodward Avenue, Suite 200<br>Birmingham, Michigan 48009<br>Robert D. Gordon<br>*pro hac vice admission*<br>Christopher M. Cahill<br>*pro hac vice admission*<br>ccahill@clarkhill.com<br>(248) 988-5878 | **Hearing Date:  02/17/11 at 10:00 a.m. (ET)**<br>**Response Deadline:  02/3/11 at 4:00 p.m. (ET)** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____/ | ) | Honorable Robert D. Drain |

### NOTICE OF MOTION AND BRIEF OF DEFENDANT FOR
### RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

PLEASE TAKE NOTICE THAT:

On October 22, 2010, ATS Automation Tooling Systems Inc. (the "Defendant"), through its attorneys, Clark Hill PLC, filed its *Motion and Brief for Relief from Fourth Order Extending Time to Serve Complaint* (the "Motion") in Adversary Proceeding No. 07-02125.  A hearing with respect to the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601, on **February 17, 2011 at 10:00 a.m. (Eastern Daylight Time)**, or as soon thereafter as counsel may be heard.

A copy of the Motion may be obtained by (a) contacting the attorneys for the Defendant, Clark Hill PLC, 151 S. Old Woodward, Birmingham, Michigan 48009 (Attn:  Christopher Cahill, Esq.), Telephone:  (248) 988-5878; (b) accessing the Court's website at www.nysb.uscourts.gov

6770206.1 25743/103154

(please note that a PACER password is needed to access documents on the Court's website); (c) viewing the docket of these cases at the Clerk of the Court, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004; or (d) accessing the public website maintained by the Debtors' court-appointed claims and noticing gent in these cases at www.kccllc.net.

The deadline to file objections and responses to the Motion is **February 3, 2011** at **4:00 p.m. (Eastern Daylight Time)** (the "**Objection Deadline**").

Objections and responses, if any, to the Motion must be in writing and must (a) conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court for the Southern District of New York, and any case management orders in these chapter 11 cases, (b) set forth the name of the objecting party, the nature and amount of claims or interests held or asserted by the objecting party against the Debtors' estates or property, and (c) set forth the basis for the objection and the specific grounds therefore.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's filing system, electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and shall be served in accordance with General Order M-242, and on (i) Clark Hill PLC, Attn:  C. Cahill, 151 S. Old Woodward, Suite 200, Birmingham, Michigan 48009; (ii) the Debtors, DPH Holdings Corp. (f/k/a Delphi Corporation, et al.), Attn:  John Brooks, 5725 Delphi Drive, Troy, Michigan 48098; (iii) Butzel Long, Attn:

6770206.1 25743/103154

Cynthia J. Haffey, 150 W. Jefferson Avenue, Suite 100, Detroit, Michigan 48226; (iv) Butzel Long, Attn: Eric Fisher, 380 Madison Avenue, 22nd Floor, New York, New York 10017; (v) Latham & Watkins, attorneys for The Official Committee of Unsecured Creditors, Attn: Mark A. Broude and Robert J. Rosenberg, 885 Third Avenue, New York, New York 10022 and Warner Stevens, L.L.P., Attn: Michael D. Warner, 301 Commerce Street, Suite 1700, Fort Worth, Texas 75102; (vi) the Office of the United States Trustee for the Southern District of New York, Attn: Alicia M. Leonhard, Trace Hope Davis, and Brian Masumoto, 33 Whitehall Street, 21st Floor, New York, New York 10004, so as to be received no later than the **Objection Deadline.**

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the hearing. Failure to appear at the Hearing may result in relief being granted or denied upon default.

CLARK HILL PLC

*/s/ Christopher M. Cahill*
Robert D. Gordon (*pro hac vice*)
Christopher M. Cahill (*pro hac vice*)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(313) 965-8300

Attorneys for ATS Automation Tooling Systems Inc.

Dated: October 22, 2010

-3-

6770206.1 25743/103154