| | |
|---|---|
| Douglas L. Lutz, Esq. | Hearing Date: 02/17/11 at 10:00 a.m. (ET) |
| Lindsey F. Baker, Esq. | Response Deadline: 02/3/11 at 4:00 p.m. (ET) |

**FROST BROWN TODD LLC**
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
513-651-6800 Telephone
513-651-6981 Facsimile
dlutz@fbtlaw.com
lbaker@fbtlaw.com

Attorneys for Republic Engineered Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 05-44481 [RDD] |
| DPH HOLDINGS CORP, *et al*., | : | |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | : | |
| Plaintiff, | : | Adv. Pro. No. 07-02744 [RDD] |
| v. | : | |
| REPUBLIC ENGINEERED PRODUCTS, | : | |
| Defendant. | : | |

------------------------------------------------------------x

### JOINDER OF DEFENDANT REPUBLIC ENGINEERED PRODUCTS, INC. TO MOTION AND BRIEF OF DEFENDANT FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

Republic Engineered Products, Inc. (the "Defendant") hereby concurs and joins in the

*Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint*

filed on October 22, 2010 by ATS Automation Tooling Systems Inc. (the "Motion"), a similarly

situated defendant, in adversary proceeding number 07-02125 (Docket No. 33) and in case number 05-44481 (Docket No. 20699).

WHEREFORE, the Defendant respectfully requests for the reasons set forth in the Motion that the Fourth Extension Order (as defined in the Motion) be vacated or set aside and the complaint in the above-captioned adversary proceeding be dismissed with prejudice.

| | |
|---|---|
| Dated:  October 22, 2010 | Respectfully submitted, |
| | */s/ Douglas L. Lutz* |
| | Douglas L. Lutz, Esq. |
| | Lindsey F. Baker, Esq. |
| | **FROST BROWN TODD LLC** |
| | 2200 PNC Center |
| | 201 East Fifth Street |
| | Cincinnati, OH 45202 |
| | 513-651-6800 Telephone |
| | 513-651-6981 Facsimile |
| | dlutz@fbtlaw.com |
| | lbaker@fbtlaw.com |
| | Attorneys for Republic Engineered Products, Inc. |

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Joinder of Defendant Republic Engineered Products, Inc. to Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint* was sent via regular United States mail, postage prepaid, and/or by ECF noticing, on October 22, 2010 to the parties listed below.

                                        */s/ Douglas L. Lutz*

## VIA REGULAR MAIL

Eric Fisher, Esq.
Butzel Long, a Professional Corporation
380 Madison Avenue
22nd Floor
New York, NY 10017
fishere@butzel.com
*Counsel for Plaintiffs*

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
*Counsel for Plaintiffs*

DPH Holdings Corp.
Attn:  John Brooks
5725 Delphi Drive
Troy, Michigan 48098

Latham & Watkins
Attn:  Mark A. Broude/Robert J. Rosenberg
885 Third Avenue
New York, New York 10022

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue
Sutie 100
Detroit, MI 48226
haffey@butzel.com
*Counsel for Plaintiffs*

Honorable Robert D. Drain, Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

Office of the U.S. Trustee
Attn:  Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto
33 Whitehall Street, 21st Floor
New York, New York  10004