**Hearing Date and Time:  February 17, 2011 at 10:00 a.m. (Eastern Daylight Time)**
**Objection Date and Time:  February 3, 2011 at 4:00 p.m. (Eastern Daylight Time)**

BRADLEY ARANT BOULT CUMMINGS, LLP
1600 Division Street, Suite  700
Nashville, Tennessee 37203
(615) 252-2323
Fax: (615) 252-6323
Roger G.  Jones (admitted Pro Hac Vice)
RJones@babc.com
Austin L. McMullen (admitted Pro Hac Vice)
AMcMullen@babc.com

Attorneys for the Defendants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT of NEW YORK

----------------------------------------------------------------:
                                                                :
In re:                                                          :    Chapter 11
                                                                :
DELPHI CORPORATION, et al.                                      :    Case No. 05-44481 (RDD)
                                                                :    (Jointly Administered)
---------------------------------------------------------- x


# MOTION BY CALSONIC CORP., CALSONIC N. AMERICA INC. AND CALSONIC NORTH AMERICA INC. FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

Calsonic Corp., Calsonic N. America Inc. and Calsonic North America Inc. (collectively, the "**Defendants**"), by and through their undersigned counsel, Defendants in adversary proceeding 07-02282 (the "**Adversary Proceeding**"), present this motion (the "**Motion**") for relief from the Order Pursuant to Fed. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed In Connection with Preservation of Estate Claims Procedures Order (Docket No. 18999) (the "**Fourth Extension Order**").

2354528 v1
106492-012  10/22/2010

For the reasons stated by ATS Automation Tooling Systems, Inc. in its Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint (Docket No. 20699), Doshi Prettl International in its Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint (Docket No. 20701), and any other defendants in any related adversary proceedings in any similar motions they may file, which are incorporated herein, the Defendants respectfully request that the Fourth Extension Order be vacated or set aside and that the Complaint in the Adversary Proceeding be dismissed with prejudice.

Dated: October 22, 2010.

Respectfully submitted,

Bradley Arant Boult Cummings LLP

/s/ Roger G. Jones
Roger G. Jones (Tenn. Bar No. 11550)
Admitted *Pro Hac Vice*
Austin L. McMullen (Tenn. Bar No. 20877)
Admitted *Pro Hac Vice*
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 252-2323
(615) 252-6323 facsimile
RJones@babc.com
AMcMullen@babc.com

*Attorneys for the Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 22nd day of October, 2010, I caused a copy of the foregoing Motion to be served electronically through the Court's CM/ECF system to all parties consenting to such service and via U.S. Mail, postage prepaid, on Neil Berger, Togut, Segal & Segal, LLP, One Penn Plaza, Suite 3335, New York, New York, 10119, and Eric B. Fisher, Butzel Long, 22nd Floor, 380 Madison Avenue, New York, New York, 10017.

/s/ Roger G. Jones
Roger G. Jones