BARACK FERRAZZANO KIRSCHBAUM  
& NAGELBERG LLP  
200 W. Madison St., Suite 3900  
Chicago, IL 60606  
Robert D. Nachman  
Telephone:     (312) 629-5175  
Facsimile:     (312) 984-3150  
*Counsel for MJ Celco, Inc.*

Hearing Date:  
**February 17, 2011 at 10:00 a.m. (ET)**  
Response Deadline:  
**February 3, 2011 at 4:00 p.m. (ET)**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DPH HOLDINGS CORP., *et al.*,<br><br>      Reorganized Debtors. | Chapter 11<br>Case No. 05-44481 [RDD] |
| DELPHI AUTOMOTIVE SYSTEMS, LLC,<br><br>      Plaintiff<br><br>   v.<br><br>MJ CELCO, INC.,<br><br>      Defendant. | Adv. Pro. No. 07-02466 [RDD] |

### MOTION AND BRIEF OF DEFENDANT MJ CELCO, INC. FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

MJ Celco, Inc., by its attorneys, for its Motion for Relief from Fourth Order Extending Time to Serve Complaint, adopts and joins in the Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint filed by Defendant ATS Automation

663392_1.DOC      1

Tooling Systems Inc., in Adversary Proceeding No. 07-02125 and in the main bankruptcy case on October 22, 2010.

WHEREFORE, MJ Celco, Inc. prays that this Court vacate or set aside the Fourth Order Extending Time to Serve Complaint, and dismiss the Complaint with prejudice.

Dated: October 22, 2010.

        MJ CELCO, INC.

        By  */s/ Robert D. Nachman*
        Robert D. Nachman
        Barack Ferrazzano Kirschbaum & Nagelberg LLP
        200 W. Madison St., Suite 3900
        Chicago, IL 60606
        Telephone:    (312) 629-5175
        Facsimile:     (312) 984-3150
        Email:            robert.nachman@bfkn.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 22$^\text{d}$ day of October, 2010, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

I further certify that on the 22$^\text{d}$ day of October, 2010, a copy of the foregoing was mailed by first-class U.S. Mail on the following:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Cynthia J. Haffey<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, Michigan 48226 |
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22$^\text{nd}$ Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 75102 | Office of the U.S. Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall Street, 21$^\text{st}$ Floor<br>New York, New York 10004 |

I further certify that on the 22$^\text{d}$ day of October, 2010, a copy of the foregoing was sent via UPS overnight mail upon the Honorable Robert D. Drain, U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.

    */s/ Robert D. Nachman*
    Robert D. Nachman
    Barack Ferrazzano Kirschbaum & Nagelberg LLP