**HARRIS D. LEINWAND, ESQ.**         Hearing Date: February 17, 2011 10:00 a.m.
315 Madison Avenue Suite 901        Objection Due: February 3, 2011 4:00 p.m.
New York, New York 10017
Tel: (212) 725-7338

Attorneys for Ahaus Tool & Engineering Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                              :
                                                    : Chapter 11
DELPHI CORPORATION, et al.,                         : Case No. 05-44481 (RDD)
                                                    : Jointly Administered
                     Debtors,         :
--------------------------------------------------------------x
                                                    :
DELPHI CORPORATION, et al.,                         : Adv. Pro. No. 07-02076 (RDD)
                                                    :
Plaintiffs,                                         :
                                                    :
- against -                                         :
                                                    :
                                                    :
AHAUS TOOL & ENGINEERING INC.                       :
                                                    :
Defendant.                                          :
--------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I**,** Harris D. Leinwand, being over 18 years old, hereby certify that on October 22, 2010 true and correct copies of the Joinder of Ahaus Tool & Engineering Inc., in the motion filed by filed by ATS Automatic Tolling Systems, Inc. for an order (i) pursuant to Fed. R. Civ. P. 4(m) and 60 (b)(1)and Fed. R. Bankr. P. 7004(a) and 9006(b)(1), vacating prior order extending deadline to serve process, the fourth extension order (docket nos. 20699 and 20700) (docket no. 18999) were served by U.S. mail on:

1

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606


 Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street - Suite 2100
New York, NY 10004


Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue - 22nd Floor
New York, NY 10017


Al Togut, Esq.
Togut Segal & Segal
One Penn Plaza Suite 3335
New York, NY 10119


Latham & Watkins
Attn:  Mark A. Broude and Robert J. Rosenberg
885 Third Avenue
New York, New York 10022

    Dated: New York, New York
         October 22, 2010


    /S/_____
    Harris D. Leinwand, Esq. (HL-4419)