Pg 1 of 3

**Hearing Date: February 17, 2011 at 10:00 am ET**
**Response Deadline: February 3, 2011 at 4:00 pm ET**

SCOTT A. WOLFSON  (admitted *Pro Hac Vice*)
ANTHONY J. KOCHIS (admitted *Pro Hac Vice*)
WOLFSON BOLTON PLLC
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7103
Facsimile:  (248) 247-7099
E-Mail:  swolfson@wolfsonbolton.com

*Attorneys for Access One Technology Group, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

| | |
|---|---|
| DELPHI CORPORATION, *et al*., | Chapter 11 |
| | Case No. 05-44481-RDD |
| Debtor. | Jointly Administered |

_____/

**ACCESS ONE TECHNOLOGY GROUP, LLC'S JOINDER IN ATS AUTOMATION TOOLING SYSTEMS INC.'S MOTION AND BRIEF OF DEFENDANT FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

Defendant Access One Technology Group, LLC ("Access One"), through its attorneys, Wolfson Bolton PLLC, and for its Joinder in ATS Automation Tooling Systems Inc.'s Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint states as follows:

Because the arguments raised by Defendant ATS Automation Tooling Systems Inc. apply with equal force to Access One,[1] and to avoid submitting multiple, substantially similar reply briefs to the Court, Access One hereby expressly joins and incorporates by reference the arguments set forth in Defendant ATS Automation Tooling

---
[1] Access One is a preference defendant in case no. 07-02142.

Systems Inc.'s Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint [Docket No. 20699].

WHEREFORE, Access One respectfully requests that this Court (I) vacate the Fourth Order Extending Time To Serve Complaint [Docket No. 18999]; (II) dismiss the Complaint with prejudice; (III) award Access One its fees and costs incurred in connection with the Complaint; and (IV) grant such other relief as the Court deems just and proper.

Respectfully submitted,

WOLFSON BOLTON PLLC
*Attorneys for Access One*

Dated: October 22, 2010

By:   /s/ Anthony J. Kochis
Scott A. Wolfson (P53194)
Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI  48083
Telephone:  (248) 247-7105
Facsimile:  (248) 247-7099
E-Mail:  akochis@wolfsonbolton.com

## CERTIFICATE OF SERVICE

I certify that on October 22, 2010, I caused Access One Technology Group, LLC's Joinder in ATS Automation Tooling Systems Inc.'s Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

The following parties were also served by U.S. First Class Mail on October 22, 2010:

| | |
|---|---|
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New York<br>White Plains Office<br>300 Quarropas Street<br>White Plains, NY 10601 | Daniel F.X. Geoghan, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 |
| Eric B. Fisher, Esq.<br>Butzel Long<br>380 Madison Avenue<br>22nd Floor<br>New York, NY 10017 | Office of United States Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall St. 21st Floor<br>New York, NY 10004 |

Dated: October 22, 2010

By:   /s/ Anthony J. Kochis
       Scott A. Wolfson (P53194)
       Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI  48083
Telephone:  (248) 247-7105
Facsimile:  (248) 247-7099
E-Mail: akochis@wolfsonbolton.com