**THOMPSON & KNIGHT LLP**  
900 Third Avenue, 20th Floor  
New York, New York 10022  
Telephone: (212) 751-3001  
Facsimile: (212) 751-3113  
Ira L. Herman  
Jennifer A. Christian  
Gabrielle E. Farina  

Hearing Date: February 17, 2011, 10:00 a.m. (ET)  
Response Deadline: February 3, 2011, 4:00 p.m. (ET)  

*Attorneys for Defendant*  
*Victory Packaging LP*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------x  
In re:                                            :  
                                                  :   Case No. 05-44481 (RDD)  
DELPHI CORPORATION, et al.,                       :   (Jointly Administered)  
                                                  :   Chapter 11  
-------------------------------------------------------x  
DELPHI CORPORATION, et al.                        :  
                                                  :  
              Plaintiffs,                         :  
                                                  :   Adv. No. 07-02551 (RDD)  
     -against-                                    :  
                                                  :  
VICTORY PACKAGING and                             :  
VICTORY PACKAGING LP,                             :  
                                                  :  
              Defendants.                         :  
-------------------------------------------------------x  

### JOINDER OF DEFENDANT VICTORY PACKAGING LP TO MOTION AND BRIEF OF DEFENDANT FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

Victory Packaging LP ("Victory"),[1] by and through its counsel, hereby concurs and joins in the *Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint* filed on October 22, 2010 by ATS Automation Tooling Systems Inc. (the "Motion"), a similarly

---

[1] The Debtors have named Victory Packaging as a defendant in the above-captioned proceeding, however, Victory Packaging is not a separate legal entity. Victory therefore has moved to have Victory Packaging struck from the complaint and the case dismissed against it. To the extent Victory Packaging is not struck from the complaint and the case dismissed against it, this Joinder is equally applicable to Victory Packaging and all relief requested herein is also requested on behalf of Victory Packaging.

406953 000079 DALLAS 2672355.1

situated defendant, in adversary proceeding number 07-02125 (Docket No. 33) and in case number 05-44481 (Docket No. 20699).

WHEREFORE, Victory respectfully requests for the reasons set forth in the Motion that the Fourth Extension Order (as defined in the Motion) be vacated or set aside and the complaint in the above-captioned adversary proceeding be dismissed with prejudice.

Dated: New York, New York
October 22, 2010

Respectfully submitted,

THOMPSON & KNIGHT LLP

*/s/ Ira L. Herman*
Ira L. Herman
Jennifer A. Christian
Gabrielle E. Farina

900 Third Avenue, 20th Floor
New York, New York 10022
Tel: (212) 751-3001
Fax: (212) 751-3113

*Attorneys for Defendant Victory Packaging LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Joinder of Defendant Victory Packaging LP to Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint* was served by regular United States mail, postage prepaid, on the parties listed below and by ECF noticing on October 22, 2010.

Eric Fisher, Esq.
Butzel Long, a Professional Corporation
380 Madison Avenue
22nd Floor
New York, NY  10017

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119

DPH Holdings Corp.
Attn:  John Brooks
5725 Delphi Drive
Troy, MI  48098

Latham & Watkins
Attn:  Mark A. Broude/Robert J. Rosenberg
885 Third Avenue
New York, NY  10022

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, MI  48226

Honorable Robert D. Drain, Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY  10601

Office of the U.S. Trustee
Attn:  Alicia M. Leonhard, Trace Hope Davis
and  Brian Masumoto
33 Whitehall Street
21st Floor
New York, NY  10004

*/s/ Jennifer A. Christian*

406953 000079 DALLAS 2672355.1