Lisa Piece Reisz (admitted *pro hac vice*)  
Tiffany Strelow Cobb (admitted *pro hac vice*)  
Jesse Cook-Dubin (admitted *pro hac vice*)  
**VORYS, SATER, SEYMOUR AND PEASE LLP**  
52 E. Gay Street / P.O. Box 1008  
Columbus, Ohio 43216-1008  
Telephone:  (614) 464-8322  
Facsimile:   (614) 719-4663  
E-mail:  tscobb@vorys.com  

Hearing Date:  **2/17/11 at 10:00 am (ET)**  
Response:  **2/3/11 at 4:00 p.m. (ET)**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 05-44481 [RDD] |
| DPH Holdings Corp., et al. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| Delphi Automotive Systems, LLC | : | Adv. Case No. 07-02291 [RDD] |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Carlisle Companies, Inc., | : | |
| | : | |
| Defendant. | : | |

**JOINDER OF DEFENDANT CARLISLE COMPANIES INCORPORATED
TO MOTION AND BRIEF OF DEFENDANT ATS AUTOMATION
TOOLING SYSTEMS INC. FOR RELIEF FROM FOURTH
ORDER EXTENDING TIME TO SERVE COMPLAINT**

Carlisle Companies Incorporated ("Carlisle"), by and through its undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 60(b)(1) and (6) as incorporated in the above-captioned adversary proceeding ("Adversary Proceeding) by Federal Rule of Bankruptcy Procedure 9024, hereby files its Joinder ("Joinder") to the Motion and Brief of Defendant ATS Automation Tooling Systems Inc. for Relief from Fourth Order Extending Time to Serve

Complaint, filed on October 22, 2010 in the above-referenced bankruptcy case (Docket No. 20699) (the "Motion").

Carlisle joins and adopts the arguments set forth in the Motion and any subsequently filed motions and joinders consistent therewith (collectively, the "Motions for Relief from Fourth Order") to the extent not previously raised by and incorporated in the Motion of Carlisle for Judgment on the Pleadings and Joinder to Motions (I) to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including those Commenced by the Debtors under 11 U.S.C. §§ 541, 544, 545, 547, 548 OR 549, and Extending the Time to Serve Process for such Adversary Proceedings, (II) Dismissing the Adversary Proceeding with Prejudice, or (III) in the Alternative, Dismissing the Adversary Proceeding on the Ground of Judicial Estoppel.

WHEREFORE, for the foregoing reasons, and for the reasons set forth more fully in the Motions for Relief from Fourth Order, Carlisle respectfully requests that the Court grant the following relief:

1) Enter an order vacating or setting aside the Fourth Extension Order as defined in the Motion;

2) Enter an order in the Adversary Proceeding dismissing the complaint or any amendments thereto with prejudice; and

3) Enter an order granting such further relief as is just and proper.

2

Dated: October 22, 2010                         Respectfully submitted,


                                             /s/ Tiffany Strelow Cobb_____
Lisa Piece Reisz (admitted *pro hac vice*)
Tiffany Strelow Cobb (admitted *pro hac vice*)
Jesse Cook-Dubin Cobb (admitted *pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-8322
Facsimile: (614) 719-4663
E-mail: tscobb@vorys.com

Attorneys for Defendant
Carlisle Companies Incorporated

3