WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
(212) 237-1000
Howard Simon (hsimon@windelsmarx.com)
Leslie S. Barr (lbarr@windelsmarx.com)

 - and -

NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2390
Peter Nils Baylor (pbaylor@nutter.com)

*Attorneys for Tyco Adhesives LP*

Hearing: February 17, 2011 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                       :   Chapter 11
                                                            :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.*,                               :
                                                            :   Jointly Administered
------------------------------------------------------------x
DELPHI CORPORATION, *et al.*,                               :
                                                            :   Adv. Pro. No. 07-02790 (RDD)
                          Plaintiffs,                       :
                                                            :
           -against-                                        :
                                                            :
TYCO, TYCO ADHESIVES, TYCO                                  :
ELECTRONICS – RAYCHEM, TYCO                                 :
ELECTRONICS CORP., TYCO                                     :
ELECTRONICS CORPORATION, TYCO                               :
ELECTRONICS IDENTIFICATION TYCO                             :
ELECTRONICS LOGISTICS AG, and                               :
TYCO/ELECTRONICS,                                           :
                                                            :
                          Defendants.                       :
------------------------------------------------------------x

### JOINDER TO MOTION FOR RELIEF FROM
### FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

{10596902:1}

Tyco Adhesives, L.P., defendant in the above-captioned adversary proceeding (the "Adversary Proceeding") hereby joins in the Motion for Relief From Fourth Order Extending Time To Serve Complaint filed on today's date on behalf of ATS Automation Tooling Systems, Inc. (the "ATS Motion") in this bankruptcy case and the arguments made therein as applicable to the Adversary Proceeding against Tyco Adhesives, L.P. and to the motion by DPN Holdings Corp. et al, For Leave To File Amended Complaint (the "Amendment Motion") in the Adversary Proceeding. Tyco Adhesives L.P. will be filing an objection to the Amendment Motion, which Motion is scheduled to be heard on February 17, 2011, and reserves the right in connection therewith to file additional papers and make additional arguments with respect to the Fourth Order Extending Time to Serve Complaint and to the other extension orders related thereto.

WHEREFORE, Tyco Adhesives respectfully requests that for the reasons set forth in the ATS Motion, as well as in the First Wave Dismissal Motions, the Fourth Order Extending Time to Serve Complaint and the other extension orders related thereto should be vacated and that the Court should grant such other and further relief as is just and proper.

| | |
|---|---|
| Dated: New York, New York<br>October 22, 2010 | WINDELS MARX LANE & MITTENDORF, LLP<br><br>By: /s/ Howard L. Simon<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Leslie S. Barr (lbarr@windelsmarx.com)<br>156 West 56th Street<br>New York, New York 10019<br>Telephone (212) 237-1034<br>Facsimile (212) 262-1215 |
| Dated: Boston, Massachusetts<br>October 22, 2010 | NUTTER MCCLENNEN & FISH LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>Telephone (617) 439-2390<br>Facsimile (617) 310-9390<br>Peter Nils Baylor (pbaylor@nutter.com)<br>*Attorneys for Tyco Adhesives LP* |