DICKINSON WRIGHT PLLC
Attorneys for Ambrake Corporation
301 East Liberty, Suite 500
Ann Arbor, Michigan 48104-2266
(734) 623-7075
Michael C. Hammer (MI-P41705) (pro hac vice)
Dawn R. Copley (MI-P53343) (pro hac vice)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                              :     Chapter 11
                                                    :
DPH HOLDINGS CORP., *et al*,                        :     Case No. 05-44481 (RDD)
                                                    :
        Reorganized Debtors.                        :     (Jointly Administered)
                                                    :
---------------------------------------------------------- x
                                                    :
DELPHI CORPORATION, *et al.*,                       :
                                                    :
        Plaintiffs,                                 :     Adv. Pro. No. 07-02201-rdd
v.                                                  :
                                                    :
AMBRAKE CORPORATION and                             :
AMBRAKE CORP.,                                      :
                                                    :
        Defendants.                                 :
                                                    :
---------------------------------------------------------- x

## JOINDER OF AMBRAKE CORPORATION TO MOTION AND BRIEF OF DEFENDANT FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

Ambrake Corporation, by its attorneys, Dickinson Wright PLLC, hereby joins and adopts the arguments set forth in the MOTION AND BRIEF OF DEFENDANT FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT, dated October 22, 2010 (Docket No. 20699).

          Respectfully submitted,

          DICKINSON WRIGHT PLLC

          By: /s/ Dawn R. Copley
          Michael C. Hammer (*pro hac vice*)
          Dawn R. Copley (*pro hac vice)*
          301 East Liberty, Suite 500
          Ann Arbor, Michigan 48104-2266
          (734) 623-7075
          Attorneys for Ambrake Corporation

Dated:  October 22, 2010