Hearing Date: February 17, 2011 at 10:00 a.m. (E.T.)
Objection Deadline: February 3, 2011 at 4:00 p.m. (E.T.)

MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York  10036
Telephone:  (646) 290-6496
Facsimile:  (646) 224-8377
David C. McGrail, Esq. (DM 3904)

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :        Case No. 05-44481-RDD
                                                    :
            Debtors.                                :
------------------------------------------------------------X
DELPHI CORPORATION, et al.,                         :
                                                    :
                Plaintiffs,                         :        Adv. No. 07-02633-RDD
        v.                                          :
                                                    :
SOLID STATE STAMPING INC., SOLID                    :
STATE STAMPING I and SOLID STATE                    :
STAMPLING INC.,                                     :
                                                    :
                Defendants.                         :
------------------------------------------------------------X

### SUNSTONE COMPONENTS GROUP, INC.'S JOINDER IN THE MOTION AND BRIEF OF DEFENDANT DOSHI PRETTL INTERNATIONAL FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

Defendant Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.), by and through its undersigned counsel, hereby joins in, and incorporates by reference, the Motion and Brief of Defendant Doshi Prettl International for Relief From Fourth Order Extending Time to Serve Complaint, Dated October 22, 2010 (D.I. # 20699).

DATED: October 22, 2010
New York, New York

          MCGRAIL & BENSINGER LLP

          s/ David C. McGrail
          David C. McGrail, Esq. (DM 3904)
          676A Ninth Avenue #211
          New York, New York 10036
          Telephone: (646) 290-6496
          Facsimile: (646) 224-8377

          Counsel to Sunstone Components Group, Inc. (f/k/a
          Solid State Stamping Inc.)

MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York 10036
Telephone: (646) 290-6496
Facsimile: (646) 224-8377
David C. McGrail, Esq. (DM 3904)

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481-RDD |
| | : | |
| Debtors. | : | |

------------------------------------------------------------X

| | | |
|---|---|---|
| DELPHI CORPORATION, et al., | : | |
| | : | |
| Plaintiffs, | : | Adv. No. 07-02633-RDD |
| v. | : | |
| | : | |
| SOLID STATE STAMPING INC., SOLID STATE STAMPING I and SOLID STATE STAMPLING INC., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 22, 2010, a true copy of Sunstone Components Group, Inc.'s Joinder in the Motion and Brief of Defendant Doshi Prettl International for Relief From Fourth Order Extending Time to Serve Complaint, Dated October 22, 2010 was served by First Class U.S. Mail, postage pre-paid, on:

| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Cynthia J. Haffey<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, Michigan 48226 |
|---|---|
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 75102 | Office of the U.S. Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

DATED: October 22, 2010
New York, New York

MCGRAIL & BENSINGER LLP

s/ David C. McGrail
David C. McGrail, Esq. (DM 3904)
676A Ninth Avenue #211
New York, New York 10036
Telephone: (646) 290-6496
Facsimile: (646) 224-8377

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)