Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(*Pro Hac Vice* Pending)
Attorneys for Robert Bosch GmbH
and Robert Bosch LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
      In re                         :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                                            :    (Jointly Administered)
                 Debtors.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
DELPHI CORPORATION, et. al.                 :
                                            :
                Plaintiff,         :
                                            :
v.                                          :    Adv. Proc. No. 07-02800-rdd
                                            :
BOSCH and ROBERT BOSCH GMBH,                :
                                            :
                Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ROBERT BOSCH GMBH AND ROBERT BOSCH LLC'S MOTION FOR RELIEF
FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

    Defendants Robert Bosch GmbH And Robert Bosch LLC ("**Defendants**"), by their

undersigned attorneys, file this Motion for Relief from Fourth Order Extending Time to Serve

Complaint. Defendants join and adopt the motion and brief of ATS Automation Tooling

1

Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems and Automation Tooling Systems (the "**Brief**") (07-02125).  In the interest of legal and judicial efficiency, Defendants will not reiterate the arguments which have already been made in the Brief.  Instead, Defendants hereby incorporate by reference, as if fully stated herein, the arguments stated in the Brief.

                                WARNER NORCROSS & JUDD LLP

Dated: October 22, 2010         By    /s/ Michael B. O'Neal
                                  Gordon J. Toering (GT-3738)
                                  (Admitted *Pro Hac Vice*)
                                  Michael B. O'Neal (MO-9511)
                                  (*Pro Hac Vice* Pending)
                                  Warner Norcross & Judd LLP
                                  900 Fifth Third Center
                                  111 Lyon Street, NW
                                  Grand Rapids, MI  49503-2487
                                  Ph:  (616) 752-2000
                                  Fax:  (616) 222-2500
                                  gtoering@wnj.com
                                  moneal@wnj.com
                                      Attorneys for Robert Bosch GmbH and
                                      Robert Bosch LLC

4862577