Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
gtoering@wnj.com
moneal@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal
(*Pro Hac Vice* Pending)
Attorneys for Bosch Chassis Systems Columbia L.L.C.
f/k/a PBR Columbia L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
    In re                                  :    Chapter 11
                                                              :
DELPHI CORPORATION, et al.,                                   :    Case No. 05-44481 (RDD)
                                                              :
                                                              :    (Jointly Administered)
                            Debtors.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                              :
DELPHI CORPORATION, et al                                     :
                                                              :
                          Plaintiff,     :
                                                              :
v.                                                            :    Adv. Proc. No. 07-02572-rdd
                                                              :
PBR COLUMBIA LLC,                                             :
                                                              :
                          Defendant.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**BOSCH CHASSIS SYSTEMS COLUMBIA L.L.C. F/K/A PBR COLUMBIA L.L.C.'S MOTION FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

NOW COMES Bosch Chassis Systems Columbia L.L.C. f/k/a PBR Columbia L.L.C. ('**Defendant**'), by its undersigned attorneys, files this Motion for Relief from Fourth Order Extending Time to Serve Complaint.  Defendant joins and adopts the motion and brief of ATS Automation Tooling Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems and Automation Tooling Systems (the "**Brief**") (07-02125).  In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Brief.  Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments stated in the Brief.

        WARNER NORCROSS & JUDD LLP
        Attorneys for Defendant

Dated: October 22, 2010        By   /s/ Michael B. O'Neal
        Gordon J. Toering (GT-3738)
        (Admitted *Pro Hac Vice*)
        Michael B. O'Neal (Admitted *Pro Hac Vice*)
        Warner Norcross & Judd LLP
        900 Fifth Third Center
        111 Lyon Street, NW
        Grand Rapids, MI  49503-2487
        Ph:  (616) 752-2000
        Fax:  (616) 222-2500
        gtoering@wnj.com
        moneal@wnj.com

        Attorneys for Bosch Chassis Systems Columbia L.L.C. f/k/a PBR Columbia L.L.C.

4862572