Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for D&S Machine Products, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| Debtors. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| DELPHI CORPORATION, et al |  |
| Plaintiff, |  |
| v. | Adv. Proc. No. 07-02217-rdd |
| D&S MACHINE PRODUCTS, INC., |  |
| Defendant. |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**D&S MACHINE PRODUCTS, INC.'S MOTION FOR RELIEF FROM FOURTH
ORDER EXTENDING TIME TO SERVE COMPLAINT**

Defendant D&S Machine Products, Inc. ("**Defendant**"), by its undersigned attorneys, files this Motion for Relief from Fourth Order Extending Time to Serve Complaint.  Defendant joins and adopts the motion and brief of ATS Automation Tooling Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems and Automation Tooling Systems

1

(the "**Brief**") (07-02125).  In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Brief.  Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments stated in the Brief.

                                              WARNER NORCROSS & JUDD LLP

Dated: October 22, 2010           By    /s/ Michael B. O'Neal
                                              Michael B. O'Neal (MO-9511)
                                              (Admitted *Pro Hac Vice*)
                                              Warner Norcross & Judd LLP
                                              900 Fifth Third Center
                                              111 Lyon Street, NW
                                              Grand Rapids, MI  49503-2487
                                              Ph:  (616) 752-2000
                                              Fax:  (616) 222-2500
                                              moneal@wnj.com
                                                  Attorneys for D&S Machine Products, Inc.

4862587