Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
moneal@wnj.com

Michael B. O'Neal
(*Pro Hac Vice* Pending)
Attorneys for Mubea and Mubea, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
     In re                            :        Chapter 11
:
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
:
:        (Jointly Administered)
:
                  Debtors.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
DELPHI CORPORATION, et al         :
:
                  Plaintiff,     :
:
v.                                   :        Adv. Proc. No. 07-02489-rdd
:
MUBEA and MUBEA INC.,           :
:
                  Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**MUBEA AND MUBEA, INC.'S MOTION FOR RELIEF FROM FOURTH ORDER
EXTENDING TIME TO SERVE COMPLAINT**

      Defendants Mubea and Mubea, Inc. (collectively "**Defendant**"), by its undersigned attorneys, files this Motion for Relief from Fourth Order Extending Time to Serve Complaint. Defendant joins and adopts the motion and brief of ATS Automation Tooling Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems and Automation Tooling Systems (the "**Brief**") (07-02125). In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Brief. Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments stated in the Brief.

                                    WARNER NORCROSS & JUDD LLP

Dated: October 22, 2010        By    /s/ Michael B. O'Neal
                                           Michael B. O'Neal (MO-9511)
                                           (Admission *Pro Hac Vice* pending)
                                           Warner Norcross & Judd LLP
                                           900 Fifth Third Center
                                           111 Lyon Street, NW
                                           Grand Rapids, MI  49503-2487
                                           Ph:  (616) 752-2000
                                           Fax:  (616) 222-2500
                                           moneal@wnj.com
                                               Attorneys for Mubea and Mubea, Inc.

4862591