Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for NGK Automotive Ceramics USA, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| DELPHI CORPORATION, et. al. | |
| Plaintiff, | |
| v. | Adv. Proc. No. 07-02541-rdd |
| NGK, NGK AUTOMOTIVE CERAMICS, NGK AUTOMOTIVE CERAMICS USA, INC., and NGK SPARK PLUG MFG. (USA) INC., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NGK AUTOMOTIVE CERAMICS USA, INC.'S MOTION FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

Defendant NGK Automotive Ceramics USA, Inc. ("**Defendant**"), by its undersigned attorneys, files this Motion for Relief from Fourth Order Extending Time to Serve Complaint. Defendant joins and adopts the motion and brief of ATS Automation Tooling Systems Inc., ATS

Automation Tooling Sys., ATS Automation Tooling Systems and Automation Tooling Systems (the "**Brief**") (07-02125). In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Brief. Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments stated in the Brief.

WARNER NORCROSS & JUDD LLP

Dated: October 22, 2010         By     /s/ Michael B. O'Neal
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
Ph:  (616) 752-2000
Fax:  (616) 222-2500
moneal@wnj.com
Attorneys for NGK Automotive Ceramics USA, Inc.

4862461