UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                      :
                                                                 :    Jointly Administered
-----------------------------------------------------------------x
DELPHI CORPORATION, et al.,                                      :
                                                                 :    Adv. Pro. No. 07-02790 (RDD)
                            Plaintiffs,                          :
                                                                 :
                  -against-                                      :
                                                                 :
TYCO, TYCO ADHESIVES, TYCO                                       :
ELECTRONICS – RAYCHEM, TYCO                                      :
ELECTRONICS CORP., TYCO                                          :
ELECTRONICS CORPORATION, TYCO                                    :
ELECTRONICS IDENTIFICATION TYCO                                  :
ELECTRONICS LOGISTICS AG, and                                    :
TYCO/ELECTRONICS,                                                :
                                                                 :
                            Defendants.                          :
-----------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October 2010, a copy of the foregoing *Joinder To Motion For Relief From Fourth Order Extending Time To Serve Complaint* was mailed by first class U.S. mail on the following:

Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, Michigan 48226
Attention: Cynthia J. Haffey

Butzel Long
380 Madison Avenue
22nd Floor
New York, NY 10017
Attention: Eric Fisher

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Alicia M. Leonhard, Tracy Hope Davis, Brian Masumoto

Clark Hill PLC
151 S. Old Woodward
Suite 200
Birmingham, Michigan 48009
Attention: C. Cahill

{10596906:1}

DPH Holdings Corp.
f/k/a Delphi Corporation, et al
5725 Delphi Drive
Troy Michigan 48098
Attention: John Brooks

Latham & Watkins
Attorneys for the Official Committee of
Unsecured Creditors
885 Third Avenue
New York, NY 10022
Attention: Mark A. Broude and Robert J. Rosenberg

Warner Stevens, LLP
301 Commerce Street
Suite 1700
Fort Worth, Texas 75102
Attention: Michael D. Warner

/s/ Howard L. Simon
Howard L. Simon

{10596906:1}