IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
In Re:

DELPHI CORPORATION, et al.,                                  Case No. 05-44481 (RDD)

                                                                            (Jointly Administered)
                                      Debtors.
---------------------------------------------------------X    Chapter 11
DELPHI CORPORATION, et al.,

                                      Plaintiff,                    Adv. Pro. No. 07-02182 (RDD)

           - against –
                                                                            **AFFIRMATION OF SERVICE**
BARNES & ASSOCIATES,

                                      Defendant.
---------------------------------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the Defendant in the instant case.

2. That on the 25th day of October, 2010, your affiant served a copy of the within Defendant's *Joinder to Motion and Brief of ATS Automation Tooling System, Inc. for Relief from Fourth Order Extending Time to Serve Complaint* by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Office of the U.S. Trustee                        Neil Berger, Esq.
33 Whitehall St., Fl. 21                            Togut Segal & Segal LLP
New York, NY 10004                             One Penn Plaza, Ste. 3335
                                                              New York, NY  10119

Eric B. Fisher, Esq.
Butzel Long                                          Latham & Watkins
380 Madison Ave., Fl. 22                      Attn: Mark A. Broude/Robert J. Rosenberg
New York, NY  10017                           885 Third Ave.
                                                              New York, NY 10022

Dated: New York, New York
            October 25, 2010

                                                                            /s/Dan Shaked_____
                                                                            DAN SHAKED