UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DPH Holdings Corp., et al.,                                         Chapter 11
                                                                    Case No. 05-44481-rdd
                                          Debtor.                   Hon. Robert D. Drain

_____

## PROOF OF SERVICE

     I hereby certify that on October 22, 2010, I electronically filed the **Joinder of Ambrake Corporation to Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

- J. Ted Donovan    TDonovan@Finkgold.com

- David B. Aaronson    david.aaronson@dbr.com

- Elizabeth Abdelmasieh    elizabeth@regencap.com

- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

- Letitia Accarrino    Laccarrino@wilentz.com

- Franklin C. Adams    franklin.adams@bbklaw.com

- Robert H. Adams    rha@hsy.com

- Jennifer L. Adamy    bankruptcy@goodwin.com

- David J. Adler    dadler@mccarter.com

- Michael J. Alerding    malerding@binghammchale.com

- Derek P. Alexander    dalexand@debevoise.com, pacer@gruss.com

- Joseph W. Allen    jallen@jaeckle.com

- Christopher A. Andreoff    candreoff@jaffelaw.com

- Philip D. Anker    philip.anker@wilmerhale.com

- Joel D. Applebaum    japplebaum@clarkhill.com

- Allison R. Bach    abach@dickinsonwright.com

- Stephen M. Bales    sbales@zieglermetzger.com

- C. David Bargamian    dbargamian@bsdd.com

- Courtney Engelbrecht Barr    cbarr@lockelord.com

- Leslie S. Barr    lbarr@windelsmarx.com

- William J. Barrett    william.barrett@bfkn.com

- David S. Barritt    barritt@chapman.com

- William M. Barron    wbarron@sgrlaw.com

- Donald F. Baty    dbaty@honigman.com

- Douglas P. Baumstein    dbaumstein@whitecase.com

- Peter Nils Baylor    pnb@nutter.com

- Ronald Scott Beacher    rbeacher@daypitney.com

- W. Robinson Beard    jkirk@stites.com

- Thomas M. Beeman    tom@beemanlawoffice.com

- Christopher Robert Belmonte    cbelmonte@ssbb.com

- Ryan B. Bennett    rbennett@kirkland.com

- Neil Matthew Berger    neilberger@teamtogut.com

- Leslie Ann Berkoff    lberkoff@moritthock.com

- Richard J. Bernard    rbernard@bakerlaw.com

- Jeffrey Bernstein    jbernstein@mdmc-law.com

- Harold S. Berzow    hberzow@rmfpc.com

- Daniel B. Besikof    dbesikof@loeb.com

- Brendan G. Best    ssalinas@dykema.com

- Beth Ann Bivona    bbivona@damonmorey.com

- Christopher B. Block    cblock@gordonrees.com

- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

- Florence Bonaccorso-Saenz    florence.saenz@la.gov

- Charles E. Boulbol    rtrack@msn.com

- Claude R. Bowles    crb@gdm.com

- Jordan Brackett    jbrackett@fklaw.com
- Eliza K. Bradley    ebradley@robergelaw.com
- Kate M. Bradley    kbradley@brouse.com
- William M. Braman    wbraman@meplegal.com
- Beverley S. Braun    bbraun@jaeckle.com
- Allan S. Brilliant    allan.brilliant@dechert.com
- Lynn M. Brimer    lbrimer@stroblpc.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- Timothy T. Brock  tbrock@ssbb.com
- James L. Bromley    maofiling@cgsh.com
- Mark A. Broude    mark.broude@lw.com
- Robert F. Brown    rbrown@rendigs.com
- William J. Brown    khatch@phillipslytle.com
- Lee B. Brumitt    lbrumitt@dysarttaylor.com
- Adam D. Bruski    adbruski@lambertleser.com
- Daniel E. Bruso    dbruso@cantorcolburn.com
- Jacob Buchdahl    jbuchdahl@susmangodfrey.com
- Deborah M. Buell    maofiling@cgsh.com
- Douglas J. Buncher    dbuncher@neliganlaw.com
- Martin G. Bunin    marty.bunin@alston.com
- Kevin J. Burke    kburke@cahill.com
- Brent Adam Burns    bburns@babfirm.com
- Michael G. Busenkell    mbusenkell@wcsr.com
- John Wm. Butler    jbutler@skadden.com
- Dan E. Bylenga    ecf-deby@rhoadesmckee.com
- Christopher M. Cahill    ccahill@clarkhill.com
- Aaron R. Cahn    cahn@clm.com

- Robert A. Calinoff    rcalinoff@candklaw.com
- Judy B. Calton    jcalton@honigman.com
- Paul W. Carey    bankrupt@modl.com
- Scott Cargill    scargill@lowenstein.com
- James C. Carignan    carignanj@pepperlaw.com
- Eric D. Carlson    carlson@millercanfield.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- D. Christopher Carson    ccarson@burr.com
- Michelle Carter    mcarter@kslaw.com
- Erin M. Casey    erin.casey@goldbergkohn.com
- Linda J. Casey    caseyl@pepperlaw.com
- Michael Cassell    mcassell@lefkowitzhogan.com
- Katherine R. Catanese    kcatanese@foley.com
- Ben T. Caughey    ben.caughey@icemiller.com
- George B. Cauthen    george.cauthen@nelsonmullins.com
- Babette A. Ceccotti    bceccotti@cwsny.com
- Michael J. Chapman    mchapman@rendigs.com
- Sarah B. Chapman Carter    scarter@pselaw.com
- Erik G. Chappell    egc@lydenlaw.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Conrad Chiu    cchiu@daypitney.com
- Gloria M. Chon    gloria.chon@kkue.com
- Joseph L. Clasen    jclasen@rc.com
- David D. Cleary    mkhambat@dl.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com
- Michael A. Cohen    macohen@kirkland.com

- Theodore A. Cohen    tcohen@smrh.com

- Mark B. Conlan    mconlan@gibbonslaw.com

- Dennis J. Connolly    dconnolly@alston.com

- Susan M. Cook    smcook@lambertleser.com

- Jesse Cook-Dubin    jcookdubin@vorys.com

- Joseph N. Cordaro    joseph.cordaro@usdoj.gov

- Joseph Corneau    jcorneau@klestadt.com

- Trent P. Cornell    tcornell@stahlcowen.com

- Patrick M. Costello    pcostello@bbslaw.com

- Thomas W. Cranmer    cranmer@millercanfield.com

- David N. Crapo    dcrapo@gibbonslaw.com

- Tyson A. Crist    tcrist@szd.com

- Maureen A. Cronin    mao-ecf@debevoise.com

- Michael G. Cruse    mcruse@wnj.com

- Gary H. Cunningham    gcunningham@gmhlaw.com

- Louis A. Curcio    lcurcio@sonnenschein.com

- Vincent D'Agostino    vdagostino@lowenstein.com

- Jeannine D'Amico    jeannine.damico@cwt.com

- Sherri Lynn Dahl    sdahl@ssd.com

- Michael R. Dal Lago    bankruptcy@morrisoncohen.com

- Michael S. Davis    mdavis@zeklaw.com

- Carina M. De La Torre    carina@kellermacaluso.com

- James J. DeCristofaro    james.decristofaro@lovells.com

- Karen Veronica DeFio    kdefio@bsk.com

- James E. DeLine    jed@krwlaw.com

- J. Michael Debbeler    mdebbeler@graydon.com

- Robert Dehney    rdehney@mnat.com

- Christopher M. Desiderio  cdesiderio@nixonpeabody.com
- Gerard DiConza   gdiconza@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Gianni Dimos    gianni.dimos@pillsburylaw.com
- Karen Dine   karen.dine@pillsburylaw.com
- Ira S. Dizengoff  idizengoff@akingrump.com
- Stephen A. Donato    sdonato@bsk.com
- Amish R. Doshi   adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com
- Jeremy M. Downs    jeremy.downs@goldbergkohn.com
- Daniel D. Doyle   ddoyle@spencerfane.com
- David G. Dragich    ddragich@harringtondragich.com
- David B. Draper   ddraper@terra-law.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com
- Seth A. Drucker   sdrucker@honigman.com
- David W. Dykhouse    mcobankruptcy@pbwt.com
- Frank L. Eaton    featon@whitecase.com
- Daniel Egan    degan@kslaw.com
- Gayle Ehrlich    gehrlich@sandw.com
- Robert L. Eisenbach    reisenbach@cooley.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Roger Elder   roger.elder@pillsburylaw.com
- Judith Elkin    judith.elkin@haynesboone.com
- Paige Leigh Ellerman    ellerman@taftlaw.com
- Kristin Elliott    kelliott@kelleydrye.com

- Rex H. Elliott    loris@cooperelliott.com
- Alyssa Englund    aenglund@orrick.com
- Michael R. Enright    menright@rc.com
- Richard L. Epling    richard.epling@pillsburylaw.com
- Margot Erlich    margot.erlich@pillsburylaw.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com
- Michael S. Etkin    metkin@lowenstein.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com
- Marc Falcone    mfalcone@paulweiss.com
- Eugene I. Farber    efarber747@aol.com
- Kathleen A. Farinas    kf@lgrslaw.com
- Robert Michael Farquhar    mfarquhar@winstead.com
- David D. Farrell    dfarrell@thompsoncoburn.com
- William L. Farris    farrisw@sullcrom.com
- Bonnie Glantz Fatell    fatell@blankrome.com
- Oscar B. Fears    bfears@law.ga.gov
- Benjamin D. Feder    KDWBankruptcyDepartment@kelleydrye.com
- Robert J. Feinstein    rfeinstein@pszyj.com
- Ilene J. Feldman    collinsfeldman@aol.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Charles J. Filardi    charles@filardi-law.com
- Eric Fisher    fishere@butzel.com
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Jonathan L. Flaxer    jflaxer@golenbock.com
- Daniel A. Fliman    dfliman@kasowitz.com
- Paul C. Foley    foley@mountaindearborn.com
- Jonathan D. Forstot    jforstot@tpw.com

- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

- Edward M. Fox    edward.fox@klgates.com

- Shawn Randall Fox    sfox@mcguirewoods.com

- Joseph D. Frank    jfrank@fgllp.com

- Mark S. Frankel    mfrankel@couzens.com

- Thomas M. Franklin    tmflaw@swbell.net

- Edward A. Friedman    efriedman@fklaw.com

- +Michael Friedman    mfriedman@rkollp.com

- Scott J. Friedman    sjfriedman@jonesday.com

- Patricia B. Fugee    pfugee@ralaw.com

- Lars H. Fuller    lfuller@rothgerber.com

- Timothy A. Fusco    fusco@millercanfield.com

- Thomas M. Gaa    tgaa@bbslaw.com

- James Gadsden    bankruptcy@clm.com

- James M. Garner    jgarner@shergarner.com

- Victoria D. Garry    vgarry@ag.state.oh.us

- Joanne Gelfand    joanne.gelfand@akerman.com

- Yann Geron    ygeron@foxrothschild.com

- Philip J. Giacinti    pjg@procopio.com

- Karen Giannelli    kgiannelli@gibbonslaw.com

- Leo J. Gibson    lgibson@bsdd.com

- A. Spencer Gilbert    sgilbert@asgilbert.com

- Celeste R. Gill    gillc1@michigan.gov

- Joseph M. Gitto    jgitto@nixonpeabody.com

- Rozanne M. Giunta    rmgiunta@lambertleser.com

- Eduardo J. Glas    eglas@mccarter.com

- Jeffrey R. Gleit    jgleit@kasowitz.com

- Larry Ivan Glick    larryglick@erols.com

- Ronald L. Glick    rlg@stevenslee.com

- Dean M. Gloster    dgloster@fbm.com

- Matthew Alexander Gold    courts@argopartners.net

- Eric D. Goldberg    egoldberg@Stutman.com

- Scott R. Goldberg    sgoldber@quarles.com

- Thomas D. Goldberg    tdgoldberg@dbh.com

- Scott A. Golden    sagolden@hhlaw.com

- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

- Robert D. Gordon    rgordon@clarkhill.com

- Neil Andrew Goteiner    ngoteiner@fbm.com

- Gary A. Gotto    ggotto@krplc.com

- Garry M. Graber    ggraber@hodgsonruss.com

- David S. Gragg    dgragg@langleybanack.com

- Jeffrey J. Graham    jgraham@taftlaw.com

- Corey D. Grandmaison    corgra@bkf-law.com

- Jonathan S. Green    greenj@millercanfield.com

- John T. Gregg    jgregg@btlaw.com

- Lisa S. Gretchko    lgretchko@howardandhoward.com

- Thomas Parker Griffin    pgriffin@babc.com

- Emanuel C. Grillo    egrillo@goodwinprocter.com

- David M. Grogan    dgrogan@slk-law.com

- Stephen H. Gross    sgross@hodgsonruss.com

- Stephen B. Grow    sgrow@wnj.com

- Janice Beth Grubin    jgrubin@tnsj-law.com

- Kevin Grzelak    phcdelphi@priceheneveld.com

- Peter J. Gurfein    pgurfein@lgbfirm.com

- Elizabeth A. Haas    info@thehaaslawfirm.com
- Cynthia J. Haffey    haffey@butzel.com
- Richard F. Hahn    rfhahn@debevoise.com
- Dennis M. Haley    dhaley@winegarden-law.com
- Alan D. Halperin    ahalperin@halperinlaw.net
- Marc B. Hankin    mhankin@jenner.com
- William J. Hanlon    whanlon@seyfarth.com
- Kristopher M. Hansen    insolvency2@stroock.com
- Jill M. Hartley    jh@previant.com
- Brian W. Harvey    bharvey@goodwinprocter.com
- Bruce A. Harwood    bharwood@sheehan.com
- Lonie A. Hassel    lah@groom.com
- William M. Hawkins    whawkins@loeb.com
- Nava Hazan    nhazan@mwe.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Ira L. Herman    ira.herman@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Brian S. Hermann    bhermann@paulweiss.com
- Jennifer B. Herzog    jherzog@gklaw.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com
- Shannon E. Hoff    mstinson@burr.com
- Marie Polito Hofsdal    marie.hofsdal@wilsonelser.com
- Albert L. Hogan    al.hogan@skadden.com
- Evan C. Hollander    ehollander@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Casey B. Howard    choward@lockelord.com

- Patrick Howell  phowell@whdlaw.com
- John R. Humphrey    jhumphrey@taftlaw.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Mark S. Indelicato    mindelicato@hahnhessen.com
- Michael J. Jacobs    mjacobs@hbss.net
- Gary S. Jacobson    gjacobson@heroldlaw.com
- Susan Jennik    sjennik@kjmlabor.com
- Nan E. Joesten    njoesten@fbm.com
- Mary L. Johnson    mjohnson@sheppardmullin.com
- Roger G. Jones    rjones@bccb.com
- Richard Josephson    basargent@stoel.com
- John E. Jureller    jjureller@klestadt.com
- David J. Jurkiewicz    djurkiewicz@boselaw.com
- Allen G. Kadish    kadisha@gtlaw.com
- Robert G. Kamenec    rkamenec@plunkettcooney.com
- Dana P. Kane    lsi@liquiditysolutions.com
- Karel S. Karpe    karpek@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- William M. Katich    wkatich@atg.state.il.us
- Kristi A. Katsma    kkatsma@dickinsonwright.com
- Jordan Kaye    jkaye@kramerlevin.com
- Barry M. Kazan    Barry.Kazan@ThompsonHine.com
- Patrick J. Keating    pkeating@bdblaw.com

- David Kennedy    david.kennedy2@usdoj.gov

- Thomas M. Kennedy    tkennedy@kjmlabor.com

- Michael P. Kessler    michael.kessler@weil.com

- Jocelyn Keynes    jkeynes@halperinlaw.net

- Jocelyn Keynes    jk@stevenslee.com

- Ron Kilgard    BankruptcyECF@krplc.com

- Tami Hart Kirby    tkirby@porterwright.com

- Myron Kirschbaum    mkirschbaum@kayescholer.com

- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

- Jeremy C. Kleinman    jkleinman@fgllp.com

- Tracy L. Klestadt    tklestadt@klestadt.com

- Brandi P. Klineberg    bklineberg@moritthock.com

- Anthony J. Kochis    akochis@wolfsonbolton.com

- Howard Koh    hkoh@meisterseelig.com

- Seth F. Kornbluth    skornbluth@herrick.com

- Alan M. Koschik    akoschik@brouse.com

- Lawrence J. Kotler    ljkotler@duanemorris.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com

- Stuart A. Krause    skrause@zeklaw.com

- Julia S. Kreher    jkreher@hodgsonruss.com

- Sarah Quinn Kuhny    sarah.kuhny@btlaw.com

- Patrick J. Kukla    pkukla@carsonfischer.com

- Duane Kumagai    dkumagai@rutterhobbs.com

- Glenn M. Kurtz    gkurtz@whitecase.com

- Randall D. LaTour    rdlatour@vssp.com

- Robinson B. Lacy    Lacyr@sullcrom.com

- Darryl S. Laddin    bkrfilings@agg.com

- Ralph L. Landy     landy.ralph@pbgc.gov
- Stuart A. Laven     slaven@bfca.com
- James N. Lawlor     jlawlor@wmd-law.com
- James Michael Lawniczak     jlawniczak@calfee.com
- Harlan Mitchell Lazarus     hmllaw@att.net
- David H. Lee     dlee@nixonpeabody.com
- Thomas A. Lee     notices@becket-lee.com
- Alexander B. Lees     ablees@wlrk.com
- David S. Lefere     davidl@bolhouselaw.com
- Eugene Leff     eleff@oag.state.ny.us
- Rachel Jeanne Lehr     rachel.lehr@dol.lps.state.nj.us
- Michael S. Leib     msl@maddinhauser.com
- Damon R. Leichty     damon.leichty@btlaw.com
- Harris Donald Leinwand     hleinwand@aol.com
- David E. Lemke     david.lemke@wallerlaw.com
- Joseph H. Lemkin     jhlemkin@duanemorris.com
- Ira M. Levee     ilevee@lowenstein.com
- Jill Levi     jlevi@toddlevi.com
- Jonathan Levine     jlevine@andrewskurth.com
- Kenneth M. Lewis     klewis@lewispllc.com
- Kim Martin Lewis     kim.lewis@dinslaw.com
- Barry E. Lichtenberg     barryster@att.net
- Mark S. Lichtenstein     mlichtenstein@crowell.com
- David Liebov     liebovd@sullcrom.com
- Carmen H. Lonstein     carmen.lonstein@bakernet.com
- Eric Lopez Schnabel     mikhailevich.jessica@dorsey.com
- Dennis W. Loughlin     dloughlin@wnj.com

- Daniel A. Lowenthal    dalowenthal@pbwt.com

- A. Peter Lubitz    plubitz@nyc.rr.com

- Donald K. Ludman    dludman@brownconnery.com

- Matthew J. Lund    kovskyd@pepperlaw.com

- Douglas L. Lutz    dlutz@fbtlaw.com

- Christopher A. Lynch    clynch@reedsmith.com

- John H. Maddock    jmaddock@mcquirewoods.com

- Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

- John S. Mairo    jsmairo@pbnlaw.com

- Donald W. Mallory    dmallory@ctks.com

- Richard Mancino    maosbny@willkie.com

- Jacob A. Manheimer    jmanheimer@pierceatwood.com

- Kayalyn A. Marafioti    kmarafio@skadden.com

- Wendy G. Marcari    wmarcari@ebglaw.com

- Alan E. Marder    lgomez@msek.com

- Jeffrey S. Margolin    margolin@hugheshubbard.com

- Andrew L. Margulis    amargulis@ropers.com

- Kenneth S. Marks    kmarks@susmangodfrey.com

- Ilan Markus    ilan.markus@leclairryan.com

- John J. Marquess    jjm@legalcost.com

- Madison L. Martin    nashvillebankruptcyfilings@stites.com

- Gregory J Mascitti    gmascitti@nixonpeabody.com

- Richard Gary Mason    rgmason@wlrk.com

- Victor J. Mastromarco    vmastromar@aol.com

- Kathleen Leicht Matsoukas    kmatsoukas@btlaw.com

- Deborah A. Mattison    dmattison@wcqp.com

- Douglas Kirk Mayer    dkmayer@wlrk.com

- Kristin B. Mayhew    abothwell@pepehazard.com

- Alan S. Maza    mazaa@sec.gov

- Jil Mazer-Marino    jmazermarino@msek.com

- Daniel P. Mazo    dpm@curtinheefner.com

- Aaron G. McCollough    amccollough@mcguirewoods.com

- Michael K. McCrory    michael.mccrory@btlaw.com

- Robert F. McDonough    rmcdonough@polsinelli.com

- Ralph E. McDowell    rmcdowell@bodmanllp.com

- Frank McGinn    ffm@bostonbusinesslaw.com

- Lorraine S. McGowen    lmcgowen@orrick.com

- Terence McLaughlin    maosbny@willkie.com

- Michelle McMahon    michelle.mcmahon@bryancave.com

- Austin L. McMullen    amcmullen@babc.com

- Patrick E. Mears    patrick.mears@btlaw.com

- Derek F. Meek    dmeek@burr.com

- Barbara S Mehlsack    bmehlsack@gkllaw.com

- Timothy Mehok    timothy.mehok@hellerehrman.com

- Ron E. Meisler    rmeisler@skadden.com

- Richard G. Menaker    rmenaker@mhjur.com

- Marc B. Merklin    mmerklin@brouse.com

- Richard M. Meth    msteen@foxrothschild.com

- G. Christopher Meyer    cmeyer@ssd.com

- Sally Meyer    smeyer@madisonliquidity.com

- Merle C. Meyers    mmeyers@mlg-pc.com

- Angela Z. Miller    amiller@phillipslytle.com

- Brian Parker Miller    parker.miller@alston.com

- Kathleen M. Miller    kmm@skfdelaware.com

- W. Timothy Miller    miller@taftlaw.com
- Alan K. Mills    amills@btlaw.com
- Robert K. Minkoff    rminkoff@jefferies.com
- Benjamin Mintz    bmintz@kayescholer.com
- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- James P. Moloy    jmoloy@boselaw.com
- Michael C. Moody    mmoody@orourkeandmoody.com
- Audrey E. Moog    amoog@hhlaw.com
- Brett S. Moore    bsmoore@pbnlaw.com
- Brian F. Moore    bmoore@mccarter.com
- Gene T. Moore    gtmlaw@bellsouth.net
- James O. Moore    james.moore@dechert.com
- Matthew P. Morris    matthew.morris@lovells.com
- Thomas R. Morris    morris@silvermanmorris.com
- Lawrence F. Morrison    morrlaw@aol.com
- Sarah E. Morrison    sarah.morrison@doj.ca.gov
- Whitney L. Mosby    wmosby@binghammchale.com
- Eric T. Moser    eric.moser@klgates.com
- Alisa Mumola    alisa@contrariancapital.com
- James P. Murphy    murph@berrymoorman.com
- Robert D. Nachman    rnachman@dykema.com
- Jason A. Nagi    jnagi@polsinelli.com
- Shannon Lowry Nagle    snagle@omm.com
- Stephen M. Nagle    stephen.nagle@oag.state.ny.us
- Bruce S. Nathan    bnathan@lowenstein.com
- David Neier    dneier@winston.com
- Melissa Z. Neier    mneier@ibolaw.com

- Harold E. Nelson      hal@nlsg.com
- Michael R. Nestor      bankfilings@ycst.com
- Jill L. Nicholson      jmurch@foley.com
- Marie L. Nienhuis      pmitchell@bcblaw.net
- Timothy F. Nixon      tnixon@gklaw.com
- Richard P. Norton      rnorton@hunton.com
- David John Nowaczewski      dnowaczewski@bodmanllp.com
- Kasey C. Nye      kasey.nye@quarles.com
- Michael P. O'Connor      mpolaw@aol.com
- Michael O'Hayer      mkohayer@aol.com
- Michael B. O'Neal      moneal@wnj.com
- Judy A. O'Neill      joneill@foley.com
- Paul B. O'Neill      boneill@kramerlevin.com
- Martin P. Ochs      martin@oglaw.net
- Sean A. Okeefe      sokeefe@winthropcouchot.com
- Norman D. Orr      norman.orr@kkue.com
- Patrick J. Orr      porr@klestadt.com
- Lawrence E. Oscar      leoscar@hahnlaw.com
- Karen Ostad      kostad@mofo.com
- Mark Russell Owens      mowens@btlaw.com
- Deirdre Woulfe Pacheco      dpacheco@wilentz.com
- Isaac M. Pachulski      ipachulski@stutman.com
- Nicholas R. Pagliari      npagliari@quinnfirm.com
- Charles Palella      cpalella@kurzman.com
- Ingrid S. Palermo      ipalermo@bsk.com
- Sapna W. Palla      spalla@kayescholer.com
- George Panters      gpanteris@panterislaw.com

- Charles N. Panzer    cpanzer@sillscummis.com
- Lenard M. Parkins     lenard.parkins@haynesboone.com
- Richard J. Parks    rjp@pietragallo.com
- Barbra R. Parlin    barbra.parlin@hklaw.com
- Tiiara N.A. Patton    tpatton@calfee.com
- Melissa A. Pena    mapena@nmmlaw.com
- Anne J. Penachio    apenachio@pmlawllp.com
- Geoffrey J. Peters    colnyecf@weltman.com
- Lowell Peterson    lpeterson@msek.com
- Ronald R. Peterson    rpeterson@jenner.com
- Robert A. Peurach    rpeurach@gdakmak.com
- Ed Phillips    ephillips@thurman-phillips.com
- Deborah J. Piazza    dpiazza@hodgsonruss.com
- Christine A.M. Pierpont    cpierpont@ssd.com
- Shone Pierre    florence.saenz@la.gov
- Oscar N. Pinkas    opinkas@sonnenschein.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- James A. Plemmons  jplemmons2@dickinsonwright.com
- Constantine Pourakis    cp@stevenslee.com
- Mark T. Power    MPower@HahnHessen.com
- Susan Power-Johnston    sjohnston@cov.com
- Ronald S. Pretekin    pretekin@coollaw.com
- Susan Przekop-Shaw    przekopshaws@michigan.gov
- Dennis E. Quaid    dquaid@fagelhaber.com
- Amanda Raboy    araboy@cov.com
- Thomas B. Radom    radom@butzel.com
- John J. Rapisardi    john.rapisardi@cwt.com

- Craig V. Rasile    crasile@hunton.com

- Dennis Jay Raterink    raterinkd@michigan.gov

- Gary Ravert    gravert@mwe.com

- Eric T. Ray    eray@balch.com

- Jo Christine Reed    jcreed@sonnenschein.com

- Margery N. Reed  mreed@duanemorris.com

- Lawrence R. Reich    reichlaw@aol.com

- Steven J. Reisman    sreisman@curtis.com

- Lisa Pierce Reisz    lpreisz@vorys.com

- Susan Fuhrer Reiter    sreiter@mijb.com

- Kenneth A. Reynolds    kreynolds@mklawnyc.com

- Kenneth A. Reynolds    kar@pryormandelup.com

- Walter Reynolds    wreynolds@porterwright.com

- Jeffrey N. Rich    jeff.rich@klgates.com

- Marc E. Richards    mrichards@blankrome.com

- Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

- Paul J. Ricotta    pricotta@mintz.com

- Craig Philip Rieders    crieders@gjb-law.com

- Sandra A. Riemer    sriemer@phillipsnizer.com

- Marianne Goldstein Robbins    MGR@PREVIANT.COM

- Matthew R. Robbins    mrr@previant.com

- Elizabeth A. Roberge    eroberge@robergelaw.com

- H. Buswell Roberts    broberts@slk-law.com

- Ronald L. Rose    rrose@dykema.com

- Scott D. Rosen    srosen@cb-shea.com

- Heath D. Rosenblat    hrosenblat@kayscholer.com

- Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

- Jeffrey A. Rosenthal     maofiling@cgsh.com
- David A. Rosenzweig     DRosenzweig@Fulbright.com
- David S. Rosner     dfliman@kasowitz.com
- David E. Roth     pdarby@bradleyarant.com
- Ira Rubin     norma@bizwoh.rr.com
- Robert B. Rubin     brubin@burr.com
- Peter S. Russ     peter.russ@bipc.com
- Lyle D. Russell     lylerussell@magnusoft.com
- Maura I. Russell     dangiulo@dreierllp.com
- Michael J. Rye     mrye@cantorcolburn.com
- E. Todd Sable     tsable@honigman.com
- Chester B. Salomon     csalomon@beckerglynn.com
- Diane W. Sanders     austin.bankruptcy@publicans.com
- William A. Sankbeil     was@krwlaw.com
- Thomas P. Sarb     ecfsarbt@millerjohnson.com
- Robert V. Sartin     rsartin@fbtlaw.com
- William F. Savino     wsavino@damonmorey.com
- Robert Scannell     rscannell@morganlewis.com
- Louis A. Scarcella     lscarcella@farrellfritz.com
- Thomas J. Schank     tomschank@hunterschank.com
- Ilan D. Scharf     ischarf@pszjlaw.com
- Michael L. Schein     mschein@vedderprice.com
- James R. Scheuerle     jrs@parmenterlaw.com
- Andrew W. Schilling     aschilling@fklaw.com
- Michael Schlanger     michael@schlangerlegal.com
- William H. Schorling     william.schorling@bipc.com
- Christopher P. Schueller     christopher.schueller@bipc.com

- Sheila R. Schwager    srs@hteh.com
- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov
- Bryan I. Schwartz    bschwartz@lplegal.com
- Kathlyn Schwartz    kathlyn.schwartz@akerman.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Lisa M. Schweitzer    lschweitzer@cgsh.com
- Barry N. Seidel    seidelb@butzel.com
- Lon J. Seidman    filings@spallp.com
- Howard Seife    arosenblatt@chadbourne.com
- Jay Selanders    jay.selanders@kutakrock.com
- Mark A. Shaiken    mshaiken@stinson.com
- Dan Shaked    dan@shakedandposner.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com
- Howard S. Sher    howard@jacobweingarten.com
- David M. Sherbin    david.sherbin@delphi.com
- Andrew Howard Sherman    asherman@sillscummis.com
- Mark Sherrill    mark.sherrill@sablaw.com
- J. Christopher Shore    cshore@whitecase.com
- Robert J. Sidman    rjsidman@vorys.com
- Robert Sidorsky    sidorsky@butzel.com
- Glenn E. Siegel    Glenn.Siegel@dechert.com
- John D. Silk    silk@rbmchicago.com
- Aaron M. Silver    asilver@honigman.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com

- Wendy M. Simkulak     wmsimkulak@duanemorris.com
- Sam O. Simmerman     sosimmerman@kwgd.com
- John A. Simon     jsimon@foley.com
- Kate K. Simon     kate.simon@bingham.com
- Rebecca H. Simoni     rsimoni@vonbriesen.com
- Joseph E. Simpson     jsimpson@hselaw.com
- Douglas S. Skalka     dskalka@npmlaw.com
- Thomas R. Slome     lgomez@msek.com
- Richard G. Smolev     rsmolev@kayescholer.com
- Abigail Snow  asnow@ssbb.com
- Jesse L. Snyder     jforstot@tpwlaw.com
- Marc P. Solomon     msolomon@burr.com
- Sean C. Southard     ssouthard@klestadt.com
- Paul H. Spaeth     spaethlaw@phslaw.com
- Robyn J. Spalter     notice@regencap.com
- Sarah F. Sparrow     ssparrow@tuggleduggins.com
- Michael A. Spero     jspecf@sternslaw.com
- David Spiegel     david.spiegel@kirkland.com
- Byron C. Starcher     byron.starcher@nelsonmullins.com
- Stephen Z. Starr     sstarr@starrandstarr.com
- Catherine Steege     csteege@jenner.com
- Karen M. Steel     ksteel@schlaw.com
- Matthew B. Stein     mstein@sonnenschein.com
- Rick A. Steinberg     rsteinberg@nakblaw.com
- Bonnie Steingart     steinbo@ffhsj.com
- Andrew W. Stern     astern@sidley.com
- Malani Sternstein     msternstein@sheppardmullin.com

- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Alexander Stotland    axs@maddinhauser.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Joseph G. Strines    joseph.strines@dplinc.com
- James M. Sullivan    sullivan.james@arentfox.com
- Bobby Gerald Sumner    js@colawfirm.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Charles C. Swanekamp    cswanekamp@jaeckle.com
- Marc N. Swanson    swansonm@millercanfield.com
- Paul Sweeney    psweeney@loganyumkas.com
- Dona Szak    dszak@ajamie.com
- Douglas T. Tabachnik    dtabachnik@dttlaw.com
- Jeffrey L. Tanenbaum    garrett.fail@weil.com
- Roger L. Tarbutton    roger.tarbutton@jocogov.org
- Samuel Jason Teele    jteele@lowenstein.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com
- Louis J. Testa    ltesta@npmlaw.com
- Deborah L. Thorne    deborah.thorne@btlaw.com
- Richard S. Toder    rtoder@morganlewis.com
- Gordon J. Toering    gtoering@wnj.com
- Albert Togut    alcourt@teamtogut.com
- Sheldon S. Toll    lawtoll@comcast.net
- Martin B. Tucker    mtucker@fbtlaw.com
- Debra S. Turetsky    dturetsky@reedsmith.com
- Ann Marie Uetz    auetz@foley.com

- Raymond J. Urbanik     rurbanik@munsch.com
- Robert Usadi     mmcloughlin@cahill.com
- Nina M. Varughese     varughesen@pepperlaw.com
- Shmuel Vasser     shmuel.vasser@dechert.com
- Lori V. Vaughan     lvaughan@foley.com
- Frank F. Velocci     frank.velocci@dbr.com
- Michael J. Viscount     mviscount@foxrothschild.com
- Gary Vist     gvist@masudafunai.com
- Joseph J. Vitale     jvitale@cwsny.com
- Arthur T. Walsh     omclaw@aol.com
- Sean M. Walsh     swalsh@gmhlaw.com
- Bryan R. Walters     brwalters@varnumlaw.com
- Michael D. Warner     mwarner@coleschotz.com
- Terence D. Watson     twatson@irasacks.com
- W. Clark Watson     cwatson@balch.com
- Robert K. Weiler     rweiler@greenseifter.com
- William P. Weintraub     wweintraub@fklaw.com
- Allison H. Weiss     aweiss@dl.com
- Jay Welford     jwelford@jaffelaw.com
- Robert J. Welhoelter     rjwelho@gmail.com
- Elizabeth Weller     dallas.bankruptcy@publicans.com
- David A. Wender     david.wender@alston.com
- Michael R. Wernette     mwernette@schaferandweiner.com
- Karen Fagin White     kfwhite@cpmas.com
- Robert A White     rwhite@murthalaw.com
- Amy Williams-Derry     awilliams-derry@kellerrohrback.com
- Stephen F. Willig     swillig@damato-lynch.com

- Eric R. Wilson     KDWBankruptcyDepartment@Kelleydrye.com

- I.W. Winsten    iww@honigman.com

- Eric D. Winston    ericwinston@quinnemanuel.com

- Jeffrey C. Wisler    jcw@cblhlaw.com

- Robert A. Wolf    rwolf@ssd.com

- Craig A. Wolfe    cwolfe@kelleydrye.com

- Douglas Wolfe    dwolfe@asmcapital.com

- Robert D. Wolford    ecfwolfordr@millerjohnson.com

- Scott A. Wolfson    swolfson@wolfsonbolton.com

- Lee E. Woodward  bkemail@harrisbeach.com

- Kelly A. Woodruff    kwoodruff@fbm.com

- Jeffrey A. Wurst    JWURST@RMFPC.COM

- Zhiyuan Xu    mxu@schiffhardin.com

- David Farrington Yates    fyates@sonnenschein.com

- Stephen L. Yonaty    syonaty@chwattys.com

- Kenneth S. Yudell    kyudell@aryllp.com

- German Yusufov    pcaocvbk@pcao.pima.gov

- Helen A. Zamboni    hzamboni@underbergkessler.com

- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

- Peter Alan Zisser    pzisser@ssd.com

/s/ Dawn R. Copley
Dawn R. Copley (DRC-4234)
Counsel for Ambrake Corporation
301 East Liberty, Suite 500
Ann Arbor, Michigan 48104-2266
(734) 623-7075
dcopley@dickinsonwright.com