James M. Sullivan
ARENT FOX, LLP
1675 Broadway
New York, NY 10019
(212) 484-3900

*Attorneys for The Timken Company and
The Timken Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                       :    Chapter 11
                                                            :
DELPHI CORPORATION, *et al.*,                               :    Case No. 05-44481 (RDD)
                                                            :
                                    Debtors.                :    (Jointly Administered)
------------------------------------------------------- x
                                                            :
DELPHI CORPORATION, *et al.*,                               :
                                                            :
                                    Plaintiffs,             :
                                                            :
                  -against-                                 :    Adv. Pro. No. 07-02688 (RDD)
                                                            :
TIMKEN, TIMKEN COMPANY, TIMKEN                              :
CORPORATION, TIMKEN FRANCE SAS,                             :
and TIMKEN SUPER PRECISION,                                 :
                                                            :
                                    Defendants.             :
------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss:
COUNTY OF NEW YORK        )

        LISA INDELICATO, being sworn, deposes and says:

    1.    Deponent is not a party to this action, is over eighteen years of age, and resides in Queens County, New York.

    2.    On October 25, 2010, I served a copy of the *Motion and Brief of Defendants for Relief from Fourth Order Extending Time to Serve Complaint* [Docket No. 20719 and Adv. Docket No. 71] and *Notice of Motion and Brief of Defendants for Relief from Fourth Order*

NYC/532907.1

*Extending Time to Serve Complaint* [Docket No. 20720 and Adv. Docket No. 72] upon the parties on the attached Service List by depositing true copies thereof, enclosed in a postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the city and state of New York.

*/s/ Lisa Indelicato*
Lisa Indelicato

Sworn to before me this
25th day of October 2010.

*/s/  Miriam Lyle McKibben*
Notary Public, State of New York
No. 01MC4873261
Qualified in Queens County
Commission Expires 10/6/2014

- 2 -

NYC/532907.1

## SERVICE LIST

The Honorable Robert D. Drain
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

Counsel for the Debtors
John Wm. Butler Jr., Partner
John K. Lyons, Partner
Ron E. Meisler, Partner
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Suite 2700
Chicago, IL 60606

Counsel for Plaintiffs
Barry N. Seidel
Eric B. Fisher
Cynthia J. Haffey
BUTZEL LONG
380 Madison Avenue, 22nd Floor
New York, New York 10017

NYC/532907.1