KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 715-7583
Facsimile: (212) 715-8000
Jordan D. Kaye

*Counsel to Vishay Americas, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------ X | |
| In re: : | Chapter 11 |
| DELPHI CORPORATION, *et al.*, : | Case No. 05-44481 (RDD) |
| : | Jointly Administered |
| ------------------------------------------------------------ X | |
| DELPHI CORPORATION, *et al.*, : | |
| : | Adv. Pro. No. 07-02556 (RDD) |
| Plaintiffs, : | |
| -against- : | |
| VISHAY AMERICAS, INC., : | |
| Defendant. : | |
| ------------------------------------------------------------ X | |

**JOINDER OF VISHAY AMERICAS, INC. TO MOTIONS FOR RELIEF FROM
FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

Defendant Vishay Americas, Inc. ("Vishay"), by its undersigned counsel, joins and adopts the motions of ATS Automation Tooling Systems Inc. (Docket No. 20699), Doshi Prettl International (Docket No. 20701), the Timken Company and the Timken Corporation (Docket No. 20719) and all other motions (the "Motions") filed by defendants in avoidance actions filed in the above-captioned bankruptcy proceedings.  In the interests of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Replies.  Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments and

requests for relief set forth in the Motions, to the extent that they are applicable to Vishay.

Dated: October 25, 2010

Respectfully submitted,

By: _/s/ Jordan D. Kaye_
Jordan D. Kaye
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-7583
Fax: (212) 715-8000
E-mail: boneill@kramerlevin.com

Counsel to Vishay Americas Inc.

KL2 2672344.1