Hearing Date: 02/27/11
Response Deadline: 02/03/11

REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481-RDD |
| Debtors. | |

-----------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

| | |
|---|---|
| Plaintiffs, | Adv. Pro. No. 07-02188-RDD |
| -against- | |
| CRITECH RESEARCH, INC., | |
| Defendant. | |

-----------------------------------------------------------x

**JOINDER OF CRITECH RESEARCH INC. TO MOTION AND BRIEF OF ATS
AUTOMATION TOOLING SYSTEMS, INC. FOR RELIEF FROM FOURTH
<u>ORDER EXTENDING TIME TO SERVE COMPLAINT</u>**

Defendant, Critech Research Inc. ("**Critech**"), by its undersigned attorneys, Reich, Reich & Reich, P.C., hereby joins and adopts the arguments in the Motion by and Brief of ATS Automation Tooling System, Inc. (adversary proceeding number 07-02125) for Relief from Fourth Order Extending Time to Serve Complaint (the "**Motion**") filed on October 22, 2010 (Docket No. 20699).

WHEREFORE, Critech respectfully requests that for the reasons set forth in the

Motion, the Fourth Extension Order (as defined in the Motion) be vacated or set aside and the

complaint in the above-captioned adversary proceeding be dismissed with prejudice.

Dated:  White Plains, New York
        October 25, 2010

                                  REICH, REICH & REICH, P.C.
                                  Attorneys for Critech Research Inc.


                                  By: /s/ Lawrence R. Reich
                                      Lawrence R. Reich

                                  235 Main Street
                                  Suite 450
                                  White Plains, New York 10601
                                  (914) 949-2126
                                  reichlaw@aol.com