SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

            - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                              :
         In re                                                :         Chapter 11
                                                              :
DPH HOLDINGS CORP., et al.,                                   :         Case No. 05-44481 (RDD)
                                                              :
                        Reorganized Debtors.                  :         (Jointly Administered)
                                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED DEBTORS AND
ICX CORPORATION WITHDRAWING (A) ICX CORPORATION'S PROPOSED CURE CLAIMS
AND (B) RESPONSE TO DEBTORS' OMNIBUS 8.2(b) CURE OBJECTION (DOCKET NO. 13638)

DPH Holdings Corp. and its subsidiaries and affiliates (collectively, the "Reorganized Debtors") and ICX Corporation ("ICX") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And ICX Corporation Withdrawing (A) ICX Corporation's Proposed Cure Claims And (B) Response To Debtors' Omnibus 8.2(b) Cure Objection (Docket No. 13638) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, ICX filed an undocketed notice of proposed cure claims of ICX Corporation (the "ICX Cure Claim").

WHEREAS, on April 24, 2008, the Debtors objected to the ICX Cure Claim pursuant to the Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§ 105(a), 365, And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13459) (the "Omnibus 8.2(b) Cure Objection").

WHEREAS, on May 21, 2008, ICX filed ICX Corporation's Response To Debtors' (I) Omnibus Objection Pursuant to Confirmation Order, 11 U.S.C. §§ 105(a), And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13638) (the "ICX 8.2(b) Response").

WHEREAS, on May 29, 2008, this Court entered its Omnibus Order (I) Pursuant

To Confirmation Order, 11 U.S.C. §§ 105(a), 365, And Fed. R. Bankr. P. 9014 Regarding Cure

Proposals Submitted Under Article 8.2(b) Of Debtors' Plan Of Reorganization And (II) Request

For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13696) (the "Omnibus

8.2(b) Cure Objection Order"), which, among other things, listed the ICX Cure Claim as a

disputed Cure Proposal and authorized the Debtors and the respective counterparties to

"negotiate in good faith to reach a consensual resolution of the disputed Cure Proposal."

WHEREAS, on October 6, 2009 (the "Effective Date"), the Debtors substantially

consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And

Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"),

which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket

No. 18707).

WHEREAS, to resolve the Omnibus 8.2(b) Cure Objection with respect to the

ICX Cure Claim and the ICX 8.2(b) Response, the Reorganized Debtors and ICX entered into

this Stipulation, pursuant to which the parties agree that the ICX Cure Claim and the ICX 8.2(b)

Response are each deemed withdrawn with prejudice.

NOW, THEREFORE, the Reorganized Debtors and ICX stipulate and agree as

follows:

1.    The ICX Cure Claim is hereby deemed withdrawn with prejudice.

2.    The ICX 8.2(b) Response is hereby deemed withdrawn with prejudice.

3.    This Court shall retain original and exclusive jurisdiction to adjudicate any

disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 26th day of October, 2010

3

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

/s/ Ron E. Meisler                                    /s/ Leo J. Gibson
John Wm. Butler, Jr.                                  Leo J. Gibson
John K. Lyons                                         BARRIS, SOTT, DENN & DRIKER, P.L.L.C
Ron E. Meisler                                        211 West Fort Street, 15th Floor
SKADDEN, ARPS, SLATE, MEAGHER                         Detroit, Michigan 48226-3281
    & FLOM LLP
155 North Wacker Drive
Chicago, Illinois  60606

                                                      Attorney for ICX Corporation

            - and –

Four Times Square
New York, New York  10036


Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors