Hearing Date:  February 17, 2011 at 10:00 a.m.
Response Deadline:  February 3, 2011 at 4:00 p.m.

**FOX ROTHSCHILD LLP**
75 Eisenhower Parkway, Suite 200
Roseland, NJ 07068
973-992-4800
- and -
100 Park Avenue, 15th Floor
New York, NY  10017
rmeth@foxrothschild.com
RICHARD M. METH, ESQ. (RM7791)(admitted *pro hac vice*)

and

**GREENEBAUM DOLL & MCDONALD PLLC**
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
C. R. BOWLES, ESQ. (admitted *pro hac vice*)
502-589-4200

Attorneys For Defendants, DSSI and DSSI, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| DELPHI CORPORATION, *et al.*, | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| Debtors. | |
| | (Jointly Administered) |
| DELPHI CORPORATION, *et al.,* | Adv. Pro. No. 07-02236 (RDD) |
| Plaintiffs | |
| - against - | |
| DSSI and DSSI, LLC, | |
| Defendants. | |

RL1 835072v1 10/26/10

# CERTIFICATE OF SERVICE REGARDING JOINDER OF DSSI DEFENDANTS IN MOTIONS OF (I) DOSHI PRETTL INTERNATIONAL AND (II) ATS AUTOMATION TOOLING SYSTEMS, INC. FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Fox Rothschild LLP. My business address is 75 Eisenhower Parkway, Suite 200, Roseland, New Jersey 07068. Fox Rothschild LLP is counsel to the defendants in connection with the above-referenced Adversary Proceeding.

2. On October 22, 2010, I electronically filed the Joinder Of DSSI Defendants In Motions Of (i) Doshi Prettl International and (ii) ATS Automation Tooling Systems, Inc. For Relief From Fourth Order Extending Time To Serve Complaint (the "Joinder") with the United States Bankruptcy Court for the Southern District of New York in the Debtors' main bankruptcy case (Case No. 05-44481) and the Adversary Proceeding, Delphi Corporation, *et al*. v. DSSI and DSSI, LLC (Adv. Pro. No. 07-02236), thereby causing the parties entitled to receive notice via the Court's ECF system to be served.

3. In addition, on October 26, 2010, I caused copies of the Joinder to be served upon the parties identified on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

                                                  /s/ Marcia L. Steen
                                                MARCIA L. STEEN

Dated: October 26, 2010

RL1 835072v1 10/26/10

## SERVICE LIST

**Served Via First Class Mail On 10/26/2010:**

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, New York 10017

DPH Holdings Corp. (f/k/a Delphi Corporation, *et al.*)
Attn: John Brooks
5725 Delphi Drive
Troy, Michigan 48098

Albert Togut, Esq.
Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119