REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich (LR-9337)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481-RDD |
| Debtors. | |

-----------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

| | |
|---|---|
| Plaintiffs, | Adv. Pro. No. 07-02188-RDD |
| -against- | |
| CRITECH RESEARCH, INC., | |
| Defendant. | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Samara Neal, being at all times over 18 years of age, hereby certify that on October 26, 2010 a true and correct copy of the Joinder of Critech Research Inc. to Motion and Brief of ATS Automation Tooling Systems, Inc. for Relief from Fourth Order Extending Time to Serve Complaint (document No. 20737 and adversary proceeding document number 33), was served electronically through the Court's ECF system on all parties requesting electronic service, and by U.S. mail to the parties indicated below:

> DPH Holdings Corp.
> Attn: John Brooks
> 5725 Delphi Drive
> Troy, MI 48098

Butzel Long
Attn: Eric Fisher, Esq.
380 Madison Avenue, 22nd Floor
New York, NY 10017

Butzel Long
150 West Jefferson
Detroit, MI 48226
Attn: Cynthia J. Haffey, Esq.

Warner Stevens, L.L.P.
Attn: Michael D. Warner
301 Commerce Street, Suite 1700
Fort Worth, TX 75102

Latham & Watkins
Attn: Mark A. Broude/Robert J. Rosenberg
885 Third Avenue
New York, NY 10022

Honorable Robert D. Drain
c/o Clerk's Office of the
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Office of the U.S. Trustee
Attn: Alicia M. Leonhard, Trace Hope Davis
And Brian Masumoto
33 Whitehall Street, 21st Floor
New York, NY 10004

Clark Hill PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, MI 48009
Attn: Robert D. Gordon and
Christopher M. Cahill

Dated: White Plains, New York
       October 26, 2010

*/s/ Samara Neal*
Samara Neal