CLARK HILL PLC
151 S. Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
Robert D. Gordon
*pro hac vice admission*
Christopher M. Cahill
*pro hac vice admission*
ccahill@clarkhill.com
(248) 988-5878

**Hearing Date: 02/17/11 at 10:00 a.m. (ET)**
**Response Deadline: 02/3/11 at 4:00 p.m. (ET)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) |
| | ) |
| Debtors. | ) |
| _____/ | ) |

Chapter 11
Case No. 05-44481
(Jointly Administered)

Honorable Robert D. Drain

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2010, a copy of the Notice **and** Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Service Complaint was served via Federal Express Priority Overnight Mail upon the following:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Cynthia J. Haffey<br>150 W. Jefferson Avenue, Suite 100<br>Detroit, Michigan 48226 |
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 75102 | Office of the U.S. Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis<br>and Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

*/s/ Christopher M. Cahill*
Christopher M. Cahill
Clark Hill PLC