CLARK HILL PLC  
151 S. Old Woodward Avenue, Suite 200  
Birmingham, Michigan 48009  
Christopher M. Cahill  
*pro hac vice*  
ccahill@clarkhill.com  
(248) 988-5878

Hearing Date: 02/17/11 at 10:00 a.m. (ET)  
Response Deadline: 02/3/11 at 4:00 p.m. (ET)

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Chapter 11 |
|---|---|---|
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2010, a copy of the Notice **and** Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Service Complaint was served via Federal Express Priority Overnight Mail upon the following:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Cynthia J. Haffey<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, Michigan 48226 |
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 75102 | Office of the U.S. Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

/s/ *Christopher M. Cahill*  
Christopher M. Cahill  
Clark Hill PLC

6779168.1 25651/102921