BUTZEL LONG, a professional corporation
Eric B. Fisher
Barry N. Seidel
Cynthia J. Haffey (Detroit office)
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone:  (212) 374-5359
Facsimile:  (212) 818-0494
fishere@butzel.com

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., et al., <br><br>                    Reorganized Debtors, | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br> (Jointly Administered) <br><br> Adv. Pro. No. 07-02074, et seq. |

**NOTICE OF HEARING**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, in connection with the Reorganized Debtors' motions for leave to amend their complaints (the "Motions") in the preference actions arising from the above-captioned Chapter 11 case (the "Preference Actions"), a telephone status conference is scheduled for Friday, December 17, 2010, at 2:30 P.M.  The participants in the conference will be the Court, counsel for the Reorganized Debtors, and counsel for any defendants in the Preference Actions who seek to participate.  The dial-in number will be as follows:

　　　　　Dial-In Number:	888-945-5351

　　　　　Conference Code:	313-225-7088

PLEASE TAKE FURTHER NOTICE that the hearing on the global issues relating to the Motions will be heard on Thursday, February 17, 2011, at 10:00 A.M. in the Courtroom of the Honorable Judge Robert D. Drain, United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

    **BUTZEL LONG,**

    a professional corporation

    By: /s/ Eric B. Fisher
        Eric B. Fisher
    380 Madison Avenue
    22nd Floor
    New York, New York 10017
    Telephone: (212) 818-1110
    Facsimile: (212) 818-0494
    fishere@butzel.com
    *Attorneys for Reorganized Debtors*

Dated: October 27, 2010
       New York, New York