**QUARLES & BRADY LLP**
Kasey C. Nye, Esq. (Admitted Pro Hac Vice)
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)

*Attorneys for Flambeau Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
　　In re                                  :   Chapter 11
                                          :
DPH HOLDINGS CORP., <u>et al.</u>,        :   Case No. 05-44481 (RDD)
                                          :
　　　　　Reorganized Debtors.             :   (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL OF OBJECTION OF FLAMBEAU
INC. TO DEBTORS' NOTICE OF CURE AMOUNT WITH
RESPECT TO EXECUTORY CONTRACT TO BE ASSUMED OR
ASSUMED AND ASSIGNED UNDER PLAN OF
<u>REORGANIZATION (DOCKET NO. 12351)</u>**

PLEASE TAKE NOTICE that Flambeau Inc., by and through its undersigned counsel, hereby withdraws with prejudice the Objection of Flambeau Inc. to Debtors' Notice of Cure Amount With Respect to Executory Contract To Be Assumed or Assumed and Assigned Under Plan of Reorganization (Docket No. 12351).

DATED this 28th day of October, 2010.

**QUARLES & BRADY LLP**

 /s/ Kasey C. Nye
Kasey C. Nye, Esq.
(Admitted Pro Hac Vice)
One South Church Avenue, Suite 1700
Tucson, AZ   85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)
knye@quarles.com

Roy L. Prange, Jr., SBN 1013821
33 East Main Street, Suite 900
P. O. Box 2113
Madison, WI   53701-2113
(608) 283-2485 (telephone)
(608) 294-4920 (facsimile)
rlp@quarles.com

**QUARLES & BRADY LLP**
Kasey C. Nye, Esq. (Admitted Pro Hac Vice)
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)

*Attorneys for Flambeau Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 28, 2010, copies of the "Notice of Withdrawal of Objection of Flambeau Inc. to Debtors' Notice of Cure Amount With Respect to Executory Contract to be Assumed or Assumed and Assigned Under Plan of Reorganization" were caused to be served via first class mail, postage prepaid, upon the individuals on the attached service list.

**QUARLES & BRADY LLP**

 /s/ Kasey C. Nye
Kasey C. Nye
One South Church Avenue
Suite 1700
Tucson, Arizona 85701-1621
(520) 770-8717 (telephone)
(520) 764-2203 (facsimile)
knye@quarles.com
*Attorneys for Flambeau Inc.*

QBACTIVE\340534.00005\6057015.1

## SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn:  General Counsel | Louis S. Chiappetta<br>SKADDEN ARPS SLATE<br>MEAGHER& FLOM LLP<br>155 North Wacker Drive, Suite 2100<br>Chicago, IL 60606-1720<br>*Attorneys for Debtor* |
| The Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court for<br>the Southern District of New York<br>One Bowling Green, Room 632 (Chambers)<br>New York, New York 10004 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, New York 10004 |
| Donald Bernstein<br>Brian Resnick<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>*Attorneys for Postpetition Lenders* | Robert J. Rosenberg<br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>*Attorneys for Official Committee of Unsecured Creditors* |
| Bonnie Steingart<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>*Attorneys for Official Committee of Equity Security Holders* | Thomas E. Lauria<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131<br>*Attorneys for A-D Acquisition Holders, LLC c/o Appaloosa Management L.P. and Harbinger Del-Auto Investment Company, Ltd.* |
| Glenn M. Kurtz<br>Gregory Pryor<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>*Attorneys for A-D Acquisition Holders, LLC c/o Appaloosa Management L.P.* | John M. Reiss<br>Gregory Pryor<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY   10036<br>*Attorneys for Harbinger Del-Auto Investment Company, Ltd.* |

QBACTIVE\340534.00005\6057015.1

QBACTIVE\340534.00005\6057015.1