# EXHIBIT B

**From:** Tullson, Carl T [Carl.Tullson@skadden.com]
**Sent:** Tuesday, August 17, 2010 11:14 PM
**To:** 'fgt@tm.net'
**Cc:** 'Colby, Debra A.'; Perl, Michael W
**Subject:** DPH: Today's Call -- Armstrong Litigation

**Attachments:** Modification Approval Order (18707).pdf; Supplemental Case Management Order (2883).pdf; Nineteenth Supplemental Case Management Order (20189).pdf; Eighteenth Supplemental Case Management Order (19774).pdf; Notice of Rescheduling (Docket No. 20417).pdf; Twentieth Supplemental Case Management Order (20427).pdf; Post-Emergence 2002 List 100727.xls; Post-Emergence Master Service List 100727.xls

Debbie,

As a follow-up to our call this afternoon, attached please find copies of the Modification Approval Order (Docket No. 18707) and the Modified Plan. As discussed, the injunction contained in paragraph 22 of the Modification Approval Order and in section 11.14 of the Modified Plan (the "Plan Injunction") stays the proceedings in the district court unless and until a motion is filed in the bankruptcy court seeking leave to file a late claim and the court grants the motion and lifts the Plan Injunction. We would not oppose such a motion in filed in the bankruptcy court to file a late claim (but would reserve the right to substantively oppose the claim).

The procedures for filing a motion in the bankruptcy court are governed by the supplemental case management order (Docket No. 2833), and the procedures for electronic service are set forth in the Nineteenth Supplemental Case Management Order (Docket No. 20189).

The next available hearing dates are September 24, 2010 and October 21, 2010. (Docket Nos. 19774, 20417, and 20427.) Note that the September 24, 2010 omnibus hearing date was originally set for September 14, 2010 per the attached Eighteenth Supplemental Case Management Order, but the hearing date was subsequently moved to September 24, 2010. (See attached Notice Of Rescheduling (Docket No. 20417).) Copies of the service lists for the parties entitled to electronic service of all motions under the applicable case management orders are also attached. Thanks.

**Carl T. Tullson**
Associate, Corporate Restructuring
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0379 | F: 312.827.9436
ctullson@skadden.com

Skadden

------------------------------------------------------------------------
*****************************************************

To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.
*****************************************************
==============================================================================