Lisa Piece Reisz (admitted *pro hac vice*)  Hearing Date: **2/17/11 at 10:00 am (ET)**
Tiffany Strelow Cobb (admitted *pro hac vice*)  Response:   2/3/11 at 4:00 p.m. (ET)Jesse
Cook-Dubin (admitted *pro hac vice*)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 E. Gay Street / P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-8322
Facsimile: (614) 719-4663
E-mail: tscobb@vorys.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 05-44481-rdd |
| DPH Holdings Corp., et al. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| Delphi Corporation, et al., | : | Adv. Case No. 07-02291 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Carlisle, et al., | : | |
| | : | |
| Defendants. | : | |

**AFFIDAVIT OF SERVICE OF JOINDER OF DEFENDANT CARLISLE COMPANIES INCORPORATED TO MOTION AND BRIEF OF DEFENDANT ATS AUTOMATION TOOLING SYSTEMS INC. FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

State of Ohio         )
                     ) SS
County of Franklin   )

Tiffany Strelow Cobb, after being duly cautioned and sworn, states as follows:

1. I am not a party to the action, am over 18 years of age and reside in Columbus, Ohio.

2. On the 22nd day of October, 2010, I filed the Joinder of Defendant Carlisle Companies Incorporated to Motion and Brief of Defendant ATS Automation Tooling Systems Inc. from Fourth Order Extending Time to Serve Complaint (the "Joinder") via the Court's ECF system, thereby serving the parties listed in Paragraph 4 of this Affidavit.

3. On the 22nd day of October 2010, I served copies of the Joinder by overnight mail upon the parties listed in Paragraph 4 of this Affidavit, as well as upon The Honorable Robert D. Drain, U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.

4. The following parties were served as described above:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Cynthia J. Haffey<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, Michigan 48226 |
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 75102 | Office of the U.S. Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

Sworn to before me this
1st day of November, 2010

/s/Cindy D. Fricke
Notary Public

2