ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac vice*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for American Furukawa Inc. and Furukawa Electric Company, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :    Chapter 11
                                                               :
    **DPH HOLDINGS CORP.**, *et al,*                         :    Case No. 05-44481 (RDD)
                                                               :
        **Reorganized Debtors.**                           :    Jointly Administered
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF FURUKAWA ELECTRIC COMPANY, LTD.
AND AMERICAN FURUKAWA INC. OF VARIOUS CLAIMS AND
OBJECTIONS [DOCKET NOS. 18256, 18472, 18706, 19783 & 20037]**

Furukawa Electric Company, Ltd. and American Furukawa Inc. (formerly known as Furukawa Electric North America APD), hereby withdraw without prejudice:

(i)    "Limited Response and Reservation of Rights of Furukawa Electric North America APD, Inc. to Debtors' July 2, 2009 Notice of Filing of Plan Exhibits With Respect to First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-in-Possession (As Modified)" [Docket No. 18256];

(ii)   "Limited Response and Reservation of Rights of Furukawa Electric North America APD, Inc. and Furukawa Electric Company, Ltd. to Debtors' July 13, 2009 Notice of Filing of Certain Corrected Notices of Assumption and Assignment With Respect to Certain Executory

      Contracts or Unexpired Leases to be Assumed and Assigned to Parnassus Holdings II, LLC Under Modified Plan of Reorganization" [Docket No. 18472];

(iii)    "Motion for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and, in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Bankruptcy Rule 9006(B)" [Docket No. 18706];

(iv)    "Supplement to Motion for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) and, in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Bankruptcy Rule 9006(B)" [Docket No. 19783]; and

(v)    "Response of Furukawa Electric Company, Ltd. to the Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(B) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative Expense Claims" [Docket No. 20037].

Dated: November 2, 2010.

                ALSTON & BIRD LLP

                /s/ David A. Wender
                Dennis J. Connolly (DC-9932)
                David A. Wender (admitted *pro hac vice*)

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for America Furukawa Inc. and Furukawa Electric Company, Ltd.*

- 3 -