ALSTON & BIRD LLP
Dennis J. Connolly (DC-9932)
David A. Wender (admitted *pro hac*)
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone (404) 881-7000
Facsimile (404) 881-7777

*Counsel for American Furukawa Inc. and Furukawa Electric Company, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                                            :
**In re:**                                                  :   Chapter 11
                                                            :
   **DPH HOLDINGS CORP.,** *et al,*          :   Case No. 05-44481 (RDD)
                                                            :
      **Reorganized Debtors.**       :   Jointly Administered
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA    )
                    )    ss:
COUNTY OF FULTON    )

    DAVID A. WENDER, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

    1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

    2.    On the 2nd day of November 2010, I caused true and correct copies of the **Notice of Withdrawal of Furukawa Electric Company, Ltd. and American Furukawa Inc. of Various Claims and Objections [Docket Nos. 18256, 18472, 18706, 19783 & 20037** to be delivered by depositing said copies in the United States Mail, with

- 2 -

adequate First Class postage affixed thereon, properly addressed to the parties listed on the Service List attached hereto as Exhibit "A."

FURTHER AFFIANT SAYETH NOT.

/s/ David A. Wender
DAVID A. WENDER

Sworn to and subscribed before me
this 2nd day of November 2010.

/s/ Tedra Ellison
NOTARY PUBLIC

Commission Expires:

July 19, 2012

# EXHIBIT "A"

| | |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher &<br>  Flom LLP<br>155 North Wacker Drive<br>Chicago, IL 60606 | Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher &<br>  Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Brian Masumoto<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Mark Broude<br>Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | |