KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Patrick J. Orr
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

 - and -

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Mark L. Durbin
Mary E. Olson
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

Attorneys for Wiegel Tool Works, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| DPH Holdings Corp., et al., | Chapter 11 |
|---|---|
| | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF ADJOURNMENT OF HEARING

      **PLEASE TAKE NOTICE**, that the hearing on the Motion of Wiegel Tool Works, Inc. for an Order Providing Relief from the Plan Modification Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 (the "Motion"), previously scheduled for November 18, 2010, at 10:00 a.m., has been adjourned to December 16, 2010, at 10:00 a.m. (ET) (the "Hearing Date") or as soon thereafter as counsel may be heard (the "Hearing").

      **PLEASE TAKE FURTHER NOTICE** that objections to the relief requested in the Motion**,** if any, must be in writing, shall be filed with the Court, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court and the Case Management Order entered in these cases, and shall be served upon (i) Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York 10017-6314, Attn: Patrick J. Orr, Esq.,

and Joseph C. Corneau, Esq. and (ii) Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker Drive, Suite 3000, Chicago, Illinois 60606; Attn: Jonathan W. Young, Mark L. Durbin, and Mary E. Olson, so as to be received not later than 4:00 p.m. (ET) on December 9, 2010.

Dated: New York, New York
       November 3, 2010

                                                KLESTADT & WINTERS, LLP

                                                By: /s/Patrick J. Orr
                                                      Tracy L. Klestadt
                                                      Patrick J. Orr
                                                      Joseph C. Corneau
                                              292 Madison Avenue, 17th Floor
                                              New York, New York 10018
                                              (212) 972-3000

                                                - and -

                                              WILDMAN, HARROLD, ALLEN &
                                              DIXON LLP
                                              Jonathan W. Young
                                              Mark L. Durbin
                                              Mary E. Olson
                                              225 West Wacker Drive, Suite 3000
                                              Chicago, Illinois 60606
                                              (312) 201-2000

                                              Attorneys for Wiegel Tool Works, Inc.