```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
        In re                                    :        Chapter 11
                                                 :
DPH HOLDINGS CORP., et al.,                      :        Case No. 05-44481 (RDD)
                                                 :
            Reorganized Debtors.                 :        (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
```

ORDER ENFORCING MODIFIED PLAN AND PLAN MODIFICATION
ORDER INJUNCTIONS AGAINST INDENTURE TRUSTEE WITH RESPECT TO
CERTAIN 1995 BONDS ISSUED BY THE MICHIGAN STRATEGIC FUND

("INDENTURE TRUSTEE PLAN INJUNCTION ORDER")

Upon the Reorganized Debtors' Motion For Order Enforcing Modified Plan And

Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1995

Bonds Issued By The Michigan Strategic Fund, dated November 3, 2010 (the "Motion"); and it

appearing that proper and adequate notice of the Motion has been given and that no other or

further notice is necessary; and it appearing that the demand of Law Debenture Trust Company

of New York (the "Indenture Trustee"), as indenture trustee with respect to the Michigan

Strategic Fund Multi-Modal Interchangeable Rate Pollution Control Refunding Revenue Bonds

(General Motors Corporation Project), Series 1995 (the "Bonds"), for payments from DPH

Holdings Corp. ("DPH Holdings") concerning the Bonds violates the injunctions set forth in

Article 11.14 of the Modified Plan[1] and paragraph 22 of the Plan Modification Order; and for the

reasons stated on the record at the hearing on the Motion on December 16, 2010, which are

incorporated herein as findings of fact and conclusions of law in support of the entry of this order;

and after due deliberations thereon and good and sufficient cause appearing therefor, it is hereby

---

[1]   Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

ORDERED, ADJUDGED, AND DECREED THAT:

1.      This Court has subject matter jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, Article XIII of the Modified Plan, and paragraph 56 of the Plan Modification Order.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).  This Court is the proper venue for this matter pursuant to 28 U.S.C. §§ 157 and 1409.

2.      The Motion is granted.

3.      Any further action by the Indenture Trustee against DPH Holdings or any of the other former Debtors with respect to its demand for payments concerning the Bonds, without first proceeding in this Court to establish sufficient cause for relief from the injunctions set forth Article 11.14 of the Modified Plan and paragraph 22 of the Plan Modification Order, shall constitute contempt of this Court and subject the Indenture Trustee and/or counsel to sanctions.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.

Dated: White Plains, New York
      December ___, 2010

_____
UNITED STATES BANKRUPTCY JUDGE