TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Neil Berger
Co-Counsel for the Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :
DPH HOLDINGS CORP., *et al.*,                   :    Case No. 05-44481 [RDD]
                                                :
                    Reorganized Debtors.        :    (Jointly Administered)
                                                :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' THIRTY-SEVENTH, FORTY-SEVENTH AND FORTY-EIGHTH OMNIBUS OBJECTIONS, SOLELY AS TO DOCKET NUMBERS 18706 AND 19783 RELATING TO SURVIVING CLAIM NUMBER 19505 ASSERTED BY FURUKAWA ELECTRIC COMPANY, LTD.

PLEASE TAKE NOTICE DPH Holdings Corp., et al., and certain of its affiliated reorganized debtors in the above captioned cases (collectively, the "Reorganized Debtors"), hereby withdraw, solely as to Furukawa Electric Company Ltd.: (A) Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Expunge Certain (I) Prepetition Claims, (II) Equity Claims, (III) Books and Records Claims, (IV) Untimely claims, (V) Paid Severance Claims, (VI) Pension, Benefit and OPEB Claims, and (VII) Duplicate Claims [Docket No. 19135]; (B) Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow and Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative

Expense Claims [Docket No. 19873]; and (C) Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to Disallow and Expunge Certain Motions or Requests for Payment of Administrative Expense [Docket No. 19976], as to (i) Motion of Furukawa Electric Company, Ltd. for Allowance of an Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(1)(A) and, in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Bankruptcy Rule 9006(B) [Docket No. 18706] and (ii) Supplement to Motion of Furukawa Electric Company, Ltd., for Allowance of an Administrative Expense Claim, Pursuant to 11 U.S.C. Section 503(b)(1)(A) and, in the Alternative, for Leave to File a Late Administrative Expense Claim Pursuant to Bankruptcy Rule 9006(B) [Docket No. 19783], relating to surviving claim number 19505 asserted by Furukawa Electric Company, Ltd.

Dated: New York, New York  
        November 8, 2010

DPH Holdings Corp., et al.  
By their attorneys,  
TOGUT, SEGAL & SEGAL LLP

By: /s/ Neil Berger  
NEIL BERGER (NB-3599)  
A Member of the Firm  
One Penn Plaza  
New York, New York 10119  
(212) 594-5000