| | | | |
|---|---|---|---|
| DGT095812D01 | 3025529 | 12/1/1978 | TRAILING CHARGE TO TAG #095812D |
| DGT095812D02 | 3025530 | 6/1/1980 | TRAILING CHARGE TO TAG #095812D |
| DGT095818D | 3025531 | 1/1/1977 | HEAT SEAL FINAL COVER |
| DGT095821D | 3025532 | 1/1/1977 | TURNSTILE |
| DGT095822D | 3025533 | 1/1/1977 | S O C INSERTER |
| DGT095823D | 3025534 | 1/1/1977 | COIL UP UNIT |
| DGT095826D | 3025535 | 2/1/1977 | WATER CHILLER PASTE MIXING |
| DGT095829D | 3025538 | 4/1/1977 | COIL UP UNIT |
| DGT095830D | 3025539 | 4/1/1977 | COIL UP UNIT |
| DGT095831D | 3025540 | 6/1/1977 | PULL BOX CASTER |
| DGT095832D | 3025541 | 6/1/1977 | PULL BOX CASTER |
| DGT095836D | 3025542 | 10/1/1977 | FRONT END LOADER |
| DGT095837D | 3025543 | 10/1/1977 | CHILLER FOR PULL BOX-20 TON |
| DGT095839D | 3025545 | 10/1/1977 | COIN ROLL |
| DGT095840D | 3025546 | 10/1/1977 | COIN ROLL |
| DGT095842D | 3025547 | 10/1/1977 | ROLLING MILL-7 STAND |
| DGT095843D | 3025548 | 6/1/1976 | SKID RACK |
| DGT095845D | 3025549 | 12/1/1977 | CHARGING UNIT |
| DGT095845D01 | 3025550 | 12/1/1978 | TRAILING CHARGE TO TAG #095845D |
| DGT095846D | 3025551 | 12/1/1977 | CHARGING UNIT |
| DGT095846D01 | 3025552 | 12/1/1978 | TRAILING CHARGE TO TAG #095846D |
| DGT095848D | 3025553 | 12/1/1977 | CHARGING UNIT |
| DGT095848D01 | 3025554 | 12/1/1978 | TRAILING CHARGE TO TAG #095848D |
| DGT095849D | 3025555 | 12/1/1977 | CHARGING UNIT |
| DGT095849D01 | 3025556 | 12/1/1978 | TRAILING CHARGE TO TAG #095849D |
| DGT095850D | 3025557 | 12/1/1977 | CHARGING UNIT |
| DGT095850D01 | 3025558 | 12/1/1978 | TRAILING CHARGE TO TAG #095850D |
| DGT095854D | 3025559 | 12/1/1977 | CHARGING UNIT |
| DGT095854D01 | 3025560 | 12/1/1978 | TRAILING CHARGE TO TAG #095854D |
| DGT095858D | 3025561 | 12/1/1977 | CHARGING UNIT |
| DGT095858D01 | 3025562 | 12/1/1978 | TRAILING CHARGE TO TAG #095858D |
| DGT095859D | 3025563 | 12/1/1977 | CHARGING UNIT |
| DGT095859D01 | 3025564 | 12/1/1978 | TRAILING CHARGE TO TAG #095859D |
| DGT095860D | 3025565 | 12/1/1977 | CHARGING UNIT |
| DGT095860D01 | 3025566 | 12/1/1978 | TRAILING CHARGE TO TAG #095860D |
| DGT095861D | 3025567 | 12/1/1977 | CHARGING UNIT |
| DGT095861D01 | 3025568 | 12/1/1978 | TRAILING CHARGE TO TAG #095861D |
| DGT095862D | 3025569 | 12/1/1977 | CHARGING UNIT |
| DGT095862D01 | 3025570 | 12/1/1978 | TRAILING CHARGE TO TAG #095862D |
| DGT095868D | 3025571 | 3/1/1978 | TEST UNIT AND MODULES |
| DGT095870D | 3025572 | 4/1/1978 | COVER HEAT SEAL |
| DGT095872D | 3025573 | 9/1/1978 | BUTT WELDER |
| DGT095873D | 3025574 | 9/1/1978 | DEREELER |
| DGT095874D | 3025575 | 9/1/1978 | DEREELER |
| DGT095877D | 3025576 | 9/1/1978 | LUG FORM PRESS |
| DGT095878D | 3025577 | 9/1/1978 | ROTARY CUT OFF MACHINE |
| DGT095879D | 3025578 | 9/1/1978 | PILOT HOLE PIERCE PRESS |
| DGT095880D | 3025579 | 9/1/1978 | PLATE DRYING OVEN |
| DGT095882D | 3025581 | 6/1/1976 | SKID RACK |
| DGT095883D | 3025582 | 6/1/1976 | SKID RACK |
| DGT095884D | 3025583 | 7/1/1978 | THERMO CARE WATER CHILLER |
| DGT095885D | 3025584 | 8/1/1978 | FULLER BAG COLLECTOR |
| DGT095885D01 | 3025585 | 9/1/1978 | TRAILING CHARGE TO TAG #095885D |
| DGT095887D | 3025586 | 9/1/1978 | CAMBER SENSOR |
| DGT095888D | 3025587 | 11/1/1978 | LABEL MACHINE |
| DGT095889D | 3025588 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095890D | 3025589 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095891D | 3025590 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095892D | 3025591 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095893D | 3025592 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095894D | 3025593 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095895D | 3025594 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095896D | 3025595 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095897D | 3025596 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095898D | 3025597 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095899D | 3025598 | 12/1/1978 | BATTERY CHARGING UNIT |
| DGT095900D | 3025599 | 12/1/1978 | BATTERY CHARGING UNIT |

| | | |
|---|---|---|
| DGT095901A | 3025600 | 11/1/2001 REBUILD #4 AIR COMPRESSOR - ORIGINAL TAG REFERENCE |
| DGT095901D | 3025601 | 12/1/1978 AIR COMPRESSOR |
| DGT095901D01 | 3025602 | 7/1/1991 ADDL CHG(STRUCTURE OF COMPRESSOR) |
| DGT095902D | 3025603 | 2/1/1979 BASE FOR STACKER |
| DGT095903D | 3025604 | 2/1/1979 FREEZER |
| DGT095906D | 3025606 | 2/1/1979 FILL IN CONVEYOR |
| DGT095907D | 3025607 | 2/1/1979 FILL IN CONVEYOR |
| DGT095908D | 3025608 | 2/1/1979 FILL IN CONVEYOR |
| DGT095909D | 3025609 | 2/1/1979 CONVEYOR TO STORAGE |
| DGT095910D | 3025610 | 2/1/1979 CONVEYOR TO STORAGE |
| DGT095911D | 3025611 | 2/1/1979 CONVEYOR TO STORAGE |
| DGT095912D | 3025612 | 2/1/1979 CONVEYOR TO STORAGE |
| DGT095915D | 3025614 | 4/1/1979 RIB TRIM MACHINE |
| DGT095916D | 3025615 | 4/1/1979 TOP TERM ALIGNMENT MACHINE |
| DGT095919D | 3025618 | 4/1/1979 CHILLER-15 TON |
| DGT095920D | 3025619 | 5/1/1979 TEMPERATURE CONTROLLER |
| DGT095923D | 3025620 | 7/1/1979 HEAT SEAL MACHINE |
| DGT095925D | 3025622 | 7/1/1979 CASE GATHERING CONVEYOR FROM COS |
| DGT095927D | 3025624 | 7/1/1979 CAMBER SENSOR |
| DGT095928D | 3025625 | 7/1/1979 CAMBER SENSOR |
| DGT095932D | 3025628 | 8/1/1979 OSI PLATE DRY OVEN |
| DGT095933D | 3025629 | 8/1/1979 OSI PLATE DRY OVEN |
| DGT095934D | 3025630 | 8/1/1979 5 STATION EXT FUSION MACHINE |
| DGT095935D | 3025631 | 8/1/1979 SLITTER & CHOPPER |
| DGT095936D | 3025632 | 8/1/1979 SLITTER & CHOPPER |
| DGT095937D | 3025633 | 8/1/1979 COOLING CHAMBER |
| DGT095938D | 3025634 | 8/1/1979 GROUP PALLET CONVEYOR |
| DGT095940D | 3025635 | 8/1/1979 WORK PLATFORM FOR (2) CAST ON STRAP |
| DGT095942D | 3025636 | 9/1/1979 SCREW CONVEYOR SYSTEM |
| DGT095943D | 3025637 | 9/1/1979 PASTE RECLAIM SYSTEM |
| DGT095944D | 3025638 | 9/1/1979 TENNENT FLOOR SWEEPER |
| DGT095944D01 | 3025639 | 9/1/1979 ADDITIONAL CHARGES TO TAG #095944D |
| DGT095946D | 3025641 | 10/1/1979 CAST ON STRAP |
| DGT095947D | 3025642 | 10/1/1979 GREEN GROUP SHORT TEST CONVEYOR |
| DGT095948D | 3025643 | 10/1/1979 LEAK TEST CONVEYOR |
| DGT095949D | 3025644 | 10/1/1979 GREEN GROUP SHORT TEST CONVEYOR |
| DGT095950D | 3025645 | 10/1/1979 GREEN SHORT TEST CONVEYOR |
| DGT095953D | 3025646 | 12/1/1979 CONVEYOR TO CHARGING TABLES |
| DGT095955D | 3025649 | 12/1/1979 HOPPER AND CONVEYOR |
| DGT095957D | 3025650 | 12/1/1979 VENTILATION SYSTEM |
| DGT095958D | 3025651 | 12/1/1979 LEAK TEST |
| DGT095961D | 3025652 | 12/1/1979 DROTT DECK CRANE |
| DGT095965D | 3025655 | 2/1/1980 ROCKWELL BAND SAW |
| DGT095971D | 3025657 | 6/1/1980 TIG WELDER |
| DGT095972D | 3025658 | 6/1/1980 TIG WELDER |
| DGT095973D | 3025659 | 6/1/1980 TIG WELDER |
| DGT095975D | 3025660 | 6/1/1980 TIG WELD CONVEYOR SYSTEM |
| DGT095985D | 3025666 | 12/1/1981 PASTE MIXER |
| DGT095985D01 | 3025667 | 12/1/1983 INSTRUMENTS FOR/PASTE MIXER |
| DGT095986D | 3025668 | 12/1/1981 PASTE MIXER |
| DGT095986D01 | 3025669 | 12/1/1983 INSTRUMENTS FOR/PASTE MIXER |
| DGT095987D01 | 3025670 | 7/1/1984 INSTRUMENTS FOR/PASTE MIXER |
| DGT095989D | 3025671 | 12/1/1981 STOCK DEREELER |
| DGT095990D | 3025672 | 12/1/1981 STOCK DEREELER |
| DGT095991D | 3025673 | 12/1/1981 STRETCH WRAP MACHINE |
| DGT095992D | 3025674 | 12/1/1982 SINGLE STAND MILL |
| DGT095993D | 3025675 | 12/1/1982 WATER CHILLER |
| DGT095993D01 | 3025676 | 1/1/1983 WATER CHILLER |
| DGT095994D | 3025677 | 12/1/1982 WATER CHILLER |
| DGT095994D01 | 3025678 | 1/1/1983 WATER CHILLER |
| DGT095995D | 3025679 | 12/1/1980 VENTILATION F/COLLECTION SYSTEM |
| DGT095996D | 3025680 | 12/1/1980 VENTILATION F/COLLECTION SYSTEM |
| DGT095997D | 3025681 | 12/1/1982 VENILATION F/COLLECTION SYSTEM |
| DGT095998D | 3025682 | 12/1/1982 VENTILATION F/COLLECTION SYSTEM |
| DGT095999D | 3025683 | 12/1/1982 VENTILATION F/COLLECTION SYSTEM |
| DGT096000D | 3025684 | 12/1/1982 VENTILATION F/COLLECTION SYSTEM |
| DGT098187D | 3025690 | 12/1/1972 DUST COLLECTOR |

| | | | |
|---|---|---|---|
| DGT098361D01 | 3025691 | 10/31/1989 | REBUILD MOLDING MACHINE |
| DGT098361D02 | 3025692 | 3/1/1992 | ADDL CHG(700 T MOLDING MACH) |
| DGT100287D | 3025696 | 6/1/1977 | EXPAND PRESS |
| DGT100297D | 3025698 | 6/1/1977 | PASTE MIXER |
| DGT100306D | 3025699 | 6/1/1977 | BUTT WELDER |
| DGT100312D | 3025700 | 6/1/1977 | DEREELER |
| DGT100315D | 3025701 | 6/1/1977 | DEREELER |
| DGT100470D | 3025702 | 9/1/1977 | TIG TOP TERM BURN MACHINE |
| DGT102070D | 3025703 | 7/1/1978 | LUG TRIM PRESS |
| DGT102099D | 3025704 | 8/1/1978 | OSI PLATE DRY OVEN |
| DGT102511D | 3025708 | 7/1/1979 | SLITTER & CHOPPER |
| DGT102513D | 3025709 | 7/1/1979 | CAMBER SENSORS |
| DGT104491 | 3025710 | 2/1/1998 | LEVELATOR |
| DGT104492 | 3025711 | 2/1/1998 | LEVELATOR |
| DGT104493 | 3025712 | 2/1/1998 | LEVELATOR |
| DGT104494 | 3025713 | 2/1/1998 | LEVELATOR |
| DGT104495 | 3025714 | 2/1/1998 | LEVELATOR |
| DGT104496 | 3025715 | 2/1/1998 | LEVELATOR |
| DGT104497 | 3025716 | 2/1/1998 | LEVELATOR |
| DGT104498 | 3025717 | 2/1/1998 | LEVELATOR |
| DGT104499 | 3025718 | 2/1/1998 | LEVELATOR |
| DGT104500 | 3025719 | 2/1/1998 | LEVELATOR |
| DGT104501 | 3025720 | 2/1/1998 | LEVELATOR |
| DGT104502 | 3025721 | 2/1/1998 | LEVELATOR |
| DGT105567D | 3025724 | 6/1/1983 | STRETCH WRAP MACHINE |
| DGT105650D | 3025725 | 8/1/1983 | SINGLE STAND MILL |
| DGT105751D | 3025726 | 12/1/1982 | VENTILATION F/COLLECTION SYSTEM |
| DGT105752D | 3025727 | 12/1/1982 | VENTILATION F/COLLECTION SYSTEM |
| DGT105753D | 3025728 | 2/1/1983 | TRABON LUBE SYSTEM |
| DGT105754D | 3025729 | 2/1/1983 | TRABON LUBE SYSTEM |
| DGT105755D | 3025730 | 2/1/1983 | SINGLE STAND MILL |
| DGT105756D | 3025731 | 3/1/1983 | DIESEL FIRE PUMP |
| DGT105757D | 3025732 | 3/1/1983 | ELECTRIC FIRE PUMP |
| DGT105758D | 3025733 | 3/1/1983 | JOCKEY PUMP |
| DGT105761D | 3025734 | 12/1/1983 | HYDRAULIC PASTE BOX |
| DGT105762D | 3025735 | 12/1/1983 | HYDRAULIC PASTE BOX |
| DGT105763D | 3025736 | 12/1/1983 | ROTARY PILOT HOLE MACHINE |
| DGT105764D | 3025737 | 12/1/1983 | ROTARY PILOT HOLE MACHINE |
| DGT105765D | 3025738 | 12/1/1983 | TANK FOR MIXER |
| DGT105766D | 3025739 | 12/1/1983 | TANK FOR MIXER |
| DGT105769D | 3025741 | 6/1/1984 | LABEL MACHINE |
| DGT105770D | 3025742 | 8/1/1984 | TIG WELDER |
| DGT105770D01 | 3025743 | 1/1/1995 | ADDITIONAL CHARGES TO TAG #105770 |
| DGT105771D | 3025744 | 8/1/1984 | TIG WELDER |
| DGT105771D01 | 3025745 | 1/1/1995 | ADDITIONAL CHARGES TO TAG #105771 |
| DGT105772D | 3025746 | 8/1/1984 | TIG WELDER |
| DGT105772D01 | 3025747 | 1/1/1995 | ADDITIONAL CHARGES TO TAG #105772 |
| DGT105773D | 3025748 | 8/1/1984 | TIG WELDER |
| DGT105773D01 | 3025749 | 1/1/1995 | ADDITIONAL CHARGES TO TAG #105773 |
| DGT105774D | 3025750 | 10/1/1984 | PILOT HOLE MACHINE |
| DGT105775D | 3025751 | 12/1/1984 | HEVI DUTY TRANSFORMER-300KVA LIGHTING |
| DGT105776D | 3025752 | 12/1/1984 | TANK FOR MIXER |
| DGT105777D | 3025753 | 1/1/1985 | HYDRAULIC PASTE BOX |
| DGT105781D | 3025754 | 1/1/1985 | BATTERY WASHER |
| DGT105787D | 3025756 | 12/1/1985 | EXPANDER PRESS #2 |
| DGT105789D | 3025757 | 8/1/1986 | HI STACKER TIERING TRUCK |
| DGT105790D | 3025758 | 8/1/1986 | HI STACKER TIERING TRUCK |
| DGT105795D | 3025759 | 4/1/1986 | EPANDER PRESS #1LINE |
| DGT105796D | 3025760 | 10/1/1986 | PASTE MACH LINE#1 |
| DGT105797D | 3025761 | 10/1/1986 | BUTT WELDER LINE#1 |
| DGT105798D | 3025762 | 10/1/1986 | PASTE MIXER LINE #1 |
| DGT105800D | 3025763 | 10/1/1986 | HOT RUNNER CONTROLLER(500T CINN MOLD) |
| DGT105801D | 3025764 | 10/1/1986 | MOLD MONITOR MACH #12(500T MOLD MACH) |
| DGT105802D | 3025765 | 10/1/1986 | PARTS CONV(25T MOLD MACH)15'&7' |
| DGT105805D | 3025766 | 2/1/1987 | EXPANDER PRESS LN#1 |
| DGT105806D | 3025767 | 2/1/1987 | COVER HEAT SEAL |
| DGT105807D | 3025768 | 4/1/1987 | FINAL COVER FILT PLACER |

| | | |
|---|---|---|
| DGT105810D | 3025770 | 9/1/1987 CONV-HANDLE PLACEMENT |
| DGT105811D | 3025771 | 5/1/1988 CHARGE PANEL |
| DGT105812D | 3025772 | 5/1/1988 CHARGE PANEL |
| DGT105817D | 3025773 | 2/1/1988 S.O.C. PROGRAMMABLE CONTROLLER |
| DGT105818D | 3025774 | 2/1/1988 S.O.C. PROGRAMMABLE CONTROLLER |
| DGT105820D | 3025775 | 2/1/1988 15T WATER CHILLER |
| DGT105822D | 3025776 | 5/1/1988 CAST ON STRAP MACH |
| DGT105823D | 3025777 | 5/1/1988 HI-RATE TESTER(5575L&R) |
| DGT105824D | 3025778 | 5/1/1988 AIR BLAST SYS BLOWER |
| DGT105825D | 3025779 | 5/1/1988 TOP TERM TIG BURN MACH |
| DGT105826D | 3025780 | 5/1/1988 HI-RATE CONVEYOR |
| DGT105828D | 3025782 | 11/1/1988 CHARGE FLOOR PROCESS FAN |
| DGT105830D | 3025784 | 12/1/1988 LABEL MACHINE |
| DGT105831D | 3025785 | 1/1/1989 SPOT FACE MACHINE |
| DGT105832D | 3025786 | 1/1/1989 SPOT FACE MACHINE |
| DGT105834D | 3025787 | 8/31/1989 AUTO STRETCH WRAP UNIT |
| DGT105837D | 3025788 | 10/31/1989 LEAD SULFATE RECOVERY SYSTEM |
| DGT105839D | 3025790 | 2/1/1990 CONVEYOR |
| DGT105840D | 3025791 | 2/1/1990 90 DEGREE EXIT CONV(RIGHT SIDE INFEED OHB) |
| DGT105842D | 3025793 | 8/1/1973 TRUCK POWERED SHOP |
| DGT105843D | 3025794 | 3/1/1980 TRUCK-POWERED-SHOP |
| DGT105845D | 3025795 | 8/1/1976 TRUCK-POWERED-SHOP |
| DGT105846D | 3025796 | 5/1/1991 ROTARY DRUM PASTE MACH |
| DGT105847D | 3025797 | 5/1/1991 ROTARY DRUM PASTE MACH |
| DGT105848D | 3025798 | 5/1/1991 ROTARY DRUM PASTE MACH |
| DGT105849D | 3025799 | 5/1/1991 ROTARY DRUM PASTE MACH |
| DGT105854D | 3025802 | 12/1/1991 PRESTRETCH UNIT |
| DGT105856D | 3025803 | 1/1/1993 ENCLOSURE F/3 DOORS |
| DGT105865D | 3025804 | 3/1/1994 SPIROMETER |
| DGT105869D | 3025806 | 2/28/1995 (9)TOLEDO SCALE WEIGHT CONTROLLERS |
| DGT105870D | 3025807 | 1/1/1996 AUTOMATIC PALLETIZER |
| DGT105870E | 3025808 | 11/1/2001 AUTOMATIC PALLETIZER |
| DGT105871 | 3025809 | 2/28/1997 (B) ULTRASONIC WELDER |
| DGT105871A | 3025810 | 12/1/1998 TRAILING CHARGE TO DGT105871 |
| DGT105871D | 3025811 | 1/1/1987 GENIE BOOM ELECTRIC MAN LIFT |
| DGT105872D | 3025813 | 3/1/1983 CLARK WALKING STYLE ELECTRIC SWEEPER/SCRUBBER |
| DGT105873 | 3025814 | 7/31/1997 AUTO OFF-BEAR SYS |
| DGT105874 | 3025816 | 7/31/1997 HEATING SYSTEM (UPGRADE) |
| DGT105876 | 3025817 | 11/1/2001 LEAD OXIDE VENTALATION ON XMET |
| DGT105878 | 3025818 | 11/1/2001 SYNTRON BOWL CONVERSION |
| DGT105880 | 3025819 | 11/1/2001 REBUILD CHANGE TABLE |
| DGT105881 | 3025820 | 11/1/2001 REBUILD CHARGE TABLES |
| DGT105883 | 3025821 | 11/1/2001 MANCOOLERS FOR C.O.S. |
| DGT105884 | 3025822 | 11/1/2001 REPAIR PERSON COOLERS - X-MET |
| DGT105886 | 3025824 | 11/1/2001 ROLLING MILL DRIVE UNIT |
| DGT105887 | 3025825 | 11/1/2001 REPLACE MODICON CONTROLLERS |
| DGT105888 | 3025826 | 11/1/1997 SAND FILTER |
| DGT105890 | 3025828 | 11/1/1997 POWERED SWEEPER |
| DGT105892 | 3025829 | 11/1/1997 HOT MELT EQUIPMENT |
| DGT105894 | 3025832 | 11/1/1997 RETENTION AREA |
| DGT105895 | 3025833 | 11/1/2001 LASER DATE CODE-CELL #1 |
| DGT105897 | 3025834 | 11/1/2001 HI RATE MACHINE FOR LEAN CELL #1 |
| DGT105898 | 3025835 | 11/1/2001 AIRCHECK FOR LEAN CELL #1 |
| DGT105899 | 3025836 | 11/1/2001 AIRCHECK PANEL FOR LEAN CELL #1 |
| DGT105902 | 3025837 | 11/1/2001 CARTON PRINTER MACHINE CELL #1 |
| DGT105903 | 3025838 | 11/1/2001 HANDLE PLACER MACHINE |
| DGT105906 | 3025839 | 11/1/2001 LOW VOLUME SHRING WRAP MACHINE |
| DGT105907 | 3025840 | 11/1/2001 HIGH SPEED SHRINK WRAP MACHINE |
| DGT105908 | 3025841 | 11/1/2001 INKJET PRINTER CELL #1 |
| DGT105911 | 3025842 | 11/1/2001 DESIGN OF ACID HANDLING SYSTEM |
| DGT105912 | 3025843 | 11/1/2001 PLANT UPGRADES FOR LEAN CELLS |
| DGT105913 | 3025844 | 11/1/2001 LABEL JET LABELLER |
| DGT105914 | 3025845 | 11/1/2001 LABEL JET LABELLER |
| DGT105915 | 3025846 | 11/1/2001 LABEL JET LABELLER |
| DGT105916 | 3025847 | 11/1/2001 LABEL JET LABELLER |
| DGT105917 | 3025848 | 11/1/2001 LABEL JET LABELLER |
| DGT105918 | 3025849 | 11/1/2001 LABEL JET LABELLER |

| | | | |
|---|---|---|---|
| DGT105920 | 3025850 | 11/1/2001 | HEAT SEAL FOR MISC. LINE |
| DGT105921 | 3025851 | 11/1/2001 | POLY STORAGE ELIMINATTION EQUIPMENT TO MOVE PLASTI |
| DGT105924 | 3025852 | 11/1/2001 | QC LAB BITRODE CYCLER FOR NEW BRUNSWICK |
| DGT106102D | 3025853 | 6/1/1984 | PILOT HOLE MACHINE |
| DGT106164D | 3025854 | 9/1/1984 | BRIDGEPORT TAPE MILL |
| DGT106164D01 | 3025855 | 10/1/1984 | TRAILING CHARGE TO TAG #106164D |
| DGT109106D | 3025858 | 12/1/1988 | PASTE MACH(ROTARY DRUM) |
| DGT111097D | 3025859 | 4/1/1993 | BOILER CONTROL FOR #1 |
| DGT111098D | 3025860 | 4/1/1993 | BOILER CONTROL FOR #2 |
| DGT111099D | 3025861 | 4/1/1993 | BOILER CONTROL FOR #3 |
| DGT111100D | 3025862 | 4/1/1993 | BOILER CONTROL FOR #4 |
| DGT111673D | 3025864 | 7/1/1994 | RED LEAD STORAGE SYSTEM |
| DGT111673D01 | 3025865 | 7/1/1994 | ADDITIONAL CHARGES TO TAG #111673D |
| DGT111673D02 | 3025866 | 1/1/1995 | TRAILING CHARGES TO TAG #111673D |
| DGT111674D | 3025867 | 7/1/1994 | RED LEAD DELIVERY SYSTEM |
| DGT111674D01 | 3025868 | 7/1/1994 | TRAILING CHARGE TO TAG #111674D |
| DGT112844 | 3025870 | 4/28/1999 | INFORMATION BOARD |
| DGT113107 | 3025871 | 7/31/1997 | ROBOT |
| DGT690000 | 3025872 | 1/2/1998 | LEVELATOR |
| DGT690001 | 3025873 | 1/2/1998 | LEVELATOR |
| DGT690002 | 3025874 | 1/2/1998 | LEVELATOR |
| DGT690003 | 3025875 | 1/2/1998 | LEVELATOR |
| DGT690004 | 3025876 | 1/2/1998 | LEVELATOR |
| DGT690005 | 3025877 | 1/2/1998 | LEVELATOR |
| DGT690006 | 3025878 | 1/2/1998 | LEVELATOR |
| DGT690007 | 3025879 | 1/2/1998 | LEVELATOR |
| DGT690008 | 3025880 | 1/2/1998 | LEVELATOR |
| DGT690009 | 3025881 | 1/2/1998 | LEVELATOR |
| DGT690010 | 3025882 | 1/2/1998 | LEVELATOR |
| DGT690011 | 3025883 | 1/2/1998 | LEVELATOR |
| DGT690012 | 3025884 | 1/2/1998 | LEVELATOR |
| DGT690013 | 3025885 | 1/2/1998 | LEVELATOR |
| DGT690014 | 3025886 | 1/2/1998 | LEVELATOR |
| DGT690015 | 3025887 | 1/2/1998 | LEVELATOR |
| DGT690016 | 3025888 | 8/1/1998 | TIG WELDER |
| DGT690017 | 3025889 | 1/2/1998 | DOCK LOCK |
| DGT690018 | 3025890 | 1/2/1998 | DOCK LOCK |
| DGT690019 | 3025891 | 1/2/1998 | DOCK LOCK |
| DGT690021 | 3025893 | 1/2/1998 | DOCK LOCK |
| DGT690022 | 3025894 | 1/2/1998 | DOCK LOCK |
| DGT690023 | 3025895 | 1/2/1998 | DOCK LOCK |
| DGT690024 | 3025896 | 1/2/1998 | DOCK LOCK |
| DGT690025 | 3025897 | 1/2/1998 | DOCK LOCK |
| DGT690027 | 3025899 | 1/2/1998 | SITE SIGN (DELPHI) |
| DGT690028 | 3025900 | 4/1/1998 | PERFORATOR LINE UPC |
| DGT690030 | 3025901 | 11/1/1998 | LIFT TABLE |
| DGT690031 | 3025902 | 11/1/1998 | LIFT TABLE |
| DGT690032 | 3025903 | 11/1/1998 | LIFT TABLE |
| DGT690033 | 3025904 | 11/1/1998 | NON SLIP FLOOR COATING-EXPANDER&PASTE MACH. AREAS |
| DGT690034 | 3025905 | 11/1/1998 | TRANSFORMER |
| DGT690035 | 3025906 | 11/1/1998 | LABEL MACHINE |
| DGT690036 | 3025907 | 11/1/1998 | ALARMED FEEDER TO FIRE PUMP HOSE |
| DGT690040 | 3025908 | 11/1/1998 | AUXILLARY REMOTE FIRE DEPT CONNECTION |
| DGT690041 | 3025909 | 11/1/1998 | AUTOMATIC PLATE STACKER SYS W/CONTROLS F/X-MET1 |
| DGT690042 | 3025910 | 11/1/1998 | AUTOMATIC PLATE STACKER SYS W/CONTROLS F/X-MET2 |
| DGT690043 | 3025911 | 11/1/1998 | AUTOMATIC PLATE STACKER SYS W/CONTROLS F/X-MET3 |
| DGT690044 | 3025912 | 1/2/1998 | ROBOT |
| DGT690045 | 3025913 | 1/2/1998 | ROBOT |
| DGT690046 | 3025914 | 1/2/1998 | ROBOT |
| DGT690047 | 3025915 | 1/2/1998 | ROBOT |
| DGT690048 | 3025916 | 11/1/1998 | ABB-IRB 6400 ROBOT FOR AUTOMATIC PLATE HANDLING |
| DGT690049 | 3025917 | 11/1/1998 | ABB-IRB 6400 ROBOT FOR AUTOMATIC PLATE HANDLING |
| DGT690050 | 3025918 | 11/1/1998 | ABB-IRB 6400 ROBOT FOR AUTOMATIC PLATE HANDLING |
| DGT690051 | 3025919 | 11/1/1998 | ABB-IRB 6400 ROBOT FOR AUTOMATIC PLATE HANDLING |
| DGT690052 | 3025920 | 1/2/1998 | AUTOMATED ORIENTATION ROBOT |
| DGT690053 | 3025921 | 1/2/1998 | TITAN CENTRAL CHILL |
| DGT690054 | 3025922 | 1/2/1998 | AIR DRYER |

| | | | |
|---|---|---|---|
| DGT690055 | 3025923 | 1/2/1998 | AIR DRYER |
| DGT690056 | 3025924 | 11/1/2001 | BRIDGE CRANE |
| DGT690057 | 3025925 | 1/1/1999 | NEW BRUNSWICK STORM WATER TREATMENT |
| DGT690058 | 3025926 | 11/1/2001 | DUST COLLECTION SYSTEM FOR THE X-MET LINE |
| DGT690060 | 3025927 | 11/1/2001 | ELECTRICAL DISTRIBUTION SYSTEM FOR THE X-MET LINE |
| DGT690065 | 3025928 | 11/1/2001 | COULTER COUNTER PER DAVE MCCORD - MEASURES OXIDE P |
| DGT690068 | 3025929 | 11/1/2001 | HEAT SEAL MACHINE #1 |
| DGT690069 | 3025930 | 11/1/2001 | HEAT SEAL MACHINE #2 |
| DGT690070 | 3025931 | 11/1/2001 | HEAT SEAL MACHINE #3 |
| DGT690071 | 3025932 | 11/1/2001 | HEAT SEAL MACHINE #4 |
| DGT690072 | 3025933 | 11/1/2001 | CONVERT BOILERS TO-ONLY MARK GOODWIN AUTHORIZATION |
| DGT690073 | 3025934 | 11/1/2001 | ACID TANK |
| DGT690074 | 3025935 | 11/1/2001 | ACID TANK |
| DGT690075 | 3025936 | 11/1/2001 | ACID TANK |
| DGT690076 | 3025937 | 11/1/2001 | ACID TANK |
| DGT690077 | 3025938 | 11/1/2001 | NEW AIR WASHER FAN - INSTALLED |
| DGT690078 | 3025939 | 11/1/2001 | NEW AIR WASHER FAN - INSTALLED |
| DGT690081 | 3025940 | 11/1/2001 | BLOWER UNIT FOR AIR WASHER |
| DGT690082 | 3025941 | 1/1/2002 | BLOWER UNIT FOR AIR WASHER |
| DGT690111 | 3025942 | 11/1/2001 | FEED WATER PUMP #1 IN POWER PLANT |
| DGT690112 | 3025943 | 11/1/2001 | FEED WATER PUMP #2 IN POWER PLANT |
| DGT690113 | 3025944 | 11/1/2001 | BUSS DUCT UPGRADE |
| DGT690115 | 3025945 | 11/1/2001 | FORMATION TABLE - PURCHASE & INSTALLATION |
| DGT690116 | 3025946 | 11/1/2001 | FORMATION TABLE - PURCHASE & INSTALLATION |
| DGT690117 | 3025947 | 11/1/2001 | FORMATION TABLE - PURCHASE & INSTALLATION |
| DGT690118 | 3025948 | 11/1/2001 | FORMATION TABLE - PURCHASE & INSTALLATION |
| DGT690119 | 3025949 | 11/1/2001 | FORMATION TABLE - PURCHASE & INSTALLATION |
| DGT690120 | 3025950 | 11/1/2001 | FORMATION TABLE - PURCHASE & INSTALLATION |
| DGT690122 | 3025951 | 11/1/2001 | SHEET METAL SHEAR |
| DGT690123 | 3025952 | 11/1/2001 | SONIC WELDER SYSTEM |
| DGT690124 | 3025953 | 11/1/2001 | HIGH VOLTAGE GREEN GRP TEST MACHINE |
| DGT690125 | 3025954 | 11/1/2001 | HIGH VOLTAGE GREEN GRP TEST MACHINE |
| DGT690126 | 3025955 | 11/1/2001 | AERIAL PLATFORM TRUCK - NEW |
| DGT690129 | 3025957 | 1/1/2002 | PHASE II REPAIRS TO FORMATION VENTILATION - PROCES |
| DGT690132 | 3025958 | 11/1/2001 | BATTERY LAB AIR CONDITIONER, UPGRADE |
| DGT690134 | 3025959 | 1/1/2002 | SEPARATE PROPANE SYSTEMS FOR PROD PROC, PLANT BOIL |
| DGT690135 | 3025960 | 11/1/2001 | WALMART J240H T BATTERY, APPLICATOR AND TUBING |
| DGT690136 | 3025961 | 11/1/2001 | WALMART J240H T BATTERY, ELECTRICAL CONTROLS |
| DGT690137 | 3025962 | 11/1/2001 | WALMART J240H T BATTERY, ELECTRICAL CONTROLS |
| DGT690138 | 3025963 | 11/1/2001 | WALMART J240H T BATTERY, ENGINEERING DESIGN |
| DGT690139 | 3025964 | 11/1/2001 | WALMART J240H T BATTERY, HOIST |
| DGT690140 | 3025965 | 11/1/2001 | LEAD STRIP MILL (FROM MUNCIE) |
| DGT690141 | 3025966 | 11/1/2001 | WALMART J240 HT BATTERY, MQ 2 MTL |
| DGT690147 | 3025967 | 11/1/2001 | LIFT & ROTATE TABLE # 1 FOR BATTERY PLATE SKIDS |
| DGT690148 | 3025968 | 11/1/2001 | LIFT & ROTATE TABLE # 2 FOR BATTERY PLATE SKIDS |
| DGT690149 | 3025969 | 11/1/2001 | LIFT & ROTATE TABLE # 3 FOR BATTERY PLATE SKIDS |
| DGT690150 | 3025970 | 11/1/2001 | LIFT & ROTATE TABLE # 4 FOR BATTERY PLATE SKIDS |
| DGT690151 | 3025971 | 11/1/2001 | LIFT & ROTATE TABLE # 5 FOR BATTERY PLATE SKIDS |
| DGT690152 | 3025972 | 11/1/2001 | LIFT & ROTATE TABLE # 6 FOR BATTERY PLATE SKIDS |
| DGT690153 | 3025973 | 11/1/2001 | LIFT & ROTATE TABLE # 7 FOR BATTERY PLATE SKIDS |
| DGT690156 | 3025974 | 11/1/2001 | LIFT & ROTATE TABLE # 8 FOR BATTERY PLATE SKIDS |
| DGT690157 | 3025975 | 11/1/2001 | LIFT & ROTATE TABLE # 9 FOR BATTERY PLATE SKIDS |
| DGT690158 | 3025976 | 11/1/2001 | LIFT & ROTATE TABLE # 10 FOR BATTERY PLATE SKIDS |
| DGT690159 | 3025977 | 11/1/2001 | LIFT & ROTATE TABLE # 11 FOR BATTERY PLATE SKIDS |
| DGT690160 | 3025978 | 11/1/2001 | LIFT & ROTATE TABLE # 12 FOR BATTERY PLATE SKIDS |
| DGT690161 | 3025979 | 11/1/2001 | LIFT & ROTATE TABLE # 13 FOR BATTERY PLATE SKIDS |
| DGT690162 | 3025980 | 11/1/2001 | LIFT & ROTATE TABLE # 14 FOR BATTERY PLATE SKIDS |
| DGT690163 | 3025981 | 11/1/2001 | ACID RECLAIM PUMP # 1 |
| DGT690164 | 3025982 | 11/1/2001 | ACID RECLAIM PUMP # 2 |
| DGT690165 | 3025983 | 11/1/2001 | WALMART J240HT BATTERY, SCRAP COLLECTION SYSTEM |
| DGT690166 | 3025984 | 11/1/2001 | INSTALL EQUIP TRANS FROM TRENTON |
| DGT690168 | 3025985 | 11/1/2001 | HOOD FOR OPERATOR QUALITY TESTING EQUIPMENT |
| DGT690169 | 3025986 | 11/1/2001 | ACID ABSORPTION TESTER |
| DGT690176 | 3025987 | 11/1/2001 | HEAT EXCHANGER FOR WASH TUNNEL - NB |
| DGT690177 | 3025988 | 1/1/2002 | PERSONNEL VACUUM SYS. ON CLEAN AREA DOORWAY (1 OF |
| DGT690178 | 3025989 | 11/1/2001 | INSTALL HIGH SPEED ROLLUP DOOR TO SHIPPING DEPT |
| DGT690181 | 3025990 | 11/1/2001 | REPLACE CHARGE TABLE BLOWER |

| DGT690194 | 3025991 | 11/1/2001 BOILER CONTROLLER (1 OF 3) |
| DGT690195 | 3025992 | 11/1/2001 BOILER CONTROLLER (2 OF 3) |
| DGT690196 | 3025993 | 11/1/2001 BOILER CONTROLLER (3 OF 3) |
| DGT690218 | 3025994 | 1/1/2002 PERSONNEL VACUUM SYS. IN CLEAN AREA DOORWAY (2 OF |
| DGT690219 | 3025995 | 1/1/2002 PERSONNEL VACUUM SYS. IN CLEAN AREA DOORWAY (3 OF |
| DGT690220 | 3025996 | 1/1/2002 PERSONNEL VACUUM SYS. IN CLEAN AREA DOORWAY (4 OF |
| DGT720001 | 3025997 | 4/28/1999 ACID FILL MACHINE |
| DGT720002 | 3025998 | 4/28/1999 MOD. TO VR |
| DGT720007 | 3025999 | 4/28/1999 50 AMP RECTIFIER |
| DGT720010 | 3026000 | 4/28/1999 UPDATE STACKER SYSTEM |
| DGT72383 | 3026001 | 11/1/2001 REBUILD 700 MOLDING MACHINE |
| DGT72395 | 3026002 | 1/1/2002 CAST ON STRAP CONTROLS |
| DGT72396 | 3026003 | 1/1/2002 PROPANE BACK UP SYSTEM FOR BOILERS |
| DGT72413 | 3026004 | 1/1/2002 AUTO PLATE STIELER SYSTEM CONTROLS #4 |
| DGT74405 | 3026005 | 11/1/2001 ACID FILL/PREWASH MACHINE CELL #1 |
| DGT74406 | 3026006 | 11/1/2001 ACID MIX SYSTEM CELL #1 |
| DGT74407 | 3026007 | 11/1/2001 WASHER/DRYER FOR FINISHED BATTERIES CELL #1 |
| DGT74408 | 3026008 | 11/1/2001 BITROBE HIRATE CELL #1 |
| DGTEX095387D | 3026009 | 11/1/2001 CAPITALIZABLE MAINTENANCE - RECONDITION I.R. AIR C |
| DGT018263N | 3026024 | 1/1/1979 CASE GATHERING CONVEYOR |
| DGT018358N | 3026079 | 10/1/1986 HOT RUNNER CONTROLLER SYSTEM |
| DGT018359N | 3026080 | 10/1/1986 HOT RUNNER CONTROLLER SYSTEM |
| DGT018360N | 3026081 | 10/1/1986 HOT RUNNER CONTROLLER SYSTEM |
| DGT018361N | 3026082 | 10/1/1986 HOT RUNNER CONTROLLER SYSTEM |
| DGT018362N | 3026083 | 10/1/1986 HOT RUNNER CONTROLLER SYSTEM |
| DGT081436D | 3026331 | 11/1/1974 STRAP CAST MACHINE |
| DGT081437D | 3026332 | 11/1/1974 STRAP CAST MACHINE |
| DGT081438D | 3026333 | 11/1/1974 STRAP CAST MACHINE |
| DGT091798D | 3026399 | 12/1/1977 CAST ON STRAP MACHINE |
| DGT101707D | 3026558 | 7/1/1985 STRETCH WRAP MACHINE |
| DGT101750D | 3026598 | 1/1/1988 OSI OVEN-ENERGY RECOVERY SYSTEM |
| DGT081611D | 3027025 | 4/1/1977 VACUUM SYSTEM FOR INCAPTULATORS |
| DGT081622D | 3027033 | 7/1/1977 PLATE ENCAPSULATOR |
| DGT081623D | 3027035 | 7/1/1977 PLATE ENCAPSULATOR |
| DGT081648D | 3027064 | 8/1/1977 SPECTROGRAPH |
| DGT081649D | 3027066 | 8/1/1977 HEAT SEAL MACHINE FINAL |
| DGT081650D | 3027067 | 8/1/1977 HEAT SEAL MACHINE FINAL |
| DGT081651D | 3027068 | 8/1/1977 HEAT SEAL MACHINE FINAL |
| DGT081693D | 3027101 | 10/1/1977 TEMPERATURE CONTROL FOR TERMINAL |
| DGT081705D | 3027112 | 11/1/1977 FINAL COVER LEAK TEST |
| DGT081743D | 3027130 | 9/1/1978 BUTT WELDER |
| DGT095750D | 3027192 | 12/1/1976 X MAT EXPANDING PRESS |
| DGT095758D | 3027208 | 12/1/1976 PASTE MIXER |
| DGT096940D | 3027221 | 5/1/1972 WATER CHILLER |
| DGT100166D | 3027229 | 4/1/1977 TIG BURN MACHINE |
| DGT100357D | 3027246 | 7/1/1977 EDGE TRIM & CHOPPER UNIT |
| DGT100485D | 3027251 | 9/1/1977 ENCAPSULATOR |
| DGT100486D | 3027252 | 9/1/1977 ENCAPSULATOR |
| DGT103764D | 3027269 | 9/1/1978 GROUP ALIGN CONVEYOR MACHINE |
| DGT103775D | 3027277 | 12/1/1978 ENCAPSULATION & COLLATION MACHINE |
| DGT103776D | 3027279 | 12/1/1978 ENCAPSULATION & COLLATION MACHINE |
| DGT103780D | 3027283 | 1/1/1979 COVER HEAT SEAL |
| DGT103780D01 | 3027284 | 3/1/1979 TRAILING CHARGE TO TAG #103780D |
| DGT103794D | 3027288 | 4/1/1979 GREEN GROUP SHORT TEST CONVEYOR #1 |
| DGT103815D | 3027299 | 7/1/1979 STRAP CAST STATION |
| DGT103833D | 3027307 | 10/1/1979 WATER CHILLER-15 TON |
| DGT103848D | 3027313 | 12/1/1979 DC DC MODULE |
| DGT103849D | 3027314 | 12/1/1979 DC DC MODULE |
| DGT103850D | 3027315 | 12/1/1979 DC DC MODULE |
| DGT103851D | 3027316 | 12/1/1979 DC DC MODULE |
| DGT103852D | 3027317 | 12/1/1979 DC DC MODULE |
| DGT103853D | 3027318 | 12/1/1979 DC DC MODULE |
| DGT103854D | 3027319 | 12/1/1979 DC DC MODULE |
| DGT103856D | 3027321 | 12/1/1979 DC DC MODULE |
| DGT103857D | 3027322 | 12/1/1979 DC DC MODULE |
| DGT103907D | 3027345 | 11/1/1982 WATER CHILLER |
| DGT103933D | 3027353 | 9/1/1983 HEAT TREAT FURNACE |

| | | |
|---|---|---|
| DGT104743D | 3027392 | 6/1/1980 BRANSON WELD UNIT |
| DGT107507D | 3027402 | 1/1/1986 DUST COLLECTOR |
| DGT107566D | 3027438 | 3/1/1990 EKG MACHINE |
| DGT107586D | 3027452 | 1/1/1991 GMF ROBOT FOR C.O.S. LINE |
| DGT107588D | 3027454 | 6/1/1991 JWI LEAD FILTER PRESS |
| DGT107609D | 3027463 | 1/1/1992 LEBLOND MAKINO LATHE |
| DGT107619D | 3027469 | 2/1/1992 DIGITAL READOUT FOR LEBLOND LATHE |
| DGT107621D | 3027470 | 4/1/1992 TEMP CONTROLLER FOR MOLD MACH |
| DGT107636D | 3027479 | 4/1/1994 SATELLITE SPIROMETER |
| DGT107647D | 3027487 | 1/1/1994 CHILLER SYSTEM FOR #2 LEAD STRIP |
| DGT107678D | 3027499 | 7/1/1995 SPRAYMATION HOT MELT EQUIPMENT |
| DGT107698 | 3027515 | 6/30/1997 DIELECTRIC TEST CONTROL |
| DGT107700 | 3027517 | 7/31/1997 AUTO OFF |
| DGT107723B | 3027544 | 6/1/1999 FORMATION TABLE SYSTEM |
| DGT107731 | 3027549 | 11/1/2001 LIFT TABLE FOR PLATES |
| DGT107732 | 3027550 | 11/1/2001 LIFT TABLE FOR PLATES |
| DGT107733 | 3027551 | 11/1/2001 LIFT TABLE FOR PLATES |
| DGT107734 | 3027552 | 11/1/2001 LIFT TABLE FOR PLATES |
| DGT107735 | 3027553 | 11/1/2001 LIFT TABLE FOR PLATES |
| DGT107736 | 3027554 | 11/1/2001 LIFT TABLE FOR PLATES |
| DGT107744 | 3027559 | 4/1/2000 TOP TERMINAL TIG WELDER |
| DGT600015 | 3027596 | 11/1/2001 44 X 52 4000LB CAPACITY SCISSOR LIFT |
| DGT600016 | 3027597 | 11/1/2001 44 X 55 4000LB CAPACITY SCISSOR LIFT |
| DGT600017 | 3027598 | 11/1/2001 44 X 52 4000LB CAPACITY SCISSOR LIFT |
| DGT600018 | 3027599 | 11/1/2001 44 X 52 4000LB CAPACITY SCISSOR LIFT |
| DGT600019 | 3027600 | 11/1/2001 44 X 52 4000LB CAPACITY SCISSOR LIFT |
| DGT600020 | 3027601 | 11/1/2001 44 X 52 4000LB CAPACITY SCISSOR LIFT |
| DGT600043 | 3027617 | 11/1/2001 SEPERATOR ROLL LIFT, JIB CRANE, AND HOIST |
| DGT600044 | 3027618 | 11/1/2001 SEPERATOR ROLL LIFT, JIB CRANE AND HOIST |
| DGT600045 | 3027619 | 11/1/2001 PROTOTYPE WATER BATH FORMATION SYSTEM |
| DGT600049 | 3027622 | 11/1/2001 FORMATION CHARGING TABLE #3 |
| DGT600056 | 3027625 | 11/1/2001 ROBOT TO LOAD BATTERY GROUPS INTO CAST-ON-STRAP MA |
| DGT600106 | 3027656 | 11/1/2001 WALMART J240HT BATT, SCRAP COLLECTION SYSTEM |
| DGT690101 | 3051124 | 9/11/2002 SEPARATOR LIFTING JIB CRANE AND HOIST |
| DGT690099 | 3051125 | 9/11/2002 DELPHI MACHINE TO TEST BATTERY CELLS FOR SHORTS |
| DGT690097 | 3051126 | 9/11/2002 DELPHI WATER COOLING STATION |
| DGT690095 | 3051127 | 9/11/2002 DELPHI STRETCH/PERFORATE MACHINE |
| DGT690094 | 3051128 | 9/11/2002 DELPHI GROUP LOADING MACHINE STATION |
| DGT690093 | 3051129 | 9/11/2002 DELPHI TOP TERMINAL COVER SPIN MACHINE |
| DGT690092 | 3051130 | 9/11/2002 DELPHI GROUP LOADING MACHINE STATION |
| DGT690102 | 3051131 | 9/11/2002 SEPARATOR LIFTING JIB CRANE AND HOIST |
| DGT690187 | 3051132 | 9/11/2002 (#6) COS HOIST & FRAME PLUS INSTALLATION |
| DGT690186 | 3051133 | 9/11/2002 (#5) COS HOIST & FRAME PLUS INSTALLATION |
| DGT690185 | 3051134 | 9/11/2002 (#4) COS HOIST & FRAME PLUS INSTALLATION |
| DGT690184 | 3051135 | 9/11/2002 (#3) COS HOIST & FRAME PLUS INSTALLATION |
| DGT690183 | 3051136 | 9/11/2002  (2) COS HOIST & FRAME PLUS INSTALLATION |
| DGT690182 | 3051137 | 9/11/2002 (#1) COS HOIST & FRAME PLUS INSTALLATION |
| DGT690103 | 3051138 | 9/11/2002 FILTRATION SYSTEM FOR CHILLED WATER SUPPLY |
| DGT690212 | 3051139 | 9/11/2002 WELDER #8 |
| DGT690211 | 3051140 | 9/11/2002 WELDER #7 |
| DGT690210 | 3051141 | 9/11/2002 WELDER #6 |
| DGT690209 | 3051142 | 9/11/2002 WELDER #5 |
| DGT690208 | 3051143 | 9/11/2002 WELDER #4 |
| DGT690207 | 3051144 | 9/11/2002 WELDER #3 |
| DGT690206 | 3051145 | 9/11/2002 WELDER #2 |
| DGT690213 | 3051146 | 9/11/2002 WELDER #9 |
| DGT690083 | 3051147 | 9/11/2002 BIG JOE LIFT TRUCK (REV. 1) |
| DGT105901 | 3051148 | 9/11/2002 REPLACE HEAT SEALER |
| DGT105900 | 3051149 | 9/11/2002 FIRE PTOTECTION FOR GREEN GROU/ VACUUM EXHAUSTER |
| DGT105896 | 3051150 | 9/11/2002 REPLACE HEAT SEALERS |
| DGT690216 | 3051151 | 9/11/2002 WELDER #12 |
| DGT690215 | 3051152 | 9/11/2002 WELDER #11 |
| DGT690214 | 3051153 | 9/11/2002 WELDER #10 |
| DGT690188 | 3051154 | 9/11/2002 DELPHI MACHINE TO ALIGN TOP TERMINAL POSTS |
| DGT105810 | 3051170 | 9/11/2002 RE ROUTE STORM OUTFALL |
| 72414 | 3051171 | 9/11/2002 VACUUM EXHAUSTER |
| 72393 | 3051172 | 9/11/2002 REBUILD TWO CHANGE TABLE |

32

| | | | |
|---|---|---|---|
| DGT690202 | 3051173 | 9/11/2002 | WATER CONSERVATION SYSTEM FOR BATTERY WASHER |
| DGT690191 | 3051174 | 9/11/2002 | MISC CONVEYORS FOR LAYOUT CHANGES TO GRN GRP LEAN |
| DGT690190 | 3051175 | 9/11/2002 | VENTILATION COLLECTOR FAN FOR GREEN GROUP LEAN CEL |
| 72370 | 3051176 | 9/11/2002 | FIRE PROTECTION UPGRADE |
| DGT690109 | 3051182 | 9/11/2002 | ROBOT TO LOAD BATTERY GROUPS INTO CAST-ON-STRAP MA |
| DGT690205 | 3051183 | 9/11/2002 | WELDER #1 |
| DGT690130 | 3051209 | 9/11/2002 | LINE INSTALL COSTS FOR MQ 1 VALIDATION |
| DGT690121 | 3051210 | 9/11/2002 | DELPHI LEAN COVER TO CASE HEAT SEAL MACHINE |
| DGT690108 | 3051211 | 9/11/2002 | INTER. COVER AIR CHECK MACHINE |
| DGT690107 | 3051212 | 9/11/2002 | GROUP HOTMELT MACHINE |
| DGT690106 | 3051213 | 9/11/2002 | TOP TERMINAL HOTMELT MACHINE |
| DGT690104 | 3051214 | 9/11/2002 | DELPHI CAST-ON-STRAP MACHINE REBUILD OF DGS0099445 |
| DGT690096 | 3051215 | 9/11/2002 | DELPHI SINGLE HEAD EF WELDER MACHINE |
| DGT690131 | 3051216 | 9/11/2002 | PRODUCTIVE MTL FOR MQ 1 VALIDATION |
| DGT690203 | 3051217 | 9/11/2002 | XMET PASTE MIXER #1 UPGRADE (REPLACES DGT100297D) |
| DGT690174 | 3051218 | 9/11/2002 | #2 DR2-NB ENCAPSULATION/COLLATION MACHINE |
| DGT690173 | 3051219 | 9/11/2002 | #1 DR2-NB ENCAPSULATION/COLLATION MACHINE |
| DGT690144 | 3051220 | 9/11/2002 | UPGRADE BATTERY ACID RETENTION & DIST-TANK & COOLI |
| DGT690143 | 3051221 | 9/11/2002 | UPGRADE BATTERY ACID RETENTION & DIST-CONSTR & INS |
| DGT690142 | 3051222 | 9/11/2002 | UPGRADE BATTERY ACID RETENTION & DIST & ACID HOUSE |
| DGT690133 | 3051223 | 9/11/2002 | NFPA VENTING ON PROPANE REGULATORS |
| DGT690087 | 3051228 | 9/11/2002 | DELPHI LEAN TOP TERMINAL TIG WELDER |
| DGT690086 | 3051229 | 9/11/2002 | DELPHI LEAN SIDE TERMINAL TIG WELDER |
| DGT056948 | 3051230 | 9/11/2002 | OXIDE GRINDER CONTROL PANEL REBUILT |
| DGT72373 | 3051408 | 9/25/2002 | replace sulfuric acid tank |
| DGT72387 | 3051409 | 9/25/2002 | new brunswick security upgrade |
| DGT600175 | 3115835 | 2/10/2003 | #5 DR3 ENCAPSULATION COLLATION MACHINE |
| DGT600174 | 3115836 | 2/10/2003 | #4 DR3 ENCAPSULATION COLLATION MACHINE |
| DGT600173 | 3115837 | 2/10/2003 | #3 DR3 ENCAPSULATION COLLATION MACHINE |
| DGT600172 | 3115838 | 2/10/2003 | #2 DR3 ENCAPSULATION COLLATION MACHINE |
| DGT600171 | 3115839 | 2/10/2003 | #1 DR3 ENCAPSULATION COLLATION MACHINE |
| DGT600176 | 3115841 | 2/10/2003 | #6 DR3 ENCAPSULATION COLLATION MACHINE |
| DGT600178 | 3115842 | 2/10/2003 | LOAD STATION & MAGAZINE FOR ROBOT LOAD |
| DGT600170 | 3115843 | 2/10/03 | ABB ROBOTS (4 OF 4) |
| DGT600169 | 3115844 | 2/10/03 | ABB ROBOTS (3 OF 4) |
| DGT600168 | 3115845 | 2/10/03 | ABB ROBOTS (2 OF 4) |
| DGT600167 | 3115846 | 2/10/03 | ABB ROBOTS (1 OF 4) |
| DGT600177 | 3115848 | 2/10/2003 | CONVEYORS FOR DR3 |
| DGT600126 | 3115866 | 2/11/2003 | #2 DR2-AN ENCAPSULATION/COLLATION MACHINE |
| DGT600125 | 3115867 | 2/11/2003 | #1 DR2-AN ENCAPSULATION/COLLATION MACHINE |
| DGT600060 | 3115887 | 2/12/2003 | INTERMEDIATE COVER. ASSY. MACHINE FOR MARINE |
| DGT600203 | 3115900 | 2/12/2003 | FORMATION TABLE #2 |
| DGT600193 | 3115907 | 2/12/2003 | OPERATOR ASSIST FOR DR-3 (1 OF 2)GREEN GROUP LEAN |
| DGT600194 | 3115908 | 2/12/2003 | OPERATOR ASSIST FOR DR-3 (2 OF 2)GREEN GROUP LEAN |
| DGT600075 | 3115918 | 2/12/2003 | HI VOLTAGE GREEN GROUP SHORT CHECK- MISC GREEN GRP |
| DGT600229 | 3117571 | 5/22/2003 | LIFT ASSIST FOR DR-3 |
| DGT600230 | 3117572 | 5/22/2003 | LIFT ASSIST FOR DR-3 |
| DGT600231 | 3117573 | 5/22/2003 | LIFT ASSIST FOR DR-3 |
| DGT600204 | 3117578 | 5/22/2003 | CONVEYOR SYSTEM FOR MISC LINE DR-3 |
| DGT600213 | 3117580 | 5/22/2003 | CONVEYER FOR DR-3 #3&4 ON MISC. LINE |
| DGT690276 | 3151172 | 9/23/2003 | BUSS DUCT FOR 1203 |
| DGT690180 | 3151173 | 9/23/2003 | BACKFLOW PREVENTORS ON WATER MAINS |
| DGT690267 | 3151174 | 9/23/2003 | NEW PROCESS BOILER FOR PLATE STEAM HOODS |
| DGT690262 | 3151175 | 9/23/2003 | INSTALL NATURAL GAS LINE IN PLANT |
| DGT690260 | 3151183 | 9/23/2003 | GRAPHITE HEAT EXCHANGER FOR ACID HOUSE |
| DGT690263 | 3151189 | 9/23/2003 | LIFT PUMP #1 |
| DGT690259 | 3151190 | 9/23/2003 | CHARGE TABLE 25 |
| DGT690258 | 3151191 | 9/23/2003 | CHARGE TABLE 24 |
| DGT690236 | 3151192 | 9/23/2003 | NEW CHARGE TABLE |
| DGT690235 | 3151193 | 9/23/2003 | NEW CHARGE TABLE |
| DGT690224 | 3151194 | 9/23/2003 | INSTALLATION OF MAJOR MECHANICAL,VENTILATION,ELECT |
| DGT690222 | 3151195 | 9/23/2003 | DESIGN OF NEW CHARGE TABLE VENTILATION |
| DGT690265 | 3151196 | 9/23/2003 | LIFT PUMP #2 |
| DGT695033 | 3152528 | 10/17/2003 | PASTE MIXER BOWL |
| DGT690230 | 3153273 | 11/22/2003 | LUG FORM PILOTED DIE (XMET LINE 3) |
| DGT690229 | 3153274 | 11/22/2003 | LUG FORM CUT-OFF MACHINE (XMET LINE 2) |
| DGT690204 | 3153275 | 11/22/2003 | BAR CODE ERROR PROOFING PROJECT |

| DGT690193 | 3153276 | 11/22/2003 STATION TO REMOVE FORMATION CHARGE SPOOLS |
| DGT690283 | 3153277 | 11/22/2003 HEAT SEAL MACHINE |
| DGT690234 | 3153278 | 11/22/2003 REFURBISH SIDE TERMINAL PLACEMENT MACHINE |
| DGT690233 | 3153279 | 11/22/2003 REFURBISH TOP TERMINAL PLACEMENT MACHINE |
| DGT690231 | 3153280 | 11/22/2003 NEW SCRAP CONVEYOR (XMET LINE 4) |
| DGT690228 | 3153281 | 11/22/2003 PASTE BOX & RAILS (XMET LINE 1) |
| DGT690232 | 3153282 | 11/22/2003 NEW STRIP WIDTH GAGE (XMET LINE 5) |
| DGT695034 | 3153284 | 11/22/2003 OIL PURIFICATION SYSTEM |
| DGT690261 | 3153285 | 11/22/2003 BUFFER CONVEYOR FOR MISC LINE |
| DGT690257 | 3153286 | 11/22/2003 CONTROLS SYS FOR CUTTING ON THE GRID FUNCTIONS |
| DGT690256 | 3153287 | 11/22/2003 VISION SYS FOR NO SPIN CONDITION AND SPOT FACE QUA |
| DGT690255 | 3153288 | 11/22/2003 SPARE EQUIPMENT TO CUT ON GRID JUNCTIONS (XMET) |
| DGT690254 | 3153289 | 11/22/2003 SCRAP SYSTEM FOR PHASE 1 TO CUT ON GRID JUNCTIONS |
| DGT690263 | 3153290 | 11/22/2003 NEW ACID FILL FOR MAIN LINE (WATERFALL) |
| DGT690226 | 3153291 | 11/22/2003 NEW WASHER AND DRYER FOR MAIN LINE |
| DGT690155 | 3153301 | 11/22/2003 POWER TRANSFORMER # 4 FOR LIFT AND ROTATE TABLES |
| DGT690154 | 3153302 | 11/22/2003 POWER TRANSFORMER # 3 FOR LIFT AND ROTATE TABLES |
| DGT690146 | 3153303 | 11/22/2003 POWER TRANSFORMER # 2 FOR LIFT AND ROTATE TABLES |
| DGT690145 | 3153304 | 11/22/2003 POWER TRANSFORMER # 1 FOR LIFT AND ROTATE TABLES |
| DGT690067 | 3153306 | 11/22/2003 OXIDE EQUIPMENT UPG (REACTOR CONTROLS) |
| DGT105892A | 3153307 | 11/22/2003 HOT MELT EQUIPMENT (REBUILD) |
| DGT095660E | 3153308 | 11/22/2003 REFURBISH #2 HEAT SEAL MACHINE |
| DGT095659E | 3153309 | 11/22/2003 REFURBISH #2 HEAT SEAL MACHINE |
| DGT600124 | 3153354 | 11/25/2003 CONTROLLER FOR TIG WELDER |
| DGT600123 | 3153355 | 11/25/2003 CONTROLLER FOR TIG WELDER |
| DGT600046 | 3153358 | 11/25/2003 GROUP CONVEYOR SYSTEM |
| DGT012095O | 3190741 | 1/31/2004 CAPITALIZE REBUILT COST (SUBMERSIBLE HEATERS LINDB |
| DGT690227 | 3190742 | 1/31/2004 SLURRY ROOM EQUIPMENT TO RECLAIM PASTE |
| DGT690278 | 3190743 | 1/31/2004 HOT MELT MACHINE OVERHAUL |
| DGT690192 | 3190744 | 1/1/2004 AUTOMATED ASSEMBLY CELL FOR CASES & TERMINAL ASSY' |
| DGT690250 | 3190745 | 1/31/2004 AIR LEAK TEST MACHINE |
| DGT690273 | 3190750 | 1/31/2004 OXIDE DELIVERY SYSTEM |
| DGT690277 | 3190751 | 1/31/2004 INSULATOR DETECTION SYSTEM - MAINLINE |
| DGT690279 | 3190752 | 1/31/2004 INSULATOR DETECTION SYSTEM - MISC LINE |
| DGT690222 | 3190754 | 2/24/2004 #9 DR-3 ENCAPSULATION COLOLATION MACHINE |
| DGT690264 | 3190755 | 1/31/2004 AUTOMATIC INSULATOR INSERTER FOR SATURN BATTERY |
| DGT690266 | 3190756 | 1/31/2004 MACHINE TO INSTALL INSULATOR UNDER SIDE TERMINAL S |
| DGT690269 | 3190757 | 1/1/2004 HIGH RATE MACHINE BASE |
| DGT690270 | 3190758 | 1/31/2004 BITRODE VRL HIGH RATE |
| DGT690271 | 3190759 | 1/31/2004 BITRODE VRL HIGH RATE LOAD |
| DGT600217 | 3190800 | 2/24/2004 LOAD STATION & MAGAZINE FOR ROBOT LOAD |
| DGT600239 | 3190808 | 2/24/2004 CONVEYOR FOR DR-3 |
| DGT600223 | 3191600 | 3/30/2004 #10 DR-3 ENCAPSULATION COLLATION MACHINE |
| DGT600237 | 3191601 | 3/30/2004 BATTERY CHARGE TABLE #4 |
| DGT600236 | 3191602 | 3/30/2004 BATTERY CHARGE TABLE #3 |
| DGT600235 | 3191610 | 3/30/2004 BATTERY CHARGE TABLE #2 |
| DGT600234 | 3191618 | 3/30/2004 BATTERY CHARGE TABLE #1 |
| DGT690258A | 3192185 | 4/30/2004 CHARGE TABLE 24 |
| DGT690258A | 3192186 | 4/30/2004 CHARGE TABLE 25 |
| DGT004779N05 | 3193545 | 1/1/2004 GENERAL SPENDING FOR MISC. PURCHASES - DESIGN, OUT |
| DGT012175N04 | 3193546 | 6/29/2004 UPGRADE FIRE LOOP AT PLANT |
| DGT690272 | 3193547 | 1/1/2004 HEATING SYSTEM FOR PLANT FOR 350000 CFM |
| DGT000254 | 3195184 | 9/16/2004 RECTIFIER CABINET |
| DGT000255 | 3195185 | 9/16/2004 RECTIFIER CABINET |
| DGT000256 | 3195186 | 9/16/2004 RECTIFIER CABINET |
| DGT000257 | 3195187 | 9/16/2004 RECTIFIER CABINET |
| DGT098361D03 | 3215010 | 11/30/2004 ADDL CHG(700 T MOLDING MACH) |
| DGT690104A | 3215013 | 11/30/2004 007797 - DELPHI CAST-ON-STRAP M |
| DGT690295 | 3215132 | 12/1/2004 LASER DATE CODE |
| DGT690296 | 3215133 | 12/1/2004 TOP TERMINAL VISION SYSTEM 66 CELL |
| DGT690288 | 3220272 | 2/17/2005 48 HOUR STAND PROCESS LIFT TABLE EQUIPMENT |
| DGT690289 | 3220273 | 2/17/2005 48 HOUR STAND PROCESS SPOTFACE MACHINE |
| DGT690290 | 3220274 | 2/17/2005 48 HOUR STAND PROCESS TOPTIER MACHINE |
| DGT690297 | 3220275 | 2/17/2005 AFTERMARKET LINE AHERN-SOPER LABEL ERROR PROOF |
| DGT690298 | 3220276 | 2/17/2005 MAIN LINE AHERN-SOPER LABEL ERROR PROOF |
| DGT116709 | 3220311 | 1/1/2005 VRL #2 |
| DGT1116710 | 3220312 | 1/1/2005 LASER DATE CODE #2 |

34

| | | |
|---|---|---|
| DGT690096A | 3220861 | 3/14/2005 UPGRADE DELPHI SINGLE HEAD EF WELDER MACHINE |
| DGT690108A | 3220863 | 3/2/2005 INTERMEDIATE COVER AIR CHECK MACHINE |
| DGT690121A | 3220864 | 3/2/2005 LEAN COVER TO CASE HEAT SEAL MACHINE |
| DGT690301 | 3220865 | 3/2/2005 DR3 PLATE LIFTS |
| DGT690287 | 3220869 | 2/17/2005 48 HR STAND PROCESS STORAGE EQUIP |
| DGT690307 | 3222009 | 1/1/2005 INSTALL DATRONICS INKJET SYSTEM |
| DGT690043A | 3222460 | 5/9/2005 PLATE STACKER EQUIPMENT UPGRADE |
| DGT690188A | 3222463 | 5/9/2005 TOP POST ALIGNMENT EQUIPMENT UPGRADE |
| DGT690173A | 3222466 | 5/9/2005 #1 DR2 ENCAPSULATOR/COALATOR |
| DGT690299 | 3223037 | 6/14/2005 New Xmet Underground Scrap Conveyor |
| DGT690285 | 3223038 | 6/14/2005 SODIUM SULFATE DISPENSING SYSTEM EQUIPMENT |
| DGW690314 | 3223256 | 7/19/2005 MAIN LINE INCLINED CONVEYOR |
| DGT690293 | 3223278 | 7/20/2005 AUTO INSOLATOR INSERTION MACH - MAIN LINE |
| DGT690294 | 3223279 | 7/20/2005 AUTO INSULATOR INSERTION MACH-MISC LINE |
| DGT012161N01 | 3223280 | 7/20/2005 INSTALL BAFFLES IN FORMATION TABLES |
| DGT690310 | 3223281 | 7/20/2005 WIRE BRUSH STATION-HONDA/TOYOTA LINE |
| DGT690317 | 3223282 | 7/20/2005 VRL REJECT PRINTER FOR HONDA/TOYOTA LINE |
| DGT690309 | 3223283 | 7/20/2005 VCI APPLICATOR FOR HONDA/TOYOTA LINE |
| DGT105868D | 3223831 | 1/30/1995 ICE MAKER |
| DGT690302 | 3223862 | 8/24/2005 ROBOTIC LOAD EQUIP FOR COS MACHINE |
| DGT690311 | 3223863 | 8/24/2005 CONTROLS FOR COS - DR3 PROJECT |
| DGT690286 | 3223958 | 8/26/2005 OXIDE REACTOR #5 |
| DGT690324 | 3223959 | 8/26/2005 OXIDE REACTOR #6 |
| DGT690292 | 3224765 | 9/29/2005 007651 - FORMATION TEMPERATURE MONITORING SYSTEM |
| DGT690305 | 3224771 | 9/29/2005 ROBOT GUARDING SYSTEM #1 |
| DGT690325 | 3224775 | 9/29/2005 ROBOT GUARDING SYSTEM #2 |
| DGT690326 | 3224776 | 9/29/2005 ROBOT GUARDING SYSTEM #3 |
| DGT690327 | 3224777 | 9/29/2005 ROBOT GUARDING SYSTEM #4 |
| DGT690328 | 3224778 | 9/29/2005 ROBOT GUARDING SYSTEM#5 |
| DGT690329 | 3224779 | 9/29/2005 ROBOT GUARDING SYSTEM#6 |
| DGT690318 | 3225240 | 10/17/2005 PACKOUT LEVELATOR FOR HONDA/TOYOTA LINE |
| DGT690323 | 3225241 | 10/17/2005 HONDA/TOYOTA FINISHING LINE MATL |
| DGT690303 | 3225242 | 10/17/2005 INSTALL FINAL COVER PLACER SYSTEM |
| DGT690315 | 3226228 | 11/29/2005 MISC LINE TUNNEL STRUCTURE |
| DGT690312 | 3226231 | 11/29/2005 CONTROLS FOR DR3 CONVEYORS |
| DGT690316 | 3226243 | 11/29/2005 MISC LINE DR3 CONVEYOR |
| DGT690304 | 3226254 | 11/29/2005 GROUP CONVEYOR SYSTEM DR3'S TO ROBOTS - MAIN LINE |
| DGT690330 | 3226402 | 11/29/2005 OSHAWA VRL SCRAP SAW |
| DGT690331 | 3226403 | 11/29/2005 OSHAWA BITRODE UNIT |
| DGT690332 | 3226404 | 11/29/2005 OSHAWA HONDA BANDER SYSTEM-SURPLUS |
| DGT690308 | 3226436 | 12/19/2005 DR#3 CAMCO UNIT 1 OF 3 |
| DGT690334 | 3226437 | 12/19/2005 DR#3 CAMCO UNIT 2 OF 3 |
| DGT690335 | 3226438 | 12/19/2005 DR#3 CAMCO UNIT 3 OF 3 |
| DGT690333 | 3227473 | 1/1/2006 OSHAWA INSPECTION VISION SYSTEM |
| DGT690322 | 3227475 | 1/1/2006 A BRADLEY CONTROLS FOR XMET LINE #4-MTL |
| DGT105866D | 5000713 | 10/1/1994 GM TKS INFORMATION CENTER |
| DGT105866D01 | 5000714 | 1/1/1995 TRAILING CHARGES TO TAG #105866D |

See Exhibit 1.21 for Real Property address

**EXHIBIT 1.1(vi)**
**EXCLUDED RAW MATERIALS**

Excluded raw materials Inventory includes the following parts numbers:

| Raw Materials | Part Number |
|---|---|
| PURE LEAD (red +) | 9599001 |
| ALUMINUM (white +) | 9692001 |
| CALCIUM | 9680001 |
| 3% ANT LEAD | 9595001 |
| 100 % TIN | 9681001 |
| Polypropylene | 9528001 |
| HOT MELT-1213 | 9521001 |
| DR4 EXPANDER | 9672025 |
| DR25 EXPANDER | 19060890 |
| POS GMX T/T BUSHING | 19062042 |
| NEG GMX T/T BUSHING | 19062043 |
| POS T/T BUSHING | 10457694 |
| NEG T/T BUSHING | 10457695 |
| HI-TEMP SIDE TERM | 19057272 |
| LEAD RING | 19057273 |
| CHROMA COLOR | 9515001 |
| RUBBER O-RING SEAL | 19057274 |
| 4.6 CRYSTEX PAPER | 9661046 |
| 3.5 CRYSTEX PAPER | 9661035 |
| 4.1 CRYSTEX PAPER | 9661041 |
| 3.75 CRYSTEX PAPER | 19060891 |
| LEXAN STRIP | 9574002 |
| 660 SEPARATOR | 10457660 |
| 658 SEPARATOR | 10457658 |
| 196 SEPARATOR | 19065196 |
| 889 SEPARATOR | 19060889 |
| DYNEL FIBER | 9502001 |
| SODIUM | 9448001 |
| TERMINAL SHEILDS | 10496263 |
| WAFER INSULATOR | 10454924 |
| INSULATOR ROLL | 19065509 |
| FLAME ARRESTORS | 1892323 |
| 10" Interm Cover - | 10472239 |
| 9" Interm Cvr | 10472230 |
| 9" Interm Cvr | 10472231 |
| 9" Interm Cvr | 10472233 |
| 9" Interm Cvr | 10472235 |

| | |
|---|---|
| 9" Interm Cvr | 10472236 |
| 9" Interm Cvr | 10472229 |
| 10" Interm Cover - | 10472241 |
| 10" Interm Cover - | 10472240 |
| 10" Interm Cover - | 10472243 |
| 10" Interm Cover - | 10472245 |
| 10" Interm Cover - | 10472238 |

## EXHIBIT 1.11

Raw Materials (direct materials) included in the Acquired Assets

| Raw Materials | Part Number | STP Qty | UM | Unit | Minimum Inventory |
|---|---|---|---|---|---|
| ACID | 9402001 | 45,000 | LB | 1 Tank | 860,000 |
| HYDROMETERS 1124 | 10491124 | 1,400 | Pcs | Box | 5 |
| HYDROMETERS 5478 | 10495478 | 1,400 | Pcs | Box | 5 |
| HYDROMETERS 2595 | 10492595 | 1,400 | Pcs | Box | 5 |
| HYDROMETERS 8954 | 10498954 | 1,400 | Pcs | Box | 5 |
| HYDROMETERS 8957 | 10498957 | 1,400 | Pcs | Box | 5 |
| HYDROMETERS 7495 | 19057495 | 1,400 | Pcs | Box | 5 |
| SLIPSHEETS- | 39"X45" | 300 | Pcs | 1 Pallet | 8 |
| SLIPSHEETS- | 42"X48" | 300 | Pcs | 1 Pallet | 5 |
| HONEYCOMB- | 37"x44"x1.5 | 29 | Pcs | 1 Pallet | 16 |
| HONEYCOMB- | 42"x44"x1 | 45 | Pcs | 1 Pallet | 6 |
| 13" SHRINKWRAP | 10457753 | 1,368 | LB | 1 Pallet | 3 |
| 12" SHRINKWRAP | 10453144 | 1,404 | LB | 1 Pallet | 3 |
| 11" SHRINKWRAP | 10457752 | 1,053 | LB | 1 Pallet | 1 |
| 10" HANDLE | 10457298 | 5,640 | Pcs | 1 Pallet | 3 |
| 9" HANDLE | 10457299 | 5,640 | Pcs | 1 Pallet | 3 |
| 8" HANDLE | 10457297 | 5,640 | Pcs | 1 Pallet | 1 |
| NEG SIDE TERMINAL CAP | 10467094 | 4,280 | Pcs | Crate | 10 |
| POS SIDE TERMINAL CAP | 10489952 | 4,280 | Pcs | Crate | 10 |
| TOP TERMINAL CAP | 10471203 | 2,000 | Pcs | Crate | 12 |
| TOP TERMINAL CAP | 10471204 | 2,000 | Pcs | Crate | 12 |
| TERMINAL ADAPTORS | 10469296 | 1,080 | Pcs | Box | 3 |
| HOT MELT-1246 | 9462001 | 31 | LB | Box | 2 |
| 083 FOAM BLOCK | 275083 | 2,310 | Pcs | 1 Pallet | 2 |
| 313 CARTON | 10468313 | 1,000 | Pcs | 1 Pallet | 1 |
| 325 CARTON | 10468325 | 1,200 | Pcs | 1 Pallet | 1 |
| 327 CARTON | 10468327 | 1,000 | Pcs | 1 Pallet | 1 |
| 073 CARTON | 10474073 | 1,000 | Pcs | 1 Pallet | 1 |
| 072 CARTON | 10474072 | 1,000 | Pcs | 1 Pallet | 1 |
| 561 CARTON | 10489561 | 1,000 | Pcs | 1 Pallet | 1 |
| AC DELCO PLACARD | 10457751 | 4,000 | Pcs | Box | 8 |
| BU DELPHI PLACARD | 10450883 | 4,000 | Pcs | Box | 2 |
| GMX Interm Cvr | 19063666 | 1320 | Pcs | Pallet | 6 |
| GMX Final Cvr | 19063668 | 4224 | Pcs | Pallet | 2 |

## EXHIBIT 1.13

## IUE CONSENT

## IUE-CWA - DELPHI
## MEMORANDUM OF AGREEMENT
## REGARDING THE SALE OF
## DELPHI NEW BRUNSWICK OPERATIONS AND
## SPECIAL ATTRITION PROGRAM

**MEMORANDUM OF AGREEMENT** entered into this 25th day of May, 2006 between Delphi Corporation ("Delphi") and the International Union, IUE-CWA and IUE-CWA Local 416 (collectively the "IUE-CWA" or the "Union").

**WHEREAS,** effective August 1, 2006, Delphi seeks to sell its New Brunswick, New Jersey Operations to Johnson Controls, Inc. ("JCI") as an ongoing business consistent with the terms of this Memorandum of Agreement; and

**WHEREAS,** pursuant to the "Sale of Business" letter attached to the 2003 IUE-CWA-Delphi National Agreement as Document 7, JCI is required to assume the applicable terms of the 2003 IUE-CWA-Delphi National Agreement and to otherwise assume the Local Agreements with respect to New Brunswick; and

**WHEREAS,** it is the intent of the parties and the purpose of this Memorandum to establish a Special Attrition Program for all but 100 employees of the New Brunswick bargaining unit identified in accordance with seniority and plant staffing requirements and to transfer to JCI approximately 100 of the current Delphi bargaining unit members at the established New Brunswick Tier III rate and JCI benefit level.   Therefore, the parties agree as follows:

    1.    The IUE-CWA agrees that:

        A.    Document 83 of the 2003 IUE-CWA-Delphi National Agreement is waived as to the sale of the New Brunswick Operations to JCI pursuant to the "New Brunswick Put and Call Agreement" between Delphi and JCI dated June 30, 2005;

        B.    JCI is not required to assume any contractual neutrality obligations collectively bargained by Delphi and the IUE-CWA; and

        C.    The International Union, IUE-CWA and Local 416 will continue to discuss Local Agreement modifications aimed at obtaining agreement on wage, benefits and work practices comparable to JCI's existing IUE-CWA bargaining agreements at JCI's St. Joseph, Missouri and Geneva, Illinois sites.

    2.    Delphi and the IUE-CWA agree on the following Special Attrition Program for all New Brunswick employees on active or on leave status with more than one year of seniority as of 8/1/06 and those employees in protected status assigned to the New Brunswick Operations who, except as to option 2.E. below, are participants in the Delphi Hourly-Rate Employees Pension Plan ("Delphi HRP"). Such employee may select one of the options set forth in clauses A through E below, as applicable to such employee:

        A.    If eligible to retire as of 8/1/06, retire as follows:

            (i)    $35,000, less applicable withholdings, for normal or early voluntary retirement (85 points 30 and out, 60 years old with 10 years or more years of credited service) retroactive to October 1, 2005; or

            (ii)    50 & 10 Mutually Satisfactory Retirement (MSR).

B.    Any employee with at least 27 and less than 30 years of credited service regardless of age will be eligible for special voluntary placement in a pre-retirement program under the following terms:

(i)    Employees electing this pre-retirement program must be eligible no later than August 1, 2006.

(ii)    Employees will retire without additional incentives when they first accrue 30 years of credited service under the provisions of the Delphi HRP.

(iii)    The gross monthly wages while in the program will be:

(a)    29 years credited service    $2,900

(b)    28 years credited service    $2,850

(c)    27 years credited service    $2,800

Wages, without COLA and vacation entitlement, will be paid weekly on an hourly basis (2,080 hours per year) and will remain at that rate until 30 years of credited service is accrued.

(iv)    Within ten (10) business days after the first date on which any employees are eligible to receive wage payments in accordance with Paragraph 2.B(iii) above, Delphi will establish a segregated payment account (the "Account") in an amount sufficient to fund the wage payments (the "Ceiling Amount"). The funds in the Account will be available to reimburse Delphi for the payment of weekly wage payments (which will be paid through Delphi's normal payroll process) under Paragraph 2.B(iii) above or for direct wage payments to employees entitled to receive such payments, as described in this Paragraph.

(a)    Delphi shall not draw funds from the Account for purposes of this Paragraph until a date (the "Permitted Draw Down Date"), which shall be the later of the Final Election Date or the Adequate Funding Date (see definitions below). Prior to the Permitted Draw Down Date, payments to satisfy the obligations to employee participants pursuant to this Paragraph will be drawn from Delphi's available cash.

(b)    If, on the Permitted Draw Down Date, the Anticipated Liability is less than the Ceiling Amount, Delphi shall be permitted to draw such funds out of the Account so that the balance remaining in the Account is equal to the Anticipated Liability.

The Final Election Date shall be the first of the month following the last day on which employees at New Brunswick can make an election to participate in the pre-retirement program described in Paragraph 2.B., or sooner if determined by the IUE-CWA-Delphi National Parties.

2

The Adequate Funding Date shall be the date on which the Ceiling Amount is greater than or equal to the Anticipated Liability.

The Anticipated Liability shall be an amount, calculated after the Final Election Date, sufficient to pay all of the remaining liabilities under Paragraph 2.B(iii) for all employees who have elected to participate in such program for the full remaining duration of such program. The Anticipated Liability shall be calculated based on the number of eligible employees, the remaining duration of the wage payments, and the applicable pay rates.

(c)    The funds in the Account shall be available to satisfy the obligations of this Paragraph and for no other purpose. The Bankruptcy Court order approving this Agreement shall specifically provide that under no circumstances (including but not limited to conversion of Delphi's Chapter 11 cases to Chapter 7 proceedings) shall the assets in the Account be available to satisfy the claims of any party other than the employees. This Agreement is, in its entirety, contingent on entry of an order, which, to the satisfaction of the IUE-CWA and Delphi National Parties provides the protections described in this Paragraph.

C.    For current employees who are participants in the Delphi HRP, a buyout of $140,000 (with ten or more years of seniority) or a buy out of $70,000 (with less than ten years of seniority), to sever all ties with Delphi, except vested pension benefits. Also, the employees electing this option are eligible for up to $2,100 per year pursuant to the terms of the Individual Upward Educational Plan for an additional two years beginning 8/1/06 and ending 7/31/08.

D.    For current employees who are participants in the Delphi HRP, elect to remain on the active roll for one year and receive one year of health care (at a total cost to Delphi of up to $15,000 depending on type of enrollee contract), and a weekly payment of $2,403.84 (assuming $15,000 enrollee contract), less withholdings, for one year (with ten or more years of seniority) or a weekly payment of $1,057.69, less withholdings, for one year (with less than ten years of seniority) and sever all ties with Delphi, except vested pension benefits, if any, at the conclusion of the year. Also, the employees electing this option are eligible for up to $2,100 per year pursuant to the terms of the Individual Upward Educational Plan for an additional two years beginning 8/1/06 and ending 7/31/08.

E.    For competitive rate employees, who are not participants in the Delphi HRP, percentage buyout prorated against $140,000 (with ten or more years of seniority), or against $70,000 (with less than ten years of seniority but more than one year of seniority) less applicable withholdings, to sever all ties with Delphi. In each case, the buyout is calculated based upon the participant's competitive wage rate as a percentage of the maximum traditional wage rate for the participant's classification.

F.    All participants in options A through F will be required to sign a release of all claims, except Workers Compensation claims.

3.    New Brunswick employees, except those on a leave of absence, who have not selected, or who are not eligible to participate in one of the options identified above, are eligible for transfer, with seniority, to JCI effective 8/1/2006, at the

3

established New Brunswick Tier III rate and with JCI Benefit Plans coverages. The offer of employment with JCI will sever all ties to Delphi, except for current vested benefits, if any. Traditional wage rate employees accepting such transfer will receive a $50,000 buy down (intended to represent an offset to a timed wage and benefit reduction) to the Tier III wage and the existing JCI benefit levels. Such employees transferred to JCI will be required to sign a release of all claims, except Workers Compensation, as a condition for receiving the $50,000 buy down amount. Employees on a leave of absence, who do not participate in the Special Attrition Program, will be eligible for transfer to JCI upon the conclusion of their leave.

4.    It is understood by all parties that JCI will employ approximately one hundred employees at the Tier III wage and JCI benefit levels. In the instance of excess employee participation in the Special Attrition Program, the lowest seniority employees will be retained for transfer to JCI and will not be permitted to participate in this Special Attrition Program, even if previously eligible, thereby providing JCI with a workforce of 100 employees. In the instance of insufficient participation in the Special Attrition Program, the 100 highest remaining seniority employees will transfer to JCI with eligibility for the $50,000 buy down, if applicable, with the remaining lower seniority employees being separated from Delphi, thereby providing JCI with a workforce of 100 employees. The terms of the Delphi-IUE-CWA Agreements and the ESCOP 2000 Agreement in effect at the time of this Memorandum will apply to all such Tier III employees, unless specifically modified by this Memorandum, and until an Agreement is reached between the IUE-CWA and JCI. JCI is not assuming Delphi's benefit plans and will provide its own retirement benefits to employees who accept employment at New Brunswick, in accordance with the terms of the ESCOP 2000 Agreement.

5.    Delphi and the IUE-CWA agree to the following:

A.    Delphi will use temporary employees as needed to bridge any difficulties arising from the implementation of the Special Attrition Program;

B.    Delphi and the IUE-CWA may agree to use separated employees as contract personnel on a case by case basis as needed to bridge any difficulties arising from the implementation of the Special Attrition Program; and

C.    If during the remaining course of Delphi's bankruptcy, materially different Special Attrition Program financial incentives are negotiated between Delphi and the IUE-CWA for the option selected by the employee, it is understood that the employee will not be advantaged or disadvantaged.

6.    The parties acknowledge that Delphi's participation in this Agreement is subject to (i) the approval of the U.S. Bankruptcy Court, which approval Delphi will seek at the next scheduled omnibus hearing; and (ii) the Closing of the sale of the New Brunswick Operations to JCI. In the event the Bankruptcy Court does not allow such participation, or the Closing does not occur, Delphi and the IUE-CWA will have no obligations hereunder.

7.    A.    The parties further agree that this Agreement is without prejudice to any party-in-interest in all other aspects of Delphi's Chapter 11 cases, including by illustration, all collective bargaining matters involving the parties, in any proceedings under Sections 1113 and/or 1114 of the Bankruptcy Code with respect to the IUE-CWA, in any pension termination proceeding under ERISA and/or the Bankruptcy Code, and all claims administration and allowance matters.

4

B.    Nothing in this Agreement, the Bankruptcy Court's approval of this Agreement, or the performance of any obligations hereunder  shall limit or otherwise modify: (i) Delphi's rights under Section 4041 of ERISA; or (ii) Delphi's rights under Section 1113 and/or 1114 of the Bankruptcy Code with regard to any obligations which pre-existed this Agreement (including pre-existing obligations referenced within this Agreement), such as (by way of illustration only) the obligation to maintain the hourly pension plan or provide retirees or active employees (including employees/retirees participating in the attrition programs contained in this Agreement) with levels of healthcare or other benefits as specified in pre-existing labor agreements.

C.    Nothing contained herein, the Bankruptcy Court's approval of this Agreement, or the performance of any obligations hereunder shall constitute an assumption of any agreement described herein, including, without limitation any collective bargaining agreement between the IUE-CWA and Delphi, nor shall anything herein, the Bankruptcy Court's approval of this Agreement, or the performance of any obligations hereunder, be deemed to create or give rise to an administrative or priority claim or convert a prepetition claim into a postpetition claim or an administrative expense with respect to any party.


_____
Delphi Corporation


_____
Delphi Corporation


Date: 5/26/06


_____
International Union, IUE-CWA


_____
International Union, IUE-CWA


Date: 5-26-06


5

## EXHIBIT 1.21

## REAL PROPERTY

U.S:        760 Jersey Avenue
New Brunswick, New Jersey  08903
United States

## EXHIBIT 1.22

## SALE APPROVAL ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                      :

In re                    :     Chapter 11

DELPHI CORPORATION, et al.,  :     Case No. 05-44481 (RDD)
                      :

           Debtors.  :     (Jointly Administered)
                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. § 363(b) AND FED. R. BANKR. P. 2002 AND 6004 AUTHORIZING AND APPROVING DEBTORS' ENTRY INTO TRANSFER AGREEMENT WITH JOHNSON CONTROLS, INC. PROVIDING FOR (A) SALE OF ACQUIRED ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES (B) CONTINUATION AND TRANSITION OF SUPPLY TO JOHNSON CONTROLS, INC. OF BATTERY PRODUCTS OUT OF FITZGERALD FACILITY AND (C) IMPLEMENTATION OF ATTRITION PLAN WITH RESPECT TO NEW BRUNSWICK FACILITY IN ACCORDANCE WITH IUE-CWA MEMORANDUM

("NEW BRUNSWICK TRANSFER ORDER")

        Upon the motion, dated May 26, 2006 (the "Motion"), of Delphi Corporation and

certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned

cases (collectively, the "Debtors"), for an order (the "Order") pursuant to 11 U.S.C. § 363(b) and

Fed. R. Bankr. P. 2002 and 6004 authorizing and approving the Debtors' entry into the Transfer

Agreement dated May 26, 2006 by and between Delphi Automotive Systems LLC, a Debtor in

these cases, and Johnson Controls, Inc. ("JCI"), a copy of which is attached hereto as Exhibit 1

(together, with the exhibits and schedules attached thereto, the "Transfer Agreement"), providing

for (a) sale of certain assets (the "Acquired Assets") of the Debtors' battery manufacturing

facility in New Brunswick, New Jersey (the "New Brunswick Facility") free and clear of liens,

claims, and encumbrances (the "Sale"), (b) the continuation and transition of supply to JCI of

battery products out of the Debtors' manufacturing facility in Fitzgerald, Georgia (the "Fitzgerald

Facility"), and (c) implementation of an attrition plan with respect to the New Brunswick facility;

and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

FOUND AND DETERMINED THAT:[1]

A.    The court has jurisdiction over the Motion and the transactions contemplated by the Transfer Agreement pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (N).  Venue of these cases and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.    The statutory predicates for the relief sought in the Motion are sections 363 of 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), and Fed. R. Bankr. P. 2002 and 6004.

C.    As evidenced by the affidavits of service previously filed with the Court, and based on the representations of counsel at the hearing on the Motion (the "Hearing"), (i) proper, timely, adequate and sufficient notice of the Motion, the Hearing and the sale of the Acquired Assets (as defined in the Transfer Agreement) has been provided in accordance with 11 U.S.C. §§ 102(l) and 363 and Fed. R. Bankr. P. 2002 and 6004, (ii) such notice was good and sufficient, and appropriate under the particular circumstances, and (iii) no other or further notice of the Motion, the Hearing, or the Sale is or shall be required.

---

[1]    Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate.  See Fed. R. Bankr. P. 7052.

D.      Each applicable Debtor (i) has full corporate power and authority to execute the Transfer Agreement and all other documents contemplated thereby, and the transfer and conveyance of the Acquired Assets by the Debtors has been duly and validly authorized by all necessary corporate action of each of the Debtors, (ii) has all of the corporate power and authority necessary to consummate the transactions contemplated by the Transfer Agreement, and (iii) has taken all corporate action necessary to authorize and approve the Transfer Agreement and the consummation by such Debtor of the transactions contemplated thereby, and no consents or approvals, other than those expressly provided for in the Transfer Agreement, are required for each applicable Debtor to consummate such transactions.

E.      Approval of the Transfer Agreement and consummation of the Sale at this time are in the best interests of the Debtors, their creditors, their estates, and other parties in interest.

F.      The Debtors have demonstrated good, sufficient, and sound business purpose and justification in that, among other things, the Debtors and their advisors diligently and in good faith analyzed all other available options in connection with the disposition of the Acquired Assets and determined that the terms and conditions set forth in the Transfer Agreement, and the transfer to JCI of the Acquired Assets pursuant thereto, represent a fair and reasonable purchase price and constitute the highest and best value obtainable for the Acquired Assets. A sale of the Acquired Assets at this time to JCI pursuant to 11 U.S.C. § 363(b) is the most favorable alternative to minimize the Debtors' losses attributable to the Acquired Assets, and maximizes the Debtors' estates for the benefits of all constituencies. Delaying approval of the Sale might result in JCI's termination of the Transfer Agreement and may result in an

3

alternative outcome that will achieve less value and cause greater losses for the Debtors, their estates, and their creditors.

G.    The Debtors have demonstrated good, sufficient, and sound business purpose and justification regarding the continuation and ultimate transition to JCI of the supply of battery products out of the Fitzgerald Facility pursuant to the Transfer Agreement.

H.    The Debtors have demonstrated good, sufficient, and sound business purpose and justification in that, among other things, the Debtors and their advisors diligently and in good faith analyzed the terms and conditions of the IUE-CWA Memorandum (as defined below) and determined that the terms and conditions thereof and in particular the terms and conditions of the IUE-CWA New Brunswick Attrition Plan (as defined below) set forth in the IUE-CWA Memorandum is an appropriate plan under the circumstances and is in the best interests of the Debtors, their estates, and their creditors.

I.    A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested persons and entities, including: (i) the Office of the United States Trustee for the Southern District of New York, (ii) all entities known to have asserted any lien, claim, interest, or encumbrance in or upon the Acquired Assets, including but not limited to environmental, employee, and product liability claims, (iii) all federal, state, and local regulatory or taxing authorities or recording offices, including but not limited environmental regulatory authorities, which have a reasonably known interest in the relief requested by the Motion, (iv) all entities known to have an interest in a transaction with respect to the Acquired Assets during the past six months, (v) the United States Attorney's office, (vi) the United States Department of Justice, (vii) the Securities and Exchange Commission, (viii) the Internal Revenue Service, (ix) all entities on the Master Service List (as defined by the

Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(M), 9006,
9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management,
And Administrative Procedures (Docket No. 2883) (the "Supplemental Case Management
Order")) and such other entities that are required to be served with notices under the
Supplemental Case Management Order, (x) counsel for JCI, (xi) counsel for the Official
Committee of Unsecured Creditors appointed in these chapter 11 cases, and (xii) counsel for the
Official Committee of Equity Security Holders appointed in these chapter 11 cases.

J.    JCI is not an "insider" of any of the Debtors, as that term is defined in 11
U.S.C. § 101(31).

K.    The Transfer Agreement was negotiated, proposed, and entered into by the
Debtors and JCI without collusion, in good faith, and from arm's-length bargaining positions.
Neither the Debtors nor JCI have engaged in any conduct that would cause or permit the Transfer
Agreement to be avoided under 11 U.S.C. § 363(n).

L.    JCI is a good faith purchaser under 11 U.S.C. § 363(m) and, as such, is
entitled to all of the protections afforded thereby.

M.    The consideration provided by JCI for the Acquired Assets pursuant to the
Transfer Agreement (i) is fair and reasonable, (ii) is the highest and best offer for the Acquired
Assets, (iii) will provide a greater recovery for the Debtors' creditors than would be provided by
any other practical available alternative, and (iv) constitutes reasonably equivalent value and fair
consideration under the Bankruptcy Code and under the laws of the United States, any state,
territory, possession, or the District of Columbia.

N.    The transfer of the Acquired Assets to JCI will be a legal, valid, and effective transfer of the Acquired Assets, and, except as expressly permitted or otherwise specifically provided for in the Transfer Agreement or this Order, will vest JCI with all right, title, and interest of the Debtors to the Acquired Assets free and clear of all liens, claims, and encumbrances, including, but not limited to those (A) that purport to give to any party a right or option to effect any forfeiture, modification, right of first refusal, or termination of the Debtors' or JCI's interest in the Acquired Assets, or any similar rights, (B) relating to taxes arising under or out of, in connection with, or in any way relating to the operation of the Debtors' battery business prior to the transfer of the Acquired Assets to JCI, and (C) mortgages, restrictions, hypothecations, charges, indentures, loan agreements, instruments, leases, licenses, options, deeds of trust, security interests, conditional sale or other title retention agreements, pledges, liens (including, without limitation, mechanics', materialmens', and other consensual and non-consensual liens and statutory liens), judgments, demands, encumbrances, rights of first refusal, offsets, contracts, recoupment, rights of recovery, claims for reimbursement, contribution, indemnity, exoneration, products liability, alter-ego, environmental, or tax, decrees of any Court or foreign or domestic governmental entity, or charges of any kind or nature, if any, including, but not limited to, any restriction on the use, transfer, receipt of income, or other exercise of any attributes of ownership, debts arising in any way in connection with any agreements, acts, or failures to act, of any of the Debtors or any of the Debtors' predecessors or affiliates, claims (as that term is defined in the Bankruptcy Code), reclamation claims, obligations, liabilities, demands, guaranties, options, rights, contractual or other commitments, restrictions, interests and matters of any kind and nature, whether known or unknown, choate or inchoate, filed or unfiled, scheduled or unscheduled, noticed or unnoticed, recorded or unrecorded, perfected or

6

unperfected, allowed or disallowed, contingent or non-contingent, liquidated or unliquidated, matured or unmatured, material or non-material, disputed or undisputed, whether arising prior to or subsequent to the commencement of these bankruptcy cases, and whether imposed by agreement, understanding, law, equity or otherwise, including claims otherwise arising under doctrines of successor liability (the items and concepts listed in (A), (B), and (C) above, collectively, the "Interests or Claims").

O.      If the Sale of the Acquired Assets were not free and clear of all Interests or Claims as set forth in the Transfer Agreement and this Order, or if JCI would, or in the future could, be liable for any of the Interests or Claims as set forth in the Transfer Agreement and this Order, JCI would not have entered into the Transfer Agreement and would not consummate the Sale or the transactions contemplated by the Transfer Agreement, thus adversely affecting the Debtors, their estates, and their creditors.

P.      The Debtors may sell their interests in the Acquired Assets free and clear of all Interests or Claims because, in each case, one or more of the standards set forth in 11 U.S.C. § 363(f)(1)-(5) has been satisfied. All holders of Interests or Claims who did not object, or withdrew their objections to the Sale, are deemed to have consented to the Sale, pursuant to 11 U.S.C. § 363(f)(2). Those holders of Interests or Claims who did object fall within one or more of the other subsections of 11 U.S.C. § 363(f) and are adequately protected by having their Interests or Claims, if any, attach to the cash proceeds of the Sale ultimately attributable to the property against or in which they claim an Interest or Claim.

Q.      The Debtors are authorized to sell, transfer, convey or assign to JCI, all of the Debtors' right, title, and interest (including common law rights) to all of their intangible

7

property included in the Acquired Assets to the broadest extent permitted by law and the terms of
the Transfer Agreement.

R.    Approval of the Transfer Agreement and consummation of the Sale of the
Acquired Assets at this time are in the best interests of the Debtors, their creditors, their estates
and other parties in interest.

S.    The liabilities being assumed by JCI under the Transfer Agreement,
including but not limited to those liabilities set forth on Exhibit 3.6H (Environmental Matters)
and Exhibit 4.1 (Employee Matters) to the Transfer Agreement, are an integral part of the
Acquired Assets being purchased by JCI and, accordingly, such assumption is reasonable,
enhances the value of the Debtors' estates, and does not constitute unfair discrimination.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
DECREED THAT:

## General Provisions

1.    The Motion is GRANTED.

## Approval Of The Transfer Agreement

2.    Pursuant to 11 U.S.C. § 363(b), the Transfer Agreement, and all of the
terms and conditions thereof, are hereby approved.

3.    Pursuant to 11 U.S.C. § 363(b), the Debtors are authorized to perform
their obligations under the Transfer Agreement and comply with the terms thereof and
consummate the Sale in accordance with and subject to the terms and conditions of the Transfer
Agreement.

8

4.    Each of the signatories to the Transfer Agreement is directed to take all actions necessary or appropriate to effectuate the terms of this Order with respect to the Sale.

5.    The Debtors are authorized and directed to execute and deliver, and empowered to perform under, consummate, and implement, the Transfer Agreement, together with all additional instruments and documents that may be reasonably necessary or desirable to implement the Transfer Agreement, and to take all further actions as may be requested by JCI for the purpose of assigning, transferring, granting, conveying, and conferring to JCI or reducing to possession, the Acquired Assets, or as may be necessary or appropriate to the performance of the obligations as contemplated by the Transfer Agreement.

6.    This Order and the Transfer Agreement shall be binding in all respects upon all creditors (whether known or unknown) of any Debtor, JCI, all successors and assigns of JCI, the Debtors and their affiliates and subsidiaries, and any subsequent trustees appointed in the Debtors' chapter 11 cases or upon a conversion to chapter 7 under the Bankruptcy Code and shall not be subject to rejection. To the extent any provision of this Order is inconsistent with the terms of the Transfer Agreement, this Order shall govern.

7.    The Transfer Agreement and any related agreements, documents, or other instruments may be modified, amended, or supplemented by the parties thereto in accordance with the terms thereof without further order of the Court; provided that any such modification, amendment, or supplement is not material.

### Sale And Transfer Of The Acquired Assets

8.    Except as expressly permitted or otherwise specifically provided for in the Transfer Agreement or this Order, pursuant to 11 U.S.C. §§ 363(b) and 363(f), upon the

9

consummation of the Transfer Agreement, the Acquired Assets shall be transferred to JCI free
and clear of all Interests or Claims, with all such Interests or Claims to attach to the cash
proceeds of the Sale in the order of their priority, with the same validity, force and effect which
they now have as against the Acquired Assets, subject to any claims and defenses the Debtors
may possess with respect thereto.  Following the date of the completion of the transfer of the
New Brunswick Facility to JCI under the Transfer Agreement (the "Completion Date"), no
holder of any Interests or Claims in the Acquired Assets shall interfere with JCI's use and
enjoyment of the Acquired Assets based on or related to such Interests or Claims, or any actions
that the Debtors may take in their chapter 11 cases and no person shall take any action to prevent,
interfere with or otherwise enjoin consummation of the transactions contemplated in or by the
Transfer Agreement or this Order.

       9.    Except as expressly provided in the Transfer Agreement or this Order,
other than the liabilities assumed under the Transfer Agreement, including but not limited to
those liabilities set forth on Exhibit 3.6H (Environmental Matters) and Exhibit 4.1 (Employee
Matters) to the Transfer Agreement, the sale, transfer, assignment, and delivery of the Acquired
Assets pursuant to the Transfer Agreement shall not be subject to any Interests or Claims, and
Interests or Claims of any kind or nature whatsoever shall attach only to the net proceeds of the
Sale in their order of priority.  All persons and entities, including, but not limited to, all debt
security holders, equity security holders, governmental, tax, and regulatory authorities, lenders,
trade and other creditors, holding Interests or Claims arising in any way in connection with any
acts, or failure to act, of the Debtors or the Debtors' predecessors or affiliates, claims (as that
term is defined in section 101(5) of the Bankruptcy Code), obligations, demands, or guaranties of
any kind and nature against or in the Debtors or the Acquired Assets (whether legal or equitable,

secured or unsecured, matured or unmatured, contingent or noncontingent, senior or

subordinated), arising under or out of, in connection with, or in any way relating to the Debtors,

the Acquired Assets, the operation of the Debtors' battery business prior to the Completion Date,

or the transfer of the Acquired Assets to JCI, hereby are, and will be, forever barred, estopped,

and permanently enjoined from asserting, prosecuting, or otherwise pursuing such Interests or

Claims of any kind or nature whatsoever against JCI, its successors or assigns, their property, or

any designee, such persons' or entities' Interests or Claims.  Following the Completion Date, no

holder of an Interest or Claim (other than holders of liabilities assumed under the Transfer

Agreement, including but not limited to those liabilities set forth on Exhibit 3.6H (Environmental

Matters) and Exhibit 4.1 (Employee Matters) to the Transfer Agreement, on account of such

liabilities only) against the Debtors shall interfere with JCI's title to or use and enjoyment of the

Acquired Assets based on or related to such Interests or Claims and all such Interests or Claims,

if any, shall be and hereby are channeled, transferred and attached solely and exclusively to the

proceeds of the Sale in their order of priority.

        10.      Except as expressly provided in the Transfer Agreement or this Order, the

transfer of the Acquired Assets to JCI pursuant to the Transfer Agreement does not require any

consents other than as specifically provided for in the Transfer Agreement and constitutes a legal,

valid, and effective transfer of the Acquired Assets, and shall vest JCI with all right, title, and

interest of the Debtors in and to the Acquired Assets free and clear of all Interests or Claims of

any kind or nature whatsoever (except for the liabilities assumed under the Transfer Agreement,

including but not limited to those liabilities set forth on Exhibit 3.6H (Environmental Matters)

and Exhibit 4.1 (Employee Matters) to the Transfer Agreement).

11