BRYAN CAVE LLP
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1493

BRYAN CAVE LLP
Lloyd A. Palans (admitted pro hac vice)
Christopher J. Lawhorn (admitted pro hac vice)
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com

*Attorneys for Spartech Corporation and Spartech Polycom*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                                         :
In re:                                                                   :    Chapter 11:
                                                                         :
DELPHI CORPORATION, *et al.*,              :    Case No. 05-44481 (RDD)
                                                                         :
                                                                         :    Jointly Administered
-------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF REQUEST FOR PAYMENT OF PROPOSED CURE
CLAIMS OF SPARTECH CORPORATION PURSUANT TO CONFIRMATION ORDER
AND SECTION 8.2(B) OF FIRST AMENDED JOINT PLAN OF REORGANIZATION**

    Spartech Corporation, Spartech Polycom and their affiliates (collectively, "Spartech"), by

and through undersigned counsel, respectfully state as follows:

    1.  On March 10, 2008, Spartech filed its Notice of Proposed Cure Claims Of

Spartech Corporation Pursuant To Confirmation Order And Section 8.2(b) Of First Amended

Joint Plan Of Reorganization (Docket No. 13042) (the "Cure Proposal"), asserting that Spartech

3518761.2                                                   1

was owed certain cure payments in connection with the assumption of Spartech's contracts by Delphi Corporation and its affiliated debtors (the "Debtors").

2. On or about October 29, 2010, the Debtors filed their Motion For Order Resolving Outstanding Objections To Cure Of Material Supply Agreements And Cure Proposals For Certain Executory Contracts And Unexpired Leases, which included an objection to Spartech's Cure Proposal.

3. Spartech hereby withdraws its Cure Proposal in full and final resolution of its request for payment of the amounts set forth in the Cure Proposal.

4. Nothing set forth in this Notice of Withdrawal shall be deemed to affect any rights, claims, or defenses Spartech may have in connection with the assumption of Spartech's contracts by the Debtors other than those claims asserted in the Cure Proposal, all of which rights, claims, and defenses of Spartech are expressly reserved.

Dated: Nov. 11, 2010

Respectfully submitted,

/s/ Michelle McMahon
BRYAN CAVE LLP
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1493

BRYAN CAVE LLP
Lloyd A. Palans (admitted pro hac vice)
Christopher J. Lawhorn (admitted pro hac vice)
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com

*Attorneys for Spartech Corporation and Spartech Polycom*