UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: DPH Holdings Corp., et al.

                        Debtor

Case No.: 05-44481
Chapter 11

------------------------------------------------------------x

                        Plaintiff

                 v.

                        Defendant

Adversary Proceeding No.: _____

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark Pfeiffer, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent ATEL Leasing Corporation, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 11/12/10
White Plains, New York

_____
*Mailing Address*:
Buchanan Ingersoll & Rooney PC
50 S. 16th St., Ste. 3200
Philadelphia, PA 19102
*E-mail address*: mark.pfeiffer@bipc.com
*Telephone number*: (215) 665-8700