| | |
|---|---|
| From: | "Chiappetta, Louis S" <Louis.Chiappetta@skadden.com> |
| To: | "'rdd.chambers@nysb.uscourts.gov'" <rdd.chambers@nysb.uscourts.gov> |
| Date: | 11/09/2010 02:43 PM |
| Subject: | DPH Holdings: Letter to Judge Drain From Thomas Falencik |

Dear Judge Drain,

Attached please find a letter from Thomas Falencik which was directed to Your Honor, but which was sent to and received by our office. Mr. Falencik filed proof of administrative claim number 18301 on July 13, 2009 (attached) that asserts damages which arose in March 2003. Proof of administrative expense claim number 18301) was objected to and expunged pursuant to the Forty-Seventh Omnibus Claims Objection Order (Docket No. 20188) entered March 25, 2010 (attached).

Unless Your Honor suggests otherwise, the Reorganized Debtors do not believe that any further action by the Reorganized Debtors is necessary in response to this letter.

Please let me know if you have any questions or concerns.

Respectfully submitted,

Louis S. Chiappetta

**Louis S. Chiappetta**
Associate
**Skadden, Arps, Slate, Meagher & Flom LLP**
155 North Wacker Drive | Chicago | Illinois | 60606-1720
T: 312.407.0965 | F: 312.827.9317
louis.chiappetta@skadden.com

------------------------------------------------------------------------
*****************************************************
To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
*****************************************************
*****************************************************
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

Your Honor

I had a claim against Delph Corporation. I called Kurtzman Carson Consultant they or him hung up and said I had nothing coming

I was wounded for the service Korean Conflict in 1954 we could pay off debts all over the world now ever have to get our checks for china. I am very upset the way this was handled. The man should not have a license to be a attorney

I have some friends in Washington

that caused helps me and if that
way they wanted. They will get it.

I am 74 was in the Korean Conflicts
in 1956 the good. How can the Do
this to a disabled Veteran

Its people like this that brought
our Country to this level.

Yours truly

Thomas Adams

Your honor 05-44481

Please reply.

His name was Juin

