# Satterlee Stephens Burke & Burke LLP

230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818 9200

33 WOOD AVENUE S.
ISELIN, NJ 08830-2735
(732) 603-4966

FAX (212) 818-9606/7
www.ssbb.com

E-Mail: tbrock@ssbb.com
Direct Dial: (212) 404-8781

November 16, 2010

**BY ECF and E-MAIL**

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4155

   Re: In re DPH Holdings Corp., et al.
     Chapter 11 Case No. 05-44481 (RDD)

Dear Judge Drain:

  On behalf of the VEBA Committee, we are writing to inform the Court that the VEBA Committee and the 1114 Committee have reached an agreement concerning the amendments to the DSRA VEBA Trust Agreement (the "Trust Agreement") relating to the election of future VEBA Committee members. The parties are currently in the process of amending and restating the Trust Agreement and drafting a side agreement to reflect the precise details of their agreement. The parties intend to either have something filed with the Court prior to, or jointly presented by both parties at, the November 18, 2010 adjourned hearing.

  We are happy to consent to Mr. Gloster's telephonic appearance and respectfully request that Ms. Beaty also be allowed to appear telephonically.

          Respectfully,

          /s/ Timothy T. Brock

          Timothy T. Brock

TTB:tcl

Cc:\ Patricia L. Beaty, Esq.
Cc:\ Dean M. Gloster, Esq.
Cc:\ Greg M. Zipes, Esq., Counsel for the Office of the U.S. Trustee *(by mail)*
Cc:\ Albert L. Hogan, III, Esq., Counsel for Reorganized Debtors