Hearing Date and Time: November 18, 2010 at 10:00 am<br>
Response Date and Time: November 16, 2010 at 4:00 pm

BUCHANAN INGERSOLL & ROONEY PC
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: peter.russ@bipc.com
Peter S. Russ, Esquire

*Attorneys for ATEL Leasing Corporation,*
*as agent for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :     Chapter 11
In re:                                                       :
                                                             :     Case No. -05-44481 (RDD)
DELPHI CORPORATION, et al.,                                  :
                                                             :     (Jointly Administered)
                         Debtors.                            :
------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2010 I caused to be served the SUPPLEMENTAL RESPONSE OF ATEL LEASING CORPORATION TO REORGANIZED DEBTORS' OBJECTIONS TO (I) PROOF OF ADMINISTRATIVE CLAIM NUMBER 18427 AND (II) THE ADMINISTRATIVE EXPENSE CLAIM ASSERTED IN THE MOTION OF ATEL LEASING CORPORATION AT DOCKET NO. 6990 upon the persons and entities listed as noted thereon.

Dated: New York, New York
November 16, 2010

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**
*Attorneys for ATEL Leasing Corporation as agent*
*for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

By:    /s/Peter S. Russ

Peter S. Russ, Esq.
620 Eighth Avenue, 23rd Floor
New York, New York 10018
Telephone:  (212) 440-4400
Facsimile:  (212) 440-4401
E-mail: peter.russ@bipc.com

Service List

Overnight Mail:

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street, Courtroom 118
White Plains, NY  10610

DPH Holdings Corp.
Attn: President
5725 Delphi Drive
Troy, MI  48098

Overnight Mail and Electronic Mail:

Skadden , Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn:   John Wm. Butler, Jr. c/o Louis Chiappetta, Esquire-louis.chiappetta@skadden.com
        John K. Lyons c/o Louis Chiappetta, Esquire-louis.chiappetta@skadden.com

All other interested parties via ECF Notification

#2853008-v1