**Hearing Date:  December 16, 2010**
                                                **Hearing Time:  10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |
|---|---|
| : | |
| In re                                : | Chapter 11 |
| : | |
| DPH HOLDINGS CORP., et al.,          : | Case No. 05-44481 (RDD) |
| : | |
| : | (Jointly Administered) |
|                Reorganized Debtors.     : | |
| : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | |

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY WITH
RESPECT TO PROOF OF ADMINISTRATIVE EXPENSE CLAIM NO. 19567
<u>(CATHY L. ANDERSON)</u>

("SUPPLEMENTAL REPLY – CATHY L. ANDERSON")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") hereby submit this Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 19567 (the "Supplemental Reply") filed by the Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association (the "Association") on behalf of Cathy L. Anderson (the "Claimant") and respectfully represent as follows:

1. On October 26, 2010, the Reorganized Debtors filed their Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19567 (Cathy L. Anderson) (Docket No. 20747) (the "Statement of Disputed Issues").

2. Because Ms. Anderson has not filed a supplemental response, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon the Statement of Disputed Issues.[1]

3. The Reorganized Debtors reserve all of the their rights to (a) supplement this Supplemental Reply and (b) assert that Ms. Anderson has not followed the claims objection procedures approved by this Court.

---

[1] The Reorganized Debtors' have granted the Association an extension until November 18, 2010, to file a supplemental response. In the event that the Association files a supplemental response by that date, the Reorganized Debtors' deadline to file a supplemental reply will be December 6, 2010.

2

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) modifying and allowing proof of administrative expense claim number 19567 as an administrative expense priority claim payable to the Claimant in the amount of $4,688.00 in full satisfaction of proof of administrative expense claim number 19567 and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:   New York, New York
        November 16, 2010

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

3