**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

In re: DPH Holdings, Corp. et al.,                    Case No.: 05-44481

                     Debtor                                   Chapter 11

-------------------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark Pfeiffer, to be admitted, *pro hac vice,* to represent ATEL Leasing Corporation (the "Client") a creditor in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED** that Mark Pfeiffer, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 17, 2010

White Plains, New York                      */s/* Robert D. Drain
                                                     UNITED STATES BANKRUPTCY JUDGE