**Hearing Date: November 18, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
  In re                                       :    Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,       :    Case No. 05-44481 (RDD)
                                            :
              Reorganized Debtors.  :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED SIXTY-FIRST OMNIBUS HEARING AGENDA

Location Of Hearing:       United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixty-First Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (2 Matters)

    D.    Contested Matters (3 Matters)

    E.    Adversary Proceedings (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters***

    1.    **"Wiegel Tool Works, Inc."** - Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20484)

        *Responses filed:*    None.

        *Replies filed:*    None.

        *Related filings:*    *Notice Of Motion By Wiegel Tool Works, Inc. For Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60(B) And Fed R. Bankr. P. 9024 (Docket No. 20483)*

        *Notice Of Adjournment Of Hearing (Docket No. 20543)*

        *Notice Of Adjournment Of Hearing On Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20665)*

---

\*    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

|  |  | *Notice Of Adjournment Of Hearing On Motion (Docket No. 20770)* |
|---|---|---|
|  | *Status:* | *The hearing with respect to this matter has been adjourned to the December 16, 2010 omnibus hearing pursuant to the Notice Of Adjournment Of Hearing On Motion (Docket No. 20770).* |

**C.     Uncontested, Agreed, Withdrawn, Or Settled Matters**

    2.    **"Debtors' Motion to Enforce"** – Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20364)

| | | |
|---|---|---|
| | *Responses filed:* | *FKMT, LLC f/k/a Monarch Transport, LLC's Response To Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Order Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20445)* |
| | *Replies filed:* | *Reorganized Debtors' Omnibus (I) Reply To FKMT, LLC f/k/a Monarch Transport, LLC's Response To Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20445) And (II) Objection To FKMT, LLC f/k/a Monarch Transport, LLC's (A) Motion To Lift Plan Injunction (Docket No. 20444) And (B) Motion For Declaration That The Administrative Expense Claims Bar Date Does Not Apply (Docket No. 20482) (Docket No. 20670)* |
| | *Related filings:* | *FKMT, LLC f/k/a Monarch Transport, LLC's Motion To Lift The Injunction Contained In The Modification Approval Order And Modified Plan (Docket No. 20444)* |
| | | *FKMT, LLC f/k/a Monarch Transport, LLC's Motion For Declaration That The Administrative Expense Claims Bar Date Does Not Apply (Docket No. 20482)* |
| | | *Stipulation And Consent Order Resolving Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC f/k/a Monarch* |

       *Transport, LLC (Docket No. 20364) And FKMT, LLC f/k/a Monarch Transport, LLC's (A) Motion To Lift Plan Injunction (Docket No. 20444) And (B) Motion For Declaration That The Administrative Expense Claims Bar Date Does Not Apply (Docket No. 20482) (Docket No. 20789)*

    *Status:*   *The matter has been resolved pursuant to the Stipulation And Consent Order Resolving Reorganized Debtors' Motion For An Order To Enforce Modified Plan And Modification Approval Order Injunction Against FKMT, LLC f/k/a Monarch Transport, LLC (Docket No. 20364) And FKMT, LLC f/k/a Monarch Transport, LLC's (A) Motion To Lift Plan Injunction (Docket No. 20444) And (B) Motion For Declaration That The Administrative Expense Claims Bar Date Does Not Apply (Docket No. 20482) (Docket No. 20789) which was entered on November 15, 2010.*

  3. **"8.2(a) and 8.2(b) Cure Related Motion"** - Reorganized Debtors' Motion For Order Resolving Outstanding Objections To Cure Of Material Supply Agreements And Cure Proposals For Certain Executory Contracts And Unexpired Leases (Docket No. 20761)

    *Responses filed:*   None.

    *Replies filed:*   None.

    *Related filings:*   *Notice Of Withdrawal Of Request For Payment Of Proposed Cure Claims Of Spartech Corporation Pursuant To Confirmation Order And Section 8.2(b) Of First Amended Joint Plan Of Reorganization (Docket No. 20780)*

    *Status:*   *The hearing with respect to this matter will be proceeding.*

 D. **Contested Matters**

  4. **"VEBA Committee Motion for Order"** - Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States

4

Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20462)

*Responses filed:*  Reorganized Debtors' Objection To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20525)

*Opposition By Official Committee Of Eligible Salaried Retirees To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court And (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20529)*

*Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20605)*

*Replies filed:*  *Reply In Support Of Final Report And Request For Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20620)*

*Related filings:*  *Notice Of Hearing On Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20463)*

*Notice of Adjourned Hearing (Docket No. 20501)*

*Notice Of Hearing Regarding Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20526)*

*Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20527)*

*Notice Of Adjourned Hearing (Docket No. 20550)*

*Objection Of William P. Gifford (Docket No. 20563)*

*Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20617)*

*Declaration Of Dean M. Gloster In Support Of Reply In Support Of Final Report And Request For Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20622)*

*A Letter In Response To The "Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Reprort [sic] Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d)" (Docket No. 20627)*

*Affidavit Of Patricia L. Beaty, Esq., In Further Support Of The Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20629)*

*Exhibits A To J To Affidavit In Support Of Limited Objection To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. 1114(d) (Docket No. 20630)*

*Objection Of James R. Frost (Undocketed)*

*Objection Of John C. Norris (Undocketed)*

*Objection Of Richard A. Davis (Undocketed)*

6

          *Objection Of Delphi Salaried Retirees Association Board Of Directors (Undocketed)*

          *Objection Of Paul J. Dobosz (Undocketed)*

          *Supplemental Response By Official Committee Of Eligible Salaried Retirees To Limited Objection By VEBA Committee (Docket No. 20681)*

          *Declaration Of Dean Gloster In Support Of Supplemental Response To Limited Objection By VEBA Committee (Docket No. 20682)*

          *Letter by Timothy T. Brock on Behalf of VEBA Committee Regarding Status Update (Docket No. 20797)*

    *Status:*    *The hearing with respect to this matter will be proceeding.*

5.    **"Johnson Controls Motion to Comply"** - Notice Of Motion Of Johnson Controls Inc. Power Solutions And Johnson Controls Battery Group, Inc. For An Order Compelling DPH Holdings To Comply With The Transfer Agreement Relating To Transfer Of Delphi's New Brunswick Battery Facility To Johnson Controls, Inc., For Adequate Assurance Of Financial Ability To Perform Under Transfer Agreement, And In The Alternative, For Leave To Take 2004 Examination Of DPH Holdings Corp And For Other Relief (Docket No. 20656)

    *Responses filed:*    *Reorganized Debtors' Objection To Motion Of Johnson Controls Inc. Power Solutions And Johnson Controls Battery Group, Inc. For An Order Compelling DPH Holdings To Comply With The Transfer Agreement Relating To Transfer Of Delphi's New Brunswick Battery Facility To Johnson Controls, Inc., For Adequate Assurance Of Financial Ability To Perform Under Transfer Agreement, And In The Alternative, For Leave To Take 2004 Examination Of DPH Holdings Corp And For Other Relief (Docket No. 20779)*

    *Replies filed:*    *Reply Memorandum Of Law In Further Support Of Motion Of Johnson Controls Inc. Power Solutions And Johnson Controls Battery Group, Inc. For An Order Compelling DPH Holdings To Comply With The Transfer Agreement Relating To Transfer Of Dephi's New Brunswick Battery Facility To Johnson*

7

|  |  | *Controls, Inc., For Adequate Assurance Of Financial Ability To Perform Under Transfer Agreement, And In The Alternative, For Leave To Take 2004 Examination Of DPH Holdings Corp And For Other Relief (Docket No. 20800)* |
|---|---|---|
|  | *Related filings:* | *New Jersey Department Of Environmental Protection Letter In Support Of Motion (Docket No. 20788)* |
|  | *Status:* | *The hearing with respect to this matter will be proceeding.* |

6. **"Administrative Expense Motion of David Armstrong"** - Motion By David Armstrong To Deem Claim For Administrative Expense Timely Filed Pursuant To Fed. R. Bankr. P. 9006(b) And 11 U.S.C. § 503(b) (Docket No. 20760)

|  | *Responses filed:* | *Reorganized Debtors' Limited Statement Regarding Motion By David Armstrong To Deem Claim For Administrative Expense Claim Timely Filed Pursuant To Fed. R. Bankr. P 9006(B) And 11 U.S.C. § 503(b) (Docket No. 20778)* |
|---|---|---|
|  | *Replies filed:* | *None.* |
|  | *Related filings:* | *None.* |
|  | *Status:* | *The hearing with respect to this matter will be proceeding.* |

**F.     Adversary Proceedings**

   *None.*

Dated: New York, New York
       November 17, 2010

                    SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

              By: /s/ John Wm. Butler, Jr.
                   John Wm. Butler, Jr.
                   John K. Lyons
                   Albert L. Hogan III
                   Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

       - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors