Neil A. Goteiner (NG 1644)
Dean M. Gloster, *Pro Hac Vice*
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Hearing Date & Time:  November 18, 2010 at 10:00 a.m. (prevailing Eastern Time)

Attorneys for OFFICIAL COMMITTEE OF
ELIGIBLE SALARIED RETIREES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
In re:

DPH HOLDINGS CORP., et al.,

          Reorganized Debtors.
---------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

Documents Served:    **FURTHER SUPPLEMENTAL RESPONSE BY OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES TO LIMITED OBJECTION BY VEBA COMMITTEE; and**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the documents listed above was served by facsimile on

November 17, 2010, to the parties listed below:

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois  60606
Attn: John Wm. Butler, Jr.
Facsimile:  (312) 407-0411

Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York  10169
Attn:  Timothy T. Brock; Abigail Snow
Facsimile:  (212) 818-9606
    and
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204
Attn:  Patricia L. Beaty
Facsimile:  (317) 636-1507

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004
Attn:  Alicia M. Leonhard
Facsimile:  (212) 668-2255


       I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on November 17, 2010, at San Francisco, California.


                                            /s/  *Barbara Arzio*
                                            Barbara Arzio