The Michaelson Law Firm
Robert N. Michaelson
11 Broadway, Suite 615
New York, New York, 10004
(p) (212) 604-0685
(f) (800) 364-1291

Attorneys for NXP Semiconductors USA, Inc.

**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP, *et al.* | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | |
| _____ | `) | |
| | ) | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC | ) | Adv. Pro. No. 07-02580 (RDD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIPS SEMICONDUCTORS, INC. (n/k/a) NXP SEMICONDUCTORS USA, INC. | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case and adversary proceeding on behalf of NXP Semiconductors USA, Inc. ("NXP") and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the United States Bankruptcy Code, requests that all notices given or required to be given and all papers served in this case and adversary proceeding be delivered to and served upon the person identified below at the following address:

{00001682v1 }

>Robert N. Michaelson
>The Michaelson Law Firm
>11 Broadway, Suite 615
>New York, New York 10004
>(p) (212) 604-0685
>(f) (800) 364-1291
>e-mail: rnm@michaelsonlawfirm.com

**PLEASE TAKE FURTHER NOTICE** that pursuant that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, electronic mail, or otherwise, in this case and adversary proceeding.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive NXP's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which NXP is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby reserved.

November 17, 2010.

>THE MICHAELSON LAW FIRM
>
>/s/ Robert N. Michaelson
>Robert N. Michaelson
>11 Broadway, Suite 615
>New York, New York 10004
>(p) (212) 604-0685
>(f) (800) 364-1291