H. Buswell Roberts, Jr.
2001 South Main Street
Suite 206-A
Blacksburg, VA 24060
Telephone: (540) 951-8320
Fax: (540) 951-8357
*Attorney for Owens Corning Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re<br><br>DPH HOLDING CORP, et al.,<br><br>　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| Delphi Automotive Systems, LLC,<br><br>　　　　Plaintiff,<br>-vs-<br><br>Owens Corning,<br><br>　　　　Defendant. | Adv. Pro. No. 07-02540 (RDD) |

**JOINDER OF OWENS CORNING TO MOTIONS FOR RELIEF FROM FOURTH
ORDER EXTENDING TIME TO SERVE COMPLAINT**

　　　Defendant Owens Corning, by and through counsel, joins and adopts the motions of ATS Automation Tooling Systems Inc. (Docket No. 20699), Doshi Prettl International (Docket No. 20701), the Timken Company and the Timken Corporation (Docket No. 20719) and all other motions (the "Motions") filed by defendants in avoidance actions filed in the above-captioned bankruptcy proceedings. In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Replies. Instead, Defendant hereby

2

incorporated by reference, as if fully stated herein, the arguments and requests for relief set forth in the Motions, to the extent that they are applicable to Owens Corning.

                               Respectfully submitted,

Dated: November 19, 2010

<u>H. Buswell Roberts, Jr.</u>
H. Buswell Roberts, Jr.
2001 South Main Street
Suite 206-A
Blacksburg, VA 24060
Telephone: (540) 951-8320
Fax: (540) 951-8357
Email: hbroberts@live.com
*Attorney for Owens Corning Defendant*