H. Buswell Roberts, Jr.
2001 South Main Street
Suite 206-A
Blacksburg, VA 24060
Telephone: (540) 951-8320
Fax: (540) 951-8357
*Attorney for Owens Corning Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re | Chapter 11 |
| DPH HOLDING CORP, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Reorganized Debtors. | |
| Delphi Automotive Systems, LLC, | Adv. Pro. No. 07-02540 (RDD) |
| Plaintiff, | |
| -vs- | |
| Owens Corning, | |
| Defendant. | |

### NOTICE OF SERVICE

This is to certify that on that on November 19, 2010 a copy of Joinder of Owens Corning to Motions for Relief From Fourth Order Extending Time To Serve Complaint was filed electronically. A copy was mailed by regular U.S. Mail to Chambers and upon:

Butzel Long
Attn: Eric B. Fisher, Esq.
380 Madison Avenue, 22nd Floor
New York, New York 10017

this 19th day of November 2010.

<u>H. Buswell Roberts, Jr.</u>
H. Buswell Roberts, Jr.
2001 South Main Street
Suite 206-A
Blacksburg, VA 24060
Telephone: (540) 951-8320
Fax: (540) 951-8357
Email: hbroberts@live.com
*Attorney for Owens Corning Defendant*
