DELPHI AUTOMOTIVE LLP
5725 Delphi Drive
Troy, Michigan 48098-2815
Sean P. Corcoran
Karen J. Craft

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                              :
   In re                     :         Chapter 11
                              :
DPH HOLDINGS CORP., et al.,    :         Case No. 05-44481 (RDD)
                              :
      Reorganized Debtors.     :         (Jointly Administered)
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINDER OF DELPHI AUTOMOTIVE LLP REGARDING REORGANIZED DEBTORS'
MOTION FOR ORDER ENFORCING MODIFIED PLAN AND PLAN MODIFICATION
ORDER INJUNCTIONS AGAINST INDENTURE TRUSTEE WITH RESPECT TO
CERTAIN 1994 BONDS ISSUED BY THE COUNTY OF TRUMBULL, OHIO

        1.        On November 15, 2010, the Reorganized Debtors filed the Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1994 Bonds Issued By The County Of Trumbull, Ohio (Docket No. 20795) (the "Motion").  Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

        2.        Delphi Automotive LLP agrees with the positions taken by the Reorganized Debtors in the Motion, including the position that the former Debtors have no post-petition administrative claim obligations relating to the Bonds, and it hereby joins the Motion and the requests for relief included therein.

        3.        In addition, to the extent the Indenture Trustee's letter dated August 20, 2010 is construed as a demand for payment from Delphi Automotive LLP or any of its subsidiaries or affiliates, rather than DPH Holdings, the injunctions set forth in the Modified Plan and the Plan Modification Order also prohibit the Indenture Trustee from taking action against

Delphi Automotive LLP or any of its subsidiaries or affiliates as to any prepetition obligations relating to the Bonds.  (<u>See</u> Docket No. 18707 Ex. A art. 11.14; Docket No. 18707 ¶ 22(d).)

Dated: Troy, Michigan
       November 19, 2010

                                      DELPHI AUTOMOTIVE LLP

                            By: /s/ Karen J. Craft
                                Sean P. Corcoran
                                Karen J. Craft
                                5725 Delphi Drive
                                Troy, Michigan 48098-2815