IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
     In re                     :     Chapter 11
:
DPH HOLDINGS CORP., et al.,     :     Case No. 05-44481 (RDD)
:
           Reorganized Debtors.     :     (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

     I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

     On November 17, 2010, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via electronic notification, and (ii) upon the party listed on Exhibit B hereto via postage pre-paid U.S. mail:

1) Reorganized Debtors' Second Supplemental Reply to Responses of ATEL Leasing Corporation to Reorganized Debtors' Objections to (I) Proof of Administrative Expense Claim Number 18427 and (II) the Administrative Expense Claim Asserted in the Motion of ATEL Leasing Corporation at Docket No. 6990 ("Second Supplemental Reply Regarding Administrative Expense Claims of ATEL Leasing Corporation") (Docket No. 20823) [a copy of which is attached hereto as Exhibit C]

2) Reorganized Debtors' Statement in Further Support of Objection to Motion of Johnson Controls Inc. Power Solutions and Johnson Controls Battery Group, Inc. for an Order Compelling DPH Holdings to Comply with the Transfer Agreement Relating to Transfer of Delphi's New Brunswick Battery Facility to Johnson Controls, Inc., for Adequate Assurance of Financial Ability to Perform Under Transfer Agreement, and in the Alternative, for Leave to Take 2004 Examination of DPH Holdings Corp and for Other Relief ("Reorganized Debtors' Statement in Further Support of Objection to Johnson Controls' Motion") (Docket No. 20824)

On November 17, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit D</u> hereto via overnight mail:

3)  Reorganized Debtors' Second Supplemental Reply to Responses of ATEL Leasing Corporation to Reorganized Debtors' Objections to (I) Proof of Administrative Expense Claim Number 18427 and (II) the Administrative Expense Claim Asserted in the Motion of ATEL Leasing Corporation at Docket No. 6990 ("Second Supplemental Reply Regarding Administrative Expense Claims of ATEL Leasing Corporation") (Docket No. 20823) [a copy of which is attached hereto as <u>Exhibit C</u>]

On November 17, 2010, I caused to be served the document listed below upon the parties listed on <u>Exhibit E</u> hereto via overnight mail:

4)  Reorganized Debtors' Statement in Further Support of Objection to Motion of Johnson Controls Inc. Power Solutions and Johnson Controls Battery Group, Inc. for an Order Compelling DPH Holdings to Comply with the Transfer Agreement Relating to Transfer of Delphi's New Brunswick Battery Facility to Johnson Controls, Inc., for Adequate Assurance of Financial Ability to Perform Under Transfer Agreement, and in the Alternative, for Leave to Take 2004 Examination of DPH Holdings Corp and for Other Relief ("Reorganized Debtors' Statement in Further Support of Objection to Johnson Controls' Motion") (Docket No. 20824)

Dated: November 19, 2010

_____/s/ Darlene Calderon_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 19th day of November, 2010, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _/s/ Vanessa R. Quiñones_____

Commission Expires:_3/20/11_____

# EXHIBIT A

Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Deborah L. Thorne Kathleen L. Matsoukas | One N Wacker Drive | Suite 4400 | Chicago | IL | 60606 | 312-357-1313 | dthorne@btlaw.com kmatsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Delphi Automotive Systems LLP | Sean Corcoran Karen Craft David M. Sherbin | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com david.sherbin@delphi.com | Delphi Automotive Systems LLP |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | john.brooks@delphi.com | Reorganized Debtors |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com rweiss@honigman.com | Counsel to General Motors Corporation |
| Ruskin Moscou Faltischek PC | Jeffrey A. Wurst, Esq. | 1425 RXR Plaza | 15th Floor | Uniondale | NY | 11556 | 516-663-6535 | jwurst@rmfpc.com | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Weil, Gotshal & Manges LLP | Harvey R. Miller Robert J. Lemons | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com robert.lemons@weil.com | Counsel to General Motors Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/18/2010 10:57 PM
Post-Emergence Master Service List 100930.xlsx Email (7)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | Christina M. Padien | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-229-1000 | cpadien@akingump.com | Counsel to Wamco, Inc. |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alliance for Sustainable Energy LLC | National Renewable Energy Laboratory | Jim Martin Senior Attorney | 1617 Golden Blvd MS 1734 | Golden | CO | 80401 | | 303-384-7497 | jim.martin@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | Damon R Leichty | 600 1st Source Bank Center | 100 North Michigan | South Bend | IN | 46601 | | 574-233-1171 | damon.leichty@btlaw.com | Counsel to Bank of America, N.A. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|-----------------|
| Barnes & Thornburg LLP | David M. Powlen | 1000 N West Street | Suite 1200 | Wilmington | DE | 19801 | | 302-888-4536 | david.powlen@btlaw.com | Counsel to Howard County, Indiana |
| Barnes & Thornburg LLP | Deborah L. Thorne | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | deborah.thorne@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | jgregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America; Continental AG and Affiliates |
| Barnes & Thornburg LLP | Kathleen L. Matsoukas | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | kathleen.matsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions); Howard County, Indiana |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Sarah Quinn Kuhny | 600 1st Source Bank Center | 100 North Michigan | South Bend | IN | 46601 | | 574-233-1171 | sarah.kuhny@btlaw.com | Counsel to Bank of America, N.A. |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bendinelli Law Office PC | Jerry Sumner | 11184 Huron Street | Suite 10 | Denver | CO | 80234 | | 303-940-9900 | js@colawfirm.com michelle@colawfirm.com | Counsel to Jose C Alfaro |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McCutchen LLP | Kate K Simon | One State Street | | Hartford | CT | 06103 | | 860-240-2700 | kate.simon@bingham.com | Counsel to Sumitomo Corporation and Sumitomo Corp. of America |
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimiliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | Peter S. Russ | 620 Eighth Ave | 23rd Floor | New York | NY | 10018 | | 212-440-4400 | peter.russ@bipc.com | Counsel to ATEL Leasing Corp. |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | Two Liberty Place | 50 S. 16th St., Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |
| Butzel Long | Cynthia J. Haffey | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-983-7434 | haffey@butzel.com | Counsel to Delphi Corporation |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Butzel Long | Donald V. Orlandoni | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-225-7063 | orlandoni@butzel.com | Counsel to Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | john.rapisardi@cwt.com joseph.zujkowski@cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.COM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Kevin Burke | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | kburke@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Cantor Colburn LLP | Michael J Rye | 20 Church Street | 22nd Floor | Hartford | CT | 06103-3207 | | 860-286-2929 | mrye@cantorcolburn.com | Patent Counsel to Delphi Corporation et al., Debtors and Debtors-in-Possession |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | brcy@carsonfischer. | Counsel to Bing Metals Group, LLC; Behr America, Inc.; Findlay Industries; Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | rweisberg@carsonfischer.com brcy@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st  Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electronics Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 4 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 5 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Dechert LLP | Glenn E. Siegel James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | glenn.siegel@dechert.com james.moore@dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Lewis R Olshin Esq | 30 South 17th Street | | Philadelphia | PA | 19103 | | 215-979-1129 | Olshin@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com mreed@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1547 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Robert D. Nachman | 10 South Wacker Drive | Suite 2300 | Chicago | IL | 60606 | | 312-876-1700 | rnachman@dykema.com | Counsel to MJ Celco, Inc. |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | bem@eorrlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 6 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Epstein Becker & Green PC | Maura I. Russell Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | MRussell@ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3694 | eflaagan@faegre.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Ann Marie Uetz | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | auetz@foley.com | Counsel to PBR Tennessee |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | John R. Trentacosta Katherine R. Catanese | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jtrentacosta@foley.com kcatanese@foley.com | Counsel to Kautex Inc. |
| Fox Rothschild LLP | Brian Isen | 1301 Atlantic Avenue | | Atlantic City | NJ | 08401 | | 609-348-2294 | bisen@foxrothschild.com | Counsel to M&Q Plastic Products L.P. |
| Fox Rothschild LLP | Fred Stevens | 100 Park Avenue | 15th Floor | New York | NY | 10017 | | 212-878-7900 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Frost Brown Todd LLC | Ronald E. Gold | 2200 PNC Center | 201 East Fifth Street | Cincinnati | OH | 45202-4182 | | 513-651-6156 | rgold@fbtlaw.com | Counsel to AKS Receivables, LLC |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Hahn Loeser & Parks LLP | Lawrence E Oscar Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | leoscar@hahnlaw.com cpeer@hahnlaw.com | Counsel to Casco Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | ddragich@hdolaw.com | Counsel to Intermet Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 315 Madison Avenue | Suite 901 | New York | NY | 10017 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | 2001 Park Place North | Suite 1400 | Birmingham | AL | 35203 | | 205-251-1000 | rha@hsy.com | Counsel to Simco Construction, Inc. |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 8 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hewlett-Packard Company | Ramona S. Neal | 11311 Chinden Blvd., M/S 314 | | Boise | ID | 83714-0021 | | 208-396-6484 | Ramona.neal@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hodgson Russ LLP | Julia S. Kreher | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1330 | jkreher@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Hogan Lovells US LLP | Matthew P Morris | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | matthew.morris@hoganlovells.com | Counsel to TESA AG |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | I. W. Winsten, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7608 | iww@honigman.com | Counsel to Affina Group Holdings Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |
| Ice Miller LLP | Henry A. Efroymson | One American Square | 29th Floor | Indianapolis | IN | 46482 | | 317-236-2397 | henry.efroymson@icemiller.co m | Counsel to Fin Machine Co. Ltd |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 10 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kerr Russell & Weber PLC | James E. DeLine | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | jed@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| Kerr Russell & Weber PLC | Patrick Warren Hunt | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | pwh@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | David Spiegel | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | david.spiegel@kirkland.com | |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | Northern Indiana Public Service Company | 801 East 86th Avenue | Merrillville | IN | 46410 | | | pepope@nisource.com | Kokomo Gas & Fuel Company |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9489 | jkaye@kramerlevin.com | Counsel to HP Enterprise Services, LLC; Vishay Americas Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 11 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Krieg Devault LLP | Patricia L. Beaty Esq | One Indiana Square, Suite 2800 | | Indianapolis | IN | 46204 | | 317-636-4341 | pbeaty@kdlegal.com | Co-Counsel for Delphi Salaried Retirees Association Benefit Trust VEBA Committee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | adbruski@lambertleser.com | Counsel to Creditor Linamar Corp. |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq. | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc. |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 13 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McDermott Will & Emery LLP | James M. Sullivan | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5477 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller; JAE Electronics, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 14 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|-----------------|
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Enhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | swansonm@millercanfield.com | Counsel to Brose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pjricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 15 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | l.moore@pnc.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 51 West 52nd Street at 6th Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Penachio Malara LLP | Anne Penachio | 235 Main Street | Suite 600A | White Plains | NY | 10601 | | 914-946-2889 | apenachio@pmlawllp.com | Counsel to UVA Machine Company and its successors by acquisition |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Ametek; Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 | | 856-840-2870 | xst@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 18 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.L. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | david.karp@srz.com | Counsel to Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, LP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Automotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | 420 Lexington Ave Ste 2400 | | New York | NY | 10170 | | 212-389-7818 | barryster@att.net | Counsel to Marybeth Cunningham |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | bshaw100@shawgussis.com | Counsel to ATC Logistics & Electronics, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 19 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | opinkas@sonnenschein.com | Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | przekopshaws@michigan.gov | Assistant Attorney General as Attorney for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 20 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 / 502-587-3400 | wbeard@stites.com / loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Eliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 37th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@thompsoncoburn.com | Counsel for Penn Aluminum International Inc |
| Thompson Hine LLP | Jennifer L Maffett | 2000 Courthouse Plaza NE | 10 W Second St | Dayton | OH | 45402 | | 937-443-6600 | Jennifer.Maffett@ThompsonHine.com | Counsel to Rieck Group, LLC n/k/a Mechanical Construction Managers, LLC |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Todtman Nachamie Spizz & Johns PC | Janice B. Grubin | 425 Park Avenue | 5th Floor | New York | NY | 10022 | | 212-754-9400 | jgrubin@tnsj-law.com | Counsel to Vanguard Distributors, Inc. |
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers St 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov Joseph.Cordaro@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 21 of 22

11/18/2010 10:57 PM
Email (394)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburg | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | mbusenkell@wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 22 of 22

11/18/2010 10:57 PM
Email (394)

# EXHIBIT B

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|------------------|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/18/2010 10:58 PM
Post-Emergence Master Service List 100930.xlsx US Mail (1)

# EXHIBIT C

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |
|---|---|
| | : |
| In re | :   Chapter 11 |
| | : |
| DPH HOLDINGS CORP., et al., | :   Case Number 05-44481 (RDD) |
| | : |
| | :   (Jointly Administered) |
| Reorganized Debtors. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SECOND SUPPLEMENTAL REPLY TO RESPONSES OF
ATEL LEASING CORPORATION TO REORGANIZED DEBTORS' OBJECTIONS TO (I)
PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 18427 AND (II) THE
ADMINISTRATIVE EXPENSE CLAIM ASSERTED IN THE MOTION
OF ATEL LEASING CORPORATION AT DOCKET NO. 6990

("SECOND SUPPLEMENTAL REPLY REGARDING ADMINISTRATIVE
EXPENSE CLAIMS OF ATEL LEASING CORPORATION")

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-
captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors") hereby submit
the Reorganized Debtors' Second Supplemental Reply To Responses Of ATEL Leasing
Corporation To Reorganized Debtors' Objections To (I) Proof Of Administrative Expense Claim
Number 18427 And (II) The Administrative Expense Claim Asserted In The Motion Of ATEL
Leasing Corporation At Docket No. 6990 (the "Second Supplemental Reply"), and respectfully
represent as follows:

<u>Preliminary Statement</u>

1.    Contrary to the plain and unambiguous language of the ATEL
Stipulation,[1] ATEL asserts two arguments in its Supplemental Response[2] for why the plain
language of the release provision does not control: (i) the release in the ATEL Stipulation is
ambiguous and open to two separate interpretations and (ii) in the alternative, if the release in the
ATEL Stipulation is not ambiguous, then ATEL should be permitted to present evidence of
unilateral mistake in connection with the negotiation and execution of the ATEL Stipulation,
with the hope of striking the release language negotiated between the parties.  (Supplemental
Response ¶¶ 20-22.)  To the contrary, "[i]f the contractual language is unambiguous, courts must
interpret and enforce the contract as written, because an unambiguous contract reflects the
parties' intent as a matter of law." <u>In re Egbert R. Smith Trust</u>, 480 Mich. 19, 25 (2008); <u>see also</u>
<u>Rory v. Continental Insurance Co.</u>, 473 Mich. 457, 468 (2005) (contracts are to be enforced as

---

[1]    Capitalized terms used and not otherwise defined herein have the meanings ascribed to them in the Reorganized
Debtors' Supplemental Reply To Responses Of ATEL Leasing Corporation To Reorganized Debtors'
Objections To (I) Proof Of Administrative Expense Claim Number 18427 And (II) The Administrative Expense
Claim Asserted In The Motion Of ATEL Leasing Corporation At Docket No. 6990 (Docket No. 20776) (the
"First Supplemental Reply").

[2]    Supplemental Response Of ATEL Leasing Corporation To Reorganized Debtors' Objections To (I) Proof Of
Administrative Claim Number 18427 And (II) The Administrative Expense Claim Asserted In The Motion Of
ATEL Leasing Corporation At Docket No. 6990 (Docket No. 20798) (the "Supplemental Response").

written); <u>DaimlerChrysler Corp. v. Wesco Distribution, Inc.</u>, 281 Mich. App. 240, 248 (Mich. Ct.

App. 2008) (quoting <u>Badiee v. Brighton Area Schools,</u> 265 Mich. App. 343, 351 (Mich. Ct. App.

2005) ("An unambiguous contract must be enforced according to its terms.")).

2.    The release in the ATEL Stipulation is clear.  First, ATEL released all

claims relating to the ATEL Cure Proposal or Assumption and Assignment Objection.  Second,

ATEL released all claims "which the ATEL Releasing Parties have, ever had, or hereafter shall

have against the Debtors."  (ATEL Stipulation ¶ 3.)  Moreover, the parties did contemplate a

global release of all claims which arose before the date of the ATEL Stipulation, as reflected by

the carve-out in paragraph 6 for any claims "arising after [October 7, 2009]."  (ATEL Stipulation

¶ 6.)

3.    This Court has already interpreted a substantially similar release provision

in these chapter 11 cases, and accordingly the law of the case supports the Reorganized Debtors'

position that the unambiguous terms of the release in paragraph 3 of the ATEL Stipulation

effectively releases ATEL's administrative expense claims.  (<u>See</u> Nov. 29, 2007 Hr'g Tr. at 49:4-

10 ("Hr'g Tr.") ("[I]t is a release not only of claims, which may be susceptible to a somewhat

narrow definition but might not apply to administrative expense claims . . . [b]ut also releases the

right to assert any liability of any kind or nature whatsoever including those arising under statute.

And of course, the basis for asserting an administrative expense is under Section 503(b) of the

Bankruptcy Code.").)  A copy of the relevant portion of the hearing transcript is attached hereto

as <u>Exhibit A</u>.  Moreover, the cases cited by ATEL to argue that broad releases are ambiguous if

the release does not specify in a recital each claim being released are inapposite.  Finally, a

unilateral mistake by ATEL in releasing its claims that arose prior to the date of the ATEL

Stipulation does not provide a basis for rewriting the terms of the contract.

Argument

4.        For the reasons set forth below, each of proof of administrative expense

claim number 18427 and the administrative expense claim asserted in the motion at docket

number 6990 should be disallowed and expunged in its entirety, and ATEL's motion at docket

number 6990 should be deemed moot because ATEL has not stated a valid claim (i.e. a

sufficiency hearing is appropriate).[3]

B.        The ATEL Stipulation Releases The Claims.

5.        If a contract is unambiguous on its face, its proper construction is a

question of law.  Wilkie v. Auto-Owners Ins. Co., 469 Mich. 41, 47 (2003).  Pursuant to the

ATEL Stipulation, the release provides as follows:

> The ATEL Releasing Parties further release and waive any right to assert any
> other claim, cause of action, demand, lien, or liability of every kind and nature
> whatsoever, including those arising under contract, statute, or common law,
> whether or not known or suspected at this time, which relate to the ATEL Cure
> Proposal or Assumption and Assignment Objection or which the ATEL Releasing
> Parties have, ever had, or hereafter shall have against the Debtors based upon,
> arising out of, related to, or by reason of any event, cause, thing, act, statement, or
> omission occurring before the date of this Stipulation.

(ATEL Stipulation ¶ 3 (emphasis added).)  As discussed above, this Court has already ruled on

the validity of a substantially similar release at the Twenty-Fifth Omnibus Hearing in these

chapter 11 cases.  The arguments raised by ATEL in its attempt to inject ambiguity into a crystal

clear release run contrary to the law of the case.  In November 2007, this Court denied a motion

for administrative expense claim filed by Intermet Corporation.  (Hr'g Tr. 49-50.)  Previously,

Intermet Corporation expressly released all prepetition claims against the Debtors as a part of the

settlement of its proofs of claim numbers 14107, 14489, and 15770 (the "Interment Settlement

---

[3]    ATEL filed a motion at docket number 6990 that asserted amounts owed on account of postpetition lease
payments that arose before February 17, 2007 and proof of administrative expense claim number 18427 that
asserted amounts owed on account of postpetition lease payments that were due on or before May 31, 2009.

4

Agreement").[4]  At the hearing, this Court ruled that the release was "a release not only of claims,

which may be susceptible to a somewhat narrow definition but might not apply to administrative

expense claims . . . [b]ut also releases the right to assert any liability of any kind or nature

whatsoever including those arising under statute. And of course, the basis for asserting an

administrative expense is under Section 503(b) of the Bankruptcy Code."  (Hr'g Tr. at 49:4-10.)

Specifically, this Court ruled that because Intermet's claim was "very clearly related to and by

reason of a prepetition thing, the defining agreement, that gives rise to the right to the refund."

(Id. at 49: 21-23.)  And accordingly, "based on a reading of the settlement agreement, . . .

Intermet has released this claim."  (Id. at 50:3-4.)

> 6.      In its attempt to avoid the plain and unambiguous language of the broad

release, ATEL asserts that "the recitals do not state that the parties intend to resolve any other

issues or claims." (Supplemental Response ¶ 20.)  Specifically, ATEL asserts that the intent of

the ATEL Stipulation "was to resolve solely the parties' disputes concerning the cure amount and

administrative expense claim for one group of equipment schedules."  (Supplemental Response ¶

9 (emphasis added).)  ATEL contradicts its interpretation regarding the intent of the ATEL

Stipulation later on in the same pleading, however, when it states that the ATEL Stipulation

"expressly contains a recital that 'the Debtors and ATEL have reached an agreement to settle and

resolve the ATEL Cure Proposal and the Assumption And Assignment Objection'."

(Supplemental Response ¶ 20 (emphasis added).)  The ATEL Cure Proposal, which is attached

---

[4]    The Intermet Settlement Agreement provided that Intermet Corporation:

> Release[s] and waive[s] any right to assert any other claim, cause of action, demand, or liability
> of every kind and nature whatsoever, including those arising under contract, statute, or common
> law, whether or not known or suspected at this time, which relate to the Claim and which the
> Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising
> out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring
> before the Petition Date.

(See Docket No. 11075 Exh. B.)

hereto as <u>Exhibit B</u>, asserted a cure amount of $710,881.87, which arose under the very same

Leases described in the Supplemental Response and was not limited to the one group of

equipment schedules that ATEL asserts were released in the ATEL Stipulation.  Moreover,

paragraph 6 of the ATEL Stipulation contains an express carve-out from the broad release in

paragraph 3, further refuting ATEL's argument that the other provisions of the contract favor a

narrow reading of the release.  Paragraph 6 of the ATEL Stipulation states:

> Any claims <u>arising after the date of this Stipulation</u> or relating to outstanding
> postpetition obligations that are not yet due and payable in connection with ATEL
> contracts being in connection with ATEL contracts being assumed by the Debtors
> and assigned to the applicable buyer <u>shall either be (i) paid in the ordinary course
> or (ii) subject to the procedures set forth in the Modified Pan for the payment of
> Administrative Claims</u>.

(ATEL Stipulation ¶ 6 (emphasis added).)  Thus, the terms of the ATEL Stipulation itself

contemplate a broad release.

      7.      To support its assertion that the release is ambiguous, ATEL relies on

<u>Rickel & Assoc., Inc. v Smith</u>, 272 B.R. 74 (Bankr. S.D.N.Y. 2002).[5]  <u>Rickel</u> is not on point.  In

<u>Rickel</u>, the defendants "intentionally or recklessly provided . . . false information" and defrauded

the debtor-plaintiff and the creditors' committee into selling stock warrants owned by the debtor-

plaintiff to the defendants for much less than they were actually worth.  <u>Id.</u> at 82.

      8.      One of the defendants in <u>Rickel</u> attempted to rely on broad release

language contained in a settlement of an employment dispute between himself and the debtor-

plaintiff where bad faith and potential fraud were at issue.  Notably, the release language was

contained in a settlement agreement executed in June 2000, only three months after the sale in

---

[5]    The other cases upon which ATEL relies are also distinguishable.  <u>See</u> <u>Warden v. E.R. Squibb & Sons</u>, 840 F.
Supp. 203 (E.D.N.Y. 1993) (construing agreement so that it is legally enforceable); <u>Perritano v. Mamaroneck</u>,
126 A.D. 2d 623 (N.Y. App. Div. 2d Dep't 1987) (determining rights under collective bargaining agreement).

question and nearly <u>eight months before</u> the court appointed examiner filed its report examining

the potentially fraudulent activity of the defendant.  <u>Rickel</u>, 274 B.R. at 84.  Moreover, another

provision of the settlement agreement contained a waiver of rights, but the debtor (the releasing

party) did not waive any rights pursuant to that provision.  <u>Id.</u> at 86.  Accordingly, the

bankruptcy court found that the settlement agreement contained "facial ambiguity."  <u>Id.</u>

       9.      The ATEL Stipulation, on the other hand, was the result of good faith

negotiations between sophisticated parties represented by counsel to reach the resolution of a

commercial dispute.  Moreover, there are no conflicting provision of the ATEL Stipulation and

no allegations of underlying fraud.  And unlike <u>Rickel</u>, where the party granting the releases may

not have known of the claims it was releasing (or believed these claims were not valuable due to

the misrepresentations of the defendant), the ATEL Stipulation contains a release of claims

already asserted by ATEL at the time the ATEL Stipulation was signed.[6]  Indeed, as explained

above, the carve-out in paragraph 6 of the ATEL Stipulation reflects a knowledge of what was

being released.  Under Michigan law, the express terms of a release govern its scope  <u>See</u>

<u>Taggart v. United States</u>, 880 F.2d 867, 869 (6th Cir. Mich. 1989); <u>see</u> <u>also</u> <u>Locafrance U.S.</u>

<u>Corp. v. Intermodal Sys. Leasing, Inc.</u>, 558 F.2d 1113, 1115 (2d Cir. 1977) (where a general

release is given in a commercial dispute, and reflects the product of negotiation by parties

represented by counsel, it is less likely that a court will find the broad language to be inadvertent

or unintended.).

      10.     Furthermore, ATEL's interpretation of the release would render large

sections of paragraphs 3 and 6 of the ATEL Stipulation superfluous.  Courts disfavor contract

---

[6]    Claims arising under the very same Leases that were asserted in Claim 18427 and the ATEL Administrative
Claim asserted in the Motion were also asserted in the ATEL Cure Proposal.

interpretations that render provisions of a contract superfluous. See Klapp v United Ins. Group Agency, Inc., 468 Mich. 459, 468 (2003) ("A court must give effect to every word, phrase, and clause in a contract and avoid an interpretation that would render any part of the contract surplusage or nugatory."); see also Third Horizon Group V. Molitor & Molitor, Inc., 2001 Mich. App. LEXIS 1159, *9 (Mich. Ct. App. Aug. 24, 2001).  Specifically, ATEL asserts that the broad release only relates to the Assumption and Assignment Agreement and the ATEL Cure Proposal. According to ATEL's interpretation, the emphasized language would be superfluous:

> The ATEL Releasing Parties further release and waive any right to assert any other claim, cause of action, demand, lien, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time, which relate to the ATEL Cure Proposal and Assumption and Assignment Objection <u>or which the ATEL Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring before the date of this Stipulation</u>.

(ATEL Stipulation ¶ 3.)  Because ATEL expressly released "any right to assert any other claim, cause of action, demand, lien, or liability of every kind and nature whatsoever, including those arising under contract, statute, or common law, whether or not known or suspected at this time . . . which the ATEL Releasing Parties have, ever had, or hereafter shall have against the Debtors based upon, arising out of, related to, or by reason of any event, cause, thing, act, statement, or omission occurring before the date of this Stipulation," any argument that ATEL may have regarding the narrow interpretation of the release provision of the ATEL Stipulation is without merit.  Likewise, if ATEL's interpretation of the release were correct, the carve-out in paragraph 6 of the ATEL Stipulation for claims "arising after the date of the Stipulation" would be unnecessary because nothing other than the ATEL Cure Proposal or Assumption and Assignment Objection would have been released.  (ATEL Stipulation ¶ 6.)

11.    <u>ATEL Cannot Rewrite The ATEL Stipulation On The Grounds Of</u>

<u>Unilateral Mistake</u>.  "To obtain reformation, a plaintiff must prove a mutual mistake of fact, or

mistake on one side and fraud on the other, by clear and convincing evidence.  A unilateral

mistake is not sufficient to warrant reformation.  A mistake in law – a mistake by one side or the

other regarding the legal effect of an agreement – is not a basis for reformation."  <u>Casey v. Auto</u>

<u>Owners Ins. Co.</u>, 729 N.W. 2d 277, 285 (Mich. Ct. App. 2006).  Because there is no allegation of

fraud or wrongdoing by the Debtors and the ATEL Stipulation is unambiguous, even a unilateral

mistake of fact by ATEL would not provide a basis for reforming or rescinding the ATEL

Stipulation.  Accordingly, an evidentiary hearing is not necessary to establish that paragraph 3 of

the ATEL Stipulation releases any claims against the Reorganized Debtors arising prior to

October 7, 2009. <u>See</u> <u>generally</u>, <u>Wilkie v. Auto-Owners Ins. Co.</u>, 469 Mich. 41, 47 (2003) (the

proper interpretation of a contract is a question of law).

<div align="center">Conclusion</div>

12.    For the foregoing reasons, and because ATEL's claims arose before

October 7, 2009 and have been fully released pursuant to the ATEL Stipulation, therefore (a)

ATEL has not met its burden of proof to establish a claim against the Reorganized Debtors and

(b) the Claims fail to state a claim against the Reorganized Debtors under Bankruptcy Rule 7012.

Because the Claims have been fully released by the ATEL Stipulation, the Forty-Sixth Omnibus

Claims Objection and the Forty-Eighth Omnibus Objection should be sustained as to the Claims,

and each of the Claims should be disallowed and expunged in its entirety.  Furthermore, because

all other issues asserted in the Motion were resolved through the Assumption and Assignment

Process, the Motion should be rendered moot.

WHEREFORE the Reorganized Debtors respectfully request this Court enter an

order (a) sustaining the objections relating to the Claims, (b) disallowing and expunging each of

the Claims in its entirety, (c) rendering moot the motion of ATEL Leasing Corporation filed at

docket number 6990, and (d) granting such further and other relief this Court deems just and

proper.

Dated:    New York, New York
       November 17, 2010

                  SKADDEN, ARPS, SLATE, MEAGHER
                   & FLOM LLP

                  By:  /s/ Ron E. Meisler            
                     John Wm. Butler, Jr.
                     John K. Lyons
                     Ron E. Meisler
                  155 North Wacker Drive
                  Chicago, Illinois 60606

                     - and -

                  Four Times Square
                  New York, New York 10036

                  Attorneys for DPH Holdings Corp., et al.,
                     Reorganized Debtors

# Exhibit A

1

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Case No. 05-44481

5    - - - - - - - - - - - - - - - - - - - -x

6    In the Matter of:

7

8    DELPHI CORPORATION,

9

10            Debtor.

11

12    - - - - - - - - - - - - - - - - - - - -x

13

14                    United States Bankruptcy Court

15                    One Bowling Green

16                    New York, New York

17

18                    November 29, 2007

19                    10:08 AM

20

21    B E F O R E:

22    HON. ROBERT D. DRAIN

23    U.S. BANKRUPTCY JUDGE

24

25

0544481071217000000000003

31

1   and adequate notice.  And, frankly, I think what you're doing,

2   as far as the particularized notices, is more than the rule

3   requires.  But I'm happy to hear that motion.

4           MR. BUTLER:  Your Honor, I'm actually hopeful that

5   Your Honor, when we file the motion at the end of the day, that

6   we will be able to continue our current procedures.  Because we

7   think they are with Your Honor early on in this case one in

8   particularized notice and we've been doing that.  So I think

9   that we probably far see the amended Rule.  But the point for

10  us is we simply didn't want to have an ambiguity in this record

11  and then have all of a sudden objections based on --

12          THE COURT:  No, I understand that.

13          MR. BUTLER:  -- noncompliance of the rules.  So --

14          THE COURT:  I understand that.  That's fine.

15          MR. BUTLER:  So we will be filing that on Friday for

16  consideration.

17          THE COURT:  Okay.  In other words, I think you can

18  still have omnibus objections as long as people get

19  particularized notice.

20          MR. BUTLER:  Thank you, Your Honor, for that

21  guidance.

22          THE COURT:  Okay.

23          MR. BUTLER:  Your Honor, the last matter on today's

24  agenda, now moving as matter number 8, this is Internet

25  Corporation's motion for payment of administrative expenses.

32

1    There are a small number of exhibits before I cede the podium

2    to Mr. Dragich for their argument.  There are a small number of

3    exhibits that I believe there's no objection to in terms of

4    being put into the record which was Exhibit 1 is Intermet's

5    motion for payment of the administrative expense claim and the

6    various exhibits.  Exhibit 2 is our objection with the various

7    evidentiary exhibits, the contracts and so forth, the

8    settlement agreements.  And then the prior joint stipulation

9    between the parties that Your Honor signed at docket number

10   9696.  But seeing as this argument in part relates up to the

11   documents between the parties, we wanted to move those matters

12   into evidence.  There is no objection, I believe.

13          THE COURT:  No opposition?

14          MR. DRAGICH:  No objection, Your Honor.

15          THE COURT:  Okay.  Can I start with a point the

16   debtors raised towards the end of their objection that I don't

17   think you've had a chance to respond to, which is why isn't

18   this claim barred by the settlement agreement from August?

19          MR. DRAGICH:  Your Honor, for the record, David

20   Dragich from Foley & Lardner on behalf of Intermet Corporation.

21   In response to your question, the claim -- Intermet's claim,

22   whatever its character, whether it's administrative or a pre-

23   petition claim, is not barred or waived as a consequence of the

24   settlement agreement.  Your Honor, if we turn to the debtor's

25   objection in paragraph 14, it recites the language of the

33

1    settlement agreement.  And the very last three lines, let's

2    say, it provides that the debtors release or waive the claims

3    arising out of events, causes, acts, statements or omissions --

4              THE COURT:  Well, you left --

5              MR. DRAGICH:  -- which occurred before --

6              THE COURT:  You left out some language.  The release

7    says "The releasing parties" -- which would include Intermet --

8    "further release and waive any right to assert any other claim,

9    cause of action, demand or liability of every kind and nature

10   whatsoever, including those arising under contract statute or

11   common law whether or not known or suspected at this time which

12   relate to the claim in which the releasing parties have, ever

13   had or hereafter shall have against the debtors based upon

14   arising out of, related to or by reason of any event, cause,

15   thing, act, statement or omission occurring before the petition

16   date."  And I'm assuming what the debtors contend is that this

17   is at least related to the 2003 contract since that's what

18   gives rise the right to a rebate -- refund, a refund of the

19   rebate.  I mean, I understand.  If it said -- but the word

20   "related to" is pretty broad.

21             MR. DRAGICH:  Well, Your Honor, it depends.  I agree

22   that it's broad.  But it says related to or by any reason of

23   any event, cause, thing or omission occurring -- it relates to

24   those acts or omissions before -- that occurred before the

25   petition date.  It's our position, Your Honor, that the act or

34

1   the omission, Delphi's failure and cessation of ordering parts

2   from Intermet, was a post-petition act not one --

3           THE COURT:  But isn't the "thing" -- you know, they

4   use that word "thing", too.  Isn't the "thing" the contract?

5           MR. DRAGICH:  The contract is what defines the

6   parties' obligation but the breach or the termination -- it's

7   our view was the post-petition -- arose from the post-petition

8   conduct of the debtor.

9           THE COURT:  And it has no relation to the "thing" --

10  to the contract?

11          MR. DRAGICH:  Well, it's an obligation of the

12  contract so, yes.

13          THE COURT:  So it relates to it.

14          MR. DRAGICH:  We're reading -- Intermet and the

15  debtors read the clause differently, Your Honor.

16          THE COURT:  Okay.

17          MR. DRAGICH:  And that is that it's our view the

18  "related to" is not relates to the contract.  It relates to the

19  act or omission.  And if it's the act or omission that we're

20  addressing, that's the post-petition omission by the debtor to

21  order the steering knuckles under the supply agreement from

22  Intermet.

23          THE COURT:  Okay.

24          MR. DRAGICH:  Your Honor seems relatively familiar

25  with the background.  Would you like a brief recitation of some

35

1    of the underlying facts, Your Honor, that are not in dispute?

2              THE COURT:  Well, let me just -- only one point.  And

3    it goes back to the settlement agreement again.  What is the

4    relation of this rebate agreement to the claim that was filed?

5    Was the rebate agreement related to the provision of the

6    products and services that were covered by the claim?

7              MR. DRAGICH:  I don't recall, Your Honor.  I can't

8    answer that as I sit here -- stand here.

9              THE COURT:  Okay.  Okay.  All right.

10             MR. DRAGICH:  Your Honor, what -- the factual issues

11   are largely agreed to between the parties as far as entry into

12   the supply agreement, entry into the rebate agreement and what

13   the rebate requires of the parties.  So I won't repeat those

14   here.  What the parties have agreed to do with respect to the

15   claim, if Your Honor allows the claim, whether it be

16   administrative or pre-petition, the amount of that claim has

17   not yet been reconciled.  The debtor has not said outright that

18   there is no claim -- or no claim.  Whether it should be allowed

19   or not is a separate issue.  But the parties have agreed that

20   if Your Honor grants a claim, whether it be administrative or

21   pre-petition, that an evidentiary hearing be scheduled for the

22   next omnibus hearing to determine what that amount is.

23             THE COURT:  Okay.

24             MR. DRAGICH:  Your Honor, what we request is that the

25   Court allow an administrative claim pursuant to the obligations

36

1    of the rebate agreement.  Intermet views this as a post-

2    petition administrative claim because it arose solely because

3    of the debtors' post-petition conduct, its termination of the

4    supply agreement.  Your Honor approved a sale today regard the

5    Saginaw Chassis asset sale motion.  And that sale sold

6    substantially all of the assets that the debtor used in

7    supplying General Motors pursuant to the GMT 900 program.

8    Intermet in turn supplied Delphi pursuant to that program.  So

9    if Delphi is no longer supplying at all as a result of that

10   sale, there has been a termination of the contract that in 2007

11   September, just a couple months ago, at that time, the debtors

12   ceased ordering parts from Intermet.  But for two years --

13           THE COURT:  Well, see, you're not saying they've

14   actually formally terminated but they're in anticipatory breach

15   in essence?

16           MR. DRAGICH:  We believe, Your Honor, they've

17   terminated by their conduct.  And we've sent them ---

18           THE COURT:  At a minimum it would be anticipatory

19   breach, I guess.

20           MR. DRAGICH:  Which we've given a notice pursuant to

21   our letter prior to this motion.  The motion itself could be

22   deemed a notice of termination as a consequence of that breach.

23   They clearly, Your Honor, are not going to be ordering

24   additional parts from Intermet.  They no longer supply pursuant

25   to that program.

37

1          The purpose behind this concept, Your Honor, under

2    503 of the Code is to encourage parties to continue to do

3    business with the debtor on a post-petition basis.  This

4    section assumes that if the debtor commits a post-petition

5    breach as part of that ongoing relationship, the nondebtor

6    party will be protected.  It will be protected because it will

7    be awarded a resulting administrative claim.  That's what

8    Intermet requests today, Your Honor.

9          THE COURT:  How does this further that policy?

10         MR. DRAGICH:  Your Honor, for two years

11   post-petition -- so almost two years.  From October 2005 until

12   September 2007, Intermet performed under that contract.  That

13   entire contract, when viewed in total, imposed upon the debtor

14   the obligation if it didn't order the minimum requirements to

15   refund that advanced rebate that was previously paid by

16   Intermet.  That was a central component of the contract.

17   Intermet relied on all terms of the contract in providing a

18   benefit to the debtor for almost two years during the

19   bankruptcy proceeding.

20         THE COURT:  How's that different from the pension

21   years in McFarland's Race Elevator?  They worked for the debtor

22   post-petition.

23         MR. DRAGICH:  But, Your Honor, as --

24         THE COURT:  But --

25         MR. DRAGICH:  I'm sorry.

38

1        THE COURT:  -- the Court said that the consideration

2   for the particular claim that was asserted to be an

3   administrative claim was provided pre-petition.

4        MR. DRAGICH:  Can you repeat your question, Your

5   Honor.  I'm not sure I followed that.

6        THE COURT:  Well, those people worked post-petition.

7   And they were paid for their post-petition work.  And they were

8   paid for their -- the portion of their post-petition pension

9   that came due post-petition for the post-petition work.  But

10  the second circuit said the claim based on pre-petition

11  consideration, even though it accrued post-petition, was a pre-

12  petition claim.  And even though they were working post-

13  petition.  They were under a contract that covered the whole --

14  you know, pre- and post-petition period.  But the Court said

15  this consideration they already provided by their hours worked

16  pre-petition.  Therefore it's a pre-petition claim.

17       MR. DRAGICH:  I think the situation here is different

18  though, Your Honor, because in this instance Intermet has

19  provided value to the debtor post-petition in the form of

20  continuing its supply.

21       THE COURT:  They were working.  I mean, there's

22  nothing more valuable than having an employee show up at the

23  office and do his or her job.

24       MR. DRAGICH:  Agreed, Your Honor.  And they were paid

25  for that labor.  Like Intermet was paid for the goods that it

39

1    shipped.  However, the difference is, Your Honor, is that here

2    we're dealing with a commercial contract.  And all of the

3    commercial terms are relevant as far as inducing the parties to

4    act.  In this instance, Intermet assumed and performed the

5    contract on the basis that the debtor would return performance.

6    Meaning, they were only willing to assume the risk of

7    continuing supply if the debtor would then also perform its

8    obligation if it didn't fulfill the minimum requirements.

9            THE COURT:  Did Intermet move to compel assumption or

10   rejection of the contract?

11           MR. DRAGICH:  It didn't, Your Honor, because -- nor

12   did the debtor reject the contract.  If the debtor truly wanted

13   to relieve itself of the obligations within the rebate

14   agreement or the underlying supply agreement, it could have

15   rejected the contract.  It didn't do that.  It simply --

16           THE COURT:  It didn't assume it, though, either, did

17   it?

18           MR. DRAGICH:  No, Your Honor.  By its conduct, it

19   breached the contract and in our view terminated.  The whole

20   purpose of the contract is now gone, Your Honor, because the

21   debtor no longer supplies General Motors pursuant to that

22   program.  So there would be no business purpose for the debtor

23   to assume a contract that it's not performing.

24           Just moving to one other issue raised in the debtors'

25   objection, Your Honor, I think I've addressed our view on the

40

1    waiver issue pursuant to the settlement agreement.  I'd also --

2    the debtor also argues in the objection that Intermet somehow

3    waived its claim by failing to file a proof of claim.  The

4    debtor contends that Intermet had merely a contingent claim.

5    If Your Honor accepted that view, every party in this case,

6    every nondebtor party to an executory contract would have to

7    file a proof of claim irrespective of whether there's been a

8    pre-petition breach.  Surely that's not a requirement that the

9    Court would impose on each and every nondebtor party to a

10   contract.  At the time of the filing, at the time of the bar

11   date, there had been no termination of the contract and

12   therefore Intermet would not have reason to file a claim.  So

13   for that reason, Your Honor, Intermet believes it had not

14   waived the claim in any way as far as failing to file a proof

15   of claim because it wasn't required to.  And second, the

16   settlement agreement does not constitute a waiver because it

17   deals solely with acts or omissions of the debtor giving rise

18   to a claim that were pre-petition.  And it's our view that the

19   acts that gave rise to the claim in this instance were post-

20   petition.  Thank you, Your Honor.

21             THE COURT:  Okay.

22             MR. BUTLER:  Your Honor, I only have a couple of

23   observations.  The first observation is that I understand Mr.

24   Dragich's need to argue what he does which this -- and he

25   relies in looking at Exhibit 2-B, the settlement agreement, and

41

1    at the relevant paragraph there that Your Honor discussed on

2    the record with him.  And he relies on the words before the

3    petition date which is a concession as we're concerned that

4    if -- that he's saying all these acts occurred after the

5    petition date and somehow were not related because I think it's

6    a concession by Intermet that if in fact it was before the

7    petition date, they are barred by the settlement agreement and

8    they did not file any other proof of claim.  The proof of claim

9    that has -- so they're either barred by the bar date order or

10   they're barred by their own signature on a settlement

11   agreement.

12           THE COURT:  Well, I don't see how they'd be barred by

13   the bar date order because the bar date order gives a -- you

14   haven't rejected this contract yet.

15           MR. BUTLER:  Right.  Your Honor -- that's correct,

16   Your Honor, but the reality is that if people have specific

17   claims, for example, I mean -- and I know the facts are in

18   dispute here and I think that among the facts that are not in

19   dispute just so the record indicates, Your Honor, the 417,200

20   dollars is, I think -- the debtors would concede the

21   appropriate calculation under the contract.  But that relates

22   to -- the vast majority of that relates to transactions that

23   occurred in the pre-petition period.  And Intermet knows that

24   as well.

25           THE COURT:  Well, that's -- I'm sorry.  That's why I

42

1    asked -- I didn't ask this correctly.  This rebate agreement is

2    just -- there's this one-page agreement.  Is it incorporated in

3    some other executory contract where they were supposed to be

4    providing this knuckle?

5              MR. BUTLER:  No.  As I understand it, Your Honor, the

6    rebate agreement was part of the original undertaking back in

7    200 -- I think it's 2003, if I remember the exact date.

8              THE COURT:  I'm not sure it matters.  It goes to the

9    bar date issue.  If it's part and parcel of an agreement that's

10   still executory and hasn't been rejected, then I think they

11   have more time to file a proof of claim.  If it's a stand alone

12   document, I think you're probably right, that they were

13   obligated to file a proof of claim because a big portion of it

14   is pre-petition.  And liquidated.

15             MR. BUTLER:  Yes, Your Honor.

16             THE COURT:  But it's just not clear to me whether it

17   is part of -- whether it's a stand alone agreement or whether

18   it's actually a rider to or an exhibit to or incorporated in an

19   ongoing agreement.

20             MR. BUTLER:  Your Honor, I mean, they haven't -- this

21   is their proof of claim, their motion.  I mean, I know the

22   facts -- the facts of the case are it is a stand alone

23   agreement.  It relates to the transaction.  It relates to it.

24             THE COURT:  Well, that's a separate issue about

25   whether --

43

1          MR. BUTLER:  I know, but that's the point.  And --

2          THE COURT:  Yeah.

3          MR. BUTLER:  And that's sort of observation number

4    one.  Your Honor, observation number two is that Intermet knows

5    the law here.  They know the law applicable to this and it's

6    not what they just argued before Your Honor.  They understand

7    Ace Elevator, Your Honor's case.  They understand second

8    circuit law and they understand that administrative priority

9    claims require that the claim arise out of a post-petition

10   transaction on the part of the debtor and be allowable only to

11   the extent that the consideration supporting the claim is right

12   to payment was both supplied to and beneficial to the debtors'

13   estate and the operation of its business from the Ace Elevator

14   Company case.  And the reason we know that is because they

15   themselves -- Intermet Corporation was a debtor itself in

16   Chapter 11.  That is exactly the lines they used in fighting

17   all of the administrative claims in their case.  And we filed

18   an example of that, which is now before Your Honor as Exhibit

19   2-A, the Intermet objection -- their omnibus objection to

20   claims in their case that was filed.  So Intermet knows the

21   law.

22         THE COURT:  Do you know, did they win on that one?

23         MR. BUTLER:  Yeah.  I have no idea what the outcome

24   was.

25         THE COURT:  Okay.  I mean, because if they did, you

44

1    may have a judicial estoppel point.  Otherwise --

2           MR. BUTLER:  But it states -- well, it's their

3    position.  It's not -- I don't know what their judgm -- whether

4    the judge agreed.

5           THE COURT:  No, I know.

6           MR. BUTLER:  It certainly indicates what their view

7    is.

8           THE COURT:  It's the difference between shrugging

9    your shoulders and say well, I felt that one day but I feel it

10   different today and actually being estopped as a legal matter.

11          MR. BUTLER:  Yeah.  I haven't gone through the -- and

12   sought what the order was.  My -- I suspect in fact that they

13   did win it but we certainly could find out, Your Honor.

14          THE COURT:  Okay.

15          MR. BUTLER:  But that's certainly -- Intermet knows

16   the issue.  And then finally, whether or not they themselves

17   were judicially estopped based on that position they've taken

18   in their cases, the fact is they can't -- this claim can't

19   survive as an administrative claim under the law here in the

20   second circuit and in this district.

21          THE COURT:  Okay.

22          MR. BUTLER:  There is no question here that this did

23   not arise out of a pre-petition transaction.  We agree with Mr.

24   Dragich the facts are the facts and they've been indicated

25   here.  This was a December 12th, 2003 letter agreement.  The

45

1   rebate was advanced at that time.  The majority of the

2   production here occurred in 2004 and 2005 prior to the Chapter

3   11 being filed.  There was never an attempt by them to seek

4   assumption of the contracts.  Other parties have.  Your Honor

5   knows there is a contract assumption procedures process here in

6   this case that suppliers insisted on.  They never availed

7   themselves of any of those issues.  And while it's true the

8   debtors have not terminated this contract, this contract may

9   well to the extent that it has no benefit to the estate be

10  rejected and then the rejection would be considered under the

11  Bankruptcy Code a pre-petition rejection not an administrative

12  act.  There is no administrative act here.

13          And I just don't see either under the case law

14  applicable in this district or under the actual facts of this

15  case or given the failure of Intermet to protect any interest

16  it might have with respect to the executory contract in this

17  case for the last two and a half years to come in and now say

18  oh, well, it can't be a pre-petition claim so now it's got to

19  be administrative because that's the only way we can win is

20  something, Your Honor, that the Court should dispose of.  Thank

21  you.

22          THE COURT:  Okay.

23          MR. DRAGICH:  Your Honor, may I address --

24          THE COURT:  Yeah.  You could stay there if you're --

25  that's fine.

46

1          MR. DRAGICH:  Okay.  Thank you, Your Honor.  Just

2     with respect to the pleading that the debtors attached that

3     Intermet filed in its own case, Your Honor, I don't think we

4     have a disagreement as to what the law says.  And I think we

5     accurately cited it in our papers in our case.

6          THE COURT:  I'm not going to hold it against you.

7          MR. DRAGICH:  Well, Your Honor, I'd like to just

8     explain, Your Honor, our position on that because I think it

9     bears responding to the debtors' remarks.

10          If the debtor engages in a post-petition act that

11     causes the nondebtor party damages, it's our position that the

12     creditor is entitled to an administrative claim.  If the

13     nondebtor party provides value to the debtor post-petition and

14     the debtor accepts that benefit, we believe that the nondebtor

15     party is entitled to administrative claim.  That's what our

16     papers say.

17          How you apply the facts of the situation in the

18     Intermet case and here is the issue where we disagree.  In that

19     case, Your Honor, just very briefly, there were services

20     rendered by sales representatives pre-petition.  And the

21     argument in that case by the representatives was that the

22     debtor, Intermet in that case, post-petition failure to renew a

23     contract gave rise to administrative claims.  So we're talking

24     about totally different facts, Your Honor, and that's why we

25     believe the cases are not on the same issue.

47

1          THE COURT:  But this -- you have to admit this is not

2     a tort, right?  They didn't burn down Intermet's building, as

3     I'm reading in Brown.  The wrong here is a breach of a

4     contract, isn't it?

5          MR. DRAGICH:  Agreed, Your Honor.  Post-petition

6     breach is our view.

7          THE COURT:  Well, all right.  Of a contract that

8     hasn't been assumed.

9          MR. DRAGICH:  Correct, Your Honor.  We believe it's

10    been terminated by the debtors' conduct.

11         THE COURT:  All right.  Okay.  All right.  Intermet

12    Corporation seeks allowance as an administrative claim of its

13    right to a refund under a 2003(e) pre-petition agreement with

14    Delphi Automotive Services -- Systems, excuse me, LLC, DAS LLC.

15    As is clear from the claim and from oral argument, that claim

16    is premised upon the alleged post-petition breach of that

17    agreement.  The agreement has not been assumed by DAS LLC nor

18    rejected.  However, Intermet contends that with the sale, which

19    I've approved today, of the Saginaw Michigan operation, DAS LLC

20    is at least an anticipatory breach of the agreement and that it

21    is no longer capable of being performed further without their

22    being a refund owed under it.

23         It appears from Exhibit C to the motion for

24    administrative expense payment that a large portion of the

25    refund is attributable to pre-petition conduct of DAS LLC in

48

1   addition to being based upon a pre-petition agreement.

2          As was noted at oral argument, although it was

3   asserted that this element of the agreement was important to

4   Intermet, Intermet has never moved in this case to compel

5   assumption or assignment of the -- I'm sorry, assumption or

6   rejection of the agreement under the procedures previously

7   adopted by the Court for such requests.

8          The debtor objects to the administrative expense

9   claim on two main grounds, at least the two grounds that I'm

10  going to focus on.  The first, is that the administrative

11  expense claim is barred as having been released by Intermet

12  pursuant to a settlement agreement that it entered into in

13  August of this year with Delphi Corporation on behalf of itself

14  and certain of its U.S. affiliates, including DAS LLC.  In that

15  agreement, the releasing parties, which include Intermet,

16  agreed upon the allowed amount of a large claim that had been

17  failed by Intermet, roughly 3.7 million dollars, as a pre-

18  petition general unsecured claim.  And then provided for a

19  further release and waiver of any right "to assert any other

20  claim, cause of action, demand or liability of any kind and

21  nature whatsoever including those arising under contract,

22  statute or common law, whether or not known or suspected at

23  this time which relate to the claim that was settled and which

24  the releasing parties have, ever had or hereafter shall have

25  against the debtors based upon arising out of, related to or by

49

1   reason of any event, cause, thing, act, statement or omission

2   occurring before the petition date."

3           I think two points are worth noting in respect of

4   this release.  First, it is a release not only of claims, which

5   may be susceptible to a somewhat narrow definition but might

6   not apply to administrative expense claims.  But also releases

7   the right to assert any liability of any kind or nature

8   whatsoever including those arising under statute.  And of

9   course, the basis for asserting an administrative expense is

10  under Section 503(b) of the Bankruptcy Code.

11          Second, as discussed at oral argument, the release is

12  broadly written to apply to any such rights that Intermet may

13  have or hereafter shall have by recognizing rights arising in

14  the future, i.e., during the post-petition period.  Arising out

15  of, based upon or related to by reason of any event, cause of

16  action, thing, act statement or omission occurring before the

17  petition date.

18          Intermet contends it can get out of this release or

19  that this release doesn't cover its administrative expense

20  claim because the administrative expense arises post-petition.

21  However, it is very clearly related to and by reason of a pre-

22  petition thing, the defining agreement, that gives rise to the

23  right to the refund, which is the 2003 contract.  And it is at

24  a minimum related to that agreement since that's how the

25  calculation of the claim is made based upon the terms of the

50

1    rebate agreement or the refund provided for in the 2003

2    agreement.

3            So I conclude, based on a reading of the settlement

4    agreement, that Intermet has released this claim -- or this

5    administrative expense claim.

6            I will, however, address the other argument that the

7    debtor made here in opposition to the administrative expense

8    claim which is that even if the administrative expense claim

9    had not been released, it would not be entitled to

10   administrative expense treatment.  I believe that that argument

11   is correct.  The law on what constitutes an administrative

12   expense is quite clear in the second circuit and the parties

13   essentially acknowledge that with one exception that I should

14   deal with first.  The cases cited first and foremost by

15   Intermet are cases involving post-petition torts or other

16   wrongful activity separate and apart from the breach of the

17   contract.  And those cases, i.e., Reading Company v. Brown, 391

18   U.S. 471 (1968) and Pennsylvania Department of Environmental

19   Resources v. Tri-State Clinical Labs, Inc., 178 F.3d 685 (3d

20   Cir. 1999), therefore, really are not applicable here.  The

21   Courts in those cases were dealing with the problems of

22   permitting a debtor to commit a tort or other wrongful activity

23   other than the breach of a contract post-petition.  And having

24   that -- the victim of that wrongful activity nevertheless

25   compensated in so-called tiny bankruptcy dollars.  And

51

1    obviously for the correct and good reasons concluded that that

2    would not be proper and therefore provide for an administrative

3    claim for such wrongful activity.

4            Here, however, the right as claimed by Intermet to

5    have its breach claim treated as an administrative expense is

6    determined by those cases that deal with the rights of parties

7    to unassumed and unrejected executory contracts to assert a

8    claim for administrative expense treatment.  And those cases

9    are clear that the claimant has a tough burden to sustain its

10   right to priority treatment under Section 503(b) which provides

11   for administrative expense priority for the actual necessary

12   cost and expenses of preserving the estate.  As the Supreme

13   Court stated in Howard Delivery Service, Inc. v. Zurich

14   American Insurance Co., 126 Supreme Court 2105 (2006), "to give

15   priority to a claimant not clearly entitled thereto is not only

16   inconsistent with the policy of equality of distribution, it

17   dilutes the value of the priority for those creditors that

18   Congress intended to prefer."

19           Given that well-established principle, the Courts in

20   this circuit have set forth a test for the allowance of an

21   administrative expense claim including on behalf of a party to

22   an unassumed and unrejected executory contract.  That party

23   must demonstrate, one, that its claim arose from a transaction

24   with or on account of consideration furnished to the debtor-in-

25   possession; and, two, the transaction or consideration directly

52

1   benefited the debtor-in-possession.  And the reference to the

2   debtor-in-possession there is key.  It's not the debtor, i.e.,

3   the pre-petition debtor but the post-petition debtor.  Here,

4   the transaction was with the pre-petition debtor under the 2003

5   contract and, more importantly, the consideration provided the

6   600,000 dollars was provided pre-petition.  Therefore, there

7   was no inducement by the debtor-in-possession in return for

8   that consideration.

9           The fact that it is alleged at least that Intermet

10  continued to provide the steering knuckle sets post-petition is

11  no different to my mind than the fact that the employees of Ace

12  Elevator or McFarlands continued to work post-petition.  The

13  particular claim that they were asserting and that Intermet is

14  asserting is premised upon the provision of pre-petition

15  consideration under a pre-petition agreement.  And

16  consequently, under the law of this circuit, and I believe

17  everywhere else would be therefore treated as a pre-petition

18  claim if it were not waived.  See generally In re Patient

19  Education Media, Inc., 221 B.R. 97 (Bankr. S.D.N.Y. 1998) which

20  I believe is the most favorable case to a claimant in

21  Intermet's position but clearly under the reasoning of Judge

22  Bernstein in that case, would not accord the administrative

23  expense status to someone in Intermet's position.  See also In

24  re Ace Elevator, 347 B.R. 473 (Bankr. S.D.N.Y. 2006) and the

25  cases cited therein including specifically Trustees of

53

1    Amalgamated Insurance Fund v. McFarlands, Inc., 79 F.2d 98 (2d

2    Cir. 1986).

3            So, for those separate and independent reasons, each

4    of which would justify denial of the motion, I'll deny the

5    motion.  So, Mr. Butler, you can submit an order to that

6    effect.

7            MR. BUTLER:  Yes, Your Honor, we will.  Your Honor,

8    that completes the matters set for the omnibus agenda today.

9            THE COURT:  Okay.  Thank you.  Let's hope we all get

10   over our colds.

11           MR. BERGER:  Yes, Your Honor.

12           (Whereupon these proceedings were concluded at 11:30

13   a.m.)

14

15

16

17

18

19

20

21

22

23

24

25

# Exhibit B

BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)

*Attorneys for ATEL Leasing Corporation,*
*as agent for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
                                           :            Chapter 11
In re:                             :
                                             :            Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,       :
                                             :            (Jointly Administered)
                        Debtors.       :
---------------------------------------------------------- X

## CURE CLAIM OF ATEL LEASING CORPORATION

    ATEL Leasing Corporation ("ATEL") as agent for: (i)  Eireann II, a division of ATEL

Transatlantic Investors, Inc. ("ATI"),  (ii)  CAI-UBK Equipment, a division of ATI, (iii) CAI-

ALJ Equipment , a division of ATI, (iv) II Bu de Mexico S.A. de C.V.,  and (v) Eireann III, a

division of ATEL Transatlantic Investors II, Inc. (collectively, the "Claimants"), by and through

its counsel, Buchanan Ingersoll & Rooney PC, hereby submits this Cure Claim (the "Cure

Claim") pursuant to Article 8.2 of the Debtors' First Amended Joint Plan of Reorganization of

Delphi Corporation and Certain Affiliates, Debtors and Debtors in Possession, as Modified (the

"Plan") and respectfully states as follows:



0544481080305000000000010

## BACKGROUND

1.     Pursuant to a certain Master Lease Agreement, dated as of August 19, 1997, General Motors Corporation ("GMC"), entered into a Master Lease Agreement ("MLA-American Finance") with American Finance Group, Inc. ("American Finance"). *See* Exhibit A.

2.     Pursuant to a certain Master Lease Agreement, dated as of May 1, 1995, GMC entered into a Master Lease Agreement ("MLA-First American") with First American Capital Management Group, Inc. ("First American"). *See* Exhibit A.

3.     Pursuant to the MLA-American Finance and MLA-First American master lease agreements, GMC entered into numerous Equipment Schedules (the Equipment Schedules, as they incorporate by reference all of the terms and conditions of the two Master Lease Agreements described herein, are hereinafter known as the "Leases"), regarding certain equipment, all with related equipment, attachments and accessories as set forth in the Leases (the "Equipment'). *See* Exhibit A.

4.     Pursuant to one or more assignments, Delphi Corporation and certain of its subsidiaries and affiliates were assigned GMC's interests as Lessee under the Leases. *See* Exhibit A. Pursuant to various other assignments, the interests of American Finance and First American, as Lessors under their respective Leases, were assigned to one of the Claimants, with ATEL acting as agent for each Claimant. *See* Exhibit A.

## BANKRUPTCY FILING

5.     On October 8, 2005, and subsequently, on October 14, 2005 (collectively, the "Filing Date"), Delphi Corporation and certain of its subsidiaries and affiliates, the debtors in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United State Code, as amended (the "Bankruptcy Code").

6.    On July 28, 2006, ATEL timely filed a proof of claim, Claim No. 12195 (the "Claim") against Delphi Corporation, *et al.* and Delphi Automotive Systems, Inc. for amounts due and owing to ATEL under the Leases.    A copy of the Claim is attached hereto as Exhibit A.[1] The Claim asserts a claim as of July 18, 2006 in the amount of $4,140,179.97, of which $582,300.00 is asserted as secured, $3,306,138.54 as unsecured, and $251,741.43 as an administrative expense claim.

7.    On or about October 31, 2006, the Debtors objected to the Claim pursuant to the Debtors' Third Omnibus Objection (Substantive) Pursuant to 11 U.S.C.§ 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Claims with Insufficient Documentation, (B) Claims Unsubstantiated by Debtors' Books and Records, and (C) Claims Subject to Modification and (II) Motion to Estimate Contingent and Unliquidated Claims Pursuant to 11 U.S.C. § 502(c) (the "'Objection").  *See* Docket Entry No. 5452.

8.    On or about November 22, 2006, ATEL filed a response to the Objection (the "Response"). *See* Docket Entry No. 5781.

9.    On or about September 4, 2007, the Debtors filed Notice of Claims Objection Hearing with Respect to the Debtors' Objection to the Claim which provided for a hearing date of November 8, 2007. *See* Docket Entry No. 9242.

10.    On or about September 11, 2007, the Debtors filed the Debtors' Statement of Disputed Issues with Respect to the Claim.  *See* Docket Entry No. 9330.

11.    On September 19, 2007, the Debtors' representatives and ATEL's representatives participated in a "meet and confer" pursuant to the Order Pursuant to 11 U.S.C.§ 502(b) and

---

1 The Proof of Claim filed with the Court included a copy of the underlying master lease agreements and leases together with the amendments and schedules thereto.  As the agreements are voluminous they are not attached hereto, but will be made available upon request.

Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, and 9014 Establishing (i) Dates for Hearings

Regarding Objections to claims and (ii) Certain Notices and Procedures Governing Objections to

Claim, entered December 7, 2006. *See* Docket Entry No. 6089.

12.     Subsequently, the Debtors and ATEL entered into a Joint Stipulation and Agreed

Order Compromising and Allowing Proof of Claim Number 12195 (the "Claims Stipulation"),

that was approved by this Court on November 5, 2007. The Claims Stipulation provides, among

other things, that the Claim shall be allowed in the amount of $191,055.40 and shall be treated as

an allowed general unsecured non-priority claim against the estate of DLS, LLC. *See* Docket

Entry No. 10842.

13.     On December 10, 2007, this Court approved the Debtors' disclosure statement and

on the same day, the Debtors filed the Plan.

14.     On December 28, 2007, the Debtors filed Exhibit 8.1(a) to the Plan, which

discloses three categories of executory contracts and unexpired leases that are to be rejected

pursuant to the Plan. Pursuant to Exhibit 8.1(a) and the Plan, all of the Leases were assumed by

the Debtors.

15.     On January 25, 2008, this Court approved the Plan by entering its Findings of

Fact, Conclusions of Law, and Order Under 11 U.S.C. §§ 1129(a) and (b) and Fed. R. Bankr. P.

3020 Confirming First Amended Joint Plan of Reorganization of Delphi Corporation and Certain

Affiliates, Debtors and Debtors-in-Possession, as Modified (the "Confirmation Order").

16.     Pursuant to the Plan and the Confirmation Order, in the event that a non-Debtor

party wishes to assert an entitlement to Cure, such party must serve and file a Cure Claim within

forty-five (45) days after entry of the Confirmation Order, after which the Debtors shall have

forty-five (45) days to file an objection to the Cure Claim.  Accordingly, ATEL submits this

Cure Claim in satisfaction of such requirements under the Plan and Confirmation Order.

## CURE CLAIM

17.     Under section 365(b)(1) of the Bankruptcy Code, prior to the Debtors' assumption

of the Leases, the Debtors must cure all outstanding defaults due thereunder.  Pursuant to the

terms of the Leases, the Debtors are in default under the Leases based upon their failure, *inter*

*alia*, to pay pre-petition and post-petition rent, taxes and/or other obligations due under the

Leases.

18.     As set forth in the Claims Stipulation, the allowed unsecured pre-petition Claim

under the Leases is $191,055.40.  In addition, as of February 29, 2008, the total amount due and

owing post-petition under the Leases is $470,637.93 plus additional outstanding sales and

property taxes.  *See* Exhibit B for a breakdown of the total post-petition amounts due and owing

under the Leases.

19.     Moreover, the Leases provide in pertinent part, that upon a declaration of default,

and to the extent permitted by law, the debtor shall pay "all reasonable costs and expenses,

including reasonable legal fees incurred by the Lessor in connection with the enforcement of, but

not the administration of, the Agreement."  *See* the Leases at Section XII(a).  As of the date of

this Cure Claim and subject to continued accrual, ATEL has incurred the aggregate amount of

$46,585.00 in legal fees and the aggregate amount of $2,603.54 in expenses.

20.    There will also be certain taxes or other adjustments that have yet to be billed or become due under the Leases, but ATEL is unable at this time to provide those amounts. Accordingly, the Cure Amount listed below is subject to change, and ATEL reserves the right to modify the Cure Amount accordingly.

21.    As of the date hereof and subject to continued accrual, ATEL asserts that the total cure amount under the Leases is approximately $710,881.87 (the "Cure Amount").  However, to the extent that rent, attorneys' fees, taxes and any other charges continue to accrue or become due and/or ATEL suffers other liabilities and/or losses under the Leases, ATEL hereby reserves its right to amend and/or supplement the Cure Amount to reflect such additional amounts.

Dated: New York, New York
       March 5, 2008

                            BUCHANAN INGERSOLL & ROONEY LLP
                            *Attorneys for ATEL Leasing Corporation,*
                            *as agent for Eireann II, CAI-UBK Equipment,*
                            *CAI-ALJ Equipment, II BU de Mexico*
                            *S.A. de C.V .and Eireann* III


                            By:    /s/  Susan P. Persichilli
                                   Susan P. Persichilli, Esq. (SPP-0368)
                                   One Chase Manhattan Plaza
                                   New York, New York 10005
                                   (212) 440-4400

#375875-v2

**EXHIBIT A**

**ATEL LEASING CORPORATION'S PROOF OF CLAIM**

| **United States Bankruptcy Court**<br>Southern District of New York | **PROOF OF CLAIM** | **Received** |
|---|---|---|
| In re (name of Debtor) Delphi Corporation, et al, and Delphi Automotive Systems LLC | Case Numbers<br>05-44481 and 05-44640 | AUG 05 2006 |

NOTE: This form should not be used to make a claim for an administrative expenses arising after the commencement of the case. A "request" for payment of an administrative expense may be files pursuant to 11 U.S.C. § 503.

Kurtzman Carson

12195

**COPY**

| | |
|---|---|
| Name of Creditor:   ATEL Leasing Corporation, as agent for: 1) Eireann II, a division of ATEL Transatlantic Investors, Inc. (ATEL Transatlantic Investors, Inc. is hereinafter referred to as "ATI"). 2) CAI-UBK Equipment, a division of ATI. 3) CAI-ALJ Equipment, a division of ATI. 4) II Bu de Mexico S.A. de C.V., a Mexican company, and 5) Eireann III, a division of ATEL Transatlantic Investors II, Inc. ("ATI II") | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars |
| Name and Address Where Notices Should be Sent<br>ATEL Leasing Corporation, as Agent for Creditor<br>600 California Street, 6th Floor<br>San Francisco, CA 94108<br>Attn: V. Morais or R. Wilder<br>Telephone No. (415) 989-8800 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court | **THIS SPACE IS FOR COURT USE ONLY** |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:<br>Various-See Proof of Claim Calculations Spreadsheet attached. | Check this box if the claim ☐ replaces ☐ amends a previous claim. Dated : |
|---|---|

**1.   BASIS FOR CLAIM**

| | |
|---|---|
| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☐ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Money loaned | Your social security number _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ (date) to _____ (date) |
| XXXX Other (Describe briefly): Lease of personal property used in Debtor's business operations. | |

**2.   DATE DEBT WAS INCURRED**
Master Lease Agreements dated as of 05/01/95 and 08/13/97

**3.   IF COURT JUDGMENT, DATE OBTAINED**

**4.**   Classification of Claim. Under the Bankruptcy code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority,   (3) Secured   It is possible for party of a claim to be in one category and part in another
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AS OF THE DATE CASE FILED.

SECURED CLAIM $582,300.00 SEE ATTACHED RIDER
(Attach evidence of perfection of security interest)
Brief Description of Collateral: Various lease machine tools and material handling equipment.

Amount of arrearage and other charges at time case filed included in secured claim above, if any $ 148,742.59

UNSECURED NONPRIORITY CLAIM  $3,306,138.54 A Claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

UNSECURED PRIORITY CLAIM $251,741.43
Specify the priority of the claim: Post petition amounts due under an executory contract.

☐ Wages, salaries, or other commissions (up to $400), * earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4)

☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use –11 U.S.C. § 507(a)(6)

☐ Alimony, maintenance, or support owed to spouse, former spouse, or child – 11 U.S.C. § 507(a)(7)

☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(8)

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a) 1
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5.   TOTAL AMOUNT OF CLAIM AS OF JULY 18, 2006**

$3,306,138.54  + $582,300.00 + $251,741.43   =
(Unsecured)       (Secured)     (Priority-Administrative Claims Due to Date)

| $4,140,179.97 |
|---|
| (Total) |

Check box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges. SEE ATTACHED SPREADSHEET.

**6.**   Date: CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim  In filing this claim, claimant has deducted all amounts that claimant owes debtor.

**THIS SPACE IS FOR COURT USE ONLY**

**7.**   SUPPORTING DOCUMENT: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgements, or evidence of security interest.  If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8.**   TIME STAMPED COPY: To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date: July 27, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim<br><br>Russell H. Wilder, Senior Vice President for ATEL Leasing Corporation | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.

(b)     Pursuant to one or more assignments, Debtor was assigned GMC's interests as Lessee under the Leases.  Pursuant to various other assignments, the interests of AFG and FACMGI as the Lessors under their respective Leases have been assigned to either; 1) Eireann II, a division of ATEL Transatlantic Investors, Inc., 2) CAI-UBK Equipment, a division of ATI, 3) CAI-ALJ Equipment, a division of ATI, 4) II Bu de Mexico S.A. de C.V., a Mexican company, or 5) Eireann III, a division of ATEL Transatlantic Investors II, Inc., a California corporation , with ATEL acting as agent for each of the same.

4.     Pursuant to Section XII (4) of the Leases, the Debtor is responsible for liquidated damages in the approximate amount of $4,140,179.97, plus interest thereon, from the date of default, at the rate as stated in Section XXI (e) of the Leases.  This Claim is not subject to any setoff or counterclaim, other than amounts paid to the Secured Party pursuant to its Proof of Claim, which has been or may be separately filed.

5.     This Claim is a general unsecured and administrative claim for breach of contract under the Leases.  In the alternative, Creditor claims that it is a secured creditor pursuant to the Lease and the precautionary Uniform Commercial Code Financing Statements filed in connection therewith.  The Creditor also claims any post petition rents or other amounts not previously made in accordance with the Leases.

6.     The Claims asserted herein are made without prejudice to the Creditor's right to amend this Proof of Claim and the Creditor hereby reserves its right to amend this Proof of Claim and to assert an additional administrative claim at some future date, including, without limitation, interest on post-petition late payments, indemnification amounts and costs and expenses incurred in enforcing Creditor's rights under the Leases and the other Agreements. ATEL reserves all of its rights against the Debtor and all other entities.  The execution or filing of this Proof of Claim shall not be deemed a waiver of any rights of ATEL to trial by jury or otherwise, nor a consent to jurisdiction of the Bankruptcy Court with respect to any counterclaim or any other claim against ATEL by Debtor or any other person or entity.

Dated: July 27, 2006

ATEL Leasing Corporation
As Agent for Creditor


Russell H. Wilder
Title:   Senior Vice President

C:\Documents and Settings\rwilder\Local Settings\Temporary Internet Files\OLK16C\Generic Rider to Proofs of Claim.doc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| Delphi Corporation, et al | ) |
| Delphi Automotive Systems LLC | ) Case Nos. 05-44481 (RDD) |
| | )      and 05-44640 |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) **RIDER TO PROOF OF CLAIM** |
| | ) |

1.    The undersigned, Russell H. Wilder, serves as Senior Vice President for ATEL Leasing Corporation ("ATEL") a corporation organized under the laws of the State of California, with executive offices at 600 California Street, 6th floor, San Francisco, California 94108, and is authorized to make this Proof of Claim on behalf of; 1) Eireann II, a division of ATEL Transatlantic Investors, Inc. (ATEL Transatlantic Investors, Inc. is a corporation formed under the laws of the State of California and is hereinafter referred to as "ATI") , 2) CAI-UBK Equipment, a division of ATI, 3) CAI-ALJ Equipment, a division of ATI, 4) II Bu de Mexico S.A. de C.V., a Mexican company, ("CAI-Mexico"), and 5) Eireann III, a division of ATEL Transatlantic Investors II, Inc., a California corporation ("ATI II"), each of ATEL, ATI, ATI II and CAI-Mexico having an office at 600 California Street, 6th floor, San Francisco, California 94108 ("Creditor").

2.    Delphi Corporation, et al ("Debtor") as lessee, is indebted to ATEL under the Agreements (as defined below) in an unliquidated amount (the "Claim").

3.    The consideration for the Claim, and basis for Debtor's liability, is as follows:

        (a)    Pursuant to a Master Lease dated as of August 19, 1997, Debtor's former owner, General Motors Corporation ("GMC"), entered into a Master Lease Agreement ("MLA-AFG") with American Finance Group, Inc. ("AFG"). Pursuant to a Master Lease Agreement dated as of May 1, 1995, Debtor's former owner, GMC entered into a Master Lease Agreement ("MLA-FACMGI") with First American Capital Management Group, Inc. ("FACMGI"). Pursuant to the two Master Lease Agreements MLA-AFG and MLA-FACMGI, GMC entered into numerous Equipment Schedules (the Equipment Schedules, as they incorporate by reference all of the terms and conditions of the two Master Lease Agreements described herein, are hereinafter known as the "Leases"), regarding certain equipment, all with related equipment, attachments and accessories as set forth in the Leases (the "Equipment").

C:\Documents and Settings\rwilder\Local Settings\Temporary Internet Files\OLK16C\Generic Rider to Proofs of Claim.doc

**EXHIBIT B**

**BREAKDOWN OF THE TOTAL POST-PETITION AMOUNTS DUE AND OWING UNDER THE LEASES**

Delphi
Aging Report - as of 2/29/2008

| | | Pre-petition cut-off date | 10/08/2005 |
| --- | --- | --- | --- |
| | | Post-petition cut-off date | 2/29/2008 |

| Customer | Acct # | Lease # | Invoice # | InvDate | Due Date | InvAmt | Amount Due | 30Days | 60Days | 90Days | 120Days | Over120Days | Transaction | Lease Reference | Gross Days | Billing Date | # Days Late | # Months Late (round to month) | Late fee rate | Total late fee |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241118 | 87000029 | 8/26/05 | 10/9/005 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 | 1/9/005 | 841 | 29 | 1% | 125.72 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000029 | 8/26/05 | 10/9/005 | 2,890.10 | 2,890.10 | - | - | - | - | 2,890.10 | Rent | 592595-001 DI | 10 | 1/9/005 | 841 | 29 | 1% | 838.13 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000030 | 8/26/05 | 10/9/005 | 1,465.35 | 1,465.35 | - | - | - | - | 1,465.35 | Sales Tax | 592612-001 DI | 10 | 1/9/005 | 841 | 29 | 1% | 424.95 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000030 | 8/26/05 | 10/9/005 | 9,768.83 | 9,768.83 | - | - | - | - | 9,768.83 | Rent | 592612-001 DI | 10 | 1/9/005 | 841 | 29 | 1% | 2,833.96 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000031 | 8/26/05 | 10/9/005 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 1/9/005 | 841 | 29 | 1% | 28.46 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000031 | 8/26/05 | 10/9/005 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 1/9/005 | 841 | 29 | 1% | 189.71 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 75000657 | 8/26/05 | 10/21/05 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001 DI | 10 | 1/10/005 | 840 | 28 | 1% | 94.78 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 750006691 | 9/28/05 | 11/9/005 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001+DI | 10 | 1/10/005 | 810 | 28 | 1% | 91.39 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241118 | 87000032 | 9/28/05 | 11/9/005 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 | 12/10/005 | 810 | 27 | 1% | 117.05 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000033 | 9/28/05 | 11/9/005 | 1,465.35 | 1,465.35 | - | - | - | - | 1,465.35 | Sales Tax | 592612-001 DI | 10 | 12/10/005 | 810 | 27 | 1% | 399.64 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000034 | 9/28/05 | 11/9/005 | 9,768.83 | 9,768.83 | - | - | - | - | 9,768.83 | Rent | 592612-001 DI | 10 | 12/10/005 | 810 | 27 | 1% | 2,677.58 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000035 | 9/28/05 | 11/9/005 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 12/10/005 | 810 | 27 | 1% | 26.59 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000036 | 9/28/05 | 11/9/005 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 12/10/005 | 810 | 27 | 1% | 176.63 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 750006790 | 11/1/05 | 12/8/005 | 397.78 | 397.78 | - | - | - | - | 397.78 | Property Tax | 592060-001-DI | 10 | 12/18/005 | 802 | 27 | 1% | 107.40 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241118 | 87000436 | 10/26/05 | 12/9/005 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 | 1/9/006 | 780 | 26 | 1% | 112.72 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000436 | 10/26/05 | 12/9/005 | 1,465.35 | 1,465.35 | - | - | - | - | 1,465.35 | Sales Tax | 592612-001 DI | 10 | 1/9/006 | 780 | 26 | 1% | 380.09 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000436 | 10/26/05 | 12/9/005 | 9,768.83 | 9,768.83 | - | - | - | - | 9,768.83 | Rent | 592612-001 DI | 10 | 1/9/006 | 780 | 26 | 1% | 2,539.90 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000437 | 10/26/05 | 12/9/005 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 1/9/006 | 780 | 26 | 1% | 25.51 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000437 | 10/26/05 | 12/9/005 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 1/9/006 | 780 | 26 | 1% | 170.08 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 750006722 | 10/26/05 | 12/21/05 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001+DI | 10 | 1/10/006 | 779 | 26 | 1% | 348.61 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241118 | 87000438 | 11/28/05 | 1/9/006 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001-DI | 10 | 2/9/006 | 749 | 25 | 1% | 108.38 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000439 | 11/28/05 | 1/9/006 | 1,465.35 | 1,465.35 | - | - | - | - | 1,465.35 | Sales Tax | 592612-001 DI | 10 | 2/9/006 | 749 | 25 | 1% | 366.26 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000440 | 11/28/05 | 1/9/006 | 9,768.83 | 9,768.83 | - | - | - | - | 9,768.83 | Rent | 592612-001 DI | 10 | 2/9/006 | 749 | 25 | 1% | 2,442.27 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000441 | 11/28/05 | 1/9/006 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 2/9/006 | 749 | 25 | 1% | 24.53 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000441 | 11/28/05 | 1/9/006 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 2/9/006 | 749 | 25 | 1% | 163.54 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 750007952 | 12/27/05 | 2/28/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001+DI | 10 | 2/10/006 | 748 | 25 | 1% | 84.62 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 750007951 | 12/27/05 | 2/28/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001-DI | 10 | 2/10/006 | 720 | 24 | 1% | 81.24 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241118 | 87000442 | 12/27/05 | 2/28/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 | 3/9/006 | 720 | 24 | 1% | 104.26 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000443 | 12/27/05 | 2/28/06 | 1,465.35 | 1,465.35 | - | - | - | - | 1,465.35 | Sales Tax | 592612-001 DI | 10 | 3/9/006 | 720 | 24 | 1% | 351.68 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000444 | 12/27/05 | 2/28/06 | 9,768.83 | 9,768.83 | - | - | - | - | 9,768.83 | Rent | 592612-001 DI | 10 | 3/9/006 | 720 | 24 | 1% | 2,344.52 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000445 | 12/27/05 | 2/28/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 3/9/006 | 720 | 24 | 1% | 23.55 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000446 | 12/27/05 | 2/28/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 3/9/006 | 720 | 24 | 1% | 157.00 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 750008607 | 1/26/06 | 3/9/006 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001+DI | 10 | 3/10/006 | 720 | 24 | 1% | 22.57 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241118 | 87000442 | 1/26/06 | 3/9/006 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 | 4/9/006 | 690 | 23 | 1% | 99.71 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000446 | 1/26/06 | 3/9/006 | 1,465.35 | 1,465.35 | - | - | - | - | 1,465.35 | Sales Tax | 592612-001 DI | 10 | 4/9/006 | 690 | 23 | 1% | 87.75 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241134 | 87000447 | 1/26/06 | 3/9/006 | 9,768.83 | 9,768.83 | - | - | - | - | 9,768.83 | Rent | 592612-001 DI | 10 | 4/9/006 | 690 | 23 | 1% | 337.03 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000448 | 1/26/06 | 3/9/006 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 4/9/006 | 690 | 23 | 1% | 150.46 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1241135 | 87000607 | 1/26/06 | 3/9/006 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 4/9/006 | 690 | 23 | 1% | 77.85 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 750079?9 | 3/1/06 | 4/10/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001+DI | 10 | 4/10/006 | 689 | 23 | 1% | 77.85 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 750008607 | 3/1/06 | 4/3/006 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001+DI | 10 | 5/10/06 | 659 | 22 | 1% | 74.47 |

| Customer | Acct # | Lease # | Invoice # | InvDate | Due Date | InvAmt | Amount Due | 30Days | 60Days | 90Days | 120Days | Over120Days | Transaction | Lease Reference | Grace Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000448 | 3/6/06 | 4/30/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000448 | 3/6/06 | 4/30/06 | 1,609.34 | 1,609.34 | - | - | - | - | 381.52 | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000449 | 3/6/06 | 4/30/06 | 1,465.35 | 1,465.35 | - | - | - | - | 1,465.35 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000449 | 3/6/06 | 4/30/06 | 9,768.83 | 9,768.83 | - | - | - | - | 9,768.83 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000450 | 3/6/06 | 4/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000450 | 3/6/06 | 4/30/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000452 | 3/29/06 | 5/30/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000452 | 3/29/06 | 5/30/06 | 1,609.34 | 1,609.34 | - | - | - | - | 381.52 | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000453 | 3/29/06 | 5/30/06 | 1,465.35 | 1,465.35 | - | - | - | - | 1,465.35 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000453 | 3/29/06 | 5/30/06 | 9,768.83 | 9,768.83 | - | - | - | - | 9,768.83 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000454 | 3/29/06 | 5/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000454 | 3/29/06 | 5/30/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 79006 | 79OMCO081601 | 7S00000517 | 3/29/06 | 5/31/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-000-01 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 79006 | 79OMCO081601 | 7S00000517 | 3/29/06 | 5/31/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-000-01 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000457 | 4/27/06 | 6/30/06 | 385.75 | 385.75 | - | - | - | - | 171.08 | Sales Tax | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000458 | 4/27/06 | 6/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000460 | 4/27/06 | 6/30/06 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000460 | 4/27/06 | 6/30/06 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000460 | 6/12/06 | 7/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000460 | 6/12/06 | 7/30/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000461 | 6/12/06 | 7/30/06 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000461 | 6/12/06 | 7/30/06 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000461 | 6/12/06 | 7/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000461 | 6/12/06 | 7/30/06 | 651.17 | 651.17 | - | - | - | - | 651.17 | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 79006 | 79OMCO081601 | 7S00000682 | 5/25/06 | 7/31/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-000-01 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000462 | 6/28/06 | 8/30/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000462 | 6/28/06 | 8/30/06 | 1,609.34 | 1,609.34 | - | - | - | - | 1,609.34 | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000463 | 6/28/06 | 8/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000463 | 6/28/06 | 8/30/06 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000464 | 6/28/06 | 8/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000465 | 6/28/06 | 8/30/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 79006 | 79OMCO081601 | 7S00000726 | 7/26/06 | 9/30/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-000-01 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000465 | 7/26/06 | 9/30/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000465 | 7/26/06 | 9/30/06 | 2,890.10 | 2,890.10 | - | - | - | - | 2,890.10 | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000466 | 7/26/06 | 9/30/06 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000466 | 7/26/06 | 9/30/06 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000467 | 7/26/06 | 9/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000467 | 7/26/06 | 9/30/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000468 | 8/28/06 | 10/30/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000468 | 8/28/06 | 10/30/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341118 | 8700000468 | 8/28/06 | 10/30/06 | 2,890.10 | 2,890.10 | - | - | - | - | 2,890.10 | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000469 | 8/28/06 | 10/30/06 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341134 | 8700000469 | 8/28/06 | 10/30/06 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000470 | 8/28/06 | 10/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OMCO12341135 | 8700000470 | 8/28/06 | 10/30/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 |

| BelngDate | # Days Late | # Months Late (round to month) | Late fee rate | Total late fee |
|---|---|---|---|---|
| 5/10/06 | 659 | 22 | 1% | 95.38 |
| 5/10/06 | 659 | 22 | 1% | 83.93 |
| 5/10/06 | 659 | 22 | 1% | 322.38 |
| 5/10/06 | 659 | 22 | 1% | 2,149.14 |
| 5/10/06 | 659 | 22 | 1% | 21.59 |
| 5/10/06 | 659 | 22 | 1% | 143.92 |
| 6/9/06 | 629 | 21 | 1% | 91.04 |
| 6/9/06 | 629 | 21 | 1% | 80.12 |
| 6/9/06 | 629 | 21 | 1% | 307.72 |
| 6/9/06 | 629 | 21 | 1% | 2,051.45 |
| 6/9/06 | 629 | 21 | 1% | 20.61 |
| 6/9/06 | 629 | 21 | 1% | 137.38 |
| 6/10/06 | 628 | 21 | 1% | 71.08 |
| 7/10/06 | 598 | 20 | 1% | 67.70 |
| 7/10/06 | 598 | 20 | 1% | 34.22 |
| 7/10/06 | 598 | 20 | 1% | 252.65 |
| 7/10/06 | 598 | 20 | 1% | 1,684.28 |
| 7/10/06 | 598 | 20 | 1% | 19.63 |
| 7/10/06 | 598 | 20 | 1% | 130.83 |
| 8/9/06 | 568 | 19 | 1% | 240.61 |
| 8/9/06 | 568 | 19 | 1% | 1,600.06 |
| 8/9/06 | 568 | 19 | 1% | 18.64 |
| 8/9/06 | 568 | 19 | 1% | 124.29 |
| 8/10/06 | 461 | 19 | 1% | 64.31 |
| 9/9/06 | 537 | 18 | 1% | 78.04 |
| 9/9/06 | 537 | 18 | 1% | 300.40 |
| 9/9/06 | 537 | 18 | 1% | 227.35 |
| 9/9/06 | 537 | 18 | 1% | 1,515.85 |
| 9/9/06 | 537 | 18 | 1% | 17.66 |
| 9/9/06 | 537 | 18 | 1% | 117.75 |
| 9/9/06 | 537 | 18 | 1% | 60.93 |
| 10/10/06 | 536 | 18 | 1% | 57.97 |
| 10/10/06 | 506 | 17 | 1% | 73.70 |
| 10/10/06 | 506 | 17 | 1% | 491.32 |
| 10/10/06 | 506 | 17 | 1% | 214.75 |
| 10/10/06 | 506 | 17 | 1% | 1,431.64 |
| 10/10/06 | 506 | 17 | 1% | 16.68 |
| 11/9/06 | 506 | 17 | 1% | 111.21 |
| 11/9/06 | 476 | 16 | 1% | 69.36 |
| 11/9/06 | 476 | 16 | 1% | 68.31 |
| 11/9/06 | 476 | 16 | 1% | 202.12 |
| 11/9/06 | 476 | 16 | 1% | 1,347.42 |
| 11/9/06 | 476 | 16 | 1% | 15.70 |
| 11/9/06 | 476 | 16 | 1% | 104.67 |

| Customer | Acct # | Lease # | Invoice # | InvDate | Due Date | InvAmt | Amount Due | 30Days | 60Days | 90Days | 120Days | Over120Days | Transaction | Lease Reference | Grace Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 7500085154 | 8/28/06 | 10/31/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592064-001-DI | 10 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081501 | 7500083023 | 11/6/06 | 12/20/06 | 230.38 | 230.38 | - | - | - | - | 230.38 | Property Tax | 592059-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081501R1A | 7500083031 | 11/6/06 | 12/20/06 | 115.19 | 115.19 | - | - | - | - | 115.19 | Property Tax | 592059-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 7500085178 | 9/26/06 | 11/30/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592064-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700000471 | 9/26/06 | 11/30/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700000471 | 9/26/06 | 11/30/06 | 2,890.10 | 2,890.10 | - | - | - | - | 2,890.10 | Rent | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700000472 | 9/26/06 | 11/30/06 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700000472 | 9/26/06 | 11/30/06 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700000473 | 9/26/06 | 11/30/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592611-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700000473 | 9/26/06 | 11/30/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592611-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700000474 | 10/31/06 | 12/20/06 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700000475 | 10/31/06 | 12/20/06 | 2,890.10 | 2,890.10 | - | - | - | - | 2,890.10 | Rent | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700000476 | 10/31/06 | 12/20/06 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Rent | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700000476 | 10/31/06 | 12/20/06 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700000476 | 10/31/06 | 12/20/06 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592611-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700000476 | 10/31/06 | 12/20/06 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592611-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 7500082225 | 10/1/06 | 12/31/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001-DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700004477 | 11/29/06 | 1/30/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700004477 | 11/29/06 | 1/30/07 | 2,890.10 | 2,890.10 | - | - | - | - | 2,890.10 | Rent | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700004478 | 11/29/06 | 1/30/07 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Rent | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700004478 | 11/29/06 | 1/30/07 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700004479 | 11/29/06 | 1/30/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592611-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700004479 | 11/29/06 | 1/30/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592611-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 7500082225 | 10/1/06 | 12/31/06 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001-DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 7500082246 | 12/1/06 | 1/31/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001-DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 7500082266 | 1/24/07 | 2/9/07 | 164.51 | 164.51 | - | - | - | - | 164.51 | Property Tax | 592296-001-DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 7500085266 | 12/28/06 | 2/28/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592296-001-DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700004481 | 12/28/06 | 2/28/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700004481 | 12/28/06 | 2/28/07 | 2,787.80 | 2,787.80 | - | - | - | - | 2,787.80 | Rent | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700004481 | 12/28/06 | 2/28/07 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700004482 | 12/28/06 | 2/28/07 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700004482 | 12/28/06 | 2/28/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592611-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 8700004482 | 12/28/06 | 2/28/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592611-001 DI | 10 |
| DELPHI CORPORATION | 68009 | 68DELP0A-2R2 | 6800102243 | 3/14/07 | 3/19/07 | 1,567.71 | 1,567.71 | - | - | - | - | 1,567.71 | Property Tax | DELPHENA-2 | 10 |
| DELPHI CORPORATION | 68009 | 68DELP0A-2R2 | 6800102243 | 3/14/07 | 3/19/07 | 31,354.16 | 31,354.16 | - | - | - | - | 23,683.36 | Rent | DELPHENA-2 | 10 |
| DELPHI CORPORATION | 68009 | 68DELP0A-3R1 | 6800102225 | 3/14/07 | 3/19/07 | 405.05 | 405.05 | - | - | - | - | 405.05 | Property Tax | DELPHENA-1 | 10 |
| DELPHI CORPORATION | 68009 | 68DELP0A-3R1 | 6800102225 | 3/14/07 | 3/19/07 | 8,101.10 | 8,101.10 | - | - | - | - | 6,119.17 | Rent | DELPHENA-1 | 10 |
| DELPHI CORPORATION | 68009 | 68DELP0A-4-R3 | 6800102226 | 3/14/07 | 3/19/07 | 252.53 | 252.53 | - | - | - | - | 252.53 | Property Tax | DEPHIA-4 | 10 |
| DELPHI CORPORATION | 68009 | 68DELP0A-4-R3 | 6800102226 | 3/14/07 | 3/19/07 | 5,050.65 | 5,050.65 | - | - | - | - | 3,815.01 | Rent | DEPHIA-4 | 10 |
| DELPHI CORPORATION | 68009 | 68DELP0A-5-R3 | 6800102227 | 3/14/07 | 3/19/07 | 405.69 | 405.69 | - | - | - | - | 405.69 | Property Tax | DEPHIA-5 | 10 |
| DELPHI CORPORATION | 68009 | 68DELP0A-5-R3 | 6800102227 | 3/14/07 | 3/19/07 | 8,033.75 | 8,033.75 | - | - | - | - | 6,068.29 | Rent | DEPHIA-5 | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700004483 | 1/31/07 | 3/30/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 8700004483 | 1/31/07 | 3/30/07 | 2,787.80 | 2,787.80 | - | - | - | - | 2,787.80 | Rent | 592295-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700004484 | 1/31/07 | 3/30/07 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 8700004484 | 1/31/07 | 3/30/07 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592612-001 DI | 10 |

| Delinq.Date | # Days Late | # Months Late (round to week) | Late fee rate | Total late fee |
|---|---|---|---|---|
| 11/10/06 | 475 | 16 | 1% | 54.16 |
| 11/10/06 | 455 | 16 | 1% | 36.86 |
| 11/10/06 | 455 | 16 | 1% | 18.43 |
| 12/10/06 | 445 | 15 | 1% | 50.77 |
| 12/10/06 | 445 | 15 | 1% | 65.03 |
| 12/10/06 | 445 | 15 | 1% | 433.52 |
| 12/10/06 | 445 | 15 | 1% | 189.48 |
| 12/10/06 | 445 | 15 | 1% | 1,263.21 |
| 12/10/06 | 445 | 15 | 1% | 14.72 |
| 12/10/06 | 445 | 15 | 1% | 98.13 |
| 1/9/07 | 415 | 14 | 1% | 60.69 |
| 1/9/07 | 415 | 14 | 1% | 404.61 |
| 1/9/07 | 415 | 14 | 1% | 176.85 |
| 1/9/07 | 415 | 14 | 1% | 1,178.99 |
| 1/9/07 | 415 | 14 | 1% | 13.74 |
| 1/9/07 | 415 | 14 | 1% | 91.58 |
| 1/10/07 | 414 | 14 | 1% | 47.39 |
| 2/9/07 | 384 | 13 | 1% | 56.36 |
| 2/9/07 | 384 | 13 | 1% | 75.71 |
| 2/9/07 | 384 | 13 | 1% | 164.22 |
| 2/9/07 | 384 | 13 | 1% | 1,094.78 |
| 2/9/07 | 384 | 13 | 1% | 12.76 |
| 2/9/07 | 384 | 13 | 1% | 85.04 |
| 2/10/07 | 383 | 13 | 1% | 44.00 |
| 2/19/07 | 374 | 13 | 1% | 21.39 |
| 3/10/07 | 355 | 12 | 1% | 40.62 |
| 3/10/07 | 355 | 12 | 1% | 52.69 |
| 3/10/07 | 355 | 12 | 1% | 334.54 |
| 3/10/07 | 355 | 12 | 1% | 151.59 |
| 3/10/07 | 355 | 12 | 1% | 1,001.57 |
| 3/10/07 | 355 | 12 | 1% | 11.70 |
| 3/10/07 | 355 | 12 | 1% | 78.50 |
| 3/29/07 | 336 | 12 | 1% | 188.13 |
| 3/29/07 | 336 | 12 | 1% | 2,842.00 |
| 3/29/07 | 336 | 12 | 1% | 46.61 |
| 3/29/07 | 336 | 12 | 1% | 734.30 |
| 3/29/07 | 336 | 12 | 1% | 30.30 |
| 3/29/07 | 336 | 12 | 1% | 457.80 |
| 4/9/07 | 336 | 12 | 1% | 42.70 |
| 4/9/07 | 336 | 12 | 1% | 728.19 |
| 4/9/07 | 325 | 11 | 1% | 47.69 |
| 4/9/07 | 325 | 11 | 1% | 306.66 |
| 4/9/07 | 325 | 11 | 1% | 136.96 |
| 4/9/07 | 325 | 11 | 1% | 926.35 |

| Customer | Acct # | Lease # | Invoice # | InvDate | Due Date | InvAmt | Amount Due | 30Days | 60Days | 90Days | 120Days | Over120Days | Transaction | Lease Reference | Grace Days | Billing Date | # Days Late | # Months Late (round to month) | Late fee rate | Total late fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000485 | 1/31/07 | 3/30/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-2401 DI | 10 | 4/9/07 | 325 | 11 | 1% | 10.79 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000485 | 1/31/07 | 3/30/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-2401 DI | 10 | 4/9/07 | 325 | 11 | 1% | 71.96 |
| GENERAL MOTORS-POWERTRAIN | 70019 | 70GMCO04860282 | 700014061 | 1/31/07 | 3/31/07 | 1,870.00 | 1,683.01 | - | - | - | - | 1,683.01 | Sales Tax | 592060-001-DI | 10 | 4/10/07 | 324 | 11 | 1% | 185.13 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081601 | 750008304 | 1/31/07 | 3/31/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001-DI | 10 | 4/10/07 | 324 | 11 | 1% | 37.23 |
| GENERAL MOTORS-POWERTRAIN | 70019 | 70GMCO04860282 | 700014933 | 3/26/07 | 4/10/07 | 661.29 | 661.29 | - | - | - | - | 661.29 | Property Tax | 590583-002 DI | 10 | 4/26/07 | 308 | 11 | 1% | 72.74 |
| GENERAL MOTORS-POWERTRAIN | 70019 | 70GMCO04860282 | 700014916 | 2/21/07 | 4/30/07 | 1,870.00 | 1,870.00 | - | - | - | - | 1,870.00 | Rent | 590583-002 DI | 10 | 5/10/07 | 294 | 10 | 1% | 187.00 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081601 | 750008253 | 2/21/07 | 4/30/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001-DI | 10 | 5/10/07 | 294 | 10 | 1% | 33.85 |
| GENERAL MOTORS-POWERTRAIN | 87001 | 87GMCO12341118 | 870000486 | 2/21/07 | 4/30/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Rent | 592395-001 DI | 10 | 5/10/07 | 294 | 10 | 1% | 43.35 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 870000486 | 2/21/07 | 4/30/07 | 2,194.12 | 2,194.12 | - | - | - | - | 2,194.12 | Rent | 592395-001 DI | 10 | 5/10/07 | 294 | 10 | 1% | 219.41 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 870000487 | 2/21/07 | 4/30/07 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592612-001 DI | 10 | 5/10/07 | 294 | 10 | 1% | 126.32 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 870000487 | 2/21/07 | 4/30/07 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592612-001 DI | 10 | 5/10/07 | 294 | 10 | 1% | 842.14 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000488 | 2/21/07 | 4/30/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 5/10/07 | 294 | 10 | 1% | 9.81 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000488 | 2/21/07 | 4/30/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 5/10/07 | 294 | 10 | 1% | 65.42 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081501 | 750008151 | 3/15/07 | 5/30/07 | 577.87 | 101.14 | - | - | - | - | 101.14 | Rent | 592059-001-DI | 10 | 6/9/07 | 264 | 9 | 1% | 9.10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 870000489 | 3/15/07 | 5/30/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Rent | 592395-001-DI | 10 | 6/9/07 | 264 | 9 | 1% | 39.02 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 870000489 | 3/15/07 | 5/30/07 | 2,194.12 | 2,194.12 | - | - | - | - | 2,194.12 | Rent | 592395-001-DI | 10 | 6/9/07 | 264 | 9 | 1% | 197.47 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 870000490 | 3/15/07 | 5/30/07 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592612-001 DI | 10 | 6/9/07 | 264 | 9 | 1% | 113.69 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 870000490 | 3/15/07 | 5/30/07 | 8,421.39 | 8,421.39 | - | - | - | - | 8,421.39 | Rent | 592612-001 DI | 10 | 6/9/07 | 264 | 9 | 1% | 757.93 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000491 | 3/15/07 | 5/30/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 6/9/07 | 264 | 9 | 1% | 8.83 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000491 | 3/15/07 | 5/30/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 6/9/07 | 264 | 9 | 1% | 58.88 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081601 | 750008381 | 3/15/07 | 5/31/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001-DI | 10 | 6/10/07 | 263 | 9 | 1% | 30.46 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081501 | 750008330 | 4/17/07 | 6/30/07 | 577.87 | 288.94 | - | - | - | - | 288.94 | Rent | 592059-001-DI | 10 | 7/10/07 | 233 | 8 | 1% | 23.12 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081601 | 750008403 | 4/17/07 | 6/30/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001-DI | 10 | 7/10/07 | 233 | 8 | 1% | 27.08 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 870000492 | 4/17/07 | 6/30/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Rent | 592395-001 DI | 10 | 7/10/07 | 233 | 8 | 1% | 34.68 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 870000494 | 4/17/07 | 6/30/07 | 524.78 | 524.78 | - | - | - | - | 524.78 | Rent | 592395-001 DI | 10 | 7/10/07 | 233 | 8 | 1% | 41.98 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 870000493 | 4/17/07 | 6/30/07 | 1,263.23 | 1,263.23 | - | - | - | - | 1,263.23 | Sales Tax | 592612-001 DI | 10 | 7/10/07 | 233 | 8 | 1% | 101.06 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000494 | 4/17/07 | 6/30/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 7/10/07 | 233 | 8 | 1% | 7.85 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000494 | 4/17/07 | 6/30/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 7/10/07 | 233 | 8 | 1% | 52.33 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO082822281A | 750008401 | 5/17/07 | 7/30/07 | 802.42 | 596.15 | - | - | - | - | 596.15 | Rent | 592032-002 DI | 10 | 8/9/07 | 203 | 7 | 1% | 41.73 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081501 | 750008405 | 5/17/07 | 7/30/07 | 577.87 | 577.87 | - | - | - | - | 577.87 | Rent | 592059-001 DI | 10 | 8/9/07 | 203 | 7 | 1% | 40.44 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 870000496 | 5/17/07 | 7/30/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Rent | 592395-001 DI | 10 | 8/9/07 | 203 | 7 | 1% | 30.35 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341118 | 870000496 | 5/17/07 | 7/30/07 | 524.78 | 524.78 | - | - | - | - | 524.78 | Rent | 592395-001 DI | 10 | 8/9/07 | 203 | 7 | 1% | 36.75 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341134 | 870000495 | 5/17/07 | 7/30/07 | 353.71 | 353.71 | - | - | - | - | 353.71 | Sales Tax | 592612-001 DI | 10 | 8/9/07 | 203 | 7 | 1% | 24.06 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000497 | 5/17/07 | 7/30/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592613-001 DI | 10 | 8/9/07 | 203 | 7 | 1% | 6.87 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO12341135 | 870000497 | 5/17/07 | 7/30/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592613-001 DI | 10 | 8/9/07 | 203 | 7 | 1% | 45.79 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO078803 | 750008409 | 5/17/07 | 7/31/07 | 632.08 | 632.08 | - | - | - | - | 632.08 | Rent | 592032-002 DI | 10 | 8/9/07 | 203 | 7 | 1% | 44.25 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO078822 | 750008410 | 5/17/07 | 7/31/07 | 599.81 | 599.81 | - | - | - | - | 599.81 | Rent | 592033-002 DI | 10 | 8/10/07 | 202 | 7 | 1% | 60.44 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO081601 | 750008411 | 5/17/07 | 7/31/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-001-DI | 10 | 8/10/07 | 202 | 7 | 1% | 23.69 |
| GENERAL MOTORS CORPORATION | 70019 | 70GMCO04850181RI1A | 700015001 | 7/24/07 | 8/7/07 | 1,762.36 | 1,762.36 | - | - | - | - | 1,762.36 | Property Tax | 590583-002 DI | 10 | 8/17/07 | 195 | 7 | 1% | 133.37 |
| GENERAL MOTORS CORPORATION | 75006 | 75GMCO082822281A | 750008421 | 6/22/07 | 8/20/07 | 802.42 | 596.15 | - | - | - | - | 596.15 | Rent | 592032-002 DI | 10 | 9/9/07 | 172 | 6 | 1% | 35.77 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081501 | 750008422 | 6/22/07 | 8/20/07 | 577.87 | 577.87 | - | - | - | - | 577.87 | Rent | 592059-001 DI | 10 | 9/9/07 | 172 | 6 | 1% | 134.06 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO082822281A | 750008425 | 6/22/07 | 8/20/07 | 2,752.34 | 2,564.54 | - | - | - | - | 2,564.54 | Rent | 592059-001 DI | 10 | 9/9/07 | 172 | 6 | 1% | 153.87 |

| Billing Date | # Days Late | # Months Late (round to month) | Late fee rate | Total late fee |
|---|---|---|---|---|
| 9/9/07 | 172 | 6 | 1% | 26.01 |
| 9/9/07 | 172 | 6 | 1% | 31.49 |
| 9/9/07 | 172 | 6 | 1% | 18.19 |
| 9/9/07 | 172 | 6 | 1% | 121.27 |
| 9/9/07 | 172 | 6 | 1% | 5.89 |
| 9/9/07 | 172 | 6 | 1% | 39.25 |
| 9/10/07 | 171 | 6 | 1% | 37.92 |
| 9/10/07 | 171 | 6 | 1% | 74.07 |
| 9/10/07 | 171 | 6 | 1% | 20.31 |
| 10/10/07 | 141 | 5 | 1% | 31.60 |
| 10/10/07 | 141 | 5 | 1% | 61.72 |
| 10/10/07 | 141 | 5 | 1% | 29.81 |
| 10/10/07 | 141 | 5 | 1% | 28.89 |
| 10/10/07 | 141 | 5 | 1% | 128.23 |
| 10/10/07 | 141 | 5 | 1% | 16.92 |
| 10/10/07 | 141 | 5 | 1% | 21.68 |
| 10/10/07 | 141 | 5 | 1% | 26.24 |
| 10/10/07 | 141 | 5 | 1% | 15.16 |
| 10/10/07 | 141 | 5 | 1% | 101.06 |
| 10/10/07 | 141 | 5 | 1% | 4.91 |
| 10/10/07 | 141 | 5 | 1% | 32.71 |
| 10/26/07 | 125 | 5 | 1% | 1.75 |
| 10/26/07 | 125 | 5 | 1% | 3.90 |
| 10/26/07 | 125 | 5 | 1% | 3.82 |
| 10/26/07 | 125 | 5 | 1% | 2.12 |
| 10/26/07 | 125 | 5 | 1% | 7.47 |
| 10/26/07 | 125 | 5 | 1% | 3.50 |
| 10/26/07 | 125 | 5 | 1% | 30.77 |
| 10/26/07 | 125 | 5 | 1% | 5.21 |
| 11/9/07 | 111 | 4 | 1% | 28.90 |
| 11/9/07 | 111 | 4 | 1% | 23.11 |
| 11/9/07 | 111 | 4 | 1% | 102.58 |
| 11/9/07 | 111 | 4 | 1% | 17.34 |
| 11/9/07 | 111 | 4 | 1% | 20.69 |
| 11/9/07 | 111 | 4 | 1% | 12.13 |
| 11/9/07 | 111 | 4 | 1% | 80.85 |
| 11/9/07 | 111 | 4 | 1% | 3.93 |
| 11/10/07 | 111 | 4 | 1% | 26.17 |
| 11/10/07 | 111 | 4 | 1% | 25.28 |
| 11/10/07 | 100 | 4 | 1% | 49.38 |
| 11/10/07 | 100 | 4 | 1% | 13.54 |
| 11/10/07 | 100 | 4 | 1% | 7.76 |
| 11/10/07 | 90 | 3 | 1% | 4.98 |

| Customer | Acct # | Lease # | Invoice # | InvDate | Due Date | InvAmt | Amount Due | 30Days | 60Days | 90Days | 120Days | Over120Days | Transaction | Lease Reference | Grace Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234111B | 87000498 | 6/22/07 | 8/30/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Sales Tax | 592295-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234111B | 87000498 | 6/22/07 | 8/30/07 | 524.78 | 524.78 | - | - | - | - | 524.78 | Rent | 592295-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234134 | 87000499 | 6/22/07 | 8/30/07 | 555.83 | 303.18 | - | - | - | - | 303.18 | Sales Tax | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234134 | 87000499 | 6/22/07 | 8/30/07 | 3,705.46 | 2,021.16 | - | - | - | - | 2,021.16 | Rent | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234135 | 87000500 | 6/22/07 | 8/30/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234135 | 87000500 | 6/22/07 | 8/30/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592261-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 75000811 | 6/22/07 | 8/31/07 | 632.08 | 632.08 | - | - | - | - | 632.08 | Rent | 592611-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078822 | 75000812 | 6/22/07 | 8/31/07 | 1,234.49 | 1,234.49 | - | - | - | - | 1,234.49 | Rent | 592033-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234111B | 75000813 | 6/22/07 | 8/31/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078803 | 75000847 | 7/18/07 | 9/30/07 | 632.08 | 632.08 | - | - | - | - | 632.08 | Rent | 592033-x002 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078822 | 75000848 | 7/18/07 | 9/30/07 | 1,234.49 | 1,234.49 | - | - | - | - | 1,234.49 | Rent | 592033-x002 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO07882BR1A | 75000849 | 7/18/07 | 9/30/07 | 802.42 | 596.15 | - | - | - | - | 596.15 | Rent | 592059-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081501 | 75000850 | 7/18/07 | 9/30/07 | 577.87 | 577.87 | - | - | - | - | 577.87 | Rent | 592059-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234113A | 75000851R1A | 7/18/07 | 9/30/07 | 2,752.34 | 2,564.54 | - | - | - | - | 2,564.54 | Rent | 592059-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234118 | 75000852 | 7/18/07 | 9/30/07 | 338.49 | 338.49 | - | - | - | - | 338.49 | Rent | 592060-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234135 | 87000502 | 7/18/07 | 9/30/07 | 433.53 | 433.53 | - | - | - | - | 433.53 | Rent | 592295-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234118 | 87000502 | 7/18/07 | 9/30/07 | 524.78 | 524.78 | - | - | - | - | 524.78 | Rent | 592295-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234134 | 87000503 | 7/18/07 | 9/30/07 | 303.18 | 303.18 | - | - | - | - | 303.18 | Sales Tax | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234134 | 87000503 | 7/18/07 | 9/30/07 | 3,705.46 | 2,021.16 | - | - | - | - | 2,021.16 | Rent | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234135 | 87000503 | 7/18/07 | 9/30/07 | 98.13 | 98.13 | - | - | - | - | 98.13 | Sales Tax | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234135 | 87000503 | 7/18/07 | 9/30/07 | 654.17 | 654.17 | - | - | - | - | 654.17 | Rent | 592261-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO07775018 | 75000897P | 10/4/07 | 10/16/07 | 35.04 | 35.04 | - | - | - | 35.04 | Property Tax | 592019-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078101 | 75000898 | 10/4/07 | 10/16/07 | 72.96 | 72.96 | - | - | - | 72.96 | Property Tax | 592033-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078101 | 75000899 | 10/4/07 | 10/16/07 | 76.47 | 76.47 | - | - | - | 76.47 | Property Tax | 592033-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078803R1A | 75000898J | 10/4/07 | 10/16/07 | 42.46 | 42.46 | - | - | - | 42.46 | Property Tax | 592033-x003 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078822 | 75000898J | 10/4/07 | 10/16/07 | 149.36 | 149.36 | - | - | - | 149.36 | Property Tax | 592033-x002 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081501 | 75000898S | 10/4/07 | 10/16/07 | 149.36 | 149.36 | - | - | - | 149.36 | Property Tax | 592059-x002 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081501R1A | 75000896 | 10/4/07 | 10/16/07 | 69.91 | 69.91 | - | - | - | 69.91 | Rent | 592059-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081901R1 | 75000879 | 10/3/07 | 10/16/07 | 615.44 | 615.44 | - | - | - | 615.44 | Property Tax | 592059-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081901 | 75000881 | 10/3/07 | 10/16/07 | 104.16 | 104.16 | - | - | - | 104.16 | Property Tax | 592060-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601 | 75000866 | 8/16/07 | 10/31/07 | 596.15 | 596.15 | - | - | - | 596.15 | Rent | 592059-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234118 | 75000867 | 8/16/07 | 10/31/07 | 577.87 | 577.87 | - | - | - | 577.87 | Rent | 592059-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234113A | 75000867R1A | 8/16/07 | 10/31/07 | 2,564.47 | 2,564.47 | - | - | - | 2,564.47 | Rent | 592059-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234118 | 87000504 | 8/16/07 | 10/31/07 | 433.53 | 433.53 | - | - | - | 433.53 | Sales Tax | 592295-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234118 | 87000504 | 8/16/07 | 10/31/07 | 524.78 | 524.78 | - | - | - | 524.78 | Rent | 592295-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234134 | 87000505 | 8/16/07 | 10/31/07 | 555.83 | 303.18 | - | - | - | 303.18 | Sales Tax | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234134 | 87000506 | 8/16/07 | 10/31/07 | 3,705.46 | 2,021.16 | - | - | - | 2,021.16 | Rent | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234135 | 87000507 | 8/16/07 | 10/30/07 | 98.13 | 98.13 | - | - | - | 98.13 | Sales Tax | 592261-x001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234135 | 87000507 | 8/16/07 | 10/30/07 | 654.17 | 654.17 | - | - | - | 654.17 | Rent | 592261-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078803 | 75000873 | 8/16/07 | 10/31/07 | 632.08 | 632.08 | - | - | - | 632.08 | Rent | 592033-x002 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO078822 | 75000874 | 8/16/07 | 10/31/07 | 1,234.49 | 1,234.49 | - | - | - | 1,234.49 | Rent | 592033-x002 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMCO1234118 | 75000875 | 8/16/07 | 10/31/07 | 338.49 | 338.49 | - | - | - | 338.49 | Rent | 592060-x001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCO081601R1 | 75000952 | 11/6/07 | 11/20/07 | 166.13 | 166.13 | - | - | - | 166.13 | - | Property Tax | 592060-x001 DI | 10 |

| Customer | Acct # | Lease # | Invoice # | InvDate | Due Date | InvAmt | Amount Due | 30Days | 60Days | 90Days | 120Days | Over120Days | Transaction | Lease Reference | Gross Days | Delinq Date | # Days Late | # Months Late (round to nearst) | Late fee rate | Total late fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078801 | 750088968 | 9/18/07 | 1/30/07 | 644.37 | 644.37 | - | - | - | 644.37 | - | Rent | 592032x2001 DI | 10 | 12/10/07 | 80 | 3 | 1% | 19.33 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078803 | 750088969 | 9/18/07 | 1/30/07 | 632.08 | 632.08 | - | - | - | 632.08 | - | Rent | 592032x2003 DI | 10 | 12/10/07 | 80 | 3 | 1% | 18.96 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078822 | 750088870 | 9/18/07 | 1/30/07 | 1,234.49 | 1,234.49 | - | - | - | 1,234.49 | - | Rent | 592032x2002 DI | 10 | 12/10/07 | 80 | 3 | 1% | 37.03 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078822R1A | 750088971 | 9/18/07 | 1/30/07 | 802.42 | 596.15 | - | - | - | 596.15 | - | Rent | 592032x2001 DI | 10 | 12/10/07 | 80 | 3 | 1% | 17.88 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C080601R3 | 750088963 | 9/18/07 | 1/30/07 | 883.53 | 0.03 | - | - | - | 0.03 | - | Rent | 592050x001 DI | 10 | 12/10/07 | 80 | 3 | 1% | 0.00 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081501R1A | 750088972 | 9/18/07 | 1/30/07 | 577.87 | 577.87 | - | - | - | 577.87 | - | Rent | 592059x001-DI | 10 | 12/10/07 | 80 | 3 | 1% | 17.34 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081601 | 750088973 | 9/18/07 | 1/30/07 | 2,564.47 | 2,564.47 | - | - | - | 2,564.47 | - | Rent | 592059x001-DI | 10 | 12/10/07 | 80 | 3 | 1% | 76.93 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081901-R1 | 750088975 | 9/18/07 | 1/30/07 | 338.49 | 338.49 | - | - | - | 338.49 | - | Rent | 592064x001-DI | 10 | 12/10/07 | 80 | 3 | 1% | 10.15 |
| GENERAL MOTORS CORPORATION | 87000 | 87OA0C12341118 | 870000969 | 9/18/07 | 1/30/07 | 372.50 | 372.50 | - | - | - | 372.50 | - | Rent | 592063x001-DI | 10 | 12/10/07 | 80 | 3 | 1% | 11.18 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341501 | 870000970 | 9/18/07 | 1/30/07 | 433.53 | 433.53 | - | - | - | 433.53 | - | Sales Tax | 592059x001-DI | 10 | 12/10/07 | 80 | 3 | 1% | 13.01 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341134 | 870000974 | 9/18/07 | 1/30/07 | 555.83 | 524.78 | - | - | - | 524.78 | - | Sales Tax | 592061x001 DI | 10 | 12/10/07 | 80 | 3 | 1% | 15.74 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341131 | 870000975 | 9/18/07 | 1/30/07 | 3,705.46 | 303.18 | - | - | - | 303.18 | - | Sales Tax | 592061x2001 DI | 10 | 12/10/07 | 80 | 3 | 1% | 9.10 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341135 | 870000976 | 9/18/07 | 1/30/07 | 98.13 | 2,021.16 | - | - | - | 2,021.16 | - | Sales Tax | 592061x2001 DI | 10 | 12/10/07 | 80 | 3 | 1% | 60.63 |
| GENERAL MOTORS CORPORATION | 87000 | 87OA0C12341135 | 870000991 | 9/18/07 | 1/30/07 | 654.17 | 98.13 | - | - | - | 98.13 | - | Rent | 592061x1401 DI | 10 | 12/10/07 | 80 | 3 | 1% | 2.94 |
| GENERAL MOTORS CORPORATION | 87000 | 87OA0C12341135 | 870000991 | 9/18/07 | 1/30/07 | 654.17 | 654.17 | - | - | - | 654.17 | - | Rent | 592061x1401 DI | 10 | 12/10/07 | 80 | 3 | 1% | 19.63 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078822R1A | 750088994 | 10/17/07 | 2/10/07 | 802.42 | 596.15 | - | - | 596.15 | - | - | Rent | 592050x001 DI | 10 | 1/9/08 | 50 | 2 | 1% | 11.92 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C080601R3 | 750088993 | 10/17/07 | 2/10/07 | 883.53 | 0.02 | - | - | 0.02 | - | - | Rent | 592050x001-DI | 10 | 1/9/08 | 50 | 2 | 1% | 0.00 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081501R1A | 750088995 | 10/17/07 | 2/10/07 | 577.87 | 577.87 | - | - | 577.87 | - | - | Rent | 592059x001-DI | 10 | 1/9/08 | 50 | 2 | 1% | 11.56 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081601 | 750088996 | 10/17/07 | 2/10/07 | 2,564.47 | 2,564.47 | - | - | 2,564.47 | - | - | Rent | 592059x001-DI | 10 | 1/9/08 | 50 | 2 | 1% | 51.29 |
| GENERAL MOTORS CORPORATION | 87000 | 87OA0C12341118 | 870000974 | 10/17/07 | 2/10/07 | 433.53 | 433.53 | - | - | 433.53 | - | - | Rent | 592059x001-DI | 10 | 1/9/08 | 50 | 2 | 1% | 3.67 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341118 | 870000974 | 10/17/07 | 2/10/07 | 1,771.64 | 1,771.64 | - | - | 1,771.64 | - | - | Rent | 592059x001-DI | 10 | 1/9/08 | 50 | 2 | 1% | 35.43 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341134 | 870000975 | 10/17/07 | 2/10/07 | 303.18 | 303.18 | - | - | 303.18 | - | - | Sales Tax | 592061x2001 DI | 10 | 1/9/08 | 50 | 2 | 1% | 6.06 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341134 | 870000976 | 10/17/07 | 2/10/07 | 2,021.16 | 2,021.16 | - | - | 2,021.16 | - | - | Sales Tax | 592061x2001 DI | 10 | 1/9/08 | 50 | 2 | 1% | 40.42 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341135 | 870000976 | 10/17/07 | 2/10/07 | 98.13 | 98.13 | - | - | 98.13 | - | - | Sales Tax | 592061x1401 DI | 10 | 1/9/08 | 50 | 2 | 1% | 1.96 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341135 | 870000976 | 10/17/07 | 2/10/07 | 654.17 | 654.17 | - | - | 654.17 | - | - | Rent | 592061x1401 DI | 10 | 1/9/08 | 50 | 2 | 1% | 13.08 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078801 | 750009994 | 11/20/07 | 3/10/08 | 644.37 | 644.37 | - | 644.37 | - | - | - | Rent | 592032x2001 DI | 10 | 1/10/08 | 49 | 2 | 1% | 12.89 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078801 | 750009903 | 11/20/07 | 3/10/08 | 632.08 | 632.08 | - | 632.08 | - | - | - | Rent | 592032x2001 DI | 10 | 1/10/08 | 49 | 2 | 1% | 12.64 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078822 | 750009904 | 11/20/07 | 3/10/08 | 1,234.49 | 1,234.49 | - | 1,234.49 | - | - | - | Rent | 592032x2003 DI | 10 | 1/10/08 | 49 | 2 | 1% | 24.69 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078822R1A | 750009905 | 11/20/07 | 3/10/08 | 802.42 | 338.49 | - | 338.49 | - | - | - | Rent | 592050x001 DI | 10 | 1/10/08 | 49 | 2 | 1% | 6.77 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C080601R3 | 750009905 | 11/20/07 | 3/10/08 | 372.50 | 372.50 | - | 372.50 | - | - | - | Rent | 592050x001 DI | 10 | 1/10/08 | 49 | 2 | 1% | 7.45 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081501R1A | 750009969 | 12/18/07 | 1/30/08 | 577.87 | 577.87 | 596.15 | - | - | - | - | Sales Tax | 592059x001-DI | 10 | 2/9/08 | 19 | 1 | 1% | 5.96 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C080601R3 | 750009960 | 12/18/07 | 1/30/08 | 2,564.47 | 0.89 | 0.89 | - | - | - | - | Rent | 592050x001 DI | 10 | 2/9/08 | 19 | 1 | 1% | 0.01 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081501R1A | 750009969 | 12/18/07 | 1/30/08 | 577.87 | 433.53 | 433.53 | - | - | - | - | Rent | 592059x001-DI | 10 | 2/9/08 | 19 | 1 | 1% | 4.34 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341118 | 750009971 | 12/18/07 | 1/30/08 | 1,771.64 | 1,771.64 | 1,771.64 | - | - | - | - | Rent | 592059x001-DI | 10 | 2/9/08 | 19 | 1 | 1% | 17.72 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341134 | 870000984 | 11/20/07 | 1/9/08 | 303.18 | 303.18 | 303.18 | - | - | - | - | Rent | 592061x2001 DI | 10 | 2/9/08 | 19 | 1 | 1% | 3.03 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341134 | 870000984 | 11/20/07 | 1/9/08 | 2,021.16 | 2,021.16 | 2,021.16 | - | - | - | - | Rent | 592061x2001 DI | 10 | 2/9/08 | 19 | 1 | 1% | 20.21 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341135 | 870000985 | 11/20/07 | 1/9/08 | 98.13 | 98.13 | 98.13 | - | - | - | - | Sales Tax | 592061x1401 DI | 10 | 2/9/08 | 19 | 1 | 1% | 0.98 |
| GENERAL MOTORS CORPORATION | 87001 | 87OA0C12341135 | 750009969 | 12/18/07 | 1/30/08 | 654.17 | 654.17 | 654.17 | - | - | - | - | Rent | 592061x1401 DI | 10 | 2/9/08 | 19 | 1 | 1% | 5.96 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081601 | 750009970 | 1/20/08 | 1/30/08 | 338.49 | 338.49 | 338.49 | - | - | - | - | Rent | 592061x1401 DI | 10 | 2/10/08 | 18 | 1 | 1% | 1.96 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C081601 | 750009971 | 1/20/08 | 1/30/08 | 1,234.49 | 1,234.49 | 1,234.49 | - | - | - | - | Rent | 592060x001 DI | 10 | 2/10/08 | 18 | 1 | 1% | 12.35 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C080601 | 750009103 | 12/18/07 | 2/29/08 | 572.50 | 572.50 | 572.50 | - | - | - | - | Rent | 592032x2001 DI | 10 | 2/70/08 | 18 | 1 | 1% | 3.38 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75OA0C078803 | 750009104 | 12/18/07 | 2/29/08 | 632.08 | 632.08 | 632.08 | - | - | - | - | Rent | 592032x2003 DI | 10 | 3/10/08 | 0 | 0 | 1% | 3.73 |

| Customer | Acct # | Lease # | Invoice # | InvDate | Due Date | InvAmt | Amount Due | 30Days | 60Days | 90Days | 120Days | Over120Days | Transaction | Lease Reference | Grace Days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCX0078822 | 750009105 | 12/18/07 | 2/29/08 | 1,234.49 | 1,234.49 | - | - | - | - | - | Rent | 592032-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMCX0078822R1A | 750009106 | 12/18/07 | 2/29/08 | 802.42 | 596.15 | - | - | - | - | - | Rent | 592032-002-DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMC00806018J | 750009098 | 12/18/07 | 2/29/08 | 883.53 | 883.53 | - | - | - | - | - | Rent | 592056-001 DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMC0081501 | 750009107 | 12/18/07 | 2/29/08 | 577.87 | 577.87 | - | - | - | - | - | Rent | 592059-001-DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMC0081501R1A | 750009108 | 12/18/07 | 2/29/08 | 2,564.47 | 2,564.47 | - | - | - | - | - | Rent | 592059-001-DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMC0081601 | 750009109 | 12/18/07 | 2/29/08 | 338.49 | 338.49 | - | - | - | - | - | Rent | 592060-001-DI | 10 |
| GENERAL MOTORS-POWERTRAIN | 75006 | 75GMC0081901-R1 | 750009110 | 12/18/07 | 2/29/08 | 372.50 | 372.50 | - | - | - | - | - | Rent | 592063-001-DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMC01234118 | 870000989 | 12/18/07 | 2/29/08 | 433.53 | 433.53 | - | - | - | - | - | Sales Tax | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMC01234118 | 870000989 | 12/18/07 | 2/29/08 | 2,890.10 | 2,890.10 | - | - | - | - | - | Rent | 592595-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMC01234134 | 870000990 | 12/18/07 | 2/29/08 | 303.18 | 303.18 | - | - | - | - | - | Sales Tax | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMC01234134 | 870000990 | 12/18/07 | 2/29/08 | 2,021.16 | 2,021.16 | - | - | - | - | - | Rent | 592612-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMC01234135 | 870000991 | 12/18/07 | 2/29/08 | 98.13 | 98.13 | - | - | - | - | - | Sales Tax | 592613-001 DI | 10 |
| GENERAL MOTORS CORPORATION | 87001 | 87GMC01234135 | 870000991 | 12/18/07 | 2/29/08 | 654.17 | 654.17 | - | - | - | - | - | Rent | 592613-001 DI | 10 |
| | | | | | Total post-petition | $ 411,985.60 | $ 411,985.60 | 8,402.20 | 3,221.93 | 9,020.32 | 11,161.53 | 365,935.40 | | | |

| Delinq Date | # Days Late | # Months Late (round to month) | Late fee rate | Total late fee |
|---|---|---|---|---|
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| 3/10/08 | 0 | 0 | 1% | |
| | | | | $ 58,652.53 |

Current Active Leases
as of 2/28/2008

| CO# | ACCT # | CUST-NAME | LEASE # | COMM-DATE | MATURITY-DATE | RENT | PmtType | LEASE-EQ-DESC |
|---|---|---|---|---|---|---|---|---|
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO078801 | 01-Sep-00 | 01-Jul-03 | 644.37 | M | FORKLIFTS-ELECTRIC |
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO078803 | 01-Sep-00 | 01-Jul-03 | 632.08 | M | FORKLIFTS-ELECTRIC |
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO078822 | 01-Sep-00 | 01-Jul-03 | 1,234.49 | M | FORKLIFTS-ELECTRIC |
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO078822R1A | 01-Apr-05 | 01-Apr-07 | 596.15 | M | FORKLIFTS-ELECTRIC |
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO080601R3 | 01-Apr-07 | 01-Apr-08 | 883.53 | M | (5) HYSTER E80XL2 LIFT TRUCKS |
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO081501 | 01-Sep-00 | 01-Jul-03 | 577.87 | M | FORKLIFTS-ELECTRIC |
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO081501R1A | 01-Apr-05 | 01-Apr-07 | 2,565.54 | M | FORKLIFTS-ELECTRIC |
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO081601 | 01-Sep-00 | 01-Jul-03 | 338.49 | M | FORKLIFTS-ELECTRIC |
| 75 | 75006 | GENERAL MOTORS-POWERTRAIN | 75GMCO081901-R1 | 01-Oct-04 | 01-Oct-05 | 242.11 | M | FORKLIFTS-ELECTRIC |
| 87 | 87001 | GENERAL MOTORS CORPORATION | 87GMCO12341118 | 01-Sep-00 | 01-Mar-04 | 2,890.10 | M | LIFT TRUCKS |
| 87 | 87001 | GENERAL MOTORS CORPORATION | 87GMCO12341134 | 01-Sep-00 | 01-Mar-04 | 2,021.16 | M | LIFT TRUCKS |
| 87 | 87001 | GENERAL MOTORS CORPORATION | 87GMCO12341135 | 01-Sep-00 | 01-Apr-04 | 654.17 | M | FORKLIFTS |

Total $13,278.06

BUCHANAN INGERSOLL & ROONEY PC
One Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 440-4400
Facsimile: (212) 440-4401
E-mail: susan.persichilli@bipc.com
Susan P. Persichilli, Esq. (SP- 0368)

*Attorneys for ATEL Leasing Corporation,*
*as agent for Eireann II, CAI-UBK Equipment,*
*CAI-ALJ Equipment, II BU de Mexico*
*S.A. de C.V .and Eireann* III

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                             :    Chapter 11
In re:                                                       :
                                                             :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                  :
                                                             :    (Jointly Administered)
                                    Debtors.                 :
------------------------------------------------------------- X

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

    **K. Simone Knox**, being duly sworn, deposes and says:

    I am not a party to the within action, am over 18 years of age and am employed by

Buchanan Ingersoll & Rooney PC, attorneys for ATEL Leasing Corporation,as agent for Eireann II,

CAI-UBK Equipment, CAI-ALJ Equipment, II BU de Mexico S.A. de C.V .and Eireann III

    On March 5, 2008 I served via **U.S. Postal  First Class Mail**, a true and correct copy of

**CURE CLAIM OF ATEL LEASING CORPORATION, together with exhibits** upon all the parties listed

on the attached Service List.

           _/s/ K. Simone Knox_____
            K. Simone Knox

Sworn before me this
5th day of March, 2008

/s/ Susan Persichilli_____
Notary Public, State of New York
No. 01PE4778216
Qualified in New York County
Commission Expires December 31, 2010

## SERVICE LIST

**In re  :  DELPHI CORPORATION, *et al*  (Debtor)**
**Chapter 11   --   Case No. 05-44481 (RDD)**

**Alicia M. Leonhard, Esq.**
**Office of the United States Trustee**
33 Whitehall Street
21ˢᵗ Floor
New York, New York 10004

**David M. Sherbin, Esq.**
**General Counsel**
**Delphi Corporation**
**5725 Delphi Drive**
**Troy, Michigan 48098**

**John William Butler, Jr., Esq.**
**Skadden, Arps, Slate, Meagher & Flom LLP**
West Wacker Drive, Suite 2100
Chicago, Illinois  60606

**Kayalyn A. Marafioti, Esq.**
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, New York  10036

#376382-v1

# EXHIBIT D

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ATEL Capital Group | Vasco H. Morais, Jr. | Sr. VP, General Counsel and Secretary | 600 California St 6th Fl | | San Francisco | CA | 94108 |
| ATEL Leasing Corporation | Mark Pfeiffer | Buchanan Ingersoll & Rooney PC | Two Liberty Place, Suite 3200 | 50 South 16th Street | Philadelphia | PA | 19102 |
| ATEL Leasing Corporation | Peter S. Russ | Buchanan Ingersoll & Rooney PC | 620 Eighth Avenue | 23rd floor | New York | NY | 10018 |
| ATEL Leasing Corporation | Susan P. Persichilli | Buchanan Ingersoll & Rooney PC | One Chase Manhattan Plaza | 35th Floor | New York | NY | 10005 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/18/2010 10:47 PM
ATEL Special Parties

# EXHIBIT E

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Barnes &  Thornburg LLP | Deborah L Thorne<br>Kathleeen L Matsoukas | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 |
| Johnson Controls Battery Group Inc | Elena Lazarou | Reed Smith LLP | 599 Lexington Ave | New York | NY | 10022 |
| Johnson Controls Battery Group Inc | Stephen Bobo | Sachnoff & Weaver Ltd | 10 S Wacker Dr Ste 4000 | Chicago | IL | 60606 |
| Johnson Controls Inc | Attn General Counsel | 5757 N Green Bay Avenue | PO Box 591 | Milwaukee | WI | 53201 |
| Johnson Controls Inc | Attn President Battery | 5757 N Green Bay Avenue | PO Box 591 | Milwaukee | WI | 53201 |
| Johnson Controls Inc Automotive Group | Elena Lazarou | Reed Smith LLP | 599 Lexington Ave | New York | NY | 10022 |
| Johnson Controls Inc Automotive Group | Stephen Bobo | Sachnoff & Weaver Ltd | 10 S Wacker Dr Ste 4000 | Chicago | IL | 60606 |
| Johnson Controls Technology Company | Elena Lazarou | Reed Smith LLP | 599 Lexington Ave | New York | NY | 10022 |
| Johnson Controls Technology Company | Stephen Bobo | Sachnoff & Weaver Ltd | 10 S Wacker Dr Ste 4000 | Chicago | IL | 60606 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/18/2010 10:53 PM
Johnson Controls Special Parties.xls