Braun Kendrick Finkbeiner, PLC
Corey D. Grandmaison
4301 Fashion Square Boulevard
Saginaw, MI 48603
989-498-2256 X 510
989-799-4666 fax

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Delphi Corporation, et al. | : | Case No. 05-44481 |
| | : | (Jointly Administered) |
| Debtors | : | Judge Robert D. Drain |
| | : | Adv. Pro. No. 07-02416 |
| _____ | : | |
| | : | |
| Delphi Corporation, et al., | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| Merrill Tool & Machine, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ | : | |

## JOINDER OF MERRILL TOOL & MACHINE TO MOTIONS FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

Defendant Merrill Tool & Machine, by and through its attorneys, Braun Kendrick Finkbeiner, PLC, joins and adopts the motions of ATS Automation Tooling Systems, Inc. (Docket No. 20699), Doshi Prettl International (Docket No. 20701), the Timken Company and the Timken Corporation (Docket No. 20719) and all other motions (the "Motions") filed by defendants in avoidance actions filed in the above-captioned bankruptcy proceedings. IN the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Replies. Instead, Defendant hereby incorporated by reference, as if

{S0861149.DOC.1}

fully stated herein, the arguments and requests for relief set forth in the Motions, to the extent

that they are applicable to Merrill Tool & Machine.

Dated: November 22 , 2010                           BRAUN KENDRICK FINKBEINER, PLC

                                                    */s/ Corey D. Grandmaison*
                                                    Corey D. Grandmaison
                                                    4301 Fashion Square Boulevard
                                                    Saginaw, MI 48603
                                                    989-498-2256 X 510
                                                    989-799-4666 fax
                                                    corgra@bkf-law.com