Braun Kendrick Finkbeiner, PLC
Corey D. Grandmaison
4301 Fashion Square Boulevard
Saginaw, MI 48603
989-498-2256 X 510
989-799-4666 fax

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Delphi Corporation, et al. | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors | Judge Robert D. Drain |
| | Adv. Pro. No. 07-02416 |
| Delphi Corporation, et al., | |
| Plaintiff, | |
| vs. | |
| Merrill Tool & Machine, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, I served the following document:

**JOINDER OF MERRILL TOOL & MACHINE TO MOTIONS FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

Via this court's ECF noticing system and also by First Class Mail with proper postage to the following party:

BUTZEL LONG
Eric Fisher
380 Madison Ave.
22nd Floor
New York, NY 10017

Dated: November 22, 2010

BRAUN KENDRICK FINKBEINER, PLC

*/s/ Corey D. Grandmaison*
Corey D. Grandmaison
4301 Fashion Square Boulevard
Saginaw, MI 48603
989-498-2256 X 510
989-799-4666 fax
corgra@bkf-law.com

{S0861154.DOC.1}