MOSES & SINGER LLP
James M. Sullivan
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 554-7800

*Attorneys for The Timken Corporation*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No.: 05-44481 (RDD) |
|  | : | (Jointly Administered) |
| Reorganized Debtors. | : |  |

REQUEST FOR NOTICES

   PLEASE TAKE NOTICE that The Timken Corporation, a creditor in the above-referenced proceeding ("Timken"), hereby requests, in accordance with title 11 of the United State Code and Rules 2002 and 9004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon:

     Moses & Singer LLP
     Attn:  James M. Sullivan, Esq.
     The Chrysler Building
     405 Lexington Avenue
     New York, New York  10174
     Tel: (212) 554-7800
     Fax: (212) 554-7700
     Email: jsullivan@mosessinger.com

849611v1  086000.0100

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that Timken intends that neither this Request for Notices nor any later appearance, pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) the right to request the United States District Court to withdraw the reference or to abstain, in any matter subject to mandatory or discretionary withdrawal or abstention, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments of expressly reserves.

Dated: New York, New York
       November 22, 2010

                              MOSES & SINGER LLP

                              By: /s/ James M. Sullivan
                                  James M. Sullivan, Esq.
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, NY 10174
                              (212) 554-7800

                              Counsel for The Timken Corporation