MOSES & SINGER LLP
James M. Sullivan
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
(212) 554-7800

*Attorneys for The Timken Corporation*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------- X
  In re:                                              :    Chapter 11
                                                      :
  DPH HOLDINGS CORP., et al.,                         :    Case No.: 05-44481 (RDD)
                                                      :
                                                      :    (Jointly Administered)
                   Reorganized Debtors.               :
                                                      :
                                                      :
------------------------------------------------------------------- X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 22nd day of November, 2010, he caused a copy of the:

      **Request for Notices for The Timken Corporation**

to be served Via First Class Mail on the parties listed below at the addresses designated by them for such service:

REST OF PAGE LEFT INTENTIONALLY BLANK.
849629v1  086000.0100

| | |
|---|---|
| **Andrew Currie, Esq.**<br>**Caroline Rogus, Esq.**<br>WilmerHale, LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006 | **Cynthia J. Haffey, Esq.**<br>Butzel Long<br>150 W. Jefferson Avenue<br>Sutie 100<br>Detroit, MI 48226 |
| **David S. Gragg, Esq.**<br>Langley & Banack, Incorporated<br>745 E. Mulberry<br>Suite 900<br>San Antonio, TX 78212 | **David S. Rosner, Esq.**<br>Kasowitz, Benson, Torres & Friedman LLP<br>1633 Broadway<br>New York, NY 10119-6022 |
| **David M. Sherbin, Esq.**<br>Delphi Automotive LLP<br>5725 Delphi Drive<br>Troy, MI 48098 | **Dennis J. Connolly, Esq.**<br>Alston & Bird LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
| **Douglas P. Bartner, Esq.**<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069 | **Eric Fisher, Esq.**<br>Butzel Long, a professional corporation<br>380 Madison Avenue<br>22nd Floor<br>New York, NY 10017 |
| **Jessica Kastin, Esq.**<br>O'Melveny & Myers<br>7 Times Square<br>New York, NY 10036 | **John Wm. Butler, Jr., Esq.**<br>Skadden Arps Slate Meagher & Flom LLP<br>155 North Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720 |
| **Kayalyn A. Marafioti, Esq.**<br>**Ron E. Meisler, Esq.**<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | **Lowell Peterson, Esq.**<br>Meyer, Suozzi, English & Klein<br>1350 Broadway, Suite 501<br>New York, NY 10018 |
| **Mark S. Lichtenstein, Esq.**<br>Crowell & Moring LLP<br>590 Madison Avenue<br>20th Fl<br>New York, NY 10022 | **Mateo Fowler, Esq.**<br>Quinn Emanuel Urquhardt Oliver & Hedges<br>865 S. Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017 |
| **Michael O'Hayer, Esq.**<br>22 North Walnut Street<br>West Chester, PA 19380 | **Paul J.N. Roy, Esq.**<br>Mayer, Brown, LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |
| **Alicia M. Leonhard, Esq.**<br>**Tracy Hope Davis, Esq.**<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | **Michael D. Warner**<br>Cole Schotz Meisel Forman & Leonard PA<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102 |

849629v1  086000.0100

| **Mark A. Broude, Esq.**<br>**Robert J. Rosenberg, Esq.**<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 | Farella Braun & Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104 |

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing.

                                            /s/ Don K. Kick
                                            Don K. Kick

Sworn to before me on November 22, 2010

      /s/ Marie S. Leybag
Notary Public

        Marie S. Leybag
Notary Public, State of New York
      No. 01LE5060744
    Qualified in Queens County
Commission Expires: May 20, 2014

849629v1  086000.0100