HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

*Attorneys for Affinia Group Holdings Inc. and Brake Parts Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP, *et al.*, | : | |
| | : | |

------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 07-02198(RDD) |
| | : | |
| v. | : | |
| | : | |
| AFFINIA GROUP HOLDINGS INC., and BRAKE PARTS INC., | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------x

**EXHIBITS TO AFFINIA GROUP HOLDINGS INC.'S AND BRAKE PARTS INC.'S BRIEF IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR <u>LEAVE TO FILE AMENDED COMPLAINTS</u>**

A.  Declaration of Susan J. Stewrt

B.  Declaration of Charles H. Mendeljian

C.  October 18, 2010 email

- D.     DAS Summary of Schedules
- E.     Excerpted Pages of March 22, 2006 Transcript
- F.     10-Q for period June 30, 2005
- G.     Excerpted Pages of March 21, 2006 Transcript
- H.     Delphi OTC stock quotes
- I.     Excerpted pages of April 1, 2010 Transcript
- J.     Excerpted pages of July 22, 2010 Transcript
- K.     Declaration of Patrick Manning
- L.     Excerpted pages of October 22, 2009 Transcript

8416075.2