# EXHIBIT A

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com
Attorneys for Affinia Group Holdings Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DELPHI CORPORATION, et al.                      Chapter 11
                                                 Case No. 05-44481 (RDD)
                                                 Jointly Administered

_____/

DELPHI CORPORATION,  et al.,

        Plaintiffs,                              Adv. Pro. No. 07-02198(RDD)

Against

AFFINIA GROUP HOLDINGS, INC.,
AFFINIA CANADA CORP.,  BRAKE
PARTS, INC., ITAPSA S.A. DE C.V.
AND WIX FILTRATION
PRODUCTS EUROPE

        Defendants.

_____/

## DECLARATION OF SUSAN J. STEWART

Susan J. Stewart declares as follows:

    1.    I am the Assistant Secretary of Affinia Group Holdings Inc. ("Holdings") and

many of the subsidiaries of Holdings.  Holdings and its subsidiaries are referred to collectively as

the "Affinia Companies."

    2.    I make this Declaration upon personal knowledge and if called as a witness would

testify to the facts contained herein.

3.    The Affinia Companies include Holdings, Affina Group, Inc. ("Group"), Brake Parts, Inc. ("Brake Parts") and Affinia Canada, Ltd. ("Canada"), among other companies.

4.    Holdings is a pure holding company, the ultimate owner, directly or indirectly, of the other companies comprising the Affinia Companies. Holdings has no business operations. Holdings did not manufacture or supply parts or goods to any customer. Holdings did not enter into contracts with Delphi Corporation or any of its various affiliates ("Delphi"). Holdings had no contracts with Delphi Automotive Systems, LLC ("DAS"), which is the only remaining Plaintiff in this action.

5.    Similarly, Group did not supply any parts or goods to Delphi. Group's records show that Delphi did not owe it anything during the 90 days before Delphi's bankruptcy cases were filed.

6.    Holdings was not a creditor of Delphi and did not file a proof of claim against Delphi or request notice in the Delphi bankruptcy cases. Holdings, Group and Brake did not have an attorney appear for them in the Delphi case or file a request for notice in the Delphi case.

7.    I have been responsible for gathering documents, including records from the Affinia Companies treasury department, in response to the proposed First Amended Complaint to Avoid and Recover Transfer Pursuant to 11 U.S.C. §§547 and 50 (the "Amended Complaint") against Holdings and Brake Parts. A copy of the Exhibit 1 to the Amended Complaint is attached as Exhibit 1 hereto.

8.    The Amended Complaint alleges that DAS made five transfers to Holdings in September 2005, totaling $5,575,474.84 (collectively, the "Holdings Transfers"), as follows:

2

| Transfer Recipient | Transferring Entity | Transfer Date | Transfers Amount | Antecedent Debt/ Check Number | Purchase Order/ Invoice | Transfer Type |
|---|---|---|---|---|---|---|
| | | | | | | |
| Holdings | DAS | 9/1/2005 | $3,025,474.84 | | | Check |
| Holdings | DAS | 9/26/2005 | $650,000.00 | C2000042158 | | Check |
| Holdings | DAS | 9/21/2005 | $750,000.00 | C2000042046 | | Check |
| Holdings | DAS | 9/21/2005 | $400,000.00 | C2000042047 | | Check |
| Holdings | DAS | 9/15/2005 | $750,000.00 | C2000041910 | | Check |
| | | | | | | |
| Total | | | $5,575,474.84 | | | |

9.      There is no purchase order or invoice information provided for any of the Holdings Transfers.

10.      There is no antecedent debt information of any manner at all provided for the 9/1/2005 Holdings Transfer in the amount of $3,025,474.84.

11.      Although purported check numbers appear in the antecedent debt column, a check number does not represent antecedent debt.  Further, as explained below in Paragraphs 16 and 17, I do not believe the entries in that column are actually check numbers.

12.      None of the Holdings Transfers were on account of an antecedent debt to Holdings, because Holdings did not do business with Delphi and neither Delphi nor DAS owed any debt to Holdings.

13.      Further, Holdings, which is a remaining defendant in this action, did not receive any of the Holdings Transfers.  Attached as Exhibit 2 is a redacted copy of Holdings' bank statement for the period September 1, 2005 through September 30, 2005, which demonstrates Holdings did not receive any of the Holdings Transfers.

14.      Group, which is not a defendant in this action, as a mere conduit for Canada, received the following three out of the Holdings Transfers totaling $1,800,000.00 (the "Group

3

Transfers"):

| Transfer Date | Transfer Amount |
| --- | --- |
| 9/26/2005 | $650,000.00 |
| 9/21/2005 | $400,000.00 |
| 9/15/2005 | $750,000.00 |
| **Total** | **$1,800,000.00** |

15.    Group did not receive the other two Holdings Transfers totaling $3,775,474.85 (the "Unknown Transfers").

16.    Attached as Exhibit 3 is a redacted copy of Group's bank statement from September 2005, demonstrating it did receive the Group Transfers totaling $1,800,000.00, but did not receive the two Unknown Transfers for $3,725,474.84.

17.    Further, contrary to the allegations in the Amended Complaint, DAS was not the transferring entity for the Group Transfers, and the Group Transfers were not made by check.

18.    Attached as Exhibit 4 are the wire details from JPMorgan Chase for the Group Transfers (the "Wire Detail"). The Wire Detail demonstrates that the transferring entity for each of the Group Transfers was Delphi Corporation, not DAS. Delphi Corporation has been dismissed with prejudice as a plaintiff in this action. The Wire Detail also demonstrates that the Group Transfers were transmitted by wire, not check.

19.    Holdings and Brake did not receive any of the motions filed by Delphi seeking extensions of time to serve preference complaints. Holdings and Brake did not know they had been sued by Delphi until 2010.

20.    Holdings does not recall whether it received a disclosure statement from Delphi in December 2007, or if it received it, whether it chose to read it, because Holdings was not a creditor of Delphi.

4

21.    The Affinia Companies closed numerous facilities worldwide between 2005 and 2009, including virtually every facility which had done business with Delphi, including the following:

(a)    plant in St. Catharines, Ontario, closed 2007;

(b)    plant in Mississauqa, Ontario closed 2007;

(c)    plant in Sudbury, Ontario, closed 2007; and

(d)    sales office in Troy, Michigan, closed 2008.

22.    In closing these facilities, the Affinia Companies terminated their employees who had worked closely with Delphi.

23.    As a matter of policy, when an employee of the Affinia Companies is terminated, the hard-drive of the employee's personal computer is cleaned. The Affinia Companies have no ability to locate the data that was at one time stored on the hard drives of terminated employees.

24.    The terminated employees who had direct contract with Delphi on behalf of the Affinia Companies include the following:

(a)    Elaine Wareham, Canada Credit Manager;

(b)    Licinia Branco, Canada Credit Specialist; and

(c)    Teena Tourlousse, Canada Credit Specialist.

25.    In addition, Ted Lazarcheff, the Affinia Companies' Vice President of Sales, died in 2007. Mr. Lazarcheff's computer hard drive was cleaned.

26.    Thus the e-mails of the terminated employees and Mr. Lazarcheff are not longer available.

27.    The computer data to back up the following categories of documents were destroyed in connection with the Affinia Companies' shut down of facilities:

(a)    correspondence relating to Delphi making advance deposits for Canada

5

shipments in 2005;

(b)    detail of intercompany transfers of Delphi funds for Canada; and

(c)    banking documents.

28.    At the time the Affinia Companies' employees were terminated, the Affinia Companies made no arrangements to obtain information about the issues raised in the Delphi's lawsuit, whether in the exit interviews or otherwise.   Mr. Lazarcheff is no longer available. Other former employees may no longer be able to be contacted at the 2007 information in their Affinia Companies employment files.

29.    I make this Declaration under penalty of perjury.

*Susan J. Stewart*

Susan J. Stewart

Executed in Ann Arbor, Michigan
on November 22 2010

8382268.3

6

# EXHIBIT 1

EXHIBIT 1

Delphi Automotive Systems, LLC v. Affinia Group Holdings Inc. and Brake Parts Inc.

Adv. Pro. No. 07-02198 [RDD]

| Adversary Proceeding No | Transferee (Defendant) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Date | Transfer Amount | Purchase Order/Invoice Number/Agreement Number (Transfer Doc Ref) | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02198 | AFFINIA GROUP HOLDINGS INC | DAS LLC | DAS LLC | 9/1/2005 | $3,025,474.84 | | | CHECK |
| 07-02198 | AFFINIA GROUP HOLDINGS INC | DAS LLC | DAS LLC | 9/26/2005 | $650,000.00 | C2000042158 | | CHECK |
| 07-02198 | AFFINIA GROUP HOLDINGS INC | DAS LLC | DAS LLC | 9/21/2005 | $750,000.00 | C2000042946 | | CHECK |
| 07-02198 | AFFINIA GROUP HOLDINGS INC | DAS LLC | DAS LLC | 9/21/2005 | $400,000.00 | C2000042047 | | CHECK |
| 07-02198 | AFFINIA GROUP HOLDINGS INC | DAS LLC | DAS LLC | 9/16/2005 | $750,000.00 | C2000041910 | | CHECK |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 7/11/2005 | $29,696.00 | HED25004920642001 | INVOICE | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 7/11/2005 | $29,696.00 | HED250049673331001 | INVOICE | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 7/11/2005 | $29,696.00 | HED250050013334001 | INVOICE | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 8/2/2005 | $20,941.74 | D0550028732 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 8/2/2005 | $26,115.71 | D0550071689 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 8/2/2005 | $10,728.77 | D0550074416 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 8/2/2005 | $3,065.83 | D0550074317 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 8/2/2005 | $22,272.00 | D0550038516 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 8/8/2005 | $3,601.48 | D0550071714 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 8/29/2005 | $8,996.13 | D0550071715 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 8/30/2005 | $8,651.65 | D0550074317 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/2/2005 | $3,619.64 | D0550028732 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/2/2005 | $1,384.46 | D0550071689 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/2/2005 | $30,211.82 | D0550071714 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/2/2005 | $18,055.17 | D0550071715 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/2/2005 | $1,234.24 | D0550074317 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/2/2005 | $764.00 | D0550074415 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/7/2005 | $18,560.00 | D0550038516 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/23/2005 | $14,848.00 | D0550038516 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/30/2005 | $6,551.40 | D0550071714 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/30/2005 | $7,826.47 | D0550071715 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/30/2005 | $13,176.30 | D0550074317 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 9/30/2005 | $1,324.96 | D0550074415 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 10/4/2005 | $7,873.12 | D0550028732 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 10/4/2005 | $1,379.84 | D0550071689 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 10/4/2005 | $11,785.36 | D0550071714 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 10/4/2005 | $15,245.19 | D0550071715 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 10/4/2005 | $19,807.89 | D0550074317 | PO | |
| 07-02198 | BRAKE PARTS INC | DAS LLC | DAS LLC | 10/6/2005 | $7,424.00 | D0550038516 | PO | |

Total Amount of Claims          $ 5,949,797.54

# EXHIBIT 2

**BANK ONE.**                    **CHASE**

JPMorgan Chase Bank, N.A.                           September 01, 2005 through September 30, 2005
Illinois Market                                    Account Number: [ REDACTED]
P.O. Box 260180
Baton Rouge, LA 70826-0180

### CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Representative.

00048284 DDA 111 JA 27405 - NNN T 1 000000000 63 0000
AFFINIA GROUP HOLDINGS INC
1101 TECHNOLOGY DR
ANN ARBOR MI 48108-8924



HURRICANE RELIEF:  CASH AND CHECK DONATIONS TO THE
AMERICAN RED CROSS SPECIFICALLY FOR HURRICANE SUPPORT CAN BE
MADE AT ANY CHASE OR BANK ONE BRANCH. FOR THE THOUSANDS
AFFECTED WE'RE ALSO PROVIDING SPECIAL ASSISTANCE;
CALL 877-CHASE05 OR CLICK ON CHASE.COM FOR MORE INFORMATION

### CHECKING SUMMARY   Commercial Checking

|                        | INSTANCES | AMOUNT       |
|------------------------|-----------|--------------|
| Beginning Balance      |           | $0.00        |
| Deposits and Additions | 1         | 25,000.00    |
| Ending Balance         | 1         | $25,000.00   |

### DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION                              | AMOUNT      |
|-------|-----------------------------------------|-------------|
| 09/22 | Fed Wire Credit Via: Citibank [REDACTED ] | $25,000.00  |
| **Total Deposits and Additions** |              | **$25,000.00**  |

Your service charges, fees and earnings credit have been calculated through account analysis.

### DAILY ENDING BALANCE

| DATE  | AMOUNT      |
|-------|-------------|
| 09/22 | $25,000.00  |

**BANK ONE.**               **CHASE**

September 01, 2005 through September 30, 2005

Account Number: [REDACTED]

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

1. Write in the ending balance shown
   on this statement ⟹ $_____ 25,000.00

2. List all deposits and other additions
   (such as transfers) not shown on this statement
   and add the total to the ending balance.

   _____        _____
   _____        _____
   _____        _____
   _____        _____

   Total all deposits and additions ⟹ + $_____

3. List all withdrawals and other subtractions
   (such as outstanding checks and banking card
   transactions) not shown on this statement. Then
   subtract this total from the ending balance.

| Check Number | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

   Total all withdrawals and subtractions
                              ⟹ - $_____

4. This total should match the current balance
   in your checkbook ⟹ = $_____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Telephone or write the bank (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

## BILLING RIGHTS SUMMARY

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL: If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

SPECIAL RULE FOR CREDIT CARD PURCHASES: If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)



Member FDIC

# EXHIBIT 3

**BANK ONE.**          **CHASE ◯**

JPMorgan Chase Bank, N.A.
Illinois Market
P.O. Box 260180
Baton Rouge, LA 70826-0180

September 01, 2005 through September 30, 2005

Account Number:  [ REDACTED ]



### CUSTOMER SERVICE INFORMATION

If you have any questions about your
statement, please contact your
Customer Service Representative.

00000059 DDA 111 MB 27405 - NNN T 1 000000000  67 0000
AFFINIA GROUP INC
1101 TECHNOLOGY DR
ANN ARBOR MI 48108-8924

HURRICANE RELIEF:  CASH AND CHECK DONATIONS TO THE
AMERICAN RED CROSS SPECIFICALLY FOR HURRICANE SUPPORT CAN BE
MADE AT ANY CHASE OR BANK ONE BRANCH. FOR THE THOUSANDS
AFFECTED WE'RE ALSO PROVIDING SPECIAL ASSISTANCE:
CALL 877-CHASE05 OR CLICK ON CHASE.COM FOR MORE INFORMATION.

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | [ REDACTED ] |
| Deposits and Additions | 91 | 969,459,102.69 |
| Electronic Withdrawals | 69 | - 155,916,211.25 |
| Other Withdrawals, Fees & Charges | 137 | - 808,105,279.44 |
| Ending Balance | 297 | [ REDACTED ] |
| Sweep Investment Account Ending Balance |  | [ REDACTED ] |
| Fund Name    Investment |  | [ REDACTED ] |
| Total Ending Balance |  |  |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION |  | AMOUNT |
|---|---|---|---|
| 09/01 | Transfer From | [ REDACTED ] | $21,990,955.28 |
| 09/01 | Transfer From Zero Balance | [ REDACTED ] | 303,869.06 |
| 09/01 | Mail Deposit |  | 10,574.65 |
| 09/01 | Interest Paid To | [ REDACTED ] | 1,740.95 |
| 09/02 | Transfer From | [ REDACTED ] | 20,054,909.40 |
| 09/02 | Transfer From Zero Balance | [ REDACTED ] | 5,985,756.69 |

**BANK*ONE.**                    **CHASE** ⬤

September 01, 2005 through September 30, 2005

Account Number:    [REDACTED]

## BALANCING YOUR CHECKBOOK

Use the following worksheet to reconcile your checking account.

Mark in your checkbook all additions and subtractions reported on your statement.

**1. Write in the ending balance shown on this statement** ➡ $ [REDACTED]

**2. List all deposits and other additions**
(such as transfers) not shown on this statement and add the total to the ending balance.

——————————    ——————————
——————————    ——————————
——————————    ——————————
——————————    ——————————

**Total all deposits and additions** ➡ + $_____

**3. List all withdrawals and other subtractions**
(such as outstanding checks and banking card transactions) not shown on this statement. Then subtract this total from the ending balance.

| Check Number | Date | Amount |
|---|---|---|
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |
| ———— | ———— | ———— |

**Total all withdrawals and subtractions** ➡ - $_____

**4. This total should match the current balance in your checkbook** ➡ = $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Telephone or write the bank (phone # and address on front of statement) if you think your statement is wrong, or if you need more information about a transaction listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, we must hear from you no later than 30 days after the statement was made available to you. For more complete details, see the account rules and regulations that govern your account.

**BILLING RIGHTS SUMMARY**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address listed on the front of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error; if you need more information, describe the item you are unsure of
- Your signature and the date

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**SPECIAL RULE FOR CREDIT CARD PURCHASES:** If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

⬛ Member FDIC

**BANK✦ONE.**            **CHASE ◉**

September 01, 2005 through September 30, 2005
Account Number: [REDACTED]

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/02 | Fed Wire Credit Via: Wachovia Bank  [REDACTED] | 655,205.33 |
| 09/02 | Interest Paid To   [REDACTED] | 1,587.68 |
| 09/02 | CDA Funding Transfer From  [REDACTED] | 150.00 |
| 09/06 | Transfer From  [REDACTED] | 28,404,651.41 |
| 09/06 | Transfer From Zero Balance    [REDACTED] | 1,830,942.35 |
| 09/06 | Book Transfer Credit B/O    [REDACTED] | 1,750,000.00 |
| 09/06 | Fed Wire Credit Via: Wachovia Bank  [REDACTED] | 206,640.46 |
| 09/06 | Interest Paid To   [REDACTED] | 8,361.54 |
| 09/07 | Transfer From   [REDACTED] | 28,685,419.64 |
| 09/07 | Book Transfer Credit B/O:  [REDACTED] Trn:  [REDACTED] | 15,000,000.00 |
| 09/07 | Transfer From Zero Balance   [REDACTED] | 724,953.98 |
| 09/07 | Interest Paid To [REDACTED] | 2,270.93 |
| 09/08 | Transfer From    [REDACTED] | 25,417,776.80 |
| 09/08 | Transfer From Zero Balance  [REDACTED] | 549,813.34 |
| 09/08 | Interest Paid To    [REDACTED] | 2,012.24 |
| 09/09 | Transfer From  [REDACTED] | 17,633,859.59 |
| 09/09 | Transfer From Zero Balance   [REDACTED] | 893,475.61 |
| 09/09 | Fed Wire Credit Via: Wachovia Bank  [REDACTED] | 619,344.49 |
| 09/09 | Interest Paid To   [REDACTED] | 1,396.01 |
| 09/12 | Transfer From  [REDACTED] | 17,825,514.88 |
| 09/12 | Transfer From Zero Balance    [REDACTED] | 3,842,065.15 |
| 09/12 | Deposit | 16,572.04 |
| 09/12 | Mail Deposit | 14,766.44 |
| 09/12 | Interest Paid To   [REDACTED] | 4,233.56 |
| 09/13 | Transfer  [REDACTED] | 17,870,155.25 |
| 09/13 | Book Transfer Credit B/O:    [REDACTED] | 10,000,000.00 |
| 09/13 | Book Transfer Credit B/O:  [REDACTED] | 10,000,000.00 |
| 09/13 | Transfer From Zero Balance   [REDACTED] | 4,593,528.93 |
| 09/13 | Fed Wire Credit Via:  [REDACTED] | 440,425.22 |
| 09/13 | Fed Wire Credit Via: Fifth Third Bank(Merge)   [REDACTED] | 131,900.27 |
| 09/13 | Interest Paid To               [REDACTED] | 1,414.72 |



**BANK≡ONE.**                **CHASE ⬡**

September 01, 2005 through September 30, 2005

Account Number:    [REDACTED]

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 09/14 | Transfer From  [REDACTED] | 26,216,449.93 |
| 09/14 | Transfer From Zero Balance    [REDACTED] | 1,675,580.62 |
| 09/14 | Interest Paid To  [REDACTED] | 2,075.47 |
| 09/15 | Transfer From    [REDACTED] | 28,317,421.69 |
| 09/15 | Transfer From Zero Balance    [REDACTED] | 2,472,124.93 |
| 09/15 | Book Transfer Credit B/O: Delphi Corporation-Wire Transfphoenix AZ 85026-Org: 3999999999 Ref: Frs# 9120506 Trn: 2641700258Jo | 750,000.00 |
| 09/15 | Interest Paid To  [REDACTED] | 2,241.80 |
| 09/16 | Transfer From    [REDACTED] | 28,315,827.57 |
| 09/16 | Transfer From Zero Balance    [REDACTED] | 17,377,210.27 |
| 09/16 | Fed Wire Credit Via: Wachovia Bank    [REDACTED] | 457,403.34 |
| 09/16 | Book Transfer Credit B/O: Delphi Corporation-Wire Transfphoenix AZ 85026-Org: 3999999999 Ref: Frs# 9160502 Trn: 2347700259Jo | 400,000.00 |
| 09/16 | Interest Paid To  [REDACTED] | 2,241.65 |
| 09/19 | Transfer From  [REDACTED] | 30,128,080.78 |
| 09/19 | Transfer From Zero Balance    [REDACTED] | 53,380,289.61 |
| 09/19 | Interest Paid To  [REDACTED] | 7,155.42 |
| 09/20 | Transfer From  [REDACTED] | 46,876,823.08 |
| 09/20 | Transfer From Zero Balance    [REDACTED] | 4,088,685.73 |
| 09/20 | Fed Wire Credit Via:    [REDACTED] | 446,096.18 |
| 09/20 | Interest Paid To  [REDACTED] | 3,711.08 |
| 09/21 | Transfer From  [REDACTED] | 83,635,975.44 |
| 09/21 | Transfer From Zero Balance    [REDACTED] | 6,142,794.84 |
| 09/21 | Book Transfer Credit B/O:    [REDACTED] | 4,000,000.00 |
| 09/21 | Interest Paid To  [REDACTED] | 6,621.18 |
| 09/22 | Transfer From  [REDACTED] | 92,040,948.60 |
| 09/22 | Book Transfer Credit B/O: Delphi Corporation-Wire Transfphoenix AZ 85026-Org: 3999999999 Ref: Frs# 9200502 Trn: 2747000265Jo | 850,000.00 |
| 09/22 | Transfer From Zero Balance    [REDACTED] | 276,927.69 |
| 09/22 | Mail Deposit | 5,708.87 |
| 09/22 | Interest Paid To  [REDACTED] | 7,286.58 |
| 09/23 | Transfer From  [REDACTED] | 96,308,167.09 |
| 09/23 | Transfer From Zero Balance    [REDACTED] | 1,150,422.01 |
| 09/23 | Fed Wire Credit Via: Wachovia Bank    [REDACTED] | 404,799.45 |
| 09/23 | Interest Paid To  [REDACTED] | 7,624.40 |
| 09/26 | Transfer From  [REDACTED] | 50,796,566.03 |
| 09/26 | Transfer From Zero Balance    [REDACTED] | 1,944,755.16 |

**BANK≡ONE.**                **CHASE ○**

September 01, 2005 through September 30, 2005
Account Number: ' [REDACTED]

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/26 | Fed Wire Credit Via: Fifth Third Bank(Merge)Old Ken    [REDACTED] | 6,368.12 |
| 09/26 | Interest Paid To  [REDACTED] | 12,064.18 |
| 09/27 | Transfer From  [REDACTED] | 51,498,136.05 |
| 09/27 | Transfer From Zero Balance    [REDACTED] | 911,722.52 |
| 09/27 | Fed Wire Credit Via: Wachovia Bank  [REDACTED] | 429,543.24 |
| 09/27 | Deposit | 5,791.02 |
| 09/27 | Deposit | 3,099.64 |
| 09/27 | Interest Paid To    [REDACTED] | 4,434.56 |
| 09/28 | Transfer From    [REDACTED] | 33,556,951.90 |
| 09/28 | Transfer From    [REDACTED] | 2,325,029.22 |
| 09/28 | Interest Paid    [REDACTED] | 2,889.63 |
| 09/29 | Transfer From    [REDACTED] | 24,008,289.55 |
| 09/29 | Book Transfer Credit B/O:  [REDACTED] | 5,000,000.00 |
| 09/29 | Transfer From Zero Balance [REDACTED] | 1,652,481.41 |
| 09/29 | Interest Paid To  [REDACTED] | 2,067.38 |
| 09/30 | Transfer From    [REDACTED] | 30,217,021.47 |
| 09/30 | Transfer From Zero Balance    [REDACTED] | 6,913,784.28 |
| 09/30 | Fed Wire Credit Via: Wachovia Bank NA    [REDACTED] | 1,079,586.52 |
| 09/30 | Fed Wire Credit Via: U.S. Bank, N.A    [REDACTED] | 53,000.00 |
| 09/30 | Interest Paid To    [REDACTED] | 2,602.02 |
| **Total Deposits and Additions** | | **$969,459,102.69** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/01 | [REDACTED] | |
| 09/01 | | |
| 09/01 | | |
| 09/02 | | |
| 09/02 | | |

**BANK ONE.**                    **CHASE** ⭘

September 01, 2005 through September 30, 2005
Account Number: ' [ REDACTED ]

| ELECTRONIC WITHDRAWALS | (continued) |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/02 | | |
| 09/06 | | |
| 09/07 | | |
| 09/07 | | |
| 09/07 | | |
| 09/07 | [REDACTED[ | |
| 09/08 | | |
| 09/08 | | |
| 09/08 | | |
| 09/09 | | |
| 09/09 | | |
| 09/09 | | |
| 09/12 | | |
| 09/13 | | |
| 09/13 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/16 | | |
| 09/16 | | |
| 09/16 | | |
| 09/16 | | |
| 09/20 | | |
| 09/21 | | |

**BANK≡ONE.**    **CHASE ◯**

September 01, 2005 through September 30, 2005
Account Number·    [REDACTED]

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/21 | | 447.70 |
| 09/22 | | |
| 09/22 | | |
| 09/22 | [REDACTED] | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/23 | | |
| 09/23 | | |
| 09/23 | | |
| 09/23 | | |
| 09/26 | | |
| 09/26 | | |
| 09/26 | | |
| 09/27 | | |
| 9/27 | | |
| 09/28 | | |



**BANK＝ONE.**          **CHASE ◯**

September 01, 2005 through September 30, 2005

Account Number:     [REDACTED]

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/28 | | |
| 09/28 | | |
| 09/29 | [REDACTED] | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |
| 09/30 | | |

**BANK ONE.**          **CHASE** ◯

September 01, 2005 through September 30, 2005
Account Number:    [REDACTED]

## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION |
|------|-------------|
| 09/30 | |
| 09/30 | |
| 09/30 | |

Total Electronic Withdrawals          [REDACTED]



## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/01 | | |
| 09/01 | | |
| 09/01 | | |
| 09/01 | | |
| 09/01 | [REDACTED] | |
| 09/01 | | |
| 09/01 | | |
| 09/02 | | |
| 09/02 | | |
| 09/02 | | |
| 09/02 | | |
| 09/02 | | |
| 09/02 | | |
| 09/02 | | |
| 09/06 | | |
| 09/06 | | |
| 09/06 | | |
| 09/06 | | |
| 09/06 | | |
| 09/06 | | |
| 09/06 | | |
| 09/07 | | |
| 09/07 | | |
| 09/07 | | |
| 09/07 | | |
| 09/07 | | |
| 09/07 | | |
| 09/07 | | |
| 09/08 | | |
| 09/08 | | |
| 09/08 | | |
| 09/08 | | |
| 09/08 | | |

**BANK ONE.**　　　　**CHASE** ⬤

September 01, 2005 through September 30, 2005

Account Number:　[REDACTED]

## OTHER WITHDRAWALS, FEES & CHARGES  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/08 | | |
| 09/08 | | |
| 09/09 | | |
| 09/09 | | |
| 09/09 | [REDACTED[ | |
| 09/09 | | |
| 09/09 | | |
| 09/09 | | |
| 09/12 | | |
| 09/12 | | |
| 09/12 | | |
| 09/12 | | |
| 09/12 | | |
| 09/12 | | |
| 09/12 | | |
| 09/13 | | |
| 09/13 | | |
| 09/13 | | |
| 09/13 | | |
| 09/14 | | |
| 09/14 | | |
| 09/14 | | |
| 09/14 | | |
| 09/14 | | |
| 09/14 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/15 | | |
| 09/16 | | |
| 09/16 | | |
| 09/16 | | |
| 09/16 | | |
| 09/16 | | |
| 09/16 | | |
| 09/16 | | |
| 09/19 | | |
| 09/19 | | |
| 09/19 | | |
| 09/19 | | |
| 09/19 | | |

**BANK ONE.**    **CHASE**

September 01, 2005 through September 30, 2005
Account Number:    [REDACTED]

## OTHER WITHDRAWALS, FEES & CHARGES *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/19 | | |
| 09/20 | | |
| 09/20 | | |
| 09/20 | | |
| 09/20 | [REDACTED] | |
| 09/20 | | |
| 09/20 | | |
| 09/21 | | |
| 09/21 | | |
| 09/21 | | |
| 09/21 | | |
| 09/21 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/22 | | |
| 09/23 | | |
| 09/23 | | |
| 09/23 | | |
| 09/23 | | |
| 09/23 | | |
| 09/23 | | |
| 09/26 | | |
| 09/26 | | |
| 09/26 | | |
| 09/26 | | |
| 09/26 | | |
| 09/27 | | |
| 09/27 | | |
| 09/27 | | |
| 09/27 | | |
| 09/27 | | |
| 09/27 | | |
| 09/28 | | |
| 09/28 | | |
| 09/28 | | |
| 09/28 | | |
| 09/28 | | |
| 09/29 | | |
| 09/29 | | |



**BANK⚏ONE.**                    **CHASE ⊙**

September 01, 2005 through September 30, 2005
Account Number: · [REDACTED]

## OTHER WITHDRAWALS, FEES & CHARGES (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | | |

[REDACTED]

Total Other Withdrawals, Fees & Charges                    [REDACTED]

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 09/01 | [REDACTED] | 09/19 | [REDACTED] |
| 09/02 | | 09/20 | |
| 09/06 | | 09/21 | |
| 09/07 | | 09/22 | |
| 09/08 | | 09/23 | |
| 09/09 | | 09/26 | |
| 09/12 | | 09/27 | |
| 09/13 | | 09/28 | |
| 09/14 | | 09/29 | |
| 09/15 | | 09/30 | |
| 09/16 | | | |

# EXHIBIT 4

**From:** Joe A Miller [mailto:joe.a.miller@jpmchase.com]
**Sent:** Friday, October 08, 2010 9:18 AM
**To:** Bitel, Eric
**Subject:** 2005 deposits

Eric,

Here are the wire details for the credits in question.

Search > Funds Transfer > Transaction Search Details

Payment Type and Details >

| | | Status: | COMPLETED TRANSACTIONS |
|---|---|---|---|
| Transaction Date: | 15-Sep-05 | Transaction Type: | Book Transfer |
| Amount: | $750,000.00 | | |
| Sequence #: | None | JPMorgan | |

10/8/2010

| | | | |
|---|---|---|---|
| DR Value Date: | | Reference: | 2641700258JO |
| | | CR Value Date: | 15-Sep-05 |

**Debit Party >**

| | | **Credit Party >** | |
|---|---|---|---|
| Account ID: | DDA - xxxxx7590 | Account ID: | DDA – 00000xxxxx [REDACTED] |
| Name: | DELPHI CORPORATION-WIRE TRANSFER AC | Name: | AFFINIA GROUP INC |
| Address: | CASH MGMT BUSINESS PROCESS SOLUTION CENTER PHOENIX AZ 85026- | Address: | 1101 TECHNOLOGY DR ANN ARBOR MI 48108- |

| **Intermediary Party >** | | **Beneficiary Party >** | |
|---|---|---|---|
| Account ID: | | Account ID: | |
| Name: | | Name: | |
| Address: | | Address: | |
| **Order Party >** | | **Order Bank >** | |
| Account ID: | | Account ID: | |
| Name: | 3999999999 | Name: | |
| Address: | | Address: | |
| **4th Credit Party >** | | | |
| Account ID: | | | |
| Name: | | | |
| Address: | | | |

**Other Information >**

| | | | |
|---|---|---|---|
| Credit Advice: | Mail | Cr Adv Type: | Advice |
| Debit Reference: | +050915010 | Source: | CAP |
| Credit Reference: | CAP OF 05/09/15 | Bank/Bank Info: | |
| Release Time (EST): | 15:13:57 | 71G Amount: Bene-D by CHIPS/FED Flag: | |
| Existing Inquiry: | No | Cover Payment: | No |
| Payment Details: | FRS# 9120506 | | |

*******************************************

Search > Funds Transfer > Transaction Search Details
Payment Type and Details >

| | | | |
|---|---|---|---|
| Transaction Date: | 16-Sep-05 | Status: | COMPLETED TRANSACTIONS |
| Amount: | $400,000.00 | Transaction Type: | Book Transfer |
| Sequence #: | None | JPMorgan Reference: | 2347700259JO |
| DR Value Date: | | CR Value | |

Debit Party >
   Account ID:  DDA - xxxxx7590
              DELPHI
   Name:        CORPORATION-WIRE
              TRANSFER AC
   Address:     CASH MGMT
              BUSINESS PROCESS
              SOLUTION CENTER
              PHOENIX AZ 85026-

Date:    16-Sep-05
Credit Party >
   Account ID:  DDA – 00000xxxxxx [REDACTED]
   Name:       AFFINIA GROUP INC
   Address:    1101 TECHNOLOGY DR
             ANN ARBOR MI 48108-

Intermediary Party >
   Account ID:
   Name:
   Address:
Order Party >
   Account ID:
   Name:       3999999999
   Address:
4th Credit Party >
   Account ID:
   Name:
   Address:
Other Information >

Beneficiary Party >
   Account ID:
   Name:
   Address:
Order Bank >
   Account ID:
   Name:
   Address:

   Credit Advice: Mail
   Debit Reference:  +050916012
   Credit Reference:  CAP OF 05/09/16
   Release Time (EST):  15:12:39
   Existing Inquiry:  No
   Payment Details:  FRS# 9160502

   Cr Adv Type:  Advice
   Source:  CAP
   Bank/Bank Info:
   71G Amount:
   Bene-D by CHIPS/FED Flag:
   Cover Payment:  No

******************************************
Search > Funds Transfer > Transaction Search Details
Payment Type and Details >

Transaction Date:  22-Sep-05
Amount:  $650,000.00
Sequence #:  None
DR Value Date:

Status:  COMPLETED TRANSACTIONS
Transaction Type:  Book Transfer
JPMorgan Reference:  2747000265JO
CR Value Date:  22-Sep-05

Debit Party >
Credit Party >

10/8/2010

| | | | |
|---|---|---|---|
| Account ID: | DDA - xxxxx7590 | Account ID: | DDA – 00000xxxxx [REDACTED] |
| Name: | DELPHI CORPORATION-WIRE TRANSFER AC | Name: | AFFINIA GROUP INC |
| Address: | CASH MGMT BUSINESS PROCESS SOLUTION CENTER PHOENIX AZ 85026- | Address: | 1101 TECHNOLOGY DR ANN ARBOR MI 48108- |

Intermediary Party >
   Account ID:
   Name:
   Address:
Order Party >
   Account ID:
   Name: 3999999999
   Address:
4th Credit Party >
   Account ID:
   Name:
   Address:
Other Information >

Beneficiary Party >
   Account ID:
   Name:
   Address:
Order Bank >
   Account ID:
   Name:
   Address:

| | | | |
|---|---|---|---|
| Credit Advice: | Mail | Cr Adv Type: | Advice |
| Debit Reference: | +050920018 | Source: | CAP |
| Credit Reference: | CAP OF 05/09/22 | Bank/Bank Info: | |
| Release Time (EST): | 16:21:49 | 71G Amount: | |
| Existing Inquiry: | No | Bene-D by CHIPS/FED Flag: | |
| Payment Details: | FRS# 9200502 | Cover Payment: | No |

**Joe Miller**
Client Service Account Manager
JPMorgan • Treasury Services Client Service
611 Woodward Avenue, MI1-8033, Detroit, MI 48226
☎Telephone: (313) 256-0323 • ◙Fax: (313) 256-3300 • ✉joe.a.miller@jpmchase.com

**Back up Contact: Robb Spreen**
Office: 713-216-5965 |e-Mail: robb.spreen@jpmchase.com

**For your balance inquiries, item/statement copies, adjustments, fed reference numbers and additional detail on transactional inquiries, please contact our Solution Center via phone at 1-866-544-1815 or e-mail at tss.specialized.servicing@jpmchase.com. Hours of operation: 8:00 am-6:00 pm EST Monday-Friday

10/8/2010

**For your protection, please remember to mask sensitive data, such as account numbers and tax identification numbers on all e-mails (e.g. for TIN XX-XXX1234, for account XX-XXX5789).

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates. This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you. Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to European legal entities.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise sender by reply email and immediately delete the message and the attachments without saving, copying or otherwise disclosing the content. Thank you.

10/8/2010