# EXHIBIT C

# Calton, Judy B.

| | |
|---|---|
| **From:** | Sims, Pairlee on behalf of Calton, Judy B. |
| **Sent:** | Monday, October 18, 2010 11:06 AM |
| **To:** | 'FISHERE@butzel.com'; 'haffey@butzel.com'; devine@butzel.com |
| **Cc:** | Winsten, I. W. |

**Subject:** DAS LLC vs. Affina Group Holdings, Adv. Pro. No. 07-02198

Would you please give us copies of the purchase orders between DAS and Affinia Group Holdings, Inc. and Brake Parts Inc. upon which the proposed First Amended Complaint to Avoid and Recovery Transfers Pursuant to 11 U.S.C. Sections 547 and 550 (the "Proposed Amended Complaint") is based.

In addition, please provide us with copies of the documents described in the column entitled "Purchase Order/Invoice Number/ Antecedent Debt/Check Number" in Exhibit 1 of the Proposed Amended Complaint. Based on our investigation so far, we do not believe these numbers in fact are purchase order numbers, invoice numbers or check numbers. Can we have that information by November 1, 2010?

HONIGMAN

**Judy B. Calton**
Partner
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226-3506
Telephone Number: (313) 465-7344
Fax Number: (313) 465-7345
Cell Phone Number: (248) 496-6377
jcalton@honigman.com
www.honigman.com

11/5/2010