# EXHIBIT I

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481-rdd

- - - - - - - - - - - - - - - - - - -x

In the matter of:

DPH HOLDINGS CORP., et al.,

        Reorganized Debtors.

- - - - - - - - - - - - - - - - - - -x

        United States Bankruptcy Court

        One Bowling Green

        New York, New York

        April 1, 2010

        10:44 AM

B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

```
                                                                    2
 1
 2    HEARING re Reorganized Debtors' Emergency Motion for Order
 3    Under Section 105(a) of the Bankruptcy Code, Fed. R. Bankr. P.
 4    7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) Extending
 5    Deadline to Serve Process for Certain Avoidance Actions
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Transcribed by:  Lisa Bar-Leib
```

```
                                                              3
 1
 2   A P P E A R A N C E S :
 3   BUTZEL LONG P.C.
 4       Attorneys for DPH Holdings Corp., Reorganized Debtors
 5       380 Madison Avenue
 6       22nd Floor
 7       New York, NY 10017
 8
 9   BY:  ERIC B. FISHER, ESQ.
10
11   TOGUT, SEGAL & SEGAL LLP
12       Attorneys for DPH Holdings Corp., Reorganized Debtors
13       One Penn Plaza
14       New York, NY 10110
15
16   BY:  DANIEL F.X. GEOGHAN, ESQ.
17
18   MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
19       Attorneys for Kostal of America Inc. and also Kostal
20        Mexicana S.A. de C.V.
21       150 West Jefferson
22       Suite 2500
23       Detroit, MI 48226
24
25   BY:  DONALD J. HUTCHINSON, ESQ.
```

```
                                                                    4
 1
 2    ROBINSON & COLE LLP
 3         Attorneys for Prudential Relocation, Prudential Relocation
 4           Incorporated, Prudential Relocation International
 5         1055 Washington Boulevard
 6         9th Floor
 7         Stamford, CT 06901
 8
 9    BY:  NATHAN C. ZEZULA, ESQ.
10
11    HONIGMAN MILLER SCHWARTZ & COHN LLP
12         Attorneys for Affinia Canada Corp., Itapsa S.A. de C.V., a
13           Mexican company, and Wix Filtration Products Europe
14           Limited and Valeo Schalter und Sensoren GMBH
15         2290 First National Building
16         660 Woodward Avenue
17         Detroit, MI 48226
18
19    BY:  JUDY B. CALTON, ESQ.
20
21
22
23
24
25
```

```
                                                                  13
 1   procedures specifies that any party may apply for relief from
 2   that order.  And any foreign defendant served after that order
 3   -- after a case management order is entered with regard to
 4   these cases can seek relief certainly on the grounds that they
 5   had not been served and thus were not a party to these cases --
 6            THE COURT:  Well, would they even have to seek relief
 7   if they're not a party?  I mean, it's odd to say that they'd be
 8   bound if they're not party to an adversary proceeding that's
 9   been --
10            MR. FISHER:  Your Honor, the purpose --
11            THE COURT:  -- served yet.
12            MR. FISHER:  -- of the case management order, of
13   course, is to have uniform procedures in place that expedite
14   these cases --
15            MR. FISHER:  So as a practical matter, it would seem
16   to me that they would want to participate in the hearing,
17   although with regard to deadlines and such, obviously those
18   deadlines would have to run from service, right?  They wouldn't
19   be running from the filing of the complaint.
20            MR. FISHER:  That's correct, Your Honor.
21            THE COURT:  Okay.
22            MR. FISHER:  And certainly, if any of the objectants'
23   counsel wishes to consent to service and be heard on April
24   22nd, that certainly would simplify matters greatly.
25            THE COURT:  You would not preclude any of these
```