LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
Susan M. Cook (Mich. Bar No. P31514)
Rozanne M. Giunta (Mich. Bar No. P29969)
Adam D. Bruski (Mich. Bar No. P70030)
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
scook@lambertleser.com

Attorneys for Defendant Pro Tech Machine

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
In re                                   )    Chapter 11
                                        )
DPH HOLDINGS CORP., et al.,             )    Case No. 05-44481 (RDD)
                                        )
         Debtors.                       )    Hon. Robert D. Drain
                                        )
_____  )
                                        )
DELPHI CORPORATION, et al.,             )
                                        )
         Plaintiffs,                    )
                                        )
v.                                      )
                                        )
PRO TECH MACHINE                        )    Adv. Pro. No. 07-02690 (RDD)
                                        )
         Defendant.                     )
_____  )

### CERTIFICATE OF SERVICE

I hereby certify that on NOVEMBER 23, 2010, I electronically filed the foregoing **OBJECTION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** with the Clerk of the Court using the ECF system and on NOVEMBER 23, 2010, I sent notification of such filing to the following:

| | |
|---|---|
| Honorable Robert D. Drain | Eric B. Fisher |
| United States Bankruptcy Court | Butzel Long |
| 300 Quarropas Street | 280 Madison Avenue, 22nd Floor |
| White Plains, NY 10601-4140 | New York, NY 10017 |

{00082960}1

By Federal Express Priority Overnight mail.

                                        Respectfully submitted,

                                        LAMBERT, LESER, ISACKSON,
                                        COOK & GIUNTA, P.C.

Dated: November 23, 2010         By:         /s/ Susan M. Cook
                                        _____
                                        Susan M. Cook (Mich. Bar No. P31514)
                                        Rozanne M. Giunta (Mich. Bar No. P29969)
                                        Adam D. Bruski (Mich. Bar No. P70030)
                                        Attorneys for Defendant Pro Tech Machine
                                        916 Washington Ave, Suite 309
                                        PO Box 835
                                        Bay City, MI  48707
                                        989-893-3518
                                        scook@lambertleser.com