# **Exhibit A-1**

| **Counterparty** | **Objection** | **Docket No.** | **Date** |
|---|---|---|---|
| DGC-Plastic Molding Inc. | Objection Of DGC-Plastic Molding Inc. To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12561 | 2/8/2008 |
| Magneti Marelli Powertrain USA Inc | Objection Of Magneti Marelli Powertrain USA Inc. To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12563 | 2/8/2008 |

# **Exhibit A-2**

| **Counterparty** | **Objection** | **Docket No.** | **Date** |
|---|---|---|---|
| Digi-Key Corporation | Objection Of Digi-Key Corporation To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12562 | 2/8/2008 |
| SANYO Electronic Device (USA) Corporation | Objection Of SANYO Electronic Device (USA) Corporation To Notice Of Cure Amount With Respect To Executory Contract To Be Assumed Or Assumed And Assigned Under Plan Of Reorganization | 12701 | 2/13/2008 |

## **Exhibit B**

| **Counterparty** | **Cure Proposal** | **Docket No.** | **Date** |
|---|---|---|---|
| Georgia Power Company | Cure Claim With Respect To Assumption Of Master Contract For Electric Power Service Pursuant To First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession | 13015 | 3/7/2008 |
| TR Butterfield Trail Corporation | Cure Claim Filed By TR Butterfield Trail Corporation | Undocketed | 3/4/2008 |