```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
         In re                             :      Chapter 11
                                           :
DPH HOLDINGS CORP., et al.,                :      Case No. 05-44481 (RDD)
                                           :
         Reorganized Debtors.              :      (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

<u>ORDER DENYING WITHOUT PREJUDICE JOHNSON CONTROLS' MOTION</u>

Upon the Motion Of Johnson Controls Inc. Power Solutions And Johnson Controls Battery Group, Inc. For An Order Compelling DPH Holdings To Comply With The Transfer Agreement Relating To Transfer Of Delphi's New Brunswick Battery Facility To Johnson Controls, Inc., For Adequate Assurance Of Financial Ability To Perform Under Transfer Agreement, And In The Alternative, For Leave To Take 2004 Examination Of DPH Holdings Corp And For Other Relief, dated October 6, 2010 (Docket No. 20656) (the "Motion"); and upon the Reorganized Debtors' Objection To Motion Of Johnson Controls Inc. Power Solutions And Johnson Controls Battery Group, Inc. For An Order Compelling DPH Holdings To Comply With The Transfer Agreement Relating To Transfer Of Delphi's New Brunswick Battery Facility To Johnson Controls, Inc., For Adequate Assurance Of Financial Ability To Perform Under Transfer Agreement, And In The Alternative, For Leave To Take 2004 Examination Of DPH Holdings Corp And For Other Relief, dated November 10, 2010 (Docket No. 20779), the letter from the State of New Jersey, dated November 15, 2010 (Docket No. 20788), the Reply Memorandum Of Law In Further Support Of Motion Of Johnson Controls Inc. Power Solutions And Johnson Controls Battery Group, Inc. For An Order Compelling DPH Holdings To Comply With The Transfer Agreement Relating To Transfer Of Delphi's New Brunswick Battery Facility To Johnson Controls, Inc., For Adequate Assurance Of Financial Ability To Perform Under Transfer Agreement, And In The Alternative, For Leave To Take

2004 Examination Of DPH Holdings Corp And For Other Relief, dated November 16, 2010 (Docket No. 20800), the letter from the State of New Jersey, dated November 17, 2010 (Docket No. 20817), and the Reorganized Debtors' Statement In Further Support Of Objection To Motion Of Johnson Controls Inc. Power Solutions And Johnson Controls Battery Group, Inc. For An Order Compelling DPH Holdings To Comply With The Transfer Agreement Relating To Transfer Of Delphi's New Brunswick Battery Facility To Johnson Controls, Inc., For Adequate Assurance Of Financial Ability To Perform Under Transfer Agreement, And In The Alternative, For Leave To Take 2004 Examination Of DPH Holdings Corp And For Other Relief, dated November 17, 2010 (Docket No. 20824); and this Court having considered the documents filed by the parties and the arguments of the parties at the hearing on this matter conducted on November 18, 2010 (the "Hearing"); and after due deliberation thereon and good and sufficient cause appearing therefor; and for the reasons stated on the record at the Hearing, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is denied without prejudice.

Dated: White Plains, New York
November 22, 2010

    /s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

2