LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
Rozanne M. Giunta (Mich. Bar No. P29969)
Susan M. Cook (Mich. Bar No. P31514)
Adam D. Bruski (Mich. Bar No. P70030)
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
rgiunta@lambertleser.com

Attorneys for Defendant Pro Tech Machine

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                                    )
In re                                                             )    Chapter 11
                                                                    )
DPH HOLDINGS CORP., et al.,                       )    Case No. 05-44481 (RDD)
                                                                    )
            Debtors.                                          )    Hon. Robert D. Drain
                                                                    )
_____ )
                                                                    )
DELPHI CORPORATION, et al.,                      )
                                                                    )
            Plaintiffs,                                         )
                                                                    )
v.                                                                 )
                                                                    )
STEPHENSON & SONS ROOFING            )    Adv. Pro. No. 07-02654 (RDD)
                                                                    )
            Defendant.                                        )
_____ )

### CERTIFICATE OF SERVICE

I hereby certify that on NOVEMBER 23, 2010, I electronically filed the foregoing **OBJECTION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** with the Clerk of the Court using the ECF system and on NOVEMBER 23, 2010, I sent notification of such filing to the following:

| | |
|---|---|
| Honorable Robert D. Drain | Eric B. Fisher |
| United States Bankruptcy Court | Butzel Long |
| 300 Quarropas Street | 280 Madison Avenue, 22nd Floor |
| White Plains, NY 10601-4140 | New York, NY 10017 |

{00082977}1

By Federal Express Priority Overnight mail.

                                              Respectfully submitted,

                                              LAMBERT, LESER, ISACKSON,
                                              COOK & GIUNTA, P.C.

Dated: November 23, 2010           By:            /s/ Rozanne M. Giunta
                                              _____
                                              Rozanne M. Giunta (Mich. Bar No. P29969)
                                              Susan M. Cook (Mich. Bar No. P31514)
                                              Adam D. Bruski (Mich. Bar No. P70030)
                                              Attorneys for Defendant Stephenson
                                              & Sons Roofing
                                              916 Washington Ave, Suite 309
                                              PO Box 835
                                              Bay City, MI  48707
                                              989-893-3518
                                              rgiunta@lambertleser.com