# EXHIBIT 5

| Date | Time | Symbol | Trades | High Price | Low Price | First Price | Last Price | VWAP | Volume |
|---|---|---|---|---|---|---|---|---|---|
| 20050901 | 80300 | DPH | 1 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 6000 |
| 20050901 | 90800 | DPH | 1 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 3000 |
| 20050901 | 92100 | DPH | 1 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 124400 |
| 20050901 | 92800 | DPH | 1 | 5.55 | 5.55 | 5.55 | 5.55 | 5.55 | 48000 |
| 20050901 | 94000 | DPH | 33 | 5.36 | 5.35 | 5.36 | 5.36 | 5.359521 | 79400 |
| 20050901 | 94100 | DPH | 20 | 5.36 | 5.35 | 5.36 | 5.35 | 5.358139 | 23100 |
| 20050901 | 94200 | DPH | 25 | 5.36 | 5.35 | 5.36 | 5.35 | 5.357444 | 27000 |
| 20050901 | 94300 | DPH | 14 | 5.34 | 5.32 | 5.34 | 5.32 | 5.331744 | 17200 |
| 20050901 | 94400 | DPH | 21 | 5.32 | 5.3 | 5.31 | 5.3 | 5.315105 | 23700 |
| 20050901 | 94500 | DPH | 26 | 5.32 | 5.26 | 5.3 | 5.26 | 5.288429 | 21000 |
| 20050901 | 94600 | DPH | 30 | 5.27 | 5.26 | 5.26 | 5.26 | 5.266453 | 20300 |
| 20050901 | 94700 | DPH | 16 | 5.27 | 5.25 | 5.26 | 5.25 | 5.260421 | 9500 |
| 20050901 | 94800 | DPH | 18 | 5.26 | 5.25 | 5.252 | 5.25 | 5.251166 | 17500 |
| 20050901 | 94900 | DPH | 34 | 5.25 | 5.18 | 5.25 | 5.18 | 5.221987 | 30300 |
| 20050901 | 95000 | DPH | 20 | 5.19 | 5.16 | 5.18 | 5.18 | 5.182917 | 14400 |
| 20050901 | 95100 | DPH | 22 | 5.17 | 5.12 | 5.17 | 5.14 | 5.138085 | 51700 |
| 20050901 | 95200 | DPH | 17 | 5.15 | 5.13 | 5.13 | 5.14 | 5.137509 | 26900 |
| 20050901 | 95300 | DPH | 19 | 5.18 | 5.14 | 5.15 | 5.18 | 5.15109 | 32100 |
| 20050901 | 95400 | DPH | 43 | 5.2 | 5.18 | 5.18 | 5.2 | 5.188101 | 75300 |
| 20050901 | 95500 | DPH | 33 | 5.2 | 5.19 | 5.2 | 5.2 | 5.198201 | 46700 |
| 20050901 | 95600 | DPH | 4 | 5.24 | 5.2 | 5.2 | 5.21 | 5.212024 | 8400 |
| 20050901 | 95700 | DPH | 28 | 5.23 | 5.2 | 5.23 | 5.22 | 5.211522 | 28900 |
| 20050901 | 95800 | DPH | 19 | 5.21 | 5.19 | 5.2 | 5.19 | 5.199629 | 18100 |
| 20050901 | 95900 | DPH | 12 | 5.2 | 5.17 | 5.2 | 5.18 | 5.185951 | 24700 |
| 20050901 | 100000 | DPH | 5 | 5.19 | 5.18 | 5.19 | 5.19 | 5.188 | 6000 |
| 20050901 | 100100 | DPH | 5 | 5.19 | 5.19 | 5.19 | 5.19 | 5.19 | 1900 |
| 20050901 | 100200 | DPH | 18 | 5.19 | 5.16 | 5.19 | 5.16 | 5.175103 | 38800 |
| 20050901 | 100300 | DPH | 20 | 5.2 | 5.14 | 5.15 | 5.14 | 5.155036 | 13900 |
| 20050901 | 100400 | DPH | 15 | 5.15 | 5.12 | 5.14 | 5.12 | 5.138521 | 42600 |
| 20050901 | 100500 | DPH | 24 | 5.13 | 5.11 | 5.12 | 5.1116 | 5.115912 | 43500 |
| 20050901 | 100600 | DPH | 14 | 5.12 | 5.11 | 5.12 | 5.12 | 5.118248 | 10000 |
| 20050901 | 100700 | DPH | 21 | 5.12 | 5.1 | 5.12 | 5.11 | 5.114199 | 36200 |
| 20050901 | 100800 | DPH | 16 | 5.12 | 5.1 | 5.11 | 5.11 | 5.109143 | 17500 |
| 20050901 | 100900 | DPH | 8 | 5.12 | 5.11 | 5.11 | 5.112 | 5.110099 | 16200 |
| 20050901 | 101000 | DPH | 11 | 5.12 | 5.11 | 5.11 | 5.12 | 5.11195 | 20000 |
| 20050901 | 101100 | DPH | 19 | 5.12 | 5.1 | 5.11 | 5.11 | 5.107206 | 49400 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20050901 | 101200 | DPH | 18 | 5.11 | 5.07 | 5.11 | 5.08 | 5.087143 | 20300 |
| 20050901 | 101300 | DPH | 26 | 5.08 | 5.05 | 5.08 | 5.05 | 5.067232 | 15100 |
| 20050901 | 101400 | DPH | 20 | 5.08 | 5.04 | 5.05 | 5.04 | 5.07129 | 125700 |
| 20050901 | 101500 | DPH | 25 | 5.05 | 5.02 | 5.05 | 5.02 | 5.040865 | 26600 |
| 20050901 | 101600 | DPH | 66 | 5.09 | 4.96 | 5 | 4.97 | 5.032308 | 220900 |
| 20050901 | 101700 | DPH | 29 | 5 | 4.95 | 4.96 | 4.96 | 4.962002 | 51100 |
| 20050901 | 101800 | DPH | 22 | 5 | 4.94 | 4.96 | 4.96 | 4.965577 | 47700 |
| 20050901 | 101900 | DPH | 23 | 4.97 | 4.95 | 4.97 | 4.95 | 4.956131 | 18300 |
| 20050901 | 102000 | DPH | 37 | 4.96 | 4.89 | 4.96 | 4.91 | 4.914518 | 45600 |
| 20050901 | 102100 | DPH | 22 | 4.9 | 4.87 | 4.89 | 4.88 | 4.889714 | 21000 |
| 20050901 | 102200 | DPH | 11 | 4.88 | 4.86 | 4.88 | 4.86 | 4.872456 | 11400 |
| 20050901 | 102300 | DPH | 47 | 4.88 | 4.82 | 4.87 | 4.85 | 4.860489 | 87900 |
| 20050901 | 102400 | DPH | 13 | 4.84 | 4.8 | 4.84 | 4.82 | 4.829283 | 32100 |
| 20050901 | 102500 | DPH | 28 | 4.81 | 4.79 | 4.8 | 4.8 | 4.800457 | 34800 |
| 20050901 | 102600 | DPH | 44 | 4.8 | 4.75 | 4.8 | 4.77 | 4.760448 | 122800 |
| 20050901 | 102700 | DPH | 40 | 4.76 | 4.75 | 4.75 | 4.76 | 4.753132 | 110700 |
| 20050901 | 102800 | DPH | 61 | 4.76 | 4.7 | 4.75 | 4.75 | 4.73871 | 107200 |
| 20050901 | 102900 | DPH | 51 | 4.79 | 4.7 | 4.73 | 4.79 | 4.743101 | 158000 |
| 20050901 | 103000 | DPH | 37 | 4.84 | 4.78 | 4.79 | 4.8 | 4.801865 | 84700 |
| 20050901 | 103100 | DPH | 28 | 4.85 | 4.8 | 4.8 | 4.82 | 4.825441 | 53300 |
| 20050901 | 103200 | DPH | 30 | 4.84 | 4.82 | 4.82 | 4.83 | 4.830982 | 68200 |
| 20050901 | 103300 | DPH | 25 | 4.84 | 4.82 | 4.83 | 4.83 | 4.831594 | 70900 |
| 20050901 | 103400 | DPH | 20 | 4.86 | 4.83 | 4.83 | 4.86 | 4.842368 | 79800 |
| 20050901 | 103500 | DPH | 23 | 4.89 | 4.86 | 4.87 | 4.89 | 4.878854 | 34900 |
| 20050901 | 103600 | DPH | 20 | 4.91 | 4.88 | 4.88 | 4.91 | 4.89673 | 52600 |
| 20050901 | 103700 | DPH | 37 | 4.94 | 4.92 | 4.92 | 4.93 | 4.931661 | 62000 |
| 20050901 | 103800 | DPH | 28 | 4.95 | 4.92 | 4.92 | 4.95 | 4.927202 | 38600 |
| 20050901 | 103900 | DPH | 27 | 4.97 | 4.95 | 4.95 | 4.96 | 4.960664 | 43700 |
| 20050901 | 104000 | DPH | 28 | 5.01 | 4.9 | 4.97 | 5.01 | 4.987187 | 58300 |
| 20050901 | 104100 | DPH | 36 | 5.04 | 4.8786 | 5.02 | 4.99 | 5.016417 | 86000 |
| 20050901 | 104200 | DPH | 28 | 4.99 | 4.95 | 4.98 | 4.95 | 4.963094 | 36200 |
| 20050901 | 104300 | DPH | 19 | 4.96 | 4.95 | 4.96 | 4.95 | 4.950917 | 45800 |
| 20050901 | 104400 | DPH | 14 | 4.96 | 4.95 | 4.96 | 4.95 | 4.959032 | 43400 |
| 20050901 | 104500 | DPH | 13 | 4.95 | 4.93 | 4.95 | 4.93 | 4.941909 | 37200 |
| 20050901 | 104600 | DPH | 22 | 4.94 | 4.9 | 4.93 | 4.91 | 4.911164 | 14600 |
| 20050901 | 104700 | DPH | 14 | 4.92 | 4.9 | 4.91 | 4.9 | 4.906835 | 19400 |
| 20050901 | 104800 | DPH | 11 | 4.91 | 4.9 | 4.9 | 4.91 | 4.900813 | 16000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20050901 | 104900 | DPH | 10 | 4.91 | 4.89 | 4.91 | 4.9 | 4.900367 | 24500 |
| 20050901 | 105000 | DPH | 9 | 4.91 | 4.9 | 4.9 | 4.91 | 4.903889 | 27000 |
| 20050901 | 105100 | DPH | 15 | 4.91 | 4.9 | 4.91 | 4.9 | 4.90924 | 25000 |
| 20050901 | 105200 | DPH | 6 | 4.91 | 4.9 | 4.9 | 4.91 | 4.901159 | 6900 |
| 20050901 | 105300 | DPH | 16 | 4.91 | 4.89 | 4.91 | 4.9 | 4.898101 | 23700 |
| 20050901 | 105400 | DPH | 11 | 4.9 | 4.88 | 4.9 | 4.88 | 4.891972 | 14200 |
| 20050901 | 105500 | DPH | 22 | 4.89 | 4.85 | 4.87 | 4.85 | 4.86634 | 47700 |
| 20050901 | 105600 | DPH | 21 | 4.9 | 4.85 | 4.86 | 4.86 | 4.859928 | 138500 |
| 20050901 | 105700 | DPH | 30 | 4.89 | 4.85 | 4.86 | 4.88 | 4.864596 | 92900 |
| 20050901 | 105800 | DPH | 23 | 4.89 | 4.88 | 4.89 | 4.89 | 4.885952 | 16800 |
| 20050901 | 105900 | DPH | 16 | 4.89 | 4.88 | 4.88 | 4.88 | 4.886216 | 22200 |
| 20050901 | 110000 | DPH | 21 | 4.9 | 4.88 | 4.88 | 4.9 | 4.888725 | 45500 |
| 20050901 | 110100 | DPH | 29 | 4.89 | 4.88 | 4.89 | 4.88 | 4.889349 | 38400 |
| 20050901 | 110200 | DPH | 26 | 4.89 | 4.88 | 4.88 | 4.8882 | 4.887754 | 82000 |
| 20050901 | 110300 | DPH | 19 | 4.89 | 4.88 | 4.89 | 4.89 | 4.886905 | 35800 |
| 20050901 | 110400 | DPH | 8 | 4.89 | 4.88 | 4.89 | 4.88 | 4.881522 | 9200 |
| 20050901 | 110500 | DPH | 51 | 4.98 | 4.88 | 4.95 | 4.97 | 4.949563 | 1179700 |
| 20050901 | 110600 | DPH | 70 | 5.02 | 4.95 | 4.97 | 5 | 4.990671 | 47700 |
| 20050901 | 110700 | DPH | 31 | 5.03 | 5 | 5 | 5 | 5.000846 | 268700 |
| 20050901 | 110800 | DPH | 26 | 5.03 | 5.01 | 5.02 | 5.02 | 5.021269 | 45700 |
| 20050901 | 110900 | DPH | 16 | 5.02 | 4.98 | 5.02 | 4.98 | 4.996964 | 22400 |
| 20050901 | 111000 | DPH | 8 | 4.99 | 4.97 | 4.98 | 4.98 | 4.98 | 6400 |
| 20050901 | 111100 | DPH | 15 | 4.98 | 4.97 | 4.98 | 4.97 | 4.972255 | 30600 |
| 20050901 | 111200 | DPH | 20 | 4.98 | 4.97 | 4.97 | 4.98 | 4.973906 | 6400 |
| 20050901 | 111300 | DPH | 7 | 4.98 | 4.97 | 4.98 | 4.972 | 4.978478 | 4600 |
| 20050901 | 111400 | DPH | 12 | 4.98 | 4.97 | 4.97 | 4.97 | 4.977188 | 9600 |
| 20050901 | 111500 | DPH | 6 | 4.98 | 4.97 | 4.98 | 4.98 | 4.978533 | 3300 |
| 20050901 | 111600 | DPH | 5 | 4.98 | 4.97 | 4.98 | 4.97 | 4.977222 | 1800 |
| 20050901 | 111700 | DPH | 7 | 4.98 | 4.97 | 4.98 | 4.97 | 4.977 | 9000 |
| 20050901 | 111800 | DPH | 4 | 4.98 | 4.97 | 4.98 | 4.98 | 4.9708 | 2500 |
| 20050901 | 111900 | DPH | 5 | 4.98 | 4.97 | 4.97 | 4.97 | 4.972439 | 4100 |
| 20050901 | 112000 | DPH | 14 | 4.98 | 4.96 | 4.98 | 4.96 | 4.96589 | 16300 |
| 20050901 | 112100 | DPH | 18 | 4.97 | 4.94 | 4.96 | 4.94 | 4.951868 | 36400 |
| 20050901 | 112200 | DPH | 19 | 4.96 | 4.942 | 4.942 | 4.96 | 4.950056 | 545300 |
| 20050901 | 112300 | DPH | 19 | 4.98 | 4.95 | 4.96 | 4.98 | 4.959769 | 21600 |
| 20050901 | 112400 | DPH | 28 | 5.02 | 4.89 | 4.98 | 5.02 | 4.993832 | 16700 |
| 20050901 | 112500 | DPH | 21 | 5.04 | 5.02 | 5.02 | 5.02 | 5.029713 | 20900 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20050901 | 112600 | DPH | 14 | 5.02 | 5.01 | 5.01 | 5.01 | 5.016471 | 11900 |
| 20050901 | 112700 | DPH | 15 | 5.02 | 5 | 5.01 | 5.02 | 5.011563 | 18300 |
| 20050901 | 112800 | DPH | 9 | 5.02 | 5.01 | 5.01 | 5.01 | 5.010515 | 6600 |
| 20050901 | 112900 | DPH | 10 | 5.01 | 4.98 | 5.01 | 4.98 | 5.001538 | 6500 |
| 20050901 | 113000 | DPH | 12 | 4.99 | 4.98 | 4.98 | 4.98 | 4.987161 | 11200 |
| 20050901 | 113100 | DPH | 6 | 4.99 | 4.97 | 4.98 | 4.97 | 4.9756 | 15000 |
| 20050901 | 113200 | DPH | 13 | 4.98 | 4.97 | 4.97 | 4.98 | 4.979107 | 11200 |
| 20050901 | 113300 | DPH | 9 | 4.99 | 4.98 | 4.98 | 4.98 | 4.98495 | 10100 |
| 20050901 | 113400 | DPH | 27 | 4.99 | 4.98 | 4.99 | 4.99 | 4.989948 | 38800 |
| 20050901 | 113500 | DPH | 8 | 5 | 4.99 | 4.99 | 5 | 4.992683 | 4100 |
| 20050901 | 113600 | DPH | 26 | 5 | 4.98 | 5 | 5 | 4.997958 | 52400 |
| 20050901 | 113700 | DPH | 15 | 5 | 4.9828 | 4.99 | 5 | 4.994933 | 21400 |
| 20050901 | 113800 | DPH | 15 | 5 | 4.98 | 4.98 | 4.99 | 4.990864 | 8100 |
| 20050901 | 113900 | DPH | 8 | 5 | 4.98 | 4.99 | 5 | 4.99 | 3700 |
| 20050901 | 114000 | DPH | 26 | 5 | 4.99 | 5 | 5 | 4.999039 | 28100 |
| 20050901 | 114100 | DPH | 18 | 5.03 | 5 | 5 | 5 | 5.000122 | 106300 |
| 20050901 | 114200 | DPH | 18 | 5.04 | 4.99 | 5 | 5.04 | 5.007892 | 68300 |
| 20050901 | 114300 | DPH | 9 | 5.04 | 5.02 | 5.04 | 5.03 | 5.030385 | 7800 |
| 20050901 | 114400 | DPH | 5 | 5.03 | 5.02 | 5.0201 | 5.03 | 5.026697 | 3300 |
| 20050901 | 114500 | DPH | 12 | 5.03 | 5.01 | 5.03 | 5.02 | 5.02371 | 12400 |
| 20050901 | 114600 | DPH | 6 | 5.03 | 5.02 | 5.02 | 5.02 | 5.028529 | 3400 |
| 20050901 | 114700 | DPH | 8 | 5.02 | 5.01 | 5.01 | 5.02 | 5.016593 | 9100 |
| 20050901 | 114800 | DPH | 11 | 5.03 | 5.01 | 5.03 | 5.01 | 5.016 | 5000 |
| 20050901 | 114900 | DPH | 8 | 5.02 | 5.01 | 5.01 | 5.01 | 5.011077 | 13000 |
| 20050901 | 115000 | DPH | 7 | 5.02 | 5.02 | 5.02 | 5.02 | 5.02 | 23200 |
| 20050901 | 115100 | DPH | 13 | 5.04 | 5.02 | 5.02 | 5.03 | 5.032233 | 10300 |
| 20050901 | 115200 | DPH | 6 | 5.04 | 5.03 | 5.03 | 5.04 | 5.038261 | 2300 |
| 20050901 | 115300 | DPH | 13 | 5.06 | 5.04 | 5.04 | 5.05 | 5.043077 | 10400 |
| 20050901 | 115400 | DPH | 24 | 5.07 | 5.05 | 5.06 | 5.05 | 5.059792 | 19200 |
| 20050901 | 115500 | DPH | 26 | 5.09 | 5 | 5.06 | 5.09 | 5.017024 | 130700 |
| 20050901 | 115600 | DPH | 18 | 5.1 | 5.08 | 5.1 | 5.1 | 5.089815 | 27100 |
| 20050901 | 115700 | DPH | 9 | 5.1 | 5.09 | 5.09 | 5.1 | 5.096256 | 19500 |
| 20050901 | 115800 | DPH | 12 | 5.11 | 5.1 | 5.1 | 5.1 | 5.106858 | 22600 |
| 20050901 | 115900 | DPH | 9 | 5.1 | 5.09 | 5.1 | 5.09 | 5.093708 | 8400 |
| 20050901 | 120000 | DPH | 15 | 5.09 | 5.07 | 5.09 | 5.08 | 5.080938 | 9600 |
| 20050901 | 120100 | DPH | 18 | 5.07 | 5.05 | 5.07 | 5.05 | 5.060465 | 12900 |
| 20050901 | 120200 | DPH | 39 | 5.06 | 5.04 | 5.06 | 5.04 | 5.051218 | 50100 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20050901 | 120300 | DPH | 16 | 5.05 | 5.04 | 5.0401 | 5.05 | 5.048409 | 67700 |
| 20050901 | 120400 | DPH | 8 | 5.05 | 5.03 | 5.049 | 5.03 | 5.044112 | 14300 |
| 20050901 | 120500 | DPH | 1 | 5.04 | 5.04 | 5.04 | 5.04 | 5.04 | 200 |
| 20050901 | 120600 | DPH | 4 | 5.05 | 5.03 | 5.03 | 5.05 | 5.04 | 800 |
| 20050901 | 120700 | DPH | 12 | 5.05 | 5.04 | 5.04 | 5.05 | 5.049406 | 20200 |
| 20050901 | 120800 | DPH | 11 | 5.05 | 5.04 | 5.04 | 5.04 | 5.043075 | 40000 |
| 20050901 | 120900 | DPH | 9 | 5.06 | 5.05 | 5.05 | 5.05 | 5.05037 | 8100 |
| 20050901 | 121000 | DPH | 16 | 5.09 | 5.06 | 5.06 | 5.09 | 5.062589 | 47900 |
| 20050901 | 121100 | DPH | 19 | 5.11 | 5.09 | 5.1 | 5.11 | 5.10103 | 46600 |
| 20050901 | 121200 | DPH | 15 | 5.12 | 5.1 | 5.11 | 5.1 | 5.110111 | 27100 |
| 20050901 | 121300 | DPH | 25 | 5.11 | 5.09 | 5.11 | 5.1 | 5.102985 | 175200 |
| 20050901 | 121400 | DPH | 18 | 5.1 | 5.09 | 5.1 | 5.1 | 5.099979 | 47200 |
| 20050901 | 121500 | DPH | 14 | 5.1 | 5.1 | 5.1 | 5.1 | 5.1 | 18600 |
| 20050901 | 121600 | DPH | 14 | 5.1 | 5.09 | 5.1 | 5.1 | 5.099896 | 86600 |
| 20050901 | 121700 | DPH | 28 | 5.11 | 5.09 | 5.09 | 5.1 | 5.099164 | 61000 |
| 20050901 | 121800 | DPH | 16 | 5.1 | 5.1 | 5.1 | 5.1 | 5.1 | 21100 |
| 20050901 | 121900 | DPH | 5 | 5.1 | 5.09 | 5.1 | 5.09 | 5.098913 | 4600 |
| 20050901 | 122000 | DPH | 8 | 5.1 | 5.08 | 5.092 | 5.09 | 5.089896 | 13500 |
| 20050901 | 122100 | DPH | 3 | 5.09 | 5.08 | 5.08 | 5.09 | 5.085936 | 18700 |
| 20050901 | 122200 | DPH | 7 | 5.09 | 5.08 | 5.08 | 5.09 | 5.085714 | 2100 |
| 20050901 | 122300 | DPH | 12 | 5.1 | 5.09 | 5.09 | 5.1 | 5.094729 | 8500 |
| 20050901 | 122400 | DPH | 23 | 5.1 | 5.09 | 5.1 | 5.1 | 5.099314 | 30600 |
| 20050901 | 122500 | DPH | 12 | 5.1 | 5.08 | 5.09 | 5.08 | 5.098362 | 11600 |
| 20050901 | 122600 | DPH | 8 | 5.09 | 5.08 | 5.09 | 5.08 | 5.08087 | 20700 |
| 20050901 | 122700 | DPH | 8 | 5.09 | 5.08 | 5.08 | 5.09 | 5.088837 | 12400 |
| 20050901 | 122800 | DPH | 6 | 5.09 | 5.08 | 5.09 | 5.08 | 5.089738 | 19100 |
| 20050901 | 122900 | DPH | 16 | 5.09 | 5.08 | 5.09 | 5.08 | 5.083267 | 20200 |
| 20050901 | 123000 | DPH | 7 | 5.09 | 5.08 | 5.09 | 5.08 | 5.087798 | 10900 |
| 20050901 | 123100 | DPH | 5 | 5.09 | 5.08 | 5.08 | 5.08 | 5.081515 | 3300 |
| 20050901 | 123200 | DPH | 5 | 5.08 | 5.07 | 5.08 | 5.07 | 5.074167 | 2400 |
| 20050901 | 123300 | DPH | 12 | 5.06 | 5.03 | 5.06 | 5.03 | 5.059253 | 17400 |
| 20050901 | 123400 | DPH | 18 | 5.03 | 5.01 | 5.03 | 5.02 | 5.026709 | 15800 |
| 20050901 | 123500 | DPH | 8 | 5.02 | 5.01 | 5.02 | 5.02 | 5.019048 | 10500 |
| 20050901 | 123600 | DPH | 25 | 5.03 | 5.01 | 5.01 | 5.02 | 5.020087 | 68600 |
| 20050901 | 123700 | DPH | 18 | 5.03 | 5.02 | 5.03 | 5.03 | 5.029703 | 60600 |
| 20050901 | 123800 | DPH | 22 | 5.05 | 5.02 | 5.03 | 5.05 | 5.030872 | 170900 |
| 20050901 | 123900 | DPH | 15 | 5.09 | 5.03 | 5.03 | 5.07 | 5.036376 | 109000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20050901 | 124000 | DPH | 21 | 5.09 | 5.06 | 5.07 | 5.08 | 5.079873 | 53900 |
| 20050901 | 124100 | DPH | 20 | 5.1 | 5.08 | 5.1 | 5.09 | 5.099559 | 81700 |
| 20050901 | 124200 | DPH | 21 | 5.1 | 5.08 | 5.1 | 5.09 | 5.088838 | 28400 |
| 20050901 | 124300 | DPH | 14 | 5.1 | 5.1 | 5.1 | 5.1 | 5.1 | 33500 |
| 20050901 | 124400 | DPH | 26 | 5.1 | 5.09 | 5.1 | 5.1 | 5.099471 | 136000 |
| 20050901 | 124500 | DPH | 15 | 5.13 | 5.1 | 5.1 | 5.13 | 5.103171 | 129000 |
| 20050901 | 124600 | DPH | 21 | 5.14 | 5.11 | 5.14 | 5.11 | 5.123757 | 18100 |
| 20050901 | 124700 | DPH | 18 | 5.11 | 5.1 | 5.11 | 5.1 | 5.100863 | 25500 |
| 20050901 | 124800 | DPH | 16 | 5.1 | 5.09 | 5.1 | 5.1 | 5.099756 | 163900 |
| 20050901 | 124900 | DPH | 10 | 5.11 | 5.1 | 5.1 | 5.11 | 5.101612 | 36600 |
| 20050901 | 125000 | DPH | 19 | 5.11 | 5.1 | 5.11 | 5.1 | 5.104934 | 15200 |
| 20050901 | 125100 | DPH | 9 | 5.1 | 5.09 | 5.1 | 5.1 | 5.098438 | 6400 |
| 20050901 | 125200 | DPH | 17 | 5.11 | 5.08 | 5.1 | 5.08 | 5.098752 | 110600 |
| 20050901 | 125300 | DPH | 17 | 5.1 | 5.08 | 5.09 | 5.08 | 5.094828 | 52400 |
| 20050901 | 125400 | DPH | 16 | 5.1 | 5.08 | 5.08 | 5.082 | 5.09889 | 177300 |
| 20050901 | 125500 | DPH | 11 | 5.09 | 5.06 | 5.09 | 5.06 | 5.072706 | 8500 |
| 20050901 | 125600 | DPH | 19 | 5.07 | 5.05 | 5.06 | 5.05 | 5.058866 | 9700 |
| 20050901 | 125700 | DPH | 18 | 5.06 | 5.04 | 5.06 | 5.05 | 5.057236 | 12300 |
| 20050901 | 125800 | DPH | 10 | 5.06 | 5.05 | 5.05 | 5.06 | 5.051834 | 28900 |
| 20050901 | 125900 | DPH | 9 | 5.08 | 5.06 | 5.06 | 5.08 | 5.062088 | 27300 |
| 20050901 | 130000 | DPH | 8 | 5.09 | 5.07 | 5.09 | 5.07 | 5.080833 | 2400 |
| 20050901 | 130100 | DPH | 10 | 5.1 | 5.07 | 5.07 | 5.1 | 5.083772 | 13400 |
| 20050901 | 130200 | DPH | 20 | 5.15 | 5.1 | 5.1 | 5.12 | 5.123593 | 83500 |
| 20050901 | 130300 | DPH | 9 | 5.13 | 5.1 | 5.12 | 5.1 | 5.11408 | 17400 |
| 20050901 | 130400 | DPH | 6 | 5.11 | 5.11 | 5.11 | 5.11 | 5.11 | 13300 |
| 20050901 | 130500 | DPH | 10 | 5.13 | 5.11 | 5.11 | 5.13 | 5.128545 | 37800 |
| 20050901 | 130600 | DPH | 7 | 5.14 | 5.13 | 5.13 | 5.14 | 5.135443 | 7900 |
| 20050901 | 130700 | DPH | 6 | 5.14 | 5.13 | 5.14 | 5.13 | 5.132727 | 3300 |
| 20050901 | 130800 | DPH | 6 | 5.14 | 5.13 | 5.13 | 5.14 | 5.133725 | 5100 |
| 20050901 | 130900 | DPH | 4 | 5.14 | 5.13 | 5.13 | 5.13 | 5.131304 | 2300 |
| 20050901 | 131000 | DPH | 10 | 5.13 | 5.12 | 5.13 | 5.12 | 5.122414 | 5800 |
| 20050901 | 131100 | DPH | 11 | 5.12 | 5.11 | 5.12 | 5.11 | 5.119937 | 191000 |
| 20050901 | 131200 | DPH | 2 | 5.11 | 5.11 | 5.11 | 5.11 | 5.11 | 2200 |
| 20050901 | 131300 | DPH | 6 | 5.11 | 5.11 | 5.11 | 5.11 | 5.11 | 5200 |
| 20050901 | 131400 | DPH | 8 | 5.12 | 5.11 | 5.11 | 5.11 | 5.113333 | 4200 |
| 20050901 | 131500 | DPH | 10 | 5.12 | 5.11 | 5.12 | 5.11 | 5.112647 | 6800 |
| 20050901 | 131600 | DPH | 17 | 5.11 | 5.05 | 5.1 | 5.05 | 5.055959 | 265500 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20050901 | 131700 | DPH | 14 | 5.11 | 5.09 | 5.11 | 5.1 | 5.09199 | 19100 |
| 20050901 | 131800 | DPH | 5 | 5.1 | 5.09 | 5.1 | 5.09 | 5.095714 | 1400 |
| 20050901 | 131900 | DPH | 7 | 5.1 | 5.09 | 5.1 | 5.09 | 5.099095 | 24300 |
| 20050901 | 132000 | DPH | 9 | 5.1 | 5.09 | 5.1 | 5.09 | 5.091179 | 19500 |
| 20050901 | 132100 | DPH | 1 | 5.09 | 5.09 | 5.09 | 5.09 | 5.09 | 2700 |
| 20050901 | 132200 | DPH | 5 | 5.1 | 5.09 | 5.09 | 5.1 | 5.094565 | 4600 |
| 20050901 | 132300 | DPH | 15 | 5.1 | 5.08 | 5.1 | 5.09 | 5.084531 | 30900 |
| 20050901 | 132400 | DPH | 10 | 5.08 | 5.05 | 5.08 | 5.06 | 5.057705 | 6100 |
| 20050901 | 132500 | DPH | 28 | 5.06 | 5.05 | 5.05 | 5.06 | 5.055414 | 90500 |
| 20050901 | 132600 | DPH | 16 | 5.07 | 5.04 | 5.06 | 5.07 | 5.059213 | 25400 |
| 20050901 | 132700 | DPH | 3 | 5.07 | 5.07 | 5.07 | 5.07 | 5.07 | 8700 |
| 20050901 | 132800 | DPH | 8 | 5.07 | 5.06 | 5.06 | 5.07 | 5.060899 | 17800 |
| 20050901 | 132900 | DPH | 8 | 5.07 | 5.06 | 5.07 | 5.07 | 5.069333 | 8700 |
| 20050901 | 133000 | DPH | 5 | 5.07 | 5.06 | 5.07 | 5.07 | 5.068204 | 5500 |
| 20050901 | 133100 | DPH | 9 | 5.07 | 5.06 | 5.0624 | 5.07 | 5.068944 | 7200 |
| 20050901 | 133200 | DPH | 8 | 5.07 | 5.06 | 5.06 | 5.06 | 5.068779 | 17200 |
| 20050901 | 133300 | DPH | 7 | 5.07 | 5.07 | 5.07 | 5.07 | 5.07 | 11100 |
| 20050901 | 133400 | DPH | 7 | 5.07 | 5.06 | 5.06 | 5.06 | 5.064237 | 23600 |
| 20050901 | 133500 | DPH | 15 | 5.07 | 5.05 | 5.06 | 5.052 | 5.06404 | 20000 |
| 20050901 | 133600 | DPH | 16 | 5.06 | 5.02 | 5.06 | 5.02 | 5.04807 | 59600 |
| 20050901 | 133700 | DPH | 13 | 5.04 | 5.02 | 5.02 | 5.04 | 5.037763 | 22800 |
| 20050901 | 133800 | DPH | 11 | 5.04 | 5.03 | 5.04 | 5.04 | 5.033384 | 19800 |
| 20050901 | 133900 | DPH | 10 | 5.04 | 5.03 | 5.04 | 5.032 | 5.035178 | 23600 |
| 20050901 | 134000 | DPH | 5 | 5.04 | 5.03 | 5.04 | 5.03 | 5.03875 | 4800 |
| 20050901 | 134100 | DPH | 7 | 5.0514 | 5.03 | 5.0514 | 5.03 | 5.033497 | 7800 |
| 20050901 | 134200 | DPH | 6 | 5.04 | 5.03 | 5.03 | 5.03 | 5.030857 | 3500 |
| 20050901 | 134300 | DPH | 21 | 5.04 | 5.03 | 5.04 | 5.04 | 5.039963 | 270000 |
| 20050901 | 134400 | DPH | 17 | 5.06 | 5.05 | 5.06 | 5.05 | 5.050349 | 31500 |
| 20050901 | 134500 | DPH | 4 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 14100 |
| 20050901 | 134600 | DPH | 10 | 5.05 | 5.04 | 5.05 | 5.04 | 5.044762 | 8400 |
| 20050901 | 134700 | DPH | 6 | 5.04 | 5.04 | 5.04 | 5.04 | 5.04 | 13000 |
| 20050901 | 134800 | DPH | 8 | 5.04 | 5.04 | 5.04 | 5.04 | 5.04 | 9200 |
| 20050901 | 134900 | DPH | 9 | 5.05 | 5.04 | 5.04 | 5.04 | 5.047321 | 22400 |
| 20050901 | 135000 | DPH | 7 | 5.05 | 5.04 | 5.042 | 5.04 | 5.049847 | 64100 |
| 20050901 | 135100 | DPH | 10 | 5.0424 | 5.03 | 5.0424 | 5.03 | 5.030117 | 21200 |
| 20050901 | 135200 | DPH | 14 | 5.03 | 5.02 | 5.03 | 5.03 | 5.027885 | 5200 |
| 20050901 | 135300 | DPH | 23 | 5.03 | 5.02 | 5.02 | 5.02 | 5.029726 | 73000 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20050901 | 135400 | DPH | 10 | 5.03 | 5.02 | 5.03 | 5.03 | 5.028659 | 27600 |
| 20050901 | 135500 | DPH | 6 | 5.02 | 5.02 | 5.02 | 5.02 | 5.02 | 12800 |
| 20050901 | 135600 | DPH | 8 | 5.02 | 5.01 | 5.02 | 5.01 | 5.019655 | 8700 |
| 20050901 | 135700 | DPH | 11 | 5.02 | 5.01 | 5.02 | 5.01 | 5.010109 | 45700 |
| 20050901 | 135800 | DPH | 13 | 5.02 | 5 | 5.01 | 5.01 | 5.010552 | 18100 |
| 20050901 | 135900 | DPH | 27 | 5.01 | 5 | 5.01 | 5 | 5.003338 | 78300 |
| 20050901 | 140000 | DPH | 18 | 5 | 4.98 | 5 | 4.99 | 4.989847 | 26200 |
| 20050901 | 140100 | DPH | 26 | 5.0156 | 4.97 | 4.99 | 4.97 | 4.980707 | 34100 |
| 20050901 | 140200 | DPH | 32 | 4.97 | 4.96 | 4.97 | 4.96 | 4.967722 | 31600 |
| 20050901 | 140300 | DPH | 15 | 4.97 | 4.95 | 4.96 | 4.95 | 4.960964 | 8300 |
| 20050901 | 140400 | DPH | 31 | 4.96 | 4.93 | 4.95 | 4.93 | 4.943502 | 29700 |
| 20050901 | 140500 | DPH | 25 | 4.95 | 4.92 | 4.94 | 4.942 | 4.936218 | 41200 |
| 20050901 | 140600 | DPH | 29 | 4.95 | 4.93 | 4.94 | 4.93 | 4.947659 | 75600 |
| 20050901 | 140700 | DPH | 12 | 4.95 | 4.93 | 4.94 | 4.95 | 4.940819 | 23200 |
| 20050901 | 140800 | DPH | 16 | 4.97 | 4.94 | 4.95 | 4.97 | 4.953318 | 105500 |
| 20050901 | 140900 | DPH | 16 | 5 | 4.97 | 4.97 | 5 | 4.983668 | 19900 |
| 20050901 | 141000 | DPH | 12 | 5.02 | 5 | 5 | 5.02 | 5.007244 | 12700 |
| 20050901 | 141100 | DPH | 5 | 5.02 | 4.9544 | 4.9544 | 5.02 | 5.01344 | 2000 |
| 20050901 | 141200 | DPH | 14 | 5.02 | 5.01 | 5.02 | 5.02 | 5.019231 | 13000 |
| 20050901 | 141300 | DPH | 21 | 5.02 | 5 | 5.02 | 5 | 5.010072 | 13900 |
| 20050901 | 141400 | DPH | 16 | 5.01 | 4.99 | 5.01 | 5 | 5.001111 | 82800 |
| 20050901 | 141500 | DPH | 8 | 5.01 | 4.99 | 5 | 5 | 4.996681 | 23800 |
| 20050901 | 141600 | DPH | 4 | 5 | 4.99 | 5 | 4.9914 | 4.990328 | 3900 |
| 20050901 | 141700 | DPH | 9 | 5.02 | 5 | 5 | 5.02 | 5.005524 | 10500 |
| 20050901 | 141800 | DPH | 6 | 5.03 | 5.01 | 5.01 | 5.02 | 5.028909 | 5500 |
| 20050901 | 141900 | DPH | 7 | 5.05 | 5.02 | 5.02 | 5.05 | 5.035373 | 6700 |
| 20050901 | 142000 | DPH | 7 | 5.04 | 5.03 | 5.04 | 5.04 | 5.039875 | 8000 |
| 20050901 | 142100 | DPH | 10 | 5.05 | 5.0064 | 5.0064 | 5.04 | 5.044637 | 13000 |
| 20050901 | 142200 | DPH | 10 | 5.07 | 5.05 | 5.05 | 5.05 | 5.05007 | 57300 |
| 20050901 | 142300 | DPH | 11 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 17900 |
| 20050901 | 142400 | DPH | 3 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 22900 |
| 20050901 | 142500 | DPH | 9 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 7500 |
| 20050901 | 142600 | DPH | 6 | 5.05 | 5.04 | 5.05 | 5.05 | 5.040575 | 8700 |
| 20050901 | 142700 | DPH | 1 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 500 |
| 20050901 | 142800 | DPH | 4 | 5.04 | 5.04 | 5.04 | 5.04 | 5.04 | 1700 |
| 20050901 | 142900 | DPH | 5 | 5.05 | 5.04 | 5.05 | 5.05 | 5.047576 | 3300 |
| 20050901 | 143000 | DPH | 9 | 5.05 | 5.04 | 5.04 | 5.04 | 5.04119 | 8400 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20050901 | 143100 DPH | 12 | 5.0491 | 5.03 | 5.0491 | 5.03 | 5.031592 | 3600 |
| 20050901 | 143200 DPH | 15 | 5.04 | 5.03 | 5.03 | 5.04 | 5.038415 | 16400 |
| 20050901 | 143300 DPH | 11 | 5.04 | 5.03 | 5.04 | 5.04 | 5.033019 | 5300 |
| 20050901 | 143400 DPH | 16 | 5.05 | 5.03 | 5.04 | 5.05 | 5.040843 | 8300 |
| 20050901 | 143500 DPH | 17 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049286 | 4200 |
| 20050901 | 143600 DPH | 2 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 500 |
| 20050901 | 143700 DPH | 6 | 5.05 | 5.04 | 5.04 | 5.05 | 5.0452 | 2500 |
| 20050901 | 143800 DPH | 5 | 5.05 | 5.04 | 5.04 | 5.05 | 5.041318 | 12900 |
| 20050901 | 143900 DPH | 7 | 5.04 | 5.04 | 5.04 | 5.04 | 5.04 | 6500 |
| 20050901 | 144000 DPH | 11 | 5.04 | 5.03 | 5.04 | 5.04 | 5.035189 | 10600 |
| 20050901 | 144100 DPH | 18 | 5.05 | 5.03 | 5.04 | 5.05 | 5.04625 | 8000 |
| 20050901 | 144200 DPH | 4 | 5.05 | 5.04 | 5.05 | 5.04 | 5.047778 | 900 |
| 20050901 | 144300 DPH | 7 | 5.05 | 5.04 | 5.05 | 5.04 | 5.04963 | 5400 |
| 20050901 | 144400 DPH | 6 | 5.05 | 5.04 | 5.0414 | 5.05 | 5.044496 | 2700 |
| 20050901 | 144500 DPH | 3 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 5200 |
| 20050901 | 144600 DPH | 5 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 4900 |
| 20050901 | 144700 DPH | 4 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 2700 |
| 20050901 | 144800 DPH | 8 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049647 | 8500 |
| 20050901 | 144900 DPH | 7 | 5.05 | 5.04 | 5.04 | 5.05 | 5.041563 | 3200 |
| 20050901 | 145000 DPH | 9 | 5.05 | 5.04 | 5.04 | 5.04 | 5.046667 | 5100 |
| 20050901 | 145100 DPH | 13 | 5.05 | 5.04 | 5.05 | 5.04 | 5.049967 | 30000 |
| 20050901 | 145200 DPH | 11 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 37400 |
| 20050901 | 145300 DPH | 4 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 9400 |
| 20050901 | 145400 DPH | 9 | 5.05 | 5.04 | 5.05 | 5.05 | 5.048979 | 4700 |
| 20050901 | 145500 DPH | 7 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 4300 |
| 20050901 | 145600 DPH | 18 | 5.05 | 5.04 | 5.05 | 5.04 | 5.041068 | 41200 |
| 20050901 | 145700 DPH | 10 | 5.04 | 5.03 | 5.04 | 5.03 | 5.037424 | 6600 |
| 20050901 | 145800 DPH | 16 | 5.04 | 5.03 | 5.04 | 5.04 | 5.039722 | 7200 |
| 20050901 | 145900 DPH | 8 | 5.04 | 5.03 | 5.04 | 5.04 | 5.039125 | 8000 |
| 20050901 | 150000 DPH | 10 | 5.05 | 5.04 | 5.04 | 5.05 | 5.042564 | 3900 |
| 20050901 | 150100 DPH | 6 | 5.05 | 5.04 | 5.05 | 5.05 | 5.046944 | 7200 |
| 20050901 | 150200 DPH | 16 | 5.05 | 5.04 | 5.04 | 5.04 | 5.045394 | 24100 |
| 20050901 | 150300 DPH | 22 | 5.05 | 5.04 | 5.05 | 5.04 | 5.048021 | 9600 |
| 20050901 | 150400 DPH | 12 | 5.05 | 5.04 | 5.05 | 5.05 | 5.0475 | 26000 |
| 20050901 | 150500 DPH | 5 | 5.05 | 5.04 | 5.05 | 5.04 | 5.0495 | 2000 |
| 20050901 | 150600 DPH | 10 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049737 | 3800 |
| 20050901 | 150700 DPH | 9 | 5.05 | 5.04 | 5.05 | 5.04 | 5.049667 | 3000 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20050901 | 150800 | DPH | 9 | 5.05 | 5.02 | 5.04 | 5.04 | 5.040345 | 5800 |
| 20050901 | 150900 | DPH | 5 | 5.05 | 5.04 | 5.05 | 5.05 | 5.040761 | 9200 |
| 20050901 | 151000 | DPH | 5 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 2800 |
| 20050901 | 151100 | DPH | 2 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 1500 |
| 20050901 | 151200 | DPH | 11 | 5.05 | 5.04 | 5.05 | 5.05 | 5.045789 | 3800 |
| 20050901 | 151300 | DPH | 9 | 5.05 | 5.04 | 5.05 | 5.05 | 5.042039 | 10300 |
| 20050901 | 151400 | DPH | 7 | 5.05 | 5.04 | 5.05 | 5.05 | 5.048636 | 2200 |
| 20050901 | 151500 | DPH | 20 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 56100 |
| 20050901 | 151600 | DPH | 18 | 5.05 | 5.04 | 5.05 | 5.05 | 5.048731 | 26000 |
| 20050901 | 151700 | DPH | 18 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049825 | 11400 |
| 20050901 | 151800 | DPH | 12 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049399 | 14400 |
| 20050901 | 151900 | DPH | 12 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 15000 |
| 20050901 | 152000 | DPH | 16 | 5.05 | 5.04 | 5.05 | 5.04 | 5.045874 | 14300 |
| 20050901 | 152100 | DPH | 13 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049907 | 10700 |
| 20050901 | 152200 | DPH | 10 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 9000 |
| 20050901 | 152300 | DPH | 13 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049595 | 24700 |
| 20050901 | 152400 | DPH | 11 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 10400 |
| 20050901 | 152500 | DPH | 13 | 5.05 | 5.04 | 5.05 | 5.05 | 5.043014 | 21900 |
| 20050901 | 152600 | DPH | 4 | 5.05 | 5.04 | 5.04 | 5.04 | 5.0425 | 400 |
| 20050901 | 152700 | DPH | 9 | 5.05 | 5.04 | 5.04 | 5.04 | 5.040827 | 13300 |
| 20050901 | 152800 | DPH | 11 | 5.05 | 5.04 | 5.05 | 5.05 | 5.048877 | 11400 |
| 20050901 | 152900 | DPH | 9 | 5.05 | 5.04 | 5.05 | 5.042 | 5.04144 | 12500 |
| 20050901 | 153000 | DPH | 9 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049722 | 3600 |
| 20050901 | 153100 | DPH | 10 | 5.05 | 5.05 | 5.05 | 5.05 | 5.05 | 7400 |
| 20050901 | 153200 | DPH | 10 | 5.05 | 5.04 | 5.05 | 5.05 | 5.047414 | 5800 |
| 20050901 | 153300 | DPH | 16 | 5.05 | 5.04 | 5.05 | 5.05 | 5.046259 | 29400 |
| 20050901 | 153400 | DPH | 4 | 5.05 | 5.04 | 5.05 | 5.04 | 5.043636 | 1100 |
| 20050901 | 153500 | DPH | 16 | 5.05 | 5.04 | 5.05 | 5.04 | 5.042868 | 13600 |
| 20050901 | 153600 | DPH | 14 | 5.05 | 5.04 | 5.04 | 5.04 | 5.046957 | 6900 |
| 20050901 | 153700 | DPH | 18 | 5.05 | 5.04 | 5.04 | 5.05 | 5.046232 | 13800 |
| 20050901 | 153800 | DPH | 20 | 5.05 | 5.04 | 5.04 | 5.04 | 5.047217 | 11500 |
| 20050901 | 153900 | DPH | 17 | 5.05 | 5.04 | 5.05 | 5.04 | 5.048152 | 21100 |
| 20050901 | 154000 | DPH | 27 | 5.05 | 5.04 | 5.05 | 5.05 | 5.049782 | 45900 |
| 20050901 | 154100 | DPH | 13 | 5.05 | 5.04 | 5.05 | 5.05 | 5.044773 | 4400 |
| 20050901 | 154200 | DPH | 10 | 5.05 | 5.04 | 5.04 | 5.05 | 5.046579 | 11400 |
| 20050901 | 154300 | DPH | 14 | 5.05 | 5.04 | 5.05 | 5.05 | 5.048817 | 16900 |
| 20050901 | 154400 | DPH | 16 | 5.05 | 5.04 | 5.04 | 5.05 | 5.043553 | 7600 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 20050930 | 154700 DPH | 21 | 2.77 | 2.75 | 2.76 | 2.76 | 2.761773 | 20300 |
| 20050930 | 154800 DPH | 29 | 2.77 | 2.75 | 2.77 | 2.75 | 2.751582 | 74600 |
| 20050930 | 154900 DPH | 24 | 2.76 | 2.74 | 2.75 | 2.75 | 2.74444 | 74100 |
| 20050930 | 155000 DPH | 21 | 2.76 | 2.74 | 2.74 | 2.74 | 2.745331 | 119500 |
| 20050930 | 155100 DPH | 28 | 2.75 | 2.74 | 2.75 | 2.74 | 2.743524 | 82300 |
| 20050930 | 155200 DPH | 22 | 2.74 | 2.722 | 2.73 | 2.73 | 2.731737 | 70800 |
| 20050930 | 155300 DPH | 36 | 2.74 | 2.71 | 2.73 | 2.71 | 2.715423 | 55500 |
| 20050930 | 155400 DPH | 57 | 2.73 | 2.7 | 2.71 | 2.73 | 2.70654 | 139000 |
| 20050930 | 155500 DPH | 29 | 2.75 | 2.72 | 2.72 | 2.75 | 2.738084 | 32700 |
| 20050930 | 155600 DPH | 38 | 2.77 | 2.75 | 2.75 | 2.77 | 2.757679 | 89800 |
| 20050930 | 155700 DPH | 30 | 2.79 | 2.76 | 2.77 | 2.79 | 2.777572 | 62400 |
| 20050930 | 155800 DPH | 38 | 2.79 | 2.75 | 2.78 | 2.76 | 2.767778 | 79200 |
| 20050930 | 155900 DPH | 30 | 2.76 | 2.75 | 2.76 | 2.75 | 2.754384 | 65700 |
| 20050930 | 160000 DPH | 34 | 2.76 | 2.75 | 2.76 | 2.76 | 2.758269 | 234500 |
| 20050930 | 160100 DPH | 4 | 2.76 | 2.76 | 2.76 | 2.76 | 2.76 | 128500 |
| 20050930 | 160200 DPH | 2 | 2.77 | 2.76 | 2.77 | 2.76 | 2.760282 | 71000 |
| 20050930 | 160400 DPH | 1 | 2.76 | 2.76 | 2.76 | 2.76 | 2.76 | 200 |
| 20050930 | 160700 DPH | 1 | 2.78 | 2.78 | 2.78 | 2.78 | 2.78 | 600 |
| 20050930 | 160800 DPH | 1 | 2.79 | 2.79 | 2.79 | 2.79 | 2.79 | 100 |
| 20050930 | 160900 DPH | 1 | 3.1381 | 3.1381 | 3.1381 | 3.1381 | 3.1381 | 50000 |
| 20050930 | 161000 DPH | 2 | 2.9435 | 2.9381 | 2.9381 | 2.9435 | 2.94347 | 18000 |
| 20050930 | 161200 DPH | 1 | 3.11 | 3.11 | 3.11 | 3.11 | 3.11 | 50000 |
| 20050930 | 161500 DPH | 1 | 2.79 | 2.79 | 2.79 | 2.79 | 2.79 | 1000 |
| 20050930 | 161600 DPH | 1 | 2.77 | 2.77 | 2.77 | 2.77 | 2.77 | 100 |
| 20050930 | 161700 DPH | 1 | 2.76 | 2.76 | 2.76 | 2.76 | 2.76 | 2000 |
| 20050930 | 162600 DPH | 1 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 1000 |
| 20050930 | 163000 DPH | 1 | 2.75 | 2.75 | 2.75 | 2.75 | 2.75 | 500 |
| 20050930 | 163400 DPH | 2 | 2.76 | 2.76 | 2.76 | 2.76 | 2.76 | 3600 |
| 20050930 | 163700 DPH | 2 | 2.74 | 2.73 | 2.74 | 2.73 | 2.735 | 2000 |
| 20050930 | 164200 DPH | 2 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 1000 |
| 20050930 | 165400 DPH | 2 | 2.6281 | 2.5912 | 2.5912 | 2.6281 | 2.609545 | 402300 |
| 20050930 | 170200 DPH | 44 | 3.14 | 2.75 | 2.75 | 3 | 2.966106 | 41600 |
| 20050930 | 170300 DPH | 3 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 | 1500 |
| 20050930 | 171100 DPH | 3 | 2.75 | 2.71 | 2.75 | 2.71 | 2.718372 | 4300 |