# EXHIBIT A

" EXHIBIT - A "  2 PAGES

## Platinum Group Metals Supply Agreement
### Between Delphi Automotive Systems LLC and A-1 Specialized Services

This Platinum Group Metals Supply Agreement (this "Agreement") is dated as of December 01 , 2004 by and between A1 Specialized Services ("Seller") and Delphi Automotive Systems LLC ("Buyer").

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

Seller agrees to sell, and Buyer agrees to purchase Platinum Group Metals on the following terms:

| | |
|---|---|
| Period of Delivery: | Purchases and sales pursuant to this Agreement shall commence on January 1, 2005 and shall continue indefinitely. Either party can terminate this Agreement by giving written notice to the other party by December 31 of then current contract year with such termination will be effective on the December 31 of the third year after date of notice (for example, notice given on December 31, 2006 would be effective December 31, 2009). |
| Materials: | Palladium sponge 99.95% purity per ASTM standards<br>Rhodium powder 99.90% purity per ASTM standards |
| Delivery Location: | Delphi pool account at INCO Acton England. |
| Quantities: | Palladium: 500 toz per month, with an option to declare an additional 3250 toz per month.<br>Rhodium: 100 toz per month with an option to declare an additional 650 toz per month. |
| Declarations: | Buyer shall declare all optional quantities by the 20th day of the month prior to the start of the pricing period. |
| Date for Delivery of each Monthly Installment | Delivery into Delphi pool account to be made within the first 5 calendar days of the month. |

12/01/04
Page 1

*" EXHIBIT-A " 2 PAGES*

③

| | |
|---|---|
| Prices: | Palladium:  Average of the LPPM afternoon fixes of the month prior to the month of delivery minus $1.00 USD per toz. Rhodium:  Average of the Johnson Matthey 9:30 AM Eastern Standard Time North American morning price of the month prior to the month of delivery minus 1.5%. |
| Payment: | Via wire transfer Net 30 days in USD to Seller's nominated account after receipt of the goods to Delphi pool account. |
| Amendments: | Terms and conditions of this agreement are in addition to Delphi standard terms and conditions as reflected on the back of the Delphi purchase order (the "Delphi Terms").  Should any conflict exist between the terms of this Agreement and the Delphi Terms, these additional terms shall govern. |

Acknowledged and agreed to as of December 1, 2004.

For A-1 Specialized Services                    For Delphi Automotive Systems

_____                         _____
Signature                                       Signature

_Ashik Kumar_                                   _James Salois_
Printed Name                                    Printed Name

Director    Dec. 7st/2004                       Commodity Manager  12/9/04
Title                                           Title

12/01/04
Page 2

_JRS_
_12/9/04_

4  "EXHIBIT-B  3-PAGES"



**DELPHI**
*Automotive Systems*

| | |
|---|---|
| **Attn:** | Kumar  215-788-9222 |
| **Company:** | A-1 Specialized Services |
| **From:** | Brett Lendzion |
| **Company:** | Delphi-A |
| **Date:** | 9/16/02 |
| **Subject:** | Award Letter |

**CONGRATULATION!** A-1 Specialized Services has been awarded a 5-year contract to supply Delphi Corporation's Global PGM Re-claim requirements.  Delphi looks forward to continuing our positive relationship.

Following are the agreed upon terms for Delphi Florrange, Delphi Tulsa, and Delphi Port Elizabeth.

**Monolith**
**Return Rate's**
Pt     98%
Pd    98%
Rh    85%

**Dry Powder**
**Return Rate**
Pt     98%
Pd    98%
Rh    85%

**Treatment Charge/lb.:** $.90-year 1
      $0.90 –year 2, $ 0.89 –year3
      $0.89-year 4, $ 0.86-year 5

**Treatment Charge/lb.:**  $ 1.04 –year1
      $1.04 –year 2, $1.03 year 3
      $1.03 –year 4,$1.01 year 5

**Days return after receipt:** 70

**Days return after receipt:** 70

**Transportation:** Delphi will deliver to A-1 collection point.
Drop off: Inco or Common Vault

**Transportation:** Delphi will deliver to A-1 collection point.
Drop off: Inco or Common Vault

**Refining Charges**
Pt    $ 8.00
Pd    $ 6.00
Rh    $ 45.00

**Refining Charges**
Pt    $ 8.00
Pd    $ 6.00
Rh    $ 45.00

"EXHIBIT-B   3-PAGES"    

**South Africa:** A-1 agrees to reclaim the total amount of South African re-claim within region and give our metal back at Impala-Springs by pool account location transfer. (without breaking the South African point of origin for the metal)

**Letter of Credit -** A-1 agrees to deposit and maintain a minimum of $2 million – and a maximum of $ 2.5 million of Platinum, Palladium, Rhodium sponge in Delphi 's account. The value of the metal will be calculated by the prior month average of the LPM fix for Pt and Pd and the JMNA for Rh. Delphi and A-1 agree that this is a mix between approximately 3,000 to 4,000 toz. A-1 will have a "window" of opportunity to change the mix during the last 5 days of each month. A-1 will give Delphi a 30 day notice of any requested change in metal quantities during this "window". The suggested target levels will be approx 1,500 Pt, 1,500 Pd, and 500 Rh. Delphi has the right to refuse any proposed change to the metal quantities and mix. Delphi agrees to return the exact quantity of PGM sponge (3000 - 4,000 toz) regardless of any market gains/losses to A-1 two days after termination to the contract. The first deposit of metal will be completed by October 31, 2002.

**Tenure:** 5 year contract. Starting 10/1/02 through 12/31/03. Year 2 - 1/1/04 through 12/31/04, Year 3 – 1/1/05 through 12/31/05, Year 4 - 1/1/06 through 12/31/06, Year 5 – 1/1/07 through 12/31/07.

Delphi reserves the right to benchmark all costs throughout the contract period.

Delphi agrees to split 50%/50% all cost savings initiatives by Value Chain activities.

**Payment:**
A-1 will provide a settlement invoice upon receipt of assay results. Delphi will reconcile the statement and calculate the quantity of PGM to be retained by A-1 as payment (based on London PM Fix monthly average) and provide settlement instructions to A-1. A-1 promptly executes pool account transfer after receipt of delivery instructions from Delphi.

**Terms and Conditions:**
The Terms and Conditions of this agreement are in addition to Delphi's standard terms and conditions as reflected on the back of the Delphi purchase order. Should any conflict exist, these additional terms shall be considered superceding those on the purchase order.

A-1 and Delphi agree to Global Reclaim Procedures dated September 1, 2002.

In addition A-1 has provided pricing for the following:

| Wichita Falls | Terms | Days |
|---|---|---|
| Targets | 99% return/ $7.50 per to returned | immediate after settle |
| Inks | 97% return/$7.50 per to returned | immediate after settle |
| Sweeps | 99% return/$7.50 per to returned | immediate after settle |
| Bead Blast | Identical to above monolith terms | 70 |

"Exhibit - B - 3 Pages"

| | | |
|---|---|---|
| Rags | Identical to above monolith terms | 120 |
| Pt spacers | 99% return/$7.50 per to returned | immediate after settle |

| | Terms | Days |
|---|---|---|
| **Flint** | Identical to monolith terms | 120 |
| Trash | Identical to monolith terms | 70 |
| Monoliths | net wt*0.076 Pt and 0.0076 Pd | 120 |
| Center Wire | net wt*0.002 Pt and 0.0002 Pd | 120 |
| Oxygen Sensors | net wt*0.002 Pt and 0.0002 Pd | 120 |
| Pt Tip Shells | net wt*0.004 Pt and 0.0004 Pd | 120 |
| Spark Plug | 97% returned/$ 7.50 to returned | immediate after settle |
| Pt/Pd Wire | | |

The above quote also covers **Delphi Australia, Milwaukee, Delphi India, Delphi Brazil and Delphi China**. Delphi is responsible for the shipping cost to the closest A-1 collection point for these locations.

Agreement signed:

Brett Landzion    9/24/02

Brett Landzion
Commodity Manager
Delphi Global Purchasing

Ashok Kumar
A-1 Specialized Services

Cc: Ron Sadler, Eric Sandford

| | |
|---|---|
| **Number of pages to follow:** | 0 |
| **Phone Number:** | (248) 813-8056 |
| **Fax Number:** | (248) 813-8042 |