# EXHIBIT B

FUNDS TRANSFER ADVICE -- NON-NEGOTIABLE

## PNC Bank, National Association

| DATE: | TIME: | AMOUNT |
|---|---|---|
| 8/01/2005 | 08:51:56 AM | $273,769.00 |

| DEBIT/CREDIT | ACCOUNT NUMBER |
|---|---|
| CREDIT | 8612100914 |

| WIRE TYPE: | BANK REFERENCE NO. | FED REFERENCE NO. |
|---|---|---|
| FEDWIRE-INCOMING | 050801004083 | 000570 |

### FOREIGN EXCHANGE INFORMATION

| DR CURRENCY | CR CURRENCY |
|---|---|
| DR CURRENCY AMT. | CR CURRENCY AMT |
| EXCHANGE RATE | TRADER CONTROL NO. |

**BENEFICIARY**

A 1 SPECIALIZED SERV AND SUPPLI INC
2707 STATE ROAD
PO BOX 270
CROYDON, PA 19021

**BENEFICIARY BANK**

PNC BANK
PHILADELPHIA
031000053

PLEASE DIRECT INQUIRIES TO 1-800-PNC-WIRE. PLEASE HAVE YOUR REFERENCE NUMBER READY. PERSONAL ACCOUNTS SHOULD CONTACT THEIR BRANCH OFFICE

**ORIGINATOR**

3999999999

**ORIGINATING BANK**

DELPHI CORPORATION-WIRE TRANSFER AC
323857590
CASH MGMT
BUSINESS PROCESS SOLUTION CENTER
PHOENIX AZ 85026-

**ORIGINATOR TO BENEFICIARY INFO**

REF 5959 AB, 5960 AB
3257900202J0

**ADDITIONAL BENE INFO**

A 1 SPEC SERV & SUPPLIES CROYDON PA
8612100914

**PNC Bank, National Association**

| DATE: | TIME: | AMOUNT |
|---|---|---|
| 8/23/2005 | 02:29:00 PM | $1,771,600.00 |

| DEBIT/CREDIT | ACCOUNT NUMBER |
|---|---|
| CREDIT | 8612100914 |

| WIRE TYPE: | BANK REFERENCE NO. | FED REFERENCE NO. |
|---|---|---|
| FEDWIRE-INCOMING | 050823015128 | 004118 |

**FOREIGN EXCHANGE INFORMATION**

| DR CURRENCY | CR CURRENCY |
|---|---|
| DR CURRENCY AMT. | CR CURRENCY AMT |
| EXCHANGE RATE | TRADER CONTROL NO. |

BENEFICIARY

A 1 SPECIALIZED SERV AND SUPPLI INC
2707 STATE ROAD
PO BOX 270
CROYDON, PA 19021

BENEFICIARY BANK

PNC BANK
PHILADELPHIA
031000053

PLEASE DIRECT INQUIRIES TO 1-800-PNC-WIRE. PLEASE HAVE YOUR REFERENCE NUMBER READY. PERSONAL ACCOUNTS SHOULD CONTACT THEIR BRANCH OFFIC

| ORIGINATOR | ORIGINATING BANK | ORIGINATOR TO BENEFICIARY INFO |
|---|---|---|
| 3999999999 | DELPHI CORPORATION-WIRE TRANSFER AC<br>323857590<br>CASH MGMT<br>BUSINESS PROCESS SOLUTION CENTER<br>PHOENIX AZ 85026- | REF 6306 6307<br>1979400235J0 |

ADDITIONAL BENE INFO

A 1 SPEC SERV & SUPPLIES CROYDON PA
8612100914

FUNDS TRANSFER ADVICE -- NON-NEGOTIABLE

**PNC Bank, National Association**

| DATE: | TIME: | AMOUNT |
|---|---|---|
| 8/30/2005 | 05:09:30 PM | $125,257.99 |

| DEBIT/CREDIT | ACCOUNT NUMBER | |
|---|---|---|
| CREDIT | 8612100914 | |

| WIRE TYPE: | BANK REFERENCE NO. | FED REFERENCE NO. |
|---|---|---|
| FEDWIRE—INCOMING | 050830024802 | 007936 |

FOREIGN EXCHANGE INFORMATION

| DR CURRENCY | CR CURRENCY |
|---|---|
| | |
| DR CURRENCY AMT. | CR CURRENCY AMT |
| | |
| EXCHANGE RATE | TRADER CONTROL NO. |
| | |

XCS-(FTSP01)-35 (01-98)

BENEFICIARY

A 1 SPECIALIZED SERV AND SUPPLI INC
2707 STATE ROAD
PO BOX 270
CROYDON, PA 19021

BENEFICIARY BANK

PNC BANK
PHILADELPHIA
031000053

PLEASE DIRECT INQUIRIES TO 1-800-PNC-WIRE. PLEASE HAVE YOUR REFERENCE NUMBER READY. PERSONAL ACCOUNTS SHOULD CONTACT THEIR BRANCH OFFIC

| ORIGINATOR | ORIGINATING BANK | ORIGINATOR TO BENEFICIARY INFO |
|---|---|---|
| 3999999999 | DELPHI CORPORATION-WIRE TRANSFER AC<br>323857590<br>CASH MGMT<br>BUSINESS PROCESS SOLUTION CENTER<br>PHOENIX AZ 85026- | 5795 5598 5844 4961 5388 5579<br>3428900242J0 |

ADDITIONAL BENE INFO

A 1 SPEC SERV & SUPPLIES CROYDON PA
8612100914

FUNDS TRANSFER ADVICE -- NON-NEGOTIABLE

**PNC Bank, National Association**

| DATE: | TIME: | AMOUNT | | |
|---|---|---|---|---|
| 9/01/2005 | 01:18:40 PM | $286,263.00 | | |
| DEBIT/CREDIT | ACCOUNT NUMBER | | | |
| CREDIT | 8612100914 | | | |
| WIRE TYPE: | BANK REFERENCE NO. | FED REFERENCE NO. | | |
| FEDWIRE-INCOMING | 050901018999 | 005025 | | |

**FOREIGN EXCHANGE INFORMATION**

| DR CURRENCY | CR CURRENCY |
|---|---|
| DR CURRENCY AMT. | CR CURRENCY AMT |
| EXCHANGE RATE | TRADER CONTROL NO. |

BENEFICIARY

A 1 SPECIALIZED SERV AND SUPPLI INC
2707 STATE ROAD
PO BOX 270
CROYDON, PA 19021

BENEFICIARY BANK

PNC BANK
PHILADELPHIA
031000053

XCS-(FTSP01)-35 (01-96)

PLEASE DIRECT INQUIRIES TO 1-800-PNC-WIRE. PLEASE HAVE YOUR REFERENCE NUMBER READY. PERSONAL ACCOUNTS SHOULD CONTACT THEIR BRANCH OFFI

ORIGINATOR

3999999999

ORIGINATING BANK

DELPHI CORPORATION-WIRE TRANSFER AC
323857590
CASH MGMT
BUSINESS PROCESS SOLUTION CENTER
PHOENIX AZ 85026-

ORIGINATOR TO BENEFICIARY INFO

REF 6178-AB, 6179-AB
2434400231JO

ADDITIONAL BENE INFO

A 1 SPEC SERV & SUPPLIES CROYDON PA
8612100914

**FUNDS TRANSFER ADVICE -- NON-NEGOTIABLE**

**PNC Bank, National Association**

| DATE: | TIME: | AMOUNT |
|---|---|---|
| 9/29/2005 | 01:34:40 PM | $250,600.00 |

| DEBIT/CREDIT | ACCOUNT NUMBER |
|---|---|
| CREDIT | 8612100914 |

| WIRE TYPE: | BANK REFERENCE NO. | FED REFERENCE NO. |
|---|---|---|
| FEDWIRE-INCOMING | 050929016849 | 005006 |

**FOREIGN EXCHANGE INFORMATION**

| DR CURRENCY | CR CURRENCY |
|---|---|
| | |

| DR CURRENCY AMT. | CR CURRENCY AMT |
|---|---|
| | |

| EXCHANGE RATE | TRADER CONTROL NO. |
|---|---|
| | |

**BENEFICIARY**

A 1 SPECIALIZED SERV AND SUPPLI INC
2707 STATE ROAD
PO BOX 270
CROYDON, PA 19021

**BENEFICIARY BANK**

PNC BANK
PHILADELPHIA
031000053

PLEASE DIRECT INQUIRIES TO 1-800-PNC-WIRE. PLEASE HAVE YOUR REFERENCE NUMBER READY. PERSONAL ACCOUNTS SHOULD CONTACT THEIR BRANCH OFFICE

**ORIGINATOR**

3999999999

**ORIGINATING BANK**

DELPHI CORPORATION-WIRE TRANSFER AC
323857590
CASH MGMT
BUSINESS PROCESS SOLUTION CENTER
PHOENIX AZ 85026-

**ORIGINATOR TO BENEFICIARY INFO**

REF 6493 6486
2105000272J0

**ADDITIONAL BENE INFO**

A 1 SPEC SERV & SUPPLIES CROYDON PA
8612100914

FUNDS TRANSFER ADVICE -- NON-NEGOTIABLE

## PNC Bank, National Association

| DATE: | TIME: | AMOUNT | | |
|---|---|---|---|---|
| 10/03/2005 | 09:26:51 AM | $295,888.00 | | |
| DEBIT/CREDIT | ACCOUNT NUMBER | | | |
| CREDIT | 8612100914 | | | |
| WIRE TYPE: | BANK REFERENCE NO. | FED REFERENCE NO. | | |
| FEDWIRE-INCOMING | 051003005872 | 001367 | | |

**FOREIGN EXCHANGE INFORMATION**

| DR CURRENCY | CR CURRENCY |
|---|---|
| DR CURRENCY AMT. | CR CURRENCY AMT |
| EXCHANGE RATE | TRADER CONTROL NO. |

XCS-(FTSP01)-35 (01-98)

**BENEFICIARY**

A 1 SPECIALIZED SERV AND SUPPLI INC
2707 STATE ROAD
PO BOX 270
CROYDON, PA 19021

**BENEFICIARY BANK**

PNC BANK
PHILADELPHIA
031000053

PLEASE DIRECT INQUIRIES TO 1-800-PNC-WIRE. PLEASE HAVE YOUR REFERENCE NUMBER READY. PERSONAL ACCOUNTS SHOULD CONTACT THEIR BRANCH OFFI(

**ORIGINATOR**

3999999999

**ORIGINATING BANK**

DELPHI CORPORATION-WIRE TRANSFER AC
323857590
CASH MGMT
BUSINESS PROCESS SOLUTION CENTER
PHOENIX AZ 85026-

**ORIGINATOR TO BENEFICIARY INFO**

REF 6340
0943400271J0

**ADDITIONAL BENE INFO**

A 1 SPEC SERV & SUPPLIES CROYDON PA
8612100914