# EXHIBIT C



**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.**

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
5959-AB

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 1-Jul-05 | DATE OF INVOICE 1-Jul-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
|  | PD T.O.:    500.000 | 500.000 | $ 185.55 | 92,775.00 |
|  | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.     031-000-053<br>A/C NO.     861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707 STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date    1-Aug-05 |  |  |  |
| TOTAL |  |  |  | $  92,775.00 |



# A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
5960-AB

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 1-Jul-05 | DATE OF INVOICE 1-Jul-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK 74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
| | RH T.O.:      100.000 | 100.000 | $ 1,809.94 | 180,994.00 |
| | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.      031-000-053<br>A/C NO.       861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707 STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date    1-Aug-05 | | | |
| TOTAL | | | | $ 180,994.00 |



## A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
6178-AB

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 2-Aug-05 | DATE OF INVOICE 2-Aug-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
|  | PD T.O.:     500.000 | 500.000 | $ 183.50 | 91,750.00 |
|  | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.         031-000-053<br>A/C NO.         861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707 STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date    1-Sep-05 |  |  |  |
| TOTAL |  |  | $ | 91,750.00 |



**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.**

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
6179-AB

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT | DATE OF INVOICE |
|---|---|---|---|
|  |  | 2-Aug-05 | 2-Aug-05 |

TERMS:-----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK 74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
|  | RH T.O.:        100.000 | 100.000 | $ 1,945.13 | 194,513.00 |
|  | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.        031-000-053<br>A/C NO.         861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707 STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date    1-Sep-05 |  |  |  |
| TOTAL |  |  | $ | 194,513.00 |



# A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
6340

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 2-Sep-05 | DATE OF INVOICE 2-Sep-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
|  | PD T.O.:    500.000 | 500.000 | $ 185.57 | 92,785.00 |
|  | Pay IN U.S.$ By T/T To: P N C BANK NA 35 COMMERCE PARK CIRCLE BRISTOL, P A 19007  ABA NO.    031-000-053 A/C NO.    861-210-0914  A-1 SPECIALIZED SVCS. & SUPPLIES, INC 2707 STATE ROAD, CROYDON, PA 19021-0270  Payment Date    3-Oct-05 |  |  |  |
| TOTAL |  |  | $ | 92,785.00 |



## A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
6341-ABC

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT | DATE OF INVOICE |
|---|---|---|---|
|  |  | 2-Sep-05 | 2-Sep-05 |

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
|  | RH T.O.:    100.000 | 100.000 | $ 2,031.03 | 203,103.00 |
|  | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.       031-000-053<br>A/C NO.       861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707 STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date    3-Oct-05 |  |  |  |
| TOTAL |  |  |  | $    203,103.00 |