# EXHIBIT D



# A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
6306

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 22-Aug-05 | DATE OF INVOICE 22-Aug-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK 74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
| | RH T.O.: 400.000 | 400.000 | $ 2,060.00 | 824,000.00 |
| | Pay IN U.S.$ By T/T To: P N C BANK NA 35 COMMERCE PARK CIRCLE BRISTOL, P A 19007  ABA NO.   031-000-053 A/C NO.    861-210-0914  A-1 SPECIALIZED SVCS. & SUPPLIES, INC 2707 STATE ROAD, CROYDON, PA 19021-0270  Payment Date   17-Aug-05 | | | |
| TOTAL | | | | $ 824,000.00 |



## A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
6307

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 22-Aug-05 | DATE OF INVOICE 22-Aug-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK 74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
| | RH T.O.:       460.000 | 460.000 | $ 2,060.00 | 947,600.00 |
| | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.        031-000-053<br>A/C NO.        861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707 STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date    17-Aug-05 | | | |
| TOTAL | | | | $   947,600.00 |



**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.**

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
4961

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 15-Feb-05 | DATE OF INVOICE 26-Aug-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK 74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
| | SELL RH T.O. | 400.000 | $ 1,665.00 | 666,000.00 |
| | BUY RH T.O. | (400.000) | $ 1,592.85 | (637,140.00) |
| | Pay IN U.S.$ By T/T To: | | | |
| | P N C BANK NA | | | |
| | 35 COMMERCE PARK CIRCLE | | | |
| | BRISTOL, P A 19007 | | | |
| | ABA NO.     031-000-053 | | | |
| | A/C NO.     861-210-0914 | | | |
| | A-1 SPECIALIZED SVCS. & SUPPLIES, INC | | | |
| | 2707, STATE ROAD, CROYDON, PA 19021-0270 | | | |
| | Payment Date     18-Apr-05 | | | |
| TOTAL | | | | $ 28,860.00 |



**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.**

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
5388

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 18-Apr-05 | DATE OF INVOICE 26-Aug-05 |
|---|---|---|---|

TERMS:-----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
| | SELL RH T.O. | 400.000 | $ 1,500.00 | 600,000.00 |
| | BUY RH T.O. | (400.000) | $ 1,488.75 | (595,500.00) |
| | Pay IN U.S.$ By T/T To: | | | |
| | P N C BANK NA | | | |
| | 35 COMMERCE PARK CIRCLE | | | |
| | BRISTOL, P A 19007 | | | |
| | ABA NO.        031-000-053 | | | |
| | A/C NO.        861-210-0914 | | | |
| | A-1 SPECIALIZED SVCS. & SUPPLIES, INC | | | |
| | 2707, STATE ROAD, CROYDON, PA 19021-0270 | | | |
| | Payment Date    18-May-05 | | | |
| TOTAL | | | | $     4,500.00 |



# A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
5579

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT | DATE OF INVOICE |
|---|---|---|---|
| | | 18-May-05 | 26-Aug-05 |

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
| | SELL RH T.O. | 400.000 | $ 1,565.00 | 626,000.00 |
| | BUY RH T.O. | (400.000) | $ 1,553.26 | (621,304.00) |
| | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.        031-000-053<br>A/C NO.        861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707, STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date    17-Jun-05 | | | |
| TOTAL | | | | $ 4,696.00 |



## A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
5844

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 17-Jun-05 | DATE OF INVOICE 26-Aug-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
|  | SELL RH T.O.<br>BUY RH T.O. | 400.000<br>(400.000) | $ 1,890.00<br>$ 1,836.45 | 756,000.00<br>(734,580.00) |
|  | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.         031-000-053<br>A/C NO.         861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707, STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date     16-Aug-05 |  |  |  |
| TOTAL |  |  |  | $    21,420.00 |



## A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO. 5598

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT | DATE OF INVOICE |
|---|---|---|---|
|  |  | 20-May-05 | 26-Aug-05 |

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
|  | SELL RH T.O.<br>BUY RH T.O. | 460.000<br>(460.000) | $ 1,565.40<br>$ 1,506.71 | 720,084.00<br>(693,086.60) |
|  | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.          031-000-053<br>A/C NO.          861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707, STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date      18-Aug-05 |  |  |  |
| TOTAL |  |  |  | $ 26,997.40 |



## A-1 SPECIALIZED SERVICES & SUPPLIES, INC.

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
5795

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 14-Jun-05 | DATE OF INVOICE 26-Aug-05 |
|---|---|---|---|

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK 74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
| | SELL RH T.O.<br>BUY RH T.O. | 757.000<br>(757.000) | $ 1,750.00<br>$ 1,698.76 | 1,324,750.00<br>(1,285,961.32) |
| | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.        031-000-053<br>A/C NO.        861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707, STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date      15-Aug-05 | | | |
| TOTAL | | | | $     38,788.68 |



**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.**

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
6493

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT 26-Sep-05 | DATE OF INVOICE 26-Sep-05 |
|---|---|---|---|

TERMS:-----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
| | SELL RH T.O.<br>BUY RH T.O. | 400.000<br>(400.000) | $ 2,060.00<br>$ 2,034.25 | 824,000.00<br>(813,700.00) |
| | Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>  ABA NO.        031-000-053<br>  A/C NO.        861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707, STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date    27-Sep-05 | | | |
| TOTAL | | | | $   10,300.00 |



**A-1 SPECIALIZED SERVICES & SUPPLIES, INC.**

P.O. BOX 270, CROYDON, PENNSYLVANIA 19021
(215) 788-9200 FAX (215) 788-9222

REQUISITION NO.
6486

| PURCHASE ORDER NO. | SUPPLIER CODE | DATE OF SHIPMENT | DATE OF INVOICE |
|---|---|---|---|
|  |  | 26-Sep-05 | 26-Sep-05 |

TERMS:----------

To:
ASEC Manufacturing Sales
P.O. Box 580970
Tulsa, OK  74158-0970

Sold To:

Attention:
Via:

Attn. Ms. Anita D. Smith
CC: Mr. Mark Dean

| S.No. | Description | Qty | Price | Total |
|---|---|---|---|---|
|  | SELL RH T.O.<br>BUY RH T.O.<br><br>Pay IN U.S.$ By T/T To:<br>P N C BANK NA<br>35 COMMERCE PARK CIRCLE<br>BRISTOL, P A 19007<br><br>ABA NO.         031-000-053<br>A/C NO.         861-210-0914<br><br>A-1 SPECIALIZED SVCS. & SUPPLIES, INC<br>2707, STATE ROAD, CROYDON, PA 19021-0270<br><br>Payment Date     27-Sep-05 | 400.000<br>(400.000) | $ 2,635.00<br>$ 2,034.25 | 1,054,000.00<br>(813,700.00) |
| TOTAL |  |  |  | $ 240,300.00 |