**MILLER JOHNSON**
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
Robert D. Wolford (RW 1314)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| IN RE:<br>DELPHI CORPORATION, et al.,<br><br>       Debtors. | Case No. 05-44481-RDD<br>Chapter 11<br>(Jointly Administered) |

-----------------------------------------------------------x

DELPHI CORPORATION, et al.,

       Plaintiffs,

v                                                                                      Adv. Pro. No. 07-02477-rdd

MONROE, INC.,

       Defendant.
-----------------------------------------------------------x

### JOINDER OF MONROE, INC. IN OBJECTIONS TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

       Monroe, Inc., by its attorneys, Miller Johnson, joins and adopts the objections and other pleadings (the "Objections") filed by the defendants in avoidance actions filed in the above-captioned bankruptcy proceedings in response to the Reorganized Debtors' Motion for Leave to File Amended Complaints, including, but not limited to, the Objections filed by Brake Parts, Inc. (Docket No. 20841), Pro Tech Machine (Docket No. 20842), and Stephenson and Sons Roofing (Docket No. 20849). In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Objections. Instead, Defendant

2

hereby incorporates by reference, as if fully stated herein, the arguments and requests for relief set forth in the Objections as to Monroe, to the extent that they are applicable to Monroe, Inc. However, Monroe does note that it has been materially prejudiced by the delay in prosecuting the action against Monroe due to the fact that Monroe, Inc. was forced to liquidate in the intervening period and is no longer in possession of many of the records and documents necessary to adequately defend the claims against it.

                                        MILLER JOHNSON
                                        Attorneys for Monroe, Inc.

Dated: November 23, 2010        By  /s/ Robert D. Wolford
                                        Robert D. Wolford (RW 1314)
                                  Business Address:
                                      250 Monroe Avenue, N.W., Suite 800
                                      PO Box 306
                                      Grand Rapids, Michigan 49501-0306
                                  Telephone: (616) 831-1700

GR_DOCS 1660512v1 63504.001