**MILLER JOHNSON**
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
Robert D. Wolford (RW 1314)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| IN RE:<br>DELPHI CORPORATION, et al.,<br><br>        Debtors. | Case No. 05-44481-RDD<br>Chapter 11<br>(Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al.,<br><br>        Plaintiffs,<br><br>v<br><br>MONROE, INC.,<br><br>        Defendant. | Adv. Pro. No. 07-02477-rdd |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, I served the following document:

**Joinder of Monroe, Inc. to Objections to Reorganized Debtors' Motion for Leave to File Amended Complaints**

via this court's ECF noticing system and also by first class mail with proper postage to the following party:

Butzel Long
Eric Fisher
380 Madison Ave.
22nd Floor
New York, NY 10017

_/s/ Lisa M. Peterson_
Lisa M. Peterson