**Hearing Date and Time: February 17, 2011 at 10:00 a.m.**
                                              **Reply Deadline: January 28, 2011**

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
I.W. Winsten (P30528)
Jason R. Abel (P70408)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendant MSX International, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DELPHI CORPORATION, et al.                        Chapter 11
                                                             Case No. 05-44481 (RDD)
                                                              Jointly Administered

---

DELPHI AUTOMOTIVE SYSTEMS, LLC

     Plaintiff,                                                   Adv. Pro. No. 07-02484 (RDD)

Against

MSX INTERNATIONAL, INC.,

     Defendant.

---

**EXHIBITS TO MSX INTERNATIONAL, INC.'S BRIEF IN**
**OPPOSITION TO REORGANIZED DEBTORS'**
<u>**MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**</u>

A.     Declaration of Frederick K. Minturn

B.     Declaration of Kim Downey

C.  E-mail dated October 15, 2010

D.  DAS Notice of Amendment of Schedules

E.  Excerpted Pages of March 22, 2006 Transcript

F.  10-Q for period June 30, 2005

G.  Excerpted Pages of March 21, 2006 Transcript

H.  Excerpted Pages of April 1, 2010 Transcript

I.  Excerpted Pages of July 22, 2010 Transcript

J.  Delphi OTC stock quotes

K.  Excerpted Pages of October 22, 2009 Transcript


8485692.1