# EXHIBIT B (Part 1)

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
I.W. Winsten (P30528)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email:  jcalton@honigman.com

Attorneys for Defendant MSX International, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

DELPHI CORPORATION, et al.                                    Chapter 11
                                                             Case No. 05-44481 (RDD)
                                                             Jointly Administered

_____/

DELPHI CORPORATION,  et al.,

          Plaintiffs,                                        Adv. Pro. No. 07-02484(RDD)

Against

MSX, MSX INTERNATIONAL AND MSX
INTERNATIONAL, INC.,

          Defendants.

_____/

## DECLARATION OF KIM DOWNEY

Kim Downey declares as follows:

1.      I am employed by MSX International, Inc. ("**MSX**") as its Credit Manager/Cash

Applications Department.

2.      I make this Declaration upon personal knowledge, and if called as a witness

would testify to the facts stated herein.

3.      My job duties include overseeing MSX's cash application procedures, including payments and collections.

4.      I have been the person within MSX designated as responsible for collecting MSX's documents and records relating to its business relationship with Delphi Corporation and its affiliated companies (collectively "**Delphi**"), with a concentration on documents and records for the time period from in or about October 2003 through October 2005.

**MSX Is Prejudiced In Not Being Able To Locate Pertinent Documents**

5.      To gather the records, I had all documents identified as Delphi records for the pertinent time period pulled from storage.  To the extent available, I had former employee records pulled from storage to try to locate pertinent Delphi records.  I also had pulled MSX's accounts receivable, cash receipts records and bank statements from January 2005 through October 2005.  In addition, I had archived electronic data relating to Delphi reloaded into MSX's computer system.

6.      Excluding time and payment records for MSX employees and subcontractors, the documents I could find only fill two boxes.  MSX should have had several times that many boxes of documents from its Delphi relationship.

7.      Despite all these efforts, MSX could not locate all the pertinent documents from the Delphi-MSX relationship.  The documents MSX could not find include:

(a)      Purchase Order Documentation: MSX originally had copies of  requests for quotes, statements of work, award letters, purchase orders and purchase order alterations, or amendments and differing versions for each purchase order.  Statements of work, requests for quotes and award letters could not be located.  I estimate that we can locate less than half of the pertinent purchase orders and related purchase order

alterations and versions. MSX is missing purchase order alterations, amendments or versions for virtually every purchase order it could find.

(b)    <u>Releases</u>: A release is an authorization from the customer, such as Delphi, to the supplier, such as MSX, to provide services under a purchase order and to bill for the services. A release always relates to a particular purchase order. An example is Release No. FDR28004, a copy of which is attached as Exhibit 1. I estimate that we could find less than one-third of the pertinent releases.

(c)    <u>Remittance Detail</u>. Remittance detail informs a supplier which invoices are being paid by a particular transfer. When MSX received payments from Delphi, the payments were not accompanied by advice from Delphi as to which invoices were being paid by those payments. Moreover, payment amounts did not necessarily match invoice amounts. Instead, remittance detail was generally available for MSX to access on a website maintained for Delphi (the "**Delphi Website**"). MSX could view that information, and if it chose, print a copy of it. Because the information, back in 2005, was readily available on the website, MSX did not regularly choose to print and store the data, but only intermittently printed and stored data. The Delphi Website and the information on it is no longer available to MSX. I believe it was in 2008 when the Delphi website became unavailable. Now, MSX cannot locate remittance detail for a significant portion of the alleged transfers.

(d)    <u>Communications</u>. Delphi and MSX had regular written communications – usually in the form of emails. In addition, MSX people would create memos or notes documenting oral discussions with MSX. For example, not all remittance detail was provided on the Delphi website, so that MSX would have to call Delphi to find out how

to allocate payments it received.   We cannot find notes or memos of many such discussions.   In addition, based on the small amount of correspondence found, much of the correspondence was not preserved.

**The Amended Complaint Is Riddled With Errors**

8.     The Original Complaint against MSX listed only 14 transfers totaling $4,435,376.74 from Delphi to MSX, between July 28, 2005 and October 7, 2005.   A copy of Exhibit 1 to the Complaint to Avoid and Recover Transfer Pursuant to 11 U.S.C. §§ 547 and 550 (the "**Original Complaint**") is attached hereto as Exhibit 2.

9.     The proposed Amended Complaint against MSX lists 116 transfers totaling $9,846,886.59.   The only Plaintiff in the Amended Complaint is Delphi Automotive Systems, LLC ("**DAS**").   A copy of Exhibit 1 to the proposed First Amended Complaint to Avoid and Recovery Transfer to 11 U.S.C. §§ 547 and 550 (the "**Amended Complaint**") is attached hereto as Exhibit 3.   There is no explanation as to why the Amended Complaint added transfers and dollar amounts not included in the Original Complaint.

10.     With respect to the $9,846,886.59 in transfers alleged in the Amended Complaint:

(a)     the Amended Complaint added 102 transfers and $5,411,509.85 in transfers not alleged in the Original Complaint;

(b)     no antecedent debt information of any manner at all is provided for $2,449,965.70 in transfers;

(c)     the antecedent debt information provided for another $478,701.32 in transfers is inadequate such that the antecedent debt cannot be identified;

(d)     $3,341,468.72 of the transfers were not on account of antecedent debt to DAS because the transfers were for services provided under purchase orders issued by

4

Delphi Corporation as the buyer and obligor, not DAS;

      (e)    $3,352,936.26 in transfers were on an assumed contract; and

      (f)    $540,603.63 in transfers were not on account of antecedent debt because they were duplicate payments on previously paid invoices.

Many of the alleged transfers suffer from multiple deficiencies so that the total of these deficiencies far exceed the $9,846,886.59 alleged in the Amended Complaint.

**The Amended Complaint Adds New Transfers**
**Not Included In The Original Complaint**

    11.    The Amended Complaint has $5,411,509.85 in added transfers not included in the Original Complaint (**the "Added Transfers"**):

      (a)    The Original Complaint had two transfers on 10/7/2005 totaling $362,813.10. Amended Exhibit 1 has 60 new transfers on 10/7/2005 totaling $4,145,068.66.

      (b)    The Original Complaint had one transfer on 9/20/2005 totaling $274,344.86. The Amended Complaint has three new transfers on 9/20/205 totaling $548,689.72.

      (c)    The Original Complaint had one transfer on September 2, 2005 for $417,965.43. The Amended Complaint has 20 new transfers on 9/2/2005 totaling $835,930.86.

      (d)    The Original Complaint had one transfer on 8/2/2005 for $904,619.03. The Amended Complaint has 24 new transfers on 8/2/2005 for $1,809,238.06.

    12.    MSX did not receive any of the Added Transfers.

13.     The Amended Complaint doubles the amounts of five transfers in the Original Complaint, from $25,476.97 to $50,953.94.  These five alleged doubled Amended Transfers in the Amended Complaint are summarized as follows:

| Transfer Date | Original Exhibit 1 Transfer Amount | Amended Exhibit 1 Transfer Amount |
|---|---|---|
| 7/18/2005 | $2,200.00 | $4,400.00 |
| 7/19/2005 | $3,786.23 | $7,572.46 |
| 8/8/2005 | $10,368.00 | $20,736.00 |
| 8/23/2005 | $6,702.74 | $13,405.48 |
| 9/15/2005 | $2,420.00 | $4,840.00 |
| **TOTAL** | $25,476.97 | $50,953.94 |

MSX did not receive the $25,476.97 in allegedly doubled transfers.

14.     The dollar amount of another transfer increased by over 35 times!  The Original Complaint identified a 9/8/2005 transfer in the amount of $192.00, but increased it to $7,040.00 in the Amended Complaint.  This increase did not happen -- MSX did not receive the increased $6,848.00 amount.

**DAS Does Not Identify Antecedent Debt**

15.     In Paragraph 22 of the Amended Complaint, DAS alleges that it has identified the purchase orders, invoices or bills of lading evidencing the antecedent debt for the transfers.  This is not true.

16.     DAS' antecedent debt information is supposed to be supplied by a column on Exhibit 1 to the Amended Complaint entitled "Antecedent Debt/Purchase Order/Invoice Number" (the "**Antecedent Debt Column**").  The Antecedent Debt Column is blank with no information at all with respect to three transfers totaling $2,449,965.70, as follows:

| Transfer Date | Transfer Amounts | Antecedent Debt/Purchase Order/Invoice Number |
|---|---|---|
| 09/16/2005 | $1,658,429.59 | |
| 09/30/2005 | $354,483.50 | |
| 10/06/2005 | $437,052.61 | |
| Total | $2,449,965.70 | |

17.    None of the Antecedent Debt Column entries are invoice numbers.

18.    Only 29 of the 116 Antecedent Debt Column entries are purchase order numbers, summarized on Exhibit 4 hereto.

19.    The Antecedent Debt Column entry described below is in a format MSX does not recognize, but it is not a purchase order number nor an invoice number:

| Transfer Date | Transfer Amounts | Antecedent Debt/Purchase Order/Invoice Number |
|---|---|---|
| 10/7/2005 | $478,701.32 | EW02AFC22878 |

MSX did not receive the $478,701.32 transfer.

20.    The remaining 83 Antecedent Debt Column entries are release numbers, not purchase order numbers or invoice numbers, and detailed on Exhibit 5 hereto.

21.    Contrary to Paragraph 22 of the Amended Complaint, none of the entries in the Antecedent Debt Column are bills of lading. In any event, bills of lading are not used in the provision of services (as opposed to goods), such as MSX was supplying to Delphi.

**$3,341,468.72 of the Transfers Were Not On Obligations of
DAS and Therefore Not on Account of DAS Antecedent Debt**

22.    The Amended Complaint identifies $3,341,468.72 in transfers where DAS purportedly was the Contracting Entity and Obligor, but the Contracting Entity and Obligor was Delphi Corporation, not DAS. Thus, those transfers were not on account of antecedent debt of DAS.

7

23.     Twenty-three of the alleged transfers, totaling $3,341,468.72, are identified in the Antecedent Debt Column by releases which relate to the following six purchase orders:

(a)     FDB01905

(b)     FDS81935

(c)     FDS82362

(d)     FDS82478

(e)     FDS82781

(f)     FDS82782

Each of these purchase orders was issued by Delphi Corporation as the buyer (collectively, the **"Delphi Purchase Orders"**), not DAS.  Copies of the Delphi Purchase Orders are attached as collective Exhibit 6.

24.     Obviously, because Delphi Corporation was the issuing party of the Delphi Purchase Orders, DAS was not the Contracting Entity for the Delphi Purchase Orders nor was DAS the Obligor for the transfers under the Delphi Purchase Orders.

25.     The $3,341,468.72 in transfers in the Amended Complaint which were transfers on account of the Delphi Purchase Orders instead of on account of antecedent debt of DAS are detailed on Exhibit 7 hereto.

**$3,352,936.26 of Transfers are on Account
of An Assumed Contract**

26.     Delphi assumed Purchase Order 460006298 (**"P.O. 298"**), which is a continuation of Purchase Order FDB01831 (**"P.O. 1831"**).  $3,352,936.26 of the transfers in the Amended Complaint are payments under P.O. 298.  Copies of P.O. 298 and P.O. 1831 are attached as collective Exhibit 8.

27.    Delphi assumed P.O. 298 according to the Notice of Assumption and/or Assignment of Executory Contract or Unassumed Lease to Purchasers in Connection with Sale of Interiors and Closure Businesses (Docket No. 10963) (the "**Assumption Notice**"). A copy of the Assumption Notice, with the excerpted pages relating to MSX, is attached as Exhibit 9.

28.    P.O. 298 is a mere continuation of P.O. 1831 because it covers the identical services for the identical time period (2/15/03 to 2/14/06) based on the same Statement of Work ("SOW") and Request For Quote ("RFQ").

29.    At least 60 of the transfers identified in the Amended Complaint totaling $3,352,936.26 are on account of the assumed contract P.O. 298 and are summarized on Exhibit 10 hereto.

**DAS Has No Claim With Respect to $540,603.63
in Transfers Because They were Not on Account of
Antecedent Debt and MSX Returned The Funds**

30.    $540,603.63 of the transfers were duplicate payments of previously paid invoices, and thus not on account of antecedent debt.

31.    Attached as Exhibit 11 is Debtor's Statement of Disputed Issues With Respect to Proof of Claim Number 11425 (MSX International, Inc.) (Docket No. 8849) (the "**Disputed Issues Statement**"), where Delphi explains that, shortly before its bankruptcy cases commenced, Delphi paid MSX invoices twice in the amount of $540,603.63 (the "**Overpayment**"). Delphi had been recovering the Overpayment by not paying MSX for postpetition work, so that as of August 2007 the outstanding Overpayment was reduced to $447,775.39. Disputed Issues Statement, Paragraph 9.

32.    Delphi and MSX resolved the dispute according to the terms of the Settlement Agreement, a copy of which is attached as Exhibit 12, whereby MSX's claim was disallowed

and expunged, MSX released and waived the right to assert any other claim against Delphi, and MSX paid $447,775.39 to Delphi. MSX paid Delphi the $447,775.39 by wire transfer in August 2007.

33.    Delphi has received satisfaction and recovery of the $540,603.63 in claimed transfers from MSX by not paying MSX for $92,828.24 in postpetition services and the $447,775.39 MSX paid Debtor in August 2007. Delphi should not be able to recover the $540,603.63 twice.

34.    I make this Declaration under penalty of perjury.


_Kim Downey_
Kim Downey

Executed in  Warren , Michigan
on  11-18-10 , 2010

8243471.3

**EXHIBIT 1**

RECEIVED
JUL 28 2005

Delphi KC
MSR
07/28/05

NSK International
EDI Purchase Order - 850
General Motors Corporation

Page - . . . 1
Date - . . . 7/28/05
Control No. . 028610002

Mailbox No. 5S8850   OTH   M0089625

Purchase Order: 00 ORIGINAL
Purchase Order No.: FDB01831
P.O. Release No.: FDR28004

Purchase Order Type: RL
Release (BLANKET)
Purchase Order Date: 07/27/05

Reference Numbers: FDB01831         PO  Purchase Order Number
SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL
TERMS AND CONDITIONS ARE
INCORPORATED IN, AND A PART OF, THIS CONTRACT AND
EACH PURCHASE ORDER,
RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION SPECIFICATION AND
OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING
BY BUYER, WHETHER
EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA
INTERCHANGE, RELATING TO THE
GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER
PURSUANT TO THIS CONTRACT
(SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS
"CONTRACT"). A COPY OF
BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE
UPON WRITTEN REQUEST TO
BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,
DELPHI.COM   SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL
TERMS AND CONDITIONS. IF SELLER ACCEPT THIS CONTRACT
IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE
SUBJECT OF THIS
CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED
THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY
WITHOUT MODIFICATION. ANY
ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR
REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS)
WHICH SELLER PROPOSES WILL
BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE
EXTENT THAT BUYER EXPRESSLY
AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

PO   Purchase Order Number.

Reference Numbers: FDB01831.

BY Buying Party        DELPHI T&I - DIVISIONAL OFFICE   36601L01
DELPHI CORPORATION
1401 CROOKS RD.
T. SWINEHART
TROY,, MI 480847155

```
" 5SE850                         MSX International                      Page - - :     2
                              EDI Purchase Order - 850                  Date - - :  7/28/05
Mailbox No.  M0089625  OTH    General Motors Corporation   CONTINUED    Control No. 028610002

ST Ship To          816-204-2724
                    DELPHI T&I-N. KANSAS CITY FAC.
                    DELPHI CORPORATION
                    144 WEST 23RD AVE.
                    NORTH KANSAS CITY,, MO 641163082           36601FFX

BT Bill To          INVOICING NOT REQUIRED FOR
                    DELPHI T&I - DIV. OFFICE.
                    PAYMENTS ARE GENERATED FROM
                    RECEIPT OF GOODS AND SERVICES.
                    TERMS NOTED ON O, .                        36601I101

SE Selling Party    MSX INTERNATIONAL INC
                    1950 CONCEPT DR
                    WARREN, MI 480911385                       13947000

000001  Baseline Item: Qty Ordered: 5236.24   U/M: M4   Unit Price:
                       PI Purchaser's Item Code                MFG-4401

Product/Item Description:               Product Character Code: P
Free-Form      SERVICE
Free-Form      OUTSIDE SERVICES - MANUFACTURING DEPARTMENT

Line Item Schedule: Quantity:           M4  Delivery Requested   01/27/05

Reference Numbers: MFG-4401             PM  Part Number
         TAX CODE: C    TAX PERCENT: 0.00%
         WHO ORDERED: INVOICE 1609264

000002  Baseline Item: Qty Ordered: 12438.29  U/M: M4   Unit Price:
                       PI Purchaser's Item Code               ENG-4424

Product/Item Description:               Product Character Code: P
Free-Form      SERVICE
Free-Form      OUTSIDE SERVICES - ENGINEERING DEPARTMENT

Line Item Schedule: Quantity:           M4  Delivery Requested   01/27/05

Reference Numbers: ENG-4424             PM  Part Number
         TAX CODE: C    TAX PERCENT: 0.00%
         WHO ORDERED: INVOICE 1609264

000003  Baseline Item: Qty Ordered: 20222.68  U/M: M4   Unit Price:
                       PI Purchaser's Item Code               PCL-4461

Product/Item Description:               Product Character Code: P
Free-Form      SERVICE
```

```
55SB850                                                                          Page - - · · ³.
                                                                                 Date - - · · 7/28/05

                          MSX International
                          EDI Purchase Order - 850                               Control No. .  000003

Mailbox No.  M0089625   OTH.               General Motors Corporation    CONTINUED
------------------------------------------------------------------------------------------------
Free-Form         OUTSIDE SERVICES - PCLi DEPARTMENT

Line Item Schedule:  Quantity:              M4  Delivery Requested      07/27/05

                                            PM  Part Number
Reference Numbers: PCU-4461
                   TAX CODE: C     TAX PERCENT:    0.00%
                   WHO ORDERED:  INVOICE 1609264

000004  Baseline Item: Qty Ordered: 14417.87  U/M: M4  Unit Price:
                       PI Purchaser's Item Code         HRB-4467


Product/Item Description:            C     Product Character Code:  F
Free-Form                  SERVICE
Free-Form                  OUTSIDE SERVICES - HUMAN RESOURCES DEPARTMENT

Line Item Schedule:  Quantity:              M4  Delivery Requested      07/27/05

                                            PM  Part Number
Reference Numbers: HRB-4467
                   TAX CODE: C     TAX PERCENT:    0.00%
                   WHO ORDERED:  INVOICE 1609264

000006  Baseline Item: Qty Ordered: 21342.53  U/M: M4  Unit Price:
                       PI Purchaser's Item Code         QUA-4474


Product/Item Description:            C     Product Character Code:  F
Free-Form                  SERVICE
Free-Form                  OUTSIDE SERVICES - QUALITY CONTROL DEPARTMENT

Line Item Schedule:  Quantity:              M4  Delivery Requested      07/27/05

                                            PM  Part Number
Reference Numbers: QUA-4474
                   TAX CODE: C     TAX PERCENT:    0.00%
                   WHO ORDERED:  INVOICE 1609264
```

**EXHIBIT 2**

EXHIBIT "1"

DELPHI CORPORATION, *et al.*
v.
MSX, *et al.*

| Transfer Date | Transfer Amount | Transfer Type |
|---|---|---|
| 7/18/2005 | $2,200.00 | EFT |
| 7/19/2005 | $3,786.23 | EFT |
| 8/2/2005 | $904,619.03 | EFT |
| 8/8/2005 | $10,368.00 | EFT |
| 8/23/2005 | $6,702.74 | EFT |
| 9/2/2005 | $417,965.43 | EFT |
| 9/8/2005 | $192.00 | EFT |
| 9/15/2005 | $2,420.00 | EFT |
| 9/16/2005 | $1,658,429.59 | WIRE |
| 9/20/2005 | $274,344.86 | EFT |
| 9/30/2005 | $354,483.15 | WIRE |
| 10/6/2005 | $437,052.61 | WIRE |
| 10/7/2005 | $239,350.66 | WIRE |
| 10/7/2005 | $123,462.44 | EFT |
| **TOTAL:** | **$4,435,376.74** | |

# EXHIBIT 3

EXHIBIT 1
*Delphi Automotive Systems, LLC v. MSX International, Inc.*
*Adv. Pro. No. 07-02484 [RDD]*

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 7/19/2005 | $ 4,400.00 | FDS81935 | PO | WIRE |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 7/19/2005 | $ 7,572.46 | FDS82478 | PO | WIRE |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 7,150.00 | D0450052858 | PO | WIRE |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 7,103.20 | D0450072727 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 10,368.00 | D0450077554 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 12,239.04 | D0450092229 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 11,008.80 | D0450092557 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 12,552.96 | D0450101868 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 11,193.82 | D0450102745 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 21,049.36 | D0450103131 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 140,735.80 | FDR27707 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 148,821.18 | FDR27715 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 308,880.28 | FDR27774 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 33,657.98 | FDR27775 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 98,929.04 | FDR27808 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 14,751.72 | FDR27810 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 189,287.02 | FDR27812 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 6,585.82 | FDR27813 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 187,378.32 | FDR27817 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 168.20 | FDR27818 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 184,413.26 | FDR27820 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 171,531.58 | FDR27821 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 186,696.36 | FDR27977 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 19,998.00 | FDS82662 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 12,350.00 | FDS82781 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 11,415.32 | FDS82782 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 20,736.00 | D0450082893 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 8/2/2005 | $ 13,405.04 | D0450103131 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 7,103.20 | D0450072727 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 6,480.00 | D0450077554 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 9,898.24 | D0450092229 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 8,640.00 | D0450082893 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 7,150.00 | D0450090271 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 3,730.76 | D0450092229 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 7,845.60 | D0450092557 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 2,394.40 | D0450101868 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 13,018.44 | D0450102745 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 10,460.14 | D0450103131 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 28,351.32 | D0450114392 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 147,315.22 | FDR27998 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 4,628.12 | FDR28004 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 120,740.16 | FDR28024 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 1,544.32 | FDR28025 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 7,659.70 | FDR28026 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 178,938.34 | FDR28027 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 195,108.80 | FDR28312 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 8,296.56 | FDR28321 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/2/2005 | $ 66,407.54 | FDR28323 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/8/2005 | $ 7,040.00 | P1S26758 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/15/2005 | $ 4,840.00 | P1S26758 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/16/2005 | $ 1,658,429.59 | FDR28355 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/20/2005 | $ 158,405.22 | FDR28393 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/20/2005 | $ 196,712.16 | FDR28394 | PO | EFT |

EXHIBIT 1
*Delphi Automotive Systems, LLC v. MSX International, Inc.*
Adv. Pro. No. 07-02484 (RDD)

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/ Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/20/2005 | $ 193,572.34 | FDR28395 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 9/30/2005 | $ 354,483.15 | | | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/6/2005 | $ 437,052.61 | | | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 478,701.32 | EW02AFC22878 | INVOICE | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,787.50 | D045090271 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 161,999.76 | D0450140778 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 4,429.70 | D0450140779 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 34,077.06 | D0450140780 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,688.00 | D0450140781 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 7,725.94 | D0450140782 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,444.70 | D0450140783 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 184,936.76 | D0450142209 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 27.37.66 | D0450142210 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 52,854.88 | D0450142211 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 21,448.00 | D0450142212 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 44,186.84 | D0450142213 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 4,780.34 | D0450142214 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 179,998.84 | D0450142929 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 28,690.88 | D0450142930 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 64,605.24 | D0450142931 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 21,448.00 | D0450142932 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 43,426.10 | D0450142933 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 962.50 | D0450142934 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 161,332.72 | D0450142937 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,869.28 | D0450142938 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 33,860.72 | D0450143139 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,688.00 | D0450143140 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 15,549.62 | D0450143141 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 352.90 | D0450143142 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 159,795.34 | D0450143143 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 2,638.86 | D0450143144 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 36,211.72 | D0450143145 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,519.20 | D0450143146 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 5,626.46 | D0450143147 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 297.86 | D0450143148 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 160,109.00 | D0450143149 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 4,963.24 | D0450143150 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 26,353.74 | D0450143151 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,688.00 | D0450143152 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 5,518.96 | D0450143153 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,302.52 | D0450143154 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 131,085.62 | D0450143167 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,818.04 | D0450143168 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 24,078.28 | D0450143169 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,350.40 | D0450143170 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 5,188.24 | D0450143171 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 37.60 | D0450143172 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 205,882.66 | D0450143174 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 3,913.82 | D0450143175 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 35,136.96 | D0450143176 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 1,688.00 | D0450143177 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 7,824.26 | D0450143178 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 24.00 | D0450143179 | PO | EFT |

EXHIBIT 1
Delphi Automotive Systems, LLC v. MSX International, Inc.
Adv. Pro. No. 07-02484 [RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/ Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 457,870.98 | FDR28026 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 517,943.34 | FDR28027 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 2,364.08 | FDR28393 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 3,544.72 | FDR28394 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 3,197.06 | FDR28395 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 120,740.16 | FDR28396 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 206,849.44 | FDR28397 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 221,736.10 | FDR28398 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 203,586.74 | FDR28399 | PO | EFT |
| 07-02484 | MSX INTERNATIONAL INC | DAS LLC | DAS LLC | 10/7/2005 | $ 6,600.00 | P1S26758 | PO | EFT |

Total Amount of Claim =   $   9,846,886.59

# EXHIBIT 4

## EXHIBIT 4

### Antecedent Debt Column Identifies Purchase Orders

| Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number |
|---|---|---|
| 7/18/2005 | $ 4,400.00 | FDS81935 |
| 7/19/2005 | $ 7,572.46 | FDS82478 |
| 8/2/2005 | $ 7,150.00 | D0450052658 |
| 8/2/2005 | $ 7,103.20 | D0450072727 |
| 8/2/2005 | $ 10,368.00 | D0450077554 |
| 8/2/2005 | $ 12,239.04 | D0450092229 |
| 8/2/2005 | $ 11,008.80 | D0450092557 |
| 8/2/2005 | $ 12,552.96 | D0450101868 |
| 8/2/2005 | $ 11,193.82 | D0450102745 |
| 8/2/2005 | $ 21,049.36 | D0450103131 |
| 8/2/2005 | $ 19,998.00 | FDS82362 |
| 8/2/2005 | $ 12,350.00 | FDS82781 |
| 8/2/2005 | $ 11,415.32 | FDS82782 |
| 8/8/2005 | $ 20,736.00 | D0450082893 |
| 8/23/2005 | $ 13,405.48 | D0450103131 |
| 9/2/2005 | $ 7,103.20 | D0450072727 |
| 9/2/2005 | $ 6,480.00 | D0450077554 |
| 9/2/2005 | $ 8,640.00 | D0450082893 |
| 9/2/2005 | $ 7,150.00 | D0450090271 |
| 9/2/2005 | $ 9,898.24 | D0450092229 |
| 9/2/2005 | $ 3,730.76 | D0450092557 |
| 9/2/2005 | $ 7,845.60 | D0450101868 |
| 9/2/2005 | $ 2,394.40 | D0450102745 |
| 9/2/2005 | $ 13,018.44 | D0450103131 |
| 9/2/2005 | $ 10,480.14 | D0450114392 |
| 9/8/2005 | $ 7,040.00 | P1S26758 |
| 9/15/2005 | $ 4,840.00 | P1S26758 |
| 10/7/2005 | $ 1,787.50 | D0450090271 |
| 10/7/2005 | $ 6,600.00 | P1S26758 |
| | | |
| | $ 279,550.72 | |

**EXHIBIT 5**

## EXHIBIT 5

## Antecedent Debt Column Entries Which Are Releases

| Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number |
|---|---|---|
| 8/2/2005 | $ 140,735.80 | FDR27707 |
| 8/2/2005 | $ 148,821.18 | FDR27715 |
| 8/2/2005 | $ 308,880.28 | FDR27774 |
| 8/2/2005 | $ 33,657.98 | FDR27775 |
| 8/2/2005 | $ 99,902.04 | FDR27808 |
| 8/2/2005 | $ 14,751.72 | FDR27810 |
| 8/2/2005 | $ 189,287.02 | FDR27812 |
| 8/2/2005 | $ 6,585.82 | FDR27813 |
| 8/2/2005 | $ 187,378.32 | FDR27817 |
| 8/2/2005 | $ 168.20 | FDR27818 |
| 8/2/2005 | $ 184,413.26 | FDR27820 |
| 8/2/2005 | $ 171,531.58 | FDR27821 |
| 8/2/2005 | $ 186,696.36 | FDR27977 |
| 9/2/2005 | $ 28,351.32 | FDR27998 |
| 9/2/2005 | $ 147,315.22 | FDR28004 |
| 9/2/2005 | $ 4,828.12 | FDR28024 |
| 9/2/2005 | $ 120,740.16 | FDR28025 |
| 9/2/2005 | $ 1,544.32 | FDR28026 |
| 9/2/2005 | $ 7,659.70 | FDR28027 |
| 9/2/2005 | $ 178,938.34 | FDR28312 |
| 9/2/2005 | $ 195,108.80 | FDR28321 |
| 9/2/2005 | $ 8,296.56 | FDR28323 |
| 9/2/2005 | $ 66,407.54 | FDR28355 |
| 9/20/2005 | $ 158,405.22 | FDR28393 |
| 9/20/2005 | $ 196,712.16 | FDR28394 |
| 9/20/2005 | $ 193,572.34 | FDR28395 |
| 10/7/2005 | $ 161,999.76 | D0450140778 |
| 10/7/2005 | $ 4,429.70 | D0450140779 |
| 10/7/2005 | $ 34,077.06 | D0450140780 |
| 10/7/2005 | $ 1,688.00 | D0450140781 |
| 10/7/2005 | $ 7,725.94 | D0450140782 |
| 10/7/2005 | $ 1,444.70 | D0450140783 |
| 10/7/2005 | $ 184,936.76 | D0450142209 |
| 10/7/2005 | $ 27,737.66 | D0450142210 |
| 10/7/2005 | $ 52,854.88 | D0450142211 |
| 10/7/2005 | $ 21,448.00 | D0450142212 |
| 10/7/2005 | $ 44,186.84 | D0450142213 |
| 10/7/2005 | $ 780.34 | D0450142214 |
| 10/7/2005 | $ 179,998.84 | D0450142929 |

## EXHIBIT 5

## Antecedent Debt Column Entries Which Are Releases

| Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number |
|---|---|---|
| 10/7/2005 | $ 28,690.88 | D0450142930 |
| 10/7/2005 | $ 64,605.24 | D0450142931 |
| 10/7/2005 | $ 21,448.00 | D0450142932 |
| 10/7/2005 | $ 43,426.10 | D0450142933 |
| 10/7/2005 | $ 962.50 | D0450142934 |
| 10/7/2005 | $ 161,332.72 | D0450142937 |
| 10/7/2005 | $ 1,869.28 | D0450142938 |
| 10/7/2005 | $ 33,860.72 | D0450143139 |
| 10/7/2005 | $ 1,688.00 | D0450143140 |
| 10/7/2005 | $ 15,549.62 | D0450143141 |
| 10/7/2005 | $ 352.90 | D0450143142 |
| 10/7/2005 | $ 158,795.34 | D0450143143 |
| 10/7/2005 | $ 2,638.86 | D0450143144 |
| 10/7/2005 | $ 36,211.72 | D0450143145 |
| 10/7/2005 | $ 1,519.20 | D0450143146 |
| 10/7/2005 | $ 5,626.46 | D0450143147 |
| 10/7/2005 | $ 297.86 | D0450143148 |
| 10/7/2005 | $ 160,109.00 | D0450143149 |
| 10/7/2005 | $ 4,963.24 | D0450143150 |
| 10/7/2005 | $ 26,353.74 | D0450143151 |
| 10/7/2005 | $ 1,688.00 | D0450143152 |
| 10/7/2005 | $ 5,518.96 | D0450143153 |
| 10/7/2005 | $ 1,302.52 | D0450143154 |
| 10/7/2005 | $ 131,085.62 | D0450143167 |
| 10/7/2005 | $ 1,818.04 | D0450143168 |
| 10/7/2005 | $ 24,078.28 | D0450143169 |
| 10/7/2005 | $ 1,350.40 | D0450143170 |
| 10/7/2005 | $ 5,188.24 | D0450143171 |
| 10/7/2005 | $ 37.60 | D0450143172 |
| 10/7/2005 | $ 205,882.66 | D0450143174 |
| 10/7/2005 | $ 3,913.82 | D0450143175 |
| 10/7/2005 | $ 35,136.96 | D0450143176 |
| 10/7/2005 | $ 1,688.00 | D0450143177 |
| 10/7/2005 | $ 7,824.26 | D0450143178 |
| 10/7/2005 | $ 24.00 | D0450143179 |
| 10/7/2005 | $ 457,870.98 | FDR28026 |
| 10/7/2005 | $ 517,943.34 | FDR28027 |
| 10/7/2005 | $ 2,364.08 | FDR28393 |
| 10/7/2005 | $ 3,544.72 | FDR28394 |

## EXHIBIT 5

### Antecedent Debt Column Entries Which Are Releases

| Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number |
|---|---|---|
| 10/7/2005 | $ 3,197.06 | FDR28395 |
| 10/7/2005 | $ 120,740.16 | FDR28396 |
| 10/7/2005 | $ 206,849.44 | FDR28397 |
| 10/7/2005 | $ 221,736.10 | FDR28398 |
| 10/7/2005 | $ 203,586.74 | FDR28399 |
| | | |
| | $ 6,638,669.20 | |

**EXHIBIT 6**

# DELPHI

**PURCHASE ORDER:** FDB01905

PAGE 1

###ESTABLISHED PER RELEASE###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and invoices.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-655-0715
VL MCGRATH
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 02/09/04 | |

ALTERATION EFFECTIVE DATE

SHIP VIA

**SHIP TO:**

US

**INVOICE TO:**

INVOICING NOT REQUIRED FOR
DELPHI T&I - DIV. OFFICE.
PAYMENT'S ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER. US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.

**TO:**
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 06-981-8602
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091

| PAYMENT TERMS |
|---|
| NET 2ND DAY OF 2ND MONTH |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| B001006 | | | ### | ###THIS IS A LOCAL BLANKET ORDER ### | | | | | |

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SERVICE ONLY

TO BE USED FOR REC. OF SERV

EFFECTIVE DATE: 01/01/04 EXPIRATION DATE: 12/31/04

THIS ORDER LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

THIS BLANKET ORDER IS ISSUED TO COVER OUR ORDER OF
THE MATERIAL OR SERVICES IDENTIFIED DURING THE PERIOD
FROM 01/01/04 TO 12/31/06. SPECIFIC QUANTITIES OR
SERVICES, IF ANY, TO BE COVERED IN SUBSEQUENT REQUESTS.

FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING
PAYMENT CALL: CAROLINE NASAL AT 517.322.4854 FAX
NUMBER 517.322.4804.

USER: VICKI L MC GRATH

MAR 17 2004

ORIGINAL

CONTINUE PAGE 2

# DELPHI

**PURCHASE ORDER**

FDB01905 001   PAGE

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or insure Parcel
Post.

PHONE: 248-655-0715
VL MCGRATH   i/s/05
EC Vicki McGrath   Buyer

PURCHASING AGENT

| ORDER DATE | 02/09/04 |
| ALTERATION ISSUE DATE | 01/04/05 |
| ALTERATION EFFECTIVE | 01/04/05 |

SHIP TO:

US

INVOICE TO:
TO:

###ESTABLISHED PER RELEASE###

INVOICING NOT REQUIRED FOR
DELPHI T&I - DIV. OFFICE
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.   US

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 06-981-8602
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

SHIP VIA   TO BE USED FOR REC. OF SERVICES.

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SERVICE ONLY

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER |
|---|---|---|---|---|---|---|---|---|---|
| M0001B35 | | USER: VICKI L MC GRATH | | #LOCAL BLANKET FDB01905 HAS BEEN ALTERED AS FOLLOWS# | | | | | |
| | | | | EFFECTIVE DATE: 01/01/04  EXPIRATION DATE: 03/31/05 | | | | | |
| | | | | THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | BLANKET EXTENDED TO ACCOMODATE RECEIPT FOR SERVICES. | | | | | |

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

REC'D JAN 1 1 2005

LAST PAGE

ORIGINAL

SMDL03 01/15/200

**DELPHI**

SMDL03 01/15/2003

# PURCHASE ORDER

ORDER· FDB01905 002   PAGE

### # A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare. Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-655-0715
VL MCGRATH
ECU___ Buyer
___ 4/6/05

PURCHASING AGENT

| ORDER DATE | |
| --- | --- |
| 02/09/04 | |
| ALTERATION ISSUE DATE | |
| 04/05/05 | |
| ALTERATION EFFECTIVE | |
| 04/05/05 | |

SHIP VIA        TO· BE· USED· FOR· REC..· OF· SERV

###ESTABLISHED PER RELEASE###

SHIP TO:

INVOICING NOT REQUIRED FOR
DELPHI T&I - DIV. OFFICE
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER. US

This order is not binding until accepted. Acceptance should be secured on acknowledgment copy which should be returned to Buyer.
The on reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| | | | | | | BASE UNIT·PRICE | PRICE MULTIPLE/ UNIT |
| --- | --- | --- | --- | --- | --- | --- | --- |

RECEIVED

APR 1 2 2005

By ___ M Arena

LAST PAGE

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

US

VENDOR NUMBER 06-981-8602
MSX INTERNATIONAL INC
TO: 1950 CONCEPT DR
WARREN MI
48091

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | |
| --- | --- | --- |
| | SERVICE ONLY | |

| NOUN NAME | · DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % |
| --- | --- | --- | --- | --- |

#LOCAL BLANKET FDB01905 HAS BEEN ALTERED AS FOLLOWS#

EFFECTIVE DATE: 01/01/04  EXPIRATION DATE: 04/30/05

THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

BLANKET EXTENDED TO ACCOMODATE RECEIPT.

RECD APR 1 2 2005

| PAYMENT TERMS | | |
| --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. |
| --- | --- | --- |

M001864   USER: VICKI L MC GRATH

ORIGINAL

DELPHI

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

US

SHIP TO:

VENDOR NUMBER 06-981-8602
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091

INVOICE TO:

###ESTABLISHED PER RELEASE###

RECD MAY 19 2005

INVOICING NOT REQUIRED FOR
DELPHI T&I - DIV. OFFICE.
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.    US

PURCHASE
ORDER. FDB01905 003    PAGE

###ALTERATION### ###
This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable.
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-655-0715
VL MCGRATH                Buyer
EC
                          PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 02/09/04 | |
| ALTERATION ISSUE DATE | |
| 05/13/05 | |
| ALTERATION EFFECTIVE | |
| 04/30/05 | |

SHIP VIA    TO BE USED FOR REC. OF SERV

This order is not binding until accepted. Acceptance should be signified as acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are conditions to which Seller's attention is directed. Acceptance of this order, either by acknowledgment thereof, or the commencement of performance of any part of the work under this order, including the terms and conditions on the face and reverse side hereof, constitutes an agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and "Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | |
|---|---|---|
| SERVICE ONLY | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **DESCRIPTION** | | **R.F.Q. NUMBER** | **DATE REQUIRED** | **TAX CODE/ %** | **BASE UNIT PRICE** | | **PRICE MULTIPLE** | | |

#LOCAL BLANKET FDB01905 HAS BEEN ALTERED AS FOLLOWS#

EFFECTIVE DATE: 01/01/04    EXPIRATION DATE: 05/31/05

THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

BLANKET EXTENDED TO ACCOMODATE RECEIPT

RECEIVED
MAY 19 2005
By [signature]

LAST PAGE

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET | 2ND DAY OF 2ND MONTH | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME |
|---|---|---|---|
| M001B77 | USER: VICKI L MC GRATH | | |

ORIGINAL

# DELPHI

 smx03 01/15/20

## PURCHASE ORDER ALTERATION

PAGE

FDB01905 005

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips & Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| PHONE: 248-655-0711 | |
| --- | --- |
| C. MILLER | Buyer C. Miller |
| EC | 8/31/05 |
| | PURCHASING AGENT |

| ORDER DATE | |
| --- | --- |
| 02/09/04 | |
| ALTERATION ISSUE DATE | |
| 08/29/05 | |
| ALTERATION EFFECTIVE DATE | |
| 08/29/05 | |

SHIP TO:

```
┌
│  DELPHI CORPORATION
│  DELPHI T&I-HEADQUARTERS
│  1401 CROOKS ROAD
│  TROY, MI
│  48084                    US
```

INVOICE TO:

```
┌
│  INVOICING NOT REQUIRED FOR
│  DELPHI T&I - DIV. OFFICE.
│  PAYMENTS ARE GENERATED FROM
│  RECEIPT OF GOODS AND SERVICES.
│  TERMS NOTED ON ORDER.    US
```

TO:
VENDOR NUMBER 06-981-8602
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091

### ##ESTABLISHED PER RELEASE###

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.
On the reverse side listed are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including its terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's submitted representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | SHIP VIA | | |
| --- | --- | --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | | | TO BE USED FOR REC. OF SER | |

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | | |
| --- | --- | --- | --- | --- |
| SERVICE ONLY | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | #LOCAL BLANKET FDB01905 HAS BEEN ALTERED AS FOLLOWS# | | | | | |
| | | | | EFFECTIVE DATE: 01/01/04  EXPIRATION DATE: 09/14/05 | | | | | |
| | | | | THIS ALTERATION LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | BLANKET EXTENDED TO ACCOMODATE RECEIPT AND TO ALLOW SAP TRANSITION. | | | | | |

LAST PAGE

M001B98   USER: VICKI L MC GRATH

ORIGINAL

# DELPHI

**PURCHASE ORDER.** FDS81935

PAGE 1

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                    US
INVOICING NOT REQUIRED FOR:
DELPHI T&I DIV. OFFICE.
PAYMENTS ARE GENERATED FROM
RECEIPT OF GOODS AND SERVICES.
TERMS NOTED ON ORDER.        US

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 13-326-7505
MSX INTERNATIONAL INC
275 REX BLVD
AUBURN HILLS MI
48326

INVOICE TO:

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | 04/27/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 248-655-0715
VL MCGRATH
EC                    Buyer

PURCHASING AGENT

SHIP VIA
BESTWAY

| PAYMENT TERMS | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| NET 2ND DAY OF 2ND MONTH | | | SHIPPING PT |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | FAXED 4/28/05 | NOTE→ | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | PLEASE ROUTE TO MARK TOMLIN OR LARRY EASTON | | | | | |
| | | | | FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING PAYMENT, CALL KARYN BLAKLEY ON 248-655-0804. | | 05/16/05 | 0.00% | | |
| 00001 | 1 | PRA12186 001 | | REWORK A WHITE VEHICLE AND MOUNT TO BUCK FIXTURE. REF. QTE#20464 WHO ORDERED: KB/G. HUNTER 50921 | | N | 0.00% | 2200.0000 | |
| | | | | BY ACCEPTANCE OF THIS PURCHASE ORDER, SELLER HEREBY INDEMNIFIES AND AGREES TO HOLD DELPHI T & I HARMLESS AGAINST ANY AND ALL CLAIMS OR DEMANDS, OF ANY NATURE, WHICH ARISE OUT OF OR RESULT IN ANY WAY FROM THE PERFORMANCE OF THE SERVICES SPECIFIED IN THIS PURCHASE ORDER. THIS INDEMNIFICATION INCLUDES ALL ACTION OR OR NON-ACTION OF THE VENDOR AND IS NOT LIMITED. | | | | | |
| | | | | INSURANCE TERMS (IT): SPECIAL TERMS UNITED STATES. FOR PURPOSES OF THIS AGREEMENT THE INSURANCE COVERAGE UNDER PARAGRAPH 17 ("INSURANCE") OF THE GENERAL TERMS AND CONDITIONS ARE AS FOLLOWS: (A) WORKERS' COMPEN- | | | | | |

RECD MAY 03 2005

RECEIVED MAY 05 2005
By [signature]

This order is not binding until accepts. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
This order, including the terms and conditions on the face and every such copy and the complete and final
agreement between Buyer and Seller relative thereto. (If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply).

# DELPHI

Marilyn Ancona  *(handwritten)*  06/21/05

## PURCHASE ORDER: FDS82362

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.

(2) copies of your packing slip must accompany each shipment.

Item Identification Number(s) must be shown on Packing Slips and Invoices.

Invoice Attn: Accounts Payable

Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 06/07/05 | |
| | ALTERATION EFFECTIVE DATE |

PHONE: 248-655-0715
VL MCGRATH     Buyer
EC

PURCHASING AGENT

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                          US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                               US

This order is not binding until accepted. Acceptance should be provided on acknowledgement copy which should be returned to Buyer...

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

TO:
VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

| PAYMENT TERMS | | | SHIP VIA | |
|---|---|---|---|---|
| NET  2ND DAY OF 2ND MONTH | | | BESTWAY | |

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| S25 | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | RFQ NUMBER | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **THIS ORDER HAS BEEN MECHANICALLY TRANSMITTED** | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES). | | | | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: COMPLETE. | | | | | | |
| | | | | PLEASE ROUTE TO MARK TOMLIN | | | | | | |
| | | | | FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING PAYMENT, CALL KARYN BLAKELY ON 248-655-0804. | | | | | | |
| 00001 | 9999 | PRA12280 001 | | PT MODULAR DOOR DEVELOPMENT - #179745 COST TO COVER BUNDLED SERVICE WHO ORDERED: K8/W.GMUROWSKI 58855 | 06/08/05 | N | 0.00% | 1.0000 | | |
| | | | | *** ALL INFORMATION FURNISHED OR MADE AVAILABLE BY THE BUYER TO SELLER OR TO ITS EMPLOYES OR SUB-CONTRACTORS IN CONNECTION WITH THE WORK AND SER-VICES TO BE PERFORMED FOR BUYER UNDER THIS PURCHASE ORDER, AND ALL INFORMATION GENERATED OR DEVELOPED BY SELLER OR ITS EMPLOYES, OR SUB-CONTRACTORS FOR BUYER SHALL BE TREATED AS CONFIDENTIAL BY SELLER AND ITS EMPLOYES AND SUBCONTRACTORS SHALL NOT | | | | | | |

*(handwritten: Inv #151888.??)*

*(handwritten: cc: Shawna W.)*

ORIGINAL                          CONTINUE PAGE 2

A005576  USER VICKI L MC GRATH

SMDL03 01/16/2003

**DELPHI**

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

**PURCHASE**   PAGE   2

**ORDER:**   FDS82362

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                                US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115. PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                                     US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express, Shipments or Insure Parcel
Post.

PHONE: 248-655-0715
VL MCGRATH                    Buyer
EC                            PURCHASING AGENT

| ORDER DATE | 06/07/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA   BESTWAY

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be
returned Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse hereof, constitutes the complete and final
agreement between the Buyer and Seller and no modification of this order shall be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
Attached Herein Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. S25 | RFQ NUMBER | DATE REQUIRED | DESTINATION UNLESS OTHERWISE INDICATED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | BE DISCLOSED BY EMPLOYEES AND SUB-CONTRACTORS TO ANYONE EITHER IN WHOLE OR IN PART OR USED BY SELLER FOR ANY PURPOSES OTHER THAN IN CONNECTION WITH WORK OR SERVICES FOR BUYER, EXCEPT UPON WRITTEN AUTHORIZATION BY BUYER. | | | | | | | |
| | | | | BY ACCEPTANCE OF THIS PURCHASE ORDER, SELLER HEREBY INDEMNIFIES AND AGREES TO HOLD DELPHI T & I HARMLESS AGAINST ANY AND ALL CLAIMS OR DEMANDS, OF ANY NATURE, WHICH ARISE OUT OF OR RESULT IN ANY WAY FROM THE PERFORMANCE OF THE SERVICES SPECIFIED IN THIS PURCHASE ORDER. THIS INDEMNIFICATION INCLUDES ALL ACTION OR OR NON-ACTION OF THE VENDOR AND IS NOT LIMITED. | | | | | | | |
| | | | | INSURANCE TERMS (IT): SPECIAL TERMS UNITED STATES. FOR PURPOSES OF THIS AGREEMENT THE INSURANCE COVERAGE UNDER PARAGRAPH 17 ("INSURANCE") OF THE GENERAL TERMS AND CONDITIONS ARE AS FOLLOWS: (A) WORKERS' COMPENSATION: STATUTORY LIMITS FOR THE STATE(S) IN WHICH THIS CONTRACT IS TO BE PERFORMED (OR EVIDENCE OF AUTHORITY TO SELF INSURE); (B) EMPLOYER'S LIABILITY: $500,000 EACH ACCIDENT FOR BODILY INJURY BY ACCIDENT AND $500,000 EACH EMPLOYEE FOR BODILY INJURY BY DISEASE; (C) COMMERCIAL GENERAL LIABILITY ON AN OCCURRENCE FORM COVERING LIABILITY ARISING FROM PREMISES, | | | | | | | |

PAYMENT TERMS   NET   2ND DAY OF 2ND MONTH

CONTINUE   PAGE   3

# DELPHI

**PURCHASE**

PAGE 3

**ORDER:** FDS82362

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106
US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084
US

PHONE: 248-655-0715
VL MCGRATH    Buyer
EC

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
TO: 1950 CONCEPT DR
WARREN MI
48091-1385

ORDER DATE 06/07/05
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA BESTWAY

This order is not binding until accepted. Acceptance should be assumed on acknowledgment copy which should be returned forthwith.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the reverse side hereof, contains the entire and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be recognized unless made in writing and signed by Buyer's authorized Industrial Relations Representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| S25 | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OPERATIONS, INDEPENDENT CONTRACTORS .PRODUCTS/COM-PLETED OPERATIONS, PERSONAL INJURY AND ADVERTISING INJURY, AND LIABILITY ASSUMED UNDER AN INSURED CON-TRACT-$5,000,000 EACH OCCURENCE; AND (D) AUTOMOBILE LIABILITY (INCLUDING OWNED, NON-OWNED AND HIRED VEHICLES): $5,000,000 EACH ACCIDENT....(IT) | | | | | | |
| | | | | ***** RIGHT TO AUDIT ***** | | | | | | |
| | | | | BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER GRANTS TO DELPHI AUTOMOTIVE ACCESS TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, CORRESPONDENCE WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ALLOCATIONS RELATED TO THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL THE ABOVE ENUMERATED DOCUMENTS FOR A PERIOD OF ONE YEAR BEYOND FINAL PAYMENT HEREUNDER. | | | | | | |
| | | | | WORK DESCRIBED HEREON SHALL BE PERFORMED IN ACCORD-ANCE WITH DELPHI CORPORATION CONSTRUCTION GENERAL CONDITIONS, DELPHI SAFETY AND INTERIOR CONTRACTOR SPECIFICATIONS AND THE SAFETY RULES AND PRECAUTIONS ESTABLISHED BY DELPHI SAFETY AND INTERIOR SAFETY DEPARTMENT. INSURANCE COVERAGES AND CERTIFICATION REQUIREMENTS ARE SET FORTH ON THE REVERSE HEREON. | | | | | | |

PAYMENT TERMS NET 2ND DAY OF 2ND MONTH

CONTINUE PAGE 4

# DELPHI

**PURCHASE**

PAGE 4

**ORDER:** FDS82362

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
TO: 1950 CONCEPT DR
WARREN MI
48091-1385

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                          US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                               US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | |
|---|---|
| 06/07/05 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 248-655-0715
VL MCGRATH                    Buyer
EC                    PURCHASING AGENT

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are its terms and conditions to which Seller agrees by acceptance of this order. This order (except as otherwise noted) contains the complete and final agreement between Buyer and Seller and no other agreement in any way varying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
See Provision of Agreement and Contract Number is Shown Hereto. Additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| S25 | |

SHIP VIA
BESTWAY

| PAYMENT TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE/% |

************INDEPENDENT CONTRACTOR CLAUSE************
IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT THE
PERSONNEL FURNISHED BY SELLER TO PERFORM THE SERVICES
DESCRIBED IN THIS PURCHASE ORDER SHALL BE AND REMAIN
SELLER'S EMPLOYEES OR APPROVED SUB-CONTRACTORS, AND
UNDER NO CIRCUMSTANCES ARE SUCH EMPLOYEES TO BE
CONSIDERED BUYER'S EMPLOYEES OR AGENTS. SELLER
ACKNOWLEDGES AND AGREES THAT THERE SHALL BE AN
INDEPENDENT CONTRACTOR RELATIONSHIP BETWEEN THE
SELLER AND THE BUYER AT ALL TIMES

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL
TERMS AND CONDITIONS ARE A PART OF, THIS CONTRACT AND
INCORPORATED IN, AND A PART OF, THIS CONTRACT AND
EACH PURCHASE ORDER,
RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION AND
OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING
BY BUYER, WHETHER
EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA
INTERCHANGE, RELATING TO THE
GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER
PURSUANT TO THIS CONTRACT
("SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS
"CONTRACT"). A COPY OF
BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE

CONTINUE PAGE 5

# DELPHI

**PURCHASE ORDER:** FDS82362

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure-Parcel Post.

PHONE: 248-655-0715
V. MCGRATH          Buyer
EC          PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 06/07/05 | | |

SHIP VIA BESTWAY

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD
TROY, MI
48084-7106          US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD
TROY, MI
48084          US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order, by acknowledgment, and by delivering any items ordered. These terms and conditions and any additional terms and conditions set forth on the front and final agreement between Buyer and Seller and no other agreement is any way affecting any of said terms and conditions will be binding upon Buyer unless made a part thereof in writing and signed by Buyer's authorized representative.
If Buyer's own Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | F.O.B. | | | DESTINATION UNLESS OTHERWISE INDICATED | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | S25 | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/UM |
|---|---|---|---|---|---|---|---|---|---|
| | | | | UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPT THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | |

LAST PAGE

Page 1 of 4

Page - . . . 6
Date - . . . .
Control No. . 028

5/4/2010

5EB850

Mailbox No.    M0088121    OTH

MSX International
EDI Purchase Order - 850
General Motors Corporation

Purchase Order:    06 CONFIRMATION
Purchase Order No.:    FDS82362
P.O. Release No.:

Purchase Order Type:    SA
Stand-Alone Order
Purchase Order Date:    06/07/05

Currency:    USD    U.S. Dollars

FOB Instructions: Method of Payment    CC    Collect
Trans. Resp. Location: CITY and STATE

Reference Numbers: FDS82362    PO    Purchase Order Number

PLEASE ROUTE TO MARK TOMLIN
FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING
PAYMENT, CALL KARYN BLAKLEY ON 248-655-0804.
*** ALL INFORMATION FURNISHED OR MADE AVAILABLE
BY THE BUYER TO SELLER OR TO ITS EMPLOYES OR SUB-
CONTRACTORS IN CONNECTION WITH THE WORK AND SER-
VICES TO BE PERFORMED FOR BUYER UNDER THIS PURCHASE
ORDER, AND ALL INFORMATION GENERATED OR DEVELOPED
BY SELLER OR ITS EMPLOYES, OR SUB-CONTRACTORS FOR
BUYER SHALL BE TREATED AS CONFIDENTIAL BY SELLER
AND ITS EMPLOYES AND SUBCONTRACTORS AND SHALL NOT
BE DISCLOSED BY EMPLOYES AND SUB-CONTRACTORS TO
ANYONE, EITHER IN WHOLE OR IN PART OR USED BY SELLER
FOR ANY PURPOSES OTHER THAN IN CONNECTION WITH WORK
OR SERVICES FOR BUYER, EXCEPT UPON WRITTEN
AUTHORIZATION BY BUYER.
BY ACCEPTANCE OF THIS PURCHASE ORDER, SELLER HEREBY
INDEMNIFIES AND AGREES TO HOLD DELPHI T & I
HARMLESS AGAINST ANY AND ALL CLAIMS OR DEMANDS, OF
ANY NATURE, WHICH ARISE OUT OF OR RESULT IN ANY WAY
FROM THE PERFORMANCE OF THE SERVICES SPECIFIED IN
THIS PURCHASE ORDER.  THIS INDEMNIFICATION INCLUDES
ALL ACTION OR OR NON-ACTION OF THE VENDOR AND IS NOT
LIMITED.
INSURANCE TERMS (IT): SPECIAL TERMS UNITED STATES..
FOR PURPOSES OF THIS AGREEMENT, THE INSURANCE COVERAGE
UNDER PARAGRAPH 17 ("INSURANCE") OF THE GENERAL TERMS
AND CONDITIONS ARE AS FOLLOWS: (A) WORKERS' COMPEN-
SATION: STATUTORY LIMITS FOR THE STATE(S) IN WHICH
THIS CONTRACT IS TO BE PERFORMED (OR EVIDENCE OF AU-
THORITY TO SELF INSURE); (B) EMPLOYER'S LIABILITY:
$500,000 EACH ACCIDENT FOR BODILY INJURY BY ACCIDENT
AND $500,000 EACH EMPLOYEE FOR BODILY INJURY BY DIS-
EASE; (C) COMMERCIAL GENERAL LIABILITY ON AN OCCUR-

Page - . . . . 6
Date - . . . .
Control No . 028

5/4/2010

55B85Q
Mailbox No.    M0088121    OTH

EDI Purchase Order - 850
MSX International
General Motors Corporation

CONTINUED

RENCE FORM COVERING LIABILITY ARISING FROM PREMISES,
OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS/COM-
PLETED OPERATIONS, PERSONAL INJURY AND ADVERTISING
INJURY, AND LIABILITY ASSUMED UNDER AN INSURED CON-
TRACT- $5,000,000 EACH OCCURENCE; AND (D) AUTOMOBILE
LIABILITY (INCLUDING OWNED,NON-OWNED AND HIRED
VEHICLES): $5,000,000 EACH ACCIDENT....(IT)
***** RIGHT TO AUDIT *****
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER
GRANTS TO DELPHI AUTOMOTIVE ACCESS TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, CORRESPONDENCE
WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS,
VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF
AUDITING THE CHARGES AND/OR ALL ALLOCATIONS
RELATED TO THIS PURCHASE ORDER. SELLER FURTHER
AGREES, FOR THIS PURPOSE, TO PRESERVE ALL THE
ABOVE ENUMERATED DOCUMENTS FOR A PERIOD OF ONE
YEAR BEYOND FINAL PAYMENT HEREUNDER.
WORK DESCRIBED HEREON SHALL BE PERFORMED IN ACCORD-
ANCE WITH DELPHI CORPORATION CONSTRUCTION GENERAL
CONDITIONS, DELPHI SAFETY AND INTERIOR CONTRACTOR
SPECIFICATIONS AND THE SAFETY RULES AND PRECAUTIONS
ESTABLISHED BY DELPHI SAFETY AND INTERIOR SAFETY
DEPARTMENT.  INSURANCE COVERAGES AND CERTIFICATION
REQUIREMENTS ARE SET FORTH ON THE REVERSE HEREON.
*********INDEPENDENT CONTRACTOR CLAUSE*********
IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT THE
PERSONNEL FURNISHED BY SELLER TO PERFORM THE SERVICES
DESCRIBED IN THIS PURCHASE ORDER SHALL BE AND REMAIN
SELLER'S EMPLOYEES OR APPROVED SUB-CONTRACTORS, AND
UNDER NO CIRCUMSTANCES ARE SUCH EMPLOYEES TO BE
CONSIDERED BUYER'S EMPLOYEES OR AGENTS.  SELLER
ACKNOWLEDGES AND AGREES THAT THERE SHALL BE AN
INDEPENDENT CONTRACTOR RELATIONSHIP BETWEEN THE
SELLER AND THE BUYER AT ALL TIMES
SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL
TERMS AND CONDITIONS ARE
INCORPORATED IN, AND A PART OF, THIS CONTRACT AND
EACH PURCHASE ORDER,
RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION AND
OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING
BY BUYER, WHETHER
EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA

5/4/2010

Page - - - : 6
Date - - : 
Control No. : 028

INTERCHANGE, RELATING TO THE
GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER
PURSUANT TO THIS CONTRACT
(SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS
"CONTRACT"). A COPY OF
BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE
UPON WRITTEN REQUEST TO
BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,
DELPHI.COM    SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL
TERMS AND CONDITIONS.  IF SELLER ACCEPT THIS CONTRACT
IN WRITING OR

COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE
SUBJECT OF THIS
CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED
THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY
WITHOUT MODIFICATION. ANY
ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR

Reference Numbers: FDS82362    PO Purchase Order Number

5E850    MSX International
Mailbox No. M0088121    OTH    EDI Purchase Order - 850
General Motors Corporation    CONTINUED

SE Selling Party
MSX INTERNATIONAL INC
1950 CONCEPT DR
COMPLETE
WARREN, MI 480911385          13947000

BY Buying Party
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
VL MCGRATH
TROY,, MI 48084
248-655-0715          36601FD2

ST Ship To
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY,, MI 480847106          36601S04

BT Bill To
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY,, MI 48084          36601IKB

000001  Baseline Item: Qty Ordered: 9999    U/M: M4    Unit Price: 1

5/4/2010

```
            IN Buyer's Item No.         PRA12280 001
Product/Item Description:         Product Character Code:  F
Free-Form         PT MODULAR DOOR DEVELOPMENT - #179745
Free-Form         COST TO COVER BUNDLED SERVICE
Line Item Schedule:  Quantity:    99.99   M4  Delivery Requested   06/08/05
Reference Numbers: PRA12280 001           PM  Part Number
         TAX CODE: N    TAX PERCENT:    0.00%
```

`55E850`

Page 1 of 3

Page  -  .  .  .   6
Date  -  .  .  .  028
Control No.   028

MSX International
EDI Purchase Order - 850
General Motors Corporation

Mailbox No.    M0088246   OTH

Purchase Order:   06  CONFIRMATION          Purchase Order Type:  SA
Purchase Order No.:  FDS82478               Stand-Alone Order
P.O. Release No.:                           Purchase Order Date:  06/15/05

Currency:           USD  U.S. Dollars

FOB Instructions: Method of Payment  CC  Collect
Trans. Resp. Location: CITY and STATE

Reference Numbers: FDS82478        PO  Purchase Order Number
           FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING
           PAYMENT, CALL
           KARYN BLAKELY  ON 248-655-0804
           PAULA LOUCKS   ON 248-655-0971
           JENNIFER LAND  ON 248-371-0387
           TARA SWINEHART ON 816-204-2726
           RENEA BURNS    ON 205-554-3405
           SANDRA BANKS   ON 205-554-3147
           TAMMY DANKOVICH ON 256-413-4003
           JAMES SNOW     ON 256-413-4013

           ALL FREIGHT BILLS INCLUDING 3RD PARTY BILLING TO:
           DELPHI THERMAL AND INTERIOR DATA 2 LOGISTICS
           P O BOX 9115, NORWOOD, MA 02062-9115
           FOR SHIPPING FOB DESTINATION AND CARRIER SEE ABOVE
           OR CALL DELPHI LOGISTICS 248-655-0904
           *********SALES AND USE TAX EXEMPTION***********
           DO NOT BILL SALES OR USE TAX ON ITEMS DELIVERED TO
           ALL SHIPPED TO LOCATIONS WITHIN THE STATES LISTED
           BELOW. DELPHI CORPORATION LLC ("DELPHI")
           HOLDS DIRECT PAY AUTHORITY WITH THESE STATES.  AS A
           RESULT, IN ALL OF THE IDENTIFIED STATES DELPHI WILL
           REMIT DIRECTLY TO TAXING AUTHORITIES, ALL SALES OR
           USE TAX LIABILITY RELATED TO ITS PURCHASE AND USE OF
           ALL TAX CODE INFORMATION FOUND ON THIS ORDER EXCEPT
           FOR THOSE STATES NOT IDENTIFIED BELOW.  FOR THOSE
           STATES NOT IDENTIFIED BELOW, PLEASE CONTINUE TO
           FOLLOW THE SPECIFIC TAX CODE INSTRUCTIONS FOUND ON
           THIS ORDER. LISTED BELOW ARE DIRECT PAY PERMIT OR
           SALES TAX LICENSE NUMBERS FOR THE ELEVEN (11) STATES,
           OR DELPHI LOCATIONS WITHIN A STATE, WHERE DELPHI
           HOLDS DIRECT PAY AUTHORITY.
           ALABAMA     805        NEW JERSEY 383-431-131/000
           GEORGIA     300-45870-8  NEW YORK    DP-3487

5/4/2010

55B850

Mailbox No.   M0088246   OTH

INDIANA   1018702130011 OHIO   98-002667
KANSAS   98-0003A   TEXAS   1-38-3431131-1
                                MSX International
                                General Motors Corporation

EDI Purchase Order - 850

CONTINUED

MICHIGAN   38-3431131   WISCONSIN WDP-99-01-010037
MISSISSIPPI 4375
FURTHER, IF THIS ORDER RELATES TO THE CONSTRUCTION
CONTRACT FOR REAL PROPERTY, ALL APPLICABLE SALES AND
USE TAXES ARE THE RESPONSIBILITY OF THE CONTRACTOR,
AND SHOULD BE INCLUDED IN THE CONTRACTOR'S BID AS
REQUIRED PURSUANT TO SECTION 7 OF THE DELPHI 1638
(12/95 REV 1) "CONSTRUCTION GENERAL CONDITIONS,"
UNLESS THE RESPONSIBILITY FOR PAYMENT OF SALES & USE
TAXES ARE OTHERWISE SPECIFICALLY OUTLINED IN THE
CONTRACT.
ANY QUESTIONS ON THE ABOVE SHOULD BE DIRECTED TO:
DELPHI DISBUSEMENTS-CUSTOMER CENTER
PHONE: (248) 874-4636
PAYMENT TERMS ARE: 2ND DAY - 2ND MONTH
WHICH MEANS THAT FOR AN EXAMPLE, MATERIAL SHIPPED/
RECEIVED IN JANUARY, PAYMENT WOULD BE ISSUED ON
MARCH 2. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT
THE BUYER AT THE TELEPHONE NUMBER SHOWN ABOVE.
***************ATTENTION ALL SUPPLIERS***************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS
ON HOW TO ACCESS THIS NEW FEATURE.

THE GENERAL TERMS AND CONDITIONS THAT APPEAR ON THE
REVERSE SIDE OF THIS PURCHASE ORDER ARE NULL AND VOID
AND REPLACED BY DELPHI'S GENERAL TERMS AND CONDITIONS
DATED MARCH 2004 FOUND ON WWW.DELPHI.COM/SUPPLIERS.
TERMS AND CONDITIONS SEPTEMBER 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

Reference Numbers: FDS82478          PO   Purchase Order Number

SE Selling Party        MSX INTERNATIONAL INC          13947000
                        1950 CONCEPT DR
                        QUOTE 4/5/05
                        WARREN, MI 480911385
BY Buying Party         DELPHI CORPORATION             36601FD2
                        DELPHI T&I-HEADQUARTERS
                        1401 CROOKS ROAD
                        VL MCGRATH
                        TROY,, MI 48084
                        248-655-0715

Page 3 of 3

```
                                                                    Page  - . . .    6
                                                                    Date  - . . .   028
                                                                    Control No. .   028
```

ST Ship To          DELPHI THERMAL & INTERIOR SYS.          36601S04
                    DELPHI CORPORATION
                    TROY ENGINEERING CENTER
                    1401 CROOKS RD.
                    TROY., MI 480847106

BT Bill To          DELPHI THERMAL & INTERIOR                36601IKB
                    ATTN: KARYN BLAKELY

55E850              MSX International
                    EDI Purchase Order - 850
Mailbox No.   M0088246   OTH   General Motors Corporation    CONTINUED

                    M/C 115 PH:248-655-0804
                    1401 CROOKS RD.
                    TROY, MI 48084

000001  Baseline Item: Qty Ordered:  42      U/M: HR   Unit Price:  51
                    IN Buyer's Item No.            PRA12326 001
Product/Item Description:              Product Character Code:  F
Free-Form     TECH-CLAYMLDST
Line Item Schedule: Quantity:   .42   HR   Delivery Requested   06/17/05
Reference Numbers: PRA12326 001            PM  Part Number
        TAX CODE: N       TAX PERCENT:   0.00%
        WHO ORDERED: KB/B. ORR 58611

000002  Baseline Item: Qty Ordered:  23      U/M: HR   Unit Price:  66.3
                    IN Buyer's Item No.            PRA12326 002
Product/Item Description:              Product Character Code:  F
Free-Form     TECH-CLAYMLDOT
Line Item Schedule: Quantity:   .23   HR   Delivery Requested   06/17/05
Reference Numbers: PRA12326 002            PM  Part Number
        TAX CODE: N       TAX PERCENT:   0.00%
        WHO ORDERED: KB/B. ORR 58611

000003  Baseline Item: Qty Ordered:   1      U/M: LO   Unit Price:  119.33
                    IN Buyer's Item No.            PRA12326 003
Product/Item Description:              Product Character Code:  F
Free-Form     MATL-COST
Line Item Schedule: Quantity:   .01   LO   Delivery Requested   06/17/05
Reference Numbers: PRA12326 003            PM  Part Number
        TAX CODE: N       TAX PERCENT:   0.00%

5/4/2010

# DELPHI

*Marilyn Arcuru*

## PURCHASE
## ORDER: FDS82781

PAGE    1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-655-0715
VL MCGRATH          Buyer
EC              PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 07/11/05 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKLEY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                      US

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

RECD JUL 18 2005

| PAYMENT TERMS | | | F.O.B. | | SHIP VIA | |
|---|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | SP | | SUPPLIER DELIVERY | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UOM MULTIPLE QTY |
|---|---|---|---|---|---|---|---|---|---|

DESTINATION UNLESS OTHERWISE INDICATED

**THIS ORDER HAS BEEN MECHANICALLY TRANSMITTED**

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

PLEASE ROUTE TO MARK TOMLIM

FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING
PAYMENT, CALL KARYN BLAKLEY ON 248-655-0804.

| 00001 | 1 | PRA12424 001 | | FABRICATE ONE INSTRUMENT PANEL AND CONSOLE STAND. | | 07/19/05 C | 0.00% | 6175.0000 | |

BUILD OF TWO SHIPPING CRATES, AND REFURBISH THE
HYBRID CROSS CAR BEAM DISPLAY.
(REF.QTE# 20498)
WHO ORDERED: KB/B. MONTNEY 58492

*** ALL INFORMATION FURNISHED OR MADE AVAILABLE
BY THE BUYER TO SELLER OR TO ITS EMPLOYES OR SUB-
CONTRACTORS IN CONNECTION WITH THE WORK AND SER-
VICES TO BE PERFORMED FOR BUYER UNDER THIS PURCHASE
ORDER, AND ALL INFORMATION GENERATED OR DEVELOPED
BY SELLER OR ITS EMPLOYES, OR SUB-CONTRACTORS FOR
BUYER SHALL BE TREATED AS CONFIDENTIAL BY SELLER
AND ITS EMPLOYES AND SUBCONTRACTORS AND SHALL NOT
BE DISCLOSED BY EMPLOYES AND SUB-CONTRACTORS TO

RECEIVED
JUL 2 5 2005

cc: shawna

CONTINUE PAGE    2

ORIGINAL

4005599   USFR VICKI L MC GRATH

**DELPHI**

PAGE 2

# PURCHASE ORDER: FDS82781

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 07/11/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 248-655-0715
VL MCGRATH                Buyer
EC                           PURCHASING AGENT

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                    US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                         US

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084                         US

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

This order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions in which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement or understanding of any kind relating to this order and purchase will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

DESTINATION UNLESS OTHERWISE INDICATED

| PAYMENT TERMS | F.O.B. | SHIP VIA |
|---|---|---|
| NET | SP | SUPPLIER DELIVERY |

2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

ANYONE, EITHER IN WHOLE OR IN PART OR USED BY SELLER
FOR ANY PURPOSES OTHER THAN IN CONNECTION WITH WORK
OR SERVICES FOR BUYER, EXCEPT UPON WRITTEN
AUTHORIZATION BY BUYER.

WORK DESCRIBED HEREON SHALL BE PERFORMED IN ACCORD-
ANCE WITH DELPHI CORPORATION CONSTRUCTION GENERAL
CONDITIONS, DELPHI SAFETY AND INTERIOR CONTRACTOR
SPECIFICATIONS AND THE SAFETY RULES AND PRECAUTIONS
ESTABLISHED BY DELPHI SAFETY AND INTERIOR SAFETY
DEPARTMENT. INSURANCE COVERAGES AND CERTIFICATION
REQUIREMENTS ARE SET FORTH ON THE REVERSE HEREON.

**********INDEPENDENT CONTRACTOR CLAUSE**********
IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT THE
PERSONNEL FURNISHED BY SELLER TO PERFORM THE SERVICES
DESCRIBED IN THIS PURCHASE ORDER SHALL BE AND REMAIN
SELLER'S EMPLOYEES OR APPROVED SUB-CONTRACTORS, AND
UNDER NO CIRCUMSTANCES ARE SUCH EMPLOYEES TO BE
CONSIDERED BUYER'S EMPLOYEES OR AGENTS. SELLER
ACKNOWLEDGES AND AGREES THAT THERE SHALL BE AN
INDEPENDENT CONTRACTOR RELATIONSHIP BETWEEN THE
SELLER AND THE BUYER AT ALL TIMES

BY ACCEPTANCE OF THIS PURCHASE ORDER, SELLER HEREBY
INDEMNIFIES AND AGREES TO HOLD, DELPHI T & I

ORIGINAL

CONTINUE PAGE 3

A005599 USFR VICKI L MC GRATH

# DELPHI

**PURCHASE ORDER:** FDS82781   PAGE 3

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoices to: Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 248-655-0715
VL MCGRATH                    Buyer
EC                           PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 07/11/05 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084                                    US

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                               US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                                    US

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
TO: 1950 CONCEPT DR
WARREN MI
48091-1385.

| PAYMENT TERMS |
|---|
| NET 2ND DAY OF 2ND MONTH |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ'O NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/ NET |
|---|---|---|---|---|---|---|---|---|---|

F.O.B.   SP   DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SUPPLIER DELIVERY   BASE UNIT PRICE

HARMLESS AGAINST ANY AND ALL CLAIMS OR DEMANDS OF
ANY NATURE, WHICH ARISE OUT OF THIS INSURANCE COVERAGE
FROM THE PERFORMANCE OF THE SERVICES SPECIFIED IN
THIS PURCHASE ORDER.  THIS INDEMNIFICATION INCLUDES
ALL ACTION OR OR NON-ACTION OF THE VENDOR AND IS NOT
LIMITED.

INSURANCE TERMS (IT): SPECIAL TERMS UNITED STATES.
FOR PURPOSES OF THIS AGREEMENT, THE INSURANCE COVERAGE
UNDER PARAGRAPH 17 ("INSURANCE") OF THE GENERAL TERMS
AND CONDITIONS ARE AS FOLLOWS: (A) WORKERS' COMPEN-
SATION: STATUTORY LIMITS FOR THE STATE(S) IN WHICH
THIS CONTRACT IS TO BE PERFORMED (OR EVIDENCE OF AU-
THORITY TO SELF INSURE); (B) EMPLOYER'S LIABILITY:
$500,000 EACH ACCIDENT FOR BODILY INJURY BY ACCIDENT
AND $500,000 EACH EMPLOYEE FOR BODILY INJURY BY DIS-
EASE; (C) COMMERCIAL GENERAL LIABILITY ON AN OCCUR-
RENCE FORM COVERING LIABILITY ARISING FROM PREMISES,
OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS/COM-
PLETED OPERATIONS, PERSONAL INJURY AND ADVERTISING
INJURY, AND LIABILITY ASSUMED UNDER AN INSURED CON-
TRACT $5,000,000 EACH OCCURENCE; AND (D) AUTOMOBILE
LIABILITY (INCLUDING OWNED, NON-OWNED AND HIRED
VEHICLES): $5,000,000 EACH ACCIDENT....(IT)

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL

CONTINUE PAGE   4

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement or understanding of any nature concerning same and conditions
will in binding upon the buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

ORIGINAL

A005599  USER VICKI L MC GRATH

**DELPHI**

**PURCHASE**

PAGE    4

**ORDER:** FDS82781

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | |
| 07/11/05 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 248-655-0715
VL MCGRATH           Buyer
EC

PURCHASING AGENT

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
TO: 1950 CONCEPT DR
WARREN MI
48091-1385

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                          US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                               US

This order is not binding until received. Acceptance should be executed on acknowledged copy which should be
returned to Buyer.
As to wares and rules material and terms and conditions to which Seller agrees by acceptance of this order,
or to the extent Seller consents, includes its terms and conditions on the face and reverse side hereof, contains the complete and final
agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions
will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

SHIP VIA
SUPPLIER DELIVERY

| PAYMENT TERMS | | | | | | |
| NET 2ND DAY OF 2ND MONTH | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. SP | DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | DESCRIPTION | | | | | | | |
| | | | TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPT THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY | | | | | | | | |

CONTINUE PAGE    5

ORIGINAL

A005599  U5FR VICKI L MC GRATH

# DELPHI

**PURCHASE ORDER:** FDS82781

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice to: Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-655-0715
VL MCGRATH                Buyer
EC
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 07/11/05 | |
| | ALTERATION EFFECTIVE DATE |

SHIP VIA
SUPPLIER DELIVERY

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
TO: 1950 CONCEPT DR
WARREN MI
48091-1385

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
[fine print terms and conditions]
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | | | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | | | SP | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

WITHOUT MODIFICATION.  ANY
ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR
REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS)
WHICH SELLER PROPOSES WILL
BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE
EXTENT THAT BUYER EXPRESSLY
AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.

***** RIGHT TO AUDIT *****
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER
GRANTS TO DELPHI AUTOMOTIVE ACCESS TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, CORRESPONDENCE
WRITTEN, INSTRUCTION, DRAWINGS, RECEIPTS,
VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF
AUDITING THE CHARGES AND/OR ALL ALLOCATIONS
RELATED TO THIS PURCHASE ORDER.  SELLER FURTHER
AGREES, FOR THIS PURPOSE, TO PRESERVE ALL THE
ABOVE ENUMERATED DOCUMENT'S FOR A PERIOD OF ONE
YEAR BEYOND FINAL PAYMENT HEREUNDER.

TERMS AND CONDITIONS SEPTEMBER, 2004, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

LAST PAGE

ORIGINAL

USER VICKI I MC GRATH

```
Page  -  .  .   7
Date  -  .  .
Control No. .  028
```

MSX International
EDI Purchase Order - 850
General Motors Corporation

5EE850.

Mailbox No.    M0089051    OTH

Purchase Order Type:  SA
Stand-Alone Order
Purchase Order Date:  07/11/05

Purchase Order:    00 ORIGINAL
Purchase Order No.:  FDS82781
P.O. Release No.:

Currency:              USD  U.S. Dollars

FOB Instructions: Method of Payment  CC  Collect
Trans. Resp. Location: CITY and STATE

Reference Numbers: FDS82781        PO   Purchase Order Number

PLEASE ROUTE TO MARK TOMLIN
FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING
PAYMENT, CALL KARYN BLAKLEY ON 248-655-0804.
*** ALL INFORMATION FURNISHED OR MADE AVAILABLE
BY THE BUYER TO SELLER OR TO ITS EMPLOYES OR SUB-
CONTRACTORS IN CONNECTION WITH THE WORK AND SER-
VICES TO BE PERFORMED FOR BUYER UNDER THIS PURCHASE
ORDER, AND ALL INFORMATION GENERATED OR DEVELOPED
BY SELLER OR ITS EMPLOYES, OR SUB-CONTRACTORS FOR
BUYER SHALL BE TREATED AS CONFIDENTIAL BY SELLER
AND ITS EMPLOYES AND SUBCONTRACTORS AND SHALL NOT
BE DISCLOSED BY EMPLOYES AND SUB-CONTRACTORS TO
ANYONE, EITHER IN WHOLE OR IN PART OR USED BY SELLER
FOR ANY PURPOSES OTHER THAN IN CONNECTION WITH WORK
OR SERVICES FOR BUYER, EXCEPT UPON WRITTEN
AUTHORIZATION BY BUYER.
WORK DESCRIBED HEREON SHALL BE PERFORMED IN ACCORD-
ANCE WITH DELPHI CORPORATION CONSTRUCTION GENERAL
CONDITIONS, DELPHI SAFETY AND INTERIOR CONTRACTOR
SPECIFICATIONS AND THE SAFETY RULES AND PRECAUTIONS
ESTABLISHED BY DELPHI SAFETY AND INTERIOR SAFETY
DEPARTMENT.  INSURANCE COVERAGES AND CERTIFICATION
REQUIREMENTS ARE SET FORTH ON THE REVERSE HEREON.
********INDEPENDENT CONTRACTOR CLAUSE*********
IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT THE
PERSONNEL FURNISHED BY SELLER TO PERFORM THE SERVICES
DESCRIBED IN THIS PURCHASE ORDER SHALL BE AND REMAIN
SELLER'S EMPLOYEES OR APPROVED SUB-CONTRACTORS, AND
UNDER NO CIRCUMSTANCES ARE SUCH EMPLOYEES TO BE
CONSIDERED BUYER'S EMPLOYEES OR AGENTS.  SELLER
ACKNOWLEDGES AND AGREES THAT THERE SHALL BE AN
INDEPENDENT CONTRACTOR RELATIONSHIP BETWEEN THE
SELLER AND THE BUYER AT ALL TIMES
BY ACCEPTANCE OF THIS PURCHASE ORDER, SELLER HEREBY

Page - . . . 7
Date - . . . 028
Control No. .

MSX International
EDI Purchase Order - 850
General Motors Corporation          CONTINUED

INDEMNIFIES AND AGREES TO HOLD DELPHI T & I
HARMLESS AGAINST ANY AND ALL CLAIMS OR DEMANDS, OF

55E850

Mailbox No.    M0089051    OTH

ANY NATURE, WHICH ARISE OUT OF OR RESULT IN ANY WAY
FROM THE PERFORMANCE OF THE SERVICES SPECIFIED IN
THIS PURCHASE ORDER.  THIS INDEMNIFICATION INCLUDES
ALL ACTION OR OR NON-ACTION OF THE VENDOR AND IS NOT
LIMITED.
INSURANCE TERMS (IT); SPECIAL TERMS UNITED STATES..
FOR PURPOSES OF THIS AGREEMENT, THE INSURANCE COVERAGE
UNDER PARAGRAPH 17 ("INSURANCE") OF THE GENERAL TERMS
AND CONDITIONS ARE AS FOLLOWS: (A) WORKERS' COMPEN-
SATION: STATUTORY LIMITS FOR THE STATE(S) IN WHICH
THIS CONTRACT IS TO BE PERFORMED (OR EVIDENCE OF AU-
THORITY TO SELF INSURE); (B) EMPLOYER'S LIABILITY:
$500,000 EACH ACCIDENT FOR BODILY INJURY BY ACCIDENT
AND $500,000 EACH EMPLOYEE FOR BODILY INJURY BY DIS-
EASE; (C) COMMERCIAL GENERAL LIABILITY ON AN OCCUR-
RENCE FORM COVERING LIABILITY ARISING FROM PREMISES,
OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS/COM-
PLETED OPERATIONS, PERSONAL INJURY AND ADVERTISING
INJURY, AND LIABILITY ASSUMED UNDER AN INSURED CON-
TRACT- $5,000,000 EACH OCCURENCE; AND (D) AUTOMOBILE
LIABILITY (INCLUDING OWNED,NON-OWNED AND HIRED
VEHICLES): $5,000,000 EACH ACCIDENT....(IT)
SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL
TERMS AND CONDITIONS ARE
INCORPORATED IN, AND A PART OF, THIS CONTRACT AND
EACH PURCHASE ORDER,
RELEASE, REQUISITION, WORK ORDER, SHIPPING
INSTRUCTION, SPECIFICATION AND
OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING
BY BUYER, WHETHER
EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA
INTERCHANGE, RELATING TO THE
GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER
PURSUANT TO THIS CONTRACT
(SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS
"CONTRACT").  A COPY OF
BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE
UPON WRITTEN REQUEST TO
BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,
DELPHI.COM      SELLER
ACKNOWLEDGES AND AGREES THAT IT HAS READ AND
UNDERSTANDS BUYER'S GENERAL

```
                                                          Page -  .  .    7
                                                          Date -  .  .    028
                                                          Control No. .   028
```

TERMS AND CONDITIONS.  IF SELLER ACCEPT THIS CONTRACT
IN WRITING OR
COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE
SUBJECT OF THIS
CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED
THIS CONTRACT AND BUYER'S
GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY
WITHOUT MODIFICATION.  ANY
ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR
REVISIONS OF THIS CONTRACT
(INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS)
WHICH SELLER PROPOSES WILL
BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE

55E850                                MSX International
Mailbox No.   M0089051   OTH    EDI Purchase Order - 850    CONTINUED
                                General Motors Corporation

EXTENT THAT BUYER EXPRESSLY
AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.
***** RIGHT TO AUDIT *****
BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER
GRANTS TO DELPHI AUTOMOTIVE ACCESS TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, CORRESPONDENCE
WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS,

Reference Numbers: FDS82781        PO Purchase Order Number

SE Selling Party    MSX INTERNATIONAL INC          13947000
                    1950 CONCEPT DR
                    WARREN, MI 480911385

BY Buying Party     DELPHI CORPORATION             36601FD2
                    DELPHI T&I-HEADQUARTERS
                    1401 CROOKS ROAD
                    VL MCGRATH
                    TROY,, MI 48084
                    248-655-0715

ST Ship To          DELPHI THERMAL & INTERIOR SYS. 36601S04
                    DELPHI CORPORATION
                    TROY ENGINEERING CENTER
                    1401 CROOKS RD.
                    TROY,, MI 480847106

BT Bill To          DELPHI THERMAL & INTERIOR      36601IKB
                    ATTN: KARYN BLAKELY
                    M/C 115 PH:248-655-0804
                    1401 CROOKS RD.
                    TROY,, MI 48084

000001  Baseline Item:  Qty Ordered: 1      U/M: EA   Unit Price:   6175
        IN Buyer's Item No.        PRA12424 001

http://apar.msxi.com/other/msx_apar/msxapar/000/011/633.txt
```

5/4/2010

5/4/2010

```
Product/Item Description:        Product Character Code:  F
Free-Form      FABRICATE ONE INSTRUMENT PANEL AND CONSOLE STAND.
Free-Form      BUILD OF TWO SHIPPING CRATES, AND REFURBISH THE
Free-Form      HYBRID CROSS CAR BEAM DISPLAY.
Free-Form      (REF. QTE# 20498)
Line Item Schedule:  Quantity:      .01    EA    Delivery Requested   07/19/05
Reference Numbers: PRA12424 001          PM    Part Number
        TAX CODE: C    TAX PERCENT:   0.00%
        WHO ORDERED: KB/B. MONTNEY 58492
```

Page - . . . 7
Date - . . .

55B850              MSX International
                    EDI Purchase Order - 850

# PURCHASE ORDER: FDS82782

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-655-0715
VL MCGRATH
Buyer

EC

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 07/11/05 | |

ALTERATION EFFECTIVE DATE

SHIP VIA
SUPPLIER DELIVERY

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106
US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084
US

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084
US

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

The order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | DESTINATION UNLESS OTHERWISE INDICATED | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | SP | **THIS ORDER HAS BEEN MECHANICALLY TRANSMITTED** | | | | | | | |
| | | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY. USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | | PLEASE ROUTE TO MARK TOMLIM | | | | | | | |
| | | | | | FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING PAYMENT, CALL KARYN BLAKELY ON 248-655-0804. | | | | | | | |
| 00001 | 1 | PRA12425 001 | | | POWER CINCHING STRIKER - REF. MSXI# 180114 WHO ORDERED: KB/J. HAMMINGA 58427 | | 07/19/05 180114 | 0.00% N | | 5707.6600 | | gre |
| | | | | | *** ALL INFORMATION FURNISHED OR MADE AVAILABLE BY THE BUYER TO SELLER OR TO ITS EMPLOYES OR SUB-CONTRACTORS IN CONNECTION WITH THE WORK AND SER-VICES TO BE PERFORMED FOR BUYER UNDER THIS PURCHASE ORDER, AND ALL INFORMATION GENERATED OR DEVELOPED BY SELLER OR ITS EMPLOYES, OR SUB-CONTRACTORS FOR BUYER SHALL BE TREATED AS CONFIDENTIAL BY SELLER AND ITS EMPLOYES AND SUBCONTRACTORS AND SHALL NOT BE DISCLOSED BY EMPLOYES AND SUB-CONTRACTORS TO ANYONE, EITHER IN WHOLE OR IN PART OR USED BY SELLER FOR ANY PURPOSES OTHER THAN IN CONNECTION WITH WORK OR SERVICES FOR BUYER, EXCEPT UPON WRITTEN | | | | | | | |

RECD JUL 18 2005

RECEIVED
one
JUL 2 5 2005

cc: sharma w.

CONTINUE PAGE 2

SND103 01/15/2003

005599   USER VICKI L MC GRATH                    ORIGINAL

# PURCHASE ORDER.

**PAGE** 2

**FDS82782**

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 07/11/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 248-655-0715
VL MCGRATH
EC                    Buyer

PURCHASING AGENT

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                    US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN:KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                         US

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084                         US

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

This order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are conditions and conditions to which Seller agrees by acceptance of this order. No other terms and conditions shall be binding upon Buyer unless agreed to in writing by Buyer's authorized representative. Any agreement between Buyer and Seller by or other agreement is in any way modifying any of said terms and conditions will be deemed upon by Buyer's authorized representative. Commercial Identification Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | | SHIP VIA |
| NET 2ND DAY OF 2ND MONTH | SP | DESTINATION UNLESS OTHERWISE INDICATED | SUPPLIER DELIVERY |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 005599 | | | | AUTHORIZATION BY BUYER. | | | | | | |
| | | | | | | | | | | |
| | | | | BY ACCEPTANCE OF THIS PURCHASE ORDER, SELLER HEREBY INDEMNIFIES AND AGREES TO HOLD DELPHI T & I HARMLESS AGAINST ANY AND ALL CLAIMS OR DEMANDS, OF ANY NATURE, WHICH ARISE OUT OF OR RESULT IN ANY WAY FROM THE PERFORMANCE OF THE SERVICES SPECIFIED IN THIS PURCHASE ORDER. THIS INDEMNIFICATION INCLUDES ALL ACTION OR OR NON-ACTION OF THE VENDOR AND IS NOT LIMITED. | | | | | | |
| | | | | | | | | | | |
| | | | | INSURANCE TERMS (IT): SPECIAL TERMS UNITED STATES. FOR PURPOSES OF THIS AGREEMENT,THE INSURANCE COVERAGE UNDER PARAGRAPH 17 ("INSURANCE") OF THE GENERAL TERMS AND CONDITIONS ARE AS FOLLOWS: (A) WORKERS' COMPEN- SATION,STATUTORY LIMITS FOR THE STATE(S) IN WHICH THIS CONTRACT IS TO BE PERFORMED (OR EVIDENCE OF AU- THORITY TO SELF INSURE); (B) EMPLOYER'S LIABILITY: $500,000 EACH ACCIDENT FOR BODILY INJURY BY ACCIDENT AND $500,000 EACH EMPLOYEE FOR BODILY INJURY BY DIS- EASE; (C) COMMERCIAL GENERAL LIABILITY ON AN OCCUR- RENCE FORM COVERING,LIABILITY ARISING FROM PREMISES, OPERATIONS, INDEPENDENT CONTRACTORS, PRODUCTS/COM- PLETED OPERATIONS, PERSONAL INJURY AND ADVERTISING INJURY, AND LIABILITY ASSUMED UNDER AN INSURED CON- TRACT- $5,000,000 EACH OCCURRENCE; AND (D) AUTOMOBILE | | | | | | |

ORIGINAL                    CONTINUE PAGE   3

USER VICKI L MC GRATH

SMDL03 07/15/2003

# PURCHASE ORDER: FDS82782

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 07/11/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 248-655-0715
VL MCGRATH
EC                        Buyer

PURCHASING AGENT

**SHIP TO:**
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                US

**INVOICE TO:**
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                     US

**TO:**
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the Terms and conditions to which Seller agrees by acceptance of this order.
This order, Seller's acceptance, and the conditions on the face hereof constitute the complete and final agreement between Buyer and Seller (a) in other agreement is any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Separate Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

SHIP VIA
SUPPLIER DELIVERY

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. SP | DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|

***** RIGHT TO AUDIT *****
LIABILITY (INCLUDING OWNED, NON-OWNED AND HIRED VEHICLES): $5,000,000 EACH ACCIDENT....(IT)

BY ACCEPTANCE OF THIS PURCHASE ORDER THE SELLER
GRANTS TO DELPHI AUTOMOTIVE ACCESS TO ALL PERTINENT
LEDGERS, PAYROLL DATA, BOOKS, RECORDS, CORRESPONDENCE
WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS,
VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF
AUDITING THE CHARGES AND/OR ALL ALLOCATIONS
RELATED TO THIS PURCHASE ORDER. SELLER FURTHER
AGREES, FOR THIS PURPOSE, TO PRESERVE ALL THE
ABOVE ENUMERATED DOCUMENTS FOR A PERIOD OF ONE
YEAR BEYOND FINAL PAYMENT HEREUNDER.

WORK DESCRIBED HEREON SHALL BE PERFORMED IN ACCORD-
ANCE WITH DELPHI CORPORATION CONSTRUCTION GENERAL
CONDITIONS, DELPHI SAFETY AND INTERIOR CONTRACTOR
SPECIFICATIONS AND THE SAFETY RULES AND PRECAUTIONS
ESTABLISHED BY DELPHI SAFETY AND INTERIOR SAFETY
DEPARTMENT. INSURANCE COVERAGES AND CERTIFICATION
REQUIREMENTS ARE SET FORTH ON THE REVERSE HEREON.

*********INDEPENDENT CONTRACTOR CLAUSE***********
IT IS EXPRESSLY UNDERSTOOD AND AGREED THAT THE
PERSONNEL FURNISHED BY SELLER TO PERFORM THE SERVICES

CONTINUE PAGE   4

ORIGINAL

SMDL03 01/15/2003

005599   USER VICKI L MC GRATH

# PURCHASE ORDER: FDS82782

PAGE 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoice.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.
Invoice Attn: Accounts Payable

PHONE: 248-655-0715
VL MCGRATH                    Buyer
EC

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 07/11/05 | | |

SHIP VIA
SUPPLIER DELIVERY

PURCHASING AGENT

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

TO:

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC
1950 CONCEPT DR
WARREN MI
48091-1385

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                    US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                         US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the *terms and conditions* in which Seller agrees by acceptance of this order. The terms and conditions may relate herein and in no other agreement is any way modifying any of the terms and conditions which is whole or in part. Buyer shall not be bound by any typewritten substitutions. Buyer reserves all rights.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | | |
|---|---|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DESCRIBED IN THIS PURCHASE ORDER SHALL BE AND REMAIN SELLER'S EMPLOYEES OR APPROVED SUB-CONTRACTORS, AND UNDER NO CIRCUMSTANCES ARE SUCH EMPLOYEES TO BE CONSIDERED BUYER'S EMPLOYEES OR AGENTS. SELLER ACKNOWLEDGES AND AGREES THAT THERE SHALL BE AN INDEPENDENT CONTRACTOR RELATIONSHIP BETWEEN THE SELLER AND THE BUYER AT ALL TIMES | | | | | | |
| | | | | SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA INTERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT ("SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS IS AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE, DELPHI.COM | | | | | | |

005599   USER VICKI L MC GRATH              ORIGINAL              CONTINUE PAGE   5

SMDL03 01/15/2003

# PURCHASE

## ORDER: FDS82782

PAGE 5

SMDL03 01/15/2003

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoice cases.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 248-655-0715 |
| 07/11/05 | VL MCGRATH |
| ALTERATION ISSUE DATE | EC          Buyer |
| ALTERATION EFFECTIVE DATE | |
| | PURCHASING AGENT |

SHIP VIA    SUPPLIER DELIVERY

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106
US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084
US

This order is not binding until accepted. Acceptance should be recorded on acknowledgment copy which should be returned to Buyer.
This seller, including its terms and conditions to which Seller agrees by acceptance of this order. If Buyer does not receive the terms and conditions, it will nevertheless be entitled to all rights provided by Buyer's acknowledgment or other transactions which will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representatives. See Contract Number is Shown Hereto, additional Terms and Conditions Attached Hereto Apply.

TO:
DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 13-947-0009
MSX INTERNATIONAL INC.
1950 CONCEPT DR
WARREN MI
48091-1385

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
| SP | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS. IF SELLER ACCEPT THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS) WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. TERMS AND CONDITIONS SEPTEMBER 2004, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |

ORIGINAL                    LAST PAGE

005599  USER VICKI L MC GRATH