# EXHIBIT C

# Calton, Judy B.

**From:** Winsten, I. W.
**Sent:** Friday, October 15, 2010 9:35 AM
**To:** Haffey, Cynthia J.
**Cc:** Calton, Judy B.; Fisher, Eric; DeVine, David
**Subject:** RE: Delphi v MSX

cindy:

where are we on msx?

we never received the proposed revised order you promised a week ago.

we also have never received the purchase orders we requested a month ago.

what gives?

bill


-----Original Message-----
From: Winsten, I. W.
Sent: Friday, October 01, 2010 7:07 AM
To: 'FISHERE@butzel.com'
Cc: Calton, Judy B.; 'haffey@butzel.com'
Subject: Re: Delphi v MSX


It has been over 2 weeks since our request and we still don't have the PO info from you.

This is yet another reason why it makes no sense for delphi to attempt to advance the briefing schedule when we still don't have this basic info you were suppose to provide on sept 7 in your proposed amended complaint.


Sent from my mobile.


----- Original Message -----
From: Winsten, I. W.
To: 'FISHERE@butzel.com' <FISHERE@butzel.com>
Cc: Calton, Judy B.; 'haffey@butzel.com' <haffey@butzel.com>
Sent: Wed Sep 22 11:25:52 2010
Subject: Re: Delphi v MSX

Eric, are you able to get us the purchase orders, or at least the PO numbers?

Sent from my mobile.


----- Original Message -----
From: Winsten, I. W.
To: 'FISHERE@butzel.com' <FISHERE@butzel.com>
Cc: Calton, Judy B.; 'haffey@butzel.com' <haffey@butzel.com>
Sent: Thu Sep 16 08:39:46 2010
Subject: Re: Delphi v MSX

Thx.

Sent from my mobile.

1

```
----- Original Message -----
From: Fisher, Eric <FISHERE@butzel.com>
To: Winsten, I. W.
Cc: Calton, Judy B.; Haffey, Cynthia J. <haffey@butzel.com>
Sent: Thu Sep 16 08:35:32 2010
Subject: Re: Delphi v MSX
```

Bill, We are looking into your request and conferring with the client. I will get back to you with our response. Thanks. --Eric

```
----- Original Message -----
From: Winsten, I. W. <IWinsten@honigman.com>
To: Fisher, Eric
Cc: Calton, Judy B. <jcalton@honigman.com>
Sent: Thu Sep 16 04:25:06 2010
Subject: Delphi v MSX
```

Eric, in follow up to our call, are you able to provide a list of purchase orders for the transfers covered by your amended complaint?

The schedule in your amended complaint only lists releases and, given the passage of time, it is very difficult for MSX to tie the releases to specific POs.

It would be great if we could get the PO numbers in the next few days .
Thanks.

Bill


Sent from my mobile.

**********************************************************************
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.
**********************************************************************

Confidential: This electronic message and all contents contain information from the law firm of Honigman Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately (313.465.7000) and destroy the original message and all copies.
**********************************************************************

To comply with U.S. Treasury Regulations: This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).


Confidentiality Statement:

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at

http://www.butzel.com

3