# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
   In re                       :   Chapter 11
                               :
DELPHI AUTOMOTIVE SYSTEMS LLC, :   Case No. 05-44640
                               :
              Debtor.          :
                               :
------------------------------ x

## NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES

PLEASE TAKE NOTICE that, on January 20, 2006, Delphi Automotive Systems LLC, debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed its Schedules of Assets and Liabilities (the "Schedules").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Debtor's Global Notes and Statement of Limitations,

10

Methodology and Disclaimer Regarding Debtors' Schedules and Statements, the Debtor hereby files certain amendments to its Schedules.

Dated: New York, New York
April 18, 2006

                    SKADDEN, ARPS, SLATE, MEAGHER
                      & FLOM LLP

                    By: /s/ John Wm. Butler, Jr.
                       John Wm. Butler, Jr.
                       John K. Lyons
                       Ron E. Meisler
                  333 West Wacker Drive, Suite 2100
                  Chicago, Illinois 60606
                  (312) 407-0700

                          - and -

                    By: /s/ Kayalyn A. Marafioti
                       Kayalyn A. Marafioti (KM 9632)
                       Thomas J. Matz (TM 5986)
                  Four Times Square
                  New York, New York 10036
                  (212) 735-3000

                  Attorneys for Delphi Corporation, et al.,
                      Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                 :

In re                            :    Chapter 11

DELPHI AUTOMOTIVE SYSTEMS  :    Case No. 05-44640 (RDD)
LLC,                            :
                                 :    (Jointly Administered)

        Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES

                      John Wm. Butler, Jr. (JB 4711)
                      John K. Lyons (JL 4951)
                      Ron E. Meisler (RM 3026)
                      SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP
                      333 West Wacker Drive, Suite 2100
                      Chicago, Illinois 60606
                      (312) 407-0700

                          - and -

                      Kayalyn A. Marafioti (KM 9632)
                      Thomas J. Matz (TM 5986)
                      SKADDEN, ARPS, SLATE, MEAGHER
                         & FLOM LLP
                      Four Times Square
                      New York, New York 10036
                      (212) 735-3000

                      Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems LLC
Case No. 05-44640

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled Assets | Amounts Scheduled Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $ 540,025,488 | | |
| B - Personal Property | YES | 6 | $ 7,593,402,321 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 1,264,341 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $ - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 194 | | $ 5,525,182,675 | |
| G - Executory Contracts and Leases | YES | 7 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J - Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 210 | | | |
| | | Total Assets | $ 8,133,427,809 | | |
| | | | Total Liabilities | $ 5,526,447,015 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in the amendment filed on February 1, 2006 or in this filing.