# EXHIBIT H

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481-rdd

- - - - - - - - - - - - - - - - - - - -x


In the matter of:


DPH HOLDINGS CORP., et al.,


        Reorganized Debtors.


- - - - - - - - - - - - - - - - - - - -x


        United States Bankruptcy Court

        One Bowling Green

        New York, New York


        April 1, 2010

        10:44 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

```
                                                                    2
 1
 2    HEARING re Reorganized Debtors' Emergency Motion for Order
 3    Under Section 105(a) of the Bankruptcy Code, Fed. R. Bankr. P.
 4    7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) Extending
 5    Deadline to Serve Process for Certain Avoidance Actions
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Transcribed by:  Lisa Bar-Leib
```

```
                                                                    3
 1

 2    A P P E A R A N C E S :

 3    BUTZEL LONG P.C.

 4         Attorneys for DPH Holdings Corp., Reorganized Debtors

 5         380 Madison Avenue

 6         22nd Floor

 7         New York, NY 10017

 8

 9    BY:  ERIC B. FISHER, ESQ.

10

11    TOGUT, SEGAL & SEGAL LLP

12         Attorneys for DPH Holdings Corp., Reorganized Debtors

13         One Penn Plaza

14         New York, NY 10110

15

16    BY:  DANIEL F.X. GEOGHAN, ESQ.

17

18    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

19         Attorneys for Kostal of America Inc. and also Kostal

20          Mexicana S.A. de C.V.

21         150 West Jefferson

22         Suite 2500

23         Detroit, MI 48226

24

25    BY:  DONALD J. HUTCHINSON, ESQ.
```

```
                                                                    4
 1
 2    ROBINSON & COLE LLP
 3         Attorneys for Prudential Relocation, Prudential Relocation
 4           Incorporated, Prudential Relocation International
 5         1055 Washington Boulevard
 6         9th Floor
 7         Stamford, CT 06901
 8
 9    BY:  NATHAN C. ZEZULA, ESQ.
10
11    HONIGMAN MILLER SCHWARTZ & COHN LLP
12         Attorneys for Affinia Canada Corp., Itapsa S.A. de C.V., a
13           Mexican company, and Wix Filtration Products Europe
14           Limited and Valeo Schalter und Sensoren GMBH
15         2290 First National Building
16         660 Woodward Avenue
17         Detroit, MI 48226
18
19    BY:  JUDY B. CALTON, ESQ.
20
21
22
23
24
25
```

                                                                    13

1   procedures specifies that any party may apply for relief from

2   that order.  And any foreign defendant served after that order

3   -- after a case management order is entered with regard to

4   these cases can seek relief certainly on the grounds that they

5   had not been served and thus were not a party to these cases --

6           THE COURT:  Well, would they even have to seek relief

7   if they're not a party?  I mean, it's odd to say that they'd be

8   bound if they're not party to an adversary proceeding that's

9   been --

10          MR. FISHER:  Your Honor, the purpose --

11          THE COURT:  -- served yet.

12          MR. FISHER:  -- of the case management order, of

13  course, is to have uniform procedures in place that expedite

14  these cases --

15          MR. FISHER:  So as a practical matter, it would seem

16  to me that they would want to participate in the hearing,

17  although with regard to deadlines and such, obviously those

18  deadlines would have to run from service, right?  They wouldn't

19  be running from the filing of the complaint.

20          MR. FISHER:  That's correct, Your Honor.

21          THE COURT:  Okay.

22          MR. FISHER:  And certainly, if any of the objectants'

23  counsel wishes to consent to service and be heard on April

24  22nd, that certainly would simplify matters greatly.

25          THE COURT:  You would not preclude any of these