HONIGMAN MILLER SCHWARTZ AND COHN LLP
I. W. Winsten (P30528)
Jason R. Abel (P70408)
Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

*Attorneys for Affinia Group Holdings Inc.*
*and Brake Parts Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :    Chapter 11
                                                    :    Case No. 05-44481 (RDD)
            DPH HOLDINGS CORP, *et al.,*             :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
DELPHI AUTOMOTIVE SYSTEMS, LLC,                     :
                                                    :
            Plaintiff,                               :    Adv. Pro. No. 07-02198 (RDD)
                                                    :
v.                                                  :
                                                    :
AFFINIA GROUP HOLDINGS INC.,                        :
and BRAKE PARTS INC.,                               :
                                                    :
            Defendants.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, I caused to be electronically filed *Affinia Group Holdings Inc.'s and Brake Parts Inc.'s Brief in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints* using the ECF system which will send notification of such filing to the following:

- J. Ted Donovan     TDonovan@Finkgold.com,
  David@Finkgold.com;CClarke@Gwfglaw.com

- David B. Aaronson     david.aaronson@dbr.com

- Elizabeth Abdelmasieh     elizabeth@regencap.com

- Marc Abrams     maosbny@willkie.com, mabrams@willkie.com

- Letitia Accarrino     Laccarrino@wilentz.com

- Franklin C. Adams     franklin.adams@bbklaw.com

- Robert H. Adams     rha@hsy.com, cpm@hsy.com;mjb@hsy.com

- Jennifer L. Adamy     bankruptcy@goodwin.com

- David J. Adler     dadler@mccarter.com

- Michael J. Alerding     malerding@binghammchale.com

- Derek P. Alexander     dalexand@debevoise.com, pacer@gruss.com

- Joseph W. Allen     jallen@jaeckle.com

- Christopher A. Andreoff     candreoff@jaffelaw.com

- Philip D. Anker     philip.anker@wilmerhale.com

- Joel D. Applebaum     japplebaum@clarkhill.com

- Allison R. Bach     abach@dickinsonwright.com

- Stephen M. Bales     sbales@zieglermetzger.com

- C. David Bargamian     dbargamian@bsdd.com

- Courtney Engelbrecht Barr     cbarr@lockelord.com, docket@lockelord.com

- Leslie S. Barr     lbarr@windelsmarx.com, theston@windelsmarx.com

- William J. Barrett     william.barrett@bfkn.com

- David S. Barritt     barritt@chapman.com

- William M. Barron     wbarron@sgrlaw.com,
  dbarron@sgrlaw.com;pchoi@sgrlaw.com;SHOOPER-HAMERSLEY@sgrlaw.com

- Donald F. Baty     dbaty@honigman.com

- Douglas P. Baumstein     dbaumstein@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

- Peter Nils Baylor    pnb@nutter.com

- Ronald Scott Beacher    rbeacher@daypitney.com

- W. Robinson Beard    jkirk@stites.com

- Thomas M. Beeman    tom@beemanlawoffice.com

- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

- Ryan B. Bennett    rbennett@kirkland.com,
  pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com
  ;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.co
  m

- Neil Matthew Berger    neilberger@teamtogut.com,
  abrogan@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamto
  gut.com;dcahir@teamtogut.com;kackerman@teamtogut.com;mhamersky@teamtogut.co
  m;nmoss@teamtogut.com;klaverde@teamtogut.com;hhuget@teamtogut.com

- Leslie Ann Berkoff    lberkoff@moritthock.com

- Richard J. Bernard    rbernard@bakerlaw.com

- Jeffrey Bernstein    jbernstein@mdmc-law.com, malimario@mdmc-law.com

- Harold S. Berzow    hberzow@rmfpc.com

- Daniel B. Besikof    dbesikof@loeb.com

- Brendan G. Best    ssalinas@dykema.com

- Beth Ann Bivona    bbivona@damonmorey.com,
  wsavino@damonmorey.com;mbrennan@damonmorey.com

- Christopher B. Block    cblock@gordonrees.com

- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

- Florence Bonaccorso-Saenz    florence.saenz@la.gov

- Charles E. Boulbol    rtrack@msn.com

- Claude R. Bowles    crb@gdm.com, shm@gdm.com

- Jordan Brackett    jbrackett@fklaw.com, vgarvey@fklaw.com

- Eliza K. Bradley    ebradley@robergelaw.com

- Kate M. Bradley    kbradley@brouse.com, jhickey@brouse.com

- William M. Braman    wbraman@meplegal.com

- Beverley S. Braun     bbraun@jaeckle.com

- Allan S. Brilliant     allan.brilliant@dechert.com

- Lynn M. Brimer     lbrimer@stroblpc.com, sfraser@stroblpc.com

- Timothy W. Brink     timothy.brink@dlapiper.com

- Timothy T. Brock     tbrock@ssbb.com;tlewis@ssbb.com;asnow@ssbb.com;managingclerk@ssbb.com

- James L. Bromley     maofiling@cgsh.com

- Mark A. Broude     mark.broude@lw.com, peter.gilhuly@lw.com

- Robert F. Brown     rbrown@rendigs.com

- William J. Brown     khatch@phillipslytle.com

- Lee B. Brumitt     lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

- Adam D. Bruski     adbruski@lambertleser.com

- Daniel E. Bruso     dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

- Jacob Buchdahl     jbuchdahl@susmangodfrey.com

- Deborah M. Buell     maofiling@cgsh.com

- Douglas J. Buncher     dbuncher@neliganlaw.com, snash@neliganlaw.com;sklein@neliganlaw.com

- Martin G. Bunin     marty.bunin@alston.com

- Kevin J. Burke     kburke@cahill.com

- Brent Adam Burns     bburns@babfirm.com

- Michael G. Busenkell     mbusenkell@wcsr.com, pgroff@wcsr.com

- John Wm. Butler     jbutler@skadden.com

- Dan E. Bylenga     ecf-deby@rhoadesmckee.com, ecf@rhoadesmckee.com

- Christopher M. Cahill     ccahill@clarkhill.com

- Aaron R. Cahn     cahn@clm.com

- Robert A. Calinoff     rcalinoff@candklaw.com

- Judy B. Calton     jcalton@honigman.com

- Paul W. Carey     bankrupt@modl.com, pwcarey@modl.com

- Scott Cargill     scargill@lowenstein.com, msavetsky@lowenstein.com
- James C. Carignan     carignanj@pepperlaw.com;custerm@pepperlaw.com
- Eric D. Carlson     carlson@millercanfield.com
- James S. Carr     KDWBankruptcyDepartment@kelleydrye.com
- D. Christopher Carson     ccarson@burr.com
- Michelle Carter     mcarter@kslaw.com, pwhite@kslaw.com;;dmeadows@kslaw.com
- Erin M. Casey     erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com
- Linda J. Casey     caseyl@pepperlaw.com,
  jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
- Michael Cassell     mcassell@lefkowitzhogan.com
- Katherine R. Catanese     kcatanese@foley.com
- Ben T. Caughey     ben.caughey@icemiller.com
- George B. Cauthen     george.cauthen@nelsonmullins.com,
  brook.wright@nelsonmullins.com
- Babette A. Ceccotti     bceccotti@cwsny.com, ecf@cwsny.com
- Michael J. Chapman     mchapman@rendigs.com
- Sarah B. Chapman Carter     scarter@pselaw.com
- Erik G. Chappell     egc@lydenlaw.com
- J Eric Charlton     echarlton@hiscockbarclay.com
- Conrad Chiu     cchiu@daypitney.com
- Gloria M. Chon     gloria.chon@kkue.com
- Joseph L. Clasen     jclasen@rc.com, sgleason@rc.com;tgorrell@rc.com
- David D. Cleary     mkhambat@dl.com
- Marvin E. Clements     agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb     tscobb@vorys.com, cdfricke@vorys.com
- Michael A. Cohen     macohen@kirkland.com
- Theodore A. Cohen     tcohen@smrh.com, amontoya@sheppardmullin.com

- Mark B. Conlan    mconlan@gibbonslaw.com

- Dennis J. Connolly    dconnolly@alston.com

- Susan M. Cook    smcook@lambertleser.com

- Jesse Cook-Dubin    jcookdubin@vorys.com, cdfricke@vorys.com

- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

- Joseph N. Cordaro    joseph.cordaro@usdoj.gov

- Joseph Corneau    jcorneau@klestadt.com

- Trent P. Cornell    tcornell@stahlcowen.com

- Thomas W. Cranmer    cranmer@millercanfield.com,
  rouman@millercanfield.com;christenson@millercanfield.com

- David N. Crapo    dcrapo@gibbonslaw.com

- Tyson A. Crist    tcrist@szd.com, estoller@szd.com

- Maureen A. Cronin    mao-ecf@debevoise.com

- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com

- Gary H. Cunningham    gcunningham@gmhlaw.com

- Louis A. Curcio    lcurcio@sonnenschein.com

- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com

- Jeannine D'Amico    jeannine.damico@cwt.com

- Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com

- Michael R. Dal Lago    , bankruptcy@morrisoncohen.com

- Michael S. Davis    mdavis@zeklaw.com,
  mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

- Carina M. De La Torre    carina@kellermacaluso.com

- James J. DeCristofaro    james.decristofaro@lovells.com

- Karen Veronica DeFio    kdefio@bsk.com, kdoner@bsk.com;tayers@bsk.com

- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com

- J. Michael Debbeler    mdebbeler@graydon.com

- Robert Dehney    rdehney@mnat.com,
  cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights
  @mnat.com

- Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com

- John P. Dillman    houston_bankruptcy@publicans.com

- Gianni Dimos    gianni.dimos@pillsburylaw.com

- Karen Dine    karen.dine@pillsburylaw.com

- Ira S. Dizengoff    idizengoff@akingump.com,
  afreeman@akingump.com;rwininger@akingump.com;blaylocka@akingump.com;cketter
  @akingump.com;apreis@akingump.com;jnewdeck@akingump.com;rcohen@akingump.
  com;dkaloudis@akingump.com;cgreen@akingump.com;dkrasa-
  berstell@akingump.com;acaleca@akingump.com

- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com

- Amish R. Doshi    adoshi@daypitney.com

- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

- Jeremy M. Downs    jeremy.downs@goldbergkohn.com,
  kristina.bunker@goldbergkohn.com

- Daniel D. Doyle    ddoyle@spencerfane.com,
  kcollier@spencerfane.com;tswhite@spencerfane.com

- David G. Dragich    ddragich@harringtondragich.com

- David B. Draper    ddraper@terra-law.com

- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Robert W. Dremluk    rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,dchristian@seyfarth.com,

- Seth A. Drucker    sdrucker@honigman.com

- David W. Dykhouse    mcobankruptcy@pbwt.com

- Frank L. Eaton    featon@whitecase.com,
  mresnicoff@whitecase.com;lbegy@whitecase.com

- Daniel Egan    daniel.egan@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Gayle Ehrlich    gehrlich@sandw.com, etordiglione@sandw.com
- Robert L. Eisenbach    reisenbach@cooley.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Roger Elder    roger.elder@pillsburylaw.com
- Judith Elkin    judith.elkin@haynesboone.com, paul.fabsik@haynesboone.com
- Paige Leigh Ellerman    ellerman@taftlaw.com, docket@taftlaw.com
- Kristin Elliott    kelliott@kelleydrye.com
- Rex H. Elliott    loris@cooperelliott.com
- Alyssa Englund    aenglund@orrick.com
- Michael R. Enright    menright@rc.com
- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Margot Erlich    margot.erlich@pillsburylaw.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com, sdarling@connellfoley.com
- Marc Falcone    mfalcone@paulweiss.com
- Eugene I. Farber    efarber747@aol.com
- Kathleen A. Farinas    kf@lgrslaw.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- David D. Farrell    dfarrell@thompsoncoburn.com
- William L. Farris    farrisw@sullcrom.com
- Bonnie Glantz Fatell    fatell@blankrome.com
- Oscar B. Fears    bfears@law.ga.gov
- Benjamin D. Feder    KDWBankruptcyDepartment@kelleydrye.com
- Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
- Ilene J. Feldman    collinsfeldman@aol.com

- Richard L. Ferrell    Ferrell@taftlaw.com

- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

- Eric Fisher    fishere@butzel.com, richarda@butzel.com

- Elizabeth K. Flaagan    eflaagan@faegre.com

- Jonathan L. Flaxer    jflaxer@golenbock.com,
  ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com

- Daniel A. Fliman    dfliman@kasowitz.com, courtnotices@kasowitz.com

- Paul C. Foley    foley@mountaindearborn.com

- Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

- Edward M. Fox    edward.fox@klgates.com

- Shawn Randall Fox    sfox@mcguirewoods.com, tcollins@mcguirewoods.com

- Joseph D. Frank    jfrank@fgllp.com,
  ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

- Mark S. Frankel    mfrankel@couzens.com

- Thomas M. Franklin    tmflaw@swbell.net

- Edward A. Friedman    efriedman@fklaw.com, vgarvey@fklaw.com

- Michael Friedman    mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com

- Scott J. Friedman    sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

- Patricia B. Fugee    pfugee@ralaw.com, mskotynsky@ralaw.com

- Lars H. Fuller    lfuller@rothgerber.com

- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

- GE Commercial Materials

- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

- James Gadsden    bankruptcy@clm.com

- James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

- Victoria D. Garry    vgarry@ag.state.oh.us

- Joanne Gelfand    joanne.gelfand@akerman.com

- Yann Geron    ygeron@foxrothschild.com

- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

- Karen Giannelli    kgiannelli@gibbonslaw.com

- Leo J. Gibson    lgibson@bsdd.com

- A. Spencer Gilbert    sgilbert@asgilbert.com, kimwolford@asgilbert.com

- Celeste R. Gill    gillc1@michigan.gov

- Joseph M. Gitto    jgitto@nixonpeabody.com

- Rozanne M. Giunta    rmgiunta@lambertleser.com

- Eduardo J. Glas    eglas@mccarter.com

- Jeffrey R. Gleit    jgleit@kasowitz.com,
  courtnotices@kasowitz.com;cciuffani@kasowitz.com

- Larry Ivan Glick    llick@shutts.com

- Ronald L. Glick    rlg@stevenslee.com

- Dean M. Gloster    dgloster@fbm.com

- Matthew Alexander Gold    courts@argopartners.net

- Eric D. Goldberg    egoldberg@Stutman.com

- Scott R. Goldberg    sgoldber@quarles.com

- Thomas D. Goldberg    tdgoldberg@dbh.com

- Scott A. Golden    sagolden@hhlaw.com

- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

- Robert D. Gordon    rgordon@clarkhill.com

- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

- Gary A. Gotto    ggotto@krplc.com

- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com

- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

- Jeffrey J. Graham    jgraham@taftlaw.com,
  ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

- Corey D. Grandmaison    corgra@bkf-law.com, aijhal@bkf-law.com

- Jonathan S. Green    greenj@millercanfield.com

- John T. Gregg    jgregg@btlaw.com

- Lisa S. Gretchko    lgretchko@howardandhoward.com,
  dbrandon@howardandhoward.com

- Thomas Parker Griffin    pgriffin@babc.com

- Emanuel C. Grillo    egrillo@goodwinprocter.com

- David M. Grogan    dgrogan@slk-law.com

- Stephen H. Gross    rcipollaro@hodgsonruss.com

- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

- Janice Beth Grubin    jgrubin@tnsj-law.com, snobles@tnsj-law.com

- Kevin Grzelak    phcdelphi@priceheneveld.com

- Peter J. Gurfein    pgurfein@lgbfirm.com, cscott@lgbfirm.com

- Elizabeth A. Haas    info@thehaaslawfirm.com

- Cynthia J. Haffey    haffey@butzel.com

- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-
  ecf@debevoise.com

- Dennis M. Haley    dhaley@winegarden-law.com

- Alan D. Halperin    ahalperin@halperinlaw.net,
  lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

- Michael C. Hammer    mchammer2@dickinsonwright.com

- Marc B. Hankin    mhankin@jenner.com, docketing@jenner.com

- William J. Hanlon    whanlon@seyfarth.com

- Kristopher M. Hansen    insolvency2@stroock.com

- Jill M. Hartley    jh@previant.com

- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

- Bruce A. Harwood    bharwood@sheehan.com,
  ntoli@sheehan.com;nhbankruptcycourt@sheehan.com

- Lonie A. Hassel    lah@groom.com

- William M. Hawkins     whawkins@loeb.com,
  sorszula@loeb.com;jjensen@dimontelaw.com

- Nava Hazan     nhazan@mwe.com

- Ryan D. Heilman     rheilman@schaferandweiner.com

- Ira L. Herman     ira.herman@tklaw.com,
  orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

- Neil E. Herman     Nherman@morganlewis.com

- Brian S. Hermann     bhermann@paulweiss.com

- Jennifer B. Herzog     jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

- William Heuer     wheuer@duanemorris.com

- Robert M. Hirsh     hirsh.robert@arentfox.com, constantino.nova@arentfox.com

- Shannon E. Hoff     mstinson@burr.com

- Marie Polito Hofsdal     marie.hofsdal@wilsonelser.com

- Albert L. Hogan     al.hogan@skadden.com, chdocket@skadden.com

- Evan C. Hollander     ehollander@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

- Pamela Smith Holleman     pholleman@sandw.com

- Casey B. Howard     choward@lockelord.com

- Patrick Howell     phowell@whdlaw.com, tmichalak@whdlaw.com;dprim@whdlaw.com

- John R. Humphrey     jhumphrey@taftlaw.com,
  jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

- P. Warren Hunt     pwh@krwlaw.com

- John J. Hunter     jrhunter@hunterschank.com,
  sharonaldrich@hunterschank.com;mcraig@hunterschank.com

- Jay W. Hurst     jay.hurst@oag.state.tx.us

- Donald J. Hutchinson     hutchinson@millercanfield.com

- Roland Hwang     hwangr@michigan.gov

- Mark S. Indelicato     mindelicato@hahnhessen.com,
  eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpat
  wardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com;l
  schlussel@hahnhessen.com;jsmith@hahnhessen.com;kprimm@hahnhessen.com

- Michael J. Jacobs    mjacobs@hbss.net

- Gary S. Jacobson    gjacobson@heroldlaw.com

- Susan Jennik    sjennik@kjmlabor.com

- Nan E. Joesten    njoesten@fbm.com

- Mary L. Johnson    msternstein@sheppardmullin.com

- Roger G. Jones    rjones@bccb.com

- Richard Josephson    basargent@stoel.com

- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

- David J. Jurkiewicz    djurkiewicz@boselaw.com, mwakefield@boselaw.com

- Allen G. Kadish    kadisha@gtlaw.com, cusumanod@gtlaw.com

- Robert G. Kamenec    rkamenec@plunkettcooney.com

- Dana P. Kane    lsi@liquiditysolutions.com

- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

- Andrew C. Kassner    andrew.kassner@dbr.com

- William M. Katich    wkatich@atg.state.il.us

- Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

- Jordan Kaye    jkaye@kramerlevin.com

- Barry M. Kazan    Barry.Kazan@ThompsonHine.com

- Patrick J. Keating    pkeating@bdblaw.com

- David Kennedy    david.kennedy2@usdoj.gov

- Thomas M. Kennedy    tkennedy@kjmlabor.com, sjennik@kjmlabor.com

- Michael P. Kessler    ,
  plee@dl.com;haaronson@dl.com;lsaal@dl.com;kkeen@dl.com;pbrodnicki@dl.com

- Jocelyn Keynes    jkeynes@halperinlaw.net

- Jocelyn Keynes    jk@stevenslee.com

- Ron Kilgard    BankruptcyECF@krplc.com

- Tami Hart Kirby    tkirby@porterwright.com

- Myron Kirschbaum    mkirschbaum@kayescholer.com

- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

- Jeremy C. Kleinman    jkleinman@fgllp.com

- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

- Brandi P. Klineberg    bklineberg@moritthock.com

- Anthony J. Kochis    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

- Howard Koh    hkoh@meisterseelig.com

- Seth F. Kornbluth    skornbluth@herrick.com

- Alan M. Koschik    akoschik@brouse.com

- Lawrence J. Kotler    ljkotler@duanemorris.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Stuart A. Krause    skrause@zeklaw.com

- Julia S. Kreher    rleek@hodgsonruss.com;jthoman@hodgsonruss.com

- Sarah Quinn Kuhny    sarah.kuhny@btlaw.com

- Patrick J. Kukla    pkukla@carsonfischer.com

- Duane Kumagai    dkumagai@rutterhobbs.com

- Glenn M. Kurtz    gkurtz@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com

- Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com

- Robinson B. Lacy    Lacyr@sullcrom.com

- Darryl S. Laddin    bkrfilings@agg.com,
  frank.white@agg.com;billie.robinson@agg.com

- Ralph L. Landy    landy.ralph@pbgc.gov, efile@pbgc.gov

- Stuart A. Laven    slaven@bfca.com

- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com

- James Michael Lawniczak    jlawniczak@calfee.com

- Harlan Mitchell Lazarus    hmllaw@att.net, hmllaw@att.net

- David H. Lee    dlee@nixonpeabody.com

- Thomas A. Lee    notices@becket-lee.com

- Alexander B. Lees    ablees@wlrk.com

- David S. Lefere    davidl@bolhouselaw.com

- Eugene Leff    eleff@oag.state.ny.us

- Rachel Jeanne Lehr    rachel.lehr@dol.lps.state.nj.us

- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com

- Damon R. Leichty    damon.leichty@btlaw.com

- David S. Leinwand    dleinwand@avenuecapital.com

- Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

- David E. Lemke    david.lemke@wallerlaw.com,
  cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com
  ;bk@wallerlaw.com

- Joseph H. Lemkin    jhlemkin@duanemorris.com,
  tjsantorelli@duanemorris.com;dalvarado@duanemorris.com

- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

- Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

- Jonathan Levine    jlevine@akllp.com

- Kenneth M. Lewis    klewis@lewispllc.com

- Kim Martin Lewis    kim.lewis@dinslaw.com,
  john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

- Barry E. Lichtenberg    barrylichtenberg@sl-llp.com

- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

- David Liebov    liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com

- Carmen H. Lonstein    carmen.lonstein@bakernet.com

- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

- Dennis W. Loughlin    dloughlin@wnj.com, robinclark@wnj.com

- Daniel A. Lowenthal    dalowenthal@pbwt.com,
  mcobankruptcy@pbwt.com;bguiney@pbwt.com

- A. Peter Lubitz    plubitz@nyc.rr.com

- Donald K. Ludman    dludman@brownconnery.com

- Matthew J. Lund    kovskyd@pepperlaw.com

- Douglas L. Lutz    dlutz@fbtlaw.com, ahammerle@fbtlaw.com

- Christopher A. Lynch    clynch@reedsmith.com

- John H. Maddock    jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com

- Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

- John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

- Donald W. Mallory    dmallory@ctks.com, ddcass@ctks.com

- Richard Mancino    maosbny@willkie.com, rmancino@willkie.com

- Jacob A. Manheimer    jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

- Kayalyn A. Marafioti    kmarafio@skadden.com, John.Murphy@skadden.com

- Wendy G. Marcari    wmarcari@ebglaw.com

- Alan E. Marder    lgomez@msek.com

- Jeffrey S. Margolin    margolin@hugheshubbard.com

- Andrew L. Margulis    amargulis@ropers.com

- Kenneth S. Marks    kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

- Ilan Markus    ilan.markus@leclairryan.com

- John J. Marquess    jjm@legalcost.com

- Madison L. Martin    nashvillebankrupcyfilings@stites.com

- Gregory J Mascitti    gmascitti@nixonpeabody.com, roc.managing.clerk@nixonpeabody.com;sfoster@nixonpeabody.com

- Richard Gary Mason    rgmason@wlrk.com, calert@wlrk.com

- Victor J. Mastromarco    vmastromar@aol.com

- Kathleen Leicht Matsoukas    kmatsoukas@btlaw.com

- Deborah A. Mattison    dmattison@wcqp.com

- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com

- Alan S. Maza     mazaa@sec.gov

- Jil Mazer-Marino     jmazermarino@msek.com, kgiddens@msek.com

- Daniel P. Mazo     dpm@curtinheefner.com

- Aaron G. McCollough     amccollough@mcguirewoods.com

- Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

- Robert F. McDonough     ahatch@polsinelli.com;tbackus@polsinelli.com

- Ralph E. McDowell     rmcdowell@bodmanllp.com

- Frank McGinn     ffm@bostonbusinesslaw.com

- Lorraine S. McGowen     lmcgowen@orrick.com

- Terence McLaughlin     maosbny@willkie.com, tmclaughlin@willkie.com

- Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com

- Austin L. McMullen     amcmullen@babc.com

- Patrick E. Mears     patrick.mears@btlaw.com

- Derek F. Meek     dmeek@burr.com

- Barbara S Mehlsack     bmehlsack@gkllaw.com

- Timothy Mehok     timothy.mehok@hellerehrman.com

- Ron E. Meisler     rmeisler@skadden.com

- Richard G. Menaker     rmenaker@mhjur.com

- Marc B. Merklin     mmerklin@brouse.com

- Richard M. Meth     msteen@foxrothschild.com, mlsecf@gmail.com

- G. Christopher Meyer     cmeyer@ssd.com

- Sally Meyer     smeyer@madisonliquidity.com

- Merle C. Meyers     mmeyers@mlg-pc.com

- Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com

- Brian Parker Miller     parker.miller@alston.com

- Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

- W. Timothy Miller     miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

- Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

- Robert K. Minkoff    rminkoff@jefferies.com, mrichards@jefferies.com

- Benjamin Mintz    bmintz@kayescholer.com, daniel.bloom@kayescholer.com;maosbny@kayescholer.com

- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com

- James P. Moloy    jmoloy@boselaw.com

- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com

- Audrey E. Moog    amoog@hhlaw.com

- Brett S. Moore    bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;rmschechter@pbnlaw.com

- Brian F. Moore    bmoore@mccarter.com

- Gene T. Moore    gtmlaw@bellsouth.net

- James O. Moore    james.moore@dechert.com, james.moore@dechert.com

- Matthew P. Morris    matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com

- Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

- Lawrence F. Morrison    morrlaw@aol.com

- Sarah E. Morrison    sarah.morrison@doj.ca.gov

- Whitney L. Mosby    wmosby@binghammchale.com

- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com

- Alisa Mumola    alisa@contrariancapital.com

- James P. Murphy    murph@berrymoorman.com

- Robert D. Nachman    robert.nachman@bfkn.com

- Jason A. Nagi    jnagi@polsinelli.com

- Shannon Lowry Nagle    snagle@omm.com, bwajda@omm.com

- Stephen M. Nagle    stephen.nagle@oag.state.ny.us

- Bruce S. Nathan    bnathan@lowenstein.com

- David Neier     dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier     mneier@ibolaw.com
- Harold E. Nelson     hal@nlsg.com
- Michael R. Nestor     bankfilings@ycst.com
- Jill L. Nicholson     jmurch@foley.com, khall@foley.com
- Marie L. Nienhuis     pmitchell@bcblaw.net
- Timothy F. Nixon     tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Richard P. Norton     rnorton@hunton.com
- David John Nowaczewski     dnowaczewski@bodmanllp.com
- Kasey C. Nye     kasey.nye@quarles.com
- Michael P. O'Connor     mpolaw@aol.com
- Michael O'Hayer     mkohayer@aol.com
- Michael B. O'Neal     moneal@wnj.com
- Judy A. O'Neill     joneill@foley.com
- Martin P. Ochs     martin@oglaw.net
- Sean A. Okeefe     sokeefe@winthropcouchot.com
- Norman D. Orr     norman.orr@kkue.com
- Patrick J. Orr     porr@klestadt.com
- Lawrence E. Oscar     leoscar@hahnlaw.com, hlpcr@hahnlaw.com
- Karen Ostad     kostad@mofo.com
- Mark Russell Owens     mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Deirdre Woulfe Pacheco     dpacheco@wilentz.com, dpacheco@wilentz.com
- Isaac M. Pachulski     ipachulski@stutman.com
- Nicholas R. Pagliari     npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com
- Charles Palella     cpalella@kurzman.com
- Ingrid S. Palermo     ipalermo@bsk.com

- Sapna W. Palla    spalla@kayescholer.com,
  bmintz@kayescholer.com;maosbny@kayescholer.com

- George Panters    gpanteris@panterislaw.com

- Charles N. Panzer    cpanzer@sillscummis.com

- Lenard M. Parkins    lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com

- Richard J. Parks    rjp@pietragallo.com, kas2@pietragallo.com

- Barbra R. Parlin    barbra.parlin@hklaw.com

- Tiiara N.A. Patton    tpatton@calfee.com,
  nwheatley@calfee.com;jrobertson@calfee.com

- Melissa A. Pena    mapena@nmmlaw.com

- Anne J. Penachio    apenachio@pmlawllp.com;penachio.anne@gmail.com,
  fmalara@pmlawllp.com;bk@pmlawllp.com

- Geoffrey J. Peters    colnyecf@weltman.com

- Lowell Peterson    lpeterson@msek.com

- Ronald R. Peterson    rpeterson@jenner.com, docketing@jenner.com

- Robert A. Peurach    rpeurach@gdakmak.com

- Ed Phillips    ephillips@thurman-phillips.com

- Deborah J. Piazza    dpiazza@abramslaw.com, syoon@abramslaw.com

- Christine A.M. Pierpont    cpierpont@ssd.com

- Shone Pierre    florence.saenz@la.gov

- Oscar N. Pinkas    opinkas@sonnenschein.com

- Leslie A. Plaskon    leslieplaskon@paulhastings.com

- James A. Plemmons    jplemmons2@dickinsonwright.com

- Constantine Pourakis    cp@stevenslee.com

- Mark T. Power
  MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschn
  itzer@hahnhessen.com;jzawadzki@hahnhessen.com;kprimm@hahnhessen.com;nrigano
  @hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com;apapalexis@hahn
  hessen.com

- Susan Power-Johnston    sjohnston@cov.com

- Ronald S. Pretekin      pretekin@coollaw.com, piatt@coollaw.com

- Susan Przekop-Shaw      przekopshaws@michigan.gov

- Dennis E. Quaid      dquaid@fagelhaber.com

- Amanda Raboy      araboy@cov.com

- Thomas B. Radom      radom@butzel.com

- John J. Rapisardi      john.rapisardi@cwt.com,
  agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

- Craig V. Rasile      crasile@hunton.com,
  mtucker@hunton.com,adeboer@hunton.com,mmannering@hunton.com

- Dennis Jay Raterink      raterinkd@michigan.gov

- Gary O. Ravert      gravert@mwe.com

- Eric T. Ray      eray@balch.com

- Jo Christine Reed      jcreed@sonnenschein.com, rmillner@sonnenschein.com

- Margery N. Reed      mreed@duanemorris.com

- Lawrence R. Reich      reichlaw@aol.com

- Steven J. Reisman      sreisman@curtis.com,
  ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;mgalla
  gher@curtis.com;dching@curtis.com;njames@curtis.com;mgiugliano@curtis.com

- Lisa Pierce Reisz      lpreisz@vorys.com

- Susan Fuhrer Reiter      sreiter@mijb.com, sburick@mijb.com

- Kenneth A. Reynolds      kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Kenneth A. Reynolds      , jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Walter Reynolds      wreynolds@porterwright.com

- Jeffrey N. Rich      jeff.rich@klgates.com, nathanael.meyers@klgates.com

- Marc E. Richards      mrichards@blankrome.com

- Tracy E. Richardson      tracy.richardson@dol.lps.state.nj.us

- Paul J. Ricotta      pricotta@mintz.com

- Craig Philip Rieders      crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-
  law.com;bamron@gjb-law.com

- Sandra A. Riemer     sriemer@phillipsnizer.com, ddore@phillipsnizer.com

- Marianne Goldstein Robbins     MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

- Matthew R. Robbins     mrr@previant.com

- Elizabeth A. Roberge     eroberge@robergelaw.com

- H. Buswell Roberts     hbroberts@live.com, droberts1949@live.com

- Ronald L. Rose     rrose@dykema.com

- Scott D. Rosen     srosen@cb-shea.com

- Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com, mhindman@kilpatrickstockton.com

- Jeffrey A. Rosenthal     maofiling@cgsh.com

- David A. Rosenzweig     DRosenzweig@Fulbright.com

- David S. Rosner     dfliman@kasowitz.com;courtnotices@kasowitz.com

- David E. Roth     pdarby@bradleyarant.com

- Ira Rubin     norma@bizwoh.rr.com

- Robert B. Rubin     brubin@burr.com

- Peter S. Russ     peter.russ@bipc.com, donna.curcio@bipc.com

- Lyle D. Russell     lylerussell@magnusoft.com

- Maura I. Russell     dangiulo@dreierllp.com, ECFNotices@dreierllp.com

- Michael J. Rye     mrye@cantorcolburn.com, cmahler@cantorcolburn.com

- E. Todd Sable     tsable@honigman.com

- Chester B. Salomon     csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com

- Diane W. Sanders     austin.bankruptcy@publicans.com

- William A. Sankbeil     was@krwlaw.com

- Thomas P. Sarb     ecfsarbt@millerjohnson.com

- Robert V. Sartin     rsartin@fbtlaw.com, chruska@fbtlaw.com

- William F. Savino     wsavino@damonmorey.com

- Robert Scannell    rscannell@morganlewis.com

- Louis A. Scarcella    lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com

- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com

- Ilan D. Scharf    ischarf@pszjlaw.com

- Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

- James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

- Andrew W. Schilling    aschilling@fklaw.com, vgarvey@fklaw.com

- Michael Schlanger    michael@schlangerlegal.com, jeanne@schlangerlegal.com

- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com

- Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

- Sheila R. Schwager    srs@hteh.com

- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov

- Bryan I. Schwartz    bschwartz@lplegal.com

- Kathlyn Schwartz    kathlyn.schwartz@akerman.com

- Matthew L. Schwartz    matthew.schwartz@usdoj.gov

- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com

- Barry N. Seidel    seidelb@butzel.com

- Lon J. Seidman    filings@spallp.com, lseidman@silvermanacampora.com

- Howard Seife    arosenblatt@chadbourne.com

- Jay Selanders    jay.selanders@kutakrock.com

- Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com

- Dan Shaked    dan@shakedandposner.com

- Mark H. Shapiro    shapiro@steinbergshapiro.com

- Mary Kay Shaver    mkshaver@varnumlaw.com

- Brian L. Shaw    bshaw100@shawgussis.com

- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Howard S. Sher    howard@jacobweingarten.com

- David M. Sherbin    david.sherbin@delphi.com

- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

- Mark Sherrill    mark.sherrill@sablaw.com

- J. Christopher Shore    cshore@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinter
  s@whitecase.com;Lindsay.Leonard@ny.whitecase.com

- Robert J. Sidman    rjsidman@vorys.com, bkbowers@vorys.com

- Robert Sidorsky    sidorsky@butzel.com

- Glenn E. Siegel    Glenn.Siegel@dechert.com

- John D. Silk    silk@rbmchicago.com

- Aaron M. Silver    asilver@honigman.com

- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

- Wendy M. Simkulak    wmsimkulak@duanemorris.com

- Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

- John A. Simon    jsimon@foley.com

- Kate K. Simon    kate.simon@bingham.com

- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

- Joseph E. Simpson    jsimpson@hselaw.com

- Douglas S. Skalka    dskalka@npmlaw.com,
  ecrafts@npmlaw.com;bankruptcy@npmlaw.com

- Thomas R. Slome    lgomez@msek.com

- Richard G. Smolev    rsmolev@kayescholer.com, maosbny@kayescholer.com

- Abigail Snow    asnow@ssbb.com

- Jesse L. Snyder    jforstot@tpwlaw.com;mmuller@tpwlaw.com

- Marc P. Solomon    msolomon@burr.com

- Sean C. Southard    ssouthard@klestadt.com

- Paul H. Spaeth    spaethlaw@phslaw.com

- Robyn J. Spalter    notice@regencap.com
- Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
- Michael A. Spero    jspecf@sternslaw.com
- David Spiegel    david.spiegel@kirkland.com
- Byron C. Starcher    byron.starcher@nelsonmullins.com
- Stephen Z. Starr    sstarr@starrandstarr.com, schoi@starrandstarr.com
- Catherine Steege    csteege@jenner.com, jeffrey_cross@discovery.com
- Karen M. Steel    ksteel@schlaw.com
- Matthew B. Stein    mstein@sonnenschein.com
- Rick A. Steinberg    rsteinberg@ciardilaw.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Andrew W. Stern    astern@sidley.com
- Malani Sternstein    msternstein@sheppardmullin.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Joseph G. Strines    joseph.strines@dplinc.com
- James M. Sullivan    jsullivan@mosessinger.com
- Bobby Gerald Sumner    js@colawfirm.com, michelle@colawfirm.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Charles C. Swanekamp    cswanekamp@jaeckle.com, mbialy@jaeckle.com
- Marc N. Swanson    swansonm@millercanfield.com
- Paul Sweeney    psweeney@loganyumkas.com, jbeckman@loganyumkas.com
- Dona Szak    dszak@ajamie.com
- Douglas T. Tabachnik    dtabachnik@dttlaw.com

- Jeffrey L. Tanenbaum
  garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intls
  teel.com

- Roger L. Tarbutton     roger.tarbutton@jocogov.org, Lisa.wetzler@jocogov.org

- Samuel Jason Teele     jteele@lowenstein.com

- Jay Teitelbaum     jteitelbaum@tblawllp.com

- Louis J. Testa     ltesta@npmlaw.com, Bankruptcy@npmlaw.com

- Deborah L. Thorne     deborah.thorne@btlaw.com, kbruhnke@btlaw.com

- Richard S. Toder     rtoder@morganlewis.com

- Gordon J. Toering     gtoering@wnj.com

- Albert Togut     alcourt@teamtogut.com, kackerman@teamtogut.com

- Sheldon S. Toll     lawtoll@comcast.net

- Martin B. Tucker     mtucker@fbtlaw.com

- Debra S. Turetsky     dturetsky@reedsmith.com

- Ann Marie Uetz     auetz@foley.com

- Raymond J. Urbanik     rurbanik@munsch.com

- Robert Usadi     mmcloughlin@cahill.com

- Nina M. Varughese     varughesen@pepperlaw.com

- Shmuel Vasser     shmuel.vasser@dechert.com

- Lori V. Vaughan     , lkfloyd@trenam.com

- Frank F. Velocci     frank.velocci@dbr.com, andrew.groesch@dbr.com

- Michael J. Viscount     mviscount@foxrothschild.com

- Gary Vist     gvist@masudafunai.com, docketing@masudafunai.com

- Joseph J. Vitale     jvitale@cwsny.com

- Arthur T. Walsh     awalsh@nassauotb.com

- Sean M. Walsh     swalsh@gmhlaw.com

- Bryan R. Walters     brwalters@varnumlaw.com, tmgarber@varnumlaw.com

- Michael D. Warner     mwarner@coleschotz.com, klabrada@coleschotz.com

- Terence D. Watson    twatson@irasacks.com

- W. Clark Watson    cwatson@balch.com

- Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

- William P. Weintraub    wweintraub@fklaw.com,
  vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com

- Allison H. Weiss    aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com

- Jay Welford    jwelford@jaffelaw.com,
  dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

- Robert J. Welhoelter    rjwelho@gmail.com

- Elizabeth Weller    dallas.bankruptcy@publicans.com

- David A. Wender    david.wender@alston.com

- Michael R. Wernette    mwernette@schaferandweiner.com

- Karen Fagin White    kfwhite@cpmas.com

- Robert A White    rwhite@murthalaw.com

- Amy Williams-Derry    awilliams-derry@kellerrohrback.com,
  bellis@kellerrohrback.com;bspangler@kellerrohrback.com

- Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-
  lynch.com;hfried@damato-lynch.com

- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

- I.W. Winsten    iww@honigman.com

- Eric D. Winston    ericwinston@quinnemanuel.com

- Jeffrey C. Wisler    jcw@cblhlaw.com

- Robert A. Wolf    rwolf@ssd.com,
  POrlowski@ssd.com;afisher@ssd.com;rgreen@ssd.com

- Craig A. Wolfe    cwolfe@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com

- Douglas Wolfe    dwolfe@asmcapital.com

- Robert D. Wolford    ecfwolfordr@millerjohnson.com

- Scott A. Wolfson    swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

- Lee E. Woodard    bkemail@harrisbeach.com

- Kelly A. Woodruff    kwoodruff@fbm.com, svillalobos@fbm.com

- Jeffrey A. Wurst    JWURST@RMFPC.COM

- David Farrington Yates    fyates@sonnenschein.com

- Doron Yitzchaki    dyitzchaki@dickinsonwright.com

- Stephen L. Yonaty    syonaty@chwattys.com

- Kenneth S. Yudell    kyudell@aryllp.com

- German Yusufov    pcaocvbk@pcao.pima.gov

- Helen A. Zamboni    hzamboni@underbergkessler.com

- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Attorneys for Defendants Affinia Group Holdings, Inc., and Brake Parts, Inc.

By:  /s/ Judy B. Calton _____
       Judy B. Calton (P38733)
       2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone:  (313) 465-7344
Facsimile:  (313) 465-7345
e-mail:  jcalton@honigman.com

Dated: November 23, 2010

ACTIVE.8487457.1