HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
I.W. Winsten (P30528)
Jason R. Abel (P70408)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendant MSX International, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

_____/

DELPHI CORPORATION, et al.                     Chapter 11
                                               Case No. 05-44481 (RDD)
                                               Jointly Administered
_____/

DELPHI AUTOMOTIVE SYSTEMS, LLC

    Plaintiff,                                 Adv. Pro. No. 07-02484 (RDD)

Against

MSX INTERNATIONAL, INC.,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 23, 2010, I caused to be electronically filed *MSX International, Inc.'s Brief in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints* using the ECF system which will send notification of such filing to the following:

- J. Ted Donovan    TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com
- David B. Aaronson    david.aaronson@dbr.com

- Elizabeth Abdelmasieh    elizabeth@regencap.com
- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Letitia Accarrino    Laccarrino@wilentz.com
- Franklin C. Adams    franklin.adams@bbklaw.com
- Robert H. Adams    rha@hsy.com, cpm@hsy.com;mjb@hsy.com
- Jennifer L. Adamy    bankruptcy@goodwin.com
- David J. Adler    dadler@mccarter.com
- Michael J. Alerding    malerding@binghammchale.com
- Derek P. Alexander    dalexand@debevoise.com, pacer@gruss.com
- Joseph W. Allen    jallen@jaeckle.com
- Christopher A. Andreoff    candreoff@jaffelaw.com
- Philip D. Anker    philip.anker@wilmerhale.com
- Joel D. Applebaum    japplebaum@clarkhill.com
- Allison R. Bach    abach@dickinsonwright.com
- Stephen M. Bales    sbales@zieglermetzger.com
- C. David Bargamian    dbargamian@bsdd.com
- Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com
- Leslie S. Barr    lbarr@windelsmarx.com, theston@windelsmarx.com
- William J. Barrett    william.barrett@bfkn.com
- David S. Barritt    barritt@chapman.com
- William M. Barron    wbarron@sgrlaw.com, dbarron@sgrlaw.com;pchoi@sgrlaw.com;SHOOPER-HAMERSLEY@sgrlaw.com
- Donald F. Baty    dbaty@honigman.com
- Douglas P. Baumstein    dbaumstein@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Peter Nils Baylor    pnb@nutter.com
- Ronald Scott Beacher    rbeacher@daypitney.com
- W. Robinson Beard    jkirk@stites.com
- Thomas M. Beeman    tom@beemanlawoffice.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Ryan B. Bennett    rbennett@kirkland.com, pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com
- Neil Matthew Berger    neilberger@teamtogut.com, abrogan@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;dcahir@teamtogut.com;kackerman@teamtogut.com;mhamersky@teamtogut.com;nmoss@teamtogut.com;klaverde@teamtogut.com;hhuget@teamtogut.com
- Leslie Ann Berkoff    lberkoff@moritthock.com
- Richard J. Bernard    rbernard@bakerlaw.com
- Jeffrey Bernstein    jbernstein@mdmc-law.com, malimario@mdmc-law.com
- Harold S. Berzow    hberzow@rmfpc.com
- Daniel B. Besikof    dbesikof@loeb.com
- Brendan G. Best    ssalinas@dykema.com
- Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

2

- Christopher B. Block    cblock@gordonrees.com
- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com
- Florence Bonaccorso-Saenz    florence.saenz@la.gov
- Charles E. Boulbol    rtrack@msn.com
- Claude R. Bowles    crb@gdm.com, shm@gdm.com
- Jordan Brackett    jbrackett@fklaw.com, vgarvey@fklaw.com
- Eliza K. Bradley    ebradley@robergelaw.com
- Kate M. Bradley    kbradley@brouse.com, jhickey@brouse.com
- William M. Braman    wbraman@meplegal.com
- Beverley S. Braun    bbraun@jaeckle.com
- Allan S. Brilliant    allan.brilliant@dechert.com
- Lynn M. Brimer    lbrimer@stroblpc.com, sfraser@stroblpc.com
- Timothy W. Brink    timothy.brink@dlapiper.com
- Timothy T. Brock    tbrock@ssbb.com;tlewis@ssbb.com;asnow@ssbb.com;managingclerk@ssbb.com
- James L. Bromley    maofiling@cgsh.com
- Mark A. Broude    mark.broude@lw.com, peter.gilhuly@lw.com
- Robert F. Brown    rbrown@rendigs.com
- William J. Brown    khatch@phillipslytle.com
- Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com
- Adam D. Bruski    adbruski@lambertleser.com
- Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com
- Jacob Buchdahl    jbuchdahl@susmangodfrey.com
- Deborah M. Buell    maofiling@cgsh.com
- Douglas J. Buncher    dbuncher@neliganlaw.com, snash@neliganlaw.com;sklein@neliganlaw.com
- Martin G. Bunin    marty.bunin@alston.com
- Kevin J. Burke    kburke@cahill.com
- Brent Adam Burns    bburns@babfirm.com
- Michael G. Busenkell    mbusenkell@wcsr.com, pgroff@wcsr.com
- John Wm. Butler    jbutler@skadden.com
- Dan E. Bylenga    ecf-deby@rhoadesmckee.com, ecf@rhoadesmckee.com
- Christopher M. Cahill    ccahill@clarkhill.com
- Aaron R. Cahn    cahn@clm.com
- Robert A. Calinoff    rcalinoff@candklaw.com
- Judy B. Calton    jcalton@honigman.com
- Paul W. Carey    bankrupt@modl.com, pwcarey@modl.com
- Scott Cargill    scargill@lowenstein.com, msavetsky@lowenstein.com
- James C. Carignan    carignanj@pepperlaw.com;custerm@pepperlaw.com
- Eric D. Carlson    carlson@millercanfield.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- D. Christopher Carson    ccarson@burr.com
- Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com;;dmeadows@kslaw.com
- Erin M. Casey    erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

- Linda J. Casey    caseyl@pepperlaw.com, jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com
- Michael Cassell    mcassell@lefkowitzhogan.com
- Katherine R. Catanese    kcatanese@foley.com
- Ben T. Caughey    ben.caughey@icemiller.com
- George B. Cauthen    george.cauthen@nelsonmullins.com, brook.wright@nelsonmullins.com
- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com
- Michael J. Chapman    mchapman@rendigs.com
- Sarah B. Chapman Carter    scarter@pselaw.com
- Erik G. Chappell    egc@lydenlaw.com
- J Eric Charlton    echarlton@hiscockbarclay.com
- Conrad Chiu    cchiu@daypitney.com
- Gloria M. Chon    gloria.chon@kkue.com
- Joseph L. Clasen    jclasen@rc.com, sgleason@rc.com;tgorrell@rc.com
- David D. Cleary    mkhambat@dl.com
- Marvin E. Clements    agbanknewyork@ag.tn.gov
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Michael A. Cohen    macohen@kirkland.com
- Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com
- Mark B. Conlan    mconlan@gibbonslaw.com
- Dennis J. Connolly    dconnolly@alston.com
- Susan M. Cook    smcook@lambertleser.com
- Jesse Cook-Dubin    jcookdubin@vorys.com, cdfricke@vorys.com
- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com
- Joseph N. Cordaro    joseph.cordaro@usdoj.gov
- Joseph Corneau    jcorneau@klestadt.com
- Trent P. Cornell    tcornell@stahlcowen.com
- Thomas W. Cranmer    cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com
- David N. Crapo    dcrapo@gibbonslaw.com
- Tyson A. Crist    tcrist@szd.com, estoller@szd.com
- Maureen A. Cronin    mao-ecf@debevoise.com
- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com
- Gary H. Cunningham    gcunningham@gmhlaw.com
- Louis A. Curcio    lcurcio@sonnenschein.com
- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com
- Jeannine D'Amico    jeannine.damico@cwt.com
- Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com
- Michael R. Dal Lago    , bankruptcy@morrisoncohen.com
- Michael S. Davis    mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
- Carina M. De La Torre    carina@kellermacaluso.com
- James J. DeCristofaro    james.decristofaro@lovells.com
- Karen Veronica DeFio    kdefio@bsk.com, kdoner@bsk.com;tayers@bsk.com

4

- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com
- J. Michael Debbeler    mdebbeler@graydon.com
- Robert Dehney    rdehney@mnat.com, cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@mnat.com
- Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com
- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Gianni Dimos    gianni.dimos@pillsburylaw.com
- Karen Dine    karen.dine@pillsburylaw.com
- Ira S. Dizengoff    idizengoff@akingump.com, afreeman@akingump.com;rwininger@akingump.com;blaylocka@akingump.com;cketter@akingump.com;apreis@akingump.com;jnewdeck@akingump.com;rcohen@akingump.com;dkaloudis@akingump.com;cgreen@akingump.com;dkrasa-berstell@akingump.com;acaleca@akingump.com
- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com
- Amish R. Doshi    adoshi@daypitney.com
- Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com
- Jeremy M. Downs    jeremy.downs@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- Daniel D. Doyle    ddoyle@spencerfane.com, kcollier@spencerfane.com;tswhite@spencerfane.com
- David G. Dragich    ddragich@harringtondragich.com
- David B. Draper    ddraper@terra-law.com
- Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,
- Seth A. Drucker    sdrucker@honigman.com
- David W. Dykhouse    mcobankruptcy@pbwt.com
- Frank L. Eaton    featon@whitecase.com, mresnicoff@whitecase.com;lbegy@whitecase.com
- Daniel Egan    daniel.egan@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Gayle Ehrlich    gehrlich@sandw.com, etordiglione@sandw.com
- Robert L. Eisenbach    reisenbach@cooley.com
- David M. Eisenberg    deisenberg@ermanteicher.com
- Roger Elder    roger.elder@pillsburylaw.com
- Judith Elkin    judith.elkin@haynesboone.com, paul.fabsik@haynesboone.com
- Paige Leigh Ellerman    ellerman@taftlaw.com, docket@taftlaw.com
- Kristin Elliott    kelliott@kelleydrye.com
- Rex H. Elliott    loris@cooperelliott.com
- Alyssa Englund    aenglund@orrick.com
- Michael R. Enright    menright@rc.com

5

- Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Margot Erlich    margot.erlich@pillsburylaw.com
- Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com
- Stephen Vincent Falanga    sfalanga@connellfoley.com, sdarling@connellfoley.com
- Marc Falcone    mfalcone@paulweiss.com
- Eugene I. Farber    efarber747@aol.com
- Kathleen A. Farinas    kf@lgrslaw.com
- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
- David D. Farrell    dfarrell@thompsoncoburn.com
- William L. Farris    farrisw@sullcrom.com
- Bonnie Glantz Fatell    fatell@blankrome.com
- Oscar B. Fears    bfears@law.ga.gov
- Benjamin D. Feder    KDWBankruptcyDepartment@kelleydrye.com
- Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com
- Ilene J. Feldman    collinsfeldman@aol.com
- Richard L. Ferrell    Ferrell@taftlaw.com
- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
- Eric Fisher    fishere@butzel.com, richarda@butzel.com
- Elizabeth K. Flaagan    eflaagan@faegre.com
- Jonathan L. Flaxer    jflaxer@golenbock.com, ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com
- Daniel A. Fliman    dfliman@kasowitz.com, courtnotices@kasowitz.com
- Paul C. Foley    foley@mountaindearborn.com
- Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com
- Edward M. Fox    edward.fox@klgates.com
- Shawn Randall Fox    sfox@mcguirewoods.com, tcollins@mcguirewoods.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com
- Mark S. Frankel    mfrankel@couzens.com
- Thomas M. Franklin    tmflaw@swbell.net
- Edward A. Friedman    efriedman@fklaw.com, vgarvey@fklaw.com
- Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com
- Scott J. Friedman    sjfriedman@jonesday.com, ChicagoBRR@jonesday.com
- Patricia B. Fugee    pfugee@ralaw.com, mskotynsky@ralaw.com
- Lars H. Fuller    lfuller@rothgerber.com
- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com
- GE Commercial Materials
- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
- James Gadsden    bankruptcy@clm.com
- James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Joanne Gelfand    joanne.gelfand@akerman.com
- Yann Geron    ygeron@foxrothschild.com

- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com
- Karen Giannelli    kgiannelli@gibbonslaw.com
- Leo J. Gibson    lgibson@bsdd.com
- A. Spencer Gilbert    sgilbert@asgilbert.com, kimwolford@asgilbert.com
- Celeste R. Gill    gillc1@michigan.gov
- Joseph M. Gitto    jgitto@nixonpeabody.com
- Rozanne M. Giunta    rmgiunta@lambertleser.com
- Eduardo J. Glas    eglas@mccarter.com
- Jeffrey R. Gleit    jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com
- Larry Ivan Glick    llick@shutts.com
- Ronald L. Glick    rlg@stevenslee.com
- Dean M. Gloster    dgloster@fbm.com
- Matthew Alexander Gold    courts@argopartners.net
- Eric D. Goldberg    egoldberg@Stutman.com
- Scott R. Goldberg    sgoldber@quarles.com
- Thomas D. Goldberg    tdgoldberg@dbh.com
- Scott A. Golden    sagolden@hhlaw.com
- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com
- Robert D. Gordon    rgordon@clarkhill.com
- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com
- Gary A. Gotto    ggotto@krplc.com
- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com
- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com
- Jeffrey J. Graham    jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com
- Corey D. Grandmaison    corgra@bkf-law.com, aijhal@bkf-law.com
- Jonathan S. Green    greenj@millercanfield.com
- John T. Gregg    jgregg@btlaw.com
- Lisa S. Gretchko    lgretchko@howardandhoward.com, dbrandon@howardandhoward.com
- Thomas Parker Griffin    pgriffin@babc.com
- Emanuel C. Grillo    egrillo@goodwinprocter.com
- David M. Grogan    dgrogan@slk-law.com
- Stephen H. Gross    rcipollaro@hodgsonruss.com
- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com
- Janice Beth Grubin    jgrubin@tnsj-law.com, snobles@tnsj-law.com
- Kevin Grzelak    phcdelphi@priceheneveld.com
- Peter J. Gurfein    pgurfein@lgbfirm.com, cscott@lgbfirm.com
- Elizabeth A. Haas    info@thehaaslawfirm.com
- Cynthia J. Haffey    haffey@butzel.com
- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-ecf@debevoise.com
- Dennis M. Haley    dhaley@winegarden-law.com
- Alan D. Halperin    ahalperin@halperinlaw.net, lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

- Michael C. Hammer    mchammer2@dickinsonwright.com
- Marc B. Hankin    mhankin@jenner.com, docketing@jenner.com
- William J. Hanlon    whanlon@seyfarth.com
- Kristopher M. Hansen    insolvency2@stroock.com
- Jill M. Hartley    jh@previant.com
- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
- Bruce A. Harwood    bharwood@sheehan.com, ntoli@sheehan.com;nhbankruptcycourt@sheehan.com
- Lonie A. Hassel    lah@groom.com
- William M. Hawkins    whawkins@loeb.com, sorszula@loeb.com;jjensen@dimontelaw.com
- Nava Hazan    nhazan@mwe.com
- Ryan D. Heilman    rheilman@schaferandweiner.com
- Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman    Nherman@morganlewis.com
- Brian S. Hermann    bhermann@paulweiss.com
- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com
- William Heuer    wheuer@duanemorris.com
- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com
- Shannon E. Hoff    mstinson@burr.com
- Marie Polito Hofsdal    marie.hofsdal@wilsonelser.com
- Albert L. Hogan    al.hogan@skadden.com, chdocket@skadden.com
- Evan C. Hollander    ehollander@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- Pamela Smith Holleman    pholleman@sandw.com
- Casey B. Howard    choward@lockelord.com
- Patrick Howell    phowell@whdlaw.com, tmichalak@whdlaw.com;dprim@whdlaw.com
- John R. Humphrey    jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com
- P. Warren Hunt    pwh@krwlaw.com
- John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com
- Jay W. Hurst    jay.hurst@oag.state.tx.us
- Donald J. Hutchinson    hutchinson@millercanfield.com
- Roland Hwang    hwangr@michigan.gov
- Mark S. Indelicato    mindelicato@hahnhessen.com, eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com;lschlussel@hahnhessen.com;jsmith@hahnhessen.com;kprimm@hahnhessen.com
- Michael J. Jacobs    mjacobs@hbss.net
- Gary S. Jacobson    gjacobson@heroldlaw.com
- Susan Jennik    sjennik@kjmlabor.com
- Nan E. Joesten    njoesten@fbm.com
- Mary L. Johnson    msternstein@sheppardmullin.com
- Roger G. Jones    rjones@bccb.com

- Richard Josephson    basargent@stoel.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- David J. Jurkiewicz    djurkiewicz@boselaw.com, mwakefield@boselaw.com
- Allen G. Kadish    kadisha@gtlaw.com, cusumanod@gtlaw.com
- Robert G. Kamenec    rkamenec@plunkettcooney.com
- Dana P. Kane    lsi@liquiditysolutions.com
- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com
- Andrew C. Kassner    andrew.kassner@dbr.com
- William M. Katich    wkatich@atg.state.il.us
- Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com
- Jordan Kaye    jkaye@kramerlevin.com
- Barry M. Kazan    Barry.Kazan@ThompsonHine.com
- Patrick J. Keating    pkeating@bdblaw.com
- David Kennedy    david.kennedy2@usdoj.gov
- Thomas M. Kennedy    tkennedy@kjmlabor.com, sjennik@kjmlabor.com
- Michael P. Kessler    , plee@dl.com;haaronson@dl.com;lsaal@dl.com;kkeen@dl.com;pbrodnicki@dl.com
- Jocelyn Keynes    jkeynes@halperinlaw.net
- Jocelyn Keynes    jk@stevenslee.com
- Ron Kilgard    BankruptcyECF@krplc.com
- Tami Hart Kirby    tkirby@porterwright.com
- Myron Kirschbaum    mkirschbaum@kayescholer.com
- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com
- Jeremy C. Kleinman    jkleinman@fgllp.com
- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com
- Brandi P. Klineberg    bklineberg@moritthock.com
- Anthony J. Kochis    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com
- Howard Koh    hkoh@meisterseelig.com
- Seth F. Kornbluth    skornbluth@herrick.com
- Alan M. Koschik    akoschik@brouse.com
- Lawrence J. Kotler    ljkotler@duanemorris.com
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com
- Stuart A. Krause    skrause@zeklaw.com
- Julia S. Kreher    rleek@hodgsonruss.com;jthoman@hodgsonruss.com
- Sarah Quinn Kuhny    sarah.kuhny@btlaw.com
- Patrick J. Kukla    pkukla@carsonfischer.com
- Duane Kumagai    dkumagai@rutterhobbs.com
- Glenn M. Kurtz    gkurtz@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com
- Robinson B. Lacy    Lacyr@sullcrom.com
- Darryl S. Laddin    bkrfilings@agg.com, frank.white@agg.com;billie.robinson@agg.com
- Ralph L. Landy    landy.ralph@pbgc.gov, efile@pbgc.gov
- Stuart A. Laven    slaven@bfca.com

9

- James N. Lawlor     jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- James Michael Lawniczak     jlawniczak@calfee.com
- Harlan Mitchell Lazarus     hmllaw@att.net, hmllaw@att.net
- David H. Lee     dlee@nixonpeabody.com
- Thomas A. Lee     notices@becket-lee.com
- Alexander B. Lees     ablees@wlrk.com
- David S. Lefere     davidl@bolhouselaw.com
- Eugene Leff     eleff@oag.state.ny.us
- Rachel Jeanne Lehr     rachel.lehr@dol.lps.state.nj.us
- Michael S. Leib     msl@maddinhauser.com, bac@maddinhauser.com
- Damon R. Leichty     damon.leichty@btlaw.com
- David S. Leinwand     dleinwand@avenuecapital.com
- Harris Donald Leinwand     hleinwand@aol.com, hleinwand@aol.com
- David E. Lemke     david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com
- Joseph H. Lemkin     jhlemkin@duanemorris.com, tjsantorelli@duanemorris.com;dalvarado@duanemorris.com
- Ira M. Levee     ilevee@lowenstein.com, mseymour@lowenstein.com
- Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com
- Jonathan Levine     jlevine@akllp.com
- Kenneth M. Lewis     klewis@lewispllc.com
- Kim Martin Lewis     kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com
- Barry E. Lichtenberg     barrylichtenberg@sl-llp.com
- Mark S. Lichtenstein     mlichtenstein@crowell.com, mlichtenstein@crowell.com
- David Liebov     liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com
- Carmen H. Lonstein     carmen.lonstein@bakernet.com
- Eric Lopez Schnabel     mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- Dennis W. Loughlin     dloughlin@wnj.com, robinclark@wnj.com
- Daniel A. Lowenthal     dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com
- A. Peter Lubitz     plubitz@nyc.rr.com
- Donald K. Ludman     dludman@brownconnery.com
- Matthew J. Lund     kovskyd@pepperlaw.com
- Douglas L. Lutz     dlutz@fbtlaw.com, ahammerle@fbtlaw.com
- Christopher A. Lynch     clynch@reedsmith.com
- John H. Maddock     jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com
- Amina Maddox     amina.maddox@law.dol.lps.state.nj.us
- John S. Mairo     jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- Donald W. Mallory     dmallory@ctks.com, ddcass@ctks.com
- Richard Mancino     maosbny@willkie.com, rmancino@willkie.com
- Jacob A. Manheimer     jmanheimer@pierceatwood.com, mpottle@pierceatwood.com
- Kayalyn A. Marafioti     kmarafio@skadden.com, John.Murphy@skadden.com

10

- Wendy G. Marcari    wmarcari@ebglaw.com
- Alan E. Marder    lgomez@msek.com
- Jeffrey S. Margolin    margolin@hugheshubbard.com
- Andrew L. Margulis    amargulis@ropers.com
- Kenneth S. Marks    kmarks@susmangodfrey.com, pwallace@susmangodfrey.com
- Ilan Markus    ilan.markus@leclairryan.com
- John J. Marquess    jjm@legalcost.com
- Madison L. Martin    nashvillebankruptcyfilings@stites.com
- Gregory J Mascitti    gmascitti@nixonpeabody.com, roc.managing.clerk@nixonpeabody.com;sfoster@nixonpeabody.com
- Richard Gary Mason    rgmason@wlrk.com, calert@wlrk.com
- Victor J. Mastromarco    vmastromar@aol.com
- Kathleen Leicht Matsoukas    kmatsoukas@btlaw.com
- Deborah A. Mattison    dmattison@wcqp.com
- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com
- Alan S. Maza    mazaa@sec.gov
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- Daniel P. Mazo    dpm@curtinheefner.com
- Aaron G. McCollough    amccollough@mcguirewoods.com
- Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com
- Robert F. McDonough    ahatch@polsinelli.com;tbackus@polsinelli.com
- Ralph E. McDowell    rmcdowell@bodmanllp.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- Lorraine S. McGowen    lmcgowen@orrick.com
- Terence McLaughlin    maosbny@willkie.com, tmclaughlin@willkie.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Austin L. McMullen    amcmullen@babc.com
- Patrick E. Mears    patrick.mears@btlaw.com
- Derek F. Meek    dmeek@burr.com
- Barbara S Mehlsack    bmehlsack@gkllaw.com
- Timothy Mehok    timothy.mehok@hellerehrman.com
- Ron E. Meisler    rmeisler@skadden.com
- Richard G. Menaker    rmenaker@mhjur.com
- Marc B. Merklin    mmerklin@brouse.com
- Richard M. Meth    msteen@foxrothschild.com, mlsecf@gmail.com
- G. Christopher Meyer    cmeyer@ssd.com
- Sally Meyer    smeyer@madisonliquidity.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com
- Brian Parker Miller    parker.miller@alston.com
- Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com
- W. Timothy Miller    miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com
- Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com
- Robert K. Minkoff    rminkoff@jefferies.com, mrichards@jefferies.com
- Benjamin Mintz    bmintz@kayescholer.com, daniel.bloom@kayescholer.com;maosbny@kayescholer.com

11

- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com
- James P. Moloy    jmoloy@boselaw.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com
- Audrey E. Moog    amoog@hhlaw.com
- Brett S. Moore    bsmoore@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;rmschechter@pbnlaw.com
- Brian F. Moore    bmoore@mccarter.com
- Gene T. Moore    gtmlaw@bellsouth.net
- James O. Moore    james.moore@dechert.com, james.moore@dechert.com
- Matthew P. Morris    matthew.morris@lovells.com, hugh.hill@lovells.com;daniel.lanigan@lovells.com
- Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com
- Lawrence F. Morrison    morrlaw@aol.com
- Sarah E. Morrison    sarah.morrison@doj.ca.gov
- Whitney L. Mosby    wmosby@binghammchale.com
- Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com;felton.parrish@klgates.com
- Alisa Mumola    alisa@contrariancapital.com
- James P. Murphy    murph@berrymoorman.com
- Robert D. Nachman    robert.nachman@bfkn.com
- Jason A. Nagi    jnagi@polsinelli.com
- Shannon Lowry Nagle    snagle@omm.com, bwajda@omm.com
- Stephen M. Nagle    stephen.nagle@oag.state.ny.us
- Bruce S. Nathan    bnathan@lowenstein.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier    mneier@ibolaw.com
- Harold E. Nelson    hal@nlsg.com
- Michael R. Nestor    bankfilings@ycst.com
- Jill L. Nicholson    jmurch@foley.com, khall@foley.com
- Marie L. Nienhuis    pmitchell@bcblaw.net
- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Richard P. Norton    rnorton@hunton.com
- David John Nowaczewski    dnowaczewski@bodmanllp.com
- Kasey C. Nye    kasey.nye@quarles.com
- Michael P. O'Connor    mpolaw@aol.com
- Michael O'Hayer    mkohayer@aol.com
- Michael B. O'Neal    moneal@wnj.com
- Judy A. O'Neill    joneill@foley.com
- Martin P. Ochs    martin@oglaw.net
- Sean A. Okeefe    sokeefe@winthropcouchot.com
- Norman D. Orr    norman.orr@kkue.com
- Patrick J. Orr    porr@klestadt.com
- Lawrence E. Oscar    leoscar@hahnlaw.com, hlpcr@hahnlaw.com
- Karen Ostad    kostad@mofo.com

- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Deirdre Woulfe Pacheco    dpacheco@wilentz.com, dpacheco@wilentz.com
- Isaac M. Pachulski    ipachulski@stutman.com
- Nicholas R. Pagliari    npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com
- Charles Palella    cpalella@kurzman.com
- Ingrid S. Palermo    ipalermo@bsk.com
- Sapna W. Palla    spalla@kayescholer.com, bmintz@kayescholer.com;maosbny@kayescholer.com
- George Panters    gpanteris@panterislaw.com
- Charles N. Panzer    cpanzer@sillscummis.com
- Lenard M. Parkins    lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com
- Richard J. Parks    rjp@pietragallo.com, kas2@pietragallo.com
- Barbra R. Parlin    barbra.parlin@hklaw.com
- Tiiara N.A. Patton    tpatton@calfee.com, nwheatley@calfee.com;jrobertson@calfee.com
- Melissa A. Pena    mapena@nmmlaw.com
- Anne J. Penachio    apenachio@pmlawllp.com;penachio.anne@gmail.com, fmalara@pmlawllp.com;bk@pmlawllp.com
- Geoffrey J. Peters    colnyecf@weltman.com
- Lowell Peterson    lpeterson@msek.com
- Ronald R. Peterson    rpeterson@jenner.com, docketing@jenner.com
- Robert A. Peurach    rpeurach@gdakmak.com
- Ed Phillips    ephillips@thurman-phillips.com
- Deborah J. Piazza    dpiazza@abramslaw.com, syoon@abramslaw.com
- Christine A.M. Pierpont    cpierpont@ssd.com
- Shone Pierre    florence.saenz@la.gov
- Oscar N. Pinkas    opinkas@sonnenschein.com
- Leslie A. Plaskon    leslieplaskon@paulhastings.com
- James A. Plemmons    jplemmons2@dickinsonwright.com
- Constantine Pourakis    cp@stevenslee.com
- Mark T. Power    MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com;kprimm@hahnhessen.com;nrigano@hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com;apapalexis@hahnhessen.com
- Susan Power-Johnston    sjohnston@cov.com
- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com
- Susan Przekop-Shaw    przekopshaws@michigan.gov
- Dennis E. Quaid    dquaid@fagelhaber.com
- Amanda Raboy    araboy@cov.com
- Thomas B. Radom    radom@butzel.com
- John J. Rapisardi    john.rapisardi@cwt.com, agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

13

- Craig V. Rasile    crasile@hunton.com, mtucker@hunton.com,adeboer@hunton.com,mmannering@hunton.com
- Dennis Jay Raterink    raterinkd@michigan.gov
- Gary O. Ravert    gravert@mwe.com
- Eric T. Ray    eray@balch.com
- Jo Christine Reed    jcreed@sonnenschein.com, rmillner@sonnenschein.com
- Margery N. Reed    mreed@duanemorris.com
- Lawrence R. Reich    reichlaw@aol.com
- Steven J. Reisman    sreisman@curtis.com, ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;mgallagher@curtis.com;dching@curtis.com;njames@curtis.com;mgiugliano@curtis.com
- Lisa Pierce Reisz    lpreisz@vorys.com
- Susan Fuhrer Reiter    sreiter@mijb.com, sburick@mijb.com
- Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Kenneth A. Reynolds    , jwalsh@mklawnyc.com;tcard@mklawnyc.com
- Walter Reynolds    wreynolds@porterwright.com
- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com
- Marc E. Richards    mrichards@blankrome.com
- Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us
- Paul J. Ricotta    pricotta@mintz.com
- Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com
- Sandra A. Riemer    sriemer@phillipsnizer.com, ddore@phillipsnizer.com
- Marianne Goldstein Robbins    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM
- Matthew R. Robbins    mrr@previant.com
- Elizabeth A. Roberge    eroberge@robergelaw.com
- H. Buswell Roberts    hbroberts@live.com, droberts1949@live.com
- Ronald L. Rose    rrose@dykema.com
- Scott D. Rosen    srosen@cb-shea.com
- Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com, mhindman@kilpatrickstockton.com
- Jeffrey A. Rosenthal    maofiling@cgsh.com
- David A. Rosenzweig    DRosenzweig@Fulbright.com
- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com
- David E. Roth    pdarby@bradleyarant.com
- Ira Rubin    norma@bizwoh.rr.com
- Robert B. Rubin    brubin@burr.com
- Peter S. Russ    peter.russ@bipc.com, donna.curcio@bipc.com
- Lyle D. Russell    lylerussell@magnusoft.com
- Maura I. Russell    dangiulo@dreierllp.com, ECFNotices@dreierllp.com
- Michael J. Rye    mrye@cantorcolburn.com, cmahler@cantorcolburn.com
- E. Todd Sable    tsable@honigman.com
- Chester B. Salomon    csalomon@beckerglynn.com, jholdridge@beckerglynn.com;lmueller@beckerglynn.com

14

- Diane W. Sanders    austin.bankruptcy@publicans.com
- William A. Sankbeil    was@krwlaw.com
- Thomas P. Sarb    ecfsarbt@millerjohnson.com
- Robert V. Sartin    rsartin@fbtlaw.com, chruska@fbtlaw.com
- William F. Savino    wsavino@damonmorey.com
- Robert Scannell    rscannell@morganlewis.com
- Louis A. Scarcella    lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com
- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com
- Ilan D. Scharf    ischarf@pszjlaw.com
- Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com
- James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com
- Andrew W. Schilling    aschilling@fklaw.com, vgarvey@fklaw.com
- Michael Schlanger    michael@schlangerlegal.com, jeanne@schlangerlegal.com
- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com
- Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com
- Sheila R. Schwager    srs@hteh.com
- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov
- Bryan I. Schwartz    bschwartz@lplegal.com
- Kathlyn Schwartz    kathlyn.schwartz@akerman.com
- Matthew L. Schwartz    matthew.schwartz@usdoj.gov
- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com
- Barry N. Seidel    seidelb@butzel.com
- Lon J. Seidman    filings@spallp.com, lseidman@silvermanacampora.com
- Howard Seife    arosenblatt@chadbourne.com
- Jay Selanders    jay.selanders@kutakrock.com
- Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com
- Dan Shaked    dan@shakedandposner.com
- Mark H. Shapiro    shapiro@steinbergshapiro.com
- Mary Kay Shaver    mkshaver@varnumlaw.com
- Brian L. Shaw    bshaw100@shawgussis.com
- Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com
- Howard S. Sher    howard@jacobweingarten.com
- David M. Sherbin    david.sherbin@delphi.com
- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com
- Mark Sherrill    mark.sherrill@sablaw.com
- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com
- Robert J. Sidman    rjsidman@vorys.com, bkbowers@vorys.com
- Robert Sidorsky    sidorsky@butzel.com
- Glenn E. Siegel    Glenn.Siegel@dechert.com
- John D. Silk    silk@rbmchicago.com
- Aaron M. Silver    asilver@honigman.com
- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

- Wendy M. Simkulak    wmsimkulak@duanemorris.com
- Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com
- John A. Simon    jsimon@foley.com
- Kate K. Simon    kate.simon@bingham.com
- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com
- Joseph E. Simpson    jsimpson@hselaw.com
- Douglas S. Skalka    dskalka@npmlaw.com, ecrafts@npmlaw.com;bankruptcy@npmlaw.com
- Thomas R. Slome    lgomez@msek.com
- Richard G. Smolev    rsmolev@kayescholer.com, maosbny@kayescholer.com
- Abigail Snow    asnow@ssbb.com
- Jesse L. Snyder    jforstot@tpwlaw.com;mmuller@tpwlaw.com
- Marc P. Solomon    msolomon@burr.com
- Sean C. Southard    ssouthard@klestadt.com
- Paul H. Spaeth    spaethlaw@phslaw.com
- Robyn J. Spalter    notice@regencap.com
- Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
- Michael A. Spero    jspecf@sternslaw.com
- David Spiegel    david.spiegel@kirkland.com
- Byron C. Starcher    byron.starcher@nelsonmullins.com
- Stephen Z. Starr    sstarr@starrandstarr.com, schoi@starrandstarr.com
- Catherine Steege    csteege@jenner.com, jeffrey_cross@discovery.com
- Karen M. Steel    ksteel@schlaw.com
- Matthew B. Stein    mstein@sonnenschein.com
- Rick A. Steinberg    rsteinberg@ciardilaw.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Andrew W. Stern    astern@sidley.com
- Malani Sternstein    msternstein@sheppardmullin.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Joseph G. Strines    joseph.strines@dplinc.com
- James M. Sullivan    jsullivan@mosessinger.com
- Bobby Gerald Sumner    js@colawfirm.com, michelle@colawfirm.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Charles C. Swanekamp    cswanekamp@jaeckle.com, mbialy@jaeckle.com
- Marc N. Swanson    swansonm@millercanfield.com
- Paul Sweeney    psweeney@loganyumkas.com, jbeckman@loganyumkas.com
- Dona Szak    dszak@ajamie.com
- Douglas T. Tabachnik    dtabachnik@dttlaw.com
- Jeffrey L. Tanenbaum    garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

- Roger L. Tarbutton   roger.tarbutton@jocogov.org, Lisa.wetzler@jocogov.org
- Samuel Jason Teele   jteele@lowenstein.com
- Jay Teitelbaum   jteitelbaum@tblawllp.com
- Louis J. Testa   ltesta@npmlaw.com, Bankruptcy@npmlaw.com
- Deborah L. Thorne   deborah.thorne@btlaw.com, kbruhnke@btlaw.com
- Richard S. Toder   rtoder@morganlewis.com
- Gordon J. Toering   gtoering@wnj.com
- Albert Togut   alcourt@teamtogut.com, kackerman@teamtogut.com
- Sheldon S. Toll   lawtoll@comcast.net
- Martin B. Tucker   mtucker@fbtlaw.com
- Debra S. Turetsky   dturetsky@reedsmith.com
- Ann Marie Uetz   auetz@foley.com
- Raymond J. Urbanik   rurbanik@munsch.com
- Robert Usadi   mmcloughlin@cahill.com
- Nina M. Varughese   varughesen@pepperlaw.com
- Shmuel Vasser   shmuel.vasser@dechert.com
- Lori V. Vaughan   , lkfloyd@trenam.com
- Frank F. Velocci   frank.velocci@dbr.com, andrew.groesch@dbr.com
- Michael J. Viscount   mviscount@foxrothschild.com
- Gary Vist   gvist@masudafunai.com, docketing@masudafunai.com
- Joseph J. Vitale   jvitale@cwsny.com
- Arthur T. Walsh   awalsh@nassauotb.com
- Sean M. Walsh   swalsh@gmhlaw.com
- Bryan R. Walters   brwalters@varnumlaw.com, tmgarber@varnumlaw.com
- Michael D. Warner   mwarner@coleschotz.com, klabrada@coleschotz.com
- Terence D. Watson   twatson@irasacks.com
- W. Clark Watson   cwatson@balch.com
- Robert K. Weiler   rweiler@greenseifter.com, lellis@greenseifter.com
- William P. Weintraub   wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com
- Allison H. Weiss   aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com
- Jay Welford   jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com
- Robert J. Welhoelter   rjwelho@gmail.com
- Elizabeth Weller   dallas.bankruptcy@publicans.com
- David A. Wender   david.wender@alston.com
- Michael R. Wernette   mwernette@schaferandweiner.com
- Karen Fagin White   kfwhite@cpmas.com
- Robert A White   rwhite@murthalaw.com
- Amy Williams-Derry   awilliams-derry@kellerrohrback.com, bellis@kellerrohrback.com;bspangler@kellerrohrback.com
- Stephen F. Willig   swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com
- Eric R. Wilson   KDWBankruptcyDepartment@Kelleydrye.com
- I.W. Winsten   iww@honigman.com
- Eric D. Winston   ericwinston@quinnemanuel.com

- Jeffrey C. Wisler    jcw@cblhlaw.com
- Robert A. Wolf    rwolf@ssd.com, POrlowski@ssd.com;afisher@ssd.com;rgreen@ssd.com
- Craig A. Wolfe    cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Robert D. Wolford    ecfwolfordr@millerjohnson.com
- Scott A. Wolfson    swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com
- Lee E. Woodard    bkemail@harrisbeach.com
- Kelly A. Woodruff    kwoodruff@fbm.com, svillalobos@fbm.com
- Jeffrey A. Wurst    JWURST@RMFPC.COM
- David Farrington Yates    fyates@sonnenschein.com
- Doron Yitzchaki    dyitzchaki@dickinsonwright.com
- Stephen L. Yonaty    syonaty@chwattys.com
- Kenneth S. Yudell    kyudell@aryllp.com
- German Yusufov    pcaocvbk@pcao.pima.gov
- Helen A. Zamboni    hzamboni@underbergkessler.com
- Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com
- Peter Alan Zisser    pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Attorneys for Defendant MSX International, Inc.

By:  /s/ Judy B. Calton
    Judy B. Calton (P38733)
    2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone:  (313) 465-7344
Facsimile:  (313) 465-7345

Dated: November 23, 2010    e-mail:  jcalton@honigman.com

8489751.1