REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich (LR-9337)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481-RDD |
| Debtors. | |

------------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

| | |
|---|---|
| Plaintiffs, | Adv. Pro. No. 07-02188-RDD |
| -against- | |
| CRITECH RESEARCH, INC., | |
| Defendant. | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Samara Neal, being at all times over 18 years of age, hereby certify that on November 23, 2010 a true and correct copy of Critech Research Inc.'s Objection to the Reorganized Debtor's Motion for Leave to File Amended Complaints (document no. 36 and adversary proceeding document number 20852), was served electronically through the Court's ECF system on all parties requesting electronic service, and by U.S. mail to the parties indicated below:

> Butzel Long
> Attn: Eric Fisher, Esq.
> 380 Madison Avenue, 22nd Floor
> New York, NY 10017

Honorable Robert D. Drain
c/o Clerk's Office of the
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601

Dated: White Plains, New York
       November 23, 2010

/s/ Samara Neal
Samara Neal