# EXHIBIT A

**DELPHI AUTOMOTIVE SYSTEMS**
MAIL CODE 480-900-001
5725 DELPHI DRIVE
TROY, MICHIGAN 48098

JPMORGAN CHASE BANK, N.A.
SYRACUSE, NEW YORK
50-937-213

11/17/2009

50457

PAY TO THE ORDER OF    VICTORY PACKAGING EFT 1    $ **511,092.64

Five Hundred Eleven Thousand Ninety-Two and 64/100************************************************************ DOLLARS

VICTORY PACKAGING EFT 1

2111 HESTER AVE STE A

MEMO    DONNA, TX 78537

⑈50457⑈ ⑆021309379⑆    60182322⑈

| | | | |
|---|---|---|---|
| **DELPHI AUTOMOTIVE SYSTEMS** | | | 50457 |
| VICTORY PACKAGING EFT 1 | Contract Cure Payment-see attached info. | 11/17/2009 | 511,092.64 |

Contract Cure Payme    511,092.64

| | | | |
|---|---|---|---|
| **DELPHI AUTOMOTIVE SYSTEMS** | | | 50457 |
| VICTORY PACKAGING EFT 1 | Contract Cure Payment-see attached info. | 11/17/2009 | 511,092.64 |

Contract Cure Payme    511,092.64

DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com