**THOMPSON & KNIGHT LLP**
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
Ira L. Herman
Jennifer A. Christian
Gabrielle E. Farina

*Attorneys for Defendant*
*Victory Packaging LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., *et al.*, : | (Jointly Administered) |
| : | Chapter 11 |
| -----------------------------------------------------------x | |
| DELPHI AUTOMOTIVE : | |
| SYSTEMS, LLC, : | |
| : | |
| Plaintiff, : | |
| : | Adv. No. 07-02551 (RDD) |
| -against- : | |
| : | |
| VICTORY PACKAGING LP, : | |
| : | |
| Defendants. : | |
| -----------------------------------------------------------x | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2010, true and correct copies of: (1) *Victory Packaging LP's Opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaints; and (2)Declaration of Leah Borrello* in support thereof, were served electronically through the Court's ECF system on all parties requesting electronic service, and by Federal Express overnight mail on the following persons at the following addresses:

05-44481-rdd    Doc 20865    Filed 11/23/10    Entered 11/23/10 21:54:48    Main Document
Pg 2 of 2

Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue-22nd Floor
New York, New York 10017

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

DPH Holdings Corp. (f/k/a Delphi Corporation, *et al.*)
Attn: John Brooks
5725 Delphi Drive
Troy, Michigan 48098

Dated: New York, New York
       November 23, 2010

                                                  /s/ Ira L. Herman
                                                 Ira L. Herman