# **EXHIBIT A**



**CARLISLE** Engineered Products

\*\* PAGE 1 \*\*

SOLD TO DELPHI AUTOMOTIVE SYSTEMS
DELPHI HARRISON
P.O. BOX 1550

FLINT MI 48501-1550
USA

SHIP TO DELPHI AUTOMOTIVE SYSTEM

AMHERST INJECTION MOLD
500 COMMERCE DRIVE

AMHERSTT NY 14228

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B | CUST# DEST# | FREIGHT PP&INV COL PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| | | | 1110 7106 | X | 09/21/05 | 636498 |

| REMARKS | SHIP VIA | TERMS | SLMN |
|---|---|---|---|
| | CUSTOMER PICKUP | SEE BELOW | |

| QUANTITY SHIPPED | CUSTOMER PART NO. - NET WEIGHT / SUPPLIER PARTNO. - CUSTOMER ORDER NO. | CONTAINERS QTY. / TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | # LPS97754 | | .000000 | | .00 |
| 1 | CIPG GEN 1 GASKET LINE  LPS97754 | | 355000.000000 | LOT | 355000.00 |

```
ITEM   QTY  ID NUMBER      DESCRIPTION      UNIT PRICE
00001   1   PR727092 001   CIPG GEN 1 GASKET LINE
                           TO INCLUDE LEVELING PADS
                           SPARE PARTS (MOTORS,
                           CIRCUIT BOARDS, HEATER
                           BANDS, THERMOCOUPLES,
                           ETC.)
                           ALL CONTROL LOGIC
                           ALL APPLICABLE DRAWINGS/
                           PRINTS
                           PER TD05-4909
                                            355,000.00

WHO ORDERED: GARY VICTOR

TERMS: 90% UPON RECEIPT OF INVOICE
       10% UPON STARTUP APPROVAL ON EQUIPMENT
       ***********
       $355,000.00
       ***********
```

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CARINV

**TOTAL**   355000.00



**CARLISLE**
Engineered Products

\*\* PAGE  1 \*\*

SOLD TO DELPHI AUTOMOTIVE SYSTEMS
DELPHI HARRISON
P.O. BOX 1550

FLINT MI 48501-1550
USA

SHIP TO DELPHI AUTOMOTIVE SYSTEM

AMHERST INJECTION MOLD
500 COMMERCE DRIVE

AMHERSTT NY 14228

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST#-DEST# | FREIGHT PP&INV COL PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| | | | 1110 7106 | X | 09/21/05 | 636499 |

| REMARKS | SHIP VIA | TERMS | SLMN |
|---|---|---|---|
| | CUSTOMER PICKUP | *SEE BELOW* | |

| QUANTITY SHIPPED | CUSTOMER PART NO. - NET WEIGHT / SUPPLIER PARTNO. - CUSTOMER ORDER NO. | CONTAINERS QTY. | TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|
| | # LPS97755 | | | .000000 | | .00 |
| 1 | LPS97755 ALL INJECTION MODING MACHINES AND ASSEMBLY EQUIP. TO INCLUDE ONLY THE FOLLOWING: HOPPERS HOPPER LOADERS LEVELING PADS ITEM QTY ID # DESCRIPTION UNIT PRICE 00001 1 PR727090 001 NISSEI IMM 618 TON IMM ALL PER TD04-4909 125,000.00 00002 1 PR727090 002 NISSEI IMM 530 TON IMM 65,000.00 00003 1 PR727090 003 NISSEI IMM 530 TON IMM 65,000.00 00004 1 PR727090 004 NISSEI IMM 280 TON IMM 47,500.00 00005 1 PR727090 005 NISSEI IMM 110 TON VERTICAL 20,000.00 00006 1 PR727090 006 DRAIN PLUG ASSYM MACHINE 1,250.00 00007 1 PR727090 007 VAN DORN 150 TON VERTICAL IMM 8,250.00 WHO ORDERED: GARY VICTOR TERMS: 90% UPON RECEIPT OF INVOICE 10% UPON STARTUP APPROVAL ON EQUIPMENT | | | 332000.000000 | LOT | 332000.00 |

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CARINV

**TOTAL**   CONTINUE



** PAGE 2 **

SOLD TO DELPHI AUTOMOTIVE SYSTEMS
DELPHI HARRISON
P.O. BOX 1550

FLINT MI 48501-1550
USA

SHIP TO DELPHI AUTOMOTIVE SYSTEM

AMHERST INJECTION MOLD
500 COMMERCE DRIVE

AMHERSTT NY 14228

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST#-DEST# | FREIGHT PP&INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| | | | 1110 7106 | X | 09/21/05 | 636499 |

| REMARKS | SHIP VIA | TERMS | SLMN |
|---|---|---|---|
| | CUSTOMER PICKUP | SEE BELOW | |

| QUANTITY SHIPPED | CUSTOMER PART. NO. - NET WEIGHT / SUPPLIER PARTNO. - CUSTOMER ORDER NO. | CONTAINERS QTY. | TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|
| | * * * * * * * * * * $332,000.00 * * * * * * * * * * | | | | | |

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CARINV

**TOTAL** 332000.00



**CARLISLE** Engineered Products

** PAGE 1 **

**SOLD TO** DELPHI AUTOMOTIVE SYSTEMS
DELPHI HARRISON
P.O. BOX 1550

FLINT MI 48501-1550
USA

**SHIP TO** DELPHI AUTOMOTIVE SYSTEM

48 WALTER JONES
DOCKS 87 & 88

EL PASO TX 79906

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B | CUST# DEST# | FREIGHT PP&INV COL PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| | | | 1110 7109 | X | 09/21/05 | 636494 |

| REMARKS | SHIP VIA | TERMS | SLMN |
|---|---|---|---|
| | CUSTOMER PICKUP | SEE BELOW | |

| QUANTITY SHIPPED | CUSTOMER PART NO. - NET WEIGHT / SUPPLIER PARTNO. - CUSTOMER ORDER NO. | CONTAINERS QTY. | TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|
| | # JMS42298 | | | .000000 | | .00 |
| 1 | JMS42298 | | | 395000.000000 | LOT | 395000.00 |

```
ITEM QTY  ID NUMBER        DESCRIPTION      UNIT PRICE
0001  1   PR136307 001     IMM NISSEI #K28T006
SHIPPED 9/8/05    SHIPPER S006016           47,500.00
0002  1   PR136307 002     IMM CINCINNATI
                           H03A0195036      32,500.00

0003  1   PR136307 003     IMM NISSEI #528R112B
SHIPPED 9/8/05    SHIPPER S006018           40,000.00
0004  1   PR136307 004     IMM NISSEI #5285002B
                                            45,000.00
0005  1   PR136307 005     IMM NISSEI #5285101
                                            45,000.00
0006  1   PR136307 006     IMM NISSEI #5285174
                                            45,000.00
0007  1   PR136307 007     IMM NISSEI #5285173
                                            45,000.00
0008  1   PR136307 008     IMM NISSEI # 5185252
                                            35,000.00
0009  1   PR136307 009     IMM NISSEI # 5185295
                                            35,000.00
0010  1   PR136307 010     IMM NISSEI # T15T019
                                            25,000.00

WHO ORDERED: RAUL BARRAZA
$85,700.00 PAYMENT RECEIVED ON ITEMS SHIPPED
```

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CARINV

**TOTAL** CONTINUED


**CARLISLE**
Engineered Products

** PAGE  2 **

SOLD TO  DELPHI AUTOMOTIVE SYSTEMS
         DELPHI HARRISON
         P.O. BOX 1550

         FLINT MI 48501-1550
         USA

SHIP TO  DELPHI AUTOMOTIVE SYSTEM

         48 WALTER JONES
         DOCKS 87 & 88

         EL PASO TX 79906

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B | CUST# DEST# | FREIGHT PP&INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
|  |  |  | 1110 7109 | X (COL) | 09/21/05 | 636494 |

| REMARKS | SHIP VIA | TERMS | SLMN |
|---|---|---|---|
|  | CUSTOMER PICKUP | *SEE BELOW* |  |

| QUANTITY SHIPPED | CUSTOMER PART NO. - NET WEIGHT / SUPPLIER PARTNO. - CUSTOMER ORDER NO. | CONTAINERS QTY. | TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|---|
|  | ON 9/8/05 TOTAL DUE 9/21 $309,300.00 |  |  |  |  |  |
|  | TERMS: 90% UPON RECEIPT OF INVOICE        10% UPON STARTUP APPROVAL ON EQUIPMENT ********** $395,000.00 ********** |  |  |  |  |  |

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CARINV

**TOTAL**   395000.00



**CARLISLE**
Engineered Products

** PAGE 1 **

SOLD TO DELPHI AUTOMOTIVE SYSTEMS
DELPHI HARRISON
P.O. BOX 1550

FLINT MI 48501-1550
USA

SHIP TO DELPHI AUTOMOTIVE SYSTEM
48 WALTER JONES
DOCKS 87 & 88

EL PASO TX 79906

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B | CUST#-DEST# | FREIGHT PP&INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
| | | | 1110 7109 | X | 09/21/05 | 636496 |

| REMARKS | SHIP VIA | TERMS | SLMN |
|---|---|---|---|
| | CUSTOMER PICKUP | *SEE BELOW* | |

| QUANTITY SHIPPED | CUSTOMER PART NO. - NET WEIGHT / SUPPLIER PARTNO. - CUSTOMER ORDER NO. | CONTAINERS QTY. / TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | # JMS42338 | | .000000 | | .00 |
| 1 | JMS42338 | | 64456.000000 | LOT | 64456.00 |

```
ITEM QTY  ITEM #        DESCRIPTION      EXTD PRICE
0001  24  PR136311 001  AEC MODEL TURE-TEMP
                        SERIES 9KW          TTL 13,200.00
0002   4  PR136311 002  DME MODEL MFP SERIES
                        6-ZONE HOT RUNNER CONTROL
                                            TTL  3,400.00
0003   2  PR136311 003  IMS 5-ZONE HOT RUNNER
                        CONTROL             TTL  2,250.00
0004  10  PR136311 004  THORESON MCCOSH MODEL
                        D100T DEHUMIDIFYING DRYERS WITH
                        HOPPERS             TTL 20,000.00
0005  12  PR136311 005  DADVANTAGE MODEL
                        TS-925-41 AD WATER TWEMPERATURE
                        CONTROL UNITS       TTL  3,456.00
0006   2  PR136311 006  CONAIR MODEL SC-30
                        CAROUSEL DRYER WITH HOPPER
                                            TTL  2,500.00
0007   3  PR136311 007  GORDINIER ELECTRONICS
                        12-ZONE HOT RUNNER CONTROLLER
                                            TTL  3,375.00
0008  12  PR136311 008  THERMAL CARE MODEL
                        AQUA THERM RA SERIES 9W TEMPERATURE
                        CONTROLLER UNIT     TTL  8,400.00
0009   3  PR136311 009  GAMMA FLUX MODEL 932
```

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CARINV

**TOTAL**    CONTINUE



** PAGE    2 **

**SOLD TO** DELPHI AUTOMOTIVE SYSTEMS
DELPHI HARRISON
P.O. BOX 1550

FLINT MI 48501-1550
USA

**SHIP TO** DELPHI AUTOMOTIVE SYSTEM

48 WALTER JONES
DOCKS 87 & 88

EL PASO TX 79906

CONVEYANCE ID

| SUPPLIER NO. | A.E.T.C. NO. | F.O.B. | CUST# -DEST# | FREIGHT PP&INV / COL / PPD | DATE SHIPPED | SHIPPER NO. |
|---|---|---|---|---|---|---|
|  |  |  | 1110 7109 | X | 09/21/05 | 636496 |

| REMARKS | SHIP VIA | TERMS | SLMN |
|---|---|---|---|
|  | CUSTOMER PICKUP | SEE BELOW |  |

| QUANTITY SHIPPED | CUSTOMER PART NO. - NET WEIGHT / SUPPLIER PARTNO. - CUSTOMER ORDER NO. | CONTAINERS QTY. / TYPE | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
|  | 5-ZONE HOT RUNNER CONTROL 15 AMP |  TTL | 2,625.00 |  |  |
| 0010 | 1   PR136311 010    GAMMA FLUX MODEL 932 |  |  |  |  |
|  | 5-ZONE HOT RUNNER CONTROL 30 AMP | TTL | 1,125.00 |  |  |
| 0011 | 1   PR136311 011    RAPID MODEL 1412K |  |  |  |  |
|  | 14"X12" PLASTICS GRANULATOR | TTL | 1,375.00 |  |  |
| 0012 | 1   PR136311 012    RAPID MODEL 1418K |  |  |  |  |
|  | 14"X18" PLASTICS GRANULATOR | TTL | 2,750.00 |  |  |

WHO ORDERED: RAUL BARRAZA
TERMS: 90% UPON RECEIPT OF INVOICE
       10% UPON STARTUP APPROVAL ON EQUIPMENT

\*\*\*\*\*\*\*\*\*\*
$64,456.00
\*\*\*\*\*\*\*\*\*\*

WE CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTIONS 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT, AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
CARINV

**TOTAL**    64456.00