# **EXHIBIT C**

From: Christopher C. Maeso [mailto:CMaeso@dickinson-wright.com]
Sent: Thursday, September 22, 2005 2:38 AM
To: brett.a.lendzion@delphi.com; Roberson, Mike
Cc: Dana.M.Mesler@delphi.com; DavidForrestDick@aol.com; Forster, Kevin; rbruno@cepcarlisle.com; Christopher C. Maeso; Karen.J.Craft@delphi.com
Subject: Execution Version of Lake City Purchase Agreement

Attached please find an execution copy of the Asset Purchase Agreement and all of the related Schedules other than Schedule 6.1--the Retention and Staffing Plan, which schedule I could not attach to this email. Please note that there was one change in the Agreement from yesterday based on conversations between Rob and Dana.  In Section 1.8(c), it no longer says that there will be a two week inventory build for the five parts that where called out separately, but rather a one to five week build for such parts.
This was the only change to the agreement that went out after our call.

Please execute two originals of the Agreement in counterparts, and please send one of the two executed originals to Carlisle.  Carlisle will likewise send you one original for Delphi's files.  In order to expedite the wire transfer, I would also suggest that Delphi and Carlisle each fax one signed agreement to the other person.

It is my understanding that Delphi still needs Carlisle's wiring instructions.  Delphi will be able to initiate the wire transfer, which at this point will not be received by Carlisle until tomorrow, upon receipt of a signed copy of the Agreement by fax, and a signed copy of the Bill of Sale by fax, which I understand Carlisle is preparing now.

The Schedules to the Agreement should be attached by each party to the Agreement, and I would ask Mike to send a stand-alone copy of Schedule 6.1 so that it too can be attached.

Please let me know if you have any questions or comments.

It has been a pleasure working with everyone.

Thanks

Chris Maeso
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, MI  48304
Ph:  (248) 433-7501
Fax: (248) 433-7274
cmaeso@dickinsonwright.com
_____

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged.  If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.  Thank you.

_____
In accordance with U.S. Treasury regulations, if this message contains
advice concerning one or more Federal tax issues, it is not a formal
legal opinion and may not be used by any person for the avoidance of
Federal tax penalties.
_____
(See attached file:
BLOOMFIELD-#708857-v10-Delphi_Carlisle_Equipment_Purchase_Agreement.DOC)
(See attached file:
BLOOMFIELD-#717411-v1-Delphi_Lake_City_Asset_Purchase_Schedules.XLS)