# **EXHIBIT D**

**BANK ONE.**

JPMorgan Chase Bank, N.A.
Illinois Market
P.O. Box 260180
Baton Rouge, LA 70826-0180

**CHASE**

September 01, 2005 through September 30, 2005
Account Number: ▉▉▉▉▉▉▉▉

**CUSTOMER SERVICE INFORMATION**

If you have any questions about your statement, please contact your Customer Service Representative.

00055609 DDA 111 NA 27405 - NNN T 1 000000000 64
CARLISLE COMPANIES INC
13925 BALLANTYNE CORPORATE PL
SUITE 400
CHARLOTTE NC 28277-2600

HURRICANE RELIEF: CASH AND CHECK DONATIONS TO THE AMERICAN RED CROSS SPECIFICALLY FOR HURRICANE SUPPORT CAN BE MADE AT ANY CHASE OR BANK ONE BRANCH. FOR THE THOUSANDS AFFECTED WE'RE ALSO PROVIDING SPECIAL ASSISTANCE: CALL 877-CHASE05 OR CLICK ON CHASE.COM FOR MORE INFORMATION.

**CHECKING SUMMARY** | Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | ▉▉▉ |
| Deposits and Additions | ▉ | ▉▉▉ |
| Electronic Withdrawals | ▉ | ▉▉▉ |
| Other Withdrawals, Fees & Charges | ▉ | ▉▉▉ |
| Ending Balance | ▉ | ▉▉▉ |
| | | |
| Sweep Investment Account Ending Balance | | ▉▉▉ |
| Fund Name    Investment | | |
| | | |
| Total Ending Balance | | ▉▉▉ |



**BANK ONE.**     **CHASE**

September 01, 2005 through September 30, 2005
Account Number: ███████

**DEPOSITS AND ADDITIONS**

| DATE | | |
|---|---|---|
| 09/02 | Book Transfer Credit B/O: Delphi Automotive Systems Llc Troy MI 48098 Org: Delphi Automotive Systems Ogb: Jpmchase Michigan Trn: | 85,700.00 |

Page 3 of 22

