# **EXHIBIT E**

**From:** DavidForrestDick@aol.com [mailto:DavidForrestDick@aol.com]
**Sent:** Thursday, September 08, 2005 11:20 PM
**To:** Forster, Kevin
**Cc:** rbruno@cepcarlisle.com
**Subject:** Re: Fw: Purchase and Sale of Asset Agreement

Kevin,

My notes on PO's below in red. See my e-mail to Delphi from 9/6/05 which I copied you on for more details.

David

In a message dated 9/8/2005 10:40:45 A.M. Eastern Daylight Time, kforster@carlisle.com writes:

> Rob and Dave,
>
> Pls verify PO's and invoice amounts.
> Thanks
> -------------------------
> Sent from my BlackBerry Wireless Handheld
>
>
> -----Original Message-----
> From: brett.a.lendzion <brett.a.lendzion@delphi.com>
> To: Forster, Kevin <kforster@carlisle.com>
> CC: Mesler, Dana M <dana.m.mesler@delphi.com>; CMaeso@dickinson-wright.com <CMaeso@dickinson-wright.com>
> Sent: Wed Sep 07 17:33:32 2005
> Subject: Purchase and Sale of Asset Agreement
>
>
> Kevin, I tried to reach you by phone today. I need to discuss a few
> items due to your comment pertaining to "bankruptcy" of Lake City.
>
> 1) Please provide financial information pertaining to Carlisle
> Engineering Products, Inc. I need a balance sheet, income statement and
> 1 year Performa for this entity. You mentioned that this is not a
> "shell" entity and I need to be reasonably assured of that point.
>
>
> 2) I will need additional verbiage that Chris Maeso and Mike can work
> through pertaining to "Right of Access" after 12/31/05. Although this
> is new verbiage in the contract, I don't think you will find any issue
> with the intent. This documents our business intent that we agreed to
> in our last meeting. As you recall, we agreed to strike the not to
> exceed amount per your request and document the Facility Expenses. In
> addition, I believe we need to document the operational understanding
> supporting the contingency plan.
>
> Finally, I will need you to provide an invoice for the purchase value
> of assets and reference our Purchase Orders by Monday Sept 12,2005.
>
> Following are the PO#'s
> LPS97754 for CIPG gasket line $355,000

<span style="color:red">OK except description includes vision system. PO for $355,000.</span>

> LPS97755 for seven injection molding machines $ 332,000.

OK except description says all related equipment included.  PO for $332,000

> JMS42298

PO for $395,000 for HVAC presses.  PO is OK  The $87,500 should be applied to this.

> and JMS42338 for the HVAC related equipment and tooling minus
> the $85,700 plus $64,480 in Auxiliary Equipment.

This PO is for all the Auxiliary equipment for $64,480 but should likely be two PO's; One for PTC and on for HVAC. Currently all equipment on one PO from Mexico for HVAC.

> If you agree on the contract verbiage, then sign a clean document and
> e-mail to my attention by Monday.  After I review your financial
> information on Monday and find acceptable, I will countersign and set up
> a wire transfer for Tuesday for 90% of the total amount.
>
>
> -----Original Message-----
> From: Forster, Kevin [mailto:kforster@carlisle.com]
> Sent: Thursday, September 01, 2005 5:06 PM
> To: Lendzion, Brett A
> Subject: RE: IMPORTANT: CEP-CSII
>
>
> Brett,
>
> I'll check with our Lake City quality personnel and get back to you.
>
> Thanks,
>
>
>
> Kevin G. Forster
> Carlisle Companies Inc.
> 13925 Ballantyne Corporate Place, Suite 400
> Charlotte, NC 28277
> Tel: 704-501-1100
> Fax: 704-501-1190
>
> -----Original Message-----
> From: brett.a.lendzion [mailto:brett.a.lendzion@delphi.com]
>
> Sent: Thursday, September 01, 2005 4:52 PM
> To: Forster, Kevin
> Subject: FW: IMPORTANT: CEP-CSII
> Importance: High
>
>
> Kevin,  I sent your message to my Quality department and challenged them

on your information in an effort to support your position. Attached is the feedback after they reviewed every part number.

Someone is giving you bad information.  This is the real story on your CS2 status.  I advise you to check directly with your Quality department to confirm.  This is a very "black and white" issue.  The data supports that there is not a single part that should be removed from the CS2.  After you review internally, If you still want to have a meeting I would propose that I would have Dominic Capobianco available to discuss the details.  Please advise.

> -----Original Message-----
> From:    Capobianco, Dominic

> Sent:   Thursday, September 01, 2005 4:15 PM
> To:   Lendzion, Brett A
> Cc:   Foster, Rosemary F; Matthews, Michael A; Wood, Richard H; Wagstaff, Matreece

> Subject:   IMPORTANT: CEP-CSII
> Importance:   High
>
> By PN:
> 096-500  No data
> 183-700  No data sent
> 186-700  Defectives
> 342-500  Limited data (1 run)
> 424-700  Defectives
> 517-700  Defectives
> 818-700  Defectives
> 820-700  Defectives
> 824-700  Defectives
> 826-700  No data
> 828-700  No data
> 830-700  No data
> 832-700  Defectives
> 937-700  No data sent
> 422-500  Defectives
> 684-500  No data
> 883-500  No data
> 942-500  No data
> 950-500  Limited data ( 1 run)
>         No data means that a Gate Chart was sent but there is no parts inspected and there are no failure modes recorded.
>

>         Limited data means that there was not enough parts produced to qualify for exit, (30 production days).
>

>     Defectives means that CSII is still finding parts with the failure modes and ICA is not in place.
>
>     No data sent means that CEP Lake City did not submit a Gate Chart for that PN as requested.
>
>     No Part numbers warrant release from CSII as evidenced by data submitted.

***********************************************************************
****************

Note:  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

***********************************************************************
****************

*****************************************************************************************

Note:  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

*****************************************************************************************

**From:** tony.mcmillian [mailto:tony.mcmillian@delphi.com]
**Sent:** Saturday, September 03, 2005 1:08 AM
**To:** Forster, Kevin
**Cc:** Callan, Lorey
**Subject:** RE: Lake City Funds Transfer

Kevin,
The wire transfer has been entered.  You won't be able to see it at your bank for a little while.  Please get back to me to confirm that you will release the tools and equipemnt today. This is for the full amount of $87,500.


**Tony McMillian**
**Commodity Buyer**
**Delphi Energy and Chassis**
**915-612-8069**

>-----Original Message-----
>**From:** Forster, Kevin [mailto:kforster@carlisle.com]
>**Sent:** Friday, September 02, 2005 9:08 AM
>**To:** McMillian, Tony
>**Cc:** Callan, Lorey
>**Subject:** RE: Lake City Funds Transfer
>
>Tony,
>
>Has wire transfer been authorized? If so, please send confirmation.
>
>Thanks
>
>
>
>Kevin G. Forster
>Carlisle Companies Inc.
>13925 Ballantyne Corporate Place, Suite 400
>Charlotte, NC 28277
>Tel: 704-501-1100
>Fax: 704-501-1190
>>-----Original Message-----
>>**From:** tony.mcmillian [mailto:tony.mcmillian@delphi.com]
>>**Sent:** Thursday, September 01, 2005 3:30 PM
>>**To:** Forster, Kevin
>>**Cc:** Lendzion, Brett A
>>**Subject:** RE: Lake City Funds Transfer
>>
>>Kevin,
>>We understand the importance of this issue and are working in order to get the wire transfer,but it will not happen within the 4pm EST time frame that we were hoping.  The payment will not be released for wire until earliest tomorrow morning. As I understand that there are other materials moving currently that have been paid "Cash in Advance." can Carlisle release the tools and equipment today

knowing that we will have wire transfer for tomorrow.  This is being requested as a favor based on the other amounts that have been paid to Carlisle in advance for movement.  This amount is for $87,500.  Delphi would hope that you can assist with this request.  Delphi is merely trying to get the paperwork in place to get Carlisle paid but it does take some time.  Please let me know your thoughts.

**Tony McMillian
Commodity Buyer
Delphi Energy and Chassis
915-612-8069**

-----Original Message-----
**From:** Forster, Kevin [mailto:kforster@carlisle.com]
**Sent:** Thursday, September 01, 2005 12:21 PM
**To:** McMillian, Tony
**Cc:** Lendzion, Brett A
**Subject:** RE: Lake City Funds Transfer

Tony,

Delphi has people waiting to load equipment. It would be in Delphi's best interest to have wire transfer completed prior to 4pm as you suggested earlier.



Kevin G. Forster
Carlisle Companies Inc.
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277
Tel: 704-501-1100
Fax: 704-501-1190

-----Original Message-----
**From:** tony.mcmillian [mailto:tony.mcmillian@delphi.com]
**Sent:** Thursday, September 01, 2005 1:50 PM
**To:** Forster, Kevin; Callan, Lorey
**Subject:** RE: Lake City Funds Transfer

The wire will more than likely be complete tomorrow morning, but I will let you know.

**Tony McMillian
Commodity Buyer
Delphi Energy and Chassis
915-612-8069**

-----Original Message-----
**From:** Forster, Kevin [mailto:kforster@carlisle.com]
**Sent:** Thursday, September 01, 2005 11:46 AM
**To:** Callan, Lorey; McMillian, Tony
**Subject:** RE: Lake City Funds Transfer

Tony,

Do you have all that you need? Let us know when transfer is initiated and send us confirmation if possible.



Kevin G. Forster
Carlisle Companies Inc.
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277
Tel: 704-501-1100
Fax: 704-501-1190

> -----Original Message-----
> **From:** Callan, Lorey
> **Sent:** Thursday, September 01, 2005 1:44 PM
> **To:** Forster, Kevin; 'tony.mcmillian'
> **Subject:** RE: Lake City Funds Transfer

| | |
|---|---|
| DUNS | ▮▮▮▮▮▮ |
| Name | CARLISLE COMPANIES INCORPORATE |
| Address | 13925 BALLANTYNE CORP PL |
| City | CHARLOTTE |
| State + ZIP | NORTH CAROLINA 28277-2704 |

> **From:** Forster, Kevin
> **Sent:** Thursday, September 01, 2005 1:17 PM
> **To:** 'tony.mcmillian'; Callan, Lorey
> **Subject:** RE: Lake City Funds Transfer

Lorey,

Tony at Delphi also needs the Duns #.

Thanks



Kevin G. Forster
Carlisle Companies Inc.
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277
Tel: 704-501-1100
Fax: 704-501-1190

-----Original Message-----
**From:** tony.mcmillian [mailto:tony.mcmillian@delphi.com]
**Sent:** Thursday, September 01, 2005 1:16 PM
**To:** Forster, Kevin
**Subject:** RE: Lake City Funds Transfer

Kevin,
This is my e-mail address.

**Tony McMillian
Commodity Buyer
Delphi Energy and Chassis
915-612-8069**

-----Original Message-----
**From:** Forster, Kevin [mailto:kforster@carlisle.com]
**Sent:** Monday, August 29, 2005 11:11 AM
**To:** DavidForrestDick

@aol.com
**Subject:** FW: Lake City Funds Transfer

Dave,

Wire transfer instructions are in message below.

Thanks,



Kevin G. Forster
Carlisle Companies Inc.
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277
Tel: 704-501-1100
Fax: 704-501-1190

-----Original Message-----
**From:** Callan, Lorey
**Sent:** Friday, August 12, 2005 10:14 AM
**To:** Forster, Kevin; Lowe, Carol
**Cc:** McKinnish, Rick
**Subject:** RE: Lake City Funds Transfer

Kevin,

Instructions are as follows:

Account Name:   Carlisle Companies

**Bank name:** ▇▇▇▇▇▇

**Account No.:** ▇▇▇▇▇▇

**ABA:** ▇▇▇▇▇▇

If the funds are coming from out of the country, you will need the SWIFT:

**SWIFT:** ▇▇▇▇▇▇

Please let me know if you need additional information.

Thanks,
Lorey

---

**From:** Forster, Kevin
**Sent:** Friday, August 12, 2005 10:08 AM
**To:** Lowe, Carol; Callan, Lorey
**Cc:** McKinnish, Rick
**Subject:** Lake City Funds Transfer

I will be meeting with Delphi next week to finalize a closing for payment with respect to machinery, tooling and parts at the Lake City facility. Please provide me with wire instructions since this payment will be made to Carlisle rather than CEP/Reserve. I anticipate this payment to be

approximately $1.2-$1.5 million depending upon the final asset list.

Thanks,



Kevin G. Forster
Carlisle Companies Inc.
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277
Tel: 704-501-1100
Fax: 704-501-1190

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee delivering this message to the intended recipient, you are hereby notified that an or copying of this communication is strictly prohibited. If you have received this please notify us immediately by replying to the message and deleting it from yo

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent respon delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this communicatio please notify us immediately by replying to the message and deleting it from your computer. Th

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified

that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
From: brett.a.lendzion [mailto:brett.a.lendzion@delphi.com]
Sent: Thursday, September 08, 2005 5:34 AM
To: Forster, Kevin
Cc: Mesler, Dana M; CMaeso@dickinson-wright.com
Subject: Purchase and Sale of Asset Agreement
```

Kevin,  I tried to reach you by phone today.  I need to discuss a few items due to your comment pertaining to "bankruptcy" of Lake City.

1)  Please provide financial information pertaining to Carlisle Engineering Products, Inc.  I need a balance sheet, income statement and 1 year Performa for this entity.  You mentioned that this is not a "shell" entity and I need to be reasonably assured of that point.

2)  I will need additional verbiage that Chris Maeso and Mike can work through pertaining to "Right of Access" after 12/31/05.  Although this is new verbiage in the contract, I don't think you will find any issue with the intent.  This documents our business intent that we agreed to in our last meeting.  As you recall, we agreed to strike the not to exceed amount per your request and document the Facility Expenses.  In addition, I believe we need to document the operational understanding supporting the contingency plan.

Finally,  I will need you to provide an invoice for the purchase value of assets and reference our Purchase Orders by Monday Sept 12,2005.

Following are the PO#'s
LPS97754 for CIPG gasket line $355,000
LPS97755 for seven injection molding machines$ 332,000.
JMS42298 and JMS42338 for the HVAC related equipment and tooling minus the $85,700 plus $64,480 in Auxiliary Equipment.

If you agree on the contract verbiage, then sign a clean document and e-mail to my attention by Monday.  After I review your financial information on Monday and find acceptable, I will countersign and set up a wire transfer for Tuesday for 90% of the total amount.


```
-----Original Message-----
From: Forster, Kevin [mailto:kforster@carlisle.com]
Sent: Thursday, September 01, 2005 5:06 PM
To: Lendzion, Brett A
Subject: RE: IMPORTANT: CEP-CSII
```

Brett,

I'll check with our Lake City quality personnel and get back to you.

Thanks,

Kevin G. Forster
Carlisle Companies Inc.
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277
Tel: 704-501-1100
Fax: 704-501-1190

-----Original Message-----
From: brett.a.lendzion [mailto:brett.a.lendzion@delphi.com]

Sent: Thursday, September 01, 2005 4:52 PM
To: Forster, Kevin
Subject: FW: IMPORTANT: CEP-CSII
Importance: High


Kevin, I sent your message to my Quality department and challenged them on your information in an effort to support your position. Attached is the feedback after they reviewed every part number.


Someone is giving you bad information.  This is the real story on your CS2 status.  I advise you to check directly with your Quality department to confirm.  This is a very "black and white" issue.  The data supports that there is not a single part that should be removed from the CS2. After you review internally, If you still want to have a meeting I would propose that I would have Dominic Capobianco available to discuss the details.  Please advise.



>   -----Original Message-----
> From:    Capobianco, Dominic


> Sent:    Thursday, September 01, 2005 4:15 PM
> To: Lendzion, Brett A
> Cc: Foster, Rosemary F; Matthews, Michael A; Wood, Richard H; Wagstaff, Matreece

> Subject: IMPORTANT:   CEP-CSII
> Importance:    High
>

> By PN:
> 096-500  No data
> 183-700  No data sent
> 186-700  Defectives
> 342-500  Limited data (1 run)
> 424-700  Defectives

```
> 517-700   Defectives
> 818-700   Defectives
> 820-700   Defectives
> 824-700   Defectives
> 826-700   No data
> 828-700   No data
> 830-700   No data
> 832-700   Defectives
> 937-700   No data sent
> 422-500   Defectives
> 684-500   No data
> 883-500   No data
> 942-500   No data
> 950-500   Limited data ( 1 run)
>                      No data means that a Gate Chart was sent
but there is no parts inspected and there are no failure modes recorded.
>


>                      Limited data means that there was not
enough parts produced to qualify for exit, (30 production days).
>

>                      Defectives means that CSII is still
finding parts with the failure modes and ICA is not in place.
>

>                      No data sent means that CEP Lake City
did not submit a Gate Chart for that PN as requested.
>

>             No Part numbers warrant release from CSII as
evidenced by data submitted.
```

**********************************************************************
***************

Note:  If the reader of this message is not the intended recipient, or
an employee or agent responsible for delivering this message to the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If
you have received this communication in error, please notify us
immediately by replying to the message and deleting it from your
computer. Thank you.


**********************************************************************
***************


**********************************************************************
***************

Note:  If the reader of this message is not the intended recipient, or
an employee or agent responsible for delivering this message to the

intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

```
**********************************************************************
***************
```

**From:** Callan, Lorey
**Sent:** Tuesday, August 30, 2005 7:29 PM
**To:** Forster, Kevin
**Subject:** RE: Delphi

Kevin – do you know if they were to credit the Engineered Products account, or the Carlisle Companies account at JPMorgan/Bank One?
Thank you.

---

**From:** Forster, Kevin
**Sent:** Monday, August 29, 2005 6:14 PM
**To:** Callan, Lorey
**Cc:** Rob Bruno; DavidForrestDick@aol.com
**Subject:** Delphi

Lorey,

Delphi is to wire transfer $87,500 from a subsidiary in Mexico for the purchase of two presses from our Lake City facility. Please advise when funds are received. We will not release presses until confirmation of funding.

Thanks,



Kevin G. Forster
Carlisle Companies Inc.
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277
Tel: 704-501-1100
Fax: 704-501-1190

**From:** Forster, Kevin
**Sent:** Thursday, September 22, 2005 5:04 AM
**To:** Brett A. Lendzion (brett.a.lendzion@delphi.com)
**Subject:** Signed Agreement

Brett,

I have attached the signed agreement. I will also be sending you two original copies. Please sign the electronic copy and return a copy by email. Also return a signed original to my attention. You should have received the wire transfer instructions and the invoice. Please send me confirmation of the wire transfer tomorrow.

Sincerely,



Kevin G. Forster
Carlisle Companies Inc.
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277
Tel: 704-501-1100
Fax: 704-501-1190