**Exhibit C**

## AFFIDAVIT OF JOSEPH VANDEN-EYNDEN

STATE OF OHIO )
) SS
COUNTY OF HAMILTON )

I, JOSEPH VANDEN-EYNDEN, being first duly cautioned and sworn, depose and say of my own personal knowledge the following:

1. I am the Managing Director of Sprimag Inc. ("Sprimag"). As Managing Director, I am familiar with Sprimag's operations and the adversary proceeding commenced against Sprimag by Delphi Automotive Systems, LLC (the "Adversary Proceeding").

2. Sprimag had no knowledge of the Adversary Proceeding until it was served with a summons and complaint on December 8, 2009.

3. From October of 2007 to December of 2009, Sprimag underwent certain changes that will prejudice it in defending this adversary proceeding. Sprimag's project manager, the manager of the Delphi account at the time of the alleged transfers, is now deceased. If forced to defend this adversary proceeding, Sprimag would have to do so without the assistance of its former project manager, whose recollection will be pertinent to Sprimag's defense. Furthermore, upon information and belief, the machinery sold by Sprimag to Delphi Corporation and its related entities ("Delphi") in connection with the alleged transfers has been sold by Delphi along with the sale of its brake components business. Upon further information and belief, the machinery was subsequently sold again by that purchaser. Therefore, obtaining necessary information for Sprimag's defense will be extremely difficult. Pertinent records will likely have to be obtained from a third party – if those records still exist.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Joseph Vanden-Eynden

Subscribed and sworn to before me by Joseph Vanden-Eynden on this 22 day of November, 2010.

_____
Notary Public
Commission expires: Aug. 9, 2015

CINLibrary 0082222.0384973  2212273v2


LAURA SUE HARRIS
Notary Public, State of Ohio
My Commission Expires August 9, 2015

-2-