HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP
3101 Tower Creek Parkway
Suite 600, One Tower Creek
Atlanta, Georgia 30339
Telephone:    (678) 384-7000
Facsimile:    (678) 384-7034
Louis G. McBryan (LG 1352) (pro hac vice)
Attorneys for Vanguard Distributors, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : : : | |
| DELPHI CORPORATION, et al. | : : | Chapter 11 |
| Debtors. | : : : : | Case No. 05-44481 (RDD) |
|  | : | (Jointly Administered) |

## NOTICE OF SERVICE

      This is to certify that on that 24th day of November, 2010, a copy of the *Joinder of Vanguard Distributors, Inc. to Motions for Relief From Fourth Order Extending Time to Serve Complaint* was filed electronically. A copy was mailed by Federal Express to chamber and sent via first class mail to:

Butzel Long
Attn: Eric B. Fisher, Esq.
380 Madison Avenue, 22nd Floor
New York, New York 10017

This 24th day of November, 2010.

                    */s/Louis G. McBryan*
                    Louis G. McBryan
                    3101 Towercreek Parkway
                    One Tower Creek, Suite 600
                    Atlanta, Georgia 30339
                    Telephone: (678) 384-7000
                    Facsimile: (678) 384-7034
                    E-mail: lmcbryan@hwmklaw.com
                    *Attorneys for Vanguard Distributors, Inc.*