HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP

3101 Tower Creek Parkway

Suite 600, One Tower Creek

Atlanta, Georgia 30339

Telephone:    (678) 384-7000

Facsimile:    (678) 384-7034

Louis G. McBryan (LG 1352) (pro hac vice)

Attorneys for Vanguard Distributors, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | : | |
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al. | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | |
| | : | (Jointly Administered) |

## NOTICE OF SERVICE

This is to certify that on that 24th day of November, 2010, a copy of the *Response in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints* was filed electronically.  A copy was mailed by Federal Express to chamber and sent via first class mail to:

Butzel Long

Attn: Eric B. Fisher, Esq.

380 Madison Avenue, 22nd Floor

New York, New York 10017

This 24th day of November, 2010.

/s/Louis G. McBryan
Louis G. McBryan
3101 Towercreek Parkway
One Tower Creek, Suite 600
Atlanta, Georgia 30339
Telephone: (678) 384-7000
Facsimile: (678) 384-7034
E-mail: lmcbryan@hwmklaw.com
*Attorneys for Vanguard Distributors, Inc.*

{File: 00043197.DOC / }