**JAECKLE FLEISCHMANN & MUGEL, LLP**
12 Fountain Plaza, Suite 800
Buffalo, New York 14202
Tel: 716.856.0600
Fax: 716.856.0432
Beverley S. Braun, Esq. (admitted *pro hac vice*)
bbraun@jaeckle.com

*Attorneys for Jamestown Container Corporation*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |
| DELPHI CORPORATION, *et al.*, | |
| Plaintiffs, | |
| -against- | Adv. Pro. No. 07-02322 |
| JAMESTOWN CONTAINER CORP., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I, **Beverley S. Braun**, an attorney admitted to practice in the State of New York and an associate of the firm of Jaeckle Fleischmann & Mugel, LLP, hereby certify that:

On the 24th day of November, 2010, I caused the Jamestown Container Corporation's Response and Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints to be electronically filed with the Clerk of the Court using the ECF System, which sent notification to all ECF participants requesting electronic service.

Additionally, on November 24, 2010, the following parties were also served via overnight Federal Express:

| | |
|---|---|
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New yOrk<br>White Plains Office<br>300 Quarropas Street<br>White Plains, New York 10601<br>Tel: (914) 390-4155 | Alica M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 White Hall Street, Suite 2100<br>New York, New York 10004<br>Tel: (215) 510-0500 |
| Neil Berger, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York New York 10119<br>Tel: (212) 594-5000 | Eric B. Fisher, Esq.<br>Butzel Long<br>380 Madison Avenue<br>22nd Floor<br>New York, New York 10017 |
| Cynthia J. Haffney, Esq.<br>Butzel Long<br>150 W. Jefferson Avenue, Suite 100<br>Detroit, Michigan 48226<br>Tel: (313) 983-7434 | Donald V. Orlandoni, Esq.<br>Butzel Long<br>150 W. Jefferson Avenue, Suite 100<br>Detroit, Michigan 48226<br>Tel: (313) 983-7434 |

Dated: Buffalo, New York
      November 24, 2010

      **JAECKLE FLEISCHMANN & MUGEL, LLP**
      By: /s/ Beverley S. Braun
          Beverley S. Braun, Esq. (admitted *pro hac vice*)
          12 Fountain Plaza, Suite 800
          Buffalo, New York 14202
          Tel: 716-856-0600
          Fax: 716-856-0432
          bbraun@jaeckle.com
      *Counsel to Jamestown Container Corp.*