# EXHIBIT A



DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

PAGE: 1 OF 1
JULY 28, 2005

TRACE NUMBER: 05072800000034306
CHECK NUMBER 34306
AMOUNT PAID: $615.98

SUMMIT POLYMERS INC
6715 SPRINKLE RD
PORTAGE, MI 49002

SUPPLIER NO: 95366

INQUIRIES: 956-554-5782

| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 06/30/05 | 562297 | 050912 | | $40.94 | $0.00 | $40.94 |
| 05/20/05 | 553274 | 052944 | | $575.04 | $0.00 | $575.04 |
| TOTALS | | | | $615.98 | $0.00 | $615.98 |

PROCESSED
AUG 0 8 2005
BATCH # 14

C1005-4

PLEASE DETACH BEFORE DEPOSITING CHECK



DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

PAGE: 1 OF 1
AUGUST 11, 2005
TRACE NUMBER: 050811000000034587
CHECK NUMBER 34587
AMOUNT PAID: $5,775.00

SUMMIT POLYMERS INC
15101 N COMMERCE DR
DEARBORN, MI 48120

SUPPLIER NO: 01586
INQUIRIES: 956-554-5782

| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 05/20/05 | 553932 | 660744 | 011130 | $5,775.00 | $0.00 | $5,775.00 |
| TOTALS | | | | $5,775.00 | $0.00 | $5,775.00 |

PROCESSED AUG 23 2005 BATCH # UK

PLEASE DETACH BEFORE DEPOSITING CHECK







DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

PAGE: 1 of 1
DATE: September 1, 2005
TRACE NUMBER: 050901000035127
CHECK NUMBER: 35127
AMOUNT PAID: $2,296.80

INQUIRIES: 956-554-5782

SUMMIT POLYMERS INC
6715 SPRINKLE RD
PORTAGE MI 49002-9707

SUPPLIER NO: 95366

| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07/29/05 | 567610 | 050167 | | $1,114.75 | $0.00 | $1,114.75 |
| 07/19/05 | 565219 | 055763 | | $1,182.05 | $0.00 | $1,182.05 |
| | | | TOTALS | $2,296.80 | $0.00 | $2,296.80 |

RECEIVED SEP 0 6 2005 ACCOUNTING/ENG.

PROCESSED SEP 1 6 2005 BATCH # 62

C/005

PLEASE DETACH BEFORE DEPOSITING CHECK

DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

SUMMIT POLYMERS INC
6715 SPRINKLE RD
PORTAGE MI 49002-9707

PAGE: 1 of 2
DATE: September 8, 2005
TRACE NUMBER: 050908000035259
CHECK NUMBER: 35259
AMOUNT PAID: $63,365.74

INQUIRIES: 956-554-5782

SUPPLIER NO: 95366

| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07/01/05 | 563049 | 050168 | | $280.99 | $0.00 | $280.99 |
| 07/01/05 | 563050A | 055750 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/01/05 | 563050B | 055753 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/01/05 | 563050C | 055754 | | $1,625.72 | $0.00 | $1,625.72 |
| 07/01/05 | 563050D | 055756 | | $816.50 | $0.00 | $816.50 |
| 07/01/05 | 563050E | 055758 | | $890.73 | $0.00 | $890.73 |
| 07/01/05 | 563050F | 055759 | | $816.50 | $0.00 | $816.50 |
| 07/01/05 | 563050G | 055764 | | $77.23 | $0.00 | $77.23 |
| 07/01/05 | 563163A | 055762 | | $360.42 | $0.00 | $360.42 |
| 07/01/05 | 563163B | 055765 | | $360.42 | $0.00 | $360.42 |
| 07/01/05 | 563184 | 055761 | | $1,441.69 | $0.00 | $1,441.69 |
| 07/01/05 | 563187 | 055764 | | $540.63 | $0.00 | $540.63 |
| 07/01/05 | 563203A | 055766 | | $180.21 | $0.00 | $180.21 |
| 07/01/05 | 563203B | 055762 | | $720.85 | $0.00 | $720.85 |
| 07/01/05 | 563203C | 055764 | | $360.42 | $0.00 | $360.42 |
| 07/01/05 | 563203D | 055765 | | $720.85 | $0.00 | $720.85 |
| 07/04/05 | 563211A | 055749 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/04/05 | 563211B | 055752 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/04/05 | 563211C | 055756 | | $148.46 | $0.00 | $148.46 |
| 07/04/05 | 563211D | 055758 | | $890.73 | $0.00 | $890.73 |
| 07/04/05 | 563211F | 055759 | | $74.23 | $0.00 | $74.23 |
| 07/04/05 | 563211G | 055760 | | $890.73 | $0.00 | $890.73 |
| 07/04/05 | 563211H | 055761 | | $720.85 | $0.00 | $720.85 |

PLEASE DETACH BEFORE DEPOSITING CHECK

PROCESSED
SEP 16 2005
BATCH # _____

C1005

PAGE: 2 of 2

00043 CKS ZA 05251 - 35259 NNNN 25151000004002 X349A1 0000054

**SUMMIT POLYMERS INC**



| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07/04/05 | 563211I | 055762 | | $360.42 | $0.00 | $360.42 |
| 07/04/05 | 563211J | 055764 | | $1,081.27 | $0.00 | $1,081.27 |
| 07/04/05 | 563211K | 055765 | | $360.42 | $0.00 | $360.42 |
| 07/04/05 | 563211L | 055766 | | $180.21 | $0.00 | $180.21 |
| 07/14/05 | 564410A | 055749 | | $2,341.04 | $0.00 | $2,341.04 |
| 07/14/05 | 564410B | 055750 | | $780.35 | $0.00 | $780.35 |
| 07/14/05 | 564410C | 055751 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/14/05 | 564410D | 055752 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/14/05 | 564410F | 055753 | | $780.35 | $0.00 | $780.35 |
| 07/14/05 | 564410G | 055754 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/14/05 | 564410H | 055755 | | $1,781.47 | $0.00 | $1,781.47 |
| 07/14/05 | 564410I | 055756 | | $890.73 | $0.00 | $890.73 |
| 07/14/05 | 564410J | 055757 | | $890.73 | $0.00 | $890.73 |
| 07/14/05 | 564410K | 055758 | | $890.73 | $0.00 | $890.73 |
| 07/14/05 | 564410L | 055759 | | $2,672.20 | $0.00 | $2,672.20 |
| 07/14/05 | 564410M | 050167 | | $1,114.75 | $0.00 | $1,114.75 |
| 07/14/05 | 564410N | 050169 | | $1,151.42 | $0.00 | $1,151.42 |
| 07/14/05 | 564514A | 055763 | | $901.06 | $0.00 | $901.06 |
| 07/14/05 | 564514B | 055766 | | $901.06 | $0.00 | $901.06 |
| 07/26/05 | 566133A | 052939 | | $280.08 | $0.00 | $280.08 |
| 07/26/05 | 566133B | 052891 | | $174.24 | $0.00 | $174.24 |
| 07/26/05 | 566133D | 052947 | | $101.14 | $0.00 | $101.14 |
| 07/26/05 | 566133F | 052944 | | $46.68 | $0.00 | $46.68 |
| 07/26/05 | 566397A | 050167 | | $557.38 | $0.00 | $557.38 |
| 07/26/05 | 566397B | 050168 | | $280.99 | $0.00 | $280.99 |
| 07/26/05 | 566397C | 050912 | | $780.35 | $0.00 | $780.35 |
| 07/26/05 | 566397F | 050914 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/26/05 | 566397G | 050917 | | $1,560.70 | $0.00 | $1,560.70 |
| 07/26/05 | 566398A | 055750 | | $780.35 | $0.00 | $780.35 |
| 07/26/05 | 566398B | 055751 | | $780.35 | $0.00 | $780.35 |
| 07/26/05 | 566398C | 055763 | | $1,081.27 | $0.00 | $1,081.27 |
| 07/27/05 | 566692 | 050167 | | $557.38 | $0.00 | $557.38 |
| 07/28/05 | 566979A | 055750 | | $780.35 | $0.00 | $780.35 |
| 07/28/05 | 566979B | 055751 | | $780.35 | $0.00 | $780.35 |
| 07/28/05 | 566979C | 055752 | | $780.35 | $0.00 | $780.35 |
| 07/28/05 | 566979D | 055753 | | $780.35 | $0.00 | $780.35 |
| 07/28/05 | 566979E | 055758 | | $890.73 | $0.00 | $890.73 |
| 07/28/05 | 566979F | 055759 | | $890.73 | $0.00 | $890.73 |
| | | | **TOTALS** | $53,365.74 | $0.00 | $53,365.74 |

DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

PAGE: 1 of 1

DATE: September 15, 2005
TRACE NUMBER: 050915000035328
CHECK NUMBER: 35328
AMOUNT PAID: $890.73

INQUIRIES: 956-554-5782

SUMMIT POLYMERS INC
6715 SPRINKLE RD
PORTAGE MI 49002-9707

SUPPLIER NO: 95366

| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 07/26/05 | 566397D | 050926 | | $890.73 | $0.00 | $890.73 |
| | | | TOTALS | $890.73 | $0.00 | $890.73 |

PROCESSED
SEP 2 3 2005
BATCH # 20

PLEASE DETACH BEFORE DEPOSITING CHECK

DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE, TX 78521

PAGE: 1 of 4

DATE: September 29, 2005
TRACE NUMBER: 0509290000035737
CHECK NUMBER: 35737
AMOUNT PAID: $126,392.21

INQUIRIES: 956-554-5782

00005 CCS ZB 05272 - 35737 NNNN 2725100004003 X349A1
SUMMIT POLYMERS INC
6715 SPRINKLE RD
PORTAGE MI 49002-9707

PROCESSED
OCT 12 2005
BATCH # 95

SUPPLIER NO: 95366

| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 08/01/05 | 567694a | 055749 | | $780.35 | $0.00 | $780.35 |
| 08/01/05 | 567694b | 055750 | | $780.35 | $0.00 | $780.35 |
| 08/01/05 | 567694c | 055755 | | $1,781.47 | $0.00 | $1,781.47 |
| 08/01/05 | 567694d | 055756 | | $1,781.47 | $0.00 | $1,781.47 |
| 08/01/05 | 567694e | 055759 | | $890.73 | $0.00 | $890.73 |
| 08/01/05 | 567694f | 050169 | | $575.71 | $0.00 | $575.71 |
| 08/01/05 | 567694g | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/02/05 | 568239h | 050168 | | $280.99 | $0.00 | $280.99 |
| 08/02/05 | 568239j | 055754 | | $780.35 | $0.00 | $780.35 |
| 08/02/05 | 568239k | 055755 | | $890.73 | $0.00 | $890.73 |
| 08/02/05 | 568239l | 055756 | | $890.73 | $0.00 | $890.73 |
| 08/02/05 | 568239m | 055762 | | $180.21 | $0.00 | $180.21 |
| 08/02/05 | 568239i | 055753 | | $780.35 | $0.00 | $780.35 |
| 08/03/05 | 568576n | 050167 | | $1,114.75 | $0.00 | $1,114.75 |
| 08/03/05 | 568576o | 050168 | | $280.99 | $0.00 | $280.99 |
| 08/03/05 | 568576p | 050169 | | $575.71 | $0.00 | $575.71 |
| 08/04/05 | 568583q | 055749 | | $1,495.67 | $0.00 | $1,495.67 |
| 08/04/05 | 568583r | 055750 | | $780.35 | $0.00 | $780.35 |
| 08/04/05 | 568583s | 055755 | | $890.73 | $0.00 | $890.73 |
| 08/04/05 | 568583t | 055756 | | $890.73 | $0.00 | $890.73 |
| 08/04/05 | 568583u | 055757 | | $1,781.47 | $0.00 | $1,781.47 |
| 08/04/05 | 568583v | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/04/05 | 568583w | 055759 | | $890.73 | $0.00 | $890.73 |

PLEASE DETACH BEFORE DEPOSITING CHECK

00005 CKS ZB 05272 - 35737 NNNN 2725100004003 X349A1 0001163

SUMMIT POLYMERS INC



| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 08/04/05 | 568764x | 050168 | | $842.98 | $0.00 | $842.98 |
| 08/04/05 | 568764y | 050169 | | $575.71 | $0.00 | $575.71 |
| 08/05/05 | 568880a | 055750 | | $780.35 | $0.00 | $780.35 |
| 08/05/05 | 568880b | 055751 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/05/05 | 568880c | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/05/05 | 568880d | 055759 | | $890.73 | $0.00 | $890.73 |
| 08/05/05 | 568880e | 055760 | | $890.73 | $0.00 | $890.73 |
| 08/05/05 | 568880f | 055753 | | $780.35 | $0.00 | $780.35 |
| 08/05/05 | 568880z | 055749 | | $780.35 | $0.00 | $780.35 |
| 08/08/05 | 569269g | 055752 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/08/05 | 569269h | 055754 | | $780.35 | $0.00 | $780.35 |
| 08/08/05 | 569269j | 050168 | | $280.99 | $0.00 | $280.99 |
| 08/08/05 | 569269l | 050167 | | $1,114.75 | $0.00 | $1,114.75 |
| 08/10/05 | 569588k | 055750 | | $780.35 | $0.00 | $780.35 |
| 08/10/05 | 569588l | 055751 | | $780.35 | $0.00 | $780.35 |
| 08/10/05 | 569588m | 055766 | | $180.21 | $0.00 | $180.21 |
| 08/10/05 | 569862n | 050167 | | $1,114.75 | $0.00 | $1,114.75 |
| 08/10/05 | 569889o | 050168 | | $280.99 | $0.00 | $280.99 |
| 08/10/05 | 569889p | 055749 | | $780.35 | $0.00 | $780.35 |
| 08/10/05 | 569889q | 055750 | | $780.35 | $0.00 | $780.35 |
| 08/10/05 | 569889r | 055752 | | $780.35 | $0.00 | $780.35 |
| 08/10/05 | 569889s | 055755 | | $890.73 | $0.00 | $890.73 |
| 08/10/05 | 569889t | 055756 | | $890.73 | $0.00 | $890.73 |
| 08/10/05 | 569889u | 055766 | | $180.21 | $0.00 | $180.21 |
| 08/10/05 | 570219v | 050167 | | $557.38 | $0.00 | $557.38 |
| 08/10/05 | 570219w | 050168 | | $280.99 | $0.00 | $280.99 |
| 08/10/05 | 570219x | 050169 | | $575.71 | $0.00 | $575.71 |
| 08/11/05 | 570291a | 055750 | | $780.35 | $0.00 | $780.35 |
| 08/11/05 | 570291b | 055751 | | $780.35 | $0.00 | $780.35 |
| 08/11/05 | 570291c | 055752 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/11/05 | 570291d | 055753 | | $780.35 | $0.00 | $780.35 |
| 08/11/05 | 570291e | 055754 | | $780.35 | $0.00 | $780.35 |
| 08/11/05 | 570291f | 055755 | | $1,781.47 | $0.00 | $1,781.47 |
| 08/11/05 | 570291g | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/11/05 | 570291h | 055757 | | $890.73 | $0.00 | $890.73 |
| 08/11/05 | 570291j | 055759 | | $890.73 | $0.00 | $890.73 |
| 08/11/05 | 570291k | 055760 | | $890.73 | $0.00 | $890.73 |
| 08/11/05 | 570291l | 055766 | | $180.21 | $0.00 | $180.21 |
| 08/11/05 | 570291y | 050167 | | $557.38 | $0.00 | $557.38 |
| 08/11/05 | 570291z | 055749 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/11/05 | 570291l | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/15/05 | 570936m | 050168 | | $561.98 | $0.00 | $561.98 |

| INVOICE DATE | INVOICE NUMBER | P.O. NUMBER | INVOICE DESCRIPTION | INVOICE AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 08/15/05 | 570936n | 055754 | | $780.35 | $0.00 | $780.35 |
| 08/15/05 | 570936o | 055757 | | $890.73 | $0.00 | $890.73 |
| 08/15/05 | 570936p | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/15/05 | 570936q | 055759 | | $890.73 | $0.00 | $890.73 |
| 08/15/05 | 570936r | 055760 | | $890.73 | $0.00 | $890.73 |
| 08/16/05 | 571248s | 050167 | | $557.38 | $0.00 | $557.38 |
| 08/16/05 | 571248t | 055751 | | $780.35 | $0.00 | $780.35 |
| 08/16/05 | 571248u | 055753 | | $780.35 | $0.00 | $780.35 |
| 08/16/05 | 571248v | 055755 | | $890.73 | $0.00 | $890.73 |
| 08/16/05 | 571248w | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/17/05 | 571782x | 050915 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/18/05 | 571861a | 055754 | | $780.35 | $0.00 | $780.35 |
| 08/18/05 | 571861b | 055755 | | $890.73 | $0.00 | $890.73 |
| 08/18/05 | 571861c | 055756 | | $890.73 | $0.00 | $890.73 |
| 08/18/05 | 571861d | 055757 | | $890.73 | $0.00 | $890.73 |
| 08/18/05 | 571861e | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/18/05 | 571861f | 055759 | | $890.73 | $0.00 | $890.73 |
| 08/18/05 | 571861g | 055760 | | $890.73 | $0.00 | $890.73 |
| 08/18/05 | 571861h | 050167 | | $557.38 | $0.00 | $557.38 |
| 08/18/05 | 571861y | 055749 | | $2,341.04 | $0.00 | $2,341.04 |
| 08/18/05 | 571861z | 055752 | | $780.35 | $0.00 | $780.35 |
| 08/18/05 | 571861t | 050168 | | $280.99 | $0.00 | $280.99 |
| 08/19/05 | 572190j | 050167 | | $557.38 | $0.00 | $557.38 |
| 08/19/05 | 572190k | 050169 | | $575.71 | $0.00 | $575.71 |
| 08/19/05 | 572190m | 055752 | | $780.35 | $0.00 | $780.35 |
| 08/19/05 | 572190n | 055755 | | $890.73 | $0.00 | $890.73 |
| 08/19/05 | 572190o | 055757 | | $890.73 | $0.00 | $890.73 |
| 08/19/05 | 572190p | 055758 | | $890.73 | $0.00 | $890.73 |
| 08/19/05 | 572190q | 055760 | | $890.73 | $0.00 | $890.73 |
| 08/19/05 | 572190r | 050917 | | $780.35 | $0.00 | $780.35 |
| 08/23/05 | 572854a | 055759 | | $890.73 | $0.00 | $890.73 |
| 08/23/05 | 572854b | 055760 | | $890.73 | $0.00 | $890.73 |
| 08/23/05 | 572854s | 050167 | | $1,672.13 | $0.00 | $1,672.13 |
| 08/23/05 | 572854t | 050168 | | $842.98 | $0.00 | $842.98 |
| 08/23/05 | 572854u | 050169 | | $575.71 | $0.00 | $575.71 |
| 08/23/05 | 572854v | 055750 | | $780.35 | $0.00 | $780.35 |
| 08/23/05 | 572854w | 055752 | | $780.35 | $0.00 | $780.35 |
| 08/23/05 | 572854x | 055753 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/23/05 | 572854y | 055755 | | $890.73 | $0.00 | $890.73 |
| 08/23/05 | 572854z | 055756 | | $1,781.47 | $0.00 | $1,781.47 |
| 08/25/05 | 573670c | 055750 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/25/05 | 573670d | 055749 | | $780.35 | $0.00 | $780.35 |
| 08/25/05 | 573670e | 055751 | | $780.35 | $0.00 | $780.35 |
| 08/25/05 | 573670f | 055752 | | $780.35 | $0.00 | $780.35 |
| 08/25/05 | 573670g | 055753 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/25/05 | 573670h | 055754 | | $780.35 | $0.00 | $780.35 |
| 08/25/05 | 573670j | 055757 | | $1,781.47 | $0.00 | $1,781.47 |
| 08/25/05 | 573670k | 055758 | | $2,672.20 | $0.00 | $2,672.20 |
| 08/25/05 | 573670l | 055760 | | $890.73 | $0.00 | $890.73 |
| 08/25/05 | 573670m | 050169 | | $575.71 | $0.00 | $575.71 |
| 08/25/05 | 573670t | 055755 | | $1,781.47 | $0.00 | $1,781.47 |
| 08/29/05 | 574177n | 050167 | | $557.38 | $0.00 | $557.38 |
| 08/29/05 | 574177o | 050168 | | $280.99 | $0.00 | $280.99 |
| 08/29/05 | 574177p | 055749 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/29/05 | 574177q | 055751 | | $780.35 | $0.00 | $780.35 |
| 08/29/05 | 574177r | 055752 | | $780.35 | $0.00 | $780.35 |
| 08/29/05 | 574177s | 055753 | | $780.35 | $0.00 | $780.35 |
| 08/29/05 | 574177t | 055754 | | $1,560.70 | $0.00 | $1,560.70 |
| 08/29/05 | 574177u | 055755 | | $890.73 | $0.00 | $890.73 |
| 08/29/05 | 574177v | 055756 | | $1,781.47 | $0.00 | $1,781.47 |
| 08/29/05 | 574177w | 055759 | | $890.73 | $0.00 | $890.73 |
| 08/31/05 | 574993a | 055751 | | $780.35 | $0.00 | $780.35 |