# EXHIBIT C

**Purchase Order**

[x] Delphi Mechatronic Systems
[ ] Delphi Mechatronic Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI

Page: 1

| To: | SUMMIT POLYMERS INC | Purchase Order No. | 9571- 50167 |
|---|---|---|---|
| | AV PROGRESO S/N | This number must appear on all invoices, correspondence, packing slips, | |
| | FRACC PARQUE IND DEL NTE | shipping documents and containers. | |
| | MATAMOROS TAM 87316 | Purchase Order Revision: | 08   2/09/07 |

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX  78521        USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB   FREIGHT COLLECT | Ship Via   ROUTING IN | Terms   MNS-2 |
|---|---|---|
| Vendor-Number   95366 | Tax Exempt ID Number | Date of Order   2/09/07 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price/Tax |
|---|---|---|---|---|---|
| | | REFER TO PC 7477167        HOUSING-BEZEL  6749 | c | | |
| | | SCHEDULE | | | |
| | | Prices valid from 1/01/07 To 12/31/07 | | | |
| | | Quantity      1.000   Price | | .58060 | |
| | | Prices valid from 1/01/08 To 12/31/08 | | | |
| | | Quantity      1.000   Price | | .58060 | |

*Handwritten stamp: UPN I 50 / CONTRACT CLASSIFICATION / DATE 2/14/07 MP / New Contract / Contract Change / PPAP 2121F Closed / SO# / OTHER*

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

HOUSEING BEZEL PAINTED AN PAD PRINTED
DOOR LOCK
Notwithstanding anything to the contrary contained
in the Contract, the execution and/or delivery of
this purchase order amendment is for the sole

1. This order expressly limits acceptance to the terms stated on the face and Delphi
   website hereof. Any additional or different terms proposed by seller are rejected
   unless expressly assented to in writing.
2. This order and/or releases against this order are not to be filled at higher prices
   than shown on Purchase Order or Release without written approval of buyer.
3. This order is subject to terms, conditions, and instructions on the face and
   Delphi Customer Specific Requirements hereof.

P59-552 (1201)

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence

M - Carlos A. Gracia

Buyer

By:

ORIGINAL

Purchase Order

[x] Delphi Mechatronic Systems
[ ] Delphi Mechatronic Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Page:  1

To:  **SUMMIT POLYMERS INC**
**AV PROGRESO S/N**
**FRACC PARQUE IND DEL NTE**
**MATAMOROS TAM 87316**

Purchase Order No.    9571- 50168

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.

Purchase Order Revision:    09    2/09/07

Ship To:  **DELPHI MECHATRONIC SYSTEMS**
Condura II
615 Elca Lane , Suite A
Brownsville
TX   78521    USA

Invoice in Duplicate To:

**DELPHI MECHATRONIC SYSTEMS**
**615 Elca Lane Suite A**
**Brownsville, TX 78521**

| FOB  FREIGHT COLLECT | Ship Via  ROUTING IN | Terms  MNS-2 |
| Vendor Number  95366 | Tax Exempt ID Number | Date of Order  2/09/07 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price/Tax |
|---|---|---|---|---|---|

REFER TO PC 7477218          HOUSING-BEZEL  6747          D
SCHEDULE

Prices valid from  1/01/07 To 12/31/07

Quantity          1.000    Price          .58540

Prices valid from  1/01/08 To 12/31/08

Quantity          1.000    Price          .58540

CONTRACT CLASSIFICATION
New Contract
Contract Change
SC#
OTHER

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

BEZEL   PAINTED   AN  PAD  PRINTED
TWO  GANG
Notwithstanding anything to the contrary contained
in the Contract, the execution and/or delivery of
this purchase order amendment is for the sole

1. This order expressly limits acceptance to the terms stated on the face and Delphi
website hereof. Any additional or other terms proposed by seller are rejected
unless expressly assented to in writing.
2. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.
3. This order is subject to terms, conditions, and instructions on the face and
Delphi Customer Specific Requirements hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Carlos A. Gracia

Buyer

By:

P59-552 (1201)

ORIGINAL

**Purchase Order**

☒ Delphi Mechatronic Systems
☐ Delphi Mechatronic Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Page: 1

| | |
|---|---|
| To: | SUMMIT POLYMERS INC<br>AV PROGRESO S/N<br>FRACC PARQUE IND DEL NTE<br>MATAMOROS TAM 87316 | Purchase Order No.   9571- 50169<br>This number must appear on all invoices, correspondence, packing slips,<br>shipping documents and containers.<br>Purchase Order Revision:   10   2/09/07 |

Ship To:

DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX    78521    USA

Invoice in Duplicate To:

DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB   FREIGHT COLLECT | Ship Via   ROUTING IN | Terms   MNS-2 |
|---|---|---|
| Vendor Number   95366 | Tax Exempt ID Number | Date of Order   2/09/07 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price/Tax |
|---|---|---|---|---|---|

REFER TO PC 7477219          HOUSING-BEZEL  *6748*          c
SCHEDULE

Prices valid from  1/01/07 To 12/31/07

    Quantity          1.000    Price                    .59970

Prices valid from  1/01/08 To 12/31/08

    Quantity          1.000    Price                    .59970

*[Handwritten stamp: CONTRACT CLASSIFICATION DATE 2/14/07 ... New Contract / Contract Change ... SOW ... OTHER ...  LPN105]*

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

    BEZEL  PAINTED  AN  PAD  PRINTED
    SINGLE  WINDOW
    Notwithstanding anything to the contrary contained
    in the Contract, the execution and/or delivery of
    this purchase order amendment is for the sole

1. This order expressly limits acceptance to the terms stated on the face and Delphi
website hereof. Any additional or different terms proposed by seller are rejected
unless expressly assented to in writing.
2. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.
3. This order is subject to terms, conditions, and instructions on the face and
Delphi Customer Specific Requirements hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Carlos A. Gracia

Buyer

By: _____

P-59-552 (12/01)

ORIGINAL

**Purchase Order**    ☐ Delphi Mechatronic Systems    D-U-N-S No. 02-155-3417    **DELPHI**
    ☐ Delphi Automotive Systems    T.I.N. No. 38-3589834    Automotive Systems    Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 50912

**Purchase Order No.**
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 02    1/19/06
**Purchase Order Revision:**

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX    78521    USA

Invoice in Duplicate
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB | DEST. FGT. COLL | Ship Via | ROUTING IN | Terms | MNS-2 |
|---|---|---|---|---|---|
| Vendor Number | 95366 | Tax Exempt ID Number | | Date of Order | 1/19/06 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74775191-1    RH FRONT BEZEL ASSY(MED.PARCH)    *8676.00E*
SCHEDULE        2003 MY EN114 (GRAND MARQUIS)    A

    Prices valid from    1/01/05 To 12/31/07

        Quantity    1.000    Price    2.40848

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

        --------- NAFTA REQUIREMENTS ---------
        **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
        THE SHIP TO ADDRESS ON PURCHASE ORDER.
        --------- BLANKET ORDER ---------
        This is a long term commitment.
        Releases for Delphi weekly requirements will be
        generated and transmitted electronically.
        --------- DELPHI SUPPLIER GUIDELINES ---------
        This contract is governed by Delphi Terms and
        Conditions. Supplier must comply with Delphi
        Customer Specific Requirements. For these
        documents reference website www.delphi.com

*EN114*
*CONTRACT CLASSIFICATION*
*DATE 2/7/06*
✓ New Contract *prod po*
✓ Contract Change *extend dts*
□ PPPA#_____
□ SO#_____ *(PP4)*
□ OTHER_____

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer

By: *[signature]*

# DELPHI
## Automotive Systems

Purchase Order

☐ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page: 1

SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

**Purchase Order No.**  9571- 50918
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 02   1/19/06
**Purchase Order Revision:**

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX  78521      USA

Invoice in Duplicate DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB DEST ECT COLL | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| Vendor Number 95266 | Tax Exempt ID Number | Date of Order 1/19/06 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74775191-2    RR FRONT BEZEL ASSY.(LT.FLINT)
SCHEDULE     2003 MY EN114 (GRAND MARQUIS)      A      *8676.0EE*

Prices valid from  1/01/05 To 12/31/07

        Quantity      1.000   Price        2.40848

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

--------- NAFTA REQUIREMENTS ----------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
THE SHIP TO ADDRESS ON PURCHASE ORDER.
--------- BLANKET ORDER ----------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
--------- DELPHI SUPPLIER GUIDELINES ----------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents, reference website www.delphi.com

*EN 114*
CONTRACT CLASSIFICATION
DATE 2/7/06 us
☐ New Contract prod po
☐ Contract Change extended
☐ PPPA#_____ (P04)
☐ SO#_____
☐ OTHER_____

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: _____

'59-552 (12/01)                    **ORIGINAL**

**Purchase Order**  ☐ Delphi Mechatronic Systems   ☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
### Automotive Systems

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 50914

**Purchase Order No.** _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 02   1/19/06
**Purchase Order Revision:** _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX   78521   USA

Invoice in Duplicate:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB | DEST | FGT COLL | Ship Via | ROUTING IN | Terms | MNS-2 |
|-----|------|----------|----------|------------|-------|-------|
| Vendor Number | 95366 | | Tax Exempt ID Number. | | Date of Order | 1/19/06 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|----------|-----|---------------------------|---------------|------------|----------------------|
| | | REFER TO PC 74/75191-3   RH FRONT BEZEL ASSY(MID.BLACK) | | | |
| | | SCHEDULE   2003 MY EN114 (GRAND MARQUIS) | A | | 8676, 6BE |

Prices valid from  1/01/05 To 12/31/07

Quantity   1.000   Price   2.40848

** A3 OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

--------- NAFTA REQUIREMENTS ----------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
--------- BLANKET ORDER ----------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
--------- DELPHI SUPPLIER GUIDELINES ----------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents, reference website  www.delphi.com

*stamp:* EN114  CONTRACT CLASSIFICATION  DATE 2/7/06  LNB
✓ New Contract  PROD PO
Contract Change  extended
PPAP  CP04
SOP
OTHER

. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

. This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M -- Rodrigo Villaseñor
**Buyer**

By: *Villaseñor* (signature)

59-552 (12/01)                          **ORIGINAL**

# DELPHI
Automotive Systems

urchase Order    ☐ Delphi Mechatronic Systems    D-U-N-S No. 02-155-3417    Page: 1
☐ Delphi Automotive Systems    T.I.N. No. 38-3589834

x:  SUMMIT POLYMERS INC
    AV PROGRESO S/N
    FRACC PARQUE IND DEL NTE
    MATAMOROS TAM 87316

**Purchase Order No.** 9571- 50915
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 02   1/19/06
**Purchase Order Revision:**

hip To:  DELPHI MECHATRONIC SYSTEMS
    Condura II
    615 Elca Lane , Suite A
    Brownsville

    TX   78521    USA

Invoice in Duplicate  DELPHI MECHATRONIC SYSTEMS
    615 Elca Lane Suite A
    Brownsville, TX 78521

| FOB DEST EGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
| Vendor Number 95366 | Tax Exempt ID Number | Date of Order 1/19/06 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74775192-1    LH FRONT BEZEL ASSY(MED.PARCH)
SCHEDULE    2003 MY EN114 (GRAND MARQUIS)    A    8677.0CE

Prices valid from 1/01/05 To 12/31/07

Quantity    1.000    Price    2.40848

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions. EN 114

-------- NAFTA REQUIREMENTS --------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
THE SHIP TO ADDRESS ON PURCHASE ORDER.
-------- BLANKET ORDER --------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
-------- DELPHI SUPPLIER GUIDELINES --------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents, reference website www.delphi.com

CONTRACT CLASSIFICATION
DATE 2/7/06 IN2
New Contract prod pg
Contract Change exten adts
PPFA#
SO#    (PDU)
OTHER

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By:

P50-552 (12/01)    **ORIGINAL**

# Purchase Order

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page: 1

| To: | SUMMIT POLYMERS INC<br>AV PROGRESO S/N<br>FRACC PARQUE IND DEL NTE<br>MATAMOROS<br>alejandragalvan@summitpolymers | Purchase Order No. 9571- 50924 |
| --- | --- | --- |

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 01  9/15/03
Purchase Order Revision:

| Ship To: | DELPHI MECHATRONIC SYSTEMS<br>Condura II<br>615 Elca Lane , Suite A<br>Brownsville<br><br>TX  78521      USA | Invoice in Duplicate To: DELPHI MECHATRONIC SYSTEMS<br>615 Elca Lane Suite A<br>Brownsville, TX 78521 |
| --- | --- | --- |

| FOB  DEST  FGT  COLL | Ship Via  ROUTING IN | Terms  MNS-2 |
| --- | --- | --- |
| Vendor Number   95366 | Tax Exempt ID Number | Date of Order   9/15/03 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
| --- | --- | --- | --- | --- | --- |

REFER TO PC 74775195-1     RH REAR BEZEL ASSY-POLICE
SCHEDULE        2003 MY EN114 (MED. PARCHMENT)            A

    Prices valid from  1/01/03 To 12/31/03

        Quantity      1.000    Price        2.78875

    Prices valid from  1/01/04 To 12/31/04

        Quantity      1.000    Price        2.70509

    Prices valid from  1/01/05 To 12/31/05

        Quantity      1.000    Price        2.65099

CONTRACT CLASSIFICATION
DATE
New Contract
Contract Change
PPAAP
SOR
OTHER

**\*\* AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. \*\***

**INCO TERMS – TTOP(Title Transfer Our Plant): Title transfers when goods
arrive at buyer's reciving dock.**

        \*\*VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS\*\* ATTN IMPORT/EXPORT TO
        THE SHIP TO ADDRESS ON P.O.
        \*\*BLANKET ORDER\*\*This is a long term commitment,
        short term releases will be generated for specific
        requirements.\*\*SUPPLIER DELIVERY MANUAL\*\*Supplier
        must comply with the latest revision of the Delphi
        Supplier Delivery Manual available at this office

1.  This order expressly limits acceptance to the terms stated on the face and reverse
    side hereof. Any additional or different terms proposed by seller are rejected unless
    expressly assented to in writing.

2.  This order and/or releases against this order are not to be filled at higher prices
    than shown on Purchase Order or Release without written approval of buyer.

3.  This order is subject to terms, conditions, and instructions on the face and
    reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

N – EUGENIA ACOSTA
Buyer

By:

P59-552 (12/01)                    ORIGINAL

**Purchase Order**

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page:   1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS
alejandragalvan@summitpolymers

Purchase Order No.          9571- 50926
This number must appear on all invoices, correspondence, packing slips, shipping documents and container.01   9/15/03
Purchase Order Revision: _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX   78521        USA

Invoice in Delphi: DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB  DEST.  FGT COLL | | Ship Via  ROUTING IN | Terms   MNS-2 |
| Vendor Number   95366 | | Tax Exempt ID Number | Date of Order  9/15/03 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74775195-3      RH REAR BEZEL ASSY POLICE
SCHEDULE      2003 MY EN114 (MIDNIGHT BLACK)                    A

Prices valid from  1/01/03 To 12/31/03

                Quantity        1.000   Price        2.78875

Prices valid from  1/01/04 To 12/31/04

                Quantity        1.000   Price        2.70509

Prices valid from  1/01/05 To 12/31/05

                Quantity        1.000   Price        2.65099

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

                **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
                THE SHIP TO ADDRESS ON P.O.
                **BLANKET ORDER**This is a long term commitment,
                short term releases will be generated for specific
                requirements.**SUPPLIER DELIVERY MANUAL**Supplier
                must comply with the latest revision of the Delphi
                Supplier Delivery Manual available at this office.

CONTRACT CLASSIFICATION
DATE  6/21/04
New Contra
Contract C
PPPA#
SO#
OTH#

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

N - EUGENIA ACOSTA
Buyer

By: _____

PS9-552 (12/01)                         **ORIGINAL**

# Purchase Order

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS
alejandragalvan@summitpolymers

**Purchase Order No.** 9571- 50927
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:** 01   9/15/03

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX   78521   USA

Invoice In Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB DEST FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
| Vendor Number 95366 | Tax Exempt ID Number | Date of Order 9/15/03 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74775196-1      LH REAR BEZEL ASSY-POLICE
SCHEDULE      2003 MY EN114 (MED.PARCHMENT)      A

8695.0ce

Prices valid from  1/01/03 To 12/31/03

　　　　Quantity      1.000   Price      2.7887

Prices valid from  1/01/04 To 12/31/04

　　　　Quantity      1.000   Price      2.70509

Prices valid from  1/01/05 To 12/31/05

　　　　Quantity      1.000   Price      2.65099

CONTRACT CLASSIFICATION
DATE
[ ] New Contract
[✓] Contract Change
[ ] PPPA#
[ ] OTHER

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

　　　　**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
　　　　PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
　　　　THE SHIP TO ADDRESS ON P.O.
　　　　**BLANKET ORDER**This is a long term commitment,
　　　　short term releases will be generated for specific
　　　　requirements.**SUPPLIER DELIVERY MANUAL**Supplier
　　　　must comply with the latest revision of the Delphi
　　　　Supplier Delivery Manual available at this office.

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

N - EUGENIA ACOSTA
Buyer

By: _____

P59-552 (12/01)                    ORIGINAL

# Purchase Order

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS
alejandragalvan@summitpolymers

Purchase Order No.   9571- 50930

This number must appear on all invoices, correspondence, packing slips,
shipping documents and container Q1   9/15/03
Purchase Order Revision:

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX  78521      USA

Invoice in Display To: DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB DEST. FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
| Vendor Number 95366 | Tax Exempt ID Number | Date of Order 9/15/03 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74775197-1      RH REAR BEZEL ASSY-LWB
SCHEDULE      2003 MY EN114 (MED. PARCHMENT)      A

Prices valid from  1/01/03 To 12/31/03

    Quantity      1.000  Price      6.77060

Prices valid from  1/01/04 To 12/31/04

    Quantity      1.000  Price      6.56748

Prices valid from  1/01/05 To 12/31/05

    Quantity      1.000  Price      6.43613

**CONTRACT CLASSIFICATION**
DATE
[ ] New Contract
[✓] Contract Change
[ ] PPPA#
[ ] SO#
[ ] OTHER

**\*\* AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. \*\***

**INCO TERMS – TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."**

    \*\*VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS\*\* ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
\*\*BLANKET ORDER\*\*This is a long term commitment,
short term releases will be generated for specific
requirements.\*\*SUPPLIER DELIVERY MANUAL\*\*Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

N - EUGENIA ACOSTA
Buyer

By:

P59-552 (12/01)                    ORIGINAL

# DELPHI
Automotive Systems

**Purchase Order**

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS
alejandragalvan@summitpolymers

Purchase Order No.    9571- 50933

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.    1    9/15/03

Purchase Order Revision:

Ship To:
DELPHI MECHATRONIC SYSTEMS
Condura II
615 Elca Lane , Suite A
Brownsville

TX  78521    USA

Invoice in DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB  DEST.  FGT COLL | Ship Via  ROUTING IN | Terms  MNS-2 |
| Vendor Number.  95366 | Tax Exempt ID Number | Date of Order  9/15/03 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74775198-1    LH REAR BEZEL ASSY- LWB
SCHEDULE    2003 MY EN114 (MED. PARCHMENT)    A

Prices valid from 1/01/03 To 12/31/03

Quantity    1.000    Price    6.77060

Prices valid from 1/01/04 To 12/31/04

Quantity    1.000    Price    6.56748

Prices valid from 1/01/05 To 12/31/05

Quantity    1.000    Price    6.43613

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

        **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
        THE SHIP TO ADDRESS ON P.O.
        **BLANKET ORDER**This is a long term commitment,
        short term releases will be generated for specific
        requirements.**SUPPLIER DELIVERY MANUAL**Supplier
        must comply with the latest revision of the Delphi
        Supplier Delivery Manual available at this office.

1. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

N - EUGENIA ACOSTA
Buyer

By: _____

# DELPHI
### Automotive Systems

**Purchase Order**

[x] Delphi Mechatronic Systems

[ ] Delphi Automotive Systems

*Att: Blanca Castellanos.*

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page: 1

To:   SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS
alejandragalvan@summitpolymers

Purchase Order No.   9571- 52891
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.
Purchase Order Revision:   01   2/09/20

Ship To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

Invoice in Duplicate To:  DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

TX   78521   USA

| FOB ORIGIN FRT COLL | Ship Via ROUTING IN | Terms MNS 2 |
| Vendor Number 95366 | Tax Exempt ID Number | Date of Order 9/05/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 7477495-14   BEZEL SINGLE(MED.GRAPHITE)
SCHEDULE   C

Prices valid from  9/05/02 To 12/31/05  SET-UP CHARGE $590.00

Quantity      1.000   Price      3.63000

**\*\* AS OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. \*\***

\*\*VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS\*\* ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON P.O.
\*\*BLANKET ORDER\*\*This is a long term commitment,
short term releases will be generated for specific
requirements.\*\*SUPPLIER DELIVERY MANUAL\*\*Supplier
must comply with the latest revision of the Delphi
Supplier Delivery Manual available at this office.
PRODUCT VERIFICATION,Delphi or our Customers have
the right to verify purchase products at your
facility at any time with notification in advance.
This will not preclude rejections by Delphi.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
SUPPLIER GUIDELINES.
REFERENCE WEBSITE www . delphiauto . com

1. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

2. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

E - VANESSA NAVAR
Buyer

3. This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

By:

**ORIGINAL**

# DELPHI
Automotive Systems

**Purchase Order**   ☒ Delphi Mechatronic Systems   ☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

Purchase Order No. 9571- 52895
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers 05   4/19/05
Purchase Order Revision:

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521   USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB | DEST. FGT COLL | Ship Via | ROUTING IN | Terms | MNS-2 |
| Vendor Number | 95366 | Tax Exempt ID Number | | Date of Order | 4/19/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 7477493-14   BEZEL SINGLE(MED.GRAPHITE)   B
SCHEDULE

Prices valid from 9/05/02 To 12/31/05 SET UP CHARGE $435.00

36 pcs.   Quantity   1.000   Price   3.89000

**\*\* AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES. ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. \*\***

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

\*\*VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS\*\* ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
\*\*BLANKET ORDER\*\*  This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
ACCORDANCE WITH AIAG PPAP. PARTS SHOULD NOT BE
SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific.

CONTRACT CLASSIFICATION
Date 4/19/05
✓ New Contract  Spot Buy
___ Contract Change
___ PPPA#
___ SO#
✓ OTHER  16219

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

E - Carlos A. Gracia
Buyer

By: _____

P59-552 (12/01)

**ORIGINAL**

# DELPHI
Automotive Systems

**Purchase Order**

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page:   1

| To: | SUMMIT POLYMERS INC<br>AV PROGRESO S/N<br>FRACC PARQUE IND DEL NTE<br>MATAMOROS<br>alejandragalvan@summitpolymers |
|---|---|

Purchase Order No.                     9571– 52917
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.  01   2/09/20
Purchase Order Revision:

| Ship To: | DELPHI MECHATRONIC SYSTEMS   *10/4/02*<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE<br><br>TX   78521        USA |
|---|---|

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

*Dup
Service
PO
(LP04)*
*CMS# 11106*

| FOB   ORIGIN FRT COLL | Ship Via   ROUTING IN | Terms   MNS-2 |
|---|---|---|
| Vendor Number   95366 | Tax Exempt ID Number | Date of Order   9/17/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 7477495-11      BEZEL SINGLE (WILLOW) R/H
SCHEDULE      *6740.00%*                          C

       Prices valid from  9/13/02 To 12/31/03  set-up $590.00

             Quantity      1.000   Price      3.63000

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

             **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
             PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
             THE SHIP TO ADDRESS ON P.O.
             **BLANKET ORDER**This is a long term commitment,
             short term releases will be generated for specific
             requirements.**SUPPLIER DELIVERY MANUAL**Supplier
             must comply with the latest revision of the Delphi
             Supplier Delivery Manual available at this office.
             PRODUCT VERIFICATION,Delphi or our Customers have
             the right to verify purchase products at your
             facility at any time with notification in advance.
             This will not preclude rejections by Delphi.
             UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
             ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
             ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
             SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
             SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
             SUPPLIER GUIDELINES.
             REFERENCE WEBSITE:www.delphiauto.com

1. This order expressly limits acceptance to the terms stated on the face and reverse
   side hereof. Any additional or different terms proposed by seller are rejected unless
   expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices
   than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and
   reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

E – VANESSA NAVAR
Buyer

By: _____

ORIGINAL

**Purchase Order**

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page: 1

| To: | SUMMIT POLYMERS INC<br>AV PROGRESO S/N<br>FRACC PARQUE IND DEL NTE<br>MATAMOROS<br>alejandragalvan@summitpolymers | **Purchase Order No.**    9571- 52939 |
|---|---|---|

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.

**Purchase Order Revision:** 00    0/00/00

| Ship To: | DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE<br><br>TX    78521    USA | Invoice in Duplicate To:<br>DELPHI MECHATRONIC SYSTEMS<br>615 Elca Lane Suite A<br>Brownsville, TX 78521 |
|---|---|---|

10/9/02
bird
service
(PO4)

| FOB   ORIGIN FRT COLL | Ship Via:   ROUTING IN | Terms   MNS-2 |
|---|---|---|
| Vendor Number   95366 | Tax Exempt ID Number | Date of Order   9/20/02 |

Cns#1120

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 7477311-13        BEZEL 6-GANG (SADDLE) L/F
SCHEDULE    6738. OFE                                            -

Prices valid from  9/13/02 To 12/31/03  SET- UP $435.00

            Quantity        1.000    Price        3.89000

**\*\* AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. \*\***

                    \*\*VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                    PRIOR TO INITIAL SHIPMENTS\*\* ATTN IMPORT/EXPORT TO
                    THE SHIP TO ADDRESS ON P.O.
                    \*\*BLANKET ORDER\*\*This is a long term commitment,
                    short term releases will be generated for specific
                    requirements.\*\*SUPPLIER DELIVERY MANUAL\*\*Supplier
                    must comply with the latest revision of the Delphi
                    Supplier Delivery Manual available at this office.
                    PRODUCT VERIFICATION,Delphi or our Customers have
                    the right to verify purchase products at your
                    facility at any time with notification in advance.
                    This will not preclude rejections by Delphi.
                    UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
                    ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
                    ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
                    SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
                    SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
                    SUPPLIER GUIDELINES.
                    REFERENCE WEIGHT:

1. This order expressly limits acceptance to the terms stated herein and any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

E - VANESSA NAVAR
Buyer

By:

ORIGINAL.

**PURCHASE ORDER**

[X] Delphi Mechatronic Systems
[ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page:   1

| | |
|---|---|
| To: | SUMMIT POLYMERS INC<br>AV PROGRESO S/N<br>FRACC PARQUE IND DEL NTE<br>MATAMOROS<br>alejandragalvan@summitpolymers | Purchase Order No.   9571- 52944<br>This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.<br>Purchase Order Revision:   00   0/00/00 |

Ship To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

TX   78521   USA

| FOB   ORIGIN FRT COLL | Ship Via   ROUTING IN | Terms   MNS-2 |
|---|---|---|
| Vendor Number   95366 | Tax Exempt ID Number | Date of Order   9/23/02 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 7477493-15          BEZEL 6 GANG (DARK GRAPHITE)
SCHEDULE                                                                        B

        Prices valid from   9/13/02 To 12/31/03   SET-UP $435.00

                Quantity       1.000    Price         3.89000

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

                **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
                PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
                THE SHIP TO ADDRESS ON P.O.
                **BLANKET ORDER**This is a long term commitment,
                short term releases will be generated for specific
                requirements.**SUPPLIER DELIVERY MANUAL**Supplier
                must comply with the latest revision of the Delphi
                Supplier Delivery Manual available at this office.
                PRODUCT VERIFICATION,Delphi or our Customers have
                the right to verify purchase products at your
                facility at any time with notification in advance.
                This will not preclude rejections by Delphi.
                UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING,
                ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
                ACCORDANCE WITH AIAG PPAP.PARTS SHOULD NOT BE
                SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
                SUPPLIER MUST COMPLY WITH DELPHI GLOBAL PURCHASING
                SUPPLIER GUIDELINES.

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

E - VANESSA NAVAR
Buyer

By: _____

P59-552 (12/01)                                        ORIGINAL

**Purchase Order**   ☒ Delphi Mechatronic Systems

☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 52947

Purchase Order No. _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 01   5/03/05
Purchase Order Revision: _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice in Dup to: DELPHI MECHATRONIC SYSTEMS
615 Elca Lane Suite A
Brownsville, TX 78521

| FOB DEST. FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
| Vendor Number 95366 | Tax Exempt ID Number | Date of Order 5/03/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 7477493-25    BEZEL 6-GANG (DARK.GRAPHITE)
SCHEDULE        L/F                                B

Prices valid from  9/13/02 To 12/31/05  set-up$435.00

          Quantity        1.000   Price        3.89000

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

          **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
          PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
          THE SHIP TO ADDRESS ON PURCHASE ORDER.
          **BLANKET ORDER** This is a long term commitment.
          Releases for Delphi weekly requirements will be
          generated and transmitted electronically.
          UNLESS OTHERWISE NOTIFIED BY DELPHI PURCHASING
          ALL PPAP SUBMISSIONS MUST BE "LEVEL 3" IN
          ACCORDANCE WITH AIAG PPAP. PARTS SHOULD NOT BE
          SHIPPED UNTIL PPAP APPROVAL IS GRANTED.
          This contract is governed by Delphi Terms and
          Conditions. Supplier must comply with Delphi
          Global Supply Management Customer Specific

1. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

E - Carlos A Gracia
Buyer

By: _____

P59-552 (12/01)

**ORIGINAL**

**DELPHI**
Automotive Systems

rchase Order    ☐ Delphi Mechatronic Systems    D-U-N-S No. 02-155-3417
                ☐ Delphi Automotive Systems      T.I.N. No. 38-3589834          Page:   1

SUMMIT POLYMERS INC
AV PROGRESO S/N                                        9571- 55749
FRACC PARQUE IND DEL NTE        **Purchase Order No.**
MATAMOROS TAM 87316             This number must appear on all invoices, correspondence, packing slips,
                                shipping documents and containers.  02    1/19/06
                                **Purchase Order Revision:**

ip To:   DELPHI MECHATRONIC SYSTEMS     Invoice in Duplicate To:  DELPHI MECHATRONIC SYSTEMS
         615 ELCA LANE, SUITE A                                   615 ELCA LANE, SUITE A
         BROWNSVILLE                                              BROWNSVILLE
                                                                  , TX   78521

         TX   78521           USA

| Quantity | U/M | Part Number / Description | | S/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|---|

OB  DEST  PGT COLL       Ship Via   ROUTING IN       Terms   MNS-2
Vendor Number   95366    Tax Exempt ID Number        Date of Order   1/19/06

REFER TO PC 74780170-1    RH FRONT BEZEL (LIGHT CAMEL)
SCHEDULE        2006 MY EN114 (GRAND MARQUIS)        A        *8676.06E*

        Prices valid from  5/16/05 To 12/31/07

             Quantity        1.000    Price        2.40848

** AS OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

        --------- NAFTA REQUIREMENTS ---------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
THE SHIP TO ADDRESS ON PURCHASE ORDER.
        --------- BLANKET ORDER ---------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
        --------- DELPHI SUPPLIER GUIDELINES ---------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents, reference website  www.delphi.com

EN114
CONTRACT CLASSIFICATION
DATE 2/17/06 US
New Contract  *prod po*
Contract Change  *extend d*
PPPA#
SO#            *(P#)*
OTHER

1. This order expressly limits acceptance to the terms stated on the face and reverse   The above Order Number, Line Number and Release Number must appear on all
side hereof. Any additional or different terms proposed by seller are rejected unless   invoices, bills of lading, cases, bundles, packing lists and all other
expressly assented to in writing.                                                       correspondence.

2. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.          M - Rodrigo Villaseñor
                                                                                    Buyer
3. This order is subject to terms, conditions, and instructions on the face and      By: _____
reverse side hereof.

P59-552 (12/01)                          **ORIGINAL**

# DELPHI
### Automotive Systems

rchase Order   ☐ Delphi Mechatronic Systems      D-U-N-S No. 02-155-3417      Page: 1
                ☐ Delphi Automotive Systems        T.I.N. No. 38-3589834

---

SUMMIT POLYMERS INC
AV PROGRESO S/N                                    9571- 55750
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316                **Purchase Order No.**
                                  This number must appear on all invoices, correspondence, packing slips,
                                  shipping documents and containers. 02   1/19/06
                                  **Purchase Order Revision:**

ip To:   DELPHI MECHATRONIC SYSTEMS    Invoice in Duplicate  DELPHI MECHATRONIC SYSTEMS
         615 ELCA LANE, SUITE A                             615 ELCA LANE, SUITE A
         BROWNSVILLE                                        BROWNSVILLE
                                                            , TX   78521
         TX   78521        USA

| OB | DEPT EGT COIL | Ship Via | ROUTING IN | Terms | MNS-2 |
| endor Number | | Tax Exempt ID Number | | Date of Order | 1/19/06 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO PO 74780170-2 | | RH FRONT BEZEL (MED.LT. STONE) | | | |
| SCHEDULE | | 2006 MY EN114 (GRAND MARQUIS) | A | | 8676.04€ |

Prices valid from  5/16/05 To 12/31/07

                 Quantity    1.000   Price        2.40848

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

--------- NAFTA REQUIREMENTS ---------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
--------- BLANKET ORDER ---------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
--------- DELPHI SUPPLIER GUIDELINES ---------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents, reference website www.delphi.com.

1. This order expressly limits acceptance to the terms stated on the face and reverse
   side hereof. Any additional or different terms proposed by seller are rejected unless
   expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices
   than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and
   reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer

By:

ORIGINAL

P59-552 (12/01)

**rchase Order**

☐ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page: 1

SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 55751

**Purchase Order No.**
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 02   1/19/06
**Purchase Order Revision:**

ip To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521   USA

Invoice in Duplicate To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| DB | DEPT. EGT COLL | Ship Via | ROUTING IN | Terms | MNS-2 |
|---|---|---|---|---|---|
| endor Number | 95366 | Tax Exempt ID Number | | Date of Order | 1/19/06 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74780170-3   RH FRONT BEZEL CHARCOAL BLACK
SCHEDULE   2006 MY EN114 (GRAND MARQUIS)   A   *8676.0FE*

Prices valid from 5/16/05 To 12/31/07

Quantity   1.000   Price   2.40848

** AS OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

--------- NAFTA REQUIREMENTS ----------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
THE SHIP TO ADDRESS ON PURCHASE ORDER.
--------- BLANKET ORDER ----------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
--------- DELPHI SUPPLIER GUIDELINES ----------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents reference website www.delphi.com

*EN114*
CONTRACT CLASSIFICATION
DATE 2/7/06 us
☑ New Contract   prod po
☑ Contract Change   extended
____ FPPAP _____
____ SOR _____   (prev)
____ OTHER _____

- This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

- This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

- This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer

By: _Villaseñor_

59-552 (12/01)

**ORIGINAL**

# DELPHI
Automotive Systems

rchase Order    ☐ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page:  1

SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 55752

**Purchase Order No.**_____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 02   1/19/06

**Purchase Order Revision:**_____

p To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

Invoice in Duplicate DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

TX   78521       USA

| 08   DEST EGT COLL | Ship Via   ROUTING IN | Terms   MNS-2 |
| endor Number   95366 | Tax Exempt ID Number | Date of Order   1/19/06 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO PO 74780171-1 | | LH FRONT BEZEL (LIGHT CAMEL) | | | 8677.06E |
| SCHEDULE | | 2006 MY EN114 (GRAND MARQUIS) | A | | |

Prices valid from  5/16/06 To 12/31/07

Quantity  1.000  Price    2.40848

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

--------- NAFTA REQUIREMENTS ---------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
--------- BLANKET ORDER ---------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
--------- DELPHI SUPPLIER GUIDELINES ---------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents reference website www.delphi.com

. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

. This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer

By:_____

59-552 (12/01)                ORIGINAL

# DELPHI
Automotive Systems

rchase Order

☐ Delphi Mechatronics Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page: 1

SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 55753

**Purchase Order No.**
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 02   1/19/06
**Purchase Order Revision:**

lp To:   DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521   USA

Invoice in Duplicate to: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

08   BEST   FGT COLL
endor Number   95366

Ship Via   ROUTING IN
Tax Exempt ID Number

Terms   MNS-2
Date of Order   1/19/06

REFER TO PC 74780171-2   LH FRONT BEZEL MED.LIGHT STONE
SCHEDULE   2006 MY EN114 (GRAND MARQUIS)   A

8677.04E

Prices valid from  5/16/05 To 12/31/07

Quantity   1.000   Price   2.40848

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

-------- NAFTA REQUIREMENTS ---------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
THE SHIP TO ADDRESS ON PURCHASE ORDER.
--------- BLANKET ORDER ----------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
---------- DELPHI SUPPLIER GUIDELINES --------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents reference website www.delphi.com

CONTRACT CLASSIFICATION
DATE 2/7/06 us
☐ New Contract prod po
☑ Contract Change extend
☐ PPPA#   (P04)
☐ SOR
☐ OTHER

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: _____

P59-552 (12/01)

**ORIGINAL**

# DELPHI
### Automotive Systems

rchase Order   ☐ Delphi Mechatronic Systems   D-U-N-S No. 02-155-3417
☐ Delphi Automotive Systems   T.I.N. No. 38-3589834   Page: 1

SUMMIT POLYMERS INC                               9571- 55754
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE      **Purchase Order No.**
MATAMOROS TAM 87316           This number must appear on all invoices, correspondence, packing slips,
                              shipping documents and containers. 02   1/19/06
                              **Purchase Order Revision:**

p To:  DELPHI MECHATRONIC SYSTEMS      Invoice in Duplicate: DELPHI MECHATRONIC SYSTEMS
       615 ELCA LANE, SUITE A                   615 ELCA LANE, SUITE A
       BROWNSVILLE                              BROWNSVILLE
                                                , TX   78521

       TX   78521       USA

| | | | | | | |
|---|---|---|---|---|---|---|
| OB   DEST   FOT COLL | | Ship Via   ROUTING IN | | | Terms   MNS-2 | |
| andor Number   95366 | | Tax Exempt ID Number | | | Date of Order   1/19/06 | |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO PC 74780171-3   LH FRONT BEZEL CHARCOAL BLACK | | | | | |
| SCHEDULE       2006 MY EN114 (GRAND MARQUIS) | | | A | | |

Prices valid from  5/16/05 To 12/31/07     *8677.0FE*

         Quantity      1.000    Price        2.40848

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

--------- NAFTA REQUIREMENTS ----------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
--------- BLANKET ORDER ----------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
--------- DELPHI SUPPLIER GUIDELINES ----------
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Customer Specific Requirements. For these
documents, reference website  www.delphi.com

*EN114*
*CONTRACT CLASSIFICATION*
*DATE 2/7/06*
*✓ New Contract  prod po*
*✓ Contract Change  extend po*
*PPA#*
*SO#         (po4)*
*OTHER*

. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

. This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer
                              By:

259-552 (12/01)               **ORIGINAL**

**Purchase Order**

☐ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FXACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 55755

Purchase Order No.
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.  01   5/17/05
Purchase Order Revision:

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521   USA

Invoice In Duplicate: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| FOB DEST FRT COLL | | Ship Via ROUTING IN | | Terms MNS-2 |
| Vendor Number 95.388 | | Tax Exempt ID Number | | Date of Order 5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO SCHEDULE 747B0172-1 | | 747B0172-1 RH REAR BEZEL ASSY-POLICE 2006 MY EN114 (LIGHT CAMEL) | A | 8694.06E | |

Prices valid from 5/16/05 To 12/31/05

Quantity   1.000   Price   2.65099 ✓

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS cust part#
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER** This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website: www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

_color change_

CONTRACT CLASSIFICATION

| | |
|---|---|
| New Contract | JVC bllt |
| Contract Change | |
| | POH |
| OTHER CMS 16407 | |

- This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

- This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

- This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: _[signature]_

59-552 (12/01)

**ORIGINAL**

**Purchase Order**

☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page: 1

| To: | SUMMIT POLYMERS INC<br>AV PROGRESO S/N<br>FRACC PARQUE IND DEL NTE<br>MATAMOROS TAM 87316 | Purchase Order No. 9571- 55756 |
|---|---|---|

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.    01    6/17/05
**Purchase Order Revision:**

| Ship To: | DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE<br><br>    TX    78521        USA | Invoice in Duplicate to: DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE<br>, TX    78521 |
|---|---|---|

| FOB DEST. FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| Vendor Number 95386 | Tax Exempt ID Number | Date of Order 5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO PC 74780172-2<br>SCHEDULE | | RH REAR BEZEL ASSY POLICE<br>2006 MY FN114 MED.LIGHT STONE | A | 8694 OH.E | |

Price valid from 5/16/05 To 12/31/05

Quantity    1.000    Price    2.65099 ✓

** AS OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS = TTOP(Title Transfer Our Plant);"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER**  This is a long term commit
Releases for Delphi weekly requirements will
generated and transmitted electronically.
This contract is governed by Delphi Terms
Conditions. Supplier must comply with De
Global Supply Management Customer Specifi
Requirements. For these documents, reference
website:    www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

color chg
New cust part #
goods

| CONTRACT CLASSIFICATION | |
|---|---|
| DATE 05/31/05    R | |
| New Contract SVC blkt | |
| Contract Change | |
| PPPA# | PO# |
| and SO# | non-rel |
| pm  OTHER CMS 16408 | |

- This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

- This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

- This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: *[signature]*

59-552 (12/01)

**ORIGINAL**

**Purchase Order**

☐ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems
Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

Purchase Order No. _____ 9571- 55757

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

Purchase Order Revision: _____ 5/17/05

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

    TX    78521        USA

Invoice in Duplicate to:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
    . TX    78521

| FOB DEST. AGT COLL. | Ship Via ROUTING IN | | Terms MNS-2 |
|---|---|---|---|
| Vendor Number 85355 | Tax Exempt ID Number | | Date of Order 5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| | | REFER TO PC 74780172-3    RH REAR BEZEL, ASSY-POLICE<br>SCHEDULE          2006 MY EN114 (CHARCOAL, BLACK)    A | | 8654.0FE | |

Prices valid from 5/16/05 To 12/31/05

              Quantity        1.000    Price          2.65099

** AS OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's receiving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

              **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
              PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT CLASSIFICATION
              THE SHIP TO ADDRESS ON PURCHASE ORDER.
              **BLANKET ORDER** This is a long term contract.
              Releases for Delphi weekly requirements will be
              generated and transmitted electronically.
              This contract is governed by Delphi Terms and
              Conditions. Supplier must comply with Delphi
              Global Supply Management Customer Specific
              Requirements. For these documents, reference
              website: www.delphi.com
              Click on "SUPPLIERS" in the header, then "SUPPLIER
              STANDARS"

l. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

. This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer

By: _____

59-552 (12/01)                    **ORIGINAL**

**Purchase Order**

☐ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems
Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

Purchase Order No.
9571- 55758

This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 01   5717705

Purchase Order Revision:

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521        USA

Invoice in Duplicate To:  MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| FOB DEST FGT COLL | Ship Via ROUTING IN | Terms MN5-2 |
|---|---|---|
| Vendor Number 95356 | Tax Exempt ID Number | Date of Order 5717705 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO 1C | 74780173-1 | LH REAR BEZEL ASSY-POLICE | A | | 8695.06 E |
| SCHEDULE | | 2006 MY EN114 (LIGHT CAMEL) | | | |

Prices valid from 5/16/05 To 12/31/05

Quantity     1.000    Price        2.65099

** AS OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS = TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER** This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website: www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

CONTRACT CLASSIFICATION
Date 05/31/05 R
☐ New Contract SVC blkt
Contract Change
PPPA#
SOW Adm edi
OTHER MS 16410

This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: _Guillermo Valdez_

i9-552 (12/01)

ORIGINAL

**Purchase Order**

☑ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

**DELPHI**
Automotive Systems

Page: 1

To:  SUMMIT POLYMERS INC
AV PROGRESO S/N
ESACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 55759

**Purchase Order No.**
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 01   5/17/05

**Purchase Order Revision:**

Ship To:  DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
TX   78521      USA

Invoice in Duplicate DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| FOB   DEST PPD COLL | | Ship Via   ROUTING IN | Terms   MNS-2 |
|---|---|---|---|
| Vendor Number   983488 | | Tax Exempt ID Number | Date of Order   5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO DEL 74780173-2 SCHEDULE | | 74780175-2   LH REAR BEZEL ASSY-POLICE 2006 MY EN114 MED.LIGHT STONE | A | 8695.00£ | |

Prices valid from 5/16/05 To 12/31/05

Quantity       1,000     Price          2.65099 ✓

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS**
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER**  This is a long term
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with the
Global Supply Management Customer Specific
Requirements. For these documents, reference
website:
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
Invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer

By: _____

69-552 (12/01)

ORIGINAL

**Purchase Order**   ☑ Delphi Mechatronic Systems   ☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 55760

Purchase Order No. _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.        5/17/05
Purchase Order Revision: _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
TX    78521        USA

Invoice in DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX    78521

| FOB | | Ship Via | ROUTING IN | Terms | MNS-2 |
|---|---|---|---|---|---|
| Vendor Number | 55760 | Tax Exempt ID Number | | Date of Order | 5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74780173-3    LH REAR BEZEL ASSY-POLICE          8695.0FE
SCHEDULE        2006 MY EN114 (CHARCOAL BLACK)        A

Prices valid from 5/16/05 To 12/31/05

Quantity        1,000    Price        2.65099 ✓

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER**   This is a long term commit
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website:        www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

*(handwritten:)* color chg
new cust part #
CONTRACT CLASSIFICATION
☐ New Contract  dat 05/31/05  va  SVC blkt
☑ Contract Change
PPPA#                POU
SO#  nan eds
OTHER  CMS 1,415

1. This order expressly limits acceptance to the terms stated on the face and reverse
side hereof. Any additional or different terms proposed by seller are rejected unless
expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and
reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer

By: *Villaseñor Valdez*

P59-552 (12/01)        ORIGINAL

**Purchase Order**

☑ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

# DELPHI
Automotive Systems

PAGE: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 55761

**Purchase Order No.** _____
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 01   5/17/05

**Purchase Order Revision:** _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521      USA

Invoice to DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| FOB DEST. FGT COLL | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| Vendor Number 95368 | Tax Exempt ID Number | Date of Order 5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO PO 74780174-1 SCHEDULE | | 74780174-1   RH REAR BEZEL ASSY-LWB 2006 MY EN114 (LIGHT CAMEL) | 8698.0GE A | | |

Prices valid from 5/16/05 To 12/31/05

Quantity      1.000   Price      6.43613 ✓

** AS OF FEB 01.00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER** This is a long term contract.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website: www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: _____

PS9-552 (12/01)

**ORIGINAL**

**Purchase Order**   ☒ Delphi Mechatronic Systems     D-U-N-S No. 02-155-3417     **DELPHI**
                     ☐ Delphi Automotive Systems       T.I.N. No. 38-3589834          Automotive Systems

                                                                                      Page:   1

| | |
|---|---|
| To: | SUMMIT POLYMERS INC<br>AV PROGRESO S/N<br>FRACC PARQUE IND DEL NTE<br>MATAMOROS TAM 87316 | 9571-55762 |

**Purchase Order No.**
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 01   5/17/05
**Purchase Order Revision:**

Ship To: DELPHI MECHATRONIC SYSTEMS
         615 ELCA LANE, SUITE A
         BROWNSVILLE

         TX   78521      USA

Invoice in Duplicate DELPHI MECHATRONIC SYSTEMS
                     615 ELCA LANE, SUITE A
                     BROWNSVILLE
                     , TX   78521

| FOB  DEST. FGT COLL | Ship Via  ROUTING IN | Terms  MNS-2 |
|---|---|---|
| Vendor Number  95366 | Tax Exempt ID Number | Date of Order  5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| | | REFER TO PC 74780174-2    RH REAR BEZEL ASSY- LWB | A | 8698.0HE | |
| | | SCHEDULE        2006 MY EN114 MED.LIGHT STONE | | | |

        Prices valid from  5/16/05 To 12/31/05

              Quantity     1.000    Price     6.43613

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

        **VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
        PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
        THE SHIP TO ADDRESS ON PURCHASE ORDER.
        **BLANKET ORDER**  This is a long term commitment.
        Releases for Delphi weekly requirements will be
        generated and transmitted electronically.
        This contract is governed by Delphi Terms and
        Conditions. Supplier must comply with Delphi
        Global Supply Management Customer Specific
        Requirements. For these documents, reference
        website:   www.delphi.com
        Click on "SUPPLIERS" in the header, then "SUPPLIER
        STANDARS"

1. This order expressly limits acceptance to the terms stated on the face and reverse
   side hereof. Any additional or different terms proposed by seller are rejected unless
   expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices
   than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and
   reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Rodrigo Villaseñor
Buyer

By:

P59-552 (12/01)                          **ORIGINAL**

# DELPHI
Automotive Systems

**Purchase Order**

☑ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page:  1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

9571- 55763

Purchase Order No. _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers. 01   5/17/05
Purchase Order Revision: _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521   USA

Invoice in Duplicate To: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| FOB DEST. PPD COLL. | Ship Via ROUTING IN | Terms MNS-2 |
|---|---|---|
| Vendor Number  95366 | Tax Exempt ID Number | Date of Order   5/17/05 |

| Quantity | U/M | Part Number / Description | E/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| REFER TO PC 74780174-3 | | RH REAR BEZEL ASSY- LWR    8698.0PE | A | | |
| SCHEDULE | | 2006 MY EN114 (CHARCOAL BLACK) | | | |

Prices valid from  5/16/05 To 12/31/05

Quantity        1,000    Price        6.43613 ✓

**\*\* AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOG. \*\***

INCO TERMS - TTOP(Title Transfer Our Plant); "Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

\*\*VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS\*\* ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
\*\*BLANKET ORDER\*\*  This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website:  www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

CONTRACT CLASSIFICATION

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: _____

# DELPHI
Automotive Systems

**Purchase Order**   ☒ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

Page: 1

**To:**
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

Purchase Order No. 9571- 55764
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 01   5/17/05
**Purchase Order Revision:** _____

**Ship To:**
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521   USA

Invoice in Duplicate to: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| FOB  DEST. FGT COLL. | | Ship Via  ROUTING IN | Terms  MNS-2 |
| Vendor Number  95366 | | Tax Exempt ID Number | Date of Order  5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| | | REFER TO PO 74780175-1   LH REAR BEZEL ASSY- LWR | A | 8699.06E | |
| | | SCHEDULE   2006 MY EN114 (LIGHT CAMEL) | | | |
| | | Prices valid from  5/16/05 To 12/31/05 | | | |
| | | Quantity   1.000   Price   6.43613 | | | |

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS = TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER**  This is a long term commitment
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website:   www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: _____

**Purchase Order**    ☒ Delphi Mechatronic Systems    D-U-N-S No. 02-155-3417    **DELPHI**
☐ Delphi Automotive Systems    T.I.N. No. 38-3589834    Automotive Systems

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND ORI NTE
MATAMOROS TAM 87316

9571- 55765

Purchase Order No.:
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 01    5/17/05
Purchase Order Revision:

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX   78521    USA

Invoice in Duplicate: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| FOB | DEST, FGT COLL | Ship Via | ROUTING IN | | Terms | MNS-2 |
| Vendor Number | 95366 | Tax Exempt ID Number | | | Date of Order | 5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 747A0175-2    LH REAR BEZEL ASSY- LWB    $6.99  OHE
SCHEDULE    2006 MY EN114 (LIGHT CAMEL)    .A    Med Light Stone
Med Light Stone
Prices valid from  5/16/05 To 12/31/05

Quantity    1.000    Price    6.43613

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES,
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS  Color change
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.    New cust part #
**BLANKET ORDER**  This is a long term commit  CONTRACT CLASSIFICATION
Releases for Delphi weekly requirements will  Date 05/31/05
generated and transmitted electronically.    ✓ New Contract   SVC bkt
This contract is  governed by Delphi Terms    and  Contract Change
Conditions. Supplier must  comply with Delphi    PPPA#
Global  Supply  Management  Customer  Specific    SO#
Requirements.  For  these  documents, reference    OTHER  CMS 11017
website:  www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By:

P59-552 (12/01)    **ORIGINAL**

**Purchase Order**

☐ Delphi Mechatronic Systems
☐ Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 36-3589834

# DELPHI
Automotive Systems

Page: 1

To:
SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DRL NTE
MATAMOROS TAM 87316

9571- 55766

Purchase Order No. _____
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers. 01  5/17/05
Purchase Order Revision: _____

Ship To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX  78521      USA

Invoice in Duplicate to: DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX  78521

| FOB | DEST. FGT COLL | Ship Via | ROUTING IN | Terms | MNS-2 |
|---|---|---|---|---|---|
| Vendor Number | 95366 | Tax Exempt ID Number | | Date of Order | 5/17/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

REFER TO PC 74780175-3      LH REAR BEZEL ASSY- LWB    8699.0FE
SCHEDULE        2006 MY ENJ14 (CHARCOAL BLACK)    A

Prices valid from 5/16/05 To 12/31/05

Quantity    1.000    Price        6.43613

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BYCARRIER TO CASS LOG. **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
**BLANKET ORDER** This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
This contract is governed by Delphi Terms and
Conditions. Supplier must comply with Delphi
Global Supply Management Customer Specific
Requirements. For these documents, reference
website: www.delphi.com
Click on "SUPPLIERS" in the header, then "SUPPLIER
STANDARS"

CONTRACT CLASSIFICATION
Date 05/31/05
☐ New Contract
☐ Contract Change
PPAP#
SO# 
OTHER MS 16418

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M - Rodrigo Villaseñor
Buyer

By: _____

P59-552 (12/01)

ORIGINAL

**Purchase Order**    [x] Delphi Mechatronic Systems    D-U-N-S No. 02-155-3417

[ ] Delphi Mechatronic Systems    T.I.N. No. 38-3589834

# DELPHI
Page: 1

To:    SUMMIT POLYMERS INC
AV PROGRESO S/N
FRACC PARQUE IND DEL NTE
MATAMOROS TAM 87316

Purchase Order No.    9571- 56917

This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.

Purchase Order Revision:    02   11/21/06

Ship To:    DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE

TX . 78521        USA

Invoice in Duplicate To:    DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
, TX   78521

| FOB | FREIGHT COLLECT | Ship Via | ROUTING IN | Terms | MNS-2 |
|---|---|---|---|---|---|
| Vendor Number | 95366 | Tax Exempt ID Number | | Date of Order | 11/21/06 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price/Tax |
|---|---|---|---|---|---|

REFER TO PC 74776572-1    LH FRONT BEZEL (LIGHT CAMEL)
SCHEDULE        2007 MY EN114 (GRAND MARQUIS)      A    *8677.1G*

    Prices valid from  3/03/06 To 12/31/07

            Quantity      1.000    Price      2.40848

** AS OF FEB 01,00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO DATA2LOGISTICS **

INCO TERMS - TTOP(Title Transfer Our Plant):"Title transfers when goods
arrive at buyer's reciving dock."

Suppliers are to ship per Delphi logistics coordinator routing instructions.

        -------- NAFTA REQUIREMENTS ----------
**VENDOR MUST SEND CERTIFICATE OF ORIGIN FOR GOODS
PRIOR TO INITIAL SHIPMENTS** ATTN IMPORT/EXPORT TO
THE SHIP TO ADDRESS ON PURCHASE ORDER.
        -------- BLANKET ORDER ----------
This is a long term commitment.
Releases for Delphi weekly requirements will be
generated and transmitted electronically.
        -------- DELPHI SUPPLIER GUIDELINES ----------
This contract is  governed by  Delphi Terms  and

CONTRACT CLASSIFICATION
DATE 11/30/06
New Contract
Contract Change
PPPA#
SO#
OTHER

1. This order expressly limits acceptance to the terms stated on the face and Delphi
website hereof. Any additional or different terms proposed by seller are rejected
unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices
than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and
Delphi Customer Specific Requirements hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

M - Carlos A. Gracia

Buyer

By:

P59-552 (12/01)

ORIGINAL

**DELPHI**
Automotive s

| Purchase Order | ☐ Delphi Mechatronic Systems | D-U-N-S No. 02-155-3417 |
|---|---|---|
| | ☒ Delphi Automotive Systems | T.I.N. No. 38-3589834 |

PAGE 1

To:
SUMMIT POLYMERS INC
15101 N COMMERCE DR

DEARBORN MI 48120
US

Purchase Order No. _____ 9571-660744 _____
This number must appear on all invoices, correspondence, packing slips,
shipping documents and containers.
Purchase Order Revision: _____

Ship To:
Gerardo Rodriguez
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
TX   78521          USA

Invoice in Duplicate To:
DELPHI MECHATRONIC SYSTEMS
615 ELCA LANE, SUITE A
BROWNSVILLE
78521

| FOB BEST FGT COLL | Ship Via ROUTING IN | Terms MN3-2 |
|---|---|---|
| Vendor Number 1586 | Tax Exempt ID Number | Date of Order 3/23/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|
| 1 | EA | TOOLING APPROVE      * Due Date:  3/24/05 *<br>TOOLING APPROVAL PAYMENTS<br>Part#747-80174/747-80175<br>EN114 Ford Corp. color new MY Certification and<br>new color approval samples for PPAP MASTERS.<br>Costumer PO 1115142. uploaded in PPE expenses<br>report.<br>One sample of each | | 1925.00000 | 1925.00 |
| 1 | EA | TOOLING APPROVE      * Due Date:  3/24/05 *<br>TOOLING APPROVAL PAYMENTS<br>Part# 747-80170/747-80171<br>EN114 Ford Corp. colors new MY Certification and<br>new color approval sampleas for PPAP masters.<br>Customer PO 1115142 uploaded in PPE expenses<br>report.<br>One sample of each | | 1925.00000 | 1925.00 |
| 1 | EA | TOOLING APPROVE      * Due Date:  3/24/05 *<br>TOOLING APPROVAL PAYMENTS<br>Part# 747-80172/747-80173<br>EN114 Ford Corp. color new MY Certification and<br>new color approval samples for PPAP masters.<br>Costumer PO 1115142 uploaded in PPE expenses<br>report.<br>One sample of each. | | 1925.00000 | 1925.00 |

1. This order expressly limits acceptance to the terms stated on the face and reverse
   side hereof. Any additional or different terms proposed by seller are rejected unless
   expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices
   than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and
   reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all
invoices, bills of lading, cases, bundles, packing lists and all other
correspondence.

Buyer   M - Rodrigo Villaseñor

CONTRACT
DATE 3/24/05
New Contract _____
Contract Change _____
PPPA# _____
SCT
OTHER

# DELPHI
## Automotive System

**Purchase Order**

- [x] Delphi Mechatronic Systems
- [ ] Delphi Automotive Systems

D-U-N-S No. 02-155-3417
T.I.N. No. 38-3589834

PAGE  2

| To: | SUMMIT POLYMERS INC<br>15101 N COMMERCE DR<br><br>DEARBORN MI 48120<br>US |
|---|---|

**Purchase Order No.** 9571-660744
This number must appear on all invoices, correspondence, packing slips, shipping documents and containers.
**Purchase Order Revision:**

| Ship To: | Gerardo Rodriguez<br>DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE<br>TX   78521          USA | Invoice in Duplicate To:<br>DELPHI MECHATRONIC SYSTEMS<br>615 ELCA LANE, SUITE A<br>BROWNSVILLE<br>78521 |
|---|---|---|

| FOB   DEST, FGT COLL | Ship Via       ROUTING IN | Terms   MNG-2 |
|---|---|---|
| Vendor Number   1586 | Tax Exempt ID Number | Date of Order   3/23/05 |

| Quantity | U/M | Part Number / Description | B/P Rev Level | Unit Price | Extended Price / Tax |
|---|---|---|---|---|---|

PURCHASE ORDER TOTAL                 5775.00

** AS OF FEB 01, 00 DELPHI WILL NOT PAY FREIGHT CHARGES APPEARING ON INVOICES.
ALL FREIGHT SHOULD BE BILLED DIRECTLY BY CARRIER TO CASS LOGISTICS **
INCO TERMS — TTOP(Title Transfer Our Plant):"Title transfer when goods
arrive at buyer's reciving dock."

1. This order expressly limits acceptance to the terms stated on the face and reverse side hereof. Any additional or different terms proposed by seller are rejected unless expressly assented to in writing.

2. This order and/or releases against this order are not to be filled at higher prices than shown on Purchase Order or Release without written approval of buyer.

3. This order is subject to terms, conditions, and instructions on the face and reverse side hereof.

The above Order Number, Line Number and Release Number must appear on all invoices, bills of lading, cases, bundles, packing lists and all other correspondence.

M — Rodrigo Villaseñor

Buyer

By: _____

P59-552 (12/01)

**ORIGINAL**

# DELPHI

**PURCHASE ORDER:** FDS83068   ,PAGE   1

PHONE: 248-655-8433
BG KHOUDARI
DS

**Buyer**
Baskar Mahadea
08-04-05

PURCHASING AGENT

| | |
|---|---|
| ORDER DATE | 08/03/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**DELPHI CORPORATION**
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 61-795-6933
SUMMIT POLYMERS INC
15101 N COMMERCE DR
DEARBORN MI
48120                                    US

SHIP TO:
DELPHI THERMAL & INTERIOR SYS.
DELPHI CORPORATION
TROY ENGINEERING CENTER
1401 CROOKS RD.
TROY, MI
48084-7106                              US

INVOICE TO:
DELPHI THERMAL & INTERIOR
ATTN: KARYN BLAKELY
M/C 115 PH:248-655-0804
1401 CROOKS RD.
TROY, MI
48084                                   US

| TERMS | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| 2ND DAY OF 2ND MONTH | SHIPPING POINT - FREIGHT COLLECT | UNITED PARCEL SERVICE-GENERAL |

F.O.B.

This data is not reading with accurate Acceptance; should be executed as acknowledgment they made check be returned to Buyer.
This order constitutes the buyer on the terms and conditions in which Seller agrees by acceptance of the terms...
This order, including the terms and conditions on the face and reverse side hereof, contain the complete and final agreement between Buyer and Seller and no other agreement in any way modifying...
Covenant Catalytical Number (if Shown hereon, additional Terms and Conditions Attached thereto. Apply.

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/UNIT OF MEASURE(MULTIPLE MEASURE) |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | |
| | | | USD DOLLAR (UNITED STATES) | | | | | |
| | | | ***************ATTENTION ALL SUPPLIERS************** | | | | | |
| | | | YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR | | | | | |
| | | | PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS | | | | | |
| | | | ON HOW TO ACCESS THIS NEW FEATURE. | | | | | |
| 6 | PRA12492 001 | | 16644837 PULLEY BRACKET ASSEMBLY | | 08/10/05 C | 0.00% | 2.7510 | EA |
| | | | GMT201 REAR PULLEY BRACKET LH USING ALTERNATE | | | | | |
| | | | MATERIALS: ADELL | | | | 2.8210 | |
| | | | WHO ORDERED: K8/D. WILCOX 58912 | | | | | |
| 6 | PRA12492 002 | | 16644837 PULLEY BRACKET ASSEMBLY | | 08/10/05 C | 0.00% | 2.8210 | EA |
| | | | GMT201 REAR PULLEY BRACKET LH USING ALTERNATE | | | | | |
| | | | MATERIALS: | PA66 40% | | | | | |
| | | | WHO ORDERED: K8/D. WILCOX 58912 | | | | | |
| | | | SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS OR- | | | | | |
| | | | DER WERE NOT PRODUCED WITH FORCED LABOR AS DEFINED | | | | | |
| | | | IN 19 U.S.C. (1307) EITHER BY SELLER OR SELLER'S | | | | | |
| | | | SUPPLIERS. SELLER SHALL INDEMNIFY BUYER | | | | | |
| | | | AGAINST ANY LIABILITY BUYER MAY INCUR IF | | | | | |
| | | | THIS REPRESENTATION IS INCORRECT. | | | | | |

005616   USER SHIRLEY A STASINSKI

ORIGINAL                    CONTINUE PAGE   2

SMO.03 01/15/2003

A004857   USER MURIEL TARNAWSKY

# PURCHASE ORDER: IV567000

PAGE   1

DELPHI CORPORATION
DELPHI T&I HEADQUARTERS
4404 CROOKS ROAD
TROY, MI
48084
US

TO:
VENDOR NUMBER 61-795-6933
SUMMIT POLYMERS INC
15101 N COMMERCE DR
DEARBORN MI
48120
US

SHIP TO:  ·  ·  ·  POINT OF USE  ·  ·  ·  ·  ·  ·  ·  ·

INVOICE TO:
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips an
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE   03/07/05
ALTERATION ISSUE DATE

ALTERATION EFFECTIVE
DATE

PHONE: 248-655-8433
BG KHOUDARI DS
Buyer
PURCHASING AGENT

SHIP VIA   UNITED PARCEL SERVICE-GENERAL

F.O.B.   SHIPPING POINT - FREIGHT COLLECT
DESTINATION UNLESS OTHERWISE INDICATED

CONTRACT CLASSIFICATION
DATE

- New Contract
- Contract Change
- PPPA #
- SOW
- OTHER

| SHIPMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE UNIT MULTIPLE / MEA |
|---|---|---|---|---|---|---|---|---|
| 2ND DAY OF 2ND MONTH | | | | | | | | |
| 001 | 1 | PRT38776 001 | GM-5-652 006-1-05 LEFT TRIM SAAB EWO# 467826 WHO ORDERED: SWJ/S MADSEN/106 | | 03/08/05 | C   0.00% | 2880.0000 | EA |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

*********************ATTENTION ALL SUPPLIERS***************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS
ON HOW TO ACCESS THIS NEW FEATURE.

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS.  SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.

FOR QUESTIONS REGARDING THIS ORDER/RELEASE
INCLUDING PAYMENT, CALL PAT REISZ ON 937-356-2042
FOR ROUTING INSTRUCTIONS CONTACT DELPHI THERMAL AND
INTERIOR SYSTEMS ON 937-356-2012
FREIGHT BILLS ARE SENT TO DIFFERENT ADDRESS THAN

CONTINUE PAGE   2

ORIGINAL

SMD003 01/15/2003



# PURCHASE ORDER: IVS67001

-PAGE-

**ORDER DATE:** 03/07/05

| ALTERATION ISSUE DATE | SHIP VIA | | | | |
|---|---|---|---|---|---|

ALTERATION EFFECTIVE DATE: DS    BG KHOUDARI

UNITED PARCEL SERVICE - GENER

PHONE: 248-655-84

Buyer
B-3 Brandon Orlando
D.S

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips.
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Per
Post.

**VENDOR NUMBER 61-795-6933**
SUMMIT POLYMERS INC
15101 N COMMERCE DR
DEARBORN MI
48120

TO:
T&I HEADQUARTERS
01 CROOKS ROAD
TROY MI
48084

US

SHIP TO:
. . . . . . . . . . POINT OF USE . . . . . . . . . . US

**INVOICE TO:**
DELPHI-T&I - VANDALIA PLANT
DELPHI CORPORATION
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #146
VANDALIA, OH
45377-5051

US

**DESTINATION UNLESS OTHERWISE INDICATED**
**F.O.B.** SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS NET 2ND DAY OF 2ND MONTH | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | 00001 | 1 | PRT38618 001 | | | 03/08/05   C | 0.00% | 5325.0000 | |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

****************ATTENTION ALL SUPPLIERS****************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS
ON HOW TO ACCESS THIS NEW FEATURE.

GM-5-652087-1-05 CENTER TRIM
WHO ORDERED: SWJ/S MADSEN/106

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.

FOR QUESTIONS REGARDING THIS ORDER/RELEASE,
INCLUDING PAYMENT, CALL PAT REISZ ON 937-356-2042
FOR ROUTING INSTRUCTIONS CONTACT DELPHI THERMAL AND
INTERIOR SYSTEMS ON 937-356-2012
FREIGHT BILLS ARE SENT TO DIFFERENT ADDRESS THAN
INVOICES. PLEASE SEND ALL FREIGHT BILLS TO:
DELPHI THERMAL & INTERIOR SYSTEMS VANDALIA ENG

This order is issued subject to the terms and conditions in which Seller agrees by acceptance of this order...
[fine print partially illegible]
Attached Hereto Apply.

CONTRACT CLASSIFICATION
DATE: 3/16/05
✓ New Contract
☐ Contract Change
PPPA#
✓ SOW 123.01
✓ OTHER 8/.4 bc

A0004657   USER MURTFL TARNAWSKY

ORIGINAL

CONTINUE PAGE   2

# PURCHASE ORDER: IVS67193

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 04/07/05 | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 248-655-8433
BG KHOUDARI
DS
Buyer

PURCHASING AGENT

VENDOR NUMBER 61-795-6933

SUMMIT POLYMERS INC
PO 15101 N COMMERCE DR
DEARBORN MI 48120

US

SHIP TO:
POINT OF USE

INVOICE TO:
DELPHI-T&I - VANDALIA PLANT
ATTN: SHIRLEY JACKSON
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #150
VANDALIA OH 45377

US

SHIP VIA
UNITED PARCEL SERVICE-GENERAL

PAYMENT TERMS
2ND DAY OF 2ND MONTH

F.O.B.
DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT - FREIGHT COLLECT

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | ****************ATTENTION ALL SUPPLIERS***************** YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON HOW TO ACCESS THIS NEW FEATURE. | | | | | |
| 1 | PRT38449 001 | | GM-5-652087-1-05 LH TRIM PLATE REVISE LEAD IN RIBS WHO ORDERED: SU/K.CASTLE/106 | | 04/15/05 | C 0.00% | 1350.0000 | EA |
| 1 | PRT38449 002 | | GM-5-652066-1-05 CTR TRIM PLATE REVISE LEAD IN RIBS WHO ORDERED: SU/K.CASTLE/106 | | 04/15/05 | C 0.00% | 1350.0000 | EA |
| | | | SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | | | |
| | | | FOR QUESTIONS REGARDING THIS ORDER/RELEASE, | | | | | |

CONTRACT CLASSIFICATION
DATE: 4/15/05
☐ New Contract
☐ Contract Change
☐ PPP/AP
☑ SOR
☐ OTHER

USER SHIRLEY A STASINSKI

ORIGINAL

CONTINUE PAGE 2

SMD.03 01/15/2003

F4/15/2009   13:22   SUMMIT POLYMERS INC.   TECH CENTER   NO.53

**DELPHI**

# PURCHASE ORDER: IVS67214

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Desire Valuation of Express Shipments or Insure Parcel Post.

| | |
|---|---|
| PHONE : 248-655-8433 | |
| BG KHOUDARI | |
| DS | |
| Buyer | PURCHASING AGENT |

ORDER DATE 04/13/05
ALTERATION ISSUE DATE 04/13/05
ALTERATION EFFECTIVE DATE

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1491 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 61-795-6933
SUMMIT POLYMERS INC
15101 N COMMERCE DR
DEARBORN MI
48120

US

SHIP TO: POINT OF USE . . . . . . . . . . . . . . . . . US

INVOICE TO:
DELPHI-T&I - VANDALIA PLANT
ATTN: SHIRLEY JACKSON
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #150
VANDALIA OH
45377                                   US

DESTINATION UNLESS OTHERWISE INDICATED
F.O.B. SHIPPING POINT - FREIGHT COLLECT

SHIP VIA UNITED PARCEL SERVICE-GENERAL

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RQD NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/RDAT |
|---|---|---|---|---|---|---|---|---|
| 00001 | 1 | PRT38464 001 | LH TRIMPLATE - ASSY FIX<br>ERROR PROOF 2-CLIP REMOVAL<br>WHO ORDERED: SJ/K.CASTLE/106 | | 04/25/05  C | 0.00% | 1920.0000 | EA |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

*****************ATTENTION ALL SUPPLIERS*******************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS
ON HOW TO ACCESS THIS NEW FEATURE.

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS
ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED
IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S
SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY
LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS
INCORRECT.

FOR QUESTIONS REGARDING THIS ORDER/RELEASE, INCLUDING
PAYMENT, CALL SHIRLEY JACKSON ON 937-356-2530.
FOR ROUTING INSTRUCTIONS CONTACT DELPHI THERMAL AND
INTERIOR SYSTEMS ON 937-356-2012.
SUPPLIERS ARE SENT TO DIFFERENT ADDRESS THAN
FREIGHT BILLES ARE SENT TO DIFFERENT ADDRESS THAN
INVOICES, PLEASE SEND ALL FREIGHT BILLS TO:

CONTRACT CLASSIFICATION
DATE ____ /1-18/05
__ New Contract  Trick RC
__ Contract Change
__ PPPA#
__ SO# 123354
_✓_ OTHER  e.c. eR

ORIGINAL                    CONTINUE PAGE    2

A004882: USER SHIRLEY A STASINSKI

SV0L03  01/15/2001

# PURCHASE ORDER: IVS67283

PAGE 1

**DELPHI CORPORATION**
DELPHI I&I-HEADQUARTERS
1401 CROOKS ROAD
TROY MI
48084

TO:
VENDOR NUMBER 61-795-6933
SUMMIT POLYMERS INC
15101 N COMMERCE DR
DEARBORN MI
48120
US

SHIP TO:
DELPHI-I&I - VANDALIA PLANT
ATTN: SHIRLEY JACKSON
250 NORTHWOODS BLVD
P.O. BOX 5051 - MC #150
VANDALIA OH
45377
US

INVOICE TO:
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

POINT OF USE

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED

SHIPPING POINT - FREIGHT COLLECT

| PAYMENT TERMS | ORDER DATE | 04/29/05 | PHONE: 248-655-8433 |
| 2ND DAY OF 2ND MONTH | ALTERATION ISSUE DATE | | BG KHOUDARI |
| | ALTERATION EFFECTIVE DATE | | DS |

SHIP VIA: UNITED PARCEL SERVICE-GENERAL

| LINE ITEM SEQUENCE | NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NON NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT (MULTIPLE) |
|---|---|---|---|---|---|---|---|---|
| 0001 | 1 | PR2D4544 001 | GM1360 SAAB JOYSTICK KNOBS AND THUMBWHEEL - VALIDATION TESTS FOR DUROMETER CHANGE WHO ORDERED: SUJK.CASTLE/106 | | 04/30/05 N | 0.00% | 200.0000 | EA |

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES)

************ATTENTION ALL SUPPLIERS***********
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON HOW TO ACCESS THIS NEW FEATURE.

SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT.

SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND

CONTINUE PAGE 2

ORIGINAL

A004893   USER SHIRLEY A STASINSKI