| SUMMIT POLYMERS RE DELPHI | | | | | |
|---|---|---|---|---|---|
| Assumed Contracts - Comparison to Alleged Transfers in proposed Amended Complaint Exhibit 1 | | | | | |
| **P.O. No.** | **Transfer Date** | **Pmt Amt** | **Total Per PO** | **Contracting Entity** | **Obligor** |
| 550022661 | 8/2/2005 | $13,769.64 | | DAS LLC, Mechatronics | DAS, LLC |
| 550022661 | 9/2/2005 | $11,891.96 | | DAS LLC, Mechatronics | DAS, LLC |
| 550022661 | 10/4/2005 | $19,912.64 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | | | |
| | | | $45,574.24 | | |

| P.O. No. | Transfer Date | Pmt Amt | Total Per PO | Contracting Entity | Obligor |
|---|---|---|---|---|---|
| 550022677 | 8/2/2005 | $28,359.09 | | DAS LLC, Mechatronics | DAS, LLC |
| 550022677 | 9/2/2005 | $26,311.29 | | DAS LLC, Mechatronics | DAS, LLC |
| 550022677 | 10/4/2005 | $38,846.42 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | | | |
| | | | $93,516.80 | | |
| | | | | | |
| 550022704 | 8/2/2005 | $5,738.20 | | DAS LLC, Mechatronics | DAS, LLC |
| 550022704 | 9/2/2005 | $4,414.00 | | DAS LLC, Mechatronics | DAS, LLC |
| 550022704 | 10/4/2005 | $7,856.92 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | | | |
| | | | $18,009.12 | | |
| | | | | | |
| 550023017 | 8/2/2005 | $454.57 | | DAS LLC, Mechatronics | DAS, LLC |
| 550023017 | 9/2/2005 | $370.36 | | DAS LLC, Mechatronics | DAS, LLC |
| 550023017 | 9/28/2005 | $28.75 | | DAS LLC, Mechatronics | DAS, LLC |
| 550023017 | 10/4/2005 | $460.32 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | | | |
| | | | $1,314.00 | | |

| **P.O. No.** | **Transfer Date** | **Pmt Amt** | **Total Per PO** | **Contracting Entity** | **Obligor** |
|---|---|---|---|---|---|
| 550024064 | 8/2/2005 | $10,634.12 | | DAS LLC, Mechatronics | DAS, LLC |
| 550024064 | 9/2/2005 | $4,622.36 | | DAS LLC, Mechatronics | DAS, LLC |
| 550024064 | 10/4/2005 | $12,025.08 | | DAS LLC, Mechatronics | DAS, LLC |
| | | | $27,281.56 | | |
| | | | | | |
| 550024235 | | | | | |
| | | | | | |
| 550063035 | | *10/6/05 Pmt* | | | |
| | | | | | |

| P.O. No. | Transfer Date | Pmt Amt | Total Per PO | Contracting Entity | Obligor |
|---|---|---|---|---|---|
| 550063078 | 8/2/2005 | $2,245.21 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063078 | 9/2/2005 | $144.35 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063078 | 10/4/2005 | $2,577.54 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | $4,967.10 | | |
| 550063363 | 8/2/2005 | $212,371.80 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063363 | 9/2/2005 | $228,258.78 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063363 | 9/20/2005 | $11,843.92 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063363 | 10/4/2005 | $129,897.26 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | $582,371.76 | | |
| 550063378 | 8/2/2005 | $9,821.46 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063378 | 9/2/2005 | $10,095.78 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063378 | 9/20/2005 | $416.64 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063378 | 10/4/2005 | $29,882.59 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | $50,216.47 | | |
| 550063411 | 8/2/2005 | $81,582.60 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063411 | 9/2/2005 | $39,551.16 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063411 | 10/4/2005 | $89,369.16 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | $210,502.92 | | |
| 550063465 | 8/2/2005 | $38,437.98 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063465 | 9/2/2005 | $13,091.68 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063465 | 10/4/2005 | $23,737.36 | | DAS LLC, Mechatronics | DAS, LLC |
| | | | $75,267.02 | | |

| P.O. No. | Transfer Date | Pmt Amt | Total Per PO | Contracting Entity | Obligor |
|---|---|---|---|---|---|
| 550063649 | 8/2/2005 | $2,740.88 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063649 | 9/2/2005 | $1,142.28 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063649 | 10/4/2005 | $6,516.40 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | $10,399.56 | | |
| 550063725 | 8/2/2005 | $990.00 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063725 | 9/2/2005 | $660.00 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063725 | 9/20/2005 | $165.00 | | DAS LLC, Mechatronics | DAS, LLC |
| 550063725 | 10/4/2005 | $495.00 | | DAS LLC, Mechatronics | DAS, LLC |
| | | *10/6/05 Pmt* | $2,310.00 | | |
| 550071566 | 8/2/2005 | $21,265.89 | | DAS LLC, Mechatronics | DAS, LLC |
| 550071566 | 8/16/2005 | $40,966.08 | | DAS LLC, Mechatronics | DAS, LLC |
| 550071566 | 9/2/2005 | $773.64 | | DAS LLC, Mechatronics | DAS, LLC |
| 550071566 | 10/4/2005 | $50,793.17 | | DAS LLC, Mechatronics | DAS, LLC |

| P.O. No. | Transfer Date | Pmt Amt | Total Per PO | Contracting Entity | Obligor |
|---|---|---|---|---|---|
| | | 10/6/05 Pmt | $113,798.78 | | |
| | | | | | |
| 550071585 | 8/2/2005 | $76,485.60 | | DAS LLC, Mechatronics | DAS, LLC |
| 550071585 | 8/24/2005 | $1,405.05 | | DAS LLC, Mechatronics | DAS, LLC |
| 550071585 | 9/2/2005 | $103,327.74 | | DAS LLC, Mechatronics | DAS, LLC |
| 550071585 | 10/4/2005 | $193,456.32 | | DAS LLC, Mechatronics | DAS, LLC |
| | | 10/6/05 Pmt | $374,674.71 | | |
| | | | | | |
| 550076547 | 9/2/2005 | $127.80 | | DAS LLC, Mechatronics | DAS, LLC |
| 550076547 | 10/4/2005 | $383.40 | | DAS LLC, Mechatronics | DAS, LLC |
| | | 10/6/05 Pmt | $511.20 | | |
| | | | | | |
| 550076577 | 10/4/2005 | $2,649.50 | | DAS LLC, Mechatronics | DAS, LLC |
| | | 10/6/05 Pmt | $2,649.50 | | |
| | | | | | |
| 9571-50167 | | | | | |
| 9571-50168 | | | | | |
| 9571-50169 | | | | | |
| 9571-52891 | | | | | |
| 9571-52917 | | | | | |
| 9571-52944 | | | | | |
| 9571-52947 | | | | | |
| 9571-55749 | | | | | |
| 9571-55750 | | | | | |
| 9571-55751 | | | | | |
| 9571-55752 | | | | | |
| 9571-55753 | | | | | |
| 9571-55754 | | | | | |
| 9571-55755 | | | | | |
| 9571-55756 | | | | | |

| P.O. No. | Transfer Date | Pmt Amt | Total Per PO | Contracting Entity | Obligor |
|---|---|---|---|---|---|
| 9571-55757 | | | | | |
| 9571-55758 | | | | | |
| 9571-55759 | | | | | |

| P.O. No. | Transfer Date | Pmt Amt | Total Per PO | Contracting Entity | Obligor |
|---|---|---|---|---|---|
| 9571-55760 | | | | | |
| 9571-55763 | | | | | |
| 9571-55766 | | | | | |
| | | | | | |
| PEDP3710146 | | | | | |
| | | | | | |
| PEDP4710136 | 8/2/2005 | $54,374.79 | | DAS LLC, Mechatronics | DAS, LLC |
| PEDP4710136 | 9/2/2005 | $30,701.07 | | DAS LLC, Mechatronics | DAS, LLC |
| PEDP4710136 | 10/4/2005 | $29,267.46 | | DAS LLC, Mechatronics | DAS, LLC |
| | | 10/6/05 Pmt | | | |
| | | | $114,343.32 | | |
| | | | | | |
| | | | | | |
| 4/13/06 Contractual Assumption | $939,904.37 | | | | |
| Express Assumption Under Plan | $787,803.69 | | | | |
| Total Assumption | $1,727,708.06 | | | | |

8