# EXHIBIT G

- 1 -

```
 1

 2    UNITED STATES BANKRUPTCY COURT

 3    SOUTHERN DISTRICT OF NEW YORK

 4    Case No. 05-44481 (RDD); Adv. Proc. No. 07-02619 (RDD);

      Adv. Proc. No. 07-02242 (RDD); Adv. Proc. No. 07-02256 (RDD);

 6    Adv. Proc. No. 07-02333 (RDD); Adv. Proc. No. 07-02580 (RDD);

 7    Adv. Proc. No. 07-02661 (RDD); Adv. Proc. No. 07-02743 (RDD);

 8    Adv. Proc. No. 07-02768 (RDD); Adv. Proc. No. 07-02769 (RDD);

 9    Adv. Proc. No. 07-02790 (RDD); Adv. Proc. No. 07-02076 (RDD);

10    Adv. Proc. No. 07-02084 (RDD); Adv. Proc. No. 07-02096 (RDD);

11    Adv. Proc. No. 07-02125 (RDD); Adv. Proc. No. 07-02177 (RDD);

12    Adv. Proc. No. 07-02188 (RDD); Adv. Proc. No. 07-02211 (RDD);

13    Adv. Proc. No. 07-02212 (RDD); Adv. Proc. No. 07-02236 (RDD);

14    Adv. Proc. No. 07-02250 (RDD); Adv. Proc. No. 07-02262 (RDD);

15    Adv. Proc. No. 07-02270 (RDD); Adv. Proc. No. 07-02291 (RDD);

16    Adv. Proc. No. 07 02328 (RDD); Adv. Proc. No. 07-02337 (RDD);

17    Adv. Proc. No. 07-02348 (RDD); Adv. Proc. No. 07-02432 (RDD);

18    Adv. Proc. No. 07-02436 (RDD); Adv. Proc. No. 07-02449 (RDD);

19    Adv. Proc. No. 07-02479 (RDD); Adv. Proc. No. 07-02525 (RDD);

20    Adv. Proc. No. 07-02534 (RDD); Adv. Proc. No. 07-02539 (RDD);

21    Adv. Proc. No. 07-02551 (RDD); Adv. Proc. No. 07-02581 (RDD);

22    Adv. Proc. No. 07-02597 (RDD); Adv. Proc. No. 07-02618 (RDD);

23    Adv. Proc. No. 07-02623 (RDD); Adv. Proc. No. 07-02659 (RDD);

24    Adv. Proc. No. 07-02672 (RDD); Adv. Proc. No. 07-02702 (RDD);

25    Adv. Proc. No. 07-02723 (RDD); Adv. Proc. No. 07-02743 (RDD);
```

```
 1   Adv. Proc. No. 07-02744 (RDD); Adv. Proc. No. 07-02750 (RDD);

 2   Adv. Proc. No. 07-02188 (RDD)

 3   - - - - - - - - - - - - - - - - - - - -x

 4   In the Matter of:

 5   DPH HOLDINGS CORP., et al.,

 6                    Reorganized Debtors.

 7   - - - - - - - - - - - - - - - - - - - -x

 8   DELPHI CORPORATION, et al.,

 9                    Plaintiffs,

10       -against-

11   SETECH INC., et al.,

12                    Defendants.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                    Plaintiffs,

16       -against-

17   DUPONT COMPANY, et al.,

18                    Defendants.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                    Plaintiffs,

22       -against-

23   ECO-BAT AMERICA LLC,

24                    Defendant.

25   - - - - - - - - - - - - - - - - - - - -x
```

- 3 -

```
 1    - - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                        Plaintiffs,

 4        -against-

 5    GLOBE MOTORS INC.,

 6                        Defendant.

 7    - - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                        Plaintiffs,

10        -against-

11    PHILIPS SEMICONDUCTOR, et al.,

12                        Defendants.

13    - - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16        -against-

17    SUMMIT POLYMERS INC.,

18                        Defendant.

19    - - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22        -against-

23    M & Q PLASTIC PRODUCTS, et al.,

24                        Defendants.

25    - - - - - - - - - - - - - - - - - - -x
```

- 14 -

```
 1              U.S. Bankruptcy Court
 2              300 Quarropas Street
 3              White Plains, New York
 4
 5              July 22, 2010
 6              10:20 AM
 7
 8
 9   B E F O R E:
10   HON. ROBERT D. DRAIN
11   U.S. BANKRUPTCY JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

DPH HOLDINGS CORP., et al.

- 277 -

1   re Hydrogen, LLC, 2010 WL 1609, 536 (Bankr. S.D.N.Y., April 20,

2   2010). In re McLaughlin, 415 B.R. 23 (Bankr. D.N.H. 2009)

3   In re Caremerica Inc., 409 B.R. 737 (Bankr. E.D.N.C. 2009).

4             I've stated during oral argument why I believe all

5   three of these elements of the claim need to be pled with more

6   clarity in the context. In particular, while it may seem at

7   first glance that anyone receiving money has to receive it for

8   some purpose and therefore it's reasonable to infer in the

9   context that that purpose is to pay an antecedent debt, that is

10  not always the case. Debtors may pay COD or in advance. And

11  in addition, in identifying the debt, a complaint may therefore

12  also enable a debtor to show that the creditor, or the

13  transferee, rather, received more than it would otherwise in a

14  Chapter 7 case which would, in the case of a contract that had

15  been subsequently assumed, be a basis for dismissing the claim.

16            So I concluded that the complaints need to be

17  dismissed, and I've given DPH Holdings forty-five days from

18  today to file a motion for each complaint seeking leave to

19  amend each complaint. That motion should attach the form of

20  complaint -- or must attach the form of complaint that would be

21  proposed to be filed as an amended complaint. And if such a

22  motion is not filed for any particular complaint, that

23  complaint will be dismissed upon the movant submitting to me a

24  proposed order dismissing the complaint, CC'ing on the e-mail

25  counsel for DPH and stating that in fact notwithstanding my