Leslie A. Berkoff, Esq.
MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000; (516) 873-2010
lberkoff@moritthock.com
*Local Counsel for Verizon Business*

and

Darrell W. Clark, *Pro Hac Vice* (DC-3549)
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC  20036-3816
(202) 785-9100; (202) 785-9163
E-mail: dclark@stinson.com
*Counsel for Verizon Business*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI CORPRATION, et al.,. | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adversary Proceeding |
| - against- | : | No.: 07-02185 (RDD) |
| | : | |
| DIGEX, INC.  n/k/a Verizon Business | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------------------x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                                          )ss:
COUNTY OF NASSAU     )

    HAROLD MAY, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside in Suffolk County, New York.  On the 24th day of November, 2010, I served true copies of the within Response of Verizon Business Network Services Inc. to Reorganized Debtors' Motion for Leave to File Amended Complaints, by electronically serving same through the court's ECF system on all parties requesting electronic service, and by first class mail, in a sealed envelope, with postage

prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

To:
Butzel Long, a professional corporation
Attn. Eric Fisher
380 Madison Avenue, 22nd Floor
New York, NY 10017
*(Attorneys for Reorganized Debtors)*

Butzel Long, a professional corporation
Attn. Cynthia J. Haffey
150 West Jefferson Avenue
Suite 100
Detroit, MI 48226
*(Attorneys for Reorganized Debtors)*

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
*(Attorneys for Reorganized Debtors)*

*/s/ Harold May*
HAROLD MAY

Sworn to before me this
24th day of November, 2010

/s/ Patricia M. Yates
Patricia M. Yates
Notary Public, State of New York
No. 01YA6077069
Qualified in Nassau County
Commission Expires 7/01/2014

121396v1