08/10/2005  13:49   8123465210              DECATUR PLASTICS                PAGE  02/11
FEB 06 '04 15:33 FR DELPHI           937 356 2550 TO 9-1-612-346-5210 P.01/04

# DELPHI

## DELPHI CORPORATION
## LONG TERM CONTRACT

1. **Purchase of Product**

   Decatur Plastic Products, Inc. ("Seller") agrees to sell, and Delphi Corporation LLC acting through its Safety & Interior Systems Division ("Buyer") agrees to purchase, approximately One Hundred percent (100%) of Buyer's production and service requirements for the following products (each referred to as a "Product" and collectively referred to as the "Products"):

   | Part Number | Description | Per Unit Price | Annual Daily Tool Capacity |
   |---|---|---|---|
   | All Flocked parts | Mercedes W164 | See Exhibit 1 | See Exhibit 1 |
   | All Flocked parts | Mercedes W251 | See Exhibit 1 | See Exhibit 1 |

2. **Term**

   With respect to each Product, the term of this Contract is from Fourth Quarter of 2004 through the end of 2011.

3. **Prices**

   Pricing for the above mentioned parts are considered flat line pricing until year 5. Seller will give buyer a minimum of 1% cost reduction in years 5, 6 & 7. No price increases will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. In the event that the Seller's cost of any substrates changes, Seller will adjust the selling price by the change in the substrate cost and the associated 10% mark-up. In the event that Buyer has an engineering change, the Seller will have the option to re-quote to include any increases caused by the engineering change. Buyer and Seller will use commercially reasonable best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product. Buyer and Seller agree that the pricing of each Product will be reduced by an amount equal to fifty percent (50%) of any net cost savings achieved by Seller through these VA/VE efforts, with respect to such Product (i.e., savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve such cost savings). Seller will participate in Buyer's Standard Cost Reduction Plan (0,3,3,3,2,1,0) for any new parts added to the program after 11/21/03. Seller will also participate in this Cost Reduction Plan for any future programs with Buyer.

AUG 10 '05 13:56                                            8123465210           PAGE 02

4.   **Right to Purchase from Others**

During the entire term of this Contract, Seller will commercially reasonably assure that each Product remains competitive in terms of technology, service quality and price with any similar product available to Buyer. If Seller locates a facility in Alabama as Buyer has requested, and Buyer, for any reason other than service & quality requirements (as defined below in 6. Quality Criteria), decides to source the flocking business elsewhere, Buyer agrees to give Seller a 90 (Ninety) day notice and an opportunity to re-quote the business during those 90 (Ninety) days. If Seller is unable to adjust the pricing & technology or Buyer decides to move the flocking business for any reason other than pre-defined service & quality, Buyer agrees to compensate Seller for un-recovered costs* associated with locating in Alabama as well as any un-recovered tooling amortization. If Buyer remains with Seller for the entire life of the programs and Buyer's estimated volumes are not met, Buyer is only obligated to reimburse Seller for any un-recovered tooling & packaging amortization.

*Seller's total estimated costs associated with locating in Alabama are $2,579,500. The breakdown of these estimated costs are:
  Tooling & Packaging amortized $202,000
  Start-up amortized $295,000
  Flock Building $1,140,000
  Equipment $944,000
    Spray System  $450,000
    Flock Collection System  $122,000
    Flock Application & Curing System  $256,000
    Material Handling & Office Equip.  $116,000

*Since the estimated costs include the facility and equipment, Seller may negotiate a settlement less than the actual cost in order to keep the facility & equipment. This of course would be dependent on any other business that Seller was able to obtain to make it feasible to stay in Alabama. Seller will review and update the contract buy-out annually based on actual sales to Delphi as well as considering other customer volumes. The numbers below are assuming that the EAUs are at the levels Seller had for quoting:
  At the end of 2005, the balance would be $2,389,500
  The end of 2006 = $2,152,100
  The end of 2007 = $1,694,600
  The end of 2008 = $1,227,800
  The end of 2009 = $ 793,200
  The end of 2010 = $ 368,200


5.   **Purchase Orders**

All Products will be ordered by Buyer, and delivered by Seller, in accordance with written purchase orders (including related delivery releases and shipping instructions) issued by Buyer from time to time during the term of this Contract. Buyer's General Terms and Conditions**, a copy of which is attached, are hereby incorporated into this Contract by reference, provided, however, that Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract until the end of 2011. Any amendment to, or revision of, such General

08/10/2005  13:49   8123465210                    DECATUR PLASTICS                       PAGE  04/11
937 356 2550 TO 9-1-812-346-5210 P.03/04

Terms and Conditions shall also become a part of this Contract, provided that (i) Buyer provides Seller with a copy of such revised Terms and Conditions and (ii) Seller does not object to such revised Terms and Conditions in writing within thirty (30) days after receipt. The Terms and Conditions (together with any revision made a part of this Contract) shall be construed, to the extent possible, as consistent with the terms and conditions set forth in this Contract and as cumulative, provided, however, that if such construction is unreasonable, the terms and conditions set forth in this Contract shall control.

**Exception to Delphi General Terms and Conditions:
2. SHIPPING AND BILLING
2.2 Billing. Seller will (a) accept payment based upon Buyer's Evaluated Receipt Record/Self-Billed Invoice unless Buyer requests that Seller issue and deliver an invoice and (b) accept payment by electronic funds transfer. The payment due date will be the due date established by Net 25th Prox used by Buyer (which would average to Net 45 terms). Buyer may withhold payment for any goods or services until Buyer receives evidence, in such form and detail as Buyer requires, of the absence of any liens, encumbrances and claims on such goods or services.

6. **Quality Criteria**

Seller will adhere to the Quality Standards as outlined in the "Delphi General Terms and Conditions". The following is an effort to help define more clearly the effect of quality issues on this contract. Seller will be expected to provide acceptable and commercially reasonable levels of quality and service as defined by mutually agreed upon boundary samples, written specifications, lead times and a reasonable error rate that is consistent with customary industry standards. Performance issues must be brought to Seller's attention immediately to ensure Seller has the opportunity to correct the issue in a timely manner. If Seller fails to perform the flocking services in accordance with the previously agreed specifications and if performance is severe enough to cause Buyer to desire to terminate the relationship, Seller must be given an official notice of desire to terminate and given a minimum of 90 (Ninety) days to correct any deficiencies in quality or service. If Seller has collection or other issues with Buyer that are severe enough to desire to terminate, Seller agrees to give Buyer 90 (Ninety) days notice to correct the deficiency.

EXECUTED by Buyer and Seller as of this 9th day of February, 2004.

Buyer:                                                Seller:

Delphi Corporation LLC                                Decatur Plastic Products
acting through its Safety & Interior
Systems Division

By: _L. Michael Wade_                                 By: _[signature]_
Name: L. MICHAEL WADE                                 Name: John Kussman
Title: BUYER                                          Title: President

> Note: these prices are no longer effective as of 12/1/2004

Exhibit 1

## Decatur -- Sales Price to Delphi
### 1/30/2004

| Non Flocked Number 251 LHD Program | Flocked Number | Short description | Substrate Supplier | Total Program Volume* | Substrate Cost Including Related SG&A and Scrap | Alabama Revised Sell price** Including Amortization | Tool Amortization | Packaging Amortization |
|---|---|---|---|---|---|---|---|---|
| 18111575 | 18111671 | GB Hsg ECE & NA | Delphi | 493080 | $ 4.442 | $ 8.700 | $ 0.030 | Provided by Delphi |
| 18111572 | 18111692 | Inner Retainer GB | Delphi | 493040 | $ 4.280 | $ 7.990 | $ 0.030 | Provided by Delphi |
| 18112480 | 18112465 | Telephone Btn No Light Switch | Delphi | 547848 | $ 1.801 | $ 4.050 | $ 0.020 | Provided by Delphi |
| 18111905 | 18111905 | Dividing wall (Partition-Wall Half) | MSI | 326692 | $ 0.513 | $ 1.610 | $ 0.040 | $ 0.010 |
| 18112787 | 18112701 | Attachment Board w/o Switch | MSI | 538892 | $ 1.122 | $ 3.120 | $ 0.020 | $ 0.020 |
| 18112788 | 18112843 | Attachment Board w/ Switch | MSI | 536892 | $ 1.122 | $ 3.320 | $ 0.020 | $ 0.020 |
| ~~18442640~~ | ~~18112446~~ | ~~Storage Bin~~ | | | | | | |
| 18112733 | 18112730 | Telephone Btn | Delphi | 547848 | $ 1.801 | $ 4.050 | $ 0.020 | Provided by Delphi |
| 18111972 | 18111938 | Cover CD Change Button | MSI | 326682 | $ 0.194 | $ 0.250 | $ 0.001 | $ 0.002 |

| Non Flocked Number 161 LHD Program | Flocked Number | Short description | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ~~18144494~~ | | ~~Short description~~ | | | | | | |
| TBD | 16876220 | Cover Screw | Jamestown | 3296692 | $ 0.193 | $ | $ 0.004 | |
| 16877118 | 18114708 | GB Trim | MSI | 730000 | $ 0.212 | $ 0.250 | $ 0.004 | $ 0.003 |
| 16877117 | 16878940 | Device Wall CD | MSI | 730000 | $ 0.530 | $ 0.310 | $ 0.030 | $ 0.010 |
| 18114408 | 18878959 | GB Inner ECE | Delphi | 262836 | $ 3.570 | $ 1.590 | $ 0.080 | Provided by Delphi |
| 16878929 | 16876930 | GB Housing USA | Delphi | 394212 | $ 5.204 | $ 7.300 | $ 0.040 | Provided by Delphi |
| 18114691 | 16876838 | GB Housing ECE | Delphi | 262836 | $ 5.204 | $ 9.560 | $ 0.050 | Provided by Delphi |
| 16876836 | 16876837 | GB Inner USA | Delphi | 394212 | $ 3.570 | $ 9.680 | $ 0.040 | Provided by Delphi |
| 16876048 | 16876185 | Storage Bin Base | Delphi | 730044 | $ 2.162 | $ 7.280 | $ 0.040 | Provided by Delphi |
| 16876193 | 16876190 | Telephone Btn Base | Delphi | 437976 | $ 0.953 | $ 5.150 | $ 0.030 | Provided by Delphi |
| 16876043 | 16876182 | Telephone Btn Option | Delphi | 291984 | $ 0.553 | $ 3.480 | $ 0.040 | Provided by Delphi |
| TBD | 16876044 | Attachment Board Opt1 | MSI | 291984 | $ 1.122 | $ 3.500 | $ 0.020 | $ 0.020 |
| TBD | 16876327 | Attachment Board Opt2 | MSI | 438000 | $ 1.122 | $ 3.310 | $ 0.010 | $ 0.020 |
| 16877118 | 16876943 | CD Cover Button | MSI | 291984 | $ 0.353 | $ 0.410 | - | $ 0.020 |

**The Alabama quotations include and assume the following:
- Freight cost to and from our facility in Alabama to the Delphi Facility in Gadsden will be the responsibility of Delphi and is not included in the quotation. This remains the same as it was previously.
- Returnable packaging is included for the subcontracted molded components from Mid South Plastics.
- Returnable packaging will be provided by Delphi for all Delphi molded substrates. Same as previously quoted.
- Decatur cannot participate in the Delphi cost down objectives. Both programs will have flat line pricing until year 5. Years 5, 6, & 7 will have a 1% cost down.
- Decatur and Delphi will seek cost reduction opportunities through VA/VE efforts and will share realized savings on a 50%/50% basis.
- When total program volumes used to calculate tooling and packaging amortization are met, the piece part price will be reduced. If volumes are not met, Delphi will pay Decatur for any unrecovered tooling and packaging amortization.
- New facility and program startup costs are amortized over the life of the programs.
- Payment terms to Decatur Plastics will be net 25th Prox which will average Net 45 terms.
- An executed Long Term Agreement (LTA) whereby Delphi's "right to purchase from others" is restricted to performance criteria agreeable to both Delphi and Decatur Plastics.

*Need to verify quantities used when Jeok returns on Friday.

DelphiQuoteSpreadsheDec16.xls