# EXHIBIT 1

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
Seth A. Drucker (P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7626
Facsimile: (313) 465-7627
Email: sdrucker@honigman.com

Attorneys for Defendant West
Michigan Spline, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

| | | |
|---|---|---|
| **In Re** | : | Chapter 11 |
| **DELPHI CORPORATION,** et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Hon. Robert D. Drain |

----------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI CORPORATION, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| Against | : | |
| | : | |
| WEST MICHIGAN SPLINE, INC., | : | Adv. Pro. No. 07-02600 (RDD) |
| | : | |
| Defendant. | : | |

----------------------------------------------------------x

## <u>DECLARATION OF GARY HILL</u>

Gary Hill declares as follows:

1.     I am the President of West Michigan Spline, Inc. ("**WMS**").

2.     I make this Declaration upon personal knowledge and if called as a witness would testify to the facts contained herein.

**<u>WMS'S BUSINESS</u>**

3.     WMS is a family owned business founded in 1987, with few employees, and is located in Holland, Michigan.

4.     WMS designs, manufactures, repairs and refurbishes spline rolling machines used in the automotive and other industries.

5.     Spline rolling machines are large pieces of industrial equipment, often costing hundreds of thousands of dollars to design, develop, and fabricate.  Manufacturing a spline rolling machine for a customer requires WMS to make a significant capital commitment to purchase the raw materials and components necessary to manufacture a spline rolling machine.

6.     At its peak, WMS had 12 employees and was among the top three spline rolling machine makers in the world.  Since the collapse of the U.S. automotive industry in 2008, WMS's revenues have dropped dramatically and WMS had reduced its workforce to only three employees, including myself, and now has seven employees.

## WMS'S RELATIONSHIP WITH DELPHI

7.     WMS's business relationship with Delphi Automotive Systems LLC ("**DAS**") and its various affiliates (collectively "**Delphi**") began in approximately 1988, when Delphi was still part of General Motors Corporation.

8.     Over the past 22 years, WMS has manufactured, repaired, and refurbished multiple spline rolling machines for Delphi, and has as well performed service on Delphi's existing spline rolling machines.

## DELPHI PURCHASES TWO SPLINE ROLLING MACHINES FROM WMS

9.     On October 12, 2004, Delphi issued purchase order number S2M81551 to WMS for the remanufacturing, re-tooling, and enhancement of an Anderson Cook Model 350-S Spline Rolling Machine.  **Exhibit A**.  The remanufactured spline rolling machine was later assigned Asset Tag # 140082 ("**Spline Machine 1**").

10.     Also on October 12, 2004, Delphi issued purchase order number S2M81552 to WMS for the fabrication of a Model 48D Spline Rolling Machine, later assigned Asset Tag #

140080 ("**Spline Machine 2**").  **Exhibit B**.  The purchase orders are referred to individually as a "**Purchase Order**" and collectively as the "**Purchase Orders**".

11.     Each Purchase Order provided that payment of 90% of the purchase price for the applicable machine was due upon run-off of the machine at WMS's facility, to be paid on MNS-2, or second day, second month payment terms.  The final 10% of the purchase price of each machine was due after set-up and run-off of the machine at Delphi's facility, also on MNS-2 payment terms.

12.     "Run-off" is the process by which WMS demonstrates to Delphi that a machine performs to the specifications required by Delphi.  The 90% run-off occurs at WMS's facility and confirms for Delphi that the machine meets its specifications and is ready for shipment to its manufacturing facility.   The 10% run-off occurs after installation of the machine at Delphi's manufacturing facility to insure the machine still meets Delphi's specifications after shipping and reinstallation at Delphi's manufacturing facility.

13.     Delphi and WMS completed the run-off of Spline Machine 1 at WMS's facility on July 28, 2005.  WMS invoiced Delphi for 90% of the Purchase Order price - $254,185.20 – on August 31, 2005.  **Exhibit C**.  Upon completion of the run-off, WMS shipped Spline Machine 1 to Delphi on September 9, 2005.  WMS received payment of the $254,185.20 via check dated October 3, 2005, from Delphi on October 6, 2005.

14.     Delphi and WMS completed the run-off of Spline Machine 2 at WMS's facility on July 2, 2005.  Upon completion of the run-off, WMS shipped Spline Machine 2 to Delphi on July 14, 2005, and invoiced Delphi for 90% of the Purchase Order price - $360,729.90.  **Exhibit D**.  WMS received payment of the $360,729.90 via check dated September 2, 2005, from Delphi, on September 6, 2005.  Each payment is referred to individually as a "**Transfer**" and collectively as the "**Transfers**".

15.    As of the Petition Date, other than the 10% balances owing under the Purchase Orders, no other amounts were owing from Delphi or any of its affiliated debtors to WMS.

16.    On October 3, 2005, Delphi and WMS completed the final run-off of Spline Machine 1 at Delphi's facility in Queretaro, Mexico.  Delphi paid the final $28,242.80 owing for Spline Machine 1 to WMS on May 12, 2006.

17.    On October 3, 2005, Delphi and WMS completed the final run-off of Spline Machine 2 at Delphi's facility in Queretaro, Mexico.  Delphi paid the final $41,348.90 owing to WMS for Spline Machine 2 on April 10, 2006.

18.    Because no pre-petition amounts were owing from Delphi to WMS as of July 31, 2006, the proof of claim bar date in these cases, WMS did not file a proof of claim against Delphi, and was not a creditor of Delphi.

19.    Further, because WMS was not a creditor of Delphi, and is a small company with limited financial resources, WMS did not hire bankruptcy counsel to monitor Delphi's bankruptcy cases and the Court's docket.  Accordingly, until December 2009, WMS did not know that Delphi had sought and obtained authority to file the complaints under seal and extend the time for service of the complaints or that, in late September 2007 or early October 2007, Delphi and its affiliates or successors had commenced a lawsuit under seal against WMS seeking to avoid and recover as preferential the Transfers to WMS totaling $614,915.

**DELPHI'S DELAY IN PROSECUTION OF THESE CASES HAS PREJUDICED WMS**

20.    Since October 2007, the WMS personnel who had direct contact on behalf of WMS with Delphi and were most knowledgeable about WMS' relationship and business dealings with Delphi ("**Former Key Employees**") have left WMS, and are no longer employed by WMS.  These individuals include Johnny Coppinger, Keith Sytsma, Gary Parton, and Clyde Hinzman.  Also, WMS's sales and service representative in Mexico, Dieter Koenig, no longer represents WMS either.

4

21.    Because WMS did not know it had been sued by Delphi, WMS followed its normal procedures, after preserving certain limited information, of cleaning the hard drives of the computers of its Former Key Employees, without taking steps to preserve information necessary or helpful to its defense of Delphi's lawsuit.

22.    Similarly, because WMS did not know it had been sued by Delphi, WMS made no arrangements with its Former Key Employees to obtain information about the issues in the lawsuit, conduct exit interviews, or to keep in touch with them.  I have no knowledge of how to contact Johnny Coppinger.

23.    Because WMS did not know it had been sued by Delphi, WMS took no special steps to organize and preserve its records with respect to Delphi.

24.    If WMS had known that Delphi had sued it, WMS could and would have taken special steps to organize and preserve its records with respect to Delphi, hold exit interviews with Former Key Employees and make arrangements to maintain contact with the Former Key Employees in case WMS would need them to provide litigation information or serve as witnesses.

25.    During the more than two years between Delphi filing the lawsuit until WMS learned about it, Delphi and WMS had numerous business discussions and reached agreement on significant new business, including business related to the re-tooling of Spline Machine 2.  On August 31, 2009, Delphi issued WMS purchase order 450928130 (the "**2009 Purchase Order**") describing the new work WMS agreed to perform for Delphi.  A copy of the 2009 Purchase Order is attached as **Exhibit E.**

26.    During the negotiation of the 2009 Purchase Order, Delphi did not disclose to WMS that it had already commenced a lawsuit against WMS.  If WMS had known about the lawsuit Delphi had filed against it, WMS would have negotiated differently with Delphi.  In particular, WMS had significant negotiating power with respect to the 2009 Purchase Order

because Spline Machine 2 was based on WMS's proprietary designs. No other company had the knowledge or expertise to repair or modify Spline Machine 2 quickly and efficiently. It would have been difficult, time consuming and expensive for Delphi to find another supplier to provide the services WMS agreed to provide related to Spline Machine 2 under the 2009 Purchase Order. Further, WMS had the only detailed engineering drawings and engineering specifications for Spline Machine 2. Without the engineering specifications and drawings, any other service provider would be left to guess as to the mechanization and operation of Spline Machine 2, adding significant time and cost to the requested repair. If WMS had known of the lawsuit, WMS would have refused to accept the 2009 Purchase Order with Delphi unless Delphi agreed to release WMS from all future preference liability.

27.    WMS has been substantially prejudiced by Delphi concealing from WMS for over two years that it was suing WMS, because had WMS known of the lawsuit, WMS would not have agreed to do business with Delphi on the terms outlined in the 2009 Purchase Order. After the first quotation, Delphi sent two request for price reduction during the negotiations for this purchase order. Again, had WMS known of the lawsuit WMS would not have agreed to price reductions.

28.    Further, during the period after Delphi commenced the lawsuit, but before Delphi served WMS with a copy of the complaint, Delphi requested WMS perform emergency maintenance on its spline rolling machines. These service calls were necessary to keep Delphi's operations from shutting down and disrupting the just-in-time supply chain Delphi was a key link in. Had WMS known of the lawsuit, it would not have performed the emergency service calls unless Delphi had agreed to waive all preference claims.

29.    Furthermore, during the period after Delphi commenced the lawsuit, but before Delphi served WMS with a copy of the complaint, Delphi had more than two years to prepare for the lawsuit that WMS was not afforded.   During this period WMS could have, among other things, save funds for its defense, prepare a strategy, or delay the hiring of a new employee to cut costs event further then we had.

## THE TRANSFERS WERE MADE IN THE ORDINARY COURSE OF BUSINESS

30.    Delphi incurred the debts to WMS under the Purchase Orders in the ordinary course of its business.  **Exhibit F**, Letter from Gary Weiss and Mark Gendregske and **Exhibit G**, Declaration of Mark Rovoll.

31.    Each of the Transfers were made in the ordinary course of business or financial affairs of Delphi and WMS.

32.    A historical analysis of Delphi's and WMS's business relationship is attached as **Exhibit H**.  Exhibit E shows that under MNS-2 payment terms, it was ordinary for Delphi to take between 35 and 60 days to pay WMS's invoices (the "**Historical Ordinary Course Range**").

33.    On August 31, 2005, WMS issued invoice number 2-693 for the 90% payment due under the Purchase Order for Spline Machine 1.  Delphi paid invoice number 2-693 36 days after the invoice date, on the second day of the second month after the invoice date.  *See* **Exhibit I – Preference Analysis**.

34.    On September 6, 2005, WMS issued invoice number 2-694 for the 90% payment due under the Purchase Order for Spline Machine 2.  Delphi paid invoice number 2-694 54 days after the invoice date, on the second day of the second month after the invoice date.  *See* **Exhibit I – Preference Analysis**.

35.    Each of the Transfers occurred within the Historical Ordinary Course Range between WMS and Delphi, and, therefore, Delphi may not avoid either of the Transfers as preferential.

36.    Further, based on my knowledge of and expertise in the spline machine industry, each of the Transfers was made according to ordinary business terms within the spline machine industry.

37.    The letter from both Gary Weiss and Mark Gendregske, former Delphi employees, states that the purchase of Spline Machine 1 and Spline Machine 2 was "in all aspects … treated in the same manner in which [Delphi] treat[ed] all of our equipment suppliers." **Exhibit F**.    Messrs. Weiss and Gendregske continue that "WMS was paid on standard contractual terms."

38.    Accordingly, because Delphi incurred the debt related to the Transfers in the ordinary course of its business, the Transfers were made in the ordinary course of business or financial affairs of Delphi and WMS and on ordinary business terms within the spline machine industry, the Transfers are not avoidable as preferential.

39.    I make this Declaration under penalty of perjury.

_____
Gary Hill

Executed in HOLLAND, Michigan
on November 22, 2010

8

EXHIBIT LIST

| | |
|---|---|
| Exhibit A | Delphi Purchase Order S2M81551 |
| Exhibit B | Delphi Purchase Order S2M81552 |
| Exhibit C | WMS Invoice 2-693 |
| Exhibit D | WMS Invoice 2-694 |
| Exhibit E | Delphi Purchase Order 450928130 |
| Exhibit F | February 24, 2010 Letter From Gary Weiss and Mark Gendregske |
| Exhibit G | Declaration of M. Rovoll |
| Exhibit H | Historical Transaction Analysis |
| Exhibit I | Ordinary Course Preference Analysis |

ACTIVE.8376424.6

# EXHIBIT A

11/14/2010  21:47    6163993743          WEST MICHIGAN SPLINE              PAGE  02

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 1

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW ACE   PLT 65
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
US                    MX

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Numbered must be shown on Packing Slips and Invoices. Invoices Attn. Accounts Payable Do not Declare Valuation at Express Shipments or Insure Parcel Post.

PHONE: 989-757-4071
K HUNTER              Buyer
S17                   PURCHASING AGENT

ORDER DATE 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

F.O.B.                 DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

CURRENCY USD USD DOLLAR (UNITED STATES)

SHIP VIA SEE BELOW

| ITEM EVIDENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|
| | | | **THIS ORDER IS LISTED IN THE FOLLOWING** | | | | | |
| 0001 | 1 | PR379471 001 | A/C 330-S Spline Roller S/N 353  STANDARD WMS MODEL 48D - SPLINE ROLLER FOR SPLINES.  AND THREADS  REFERENCE RFP 2411  DPR #A44B0001  WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05 B | 0.00% | 165515.0000 | PC |
| | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**  CONFIRMED WITH: GARY HILL | | | | | |
| 0002 | 1 | PR379471 002 | AUTO LOAD MACHINE USING ROBOT CONCEPT  WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05 B | 0.00% | 31874.0000 | PC |
| 0003 | 1 | PR379471 003 | PACKAGE FOR SHIPMENT  WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05 B | 0.00% | 2056.0000 | PC |
| 0004 | 3 | PR379471 004 | PART LOCATING LIVE CENTERS - HEADSTOCK  WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05 B | 0.00% | 757.0000 | EA |
| 0005 | 3 | PR379471 005 | WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05 B | 0.00% | 757.0000 | EA |

Handwritten annotations (best effort):
- 10 - 1085.50
- 90 - 151/663.50
- 90 - 3187.40
- 10 - 2886.60
- 10 - 205.60
- 10 - 1850.40
- 10 - 75.70 ea. (3-227.10)
- 90 - 681.30 ea.
- 10 - 75.70
- 90 - 681.30 ea. (3-227.10)
- 757.0000

J01033  USER SUZANNE J BEARDSLEY          ORIGINAL                    CONTINUE PAGE    2

11/14/2010  21:47  6163993743  WEST MICHIGAN SPLINE  PAGE 03

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 2

DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

**ORDER DATE** 10/12/04
**ALTERATION ISSUE DATE**
**ALTERATION EFFECTIVE DATE**

PHONE: 989-757-4071
K. HUNTER  S17
Buyer
PURCHASING AGENT

VENDOR NUMBER 79-870-1702
TO:
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000

**PAYMENT TERMS** 2ND DAY/2ND MTH-10% HLDBK
**F.O.B.** DELPHI'S PREFERRED CARRIER
**SHIP VIA** SEE BELOW

| ITEM/EVIDENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASU |
|---|---|---|---|---|---|---|---|---|---|
| 0006 | 1 | PR379471 006 | PART LOCATING LIVE CENTERS - TAILSTOCK WHO ORDERED: M. ROVOLL/757-4798 | | | 03/15/05  B | 0.00% | 1916.0000 | EA |
| 0007 | 8 | PR379471 007 | PART WEAR PADS FOR SUPPORT BRACKET WHO ORDERED: M. ROVOLL/757-4798 | | | 03/15/05  B | 0.00% | 989.0000 | EA |
| 0008 | 2 | PR379471 008 | RACK SPACERS WHO ORDERED: M. ROVOLL/757-4798 | | | 03/15/05  B | 0.00% | 1078.0000 | EA |

PART SUPPORT BRACKET
WHO ORDERED: M. ROVOLL/757-4798

ATTENTION************************************************
SUPPLIER AGREES TO A CHARGE OF 1.00% PER WEEK
FOR EACH WEEK THE SUPPLIER IS LATE FROM THE
AGREED UPON DELIVERY DATE. ADDITIONAL CHARGES
INCURRED BY THE SUPPLIER TO ACHIEVE AGREED UPON
DELIVERY DATE ARE THE SUPPLIER'S RESPONSIBILITY
AND WILL NOT BE REIMBURSED BY DELPHI.
ATTENTION ALL CONSTRUCTION/MAINTENANCE CONTRACTORS:
ALL CURRENT AND POTENTIAL DELPHI
SAGINAW SITE CONSTRUCTION/MAINTENANCE
CONTRACTORS MUST ATTEND A MANDATORY SAFETY AND HEALTH

001033  USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE  3

*(handwritten annotations: 10-191.60; 90-1734.00 EA; 90-797.40 EA; 90-970.00 EA; (2-161.80; 10-161.80; (2-215.60)*

11/14/2010  21:47   6163993743              WEST MICHIGAN SPLINE              PAGE  04

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 3

DELPHI SAGINAW STEERING SYSTEM

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
DELPHI SAGINAW ACE    PLI 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246    MX

DELPHI
3900 HOLLAND RD.
SAGINAW MI
48601    US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000    US

| ORDER DATE | |
|---|---|
| 10/ 12/04 | |

ALTERATION ISSUE DATE: S17

PHONE: 989-757-4071
K. HUNTER    Buyer

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
Copies of your packing slip must accompany each shipment.
Item Identification Numbered must be shown on Packing Slips and
Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| PAYMENT TERMS NET | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE MEAS. | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY/2ND MTH-10% HLDBK | 001033 | | | HLDBK | DELPHI'S PREFERRED CARRIER | | | SEE BELOW | | | |

DESTINATION UNLESS OTHERWISE INDICATED
F.O.B.    SHIP VIA: SEE BELOW

ALTERATION EFFECTIVE DATE

USER SUZANNE J BEARDSLEY

ORIENTATION TRAINING PROGRAM. THE PROGRAM CONSISTS OF
AN EIGHT (8) HOUR TRAINING SESSION, CONDUCTED BY THE
GREAT LAKES SAFETY CENTER. ALL CONTRACTOR EMPLOYEES
MUST ATTEND THIS TRAINING PRIOR TO COMING TO WORK
AT DELPHI SAGINAW SITE.
THE COST OF TRAINING IS THE RESPONSIBILITY OF THE
CONTRACTOR, NOT DELPHI.
TO SCHEDULE THIS TRAINING, YOU MUST CONTACT THE GREAT
LAKES SAFETY CENTER AT 989/496-9415 OR 800/675-7599.
GREAT LAKES SAFETY CENTER WILL HANDLE THE RE-
GISTRATION PROCESS IN ITS ENTIRETY.
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR
PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY
CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER
WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER
AND THE "WHO ORDERED" PERSON DESIGNATED WITH DETAILED
EXPLANATION.
THIS JOB TO CONFORM TO DELPHI SPECIFICATIONS
LISTED BELOW:
SD-010 DELPHI STANDARD EQUIPMENT
SPECIFICATIONS OR SD-000 DELPHI
MACHINE AND EQUIPMENT SPECIFICATIONS.
TO OBTAIN THESE STANDARDS CONTACT THE
"ENGINEER/FOLLOW-UP" OR THE "REC DEPT. NOTIFY"
PERSON LISTED ON THE FIRST PAGE OF THIS PURCHASE
ORDER. PLEASE RETAIN THESE SPECIFICATIONS FOR FUTURE

CONTINUE PAGE    4

ORIGINAL

PURCHASING AGENT

11/14/2010  21:47    6163993743    WEST MICHIGAN SPLINE    PAGE  05

# DELPHI

**PURCHASE**    PAGE   4

**ORDER:** S2M81551

| | |
|---|---|
| ORDER DATE | ALTERATION ISSUE DATE |
| 10/12/04 | |
| | ALTERATION EFFECTIVE DATE |

PHONE: 989-757-4071
K HUNTER    S17    Buyer

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn. Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL. BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
MX    US

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424    US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

| PAYMENT TERMS | SHIP VIA |
|---|---|
| NET  2ND DAY/2ND MTH-10% HLDBK | SEE BELOW |

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | TAX CODE/ % |
|---|---|---|
| | DELPHI'S PREFERRED CARRIER | |

| TIEM SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEASU |
|---|---|---|---|---|---|---|---|---|
| 001033 | | HLDBK | | | | | | |

JOBS.
CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR DELPHI
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY
DELPHI GLOBAL PURCHASING VIA A PURCHASE ORDER
ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY
REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN
WRITING, TO THE BUYER WITH DETAILED EXPLANATION.
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE
ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX WHERE IT IS NOT APPLICABLE.
SEE FOLLOWING CODES:
        (A)   NOT TAXABLE-EXPERIMENTAL ENGINEERING
        (B)   NOT TAXABLE-INDUSTRIAL PROCESSING
        (C)   NOT TAXABLE-FOR RESALE
        (D)   NOT TAXABLE-SALES PROMOTION AND
              CONSUMER INFLUENCE. VENDOR
              RESPONSIBLE FOR TAX.
        (E)   NOT TAXABLE-POLLUTION CONTROL EQUIP.

****SALES TAX CODES**************************(TX)
****PURCHASE ORDER ALL SUPPLIERS*****(ST)
****ATTENTION ALL SUPPLIERS*****#*####

001033  USER SUZANNE J BEARDSLEY

ORIGINAL    CONTINUE PAGE    5

11/14/2010   21:47   6163993743          WEST MICHIGAN SPLINE          PAGE   06

# DELPHI

**PURCHASE ORDER:** S2M81551   PAGE 5

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601          US

VENDOR NUMBER 79-870-1702
TO: WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO: DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246                          MX

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                          US

ORDER DATE 10/12/04

PHONE: 989-757-4071
K. HUNTER          Buyer

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MEAS MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 001033 | | | | | | | | | |

**EXHIBIT TERMS**
NET 2ND DAY/2ND MTH-10% HLDBK

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

SHIP VIA          SEE BELOW

ALTERATION EFFECTIVE DATE
ALTERATION ISSUE DATE   S17

PURCHASING AGENT

USER SUZANNE J BEARDSLEY

(F)   TAXABLE-DO NOT BILL TAX. BUYER HAS
DIRECT PAY PERMIT.
(G)   NOT TAXABLE-SERVICE VENDOR-LABOR ONLY
(H)   NOT TAXABLE-DO NOT BILL-FOR CONSUMP-
TION IN MEXICO.
(I)   MATERIAL ONLY TAXABLE-CONSTRUCTION
CONTRACTOR RESPONSIBLE FOR SALES
TAX ON MATERIAL

SALES TAX EXEMPTION CERTIFICATES
ALABAMA          805
GEORGIA          OHIO 9S-002667
INDIANA          300-45870-B          TEXAS 1-38-3431131-1
KANSAS           10187021300011       WISCONSIN WDP-99-01-010037
MISSISSIPPI      98-003A               MICHIGAN 38-3431131
NEW YORK DP-3487              MICHIGAN 38-3431131
*RIGHT TO AUDIT*             (ZH)
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AF-
FILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
FAX NUMBER FOR KEN HUNTER: 989/757-5884
TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO
THE FOLLOWING GUIDELINES:

ORIGINAL

CONTINUE PAGE          6

11/14/2010  21:47   6163993743          WEST MICHIGAN SPLINE          PAGE  07

# DELPHI

**PURCHASE ORDER:** S2M81551   PAGE 6

PHONE: 989-757-4071
K. HUNTER   S17   Buyer

This Number Must Appear On All Invoices, Packing Slips, Package and Bills of Lading. copies of your packing slip must accompany each shipment. Invoices. Part identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE
PURCHASING AGENT

DELPHI SAGINAW STEERING SYSTEM

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

SHIP TO:
DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO   12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This order is not binding and accepted. Acceptance is needed on acknowledgment copy which must be returned to Buyer.

F.O.B.
DELPHI'S PREFERRED CARRIER

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA
SEE BELOW

| PAYMENT TERMS NET | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | | |

ITEM SOURCE

ADVISE THE BUYER OF ANY DISCREPANCIES ON THE
PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS
INFORMATION VIA BOTH PHONE AND HARD COPY. REFER
TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER
(E-MAIL TO KEN.J.HUNTER@DELPHIAUTO.COM).
THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE
2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK
ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
ALL DOMESTIC DELIVERIES ARE TO BE SHIPPED FOB
SHIPPING POINT. ALL INTERNATIONAL DELIVERIES ARE TO
SHIPPED FCA (ORIGIN) (TOP (TITLE TRANSFER DELPHI
PLANT). CONTACT THE FOLLOWING CARRIERS WHERE
APPLICABLE:
DOMESTIC SHIPPING AND ROUTING INSTRUCTIONS TO DELPHI
SAGINAW, MI AND ATHENS, AL PLANTS ONLY.

J01033   USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE

7

11/14/2010  21:47    6163993743    WEST MICHIGAN SPLINE    PAGE  08

# DELPHI

## PURCHASE ORDER: 52N81551

PAGE 7

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601
US

**SHIP TO:**
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
DELPHI    MX
US

**TO:**
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

**INVOICE TO:** SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or issue Parcel
Post.

**ORDER DATE** 10/12/04    **ALTERATION EFFECTIVE DATE**

**PHONE: 989-757-4071**
K. HUNTER    Buyer
S17

**SHIP VIA** SEE BELOW

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| NET | 2ND DAY/2ND MTH-10% HLDBK | | | DESTINATION UNLESS OTHERWISE INDICATED DELPHI'S PREFERRED CARRIER | | | | SEE BELOW | | |

LESS THAN 150 POUNDS-UPS CONSIGNEE BILLING IS HOW
THE SHIPMENT SHOULD BE CALLED INTO UPS, NOT COLLECT
OR PREPAID. ALL PACKAGES SHOULD WEIGH NO MORE THAN
40 POUNDS OR LESS, IF PRACTICAL. PLANT NUMBER MUST BE
ON THE LABEL: FOR ITEMS COLLECTIVELY WEIGHING 150
POUNDS-12,000 POUNDS PLEASE USE THE FOLLOWING
CARRIERS:
DESTINATION DELPHI SAGINAW, MI PLANTS
MI,IN,IL,WI,OH
ONTARIO, CANADA    ALVAN MOTOR FREIGHT
ALL OTHER STATES    CENTRAL TRANSPORT
USA \-/ CANADA \-/    CENTRAL TRANSPORT
(ACCOUNT NUMBERS WILL BE PROVIDED AT TIME OF
PURCHASE ORDER)
DESTINATION DELPHI ATHENS, AL PLANTS
MI,IN,IL,WI,OH, AND ONTARIO, CANADA  U.S.F. HOLLAND
ALL OTHER STATES    CENTRAL TRANSPORT
CONTACT THE FOLOING CARRIERS WHERE APPLICABLE:
ARTISAN AND ASSOCIATES 800/338/6486
USA \-/ CANADA \-/ MEXICO \-/ USA
NORTH AMERICA TO/FROM SOUTH AMERICA
NORTH AMERICA TO/FROM SOUTH AMERICA
EUROPE TO/FROM EUROPE
EUROPEAN COUNTRY TO/FROM EUROPEAN COUNTRY
SOUTH AMERICA TO/FROM ASIA
PANALPINA 800/743-9386
***********************************************

J01033  USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE    8

PURCHASING AGENT

11/14/2010   21:47     6163993743          WEST MICHIGAN SPLINE          PAGE  09

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE  8

DELPHI SAGINAW STEERING SYSTEM

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO  12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246                        MX

SHIP TO:

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                        US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bill of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | ORDER DATE | | | |
|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | DELPHI'S PREFERRED CARRIER | | | 10/12/04 | | PHONE: 989-757-4071 | |
| | | | | ALTERATION ISSUE DATE | | K HUNTER | Buyer |
| | | SHIP VIA | | ALTERATION EFFECTIVE DATE | | 517 | |
| | | SEE BELOW | | | | PURCHASING AGENT | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE/LEASE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ************************** | | ************ | | | |
| | | | | NORTH AMERICA TO/FROM ASIA | | | | | |
| | | | | ASIA TO/FROM EUROPE | | | | | |
| | | | | DANZAS/AIR EXPRESS INTERNATIONAL 800/251-9019 | | | | | |
| | | | | ************************** | | ************ | | | |
| | | | | NORTH AMERICA TO/FROM INDIA | | | | | |
| | | | | CIRCLE/EAGLE 630//766-9220 | | | | | |
| | | | | *WHEN CALLING FOR SHIPPING AND ROUTING INSTRUCTIONS* | | | | | |
| | | | | HAVE THE FOLLOWING INFORMATION AVAILABLE: | | | | | |
| | | | | SHIPPER NAME, ADDRESS (CITY, STATE, AND ZIP CODE) | | | | | |
| | | | | NAME OF CONTACT AND PHONE NUMBER | | | | | |
| | | | | CONSIGNEE (RECEIVING DESTINATION) NAME, ADDRESS, | | | | | |
| | | | | (CITY, STATE, AND ZIP CODE) | | | | | |
| | | | | NAME OF CONTACT AND PHONE NUMBER | | | | | |
| | | | | DIMENSION (LENGTH X WIDTH X HEIGHT) | | | | | |
| | | | | WEIGHT | | | | | |
| | | | | *THIS WILL DETERMINE THE SIZE/STYLE OF SEA | | | | | |
| | | | | CONTAINER OR SIZE OF AIRPLANE | | | | | |
| | | | | **ANY TIME A BOARDER IS CROSSED, IT MUST BE ACCOM- | | | | | |
| | | | | PAINED BY A COMMERCIAL PRICE PACKING SLIP/INVOICE, | | | | | |
| | | | | WHICH INCLUDES THE FOLLOWING: | | | | | |
| | | | | LETTERHEAD AT THE TOP | | | | | |
| | | | | DATE, DESTINATION, SHIPPER NUMBER | | | | | |
| | | | | CONTENTS, QUANTITY, UNIT PRICE, TOTAL PRICE | | | | | |
| | | | | COUNTRY OF ORIGIN | | | | | |
| | | | | PURCHASE ORDER NUMBER | | | | | |

001033   USER SUZANNE J BEARDSLEY                ORIGINAL                CONTINUE PAGE    9

11/14/2010  21:47  6163993743                 WEST MICHIGAN SPLINE        PAGE  10

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 9

PHONE: 989-757-4071

DELPHI SAGINAW STEERING SYSTEM

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

TO:
DELPHI SAGINAW
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Numbered must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 10/12/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

Buyer: K. HUNTER    S17
PURCHASING AGENT

| PAYMENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET | 2ND  DAY/2ND  MTH-10% HLDBK | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | F.O.B. / RFQ NUMBER | DATE REQUIRED | SHIP VIA | BASE UNIT PRICE | PRICE/UNIT MULTIPLE MEASU |
|---|---|---|---|---|---|---|---|---|
| 001033 | USER SUZANNE J BEARDSLEY | | SHIPPED VIA SIGNATURE AND TITLE | DELPHI'S PREFERRED CARRIER | | SEE BELOW | | |

DESTINATION UNLESS OTHERWISE INDICATED

TAX CODE / %

**********************************************
WARRANTY PERIOD BEGINS AT START OF PRODUCTION.

THIS IS A CAPITAL EQUIPMENT OR CONSTRUCTION
INVOICELESS PURCHASE ORDER.
1. SEND ALL PRICED PACKING SLIPS (OR INVOICES IF
YOU PREFER) PERTAINING TO THIS ORDER TO
MARK ROYOLL/989-757-4798.
2. ADDRESS AND MAIL YOUR PRICED PACKING SLIPS (OR
INVOICE) DIRECTLY TO THIS PERSON AT THE ADDRESS
LISTED ABOVE UNDER "INVOICE TO". THIS PERSON WILL
BE YOUR POINT OF CONTACT FOR ALL MATTERS PERTAINING
TO PAYMENT OF THIS PURCHASE ORDER. COMPLIANCE TO
THESE GUIDELINES WILL PROMOTE PROMPT PAYMENT.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

ORIGINAL

LAST PAGE

11/14/2010   21:47   6163993743   WEST MICHIGAN SPLINE   PAGE   11

# DELPHI

## PURCHASE ORDER: S2MB1551 001

PAGE   1

**VENDOR NUMBER** 79-870-1702

TO:
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

###  A L T E R A T I O N  ###
###  ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | ALTERATION ISSUE DATE | SHIP VIA |
|---|---|---|
| 10/12/04 | 02/22/05 | SEE BELOW |
| | ALTERED EFFECTIVE 02/22/05 | |

PHONE: 989-757-4071
K HUNTER
S17

PURCHASING AGENT
Bryan

| PAYMENT TERMS NET | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEASU |
|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | | |
| | | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| | | | | | ADDED LINE ITEMS PER PR379471 | | | | |
| | J0009 | 1 | PR379471 009 | ### | ### THIS ITEM HAS BEEN ADDED ### NEW RACK BOX TO HOLD SPLINE RACKS. WHO ORDERED: M.ROVOLL/757-4798 | 05/17/05 | B 0.00% | 10 - 45541.30 45543.0000 | Pc |
| | J0010 | 1 | PR379471 010 | ### | ### THIS ITEM HAS BEEN ADDED ### DESIGN AND BUILD LOADER, ENTRANCE CHUTE, EXIT CHUTE MOUNTING BRACKET, PART SUPPORT BRACKET, AND LIMIT SWITCHES FOR I-SHAFT WHO ORDERED: M.ROVOLL/757-4798 | 05/17/05 | B 0.00% | 10 - 12298.00 90 - 1682 12980.0000 | Pc |
| | J0011 | 1 | PR379471 011 | ### | ### THIS ITEM HAS BEEN ADDED ### INSTALL TWO POSITION TAILSTOCK WHO ORDERED: M.ROVOLL/757-4798 | 05/17/05 | B 0.00% | 10 - 433 - 90 - 3957 4390.0000 | Pc |

### SPOT BUY S2MB1551 HAS BEEN ALTERED AS FOLLOWS ###

**F.O.B.**   DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

1001464   USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE   9

11/14/2010  21:47  6163993743          WEST MICHIGAN SPLINE                    PAGE  12

# DELPHI

**PURCHASE ORDER:** S2M81551 001

PAGE 2

### ### A L T E R A T I O N ###

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item identification Number(s) must be shown on Packing Slips and
Invoice
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**PHONE:** 989-757-4071

| | | |
|---|---|---|
| ORDER DATE | 10/12/04 | |
| ALTERATION ISSUE DATE | 10/22/05 | Buyer |
| | | K. HUNTER |
| ALTERATION EFFECTIVE | 07/22/05 | S17 |
| DATE | | |

PURCHASING AGENT

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI  US
49424

SHIP TO:
DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 12
PARQUE IND. BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX          MX
76246

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                 US

PAYMENT TERMS
NET   2ND DAY/2ND MTH-10% HLDBK

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

SHIP VIA
SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE/MEASR | UNIT OF MEASR |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 12 | 1 | PR379471 012 | ### HLDBK | ### THIS ITEM HAS BEEN ADDED ### LABOR TO INSTALL CHANGES AND PROVIDE RUN-OFF WHO ORDERED: M.ROVOLL/757-4798 | | 05/17/05 | B  0.00% | 8456.0000 | | PC |

*(handwritten annotations)*

8456.0000
90 - 7610.40
10 - 845.60

10% - Ent. 9/6/05
254 185.00
10% @ Saginaw MX

Grand Total .  2 82 438.00
28242.80

---

D001464   USER SUZANNE J BEARDSLEY          ORIGINAL                    LAST PAGE

11/14/2010   21:42   6163993743   WEST MICHIGAN SPLINE   PAGE 02

# DELPHI

**PURCHASE ORDER:** S2MB1552

PAGE 1

PHONE: 989-757-4071
K. HUNTER
Buyer

PURCHASING AGENT

**ORDER DATE:** 10/12/04
**ALTERATION ISSUE DATE:** S17
**ALTERATION EFFECTIVE DATE:**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

**VENDOR NUMBER** 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(a) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**PAYMENT TERMS:** NET   2ND DAY/2ND MTH-10% HLDBK

**F.O.B.**   **DESTINATION UNLESS OTHERWISE INDICATED**
DELPHI'S PREFERRED CARRIER
**SHIP VIA:** SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/MEAS | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1 | PR379470 001 | | **THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY**<br>USD DOLLAR (UNITED STATES)<br>**\*\*THIS IS A CONFIRMING ORDER DO NOT DUPLICATE\*\***<br>CONFIRMED WITH: GARY HILL | | 04/12/05  B | 0.00% | 282299.0000 | | PC |
| 0002 | 1 | PR379470 002 | | STANDARD WMS MODEL 48D - SPLINE ROLLER FOR SPLINES<br>AND THREADS<br>REFERENCE RFP 2412<br>DPR #A4480002<br>TAG #140080<br>WHO ORDERED: M.ROVOLL/757-4798   S/N 2-694 | | 04/12/05  B | 0.00% | 58249.0000 | | PC |
| 0003 | 1 | PR379470 003 | | AUTOLOAD MACHINE USING ROBOT CONCEPT<br>WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05  B | 0.00% | 2056.0000 | | B |
| 0004 | 3 | PR379470 004 | | PACKAGE FOR SHIPMENT<br>WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05  B | 0.00% | 757.0000 | | EA |
| 0005 | 3 | PR379470 005 | | PART LOCATING LIVE CENTERS - HEADSTOCK<br>WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05  B | 0.00% | 757.0000 | | EA |

01033   USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE 2

# EXHIBIT B

11/14/2010   21:42   6163993743        WEST MICHIGAN SPLINE              PAGE  03

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 2

**DELPHI SAGINAW STEERING SYSTEM**

TO:
DELPHI SAGINAW
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
(Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE  10/12/04
ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PHONE: 989-757-4071
K HUNTER    Buyer
S17

PURCHASING AGENT

| PAYMENT TERMS NET | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLIER | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY/2ND MTH-10% HLDBK | | | | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED **DELPHI'S PREFERRED CARRIER** | | SHIP VIA SEE BELOW | | | | |
| | 0006 | 3 | PR379470 006 | PART LOCATING LIVE CENTERS - HEADSTOCK WHO ORDERED: M.ROVOLL/757-4798 | | | 04/12/05  B | 0.00% | 3856.0000 | | EA |
| | 0007 | 3 | PR379470 007 | PART SUPPORT BRACKET WHO ORDERED: M.ROVOLL/757-4798 | | | 04/12/05  B | 0.00% | 969.0000 | | EA |
| | 0008 | 3 | PR379470 008 | PART WEAR PADS FOR SUPPORT BRACKET WHO ORDERED: M.ROVOLL/757-4798 | | | 04/12/05  B | 0.00% | 1077.0000 | | EA |
| | | | | RACK SPACERS WHO ORDERED: M.ROVOLL/757-4798 | | | | | | | |

*****ATTENTION*********************
SUPPLIER AGREES TO A CHARGE OF 1.00% PER WEEK
FOR EACH WEEK THE SUPPLIER IS LATE FROM THE
AGREED UPON DELIVERY DATE. ADDITIONAL CHARGES
INCURRED BY THE SUPPLIER TO ACHIEVE AGREED UPON
DELIVERY DATE ARE THE SUPPLIER'S RESPONSIBILITY
AND WILL NOT BE REIMBURSED BY DELPHI
ATTENTION ALL CONSTRUCTION/MAINTENANCE CONTRACTORS:
ALL CURRENT AND POTENTIAL DELPHI
SAGINAW SITE CONSTRUCTION/MAINTENANCE
CONTRACTORS MUST ATTEND A MANDATORY SAFETY AND HEALTH

CONTINUE PAGE  3

ORIGINAL

i01033   USER SUZANNE J BEARDSLEY

*(handwritten annotations:)*
10 - 3856.80   90-31,70.80   OK
(1568)  90-96.00
(2967)  10-9600  90-872.10
(3331)  969.000
10-1077.0000   90-969.80
10-107.70 ea -
369.850 -  100.00

11/14/2010  21:42   6163993743        WEST MICHIGAN SPLINE        PAGE  04

# DELPHI

## PURCHASE ORDER: S2MB1552

PAGE 3

**DELPHI SAGINAW STEERING SYSTEM**

VENDOR NUMBER 79-870-1702

TO:
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
PARQUE INDL BERNARDO QUINTANA
SANTA ROSA DE VITERBO 12
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

PHONE: 989-757-4071
K HUNTER        S17
Buyer

ORDER DATE 10/12/04

ALTERATION EFFECTIVE DATE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Numbers must be shown on Packing Slips and Invoices.
Invoice Atsn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT or MULTIPLE/RELEASE |
|---|---|---|---|---|---|---|---|---|
| 001033 | USER SUZANNE J BEARDSLEY | | | | | | | |

**NET PAYMENT TERMS** 2ND DAY/2ND MTH-10% HLDBK

**F.O.B.** DELPHI'S PREFERRED CARRIER

**DESTINATION UNLESS OTHERWISE INDICATED**

**SHIP VIA** SEE BELOW

DESCRIPTION:

ORIENTATION TRAINING PROGRAM. THE PROGRAM CONSISTS OF
AN EIGHT (8) HOUR TRAINING SESSION, CONDUCTED BY THE
GREAT LAKES SAFETY CENTER. ALL CONTRACTOR EMPLOYEES
MUST ATTEND THIS TRAINING PRIOR TO COMING TO WORK
AT DELPHI SAGINAW SITE.
THE COST OF TRAINING IS THE RESPONSIBILITY OF THE
CONTRACTOR, NOT DELPHI.
TO SCHEDULE THIS TRAINING, YOU MUST CONTACT THE GREAT
LAKES SAFETY CENTER AT 989/496-9415 OR 800/675-7599.
GREAT LAKES SAFETY CENTER WILL HANDLE THE RE-
GISTRATION PROCESS IN ITS ENTIRETY.
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR
PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY
CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER
WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER
AND THE "WHO ORDERED" PERSON DESIGNATED WITH DETAILED
EXPLANATION.
THIS JOB TO CONFORM TO DELPHI SPECIFICATIONS
LISTED BELOW:
SD-010 DELPHI STANDARD EQUIPMENT
SPECIFICATIONS OR SD-000 DELPHI
MACHINE AND EQUIPMENT SPECIFICATIONS.
TO OBTAIN THESE STANDARDS CONTACT THE
"ENGINEER/FOLLOW-UP" OR THE "REC DEPT. NOTIFY"
PERSON LISTED ON THE FIRST PAGE OF THIS PURCHASE
ORDER. PLEASE RETAIN THESE SPECIFICATIONS FOR FUTURE

CONTINUE PAGE   4

ORIGINAL

11/14/2010   21:42   6163993743   WEST MICHIGAN SPLINE   PAGE 05

# PURCHASE ORDER: S2M81552

PAGE 4

**DELPHI**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246

MX

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(a) copies of your packing slip must accompany each shipment.
(Identification Number(s)) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE: 10/12/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: SEE BELOW

K HUNTER   S17
Buyer

PHONE: 989-757-4071

PURCHASING AGENT

| ITEM SEQUENCE | PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ | DATE REQUIRED | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED DELPHI'S PREFERRED CARRIER | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NET 2ND DAY/2ND MTH-10% HLDBK | | | JOBS. | | | | | | | | |

CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
LEAD TIME WHETHER INITIATED BY SUPPLIER OR DELPHI
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY
DELPHI GLOBAL PURCHASING VIA A PURCHASE ORDER
ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY
REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN
WRITING TO THE BUYER WITH DETAILED EXPLANATION.
****************ATTENTION ALL SUPPLIERS****(ST)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE
ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED
****************SALES TAX CODES****************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM, BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX WHERE IT IS NOT APPLICABLE.
SEE FOLLOWING CODES:
(A)   NOT TAXABLE-EXPERIMENTAL ENGINEERING
(B)   NOT TAXABLE-INDUSTRIAL PROCESSING
(C)   NOT TAXABLE-FOR RESALE
(D)   NOT TAXABLE-SALES PROMOTION AND
      CONSUMER INFLUENCE. VENDOR
      RESPONSIBLE FOR TAX.
(E)   NOT TAXABLE-POLLUTION CONTROL EQUIP.

CONTINUE PAGE 5

01033   USER SUZANNE J BEARDSLEY                                      ORIGINAL

11/14/2010   21:42   6163993743          WEST MICHIGAN SPLINE          PAGE   06

# DELPHI

**PURCHASE ORDER:** S2M81552

PAGE 5

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

**VENDOR NUMBER** 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

**SHIP TO:** DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246

MX

**INVOICE TO:** DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

**F.O.B. DESTINATION UNLESS OTHERWISE INDICATED**
DELPHI'S PREFERRED CARRIER

**ORDER DATE** 10/12/04

**PHONE:** 989-757-4071
K. HUNTER   Buyer
S17

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
All copies of your packing slip must accompany each shipment.
Item Identification Numbers must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable.
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**ALTERATION EFFECTIVE DATE**
ALTERATION ISSUE DATE

This order as per buying will complete. Insurance shall be secured on an abbreviated copy shall shall be...

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/UNIT MULTIPLE/MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | (F) | SALES TAX EXEMPTION CERTIFICATES<br>ALABAMA  805<br>GEORGIA  300-45870-8<br>INDIANA  1018702130011<br>KANSAS  98-003A<br>MISSISSIPPI APPLIED FOR<br>NEW YORK DP-3487<br>OHIO 9S-002607<br>TEXAS 1-38-3431131-1<br>WISCONSIN WDP-99-01-010037<br>MICHIGAN 38-3431131 (ZH)<br>*RIGHT TO AUDIT*<br>BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS<br>AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL<br>CHARGES AND AGREES THAT ALL RECORDS SUPPORTING<br>CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AF-<br>FILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE<br>AVAILABLE FOR AUDIT BY DELPHI FOR<br>A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.<br>FAX NUMBER FOR KEN HUNTER: 989/757-5884<br>TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO<br>THE FOLLOWING GUIDELINES; | | | SEE BELOW | | |
| | | | (G) | TAXABLE-DO NOT BILL TAX, BUYER HAS<br>DIRECT PAY PERMIT | | | | | |
| | | | (H) | NOT TAXABLE-SERVICE, VENDOR-LABOR ONLY | | | | | |
| | | | (I) | NOT TAXABLE-DO NOT BILL-FOR CONSUMP-<br>TION IN MEXICO.<br>MATERIAL ONLY TAXABLE-CONSTRUCTION<br>CONTRACTOR RESPONSIBLE FOR SALES<br>TAX ON MATERIAL | | | | | |

**NET** 2ND DAY/2ND MTH-10% HLDBK

ID1033   USER SUZANNE J BEARDSLEY

ORIGINAL                    CONTINUE PAGE   6

11/14/2010  21:42   6163993743              WEST MICHIGAN SPLINE              PAGE  07

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 6

TO: DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424
US

SHIP TO: DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
MX
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

PHONE: 989-757-4071
K HUNTER  Buyer
S17

ORDER DATE 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA: SEE BELOW

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment. Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | SHIP VIA | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEAS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NET  2ND DAY/2ND  MTH-10% HLDBK | | | | | | | | | | | |

ADVISE THE BUYER OF ANY DISCREPANCIES ON THE
PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS
INFORMATION VIA BOTH PHONE AND HARD COPY. REFER
TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER
(E-MAIL TO KEN.J.HUNTER@DELPHIAUTO.COM).
THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE
2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK
ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
ALL DOMESTIC DELIVERIES ARE TO BE SHIPPED FOB
SHIPPING POINT. ALL INERNATIONAL DELIVERIES ARE TO
SHIPPED FCA (ORIGIN). ITOP (TITLE TRANSFER DELPHI
PLANT). CONTACT THE FOLLOWING CARRIERS WHERE
APPLICABLE:
DOMESTIC SHIPPING AND ROUTING INSTRUCTIONS TO DELPHI
SAGINAW, MI AND ATHENS, AL PLANTS ONLY.

J01033   USER SUZANNE J BEARDSLEY

ORIGINAL                              CONTINUE PAGE  7

PURCHASING AGENT

11/14/2010  21:42   6163993743          WEST MICHIGAN SPLINE          PAGE  08

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 7

| ORDER DATE | SHIP VIA | |
|---|---|---|
| 10/12/04 | SEE BELOW | S17 |

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PHONE: 989-757-4071
K. HUNTER  Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numberfld must be shown on Packing Slips and
Invoice Atn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

VENDOR NUMBER 79-870-1702
TO:
156 WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

SHIP TO:
DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO  12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

| ITEM SOURCE | NET | | | |
|---|---|---|---|---|
| PAYMENT TERMS | 2ND DAY/2ND MTH-10% HLDBK | | | |

| ITEM SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/F | BASE UNIT PRICE | PRICE UNIT /MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 01033 | | | | | | | | | |

F.O.B.  DELPHI'S PREFERRED CARRIER

DESTINATION UNLESS OTHERWISE INDICATED

This order is not placed until written acceptance copy which should be
returned to the buyer...

LESS THAN 150 POUNDS-UPS CONSIGNEE BILLING IS HOW
THE SHIPMENT SHOULD BE CALLED INTO UPS, NOT COLLECT
OR PREPAID. ALL PACKAGES SHOULD WEIGH NO MORE THAN
40 POUNDS OR LESS, IF PRACTICAL. PLANT NUMBER MUST BE
ON THE LABEL; FOR ITEMS COLLECTIVELY WEIGHING 150
POUNDS-12,000 POUNDS PLEASE USE THE FOLLOWING
CARRIERS:
DESTINATION DELPHI SAGINAW, MI PLANTS
MI,IN,IL,WI,OH
ONTARIO, CANADA                ALVAN MOTOR FREIGHT
ALL OTHER STATES               CENTRAL TRANSPORT
(ACCOUNT NUMBERS WILL BE PROVIDED AT TIME OF
PURCHASE ORDER)                CENTRAL TRANSPORT
DESTINATION DELPHI ATHENS, AL PLANTS
MI,IN,IL,WI,OH, AND ONTARIO, CANADA  U.S.F. HOLLAND
CONTACT THE FOLOWING CARRIERS WHERE APPLICABLE:
USA \-/ CANADA \-/ MEXICO \-/ USA  CENTRAL TRANSPORT
ARTISAN AND ASSOCIATES 800/338/6486
************************************************
NORTH AMERICA TO/FROM SOUTH AMERICA
NORTH AMERICA TO/FROM EUROPE
EUROPE TO/FROM SOUTH AMERICA
EUROPE TO/FROM EUROPEAN COUNTRY
SOUTH AMERICA TO/FROM ASIA
PANALPINA 800/743-9386

CONTINUE PAGE  8

ORIGINAL

01033   USER SUZANNE J BEARDSLEY

11/14/2010  21:42   6163993743                WEST MICHIGAN SPLINE                PAGE  09

**DELPHI**

# PURCHASE ORDER: S2M081552

PAGE 8

PHONE: 989-757-4071

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

**SHIP TO:**
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ORDER DATE: 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE
S17
K HUNTER   Buyer

| ITEM EVIDENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| 01033 | 2ND DAY/2ND MTH-10% HLDBK | | | **F.O.B.** DELPHI'S PREFERRED CARRIER | | **DESTINATION UNLESS OTHERWISE INDICATED** | **SHIP VIA:** SEE BELOW | | | |

PAYMENT TERMS: NET

USER SUZANNE J BEARDSLEY

**DESCRIPTION:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NORTH AMERICA TO/FROM EUROPE
ASIA TO/FROM ASIA
DANZAS/AIR EXPRESS INTERNATIONAL 800/251-9019
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NORTH AMERICA TO/FROM INDIA
CIRCLE/EAGLE 630/766-9220
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*WHEN CALLING FOR SHIPPING AND ROUTING INSTRUCTIONS\*
HAVE THE FOLLOWING INFORMATION AVAILABLE:
SHIPPER NAME, ADDRESS (CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER
CONSIGNEE (RECEIVING DESTINATION) NAME, ADDRESS,
(CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER
DIMENSION (LENGTH X WIDTH X HEIGHT)
WEIGHT
\*THIS WILL DETERMINE THE SIZE/STYLE OF SEA
CONTAINER OR SIZE OF AIRPLANE
\*\*ANY TIME A BOARDER IS CROSSED, IT MUST BE ACCOM-
PAINED BY A COMMERCIAL PRICE PACKING SLIP/INVOICE,
WHICH INCLUDES THE FOLLOWING:
LETTERHEAD AT THE TOP
DATE, DESTINATION, SHIPPER NUMBER
CONTENTS, QUANTITY, UNIT PRICE, TOTAL PRICE
COUNTRY OF ORIGIN
PURCHASE ORDER NUMBER

ORIGINAL

CONTINUE PAGE   9

11/14/2010   21:42    6163993743              WEST MICHIGAN SPLINE                    PAGE   10

# PURCHASE ORDER: S2M81552

PAGE 9

**DELPHI**

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

SHIP TO:
DELPHI SAGINAW ACE    PLT 65
SANTA. ROSA DE VITERBO 12
PARQUE INDL. BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

DELPHI
INVOICE TO:  SEE INVOICE
INSTRUCTIONS 00
00000
US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading,
(2 copies of your packing slip must accompany each shipment,
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | SHIP VIA |
|---|---|
| 10/12/04 | SEE BELOW |

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PHONE: 989-757-4071
K. HUNTER
S17    Buyer

PURCHASING AGENT

| PAYMENT TERMS NET | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE UNIT ( MULTIPLE MEASU |
|---|---|---|---|---|---|---|---|---|---|---|---|

2ND DAY/2ND MTH-10% HLDBK

SHIPPED VIA
SIGNATURE AND TITLE
WARRANTY PERIOD BEGINS AT START OF PRODUCTION.

DELPHI'S PREFERRED CARRIER

THIS IS A CAPITAL EQUIPMENT OR CONSTRUCTION
INVOICELESS PURCHASE ORDER.
1. SEND ALL PRICED PACKING SLIPS (OR INVOICES IF
YOU PREFER) PERTAINING TO THIS ORDER TO
MARK ROYOLL/989-757-4798
2. ADDRESS AND MAIL YOUR PRICED PACKING SLIPS (OR
INVOICE) DIRECTLY TO THIS PERSON AT THE ADDRESS
LISTED ABOVE UNDER "INVOICE TO". THIS PERSON WILL
BE YOUR POINT OF CONTACT FOR ALL MATTERS PERTAINING
TO PAYMENT OF THIS PURCHASE ORDER. COMPLIANCE TO
THESE GUIDELINES WILL PROMOTE PROMPT PAYMENT.

******************************************************
******************************************************
******************************************************
*******

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

J1033    USER SUZANNE J BEARDSLEY

ORIGINAL

LAST PAGE

# EXHIBIT C



**WEST MICHIGAN SPLINE, INC.**
*156 MANUFACTURERS DR.*
*HOLLAND, MI 49424 USA*
*616-399-5550 PHONE*
*616-399-3743 FAX*

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2005 | 2-693 |

*90%.*

*PAID*
*10/6/05*
*WMS received*

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. STEVE SCHULZE<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW MI 48601 | DELPHI SAGINAW ACE PLANT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUINTANO<br>MUNICIPIO EL MARQUES<br>QUERETARO MEXICO 76246 |

*7 New PO # 450164109*

*Runoff Date.*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81551, 001 | 2ND DAY/2ND MTH | | 7/28/2005 | ARTISAN | HOLLAND  MI | 2-693 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1 | REBUILD | REBUILT ANDERSON COOK MODEL 350-S SPLINE ROLLING MACHINE, S/N 352, PER RFQ 2411, PR379471 001 | 151,663.50 | 151,663.50 |
| 1 | REBUILD | AUTO LOAD MACHINE USING ROBOT CONCEPT, PR379471 002 | 28,686.60 | 28,686.60 |
| 1 | REBUILD | PACKAGE FOR SHIPMENT, PR379471 003 | 1,850.40 | 1,850.40 |
| 3 | REBUILD | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379471 004 | 681.30 | 2,043.90 |
| 3 | REBUILD | PART LOCATING LIVE CENTERS-TAILSTOCK, PR379471 005 | 681.30 | 2,043.90 |
| 1 | REBUILD | PART SUPPORT BRACKET, PR379471 006 | 1,724.40 | 1,724.40 |
| 2 | REBUILD | RACK SPACERS, PR379471 008 | 970.20 | 1,940.40 |
| 1 | REBUILD | NEW RACK BOX TO HOLD SPLINE RACKS, PR379471 009 | 40,988.70 | 40,988.70 |
| 1 | REBUILD | DESIGN AND BUILD LOADER, ENTRANCE CHUTE, EXIT CHUTE MOUNTING BRACKET, PART SUPPORT BRACKET, AND LIMIT SWITCHES FOR I-SHAFT, PR379471 010 | 11,682.00 | 11,682.00 |
| 1 | REBUILD | INSTALL TWO POSITION TAILSTOCK, PR379471 011 | 3,951.00 | 3,951.00 |
| 1 | REBUILD | LABOR TO INSTALL CHANGES AND PROVIDE RUN-OFF, PR379471 012 | 7,610.40 | 7,610.40 |

| | **Total** | |
|---|-----------|---|

**EXHIBIT**
4
tabbies*



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

# Invoice



| Date | Invoice # |
|------|-----------|
| 8/31/2005 | 2-693 |

**Bill To**

DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
ATTN: MR. STEVE SCHULZE
3900 HOLLAND RD. PLANT 5
SAGINAW MI 48601

→ New PO # 450164109

**Ship To**

DELPHI SAGINAW ACE PLANT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANO
MUNICIPIO EL MARQUES
QUERETARO MEXICO 76246

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81551, 001 | 2ND DAY/2ND MTH | | 7/28/2005 | ARTISAN | HOLLAND  MI | 2-693 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | NOTE: ALL COSTS ARE IN US FUNDS. THIS INVOICE REFLECTS 90% OF TOTAL ORDER, INVOICED UPON RUN-OFF AT WMS. THE REMAINING 10% WILL BE INVOICED UPON SET-UP AT DELPHI ACE PLANT 65, QUERETARO MEXICO. | | |

**Total**  $254,185.20

Page 2



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DRIVE
HOLLAND, MI 49424      USA
PHONE, 616-399-5550
FAX, 616-399-3743

PAGE 1 OF 2

# SHIPPER

| NO. | 2-693 |
|---|---|

| DATE: | 09/09/2005 |
|---|---|

SHIP TO:

DELPHI SAG LAREDO DIST CTR, PLT 44
ATTN:  CLAUDIA SALINAS
13701 MINES ROAD
LAREDO  TEXAS 78045 USA

956-693-3379 FAX-956-693-5182

*Did Not Ship Until 9/9/05
Due to Delphi lining up Transportation.*

| ACCT NO. | DATE SHIPPED | SHIPPED VIA | GROSS WEIGHT | ORDER NUMBER |
|---|---|---|---|---|
| | 09/09/2005 | ARTISAN | 40,000 LBS | S2M81551 & 001 |
| | | #492589 | | |

| ITEM | DESCRIPTION | QUANTITY | CONTAINER |
|---|---|---|---|
| 1 | REBUILT ANDERSON COOK 350-S SPLINE ROLLER, S/N 352, PER RFQ 2411, INCLUDES 2 POSITION TAILSTOCK & AUTO LOAD. | ONE | MACHINE |
| 2 | NEW HYDRAULIC POWER UNIT, P/N 2693-HYD | ONE | HYD UNIT |
| 3 | NEW RACK BOX  W/RACK SPACERS P/N MX1305-ASM-001-001 | ONE | MACHINE |
| 4 | PART SUPPORT BRACKET, P/N   MX1304-ASM-001-001 | ONE | PALLET |
| 5 | 3 SETS HEADSTOCK CENTERS, P/N  MX1301-DET-002-001, 3 SETS TAILSTOCK CENTERS, P/N  MX1301-DET-003-001 | SIX SETS | 2 - MACHINE 4 - PALLET |
| 6 | LOADER W/ ENTRANCE & EXIT CHUTES, P/N MX1175 & MX1300 | ONE SET | PALLET |
| 7 | FOUR SETS SPLINE RACKS: ONE SET, #MX1172, S/N AC-M146 ONE SET, #MX1167, S/N AC-L997 ONE SET, #MX1178, S/N AC-M000 ONE SET, #MX1178, S/N AC-L999 | FOUR SETS | PALLET |

SPECIAL INSTRUCTIONS:

CARRIER SIGNATURE: _____

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

OMB No. 1651-0098
See back of form for Paper-
work Reduction Act Notice.

## NORTH AMERICAN FREE TRADE AGREEMENT
## CERTIFICATE OF ORIGIN

*Please print or type*

19 CFR 181.11, 181.22

| 1. EXPORTER NAME AND ADDRESS | 2. BLANKET PERIOD |
|---|---|
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURERS DRIVE<br>HOLLAND MI 49424 USA<br><br>TAX IDENTIFICATION NUMBER:    38-3061806 | *(8-8-05 Machine Ready to<br>Ship - Did Not Ship till<br>9/9/05 - Delphi Hiring<br>up Truck.)*<br>FROM    29/08/05<br>TO    29/08/06 |

| 3. PRODUCER NAME AND ADDRESS | 4. IMPORTER NAME AND ADDRESS |
|---|---|
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURERS DRIVE<br>HOLLAND MI 49424 USA<br><br>TAX IDENTIFICATION NUMBER:    38-3061806 | DELPHI SAGINAW-ACE PLANT 65, SANTA ROSA DE<br>VITERBO 12, PARQUE IND BERNARDO QUINTANA<br>MUNICIPIO EL MARQUES, QUERETARO MX 76246<br><br>TAX IDENTIFICATION NUMBER: |

| 5.<br>DESCRIPTION OF GOOD(S) | 6.<br>HS TARIFF<br>CLASSIFICATION<br>NUMBER | 7.<br>PREFERENCE<br>CRITERION | 8.<br>PRODUCER | 9.<br>NET COST | 10.<br>COUNTRY<br>OF ORIGIN |
|---|---|---|---|---|---|
| ONE REBUILT ANDERSON COOK 350-S SPLINE ROLLER, S/N 352 INCLUDES 2 POSITION TAILSTOCK & AUTOLOAD. | 8463.90 | B | NO 1 | 185791.00 | USA |
| ONE NEW HYDRAULIC POWER SYSTEM, P/N 2693-HYD | 8463.90 | B | NO 1 | 29500.00 | USA |
| NEW RACK BOX WITH RACK SPACERS, P/N MX1305-ASM-001-001 | 8463.90 | B | NO 1 | 47699.00 | USA |
| 1 SET PART SUPPORT BRACKET, P/N MX1304-ASM-001-001 | 8463.90 | B | NO 1 | 1916.00 | USA |
| 3 SETS HEADSTOCK CENTERS, P/N MX1301-DET-002-001 | 8463.90 | B | NO 1 | 2271.00 | USA |
| 3 SETS TAILSTOCK CENTERS, P/N MX1301-DET-003-001 | 8463.90 | B | NO 1 | 2271.00 | USA |
| LOADER W/ENTRANCE & EXIT CHUTES, P/N MX1175 & MX1300 | 8463.90 | B | NO 1 | 12980.00 | USA |

I CERTIFY THAT:
- THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSIBILITY FOR PROVING SUCH REPRESENTATIONS.  I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;
- I AGREE TO MAINTAIN AND PRESENT UPON REQUEST,  DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;
- THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUIREMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; AND
- THIS CERTIFICATE CONSISTS OF    ONE    PAGES, INCLUDING ALL ATTACHMENTS.

| 11a. AUTHORIZED SIGNATURE | 11b. COMPANY |
|---|---|
| *Marie A. Hill* | WEST MICHIGAN SPLINE INC |
| 11c. NAME *(Print or Type)*<br>11.    MARIE A HILL | 11d. TITLE<br>OFFICE MANAGER |
| 11e. DATE *(MM/DD/YYYY)*<br>09/09/2005 | 11f. TELEPHONE NUMBER ▶ | *(Voice)*<br>616-399-5550 | *(Facsimile)*<br>616-399-3743 |

| 🍁 | Canada Customs and Revenue Agency | Agence des douanes et du revenu du Canada | **CANADA CUSTOMS INVOICE** **FACTURE DES DOUANES CANADIENNES** | Page 1 of de 1 |

**1. Vendor (name and address) - Vendeur (nom et adresse)**

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DRIVE
HOLLAND MI  49424  USA

**2. Date of direct shipment to Canada - Date d'expédition directe vers le Canada**

09/09/2005

**3. Other references (include purchaser's order No.) Autres références (inclure le n° de commande de l'acheteur)**

PO #92M81551 & 001, SHIPPER NO. 2-693

**4. Consignee (name and address) - Destinataire (nom et adresse)**

DELPHI SAGINAW LAREDO DISTRIBUTION CTR, PLANT 44
ATTN:  CLAUDIA SALINAS
13701 MINES ROAD
LAREDO   TEXAS   78045   USA

**5. Purchaser's name and address (if other than consignee) Nom et adresse de l'acheteur (s'il diffère du destinataire)**

DELPHI SAGINAW ACE PLANT 65
SANTA ROSA DEVITERBO 12
PARQUE INDUSTRIAL BERNARDO QUINTANA
MUNICIPIO EL MARQUES QUERETARO  MX  76246

**6. Country of transhipment - Pays de transbordement**

NONE

**7. Country of origin of goods Pays d'origine des marchandises**

USA

IF SHIPMENT INCLUDES GOODS OF DIFFERENT ORIGINS ENTER ORIGINS AGAINST ITEMS IN 12. SI L'EXPÉDITION COMPREND DES MARCHANDISES D'ORIGINES DIFFÉRENTES, PRÉCISEZ LEUR PROVENANCE EN 12.

**6. Transportation: Give mode and place of direct shipment to Canada Transport : Précisez mode et point d'expédition directe vers le Canada**

ARTISAN #492589

**9. Conditions of sale and terms of payment** (i.e. sale, consignment shipment, leased goods, etc.) Conditions de vente et modalités de paiement (p. ex. vente, expédition en consignation, location de marchandises, etc.)

NEW SALE, NET 2ND DAY 2ND MO

**10. Currency of settlement - Devises du paiement**

US FUNDS

| 11. Number of packages Nombre de colis | 12. Specification of commodities (kind of packages, marks and numbers, general description and characteristics, i.e., grade, quality) Désignation des articles (nature des colis, marques et numéros, description générale et caractéristiques, p. ex. classe, qualité) | 13. Quantity (state unit) Quantité (précisez l'unité) | 14. Unit price Prix unitaire | 15. Total |
|---|---|---|---|---|
| 6 | 1 REBUILT ANDERSON COOK 350-S SPLINE ROLLER, S/N 352,PER RFQ 2411,INCLUDES 2 POS TAILSTOCK & AUTOLOAD | 1.000 LOT PRICE | 185,791.00 | 0.00 185,791.00 |
| | 1 NEW HYDRAULIC POWER SYSTEM, P/N 2693-HYD | 1.000 EACH | 29,500.00 | 29,500.00 |
| | 1 RACK BOX,W/RACK SPACERS, P/N MX1305-ASM-001-001 | 1.000 SET | 47,699.00 | 47,699.00 |
| | 8 SETS PART SUPPORT BRACKETS, P/N MX1304-ASM-001-001, | 1.00 EA | 1916.00 | 0.00 1916.0 |
| | 3 SETS HEADSTOCK CENTERS, P/N MX1301-DET-002-001 | 3.000 SETS | 757.00 | 2,271.00 |
| | 3 SETS TAILSTOCK CENTERS, P/N MX1301-DET-003-001 | 3.000 SETS | 757.00 | 2,271.00 |
| | ONE LOADER WITH ENTRANCE & EXIT CHUTES, P/N MX1175 & P/N MX1300 | 1.000 SET | 12,980.00 | 12,980.00 0.00 0.00 0.00 |

**18. If any of fields 1 to 17 are included on an attached commercial invoice, check this box** Si tout renseignement relativement aux zones 1 à 17 figure sur une ou des factures commerciales ci-attachées, cochez cette case Commercial Invoice No. / N° de la facture commerciale

**16. Total weight - Poids total**

Net

Gross - Brut   38000 LBS

**17. Invoice total Total de la facture**

282428.00

**19. Exporter's name and address (if other than vendor)** Nom et adresse de l'exportateur (s'il diffère du vendeur)

**20. Originator (name and address) - Expéditeur d'origine (nom et adresse)**

MARIE HILL
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DRIVE
HOLLAND MI  49424  USA

**21. CCRA ruling (if applicable) - Décision de l'Agence (s'il y a lieu)**

**22.** If fields 23 to 25 are not applicable, check this box Si les zones 23 à 25 sont sans objet, cochez cette case ✔

**23. If included in field 17 indicate amount:** Si compris dans le total à la zone 17, précisez :

(i) Transportation charges, expenses and insurance from the place of direct shipment to Canada Les frais de transport, dépenses et assurances à partir du point d'expédition directe vers le Canada

(ii) Costs for construction, erection and assembly incurred after importation into Canada Les coûts de construction, d'érection et d'assemblage après importation au Canada

(iii) Export packing Le coût de l'emballage d'exportation

**24. If not included in field 17 indicate amount:** Si non compris dans le total à la zone 17, précisez :

(i) Transportation charges, expenses and insurance to the place of direct shipment to Canada Les frais de transport, dépenses et assurances jusqu'au point d'expédition directe vers le Canada

(ii) Amounts for commissions other than buying commissions Les commissions autres que celles versées pour l'achat

(iii) Export packing Le coût de l'emballage d'exportation

**25. Check (if applicable):** Cochez (s'il y a lieu) :

(i) Royalty payments or subsequent proceeds are paid or payable by the purchaser Des redevances ou produits ont été ou seront versés par l'acheteur

(ii) The purchaser has supplied goods or services for use in the production of these goods L'acheteur a fourni des marchandises ou des services pour la production de ces marchandises

Dans ce formulaire, toutes les expressions désignant des personnes visent à la fois les hommes et les femmes.

CI1 (00)

**Delphi**
Disbursement Services
PO Box 62530
Phoenix, AZ 85082-2530

DETACH BEFORE DEPOSITING CHECK

CHECK NO. 9005210061

| VENDOR DUNS NO. | RD 7987017D2 | | | PAYMENT DATE | 10/03/05 |
|---|---|---|---|---|---|

| REGISTER NO. | VENDOR NAME | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| S2040531608531 | WEST MICHIGAN SPLINE INC | 08/31/05 | K9 051855320001 | 00.0000 | 254,185.20 | .00 | 254,185.20 |

DESCRIPTION

PLT: DELPHI SAGINAW HGTRS

| P/N: | | QTY: | | UOM: | U/P: | EXT: |
|---|---|---|---|---|---|---|
| P/N: HDB | QTY: 1.000 | | UOM: EA | U/P: 28,242.80000 | EXT: 28,242.80 |
| P/N: PR379471001 | QTY: 1.000 | | UOM: PC | U/P: 168,515.00000- | EXT: 168,515.00- |
| P/N: PR379471002 | QTY: 1.000 | | UOM: PC | U/P: 31,874.00000 | EXT: 31,874.00 |
| P/N: PR379471003 | QTY: 1.000 | | UOM: EA | U/P: 2,056.00000 | EXT: 2,056.00 |
| P/N: PR379471004 | QTY: 2.000 | | UOM: EA | U/P: 2,275.00000 | EXT: 2,275.00 |
| P/N: PR379471005 | QTY: 3.000 | | UOM: EA | U/P: 757.00000 | EXT: 757.00 |
| P/N: PR379471006 | QTY: 3.000 | | UOM: EA | U/P: 757.00000 | EXT: 2,271.00 |
| P/N: PR379471008 | QTY: 1.000 | | UOM: EA | U/P: 1,156.00000 | EXT: 1,156.00 |
| P/N: PR379471009 | QTY: 1.000 | | UOM: EA | U/P: 1,078.00000 | EXT: 1,078.00 |
| P/N: PR379471010 | QTY: 2.000 | | UOM: PC | U/P: 45,545.00000 | EXT: 45,545.00 |
| P/N: PR379471011 | QTY: 1.000 | | UOM: PC | U/P: 12,980.00000 | EXT: 12,980.00 |
| P/N: PR379471012 | QTY: 1.000 | | UOM: PC | U/P: 4,390.00000 | EXT: 4,390.00 |
| | QTY: 1.000 | | UOM: PC | U/P: 8,456.00000 | EXT: 8,456.00 |

FOR PMT INFO USE E-DACOR HTTP://DELPHI.COVISINT.COM / ISSUES<PRICING CALL BUYER)(QTY CALL PLANT)(OTHER CUSTSERV:248-874-4636) NB

_Rec 10/6/05_

TOTAL        254,185.20        .00        254,185.20

# EXHIBIT D



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

*WMS Received Delphi*
*Payment on 9/6/05*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2005 | 2-694 |

**Bill To**

DELPHI AUTOMOTIVE SYSTEMS
SAGINAW STEERING SYSTEMS
ATTN: MR. KEN HUNTER
3900 HOLLAND RD. PLANT 5
SAGINAW  MI 48601

**Ship To**

DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUITANA
MUNICIPIO EL MARQUES
QUERETARO  MX 76246

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | NEW MACHINE | STANDARD WMS MODEL 48D SPLINE ROLLER, S/N 2-694 FOR SPLINES AND THREADS. REFERENCE RFP 2412, DPR #A4480002, TAG #140080, PR379470-001, MARK ROVOLL | 254,069.10 | 254,069.10 |
| 1 | NEW MACHINE | AUTOLOAD MACHINE USING ROBOT CONCEPT, PR379470-002 | 52,424.10 | 52,424.10 |
| 1 | NEW MACHINE | PACKAGE FOR SHIPMENT, PR379470-003 | 1,850.40 | 1,850.40 |
| 1 | NEW MACHINE | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379470-004 | 681.30 | 681.30 |
| 1 | NEW MACHINE | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379470-005 | 681.30 | 681.30 |
| 1 | NEW MACHINE | PART SUPPORT BRACKET, PR379470-006 | 3,470.40 | 3,470.40 |
| 1 | NEW MACHINE | PART WEAR PADS FOR SUPPORT BRACKET, PR379470-007 | 872.10 | 872.10 |
| 3 | NEW MACHINE | RACK SPACERS, PR379470-008 | 969.30 | 2,907.90 |

*RECIEVED*                    *(Run as Dated)*
*M Rovoll*   *7/2/05*         **Total**

Page 1

**EXHIBIT**
3
tabbies



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2005 | 2-694 |

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. KEN HUNTER<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW  MI  48601 | DELPHI SAGINAW ACE PLT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUITANA<br>MUNICIPIO EL MARQUES<br>QUERETARO  MX  76246 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | NEW MACHINE | BLUE STEEL CONVEYOR WITH ROLLERS, PR379470-009 | 14,996.70 | 14,996.70 |
| 1 | NEW MACHINE | PROFILE GATES FOR ERROR PROOFING, PR379470-010 | 6,003.00 | 6,003.00 |
| 1 | NEW MACHINE | CHIP BLOW OFF UNIT, PR379470-011 | 1,251.00 | 1,251.00 |
| 1 | NEW MACHINE | PART ESCAPEMENT ASSEMBLY FOR METERING, PR379470-012 | 8,870.40 | 8,870.40 |
| 1 | NEW MACHINE | CROSS HOLE DETECTION GAGE, PR379470-013 | 10,881.00 | 10,881.00 |
| 1 | NEW MACHINE | SPLINE RACK IDENTIFICATION SYSTEM, PR379470-014 | 0.00 | 0.00 |
| 1 | NEW MACHINE | PART SHUTTLE FOR PART SEPARATION AT WASHER, PR379470-015 | 1,303.20 | 1,303.20 |
| 1 | NEW MACHINE | CUT SLOT FOR ERROR PROOF IN MX-1663 AS DESCRIBED BY DRAWING. 15.50" FROM EDGE AT A LENGTH OF .7426" AND RADIUS 0.125", PR379470-016 | 144.00 | 144.00 |

RECIEVED    (Running Date)

M. Brol    7/2/05

**Total**

Page 2



**WEST MICHIGAN SPLINE, INC.**
*156 MANUFACTURERS DR.*
*HOLLAND, MI 49424 USA*
*616-399-5550 PHONE*
*616-399-3743 FAX*

# Invoice

| Date | Invoice # |
|---|---|
| 7/14/2005 | 2-694 |

| Bill To | Ship To |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. KEN HUNTER<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW MI 48601 | DELPHI SAGINAW ACE PLT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUITANA<br>MUNICIPIO EL MARQUES<br>QUERETARO MX 76246 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | NEW MACHINE | COUNTER BORE 1.25" DIA .25DP IN MX-1164 FOR ERROR PROOF CHIP AS DESCRIBED BY DRAWING 0.875" FROM BOTTOM AT LOCATION OF 21.375", PR379470-017 | 90.00 | 90.00 |
| 1 | NEW MACHINE | CUT SLOT FOR ERROR PROOF IN MX-1165 AS DESCRIBED BY DRAWING. 15.50" FROM EDGE AT A LENGTH OF .7426" AND RADIUS 0.125", PR379470-018 | 144.00 | 144.00 |
| 1 | NEW MACHINE | COUNTER BORE 1.25" DIA .25DP IN MX-1166 FOR ERROR PROOF CHIP AS DESCRIBED BY DRAWING 0.875" FROM BOTTOM AT A LOCATION OF 21.375" FROM EDGE, PR379470-019 | 90.00 | 90.00 |
| | | NOTE:  ALL COSTS ARE IN US FUNDS. THIS INVOICE REFLECTS 90% OF TOTAL ORDER INVOICED UPON RUN-OFF AT WMS.  (WITH THE EXCEPTION OF ITEM 00014 ON DELPHI PO #S2M81552-001, SPLINE RACK IDENTIFICATION SYSTEM).  TOTAL ORDER IS $427779.00.  THE REMAINING 10% WILL BE INVOICED UPON SET-UP AT DELPHI MX. | | |

*7/2/05 - Run off*
*RECIEVED.*

| **Total** | $360,729.90 |
|---|---|

Page 3

*OK TO PAY   ROBIN MILAVEC*
*02.71.05*



*WEST MICHIGAN SPLINE, INC.*
*156 MANUFACTURERS DRIVE*
*HOLLAND, MI  49424          USA*
*PHONE, 616-399-5550*
*FAX, 616-399-3743*

# SHIPPER

| NO. | 2-694 |
|---|---|

| DATE: | 07/14/2005 |
|---|---|

SHIP TO:

DELPHI SAG LAREDO DIST CTR, PLT 44
ATTN: CLAUDIASALINAS
13701 MINES ROAD
LAREDO TEXAS 78045 USA

956-693-3379 FAX—956-693-5182

Truck 1 – Shipment #482647

| ACCT NO. | DATE SHIPPED | SHIPPED VIA | GROSS WEIGHT | ORDER NUMBER |
|---|---|---|---|---|
|  | 07/14/2005 | Fitzley Inc | 40000  LBS | S2M81552, 001, 002 |

| ITEM | DESCRIPTION | QUANTITY | CONTAINER |
|---|---|---|---|
| 1 | NEW WMS MODEL 48D SPLINE ROLLING MACHINE, S/N 2-694, TO INCLUDE THE FOLLOWING PARTS UNDER S/N 2-694, WHICH WERE BROKEN DOWN FOR SHIPPING: | ONE | MACHINE |
| 2 | ONE NEW HYDRAULIC POWER UNIT | ONE | HYD UNIT |

SPECIAL INSTRUCTIONS:

FINAL DESTINATION:  DELPHI SAGINAW-ACE
PLANT 65, SANTA ROSA DE VITERBO
12, PARQUE INDL BERNARDO QUINTANA, MU-
NICIPIO EL MARQUES, QUERETARO MX 76246

CARRIER SIGNATURE: *Doug Wallace*

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

PROTECTED (when completed)

North American Free Trade Agreement

## CERTIFICATE OF ORIGIN

(Instructions Attached)
19 CFR 181.11, 181.22

OMB No. 1515-0204
See back of form for Paper-
work Reduction Act Notice.

*Please Print or Type*

| Exporter's Name and Address: | Blanket Period: |
|---|---|

Exporter's Name and Address:

West Michigan Spline Inc
156 Manufacturers Drive
Holland  MI  49424   USA

Tax Identification Number: ▶   38-3061806

Blanket Period:

From  D D  M M  Y Y  1 4 | 07 | 05   To  D D  M M  Y Y  1 4 | 07 | 06

| Producer's Name and Address | Importer's Name and Address: |
|---|---|

West Michigan Spline Inc
156 Manufacturers Drive
Holland  MI  49424   USA

Tax Identification Number: ▶   38-3061806

Delphi Saginaw Ace Plant 65
Santa Rosa De Viterbo 12
Parque Industrial Bernardo Quintana
Municipio El Marques Queretaro MX 76246

Tax Identification Number: ▶

| Description of Good(s) | HS Tariff Classification Number | Preference Criterion | Producer | Net Cost | Country of Origin |
|---|---|---|---|---|---|
| One WMS Model 48D Spline Rolling Machine S/N 2-694 Which Includes the Following Items Broken down for ship: One Hydraulic Power Unit One Set Fench Guarding One Robot Stand and Part Blow Off One Robot and Control One Exit Conveyor One Entrance Conveyor, (Blue) One Entrance Conveyor, (Yellow, Green, Orange) One Escape Conveyor, (Blue) | 8463.90 9099 | B | No 1 | 427,779.00 | USA |

I certify that:

— the information on this document is true and accurate and I assume the responsibility for proving such representations. I understand that I am liable for any false statements or material omissions made on or in connection with this document;

— I agree to maintain, and present upon request, documentation necessary to support this Certificate, and to inform, in writing, all persons to whom the Certificate was given of any changes that would affect the accuracy or validity of this Certificate;

— the goods originated in the territory of one or more of the Parties, and comply with the origin requirements specified for those goods in the North American Free Trade Agreement, and unless specifically exempted in Article 411 or Annex 401, there has been no further production or any other operation outside the territories of the Parties; and

— this Certificate consists of   one   pages, including all attachments.

| Authorized Signature: *Marie A. Hill* | Company: West Michigan Spline Inc |
|---|---|
| Name:   Marie A Hill | Title:   Office Manager |
| Date (DD / MM / YY):   14|07|05   Telephone:   616-399-5550 | FAX:   616-399-3743 |

US Customs Form 434 (121793)
Canada Form B 232E (93/12)

31434 PRINTED IN USA

CUSTOMS INVOICE

| | Page 1 of 1 |
|---|---|

| 1. Vendor (Name and Address) | 2. Date of Direct Shipment fr |
|---|---|
| West Michigan Spline Inc<br>156 Manufacturers Drive<br>Holland MI 49424 USA | 14/07/2005 |

3. Other References (Include Purchaser's Order No.)

PO #S2M81552, 001, 002, Shipper 2-694

| 4. Consignee (Name and Address) | 5. Purchaser's Name and Address (If other than Consignee) |
|---|---|
| Delphi Sag Laredo Dist Ctr, Plant 44<br>Attn: Claudia Salinas<br>13701 Mines Road<br>Laredo Texas 78045 | Delphi Saginaw Ace Plant 65<br>Santa Rosa DeViterbo 12<br>Parque Industrial Bernardo Quintana<br>Municipio El Marques Queretaro Mexico<br>76246 |

6. Country of Transhipment
none

| 7. Country of Origin of Goods | IF SHIPMENT INCLUDES GOODS OF DIFFERENT ORIGIN ENTER ORIGINS AGAINST ITEMS IN 12. |
|---|---|
| USA | |

| 8. Transportation: Give Mode and Place of Direct Shipment to Canada | 9. Conditions of Sale and Terms of Payment (i.e. Sale, Consignment Shipment, Leased Goods, etc.) |
|---|---|
| Fitzley Inc | New Sale, Net 30 Days |

10. Currency of Settlement
US Funds

| 11. No. of Pkgs | 12. Specification of Commodities (Kind of Packages, Marks and Numbers, General Description and Characteristics, i.e. Grade, Quality) | 13. Quantity (State Unit) | 14. Unit Price | 15. Total |
|---|---|---|---|---|
| One | Flat Bed Truck Containing: (Truck 1)<br>One WMS Model 48D Spline Roller, S/N 2-694<br>& One new Hydraulic Power Unit | | | |
| Two | Second Flat Bed Truck Containing: (Truck 2)<br>One Set Fence Guarding<br>One Set Robot Stand and Part Blow Off<br>One Set Robot Control and Panel<br>One Part Exit Conveyor<br>One Set Entrance Conveyor (Blue)<br>One Set Entrance Conveyor, (Yellow,Green,Or)<br>One Set Escape Conveyor (Blue)<br><br>HS Tariff Class: 8463.90.9099<br><br>NOTE: Lot Price is for contents of<br>both Trucks One and Two. Order<br>is broken down for shipment. | | Lot Price 427779.00 | 427779.00 |

| 18. If any of fields 1 to 17 are included on an attached commercial invoice, check this box ☐<br><br>Commercial Invoice No. | 16. Total Weight | | 17. Invoice Total |
|---|---|---|---|
| | Net | Gross 50000 lbs | 427779.00 |

| 19. Exporter's Name and Address (If other than Vendor) | 20. Originator (Name and Address) |
|---|---|
| | Marie Hill<br>West Michigan Spline Inc<br>156 Manufacturers Drive<br>Holland MI 49424 USA |

| 21. Departmental Ruling (If applicable) | 22. If fields 23 to 25 are not applicable, check this box ☒ |
|---|---|

| 23. If included in field 17 indicate amount: | 24. If not included in field 17 indicate amount: | 25. Check (If applicable): |
|---|---|---|
| (i) Transportation charges, expenses and insurance from the place of direct shipment to Canada<br>$ | (i) Transportation charges, expenses and insurance to the place of direct shipment to Canada<br>$ | (i) Royalty payments or subsequent proceeds are paid or payable by the purchaser ☐ |
| (ii) Costs for construction, erection and assembly incurred after importation into Canada | (ii) Amounts for commissions other than buying commissions | |

# EXHIBIT E

11/14/2010  21:53    6163993743              WEST MICHIGAN SPLINE              PAGE  02

# DELPHI

Steering Solutions Services

Page  1  of  11

**Buyer:**
DELPHI AUTOMOTIVE SYSTEMS LLC
DELPHI SAGINAW STEERING DIV
3900 HOLLAND RD
SAGINAW MI 48601

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424

**Deliver to:**
Delphi S Plant 5
3900 Holland Rd
Saginaw MI 48601

## Purchase Order

PO Number                          Date Issued
450928130                          31-Aug-2009
Version
01-Sep-2009 02:57:40 EST

*Original P.O.*
*On January 8, 2010*
*was replaced w/ Nextera*
*P.O. per Gary's request*

Delivery date:  18-NOV-2009

Vendor No:  1024951
DUNS No:  798701702

**Payment Terms:**  9010          **Currency:**  USD
90/10 retainage Term

**Incoterms:**  FCA-Supplier Dock

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |
| 00010 | PR15712632  00010 | 1.000 | R905 Delphi S Plant 5 |
| | RECEIVE/INSPECT MACHINE & COMPONENTS | | STOPJIK,C. |
| | REF.QUOTATION NO:2-833-A FOR PROJECT RFQ 6939 | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 1.000 | 2,250.00 | 1 | EA | 2,250.00 |
| Net Line Item Value | | | | USD | 2,250.00 |

Purchasing Contact: Hunter, Ken                  Contact Address:
Phone: 989-757-4039
Fax:  989-757-5884

Date and Time Printed:  01-Sep-2009 02:57:40 EST

11/14/2010  21:53    6163993743                WEST MICHIGAN SPLINE                PAGE  03

# DELPHI

Steering Solutions Services

Page  2  of  11

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424

## Purchase Order

PO Number                          Date Issued
450928130                          31-Aug-2009
Version
01-Sep-2009  02:57:40 EST

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|----------|-------------------------------|----------------------|-------|
| | Description | | Requester |
| 00020 | PR15712632 00020 | 1.000 | K905 Delphi S Plant 5 |
| | ALTER EXISTING HMI & PLC LOGIC | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---------------|--------------------|-------|-----------|-----|-------|
| 18-NOV-2009 | 1.000 | 8,500.00 | 1 | EA | 8,500.00 |
| Net Line Item Value | | | | USD | 8,500.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|----------|-------------------------------|----------------------|-------|
| 00030 | PR15712632 00030 | 1.000 | K905 Delphi S Plant 5 |
| | ALTER EXISTING TAILSTOCK TO INCLUDE PART | | STOPJIK,C. |
| | SUPPORT BRACKETS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---------------|--------------------|-------|-----------|-----|-------|
| 18-NOV-2009 | 1.000 | 3,120.00 | 1 | EA | 3,120.00 |
| Net Line Item Value | | | | USD | 3,120.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|----------|-------------------------------|----------------------|-------|
| 00040 | PR15712632 00040 | 1.000 | K905 Delphi S Plant 5 |
| | ALTER EXISTING HEADSTOCK TO ALLOW FOR | | STOPJIK,C. |
| | PASS THROUGH | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---------------|--------------------|-------|-----------|-----|-------|
| 18-NOV-2009 | 1.000 | 10,320.00 | 1 | EA | 10,320.00 |
| Net Line Item Value | | | | USD | 10,320.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|----------|-------------------------------|----------------------|-------|
| 00050 | PR15712632 00050 | 1.000 | K905 Delphi S Plant 5 |
| | ALTER EXISTING RACK BOXES TO ACCOMMODATE | | STOPJIK,C. |
| | 2 24" RACKS | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---------------|--------------------|-------|-----------|-----|-------|
| 18-NOV-2009 | 1.000 | 9,190.00 | 1 | EA | 9,190.00 |
| Net Line Item Value | | | | USD | 9,190.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|----------|-------------------------------|----------------------|-------|
| 00060 | PR15712632 00060 | 1.000 | K905 Delphi S Plant 5 |
| | ALTER EXISTING SAFETY FENCING TO | | STOPJIK,C. |
| | ACCOMODATE LOADING | | |
| | COMPLETE W/NEW SAFETY DOOR, SAFETY SWITCH, & CYCLE START | | |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---------------|--------------------|-------|-----------|-----|-------|
| 18-NOV-2009 | 1.000 | 2,200.00 | 1 | EA | 2,200.00 |
| Net Line Item Value | | | | USD | 2,200.00 |

11/14/2010   21:53    6163993743              WEST MICHIGAN SPLINE                    PAGE   04

# DELPHI

Steering Solutions Services

Page  3  of 11

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450928130 | 31-Aug-2009 |
| Version | |
| 01-Sep-2009 02:57:40 EST | |

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant  Requester |
|---|---|---|---|
| 00070 | PR15712632 00070 | 1.000 | K905 Delphi S Plant 5 |
| | REMOVE ALL PERIPERAL EQUIPMENT | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 1.000 | 3,950.00 | 1 | EA | 3,950.00 |
| Net Line Item Value | | | | USD | 3,950.00 |

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant  Requester |
|---|---|---|---|
| 00080 | PR15712632 00080 | 1.000 | K905 Delphi S Plant 5 |
| | DOCUMENTATION | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 1.000 | 5,950.00 | 1 | EA | 5,950.00 |
| Net Line Item Value | | | | USD | 5,950.00 |

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant  Requester |
|---|---|---|---|
| 00090 | PR15712632 00090 | 1.000 | K905 Delphi S Plant 5 |
| | PREPARE FOR SHIPMENT | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 1.000 | 3,060.00 | 1 | EA | 3,060.00 |
| Net Line Item Value | | | | USD | 3,060.00 |

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant  Requester |
|---|---|---|---|
| 00100 | PR15712632 00100 | 2.000 | K905 Delphi S Plant 5 |
| | 27 TOOTH, 24/48 PITCH, 45 DEG. PRESSURE ANGLE COMPLETE W/9 DEG. ANGLED SNAP RING BLADE 2 SETS - 1 FOR MACHINE, 1 FOR SPARE | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 2.000 | 4,990.00 | 1 | EA | 9,980.00 |
| Net Line Item Value | | | | USD | 9,980.00 |

| Item No. | Material No/Item Identifier No  Description | Total Order Quantity | Plant  Requester |
|---|---|---|---|
| 00110 | PR15712632 00110 | 2.000 | K905 Delphi S Plant 5 |
| | 27 TOOTH, 24/48 PITCH, 45 DEG. PRESSURE ANGLE COMPLETE W/ STRAIGHT SNAP RING BLADE 2 SETS - 1 FOR MACHINE, 1 FOR SPARE | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 2.000 | 4,650.00 | 1 | EA | 9,300.00 |
| Net Line Item Value | | | | USD | 9,300.00 |

11/14/2010  21:53    6163993743              WEST MICHIGAN SPLINE                    PAGE  05

# DELPHI

Steering Solutions Services

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424

## Purchase Order

PO Number
450928130

Date Issued
31-Aug-2009

Version
01-Sep-2009  02:57:40 EST

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester |
|---|---|---|---|
| | Description | | |
| 00120 | PR15712632 00120 | 2.000 | K905 Delphi S Plant 5 |
| | 27 TOOTH, 24/48 PITCH, 45 DEG. PRESSURE ANGLE NO SNAP RING BLADE 2 SETS - 1 FOR MACHINE, 1 FOR SPARE | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 2.000 | 3,250.00 | 1 | EA | 6,500.00 |
| Net Line Item Value | | | | USD | 6,500.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00130 | PR15712632 00130 | 2.000 | K905 Delphi S Plant 5 |
| | 34 TOOTH, 32.9374 PITCH, 30 DEG. PRESSURE ANGLE 2 SETS - 1 FOR MACHINE, 1 FOR SPARE | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 2.000 | 3,470.00 | 1 | EA | 6,940.00 |
| Net Line Item Value | | | | USD | 6,940.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00140 | PR15712632 00140 | 2.000 | K905 Delphi S Plant 5 |
| | RACK SPACERS. 24" RACK SPACERS 2 SETS REQUIRED FOR MACHINE | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 2.000 | 1,450.00 | 1 | EA | 2,900.00 |
| Net Line Item Value | | | | USD | 2,900.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00150 | PR15712632 00150 | 2.000 | K905 Delphi S Plant 5 |
| | SPLINE ROLLING CENTERS HEADSTOCK & TAILSTOCK CENTERS FOR ROLLING SNAP RING GROOVES 2 SETS REQUIRED FOR MACHINE FOR AIR, HYDRAULIC & COOLANT | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 2.000 | 1,360.00 | 1 | EA | 2,720.00 |
| Net Line Item Value | | | | USD | 2,720.00 |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00160 | PR15712632 00160 | 1.000 | K905 Delphi S Plant 5 |
| | RUNOFF @ OEM & DELPHI | | STOPJIK,C. |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 18-NOV-2009 | 1.000 | 4,310.00 | 1 | EA | 4,310.00 |
| Net Line Item Value | | | | USD | 4,310.00 |

11/14/2010   21:53   6163993743              WEST MICHIGAN SPLINE                    PAGE  06

# DELPHI

Steering Solutions Services

Page  5  of  11

| WEST MICHIGAN SPLINE INC | Purchase Order | |
| 156 MANUFACTURERS DR | | |
| HOLLAND MI 49424 | | |

| | Purchase Order | |
|---|---|---|
| PO Number | | Date Issued |
| 450928130 | | 31-Aug-2009 |
| Version | | |
| 01-Sep-2009 02:57:40 EST | | |

| Item No.  Material No/Item Identifier No  Total Order Quantity  Plant | |
| Description | Requester |

| Total net value | USD | 91,190.00 |

**Notes:**

***** REFERENCE - RFQ 6939

***** FOR PROMPT PAYMENT, SEND INVOICE TO:

***** Requestor Name: Chad Stopjik

***** Phone number:89-757-3801

IF DOLLARS / .DOLS. UNIT OF MEASURE IS USED, IT IS UNDERSTOOD THAT THE QUANTITY REFERENCED IN THIS ORDER IS AN
ESTIMATED QUANTITY ONLY AND IS NOT TO BE EXCEED THE VALUE OF THE LINE ITEM OR VALUE OF THE PURCHASE ORDER. YOU
WILL BE CONTACTED AND PROVIDED AN AUTHORIZED RELEASE WHEN SERVICES/MATERIALS COVERED IN THIS ORDER ARE
REQUIRED.

IF APPLICABLE:
-MQ1 payment will occur from the date that the equipment is
successfully runoff and approved on the supplier's floor.
Payment is made according to the payment schedule
specified on the purchase order.

-MQ2 payment will occur after a successful runoff on Saginaw        Steering's plant floor and all requirements of the
purchase order have been met.  Payment is made according
to the payment schedule specified on the purchase order.

*********************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this
contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing
by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this
contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific
Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and
understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of
the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and
Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract
(including Buyer's General Terms and Conditions and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by
Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************

11/14/2010  21:53    6163993743                WEST MICHIGAN SPLINE                    PAGE  07

# DELPHI

Steering Solutions Services

Page  6  of 11

```
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424
```

### Purchase Order

| PO Number | Date Issued |
|---|---|
| 450928130 | 31-Aug-2009 |
| Version | |
| 01-Sep-2009  02:57:40  EST | |

| Item No. | Material No/Item Identifier No<br>Description | Total Order Quantity | Plant<br>Requester |
|---|---|---|---|

### Notes Continued

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Travel and Per Diem Reimbursement

A. If the Supplier is required by Delphi to travel as an incidental requirement in performing services for Delphi, then such travel and per diem expenses, subject to prior written approval of Delphi, will be reimbursable as follows:

1. Air Travel - Economy/Coach class only for U.S. travel. Business class is permitted for international travel only and with prior written approval.

2. Hotel - Supplier will exercise good, sound business judgment and discretion in choosing hotels, such as a moderately priced chain hotels or hotels that offer discounted corporate rates. Where extended travel is involved, reduced rates may be available and should be requested.

3. Rental cars - Compact or intermediate class only. The cost of collision damage waiver and personal accident insurance is the responsibility of Supplier.

4. Mileage Allowance - Reimbursement will be at $0.405 per mile for the miles which are in excess of his or her normal commute from home to work and back. When permanently assigned to another location, even if the new location is temporary, Consultant will not be reimbursed for excess miles, additional driving time, etc.

5. Expense Reports - Customarily available receipts must be attached to expense reports Supplier submits. Detailed receipts, other than restaurant tabs, are required for all meals and other expenditures of $25.00 or more.

6. Meals - Meals will not be reimbursed for non-overnight trips, except in the case of late return occasioned by travel outside normal working hours. Reimbursement for meals will be the actual and reasonable expenses paid by Supplier.

7. Extended Travel - Supplier should review the home visit policy prior to a trip. Generally, the following provisions apply:

If the travel expense is less than the living expense in the temporary location, Supplier will be reimbursed for travel to    the permanent location every week.

If the travel expense is more than the living expense in the temporary location, Supplier will be reimbursed for travel to the permanent location every two weeks.

Excess expenses due to frequent travel or stays will not be reimbursed by Delphi without its prior written approval.

8. Miscellaneous - When Supplier chooses an alternative method of transportation, e.g., to drive instead of fly, reimbursement, including meals and lodging will not exceed the lesser of the two costs. Documentation to support the lesser cost must be attached to expense report. Travel time must also be limited if on working hours.

The employee, his or her immediate supervisor, and an authorized Delphi representative must sign the expense report form.

11/14/2010  21:53    6163993743    WEST MICHIGAN SPLINE    PAGE  08

# DELPHI

Steering Solutions Services

Page  7  of 11

WEST MICHIGAN SPLINE INC.
156 MANUFACTURERS DR
HOLLAND MI 49424

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450928130 | 31-Aug-2009 |
| Version | |
| 01-Sep-2009 02:57:40 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

Supplier is responsible for travel reservations, hotel/motel accommodations and rental cars. If directed by Delphi, Supplier will make all travel arrangements through Global Experts in Travel, using a special account set up for such purposes. To utilize Global Experts in Travel, Consultant must follow instructions in paragraph C below.
Any cash advance by Supplier to its employee is the responsibility of Supplier.

9. Per Diem - In certain instances, a per diem will be paid to Supplier in accordance with Delphi's standard per diem policy.

B. All travel and per diem for which Supplier seeks reimbursement will be submitted to Delphi on standard vouchers, with substantiating documentation, and will accompany the monthly invoices.

C. Eligibility is based on direct reimbursement from Delphi Corporation for qualifying travel expenditures verification of eligibility will be confirmed through the Delphi Corporation purchasing contact and PO Number information required for enrollment. Contract suppliers will be reimbursed for travel expenses at the Delphi Corporation rate only and shall be billed at actual cost (no mark-up allowed). To obtain Delphi Corporation rates, contractors must be properly enrolled in the Delphi Corporation travel program, and all travel (air, hotel, and car) on behalf of and paid for by Delphi Corporation must be arranged through Global Experts in Travel (GET) via Cliqbook. GET's on-line booking tool. Click on the Cliqbook link this site for simple instructions on how to get started with Cliqbook: http://www.globalconnected.net/delphi/index2.asp. Go to supplier enrollment then documentation and finally profile.

**********************************************************************************

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************

*********************************************************************
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
*************************************************************
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
*************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

05-44481-rdd    Doc 20880-1    Filed 11/24/10    Entered 11/24/10 11:29:27    Exhibit
1-Declaration of Gary Hill With Exhibits    Pg 55 of 67

11/14/2010  21:53    6163993743                WEST MICHIGAN SPLINE                    PAGE  09

# DELPHI

Steering Solutions Services

Page  8  of 11

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450928130 | 31-Aug-2009 |
| Version | |
| 01-Sep-2009  02:57:40  EST | |

| Item No.  Material No/Item Identifier No  Total Order Quantity  Plant | |
|---|---|
| Description | Requester |

## Notes Continued:

************************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website. delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.
************************************************************************
************************************************************************

******************************************************************

ATTENTION:
FOR SERVICES PERFORMED UNDER THIS PURCHASE ORDER THE INVOICE MUST BE MAILED TO THE REQUESTOR WHOSE NAME APPEARS UNDER THE DESCRIPTION OF THE SERVICES ON THIS ORDER. INVOICES MAILED TO THE BUYER WILL BE RETURNED TO THE SUPPLIER.

************************************************************

************************************************************
Do not bill sales or use tax on items delivered to locations within the states listed below. Delphi Automotive Systems, LLC (" DELPHI ") holds direct pay authority with these states. As a result, in all of the identified states DELPHI will remit directly to taxing authorities, all sales or use tax liability related to its purchase and use of tangible personal property and services. Therefore, effective immediately. this tax clause supersedes all tax code information found on this order except for those states not identified below. For those states not identified below, please continue to follow the specific tax code instructions found on this order. Listed below are Direct Pay Permit or Sales Tax License numbers for the eleven (11) states, or DELPHI locations within a state, where DELPHI holds direct pay authority:

Alabama ------------------805
New Jersey ---------------383-431-131/000

05-44481-rdd    Doc 20880-1    Filed 11/24/10    Entered 11/24/10 11:29:27    Exhibit
1-Declaration of Gary Hill With Exhibits    Pg 56 of 67

11/14/2010  21:53    6163993743                    WEST MICHIGAN SPLINE                    PAGE  10

# DELPHI

Steering Solutions Services

Page  9  of 11

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450928130 | 31-Aug-2009 |
| Version | |
| 01-Sep-2009  02:57:40  EST | |

| Item No.  Material No/Item Identifier No  Total Order Quantity  Plant | | |
|---|---|---|
| Description | | Requester |

### Notes Continued

```
Georgia --------------300-45870-8
New York --------------DP-3487
Indiana --------------1018702130011
Ohio --------------98-0002667
Kansas --------------98-0003a
Texas --------------1-38-3431131-1
Michigan --------------38-3431131
Wisconsin --------------WDP-99-01-010037
Mississippi --------------4375
```

If this order relates to a construction contract for real property, all applicable sales and use taxes are the responsibility of the contractor, and should be included in the contractor's bid as required pursuant to Section 7 of the DELPHI 1638 (8/00 Rev A), "Construction General Conditions", unless the responsibility for payment of sales & use taxes are otherwise specifically outlined in the contract.

Questions should be directed to: Delphi Disbursement - Customer Service Phone: (248) 874-4636

**********************************************************************

**********************************************************************
**********************************************************

If this is your first purchase order with Delphi under this DUNS number or your remittance information has changed, you need to establish a payment link with the following:

Delphi Corporation EAG Disbursements Center
Vendor Name and Address Group
PO Box 972930
El Paso, Texas  79997-2930
Attention: Vendor Master Group
or E-mail
Juarez.DelphiA.EFTContacts@Delphi.com

Delphi Accounts Payable Help Desk Phone Number is (888)856 6779 or E-mail at juarez.delphia.helpdesktieriiusacctspay@delphi.com.

You will need to provide a copy of invoice or letterhead showing, company name, correct remittance and correspondence addresses, contract number and "ship from" DUNS number.

You should have received an EFT Agreement from your buyer.  But you can obtain a copy of the EFT Agreement forms at Website at www.delphi.com <http://www.delphi.com> Double Click on "Supplier Portal" in the bottom right of the screen, then click "HERE" under How to Become a Supplier.  Then click

11/14/2010   21:53   6163993743                 WEST MICHIGAN SPLINE                      PAGE   11

# DELPHI

Steering Solutions Services

Page   10 of 11

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450928130 | 31-Aug-2009 |
| Version | |
| 01-Sep-2009 02:57:40 EST | |

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

**Notes Continued:**

on "Doing Business with Delphi" under Frequently Used Documents. Click on "Delphi Customer Specific Requirements". Scroll to the Payment Section. Then can Click on "EFT Payment Authorization Form" to download.

You can now view payment status on-line using e*DELPHIPAY. For new users, the registration instructions are at http://delphi.covisint.com under the Registration tab. Please contact the Delphi Help Desk at 877-7DELPHI for any technical questions.

This order will pay on receipt. Please do not send an invoice unless specifically requested on the order. This is an invoice less system, which generates payment, based on receipt.

If you would like to set up EDI 820 transmissions, you can contact GXS via phone at 1-800-955-6432 or e-mail at ePayments@gxs.com.

If this P.O. is in error, please advise the buyer listed below before shipping.

Payment issues and questions regarding shipped material should be directed to the Delphi Accounts Payable Help Desk at (888) 856-6779.

****************************************************************

SHIPPING INSTRUCTIONS:
FOR SHIPMENTS ORIGINATING WITHIN NORTH AMERICA:
1 TO 150 LBS. USE FED EX GROUND COLLECT BILLING, CALL (800) 463-3339.
USE THE FOLLOWING FED EX ACCOUNT NUMBERS FOR THE RESPECTIVE    "DELIVER TO" PLANT SHOWN ON THIS PURCHASE ORDER:
MAIN OFFICES, SAGINAW, MI, ACCOUNT 167319343      PLANT 1, SAGINAW, MI, ACCOUNT 276899643      PLANT 3,
SAGINAW, MI, ACCOUNT 167319106       PLANT 4, SAGINAW, MI, ACCOUNT 167319149       PLANT 5, SAGINAW, MI,
ACCOUNT 167319165       PLANT 6, SAGINAW, MI, ACCOUNT 167319181       PLANT 7, SAGINAW, MI, ACCOUNT 167319220
PLANT 68/40, JUAREZ MEXICO/EL PASO, TX, ACCOUNT 161212962       PLANT 67/43, SABINAS, MEXICO/LARADO, TX, ACCOUNT 466932965
PLANT 67/44, SABINAS, MEXICO/LARADO, TX, ACCOUNT 399355141
PLANT 65/66/43, QUERETARO, MEXICO/LAREDO, TX, ACCOUNT               466932965
PLANT 65/66/44, QUERETARO, MEXICO/LAREDO, TX, ACCOUNT              399355141
****************************************************************      OVER 150 LBS. USE CENTRAL TRANSPORT. CALL (800)221-9602
****************************************************************      FOR SHIPMENTS ORIGINATING OUTSIDE NORTH AMERICA:
CALL 989-757-3464 FOR ROUTING INSTRUCTIONS.

-Seller acknowledges and agrees that Buyer's Machinery and Equipment Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are



Steering Solutions Services

Page   11 of 11

| WEST MICHIGAN SPLINE INC |
|---|
| 156 MANUFACTURERS DR |
| HOLLAND MI 49424 |

**Purchase Order**

PO Number                                                    Date Issued
450928130                                                    31-Aug-2009
Version
01-Sep-2009  02:57:40  EST

| Item No.   Material No./Item Identifier No   Total Order Quantity   Plant |
|---|
| Description                                                   Requester |

**Notes Continued:**

collectively referred to as this "Contract"). A copy of Buyer's Machinery and Equipment Terms and Conditions are available upon written request to Buyer or via the internet at Delphi's website, www.delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's Machinery and Equipment Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract, Buyer's Machinery and Equipment Terms and Conditions, and in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's Machinery and Equipment Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

***** SHIPPING INSTRUCTIONS FOR MACHINERY AND EQUIPMENT:
CONTACT SUSAN LUTZ AT 989-757-3058 FOR NORTH AMERICAN SHIPMENTS AND INTERNATIONAL SHIPMENTS. SHE WILL BE ABLE TO HELP WITH ANY QUESTIONS YOU MAY HAVE REGARDING SHIPMENTS OF MACHINERY AND EQUIPMENT - THE SUPPLIER IS RESPONSIBLE FOR PROPERLY PACKAGING THE MACHINE FOR SHIPMENT WHETHER IT IS OVER LAND BY TRUCK, OCEAN GOING OR AIR FREIGHT. DELPHI WILL BE RESPONSIBLE FOR CUSTOMS CHARGES AND DUTIES, IF APPLICABLE, AND FOR ARRANGING PICK UP OF THE MACHINE

-Warranty period begins at start of production

-Delphi Manufacturing Engineering Machinery and Equipment specifications apply to this order - refer to www.delphisuppliers.com for a copy of these specifications

Supplier agrees to make deliveries according to the agreed upon delivery date(s), and to pay to Buyer liquidated damages amounting to 1.00% of the contract price per week, for each week (or part thereof) of any delay. Additional charges incurred by the supplier to achieve agreed upon delivery date are the supplier's responsibility and will not be reimbursed by Delphi.

Assignment: this agreement will be assigned automatically without any notice to supplier, concurrently with the completion of the sale of Delphi's steering and halfshaft business (the "Business") to Steering Solutions Corporation or one of its affiliates or such other person who acquires the Business at the closing date of the transaction, from and after which time, Delphi will have no obligation under this agreement whatsoever, and supplier hereby (i) releases Delphi from any obligation under this Agreement from such date, and (ii) agrees to look only to Steering Solutions Corporation for performance of all customer obligations under this agreement.

If the Seller accepts the Purchase Order in writing or commences any of the work or services which are the subject of this Purchase Order, Seller will be deemed to have accepted this assignment clause and Buyer's General terms and Conditions and Specific Requirements in their entirety without modification.

# EXHIBIT F

08/18/2010  13:39    6163993743                    WEST MICHIGAN SPLINE                    PAGE  87



Feb 24th, 2010

To Whom It may Concern;

Per the request of Mr. Gary Hill, president of West Michigan Spline Co (WMS).concerning the purchase of two machines (Tag # 140080 & Tag # 140082), this letter is to confirm that West Michigan Spline (WMS) was , in all aspects of the equipment purchase treated in the manner in which we treat all of our equipment suppliers.    As to the specific question of payment terms, WMS was paid based on our standard contractual terms and conditions. As previously stated, WMS provided two machines to Delphi, the purchase order; payment terms and key dates are listed below.

Machine #1 (Capital Asset Tag# 140080)
PO# S2M81552     October 12, 2004     payment terms: 2nd day 2nd month
MQ1 Runoff -     July 7, 2005
Invoiced (#2-694) -     July 14, 2005
Payment Received -     September 6, 2005

Machine #2 (Capital Asset Tag# 140082)
PO#S2M81551     October 12, 2004     payment terms: 2nd day 2nd month
MQ1 Runoff -     August 31, 2005
Invoiced (#2-693)     August 31, 2005
Payment Received     October 6, 2005

Please feel free to contact me if you have any questions or comments.


Mark Gendregske                    Gary Weiss
Chief Manufacturing Engineer        Supervisor Mfg Engineering
Driveline and Hydraulic Products    Driveline and Hydraulic Products
Nexteer Automotive                  Nexteer Automotive
Steering Solutions Services Corp.   Steering Solutions Services Corp.

# EXHIBIT G

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Judy B. Calton (P38733)
Seth A. Drucker (P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7626
Facsimile: (313) 465-7627
Email: sdrucker@honigman.com

Attorneys for Defendant West
Michigan Spline, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In Re**                                   :        Chapter 11
**DELPHI CORPORATION,**  et al.,            :        Case No. 05-44481 (RDD)
                                            :
         Debtors.                           :        Hon. Robert D. Drain
-------------------------------------------------------------x
DELPHI CORPORATION,  et al.,                :
                                            :
          Plaintiffs,                       :
Against                                     :
                                            :
WEST MICHIGAN SPLINE, INC.,                 :        Adv. Pro. No. 07-02600 (RDD)
                                            :
          Defendant.                        :
-------------------------------------------------------------x

## DECLARATION OF MARK ROVOLL

Mark Rovoll declares as follows:

1.    I was a Senior Manufacturing Engineer employed by Delphi Automotive
Systems, LLC ("DAS"), and later its successor, until around April 2010.

2.    I make this Declaration upon personal knowledge and if called as a witness would
testify to the facts in this Declaration.

3.      My responsibilities at DAS included the approval of certain machines ordered by and manufactured for DAS.

4.      Among the machines I was responsible for were two machines ordered by DAS in 2004 from West Michigan Spline, Inc. ("**WMS**") to be delivered in to the Delphi Saginaw Santa Rosa plant in Mexico (the "**Machines**").

5.      I was responsible for DAS' approval in 2005 of the run-off of the Machines at WMS' plant in Holland, Michigan, and approved in 2005 the qualifications of the Machines and DAS' payment of ninety (90%) percent of the purchase order price for the Machines.

6.      I also was responsible for DAS' approval of the run-off of the Machines after their installation in the Santa Rosa plant, and approved the qualifications of the Machines and Delphi's payment in 2006 of the final 10% of the purchase order price for the Machines.

7.      DAS' approval of the run-off of the Machines and the payment for the Machines was in the ordinary course of DAS' business and the business of machine suppliers to DAS. There was nothing unusual or outside of the ordinary in the approval of the run-off or approval for payment for the Machines.

8.      Based on my experience in the automotive supply industry, WMS's supply of the Machines and DAS' approval of the run-off of the Machines and payment for the Machines were according to ordinary business terms and standards in the automotive supply industry.

9.      I make this Declaration under penalty of perjury.

_____

Mark Rovoll

Executed in _____, on
November 19, 2010

8466065.1

2

# EXHIBIT H

**West Michigan Spline, Inc.**
**Billing and Payment History**

| Invoice Number | PO Number | Amount | Invoice Date | Date Paid | Days Outstanding |
|---|---|---|---|---|---|
| 1-735 | A2M91336 | $ 2,428.87 | 5/21/2002 | 7/8/2002 | 48 |
| 1-668 | S2M80899 | $ 11,130.00 | 6/7/2002 | 8/5/2002 | 59 |
| 1-748 | A2M92251 | $ 2,330.88 | 7/31/2002 | 9/6/2002 | 37 |
| 2-586 | S2M81062 | $ 151,268.40 | 12/23/2002 | 3/6/2003 | 73 |
| 2-586-1 | S2M81062 | $ 16,807.60 | 1/29/2003 | 2/28/2003 | 30 |
| 1-813 | S2S41016 | $ 9,958.00 | 2/19/2003 | 4/4/2003 | 44 |
| 2-641 | A2M92293 | $ 39,220.00 | 7/14/2003 | 9/5/2003 | 53 |
| 2-641-1 | A2M92294 | $ 35,810.00 | 7/14/2003 | 9/5/2003 | 53 |
| 2-641-2 | A2M92293001 | $ 6,692.00 | 7/14/2003 | 9/5/2003 | 53 |
| 2-694 | S2M81552 | $ 360,729.90 | 7/14/2005 | 9/6/2005 | 54 |
| 2-693 | S2M81551, 001 | $ 254,185.20 | 8/31/2005 | 10/6/2005 | 36 |

AVERAGE    49
STDEV    12
RANGE    35 - 60

# EXHIBIT I

DETROIT.2336357.1

70492224.2

**Delphi Corporation v. West Michigan Spline, Inc.**
**Adv. Pro. No. 10-02600**
**Ordinary Course Defense Only**

|  | Min | 35 |
|---|---|---|
|  | Max | 60 |

| Alleged Preferences | | Invoice Relating to Alleged Preference | | | Date Received | Ordinary Course Transactions | | Gross Preference Exposure |
|---|---|---|---|---|---|---|---|---|
| Check Ref. Date | Amount | Invoice # | Invoice Date | Amount | | Days Outstanding | Ordinary? (Y/N) | |
| 9/7/2005 | $ 360,729.90 | 2-694 | 7/14/2005 | $ 360,729.90 | 9/6/05 | 54 | Y | $  - |
| 10/7/2005 | $ 254,185.20 | 2-693 | 8/31/2005 | $ 254,185.20 | 10/6/05 | 36 | Y | $  - |
| | | | | | | | | |
| Total Alleged Preferential Transfer | $ 614,915.10 | | Total Ordinary Course Defense | | | | | $ 614,915.10 |