# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In Re                                        :
DELPHI CORPORATION, et al.,                  :          Chapter 11
                                             :          Case No. 05-44481 (RDD)
             Debtors.                        :
                                             :          Hon. Robert D. Drain
-------------------------------------------------------------x
DELPHI CORPORATION, et al.,                  :
                                             :
             Plaintiffs,                     :
Against                                      :
                                             :
WEST MICHIGAN SPLINE, INC.,                  :          Adv. Pro. No. 07-02600 (RDD)
                                             :
             Defendant.                      :
-------------------------------------------------------------x

## DECLARATION OF JOHN DONNELLY

1.      I am the President of Cold Forming Technology, Inc.  Previously, I was the President of

National Broach and Machine, Inc.

2.      I make this Declaration on personal knowledge, and if called as a witness, would testify

to the facts contained herein.

3.      I have over 40 years experience in the automotive supply industry, including in the

design, building and sale of machinery and tooling to automotive suppliers.

4.      Cold Forming Technology, Inc. is a maker of tools, and has supplied Delphi Corporation

and various of its affiliates (collectively, "Delphi").  National Broach and Machine Inc.

manufactured machines for the automotive supplier industry.  Toolmakers and makers of

machinery in the automotive supply industry complement each other, and coordinate with each

other in the design, build and sale of machinery and tools to automotive suppliers.

5.      I am familiar with the ordinary business practices in 2004 and 2005 in the machine

manufacturing and sales industry to automotive industry customers.

6.      I have reviewed and am familiar with the attached purchase orders issued by Delphi to

West Michigan Spline, Inc. ("WMS") and invoices dated July 14, 2005 and August 31, 2005

from WMS to Delphi.

7.      In my opinion, Delphi's obligation to pay WMS was incurred in the ordinary course of

business or financial affairs of both WMS and Delphi.

8.      I have been advised that Delphi paid the invoices on or about September 6, 2005 and

October 6, 2005.  In my opinion these payments, made on MNS-2, or second day, second month,

payment terms, were ordinary within the machine manufacturing and sales to automotive

suppliers industry in 2005.

9.      I make this Declaration under penalty of perjury.

                                                John Donnelly

Executed in Sterling Heights, Michigan.
On November 22, 2010.

ACTIVE.8442223.1

2

11/14/2010   21:47       6163993743              WEST MICHIGAN SPLINE              PAGE   02

# DELPHI

## PURCHASE ORDER:

| ORDER DATE | | PAGE 1 |
|---|---|---|
| 10/12/04 | | S2M81551 |

PHONE: 989-757-4071

S17   K HUNTER   Buyer

PURCHASING AGENT

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

**VENDOR NUMBER** 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
DELPHI SAGINAW ACG   PLT 65
PARQUE INDL. SANTA ROSA DE VITERBO 12
MUNICIPIO EL BERNARDO QUINTANA
QUERETARO MX   MX
76246
DELPHI
US

INVOICE TO:
SEE INVOICE
INSTRUCTIONS 00
00000

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

SHIP VIA   SEE BELOW

| ITEM SEQUENCE | NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE UNIT / MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **PAYMENT TERMS** 2ND DAY/2ND MTH-10% HLDBK | | | | | |
| 0001 | 1 | PR379471 001 | **THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY** USD DOLLAR (UNITED STATES) | | | | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE.** CONFIRMED WITH: GARY HILL | | 03/15/05 | B 0.00% | 168515.0000 | PC |
| | | | | A/C 350-S Spline Roller S/N 352 | | | | 10-16785.50 | |
| | | | | | | | | 90-151663.50 | |
| 0002 | 1 | PR379471 002 | | STANDARD WMS MODEL 480 SPLINE ROLLER FOR SPLINES AND THREADS REFERENCE RFP 2411 DPR #A448001 WHO ORDERED: M.ROYOLL/757-4798 | | 03/15/05 | B 0.00% | 31874.0000 | PC |
| | | | | | | | | 10-3187.40 | |
| | | | | | | | | 90-28686.60 | |
| 0003 | 1 | PR379471 003 | | AUTO LOAD MACHINE USING ROBOT CONCEPT WHO ORDERED: M.ROYOLL/757-4798 | | 03/15/05 | B 0.00% | 2056.0000 | PC |
| | | | | | | | | 10-205.60 | |
| | | | | | | | | 90-1850.40 | |
| 0004 | 3 | PR379471 004 | | PACKAGE FOR SHIPMENT WHO ORDERED: M.ROYOLL/757-4798 | | 03/15/05 | B 0.00% | 757.0000 | EA |
| | | | | | | | | 10-75.70 (3-227.10) | |
| | | | | | | | | 90-681.30 ea. | |
| | | | | | | | | 757.0000 | |
| 0005 | 3 | PR379471 005 | | PART LOCATING LIVE CENTERS - HEADSTOCK WHO ORDERED: M.ROYOLL/757-4798 | | 03/15/05 | B 0.00% | 757.0000 | EA |
| | | | | | | | | 10-75.70 (3-227.10) | |
| | | | | | | | | 90-681.30 ea. | |
| | | | | | | | | 757.0000 | |
| J01033 | | USER SUZANNE J BEARDSLEY | | | | | | | |

ORIGINAL                                          CONTINUE PAGE   2

**DELPHI**

11/14/2010  21:47   6163993743   WEST MICHIGAN SPLINE   PAGE  03

## PURCHASE ORDER: S2M81551

PAGE 2

DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE IND. BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
155 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:

TO:

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

ORDER DATE 10/12/04
SHIP VIA SEE BELOW
PHONE: 989-757-4071
K HUNTER S17 Buyer

PAYMENT TERMS 2ND DAY/2ND MTH-10% HL.DBK

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 0006 | 3 | PR379471 006 | PART LOCATING LIVE CENTERS - TAILSTOCK WHO ORDERED: M.ROVOLL/757-4798 | DELPHI'S PREFERRED CARRIER | | 03/15/05 | B 0.00% | 1916.0000 | EA |
| 0007 | 3 | PR379471 007 | PART WEAR PADS FOR SUPPORT BRACKET WHO ORDERED: M.ROVOLL/757-4798 | | | 03/15/05 | B 0.00% | | EA |
| 0008 | 2 | PR379471 008 | RACK SPACERS WHO ORDERED: M.ROVOLL/757-4798 | | | 03/15/05 | B 0.00% | | EA |

ATTENTION****************************************
SUPPLIER AGREES TO A CHARGE OF 1.00% PER WEEK
FOR EACH WEEK THE SUPPLIER IS LATE FROM THE
AGREED UPON DELIVERY DATE. ADDITIONAL CHARGES
INCURRED BY THE SUPPLIER TO ACHIEVE AGREED
DELIVERY DATE ARE THE SUPPLIER'S RESPONSIBILITY
AND WILL NOT BE REIMBURSED BY DELPHI.
ATTENTION ALL CONSTRUCTION/MAINTENANCE CONTRACTORS:
ALL CURRENT AND POTENTIAL DELPHI
SAGINAW SITE CONSTRUCTION/MAINTENANCE
CONTRACTORS MUST ATTEND A MANDATORY SAFETY AND HEALTH

001033  USER SUZANNE J BEARDSLEY

ORIGINAL   CONTINUE PAGE  3

11/14/2010  21:47   6163993743           WEST MICHIGAN SPLINE                PAGE  04

# DELPHI

"This order, the billing units executed Acceptance should be executed an acknowledgement copy which should be returned to buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
Agreement between Buyer and Seller and no other approved is any way modifying any of said terms and conditions may be binding upon the Buyer unless agreed to in writing by an authorized representative of the Buyer.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

**PURCHASE ORDER:** S2M81551

PAGE 3

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                                    US

SHIP TO:
DELPHI SAGINAW ACE  PLI 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246                                    MX

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000                                    US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

| ORDER DATE | ALTERATION ISSUE DATE | PHONE: 989-757-4071 |
|---|---|---|
| 10/12/04 | | K HUNTER S17 |

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | | |
|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | DELPHI'S PREFERRED CARRIER | SEE BELOW | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEAS. |
|---|---|---|---|---|---|---|---|---|---|
| 001033 | USER SUZANNE J BEARDSLEY | | | ORIENTATION TRAINING PROGRAM. THE PROGRAM CONSISTS OF AN EIGHT (8) HOUR TRAINING SESSION, CONDUCTED BY THE GREAT LAKES SAFETY CENTER. ALL CONTRACTOR EMPLOYEES MUST ATTEND THIS TRAINING PRIOR TO COMING TO WORK AT DELPHI SAGINAW SITE. THE COST OF TRAINING IS THE RESPONSIBILITY OF THE CONTRACTOR, NOT DELPHI. TO SCHEDULE THIS TRAINING, YOU MUST CONTACT THE GREAT LAKES SAFETY CENTER AT 989/496-9415 OR 800/675-7599. GREAT LAKES SAFETY CENTER WILL HANDLE THE RE-GISTRATION PROCESS IN ITS ENTIRETY. CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER AND THE "WHO ORDERED" PERSON DESIGNATED WITH DETAILED EXPLANATION. THIS JOB TO CONFORM TO DELPHI SPECIFICATIONS LISTED BELOW: SD-010 DELPHI STANDARD EQUIPMENT SPECIFICATIONS OR SD-000 DELPHI MACHINE AND EQUIPMENT SPECIFICATIONS. TO OBTAIN THESE STANDARDS CONTACT THE "ENGINEER/FOLLOW-UP" OR THE "REC DEPT. NOTIFY" PERSON LISTED ON THE FIRST PAGE OF THIS PURCHASE ORDER. PLEASE RETAIN THESE SPECIFICATIONS FOR FUTURE | | | | | | | |

ORIGINAL

CONTINUE PAGE    4

11/14/2010  21:47   6163993743                WEST MICHIGAN SPLINE                          PAGE  05

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 4

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW ACE  PLI 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX
US

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | SHIP VIA |
|---|---|
| 10/12/04 | SEE BELOW |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 989-757-4071
K HUNTER   S17
Buyer

PURCHASING AGENT

| ITEM SOURCE PAYMENT TERMS NET | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/UNIT MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|
| 2ND DAY/2ND MTH-10% HLDBK | | | | DELPHI'S PREFERRED CARRIER | | | | |
| 001033 | | | USER SUZANNE J BEARDSLEY | | | | | |

JOBS:
CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR DELPHI
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY
DELPHI GLOBAL PURCHASING VIA A PURCHASE ORDER
ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY
REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN
WRITING, TO THE BUYER WITH DETAILED EXPLANATION.
*******************ATTENTION ALL SUPPLIERS*****(ST)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE
ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.
*************************SALES TAX CODES*************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX WHERE IT IS NOT APPLICABLE.
SEE FOLLOWING CODES:
   (A)   NOT TAXABLE-EXPERIMENTAL ENGINEERING
   (B)   NOT TAXABLE-INDUSTRIAL PROCESSING
   (C)   NOT TAXABLE-FOR RESALE
   (D)   NOT TAXABLE-SALES PROMOTION AND
         CONSUMER INFLUENCE. VENDOR
         RESPONSIBLE FOR TAX.
   (E)   NOT TAXABLE-POLLUTION CONTROL EQUIP.

CONTINUE PAGE    5

ORIGINAL

This order, as first made out must be returned to Buyer upon notice of any default by seller.

11/14/2010  21:47   6163993743          WEST MICHIGAN SPLINE                    PAGE  06

# DELPHI

## PURCHASE ORDER, S2M81551

PAGE 5

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoice Attic. Accounts Payable
Do Not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-4071
K HUNTER    S17
Buyer

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 10/12/04 | |

SHIP VIA   SEE BELOW

PURCHASING AGENT

TO:
INVOICE TO: SEE INVOICE
INSTRUCTIONS 00
00000
DELPHI
US

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PRO NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 001033 | | 2ND DAY/2ND MTH-10% HLDBK | | | | | | | |

USER SUZANNE J BEARDSLEY

(F) TAXABLE-DO NOT BILL TAX. BUYER HAS
DIRECT PAY PERMIT.
(G) NOT TAXABLE-SERVICE VENDOR-LABOR ONLY
(H) NOT TAXABLE-DO NOT BILL-FOR CONSUMP-
TION IN MEXICO.
(I) MATERIAL ONLY TAXABLE-CONSTRUCTION
CONTRACTOR RESPONSIBLE FOR SALES
TAX ON MATERIAL

SALES TAX EXEMPTION CERTIFICATES
ALABAMA    805
GEORGIA    300-458870-B      OHIO 95-002667
INDIANA    101870213        TEXAS 1-38-3431131-1
KANSAS     98-003A          WISCONSIN WDP-99-01-010037
MISSISSIPPI APPLIED FOR      MICHIGAN  38-3431131
NEW YORK DP-3487             NEW JERSEY APPLIED FOR
*RIGHT TO AUDIT*                        (ZH)
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AF-
FILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT.
FAX NUMBER FOR KEN HUNTER: 989/757-5884
TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO
THE FOLLOWING GUIDELINES:

CONTINUE PAGE  6

ORIGINAL

11/14/2010  21:47   5163993743                WEST MICHIGAN SPLINE                PAGE  07

# DELPHI

**PURCHASE ORDER:** S2M81551

PAGE 6

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

SHIP TO:
DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX
US

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips,
Package and Bills of Lading.
[2] copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| PAYMENT TERMS | ORDER DATE 10/12/04 | PHONE: 989-757-4071 |
| NET 2ND DAY/2ND MTH-10% HLDBK | ALTERATION EFFECTIVE | K. HUNTER   Buyer |
| | | S17 |

F.O.B.   DELPHI'S PREFERRED CARRIER

DESTINATION UNLESS OTHERWISE INDICATED   SHIP VIA   SEE BELOW

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PPO NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE MULTIPLE/LEASE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| J01033 | | | USER SUZANNE J BEARDSLEY | ADVISE THE BUYER OF ANY DISCREPANCIES ON THIS PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION VIA BOTH PHONE AND HARD COPY. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER (E-MAIL TO KEN.J.HUNTER@DELPHIAUTO.COM). THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE 2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO. ALL DOMESTIC DELIVERIES ARE TO BE SHIPPED FOB SHIPPING POINT. ALL INERNATIONAL DELIVERIES ARE TO BE SHIPPED FCA (ORIGIN) (TOP (TITLE TRANSFER DELPHI PLANT). CONTACT THE FOLLOWING CARRIERS WHERE APPLICABLE: DOMESTIC SHIPPING AND ROUTING INSTRUCTIONS TO DELPHI SAGINAW, MI AND ATHENS, AL PLANTS ONLY. | | | | | |

ORIGINAL                                                                CONTINUE PAGE     7

11/14/2010  21:47   6163993743   WEST MICHIGAN SPLINE   PAGE  08

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 7

PHONE: 989-757-4071

**TO:**
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

**SHIP TO:**
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | SHIP VIA | K. HUNTER | Buyer |
|---|---|---|---|
| 10/12/04 | SEE BELOW | S17 | |

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | PAYMENT TERMS | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| J01033 | NET | 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | |

USER SUZANNE J BEARDSLEY

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

"You must be loading and weight Acquire's stowed be counted or acknowledged copy which must be returned to us then...

LESS THAN 150 POUNDS-UPS CONSIGNEE BILLING IS HOW
THE SHIPMENT SHOULD BE CALLED INTO UPS, NOT COLLECT
OR PREPAID. ALL PACKAGES SHOULD WEIGH NO MORE THAN
40 POUNDS OR LESS, IF PRACTICAL. PLANT NUMBER MUST BE
ON THE LABEL. FOR ITEMS COLLECTIVELY WEIGHING 150
POUNDS-12,000 POUNDS PLEASE USE THE FOLLOWING
CARRIERS:
DESTINATION DELPHI SAGINAW, MI PLANTS
MI,IN,IL,WI,OH                    ALVAN MOTOR FREIGHT
ONTARIO, CANADA                   CENTRAL TRANSPORT
ALL OTHER STATES                  CENTRAL TRANSPORT
(ACCOUNT NUMBERS WILL BE PROVIDED AT TIME OF
PURCHASE ORDER)
DESTINATION DELPHI ATHENS, AL PLANTS
MI,IN,IL,WI,OH, AND ONTARIO, CANADA U.S.F. HOLLAND
ALL OTHER STATES                  CENTRAL TRANSPORT
CONTACT THE FOLOWING CARRIERS WHERE APPLICABLE:
USA \-/ CANADA \-/ MEXICO \-/ USA
ARTISAN AND ASSOCIATES 800/338/6486
NORTH AMERICA TO/FROM SOUTH AMERICA
NORTH AMERICA TO/FROM EUROPE
EUROPE TO/FROM SOUTH AMERICA
EUROPEAN COUNTRY TO/FROM EUROPEAN COUNTRY
SOUTH AMERICA TO/FROM ASIA
PANALPINA 800/743-9386
******************************************

ORIGINAL

CONTINUE PAGE   8

11/14/2010  21:47   6163993743        WEST MICHIGAN SPLINE                    PAGE  09

# DELPHI

## PURCHASE ORDER:

PAGE   8

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246                                   MX
US

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
                                        US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | SHIP VIA | PHONE: 989-757-4071 |
|---|---|---|
| 10/12/04 | SEE BELOW | K HUNTER |
| ALTERATION ISSUE DATE | | S17 Buyer |
| ALTERATION EFFECTIVE DATE | | PURCHASING AGENT |

| ITEM SEQUENCE | PAYMENT TERMS NET | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | P.O.# RFQ NUMBER | DESTINATION UNLESS OTHERWISE INDICATED DELPHI'S PREFERRED CARRIER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT MULTIPLE/EACH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001033 | 2ND DAY/2ND MTH-10% HLDBK | USER SUZANNE J BEARDSLEY | | | NORTH AMERICA TO/FROM ASIA | | | | | | |

*This order is not being sent unless Acceptor should be received or acknowledged only your should be named to Ford.
*This order, including the terms and conditions on the face and reverse side thereof, constitutes the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be recognized. When shipping, Acceptance of this order by Seller shall be concluded by either (a) acknowledgement or (b) shipment. Additional Terms and Conditions Attached Hereto Apply.

NORTH AMERICA TO/FROM ASIA
ASIA TO/FROM EUROPE
DANZAS/AIR EXPRESS INTERNATIONAL 800/251-9019
***********************************************
NORTH AMERICA TO/FROM INDIA
CIRCLE/EAGLE 630/766-9220
*WHEN CALLING FOR SHIPPING AND ROUTING INSTRUCTIONS*
HAVE THE FOLLOWING INFORMATION AVAILABLE:
SHIPPER NAME, ADDRESS (CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER
CONSIGNEE (RECEIVING DESTINATION) NAME, ADDRESS,
(CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER
DIMENSION (LENGTH X WIDTH X HEIGHT)
WEIGHT
*THIS WILL DETERMINE THE SIZE/STYLE OF SEA
CONTAINER OR SIZE OF AIRPLANE
**ANY TIME A BOARDER IS CROSSED, IT MUST BE ACCOM-
PAINED BY A COMMERCIAL PRICE PACKING SLIP/INVOICE,
WHICH INCLUDES THE FOLLOWING:
LETTERHEAD AT THE TOP
DATE, DESTINATION, SHIPPER NUMBER
CONTENTS, QUANTITY, UNIT PRICE, TOTAL PRICE
COUNTRY OF ORIGIN
PURCHASE ORDER NUMBER
***********************************************

ORIGINAL                    CONTINUE PAGE        9

11/14/2010  21:47    6163993743    WEST MICHIGAN SPLINE    PAGE  10

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 9

PHONE: 989-757-4071

DELPHI SAGINAW STEERING SYSTEM

| | |
|---|---|
| VENDOR NUMBER 79-870-1702 | SHIP TO: DELPHI SAGINAW ACE    PLT 65 |
| WEST MICHIGAN SPLINE INC | SANTA ROSA DE VITERBO 12 |
| 156 MANUFACTURERS DR | PARQUE IND. BERNARDO QUINTANA |
| HOLLAND MI | MUNICIPIO EL MARQUES |
| 49424 | QUERETARO MX |
| | 76246 |
| | MX |

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | | |
|---|---|---|
| 10/12/04 | ALTERATION ISSUE DATE | S17 |
| ALTERATION EFFECTIVE DATE | | Buyer K. HUNTER |
| | | PURCHASING AGENT |

This order is not binding until signed. Acceptance should be executed or acknowledgment copy which relates to
received by buyer...

| PAYMENT TERMS | | | |
|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE / % | BASE UNIT PRICE | PRICE / UNIT (MULTIPLE MEAS) |
|---|---|---|---|---|---|---|---|---|---|
| 001033 | | | HLDBK | | | | SEE BELOW | | |

P.O.E.  DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER
SHIP VIA  SEE BELOW

SHIPPED VIA
SIGNATURE AND TITLE
*********************************************************
WARRANTY PERIOD BEGINS AT START OF PRODUCTION.

THIS IS A CAPITAL EQUIPMENT OR CONSTRUCTION
INVOICELESS PURCHASE ORDER.
1. SEND ALL PRICED PACKING SLIPS (OR INVOICES IF
YOU PREFER) PERTAINING TO THIS ORDER TO
MARK ROVOLL/989-757-4798.
2. ADDRESS AND MAIL YOUR PRICED PACKING SLIPS (OR
INVOICE) DIRECTLY TO THIS PERSON AT THE ADDRESS
LISTED ABOVE UNDER "INVOICE TO". THIS PERSON WILL
BE YOUR POINT OF CONTACT FOR ALL MATTERS PERTAINING
TO PAYMENT OF THIS PURCHASE ORDER. COMPLIANCE TO
THESE GUIDELINES WILL PROMOTE PROMPT PAYMENT.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

001033  USER SUZANNE J BEARDSLEY

ORIGINAL

LAST PAGE

11/14/2010   21:47   6163993743          WEST MICHIGAN SPLINE          PAGE   11

# DELPHI

RECV  6/16/05

## PURCHASE ORDER- ALTERATION

PAGE 1

S2MB1551 001
### A L T E R A T I O N ###
### A L T E R A T I O N ###

| ORDER DATE | SHIP VIA | PHONE: 989-757-4071 |
|---|---|---|
| 10/12/04 | SEE BELOW | K. HUNTER    Buyer |
| ALTERATION ISSUE DATE | | S17 |
| 02/22/05 | | |
| ALTERATION EFFECTIVE | | |
| 02/22/05 | | |

NUMBER: S2MB1551

VENDOR NUMBER 79-870-1702

TO:
DELPHI
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246                     MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                     US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel
Post.

F.O.B.: DELPHI'S PREFERRED CARRIER
DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UNIT/MULTIPLE |
|---|---|---|---|---|---|---|---|---|
| | | | HLDBK | ### SPOT BUY S2MB1551 HAS BEEN ALTERED AS FOLLOWS ### | | | | |
| | | | | ADDED LINE ITEMS PER PR379471 | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | |
| 00009 | 1 | PR379471 009 | | ### THIS ITEM HAS BEEN ADDED ### | | | | |
| | | | | NEW RACK BOX TO HOLD SPLINE RACKS. | 05/17/05 | B 0.00% | 45543.0000 | PC |
| | | | | WHO ORDERED: M.ROVOLL/757-4798 | | | | |
| 00010 | 1 | PR379471 010 | | ### THIS ITEM HAS BEEN ADDED ### | | | | |
| | | | | DESIGN AND BUILD LOADER, ENTRANCE CHUTE, EXIT CHUTE MOUNTING BRACKET, PART SUPPORT BRACKET, AND LIMIT SWITCHES FOR I-SHAFT | 05/17/05 | B 0.00% | 12980.0000 | PC |
| | | | | WHO ORDERED: M.ROVOLL/757-4798 | | | | |
| 00011 | 1 | PR379471 011 | | ### THIS ITEM HAS BEEN ADDED ### | | | | |
| | | | | INSTALL TWO POSITION TAILSTOCK | 05/17/05 | B 0.00% | 4390.0000 | PC |
| | | | | WHO ORDERED: M.ROVOLL/757-4798 | | | | |

Handwritten annotations:
10- 4551.30
90- 40988.70
10- 1298.00
90- 11682
10- 439
90- 3957

PAYMENT TERMS   NET 2ND DAY/2ND MTH-10%

001464   USER SUZANNE J BEARDSLEY                ORIGINAL                CONTINUE PAGE

11/14/2010   21:47   6163993743                 WEST MICHIGAN SPLINE                PAGE   12

# DELPHI

## PURCHASE ORDER

S2MB1551 001
PAGE 2

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

F.O.B.        DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

###  ALTERATION  ###

ORDER DATE        10/12/04
ALTERATION ISSUE DATE   02/22/05
ALTERATION EFFECTIVE    02/22/05

SHIP VIA    SEE BELOW

PHONE: 989-757-4071
K HUNTER    Buyer
S17

PURCHASING AGENT

| PAYMENT TERMS | | | | | |
|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT of MULTIPLE INDENSH |
|---|---|---|---|---|---|---|---|---|---|
| 00012 | 1 | PR379471 012 | HLDBK | ### THIS ITEM HAS BEEN ADDED ### | | 05/17/05 | B | 8456.0000 | PC |
| | | | | | | DATE REQUIRED | 0.00% | | |

LABOR TO INSTALL CHANGES AND PROVIDE RUN-OFF
WHO ORDERED: M.ROVOLL/757-4798

(handwritten)
90 - 7610.40      10-845.60
90% - Ent. 9648ST  254 185.20
10% @ Ent-MX
Grand Total . 2 882 4288.00
                              2 8 2 4 2.80

D0001454   USER SUZANNE J BEARDSLEY        ORIGINAL        LAST PAGE

**DELPHI**

**DELPHI SAGINAW STEERING SYSTEM**

**PURCHASE ORDER:** S2M81552

PAGE 1

PHONE: 989-757-4071

K. HUNTER   Buyer

PURCHASING AGENT

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

ORDER DATE 10/12/04
ALTERATION ISSUE DATE 10/12/04

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Numbered must be shown on Packing Slips and Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ALTERATION EFFECTIVE DATE

| PAYMENT TERMS NET | ITEM EVIDENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | SHIP VIA | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2ND DAY/2ND MTH-10% HLDBK | | | | F.O.B. DELPHI'S PREFERRED CARRIER | | DESTINATION UNLESS OTHERWISE INDICATED | | SEE BELOW | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** | | | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | 0001 | 1 | PR379470 001 | THIS IS A CONFIRMING ORDER CONFIRMED WITH: GARY HILL | | 04/12/05 | B 0.00% | | 282299.0000 | | PC |
| | 0002 | 1 | PR379470 002 | STANDARD WMS MODEL 48D - SPLINE ROLLER FOR SPLINES AND THREADS REFERENCE RFP 2412 DPR #A4480002 TAG #140080 WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 | B 0.00% | | 58249.0000 | | PC |
| | 0003 | 1 | PR379470 003 | AUTOLOAD MACHINE USING ROBOT CONCEPT WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 | B 0.00% | | 2056.0000 | | PC |
| | 0004 | 3 | PR379470 004 | PACKAGE FOR SHIPMENT WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 | B 0.00% | | 2056.0000 | | EA |
| | 0005 | 3 | PR379470 005 | PART LOCATING LIVE CENTERS - HEADSTOCK WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 | B 0.00% | | 0.0000 | | EA |

01033   USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE 2

11/14/2010  21:42    6163993743           WEST MICHIGAN SPLINE              PAGE  03

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 2

**DELPHI SAGINAW STEERING SYSTEM**

VENDOR NUMBER 79-870-1702

TO:
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

SHIP TO:
DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 212
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA: SEE BELOW

PHONE: 989-757-4071
K HUNTER   Buyer   S17

PURCHASING AGENT

PAYMENT TERMS: 2ND DAY/2ND MTH-10% HLDBK

F.O.B. DELPHI'S PREFERRED CARRIER     DESTINATION UNLESS OTHERWISE INDICATED

| ITEM EVIDENCE | NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE MEASURE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0006 | 3 | PR379470 006 | PART LOCATING LIVE CENTERS - HEADSTOCK | WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 | B 0.00% | 10- 385.00 (1,368) 90-340.80 10- 9600 10-96.00 3856.0000 (3807) 90-870.00 | | EA |
| 0007 | 3. | PR379470 007 | PART SUPPORT BRACKET | WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 | B 0.00% | 969.0000 (3807) 90-969.00 | OK | EA |
| 3008 | 3 | PR379470 008 | PART WEAR PADS FOR SUPPORT BRACKET WHO ORDERED: M.ROVOLL/757-4798 | | | 04/12/05 | B 0.00% | (333) 1077.0000 10-359.10 90-1077.30 EA- | 100/0 | EA |
| | | | RACK SPACERS WHO ORDERED: M.ROVOLL/757-4798 | | | | | 369 852- | | EA |

ATTENTION*********************************
SUPPLIER AGREES TO A CHARGE OF 1.00% PER WEEK
FOR EACH WEEK THE SUPPLIER IS LATE FROM THE
AGREED UPON DELIVERY DATE. ADDITIONAL CHARGES
INCURRED BY THE SUPPLIER TO ACHIEVE AGREED UPON
DELIVERY DATE ARE THE SUPPLIER'S RESPONSIBILITY
AND WILL NOT BE REIMBURSED BY DELPHI.
ATTENTION ALL CONSTRUCTION/MAINTENANCE CONTRACTORS:
ALL CURRENT AND POTENTIAL DELPHI
SAGINAW SITE CONSTRUCTION/MAINTENANCE
CONTRACTORS MUST ATTEND A MANDATORY SAFETY AND HEALTH

i01033    USER SUZANNE J BEARDSLEY          ORIGINAL                    CONTINUE PAGE    3

11/14/2010   21:42   6163993743        WEST MICHIGAN SPLINE              PAGE  04

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 3

PHONE: 989-757-4071

ORDER DATE 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

K HUNTER  Buyer
S17

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. 2 copies of your packing slip must accompany each shipment. Item Identification Numbered Invoices. Invoice Attn: Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601

SHIP TO: DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX  MX

VENDOR NUMBER 79-870-1702
TO: WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI 49424  US

76246
INVOICE TO: DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000  US

PAYMENT TERMS: 2ND DAY/2ND MTH-10% HLDBK

F.O.B.: DELPHI'S PREFERRED CARRIER

DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | SHIP VIA | BASE UNIT PRICE | PRICE UNIT o MULTIPLE/REASE |
|---|---|---|---|---|---|---|---|---|---|---|
| 001033 | | | | ORIENTATION TRAINING PROGRAM. THE PROGRAM CONSISTS OF AN EIGHT (8) HOUR TRAINING SESSION, CONDUCTED BY THE GREAT LAKES SAFETY CENTER. ALL CONTRACTOR EMPLOYEES MUST ATTEND THIS TRAINING PRIOR TO COMING TO WORK AT DELPHI SAGINAW SITE. THE COST OF TRAINING IS THE RESPONSIBILITY OF THE CONTRACTOR, NOT DELPHI. TO SCHEDULE THIS TRAINING, YOU MUST CONTACT THE GREAT LAKES SAFETY CENTER AT 989/496-9415 OR 800/675-7599. GREAT LAKES SAFETY CENTER WILL HANDLE THE RE-GISTRATION PROCESS IN ITS ENTIRETY. CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER AND THE "WHO ORDERED" PERSON DESIGNATED WITH DETAILED EXPLANATION. THIS JOB TO CONFORM TO DELPHI SPECIFICATIONS LISTED BELOW; DELPHI STANDARD EQUIPMENT SD-010 DELPHI STANDARD EQUIPMENT SPECIFICATIONS OR SD-000 DELPHI MACHINE AND EQUIPMENT SPECIFICATIONS. TO OBTAIN THESE STANDARDS CONTACT THE "ENGINEER/FOLLOW-UP" OR THE "REC DEPT. NOTIFY" PERSON LISTED ON THE FIRST PAGE OF THIS PURCHASE ORDER. PLEASE RETAIN THESE SPECIFICATIONS FOR FUTURE | | | | | | |

USER SUZANNE J BEARDSLEY

ORIGINAL          CONTINUE PAGE  4

# PURCHASE ORDER: S2M81552

PAGE 4

PHONE: 989-757-4071

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. [2] copies of your packing slip must accompany each shipment. Item Identification Number[ed] must be shown on Packing Slips and Invoices. Invoice Attn: Accounts Payable Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246            MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000          US

US

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|

PAYMENT TERMS NET  2ND DAY/2ND MTH-10% HLDBK

ORDER DATE 10/12/04

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

SHIP VIA SEE BELOW

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

PURCHASING AGENT
K HUNTER  S 17
Buyer

JOBS.
CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
LEAD TIME MUST BE INITIATED BY SUPPLIER OR DELPHI
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY
DELPHI GLOBAL PURCHASING VIA A PURCHASE ORDER
ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY
REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN
WRITING TO THE BUYER WITH DETAILED EXPLANATION.
*****************ATTENTION ALL SUPPLIERS****(ST)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE
ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.
*****************SALES TAX CODES****************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX WHERE IT IS NOT APPLICABLE.
SEE FOLLOWING CODES:
(A)  NOT TAXABLE-EXPERIMENTAL ENGINEERING
(B)  NOT TAXABLE-INDUSTRIAL PROCESSING
(C)  NOT TAXABLE-FOR RESALE
(D)  NOT TAXABLE-SALES PROMOTION AND
     CONSUMER INFLUENCE. VENDOR
     RESPONSIBLE FOR TAX.
(E)  NOT TAXABLE-POLLUTION CONTROL EQUIP.

CONTINUE PAGE   5

01033   USER SUZANNE J BEARDSLEY                ORIGINAL



11/14/2010  21:42   6163993743        WEST MICHIGAN SPLINE                PAGE  06

**DELPHI**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
TO:  156 MANUFACTURERS DR
WEST MICHIGAN SPLINE INC
HOLLAND MI
49424

SHIP TO:  DELPHI SAGINAW ACC  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246                                    MX
US

INVOICE TO:  DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                                    US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**PURCHASE**  PAGE  5
**ORDER:**  S2M81552

PHONE: 989-757-4071
ORDER DATE 10/12/04    K. HUNTER   Buyer
ALTERATION ISSUE DATE              S17

| PAYMENT TERMS | SHIP VIA | PURCHASING AGENT |
| --- | --- | --- |
| NET 2ND DAY/2ND MTH-10% HLDBK | SEE BELOW | |

| QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE PER / MULTIPLE (MEAS) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (F) | TAXABLE-DO NOT BILL TAX, BUYER HAS | | | | | |
| | | | DIRECT PAY PERMIT. | | | | | |
| | | (G) | NOT TAXABLE-SERVICE VENDOR-LABOR ONLY | | | | | |
| | | (H) | NOT TAXABLE-DO NOT BILL-FOR CONSUMP- | | | | | |
| | | | TION IN MEXICO. | | | | | |
| | | (I) | MATERIAL ONLY TAXABLE-CONSTRUCTION | | | | | |
| | | | CONTRACTOR RESPONSIBLE FOR SALES | | | | | |
| | | | TAX ON MATERIAL | | | | | |
| | | | SALES TAX EXEMPTION CERTIFICATES | | | | | |
| | | | ALABAMA     805 | | | | | |
| | | | GEORGIA     300-45870-8 | | | | | |
| | | | OHIO 99-002667 | | | | | |
| | | | INDIANA     101872130011 | | | | | |
| | | | TEXAS 1-38-3431131-1 | | | | | |
| | | | KANSAS     98-003A       WISCONSIN WDP-99-01-010037 | | | | | |
| | | | MISSISSIPPI APPLIED FOR    MICHIGAN   38-3431131 | | | | | |
| | | | NEW YORK DP-3487          NEW JERSEY APPLIED FOR | | | | | |
| | | | *RIGHT TO AUDIT*       (ZH) | | | | | |
| | | | BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS | | | | | |
| | | | AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL | | | | | |
| | | | CHARGES AND AGREES THAT ALL RECORDS SUPPORTING | | | | | |
| | | | CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AF- | | | | | |
| | | | FILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |
| | | | AVAILABLE FOR AUDIT BY DELPHI FOR | | | | | |
| | | | A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. | | | | | |
| | | | FAX NUMBER FOR KEN HUNTER: 989/757-5884 | | | | | |
| | | | TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO | | | | | |
| | | | THE FOLLOWING GUIDELINES; | | | | | |

| | | | F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
| --- | --- | --- | --- | --- |
| | | | DELPHI'S PREFERRED CARRIER | SEE BELOW |

ID1033  USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE  6

11/14/2010  21:42   6163993743              WEST MICHIGAN SPLINE              PAGE  07

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 6

PHONE: 989-757-4071

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
TO: WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

INVOICE TO: DELPHI
SEE INVOICE INSTRUCTIONS 00
00000

SHIP TO: DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246

MX                US

| NET | 2ND DAY/2ND MTH-10% | | |
|-----|--------------------|--|--|

**PAYMENT TERMS**

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2 copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips and Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ITEM SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION |
|-------------|------------------|------------------------|-----------|-------------|

J01033     2ND DAY/2ND MTH-10% HLDBK

ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION VIA BOTH PHONE AND HARD COPY. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER (E-MAIL TO KEN.J.HUNTER@DELPHIAUTO.COM).

THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.

WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE 2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.

IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN.

IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK ON THE STATUS OF THE PAYMENT YOU WILL NEED YOUR COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.

ALL DOMESTIC DELIVERIES ARE TO BE SHIPPED FOB SHIPPING POINT. ALL INTERNATIONAL DELIVERIES ARE TO BE SHIPPED FCA (ORIGIN). TIOP (TITLE TRANSFER DELPHI PLANT). CONTACT THE FOLLOWING CARRIERS WHERE APPLICABLE:
DOMESTIC SHIPPING AND ROUTING INSTRUCTIONS TO DELPHI SAGINAW, MI AND ATHENS, AL PLANTS ONLY.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|--------|----------------------------------------|

DELPHI'S PREFERRED CARRIER

| RFQ NUMBER | DATE REQUIRED | TAX CODE %/ | SHIP VIA | BASE UNIT PRICE | PRICE MULT/PER. | UNIT MEAS. |
|------------|---------------|-------------|----------|-----------------|-----------------|------------|
| | | | SEE BELOW | | | |

ORDER DATE: 10/12/04
ALTERATION ISSUE DATE

K. HUNTER   S17
Buyer

PURCHASING AGENT

USER SUZANNE J BEARDSLEY

ORIGINAL                    CONTINUE PAGE   7

11/14/2010   21:42   6163993743                    WEST MICHIGAN SPLINE              PAGE   08

DELPHI

# PURCHASE ORDER:
**S2M81552**

PAGE   7

PHONE: 989-757-4071
K. HUNTER          S17
Buyer

ORDER DATE 10/12/04
ALTERATION ISSUE DATE

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numberid must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Desire Valuation of Express Shipments or Insure Parcel
Post.

**SHIP TO:**
DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

SHIP VIA   SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE| % | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|---|
| 01033 | | 2ND DAY/2ND MTH-10% HLDBK | | | | | | | |

USER SUZANNE J BEARDSLEY

CARRIERS:
LESS THAN 150 POUNDS-UPS CONSIGNEE BILLING IS HOW
THE SHIPMENT SHOULD BE CALLED INTO UPS, NOT COLLECT
OR PREPAID. ALL PACKAGES SHOULD WEIGH NO MORE THAN
40 POUNDS OR LESS, IF PRACTICAL. PLANT NUMBER MUST BE
ON THE LABEL; FOR ITEMS COLLECTIVELY WEIGHING 150
POUNDS-12,000 POUNDS PLEASE USE THE FOLLOWING
CARRIERS:
DESTINATION DELPHI SAGINAW, MI PLANTS
MI,IN,IL,WI,OH                ALVAN MOTOR FREIGHT
ONTARIO, CANADA               CENTRAL TRANSPORT
ALL OTHER STATES              CENTRAL TRANSPORT
USA \-/ CANADA \-/ MEXICO \-/ USA
(ACCOUNT NUMBERS WILL BE PROVIDED AT TIME OF
PURCHASE ORDER)
DESTINATION DELPHI ATHENS, AL PLANTS
MI,IN,IL,WI,OH, AND ONTARIO, CANADA U.S.F. HOLLAND
ALL OTHER STATES              CENTRAL TRANSPORT
CONTACT THE FOLLOWING CARRIERS WHERE APPLICABLE:
ARTISAN AND ASSOCIATES 800/338/6486
NORTH AMERICA TO/FROM SOUTH AMERICA
NORTH AMERICA TO/FROM EUROPE
EUROPE TO/FROM SOUTH AMERICA
EUROPEAN COUNTRY TO/FROM EUROPEAN COUNTRY
SOUTH AMERICA TO/FROM ASIA
PANALPINA 800/743-9386

*************************************************

ORIGINAL                                              CONTINUE PAGE   8

DELPHI

**PURCHASE ORDER:** S2N81552   PAGE 8

PHONE: 989-757-4071
K HUNTER   Buyer

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numbered must be shown on Packing Slips and Invoice.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

| ITEM EVIDENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | RFQ NUMBER | DATE REQUIRED | SHIP VIA | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01033 | | | | NORTH AMERICA TO/FROM ASIA | DELPHI'S PREFERRED CARRIER | | | SEE BELOW | | | |

ORDER DATE 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PAYMENT TERMS   NET   2ND DAY/2ND MTH-10% HLDBK

TO:

USER SUZANNE J BEARDSLEY

NORTH AMERICA TO/FROM ASIA
ASIA TO/FROM EUROPE
DANZAS/AIR EXPRESS INTERNATIONAL 800/251-9019
**************************************
NORTH AMERICA TO/FROM INDIA
CIRCLE/EAGLE 630/766-9220
*WHEN CALLING FOR SHIPPING AND ROUTING INSTRUCTIONS*
HAVE THE FOLLOWING INFORMATION AVAILABLE:
SHIPPER NAME, ADDRESS (CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER,
CONSIGNEE (RECEIVING DESTINATION) NAME, ADDRESS,
(CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER
DIMENSION (LENGTH X WIDTH X HEIGHT)
WEIGHT
*THIS WILL DETERMINE THE SIZE/STYLE OF SEA
CONTAINER OR SIZE OF AIRPLANE
**ANY TIME A BOARDER IS CROSSED, IT MUST BE ACCOM-
PAINED BY A COMMERCIAL PRICE PACKING SLIP/INVOICE,
WHICH INCLUDES THE FOLLOWING:
LETTERHEAD AT THE TOP
DATE, DESTINATION, SHIPPER NUMBER
CONTENTS, QUANTITY, UNIT PRICE, TOTAL PRICE
COUNTRY OF ORIGIN
PURCHASE ORDER NUMBER

S17

PURCHASING AGENT

ORIGINAL

CONTINUE PAGE   9

11/14/2010  21:42  6163993743          WEST MICHIGAN SPLINE          PAGE  10

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 9

DELPHI SAGINAW STEERING SYSTEM

3900 HOLLAND RD.
SAGINAW MI
48601
US

**SHIP TO:**
DELPHI SAGINAW ACE PLT 65
PARQUE INDL BERNARDO QUINTANA
SANTA ROSA DE VITERBO 12
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX
US

**VENDOR NUMBER** 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

**TO:**

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This order is not binding until accepted. Acceptance should be executed on acknowledgement copy which should be returned to Buyer.

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | ORDER DATE 10/12/04 | PHONE: 989-757-4071 |
|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | DELPHI'S PREFERRED CARRIER | ALTERATION ISSUE DATE | K. HUNTER |
| | | | ALTERATION EFFECTIVE DATE | Buyer |

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | SHIP VIA SEE BELOW | BASE UNIT PRICE | PRICE UNIT/MULTIPLE/MEASU |
|---|---|---|---|---|---|---|---|---|---|

J1033 USER SUZANNE J BEARDSLEY

SHIPPED VIA

SIGNATURE AND TITLE

WARRANTY PERIOD BEGINS AT START OF PRODUCTION.

***************************************************

THIS IS A CAPITAL EQUIPMENT OR CONSTRUCTION
INVOICELESS PURCHASE ORDER.
1. SEND ALL PRICED PACKING SLIPS (OR INVOICES IF
YOU PREFER) PERTAINING TO THIS ORDER TO
MARK ROYOLL/989-757-4798
2. ADDRESS AND MAIL YOUR PRICED PACKING SLIPS (OR
INVOICE) DIRECTLY TO THIS PERSON AT THE ADDRESS
LISTED ABOVE UNDER "INVOICE TO". THIS PERSON WILL
BE YOUR POINT OF CONTACT FOR ALL MATTERS PERTAINING
TO PAYMENT OF THIS PURCHASE ORDER. COMPLIANCE TO
THESE GUIDELINES WILL PROMOTE PROMPT PAYMENT.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

ORIGINAL          LAST PAGE



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

*WMS Received Delphi
Payment on 9/6/05*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2005 | 2-694 |

| Bill To |
|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. KEN HUNTER<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW MI 48601 |

| Ship To |
|---------|
| DELPHI SAGINAW ACE PLT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUITANA<br>MUNICIPIO EL MARQUES<br>QUERETARO MX 76246 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | NEW MACHINE | STANDARD WMS MODEL 48D SPLINE ROLLER, S/N 2-694 FOR SPLINES AND THREADS. REFERENCE RFP 2412, DPR #A4480002, TAG #140080, PR379470-001, MARK ROVOLL | 254,069.10 | 254,069.10 |
| 1 | NEW MACHINE | AUTOLOAD MACHINE USING ROBOT CONCEPT, PR379470-002 | 52,424.10 | 52,424.10 |
| 1 | NEW MACHINE | PACKAGE FOR SHIPMENT, PR379470-003 | 1,850.40 | 1,850.40 |
| 1 | NEW MACHINE | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379470-004 | 681.30 | 681.30 |
| 1 | NEW MACHINE | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379470-005 | 681.30 | 681.30 |
| 1 | NEW MACHINE | PART SUPPORT BRACKET, PR379470-006 | 3,470.40 | 3,470.40 |
| 1 | NEW MACHINE | PART WEAR PADS FOR SUPPORT BRACKET, PR379470-007 | 872.10 | 872.10 |
| 3 | NEW MACHINE | RACK SPACERS, PR379470-008 | 969.30 | 2,907.90 |

*RECIEVED*
*M Broll 7/2/05 (Run Date)*

| | Total | |
|--|-------|--|

Page 1

EXHIBIT
3
tabbies



**WEST MICHIGAN SPLINE, INC.**
*156 MANUFACTURERS DR.*
*HOLLAND, MI 49424 USA*
*616-399-5550 PHONE*
*616-399-3743 FAX*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2005 | 2-694 |

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. KEN HUNTER<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW MI 48601 | DELPHI SAGINAW ACE PLT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUITANA<br>MUNICIPIO EL MARQUES<br>QUERETARO MX 76246 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1 | NEW MACHINE | BLUE STEEL CONVEYOR WITH ROLLERS, PR379470-009 | 14,996.70 | 14,996.70 |
| 1 | NEW MACHINE | PROFILE GATES FOR ERROR PROOFING, PR379470-010 | 6,003.00 | 6,003.00 |
| 1 | NEW MACHINE | CHIP BLOW OFF UNIT, PR379470-011 | 1,251.00 | 1,251.00 |
| 1 | NEW MACHINE | PART ESCAPEMENT ASSEMBLY FOR METERING, PR379470-012 | 8,870.40 | 8,870.40 |
| 1 | NEW MACHINE | CROSS HOLE DETECTION GAGE, PR379470-013 | 10,881.00 | 10,881.00 |
| 1 | NEW MACHINE | SPLINE RACK IDENTIFICATION SYSTEM, PR379470-014 | 0.00 | 0.00 |
| 1 | NEW MACHINE | PART SHUTTLE FOR PART SEPARATION AT WASHER, PR379470-015 | 1,303.20 | 1,303.20 |
| 1 | NEW MACHINE | CUT SLOT FOR ERROR PROOF IN MX-1663 AS DESCRIBED BY DRAWING. 15.50" FROM EDGE AT A LENGTH OF .7426" AND RADIUS 0.125", PR379470-016 | 144.00 | 144.00 |

RECIEVED (Running Date)
MCBroll 7/2/05

| | Total | |
|--|-------|--|

Page 2



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2005 | 2-694 |

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. KEN HUNTER<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW MI 48601 | DELPHI SAGINAW ACE PLT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUITANA<br>MUNICIPIO EL MARQUES<br>QUERETARO MX 76246 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | NEW MACHINE | COUNTER BORE 1.25" DIA .25DP IN MX-1164 FOR ERROR PROOF CHIP AS DESCRIBED BY DRAWING 0.875" FROM BOTTOM AT LOCATION OF 21.375", PR379470-017 | 90.00 | 90.00 |
| 1 | NEW MACHINE | CUT SLOT FOR ERROR PROOF IN MX-1165 AS DESCRIBED BY DRAWING. 15.50" FROM EDGE AT A LENGTH OF .7426" AND RADIUS 0.125", PR379470-018 | 144.00 | 144.00 |
| 1 | NEW MACHINE | COUNTER BORE 1.25" DIA .25DP IN MX-1166 FOR ERROR PROOF CHIP AS DESCRIBED BY DRAWING 0.875" FROM BOTTOM AT A LOCATION OF 21.375" FROM EDGE, PR379470-019 | 90.00 | 90.00 |
| | | NOTE: ALL COSTS ARE IN US FUNDS. THIS INVOICE REFLECTS 90% OF TOTAL ORDER INVOICED UPON RUN-OFF AT WMS. (WITH THE EXCEPTION OF ITEM 00014 ON DELPHI PO #S2M81552-001, SPLINE RACK IDENTIFICATION SYSTEM). TOTAL ORDER IS $427779.00. THE REMAINING 10% WILL BE INVOICED UPON SET-UP AT DELPHI MX. | | |

*7/2/05 - Ruslff*
*RECIEVED.*

*M Goal*

| | Total | $360,729.90 |
|--|-------|-------------|

Page 3

*OK TO PAY ROBIN MILAVEZ*
*Robin Milan 8/2/05*



**WEST MICHIGAN SPLINE, INC.**
**156 MANUFACTURERS DRIVE**
**HOLLAND, MI 49424        USA**
**PHONE, 616-399-5550**
**FAX, 616-399-3743**

SHIP TO:

DELPHI SAG LAREDO DIST CTR, PLT 44
ATTN: CLAUDIASALINAS
13701 MINES ROAD
LAREDO TEXAS 78045 USA

956-693-3379 FAX—956-693-5182

# SHIPPER

| NO. | 2-694 |
|-----|-------|

| DATE:   07/14/2005 |
|--------------------|

Truck 1 – Shipment #482647

| ACCT NO. | DATE SHIPPED | SHIPPED VIA | GROSS WEIGHT | ORDER NUMBER |
|----------|--------------|-------------|--------------|--------------|
|          | 07/14/2005   | Fitzley Inc | 40000   LBS  | S2M81552, 001, 002 |

| ITEM | DESCRIPTION | QUANTITY | CONTAINER |
|------|-------------|----------|-----------|
| 1 | NEW WMS MODEL 48D SPLINE ROLLING MACHINE, S/N 2-694, TO INCLUDE THE FOLLOWING PARTS UNDER S/N 2-694, WHICH WERE BROKEN DOWN FOR SHIPPING: | ONE | MACHINE |
| 2 | ONE NEW HYDRAULIC POWER UNIT | ONE | HYD UNIT |

SPECIAL INSTRUCTIONS:

FINAL DESTINATION: DELPHI SAGINAW-ACE
PLANT 65, SANTA ROSA DE VITERBO
12, PARQUE INDL BERNARDO QUINTANA, MU-
NICIPIO EL MARQUES, QUERETARO MX 76246

CARRIER SIGNATURE: _Waugh Wallace_

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

North American Free Trade Agreement

## CERTIFICATE OF ORIGIN

(Instructions Attached)
19 CFR 181.11, 181.22

OMB No. 1515-0204
See back of form for Paper-
work Reduction Act Notice.

PROTECTED (when completed)

*Please Print or Type*

| 1 Exporter's Name and Address: | 2 Blanket Period: |
|---|---|
| West Michigan Spline Inc<br>156 Manufacturers Drive<br>Holland MI 49424 USA | From D D M M Y Y  1 4 07 05  To D D M M Y Y  1 4 07 06 |
| Tax Identification Number: ▶ 38-3061806 | |

| 3 Producer's Name and Address | 4 Importer's Name and Address: |
|---|---|
| West Michigan Spline Inc<br>156 Manufacturers Drive<br>Holland MI 49424 USA | Delphi Saginaw Ace Plant 65<br>Santa Rosa De Viterbo 12<br>Parque Industrial Bernardo Quintana<br>Municipio El Marques Queretaro MX 76246 |
| Tax Identification Number: ▶ 38-3061806 | Tax Identification Number: ▶ |

| 5 Description of Good(s) | 6 HS Tariff Classification Number | 7 Preference Criterion | 8 Producer | 9 Net Cost | 10 Country of Origin |
|---|---|---|---|---|---|
| One WMS Model 48D Spline Rolling Machine S/N 2-694 Which Includes the Following Items Broken down for ship:<br>One Hydraulic Power Unit<br>One Set Fench Guarding<br>One Robot Stand and Part Blow Off<br>One Robot and Control<br>One Exit Conveyor<br>One Entrance Conveyor, (Blue)<br>One Entrance Conveyor, (Yellow, Green, Orange)<br>One Escape Conveyor, (Blue) | 8463.90 9099 | B | No 1 | 427,779.00 | USA |

11 I certify that:
- the information on this document is true and accurate and I assume the responsibility for proving such representations. I understand that I am liable for any false statements or material omissions made on or in connection with this document;

- I agree to maintain, and present upon request, documentation necessary to support this Certificate, and to inform, in writing, all persons to whom the Certificate was given of any changes that would affect the accuracy or validity of this Certificate;

- the goods originated in the territory of one or more of the Parties, and comply with the origin requirements specified for those goods in the North American Free Trade Agreement, and unless specifically exempted in Article 411 or Annex 401, there has been no further production or any other operation outside the territories of the Parties; and

- this Certificate consists of   one   pages, including all attachments.

| Authorized Signature: *Marie A. Hill* | Company: West Michigan Spline Inc |
|---|---|
| Name: Marie A Hill | Title: Office Manager |
| Date (DD / MM / YY): 1 4 07 05 | Telephone: 616-399-5550 | FAX: 616-399-3743 |

FORM 31434 PRINTED IN USA

US Customs Form 434 (121793)
Canada Form B 232E (93/12)

**CUSTOMS INVOICE**

Page 1 of 1

| 1. Vendor (Name and Address) | 2. Date of Direct Shipment b |
|---|---|
| West Michigan Spline Inc<br>156 Manufacturers Drive<br>Holland  MI  49424  USA | 14/07/2005 |

3. Other References (Include Purchaser's Order No.)

PO #S2M81552, 001, 002, Shipper 2-694

| 4. Consignee (Name and Address) | 5. Purchaser's Name and Address (if other than Consignee) |
|---|---|
| Delphi Sag Laredo Dist Ctr, Plant 44<br>Attn:  Claudia Salinas<br>13701 Mines Road<br>Laredo  Texas  78045 | Delphi Saginaw Ace Plant 65<br>Santa Rosa DeViterbo 12<br>Parque Industrial Bernardo Quintana<br>Municipio El Marques Queretaro Mexico<br>76246 |

6. Country of Transhipment

| 7. Country of Origin of Goods | IF SHIPMENT INCLUDES GOODS OF DIFFERENT ORIGIN ENTER ORIGINS AGAINST ITEMS IN 12. |
|---|---|
| USA | |

| 8. Transportation: Give Mode and Place of Direct Shipment to Canada | 9. Conditions of Sale and Terms of Payment (i.e., Sale, Consignment Shipment, Leased Goods, etc.) |
|---|---|
| Fitzley Inc | New Sale, Net 30 Days |

10. Currency of Settlement

US Funds

| 11. No. of Pkgs | 12. Specification of Commodities (Kind of Packages, Marks and Numbers, General Description and Characteristics, i.e. Grade, Quality) | 13. Quantity (State Unit) | 14. Unit Price | 15. Total |
|---|---|---|---|---|
| One | Flat Bed Truck Containing: (Truck 1)<br>One WMS Model 48D Spline Roller, S/N 2-694<br>& One new Hydraulic Power Unit | | | |
| Two | Second Flat Bed Truck Containing: (Truck 2)<br>One Set Fence Guarding<br>One Set Robot Stand and Part Blow Off<br>One Set Robot Control and Panel<br>One Part Exit Conveyor<br>One Set Entrance Conveyor (Blue)<br>One Set Entrance Conveyor,(Yellow,Green,Or)<br>One Set Escape Conveyor (Blue)<br><br>HS Tarriff Class:  8463.90.9099<br><br>NOTE:  Lot Price is for contents of<br>        both Trucks One and Two.  Order<br>        is broken down for shipment. | Lot Price | 427779.00 | 427779.00 |

| 18. If any of fields 1 to 17 are included on an attached commercial invoice, check this box ☐<br>Commercial Invoice No. | 16. Total Weight | 17. Invoice Total |
|---|---|---|
| | Net | 427779.00 |
| | Gross  50000 lbs | |

| 19. Exporter's Name and Address (if other than Vendor) | 20. Originator (Name and Address) |
|---|---|
| | Marie Hill<br>West Michigan Spline Inc<br>156 Manufacturers Drive<br>Holland MI  49424  USA |

| 21. Departmental Ruling (if applicable) | 22. If fields 23 to 25 are not applicable, check this box  [X] |
|---|---|

| 23. If included in field 17 indicate amount: | 24. If not included in field 17 indicate amount: | 25. Check (if applicable) |
|---|---|---|
| i) Transportation charges, expenses and insurance from the place of direct shipment to Canada<br><br>$_____ | i) Transportation charges, expenses and insurance to the place of direct shipment to Canada<br><br>$_____ | i) Royalty payments or subsequent proceeds are paid or payable by the purchaser<br><br>☐ |
| ii) Costs for construction, erection and assembly incurred after importation into Canada | ii) Amounts for commissions other than buying commissions | |



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2005 | 2-693 |

*90% .*

*PAID*
*10/6/05*
*WMS received*

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. STEVE SCHULZE<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW MI 48601 | DELPHI SAGINAW ACE PLANT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUINTANO<br>MUNICIPIO EL MARQUES<br>QUERETARO MEXICO 76246 |

*7 New PO# 450164109*

*Runoff Date*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81551, 001 | 2ND DAY/2ND MTH | | 7/28/2005 | ARTISAN | HOLLAND  MI | 2-693 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | REBUILD | REBUILT ANDERSON COOK MODEL 350-S SPLINE ROLLING MACHINE, S/N 352, PER RFQ 2411, PR379471 001 | 151,663.50 | 151,663.50 |
| 1 | REBUILD | AUTO LOAD MACHINE USING ROBOT CONCEPT, PR379471 002 | 28,686.60 | 28,686.60 |
| 1 | REBUILD | PACKAGE FOR SHIPMENT, PR379471 003 | 1,850.40 | 1,850.40 |
| 3 | REBUILD | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379471 004 | 681.30 | 2,043.90 |
| 3 | REBUILD | PART LOCATING LIVE CENTERS-TAILSTOCK, PR379471 005 | 681.30 | 2,043.90 |
| 1 | REBUILD | PART SUPPORT BRACKET, PR379471 006 | 1,724.40 | 1,724.40 |
| 2 | REBUILD | RACK SPACERS, PR379471 008 | 970.20 | 1,940.40 |
| 1 | REBUILD | NEW RACK BOX TO HOLD SPLINE RACKS, PR379471 009 | 40,988.70 | 40,988.70 |
| 1 | REBUILD | DESIGN AND BUILD LOADER, ENTRANCE CHUTE, EXIT CHUTE MOUNTING BRACKET, PART SUPPORT BRACKET, AND LIMIT SWITCHES FOR I-SHAFT, PR379471 010 | 11,682.00 | 11,682.00 |
| 1 | REBUILD | INSTALL TWO POSITION TAILSTOCK, PR379471 011 | 3,951.00 | 3,951.00 |
| 1 | REBUILD | LABOR TO INSTALL CHANGES AND PROVIDE RUN-OFF, PR379471 012 | 7,610.40 | 7,610.40 |

**Total**

Page 1



EXHIBIT
4



**WEST MICHIGAN SPLINE, INC.**
*156 MANUFACTURERS DR.*
*HOLLAND, MI 49424 USA*
*616-399-5550 PHONE*
*616-399-3743 FAX*

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2005 | 2-693 |

PAID *(handwritten)*

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. STEVE SCHULZE<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW  MI  48601 | DELPHI SAGINAW ACE PLANT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUINTANO<br>MUNICIPIO EL MARQUES<br>QUERETARO MEXICO 76246 |

*7 New Po # 450164109 (handwritten)*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81551, 001 | 2ND DAY/2ND MTH | | 7/28/2005 | ARTISAN | HOLLAND  MI | 2-693 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | NOTE: ALL COSTS ARE IN US FUNDS. THIS INVOICE REFLECTS 90% OF TOTAL ORDER, INVOICED UPON RUN-OFF AT WMS. THE REMAINING 10% WILL BE INVOICED UPON SET-UP AT DELPHI ACE PLANT 65, QUERETARO MEXICO. | | |

| | **Total** | $254,185.20 |
|---|-----------|-------------|

Page 2



*WEST MICHIGAN SPLINE, INC.*
*156 MANUFACTURERS DRIVE*
*HOLLAND, MI 49424      USA*
*PHONE, 616-399-5550*
*FAX, 616-399-3743*

PAGE 1 OF 2

# SHIPPER

| NO. | 2-693 |
| --- | --- |
| DATE: | 09/09/2005 |

SHIP TO:

DELPHI SAG LAREDO DIST CTR, PLT 44
ATTN: CLAUDIA SALINAS
13701 MINES ROAD
LAREDO TEXAS 78045 USA

956-693-3379 FAX-956-693-5182

*Did Not Ship Until 9/9/05*
*Due to Delphi lining up Transportation.*

| ACCT NO. | DATE SHIPPED | SHIPPED VIA | GROSS WEIGHT | ORDER NUMBER |
| --- | --- | --- | --- | --- |
| | 09/09/2005 | ARTISAN | 40,000 LBS | S2M81551 & 001 |
| | | #492589 | | |

| ITEM | DESCRIPTION | QUANTITY | CONTAINER |
| --- | --- | --- | --- |
| 1 | REBUILT ANDERSON COOK 350-S SPLINE ROLLER, S/N 352, PER RFQ 2411, INCLUDES 2 POSITION TAILSTOCK & AUTO LOAD. | ONE | MACHINE |
| 2 | NEW HYDRAULIC POWER UNIT, P/N 2693-HYD | ONE | HYD UNIT |
| 3 | NEW RACK BOX W/RACK SPACERS P/N MX1305-ASM-001-001 | ONE | MACHINE |
| 4 | PART SUPPORT BRACKET, P/N  MX1304-ASM-001-001 | ONE | PALLET |
| 5 | 3 SETS HEADSTOCK CENTERS, P/N  MX1301-DET-002-001, 3 SETS TAILSTOCK CENTERS, P/N  MX1301-DET-003-001 | SIX SETS | 2 - MACHINE 4 - PALLET |
| 6 | LOADER W/ ENTRANCE & EXIT CHUTES, P/N MX1175 & MX1300 | ONE SET | PALLET |
| 7 | FOUR SETS SPLINE RACKS: ONE SET,  #MX1172, S/N AC-M146 ONE SET, #MX1167, S/N AC-L997 ONE SET, #MX1178, S/N AC-M000 ONE SET, #MX1178, S/N AC-L999 | FOUR SETS | PALLET |

SPECIAL INSTRUCTIONS:

CARRIER SIGNATURE: _____

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

OMB No. 1651-0098
See back of form for Paper-
work Reduction Act Notice.

**NORTH AMERICAN FREE TRADE AGREEMENT**
**CERTIFICATE OF ORIGIN**

*Please print or type*

19 CFR 181.11, 181.22

| 1. EXPORTER NAME AND ADDRESS | 2. BLANKET PERIOD |
|---|---|
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURERS DRIVE<br>HOLLAND MI 49424 USA<br><br>TAX IDENTIFICATION NUMBER:    38-3061806 | *(8-29-05 Machine Ready to Ship - Did Not Ship till*<br>FROM<br>29/08/05<br>TO<br>29/08/06<br>*9/7/05 - Delphi Pickup Truck.)* |
| 3. PRODUCER NAME AND ADDRESS | 4. IMPORTER NAME AND ADDRESS |
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURERS DRIVE<br>HOLLAND MI 49424 USA<br><br>TAX IDENTIFICATION NUMBER:    38-3061806 | DELPHI SAGINAW-ACE PLANT 65, SANTA ROSA DE<br>VITERBO 12, PARQUE IND BERNARDO QUINTANA<br>MUNICIPIO EL MARQUES, QUERETARO MX 76246<br><br>TAX IDENTIFICATION NUMBER: |

| 5.<br>DESCRIPTION OF GOOD(S) | 6.<br>HS TARIFF<br>CLASSIFICATION<br>NUMBER | 7.<br>PREFERENCE<br>CRITERION | 8.<br>PRODUCER | 9.<br>NET COST | 10.<br>COUNTRY<br>OF ORIGIN |
|---|---|---|---|---|---|
| ONE REBUILT ANDERSON COOK 350-S SPLINE ROLLER, S/N 352 INCLUDES 2 POSITION TAILSTOCK & AUTOLOAD. | 8463.90 | B | NO 1 | 185791.00 | USA |
| ONE NEW HYDRAULIC POWER SYSTEM, P/N 2693-HYD | 8463.90 | B | NO 1 | 29500.00 | USA |
| NEW RACK BOX WITH RACK SPACERS, P/N MX1305-ASM-001-001 | 8463.90 | B | NO 1 | 47699.00 | USA |
| 1 SET PART SUPPORT BRACKET, P/N MX1304-ASM-001-001 | 8463.90 | B | NO 1 | 1916.00 | USA |
| 3 SETS HEADSTOCK CENTERS, P/N MX1301-DET-002-001 | 8463.90 | B | NO 1 | 2271.00 | USA |
| 3 SETS TAILSTOCK CENTERS, P/N MX1301-DET-003-001 | 8463.90 | B | NO 1 | 2271.00 | USA |
| LOADER W/ENTRANCE & EXIT CHUTES, P/N MX1175 & MX1300 | 8463.90 | B | NO 1 | 12980.00 | USA |

I CERTIFY THAT:
• THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSIBILITY FOR PROVING SUCH REPRESENTATIONS. I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;
• I AGREE TO MAINTAIN AND PRESENT UPON REQUEST, DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;
• THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUIREMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; AND
• THIS CERTIFICATE CONSISTS OF   ONE   PAGES, INCLUDING ALL ATTACHMENTS.

| 11a. AUTHORIZED SIGNATURE | 11b. COMPANY |
|---|---|
| *Marie A. Hill* | WEST MICHIGAN SPLINE INC |
| 11c. NAME *(Print or Type)*<br>MARIE A HILL | 11d. TITLE<br>OFFICE MANAGER |
| 11e. DATE *(MM/DD/YYYY)*<br>09/09/2005 | 11f. TELEPHONE NUMBER ▶ | *(Voice)*<br>616-399-5550 | *(Facsimile)*<br>616-399-3743 |

Canada Customs
and Revenue Agency

Agence des douanes
et du revenu du Canada

**CANADA CUSTOMS INVOICE
FACTURE DES DOUANES CANADIENNES**

Page 1 of 1 / de 1

1. Vendor (name and address) - Vendeur (nom et adresse)

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DRIVE
HOLLAND MI 49424 USA

2. Date of direct shipment to Canada - Date d'expédition directe vers le Canada

09/09/2005

3. Other references (include purchaser's order No.)
Autres références (indure le n° de commande de l'acheteur)

PO #S2M81551 & 001, SHIPPER NO. 2-693

4. Consignee (name and address) - Destinataire (nom et adresse)

DELPHI SAGINAW LAREDO DISTRIBUTION CTR, PLANT 44
ATTN: CLAUDIA SALINAS
13701 MINES ROAD
LAREDO  TEXAS  78045  USA

5. Purchaser's name and address (if other than consignee)
Nom et adresse de l'acheteur (s'il diffère du destinataire)

DELPHI SAGINAW ACE PLANT 65
SANTA ROSA DEVITERBO 12
PARQUE INDUSTRIAL BERNARDO QUINTANA
MUNICIPIO EL MARQUES QUERETARO  MX  76246

6. Country of transhipment - Pays de transbordement

NONE

7. Country of origin of goods
Pays d'origine des marchandises

USA

If shipment includes goods of different origins
enter origins against items in 12.
Si l'expédition comprend des marchandises d'origines
différentes, précisez leur provenance en 12.

8. Transportation: Give mode and place of direct shipment to Canada
Transport : Précisez mode et point d'expédition directe vers le Canada

ARTISAN #492589

9. Conditions of sale and terms of payment
(i.e. sale, consignment shipment, leased goods, etc.)
Conditions de vente et modalités de paiement
(p. ex. vente, expédition en consignation, location de marchandises, etc.)

NEW SALE, NET 2ND DAY 2ND MO

10. Currency of settlement - Devise du paiement

US FUNDS

| 11. Number of packages Nombre de colis | 12. Specification of commodities (kind of packages, marks and numbers, general description and characteristics, i.e., grade, quality) Désignation des articles (nature des colis, marques et numéros, description générale et caractéristiques, p. ex. classe, qualité) | 13. Quantity (state unit) Quantité (précisez l'unité) | 14. Unit price Prix unitaire | 15. Total |
|---|---|---|---|---|
| 6 | 1 REBUILT ANDERSON COOK 350-8 SPLINE ROLLER, S/N 352, PER RFQ 2411, INCLUDES 2 POS TAILSTOCK & AUTOLOAD | 1.000 LOT PIECE | 185,791.00 | 0.00 185,791.00 |
| | 1 NEW HYDRAULIC POWER SYSTEM, P/N 2693-HYD | 1.000 EACH | 29,500.00 | 29,500.00 |
| | 1 RACK BOX, W/RACK SPACERS, P/N MX1305-ASM-001-001 | 1.000 EACH | 47,699.00 | 47,699.00 |
| | # SETS PART SUPPORT BRACKETS, P/N MX1304-ASM-001-001, | 1.00 EA | 1916.00 | 1916.0 |
| | 3 SETS HEADSTOCK CENTERS, P/N MX1301-DET-002-001 | 3.000 SETS | 757.00 | 2,271.00 |
| | 3 SETS TAILSTOCK CENTERS, P/N MX1301-DET-003-001 | 3.000 SETS | 757.00 | 2,271.00 |
| | ONE LOADER WITH ENTRANCE & EXIT CHUTES, P/N MX1175 & P/N MX1300 | 1.000 SET | 12,980.00 | 12,980.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |

18. If any of fields 1 to 17 are included on an attached commercial invoice, check this box
Si tout renseignement relativement aux zones 1 à 17 figure sur une ou des factures commerciales ci-attachées, cochez cette case

Commercial invoice No. / N° de la facture commerciale

16. Total weight - Poids total

Net      Gross - Brut
         38000 LBS

17. Invoice total
Total de la facture

282428.00

19. Exporter's name and address (if other than vendor)
Nom et adresse de l'exportateur (s'il diffère du vendeur)

20. Originator (name and address) - Expéditeur d'origine (nom et adresse)

MARIE HILL
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DRIVE
HOLLAND  MI  49424  USA

21. CCRA ruling (if applicable) - Décision de l'Agence (s'il y a lieu)

22. If fields 23 to 25 are not applicable, check this box
Si les zones 23 à 25 sont sans objet, cochez cette case  ✓

23. If included in field 17 indicate amount:
Si compris dans le total à la zone 17, précisez:

(i) Transportation charges, expenses and insurance from the place of direct shipment to Canada
Les frais de transport, dépenses et assurances à partir du point d'expédition directe vers le Canada

(ii) Costs for construction, erection and assembly incurred after importation into Canada
Les coûts de construction, d'érection et d'assemblage après importation au Canada

(iii) Export packing
Le coût de l'emballage d'exportation

24. If not included in field 17 indicate amount:
Si non compris dans le total à la zone 17, précisez:

(i) Transportation charges, expenses and insurance to the place of direct shipment to Canada
Les frais de transport, dépenses et assurances jusqu'au point d'expédition directe vers le Canada

(ii) Amounts for commissions other than buying commissions
Les commissions autres que celles versées pour l'achat

(iii) Export packing
Le coût de l'emballage d'exportation

25. Check (if applicable):
Cochez (s'il y a lieu):

(i) Royalty payments or subsequent proceeds are paid or payable by the purchaser
Des redevances ou produits ont été ou seront versés par l'acheteur

(ii) The purchaser has supplied goods or services for use in the production of these goods
L'acheteur a fourni des marchandises ou des services pour la production de ces marchandises

Dans ce formulaire, toutes les expressions désignent des personnes visent à la fois les hommes et les femmes.

CI1 (00)

**Delphi**
Disbursement Services
PO Box 62530
Phoenix, AZ 85082-2530

DETACH BEFORE DEPOSITING CHECK

| | | | | | CHECK NO. | 90052106I |
| | | | | | PAYMENT DATE | 10/05/05 |

| VENDOR DUNS NO. | RD 798701702 | | |
|---|---|---|---|
| VENDOR NAME | WEST MICHIGAN SPLINE INC | | |

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 900083160853I | 08/31/05 | K9 05185352000I | .00 .0000 | 254,185.20 | .00 | 254,185.20 |
| S2M81355I 2-695 | | | | | | |
| PLT: DELPHI SAGINAW HQTRS | | | | | | |
| P/N: PR879471002 QTY: 1.000 UOM: EA U/P: | | | | 28,242.80000- | | EXT: 28,242.80- |
| P/N: PR879471002 QTY: 1.000 UOM: PC U/P: | | | | 168,515.00000 | | EXT: 168,515.00 |
| P/N: PR879471004 QTY: 1.000 UOM: PC U/P: | | | | 31,874.00000 | | EXT: 31,874.00 |
| P/N: PR879471004 QTY: 3.000 UOM: EA U/P: | | | | 2,056.00000 | | EXT: 2,056.00 |
| P/N: PR879471005 QTY: 3.000 UOM: PC U/P: | | | | 757.00000 | | EXT: 2,271.00 |
| P/N: PR879471006 QTY: 1.000 UOM: EA U/P: | | | | 1,916.00000 | | EXT: 1,916.00 |
| P/N: PR879471008 QTY: 2.000 UOM: PC U/P: | | | | 1,078.00000 | | EXT: 2,156.00 |
| P/N: PR879471009 QTY: 1.000 UOM: PC U/P: | | | | 45,543.00000 | | EXT: 45,543.00 |
| P/N: PR879471010 QTY: 1.000 UOM: PC U/P: | | | | 12,580.00000 | | EXT: 12,580.00 |
| P/N: PR879471011 QTY: 1.000 UOM: PC U/P: | | | | 4,390.00000 | | EXT: 4,390.00 |
| P/N: PR879471012 QTY: 1.000 UOM: PC U/P: | | | | 8,456.00000 | | EXT: 8,456.00 |

FOR PMT INFO USE E-DACOR HTTP://DELPHI.CDVISINT.COM / ISSUES(PRIC
ING CALL BUYER)(QTY CALL PLANT)(OTHER CUST SERV:248-874-4636)   NB

| TOTAL | 254,185.20 | .00 | 254,185.20 |
|---|---|---|---|

*Rec 10/6/05*