05-44481-rdd    Doc 20884    Filed 11/24/10    Entered 11/24/10 11:47:42    Main Document
                                 Pg 1 of 2

HONIGMAN MILLER SCHWARTZ AND COHN LLP
I. W. Winsten (P30528)
Judy B. Calton (P38733)
Douglas Salzenstein (P59288)
Seth A. Drucker (P65641)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

Attorneys for Defendant West
Michigan Spline, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| **In Re** | : | |
| | : | Chapter 11 |
| **DELPHI CORPORATION,** et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Hon. Robert D. Drain |

-------------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI CORPORATION, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| Against | : | |
| | : | |
| WEST MICHIGAN SPLINE, INC., | : | Adv. Pro. No. 07-02600 (RDD) |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2010 I caused to be electronically filed a *West Michigan Spline, Inc.'s Brief In Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaint* using the ECF system which will send notification of such filing to the following:

The voluminous people in the ECF system.

|  |  |
|---|---|
|  | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
|  | By: /s/ Judy B. calton _____ |
|  | Judy B. Calton (P38733) |
|  | 2290 First National Building |
|  | 660 Woodward Avenue |
|  | Detroit, MI 48226-3506 |
|  | Telephone:  (313) 465-7344 |
|  | Facsimile:  (313) 465-7345 |
| Dated:  November 24, 2010 | e-mail:  jcalton@honigman.com |

ACTIVE.8491706.1