STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
(212) 319-8500
Constantine D. Pourakis (cp@stevenslee.com)

Attorneys for Globe Motors, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et.al.,* | : | (Jointly Administered) |
| | : | |
| DELPHI CORPORATION, *et.al.,* | : | |
| | : | Adv. Pro. No. 07-02333 (RDD) |
| Plaintiffs, | : | |
| v. | : | |
| GLOBE MOTORS, INC. and GLOBE MOTORS, | : | |
| Defendants. | : | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

   Jesse A. Gonzalez, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

   On November 24, 2010, deponent served the *Brief of Globe Motors, Inc. in Opposition to Reorganized Debtor's Motion for Leave to File Amended Complaint* by Hand Delivery on the following:

Eric B. Fisher, Esq.  
Barry N. Seidel, Esq.  
Cynthia J. Haffey, Esq.  
Butzel Long  
380 Madison Avenue, 22nd Floor  
New York, NY 10017

/s/ Jesse A. Gonzalez  
Jesse A. Gonzalez

Sworn to before me this  
24th day of November 2010

/s/ Constantine Pourakis  
Notary Public