**EXHIBIT C**

EXHIBIT 1
Delphi Automotive Systems, LLC v. Intec Group
Adv. Pro. No. 07-02525 [RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entitities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Purchase Order/Invoice Number/Antecedent Debt | Purchase Order/ Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02525 | INTEC GROUP | DAS LLC | DAS LLC | 10/7/2005 | $ 2,450,000.00 | | | WIRE |

Total Amount of Claim= $ 2,450,000.00