# EXHIBIT 2

11/22/2010   17:05   5862544944                  COLDFORMINGTECHMLOGY                  PAGE  02/03

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | | |
|---|---|---|
| In Re | : | Chapter 11 |
| **DELPHI CORPORATION,** et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Hon. Robert D. Drain |

------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI CORPORATION, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| Against | : | |
| | : | |
| WEST MICHIGAN SPLINE, INC., | : | Adv. Pro. No. 07-02600 (RDD) |
| | : | |
| Defendant. | : | |

------------------------------------------------------x

## DECLARATION OF JOHN DONNELLY

1.       I am the President of Cold Forming Technology, Inc.  Previously, I was the President of National Broach and Machine, Inc.

2.       I make this Declaration on personal knowledge, and if called as a witness, would testify to the facts contained herein.

3.       I have over 40 years experience in the automotive supply industry, including in the design, building and sale of machinery and tooling to automotive suppliers.

4.       Cold Forming Technology, Inc. is a maker of tools, and has supplied Delphi Corporation and various of its affiliates (collectively, "Delphi").  National Broach and Machine Inc. manufactured machines for the automotive supplier industry.  Toolmakers and makers of machinery in the automotive supply industry complement each other, and coordinate with each other in the design, build and sale of machinery and tools to automotive suppliers.

5.       I am familiar with the ordinary business practices in 2004 and 2005 in the machine manufacturing and sales industry to automotive industry customers.

6.     I have reviewed and am familiar with the attached purchase orders issued by Delphi to West Michigan Spline, Inc. ("WMS") and invoices dated July 14, 2005 and August 31, 2005 from WMS to Delphi.

7.     In my opinion, Delphi's obligation to pay WMS was incurred in the ordinary course of business or financial affairs of both WMS and Delphi.

8.     I have been advised that Delphi paid the invoices on or about September 6, 2005 and October 6, 2005. In my opinion these payments, made on MNS-2, or second day, second month, payment terms, were ordinary within the machine manufacturing and sales to automotive suppliers industry in 2005.

9.     I make this Declaration under penalty of perjury.

John Donnelly

Executed in Sterling Heights, Michigan
On November 22 2010.

ACTIVE.8442223.1

2

11/14/2010  21:47   6163993743   WEST MICHIGAN SPLINE   PAGE  02

# DELPHI

**PURCHASE ORDER:** S2M81551

PAGE 1

PHONE: 989-757-4071
S17   K HUNTER   Buyer

ORDER DATE: 10/12/04
ALTERATION ISSUE DATE:

**VENDOR NUMBER** 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

**SHIP TO:** DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
MX

**TO:** DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

**INVOICE TO:** SEE INVOICE
INSTRUCTIONS 00
DELPHI
00000
US

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
**DELPHI'S PREFERRED CARRIER**

SHIP VIA: SEE BELOW

**PAYMENT TERMS:** 2ND DAY/2ND MTH-10% HLDBK

**\*\*THIS IS A CONFIRMING ORDER DO NOT DUPLICATE.\*\***
CONFIRMED WITH: GARY HILL
THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD  DOLLAR (UNITED STATES)

| ITEM SEQUENCE | NET QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE UNIT / MULTIPLE MEASU |
|---|---|---|---|---|---|---|---|---|---|
| 0001 | 1 | PR379471 001 | A/C 350-S Spline Roller S/N 353 | | 03/15/05 | B | 0.00% | 168515.0000 | PC |
| 0002 | 1 | PR379471 002 | AUTO LOAD MACHINE USING ROBOT CONCEPT WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05 | B | 0.00% | 31874.0000 | PC |
| 0003 | 1 | PR379471 003 | PACKAGE FOR SHIPMENT WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05 | B | 0.00% | 2056.0000 | PC |
| 0004 | 3 | PR379471 004 | PART LOCATING LIVE CENTERS - HEADSTOCK WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05 | B | 0.00% | 757.0000 | EA |
| 0005 | 3 | PR379471 005 | | | 03/15/05 | B | 0.00% | 757.0000 | EA |

STANDARD ANSI MODEL 48D SPLINE ROLLER FOR SPLINES.
AND THREADS
REFERENCE RFP 2411
DPR #A44B0001
WHO ORDERED: M.ROVOLL/757-4798

J01033  USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE 2

*Handwritten annotations (item 0001):* 10 - 16735.50
*Handwritten annotations (item 0002):* 10 - 3187.40 ; 90 - 151663.50
*Handwritten annotations (item 0003):* 10 - 205.60 ; 90 - 28686.80
*Handwritten annotations (item 0004):* 10 - 75.70 (3-227.10) ; 90 - 681.30 ea.
*Handwritten annotations (item 0005):* 10 - 75.70 ; 90 - 681.30 ea.

11/14/2010  21:47   6163993743        WEST MICHIGAN SPLINE        PAGE  03

# DELPHI

**PURCHASE ORDER:** S2M81551   PAGE 2

DELPHI SAGINAW STEERING SYSTEM

**TO:**
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
155 MANUFACTURERS DR
HOLLAND MI 49424

US

**SHIP TO:**
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE IND. BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Issue Parcel
Post.

| | |
|---|---|
| ORDER DATE | 10/12/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA: SEE BELOW

PHONE: 989-757-4071
S17  K HUNTER  Buyer

PURCHASING AGENT

PAYMENT TERMS: NET 2ND DAY/2ND MTH-10% HLDBK

F.O.B. DELPHI'S PREFERRED CARRIER   DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/MEASU | UNIT OF MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| 0006 | 1 | PR379471 006 | PART LOCATING | PART LOCATING LIVE CENTERS - TAILSTOCK WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05  B | 0.00% | 1916.0008 | | EA |
| 0007 | 1 | PR379471 007 | PART WEAR PADS | PART WEAR PADS FOR SUPPORT BRACKET WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05  B | 0.00% | 1078.0008 | | EA |
| 0008 | 2 | PR379471 008 | RACK SPACERS | PART SUPPORT BRACKET WHO ORDERED: M.ROVOLL/757-4798<br>RACK SPACERS WHO ORDERED: M.ROVOLL/757-4798 | | 03/15/05  B | 0.00% | | | EA |

ATTENTION************************************************
SUPPLIER AGREES TO A CHARGE OF 1.00% PER WEEK
FOR EACH WEEK THE SUPPLIER IS LATE FROM THE
AGREED UPON DELIVERY DATE. ADDITIONAL CHARGES
INCURRED BY THE SUPPLIER TO ACHIEVE AGREED
DELIVERY DATE ARE THE SUPPLIER'S RESPONSIBILITY
AND WILL NOT BE REIMBURSED BY DELPHI.
ATTENTION ALL CONSTRUCTION/MAINTENANCE CONTRACTORS:
ALL CURRENT AND POTENTIAL DELPHI
SAGINAW SITE CONSTRUCTION/MAINTENANCE
CONTRACTORS MUST ATTEND A MANDATORY SAFETY AND HEALTH

CONTINUE PAGE 3

001033 USER SUZANNE J BEARDSLEY

ORIGINAL

11/14/2010  21:47   6163993743          WEST MICHIGAN SPLINE          PAGE  04

# DELPHI

**PURCHASE ORDER:** S2M81551

PAGE 3

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
DELPHI SAGINAW ACE   PLI 65
SANTA ROSA DE VITERBO 12
PARQUE INDL. BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246

MX

INVOICE TO:
00000
SEE INVOICE
INSTRUCTIONS 00

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numbered must be shown on Packing Slips and
Invoice.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

PHONE: 989-757-4071
K  HUNTER   S17
Buyer

| PAYMENT TERMS | ORDER DATE | ALTERATION ISSUE DATE | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | 10/12/04 | ALTERATION EFFECTIVE DATE | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE MEAS. |
|---|---|---|---|---|---|---|---|---|---|
| 001033 | | | HLDBK | DELPHI'S PREFERRED CARRIER | | | | | |

F.O.B.

DESTINATION UNLESS OTHERWISE INDICATED

ORIENTATION TRAINING PROGRAM. THE PROGRAM CONSISTS OF
AN EIGHT (8) HOUR TRAINING SESSION, CONDUCTED BY THE
GREAT LAKES SAFETY CENTER. ALL CONTRACTOR EMPLOYEES
MUST ATTEND THIS TRAINING PRIOR TO COMING TO WORK
AT DELPHI SAGINAW SITE.
THE COST OF TRAINING IS THE RESPONSIBILITY OF THE
CONTRACTOR, NOT DELPHI.
TO SCHEDULE THIS TRAINING, YOU MUST CONTACT THE GREAT
LAKES SAFETY CENTER AT 989/496-9415 OR 800/675-7599.
GREAT LAKES SAFETY CENTER WILL HANDLE THE RE-
GISTRATION PROCESS IN ITS ENTIRETY.
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR
PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY
CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER
WILL BE REPORTED PROMPTLY, IN WRITING, TO THE BUYER
AND THE "WHO ORDERED" PERSON DESIGNATED WITH DETAILED
EXPLANATION.
THIS JOB TO CONFORM TO DELPHI SPECIFICATIONS
LISTED BELOW:
SD-010 DELPHI STANDARD EQUIPMENT
SPECIFICATIONS OR SD-000 DELPHI
MACHINE AND EQUIPMENT SPECIFICATIONS.
TO OBTAIN THESE STANDARDS CONTACT THE
"ENGINEER/FOLLOW-UP" OR THE "REC DEPT, NOTIFY"
PERSON LISTED ON THE FIRST PAGE OF THIS PURCHASE
ORDER. PLEASE RETAIN THESE SPECIFICATIONS FOR FUTURE

USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE  4

11/14/2010  21:47   6163993743   WEST MICHIGAN SPLINE   PAGE  05

# DELPHI

**PURCHASE**   PAGE  4

**ORDER:** S2M81551

DELPHI SAGINAW STEERING SYSTEM

3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

TO:

US

SHIP TO:

DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
DELPHI

MX

INVOICE TO: SEE INVOICE
INSTRUCTIONS 00
00000

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**ORDER DATE**  10/12/04
ALTERATION ISSUE DATE

ALTERATION EFFECTIVE DATE

**SHIP VIA**  SEE BELOW

**PHONE:** 989-757-4071
K HUNTER      S17
Buyer

PURCHASING AGENT

| ITEM SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/MEASU | UNIT of MEASU |
|---|---|---|---|---|---|---|---|---|---|---|

**AYMENT TERMS**
NET   2ND DAY/2ND MTH-10% HLDBK

**F.O.B.** DELPHI'S PREFERRED CARRIER

**DESTINATION UNLESS OTHERWISE INDICATED**

001033   USER SUZANNE J BEARDSLEY

JOBS.
CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
LEAD TIME, WHETHER INITIATED BY SUPPLIER OR DELPHI
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY
DELPHI GLOBAL PURCHASING VIA A PURCHASE ORDER
ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY
REASON WHATSOEVER WILL BE REPORTED PROMPTLY, IN
WRITING, TO THE BUYER WITH DETAILED EXPLANATION.
********************ATTENTION ALL SUPPLIERS****(ST)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE
ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.
********************SALES TAX CODES****************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX WHERE IT IS NOT APPLICABLE.
SEE FOLLOWING CODES:
    (A)   NOT TAXABLE-EXPERIMENTAL ENGINEERING
    (B)   NOT TAXABLE-INDUSTRIAL PROCESSING
    (C)   NOT TAXABLE-FOR RESALE
    (D)   NOT TAXABLE-SALES PROMOTION AND
          CONSUMER INFLUENCE.
    (E)   RESPONSIBLE FOR TAX. VENDOR
          NOT TAXABLE-POLLUTION CONTROL EQUIP.

ORIGINAL

CONTINUE PAGE   5

# DELPHI

## PURCHASE ORDER.   PAGE 5

ORDER: S2M81551

PHONE: 989-757-4071
K. HUNTER   S17
Buyer

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Package and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

| ORDER DATE | ALTERATION ISSUE DATE | SHIP VIA |
|---|---|---|
| 10/12/04 | | SEE BELOW |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | ALTERATION EFFECTIVE DATE |
|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | DELPHI'S PREFERRED CARRIER | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PRO NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MEAS / MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

001 033  USER SUZANNE J BEARDSLEY

(F) TAXABLE-DO NOT BILL TAX, BUYER HAS
DIRECT PAY PERMIT,
(G) NOT TAXABLE-SERVICE VENDOR-LABOR ONLY
(H) NOT TAXABLE-DO NOT BILL-FOR CONSUMP-
TION IN MEXICO,
(I) MATERIAL ONLY TAXABLE-CONSTRUCTION
CONTRACTOR RESPONSIBLE FOR SALES
TAX ON MATERIAL
SALES TAX EXEMPTION CERTIFICATES
ALABAMA       805
GEORGIA       300-458870-B
INDIANA       10187021300011
KANSAS        98-003A
MISSISSIPPI APPLIED FOR
NEW YORK DP-3487
*RIGHT TO AUDIT*
BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS
AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL
CHARGES AND AGREES THAT ALL RECORDS SUPPORTING
CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AF-
FILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE
AVAILABLE FOR AUDIT BY DELPHI FOR
A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT,
FAX NUMBER FOR KEN HUNTER: 989/757-5884
TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO
THE FOLLOWING GUIDELINES:

OHIO 9S-002667
TEXAS 1-38-3431131-1
WISCONSIN WDP-99-01-010037
MICHIGAN 38-3431131
NEW JERSEY APPLIED FOR

(ZH)

ORIGINAL

CONTINUE PAGE 6

11/14/2010  21:47   5163993743          WEST MICHIGAN SPLINE              PAGE  07

# DELPHI

**PURCHASE ORDER: S2M81551**

PAGE 6

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI 48601
US

**SHIP TO:**
DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX.
76246
MX

**VENDOR NUMBER** 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

PHONE: 989-757-4071
K. HUNTER  S17  Buyer

| ORDER DATE | ALTERATION ISSUE DATE | SHIP VIA |
|---|---|---|
| 10/12/04 | | SEE BELOW |

ALTERATION EFFECTIVE

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Package and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**DESTINATION UNLESS OTHERWISE INDICATED**

| PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PFQ NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE MULTIPLE/LEASE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NET | | | | | | | | | | | |
| J01033 | 2ND DAY/2ND MTH-10% HLDBK | | | | | | | | | | |
| | | | | | | | | | | | |

**F.O.B.**
DELPHI'S PREFERRED CARRIER

This order, as we-being and accepted. Acceptance should be limited at acceptance of the terms and conditions contained herein. This order, including the terms and conditions on the face and reverse side hereof, constitutes the entire agreement...

USER SUZANNE J BEARDSLEY

ADVISE THE BUYER OF ANY DISCREPANCIES ON THIS
PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS
INFORMATION VIA BOTH PHONE AND HARD COPY. REFER
TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER
(E-MAIL TO KEN.J.HUNTER@DELPHIAUTO.COM).
THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE
THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE.
WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE
2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED.
IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND
MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL
THE PERSON DESIGNATED AS "WHO ORDERED" OR THE
"DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN
ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE
TO BEGIN.
IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN
ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK
ON THE STATUS OF THE PAYMENT. YOU WILL NEED YOUR
COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO.
ALL DOMESTIC DELIVERIES ARE TO BE SHIPPED FOB
SHIPPING POINT. ALL INTERNATIONAL DELIVERIES ARE TO
SHIPPED FCA (ORIGIN) (TOP (TITLE TRANSFER DELPHI
PLANT). CONTACT THE FOLLOWING CARRIERS WHERE
APPLICABLE:
DOMESTIC SHIPPING AND ROUTING INSTRUCTIONS TO DELPHI
SAGINAW, MI AND ATHENS, AL PLANTS ONLY.

ORIGINAL                                   CONTINUE PAGE    7

11/14/2010   21:47   6163993743          WEST MICHIGAN SPLINE          PAGE   08

# DELPHI

## PURCHASE ORDER:  S2M81551

PAGE  7

PHONE: 989-757-4071
K. HUNTER
S17
Buyer

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702

TO:
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX                    MX
76246
DELPHI                          US

INVOICE TO:
00000      SEE INVOICE
           INSTRUCTIONS 00

ORDER DATE  10/12/04

ALTERATION ISSUE DATE

ALTERATION EFFECTIVE
DATE

SHIP VIA
SEE BELOW

PURCHASING AGENT

| ITEM SEQUENCE | PAYMENT TERMS | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT OF MULTIPLE MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | NET 2ND DAY/2ND MTH-10% HLDBK | | | | F.O.B. | | | | | |
| | | | | | DESTINATION UNLESS OTHERWISE INDICATED | | | | | |
| | | | | | DELPHI'S PREFERRED CARRIER | | | | | |

"You will not bind up and waste Auyence shall be seated as acknowledged copy only be sent to
returned to Seller.
The order. Including the Items and conditions on the face and reverse side hereof, constitutes Buyer's
offer to Seller and is subject to acceptance by Seller on the strict terms set forth. Acceptance of this
order, either by acknowledgement hereof or Seller or an other manner, shall the constitute acceptance and
this order. Unless otherwise agreed in writing, any modification to any of all terms and conditions
written by Buyers will be binding upon the Buyer unless made in Buyer's name and reduces
If (Government) Contract Number is Shown Hereon, additional Terms and
Attached Hereto Apply.

J01033   USER SUZANNE J BEARDSLEY

LESS THAN 150 POUNDS-UPS CONSIGNEE BILLING IS HOW
THE SHIPMENT SHOULD BE CALLED INTO UPS, NOT COLLECT
OR PREPAID. ALL PACKAGES SHOULD WEIGH NO MORE THAN
40 POUNDS OR LESS, IF PRACTICAL. PLANT NUMBER MUST BE
ON THE LABEL; FOR ITEMS COLLECTIVELY WEIGHING 150
POUNDS-12,000 POUNDS PLEASE USE THE FOLLOWING
CARRIERS:
DESTINATION DELPHI SAGINAW, MI PLANTS
MI,IN,IL,WI,OH
ONTARIO, CANADA          ALVAN MOTOR FREIGHT
ALL OTHER STATES         CENTRAL TRANSPORT
(ACCOUNT NUMBERS WILL BE PROVIDED AT TIME OF
PURCHASE ORDER)
DESTINATION DELPHI ATHENS, AL PLANTS
MI,IN,IL,WI,OH, AND ONTARIO, CANADA U.S.F. HOLLAND
ALL OTHER STATES                       CENTRAL TRANSPORT
CONTACT THE FOLOWING CARRIERS WHERE APPLICABLE:
USA \-/ CANADA \-/ MEXICO \-/ USA
ARTISAN AND ASSOCIATES 800/338/6486
NORTH AMERICA TO/FROM SOUTH AMERICA
NORTH AMERICA TO/FROM EUROPE
EUROPE TO/FROM SOUTH AMERICA
EUROPEAN COUNTRY TO/FROM EUROPEAN COUNTRY
SOUTH AMERICA TO/FROM ASIA
PANALPINA 800/743-9386

****************************************************

ORIGINAL                                    CONTINUE PAGE  8

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 8

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                                    US

**SHIP TO:**
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246                MX
US

**TO:**
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424                                    US

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 10/12/04 | | |

PHONE: 989-757-4071
K HUNTER    S17
Buyer

PURCHASING AGENT

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | DELPHI'S PREFERRED CARRIER | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT MULTIPLE/EACH |
|---|---|---|---|---|---|---|---|---|---|
| 001033 | | | | | | | | | |

NORTH AMERICA TO/FROM EUROPE
ASIA TO/FROM ASIA
DANZAS/AIR EXPRESS INTERNATIONAL 800/251-9019
**********************************************************
NORTH AMERICA TO/FROM INDIA
CIRCLE/EAGLE 630/766-9220
*WHEN CALLING FOR SHIPPING AND ROUTING INSTRUCTIONS*
HAVE THE FOLLOWING INFORMATION AVAILABLE:
SHIPPER NAME, ADDRESS (CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER,
CONSIGNEE (RECEIVING DESTINATION) NAME, ADDRESS,
(CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER
DIMENSION (LENGTH X WIDTH X HEIGHT)
WEIGHT
*THIS WILL DETERMINE THE SIZE/STYLE OF SEA
CONTAINER OR SIZE OF AIRPLANE
*ANY TIME A BOARDER IS CROSSED, IT MUST BE ACCOM-
PAINED BY A COMMERCIAL PRICE PACKING SLIP/INVOICE,
WHICH INCLUDES THE FOLLOWING:
LETTERHEAD AT THE TOP
DATE, DESTINATION, SHIPPER NUMBER
CONTENTS, QUANTITY, UNIT PRICE, TOTAL PRICE
COUNTRY OF ORIGIN
PURCHASE ORDER NUMBER

USER SUZANNE J BEARDSLEY                    ORIGINAL                    CONTINUE PAGE    9

11/14/2010  21:47   6163993743                WEST MICHIGAN SPLINE                PAGE  10

# DELPHI

## PURCHASE ORDER: S2M81551

PAGE 9

DELPHI SAGINAW STEERING SYSTEM

VENDOR NUMBER 79-870-1702

TO:
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

ORDER DATE: 10/12/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

SHIP VIA: SEE BELOW

PHONE: 989-757-4071
K. HUNTER   S17
Buyer

| PAYMENT TERMS | | | | | | |
|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | | | | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEAS/ |
|---|---|---|---|---|---|---|---|---|---|
| 001033 | | | | | | | | | |

SHIPPED VIA
SIGNATURE AND TITLE
**********************************************
WARRANTY PEROID BEGINS AT START OF PRODUCTION.

THIS IS A CAPITAL EQUIPMENT OR CONSTRUCTION
INVOICELESS PURCHASE ORDER.
1. SEND ALL PRICED PACKING SLIPS (OR INVOICES IF
YOU PREFER) PERTAINING TO THIS ORDER TO
MARK ROVOLL/989-757-4798.
2. ADDRESS AND MAIL YOUR PRICED PACKING SLIPS (OR
INVOICE) DIRECTLY TO THIS PERSON AT THE ADDRESS
LISTED ABOVE UNDER "INVOICE TO". THIS PERSON WILL
BE YOUR POINT OF CONTACT FOR ALL MATTERS PERTAINING
TO PAYMENT OF THIS PURCHASE ORDER. COMPLIANCE TO
THESE GUIDELINES WILL PROMOTE PROMPT PAYMENT.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

PURCHASING AGENT

USER SUZANNE J BEARDSLEY

ORIGINAL                                  LAST PAGE

11/14/2010   21:47   6163993743   WEST MICHIGAN SPLINE   PAGE 11

# DELPHI

## PURCHASE ORDER

PAGE 1

DELPHI SAGINAW STEERING SYSTEM

RECV 2/16/05

| | |
|---|---|
| ORDER: | S2MB1551 001 |
| PHONE: 989-757-4071 | |

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

### ### A L T E R A T I O N ###
This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slip and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 10/12/04 |
|---|---|
| ALTERATION ISSUE DATE | 02/22/05 |
| ALTERATION EFFECTIVE | 02/22/05 |
| SHIP VIA | SEE BELOW |
| PURCHASING AGENT | K HUNTER  Buyer  S17 |

F.O.B. DELPHI'S PREFERRED CARRIER
DESTINATION UNLESS OTHERWISE INDICATED

| PAYMENT TERMS | NET 2ND DAY/2ND MTH-10% HLDBK |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE/ISSU |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ### SPOT BUY S2MB1551 HAS BEEN ALTERED AS FOLLOWS ### | | | | | |
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | ADDED LINE ITEMS PER PR379471 | | | | | |
| J0009 | 1 | PR379471 009 | HLDBK | ### THIS ITEM HAS BEEN ADDED ###<br>NEW RACK BOX TO HOLD SPLINE RACKS.<br>WHO ORDERED: M.ROVOLL/757-4798 | | 05/17/05 | B  0.00% | 45543.0000 10-45541.30 | PC |
| J0010 | 1 | PR379471 010 | | ### THIS ITEM HAS BEEN ADDED ###<br>DESIGN AND BUILD LOADER, ENTRANCE CHUTE, EXIT CHUTE<br>MOUNTING BRACKET, PART SUPPORT BRACKET, AND LIMIT<br>SWITCHES FOR I-SHAFT<br>WHO ORDERED: M.ROVOLL/757-4798 | | 05/17/05 | B  0.00% | 12980.0000 10-12298.00 10-1682 | PC |
| J0011 | 1 | PR379471 011 | | ### THIS ITEM HAS BEEN ADDED ###<br>INSTALL TWO POSITION TAILSTOCK<br>WHO ORDERED: M.ROVOLL/757-4798 | | 05/17/05 | B  0.00% | 4390.0000 10-439- 10-3951 | PC |

001464   USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE

11/14/2010   21:47   6163993743          WEST MICHIGAN SPLINE                    PAGE   12

# DELPHI

## PURCHASE ORDER

**PAGE 2**

S2M81551 001

### ### A L T E R A T I O N ###

This Number Will Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment;
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**TO:**
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601                                          US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

**SHIP TO:**
DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246                                          MX

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000                                          US

| ORDER DATE | SHIP VIA | PHONE: 989-757-4071 |
| 10/12/04 | SEE BELOW | K HUNTER  Buyer  517 |
| ALTERATION ISSUE DATE | | |
| 02/22/05 | | |
| ALTERATION EFFECTIVE | | PURCHASING AGENT |
| 02/22/05 | | |

**F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED**
**DELPHI'S PREFERRED CARRIER**

| PAYMENT TERMS | | |
| NET 2ND DAY/2ND MTH-10% HLDBK | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT / MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| 00012 | 1 | PR379471 012 | ### HLDBK | ### THIS ITEM HAS BEEN ADDED ### LABOR TO INSTALL CHANGES AND PROVIDE RUN-OFF WHO ORDERED: M.ROVOLL/757-4798 | ### | 05/17/05 | B | 0.00% | 8456.0000 | PC |

*(handwritten):*
90 - 76/0.90
10 - 845.60
10 - 845.60
90% - Ent. 9/6/05
10% @ begin-MX
254 185.20
2 882 438.00
2 882 438.00
Grand Total.
2,882,438.80

| D001454 | USER SUZANNE J BEARDSLEY | ORIGINAL | LAST PAGE |

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 1

PHONE: 989-757-4071
K. HUNTER    Buyer

DELPHI SAGINAW STEERING SYSTEM

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

**TO:**
DELPHI SAGINAW
3900 HOLLAND RD.
SAGINAW MI
48601
US

**SHIP TO:**
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL. BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

**INVOICE TO:**
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

F.O.B. DELPHI'S PREFERRED CARRIER

ORDER DATE 10/12/04
ALTERATION ISSUE DATE 10/12/04
SHIP VIA SEE BELOW

| ITEM EVIDENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** | | | | | | |
| | | | USD DOLLAR (UNITED STATES) | | | | | | |
| | | | **THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY** | | | | | | |
| | | | **CONFIRMED WITH: GARY HILL** | | | | | | |
| 0001 | 1 | PR379470 001 | STANDARD WMS MODEL 48D - SPLINE ROLLER FOR SPLINES AND THREADS REFERENCE RFP 2412 DPR #A44B0002 S/N 2-694 TAG #140080 WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 B | 0.00% | 282299.0000 | | PC |
| 0002 | 1 | PR379470 002 | AUTOLOAD MACHINE USING ROBOT CONCEPT WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 B | 0.00% | 58249.0000 | | PC |
| 0003 | 1 | PR379470 003 | PACKAGE FOR SHIPMENT WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 B | 0.00% | 2056.0000 | | PC |
| 0004 | 3 | PR379470 004 | PART LOCATING LIVE CENTERS - HEADSTOCK WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 B | 0.00% | | | EA |
| 0005 | 3 | PR379470 005 | USER SUZANNE J BEARDSLEY | | 04/12/05 B | 0.00% | | | EA |

ORIGINAL

CONTINUE PAGE 2

11/14/2010   21:42      6163993743      WEST MICHIGAN SPLINE      PAGE  03

# DELPHI

**DELPHI SAGINAW STEERING SYSTEM**

SHIP TO:
DELPHI SAGINAW ACE   PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
MX

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424
US

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numbered must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

**PURCHASE ORDER:** S2M81552

PAGE 2

PHONE: 989-757-4071
K HUNTER   Buyer
S17

| | ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PURCHASING AGENT |
|---|---|---|---|---|
| | 10/12/04 | | | |

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA   SEE BELOW

PAYMENT TERMS: 2ND DAY/2ND MTH-10% HLDBK

| ITEM/SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE/MULTIPLE MEASURE | UNIT O MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|
| 0006 | 3 | PR379470 006 | PART LOCATING LIVE CENTERS - HEADSTOCK | WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 B | 0.00% | 3856.0000 | | EA |
| 0007 | 3 | PR379470 007 | PART SUPPORT BRACKET | WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 B | 0.00% | 969.0000 | | EA |
| 3008 | 3 | PR379470 008 | PART WEAR PADS FOR SUPPORT BRACKET | WHO ORDERED: M.ROVOLL/757-4798 | | 04/12/05 B | 0.00% | 1077.0000 | | EA |
| | | | RACK SPACERS WHO ORDERED: M.ROVOLL/757-4798 | | | | | | | |

ATTENTION****************************************
SUPPLIER AGREES TO A CHARGE OF 1.00% PER WEEK
FOR EACH WEEK THE SUPPLIER IS LATE FROM THE
AGREED UPON DELIVERY DATE. ADDITIONAL CHARGES
INCURRED BY THE SUPPLIER TO ACHIEVE AGREED UPON
DELIVERY DATE ARE THE SUPPLIER'S RESPONSIBILITY
AND WILL NOT BE REIMBURSED BY DELPHI.
ATTENTION ALL CONSTRUCTION/MAINTENANCE CONTRACTORS:
ALL CURRENT AND POTENTIAL DELPHI
SAGINAW SITE CONSTRUCTION/MAINTENANCE
CONTRACTORS MUST ATTEND A MANDATORY SAFETY AND HEALTH

01033   USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE   3

11/14/2010  21:42   6163993743        WEST MICHIGAN SPLINE        PAGE  04

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 3

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. 2 copies of your packing slip must accompany each shipment. Item Identification Numbered must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-4071

ORDER DATE: 10/12/04
ALTERATION ISSUE DATE:
ALTERATION EFFECTIVE DATE:

K HUNTER   S17   Buyer

PURCHASING AGENT

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
TO:
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

SHIP TO:
DELPHI SAGINAW ACE  PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

PAYMENT TERMS
NET      2ND DAY/2ND MTH-10% HLDBK

F.O.B. DELPHI'S PREFERRED CARRIER

DESTINATION UNLESS OTHERWISE INDICATED

SHIP VIA: SEE BELOW

TAX CODE/ %

This order is an binding until vendor acceptance. Vendor is entitled to retain this acknowledgment copy which it shall return to buyer...

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | BASE UNIT PRICE | PRICE UNIT 0 MULTIPLE/REASE |
|---|---|---|---|---|---|---|---|---|
| 001033 | USER SUZANNE J BEARDSLEY | | | ORIENTATION TRAINING PROGRAM. THE PROGRAM CONSISTS OF AN EIGHT (8) HOUR TRAINING SESSION, CONDUCTED BY THE GREAT LAKES SAFETY CENTER. ALL CONTRACTOR EMPLOYEES MUST ATTEND THIS TRAINING PRIOR TO COMING TO WORK AT DELPHI SAGINAW SITE. THE COST OF TRAINING IS THE RESPONSIBILITY OF THE CONTRACTOR, NOT DELPHI. TO SCHEDULE THIS TRAINING, YOU MUST CONTACT THE GREAT LAKES SAFETY CENTER AT 989/496-9415 OR 800/675-7599. GREAT LAKES SAFETY CENTER WILL HANDLE THE RE- GISTRATION PROCESS IN ITS ENTIRETY. CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR PURCHASING VIA A PURCHASE ORDER ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY REASON WHATSOEVER WILL BE REPORTED PROMPLY, IN WRITING, TO THE BUYER AND THE "WHO ORDERED" PERSON DESIGNATED WITH DETAILED EXPLANATION. THIS JOB TO CONFORM TO DELPHI SPECIFICATIONS LISTED BELOW; DELPHI STANDARD EQUIPMENT SPECIFICATIONS OR SD-000 DELPHI MACHINE AND EQUIPMENT SPECIFICATIONS. TO OBTAIN THESE STANDARDS CONTACT THE "ENGINEER/FOLLOW-UP" OR THE "REC DEPT. NOTIFY" PERSON LISTED ON THE FIRST PAGE OF THIS PURCHASE ORDER. PLEASE RETAIN THESE SPECIFICATIONS FOR FUTURE | | | | | |

ORIGINAL                                        CONTINUE PAGE        4

11/14/2010  21:42   6163993743        WEST MICHIGAN SPLINE              PAGE  05

# PURCHASE ORDER: S2M81552

PAGE 4

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

**DELPHI SAGINAW ACE PLT 65**
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
US                                MX                              US

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

ORDER DATE: 10/12/04

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable.
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

ALTERATION ISSUE DATE

SHIP VIA: SEE BELOW

PHONE: 989-757-4071
K HUNTER       S 17
              Buyer

PURCHASING AGENT

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | 01033 | | | JOBS. | | | | | | |

CHANGES IN SPECIFICATION AFFECTING PRICE AND/OR
LEAD TIME WHETHER INITIATED BY SUPPLIER OR DELPHI
MUST NOT BE MADE WITHOUT PRIOR APPROVAL BY
DELPHI GLOBAL PURCHASING VIA A PURCHASE ORDER
ALTERATION. ANY CHANGES IN DELIVERY DATE FOR ANY
REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN
WRITING TO THE BUYER WITH DETAILED EXPLANATION.
*****************ATTENTION ALL SUPPLIERS***(ST)
COMPLETE SHIP TO ADDRESS INCLUDING PLANT # MUST BE
ON ALL PACKING SLIPS. IF PROPER INFORMATION IS NOT
INCLUDED PAYMENT WILL BE DELAYED AND/OR MATERIAL
WILL BE RETURNED.
***************SALES TAX CODES**************(TX)
PLEASE NOTE OUR SALES TAX CLASSIFICATIONS FOR THIS
PURCHASE ORDER ITEM. BE AWARE OF THE NONTAXABLE
CONDITIONS AND DIRECT PAY PERMITS THAT WE HAVE AND DO
NOT CHARGE US SALES TAX WHERE IT IS NOT APPLICABLE.
SEE FOLLOWING CODES:
(A)    NOT TAXABLE-EXPERIMENTAL ENGINEERING
(B)    NOT TAXABLE-INDUSTRIAL PROCESSING
(C)    NOT TAXABLE-FOR RESALE
(D)    NOT TAXABLE-SALES PROMOTION AND
       CONSUMER INFLUENCE. VENDOR
       RESPONSIBLE FOR TAX.
(E)    NOT TAXABLE-POLLUTION CONTROL EQUIP.

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

01033   USER SUZANNE J BEARDSLEY

ORIGINAL                                   CONTINUE PAGE   5

11/14/2010  21:42   6163993743        WEST MICHIGAN SPLINE              PAGE  06



DELPHI

# PURCHASE
## ORDER: S2M81552

PAGE 5

PHONE: 989-757-4071

| ORDER DATE | SHIP VIA |
|---|---|
| 10/12/04 | SEE BELOW |

K. HUNTER   S17
Buyer

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

TO:

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
US                MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

This order as set forth will govern. Acceptance should be executed on acknowledgment copy which should be returned to Buyer...

| PAYMENT TERMS NET | | | |
|---|---|---|---|
| 2ND DAY/2ND MTH-10% HLDBK | | | |

| ITEM QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PRO NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE MEASU |
|---|---|---|---|---|---|---|---|---|
| | | | (F)  TAXABLE-DO NOT BILL TAX. BUYER HAS DIRECT PAY PERMIT. | | | | | |
| | | | (G)  NOT TAXABLE-SERVICE, VENDOR-LABOR ONLY | | | | | |
| | | | (H)  NOT TAXABLE-DO NOT BILL-FOR CONSUMP- TION IN MEXICO. | | | | | |
| | | | (I)  MATERIAL ONLY TAXABLE-CONSTRUCTION | | | | | |
| | | | TAX ON MATERIAL | | | | | |
| | | | CONTRACTOR RESPONSIBLE FOR SALES | | | | | |
| | | | SALES TAX EXEMPTION CERTIFICATES | | | | | |
| | | | ALABAMA    805 | | | | | |
| | | | GEORGIA    OHIO 95-002667 | | | | | |
| | | | INDIANA    300-458870-B     TEXAS 1-38-3431131-1 | | | | | |
| | | | KANSAS    10187021300011   WISCONSIN WDP-99-01-010037 | | | | | |
| | | | MISSISSIPPI 98-003A        MICHIGAN 38-3431131 | | | | | |
| | | | NEW YORK DP-3487          NEW JERSEY APPLIED FOR | | | | | |
| | | | *RIGHT TO AUDIT* | | | | | |
| | | | BY ACCEPTANCE OF A PURCHASE ORDER THE SELLER OF GOODS | | | | | |
| | | | AND/OR SERVICES GRANTS BUYER THE RIGHT TO AUDIT ALL | | | | | |
| | | | CHARGES AND AGREES THAT ALL RECORDS SUPPORTING | | | | | |
| | | | CHARGES (INCLUDING THOSE OF SUBSIDIARIES AND AF- | | | | | |
| | | | FILIATES TO WHOM WORK HAS BEEN CONTRACTED) WILL BE | | | | | |
| | | | AVAILABLE FOR AUDIT BY DELPHI FOR | | | | | |
| | | | A PERIOD OF ONE (1) YEAR BEYOND FINAL PAYMENT. | | | | | |
| | | | FAX NUMBER FOR KEN HUNTER: 989/757-5884 | | | | | |
| | | | TO ENSURE PROMPT PAYMENT YOU WILL NEED TO ADHERE TO | | | | | |
| | | | THE FOLLOWING GUIDELINES; | | | | | |

ID1033   USER SUZANNE J BEARDSLEY

ORIGINAL                    CONTINUE PAGE   6

11/14/2010  21:42   6163993743                  WEST MICHIGAN SPLINE               PAGE  07

**DELPHI**

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO: SEE INVOICE
DELPHI
INSTRUCTIONS 00
00000
US

This order has not been and hereby Acceptance shall be limited to either terms as stated in or hereby returned by Buyer.
This order, including any terms and conditions on the face and reverse hereof, constitutes an offer to Seller. Acceptance of this order is expressly limited to the terms and conditions on the face and reverse hereof. Any additional or different terms proposed by Seller are objected to and rejected.
If this order refers to a blanket order or other agreement, it will be subject to the terms when made in writing and signed by Buyer's authorized representative.
If Buyer and Seller have entered into a Current Purchase Order or other agreement (as Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

**PURCHASE
ORDER: S2M81552**

PAGE 6

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-4071
K. HUNTER    Buyer

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | | | ORDER DATE | SHIP VIA: | | |
|---|---|---|---|---|---|---|---|---|
| NET | DELPHI'S PREFERRED CARRIER | | | | 10/12/04 | S17 | | |
| 2ND DAY/2ND MTH-10% | | | | | ALTERATION EFFECTIVE DATE | ALTERATION ISSUE DATE | | PURCHASING AGENT |

| ITEM SOURCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | UNIT PRICE MULTIPLE/MEAS |
|---|---|---|---|---|---|---|---|---|---|
| J01033 | | | 2ND DAY/2ND MTH-10% HLDBK | ADVISE THE BUYER OF ANY DISCREPANCIES ON THE PURCHASE ORDER PRIOR TO SHIPMENT. CONVEY THIS INFORMATION VIA BOTH PHONE AND HARD COPY. REFER TO BOTH THE PURCHASE ORDER NUMBER AND THE ITEM NUMBER (E-MAIL TO KEN.J.HUNTER@DELPHIAUTO.COM) THE UNIT OF MEASURE ON THE PACKING SLIP MUST BE THE SAME AS THE PURCHASE ORDER UNIT OF MEASURE. WAIT FOR PAYMENTS TO BE MADE THE 2ND DAY OF THE 2ND MONTH AFTER RECEIPT BEFORE BEING CONCERNED. IF PAYMENT HAS NOT OCCURRED BY THE 2ND DAY 2ND MONTH AND IN THE CASE OF SERVICES TYPE ORDERS CALL THE PERSON DESIGNATED AS "WHO ORDERED" OR THE "DELIVER TO" PERSON TO CONFIRM IF A RECEIPT HAS BEEN ELECTRONICALLY ENTERED AUTHORIZING THE PAYMENT CYCLE TO BEGIN. IF IT CAN BE CONFIRMED THAT A RECEIPT HAS BEEN ENTERED YOU CAN CALL "DISBURSEMENT SERVICE" TO CHECK ON THE STATUS OF THE PAYMENT YOU WILL NEED YOUR COMPANY'S (9) DIGIT DUN AND BRADSTREET ACCOUNT NO. ALL DOMESTIC DELIVERIES ARE TO BE SHIPPED FOB SHIPPING POINT. ALL INRNATIONAL DELIVERIES ARE TO SHIPPED FCA (ORIGIN). TIOP (TITLE TRANSFER DELPHI PLANT). CONTACT THE FOLLOWING CARRIERS WHERE APPLICABLE: DOMESTIC SHIPPING AND ROUTING INSTRUCTIONS TO DELPHI SAGINAW, MI AND ATHENS, AL PLANTS ONLY. | | | | | |

J01033   USER SUZANNE J BEARDSLEY

ORIGINAL

CONTINUE PAGE   7

11/14/2010  21:42    6163993743          WEST MICHIGAN SPLINE          PAGE  08

# DELPHI

## PURCHASE ORDER: S2M81552

PAGE 7

PHONE: 989-757-4071
K. HUNTER    Buyer    S17

ORDER DATE 10/12/04

ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA    SEE BELOW

PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Numbered must be shown on Packing Slips and
Invoices. Attn: Accounts Payable
Do not Desire Valuation of Express Shipments or Insure Parcel
Post.

TO:
VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601    US

SHIP TO:
DELPHI SAGINAW ACE    PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246    MX
US

DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000

INVOICE TO:

F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER

This order is not binding until properly accepted, Seller is deemed an acknowledgement copy which should be returned to Buyer...
[fine print illegible]
If Government Contract Numbers is Shown Hereon, additional Terms and Conditions
Attached Hereto Apply.

| PAYMENT TERMS | ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE MEAS |
|---|---|---|---|---|---|---|---|---|---|---|
| NET 2ND DAY/2ND MTH-10% HLDBK | 01033 | | | | | | | | | |

USER SUZANNE J BEARDSLEY

LESS THAN 150 POUNDS-UPS CONSIGNEE BILLING IS HOW
THE SHIPMENT SHOULD BE CALLED INTO UPS, NOT COLLECT
OR PREPAID. ALL PACKAGES SHOULD WEIGH NO MORE THAN
40 POUNDS OR LESS, IF PRACTICAL. PLANT NUMBER MUST BE
ON THE LABEL; FOR ITEMS COLLECTIVELY WEIGHING 150
POUNDS-12,000 POUNDS PLEASE USE THE FOLLOWING
CARRIERS:
DESTINATION DELPHI SAGINAW, MI PLANTS
MI,IN,IL,WI,OH    ALVAN MOTOR FREIGHT
ONTARIO, CANADA    CENTRAL TRANSPORT
ALL OTHER STATES    CENTRAL TRANSPORT
USA\-/ CANADA\-/ MEXICO\-/ USA
ARTISAN AND ASSOCIATES 800/338/6486
NORTH AMERICA TO/FROM SOUTH AMERICA
NORTH AMERICA TO/FROM EUROPE
EUROPE TO/FROM SOUTH AMERICA
EUROPEAN COUNTRY TO/FROM EUROPEAN COUNTRY
SOUTH AMERICA TO/FROM ASIA
PANALPINA 800/743-9386
(ACCOUNT NUMBERS WILL BE PROVIDED AT TIME OF
PURCHASE ORDER)
DESTINATION DELPHI ATHENS, AL PLANTS
MI,IN,IL,WI,OH, AND ONTARIO, CANADA U.S.F. HOLLAND
ALL OTHER STATES    CENTRAL TRANSPORT
CONTACT THE FOLOWING CARRIERS WHERE APPLICABLE:
***************************************

ORIGINAL                              CONTINUE PAGE  8



11/14/2010   21:42   6163993743   WEST MICHIGAN SPLINE   PAGE   09

DELPHI

# PURCHASE ORDER: S2N81552

PAGE 8

PHONE: 989-757-4071
K HUNTER   Buyer
S17   PURCHASING AGENT

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading. (2) copies of your packing slip must accompany each shipment. Item Identification Numbers must be shown on Packing Slips and Invoices. Invoice Attn. Accounts Payable. Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 79-870-1702
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

TO:

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601

US

SHIP TO:
DELPHI SAGINAW ACE PLT 65
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE
INSTRUCTIONS 00
00000
US

ORDER DATE 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

| ITEM EVIDENCE | NET | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | F.O.B. | RFQ NUMBER | DATE REQUIRED | SHIP VIA | TAX CODE/ % | BASE UNIT PRICE | PRICE UNIT/ MULTIPLE MEASUR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

PAYMENT TERMS
2ND DAY/2ND MTH-10% HLDBK

01033   USER SUZANNE J BEARDSLEY

DESTINATION UNLESS OTHERWISE INDICATED
DELPHI'S PREFERRED CARRIER   SEE BELOW

This order is not binding until mutual Acceptance should be construed an acknowledgement copy which should be returned to Buyer...

NORTH AMERICA TO/FROM ASIA
ASIA TO/FROM EUROPE
DANZAS/AIR EXPRESS INTERNATIONAL 800/251-9019
*********************************************
NORTH AMERICA TO/FROM INDIA
CIRCLE/EAGLE 630/766-9220
*WHEN CALLING FOR SHIPPING AND ROUTING INSTRUCTIONS*
HAVE THE FOLLOWING INFORMATION AVAILABLE:
SHIPPER NAME, ADDRESS (CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER
CONSIGNEE (RECEIVING DESTINATION) NAME, ADDRESS,
(CITY, STATE, AND ZIP CODE)
NAME OF CONTACT AND PHONE NUMBER
DIMENSION (LENGTH X WIDTH X HEIGHT)
WEIGHT
*THIS WILL DETERMINE THE SIZE/STYLE OF SEA
CONTAINER OR SIZE OF AIRPLANE
**ANY TIME A BOARDER IS CROSSED, IT MUST BE ACCOM-
PAINED BY A COMMERCIAL PRICE PACKING SLIP/INVOICE,
WHICH INCLUDES THE FOLLOWING:
LETTERHEAD AT THE TOP
DATE, DESTINATION, SHIPPER NUMBER
CONTENTS, QUANTITY, UNIT PRICE, TOTAL PRICE
COUNTRY OF ORIGIN
PURCHASE ORDER NUMBER

ORIGINAL

CONTINUE PAGE   9

# ΔΕLPHI

## PURCHASE ORDER: S2M81552

PAGE 9

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**DELPHI SAGINAW STEERING SYSTEM**
3900 HOLLAND RD.
SAGINAW MI
48601

VENDOR NUMBER 79-870-1702
TO: WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DR
HOLLAND MI
49424

SHIP TO:
**DELPHI SAGINAW ACE PLT 65**
SANTA ROSA DE VITERBO 12
PARQUE INDL BERNARDO QUINTANA
MUNICIPIO EL MARQUES
QUERETARO MX
76246
MX

INVOICE TO:
DELPHI
SEE INVOICE INSTRUCTIONS 00
00000
US

US

ORDER DATE 10/12/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

PHONE: 989-757-4071
K HUNTER S 17
Buyer

SHIP VIA: SEE BELOW

PURCHASING AGENT

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE % | BASE UNIT PRICE | PRICE UNIT/MULTIPLE/MEASU |
|---|---|---|---|---|---|---|---|---|---|

PAYMENT TERMS
NET 2ND DAY/2ND MTH-10% HLDBK

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
**DELPHI'S PREFERRED CARRIER**

SHIPPED VIA
SIGNATURE AND TITLE
*********************************************************

WARRANTY PERIOD BEGINS AT START OF PRODUCTION.
*********************************************************

THIS IS A CAPITAL EQUIPMENT OR CONSTRUCTION
INVOICELESS PURCHASE ORDER.
1. SEND ALL PRICED PACKING SLIPS (OR INVOICES IF
YOU PREFER) PERTAINING TO THIS ORDER TO
MARK ROYDLL/989-757-4798
2. ADDRESS AND MAIL YOUR PRICED PACKING SLIPS (OR
INVOICE) DIRECTLY TO THIS PERSON AT THE ADDRESS
LISTED ABOVE UNDER "INVOICE TO". THIS PERSON WILL
BE YOUR POINT OF CONTACT FOR ALL MATTERS PERTAINING
TO PAYMENT OF THIS PURCHASE ORDER. COMPLIANCE TO
THESE GUIDELINES WILL PROMOTE PROMPT PAYMENT.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

31033   USER SUZANNE J BEARDSLEY

ORIGINAL

LAST PAGE



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

*WMS Received Delphi*
*Payment on 9/6/05*

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2005 | 2-694 |

| Bill To |
|---------|
| DELPHI AUTOMOTIVE SYSTEMS |
| SAGINAW STEERING SYSTEMS |
| ATTN: MR. KEN HUNTER |
| 3900 HOLLAND RD. PLANT 5 |
| SAGINAW MI 48601 |

| Ship To |
|---------|
| DELPHI SAGINAW ACE PLT 65 |
| SANTA ROSA DE VITERBO 12 |
| PARQUE INDL BERNARDO QUITANA |
| MUNICIPIO EL MARQUES |
| QUERETARO MX 76246 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND  MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1 | NEW MACHINE | STANDARD WMS MODEL 48D SPLINE ROLLER, S/N 2-694 FOR SPLINES AND THREADS. REFERENCE RFP 2412, DPR #A4480002, TAG #140080, PR379470-001, MARK ROVOLL | 254,069.10 | 254,069.10 |
| 1 | NEW MACHINE | AUTOLOAD MACHINE USING ROBOT CONCEPT, PR379470-002 | 52,424.10 | 52,424.10 |
| 1 | NEW MACHINE | PACKAGE FOR SHIPMENT, PR379470-003 | 1,850.40 | 1,850.40 |
| 1 | NEW MACHINE | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379470-004 | 681.30 | 681.30 |
| 1 | NEW MACHINE | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379470-005 | 681.30 | 681.30 |
| 1 | NEW MACHINE | PART SUPPORT BRACKET, PR379470-006 | 3,470.40 | 3,470.40 |
| 1 | NEW MACHINE | PART WEAR PADS FOR SUPPORT BRACKET, PR379470-007 | 872.10 | 872.10 |
| 3 | NEW MACHINE | RACK SPACERS, PR379470-008 | 969.30 | 2,907.90 |

*RECIEVED*
*M Broll   7/2/05   (Run of Date)*

| | Total | |
|--|-------|--|

Page 1

| EXHIBIT |
|---------|
| 3 |



**WEST MICHIGAN SPLINE, INC.**
**156 MANUFACTURERS DR.**
**HOLLAND, MI 49424 USA**
**616-399-5550 PHONE**
**616-399-3743 FAX**

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2005 | 2-694 |

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. KEN HUNTER<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW  MI  48601 | DELPHI SAGINAW ACE PLT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUITANA<br>MUNICIPIO EL MARQUES<br>QUERETARO  MX  76246 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND  MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | NEW MACHINE | BLUE STEEL CONVEYOR WITH ROLLERS, PR379470-009 | 14,996.70 | 14,996.70 |
| 1 | NEW MACHINE | PROFILE GATES FOR ERROR PROOFING, PR379470-010 | 6,003.00 | 6,003.00 |
| 1 | NEW MACHINE | CHIP BLOW OFF UNIT, PR379470-011 | 1,251.00 | 1,251.00 |
| 1 | NEW MACHINE | PART ESCAPEMENT ASSEMBLY FOR METERING, PR379470-012 | 8,870.40 | 8,870.40 |
| 1 | NEW MACHINE | CROSS HOLE DETECTION GAGE, PR379470-013 | 10,881.00 | 10,881.00 |
| 1 | NEW MACHINE | SPLINE RACK IDENTIFICATION SYSTEM, PR379470-014 | 0.00 | 0.00 |
| 1 | NEW MACHINE | PART SHUTTLE FOR PART SEPARATION AT WASHER, PR379470-015 | 1,303.20 | 1,303.20 |
| 1 | NEW MACHINE | CUT SLOT FOR ERROR PROOF IN MX-1663 AS DESCRIBED BY DRAWING. 15.50" FROM EDGE AT A LENGTH OF .7426" AND RADIUS 0.125", PR379470-016 | 144.00 | 144.00 |

RECIEVED    (Running Date)
MABrox  7/2/05

**Total**

Page 2



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/14/2005 | 2-694 |

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. KEN HUNTER<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW MI 48601 | DELPHI SAGINAW ACE PLT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUITANA<br>MUNICIPIO EL MARQUES<br>QUERETARO MX 76246 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81552 | 2ND DAY/2ND ... | | 7/14/2005 | ARTISAN | HOLLAND MI | 2-694 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | NEW MACHINE | COUNTER BORE 1.25" DIA .25DP IN MX-1164 FOR ERROR PROOF CHIP AS DESCRIBED BY DRAWING 0.875" FROM BOTTOM AT LOCATION OF 21.375", PR379470-017 | 90.00 | 90.00 |
| 1 | NEW MACHINE | CUT SLOT FOR ERROR PROOF IN MX-1165 AS DESCRIBED BY DRAWING. 15.50" FROM EDGE AT A LENGTH OF .7426" AND RADIUS 0.125", PR379470-018 | 144.00 | 144.00 |
| 1 | NEW MACHINE | COUNTER BORE 1.25" DIA .25DP IN MX-1166 FOR ERROR PROOF CHIP AS DESCRIBED BY DRAWING 0.875" FROM BOTTOM AT A LOCATION OF 21.375" FROM EDGE, PR379470-019 | 90.00 | 90.00 |
| | | NOTE:  ALL COSTS ARE IN US FUNDS. THIS INVOICE REFLECTS 90% OF TOTAL ORDER INVOICED UPON RUN-OFF AT WMS.  (WITH THE EXCEPTION OF ITEM 00014 ON DELPHI PO #S2M81552-001, SPLINE RACK IDENTIFICATION SYSTEM).  TOTAL ORDER IS $427779.00.  THE REMAINING 10% WILL BE INVOICED UPON SET-UP AT DELPHI MX. | | |

7/2/05 - Runoff
RECIEVED.

*M. O'Ball*

| | **Total** | $360,729.90 |
|---|-----------|-------------|

Page 3

OK TO PAY  ROBIN MILAVEC

*Robin Milavec*  82705



*WEST MICHIGAN SPLINE, INC.*
*156 MANUFACTURERS DRIVE*
*HOLLAND, MI 49424        USA*
*PHONE, 616-399-5550*
*FAX, 616-399-3743*

## SHIP TO:

DELPHI SAG LAREDO DIST CTR, PLT 44
ATTN: CLAUDIASALINAS
13701 MINES ROAD
LAREDO TEXAS 78045 USA

956-693-3379 FAX—956-693-5182

# SHIPPER

| NO. | 2-694 |
|---|---|

| DATE: | 07/14/2005 |
|---|---|

Truck 1 – Shipment #482647

| ACCT NO. | DATE SHIPPED | SHIPPED VIA | GROSS WEIGHT | ORDER NUMBER |
|---|---|---|---|---|
| | 07/14/2005 | Fitzley Inc | 40000   LBS | S2M81552, 001, 002 |

| ITEM | DESCRIPTION | QUANTITY | CONTAINER |
|---|---|---|---|
| 1 | NEW WMS MODEL 48D SPLINE ROLLING MACHINE, S/N 2-694, TO INCLUDE THE FOLLOWING PARTS UNDER S/N 2-694, WHICH WERE BROKEN DOWN FOR SHIPPING: | ONE | MACHINE |
| 2 | ONE NEW HYDRAULIC POWER UNIT | ONE | HYD UNIT |

SPECIAL INSTRUCTIONS:

FINAL DESTINATION: DELPHI SAGINAW-ACE
PLANT 65, SANTA ROSA DE VITERBO
12, PARQUE INDL BERNARDO QUINTANA, MU-
NICIPIO EL MARQUES, QUERETARO MX 76246

CARRIER SIGNATURE: *Waugh Wallace*

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

North American Free Trade Agreement

**CERTIFICATE OF ORIGIN**

OMB No. 1515-0204
See back of form for Paper-
work Reduction Act Notice.

*Please Print or Type*

(Instructions Attached)
19 CFR 181.11, 181.22

| 1 Exporter's Name and Address: | 2 Blanket Period: |
|---|---|
| West Michigan Spline Inc<br>156 Manufacturers Drive<br>Holland  MI  49424  USA | From D D M M Y Y  1 4 07 05  To D D M M Y Y  1 4 07 06 |
| Tax Identification Number: ▶  38-3061806 | |

| 3 Producer's Name and Address | 4 Importer's Name and Address: |
|---|---|
| West Michigan Spline Inc<br>156 Manufacturers Drive<br>Holland  MI  49424  USA | Delphi Saginaw Ace Plant 65<br>Santa Rosa De Viterbo 12<br>Parque Industrial Bernardo Quintana<br>Municipio El Marques Queretaro MX 76246 |
| Tax Identification Number: ▶  38-3061806 | Tax Identification Number: ▶ |

| 5 Description of Good(s) | 6 HS Tariff Classification Number | 7 Preference Criterion | 8 Producer | 9 Net Cost | 10 Country of Origin |
|---|---|---|---|---|---|
| One WMS Model 48D Spline Rolling Machine S/N 2-694 Which Includes the Following Items Broken down for ship:<br>One Hydraulic Power Unit<br>One Set Fench Guarding<br>One Robot Stand and Part Blow Off<br>One Robot and Control<br>One Exit Conveyor<br>One Entrance Conveyor, (Blue)<br>One Entrance Conveyor, (Yellow, Green, Orange)<br>One Escape Conveyor, (Blue) | 8463.90 9099 | B | No 1 | 427,779.00 | USA |

11 I certify that:
— the information on this document is true and accurate and I assume the responsibility for proving such representations. I understand that I am liable for any false statements or material omissions made on or in connection with this document;

— I agree to maintain, and present upon request, documentation necessary to support this Certificate, and to inform, in writing, all persons to whom the Certificate was given of any changes that would affect the accuracy or validity of this Certificate;

— the goods originated in the territory of one or more of the Parties, and comply with the origin requirements specified for those goods in the North American Free Trade Agreement, and unless specifically exempted in Article 411 or Annex 401, there has been no further production or any other operation outside the territories of the Parties; and

— this Certificate consists of   one   pages, including all attachments.

| Authorized Signature: *Marie A. Hill* | Company: West Michigan Spline Inc |
|---|---|
| Name: Marie A Hill | Title: Office Manager |
| Date (DD / MM / YY): 14 07 05 | Telephone: 616-399-5550 | FAX: 616-399-3743 |

US Customs Form 434 (121793)
Canada Form B 232E (93/12)

FORM 31434 PRINTED IN USA

**CUSTOMS INVOICE**

Page 1 of 1

**1. Vendor (Name and Address)**
West Michigan Spline Inc
156 Manufacturers Drive
Holland  MI  49424  USA

**2. Date of Direct Shipment t**
14/07/2005

**3. Other References (Include Purchaser's Order No.)**
PO #S2M81552, 001, 002, Shipper 2-694

**4. Consignee (Name and Address)**
Delphi Sag Laredo Dist Ctr, Plant 44
Attn:  Claudia Salinas
13701 Mines Road
Laredo  Texas  78045

**5. Purchaser's Name and Address (If other than Consignee)**
Delphi Saginaw Ace Plant 65
Santa Rosa DeViterbo 12
Parque Industrial Bernardo Quintana
Municipio El Marques Queretaro Mexico
76246

**6. Country of Transhipment**
none

**7. Country of Origin of Goods**
USA

IF SHIPMENT INCLUDES GOODS OF DIFFERENT ORIGIN
ENTER ORIGINS AGAINST ITEMS IN 12.

**8. Transportation: Give Mode and Place of Direct Shipment to Canada**

Fitzley Inc

**9. Conditions of Sale and Terms of Payment**
(i.e. Sale, Consignment Shipment, Leased Goods, etc.)
New Sale, Net 30 Days

**10. Currency of Settlement**
US Funds

| 11. No. of Pkgs | 12. Specification of Commodities (Kind of Packages, Marks and Numbers, General Description and Characteristics, i.e. Grade, Quality) | 13. Quantity (State Unit) | Selling Price | |
|---|---|---|---|---|
| | | | 14. Unit Price | 15. Total |
| One | Flat Bed Truck Containing: (Truck 1) One WMS Model 48D Spline Roller, S/N 2-694 & One new Hydraulic Power Unit | | | |
| Two | Second Flat Bed Truck Containing: (Truck 2) One Set Fence Guarding One Set Robot Stand and Part Blow Off One Set Robot Control and Panel One Part Exit Conveyor One Set Entrance Conveyor (Blue) One Set Entrance Conveyor, (Yellow,Green,Or) One Set Escape Conveyor (Blue) | Lot Price | 427779.00 | 427779.00 |
| | HS Tarriff Class:  8463.90.9099 | | | |
| | NOTE:  Lot Price is for contents of both Trucks One and Two.  Order is broken down for shipment. | | | |

**18.**
If any of fields 1 to 17 are included on an attached commercial invoice, check this box ☐

Commercial Invoice No.

**16. Total Weight**
Net

Gross
50000 lbs

**17. Invoice Total**
427779.00

**19. Exporter's Name and Address (If other than Vendor)**

**20. Originator (Name and Address)**
Marie Hill
West Michigan Spline Inc
156 Manufacturers Drive
Holland MI  49424  USA

**21. Departmental Ruling (If applicable)**

**22.**
If fields 23 to 25 are not applicable, check this box  ☒

**23. If included in field 17 indicate amount:**
i) Transportation charges, expenses and insurance from the place of direct shipment to Canada

$_____

ii) Costs for construction, erection and assembly incurred after importation into Canada

**24. If not included in field 17 indicate amount:**
i) Transportation charges, expenses and insurance to the place of direct shipment to Canada

$_____

ii) Amounts for commissions other than buying commissions

**25. Check (if applicable)**
i) Royalty payments or subsequent proceeds are paid or payable by the purchaser ☐



**WEST MICHIGAN SPLINE, INC.**
*156 MANUFACTURERS DR.*
*HOLLAND, MI 49424 USA*
*616-399-5550 PHONE*
*616-399-3743 FAX*

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2005 | 2-693 |

*90% ·*

*PAID*
*10/6/05*
*WMS received*

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. STEVE SCHULZE<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW  MI  48601 | DELPHI SAGINAW ACE PLANT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUINTANO<br>MUNICIPIO EL MARQUES<br>QUERETARO MEXICO 76246 |

*7 New PO # 450164109*

*Runoff Date*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81551, 001 | 2ND DAY/2ND MTH | | 7/28/2005 | ARTISAN | HOLLAND  MI | 2-693 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1 | REBUILD | REBUILT ANDERSON COOK MODEL 350-S SPLINE ROLLING MACHINE, S/N 352, PER RFQ 2411, PR379471 001 | 151,663.50 | 151,663.50 |
| 1 | REBUILD | AUTO LOAD MACHINE USING ROBOT CONCEPT, PR379471 002 | 28,686.60 | 28,686.60 |
| 1 | REBUILD | PACKAGE FOR SHIPMENT, PR379471 003 | 1,850.40 | 1,850.40 |
| 3 | REBUILD | PART LOCATING LIVE CENTERS-HEADSTOCK, PR379471 004 | 681.30 | 2,043.90 |
| 3 | REBUILD | PART LOCATING LIVE CENTERS-TAILSTOCK, PR379471 005 | 681.30 | 2,043.90 |
| 1 | REBUILD | PART SUPPORT BRACKET, PR379471 006 | 1,724.40 | 1,724.40 |
| 2 | REBUILD | RACK SPACERS, PR379471 008 | 970.20 | 1,940.40 |
| 1 | REBUILD | NEW RACK BOX TO HOLD SPLINE RACKS, PR379471 009 | 40,988.70 | 40,988.70 |
| 1 | REBUILD | DESIGN AND BUILD LOADER, ENTRANCE CHUTE, EXIT CHUTE MOUNTING BRACKET, PART SUPPORT BRACKET, AND LIMIT SWITCHES FOR I-SHAFT, PR379471 010 | 11,682.00 | 11,682.00 |
| 1 | REBUILD | INSTALL TWO POSITION TAILSTOCK, PR379471 011 | 3,951.00 | 3,951.00 |
| 1 | REBUILD | LABOR TO INSTALL CHANGES AND PROVIDE RUN-OFF, PR379471 012 | 7,610.40 | 7,610.40 |
| | | | **Total** | |

Page 1



**EXHIBIT**
*tabbies*
4



**WEST MICHIGAN SPLINE, INC.**
156 MANUFACTURERS DR.
HOLLAND, MI 49424 USA
616-399-5550 PHONE
616-399-3743 FAX

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2005 | 2-693 |

*PAID*

| Bill To | Ship To |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>SAGINAW STEERING SYSTEMS<br>ATTN: MR. STEVE SCHULZE<br>3900 HOLLAND RD. PLANT 5<br>SAGINAW MI 48601 | DELPHI SAGINAW ACE PLANT 65<br>SANTA ROSA DE VITERBO 12<br>PARQUE INDL BERNARDO QUINTANO<br>MUNICIPIO EL MARQUES<br>QUERETARO MEXICO 76246 |

*7 New Po # 450164109*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| S2M81551, 001 | 2ND DAY/2ND MTH | | 7/28/2005 | ARTISAN | HOLLAND MI | 2-693 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | NOTE: ALL COSTS ARE IN US FUNDS. THIS INVOICE REFLECTS 90% OF TOTAL ORDER, INVOICED UPON RUN-OFF AT WMS. THE REMAINING 10% WILL BE INVOICED UPON SET-UP AT DELPHI ACE PLANT 65, QUERETARO MEXICO. | | |

| | **Total** | $254,185.20 |
|--|-----------|-------------|

Page 2



**WEST MICHIGAN SPLINE, INC.**
**156 MANUFACTURERS DRIVE**
**HOLLAND, MI 49424        USA**
**PHONE, 616-399-5550**
**FAX, 616-399-3743**

PAGE 1 OF 2

# SHIPPER

| NO. | 2-693 |
| --- | --- |
| DATE: | 09/09/2005 |

SHIP TO:

DELPHI SAG LAREDO DIST CTR, PLT 44
ATTN: CLAUDIA SALINAS
13701 MINES ROAD
LAREDO TEXAS 78045 USA

956-693-3379 FAX-956-693-5182

*Did Not Ship Until 9/9/05*
*Due to Delphi lining up Transportation.*

| ACCT NO. | DATE SHIPPED | SHIPPED VIA | GROSS WEIGHT | ORDER NUMBER |
| --- | --- | --- | --- | --- |
| | 09/09/2005 | ARTISAN<br>#492589 | 40,000 LBS | S2M81551 & 001 |

| ITEM | DESCRIPTION | QUANTITY | CONTAINER |
| --- | --- | --- | --- |
| 1 | REBUILT ANDERSON COOK 350-S SPLINE ROLLER, S/N 352, PER RFQ 2411, INCLUDES 2 POSITION TAILSTOCK & AUTO LOAD. | ONE | MACHINE |
| 2 | NEW HYDRAULIC POWER UNIT, P/N 2693-HYD | ONE | HYD UNIT |
| 3 | NEW RACK BOX  W/RACK SPACERS P/N MX1305-ASM-001-001 | ONE | MACHINE |
| 4 | PART SUPPORT BRACKET, P/N  MX1304-ASM-001-001 | ONE | PALLET |
| 5 | 3 SETS HEADSTOCK CENTERS, P/N  MX1301-DET-002-001,<br>3 SETS TAILSTOCK CENTERS, P/N  MX1301-DET-003-001 | SIX SETS | 2 - MACHINE<br>4 - PALLET |
| 6 | LOADER W/ ENTRANCE & EXIT CHUTES, P/N MX1175 & MX1300 | ONE SET | PALLET |
| 7 | FOUR SETS SPLINE RACKS:<br>ONE SET,  #MX1172, S/N AC-M146<br>ONE SET, #MX1167, S/N AC-L997<br>ONE SET, #MX1178, S/N AC-M000<br>ONE SET, #MX1178, S/N AC-L999 | FOUR SETS | PALLET |

SPECIAL INSTRUCTIONS:

CARRIER SIGNATURE: _____

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

OMB No. 1651-0098
See back of form for Paper-
work Reduction Act Notice.

**NORTH AMERICAN FREE TRADE AGREEMENT
CERTIFICATE OF ORIGIN**

*Please print or type*

19 CFR 181.11, 181.22

| 1. EXPORTER NAME AND ADDRESS | 2. BLANKET PERIOD |
|---|---|
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURERS DRIVE<br>HOLLAND MI 49424 USA<br><br>TAX IDENTIFICATION NUMBER:  38-3061806 | *(8-29-05 Machine Ready to*<br>FROM<br>29/08/05 *Ship - Did Not Ship till*<br>TO<br>29/08/06 *9/7/05 - Delphi Pickup Truck.* |

| 3. PRODUCER NAME AND ADDRESS | 4. IMPORTER NAME AND ADDRESS |
|---|---|
| WEST MICHIGAN SPLINE INC<br>156 MANUFACTURERS DRIVE<br>HOLLAND MI 49424 USA<br><br>TAX IDENTIFICATION NUMBER:  38-3061806 | DELPHI SAGINAW-ACE PLANT 65, SANTA ROSA DE<br>VITERBO 12, PARQUE IND BERNARDO QUINTANA<br>MUNICIPIO EL MARQUES, QUERETARO MX 76246<br><br>TAX IDENTIFICATION NUMBER: |

| 5.<br>DESCRIPTION OF GOOD(S) | 6.<br>HS TARIFF<br>CLASSIFICATION<br>NUMBER | 7.<br>PREFERENCE<br>CRITERION | 8.<br>PRODUCER | 9.<br>NET COST | 10.<br>COUNTRY<br>OF ORIGIN |
|---|---|---|---|---|---|
| ONE REBUILT ANDERSON COOK 350-S SPLINE ROLLER, S/N 352<br>INCLUDES 2 POSITION TAILSTOCK & AUTOLOAD. | 8463.90 | B | NO 1 | 185791.00 | USA |
| ONE NEW HYDRAULIC POWER SYSTEM, P/N 2693-HYD | 8463.90 | B | NO 1 | 29500.00 | USA |
| NEW RACK BOX WITH RACK SPACERS, P/N MX1305-ASM-001-001 | 8463.90 | B | NO 1 | 47699.00 | USA |
| 1 SET PART SUPPORT BRACKET, P/N MX1304-ASM-001-001 | 8463.90 | B | NO 1 | 1916.00 | USA |
| 3 SETS HEADSTOCK CENTERS, P/N MX1301-DET-002-001 | 8463.90 | B | NO 1 | 2271.00 | USA |
| 3 SETS TAILSTOCK CENTERS, P/N MX1301-DET-003-001 | 8463.90 | B | NO 1 | 2271.00 | USA |
| LOADER W/ENTRANCE & EXIT CHUTES, P/N MX1175 & MX1300 | 8463.90 | B | NO 1 | 12980.00 | USA |

I CERTIFY THAT:
- THE INFORMATION ON THIS DOCUMENT IS TRUE AND ACCURATE AND I ASSUME THE RESPONSIBILITY FOR PROVING SUCH REPRESENTATIONS. I UNDERSTAND THAT I AM LIABLE FOR ANY FALSE STATEMENTS OR MATERIAL OMISSIONS MADE ON OR IN CONNECTION WITH THIS DOCUMENT;
- I AGREE TO MAINTAIN AND PRESENT UPON REQUEST, DOCUMENTATION NECESSARY TO SUPPORT THIS CERTIFICATE, AND TO INFORM, IN WRITING, ALL PERSONS TO WHOM THE CERTIFICATE WAS GIVEN OF ANY CHANGES THAT COULD AFFECT THE ACCURACY OR VALIDITY OF THIS CERTIFICATE;
- THE GOODS ORIGINATED IN THE TERRITORY OF ONE OR MORE OF THE PARTIES, AND COMPLY WITH THE ORIGIN REQUIREMENTS SPECIFIED FOR THOSE GOODS IN THE NORTH AMERICAN FREE TRADE AGREEMENT AND UNLESS SPECIFICALLY EXEMPTED IN ARTICLE 411 OR ANNEX 401, THERE HAS BEEN NO FURTHER PRODUCTION OR ANY OTHER OPERATION OUTSIDE THE TERRITORIES OF THE PARTIES; AND
- THIS CERTIFICATE CONSISTS OF [ ONE ] PAGES, INCLUDING ALL ATTACHMENTS.

| 11a. AUTHORIZED SIGNATURE  *Marie A. Hill* | 11b. COMPANY   WEST MICHIGAN SPLINE INC |
|---|---|
| 11c. NAME *(Print or Type)*   MARIE A HILL | 11d. TITLE   OFFICE MANAGER |
| 11e. DATE *(MM/DD/YYYY)*   09/09/2005 | 11f. TELEPHONE NUMBER ▶ *(Voice)* 616-399-5550  *(Facsimile)* 616-399-3743 |

11.

Canada Customs
and Revenue Agency

Agence des douanes
et du revenu du Canada

**CANADA CUSTOMS INVOICE
FACTURE DES DOUANES CANADIENNES**

Page 1 of de 1

**1. Vendor (name and address) - Vendeur (nom et adresse)**

WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DRIVE
HOLLAND MI 49424 USA

**2. Date of direct shipment to Canada - Date d'expédition directe vers le Canada**

09/09/2005

**3. Other references (include purchaser's order No.)
Autres références (inclure le n° de commande de l'acheteur)**

PO #82M81551 & 001, SHIPPER NO. 2-693

**4. Consignee (name and address) - Destinataire (nom et adresse)**

DELPHI SAGINAW LAREDO DISTRIBUTION CTR, PLANT 44
ATTN: CLAUDIA SALINAS
13701 MINES ROAD
LAREDO TEXAS 78045 USA

**5. Purchaser's name and address (if other than consignee)
Nom et adresse de l'acheteur (s'il diffère du destinataire)**

DELPHI SAGINAW ACE PLANT 65
SANTA ROSA DEVITERBO 12
PARQUE INDUSTRIAL BERNARDO QUINTANA
MUNICIPIO EL MARQUES QUERETARO MX 76246

**6. Country of transhipment - Pays de transbordement**

NONE

**7. Country of origin of goods
Pays d'origine des marchandises**

USA

If shipment includes goods of different origins
enter origins against items in 12.
Si l'expédition comprend des marchandises d'origines
différentes, précisez leur provenance en 12.

**8. Transportation: Give mode and place of direct shipment to Canada
Transport : Précisez mode et point d'expédition directe vers le Canada**

ARTISAN #492589

**9. Conditions of sale and terms of payment
(i.e. sale, consignment shipment, leased goods, etc.)
Conditions de vente et modalités de paiement
(p. ex. vente, expédition en consignation, location de marchandises, etc.)**

NEW SALE, NET 2ND DAY 2ND MO

**10. Currency of settlement - Devise du paiement**

US FUNDS

| 11. Number of packages Nombre de colis | 12. Specification of commodities (kind of packages, marks and numbers, general description and characteristics, i.e., grade, quality) Désignation des articles (nature des colis, marques et numéros, description générale et caractéristiques, p. ex. classe, qualité) | 13. Quantity (state unit) Quantité (précisez l'unité) | 14. Unit price Prix unitaire | 15. Total |
|---|---|---|---|---|
| 6 | 1 REBUILT ANDERSON COOK 350-8 SPLINE ROLLER, S/N 352,PER RFQ 2411,INCLUDES 2 POS TAILSTOCK & AUTOLOAD | | | 0.00 |
| | 1 REBUILT ANDERSON COOK 350-8 SPLINE ROLLER, S/N 352,PER RFQ 2411,INCLUDES 2 POS TAILSTOCK & AUTOLOAD | 1.000 LOT PIECE | 185,791.00 | 185,791.00 |
| | 1 NEW HYDRAULIC POWER SYSTEM, P/N 2693-HYD | 1.000 EACH | 29,500.00 | 29,500.00 |
| | 1 RACK BOX,W/RACK SPACERS, P/N MX1305-ASM-001-001 | 1.000 SET | 47,699.00 | 47,699.00 |
| | # SETS PART SUPPORT BRACKETS, P/N MX1304-ASM-001-001, | 1.00 EA | 1916.00 | 1916.0 |
| | 3 SETS HEADSTOCK CENTERS, P/N MX1301-DET-002-001 | 3.000 SETS | 757.00 | 2,271.00 |
| | 3 SETS TAILSTOCK CENTERS, P/N MX1301-DET-003-001 | 3.000 SETS | 757.00 | 2,271.00 |
| | ONE LOADER WITH ENTRANCE & EXIT CHUTES, P/N MX1175 & P/N MX1300 | 1.000 SET | 12,980.00 | 12,980.00 |
| | | | | 0.00 |
| | | | | 0.00 |
| | | | | 0.00 |

**18. If any of fields 1 to 17 are included on an attached commercial invoice, check this box
Si tout renseignement relativement aux zones 1 à 17 figure sur une ou des factures commerciales ci-attachées, cochez cette case**
Commercial Invoice No. / N° de la facture commerciale

**16. Total weight - Poids total**
Net          Gross - Brut
             38000 LBS

**17. Invoice total
Total de la facture**
282428.00

**19. Exporter's name and address (if other than vendor)
Nom et adresse de l'exportateur (s'il diffère du vendeur)**

**20. Originator (name and address) - Expéditeur d'origine (nom et adresse)**

MARIE HILL
WEST MICHIGAN SPLINE INC
156 MANUFACTURERS DRIVE
HOLLAND MI 49424 USA

**21. CCRA ruling (if applicable) - Décision de l'Agence (s'il y a lieu)**

**22. If fields 23 to 25 are not applicable, check this box
Si les zones 23 à 25 sont sans objet, cochez cette case** ✓

**23. If included in field 17 indicate amount:
Si compris dans le total à la zone 17, précisez:**

(i) Transportation charges, expenses and insurance from the place of direct shipment to Canada
Les frais de transport, dépenses et assurances à partir du point d'expédition directe vers le Canada

(ii) Costs for construction, erection and assembly incurred after importation into Canada
Les coûts de construction, d'érection et d'assemblage après importation au Canada

(iii) Export packing
Le coût de l'emballage d'exportation

**24. If not included in field 17 indicate amount:
Si non compris dans le total à la zone 17, précisez:**

(i) Transportation charges, expenses and insurance to the place of direct shipment to Canada
Les frais de transport, dépenses et assurances jusqu'au point d'expédition directe vers le Canada

(ii) Amounts for commissions other than buying commissions
Les commissions autres que celles versées pour l'achat

(iii) Export packing
Le coût de l'emballage d'exportation

**25. Check (if applicable):
Cochez (s'il y a lieu):**

(i) Royalty payments or subsequent proceeds are paid or payable by the purchaser
Des redevances ou produits ont été ou seront versés par l'acheteur

(ii) The purchaser has supplied goods or services for use in the production of these goods
L'acheteur a fourni des marchandises ou des services pour la production de ces marchandises

Dans ce formulaire, toutes les expressions désignent des personnes visent à la fois les hommes et les femmes.

CI1 (00)

**Delphi**
Disbursement Services
PO Box 62530
Phoenix, AZ  85082-2530

DETACH BEFORE DEPOSITING CHECK

| | |
|---|---|
| CHECK NO. | 90052106J |
| PAYMENT DATE | 10/03/05 |

| VENDOR DUNS NO. | RD 798701702 |
|---|---|
| VENDOR NAME | WEST MICHIGAN SPLINE INC |

| REGISTER NO. DESCRIPTION | INVOICE DATE | DOC. REFERENCE NUMBER | % DISC. | INVOICE AMOUNT | DISC. AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 9900081608531 | 08/31/05 | K9 051853320001 | 00.0000 | 254,185.20 | .00 | 254,185.20 |
| S2981355 1  2-695 | | | | | | |
| PLT: DELPHI SAGINAW MOTRS | | | | | | |
| P/N: H3M | QTY: | | | | | |
| P/N: PR8794710DL  QTY: | 1.000 | | | UOM: EA  U/P: | | 28,242.88000-  EXT: 28,242.88- |
| P/N: PR8794710D2  QTY: | 1.000 | | | UOM: EA  U/P: | | 168,515.00000  EXT: 168,515.00 |
| P/N: PR8794710D2  QTY: | 1.000 | | | UOM: PC  U/P: | | 31,874.00000  EXT: 31,874.00 |
| P/N: PR8794710D4  QTY: | 1.000 | | | UOM: PC  U/P: | | 2,056.00000  EXT: 2,056.00 |
| P/N: PR8794710D5  QTY: | 3.000 | | | UOM: EA  U/P: | | 757.00000  EXT: 2,271.00 |
| P/N: PR8794710D6  QTY: | 3.000 | | | UOM: EA  U/P: | | 757.00000  EXT: 2,271.00 |
| P/N: PR8794710D8  QTY: | 1.000 | | | UOM: EA  U/P: | | 1,916.00000  EXT: 1,916.00 |
| P/N: PR8794710D9  QTY: | 2.000 | | | UOM: PC  U/P: | | 1,078.00000  EXT: 2,156.00 |
| P/N: PR8794710D10 QTY: | 1.000 | | | UOM: PC  U/P: | | 45,543.00000  EXT: 45,543.00 |
| P/N: PR8794710D11 QTY: | 1.000 | | | UOM: PC  U/P: | | 12,590.00000  EXT: 12,590.00 |
| P/N: PR8794710D12 QTY: | 1.000 | | | UOM: PC  U/P: | | 4,390.00000  EXT: 4,390.00 |
| | | | | | | 8,456.00000  EXT: 8,456.00 |

FOR PMT INFO USE E-DACOR
ING CALL BUYER)(QTY CALL
HTTP://DELPHI.CDVISINT.COM / ISSUES(PRIC
PLANT)(OTHER CUSTSERV:248)874-46356)

NB

| | | | |
|---|---|---|---|
| TOTAL | 254,185.20 | .00 | 254,185.20 |

*Rec 10/6/05*