ARCHER & GREINER, P.C.
2 Penn Plaza, Suite 1500
New York, NY 10121
Tel: (212) 292-4988
Fax: (212) 629-4568
Stephen M. Packman, Esquire
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| DELPHI CORPORATION, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MAGNESIUM ELECTRON INC. and<br>MAGNESIUM ELEKTRON INC.,<br><br>Defendant. | Adv. Pro. No. 07-02758 (RDD) |

**JOINDER OF MAGNESIUM ELECTRON INC. AND**
**MAGNESIUM ELEKTRON INC. TO MOTIONS FOR RELIEF**
**FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

Defendant, Magnesium Electron Inc. and Magnesium Elektron Inc. ("Defendant"), by and through its attorneys, Archer & Greiner, A Professional Corporation, hereby joins and adopts the motions of ATS Automation Tooling Systems, Inc. (Docket No. 20699), Doshi Prettl International (Docket No. 20701), the Timken Company and the Timken Corporation (Docket No. 20719) and all other motions (the "Motions") filed by defendants in avoidance actions filed

2

in the above-captioned bankruptcy proceedings.  In the interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Replies. Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments and requests for relief set forth in the Motions, to the extent that they are applicable to Defendant.

Dated:  November 24, 2010

ARCHER & GREINER, P.C.
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

  /s/  Stephen M. Packman                .
Stephen M. Packman
2 Penn Plaza, Suite 1500
New York, NY  10121
Tel:  (212) 292-4988
Fax:  (212) 629-4568
spackman@archerlaw.com

6201924v1

2