ARCHER & GREINER, P.C.
2 Penn Plaza, Suite 1500
New York, NY 10121
Tel: (212) 292-4988
Fax: (212) 629-4568
Stephen M. Packman, Esquire
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |
| DELPHI CORPORATION, *et al.*, | Adv. Pro. No. 07-02758 (RDD) |
| Plaintiff, | |
| v. | |
| MAGNESIUM ELECTRON INC. and MAGNESIUM ELEKTRON INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Stephen M. Packman, hereby certify that on November 24, 2010, I caused to be served copies of the Joinder of Magnesium Electron Inc. and Magnesium Elektron Inc. to Motions for Relief from Fourth Order Extending Time to Serve Complaint to all parties on the attached service list via regular first class mail.

Dated: November 24, 2010

/s/ Stephen M. Packman           .
Stephen M. Packman, Esquire
ARCHER & GREINER, P.C.
2 Penn Plaza, Suite 1500
New York, NY 10121
Tel: (212) 292-4988
Fax: (212) 629-4568
spackman@archerlaw.com
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

## SERVICE LIST

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Eric Fisher, Esquire
Butzel Long, PC
380 Madison Avenue, 22nd Floor
New York, NY 10017
(212) 374-5359
Fax : 212-818-1110
Email: fishere@butzel.com

6209915v1