Gary S. Jacobson, Esq.
(Admitted to Practice in S.D.N.Y.)
HEROLD LAW, P.A.
25 Independence Boulevard
Warren, New Jersey  07059
(908) 647-1022

*Co-Counsel with:*
Valerie L. Bailey-Rihn, Esq.
Quarles & Brady LLP
33 East Main Street
Suite 900
Madison, Wisconsin  53703
(608) 283-2407

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>    Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Jointly Administered |
| DELPHI CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>  -against-<br><br>CHARTER MANUFACTURING CO., CHARTER MFG. CO. INC. and MILWAUKEE WIRE PRODUCTS,<br><br>    Defendants. | Adv. Pro. No. 07-02151 (RDD) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

  I, Valerie L. Bailey-Rihn, a member in good standing of the bar of the state of Wisconsin, and the United States District Court for the Western and Eastern Districts of Wisconsin, request admission to practice *pro hac vice* before this Honorable Court, to represent the defendants

Charter Manufacturing Co., Charter Mfg. Co. Inc., Charter Steel and Milwaukee Wire Products in the above-referenced case and adversary proceeding.

My mailing and email address are:

> Valerie L. Bailey-Rihn, Esq.
> Quarles & Brady LLP
> 33 East Main Street
> Suite 900
> Madison, Wisconsin  53703
> Tel:  (608) 283-2407
> E-mail:  Valerie.bailey-rihn@quarles.com

I agree to pay the $25.00 fee upon the filing of this motion for an order admitting me to practice *pro hac vice*.

Dated:  November 3, 2010
Madison, Wisconsin                              */s/ Valerie L. Bailey-Rihn*
                                                Valerie L. Bailey-Rihn