**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>     Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Jointly Administered |
| DELPHI CORPORATION, et al.,<br><br>     Plaintiffs,<br><br>     -against-<br><br>CHARTER MANUFACTURING CO., CHARTER MFG. CO. INC. and MILWAUKEE WIRE PRODUCTS,<br><br>     Defendants. | Adv. Pro. No. 07-02151 (RDD) |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Valerie L. Bailey-Rihn, dated November 3, 2010, to be admitted *pro hac vice*, to represent Charter Manufacturing Co., Charter Mfg. Co. Inc., Charter Steel, and Milwaukee Wire Products (the "Clients") in this bankruptcy case and adversary proceeding; and upon the movant's certification that the movant is a member in good standing of the bar of the State of Wisconsin and the United States District Court for the Western and Eastern Districts of Wisconsin, it is hereby

ORDERED, that Valerie L. Bailey-Rihn is admitted to practice, *pro hac vice*, in the above-referenced case and adversary proceeding to represent the Clients in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November ____, 2010
    White Plains, New York

                    _____
                    ROBERT D. DRAIN
                    UNITED STATES BANKRUPTCY JUDGE