# EXHIBIT D

**Delphi Corporation stock for period 7/01/2005 to 10/15/2005**

https://powerdata.sungard.com/lexisnexis/LexisNexisJTicFacade.do?sd=...

*Historical Quotes*   Data Supplied by **SUNGARD**

Search | Results

## Results

Prev | Next    Next Steps · New Search [Go]

**DPHI - Delphi Corp COM (Non-NASDAQ OTC)**
Dates available: 02/05/1999 - 10/06/2009

**Currency:** Most Recent (MRP)
**Date(s):** 07/01/2005 - 10/15/2005

**Frequency:** Daily prices
**Exchange:** Non-NASDAQ OTC

View Tables   Get Charts                                    Open as Spreadsheet

| Date       | Close | High  | Low   | Volume    |
|------------|-------|-------|-------|-----------|
| 07/01/2005 | 4.55  | 4.90  | 4.45  | 3,428,100 |
| 07/04/2005 | NA    | NA    | NA    | NA        |
| 07/05/2005 | 4.64  | 4.79  | 4.52  | 1,542,300 |
| 07/06/2005 | 4.72  | 4.74  | 4.61  | 2,132,900 |
| 07/07/2005 | 4.89  | 4.95  | 4.60  | 3,404,400 |
| 07/08/2005 | 5.03  | 5.07  | 4.89  | 3,043,000 |
| 07/11/2005 | 5.15  | 5.15  | 5.02  | 2,990,400 |
| 07/12/2005 | 5.04  | 5.15  | 4.83  | 1,915,500 |
| 07/13/2005 | 5.08  | 5.09  | 4.96  | 998,000   |
| 07/14/2005 | 5.20  | 5.25  | 5.15  | 2,046,100 |
| 07/15/2005 | 5.20  | 5.34  | 5.16  | 2,359,000 |
| 07/18/2005 | 5.23  | 5.28  | 5.16  | 1,701,000 |
| 07/19/2005 | 5.20  | 5.32  | 5.20  | 3,241,000 |
| 07/20/2005 | 5.19  | 5.24  | 5.01  | 2,399,800 |
| 07/21/2005 | 5.08  | 5.18  | 4.97  | 2,192,500 |
| 07/22/2005 | 5.09  | 5.11  | 5.01  | 1,647,700 |
| 07/25/2005 | 5.10  | 5.14  | 5.04  | 1,522,400 |
| 07/26/2005 | 5.22  | 5.33  | 5.07  | 2,646,000 |

| Date | Close | High | Low | Volume |
| --- | --- | --- | --- | --- |
| 07/27/2005 | 5.18 | 5.44 | 5.17 | 1,999,000 |
| 07/28/2005 | 5.19 | 5.30 | 5.18 | 1,421,600 |
| 07/29/2005 | 5.30 | 5.39 | 5.08 | 3,134,300 |
| 08/01/2005 | 5.30 | 5.50 | 5.27 | 4,598,000 |
| 08/02/2005 | 5.33 | 5.45 | 5.32 | 4,020,900 |
| 08/03/2005 | 5.24 | 5.34 | 5.19 | 2,013,100 |
| 08/04/2005 | 5.78 | 5.90 | 5.13 | 10,006,000 |
| 08/05/2005 | 4.96 | 5.67 | 4.75 | 25,494,000 |
| 08/08/2005 | 5.03 | 5.11 | 4.22 | 16,868,000 |
| 08/09/2005 | 5.49 | 5.64 | 5.24 | 11,305,000 |
| 08/10/2005 | 5.49 | 6.05 | 5.36 | 11,671,000 |
| 08/11/2005 | 5.42 | 5.71 | 5.32 | 5,412,400 |
| 08/12/2005 | 5.56 | 5.60 | 5.31 | 4,000,600 |
| 08/15/2005 | 5.53 | 5.56 | 5.38 | 3,944,000 |
| 08/16/2005 | 5.78 | 5.81 | 5.46 | 4,578,400 |
| 08/17/2005 | 5.92 | 6.18 | 5.74 | 6,249,700 |
| 08/18/2005 | 5.92 | 6.07 | 5.69 | 3,940,100 |
| 08/19/2005 | 6.36 | 6.68 | 6.34 | 7,602,000 |
| 08/22/2005 | 6.22 | 6.44 | 6.04 | 5,413,200 |
| 08/23/2005 | 6.34 | 6.45 | 6.16 | 4,152,000 |
| 08/24/2005 | 6.33 | 6.37 | 6.13 | 4,404,700 |
| 08/25/2005 | 6.32 | 6.43 | 6.29 | 2,525,400 |
| 08/26/2005 | 6.04 | 6.36 | 5.96 | 3,748,600 |
| 08/29/2005 | 5.81 | 6.05 | 5.55 | 6,362,900 |
| 08/30/2005 | 5.66 | 5.96 | 5.38 | 4,359,500 |
| 08/31/2005 | 5.55 | 5.84 | 5.30 | 4,439,100 |

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 09/01/2005 | 5.02 | 5.36 | 4.70 | 13,700,000 |
| 09/02/2005 | 4.79 | 5.12 | 4.74 | 7,950,900 |
| 09/05/2005 | NA | NA | NA | NA |
| 09/06/2005 | 4.67 | 4.94 | 4.65 | 8,174,900 |
| 09/07/2005 | 4.39 | 4.65 | 4.18 | 12,482,000 |
| 09/08/2005 | 4.49 | 4.59 | 4.37 | 12,109,000 |
| 09/09/2005 | 4.24 | 4.58 | 4.10 | 9,575,200 |
| 09/12/2005 | 4.21 | 4.33 | 4.11 | 4,123,800 |
| 09/13/2005 | 4.39 | 4.48 | 4.20 | 6,200,600 |
| 09/14/2005 | 4.34 | 4.55 | 4.29 | 7,899,100 |
| 09/15/2005 | 3.96 | 4.33 | 3.79 | 11,426,000 |
| 09/16/2005 | 3.86 | 4.00 | 3.78 | 9,205,300 |
| 09/19/2005 | 3.37 | 3.86 | 3.34 | 13,116,000 |
| 09/20/2005 | 3.02 | 3.46 | 2.68 | 22,591,000 |
| 09/21/2005 | 3.48 | 3.62 | 3.08 | 16,968,000 |
| 09/22/2005 | 3.12 | 3.42 | 3.10 | 15,641,000 |
| 09/23/2005 | 3.46 | 3.65 | 3.38 | 13,185,000 |
| 09/26/2005 | 2.99 | 3.45 | 2.85 | 13,948,000 |
| 09/27/2005 | 2.75 | 3.05 | 2.75 | 19,232,000 |
| 09/28/2005 | 2.65 | 2.92 | 2.55 | 18,940,000 |
| 09/29/2005 | 2.52 | 2.77 | 2.42 | 20,204,000 |
| 09/30/2005 | 2.76 | 3.53 | 2.52 | 31,487,000 |
| 10/03/2005 | 2.80 | 2.99 | 2.74 | 10,452,000 |
| 10/04/2005 | 2.78 | 2.87 | 2.75 | 11,575,000 |
| 10/05/2005 | 2.50 | 2.73 | 2.20 | 28,310,000 |
| 10/06/2005 | 2.20 | 2.46 | 2.10 | 19,988,000 |

05-44481-rdd    Doc 20892-4    Filed 11/24/10    Entered 11/24/10 12:45:37    Exhibit D
Delphi Corporation stock for period 7/1/2005 to 10/15/2005    Pg 5 of 5

https://powerdata.sungard.com/lexisnexis/LexisNexisJTicFacade.do?sd=..

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 10/07/2005 | 1.12 | 2.00 | 1.03 | 93,884,000 |
| 10/10/2005 | 0.33 | 0.58 | 0.33 | 324,720,000 |
| 10/11/2005 | 0.305 | 0.39 | 0.228 | 142,675,600 |
| 10/12/2005 | 0.474 | 0.479 | 0.29 | 119,278,600 |
| 10/13/2005 | 0.395 | 0.496 | 0.39 | 37,751,500 |
| 10/14/2005 | 0.48 | 0.495 | 0.415 | 30,743,120 |

Terms and Conditions | Copyright© 2008 LexisNexis®. All rights reserved.