# EXHIBIT E

**Excerpts of Transcript from hearing of July 22, 2010**

```
                                                              - 1 -

 1

 2    UNITED STATES BANKRUPTCY COURT

 3    SOUTHERN DISTRICT OF NEW YORK

 4    Case No. 05-44481 (RDD); Adv. Proc. No. 07-02619 (RDD);

 5    Adv. Proc. No. 07-02242 (RDD); Adv. Proc. No. 07-02256 (RDD);

 6    Adv. Proc. No. 07-02333 (RDD); Adv. Proc. No. 07-02580 (RDD);

 7    Adv. Proc. No. 07-02661 (RDD); Adv. Proc. No. 07-02743 (RDD);

 8    Adv. Proc. No. 07-02768 (RDD); Adv. Proc. No. 07-02769 (RDD);

 9    Adv. Proc. No. 07-02790 (RDD); Adv. Proc. No. 07-02076 (RDD);

10    Adv. Proc. No. 07-02084 (RDD); Adv. Proc. No. 07-02096 (RDD);

11    Adv. Proc. No. 07-02125 (RDD); Adv. Proc. No. 07-02177 (RDD);

12    Adv. Proc. No. 07-02188 (RDD); Adv. Proc. No. 07-02211 (RDD);

13    Adv. Proc. No. 07-02212 (RDD); Adv. Proc. No. 07-02236 (RDD);

14    Adv. Proc. No. 07-02250 (RDD); Adv. Proc. No. 07-02262 (RDD);

15    Adv. Proc. No. 07-02270 (RDD); Adv. Proc. No. 07-02291 (RDD);

16    Adv. Proc. No. 07-02328 (RDD); Adv. Proc. No. 07-02337 (RDD);

17    Adv. Proc. No. 07-02348 (RDD); Adv. Proc. No. 07-02432 (RDD);

18    Adv. Proc. No. 07-02436 (RDD); Adv. Proc. No. 07-02449 (RDD);

19    Adv. Proc. No. 07-02479 (RDD); Adv. Proc. No. 07-02525 (RDD);

20    Adv. Proc. No. 07-02534 (RDD); Adv. Proc. No. 07-02539 (RDD);

21    Adv. Proc. No. 07-02551 (RDD); Adv. Proc. No. 07-02581 (RDD);

22    Adv. Proc. No. 07-02597 (RDD); Adv. Proc. No. 07-02618 (RDD);

23    Adv. Proc. No. 07-02623 (RDD); Adv. Proc. No. 07-02659 (RDD);

24    Adv. Proc. No. 07-02672 (RDD); Adv. Proc. No. 07-02702 (RDD);

25    Adv. Proc. No. 07-02723 (RDD); Adv. Proc. No. 07-02743 (RDD);
```

- 2 -

```
 1   Adv. Proc. No. 07-02744 (RDD); Adv. Proc. No. 07-02750 (RDD);

 2   Adv. Proc. No. 07-02188 (RDD)

 3   - - - - - - - - - - - - - - - - - - - - -x

 4   In the Matter of:

 5   DPH HOLDINGS CORP., et al.,

 6                    Reorganized Debtors.

 7   - - - - - - - - - - - - - - - - - - - - -x

 8   DELPHI CORPORATION, et al.,

 9                    Plaintiffs,

10       -against-

11   SETECH INC., et al.,

12                    Defendants.

13   - - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                    Plaintiffs,

16       -against-

17   DUPONT COMPANY, et al.,

18                    Defendants.

19   - - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                    Plaintiffs,

22       -against-

23   ECO-BAT AMERICA LLC,

24                    Defendant.

25   - - - - - - - - - - - - - - - - - - - - -x
```

- 3 -

```
 1   - - - - - - - - - - - - - - - - - - - - -x
 2   DELPHI CORPORATION, et al.,
 3                     Plaintiffs,
 4      -against-
 5   GLOBE MOTORS INC.,
 6                     Defendant.
 7   - - - - - - - - - - - - - - - - - - - - -x
 8   DELPHI CORPORATION, et al.,
 9                     Plaintiffs,
10      -against-
11   PHILIPS SEMICONDUCTOR, et al.,
12                     Defendants.
13   - - - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15                     Plaintiffs,
16      -against-
17   SUMMIT POLYMERS INC.,
18                     Defendant.
19   - - - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21                     Plaintiffs,
22      -against-
23   M & Q PLASTIC PRODUCTS, et al.,
24                     Defendants.
25   - - - - - - - - - - - - - - - - - - - - -x
```

- 4 -

```
 1   - - - - - - - - - - - - - - - - - - - -x

 2   DELPHI CORPORATION, et al.,

 3                      Plaintiffs,

 4       -against-

 5   RSR CORPORATION, et al.,

 6                      Defendants.

 7   - - - - - - - - - - - - - - - - - - - -x

 8   DELPHI CORPORATION, et al.,

 9                      Plaintiffs,

10       -against-

11   RSR/ECOBAT,

12                      Defendant.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                      Plaintiffs,

16       -against-

17   TYCO et al.,

18                      Defendants.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                      Plaintiffs,

22       -against-

23   AHAUS TOOL & ENGINEERING INC.,

24                      Defendant.

25   - - - - - - - - - - - - - - - - - - - -x
```

- 5 -

```
 1   - - - - - - - - - - - - - - - - - - -x
 2   DELPHI CORPORATION, et al.,
 3                      Plaintiffs,
 4       -against-
 5   A 1 SPECIALIZED SVC & SUPP., INC.,
 6                      Defendant.
 7   - - - - - - - - - - - - - - - - - - -x
 8   DELPHI CORPORATION, et al.,
 9                      Plaintiffs,
10       -against-
11   A-1 SPECIALIZED SERVICES,
12                      Defendant.
13   - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15                      Plaintiffs,
16       -against-
17   ATS AUTOMATION TOOLING SYSTEMS INC., et al.,
18                      Defendants.
19   - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21                      Plaintiffs,
22       -against-
23   CORNING INC., et al.,
24                      Defendants.
25   - - - - - - - - - - - - - - - - - - -x
```

```
                                                              - 6 -
 1   - - - - - - - - - - - - - - - - - - - - -x
 2   DELPHI CORPORATION, et al.,
 3                      Plaintiffs,
 4      -against-
 5   CRITECH RESEARCH INC.,
 6                      Defendant.
 7   - - - - - - - - - - - - - - - - - - - - -x
 8   DELPHI CORPORATION, et al.,
 9                      Plaintiffs,
10      -against-
11   DOSHI PRETTL INTERNATIONAL, et al.,
12                      Defendants.
13   - - - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15                      Plaintiffs,
16      -against-
17   D & R TECHNOLOGY LLC, et al.,
18                      Defendants.
19   - - - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21                      Plaintiffs,
22      -against-
23   DSSI, et al.,
24                      Defendants.
25   - - - - - - - - - - - - - - - - - - - - -x
```

- 7 -

```
 1   - - - - - - - - - - - - - - - - - - - -x

 2   DELPHI CORPORATION, et al.,

 3                        Plaintiffs,

 4      -against-

 5   DANOBAT MACHINE TOOL CO. INC.,

 6                        Defendant.

 7   - - - - - - - - - - - - - - - - - - - -x

 8   DELPHI CORPORATION, et al.,

 9                        Plaintiffs,

10      -against-

11   EDS, et al.,

12                        Defendants.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16      -against-

17   BP, et al.,

18                        Defendants.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22      -against-

23   CARLISLE, et al.,

24                        Defendants.

25   - - - - - - - - - - - - - - - - - - - -x
```

- 8 -

```
 1   - - - - - - - - - - - - - - - - - - - - -x
 2   DELPHI CORPORATION, et al.,
 3                        Plaintiffs,
 4       -against-
 5   GKNS INTERMETALS,
 6                        Defendant.
 7   - - - - - - - - - - - - - - - - - - - - -x
 8   DELPHI CORPORATION, et al.,
 9                        Plaintiffs,
10       -against-
11   EX-CELL-O MACHINE TOOLS INC.,
12                        Defendant.
13   - - - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15                        Plaintiffs,
16       -against-
17   JOHNSON CONTROLS, et al.,
18                        Defendants.
19   - - - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21                        Plaintiffs,
22       -against-
23   NILES USA INC., et al.,
24                        Defendants.
25   - - - - - - - - - - - - - - - - - - - - -x
```

```
                                                                - 9 -

 1    - - - - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                         Plaintiffs,

 4         -against-

 5    METHODE ELECTRONICS INC., et al.,

 6                         Defendants.

 7    - - - - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                         Plaintiffs,

10         -against-

11    MICROCHIP,

12                         Defendant.

13    - - - - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16         -against-

17    HEWLETT PACKARD, et al.,

18                         Defendants.

19    - - - - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22         -against-

23    OLIN CORP,

24                         Defendant.

25    - - - - - - - - - - - - - - - - - - - - -x
```

- 10 -

```
 1    - - - - - - - - - - - - - - - - - - - -x
 2    DELPHI CORPORATION, et al.,
 3                        Plaintiffs,
 4       -against-
 5    INTEC GROUP,
 6                        Defendant.
 7    - - - - - - - - - - - - - - - - - - - -x
 8    DELPHI CORPORATION, et al.,
 9                        Plaintiffs,
10       -against-
11    VALEO, et al.,
12                        Defendants.
13    - - - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15                        Plaintiffs,
16       -against-
17    VANGUARD DISTRIBUTORS,
18                        Defendant.
19    - - - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21                        Plaintiffs,
22       -against-
23    VICTORY PACKAGING, et al.,
24                        Defendants.
25    - - - - - - - - - - - - - - - - - - - -x
```

- 11 -

```
 1   - - - - - - - - - - - - - - - - - - - - -x
 2   DELPHI CORPORATION, et al.,
 3                        Plaintiffs,
 4       -against-
 5   WAGNER-SMITH COMPANY,
 6                        Defendant.
 7   - - - - - - - - - - - - - - - - - - - - -x
 8   DELPHI CORPORATION, et al.,
 9                        Plaintiffs,
10       -against-
11   WELLS FARGO BUSINESS, et al.,
12                        Defendants.
13   - - - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15                        Plaintiffs,
16       -against-
17   SELECT TOOL & DIE CORP.,
18                        Defendant.
19   - - - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21                        Plaintiffs,
22       -against-
23   SHUERT INDUSTRIES INC.,
24                        Defendant.
25   - - - - - - - - - - - - - - - - - - - - -x
```

- 12 -

```
 1   - - - - - - - - - - - - - - - - - - - -x
 2   DELPHI CORPORATION, et al.,
 3                        Plaintiffs,
 4        -against-
 5   SUMITOMO, et al.,
 6                        Defendants.
 7   - - - - - - - - - - - - - - - - - - - -x
 8   DELPHI CORPORATION, et al.,
 9                        Plaintiffs,
10        -against-
11   TECH CENTRAL,
12                        Defendant.
13   - - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15                        Plaintiffs,
16        -against-
17   PRUDENTIAL RELOCATION, et al.,
18                        Defendants.
19   - - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21                        Plaintiffs,
22        -against-
23   LDI INCORPORATED,
24                        Defendant.
25   - - - - - - - - - - - - - - - - - - - -x
```

```
                                                            - 13 -

 1    - - - - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                      Plaintiffs,

 4       -against-

 5    M & Q PLASTIC PRODUCTS, et al.,

 6                      Defendants.

 7    - - - - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                      Plaintiffs,

10       -against-

11    REPUBLIC ENGINEERED PRODUCTS, et al.,

12                      Defendants.

13    - - - - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                      Plaintiffs,

16       -against-

17    RIECK GROUP LLC,

18                      Defendant.

19    - - - - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                      Plaintiffs,

22       -against-

23    CRITECH RESEARCH INC.,

24                      Defendant.

25    - - - - - - - - - - - - - - - - - - - - -x
```

```
                                                          - 14 -

 1                  U.S. Bankruptcy Court

 2                  300 Quarropas Street

 3                  White Plains, New York

 4

 5                  July 22, 2010

 6                  10:20 AM

 7

 8

 9   B E F O R E:

10   HON. ROBERT D. DRAIN

11   U.S. BANKRUPTCY JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

DPH HOLDINGS CORP., et al.

- 103 -

1   this point, but to me the Constitutional issue, you know, the
2   due-process issue here, is not so much the running of time as
3   the issue of whether and how the defendants got notice of the
4   Rule 4 motions. If they didn't get notice, then it's wide
5   open. If they did get notice, I think there's a 60(b) hurdle.
6   But if they didn't get notice, it's wide open and I should look
7   at it as whether, you know, it was appropriate to have entered
8   those orders. And they should have all their -- you know,
9   their right to say they shouldn't have been entered.
10          MS. SCHWEITZER:  Right.  Your Honor, I think Your
11  Honor -- as you're raising, there are very difficult questions
12  raised when you look at both sides of this argument. You
13  raised several points and I'd like to take some of them in
14  turn. The first one is just the raising of the 4(m) and the
15  fact the Supreme Court has said that there's no per se due-
16  process violation in terms of changing a statute of
17  limitations. That's said in the context of policy decisions of
18  policymakers making a uniform decision that 'We're going to
19  change the rule. We're going to change the law because BP has
20  now intoxicated the entire Gulf of Mexico and we need to say
21  it's not fair that people have a year to bring those claims.'
22  There's been no grand policy decisions here.
23          And in fact the debtors didn't need more time to bring
24  the claims. The debtors said 'I'll file these claims in a
25  timely manner.'

DPH HOLDINGS CORP., et al.

- 119 -

1  smoothly with you, I'm going to say' --

2           THE COURT:  But, again, isn't that on a case-by-case

3  basis?  I mean, I -- as far as I can see, there's one case that

4  concludes that 4(m) relief was improperly granted and that case

5  wasn't on due process grounds.  The Ninth Circuit just said,

6  'You know, we don't really set a standard for when it's

7  improperly granted, but it was improperly granted.'  So, I

8  mean, it just seems to me that it's much more of a case-by-case

9  analysis, depending on the, you know, the harm that happened to

10 people.

11          MS. SCHWEITZER:  Right.  Well, I guess --

12          THE COURT:  With the exception -- let me stop you.

13          MS. SCHWEITZER:  Okay.

14          THE COURT:  With the exception that under Rule

15 60(b)(4), if someone really didn't get notice of the extension

16 motions, then it would seem to me they should be able to argue

17 to me as if the motions were being made right now, although

18 I'll hear the debtors on that.  But, that seems to be the way

19 to look at it.

20          MS. SCHWEITZER:  Right.  Well, Your Honor --

21          THE COURT:  And then, the notice that would trigger

22 the Rule 60(b)(4) analysis would be due process notice and

23 consistent with not only Espinosa, but Mulane and the like.

24 It's true, if -- if the notice was buried or confusing or the

25 like, then I would understand that, too, as a violation of due