Hearing Date and Time: February 17, 2011 at 10:00 a.m. (prevailing Eastern time)
Reply deadline: January 28, 2011 at 4:00 p.m. (prevailing Eastern time)

BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Deborah L. Thorne (admitted *pro hac vice*)
Kathleen L. Matsoukas (KL-1821)
Email: deborah.thorne@btlaw.com
       kathleen.matsoukas@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |
| DELPHI CORPORATION, *et al.* | |
| Plaintiffs, | Adv. Pro. No. 07-2348 |
| -against- | |
| JOHNSON CONTROLS, JOHNSON CONTROLS BATTERY GROUP, JOHNSON CONTROLS GMBH & CO. KG and JOHNSON CONTROLS, INC. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2010, I caused to be electronically filed *Defendants Johnson Controls, Johnson Controls Battery Group, and Johnson Controls, Inc.'s Objection to Plaintiff's Motion for Leave to File a First Amended Complaint, with exhibits,* using the ECF system which will send notification of such filing to all registered ECF users.

The following party was served with the above-referenced documents via hand delivery on November 24, 2010:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

The following parties were also served with the above-referenced documents by email on November 24, 2010:

Neil Berger
Daniel F.X. Geoghan
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

Jeremy M. Downs
Danielle Wildern Juhle
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, Illinos 60603-5792

Dated: November 24, 2010          Respectfully submitted,

                                        BARNES & THORNBURG LLP

                                        By:   /s/Kathleen L. Matsoukas
                                                Deborah L. Thorne (admitted *pro hac vice*)
                                                Kathleen L. Matsoukas (KL-1821)
                                                One North Wacker Drive, Suite 4400
                                                Chicago, Illinois 60606-2833
                                                Telephone: (312) 357-1313

                                        Counsel to Johnson Controls, Johnson Controls Battery Group, Inc., and Johnson Controls, Inc.