**Hearing Date and Time: 02/17/11 at 10:00 a.m.**
                                                          **Response Deadline: 01/28/11**

REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                    Chapter 11

DELPHI CORPORATION, *et al.*,
                                                                     Case No. 05-44481-RDD

                                  Debtors.
----------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

                                  Plaintiffs,                 Adv. Pro. No. 07-02188-RDD
            -against-

CRITECH RESEARCH, INC.,

                                  Defendant.
----------------------------------------------------------x

## CRITECH RESEARCH INC.'S CORRECTED OBJECTION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

        Defendant, Critech Research Inc. ("**Critech**"), by its undersigned attorneys, Reich, Reich & Reich, P.C., hereby objects to the Reorganized Debtors' motion for leave to file amended complaints (the "**Motion**").

        As set forth in the annexed declaration of Robert J. Rajewski, Critech was never provided with notice of, nor did it have any knowledge of, the motion seeking the Preservation

Order[1] or the First Extension Motion, the Second Extension Motion, or the Third Extension Motion.

In addition, the summons with respect to this Adversary Proceeding was not issued until December 8, 2009, and Critech was not served with the summons and complaint in this Adversary Proceeding until December 17, 2009, over four years after the Debtors filed their chapter 11 petitions and more than two years after the expiration of the applicable statute of limitations. See 11 U.S.C. § 546(a).

In the interest of judicial economy, Critech does not separately restate each and every argument and possible legal theory for the denial of the Motion. Rather, Critech joins and adopts all relevant arguments and authorities set forth in Affinia Group Holdings Inc.'s and Brake Parts Inc.'s Brief in Opposition to Reorganized Debtors' Brief in Opposition to Reorganized Debtors' Motion For Leave to File Amended Complaints (Adv. Pro. No. 07-02198) (Docket No. 20841), Po Tech Machine's Objection to Reorganized Debtors' Motion For Leave to File Amended Complaints (Adv. Pro. No. 07-02690) (Docket No. 20842) and Stephenson and Sons Roofing's Objection to Reorganized Debtors' Motion For Leave to File Amended Complaints (Adv. Pro. No. 07-02654) (Docket No. 20848), as well as in all other objections filed by similarly-situated defendants, as if they were set forth herein in their entirety.

Critech reserves its right to supplement this Objection and to appear at any and all hearings and conferences scheduled on the Motion.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Motion.

WHEREFORE, Critech respectfully requests that the Motion be denied in all respects and that it have such other and further relief as is just and proper.

Dated:  White Plains, New York
November 23, 2010

REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.

By: /s/ Lawrence R. Reich
Lawrence R. Reich

235 Main Street
Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com