Phillips Lytle LLP
Angela Z. Miller (AM4473)
Allan L. Hill (AH3707)
437 Madison Avenue, 34th Fl.
New York, New York 10022
Telephone: (212) 759-4888
and
3400 HSBC Center
Buffalo, New York 14203
Telephone: (716) 847-8400
Fax: (716) 852-6100

*Attorneys for E.I. du Pont de Nemours and Company
and affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:                                                  :    Chapter 11
                                                        :
DPH HOLDINGS CORP., *et al.*,                           :    Case No. 05-44481 (RDD)
                                                        :
                                                        :    (Jointly Administered)
-----------------------------------------------------------
                                                        :

DELPHI AUTOMOTIVE SYSTEMS, LLC,                         :
                                                        :
                            Plaintiffs,                 :
                                                        :
                    v.                                  :
                                                        :
DUPONT COMPANY, DUPONT POWDER                           :
COATINGS USA INC., and E I DUPONT DE                    :
NEMOURS & CO. INC.,                                     :    Adv. Pro. No. 07-02242 (RDD)
                                                        :
                            Defendants.                 :
-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

　　　　I, Jayne A. Hahn, being at all times over 18 years of age, hereby certify that on November 24, 2010, a true and correct copy of the Objection of DuPont Powder Coatings USA Inc. and E.I. du Pont de Nemours and Company to the Reorganized Debtors' Motion for Leave to File Amended Complaints and the Declaration of Susan F. Herr in support dated November 23, 2010 (collectively, the "Objection") was caused to be served by e-mail upon the following parties who receive electronic notice in this case pursuant to the Court's ECF filing system:

- J. Ted Donovan    TDonovan@Finkgold.com,
  David@Finkgold.com;CClarke@Gwfglaw.com

- David B. Aaronson    david.aaronson@dbr.com

- Elizabeth Abdelmasieh    elizabeth@regencap.com

- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

- Letitia Accarrino    Laccarrino@wilentz.com

- Franklin C. Adams    franklin.adams@bbklaw.com

- Robert H. Adams    rha@hsy.com, cpm@hsy.com;mjb@hsy.com

- Jennifer L. Adamy    bankruptcy@goodwin.com

- David J. Adler    dadler@mccarter.com

- Michael J. Alerding    malerding@binghammchale.com

- Derek P. Alexander    dalexand@debevoise.com, pacer@gruss.com

- Joseph W. Allen    jallen@jaeckle.com

- Christopher A. Andreoff    candreoff@jaffelaw.com

- Philip D. Anker    philip.anker@wilmerhale.com

- Joel D. Applebaum    japplebaum@clarkhill.com

- Allison R. Bach    abach@dickinsonwright.com

- Stephen M. Bales    sbales@zieglermetzger.com

- C. David Bargamian    dbargamian@bsdd.com

- Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com

- Leslie S. Barr    lbarr@windelsmarx.com, theston@windelsmarx.com

- William J. Barrett    william.barrett@bfkn.com

- David S. Barritt    barritt@chapman.com

- William M. Barron    wbarron@sgrlaw.com,
  dbarron@sgrlaw.com;pchoi@sgrlaw.com;SHOOPER-HAMERSLEY@sgrlaw.com

- Donald F. Baty    dbaty@honigman.com

- Douglas P. Baumstein    dbaumstein@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

- Peter Nils Baylor    pnb@nutter.com

- Ronald Scott Beacher    rbeacher@daypitney.com

- W. Robinson Beard    jkirk@stites.com

- Thomas M. Beeman    tom@beemanlawoffice.com

- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

- Ryan B. Bennett    rbennett@kirkland.com,
  pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com
  ;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.co
  m

- Neil Matthew Berger    neilberger@teamtogut.com,
  abrogan@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamto
  gut.com;dcahir@teamtogut.com;kackerman@teamtogut.com;mhamersky@teamtogut.co
  m;nmoss@teamtogut.com;klaverde@teamtogut.com;hhuget@teamtogut.com

- Leslie Ann Berkoff    lberkoff@moritthock.com

- Richard J. Bernard    rbernard@bakerlaw.com

- Jeffrey Bernstein    jbernstein@mdmc-law.com, malimario@mdmc-law.com

- Harold S. Berzow    hberzow@rmfpc.com

- Daniel B. Besikof    dbesikof@loeb.com

- Brendan G. Best    ssalinas@dykema.com

- Beth Ann Bivona    bbivona@damonmorey.com,
  wsavino@damonmorey.com;mbrennan@damonmorey.com

- Christopher B. Block    cblock@gordonrees.com

- Anthony D. Boccanfuso    Anthony_Boccanfuso@aporter.com

- Florence Bonaccorso-Saenz    florence.saenz@la.gov

- Charles E. Boulbol    rtrack@msn.com

- Claude R. Bowles    crb@gdm.com, shm@gdm.com

- Jordan Brackett    jbrackett@fklaw.com, vgarvey@fklaw.com

- Eliza K. Bradley    ebradley@robergelaw.com

- Kate M. Bradley    kbradley@brouse.com, jhickey@brouse.com

- William M. Braman    wbraman@meplegal.com

- Beverley S. Braun     bbraun@jaeckle.com

- Allan S. Brilliant     allan.brilliant@dechert.com

- Lynn M. Brimer     lbrimer@stroblpc.com, sfraser@stroblpc.com

- Timothy W. Brink     timothy.brink@dlapiper.com

- Timothy T. Brock
  tbrock@ssbb.com;tlewis@ssbb.com;asnow@ssbb.com;managingclerk@ssbb.com

- James L. Bromley     maofiling@cgsh.com

- Mark A. Broude     mark.broude@lw.com, peter.gilhuly@lw.com

- Robert F. Brown     rbrown@rendigs.com

- William J. Brown     khatch@phillipslytle.com

- Lee B. Brumitt     lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

- Adam D. Bruski     adbruski@lambertleser.com

- Daniel E. Bruso     dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

- Jacob Buchdahl     jbuchdahl@susmangodfrey.com

- Deborah M. Buell     maofiling@cgsh.com

- Douglas J. Buncher     dbuncher@neliganlaw.com,
  snash@neliganlaw.com;sklein@neliganlaw.com

- Martin G. Bunin     marty.bunin@alston.com

- Kevin J. Burke     kburke@cahill.com

- Brent Adam Burns     bburns@babfirm.com

- Michael G. Busenkell     mbusenkell@wcsr.com, pgroff@wcsr.com

- John Wm. Butler     jbutler@skadden.com

- Dan E. Bylenga     ecf-deby@rhoadesmckee.com, ecf@rhoadesmckee.com

- Christopher M. Cahill     ccahill@clarkhill.com

- Aaron R. Cahn     cahn@clm.com

- Robert A. Calinoff     rcalinoff@candklaw.com

- Judy B. Calton     jcalton@honigman.com

- Paul W. Carey     bankrupt@modl.com, pwcarey@modl.com

- Scott Cargill    scargill@lowenstein.com, msavetsky@lowenstein.com

- James C. Carignan    carignanj@pepperlaw.com;custerm@pepperlaw.com

- Eric D. Carlson    carlson@millercanfield.com

- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

- D. Christopher Carson    ccarson@burr.com

- Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com;;dmeadows@kslaw.com

- Erin M. Casey    erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

- Linda J. Casey    caseyl@pepperlaw.com,
  jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

- Michael Cassell    mcassell@lefkowitzhogan.com

- Katherine R. Catanese    kcatanese@foley.com

- Ben T. Caughey    ben.caughey@icemiller.com

- George B. Cauthen    george.cauthen@nelsonmullins.com,
  brook.wright@nelsonmullins.com

- Babette A. Ceccotti    bceccotti@cwsny.com, ecf@cwsny.com

- Michael J. Chapman    mchapman@rendigs.com

- Sarah B. Chapman Carter    scarter@pselaw.com

- Erik G. Chappell    egc@lydenlaw.com

- J Eric Charlton    echarlton@hiscockbarclay.com

- Conrad Chiu    cchiu@daypitney.com

- Gloria M. Chon    gloria.chon@kkue.com

- Joseph L. Clasen    jclasen@rc.com, sgleason@rc.com;tgorrell@rc.com

- David D. Cleary    mkhambat@dl.com

- Marvin E. Clements    agbanknewyork@ag.tn.gov

- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com

- Michael A. Cohen    macohen@kirkland.com

- Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

- Mark B. Conlan    mconlan@gibbonslaw.com

- Dennis J. Connolly    dconnolly@alston.com

- Susan M. Cook    smcook@lambertleser.com

- Jesse Cook-Dubin    jcookdubin@vorys.com, cdfricke@vorys.com

- Dawn R. Copley    dcopley@dickinsonwright.com,dnavin@dickinsonwright.com

- Joseph N. Cordaro    joseph.cordaro@usdoj.gov

- Joseph Corneau    jcorneau@klestadt.com

- Trent P. Cornell    tcornell@stahlcowen.com

- Thomas W. Cranmer    cranmer@millercanfield.com,
  rouman@millercanfield.com;christenson@millercanfield.com

- David N. Crapo    dcrapo@gibbonslaw.com

- Tyson A. Crist    tcrist@szd.com, estoller@szd.com

- Maureen A. Cronin    mao-ecf@debevoise.com

- Michael G. Cruse    mcruse@wnj.com, hziegler@wnj.com

- Gary H. Cunningham    gcunningham@gmhlaw.com

- Louis A. Curcio    lcurcio@sonnenschein.com

- Vincent D'Agostino    vdagostino@lowenstein.com, jbecht@lowenstein.com

- Jeannine D'Amico    jeannine.damico@cwt.com

- Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com

- Michael R. Dal Lago    , bankruptcy@morrisoncohen.com

- Michael S. Davis    mdavis@zeklaw.com,
  mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

- Carina M. De La Torre    carina@kellermacaluso.com

- James J. DeCristofaro    james.decristofaro@lovells.com

- Karen Veronica DeFio    kdefio@bsk.com, kdoner@bsk.com;tayers@bsk.com

- James E. DeLine    jed@krwlaw.com, pal@krwlaw.com

- J. Michael Debbeler    mdebbeler@graydon.com

- Robert Dehney    rdehney@mnat.com,
  cmiller@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights
  @mnat.com

- Christopher M. Desiderio    cdesiderio@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

- Maria J. DiConza    diconzam@gtlaw.com, petermann@gtlaw.com

- John P. Dillman    houston_bankruptcy@publicans.com

- Gianni Dimos    gianni.dimos@pillsburylaw.com

- Karen Dine    karen.dine@pillsburylaw.com

- Ira S. Dizengoff    idizengoff@akingump.com,
  afreeman@akingump.com;rwininger@akingump.com;blaylocka@akingump.com;cketter
  @akingump.com;apreis@akingump.com;jnewdeck@akingump.com;rcohen@akingump.
  com;dkaloudis@akingump.com;cgreen@akingump.com;dkrasa-
  berstell@akingump.com;acaleca@akingump.com

- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com

- Amish R. Doshi    adoshi@daypitney.com

- Mary Joanne Dowd    dowd.mary@arentfox.com,
  rothleder.jeffrey@arentfox.com;campbell.andrea@arentfox.com

- Jeremy M. Downs    jeremy.downs@goldbergkohn.com,
  kristina.bunker@goldbergkohn.com

- Daniel D. Doyle    ddoyle@spencerfane.com,
  kcollier@spencerfane.com;tswhite@spencerfane.com

- David G. Dragich    ddragich@harringtondragich.com

- David B. Draper    ddraper@terra-law.com

- Dennis J. Drebsky    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com

- Robert W. Dremluk    rdremluk@seyfarth.com,
  pbaisier@seyfarth.com,dchristian@seyfarth.com,

- Seth A. Drucker    sdrucker@honigman.com

- David W. Dykhouse    mcobankruptcy@pbwt.com

- Frank L. Eaton    featon@whitecase.com,
  mresnicoff@whitecase.com;lbegy@whitecase.com

- Daniel Egan   daniel.egan@dlapiper.com, evelyn.rodriguez@dlapiper.com
- Gayle Ehrlich   gehrlich@sandw.com, etordiglione@sandw.com
- Robert L. Eisenbach   reisenbach@cooley.com
- David M. Eisenberg   deisenberg@ermanteicher.com
- Roger Elder   roger.elder@pillsburylaw.com
- Judith Elkin   judith.elkin@haynesboone.com, paul.fabsik@haynesboone.com
- Paige Leigh Ellerman   ellerman@taftlaw.com, docket@taftlaw.com
- Kristin Elliott   kelliott@kelleydrye.com
- Rex H. Elliott   loris@cooperelliott.com
- Alyssa Englund   aenglund@orrick.com
- Michael R. Enright   menright@rc.com
- Richard L. Epling   richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com
- Margot Erlich   margot.erlich@pillsburylaw.com
- Scott L. Esbin   bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- Michael S. Etkin   metkin@lowenstein.com, mseymour@lowenstein.com
- Stephen Vincent Falanga   sfalanga@connellfoley.com, sdarling@connellfoley.com
- Marc Falcone   mfalcone@paulweiss.com
- Eugene I. Farber   efarber747@aol.com
- Kathleen A. Farinas   kf@lgrslaw.com
- Robert Michael Farquhar   mfarquhar@winstead.com, whsu@winstead.com
- David D. Farrell   dfarrell@thompsoncoburn.com
- William L. Farris   farrisw@sullcrom.com
- Bonnie Glantz Fatell   fatell@blankrome.com
- Oscar B. Fears   bfears@law.ga.gov
- Benjamin D. Feder   KDWBankruptcyDepartment@kelleydrye.com
- Robert J. Feinstein   rfeinstein@pszyj.com, dharris@pszyjw.com
- Ilene J. Feldman   collinsfeldman@aol.com

- Richard L. Ferrell    Ferrell@taftlaw.com

- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

- Eric Fisher    fishere@butzel.com, richarda@butzel.com

- Elizabeth K. Flaagan    eflaagan@faegre.com

- Jonathan L. Flaxer    jflaxer@golenbock.com,
  ssmith@golenbock.com;eneuman@golenbock.com;mweinstein@golenbock.com

- Daniel A. Fliman    dfliman@kasowitz.com, courtnotices@kasowitz.com

- Paul C. Foley    foley@mountaindearborn.com

- Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

- Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

- Edward M. Fox    edward.fox@klgates.com

- Shawn Randall Fox    sfox@mcguirewoods.com, tcollins@mcguirewoods.com

- Joseph D. Frank    jfrank@fgllp.com,
  ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

- Mark S. Frankel    mfrankel@couzens.com

- Thomas M. Franklin    tmflaw@swbell.net

- Edward A. Friedman    efriedman@fklaw.com, vgarvey@fklaw.com

- Michael Friedman    mfriedman@rkollp.com,
  mschneider@rkollp.com;jhong@rkollp.com;dgallacher@rkollp.com

- Scott J. Friedman    sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

- Patricia B. Fugee    pfugee@ralaw.com, mskotynsky@ralaw.com

- Lars H. Fuller    lfuller@rothgerber.com

- Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

- GE Commercial Materials

- Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

- James Gadsden    bankruptcy@clm.com

- James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

- Victoria D. Garry    vgarry@ag.state.oh.us

- Joanne Gelfand    joanne.gelfand@akerman.com

- Yann Geron    ygeron@foxrothschild.com

- Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

- Karen Giannelli    kgiannelli@gibbonslaw.com

- Leo J. Gibson    lgibson@bsdd.com

- A. Spencer Gilbert    sgilbert@asgilbert.com, kimwolford@asgilbert.com

- Celeste R. Gill    gillc1@michigan.gov

- Joseph M. Gitto    jgitto@nixonpeabody.com

- Rozanne M. Giunta    rmgiunta@lambertleser.com

- Eduardo J. Glas    eglas@mccarter.com

- Jeffrey R. Gleit    jgleit@kasowitz.com,
  courtnotices@kasowitz.com;cciuffani@kasowitz.com

- Larry Ivan Glick    llick@shutts.com

- Ronald L. Glick    rlg@stevenslee.com

- Dean M. Gloster    dgloster@fbm.com

- Matthew Alexander Gold    courts@argopartners.net

- Eric D. Goldberg    egoldberg@Stutman.com

- Scott R. Goldberg    sgoldber@quarles.com

- Thomas D. Goldberg    tdgoldberg@dbh.com

- Scott A. Golden    sagolden@hhlaw.com

- Robert C. Goodrich    nashvillebankruptcyfilings@stites.com

- Robert D. Gordon    rgordon@clarkhill.com

- Neil Andrew Goteiner    ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

- Gary A. Gotto    ggotto@krplc.com

- Garry M. Graber    ggraber@hodgsonruss.com, mmuskopf@hodgsonruss.com

- David S. Gragg    dgragg@langleybanack.com, cjohnston@langleybanack.com

- Jeffrey J. Graham    jgraham@taftlaw.com,
  ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

- Corey D. Grandmaison    corgra@bkf-law.com, aijhal@bkf-law.com

- Jonathan S. Green    greenj@millercanfield.com

- John T. Gregg    jgregg@btlaw.com

- Lisa S. Gretchko    lgretchko@howardandhoward.com,
  dbrandon@howardandhoward.com

- Thomas Parker Griffin    pgriffin@babc.com

- Emanuel C. Grillo    egrillo@goodwinprocter.com

- David M. Grogan    dgrogan@slk-law.com

- Stephen H. Gross    rcipollaro@hodgsonruss.com

- Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

- Janice Beth Grubin    jgrubin@tnsj-law.com, snobles@tnsj-law.com

- Kevin Grzelak    phcdelphi@priceheneveld.com

- Peter J. Gurfein    pgurfein@lgbfirm.com, cscott@lgbfirm.com

- Elizabeth A. Haas    info@thehaaslawfirm.com

- Cynthia J. Haffey    haffey@butzel.com

- Richard F. Hahn    rfhahn@debevoise.com;jchung@debevoise.com;mao-
  ecf@debevoise.com

- Dennis M. Haley    dhaley@winegarden-law.com

- Alan D. Halperin    ahalperin@halperinlaw.net,
  lgu@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

- Michael C. Hammer    mchammer2@dickinsonwright.com

- Marc B. Hankin    mhankin@jenner.com, docketing@jenner.com

- William J. Hanlon    whanlon@seyfarth.com

- Kristopher M. Hansen    insolvency2@stroock.com

- Jill M. Hartley    jh@previant.com

- Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

- Bruce A. Harwood    bharwood@sheehan.com,
  ntoli@sheehan.com;nhbankruptcycourt@sheehan.com

- Lonie A. Hassel    lah@groom.com

- William M. Hawkins    whawkins@loeb.com,
  sorszula@loeb.com;jjensen@dimontelaw.com

- Nava Hazan    nhazan@mwe.com

- Ryan D. Heilman    rheilman@schaferandweiner.com

- Ira L. Herman    ira.herman@tklaw.com,
  orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

- Neil E. Herman    Nherman@morganlewis.com

- Brian S. Hermann    bhermann@paulweiss.com

- Jennifer B. Herzog    jherzog@gklaw.com, mroufus@gklaw.com;zraiche@gklaw.com

- William Heuer    wheuer@duanemorris.com

- Robert M. Hirsh    hirsh.robert@arentfox.com, constantino.nova@arentfox.com

- Shannon E. Hoff    mstinson@burr.com

- Marie Polito Hofsdal    marie.hofsdal@wilsonelser.com

- Albert L. Hogan    al.hogan@skadden.com, chdocket@skadden.com

- Evan C. Hollander    ehollander@whitecase.com,
  mcosbny@whitecase.com;jdisanti@whitecase.com

- Pamela Smith Holleman    pholleman@sandw.com

- Casey B. Howard    choward@lockelord.com

- Patrick Howell    phowell@whdlaw.com, tmichalak@whdlaw.com;dprim@whdlaw.com

- John R. Humphrey    jhumphrey@taftlaw.com,
  jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

- P. Warren Hunt    pwh@krwlaw.com

- John J. Hunter    jrhunter@hunterschank.com,
  sharonaldrich@hunterschank.com;mcraig@hunterschank.com

- Jay W. Hurst    jay.hurst@oag.state.tx.us

- Donald J. Hutchinson    hutchinson@millercanfield.com

- Roland Hwang    hwangr@michigan.gov

- Mark S. Indelicato    mindelicato@hahnhessen.com,
  eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpat
  wardhan@hahnhessen.com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com;l
  schlussel@hahnhessen.com;jsmith@hahnhessen.com;kprimm@hahnhessen.com

- Michael J. Jacobs    mjacobs@hbss.net

- Gary S. Jacobson    gjacobson@heroldlaw.com

- Susan Jennik    sjennik@kjmlabor.com

- Nan E. Joesten    njoesten@fbm.com

- Mary L. Johnson    msternstein@sheppardmullin.com

- Roger G. Jones    rjones@bccb.com

- Richard Josephson    basargent@stoel.com

- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

- David J. Jurkiewicz    djurkiewicz@boselaw.com, mwakefield@boselaw.com

- Allen G. Kadish    kadisha@gtlaw.com, cusumanod@gtlaw.com

- Robert G. Kamenec    rkamenec@plunkettcooney.com

- Dana P. Kane    lsi@liquiditysolutions.com

- Karel S. Karpe    karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

- Andrew C. Kassner    andrew.kassner@dbr.com

- William M. Katich    wkatich@atg.state.il.us

- Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

- Jordan Kaye    jkaye@kramerlevin.com

- Barry M. Kazan    Barry.Kazan@ThompsonHine.com

- Patrick J. Keating    pkeating@bdblaw.com

- David Kennedy    david.kennedy2@usdoj.gov

- Thomas M. Kennedy    tkennedy@kjmlabor.com, sjennik@kjmlabor.com

- Michael P. Kessler    ,
  plee@dl.com;haaronson@dl.com;lsaal@dl.com;kkeen@dl.com;pbrodnicki@dl.com

- Jocelyn Keynes    jkeynes@halperinlaw.net

- Jocelyn Keynes    jk@stevenslee.com

- Ron Kilgard    BankruptcyECF@krplc.com

- Tami Hart Kirby    tkirby@porterwright.com

- Myron Kirschbaum    mkirschbaum@kayescholer.com

- Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

- Jeremy C. Kleinman    jkleinman@fgllp.com

- Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

- Brandi P. Klineberg    bklineberg@moritthock.com

- Anthony J. Kochis    akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

- Howard Koh    hkoh@meisterseelig.com

- Seth F. Kornbluth    skornbluth@herrick.com

- Alan M. Koschik    akoschik@brouse.com

- Lawrence J. Kotler    ljkotler@duanemorris.com

- Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
  kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

- Stuart A. Krause    skrause@zeklaw.com

- Julia S. Kreher    rleek@hodgsonruss.com;jthoman@hodgsonruss.com

- Sarah Quinn Kuhny    sarah.kuhny@btlaw.com

- Patrick J. Kukla    pkukla@carsonfischer.com

- Duane Kumagai    dkumagai@rutterhobbs.com

- Glenn M. Kurtz    gkurtz@whitecase.com,
  jdisanti@whitecase.com;mcosbny@whitecase.com

- Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com

- Robinson B. Lacy    Lacyr@sullcrom.com

- Darryl S. Laddin    bkrfilings@agg.com,
  frank.white@agg.com;billie.robinson@agg.com

- Ralph L. Landy    landy.ralph@pbgc.gov, efile@pbgc.gov

- Stuart A. Laven    slaven@bfca.com

- James N. Lawlor    jlawlor@wmd-law.com, jgiampolo@wmd-law.com

- James Michael Lawniczak    jlawniczak@calfee.com

- Harlan Mitchell Lazarus    hmllaw@att.net, hmllaw@att.net

- David H. Lee    dlee@nixonpeabody.com

- Thomas A. Lee    notices@becket-lee.com

- Alexander B. Lees    ablees@wlrk.com

- David S. Lefere    davidl@bolhouselaw.com

- Eugene Leff    eleff@oag.state.ny.us

- Rachel Jeanne Lehr    rachel.lehr@dol.lps.state.nj.us

- Michael S. Leib    msl@maddinhauser.com, bac@maddinhauser.com

- Damon R. Leichty    damon.leichty@btlaw.com

- David S. Leinwand    dleinwand@avenuecapital.com

- Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

- David E. Lemke    david.lemke@wallerlaw.com,
  cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com
  ;bk@wallerlaw.com

- Joseph H. Lemkin    jhlemkin@duanemorris.com,
  tjsantorelli@duanemorris.com;dalvarado@duanemorris.com

- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

- Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

- Jonathan Levine    jlevine@akllp.com

- Kenneth M. Lewis    klewis@lewispllc.com

- Kim Martin Lewis    kim.lewis@dinslaw.com,
  john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

- Barry E. Lichtenberg    barrylichtenberg@sl-llp.com

- Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

- David Liebov    liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com

- Carmen H. Lonstein    carmen.lonstein@bakernet.com

- Eric Lopez Schnabel    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

- Dennis W. Loughlin    dloughlin@wnj.com, robinclark@wnj.com

- Daniel A. Lowenthal    dalowenthal@pbwt.com,
  mcobankruptcy@pbwt.com;bguiney@pbwt.com

- A. Peter Lubitz    plubitz@nyc.rr.com

- Donald K. Ludman    dludman@brownconnery.com

- Matthew J. Lund    kovskyd@pepperlaw.com

- Douglas L. Lutz    dlutz@fbtlaw.com, ahammerle@fbtlaw.com

- Christopher A. Lynch    clynch@reedsmith.com

- John H. Maddock    jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com

- Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

- John S. Mairo    jsmairo@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@p
  bnlaw.com;kdcurtin@pbnlaw.com

- Donald W. Mallory    dmallory@ctks.com, ddcass@ctks.com

- Richard Mancino    maosbny@willkie.com, rmancino@willkie.com

- Jacob A. Manheimer    jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

- Kayalyn A. Marafioti    kmarafio@skadden.com, John.Murphy@skadden.com

- Wendy G. Marcari    wmarcari@ebglaw.com

- Alan E. Marder    lgomez@msek.com

- Jeffrey S. Margolin    margolin@hugheshubbard.com

- Andrew L. Margulis    amargulis@ropers.com

- Kenneth S. Marks    kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

- Ilan Markus    ilan.markus@leclairryan.com

- John J. Marquess    jjm@legalcost.com

- Madison L. Martin    nashvillebankruptcyfilings@stites.com

- Gregory J Mascitti    gmascitti@nixonpeabody.com,
  roc.managing.clerk@nixonpeabody.com;sfoster@nixonpeabody.com

- Richard Gary Mason    rgmason@wlrk.com, calert@wlrk.com

- Victor J. Mastromarco    vmastromar@aol.com

- Kathleen Leicht Matsoukas    kmatsoukas@btlaw.com

- Deborah A. Mattison    dmattison@wcqp.com

- Douglas Kirk Mayer    dkmayer@wlrk.com, calert@wlrk.com

- Alan S. Maza     mazaa@sec.gov

- Jil Mazer-Marino     jmazermarino@msek.com, kgiddens@msek.com

- Daniel P. Mazo     dpm@curtinheefner.com

- Aaron G. McCollough     amccollough@mcguirewoods.com

- Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

- Robert F. McDonough     ahatch@polsinelli.com;tbackus@polsinelli.com

- Ralph E. McDowell     rmcdowell@bodmanllp.com

- Frank McGinn     ffm@bostonbusinesslaw.com

- Lorraine S. McGowen     lmcgowen@orrick.com

- Terence McLaughlin     maosbny@willkie.com, tmclaughlin@willkie.com

- Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com

- Austin L. McMullen     amcmullen@babc.com

- Patrick E. Mears     patrick.mears@btlaw.com

- Derek F. Meek     dmeek@burr.com

- Barbara S Mehlsack     bmehlsack@gkllaw.com

- Timothy Mehok     timothy.mehok@hellerehrman.com

- Ron E. Meisler     rmeisler@skadden.com

- Richard G. Menaker     rmenaker@mhjur.com

- Marc B. Merklin     mmerklin@brouse.com

- Richard M. Meth     msteen@foxrothschild.com, mlsecf@gmail.com

- G. Christopher Meyer     cmeyer@ssd.com

- Sally Meyer     smeyer@madisonliquidity.com

- Merle C. Meyers     mmeyers@mlg-pc.com

- Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com

- Brian Parker Miller     parker.miller@alston.com

- Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

- W. Timothy Miller     miller@taftlaw.com, grote@taftlaw.com;docket@taftlaw.com

- Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

- Robert K. Minkoff    rminkoff@jefferies.com, mrichards@jefferies.com

- Benjamin Mintz    bmintz@kayescholer.com,
  daniel.bloom@kayescholer.com;maosbny@kayescholer.com

- Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com

- James P. Moloy    jmoloy@boselaw.com

- Michael C. Moody    mmoody@orourkeandmoody.com,
  firm@orourkeandmoody.com;morourke@orourkeandmoody.com

- Audrey E. Moog    amoog@hhlaw.com

- Brett S. Moore    bsmoore@pbnlaw.com,
  mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;lkkabse@pbnlaw.com;rmschechter@pbnlaw.com

- Brian F. Moore    bmoore@mccarter.com

- Gene T. Moore    gtmlaw@bellsouth.net

- James O. Moore    james.moore@dechert.com, james.moore@dechert.com

- Matthew P. Morris    matthew.morris@lovells.com,
  hugh.hill@lovells.com;daniel.lanigan@lovells.com

- Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

- Lawrence F. Morrison    morrlaw@aol.com

- Sarah E. Morrison    sarah.morrison@doj.ca.gov

- Whitney L. Mosby    wmosby@binghammchale.com

- Eric T. Moser    eric.moser@klgates.com,
  kristen.serrao@klgates.com;felton.parrish@klgates.com

- Alisa Mumola    alisa@contrariancapital.com

- James P. Murphy    murph@berrymoorman.com

- Robert D. Nachman    robert.nachman@bfkn.com

- Jason A. Nagi    jnagi@polsinelli.com

- Shannon Lowry Nagle    snagle@omm.com, bwajda@omm.com

- Stephen M. Nagle    stephen.nagle@oag.state.ny.us

- Bruce S. Nathan    bnathan@lowenstein.com

- David Neier    dneier@winston.com, dcunsolo@winston.com
- Melissa Z. Neier    mneier@ibolaw.com
- Harold E. Nelson    hal@nlsg.com
- Michael R. Nestor    bankfilings@ycst.com
- Jill L. Nicholson    jmurch@foley.com, khall@foley.com
- Marie L. Nienhuis    pmitchell@bcblaw.net
- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Richard P. Norton    rnorton@hunton.com
- David John Nowaczewski    dnowaczewski@bodmanllp.com
- Kasey C. Nye    kasey.nye@quarles.com
- Michael P. O'Connor    mpolaw@aol.com
- Michael O'Hayer    mkohayer@aol.com
- Michael B. O'Neal    moneal@wnj.com
- Judy A. O'Neill    joneill@foley.com
- Martin P. Ochs    martin@oglaw.net
- Sean A. Okeefe    sokeefe@winthropcouchot.com
- Norman D. Orr    norman.orr@kkue.com
- Patrick J. Orr    porr@klestadt.com
- Lawrence E. Oscar    leoscar@hahnlaw.com, hlpcr@hahnlaw.com
- Karen Ostad    kostad@mofo.com
- Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com
- Deirdre Woulfe Pacheco    dpacheco@wilentz.com, dpacheco@wilentz.com
- Isaac M. Pachulski    ipachulski@stutman.com
- Nicholas R. Pagliari    npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com
- Charles Palella    cpalella@kurzman.com
- Ingrid S. Palermo    ipalermo@bsk.com

- Sapna W. Palla    spalla@kayescholer.com,
  bmintz@kayescholer.com;maosbny@kayescholer.com

- George Panters    gpanteris@panterislaw.com

- Charles N. Panzer    cpanzer@sillscummis.com

- Lenard M. Parkins    lenard.parkins@haynesboone.com, paul.fabsik@haynesboone.com

- Richard J. Parks    rjp@pietragallo.com, kas2@pietragallo.com

- Barbra R. Parlin    barbra.parlin@hklaw.com

- Tiiara N.A. Patton    tpatton@calfee.com,
  nwheatley@calfee.com;jrobertson@calfee.com

- Melissa A. Pena    mapena@nmmlaw.com

- Anne J. Penachio    apenachio@pmlawllp.com;penachio.anne@gmail.com,
  fmalara@pmlawllp.com;bk@pmlawllp.com

- Geoffrey J. Peters    colnyecf@weltman.com

- Lowell Peterson    lpeterson@msek.com

- Ronald R. Peterson    rpeterson@jenner.com, docketing@jenner.com

- Robert A. Peurach    rpeurach@gdakmak.com

- Ed Phillips    ephillips@thurman-phillips.com

- Deborah J. Piazza    dpiazza@abramslaw.com, syoon@abramslaw.com

- Christine A.M. Pierpont    cpierpont@ssd.com

- Shone Pierre    florence.saenz@la.gov

- Oscar N. Pinkas    opinkas@sonnenschein.com

- Leslie A. Plaskon    leslieplaskon@paulhastings.com

- James A. Plemmons    jplemmons2@dickinsonwright.com

- Constantine Pourakis    cp@stevenslee.com

- Mark T. Power
  MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschn
  itzer@hahnhessen.com;jzawadzki@hahnhessen.com;kprimm@hahnhessen.com;nrigano
  @hahnhessen.com;jorbach@hahnhessen.com;jsmith@hahnhessen.com;apapalexis@hahn
  hessen.com

- Susan Power-Johnston    sjohnston@cov.com

- Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com

- Susan Przekop-Shaw    przekopshaws@michigan.gov

- Dennis E. Quaid    dquaid@fagelhaber.com

- Amanda Raboy    araboy@cov.com

- Thomas B. Radom    radom@butzel.com

- John J. Rapisardi    john.rapisardi@cwt.com,
  agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

- Craig V. Rasile    crasile@hunton.com,
  mtucker@hunton.com,adeboer@hunton.com,mmannering@hunton.com

- Dennis Jay Raterink    raterinkd@michigan.gov

- Gary O. Ravert    gravert@mwe.com

- Eric T. Ray    eray@balch.com

- Jo Christine Reed    jcreed@sonnenschein.com, rmillner@sonnenschein.com

- Margery N. Reed    mreed@duanemorris.com

- Lawrence R. Reich    reichlaw@aol.com

- Steven J. Reisman    sreisman@curtis.com,
  ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;vhodeau@curtis.com;mgalla
  gher@curtis.com;dching@curtis.com;njames@curtis.com;mgiugliano@curtis.com

- Lisa Pierce Reisz    lpreisz@vorys.com

- Susan Fuhrer Reiter    sreiter@mijb.com, sburick@mijb.com

- Kenneth A. Reynolds    kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Kenneth A. Reynolds    , jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Walter Reynolds    wreynolds@porterwright.com

- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com

- Marc E. Richards    mrichards@blankrome.com

- Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

- Paul J. Ricotta    pricotta@mintz.com

- Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-
  law.com;bamron@gjb-law.com

- Sandra A. Riemer    sriemer@phillipsnizer.com, ddore@phillipsnizer.com

- Marianne Goldstein Robbins    MGR@PREVIANT.COM,
  MGR@PREVIANT.COM;EM@PREVIANT.COM

- Matthew R. Robbins    mrr@previant.com

- Elizabeth A. Roberge    eroberge@robergelaw.com

- H. Buswell Roberts    hbroberts@live.com, droberts1949@live.com

- Ronald L. Rose    rrose@dykema.com

- Scott D. Rosen    srosen@cb-shea.com

- Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com,
  mhindman@kilpatrickstockton.com

- Jeffrey A. Rosenthal    maofiling@cgsh.com

- David A. Rosenzweig    DRosenzweig@Fulbright.com

- David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com

- David E. Roth    pdarby@bradleyarant.com

- Ira Rubin    norma@bizwoh.rr.com

- Robert B. Rubin    brubin@burr.com

- Peter S. Russ    peter.russ@bipc.com, donna.curcio@bipc.com

- Lyle D. Russell    lylerussell@magnusoft.com

- Maura I. Russell    dangiulo@dreierllp.com, ECFNotices@dreierllp.com

- Michael J. Rye    mrye@cantorcolburn.com, cmahler@cantorcolburn.com

- E. Todd Sable    tsable@honigman.com

- Chester B. Salomon    csalomon@beckerglynn.com,
  jholdridge@beckerglynn.com;lmueller@beckerglynn.com

- Diane W. Sanders    austin.bankruptcy@publicans.com

- William A. Sankbeil    was@krwlaw.com

- Thomas P. Sarb    ecfsarbt@millerjohnson.com

- Robert V. Sartin    rsartin@fbtlaw.com, chruska@fbtlaw.com

- William F. Savino    wsavino@damonmorey.com

- Robert Scannell    rscannell@morganlewis.com

- Louis A. Scarcella    lscarcella@farrellfritz.com, ffbkmao@farrellfritz.com

- Thomas J. Schank    tomschank@hunterschank.com, mcraig@hunterschank.com

- Ilan D. Scharf    ischarf@pszjlaw.com

- Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

- James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

- Andrew W. Schilling    aschilling@fklaw.com, vgarvey@fklaw.com

- Michael Schlanger    michael@schlangerlegal.com, jeanne@schlangerlegal.com

- William H. Schorling    william.schorling@bipc.com, donna.curcio@bipc.com

- Christopher P. Schueller    christopher.schueller@bipc.com,
  timothy.palmer@bipc.com;donna.curcio@bipc.com

- Sheila R. Schwager    srs@hteh.com

- Andrea B. Schwartz    andrea.b.schwartz@usdoj.gov

- Bryan I. Schwartz    bschwartz@lplegal.com

- Kathlyn Schwartz    kathlyn.schwartz@akerman.com

- Matthew L. Schwartz    matthew.schwartz@usdoj.gov

- Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com

- Barry N. Seidel    seidelb@butzel.com

- Lon J. Seidman    filings@spallp.com, lseidman@silvermanacampora.com

- Howard Seife    arosenblatt@chadbourne.com

- Jay Selanders    jay.selanders@kutakrock.com

- Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com

- Dan Shaked    dan@shakedandposner.com

- Mark H. Shapiro    shapiro@steinbergshapiro.com

- Mary Kay Shaver    mkshaver@varnumlaw.com

- Brian L. Shaw    bshaw100@shawgussis.com

- Andrea Sheehan    sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Howard S. Sher    howard@jacobweingarten.com

- David M. Sherbin    david.sherbin@delphi.com

- Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

- Mark Sherrill    mark.sherrill@sablaw.com

- J. Christopher Shore    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;jwinters@whitecase.com;Lindsay.Leonard@ny.whitecase.com

- Robert J. Sidman    rjsidman@vorys.com, bkbowers@vorys.com

- Robert Sidorsky    sidorsky@butzel.com

- Glenn E. Siegel    Glenn.Siegel@dechert.com

- John D. Silk    silk@rbmchicago.com

- Aaron M. Silver    asilver@honigman.com

- Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

- Wendy M. Simkulak    wmsimkulak@duanemorris.com

- Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

- John A. Simon    jsimon@foley.com

- Kate K. Simon    kate.simon@bingham.com

- Rebecca H. Simoni    rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

- Joseph E. Simpson    jsimpson@hselaw.com

- Douglas S. Skalka    dskalka@npmlaw.com, ecrafts@npmlaw.com;bankruptcy@npmlaw.com

- Thomas R. Slome    lgomez@msek.com

- Richard G. Smolev    rsmolev@kayescholer.com, maosbny@kayescholer.com

- Abigail Snow    asnow@ssbb.com

- Jesse L. Snyder    jforstot@tpwlaw.com;mmuller@tpwlaw.com

- Marc P. Solomon    msolomon@burr.com

- Sean C. Southard    ssouthard@klestadt.com

- Paul H. Spaeth    spaethlaw@phslaw.com

- Robyn J. Spalter    notice@regencap.com
- Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com
- Michael A. Spero    jspecf@sternslaw.com
- David Spiegel    david.spiegel@kirkland.com
- Byron C. Starcher    byron.starcher@nelsonmullins.com
- Stephen Z. Starr    sstarr@starrandstarr.com, schoi@starrandstarr.com
- Catherine Steege    csteege@jenner.com, jeffrey_cross@discovery.com
- Karen M. Steel    ksteel@schlaw.com
- Matthew B. Stein    mstein@sonnenschein.com
- Rick A. Steinberg    rsteinberg@ciardilaw.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Andrew W. Stern    astern@sidley.com
- Malani Sternstein    msternstein@sheppardmullin.com
- Fred Stevens    fstevens@foxrothschild.com
- Jason V. Stitt    jstitt@kmklaw.com
- Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com
- Joseph G. Strines    joseph.strines@dplinc.com
- James M. Sullivan    jsullivan@mosessinger.com
- Bobby Gerald Sumner    js@colawfirm.com, michelle@colawfirm.com
- Michelle T. Sutter    msutter@ag.state.oh.us
- Charles C. Swanekamp    cswanekamp@jaeckle.com, mbialy@jaeckle.com
- Marc N. Swanson    swansonm@millercanfield.com
- Paul Sweeney    psweeney@loganyumkas.com, jbeckman@loganyumkas.com
- Dona Szak    dszak@ajamie.com
- Douglas T. Tabachnik    dtabachnik@dttlaw.com

- Jeffrey L. Tanenbaum
  garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intls
  teel.com

- Roger L. Tarbutton    roger.tarbutton@jocogov.org, Lisa.wetzler@jocogov.org

- Samuel Jason Teele    jteele@lowenstein.com

- Jay Teitelbaum    jteitelbaum@tblawllp.com

- Louis J. Testa    ltesta@npmlaw.com, Bankruptcy@npmlaw.com

- Deborah L. Thorne    deborah.thorne@btlaw.com, kbruhnke@btlaw.com

- Richard S. Toder    rtoder@morganlewis.com

- Gordon J. Toering    gtoering@wnj.com

- Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

- Sheldon S. Toll    lawtoll@comcast.net

- Martin B. Tucker    mtucker@fbtlaw.com

- Debra S. Turetsky    dturetsky@reedsmith.com

- Ann Marie Uetz    auetz@foley.com

- Raymond J. Urbanik    rurbanik@munsch.com

- Robert Usadi    mmcloughlin@cahill.com

- Nina M. Varughese    varughesen@pepperlaw.com

- Shmuel Vasser    shmuel.vasser@dechert.com

- Lori V. Vaughan    , lkfloyd@trenam.com

- Frank F. Velocci    frank.velocci@dbr.com, andrew.groesch@dbr.com

- Michael J. Viscount    mviscount@foxrothschild.com

- Gary Vist    gvist@masudafunai.com, docketing@masudafunai.com

- Joseph J. Vitale    jvitale@cwsny.com

- Arthur T. Walsh    awalsh@nassauotb.com

- Sean M. Walsh    swalsh@gmhlaw.com

- Bryan R. Walters    brwalters@varnumlaw.com, tmgarber@varnumlaw.com

- Michael D. Warner    mwarner@coleschotz.com, klabrada@coleschotz.com

- Terence D. Watson    twatson@irasacks.com

- W. Clark Watson    cwatson@balch.com

- Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

- William P. Weintraub    wweintraub@fklaw.com,
  vgarvey@fklaw.com;smartin@fklaw.com;gfox@fklaw.com

- Allison H. Weiss    aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com

- Jay Welford    jwelford@jaffelaw.com,
  dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

- Robert J. Welhoelter    rjwelho@gmail.com

- Elizabeth Weller    dallas.bankruptcy@publicans.com

- David A. Wender    david.wender@alston.com

- Michael R. Wernette    mwernette@schaferandweiner.com

- Karen Fagin White    kfwhite@cpmas.com

- Robert A White    rwhite@murthalaw.com

- Amy Williams-Derry    awilliams-derry@kellerrohrback.com,
  bellis@kellerrohrback.com;bspangler@kellerrohrback.com

- Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-
  lynch.com;hfried@damato-lynch.com

- Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

- I.W. Winsten    iww@honigman.com

- Eric D. Winston    ericwinston@quinnemanuel.com

- Jeffrey C. Wisler    jcw@cblhlaw.com

- Robert A. Wolf    rwolf@ssd.com,
  POrlowski@ssd.com;afisher@ssd.com;rgreen@ssd.com

- Craig A. Wolfe    cwolfe@kelleydrye.com,
  KDWBankruptcyDepartment@kelleydrye.com

- Douglas Wolfe    dwolfe@asmcapital.com

- Robert D. Wolford    ecfwolfordr@millerjohnson.com

- Scott A. Wolfson    swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

- Lee E. Woodard    bkemail@harrisbeach.com

- Kelly A. Woodruff kwoodruff@fbm.com, svillalobos@fbm.com

- Jeffrey A. Wurst JWURST@RMFPC.COM

- David Farrington Yates fyates@sonnenschein.com

- Doron Yitzchaki dyitzchaki@dickinsonwright.com

- Stephen L. Yonaty syonaty@chwattys.com

- Kenneth S. Yudell kyudell@aryllp.com

- German Yusufov pcaocvbk@pcao.pima.gov

- Helen A. Zamboni hzamboni@underbergkessler.com

- Menachem O. Zelmanovitz mzelmanovitz@morganlewis.com

- Peter Alan Zisser pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

I further certify that on November 24, 2010, a true and correct copy of the Objection was caused
to be served by U.S. Mail to the parties so indicated below:

Delphi Corporation, et al.
5725 Delphi Drive
Troy, MI 48098

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Eric Fisher, Esq.
Butzel Long
380 Madison Avenue
22nd Floor
New York, NY 10017

Dated: November 24, 2010

                                                    /s/ Jayne A. Hahn
                                                    Jayne A. Hahn