**HARRIS D. LEINWAND, ESQ.**

315 Madison Avenue Suite 901
New York, New York 10017
Tel: (212) 725-7338

Hearing Date: February 17, 2011 10:00 a.m.

Objection Due: January 28, 2011.

Attorneys for Ahaus Tool & Engineering Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| | : Jointly Administered |
| Debtors, | : |

-------------------------------------------------------------x

| | |
|---|---|
| | : |
| DELPHI CORPORATION, et al., | : Adv. Pro. No. 07-02076 (RDD) |
| | : |
| Plaintiffs, | : |
| | : |
| - against - | : |
| | : |
| | : |
| AHAUS TOOL & ENGINEERING INC. | : |
| | : |
| Defendant. | : |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE


**I,** Harris D. Leinwand, being over 18 years old, hereby certify that on November 24, 2010

true and correct copies of the Objection-Joinder of Ahaus Tool & Engineering Inc., to the

Reorganized Debtors' motion for leave to file amended complaints were served by U.S. mail on:

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
155 N. Wacker Drive
Chicago, Illinois 60606

1

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street - Suite 2100
New York, NY 10004


Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue - 22nd Floor
New York, NY 10017


Al Togut, Esq.
Togut Segal & Segal
One Penn Plaza Suite 3335
New York, NY 10119


Latham & Watkins
Attn:  Mark A. Broude and Robert J. Rosenberg
885 Third Avenue
New York, New York 10022

    Dated: New York, New York
            November 24, 2010


                     /S/_____
                    Harris D. Leinwand, Esq. (HL-4419)