MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York  10036
Telephone:  (646) 290-6496
Facsimile:  (646) 224-8377
David C. McGrail, Esq. (DM 3904)

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                      :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481-RDD
                                                            :
                    Debtors.                                :
-------------------------------------------------------------X
DELPHI CORPORATION, et al.,                                 :
                                                            :
                    Plaintiffs,                             :    Adv. No. 07-02633-RDD
         v.                                                 :
                                                            :
SOLID STATE STAMPING INC., SOLID                            :
STATE STAMPING I and SOLID STATE                            :
STAMPLING INC.,                                             :
                                                            :
                    Defendants.                             :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2010, a true copy of Sunstone Components Group, Inc.'s Joinder in the Objections and Briefs With Respect to Reorganized Debtors' Motion for Leave to File Amended Complaints, Dated November 24, 2010, was served by email, hand delivery, and facsimile on:

Butzel Long
Attn:  Eric Fisher
380 Madison Avenue, 22nd Floor
New York, New York 10017
Facsimile:

DATED:   November 24, 2010
              New York, New York

MCGRAIL & BENSINGER LLP

s/ David C. McGrail
David C. McGrail, Esq. (DM 3904)
676A Ninth Avenue #211
New York, New York  10036
Telephone:  (646) 290-6496
Facsimile:  (646) 224-8377

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)