UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP, *et al.,*<br><br>―――――――――――<br><br>DELPHI CORPORATION, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>TYCO, TYCO ADHESIVES, TYCO ELECTRONICS - RAYCHEM, TYCO ELECTRONICS CORP., TYCO ELECTRONICS CORPORATION, TYCO ELECTRONICS IDENTIFICATION TYCO ELECTRONICS LOGISTICS AG, and TYCO/ELECTRONICS,<br><br>Defendants. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Jointly Administered<br><br>Adv. Pro. No. 07-02790 (RDD) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November 2010, a copy of the foregoing *MEMORANDUM OF LAW IN OPPOSITION TO DELPHI'S MOTION TO AMEND ITS COMPLAINT* was mailed by first class U.S. mail on the following:

Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, Michigan 48226
Attention: Cynthia J. Haffey

Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attention: Alicia M. Leonhard, Tracy Hope Davis, Brian Masumoto

Warner Stevens, LLP
301 Commerce Street
Suite 1700
Fort Worth, Texas 75102
Attention: Michael D. Warner

Clark Hill PLC
151 S. Old Woodward
Suite 200
Birmingham, Michigan 48009
Attention: C. Cahill

{10603832:1}

| | |
|---|---|
| DPH Holdings Corp.<br>f/k/a Delphi Corporation, et al<br>5725 Delphi Drive<br>Troy Michigan  48098<br>Attention:  John Brooks | Latham & Watkins<br>Attorneys for the Official Committee of Unsecured Creditors<br>885 Third Avenue<br>New York, NY  10022<br>Attention:  Mark A. Broude and Robert J. Rosenberg |

and by electronic mail to fishere@butzel.com and Federal Express overnight delivery to:

Butzel Long
380 Madison Avenue
22nd Floor
New York, NY  10017
Attention:  Eric Fisher

                                          /s/ Howard L. Simon
                                          Howard L. Simon

{10603832:1}