# Exhibit B

# DELPHI

Delphi Electronics and Safety

Page 1 of 3

| Buyer: | Requirements Contract |
|---|---|

Buyer:

ELPHI
ECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Requirements Contract**

PO Number
550063145
Version
26-Jul-2005 02:46:42 EST

Date Issued
15-Nov-2004

Deliver to:

DELPHI E&S LOS INDIOS
702 Joaquin Cavazos Road
LOS INDIOS TX 78567

METHODE ELECTRONICS INC
C/O KILL & BOLTON ASSOCIATES
24585 EVERGREEN RD
SOUTHFIELD MI 48075

Vendor No: 1011926
DUNS No: 000215541

**Payment Terms:** 2MN  **Currency:** USD
Payment settled on 2nd, 2nd Month

**Incoterms:** FOB Freight Collect

*** *Condition record changed*

| Item No: | Material No: Description | | | Plant | | |
|---|---|---|---|---|---|---|

00010  28006590    C8007A    —DALI DELPHI E&S LOS INDIOS
BLADDER ASM-GMT800

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2004 | 30-Jun-2005 | USD | 7,576.00 | 1,000 | PC |
| 01-Jul-2005 | 30-Jun-2006 | USD | 7,348.00 | 1,000 | PC |
| 01-Jul-2006 | 30-Jun-2007 | USD | 7,091.00 | 1,000 | PC |
| 01-Jul-2007 | 31-Dec-2007 | USD | 6,843.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** *Condition record added*
*** *Condition record changed*
*** *Net price changed*

00020  28006591    C8007S    —DALI DELPHI E&S LOS INDIOS
BLADDER ASM-GMT830C

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2004 | 30-Jun-2005 | USD | 7,576.00 | 1,000 | PC |

Purchasing Contact: Hoffman, Joyce
.one: 765-451-0732
.ax: 765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed: 26-Jul-2005 02:46:42 EST

DELPHI

RHODE ELECTRONICS INC
KILL & BOLTON ASSOCIATES
5 EVERGREEN RD
THFIELD MI 48075

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550063145 | 15-Nov-2004 |
| Version | |
| 26-Jul-2005  02:46:42  EST | |

| No. Material No. Description | | Plant | | | |
|---|---|---|---|---|---|
| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| 01-Jul-2005 | 30-Jun-2006 | USD | 7,348.00 | 1,000 | PC |
| 01-Jul-2006 | 30-Jun-2007 | USD | 7,091.00 | 1,000 | PC |
| 01-Jul-2007 | 31-Dec-2007 | USD | 6,843.00 | 1,000 | PC |

s Requirement Contract is for 100% unless otherwise specified.
\* Condition record added
\* Condition record changed
: Net price changed

ontract replaces previous contract # 550058821.
*************

**********************************************************
rs are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the
website, www.delphi.com, (by clicking on the "Suppliers" in the header).

**********************************************************
s are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process
and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and
P documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping
on quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

**********************************************************
d, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous
; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the
product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").
ncement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities,
ontact the appropriate Delphi's Buyer.

Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible
e action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who
d the analysis.

equires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information
Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to
EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing
e material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

net electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier
; limited material.

fer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

**********************************************************
knowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release,

ƏELPHI _____

METHODE ELECTRONICS INC
C/O KILL & BOLTON ASSOCIATES
4585 EVERGREEN RD
SOUTHFIELD  MI  48075

**Requirements Contract**

PO Number                              Date Issued
550063145                              15-Nov-2004
Version
26-Jul-2005  02:46:42  EST

Item No.  Material No.                                Plant
          Description

Notes Continued:

requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written
form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively
referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's
website, delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in
writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's
General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including
Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept
any such proposals in writing.
*********************************************************************

********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
********************

Material Pull System Terms and Conditions:
Delphi requires 100% on time delivery performance from suppliers.
Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to
quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is
specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not
be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed
Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time
between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast
delivery schedule from time to time. The Seller agrees that no more than four (4) weeks of the committed quantity shall be processed into a finished state that is
ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no
more than fifty percent (50%) of the purchase price.
********************

# DELPHI

Buyer:
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

Deliver to:
DELPHI E&S LOS INDIOS
702 Joaquin Cavazos Road
LOS INDIOS TX 78567

METHODE ELECTRONICS INC
C/O KILL & BOLTON ASSOCIATES
24585 EVERGREEN RD
SOUTHFIELD MI 48075

## Requirements Contract

| | |
|---|---|
| PO Number | Date Issued |
| 550077791 | 10-Aug-2005 |
| Version | |
| 11-Aug-2005 02:33:52 EST | |

| | |
|---|---|
| Vendor No: | 1011926 |
| DUNS No: | 000215541 |

Payment Terms: ZMN2        Currency:   USD

Payment settled on 2nd, 2nd Month

Incoterms:  FOB: Freight Collect

CS0114

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 28042022 | DALI DELPHI E&S LOS INDIOS |
| | BLADDER ASM-GMT355 | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 30-Jun-2006 | USD | 8,330.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:

*******************************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

*******************************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

Purchasing Contact: Hoffman, Joyce
Phone:  765-451-0732
Fax:   765-451-0265

Contact Address:
DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:  11-Aug-2005 02:33:52 EST

# DELPHI

_____

Delphi Electronics and Safety

Page  2  of  3

METHODE ELECTRONICS INC
C/O KILL & BOLTON ASSOCIATES
585 EVERGREEN RD
SOUTHFIELD MI 48075

**Requirements Contract**

PO Number                          Date Issued
550077791                          10-Aug-2005
Version
11-Aug-2005  02:33:52  EST

| Item No. | Material No. Description | Plant |
|----------|--------------------------|-------|

**Notes Continued:**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale.  This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions").  Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI).  To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material.  EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

se refer to Delphi's  website. www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website. delphi.com.  Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions.  If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed

# DELPHI

METHODE ELECTRONICS INC
C/O KILL & BOLTON ASSOCIATES
585 EVERGREEN RD
SOUTHFIELD  MI  48075

### Requirements Contract

PO Number                                    Date Issued
550077791                                    10-Aug-2005
Version
11-Aug-2005  02:33:52  EST

| Item No.   Material No. | Plant |
|------------------------|-------|
| Description            |       |

**Notes Continued:**

Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more then four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
********************

# DELPHI

Delphi Electronics and Safety

Page  1  of  3

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Requirements Contract**

| PO Number | Date Issued |
| --- | --- |
| 550063072 | 14-Nov-2004 |
| Version | |
| 22-Sep-2005 02:30:17 EST | |

**Deliver to:**

DELPHI E&S LOS INDIOS
702 Joaquin Cavazos Road
LOS INDIOS TX 78567

METHODE ELECTRONICS INC
C/O KILL & BOLTON ASSOCIATES
24585 EVERGREEN RD
SOUTHFIELD MI 48075

Vendor No:  1011926
DUNS No:   000215541

**Payment Terms:**  ZMN2          **Currency:**   USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB-Freight Collect

\*\*\* *Condition record changed*

| Item No. | Material No. Description | Plant |
| --- | --- | --- |
| 00070 | 12241689 | DALI DELPHI E&S LOS INDIOS |
| | BLADDER ASM-KM | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 22-Jan-2004 | 13-Sep-2004 | USD | 8,730.00 | 1,000 | PC |
| 14-Sep-2004 | 30-Sep-2004 | USD | 8,570.00 | 1,000 | PC |
| 01-Oct-2004 | 30-Sep-2006 | USD | 8,570.00 | 1,000 | PC |
| 01-Oct-2006 | 30-Sep-2007 | USD | 8,142.00 | 1,000 | PC |
| 01-Oct-2007 | 31-Dec-2007 | USD | 7,734.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
\*\*\* *Condition record added*
\*\*\* *Condition record changed*

**Notes:**
This Contract replaces previous contract #  550054596.

Purchasing Contact: Hoffman, Joyce
Phone:  765-451-0732
Fax:  765-451-0265

Contact Address:

DELPHI DELCO ELECTRONICS SYSTEMS
ONE CORPORATE CENTER MS:CTLLM,
KOKOMO IN 46902

Date and Time Printed:  22-Sep-2005 02:30:17 EST

# DELPHI

METHODE ELECTRONICS INC
C/O KILL & BOLTON ASSOCIATES
24585 EVERGREEN RD
SOUTHFIELD  MI  48075

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550063072 | 14-Nov-2004 |
| Version | |
| 22-Sep-2005  02:30:17  EST | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

## Notes Continued:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities.  Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities.  If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division.  Irreversible corrective action plans for these failures must be developed and implemented.  The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract").  A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by

**DELPHI**

METHODE ELECTRONICS INC
C/O KILL & BOLTON ASSOCIATES
24585 EVERGREEN RD
SOUTHFIELD MI 48075

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550063072 | 14-Nov-2004 |
| Version | |
| 22-Sep-2005  02:30:17  EST | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Material Pull System Terms and Conditions:
1. Delphi requires 100% on time delivery performance from suppliers.
2. Quantities or weights required against this order will in all cases be as buyer's current material delivery schedule. This order does not give any commitment to quantities, weights or materials except as shown by buyer's material delivery schedule and described below.
3. Delivery Schedules: The buyer shall transmit to the seller a delivery schedule Kanban DELJIT (Pull Signal) from time to time by electronic means that is specified by the Buyer. The Pull Signal shall Specify quantity, and time that delivery of the goods shall be made from the Seller to the Buyer. The buyer shall not be required to make payment for goods delivered to Buyer which are in excess of the quantity specified in the Buyer's Pull Signal.
4. Material Commitment Authorization: The Buyer agrees to purchase from the Seller a specific amount of goods (Hereafter referred to as "The Committed Quantity") listed on the Buyer's forecast delivery schedule. The committed quantity shall be measured on the Forecast as a total quantity over the period of time between the most recent planning week and twelve (12) consecutive, subsequent weeks, inclusive. The Buyer reserves the right to update and change the forecast delivery schedule from time to time. The Seller agrees that no more than four (4) weeks of the committed quantity shall be processed into a finished state that is ready for delivery to the Buyer unless otherwise approved by the Buyer in writing. The balance of the committed material is to be work in process valued at no more than fifty percent (50%) of the purchase price.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*