# Exhibit C

| Date(s) That Delphi Alleges Payment Being Made | Purchase Order / Invoice | Amount Debtors Allegedly Paid |
|---|---|---|
| 7/11/2005 | JA02050248390001 | $6,697.20 |
| 7/21/2005 | 170404 | $10,710.00 |
| 7/21/2005 | 171351 | $27,846.00 |
| 7/28/2005 | 173428 | $18,564.00 |
| 7/28/2005 | 173974 | $23,562.00 |
| 7/28/2005 | 174468 | $2,856.00 |
| 7/28/2005 | 174964 | $13,566.00 |
| 8/2/2005 | D0450046039 | $4,000.00 |
| 8/2/2005 | D0450053883 | $3,125.00 |
| 8/2/2005 | D0450060081 | $900.00 |
| 8/2/2005 | D0450060419 | $3,300.00 |
| 8/2/2005 | D0450064208 | $6,500.00 |
| 8/2/2005 | D0450066267 | $1,250.00 |
| 8/2/2005 | D0450066787 | $900.00 |
| 8/2/2005 | D0450067078 | $2,100.00 |
| 8/2/2005 | D0450072424 | $1,250.00 |
| 8/2/2005 | D0450075815 | $900.00 |
| 8/2/2005 | D0450087451 | $3,437.50 |
| 8/2/2005 | D0450102058 | $900.00 |
| 8/2/2005 | D0450103863 | $2,500.00 |
| 9/1/2005 | 175224 | $2,142.00 |
| 9/1/2005 | 175709 | $18,564.00 |
| 9/1/2005 | 176199 | $25,704.00 |
| 9/1/2005 | 202313 | $6,426.00 |
| 9/2/2005 | D0450110366 | $2,875.00 |
| 9/29/2005 | 176674 | $12,138.00 |
| 9/29/2005 | 177139 | $11,424.00 |
| 9/29/2005 | 178161 | $8,568.00 |
| 9/29/2005 | CFS55082 | $2,072.00 |
| 10/4/2005 | D0450064208 | $4,937.50 |
| 10/4/2005 | D0450066267 | $1,250.00 |
| 10/4/2005 | D0450071098 | $2,812.50 |
| 10/4/2005 | D0450072424 | $6,250.00 |
| 10/4/2005 | D0450087451 | $9,125.00 |
| 10/4/2005 | D0450103863 | $1,312.50 |
| 10/4/2005 | D0550077383 | $787.20 |
| **SAMPLING TOTAL** | | **$251,251.40** |