# Exhibit D

| Date(s) of Payment | Purchase Order | Amount Debtors Allegedly Paid | Amount Methode Received | Underpayment Difference |
|---|---|---|---|---|
| 8/2/05, 9/2/05, 10/4/05 | D0550022846 | $15,631.20 | $14,028.00 | $1,603.20 |
| 8/2/05, 9/2/05, 9/28/05, 10/4/05 | D0550039491 | $171,932.40 | $166,658.40 | $5,274.00 |
| 8/2/05, 9/2/05, 9-16-05, 10/4/05 | D0550063072 | $754,016.40 | $739,011.60 | $15,004.80 |
| 8/2/05, 9/2/05, 9-16-05, 10/4/05 | D0550063406 | $480,653.59 | $479,214.02 | $1,439.57 |
| 10/4/05 | D0550076871 | $2,048.00 | $448.00 | $1,600.00 |
| 8/2/05, 9/2/05, 9/6/05, 10/4/05 | D0550063033 | $792,774.00 | $765,774.00 | $27,000.00 |
| 8/2/05, 9/2/05, 9/6/05, 10/4/05 | D0550063036 | $1,689,743.88 | $1,624,179.28 | $65,564.60 |
| 8/2/05, 9/2/05, 9/6/05, 9/7/05, 10/4/05 | D0550063145 | $2,210,058.00 | $2,141,868.56 | $68,189.44 |
| 8/2/05, 9/2/05, 10/4/05 | D0550063164 | $1,437,359.40 | $1,411,406.59 | $25,952.81 |
| 8/2/05, 9/2/05, 10/4/05 | D0550063595 | $10,972.80 | $8,991.60 | $1,981.20 |
| 8/2/05, 9/2/05, 9/6/05, 10/4/05 | D0550063175 | $1,632,126.80 | $1,623,668.50 | $8,458.30 |
| **SAMPLING TOTAL** | | **$9,197,316.47** | **$8,975,248.55** | **$222,067.92** |