Hearing Date and Time:  February 17, 2011 at 10:00 a.m.
Reply Deadline:  January 28, 2011

Jennifer L. Maffett
**THOMPSON HINE LLP**
2000 Courthouse Plaza, N.E.
Dayton, Ohio 45402
(937) 443-6804
(937) 443-6635 (fax)
jennifer.maffett@thompsonhine.com
*Counsel for Rieck Group, LLC nka*
*Mechanical Construction Managers, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :  Chapter 11
                                                             :  Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*                                 :  Jointly Administered
                                                             :
-------------------------------------------------------------x
                                                             :
DELPHI CORPORATION, *et al*.                                 :  Adv. Pro. No. 07-02750 [RDD]
                                                             :
    Debtors,                                                 :
                                                             :
       - against -                                           :
                                                             :
RIECK GROUP, LLC                                             :
                                                             :
    Defendant.                                               :
                                                             :
-------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

---

I, Jennifer L. Maffett, being over eighteen years old, hereby certify that on November 24, 2010, I served the **OBJECTION OF RIECK GROUP, LLC nka MECHANICAL CONSTRUCTION MANAGERS, LLC TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** by first-class mail upon:

| | |
|---|---|
| Alicia M. Leonhard, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Lara R. Sheikh, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 |
| Cynthia J. Haffey, Esq.<br>Butzel Long, P.C.<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, MI 48226 | Eric Fisher, Esq.<br>Butzel Long, P.C.<br>380 Madison Avenue<br>22nd Floor<br>New York, NY 10017 |

/s/ Jennifer L. Maffett
Jennifer L. Maffett