# EXHIBIT F

[Affidavit of Service for Complaint]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481-RDD |
| Debtor. | |
| DELPHI CORPORATION, et al. | |
| Plaintiffs, | Adv. Pro. No. 07-02147-RDD |
| v. | |
| Acord Inc | |
| Defendant(s). | |

### AFFIDAVIT OF SERVICE

On February 19, 2010, pursuant to Fed. R. Bankr. P. 7004 (e), Plaintiff deposited in the mail copies of the relevant Complaint and Summons for delivery to each of the following Defendants, and its registered agent at the below specified addresses via Certified Mail/Return Receipt Requested:

Acord, Inc
Gilbert Villarreal, President
2711 Product DR
Rochester Hills MI 48309

Acord, Inc
Registered Agent: Gilbert Villarreal
2711 Product DR
Rochester Hills MI 48309

**BUTZEL LONG,**
a professional corporation

By: /s/ Eric B. Fisher
    Eric B. Fisher
380 Madison Avenue
22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
fishere@butzel.com
*Attorneys for Debtor*

Dated: February 19, 2010
    New York, New York