# EXHIBIT I

# [Corporate Entity Detail, Acord, Inc.]

Michigan

# Department of Energy, Labor & Economic Growth

Michiga

The Offi
of Michi

## CORPORATE ENTITY DETAILS

**Searched for:** ACORD, INC.

**ID Num:** 369109

**Entity Name:** CONCORDE MICHIGAN, INC.

**Type of Entity:** Domestic Profit Corporation

**Resident Agent:** GILBERT VILLARREAL

**Registered Office Address:** 2711 PRODUCT DR  ROCHESTER HILLS   MI  48309

**Mailing Address:**   MI

**Formed Under Act Number(s):** 284-1972

**Incorporation/Qualification Date:** 2-8-1996

**Jurisdiction of Origin:** MICHIGAN

**Number of Shares:** 60,000

**Year of Most Recent Annual Report:** 04

**Year of Most Recent Annual Report With Officers & Directors:** 04

**Status:** AUTOMATIC DISSOLUTION   **Date:** 7-15-2007

View Document Images

Return to Search Results                               New Search

Copyright © 2001-2008 State of Michigan