# EXHIBIT J

## [Corporate Entity Detail, Acord Holdings, LLC]

Michigan.gov Home     DELEG | Sitemap | Contact | Online Services | Agencies     Search

## LIMITED LIABILITY COMPANY DETAILS

**Searched for:** ACORD HOLDINGS, LLC
**ID Num:** B9216K
**Name:** ACORD HOLDINGS, LLC
**Type:** Foreign Limited Liability Company
**Resident Agent:** DONALD P. TINSLEY
**Registered Office Address:** 2655 PRODUCT DRIVE   ROCHESTER HILLS   MI  48309
**Mailing/Office Address:**
**Formation/Qualification Date:** 10-6-2004
**Jurisdiction of Origin:** DELAWARE
**Managed by:**
**Status:** ACTIVE    **Date:** Present

View Document Images

Return to Search                                            New Search