EXHIBIT A

*Delphi Automotive Systems, LLC v. Microchip*
Adv. Pro. No. 07-02436 [RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/ Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02436 | MICROCHIP TECHNOLOGY INCORPORATED | DAS, Mechatronic, DEOC | DAS LLC | 8/17/2005 | $ 400,000.00 | | | WIRE |
| 07-02436 | MICROCHIP TECHNOLOGY INCORPORATED | DAS, Mechatronic, DEOC | DAS LLC | 8/26/2005 | $ 150,000.00 | | | WIRE |
| 07-02436 | MICROCHIP TECHNOLOGY INCORPORATED | DAS, Mechatronic, DEOC | DAS LLC | 9/7/2005 | $ 269,075.20 | | | WIRE |
| 07-02436 | MICROCHIP TECHNOLOGY INCORPORATED | DAS, Mechatronic, DEOC | DAS LLC | 9/8/2005 | $ 150,000.00 | | | WIRE |
| 07-02436 | MICROCHIP TECHNOLOGY INCORPORATED | DAS, Mechatronic, DEOC | DAS LLC | 9/16/2005 | $ 150,000.00 | | | WIRE |
| 07-02436 | MICROCHIP TECHNOLOGY INCORPORATED | DAS, Mechatronic, DEOC | DAS LLC | 9/23/2005 | $ 100,000.00 | | | WIRE |
| 07-02436 | MICROCHIP TECHNOLOGY INCORPORATED | DAS, Mechatronic, DEOC | DAS LLC | 9/30/2005 | $ 50,000.00 | | | WIRE |
| 07-02436 | MICROCHIP TECHNOLOGY INCORPORATED | DAS, Mechatronic, DEOC | DAS LLC | 10/5/2005 | $ 258,546.67 | | | WIRE |

**Total Amount of Claim =    $    1,527,621.87**