JEFFREY A. WURST, ESQ        Hearing Date: December 16, 2010 at 10:00 a.m.
RUSKIN MOSCOU FALTISCHEK, P.C.    Objection Date: December 9, 2010
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, New York 11556-1425
(516) 663-6600

Attorneys for Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
In re:                                                              Chapter 11

DELPHI CORPORATION, *et al.*,                                       Case No. 05-44481 (RDD)

                Debtors.
---------------------------------------------------------------------------X
DELPHI CORPORATION *et al.*,

                Plaintiff,                                 Adv. Pro. 07-02597 (RDD)

      -against-

WELLS FARGO BUSINESS AND WELLS
FARGO MINNESOTA,

                Defendants.
---------------------------------------------------------------------------X

## NOTICE OF MOTION BY WELLS FARGO BANK, N.A. FOR AN ORDER DISMISSING THIS ADVERSARY PROCEEDING WITH PREJUDICE

**PLEASE TAKE NOTICE** that upon the accompanying *Opposition To The Reorganized Debtors' Motion For Leave To File Amended Complaint And Motion Of Wells Fargo Bank, N.A. To Dismiss This Adversary Proceeding With Prejudice* (the "Cross-Motion") and all other pleadings and proceedings herein, Wells Fargo Bank, N.A., shall move this Court before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York 10601, on December 16, 2010 at 10:00 a.m., or such other date and time as soon thereafter as the Court may direct, for entry of an order dismissing this adversary proceeding with prejudice, and for such other and further relief as this Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9006-1(b) answering papers, if any, in opposition to the relief requested shall be filed with the Court and served upon the undersigned counsel for Wells Fargo Bank, N.A. no later than December 9, 2010 at 4:00 p.m. (the "Objection Deadline").

502359

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Cross-Motion and the relief requested therein must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (and the User's Manual for the Electronic Case Filing System which can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), with a courtesy copy delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and served on Ruskin Moscou Faltsichek, P.C., attorney for Wells Fargo Bank, N.A., 1425 RXR Plaza, Uniondale, New York 11556 attn: Jeffrey A. Wurst, Esq. so as to be received no later than the Objection Deadline.

Dated: New York, New York
November 24, 2010

                                              RUSKIN MOSCOU FALTISCHEK, P.C.

                                              By: _____
                                                   Jeffrey A. Wurst, Esq
                                            East Tower, 15th Floor
                                            1425 RXR Plaza
                                            Uniondale, New York 11556-1425
                                            (516) 663-6600

                                            Attorneys for Wells Fargo Bank, N.A

:502359\1

502359