SMITH, GAMBRELL & RUSSELL, LLP
William M. Barron
250 Park Avenue, Suite 1900
New York, New York 10177
Tel: (212) 907-9700
Fax: (212) 907-9800
*Attorneys for the Defendant*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.<br><br>Reorganized Debtors. | Chapter 11<br>Case. No. 05-44481 [RDD]<br><br>Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HERAEUS PRECIOUS METALS,<br><br>Defendant. | Adv. Pro. No. 07-02445 [RDD] |
| DELPHI AUTOMOTIVE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HERAEUS METALS PROCESSING and<br>HERAEUS METALS PROCESSING, LTD.,<br><br>Defendants. | Adv. Pro. No. 07-02442 [RDD] |

## DECLARATION OF DIANE CARRILLO-MIRELES

DIANE CARRILLO-MIRELES declares as follows:

1.   I am the VP of Finance of Heraeus Metal Processing, LLC ("HMP"), which has its offices in Santa Fe Springs, California.

2. I make this Declaration to be used as evidence in the above-captioned cases and adversary proceeding, and the facts stated herein are, based on my own personal knowledge and knowledge of the business records of HMP, true.

3. HMP manufactures and sells precious metal compounds and chemicals. For many years, including before and during 2005, HMP sold chemicals and compounds to Delphi Automotive Systems, LLC ("Delphi").

4. I have examined the proposed First Amended Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 (including Exhibit 1 thereto) a copy of which is attached to Reorganized Debtors' Motion for Leave to File Amended Complaints [Docket No. 20575] and also to this Declaration as Exhibit A (the "Proposed Amended Complaint").

5. The Proposed Amended Complaint refers in paragraph 16 to "Heraeus Metal Processing Ltd. ("HMPL") as "an Ireland corporation" but incorrectly states that HMPL is located at the same address where HMP has been for years in Santa Fe Springs, CA. HMPL is located in Ireland, not in California. The listing of transfers attached to the Proposed Amended Complaint starts with 15 items as to which HMPL is listed as the "Transfer Recipient." I confirm that none of these 15 transfers was received by HMP.

6. As to each of the remaining payments listed, Delphi made each such payment in payment of a debt incurred for the purchase of chemicals and compounds in the ordinary course of business of Delphi and HMP.

7. Each such payment was made in the ordinary course of business of Delphi and HMP and was made according to ordinary business terms, which were consistent with the course of dealing between HMP and Delphi, customary in our own business dealings in general, and customary in the industry.

8. Until I saw a copy of the original complaint filed in the above-captioned adversary proceeding earlier in 2010, HMP had no knowledge or even inkling that Delphi was

2

suing HMP in this matter or had filed a complaint against HMP three years earlier regarding payments made by Delphi to HMP in 2005, although HMP continued to supply Delphi after October 2005 and during its reorganization proceeding, and our lawyers were in contact with Delphi's lawyers for the following years regarding unrelated matters.

9. It is HMP's custom and practice, and has been HMP's custom and practice since before 2005, upon receiving notice of the commencement of a legal action against HMP, (i) to consult with its counsel and its auditors with respect to such action, and (ii) to consider in consultation with its counsel and auditors the propriety and/or necessity of disclosing the action to its bankers and others and of establishing a reserve for the liability, if any, to arise from such action.

10. Because Delphi kept secret the filing of the complaint in the above-captioned adversary proceeding against HMP for more than 2 1/2 years after filing it in 2007, HMP did not, prior to 2010, (i) consult with its counsel and its auditors with respect to such action, or (ii) consider the propriety and/or necessity of disclosing the action to its bankers and others and of establishing a reserve for the liability, if any, to arise from such action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Santa Fe Springs, CA
November 22, 2010

_____
Diane Carrillo-Mireles

# **Exhibit A**

BUTZEL LONG, a professional corporation
380 Madison Avenue
22nd Floor
New York, New York 10017
Barry N. Seidel
Eric B. Fisher
Cynthia J. Haffey
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
*Counsel for Plaintiff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                         :     Chapter 11
                                                               :     Case No. 05-44481 [RDD]
    DPH HOLDINGS CORP, *et al.*,                          :
                                                               :
        Reorganized Debtors,                           :
                                                               :
------------------------------------------------------------x
                                                               :
DELPHI AUTOMOTIVE SYSTEMS, LLC,                                :     Adv. Pro. No. 07-02442 [RDD]
                                                               :
        Plaintiff,                                     :
v.                                                             :
                                                               :
HERAEUS METALS PROCESSING and                                  :
HERAEUS METALS PROCESSING LTD.                                 :
                                                               :
        Defendants.                                    :
------------------------------------------------------------x

### FIRST AMENDED COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 547 AND 550

Plaintiff Delphi Automotive Systems, LLC ("Plaintiff"), by its counsel, Butzel Long, a professional corporation, as and for its first amended complaint (the "First Amended Complaint") against Defendants, Heraeus Metals Processing and Heraeus Metals Processing Ltd. (collectively, "Defendants"), allege the following:

1

## **INTRODUCTION**

1. Plaintiff bring this adversary proceeding (the "Adversary Proceeding") pursuant to, *inter alia*, sections 547 and 550 of the Bankruptcy Code and Rules 3007 and 7001(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order and Judgment from this Court against Defendants to direct the return of certain transfers (the "Transfers") that were made by Plaintiff to Defendants as identified on Exhibit 1 attached hereto.

2. On October 8, 2005 (the "Initial Filing Date"), Delphi Corporation ("Delphi") and certain of its subsidiaries (the "Initial Filers") each filed voluntary petitions in this Court for reorganization relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code").

3. On October 14, 2005, three additional U.S. subsidiaries of Delphi (together with the Initial Filers, the "Reorganized Debtors") filed voluntary petitions in this Court for reorganization relief under chapter 11 of the Bankruptcy Code.

4. The Reorganized Debtors' First Amended Joint Plan of Reorganization, as modified and amended, was confirmed by the Court on July 30, 2009 (the "Modified Plan") and became effective on October 6, 2009.

5. Under the Modified Plan, general unsecured creditors in these chapter 11 cases will receive less than full value on account of their unsecured claims.

6. Accordingly, pursuant to section 7.19 of the Modified Plan, the Reorganized Debtors retained the right to pursue the claims and causes of action asserted in this First Amended Complaint and to settle, release or compromise such claims and causes of action without further order of the Court.

## JURISDICTION AND VENUE

7. This Adversary Proceeding is a "core" proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A), (F) and (O).

8. Subject-matter jurisdiction exists in this Court pursuant to 28 U.S.C. § 1334.

9. Personal jurisdiction exists in this Court because Defendants conducted business in the United States and/or directed activities toward Plaintiff in the United States.

10. Venue of this Adversary Proceeding is proper in this Court pursuant to 28 U.S.C. § 1409(a).

11. Defendants were creditors of Plaintiff prior to the filing of the Reorganized Debtors' chapter 11 cases.

## PARTIES AND BACKGROUND

12. ASEC General Partnership ("ASEC") was a subsidiary or affiliate of Delphi, and a Reorganized Debtor in these chapter 11 proceedings.

13. Plaintiff was the operating subsidiary of Delphi in North America that performed, among other things, accounting and payment functions for the Reorganized Debtors in connection with their manufacture of automotive parts, components, modules and assemblies through various divisions.

14. Plaintiff and ASEC entered into certain purchase agreements (the "Agreements") with Defendants for the supply of goods to Plaintiff and ASEC and Plaintiff assumed or otherwise became obligated for ASEC's payment obligation thereunder.

15. Heraeus Metals Processing is a California corporation located at 13429 Alondra Blvd, Santa Fe Springs, CA 90670.

16. Heraeus Metal Processing Ltd. is an Ireland corporation, located at 13429

Alondra Blvd, Santa Fe Springs, CA 90670. It manufactures precious metal compounds, ships goods and does business in the United States of America.

17. Pursuant to the terms of the Agreements, Defendants were required to ship certain goods for the benefit of Plaintiff and ASEC.

18. Plaintiff did not accept physical invoices from Defendants in connection with Defendants' shipment of goods under the Agreements.

19. Rather, Plaintiff's accounts payable system was used to generate payment on a date certain based upon the payment terms associated with Defendants.

20. During the ninety (90) days preceding the Initial Filing Date, Plaintiff made certain payments to Defendants in satisfaction of amounts due for goods previously shipped by Defendants under the Agreements (the "Transfers"). Such Transfers are identified on Exhibit 1 attached hereto.

## CLAIM FOR RELIEF

### Avoidance and Recovery of Preferential Transfers

21. Plaintiff incorporates by reference the preceding allegations.

22. On or within ninety (90) days prior to the Initial Filing Date, Plaintiff made, or caused to be made, the Transfers listed on Exhibit 1 to, or for the benefit of, Defendants.

23. Plaintiff owned the funds that were transferred to the Defendants, and such Transfers constituted transfers of interests in Plaintiffs' property.

24. Plaintiff made, or caused to be made, each Transfer listed on Exhibit 1 for, or on account of, an antecedent debt owed to Defendants as of the date on which each Transfer was made. The documents evidencing the antecedent debt include the purchase orders and/or invoices/bills of lading identified on Exhibit 1, which purchase orders and/or invoices/bills of

lading include evidence of the amount of the antecedent debt and the approximate dates the goods contemplated by the Agreements were ordered by Plaintiff pursuant to the Agreements and/or were provided by Defendants.

25. Pursuant to Bankruptcy Code section 547(f), for purposes of this Adversary Proceeding, Plaintiffs are presumed to have been, and were in fact, insolvent at the time the Transfers were made.

26. The Transfers enabled Defendants to receive more than they would have received if (i) this case was administered under chapter 7 of the Bankruptcy Code; (ii) each Transfer had not been made; and (iii) Defendants had received payment of the antecedent debt paid by each Transfer to the extent provided by the Bankruptcy Code. Specifically, Defendants were general unsecured creditors of Plaintiffs, and unsecured creditors in these chapter 11 cases will receive less than full value on account of their unsecured claims.

27. Based upon the foregoing, the Transfers constitute avoidable preferential transfers pursuant to section 547(b) of the Bankruptcy Code.

28. Pursuant to section 550(a) of the Bankruptcy Code, the Court should enter an Order granting judgment in favor of Plaintiffs and against each Defendant (i) avoiding the Transfers each Defendant received, pursuant to section 547(b) of the Bankruptcy Code; (ii) holding each Defendant liable in an amount not less than the amount of the Transfers it received, plus interest from the date hereof and the costs and expenses of this action including, without limitation, attorneys' fees; and (iii) ordering each Defendant to pay to Plaintiffs the amount of the Transfers it received, pursuant to sections 547(b) and 550(a) of the Bankruptcy Code.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

a. enter judgment in favor of Plaintiff and against each Defendant in an amount not

5

less than the amount of the Transfers such Defendant received, plus costs, interest and attorneys fees as allowed by law;

    b.    order each Defendant to pay to Plaintiffs the amount of the Transfers it received, pursuant to sections 547(b) and 550(a) of the Bankruptcy Code; and

    c.    grant such other and further relief as this Court may deem just and proper.

DATED:    New York, New York
               September 7, 2010

                        BUTZEL LONG, a professional corporation

                        By:    /s/ Eric B. Fisher
                              Eric B. Fisher (EF-1209)
                        380 Madison Avenue
                        22nd Floor
                        New York, New York 10017
                        Telephone: (212) 818-1110
                        Facsimile: (212) 818-0494
                        fishere@butzel.com
                        Attorneys for Plaintiff

1229967 v.2

EXHIBIT 1
Delphi Automotive Systems, LLC v. Heraeus Metals Processing, et al
Adv. Pro. No. 07-02442 [RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 7/11/2005 | $ 11,265.69 | EW02ASEC WTM1154 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 7/11/2005 | $ 340,351.50 | EW02ASEC WTM1155 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 7/27/2005 | $ 40,827.68 | EW02ASEC WTM1172 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 8/11/2005 | $ 30,468.00 | EW02044277,044278 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 8/11/2005 | $ 16,628.84 | EW02044297,044291,04 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 8/11/2005 | $ 7,281.88 | EW02ASECWTM1179 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 8/16/2005 | $ 3,203,949.00 | EW02044556,044552 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 8/19/2005 | $ 20,274.72 | EW02081605202747 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 8/29/2005 | $ 1,335,000.00 | EW02044665 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 8/29/2005 | $ 22,133.99 | EW020815-07,0816-22 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 9/9/2005 | $ 888,000.00 | EW02045045 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 42,531.34 | EW02045140,045136,04 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 5,121.00 | EW02090907-03 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 9/15/2005 | $ 10,982.50 | EW02045238 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING LTD | DAS LLC, ASEC | DAS LLC | 9/15/2005 | $ 1,869,000.00 | EW02ASEC WTM1209 | INVOICE | WIRE |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/15/2005 | $ 357,236.90 | 183502 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 354.87 | 183514 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 4,306.15 | 183515 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 5,540.09 | 183516 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 5,121.00 | 183517 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 780.00 | 183518 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 2,432.50 | 183519 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 6,230.98 | 183520 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 5,079.76 | 183521 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 2,194.93 | 183489 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 1,560.00 | 183491 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 6,512.00 | 183492 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 1,162.00 | 183494 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 1,064.00 | 183496 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 5,121.00 | 183498 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 752.00 | 183499 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 7/18/2005 | $ 1,707.00 | 183501 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 5,280.00 | 183545 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 4,136.93 | 184133 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 752.00 | 184134 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 501.00 | 184135 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 7,447.37 | 184136 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 1,711.59 | 184137 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 501.00 | 184138 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/1/2005 | $ 1,596.00 | 184139 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/10/2005 | $ 3,002.37 | 184675 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/10/2005 | $ 5,532.63 | 184676 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/10/2005 | $ 6,632.63 | 186166 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/10/2005 | $ 2,402.40 | 184669 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 564.00 | 184670 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 291.41 | 184671 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 2,464.00 | 184672 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 911.20 | 184673 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 3,414.00 | 184674 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 5,121.00 | 184677 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 6,974.62 | 184678 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 1,817.78 | 184679 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 3,414.00 | 184680 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/15/2005 | $ 501.00 | 185031 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 1,045.20 | 185033 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 1,584.00 | 185034 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 500.00 | 185036 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 2,904.00 | 185037 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 2,058.66 | 185039 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 3,166.00 | 185040 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 1,868.94 | 185040 | INVOICE | CHECK |

EXHIBIT 1
Delphi Automotive Systems, LLC v. Heraeus Metals Processing, et al
Adv. Pro. No. 07-02442 [RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 5,148.07 | 185041 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 1,027.41 | 185042 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 1,204.59 | 185043 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 1,760.00 | 185044 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 8,139.02 | 185045 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 643.69 | 185046 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 776.86 | 185047 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 3,414.00 | 185048 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 5,974.50 | 185049 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 3,541.51 | 185050 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 5,063.30 | 185051 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 2,731.20 | 185052 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 500.00 | 185053 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 4,636.31 | 185291 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 6,974.99 | 186648 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 6,974.99 | 186651 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 578.47 | 186800 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/25/2005 | $ 13.54 | 186807 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,560.03 | 186143 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 2,693.77 | 186144 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 535.08 | 186145 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,030.23 | 186146 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 728.61 | 186147 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 871.50 | 186148 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,207.92 | 186149 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,579.49 | 186150 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 658.36 | 186151 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,393.57 | 186152 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 312.00 | 186153 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 514.80 | 186154 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 390.00 | 186155 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,064.00 | 186156 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,064.00 | 186157 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 8,147.35 | 186163 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 2,402.40 | 186165 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 235.50 | 187072 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 435.75 | 187073 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 4,004.97 | 187236 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 4,004.97 | 187237 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,411.63 | 187238 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,411.63 | 187239 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 4,618.49 | 187240 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 4,618.49 | 187241 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,245.58 | 187242 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,245.58 | 187243 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,245.58 | 187254 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 1,245.58 | 187255 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 500.00 | 187256 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 3,414.00 | 187258 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 8/26/2005 | $ 3,414.00 | 187259 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/1/2005 | $ 1,362.12 | 186797 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/1/2005 | $ 500.09 | 186799 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/1/2005 | $ 503.80 | 186801 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/1/2005 | $ 932.96 | 186802 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 2,280.22 | 185287 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 2,901.15 | 185288 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 780.00 | 185290 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 4,438.20 | 185292 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 3,414.00 | 185294 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 1,093.64 | 185295 | INVOICE | CHECK |

EXHIBIT 1
Delphi Automotive Systems, LLC v. Heraeus Metals Processing, et al
Adv. Pro. No. 07-02442 [RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 1,560.00 | 185297 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 2,426.31 | 185298 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 1,743.00 | 186142 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 502.26 | 186805 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 500.00 | 187257 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/13/2005 | $ 6,048.00 | 187891 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 1,560.00 | 186140 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 780.00 | 186141 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 2,124.37 | 186158 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 1,596.00 | 186159 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 966.45 | 186160 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 2,447.55 | 186161 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 2,988.28 | 186162 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 1,596.00 | 186164 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 3,414.00 | 186779 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 780.00 | 186780 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 355.72 | 186781 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 3,696.00 | 186782 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 3,231.20 | 186783 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 3,414.00 | 186790 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 1,560.00 | 186791 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 5,947.06 | 186792 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 317.22 | 186793 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 279.91 | 186794 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 279.91 | 186795 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 899.99 | 186796 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 1,026.33 | 186803 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 503.80 | 186804 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 503.82 | 186806 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 966.45 | 187908 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/22/2005 | $ 966.45 | 187909 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/29/2005 | $ 303.58 | 186784 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/29/2005 | $ 4,531.86 | 186786 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/29/2005 | $ 562.62 | 186787 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/29/2005 | $ 4,976.42 | 186788 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/29/2005 | $ 5,121.00 | 186789 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 9/29/2005 | $ 4,892.80 | 186798 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 10/6/2005 | $ 9,689.05 | 186654 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 10/6/2005 | $ 4,813.74 | 186656 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 10/6/2005 | $ 3,686.95 | 187229 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 10/6/2005 | $ 3,414.00 | 187230 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 10/6/2005 | $ 5,016.00 | 187260 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 10/6/2005 | $ 3,926.10 | 187261 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 10/6/2005 | $ 1,156.98 | 187910 | INVOICE | CHECK |
| 07-02442 | HERAEUS METALS PROCESSING | DAS LLC, ASEC | DAS LLC | 10/6/2005 | $ 578.43 | 187911 | INVOICE | CHECK |

Total Amount of Claim =    $ 8,571,525.15