**HODGSON RUSS LLP**
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Tel: 716-856-4000
Fax: 716-849-0349
Garry M. Graber, Esq.
James C. Thoman, Esq.
ggraber@hodgsonruss.com
jthoman@hodgsonruss.com

*Attorneys for Unifrax I LLC f/k/a Unifrax Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

----------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| DELPHI CORPORATION, et al., | : | Adv. Pro. No. 07-02270 (RDD) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| - against - | : | |
| | : | |
| BP, BP AMOCO CORP, BP MICROSYSTEMS | : | |
| INC., BP PRODUCTS NORTH AMERICA, | : | |
| CASTROL, CASTROL INDUSTRIAL | : | |
| AND UNIFRAX CORP. | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 24, 2010, I caused to be electronically filed *Unifrax Corporation, now known as Unifrax I LLC's Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints* using the CM/ECF system which immediately notifies all

registered users via electronic transmission at the respective email addresses designated for such service; and (2) by regular U.S. Mail upon the parties listed on attached Schedule A.

Dated: November 24, 2010

                                **HODGSON RUSS LLP**
*Attorneys for Unifrax I, LLC f/k/a*
*Unifrax Corporation*

By: /s/ James C. Thoman

Garry M. Graber
James C. Thoman
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Tel: 716-848-1330
Fax: 716-849-0349
ggraber@hodgsonruss.com
jthoman@hodgsonruss.com

2

# SCHEDULE A

Cynthia J. Haffey
Debtor's Counsel
Butzel Long
150 West Jefferson Avenue, Suite 100
Detroit, MI 48226

Togut Segal & Segal LLP
LEAD ATTORNEY
One Penn Plaza, Suite 3335
New York, NY 10119

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Eric Fisher
Debtor's Counsel
Butzel Long
380 Madison Avenue, 22nd Floor
New York, NY 10017

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Michael D. Warner
Cole Schotz Meisel Forman & Leonard PA
301 Commerce Street, Suite 1700
Forth Worth, TX 76102

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

3