**JAECKLE FLEISCHMANN & MUGEL, LLP**
12 Fountain Plaza, Suite 800
Buffalo, New York 14202
Tel: 716.856.0600
Fax: 716.856.0432
Beverley S. Braun, Esq. (admitted *pro hac vice*)
bbraun@jaeckle.com

*Attorneys for Jamestown Container Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | |
| Plaintiff, | |
| -against- | Adv. Pro. No. 07-02322 |
| JAMESTOWN CONTAINER CORP., | |
| Defendant. | |

### JOINDER OF JAMESTOWN CONTAINER CORPORATION TO MOTIONS FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

Defendant Jamestown Container Corporation, by and through counsel, joins and adopts the motions of ATS Automation Tooling Systems Inc. (Docket No. 20699), Doshi Prettl International (Docket No. 20701), the Timken Company and the Timken Corporation (Docket No. 20719) and all other motions (the "Motions") filed by defendants in avoidance actions in the above-captioned bankruptcy proceedings. In the interest of legal judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Replies. Instead,

Defendant hereby incorporates by reference, as if fully stated herein, the arguments and requests for relief set forth in the Motions, to the extent that they are applicable to Jamestown Container Corporation.

Respectfully submitted,

Dated: Buffalo, New York
November 24, 2010

**JAECKLE FLEISCHMANN & MUGEL, LLP**
By: /s/ Beverley S. Braun
Beverley S. Braun, Esq. (admitted *pro hac vice*)
12 Fountain Plaza, Suite 800
Buffalo, New York 14202
Tel: 716-856-0600
Fax: 716-856-0432
bbraun@jaeckle.com
*Counsel to Jamestown Container Corp.*