# EXHIBIT A

# Change in Payment Terms

# DELPHI

*Net 30 day terms* (handwritten)

Delphi Electronics and Safety
Page 1 of 2

**Buyer:**
DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Requirements Contract**

PO Number: 550069569
Version: 03-Sep-2005 02:34:36 EST
Date Issued: 26-Jan-2005

**Deliver to:**
DELPHI E&S CMM2
LIDC Receiving Warehouse
702 Joaquin Cavazos Rd
LOS INDIOS TX 78567

D&R TECHNOLOGY LLC
450-D WINDY POINT DR
GLENDALE HEIGHTS IL 60139

Vendor No: 1009340
DUNS No: 075921069

**Payment Terms:** Z030    **Currency:** USD
NET 30 DAYS

**Incoterms:** FOB-Freight Collect


RECEIVED SEP 1 3 2005

\*\*\* Terms of payment changed
\*\*\* Text changed

**Notes:**
.5% Discount, Payment Net 30 days(Z030), 9/1/2005-11/30/2005 per Dave Purdie.

Supplier acknowledges that payment terms are strictly confidential and not to be disclosed to any third party whatsoever without the prior written consent of Delphi

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS FOR CONTRACTORS / SUPPLIERS / VENDORS. A COPY OF THE ENVIRONMENTAL REQUIREMENTS IS AVAILABLE UPON WRITTEN REQUEST TO THE BUYER.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date

Purchasing Contact: Ng, Henry(CTL, SW)
Phone: 65-6450-8266
Fax: 65-6552-6734

Contact Address:
DELPHI AUTOMOTIVE SYSTEMS S'PORE PT
501 ANG MO KIO INDUSTRIAL PARK 1,
SINGAPORE 569621

Date and Time Printed: 03-Sep-2005 02:34:36 EST