# EXHIBIT A

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION, ET AL.,


      Debtors.



- - - - - - - - - - - - - - - - - - - -x


        U.S. Bankruptcy Court

        One Bowling Green

        New York, New York


        October 22, 2009

        10:02 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

```
                                                                    2
 1   Supplemental Motion to Extend Deadline to Serve Process for
 2   Avoidance Action Filed in Connection with Preservation of
 3   Estate Claims Procedures Order
 4
 5   Proposed Forty-Eighth Omnibus Hearing Agenda
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:  Dena Page
```

```
                                                                3
 1
 2    A P P E A R A N C E S :
 3    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 4         Attorneys for Debtors
 5         Four Times Square
 6         New York, NY 10036
 7
 8    BY:   KAYALYN A. MARAFIOTI, ESQ.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    6
 1              MS. MARAFIOTI:  That's correct.  I think that would be
 2    November 5 --
 3              THE COURT:  Okay.
 4              MS. MARAFIOTI:  -- would be the thirtieth day.
 5              THE COURT:  All right, so you're within the deadline.
 6              MS. MARAFIOTI:  Right.
 7              THE COURT:  I'll enter the order --
 8              MS. MARAFIOTI:  Okay, very good.  Thank you, Your
 9    Honor.
10              THE COURT:  -- for the reasons stated in the motion.
11    As with the last ones, this is without prejudice to the rights
12    of these potential defendants to argue other defenses, other
13    than the running of the limitations period.  And I think that
14    goes without saying.  So this is just an extension of the time
15    to actually serve.
16              MS. MARAFIOTI:  That's right, Your Honor.
17              THE COURT:  So do you have a disc for me?
18              MS. MARAFIOTI:  I believe we do.  If I may approach
19    the bench, Your Honor.
20              THE COURT:  Sure.  Obviously, the debtors' decision to
21    proceed this way is borne out by the fact that the vast
22    majority of these cases have already been, effectively, booted
23    out.  And as the motion states, the potential plaintiff, here,
24    certainly should have a little more time to analyze whether it
25    makes sense to bring the remaining lawsuits or only some of
```