Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
gtoering@wnj.com
moneal@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Bosch Chassis Systems Columbia L.L.C.
f/k/a PBR Columbia L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| ------------------------------ -x | | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No. 07-02572-rdd |
| PBR COLUMBIA LLC,[1] | : | |
| Defendant. | : | |
| ------------------------------ -x | | |

**CERTIFICATE OF SERVICE**

---

[1] Although Plaintiff's proposed First Amended Complaint contains a new caption and has not been accepted yet by this Court, Bosch Chassis Systems Columbia L.L.C. uses the new caption to avoid confusion and to remain consistent with Plaintiff's pleadings in this adversary proceeding.

1

I, Michael B. O'Neal, being at all times over 18 years of age, hereby certify that on November 24, 2010 a true and correct copy of the following:

**BOSCH CHASSIS SYSTEMS COLUMBIA L.L.C. F/K/A PBR COLUMBIA L.L.C.'S MEMORANDUM OF LAW IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

was served electronically through the Court's ECF system on all parties requesting electronic service, and on November 24, 2010 by Federal Express (for delivery on November 26, 2010) to the parties indicated below:

> Honorable Robert D. Drain
> United States Bankruptcy Court
> 300 Quarropas Street, Courtroom 118
> White Plains, NY 10601
> *(also served via email on 11/24/10*
> rdd.chambers@nysb.uscourts.gov)
>
> Butzel Long
> 380 Madison Avenue, 22nd Floor
> New York, NY 10017
> Attn: Eric Fisher, Esq.

Dated: Grand Rapids, Michigan
      November 24, 2010

/s/Michael B. O'Neal
Michael B. O'Neal

4941838

2