DICKINSON WRIGHT PLLC
Attorneys for Ambrake Corporation
301 East Liberty, Suite 500
Ann Arbor, Michigan 48104-2266
(734) 623-7075
Michael C. Hammer (MI-P41705) (pro hac vice)
Dawn R. Copley (MI-P53343) (pro hac vice)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                      :    Chapter 11
                                                            :
DPH HOLDINGS CORP., *et al*,                                :    Case No. 05-44481 (RDD)
                                                            :
        Reorganized Debtors.    :    (Jointly Administered)
                                                            :
------------------------------------------------------------ x
                                                            :
DELPHI AUTOMOTIVE SYSTEMS, LLC                              :
                                                            :
        Plaintiff,              :
                                                            :    Adv. Pro. No. 07-02201-rdd
v.                                                          :
                                                            :
AMBRAKE CORPORATION and                                     :
AMBRAKE CORP.,                                              :
                                                            :
        Defendants.             :
                                                            :
------------------------------------------------------------ x

## EXHIBITS TO
## AMBRAKE CORPORATION'S BRIEF IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

A.    Summary of Facts Proceeding Ambrake's Motion to Dismiss

B.    Excerpts of Transcript of July 22, 2010 Hearing

C.    Order Granting in Part First Wave Motions to Dismiss dated September 7, 2010

D.    Proposed Amended Complaint

E.    Exhibit 1 to Original Complaint

F.     Exhibit 1 to Proposed Amended Complaint

G.     Affidavit of Doug Morgan

H.     Amended Summary of Schedules

I.     *Farhang v. Indian Inst. of Tech.*, 2010 U.S. Dist. LEXIS 53975 (N.D. Cal. 2010)

J.     *Spinale v. United States*, 2005 U.S.Dist.LEXIS 4608 (S.D.N.Y. 2005)

K.     *Green v. Phillips*, 2010 U.S.App.LEXIS 6130 (2d Cir. 2010)

ANNARBOR 22441-59 121065v1