# EXHIBIT E

<u>EXHIBIT "1"</u>

DELPHI CORPORATION, *et al.*
v.
AMBRAKE CORPORATION, *et al.*

| Transfer Date | Transfer Amount | Transfer Type |
|---|---|---|
| 7/26/2005 | $3,770.78 | EFT |
| 7/29/2005 | $1,258.56 | EFT |
| 8/2/2005 | $10,983,121.77 | EFT |
| 8/29/2005 | $24,701.09 | EFT |
| 9/2/2005 | $6,477,299.07 | EFT |
| 9/26/2005 | $25.98 | EFT |
| 9/28/2005 | $11,677,696.32 | EFT |
| 9/28/2005 | $5,870,321.38 | WIRE |
| 9/29/2005 | $1,370,080.25 | EFT |
| 9/30/2005 | $537,827.82 | EFT |
| 10/3/2005 | $495,096.41 | EFT |
| 10/4/2005 | $654,499.67 | EFT |
| 10/5/2005 | $629,667.20 | EFT |
| 10/6/2005 | $447,519.89 | EFT |
| TOTAL: | $39,172,886.19 | |