# EXHIBIT F

EXHIBIT F

Delphi Automotive Systems, LLC v. Ambrake Corp and Ambrake Corporation
Adv Pro No 07-02201[RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 7/26/2005 | $ 7,541.56 | SMS80161 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 7/29/2005 | $ 2,517.12 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 73,456.70 | D0550000948 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 5,707.88 | D0550000965 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 12,147.84 | D0550001499 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 27,788.56 | D0550001503 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 5.12 | D0550003833 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 54,528.00 | D0550005097 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 46,080.00 | D0550015554 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 2,397,972.80 | D0550024669 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 212,926.40 | D0550035641 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 3,291,775.32 | D0550035733 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 5,674.92 | D0550036724 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 279,643.20 | D0550053874 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 3,765,505.28 | D0550055081 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 91,638.24 | D0550055346 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 2,570,766.00 | D0550055347 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 3,725,275.04 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 3,150,435.84 | D0550057831 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 699,494.40 | D0550065882 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 502,559.32 | D0550069047 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 200,858.40 | D0550070426 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 631,929.60 | D0550070427 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 204,876.72 | D0550071627 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 13,997.96 | D0550074750 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/2/2005 | $ 1,200.00 | DCS08912 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/29/2005 | $ 26,745.92 | D0550000948 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/29/2005 | $ 15,360.00 | D0550015554 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/29/2005 | $ 167.30 | D0550048076 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/29/2005 | $ 277.44 | D0550053874 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/29/2005 | $ 2,943.04 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/29/2005 | $ 2,214.08 | D0550057831 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 8/29/2005 | $ 1,694.40 | D0550071627 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 78,062.74 | D0550000948 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 43.56 | D0550000965 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 222,308.40 | D0550001503 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 36,352.00 | D0550005097 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 66,528.00 | D0550015554 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 832,888.00 | D0550024669 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 168,099.72 | D0550035641 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 1,753,360.92 | D0550035733 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 1,289.04 | D0550036724 | PO | EFT |

EXHIBIT F
Delphi Automotive Systems, LLC v. Ambrake Corp and Ambrake Corporation
Adv. Pro. No. 07-02201(RDD)

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 175,636.48 | D0550053874 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 1,773,607.52 | D0550055081 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 183,565.44 | D0550055346 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 2,113,268.80 | D0550055347 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 27,750.40 | D0550055437 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 1,955,400.32 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 1,560,466.56 | D0550057831 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 365,644.80 | D0550065882 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 1,063,555.56 | D0550069047 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 78,768.00 | D0550070426 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 238,464.00 | D0550070427 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 232,102.40 | D0550071627 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/2/2005 | $ 27,435.48 | D0550076237 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/26/2005 | $ 50.26 | D0550000965 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/26/2005 | $ 1.70 | D0550003833 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 200.00 | D0450136501 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 71,072.10 | D0550000948 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 2,841.90 | D0550000965 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 31,134.64 | D0550001499 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 541,828.28 | D0550001503 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 18,176.00 | D0550005097 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 76,800.00 | D0550015554 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 1,369,984.00 | D0550024669 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 392,232.92 | D0550035641 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 4,316,547.24 | D0550035733 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 2,470.66 | D0550036724 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 547,364.48 | D0550053874 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 3,519,929.00 | D0550055081 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 627,181.92 | D0550055346 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 2,381,676.60 | D0550055347 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 4,822,579.36 | D0550055446 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 3,941,218.56 | D0550057831 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 1,144,627.20 | D0550065882 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 30,028.80 | D0550065953 | PO | WIRE OR EFT |

Exhibit F
Delphi Automotive Systems, LLC v. Ambrake Corp and Ambrake Corporation
Adv. Pro. No. 07-02201(RDD)

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 1,005,118.36 | D0550069047 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 228,427.20 | D0550070426 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 691,545.60 | D0550070427 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 1,012,008.00 | D0550071627 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 153,977.48 | D0550074750 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 6,986.76 | D0550076237 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 207.58 | DCS09812 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/28/2005 | $ 24,000.00 | DCS09819 | PO | WIRE OR EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 1,487.00 | D0550000965 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 314,017.12 | D0550035733 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 2,135.30 | D0550036724 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 122,376.96 | D0550055346 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 475,910.40 | D0550055347 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 456,443.52 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 649,460.32 | D0550057831 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 143,078.40 | D0550065882 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 31,795.20 | D0550065953 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 39,384.00 | D0550070426 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 119,232.00 | D0550070427 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 143,724.00 | D0550071627 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 41,993.84 | D0550074750 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/29/2005 | $ 199,122.44 | D0550076237 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 44,826.64 | D0550035641 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 16,837.12 | D0550035733 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 354,721.52 | D0550055081 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 237,955.20 | D0550055347 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 64,370.24 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 176,552.32 | D0550057831 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 31,795.20 | D0550065882 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 116,874.20 | D0550069047 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 7,876.80 | D0550070426 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 9/30/2005 | $ 23,846.40 | D0550070427 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/3/2005 | $ 32,229.42 | D0550000948 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/3/2005 | $ 15,360.00 | D0550015554 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/3/2005 | $ 33,619.96 | D0550035641 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/3/2005 | $ 127,962.12 | D0550035733 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/3/2005 | $ 391,103.20 | D0550055081 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/3/2005 | $ 204,814.40 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/3/2005 | $ 70,124.52 | D0550069047 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/3/2005 | $ 114,979.20 | D0550071627 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 10.06 | D0550000965 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 11,206.64 | D0550035641 | PO | EFT |

EXHIBIT F
Delphi Automotive Systems, LLC v. Ambrake Corp and Ambrake Corporation
Adv Pro No. 07-02201[RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Antecedent Debt: Purchase Order/Invoice Number | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 30,306.80 | D0550035733 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 413.96 | D0550036724 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 109,145.08 | D0550055081 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 269,184.64 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 334,188.32 | D0550057831 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 158,976.00 | D0550065882 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 35,062.28 | D0550069047 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 15,753.60 | D0550070426 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 47,692.80 | D0550070427 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 69,989.76 | D0550074750 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/4/2005 | $ 227,069.40 | D0550076237 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 6,734.88 | D0550035733 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 119,915.84 | D0550053874 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 127,335.92 | D0550055081 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 237,955.20 | D0550055347 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 239,925.44 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 163,941.44 | D0550057831 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 23,374.84 | D0550069047 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 172,468.80 | D0550071627 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/5/2005 | $ 167,682.04 | D0550076237 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 897.98 | D0550000965 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 23,572.00 | D0550035733 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 354,721.52 | D0550055081 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 239,925.44 | D0550055446 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 163,941.44 | D0550057831 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 81,811.96 | D0550069047 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 15,753.60 | D0550070426 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 47,692.80 | D0550070427 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 41,993.84 | D0550074750 | PO | EFT |
| 07-02201 | AMBRAKE CORP | DAS LLC | DAS LLC | 10/6/2005 | $ 108,294.64 | D0550076237 | PO | EFT |
| 07-02201 | AMBRAKE CORPORATION | DAS LLC | DAS LLC | 9/28/2005 | $ 11,740,642.76 | EW02FRS# 09270510 | INVOICE | WIRE |

Total Amount of Claim=   $   82,134,109.82