Shalom Jacob
Zachary D. Silbersher
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel:  (212) 415-8600
Fax: (212) 303-2754

-and-

Courtney E. Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Tel:  (312) 443-0700
Fax: (312) 443-0336

*Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 [RDD] |
| Reorganized Debtors. | (Jointly Administered) |

-------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 07-02432 [RDD] |
| METHODE ELECTRONICS INC., | |
| Defendant. | |

-------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that before the hour of 4:00 p.m. (prevailing Eastern time) on November 24, 2010, she electronically filed each of the following pleadings (collectively, the "Pleadings") using the court's CM/ECF system, which will send ECF notification of the filing of the same to the parties who have filed an appearance in this case:

1) *Methode Electronics, Inc.'s Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints [Main Docket No. 20901; Adversary Docket No. 34];*

2)    *Declaration of Timothy R. Glandon in Support of Methode Electronics, Inc.'s Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints [Main Docket No. 20903; Adversary Docket No. 35]; and*

3)    *Supplemental Joinder Of Methode Electronics, Inc. (I) To Motions (i) To Vacate Prior Orders Establishing Procedures For Certain Adversary Proceedings, Including Those Commenced By The Debtors Under U.S.C. §§ 541, 544, 545, 547, 548, Or 549, And Extending The Time To Serve Process For Such Adversary Proceedings, And (ii) In The Alternative, Dismissing The Adversary Proceedings On The Grounds Of Being Barred By The Statute Of Limitations And/Or Judicial Estoppel; (Ii) Replies To Reorganized Debtors' Omnibus Response To Motions Seeking, Among Other Forms Of Relief, Orders To Vacate Certain Procedural Orders Previously Entered By This Court And To Dismiss The Avoidance Actions Against The Moving Defendants; And (Iii) Motion And Brief Of ATS Automation Tooling Systems Inc. For Relief From Fourth Order Extending Time To Serve Complaint [Main Docket No. 20911; Adversary Docket No. 36]*

The undersigned attorney further certifies that she caused each of the Pleadings to be served by the method so indicated on November 24, 2010 upon the following:

| | |
|---|---|
| Eric B. Fisher<br>BUTZEL LONG, P.C.<br>380 Madison Avenue, 22nd Floor<br>New York, NY 10017<br>Fax: (212) 818-0494<br>**BY U.S. MAIL** | U.S. Trustee<br>United States Bankruptcy Court<br>300 Quarropas Street<br>White Plains, NY 10601<br>**BY U.S. MAIL** |
| Chambers of Hon. Robert D. Drain<br>U.S. Bankruptcy Court for the<br>  Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601<br>**COURTESY COPY BY U.S. MAIL** | |

Dated: November 24, 2010          /s/ Courtney Engelbrecht Barr
                                  Courtney Engelbrecht. Barr (CE 7768)
                                  LOCKE LORD BISSELL & LIDDELL LLP
                                  111 S. Wacker Dr.
                                  Chicago, IL 60606
                                  Tel: (312) 443-0700
                                  Fax: (312) 443-0336