UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                       :    Chapter 11
                                                             :
DPH HOLDINGS CORP., *et al*,                                 :    Case No. 05-44481 (RDD)
                                                             :
         Reorganized Debtors.         :                           (Jointly Administered)
                                                             :
------------------------------------------------------------ x
                                                             :
DELPHI AUTOMOTIVE SYSTEMS, LLC                               :
                                                             :
         Plaintiff,                                          :    Adv. Pro. No. 07-02201-rdd
v.                                                           :
                                                             :
AMBRAKE CORPORATION and                                      :
AMBRAKE CORP.,                                               :
                                                             :
         Defendants.                                         :
                                                             :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE FOR AMBRAKE CORPORATION'S BRIEF IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

I hereby certify that on November 24, 2010, I electronically filed **Ambrake Corporation's Brief in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints** with the Clerk of the Court in Case Nos. 05-44481 and 07-02201 using the ECF system, which will send notification of such filing to the all ECF participants. I also served Eric Fisher by e-mail at fishere@butzel.com and by Federal Express priority overnight mail at 380 Madison Avenue, 22nd Floor, New York, NY 10017.

/s/ Doron Yitzchaki
Doron Yitzchaki
Dickinson Wright PLLC
301 East Liberty, Suite 500
Ann Arbor, Michigan 48104-2266
(734) 623-7075
dyitzchaki@dickinsonwright.com