Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Robert Bosch LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors, | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No. 07-02800-[RDD] |
| ROBERT BOSCH CORPORATION d/b/a BOSCH, ROBERT BOSCH, LLC d/b/a BOSCH BRAKING SYSTEMS CORP., | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# EXHIBIT D

## TO

**ROBERT BOSCH LLC'S MEMORANDUM OF LAW IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Robert Bosch LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ -x
                                    :
  In re                             :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                                    :    (Jointly Administered)
         Debtors.                   :
------------------------------ -x
                                    :
DELPHI AUTOMOTIVE SYSTEMS, LLC      :
                                    :
         Plaintiff,                 :
                                    :
                                    :
v.                                  :    Adv. Proc. No. 07-02800-rdd
                                    :
ROBERT BOSCH CORPORATION d/b/a      :
BOSCH, ROBERT BOSCH, LLC d/b/a      :
BOSCH BRAKING SYSTEMS CORP.,        :
                                    :
         Defendants.                :
------------------------------ -x

**DECLARATION OF JUDITH LOWITZ ADLER IN SUPPORT OF ROBERT BOSCH LLC'S MEMORANDUM OF LAW IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

I, Judith Lowitz Adler, pursuant to 28 U.S.C. § 1746, furnish this declaration and declare as follows:

1. I am Assistant General Counsel – Automotive Group at Robert Bosch LLC, formerly known as Robert Bosch Corporation ("**Bosch LLC**").

2. I make this Declaration on personal knowledge, and if called as a witness, would testify to the facts contained herein.

3. Bosch LLC manufactures precision automotive components and systems sold to vehicle and powertrain manufacturers worldwide. Bosch LLC was a supplier to and customer of Debtors, including Delphi Automotive Systems, LLC ("**DAS**"), both before and after Debtors filed their bankruptcy petitions.

4. DAS's proposed amended complaint in this adversary proceeding names Robert Bosch LLC and Robert Bosch Corporation as two separate defendants. Those two listed defendants, however, are the same entity. Robert Bosch Corporation, a Delaware corporation, was converted into a Delaware limited liability company effective January 3, 2007 and thereafter became known as Robert Bosch LLC.

I make this Declaration under penalty of perjury.

_____
Judith Lowitz Adler

Executed in Farmington Hills, Michigan
on November 22, 2010

4934515

2