Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Robert Bosch LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Reorganized Debtors, | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC | |
| Plaintiff, | |
| v. | Adv. Proc. No. 07-02800-[RDD] |
| ROBERT BOSCH CORPORATION d/b/a BOSCH, ROBERT BOSCH, LLC d/b/a BOSCH BRAKING SYSTEMS CORP., | |
| Defendants. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | |

**CERTIFICATE OF SERVICE**

   I, Michael B. O'Neal, being at all times over 18 years of age, hereby certify that on November 24, 2010 a true and correct copy of the following:

**ROBERT BOSCH LLC'S MEMORANDUM OF LAW IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

was served electronically through the Court's ECF system on all parties requesting electronic service, and on November 24, 2010 by Federal Express (for delivery on November 26, 2010) to the parties indicated below:

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street, Courtroom 118
White Plains, NY 10601
*(also served via email on 11/24/10*
rdd.chambers@nysb.uscourts.gov)

Butzel Long
380 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Eric Fisher, Esq.

Dated: Grand Rapids, Michigan
       November 24, 2010

/s/Michael B. O'Neal_____
Michael B. O'Neal

4936099