AARON M. SILVER (Michigan Bar No. P65481)
MARCIA BENNETT BOYCE (MB 1974)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: 313-465-7560
Facsimile: (313) 465-7561
asilver@honigman.com

*Attorneys for Rotor Coaters International Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- :

| | |
|---|---|
| In re: | : |
| | : |
| DELPHI CORPORATION, *et al.*, | : |
| | : |
| Debtors. | : |

Chapter 11
Case No. 05-44481 [RDD]

Jointly Administered

-----------------------------------------------------------x

DELPHI AUTOMOTIVE SYSTEMS, LLC, *et al.*,    :

    Plaintiff,    :

-vs-    :

ROTOR COATERS INTERNATIONAL,    :

    Defendant.    :

Adv. Pro. No. 07-02767 [RDD]

-----------------------------------------------------------x

## JOINDER OF ROTOR COATERS INTERNATIONAL TO MOTIONS FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT

Defendant Rotor Coaters International Inc., by and through its counsel, Honigman Miller

Schwartz and Cohn LLP, joins and adopts the motions of ATS Automation Tooling Systems Inc.

(Docket No. 20699), Doshi Prettl International (Docket No. 20701), the Timken Company and

the Timken Corporation (Docket No. 20719) and all other motions (the "Motions") filed by

defendants in avoidance actions filed in the above-captioned bankruptcy proceedings. In the

interest of legal and judicial efficiency, Defendant will not reiterate the arguments which have already been made in the Motions. Instead, Defendant hereby incorporates by reference, as if fully stated herein, the arguments and requests for relief set forth in the Motions, to the extent that they are applicable to Rotor Coaters International Inc.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Rotor Coaters International Inc.

Dated:  November 24, 2010          By:  ____/s/ Aaron M. Silver_____
                                        Aaron M. Silver (Michigan Bar No. P65481)
                                        Marcia Bennett Boyce (MB 1974)
                                        2290 First National Building
                                        660 Woodward Avenue
                                        Detroit, MI  48226
                                        Telephone:  (313) 465-7560
                                        Facsimile:  (313) 465-7561
                                        Email:  asilver@honigman.com