HALL, BOOTH, SMITH & SLOVER, P.C.
Michael J. Jacobs (Admitted *Pro Hac Vice*)
Georgia Bar No. 388288
191 Peachtree Street, Suite 2900
Atlanta, GA 30303
Telephone: (404) 954-5019
Facsimile: (404) 954-5020
E-mail: mjacobs@hbss.net

*Attorney for Defendant Viscom Inc.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :   Chapter 11
DPH HOLDINGS CORP., et al.,                                 :   Case No. 05-44481-RDD
                                                            :   Jointly Administered
                        Debtor.                             :
                                                            :
------------------------------------------------------------x
                                                            :
DELPHI AUTOMOTIVE SYSTEMS, LLC,                             :
                                                            :
                        Plaintiff,                          :
                                                            :
                                                            :   Adversary Proceeding No.
v.                                                          :   07-02555-RDD
                                                            :
VISCOM INC.,                                                :
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the ***Response and Objection of Defendant Viscom Inc. to Motion by Reorganized Debtors to File Amended Complaint*** and the ***Declaration of Carsten Salewski*** to be served upon counsel for the Reorganized Debtors via electronic mail using the CM/ECF system and by depositing a true and correct copy of the same in the United States first

class mail, in a properly addressed envelope with adequate postage affixed thereon, to ensure delivery to:

> Eric Fisher, Esq.
> Butzel Long
> 380 Madison Avenue
> 22nd Floor
> New York, NY 10017
>
> Cynthia J. Haffey, Esq.
> Butzel Long
> 150 W. Jefferson Avenue
> Sutie 100
> Detroit, MI 48226

This 24th day of November, 2010.

HALL, BOOTH, SMITH & SLOVER, P.C.

Michael J. Jacobs (Admitted *Pro Hac Vice*)
Georgia Bar No. 388288
191 Peachtree Street, Suite 2900
Atlanta, GA 30303
Telephone: (404) 954-5019
Facsimile: (404) 954-5020
E-mail: mjacobs@hbss.net

*Attorney for Defendant Viscom Inc.*