05-44481-rdd    Doc 20936    Filed 11/24/10    Entered 11/24/10 16:19:59    Main Document
Pg 1 of 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

DELPHI CORPORATION, *et al.*,

                      Debtors.

Chapter 11

Case No. 05-44481 (RDD)

------------------------------------------------------------------X
DELPHI CORPORATION *et al.*,

                      Plaintiff,

        -against-

WELLS FARGO BUSINESS AND WELLS
FARGO MINNESOTA,

                      Defendants.

Adv. Pro. 07-02597 (RDD)

------------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

JANE T. COOPER, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Nassau County, New York.

On November 24, 2010, I served a true copy of the within **OPPOSITION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND MOTION OF WELLS FARGO BANK, N.A. TO DISMISS THIS ADVERSARY PROCEEDING WITH PREJUDICE** and **NOTICE OF MOTION BY WELLS FARGO BANK, N.A. FOR AN ORDER DISMISSING THIS ADVERSARY PROCEEDING WITH PREJUDICE** by depositing true copies of same, enclosed in sealed envelopes with postage prepaid thereon, into the custody of the United States Postal Service within the State of New York, addressed to the parties or their counsel at their last known address as set forth below:

                Eric B. Fisher
                Butzel Long, P.C.
                380 Madison Avenue, 22nd Floor
                New York, NY 10017

and by electronic mail (e-mail) to the parties listed below at their last known e-mail addresses:

                                                          /s/ Jane T. Cooper
                                                          JANE T. COOPER

Sworn to before me this
24th day of November, 2010

/s/ Sandra L. McGrath
Notary Public

SANDRA L. McGRATH
NOTARY PUBLIC, State of New York
No. 01MC4922857
Qualified in Nassau County
Commission Expires 9/19/14