AARON M. SILVER (Michigan Bar No. P65481)
MARCIA BENNETT BOYCE (MB 1974)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: 313-465-7560
Facsimile: (313) 465-7561
asilver@honigman.com

*Attorneys for Rotor Coaters International Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------:

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 [RDD] |
| Debtors. | Jointly Administered |

------------------------------------------------------------x

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC, *et al.*, | Adv. Pro. No. 07-02767 [RDD] |
| Plaintiff, | |
| -vs- | |
| ROTOR COATERS INTERNATIONAL, | |
| Defendant. | |

------------------------------------------------------------x

**JOINDER OF ROTOR COATERS INTERNATIONAL INC. TO
OBJECTION AND OPPOSITION TO REORGANIZED DEBTORS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Defendant Rotor Coaters International Inc., by its counsel, Honigman Miller Schwartz and Cohn LLP, for its objection to Reorganized Debtors' Motion For Leave To File Amended Complaints (Docket Entry 32 of Adv. Pro. No. 07-02767), in the interest of judicial economy and to avoid unnecessarily duplicating arguments advanced by other preference defendants,

hereby joins in and adopts the objections and opposition to the Reorganized Debtors' motion for leave to file amended complaints filed by other defendants to preference actions, including without limitation, the following objections:

1. Affinia Group Holdings Inc.'s and Brake Parts Inc.'s Brief in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints (Docket No. 20841).

2. MSX International Inc.'s Brief in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints (Docket No. 20857).

3. West Spline Inc.'s Objection in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints (Docket Nos. 20880 and 20887).

In addition to any factual support common to any other objecting preference defendants, which Rotor Coaters International Inc. hereby incorporates by reference, Rotor Coaters International Inc. also relies on the Declaration of Jill Warner In Opposition To Debtor's Motion For Leave To File Amended Complaints filed contemporaneously with this joinder.

WHEREFORE, Rotor Coaters International Inc. requests that this Court deny Reorganized Debtors' Motion for Leave to File Amended Complaints.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Rotor Coaters International Inc.

Dated: November 24, 2010

By: ___/s/ Aaron M. Silver___
Aaron M. Silver (Michigan Bar No. P65481)
Marcia Bennett Boyce (MB 1974)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7560
Facsimile: (313) 465-7561
Email: asilver@honigman.com

2

ACTIVE.8492468.1