## **Exhibit A**

|    | Case No. | Filing Debtor | Address[1] | Tax ID Number |
|----|----------|---------------|-----------|---------------|
| 1. | 05-44589 | Delphi Automotive Systems International, Inc. | 5725 Delphi Drive, Troy, MI 48098 | 38-3280289 |
| 2. | 05-44577 | Delphi China LLC | 5725 Delphi Drive, Troy, MI 48098 | 38-3196159 |
| 3. | 05-47452 | Delphi Furukawa Wiring Systems LLC | 5725 Delphi Drive, Troy, MI 48098 | 20-2478586 |
| 4. | 05-44615 | Delphi LLC | 5725 Delphi Drive, Troy, MI 48098 | 37-1438255 |
| 5. | 05-47474 | MobilAria, Inc. | 800 West El Camino Real, Suite 240, Mountain View, CA 94040 | 31-1695929 |

---

[1] All Debtor addresses are those that appear on the voluntary petitions.