AARON M. SILVER (Michigan Bar No. P65481)
MARCIA BENNETT BOYCE (MB 1974)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI 48226
Telephone: 313-465-7560
Facsimile: (313) 465-7561
asilver@honigman.com

*Attorneys for Rotor Coaters International Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------:
                                                                :
In re:                                                          :    Chapter 11
                                                                :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.*,                                   :
                                                                :    Jointly Administered
    Debtors.                                                    :
---------------------------------------------------------------x
                                                                :
DELPHI AUTOMOTIVE SYSTEMS, LLC, *et al.*,                       :    Adv. Pro. No. 07-02767 [RDD]
                                                                :
    Plaintiff,                                                  :
                                                                :
-vs-                                                            :
                                                                :
ROTOR COATERS INTERNATIONAL,                                    :
                                                                :
    Defendant.                                                  :
                                                                :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies and affirms that on Wednesday, November 24, 2010, he electronically filed Coaters International Inc.'s Joinder to Objection and Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints with the Clerk of the Court using the ECF system, which will serve an electronic copy of same to all ECF participants registered to receive e-notices on this matter.

The undersigned further certifies and affirms that a copy of Rotor Coaters' Joinder was also served by first class mail on November 24, 2010 to the following:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, MI 48098 | Cynthia J. Haffey<br>Butzel Long<br>150 West Jefferson Avenue, Suite 100<br>Detroit, Mi 48226 |
| Eric Fisher<br>Butzel Long<br>380 Madison Avenue, 22nd Fl<br>New York, NY 10017 | Mark A. Broude/Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Michael D. Warner<br>Warner Stevens, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 75102 | Office of the U.S. Trustee<br>Alicia M. Leonhard<br>Trace Hope Davis<br>Brian Masumoto<br>33 Whitehall Street, 21st Street<br>New York, NY 10004 |
| Togut Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Farella Braun & Martel LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Rotor Coaters International Inc.

Dated: November 24, 2010

By:     /s/ Aaron M. Silver
    Aaron M. Silver (Michigan Bar No. P65481)
    Marcia Bennett Boyce (MB 1974)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7560
Facsimile: (313) 465-7561
Email: asilver@honigman.com

2