BARACK FERRAZZANO KIRSCHBAUM &
NAGELBERG LLP
200 W. Madison St., Suite 3900
Chicago, IL 60606
Robert D. Nachman
Telephone:    (312) 629-5175
Facsimile:    (312) 984-3150
*Counsel for MJ Celco, Inc.*

**Hearing Date:**
**February 17, 2011 at 10:00 a.m. (ET)**
**Response Deadline:**
**January 28, 2011 at 4:00 p.m. (ET)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DPH HOLDINGS CORP., *et al.,*<br><br>        Reorganized Debtors. | Chapter 11<br>Case No. 05-44481 [RDD] |
| DELPHI AUTOMOTIVE SYSTEMS, LLC,<br><br>        Plaintiff<br><br>    v.<br><br>MJ CELCO, INC.,<br><br>        Defendant. | Adv. Pro. No. 07-02466 [RDD] |

### CERTIFICATE OF SERVICE

    I, Robert D. Nachman, an attorney, hereby certify that a true and correct copy of the foregoing **Response of MJ Celco, Inc. in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints,** was duly served on all parties receiving electronic notification in this case from the Court's ECF system as well as being served on the following party(ies) in the method as indicated below, on the November 24, 2010.

668846_1.DOC

*Butzel Long*
*Attorneys for Reorganized Debtors*
*Attn. Eric B. Fisher, Esq.*
*380 Madison Avenue, 22nd Floor*
*New York, NY 10017*
*(Via Facsimile to 212.818.0494)*


　　　　　　　　　　　　　　　　　　　　/s/ *Robert E. Nachman*
　　　　　　　　　　　　　　　　　　　　Robert E. Nachman

668846_1.DOC