TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue
New York, New York 10022
Tel:  (212) 754-9400
Fax:  (212) 754-6262
Janice B. Grubin

and

TAFT STETTINUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Tel: (513) 381-2838
Fax: (513) 381-0205
W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)

*Attorneys for Defendant Select Industries, Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In  re: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., *et al.*, | Jointly Administered |
| Debtors, | |
| | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | Adv. Pro. No. 07-02618 (RDD) |
| Plaintiff, | |
| v. | |
| SELECT INDUSTRIES, CORP., | |
| Defendant. | |

STATE OF OHIO          )
                                   ) ss:
COUNTY OF HAMILTON  )

261382 v1
12005719.1

Kathleen M. Grote, being duly sworn, deposes and says

1.    I am over 18 years of age, employed by Taft Stettinius & Hollister LLP, and am not

a party to this action.

2.    On November 24, 2010 I caused a true and correct copy of the foregoing:

- Defendant's Opposition to Plaintiffs Delphi Corporation's Motion for Leave to
File an Amended Complaint; and

- Affidavit of Service

to be served by electronic mail and first class mail upon:

Eric B. Fisher, Esq.
Barry N. Seidel, Esq.
Butzel Long, a professional corporation
*Attorneys for Plaintiffs*
380 Madison Avenue, 22nd Floor
New York, NY 10017

Cynthia J. Haffey, Esq.
Butzel Long, a professional corporation
*Attorneys for Plaintiffs*
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226

DPH Holdings Corp. (f/k/a Delphi Corporation, et al.)
Attn: John Books
5725 Delphi Drive
Troy, MI 48098

Kathleen M. Grote

Sworn to before me this 24th day of November, 2010

Notary Public

ROBERT C. GRIFFIN, JR.
Notary Public, State of Ohio
My Commission Expires
January 13, 2014

12