# EXHIBIT A

## James M. Sullivan

**From:** Sullivan, James M.
**Sent:** Tuesday, October 19, 2010 12:01 PM
**To:** 'fishere@butzel.com'
**Subject:** Delphi Automotive Systems v. Timken, Case No. 07-02688

Eric,

I am in receipt of the motion for leave to file a first amended complaint that you filed against The Timken Corporation and The Timken Company in the above referenced adversary proceeding. Attached to the proposed amended complaint was a schedule of allegedly preferential transfers. Timken does not recognize most of the invoice and purchase order numbers referenced on the chart. Can you please provide us copies of all the purchase orders and invoices referenced in the proposed amended complaint as soon as possible. Also, I noticed that notwithstanding the fact that the proposed amended complaint no longer seeks to avoid allegedly preferential transfers made to Timken Super Precision, Timken France, or Timken, the amount demanded in the proposed amended complaint is higher than the amount demanded in the original complaint. Can you also please provide an explanation. Thank you.

Very truly yours,

James

James M. Sullivan
Partner

Arent Fox LLP | Attorneys at Law
1675 Broadway
New York, NY 10019-5820
212.484.3945  DIRECT | 212.484.3990 FAX
201.741.4235 CELL
sullivan.james@arentfox.com | www.arentfox.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

11/24/2010