# EXHIBIT C

## James M. Sullivan

**From:**    Mathis, Eric M. [mathise@butzel.com]
**Sent:**    Tuesday, October 26, 2010 6:21 PM
**To:**      Sullivan, James M.
**Subject:** Delphi/Timken

Mr. Sullivan

Your email from October 19, 2010 to Eric Fisher was forwarded to me. I read the email and submitted your request to the client for clarification. I will follow-up with you soon, hopefully by next week.

Eric

Eric M. Mathis
Butzel Long, a Professional Corporation
150 West Jefferson Avenue, Suite 100
Detroit, MI 48226
Direct    (313) 225-7041
Fax       (313) 225-7080
mathise@butzel.com
www.butzel.com

To comply with U.S. Treasury Regulations: This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).

Confidentiality Statement:

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com