| | |
|---|---|
| Lisa Piece Reisz (admitted *pro hac vice*)<br>Tiffany Strelow Cobb (admitted *pro hac vice*)<br>Jesse Cook-Dubin (admitted *pro hac vice*)<br>**VORYS, SATER, SEYMOUR AND PEASE LLP**<br>52 E. Gay Street / P.O. Box 1008<br>Columbus, Ohio 43216-1008<br>Telephone:  (614) 464-8322<br>Facsimile:   (614) 719-4663<br>E-mail:  tscobb@vorys.com | **Hearing Date:  2/17/11 at 10:00 am (ET)**<br>**Reply Deadline:  1/28/11** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 05-44481-rdd |
| DPH Holdings Corp., et al. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| Delphi Corporation, et al., | : | Adv. Case No. 07-02291 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Carlisle, et al., | : | |
| | : | |
| Defendants. | : | |

### AFFIDAVIT OF SERVICE OF OBJECTION OF DEFENDANT CARLISLE COMPANIES INCORPORATED TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

State of Ohio         )
                      ) SS
County of Franklin    )

Tiffany Strelow Cobb, after being duly cautioned and sworn, states as follows:

1.     I am not a party to the action, am over 18 years of age and reside in Columbus, Ohio.

2. On the 23rd day of November, 2010, I filed the OBJECTION OF DEFENDANT CARLISLE COMPANIES INCORPORATED TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS (the "Objection") via the Court's ECF system.

3. On the 23rd day of November 2010, I served copies of the Objection by overnight mail upon the parties listed in Paragraph 4 of this Affidavit, as well as upon The Honorable Robert D. Drain, U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.

4. The following parties were served as described above:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Cynthia J. Haffey<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, Michigan 48226 |
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 75102 | Office of the U.S. Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

Sworn to before me this
23rd day of November, 2010

/s/ Torpy Yates
Notary Public

2