Michael Schlanger, Esq.
SCHLANGER & SCHLANGER, LLP
1025 Westchester Avenue, Suite 108
White Plains, New York 10604
Tel.: 914-946-1981
Fax: 914-946-2930
Email: Michael@schlangerlegal.com

Ira Rubin, Esq.
GOLDMAN, RUBIN & SHAPIRO
1340 Woodman Drive
Dayton, Ohio 45432
Tel.: 937-254-4455
Fax: 937-254-9754
Email: irarubin265@aol.com
*Attorneys for Plasco, Inc., sued herein as Plasco and Plasco, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et.al.,* | : | (Jointly Administered) |
| | : | |
| DELPHI CORPORATION, *et.al.,* | : | Adv. Pro. No. 07-02287 (RDD) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PLASCO and PLASCO, INC., | : | |
| Defendants. | : | |

--------------------------------------------------------------- X

I hereby certify that on the 24th day of November, 2010, I caused **Plasco, Inc.'s Brief & Memorandum of Law In Opposition To Reorganized Debtors' Motion For Leave To File The First Amended Complaint** to be electronically filed with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to all ECF participants.

The following parties were also served via United States First Class Mail:

> The Honorable Robert D. Drain
> U.S. Bankruptcy Court
> Southern District of New York
> 300 Quarropas Street
> White Plains. NY 10601

> DPH Holdings Corp. (f/k/a/ Delphi Corporation, et al.)
> Attn: John Brooks
> 5725 Delphi Drive
> Troy, Michigan 48098

Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, NY 10017

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036


Dated:  White Plains, New York
        November 24, 2010

                                      SCHLANGER & SCHLANGER, LLP

By:   /s/ Michael Schlanger, Esq.
      Michael Schlanger, Esq. (MS-1493)
      SCHLANGER & SCHLANGER, LLP
      1025 Westchester Avenue, Suite 108
      White Plains, New York 10604
      Tel.: 914-946-1981
      Fax: 914-946-2930
      Email: Michael@schlangerlegal.com