David H. Stein, Esq. (DS 8514)
Deirdre Woulfe Pacheco, Esq. (DP 6171)
Letitia Accarrino, Esq. (LA 8791)
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
Telephone: (732) 636-8000
    - and -
110 William Street, 26th Floor
New York, New York 10038-3927
Telephone: (212) 267-3091
*Attorneys for A-1 Specialized Services & Supplies, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
IN RE:

DELPHI CORPORATION, *et al.*,

    Debtor.

_____

DELPHI CORPORATION, et al.,

    Plaintiffs,
    -against-

A-1 SPECIALIZED SERVICES,

    Defendant.
-----------------------------------------------------X

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

Adv. Pro. No. 07-02084 (RDD)
Adv. Pro. No.: 07-02096 (RDD)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of November, 2010, true and correct copies of the Response and Objection (Including Joinder of Motion by ATS Automation Tooling Systems Inc.) By A-1 Specialized Services & Supplies, Inc. to Motion By Reorganized Debtors for Leave to File Amended Complaint and the Declaration of Ashok

#3299018 (154642.002)

Kumar, filed in the above matter, were served electronically through the Court's ECF system on all parties requesting electronic service, and by UPS Overnight Mail to the parties indicated below:

>Honorable Robert D. Drain
>c/o Clerk, US Bankruptcy Court
>300 Quarropas Street
>White Plans, NY  10601
>
>United States Trustee
>c/o Clerk, US Bankruptcy Court
>300 Quarropas Street
>White Plans, NY  10601

**WILENTZ GOLDMAN & SPITZER, P.A.**
*Attorneys for A-1 Specialized Services & Supplies, Inc.*

By: */s/ Deirdre Woulfe Pacheco, Esq.*
_____
Deirdre Woulfe Pacheco, Esq.

Dated: November 24, 2010

#3340387 (154642.002)