James M. Sullivan
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
*Attorneys for The Timken Company and*
*The Timken Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP, et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |
| -------------------------------------------------------- x | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | Adv. Pro. No. 07-02688 (RDD) |
| Plaintiff, | |
| -against- | |
| THE TIMKEN COMPANY and THE TIMKEN CORPORATION, | |
| Defendants. | |
| -------------------------------------------------------- X | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

  Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that he caused a copy of the following pleadings:

**(1) Defendants' Objection to Reorganized Debtors' Motion for Leave to File Amended Complaints;**

**(2) Declaration of Michael Hart in Support of Opposition of The Timken Company and The Timken Corporation to Reorganized Debtors' Motion for Leave to File Amended Complaints; and**

849935v1  086000.0100

**(3)     Declaration of James Sullivan in Support of Opposition of The Timken Company and The Timken Corporation to Reorganized Debtors' Motion for Leave to File Amended Complaints**

to be served Via e-mail on the 24th day of November, 2010 and served Via Federal Express on the 29th day of November, 2010 on the following Party at the addresses designated by him for such service.

> **Eric B, Fisher, Esq.**
> **Butzel Long, a Professional Corporation**
> **380 Madison Avenue, 22nd Floor**
> **New York, NY 10017**
> **'fishere@butzel.com'**

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing on November 24, 2010.

/s/ Don K. Kick<br>
Don K. Kick

Sworn to before me on November 29, 2010

/s/ Marie S. Leybag
Notary Public

Marie S. Leybag<br>
Notary Public, State of New York<br>
No. 01LE5060744<br>
Qualified in Queens County<br>
Commission Expires: May 20, 2014

849935v1  086000.0100