James E. DeLine (P45205) (admitted *pro hac vice*)
Patrick Warren Hunt (P69713) (admitted *pro hac vice*)
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226
Telephone: 313-961-0200
jed@krwlaw.com
pwh@krwlaw.com

*Attorneys for Pontiac Coil, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | CHAPTER 11 |
| DELPHI CORPORATION, et al, | Case No: 05-44481 [RDD] (Jointly Administered) |
| Debtors. | Honorable Robert D. Drain |
| DELPHI CORPORATION, et al, | |
| Plaintiffs, | Adv. Pro. No. 07-02385 [RDD] |
| v. | |
| PONTIAC COIL INC., | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2010, I caused **PONTIAC COIL INC'S RESPONSE TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** to be electronically filed with the Clerk of this Court using the CM/ECF system, which sent notification of such filing to all ECF participants.

{34458/1/DT545922.DOCX;1}

The following parties were also served via United States First Class Mail on November 29, 2010:

The Honorable Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue, 22nd Floor
New York, NY 10017

        Respectfully submitted,

        **KERR RUSSELL AND WEBER, PLC**

        By: /s/ Patrick Warren Hunt
            P. Warren Hunt (P69713) (admitted *pro hac vice*)
            James E. DeLine (P45205) (admitted *pro hac vice*)
        500 Woodward Avenue, Suite 2500
        Detroit, MI 48226
        (313) 961-0200 – telephone
        (313) 961-0388 – facsimile
        pwh@krwlaw.com
        jed@krwlaw.com

Dated: November 29, 2010        Attorneys for Defendant Pontiac Coil