Michael L. Schein (MS-0241)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York  10019
Telephone:  (212) 407-7700
Facsimile:  (212) 407-7799

*Attorneys for The Intec Group, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, <u>et al.</u>,<br><br>　　　　　　Debtors. | Chapter 11<br>Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, <u>et al.</u>,<br><br>　　　　　　Plaintiffs,<br><br>Against<br><br>INTEC GROUP,<br><br>　　　　　　Defendant. | Adv. Pro. No. 07-02525 (RDD) |

**CERTIFICATE OF SERVICE**

I, Michael L. Schein, an attorney, certify that a true and correct copy of the *Opposition of Defendant The Intec Group, Inc. to Reorganized Debtors' Motion for Leave to File Amended Complaints* was filed with the Clerk of the U.S. Bankruptcy Court, Southern District of New York, using the CM/ECF filing system, which caused a copy to be electronically mailed to all CM/ECF participants registered to receive electronic notices in the above captioned case; and served to the following parties on the attached Service List on this 24th day of November, 2010.

| | |
|---|---|
| Dated:  November 24, 2010<br>　　　　New York, New York | VEDDER PRICE P.C.<br><br>By: */s/ Michael L. Schein*<br>　　Michael L. Schein (MS-0241)<br>　　1633 Broadway, 47th Floor<br>　　New York, New York  10019<br>　　Tel. No.  (212) 407-7700<br>　　Fax No.  (212) 407-7799<br>　　Email:  mschein@vedderprice.com<br><br>　　- and –<br><br>　　Stephanie K. Hor-Chen (SH-3374)<br>　　222 North LaSalle Street, Suite 2600<br>　　Chicago, IL  60601-1003<br>　　Tel. No.  (312) 609-7500<br>　　Fax No.  (312) 609-5005<br>　　Email:  schen@vedderprice.com |

## SERVICE LIST

| | |
|---|---|
| Chambers of the Honorable Robert D. Drain<br>United States Bankruptcy Judge<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4140<br>VIA FEDERAL EXPRESS | Butzel Long, a professional corporation<br>380 Madison Avenue<br>22nd Floor<br>New York, New York 10017<br>Attn: Eric B. Fisher, Esq.<br>VIA MESSENGER |

CHICAGO/#2140652.2