REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich (LR-9337)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re                                                                                   Chapter 11

DELPHI CORPORATION, *et al.*,
                                                                                          Case No. 05-44481-RDD

                              Debtors.
------------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

                          Plaintiffs,                         Adv. Pro. No. 07-02188-RDD
     -against-

CRITECH RESEARCH, INC.,

                        Defendant.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Samara Neal, being at all times over 18 years of age, hereby certify that on November 24, 2010 a true and correct copy of Critech Research Inc.'s Corrected Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints (document no. 20894 and adversary proceeding document number 38), was served electronically through the Court's ECF system on all parties requesting electronic service, and by hand delivery to:

                    Honorable Robert D. Drain
                    c/o Clerk's Office of the
                    U.S. Bankruptcy Court
                    300 Quarropas Street
                    White Plains, NY 10601

I, Samara Neal, being at all times over 18 years of age, hereby certify that on November 24, 2010 a true and correct copy of Critech Research Inc.'s Corrected Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints (document no. 20894 and adversary proceeding document number 38), was served via electronic mail to:

> Butzel Long
> Attn: Eric Fisher, Esq.
> 380 Madison Avenue, 22nd Floor
> New York, NY 10017
> Email: fishere@butzel.com

Dated: White Plains, New York
November 24, 2010

_____
Samara Neal