IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
In Re:

DELPHI CORPORATION, et al.,                    Case No. 05-44481 (RDD)

                                                                         (Jointly Administered)
                                  Debtors.
----------------------------------------------------------X    Chapter 11
DELPHI CORPORATION, et al.,

                                  Plaintiff,          Adv. Pro. No. 07-02182 (RDD)

        - against –

                                                                    **AFFIRMATION OF SERVICE**
BARNES & ASSOCIATES,

                                  Defendant.
----------------------------------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the Defendant in the instant case.

2. That on the 24th day of November, 2010, your affiant served a copy of the within Defendant's *Objection of Defendant to Reorganized Debtor's Motion for Leave to File Amended Complaint and Joinder of Barnes & Associates to all Other Motions Filed by Defendants in Avoidance Actions in the Above-Captioned Bankruptcy Proceeding* by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

Office of the U.S. Trustee  
33 Whitehall St., Fl. 21  
New York, NY 10004  

Eric B. Fisher, Esq.  
Butzel Long  
380 Madison Ave., Fl. 22  
New York, NY 10017  

Neil Berger, Esq.  
Togut Segal & Segal LLP  
One Penn Plaza, Ste. 3335  
New York, NY 10119  

Latham & Watkins  
Attn: Mark A. Broude/Robert J. Rosenberg  
885 Third Ave.  
New York, NY 10022  

Dated: New York, New York  
       November 24, 2010

                                                              /s/Dan Shaked_____  
                                                              DAN SHAKED