Douglas J. Buncher
Texas Bar No. 03342700
dbuncher@neliganlaw.com
David Ellerbe
State Bar No. 06530600
dellerbe@neliganlaw.com
NELIGAN FOLEY LLP
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
(214) 840-5300
(214) 840-5301 (fax)

Counsel for Defendant RSR Corporation

Response Deadline:  February 3, 2011 at 4:00 p.m. ET
Hearing Date:  February 17, 2011 at 10:00 a.m. ET

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | **Case No. 05-44481 [RDD]** |
| **DELPHI CORPORATION, et al.,** | : | **Jointly Administered** |
| Debtors | | |

------------------------------------------------------x
| | | |
|---|---|---|
| | : | |
| **DELPHI AUTOMOTIVE SYSTEMS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Adv. Pro. No. 07-02768 [RDD]** |
| | : | |
| **RSR CORPORATION** | : | |
| Defendant | : | |

------------------------------------------------------x

**JOINDER OF RSR CORPORATION IN MOTIONS AND BRIEFS OF DEFENDANTS
FOR RELIEF FROM FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

Defendant RSR Corporation hereby joins, adopts and incorporates herein the arguments and relief requested in the Motions and Briefs of Defendants for Relief From Fourth Order Extending Time to Serve Complaint (D.I. 20699, 20710 and 20719), dated October 22, 2010.

2

Dated: November 30, 2010                Respectfully Submitted,

*/s/ Douglas J. Buncher*
Douglas J. Buncher
Texas Bar No. 03342700
dbuncher@neliganlaw.com
David Ellerbe
Texas Bar No. 06530600
dellerbe@neliganlaw.com

NELIGAN FOLEY LLP
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
214-840-5300
214-840-5301 (fax)

COUNSEL FOR DEFENDANT
RSR CORPORATION