| | |
|---|---|
| Douglas J. Buncher<br>Texas Bar No. 03342700<br>dbuncher@neliganlaw.com<br>David Ellerbe<br>State Bar No. 06530600<br>dellerbe@neliganlaw.com<br>NELIGAN FOLEY LLP<br>325 N. St. Paul, Suite 3600<br>Dallas, Texas 75201<br>(214) 840-5300<br>(214) 840-5301 (fax) | Response Deadline:  February 3, 2011 at 4:00 p.m. ET<br>Hearing Date:  February 17, 2011 at 10:00 a.m. ET |

Counsel for Defendant Eco-Bat America, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
In re:                                            :      Chapter 11
                                                  :      Case No. 05-44481 [RDD]
DPH HOLDINGS CORP., et al.,                       :      Jointly Administered
                                                  :
      Reorganized Debtors                         :
-------------------------------------------------------x
                                                  :
DELPHI AUTOMOTIVE SYSTEMS,                        :
                                                  :
      Plaintiff,                                  :
                                                  :
v.                                                :      Adv. Pro. No. 07-02256 [RDD]
                                                  :
ECO-BAT AMERICA, LLC,                             :
                                                  :
      Defendant.                                  :
-------------------------------------------------------x
```

**JOINDER OF ECO-BAT AMERICA, LLC IN MOTIONS**
**AND BRIEFS OF DEFENDANTS FOR RELIEF FROM**
**FOURTH ORDER EXTENDING TIME TO SERVE COMPLAINT**

Defendant Eco-Bat America, LLC hereby joins, adopts and incorporates herein the arguments and relief requested in the Motions and Briefs of Defendants for Relief From Fourth Order Extending Time to Serve Complaint (D.I. 20699, 20710 and 20719), dated October 22, 2010.

Dated: November 30, 2010              Respectfully Submitted,

*/s/ Douglas J. Buncher*
Douglas J. Buncher
Texas Bar No. 03342700
dbuncher@neliganlaw.com
David Ellerbe
Texas Bar No. 06530600
dellerbe@neliganlaw.com

NELIGAN FOLEY LLP
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
214-840-5300
214-840-5301 (fax)

COUNSEL FOR DEFENDANT
ECO-BAT AMERICA, LLC