KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Patrick J. Orr
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

  - and -

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Mark L. Durbin
Mary E. Olson
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

Attorneys for Wiegel Tool Works, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| DPH Holdings Corp., et al., | Chapter 11 |
|---|---|
| | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF ADJOURNMENT OF HEARING

     **PLEASE TAKE NOTICE**, that the hearing on the Motion of Wiegel Tool Works, Inc. for an Order Providing Relief from the Plan Modification Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 (the "Motion"), previously scheduled for December 16, 2010, at 10:00 a.m., has been adjourned to January 20, 2011, at 10:00 a.m. (ET) (the "Hearing Date") or as soon thereafter as counsel may be heard (the "Hearing").

     **PLEASE TAKE FURTHER NOTICE** that objections to the relief requested in the Motion**,** if any, must be in writing, shall be filed with the Court, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court and the Case Management Order entered in these cases, and shall be served upon (i) Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York 10017-6314, Attn: Patrick J. Orr, Esq.,

and Joseph C. Corneau, Esq. and (ii) Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker Drive, Suite 3000, Chicago, Illinois 60606; Attn: Jonathan W. Young, Mark L. Durbin, and Mary E. Olson, so as to be received not later than 4:00 p.m. (ET) on January 13, 2011.

Dated: New York, New York
December 1, 2010

        KLESTADT & WINTERS, LLP

        By: /s/Patrick J. Orr
            Tracy L. Klestadt
            Patrick J. Orr
            Joseph C. Corneau
        292 Madison Avenue, 17th Floor
        New York, New York 10018
        (212) 972-3000

        - and -

        WILDMAN, HARROLD, ALLEN & DIXON LLP
        Jonathan W. Young
        Mark L. Durbin
        Mary E. Olson
        225 West Wacker Drive, Suite 3000
        Chicago, Illinois 60606
        (312) 201-2000

        Attorneys for Wiegel Tool Works, Inc.