CARSON FISCHER, P.L.C.
Counsel for Acord Holdings, LLC
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI 48302
(248) 644-4840
Patrick J. Kukla (admitted *pro hac vice*)
pkukla@carsonfischer.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
In re:                                                :  Chapter 11
                                                      :  Case No.: 05-44481(RDD)
DPH HOLDINGS CORP, *et al*.,                          :  (Jointly Administered)
                                                      :
           Debtors                                    :
------------------------------------------------------x
                                                      :
DELPHI CORPORATITON, et al.                           :
                                                      :
           Plaintiffs,                                :  Adv. Pro. No. 07-02147-RDD
                                                      :
vs.                                                   :
                                                      :
ACORD INC.                                            :
                                                      :
           Defendant.                                 :
------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned certifies that the papers were served as follows:

1.   Papers Served:        *Affidavit of Donald Tinsley in Support of Acord Holdings,
                           LLC's Brief in Opposition to Reorganized Debtors' Motion
                           For Leave to File Amended Complaint*

2.   Served Upon:          Eric Fischer, Esq.
                           Butzel Long
                           380 Madison Avenue, 22nd Floor
                           New York, New York 10017
                                *Via:*   ECF on November 30, 2010
                                         and Federal Express on December 1, 2010

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226
*Via: ECF on November 30, 2010*

Chambers of the Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas St.
White Plains, NY  10601-4140
*Via:    ECF on November 30, 2010*
*         and Federal Express on December 1, 2010*


  */s/ Patrick J. Kukla*
Patrick J. Kukla