**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ X
                                                             :
In re:                                                       :  Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :  Case No. 05-44481 (RDD)
                                                             :  Jointly Administered
------------------------------------------------------------ X
DELPHI CORPORATION, et al.,                                  :
                                                             :  Adv. Pro. No. 07-02556 (RDD)
Plaintiffs,                                                  :
                                                             :
-against-                                                    :
                                                             :
VISHAY AMERICAS, INC.,                                       :
                                                             :
Defendant.                                                   :
------------------------------------------------------------ X
```

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

I, Rebecca Blake Chaikin, being duly sworn say:

1. I am not a party to this action, am over 18 years of age, and am employed by Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036.

2. On November 24, 2010, I caused a true copy of the **Objection of Vishay Americas, Inc. to Reorganized Debtors' Motion for Leave to File Amended Complaints**, dated November 24, 2010, in the above-captioned adversary proceeding to be served by federal express upon the address set forth in the attached service list.

 /s/ Rebecca Chaikin
Rebecca Blake Chaikin

Sworn to before me this
29th day of November, 2010

 /s/ Michael Makinde           Michael Makinde
Michael Makinde                Notary Public, State of New York
Notary Public                  No. 1MA6192562
                               Qualified in New York County
                               Commission Expires September 2, 2012

## SERVICE LIST

**Via Federal Express:**

Eric B. Fisher
Barry N. Seidel
Butzel Long
380 Madison Avenue
22nd Floor
New York, NY 10017