BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2010, a true and correct copy of the foregoing Notice

Of Claims Objection Hearing With Respect to Reorganized Debtors' Objection to Proof Of Claim

No. 12140 (Kautex) and a copy of the Claims Objection Procedures Order was served by Fax to the

following persons at the following addresses:

John R. Trentacosta, Esq.
Foley & Lardner LLP
One Detroit Center
500 Woodward Avenue, Ste. 2700
Detroit, MI 48226
Fax: 313.234.2800
*Attorneys for Kautex*

Dated: Detroit, Michigan                    /s/ Alexis L. Richards
      December 14, 2010                    Alexis L. Richards