**Hearing Date: December 16, 2010**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
  In re                                                  :    Chapter 11
                                                         :
DPH HOLDINGS CORP., et al.,                              :    Case No. 05-44481 (RDD)
                                                         :
                     Reorganized Debtors.  :    (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED SIXTY-SECOND OMNIBUS HEARING AGENDA

Location Of Hearing:          United States Bankruptcy Court for the Southern District of New
                              York, 300 Quarropas Street, Room 118, White Plains, New York
                              10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixty-Second Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (5 Matters)

    D.    Contested Matters (None)

    E.    Adversary Proceedings (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters∗**

    1.    **"Wiegel Tool Works, Inc. Motion For Relief"** - Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20484)

        *Responses filed:*    *None.*

        *Replies filed:*    *None.*

        *Related filings:*    *Notice Of Motion By Wiegel Tool Works, Inc. For Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60(B) And Fed R. Bankr. P. 9024 (Docket No. 20483)*

                *Notice Of Adjournment Of Hearing (Docket No. 20543)*

                *Notice Of Adjournment Of Hearing On Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20665)*

                *Notice Of Adjournment Of Hearing On Motion (Docket No. 20770)*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

*Notice Of Adjournment Of Hearing On Motion (Docket No. 20966)*

Status:                    *This matter has been adjourned to the hearing scheduled for January 20, 2011 pursuant to the Notice Of Adjournment Of Hearing On Motion (Docket No. 20966)*

2.    **"VEBA Committee Motion for Order"** - Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20462)

Responses filed:          *Reorganized Debtors' Objection To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20525)*

                           *Opposition By Official Committee Of Eligible Salaried Retirees To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court And (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20529)*

                           *Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20605)*

Replies filed:            *Reply In Support Of Final Report And Request For Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20620)*

3

*Related filings:*     *Notice Of Hearing On Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20463)*

*Notice of Adjourned Hearing (Docket No. 20501)*

*Notice Of Hearing Regarding Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20526)*

*Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20527)*

*Notice Of Adjourned Hearing (Docket No. 20550)*

*Objection Of William P. Gifford (Docket No. 20563)*

*Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20617)*

*Declaration Of Dean M. Gloster In Support Of Reply In Support Of Final Report And Request For Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20622)*

*A Letter In Response To The "Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Reprort [sic] Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d)" (Docket No. 20627)*

*Affidavit Of Patricia L. Beaty, Esq., In Further Support Of The Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Report Of The*

4

*Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20629)*

*Exhibits A To J To Affidavit In Support Of Limited Objection To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. 1114(d) (Docket No. 20630)*

*Objection Of James R. Frost (Undocketed)*

*Objection Of John C. Norris (Undocketed)*

*Objection Of Richard A. Davis (Undocketed)*

*Objection Of Delphi Salaried Retirees Association Board Of Directors (Undocketed)*

*Objection Of Paul J. Dobosz (Undocketed)*

*Supplemental Response By Official Committee Of Eligible Salaried Retirees To Limited Objection By VEBA Committee (Docket No. 20681)*

*Declaration Of Dean Gloster In Support Of Supplemental Response To Limited Objection By VEBA Committee (Docket No. 20682)*

*Letter by Timothy T. Brock on Behalf of VEBA Committee Regarding Status Update (Docket No. 20797)*

Status:          *This matter is pending the execution of a stipulation and a notice of presentment regarding the same, which will be subject to an objection period. If no timely objection is made, then the stipulation would be presented without need for hearing. If a timely objection is cast, then the parties would proceed with their Motion as a contested matter at the January omnibus hearing. Following the resolution of the stipulation, the VEBA Committee would present a proposed order disbanding the Official Committee Of Eligible Salaried Retirees.*

**C.      Uncontested, Agreed, Withdrawn, Or Settled Matters**

3.      **"Furukawa Administrative Expense Claim"** – Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late

Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 18706)

| | |
|---|---|
| *Responses filed:* | *Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873)* |
| | *Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or Requests For Payment Of Administrative Expense (Docket No. 19976)* |
| *Replies filed:* | *Response Of Furukawa Electric Company, Ltd. To The Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20037)* |
| *Related filings:* | *Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim, Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(B) (Docket No. 19783)* |
| | *Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) [Docket No. 19783] (Docket No. 19992)* |
| | *Notice Of Rescheduled Hearing On Supplement To Motion Of Furukawa Electric Company, Ltd. For Allowance Of An Administrative Expense Claim Pursuant To 11 U.S.C. Section 503(b)(1)(A) And, In The Alternative, For Leave To File A* |

6

*Later Administrative Expense Claim Pursuant To Bankruptcy
Rule 9006(B) (Docket No. 20245)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of
Furukawa Electric Company, Ltd. For Allowance Of An
Administrative Expense Claim Pursuant To 11 U.S.C. §
503(b)(1)(A) And, In The Alternative, For Leave To File A
Late Administrative Expense Claim Pursuant To Bankruptcy
Rule 9006(b) [Docket No. 19783] (Notice No. 20411)*

*Notice Of Adjournment Of Hearing On Reorganized Debtors'
Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. §
503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge
Certain Motions Or Requests For Payment Of Administrative
Expense, Solely As To Docket Numbers 18706 And 19783
Relating To Surviving Claim Number 19505 Asserted By
Furukawa Electric Company, Ltd.  (Docket No. 20413)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of
Furukawa Electric Company, Ltd. For Allowance Of An
Administrative Expense Claim Pursuant To 11 U.S.C. §
503(b)(1)(A) And, In The Alternative, For Leave To File A
Late Administrative Expense Claim Pursuant To Bankruptcy
Rule 9006(B) [Docket No 19783] (Docket No. 20491)*

*Notice Of Adjournment Of Hearing On Reorganized Debtors'
Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. §
503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge
Certain Motions Or Requests For Payment Of Administrative
Expense, Solely As To Docket Numbers 18706 And 19783
Relating To Surviving Claim Number 19505 Asserted By
Furukawa Electric Company, Ltd (Docket No. 20492)*

*Notice Of Rescheduled Hearing On Supplement To Motion Of
Furukawa Electric Company, Ltd. For Allowance Of An
Administrative Expense Claim Pursuant To 11 U.S.C. §
503(b)(1)(A) And, In The Alternative, For Leave To File A
Late Administrative Expense Claim Pursuant To Bankruptcy
Rule 9006(B) [Docket No 19783] (Docket No. 20650)*

*Notice Of Withdrawal Of Furukawa Electric Company, Ltd.
And American Furukawa Inc. Of Various Claims And
Objections [Docket Nos. 18256, 18472, 18706, 19783 &
20037] (Docket No. 20768)*

*Notice Of Withdrawal Of Reorganized Debtors'
Thirty-Seventh, Forty-Seventh And Forty-Eighth Omnibus*

7

*Objections, Solely As To Docket Numbers 18706 And 19783*
*Relating To Surviving Claim Number 19505 Asserted By*
*Furukawa Electric Company, Ltd. (Docket No. 20775)*

*Status:*          *This matter has been resolved pursuant to a mutual*
                   *withdrawal by the parties.*

4.    **"Reorganized Debtors' Forty-Eighth Omnibus Claims Objection With Respect**
      **To Docket Nos. 18706 and 19783 (Furukawa Electric Company, Ltd.)"** -
      Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. §
      503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge (A) Certain Books
      And Records Claims And (B) Certain Duplicate Claims Asserted In Motions Or
      Requests For Payment Of Administrative Expense (Docket No. 19976)

      *Responses filed:*      *None.*

      *Replies filed:*        *Reorganized Debtors' Omnibus Reply In Support Of*
                              *Reorganized Debtors' Forty-Eighth Omnibus Objection*
                              *Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007*
                              *To Disallow And Expunge (A) Certain Books And Records*
                              *Claims And (B) Certain Duplicate Claims Asserted In*
                              *Motions Or Requests For Payment Of Administrative Expense*
                              *(Docket No. 20278)*

      *Related filings:*      *Motion Of Furukawa Electric Company, Ltd. For Allowance*
                              *Of An Administrative Expense Claim Pursuant To 11 U.S.C. §*
                              *503(b)(1)(A) And, In The Alternative, For Leave To File A*
                              *Late Administrative Expense Claim Pursuant To Bankruptcy*
                              *Rule 9006(b) (Docket No. 18706)*

                              *Supplement To Motion Of Furukawa Electric Company, Ltd.*
                              *For Allowance Of An Administrative Expense Claim,*
                              *Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative,*
                              *For Leave To File A Late Administrative Expense Claim*
                              *Pursuant To Bankruptcy Rule 9006(b) (Docket No. 19783)*

                              *Notice Of Adjournment Of Hearing On Reorganized Debtors'*
                              *Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. §*
                              *503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge*
                              *Certain Motions Or Requests For Payment Of Administrative*
                              *Expense, Solely As To Docket Numbers 18706 And 19783*
                              *Relating To Surviving Claim Number 19505 Asserted By*
                              *Furukawa Electric Company, Ltd. (Docket No. 20249)*

                              *Notice Of Adjournment Of Hearing On Reorganized Debtors'*
                              *Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. §*
                              *503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge*

*Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20413)*

*Notice Of Adjournment Of Hearing On Reorganized Debtors' Forty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Disallow And Expunge Certain Motions Or Requests For Payment Of Administrative Expense, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20652)*

*Notice Of Withdrawal Of Furukawa Electric Company, Ltd. And American Furukawa Inc. Of Various Claims And Objections [Docket Nos. 18256, 18472, 18706, 19783 & 20037] (Docket No. 20768)*

*Notice Of Withdrawal Of Reorganized Debtors' Thirty-Seventh, Forty-Seventh And Forty-Eighth Omnibus Objections, Solely As To Docket Numbers 18706 And 19783 Relating To Surviving Claim Number 19505 Asserted By Furukawa Electric Company, Ltd. (Docket No. 20775)*

*Status:*        *This matter has been resolved pursuant to a mutual withdrawal by the parties.*

5.    **"Reorganized Debtor's Indenture Trustee Plan Injunction Motion"** - Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1995 Bonds Issued By The Michigan Strategic Fund ("Indenture Trustee Plan Injunction Motion") (Docket No. 20772)

*Responses filed:*        *None.*

*Replies filed:*        *None.*

*Related filings:*        *Joint Stipulation And Agreed Order Resolving Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1995 Bonds Issued By The Michigan Strategic Fund (Docket No. 20772) (Docket No. 20992)*

*Status:*        *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Resolving Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture*

9

*Trustee With Respect To Certain 1995 Bonds Issued By The Michigan Strategic Fund (Docket No. 20772) (Docket No. 20992).*

6.    **"Reorganized Debtor's Second Indenture Trustee Plan Injunction Motion"** - Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1994 Bonds Issued By The County Of Trumbull, Ohio ("Second Indenture Trustee Plan Injunction Motion") (Docket No. 20795)

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Replies filed:* | *None.* |
| *Related filings:* | *Joinder Of Delphi Automotive LLP Regarding Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1994 Bonds Issued By The County Of Trumbull, Ohio (Docket No. 20835)* |
| | *Joint Stipulation And Agreed Order Resolving Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1994 Bonds Issued By The County Of Trumbull, Ohio (Docket No. 20795) (Docket No. 20993)* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Resolving Reorganized Debtors' Motion For Order Enforcing Modified Plan And Plan Modification Order Injunctions Against Indenture Trustee With Respect To Certain 1994 Bonds Issued By The County Of Trumbull, Ohio (Docket No. 20795) (Docket No. 20993).* |

7.    **"Second Case Closing Motion"** Motion Of DPH Holdings Corp. For Final Decree And Order Pursuant To 11 U.S.C. § 350(a) And Fed. R. Bankr. P. 3022 And Local R. Bankr. P. 3022-1 Closing Chapter 11 Cases Of Five Filing Debtors (Docket No. 20938))

| | |
|---|---|
| *Responses filed:* | *None.* |
| *Replies filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

10

**D.**    **Contested Matters**

*None.*

**F.**    **Adversary Proceedings**

*None.*

Dated: New York, New York
December 15, 2010

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By:/s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors