**Hearing Date: December 16, 2010**
                                      **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                 :
  In re                                          :      Chapter 11
                                                 :
DPH HOLDINGS CORP., et al.,          :      Case No. 05-44481 (RDD)
                                                 :
               Reorganized Debtors.    :      (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FORTIETH CLAIMS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                         300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Fortieth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (4 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (5 Matters)

    D.    Contested Matters (2 Matters)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **"Claim Objection Hearing Regarding Claim Filed On Behalf Of Joe N. Swan"** - Claim Objection Hearing Regarding Claim filed by the Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association on behalf of Joe N. Swan as Objected to on the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

        *Responses filed:*    *Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19571 (Joe N. Swan) (Docket No. 19849)*

                      *Supplemental Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19571 (Joe N. Swan) (Docket No. 20830)*

        *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C)*

|  |  |
|---|---|
|  | *Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
|  | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim No. 19571 (Joe N. Swan) (Docket No. 20809)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19571 (Joe N. Swan) (Docket No. 20666)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19571 (Joe N. Swan) (Docket No. 20679)* |
|  | *Proof Of Administrative Expense Claim No. 19571* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19571 Filed By Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association On Behalf Of Joe N. Swan (Docket No. 20973)* |
| *Status:* | *The hearing with respect to this matter has been adjourned pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19571 Filed By Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association On Behalf Of Joe N. Swan (Docket No. 20973)* |

2. **"Claims Objection Hearing Regarding Claim Filed On Behalf Of Emma C. Kyles"** - Claims Objection Hearing Regarding Claim filed by the Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association on behalf of Emma C. Kyles as Objected to on the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records

3

Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

| | |
|---|---|
| *Responses filed:* | *Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19570 (Emma C. Kyles) (Docket No. 19848)* |
| | *Supplemental Response of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19570 (Emma C. Kyles) (Docket No. 20828)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim No. 19570 (Emma C. Kyles) (Docket No. 20810)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19570 (Emma C. Kyles) (Docket No. 20669)* |

4

        *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19570 (Emma C. Kyles) (Docket No. 20678)*

        *Proof Of Administrative Expense Claim No. 19570*

        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19570 Filed By Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association On Behalf Of Emma C. Kyles (Docket No. 20972)*

*Status:*    *The hearing with respect to this matter has been adjourned without date pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19570 Filed By Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association On Behalf Of Emma C. Kyles (Docket No. 20972).*

3.    **"Claims Objection Hearing Regarding Claim Filed On Behalf Of Cathy L. Anderson"** - Claims Objection Hearing Regarding Claim filed by the Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association on behalf of Cathy L. Anderson as Objected to on the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

*Responses filed:*    *Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19567 (Cathy L. Anderson) (Docket No. 19846)*

        *Supplemental Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19567 (Cathy L. Anderson) (Docket No. 20829)*

| | |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim No. 19567 (Cathy L. Anderson) (Docket No. 20812)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19567 (Cathy L. Anderson) (Docket No. 20668)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19567 (Cathy L. Anderson) (Docket No. 20747)* |
| | *Proof Of Administrative Expense Claim No. 19567* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19567 Filed By Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association On Behalf Of Cathy L. Anderson (Docket No. 20974)* |
| *Status:* | *The hearing with respect to this matter will be proceeding has been adjourned pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19567 Filed By Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association On Behalf Of Cathy L. Anderson (Docket No. 20974).* |

4.  **"Claim Objection Hearing Regarding Claim Filed On Behalf Of Kendrick D. Holmes"** - Claims Objection Hearing Regarding Claim filed by the Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association on behalf of Kendrick D. Holmes as Objected to on the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

| | |
|---|---|
| *Responses filed:* | *Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19566 (Kendrick D. Holmes) (Docket No. 19845)* |
| | *Supplemental Response Of Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association To The Reorganized Debtor's Forty-Sixth Omnibus Claims Objection Claim No. 19566 (Kendrick D. Holmes) (Docket No. 20827)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim No. 19566 (Kendrick D. Holmes) (Docket No. 20811)* |

| | |
|---|---|
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19566 (Kendrick D. Holmes) (Docket No. 20667)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19566 (Kendrick D. Holmes) (Docket No. 20677)* |
| | *Proof Of Administrative Expense Claim No. 19566* |
| | *Notice of Adjournment of Claims Objection Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 19566 Filed by Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association on Behalf of Kendrick D. Holmes (Docket No. 20975)* |
| *Status:* | *The hearing with respect to this matter has been adjourned without date pursuant to the Notice of Adjournment of Claims Objection Hearing with Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 19566 Filed by Mississippi Workers' Compensation Individual Self-Insurer Guaranty Association on Behalf of Kendrick D. Holmes (Docket No. 20975).* |

C.     **Uncontested, Agreed, Or Settled Matters**

5.     **"Sufficiency Hearing Regarding Claim Of Brazeway, Inc."** - Sufficiency Hearing Regarding Claim Number 19063 of Brazeway, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | None. |
| *Replies filed:* | None. |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19063, 19134, 19135, 19136 And 20017 (Docket No. 20807)* |

8

*Proof Of Administrative Expense Claim No. 19063*

*Joint Stipulation And Agreed Order Between Reorganized Debtors And Brazeway, Inc. Disallowing And Expunging Proof Of Administrative Expense Claim Number 19063 (Docket No. 20969)*

*Status:*     *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Brazeway, Inc. Disallowing And Expunging Proof Of Administrative Expense Claim Number 19063 (Docket No. 20969).*

6. **"Sufficiency Hearing Regarding Claims Of Inteva Products, LLC"** - Sufficiency Hearing Regarding Claim Numbers 19134, 19135 and 19136 of Inteva Products, LLC as Objected to on the Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873)

   *Responses filed:*     None.

   *Replies filed:*     None.

   *Related filings:*     *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19063, 19134, 19135, 19136 And 20017 (Docket No. 20807)*

   *Proofs Of Administrative Expense Claim Nos. 19134, 19135 and 19136*

   *Joint Stipulation And Agreed Order Between Reorganized Debtors And Inteva Products, LLC Withdrawing Proofs Of Administrative Expense Claim Numbers 19134, 19135 And 19136 (Inteva Products, LLC) (Docket No. 20976)*

   *Status:*     *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Inteva Products, LLC Withdrawing Proofs Of Administrative Expense Claim Numbers 19134, 19135 And 19136 (Inteva Products, LLC) (Docket No. 20976).*

7. **"Claim Objection Hearing Regarding Claims Of Heraeus Entities"** - Claims Objection Hearing Regarding Claims of Heraeus Entities as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed.

R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452)

| | |
|---|---|
| *Responses filed:* | *Heraeus' Response To The Debtors' Second Omnibus Objection To Claims And Third Omnibus Objection To Claims (Docket No. 5652)* |
| | *Heraeus' Response To Reorganized Debtors' Supplemental Reply With Respect To Proof Of Claim Numbers 10123 And 10393 (Docket No. 20660)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5944)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20554)* |
| | *Reorganized Debtors' Second Supplemental Reply With Respect To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20802)* |
| *Related filings:* | *Notice Of Transfer Of Claim Other Than For Security (Docket No. 7901)* |
| | *Notice Of Transfer Of Claim Other Than For Security (Docket No. 7986)* |
| | *Amended Notice Of Transfer Of Claim Other Than For Security (Docket No. 10816)* |
| | *Notice Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20232)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 10123 And 10393 (Heraeus Entities) (Docket No. 20246)* |

|  |  |
|---|---|
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20268)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20600)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 10123 And 10393 Filed By The Heraeus Entities (Docket No. 20671)* |
|  | *Proofs of Claim Nos. 10123 and 10393* |
| *Status:* | This matter has been settled in principle and the parties will agree to the proposed form of order that will be submitted. |

8. **"Claim Objection Hearing Regarding Claim Of Continental Automotive Guadalajara Mexico, S.A. de C.V."** - Claim Objection Hearing Regarding Claim of Continental Automotive Guadalajara Mexico, S.A. de C.V. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| *Responses filed:* | *Response Of Continental AG And Affiliates To Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19539)* |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow* |

|  |  |
|---|---|
|  | *Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim No. 19772 (Continental Automotive Guadalajara Mexico, S.A. de C.V.) (Docket No. 20784)* |
|  | *Proof Of Administrative Expense Claim No. 19772* |
|  | *Stipulation And Consent Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19093, 19158, 19159, 19160, 19161, 19772, 19773, 19774, 19777, 19778, 19779 And 19780 Filed By Continental AG And Affiliates (Docket No. 20994)* |
| *Status:* | *This matter has been resolved pursuant to the Stipulation And Consent Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19093, 19158, 19159, 19160, 19161, 19772, 19773, 19774, 19777, 19778, 19779 And 19780 Filed By Continental AG And Affiliates (Docket No. 20994).* |

9. **"Claims Objection Hearing Regarding Claims Of Continental Automotive Systems US, Inc."** - Claims Objection Hearing Regarding Claims of Continental Automotive Systems US, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|  |  |
|---|---|
| *Responses filed:* | *Response Of Continental AG And Affiliates To Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19539)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims,* |

|  |  |
|---|---|
|  | *(G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574))* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Claim Nos. 19093, 19158, 19159, 19160, 19161, 19773, 19774, 19776, 19777, 19778, 19779, And 19780 (Continental Automotive Systems US, Inc.) (Docket No. 20783)* |
|  | *Proof Of Administrative Expense Claim Nos. 19093, 19158, 19159, 19160, 19161, 19773, 19774, 19776, 19777, 19778, 19779, And 19780* |
|  | *Stipulation And Consent Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19093, 19158, 19159, 19160, 19161, 19772, 19773, 19774, 19777, 19778, 19779 And 19780 Filed By Continental AG And Affiliates (Docket No. 20994)* |
| *Status:* | *This matter has been resolved pursuant to the Stipulation And Consent Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19093, 19158, 19159, 19160, 19161, 19772, 19773, 19774, 19777, 19778, 19779 And 19780 Filed By Continental AG And Affiliates (Docket No. 20994).* |

D.  **Contested Matters**

10. **"Sufficiency Hearing Regarding Claim of Ohio Bureau of Workers' Compensation"** - Sufficiency Hearing Regarding Claim Number 1294 of the Ohio Bureau of Workers' Compensation as Objected to on Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

13

| | |
|---|---|
| *Responses filed:* | *Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346)* |
| | *Response Of The Ohio Bureau Of Workers' Compensation To Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim Number 1294 (Docket No. 21003)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
| | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtor' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20977)* |
| | *Reorganized Debtors' Second Supplemental Reply To Response Of Claimant To Debtor' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. ___)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864)* |

                      *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20509)*

                      *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20549)*

                      *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20693)*

                      *(I) Notice Of Adjournment Of Evidentiary Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation And (II) Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20803)*

                      *Proof Of Claim No. 1294*

        *Status:*                    The hearing with respect to this matter will be proceeding.

11.    **"Sufficiency Hearing Regarding Claim Of Andrew C. Gregos"** - Sufficiency Hearing Regarding Claim Number 20017 of Andrew C. Gregos as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (I) Transferred Workers' Compensation Claims, (II) Modify and Allow Certain Administrative Expense Severance Claims, and (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

        *Responses filed:*    *Supplemental Response Of Andrew C. Gregos (Docket No. 20996)*

        *Replies filed:*       *Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 20017 (Andrew C. Gregos) (Docket No. 20978)*

        *Related filings:*     *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense*

      *Claim Numbers 19063, 19134, 19135, 19136 And 20017 (Docket No. 20807)*

      *Proof Of Administrative Expense Claim No. 20017*

*Status:*    *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
December 15, 2010

        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors