**Hearing Date and Time:  December 16, 2010 at 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                           :
          In re                             :       Chapter 11
                                                           :
DPH HOLDINGS CORP., et al.,        :       Case Number 05-44481 (RDD)
                                                           :
                                                           :       (Jointly Administered)
                                                           :
              Reorganized Debtors.      :
                                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

REORGANIZED DEBTORS' SECOND SUPPLEMENTAL REPLY TO
SUPPLEMENTAL RESPONSE OF CLAIMANT TO DEBTORS'
OBJECTION TO PROOF OF CLAIM NUMBER 1294 FILED BY
OHIO BUREAU OF WORKERS' COMPENSATION

("SECOND SUPPLEMENTAL REPLY REGARDING CLAIM
FILED BY OHIO BUREAU OF WORKERS COMPENSATION")

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned

cases (together with DPH Holdings Corp., the "Reorganized Debtors") hereby submit the

Reorganized Debtors' Second Supplemental Reply To Response Of Claimant To Reorganized

Debtors' Objections To Proof of Claim Number 1294 Filed By Ohio Bureau Of Workers'

Compensation, and respectfully represent as follows:

**DISCUSSION**

1.     On December 6, 2010, the Reorganized Debtors filed the Reorganized

Debtors' Supplemental Reply To Supplemental Response Of Claimant To Reorganized Debtors'

Objections To Proof of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation

(Docket No. 20997) (the "Supplemental Reply").  In the Supplemental Reply, the Reorganized

Debtors requested that the Court disallow the Proof of Claim[1] because all of the Debtors'

prepetition obligations on account of workers' compensation have been paid in full.

(Supplemental Reply ¶¶ 15-16.)  In its Response Of The Ohio Bureau Of Workers'

Compensation To Reorganized Debtors' Supplemental Reply To Response Of Claimant To

Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers'

Compensation (Docket No. 21003) (the "Supplemental Response"), however, the Bureau

contends that "there are unpaid assessments which are capable of concrete calculation, and there

will be future assessments."  (Supplemental Response ¶ 2.)  The Bureau does not provide any

further detail as to the assessments that it believes to be owed, but the Bureau can only be

referring to assessments levied after the Effective Date.  Attached as <u>Exhibit A</u> hereto are copies

---

[1]     Capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the Supplemental
Reply.

of all of the checks issued by the Debtors to the Bureau and the corresponding invoices from the

Bureau.

2.      As to any post-Effective Date assessments, the Supplemental Reply

described the overwhelming weight of authority, including this Court's recent ruling on the

substantially similar Michigan Funds Administration claim, that treats annually assessed taxes as

separate claims that arise each year.  (Supplemental Reply ¶¶ 18-19.)  Nonetheless, the Bureau

summarily dismisses the majority view, observing that "the income and sales excise taxes cited

in the Supplemental Reply arise based upon the underlying income earned or sales generated in

the respective period."[2]  (Supplemental Response ¶ 3.)  Of course, the precise subject matter of

an excise tax is not dispositive here.  The appropriate test to determine whether a tax assessment

of any type constitutes a new claim or relates back to an existing claim turns on whether the

taxes arise annually or accrue on a continuous basis.  See In re Sage-Dey, Inc., 170 B.R. 46, 50-

51 (Bankr. N.D.N.Y. 1994).

3.      The Bureau instead weds itself to the unpublished decision In re Belden

Locker Co., No. 06-60316, 2008 WL 762243 (Bankr. N.D. Ohio Mar. 21, 2008), because that

case specifically addresses the type of workers' compensation assessments asserted in the Proof

of Claim.  As discussed in the Supplemental Reply, the reasoning in Belden Locker is unsound

and should not be adopted here.  (Supplemental Reply ¶ 20-21.)  In particular, Belden Locker

fails to even mention the legal authorities adhering to the majority view that annually assessed

---

[2]    The Bureau also seeks to distinguish the cases cited by the Reorganized Debtors by noting that the Proof of
Claim was timely filed.  No doubt, the Proof of Claim was filed before the bar date for prepetition claims.  But
to the extent that the Bureau is also seeking to assert a separate claim for postpetition or post-Effective Date
assessments, such claim is untimely.  The final bar date to assert administrative expense claims against the
Debtors was November 5, 2009.  (Modified Plan § 10.5.)

taxes constitute separate claims or the mechanics of how assessments are calculated and levied under Ohio law.

4.      Rather, the analysis in <u>Belden Locker</u> hinged on the bankruptcy court's incorrect and incomplete understanding that claims for assessments, like insurance-premium payments, arise simply by virtue of having employees prior to the petition date.  Premium and assessment claims, however, arise out of different circumstances: premium claims against state-insured employers arise as a result of having employees during a specified coverage period and assessment claims against self-insured employers arise on an annual basis based upon workers' compensation payments made during the previous calendar year.  Moreover, even in the context of claims for premium payments, the mere fact of having employees does not create springing future claims for premiums for periods beyond the coverage period.  Claims for workers' compensation insurance premiums arise as a result of having employees during the particular period of insurance coverage because the employees contemporaneously receive the benefit of the coverage; it does not impose an obligation upon the employer to pay premiums for subsequent periods.  Surely the Bureau cannot be arguing that, in the event of an intervening bankruptcy filing, the prepetition act of employment would convert premiums for postpetition insurance coverage into prepetition claims while the employer continues to operate as a debtor-in-possession.  To the contrary, postpetition premiums would constitute separate claims entitled to administrative-expense priority under section 503(b) of the Bankruptcy Code.

5.      Likewise, separate assessment claims arise each year.[3]  In an apparent attempt to give its claim for future assessments some form of continuity between prepetition

_____

[3]      Inexplicably, the <u>Belden Locker</u> court did not discuss section 4123.35(J) of the Ohio Revised Code, which clearly imposes an assessment <u>each year</u> on an employer primarily based upon workers' compensation payments
*(cont'd)*

employment and the workers' compensation payments used to calculate subsequent assessments, the Bureau indicates that assessments are "owed to [the Bureau] on account of actual and projected injuries that occurred while the Debtor enjoyed the benefits of self-insured status." (Supplemental Response ¶ 1.)  This description is imprecise, at best.  Subject to certain adjustments not germane here, Ohio workers' compensation assessments are levied each year against a self-insured employer based upon (1) the "total amount of paid compensation for the previous calendar year attributable to all amenable self-insuring employers" and (2) the "total amount of paid compensation for the previous calendar year that is attributable to the individual self-insuring employer."[4]  OHIO REV. CODE ANN. § 4123.35(J).  Total compensation paid by the Debtors in a calendar year is comprised of payments relating to both prepetition and postpetition injuries—although never "projected injuries."  Thus, while the date of injury determines when a claim arises for workers' compensation benefits, In re Olga Coal Co., 194 B.R. 741, 746 (Bankr. S.D.N.Y. 1996), the date of injury is irrelevant for purposes of determining when a claim arises for workers' compensation assessments.[5]

      6.      Given Ohio's clear statutory calendar-year assessment framework, the Bureau's view that future assessments should relate back to the prepetition time of employment is without merit.  Taken to its logical conclusion—as discussed above in the context of insurance

_____

*(cont''d from previous page)*

made by the individual self-insuring employer and other participating employers during the previous calendar year.

[4]    A third variable factor is the Bureau's discretionary determination of the total assessments and administrative costs for the year the assessments are being levied.  OHIO REV. CODE ANN. § 4123.35(J)(1).

[5]    Indeed, any future assessments that the Bureau might seek to levy against the Reorganized Debtors would benefit only the Bureau itself, and not the Debtors' former employees who are entitled to workers' compensation benefits as a result of their injuries.  Employers no longer operating as self-insurers in Ohio—like the Reorganized Debtors—are subject to assessments only for administrative costs and contributions to the surplus fund established to guaranty the solvency of Ohio's state-run insurance program.  OHIO REV. CODE ANN. § 4123.35(J); OHIO ADMIN. CODE R. 4123-17-32(G).

premiums—the <u>Belden Locker</u> approach endorsed by the Bureau would allow an employer to continue operating as self-insurer after filing for bankruptcy relief but would not give the Bureau an administrative claim for assessments levied during the bankruptcy.  Such a bizarre result is not consistent with the Bankruptcy Code or the weight of case law analyzing how tax claims arise.  Accordingly, the Proof of Claim should be disallowed because all prepetition assessments previously levied against the Reorganized Debtors have been paid in full and the Bureau is not entitled to bootstrap future assessments into such Claim.[6]

---

[6]    In addition, and contrary to the Bureau's assertion in the Supplemental Response, the Reorganized Debtors may very well contest that assessments asserted in the Proof of Claim are entitled to priority treatment under section 507(a)(8)(E) of the Bankruptcy Code.  In the event that the Court concludes that postpetition, post-Effective-Date assessments relate back to the time of prepetition employment, the Reorganized Debtors reserve the right to challenge the relative priority of assessments based on payments to the individual workers' compensation beneficiaries.  A substantial majority of these payments relate to individuals who were employed by the Debtors more than three years prior to the Petition Date—or were employed by the Debtors after the Petition Date—and therefore would fall outside the scope of section 507(a)(8)(E).

WHEREFORE the Reorganized Debtors respectfully request this Court enter an order (a) sustaining the objection with respect to the Claim, (b) disallowing and expunging the Claim in its entirety, and (c) granting such further and other relief this Court deems just and proper.

Dated:    New York, New York
          December 15, 2010

                              SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP

                              By:   /s/ John Wm. Butler, Jr.
                                    John Wm. Butler, Jr.
                                    John K. Lyons
                                    Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                    - and -

                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                  Reorganized Debtors

...ational Benefits Center
P O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 02/06/2002 | 3,000.00 | 0001064677 |

| PAYEE | TAX ID |
|-------|--------|
| OHIO BUREAU OF WORKERS COMPENSATION | 31133418 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

8,954    02008342182180        001 OF 002

Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48034

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

Amt Paid:     3000.00          Description: State Assessment
Amt Billed:        .00             Invoice: 42417445        ICN:
    Dates: 02/05/2002 - 02/05/2002    Comment: Delphi Automotive Systems Corporation - #20005212



RECEIVED
FEB 19 2002
DELPHI NATIONAL
BENEFIT CENTER

E1991.FRM (02-28-

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|--------|------|-----------|-------|
| 182185G | 02/06/2002 | 0001064677 | 311 |

PAY ONLY 3 0 0 0 .00

PAY    *THREE THOUSAND AND 00/100 DOLLARS*

TO
THE
ORDER
OF

OHIO BUREAU OF WORKERS COMPENSATION                    $3000.00

First Union Bank of Delaware        VOID AFTER 60 DAYS
Wilmington, DE

⑈"000 106 467 7"⑈ ⑆:03 1100 225⑆: 20 79950 0597 03 ⑈"



# Invoice/Statement

Please call **1-800-OHIOBWC** (1-800-644-6292) and press 24 for billing questions or employer information. Visit us on the web at: **www.ohiobwc.com**

Bob Taft, Governor James Conrad, Administrator/CEO

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy Information

| | | | |
|---|---|---|---|
| **Policy Number:** | 20005212 | **Invoice Number:** 42417445 | **Invoice Date:** 01/25/2002 |
| **Federal ID Number:** | 38-3430473 | **Current Rating Plan:** Self Insured | **Due Date:** 02/24/2002 |
| **Coverage Status:** | ACTIVE | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| **Outstanding Balance** | | |
| BWC Balance: | $3,000.00 | $3,000.00 |
| **Ending Balance** | | |
| BWC Balance: | $3,000.00 | $3,000.00 |

RECEIVED

DELPHI NATIONAL BENEFIT CENTER

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 42417445 | 02/24/2002 | $3,000.00 | $ |

Mail to
BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

*Check # 1064677
Sent out from
Poorman Douglas - 2/5/02*
*smg*

2000521200000000424174450050000000000300000



*Invoice/Statement*

# Current Activity Detail

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---------------|----------------|
| 20005212 | 42417445 |
| Invoice Date | Due Date |
| 01/25/2002 | 02/24/2002 |

**DELPHI AUTOMOTIVE SYSTEMS CORPORATION**
**PO BOX 5060**
**SOUTHFIELD MI 48086-5060**

Detailed information regarding the beginning balances on this Invoice/Statement
was shown on an earlier Invoice/Statement.



## SELF INSURED EMPLOYERS' ASSESSMENTS FOR THE PERIOD 07-01-01 THRU 12-31-01.

Enclosed is the Invoice/Statement for Self Insured Assessments for the second half of calendar year 2001. It is based on the **2000 calendar year paid compensation pro rated for the period of coverage** and the following **annual fiscal year (FY) rates.**

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0415 | $ 16,080.54 | $ 664.35 |
| Administrative Cost Fund * | ACF | .1377 | $ 16,080.54 | $ 2,204.38 |
| Safety & Hygiene Fund | SANDH | .0082 | $ 16,080.54 | $ 131.27 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |

* Represents both BWC and IC combined.

Disabled Workers' Relief Fund DWRF Rate is 100 % of the expenditure that is a dollar for dollar billing.

NOTE: For those organizations granted self insurance during the second (2nd) half of the calendar year 2001, your assessment was pro rated based **on the number of days remaining in the state fiscal year.** The current state fiscal year began July 1, 2001 and ends June 30, 2002.

### PAYMENT INSTRUCTIONS:

1. To avoid late payment, the payment must be received not later than the close of business **February 28, 2002. To insure proper payment, it is recommended you write your account/policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND
BUREAU OF WORKERS' COMPENSATION
CORPORATE PROCESSING DEPARTMENT
COLUMBUS, OH 43271-0977

5. Keep the billing and the claims payment detail (if applicable) for your records.

### ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address, with a copy to BWC Collections Unit, L-24.

Ohio Bureau of Workers' Compensation, SIUS
Attn: Jennifer Belcher
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 644-5062
Fax (614) 719-5314
Toll free in USA: 1-800-644-6292

Questions, protests or disputes regarding DWRF eligibility, calculations, claimant social security changes or notification of claimant death, must addressed to:

Ohio Bureau of Workers' Compensation
ATTN: DWRF UNIT
30 West Spring Street, L-10
Columbus, OH 43215-2256

Phone (614) 466-4610
Fax (614) 644-7152
Toll free in USA: 1-800-644-6292

RECEIVED

DELPHI NATIONAL
BENEFITS CENTER

12/14/2010 8:41AM

National Benefits Center
P O. Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 02/20/2003 | 416,083.04 | 0003296536 |

| PAYEE | TAX ID |
|---|---|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|---|---|
| 182 National Benefits Center | 001 |

4B 0300927218218O 013 OF 001

Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48086

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|

```
   Amt Paid:    416083.04        Description: State Assessment
   Amt Billed:       .00         Invoice: 49215565      ICN:
        Dates: 02/11/2003 - 02/11/2003    Comment: Ohio State Assessment SI Transacations SI# 20005212
```

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| | ORIGIN | DATE | CHECK NO. | 62-22 |
|---|---|---|---|---|
| | 1821856 | 02/20/2003 | 0003296536 | 311 |

PAY
ONLY **416083**04

PAY "FOUR HUNDRED SIXTEEN THOUSAND EIGHTY THREE*

TO
THE
ORDER
OF

BWC STATE INSURANCE FUND

$416083.04



First Union Bank of Delaware
Wilmington, DE

VOID AFTER 60 DAYS

⑆0003296536⑆ ⑆031100225⑆ 20799500597 03⑆

*Invoice/Statement*

**BWC**

*Better Workers Compensation*
**Built with _you_ in mind.**

Bob Taft, Governor  James Conrad, Administrator/CEO

Please call **1-800-OHIOBWC** (1-800-644-6292)
and press 2 for billing questions or employer
information. Visit us on the web at:
**www.ohiobwc.com**

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy Information

| | | | | |
|---|---|---|---|---|
| Policy Number: | 20005212 | Invoice Number: | 49215565 | Invoice Date: 01/27/2003 |
| Federal ID Number: | 38-3430473 | Current Rating Plan: Self Insured | | Due Date: 03/03/2003 |
| Coverage Status: | ACTIVE | | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| **Outstanding Balance** | | |
| BWC Balance: | $0.00 | $0.00 |
| | | |
| **Current Activity - Detail Attached** | | |
| Self-Insured Transactions | $416,083.04 | $416,083.04 |
| | | |
| **Ending Balance** | | |
| BWC Balance: | $416,083.04 | $416,083.04 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 49215565 | 03/03/2003 | $416,083.04 | $ 416,083.04 |

Mail to:
**BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977**



RECEIVED
FEB - 4 2003

20005212000000049215565505060000041608304

# SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the first (1st) Invoice/Statement for Self Insured Assessments based on the calendar year 2001 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0415 | $ 14,157.62 | $ 587.54 |
| Administrative Cost Fund * | ACF | .1606 | $ 14,157.62 | $ 2,273.71 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 14,157.62 | $ 138.75 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |

**\* Represents both BWC and IC combined**

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the second (2nd) half of the calendar year 2002, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2002 and ends June 30, 2003.

## PAYMENT INSTRUCTIONS:

1. To avoid late payment, the payment must be received not later than the close of business **February 28, 2003**. **To insure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND      OVERNIGHT PAYMENT TO:
         BUREAU OF WORKERS' COMPENSATION     BUREAU OF WORKERS' COMPENSATION
         CORPORATE PROCESSING DEPARTMENT      30 WEST SPRING ST LEVEL 26
         COLUMBUS, OH 43271-097               COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

## ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address, **with a copy to BWC Collections Unit, L-24.**

Ohio Bureau of Workers' Compensation, SIUS
Attn: Jennifer Gropper                    Phone (614) 644-5062
30 West Spring Street, L-26             Fax    (614) 719-5314
Columbus, OH 43215-2256               Toll free in USA: 1-800-644-6292
                                        Option 2, then 3

Questions, protests or disputes regarding DWRF eligibility, calculations, claimant social security changes or notification of claimant death, must be addressed to:

Ohio Bureau of Workers' Compensation         Phone (614) 466-4610
ATTN: DWRF UNIT                     Fax    (614) 644-7152
30 West Spring Street, L-10             Toll free in USA: 1-800-644-6292
Columbus, OH 43215-2256

DELPHI NATIONAL BENEFIT CENTER
RECEIVED
FEB 0 1 2003



*Invoice/Statement*

# *Current Activity Detail*

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 49215565 |
| **Invoice Date** | **Due Date** |
| 01/27/2003 | 03/03/2003 |

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

**Mandatory Surplus**

| | Reported Paid Comp for 2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus** | | | | |
| 01/21/2003  07/01/02 to 12/31/02 | 4,117,595.60 | 2,058,797.80 | 0.041500 | 85,440.11 |
| Transaction Total | | | | **$85,440.11** |

**Administrative Cost**

| | Reported Paid Comp for 2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Administrative Cost** | | | | |
| 01/21/2003  07/01/02 to 12/31/02 | 4,117,595.60 | 2,058,797.80 | 0.160600 | 330,642.93 |
| Transaction Total | | | | **$330,642.93** |
| Self-Insured Transactions Total | | | | **$416,083.04** |

**TOTAL MONTHLY ACTIVITY**      **$416,083.04**

DELPHI NATIONAL BENEFIT CENTER
FEB 0 3 2003
RECEIVED

**The Ohio Bureau of Workers' Compensation**
30 W. Spring Street
Columbus, OH 43215-2256



| Bob Taft | James Conrad |
|---|---|
| Governor | Administrator/CEO |
| www.ohiobwc.com | 1-800-OHIOBWC |

August 29, 2003

Delphi Automotive Systems Inc
5725 Delphi Drive
Troy, MI 48098-2815

Re: Policy # 20005212

Dear Employer:

Please find enclosed an invoice/statement for the 2001 paid compensation safety and hygiene assessment in the amount of $40,352.44 and the 2000 paid compensation assessments for safety and hygiene $33,706.23; administration $566,017.98 and mandatory surplus $170,586.89. These funds were inadvertently missed during normal billing periods. Sorry for any inconvenience this may have caused.

I hope you find this information helpful. Should you have further questions, please do not hesitate to contact me @ 614-644-5062 or e-mail me @ Jennifer.G.1@bwc.state.oh.us

Sincerely,

Jennifer Gropper
Self Insured Underwriter

Encl: Invoice/Statement

Cc: File

8426-599S-0017

National Benefits Center
P'O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 08/26/2003 | 416,083.03 | 0003838523 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

* 67 0003838523 033 OF 001 0AM 030826 1114

Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48086

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

Amt Paid: 416083.03    Description: State Assessment
Amt Billed: .00     Invoice: 52671712    ICN:
    Dates: 08/25/2003 - 08/25/2003    Comment: Semi Annual Assessment Ohio - Delphi 20005212 - 38-34

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| | ORIGIN | DATE | CHECK NO. | 62-22 |
|--|--------|------|-----------|-------|
| | 1821856 | 08/26/2003 | 0003838523 | 311 |

PAY ONLY **416083.03** FOUR ONE SIX ZERO EIGHT THREE

67 0003838523 033 OF 001 0AM 030826 1114

PAY   *FOUR HUNDRED SIXTEEN THOUSAND EIGHTY THREE*
     *AND 03/100 DOLLARS*

$416083.03

TO
THE    BWC STATE INSURANCE FUND
ORDER   OHIO BUREAU OF WORKERS COMPENSATION
OF

First Union Bank of Delaware
Wilmington, DE

VOID AFTER 60 DAYS



⑈0003838523⑈ ⑆031100225⑆ 20795500657031⑈

12/14/2010 8:41AM

# *Invoice/Statement*

**BWC**
*Better Workers' Compensation*
Built with *you* in mind.

Bob Taft, Governor  James Conrad, Administrator/CEO

**Online payment, quick and convenient:** Pay your balance online at ohiobwc.com using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

RECEIVED DNBC

AUG 0 5 '03

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy Information

| | | | |
|---|---|---|---|
| **Policy Number:** | 20005212 | Invoice Number: | 52671712 | Invoice Date: | 07/25/2003 |
| **Federal ID Number:** | 38-3430473 | Current Rating Plan: | Self Insured | Due Date: | 08/29/2003 |
| **Coverage Status:** | ACTIVE | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| **Outstanding Balance** | | |
| BWC Balance: | $0.00 | $0.00 |
| | | |
| **Current Activity – Detail Attached** | | |
| Self-Insured Transactions | $416,083.03 | $416,083.03 |
| | | |
| **Ending Balance** | | |
| BWC Balance: | $416,083.03 | $416,083.03 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 52671712 | 08/29/2003 | $416,083.03 | $ |

Mail to:

*BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977*

Claim No:_____ Status_____
Examiner:_____
Approved / Denied   Pay Code_____
Examiner Initial:_____
Paid Date:_____  Paid By:_____

2000521200000005267171210500000004160830



RECEIVED AUG 2 2 2003
12/14/2010  8:41AM

Dec-14-2010 09:18am From-sedgwick cms                          +2482082359          T-620 P.016/074 F-939



# Current Activity Detail

RECEIVED UNBC

AUG 0 5 '03

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 52671712 |
| Invoice Date | Due Date |
| 07/25/2003 | 08/29/2003 |

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

---

## Mandatory Surplus

| Mandatory Surplus | Reported Paid Comp for 2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/17/2003  01/01/03 to 06/30/03 | 4,117,595.60 | 2,058,797.80 | 0.041500 | 85,440.11 |
| Transaction Total | | | | $85,440.11 |

## Administrative Cost

| Administrative Cost | Reported Paid Comp for 2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/17/2003  01/01/03 to 06/30/03 | 4,117,595.60 | 2,058,797.80 | 0.160600 | 330,642.92 |
| Transaction Total | | | | $330,642.92 |
| Self-Insured Transactions Total | | | | $416,083.03 |

| TOTAL MONTHLY ACTIVITY | $416,083.03 |
|---|---|

---

## 1-800-OHIOBWC

www.ohiobwc.com

12/14/2010   8:41AM

# SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the first (1st) Invoice/Statement for Self Insured Assessments based on the calendar year 2001 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0415 | $ 14,157.62 | $ 587.54 |
| Administrative Cost Fund * | ACF | .1606 | $ 14,157.62 | $ 2,273.71 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 14,157.62 | $ 138.75 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |

* Represents both BWC and IC combined

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the second (2nd) half of the calendar year 2002, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2002 and ends June 30, 2003.

## PAYMENT INSTRUCTIONS:

1. To avoid late payment, the payment must be received not later than the close of business **February 28, 2003**. **To insure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND
       BUREAU OF WORKERS' COMPENSATION
       CORPORATE PROCESSING DEPARTMENT
       COLUMBUS, OH 43271-097

**OVERNIGHT PAYMENT TO:**
       BUREAU OF WORKERS' COMPENSATION
       30 WEST SPRING ST LEVEL 26
       COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

## ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address, **with a copy to BWC Collections Unit, L-24.**

Ohio Bureau of Workers' Compensation, SIUS
Attn: Jennifer Gropper
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 644-5062
Fax   (614) 719-5314
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding DWRF eligibility, calculations, claimant social security changes or notification of claimant death, must be addressed to:

Ohio Bureau of Workers' Compensation
ATTN: DWRF UNIT
30 West Spring Street, L-10
Columbus, OH 43215-2256

Phone (614) 466-4610
Fax   (614) 644-7152
Toll free in USA: 1-800-644-6292

National Benefits Center
P O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 10/01/2003 | 810,663.04 | 0004006642 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

*000035 0004006642 015 OF 001 0AM 031001 1029
Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48086

| Claimant Name | | Loss Date | Claim Number | SSN |
|---|---|---|---|---|

Amt Paid: 810663.04      Description: State Assessment
Amt Billed:      .00      Invoice: 53292692      ICN:
      Dates: 09/25/2003 - 09/25/2003      Comment: OH Assessment 02(All Funds) & 01 Safety & Hygiene-200

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| | ORIGIN | DATE | CHECK NO. | 62-22 |
|---|--------|------|-----------|-------|
| | 1821856 | 10/01/2003 | 0004006642 | 311 |

PAY ONLY **8 1 0 6 6 3** 04

000035 0004006642 015 OF 001 0AM 031001 1029

PAY     *EIGHT HUNDRED TEN THOUSAND SIX HUNDRED SIXTY*
        *THREE AND 04/100 DOLLARS*

$810663.04

TO
THE     BWC STATE INSURANCE FUND
ORDER   OHIO BUREAU OF WORKERS' COMPENSATION
OF

First Union Bank of Delaware
Wilmington, DE                    VOID AFTER 60 DAYS

⑈‖‖000400664 2‖‖ ⑆031100225⑆ 2079950059703‖‖

# Invoice/Statement



**BWC**
Bureau of Workers' Compensation
Built with *you* in mind.

Bob Taft, Governor  James Conrad, Administrator/CEO

**Online payment, quick and convenient:** Pay your balance online at **ohiobwc.com** using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

*#33 2000 201*

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

## Policy Information

| | | | |
|---|---|---|---|
| **Policy Number:** | 20005212 | **Invoice Number:** 53292692 | **Invoice Date:** 08/29/2003 |
| **Federal ID Number:** | 38-3430473 | **Current Rating Plan:** Self Insured | **Due Date:** 10/03/2003 |
| **Coverage Status:** | **ACTIVE** | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| **Outstanding Balance** | | |
| BWC Balance: | $416,083.03 | $416,083.03 — *Paid* |
| **Current Activity - Detail Attached** | | |
| Self-Insured Transactions | $810,663.04 | $810,663.04 |
| **Ending Balance** | | |
| BWC Balance: | $1,226,746.07 | $1,226,746.07 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the **Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.**
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 53292692 | 10/03/2003 | $1,226,746.07 | $_____ |

*Mail to:*
**BWC State Insurance Fund**
**Corporate Processing Dept.**
**Columbus, OH 43271-0977**

2000521200000000532926926050000001226746O7

12/14/2010  8:41AM



**BWC**
*Better Workers' Compensation*
Built with *you* in mind.

# *Current Activity Detail*

*Invoice/Statement*

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 53292692 |
| **Invoice Date** | **Due Date** |
| 08/29/2003 | 10/03/2003 |

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

### Mandatory Surplus

**Mandatory Surplus**
08/25/2003  08/25/03 to 06/25/03

| | Reported Paid Comp for -2000 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.000000 | 170,586.39 |

Transaction Total    *4,110,515.45*    *4,110,515.45  .0415*    $170,586.39

### Administrative Cost

**Administrative Cost**
08/25/2003  08/25/03 to 08/25/03

| | Reported Paid Comp for -2000 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.000000 | 566,017.98 |

Transaction Total    *Same as above*    *Same as above  .1377*    $566,017.98

### Safety And Hygiene

**Safety And Hygiene**
08/25/2003  08/25/03 to 08/25/03

| | Reported Paid Comp for -2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| | *4,117,595.60* 0.00 | *4,117,595.60* 0.00 | 0.000000 *.0098* | 40,352.44 *200* |
| | 0.00 | 0.00 | 0.000000 *.0082* | 33,706.23 *200* |

Transaction Total    *4,110,515.45*    *4,110,515.45*    $74,058.67
Self-Insured Transactions Total    $810,663.04

TOTAL MONTHLY ACTIVITY    $810,663.04



**Invoice/Statement**
# Current Activity Detail

Bob Taft, Governor  James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 53292692 |
| Invoice Date | Due Date |
| 08/29/2003 | 10/03/2003 |

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

## Mandatory Surplus

**Mandatory Surplus**
| | Reported Paid Comp for -2000 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 08/25/2003  08/25/03 to 08/25/03 | 0.00 | 0.00 | 0.000000 | 170,586.39 |
| Transaction Total | 4,110,515.45 | 4,110,515.45 | .0415 | $170,586.39 |

## Administrative Cost

**Administrative Cost**
| | Reported Paid Comp for -2000 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 08/25/2003  08/25/03 to 08/25/03 | 0.00 | 0.00 | 0.000000 | 566,017.98 |
| Transaction Total | Same as above | Same as above | .1377 | $566,017.98 |

## Safety And Hygiene

**Safety And Hygiene**
| | Reported Paid Comp for -2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 08/25/2003  08/25/03 to 08/25/03 | 4,117,595.60  0.00 | 4,117,595.60  0.00 | 0.000000  .0098 | 40,352.44 |
| | 4,110,515.45 | 4,110,515.45 | 0.000000  .0082 | 33,706.23 |
| Transaction Total | | | | $74,058.67 |
| Self-Insured Transactions Total | | | | $810,663.04 |

**TOTAL MONTHLY ACTIVITY**   $810,663.04

National Benefits Center
P O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 02/09/2004 | 724,427.97 | 0004526847 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

*000004 0004526847 001 OF 001 0AM 040209 1012

Sedgwick CMS
25330 Telegraph Road ~ Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48034

| Claimant Name | | Loss Date | Claim Number | SSN |
|---------------|--|-----------|--------------|-----|

```
    Amt Paid:     724427.97      Description: State Assessment
    Amt Billed:        .00       Invoice: 56174718        ICN:
         Dates: 02/06/2004 - 02/06/2004    Comment: Ohio Assessment 07-01-03 through 12-31-03 - Delphi
```

E1991.FRM (02-28-01)

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - DO NOT CASH IF THE WORD VOID IS VISIBLE

Sedgwick Claims Management Services, Inc.
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 52-22 |
|--------|------|-----------|-------|
| 1821856 | 02/09/2004 | 0004526847 | 311 |

PAY ONLY 724427.97

000004 0004526847 001 OF 001 0AM 040209 1012

PAY    *SEVEN HUNDRED TWENTY FOUR THOUSAND FOUR HUNDRED*
       *TWENTY SEVEN AND 97/100 DOLLARS*                              $724427.97

TO THE ORDER OF   BWC STATE INSURANCE FUND

First Union Bank of Delaware
Wilmington, DE          VOID AFTER 60 DAYS



DOCUMENT CONTAINS A TRUE WATERMARK. DO NOT CASH IF THE WATERMARK IS NOT VISIBLE. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES.

⑈0004526847⑈ ⑆031100225⑆ 20799500597031⑈



# *Invoice/Statement*

**Online payment, quick and convenient:** Pay your balance online at ohiobwc.com using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

Bob Taft, Governor   James Conrad, Administrator/CEO



DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063 5060
SOUTHFIELD MI 48086-5063

RECEIVED
FEB - 4 2004
DELPHI NATIONAL
BENEFIT CENTER

## Policy Information

| | | | | | |
|---|---|---|---|---|---|
| Policy Number: | 20005212 | Invoice Number: | 56174718 | Invoice Date: | 01/28/2004 |
| Federal ID Number: | 38-3430473 | Current Rating Plan: | Self Insured | Due Date: | 03/03/2004 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance | | |
| BWC Balance: | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $724,427.97 | $724,427.97 |
| Ending Balance | | |
| BWC Balance: | $724,427.97 | $724,427.97 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 56174718 | 03/03/2004 | $724,427.97 | $724,427.94 |

Mail to:
BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

**Received**
FEB 04 2004
**DNBC**

20005212000000005617471840500000072442797

16

12/14/2010  8:41AM

# BWC
*Better Workers' Compensation*
**Built with *you* in mind.**

# *Current Activity Detail*

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 56174718 |
| Invoice Date | Due Date |
| 01/28/2004 | 03/03/2004 |

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

| | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus** | | | | |
| **Mandatory Surplus** | | | | |
| 01/28/2004 07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.052500 | 126,186.03 |
| Transaction Total | | | | **$126,186.03** |
| **Safety And Hygiene** | | | | |
| **Safety And Hygiene** | | | | |
| 01/28/2004 07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.009800 | 23,554.73 |
| Transaction Total | | | | **$23,554.73** |
| **Guaranty Fund General** | | | | |
| **Guaranty Fund General** | | | | |
| 01/28/2004 07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.069700 | 167,526.97 |
| Transaction Total | | | | **$167,526.97** |
| **BWC Administrative Cost** | | | | |
| **BWC Administrative Cost** | | | | |
| 01/28/2004 07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.080500 | 193,485.24 |
| Transaction Total | | | | **$193,485.24** |
| **IC Administrative Cost** | | | | |
| **IC Administrative Cost** | | | | |
| 01/28/2004 07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.088900 | 213,675.00 |
| Transaction Total | | | | **$213,675.00** |
| Self-Insured Transactions Total | | | | **$724,427.97** |
| TOTAL MONTHLY ACTIVITY | | | | **$724,427.97** |



Received
FEB 04 2004
DNBC

RECEIVED
FEB - 4 2004
DELPHI NATIONAL
BENEFIT CENTER

## SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the first (1st) Invoice/Statement for Self Insured Assessments based on the calendar year 2002 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0525 | $ 12,947.78 | $ 679.76 |
| Administrative Cost Fund | BWC/ACF | .0805 | $ 12,947.78 | $ 1,042.30 |
| Administrative Cost Fund | IC/ACF | .0889 | $ 12,947.78 | $ 1,151.05 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 12,947.78 | $ 126.89 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |
| **Guaranty Fund | GFA | .0697 | $ 0.00 | $ 0.00 |

**Self Insuring employer guaranty fund** will be assessed based on the calendar year 2002 fund balance. The guaranty fund is evaluated annually for assessment to guarantee payments of claims against the fund. For the first time since 1995, a guaranty fund assessment is being levied. No minimum balance applies to this assessment.

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the second (2nd) half of the calendar year 2003, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2003 and ends June 30, 2004.

### PAYMENT INSTRUCTIONS:

1. To avoid late payment, the payment must be received not later than the close of business **February 29, 2004. To insure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND      **OVERNIGHT PAYMENT TO:**
BUREAU OF WORKERS' COMPENSATION      BUREAU OF WORKERS' COMPENSATION
CORPORATE PROCESSING DEPARTMENT      30 WEST SPRING ST LEVEL 26
COLUMBUS, OH 43271-097      ATTN: JENNIFER GROPPER
COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

### ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this **assessment** billing must be sent to the below address, **with a copy to BWC Collections Unit, L-24.**

Ohio Bureau of Workers' Compensation, SIUS
Attn: Jennifer Gropper
30 West Spring Street, L-26
Columbus, OH 43215-2256

**Received**

**FEB 0 4 2004**

**DNBC**

Phone (614) 644-5062
Fax     (614) 719-5314
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding **DWRF eligibility, calculations, claimant social security changes or notification of claimant death,** must be addressed to:

Ohio Bureau of Workers' Compensation
ATTN: DWRF UNIT
30 West Spring Street, L-10
Columbus, OH 43215-2256

Phone (614) 466-4610
Fax     (614) 644-7152
Toll free in USA: 1-800-644-6292

National Benefits Center
P O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 08/12/2004 | 724,427.94 | 0005617471 |

| PAYEE | TAX ID |
|---|---|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|---|---|
| 182 National Benefits Center | 001 |

*000046  0005617471  009 OF 002  OAM  040812 1012
Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48034

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|

Amt Paid:    724427.94         Description: State Assessment
Amt Billed:  724427.94         Invoice: 59677786      ICN:
      Dates: 01/01/2004 - 06/30/2004     Comment: Delphi SI Assessment - OH BWC - 01/01/04 to 06/30/04

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc.
on Behalf of Delphi Automotive Systems

| | ORIGIN | DATE | CHECK NO | 622-22 |
|---|---|---|---|---|
| | 1821856 | 08/12/2004 | 0005617471 | 311 |

PAY
ONLY  724427.94

*000046  0005617471  009 OF 002  OAM  040812 1012

PAY    *SEVEN HUNDRED TWENTY FOUR THOUSAND FOUR HUNDRED*
       *TWENTY SEVEN AND 94/100 DOLLARS*                              $724427.94

TO                                                  Delphi Automotive Systems, Principal
THE    BWC STATE INSURANCE FUND                     BY:
ORDER
OF
First Union Bank of Delaware        VOID AFTER 60 DAYS
Wilmington, DE

⑆000561747⑆⑈ ⑈031100225⑈ 2079950059703⑈

**BWC**
Better Workers' Compensation
**Built with you in mind.**

# Invoice/Statement

Bob Taft, Governor  James Conrad, Administrator/CEO

**Online payment, quick and convenient:** Pay your balance online at ohiobwc.com using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

## Policy Information

| Policy Number: | 20005212 | Invoice Number: | 59677786 | Invoice Date: | 07/23/2004 |
|---|---|---|---|---|---|
| Federal ID Number: | 38-3430473 | Current Rating Plan: | Self Insured | Due Date: | 08/27/2004 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $724,427.94 | $724,427.94 |
| Ending Balance: BWC | $724,427.94 | $724,427.94 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 59677786 | 08/27/2004 | $724,427.94 | $ 724,427.94 |

Mail to:

*BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977*

# Received

AUG 05 2004
**DNBC**

2000521200000005967778670400000072442794

f b

12/14/2010  8:41AM

# BWC

*Better Workers' Compensation*
| Built with *you* in mind. |

*Invoice/Statement*

# *Current Activity Detail*

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 59677786 |
| **Invoice Date** | **Due Date** |
| 07/23/2004 | 08/27/2004 |

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

**Mandatory Surplus**

| Mandatory Surplus | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.052500 | 126,186.02 |
| Transaction Total | | | | **$126,186.02** |

**Safety And Hygiene**

| Safety And Hygiene | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.009800 | 23,554.72 |
| Transaction Total | | | | **$23,554.72** |

**Guaranty Fund General**

| Guaranty Fund General | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.069700 | 167,526.97 |
| Transaction Total | | | | **$167,526.97** |

**BWC Administrative Cost**

| BWC Administrative Cost | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.080500 | 193,485.23 |
| Transaction Total | | | | **$193,485.23** |

**IC Administrative Cost**

| IC Administrative Cost | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.088900 | 213,675.00 |
| Transaction Total | | | | **$213,675.00** |
| Self-Insured Transactions Total | | | | **$724,427.94** |
| **TOTAL MONTHLY ACTIVITY** | | | | **$724,427.94** |

**Received**

AUG 05 2004

**DNBC**

## SELF INSURED ASSESSMENT INFORMATION SHEET

- Enclosed is the second (2nd) Invoice/Statement for Self Insured Assessments based on the calendar year 2002 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0525 | $ 12,947.78 | $ 679.76 |
| Administrative Cost Fund | BWC/ACF | .0805 | $ 12,947.78 | $ 1,042.30 |
| Administrative Cost Fund | IC/ACF | .0889 | $ 12,947.78 | $ 1,151.05 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 12,947.78 | $ 126.89 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |
| **Guaranty Fund | GFA | .0697 | $ 0.00 | $ 0.00 |

**Self Insuring employer guaranty fund** will be assessed for the calendar year 2002 and will be based on a rate of .0697. The guaranty fund is evaluated annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. For the first time since 1995, a guaranty fund assessment is being levied. No minimum balance applies to this assessment.

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the first (1st) half of the calendar year 2004, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2003 and ends June 30, 2004.

### PAYMENT INSTRUCTIONS:

1. The payment must be received by the close of business **August 31, 2004** to continue self-insured coverage. **To ensure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND

BUREAU OF WORKERS' COMPENSATION
CORPORATE PROCESSING DEPARTMENT
COLUMBUS, OH 43271-097

**OVERNIGHT PAYMENT TO:**
BUREAU OF WORKERS' COMPENSATION
30 WEST SPRING ST LEVEL 26
ATTN: JENNIFER GROPPER
COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

**Received**

**AUG 05 2004**

**DNBC**

### ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this **assessment** billing must be sent to the below address.

Ohio Bureau of Workers' Compensation, SIUS
**Attn: Jennifer Gropper**
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 644-5062
Fax (614) 719-5314
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding **DWRF eligibility, calculations, claimant social security changes or notification of claimant death,** must be addressed to:

**Ohio Bureau of Workers' Compensation**
**ATTN: DWRF UNIT**
30 West Spring Street, L-10
Columbus, OH 43215-2256

**Received**

**AUG 05 2004**

**DNBC**

Phone (614) 466-4610
Fax (614) 644-7152
Toll free in USA: 1-800-644-6292

National Benefits Center
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 02/11/2005 | 794,614.94 | 0006722588 |

| PAYEE | | TAX ID |
|---|---|---|
| BWC STATE INSURANCE FUND | | 332000201 |

| SCMS UNIT | | PAGE |
|---|---|---|
| 182 National Benefits Center | | 001 |

•000068  0006722588  00006 OF 00029  OAM  050211 1050
SEDGWICK CMS
25330 TELEGRAPH ROAD – SUITE 440
ATTN: RAQUEL ORIEL/SHEILA GERARD
SOUTHFIELD, MI  48034

| Claimant Name | | Loss Date | Claim Number | SSN |
|---|---|---|---|---|

```
    Amt Paid:      794614.94      Description: State Assessment
 Amt Billed:      794614.94         Invoice: 63350366       ICN:
       Dates: 07/04/2004 - 12/31/2004    Comment: Semi Annual Ohio Self Insured Assessment - Delphi 200
```

RECEIVED
FEB 15 2005
By:

E1991.FRM (02-28-01

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

PAY ONLY 794614 94

000068  0006722588  00006 OF 00028  OAM  050211 1050

PAY    *SEVEN HUNDRED NINETY FOUR THOUSAND SIX HUNDRED*
       *FOURTEEN AND 94/100 DOLLARS*

                                                           $794614.94
TO                                        Delphi Automotive Systems, Principal
THE    BWC STATE INSURANCE FUND           BY
ORDER
OF

⑈"0006722588⑈" ⑆031100225⑆ 2079950005970 3⑈"



# *Invoice/Statement*

**BWC**
Better Workers' Compensation
Built with you in mind.

Bob Taft, Governor  James Conrad, Administrator/CEO

**Online payment, quick and convenient:** Pay your balance online at ohiobwc.com using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| | | | |
|---|---|---|---|
| **Policy Number:** | 20005212 | **Invoice Number:** 63350366 | **Invoice Date:** 01/21/2005 |
| **Federal ID Number:** | 38-3430473 | **Current Rating Plan: Self Insured** | **Due Date:** 02/25/2005 |
| **Coverage Status:** | **ACTIVE** | | |

## Billing Summary

| | | Breakdown | Total |
|---|---|---|---|
| Outstanding Balance: | BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | | |
| Self-Insured Transactions | | $794,614.94 | $794,614.94 |
| Ending Balance: | BWC | $794,614.84 | $794,614.94 |

RECEIVED
FEB 7 2005
By:

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 63350366 | 02/25/2005 | $794,614.94 | $ *794,614.94* |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000000633503663050000000079461494



*Invoice/Statement*

# *Current Activity Detail*

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 63350366 |
| **Invoice Date** | **Due Date** |
| 01/21/2005 | 02/25/2005 |

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

| | Reported Paid Comp for 2003 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus** | | | | |
| Mandatory Surplus | | | | **Balance** |
| 01/14/2005  07/01/04 to 12/31/04 | 4,668,712.77 | 2,334,356.39 | 0.045000 | 105,046.04 |
| Transaction Total | | | | **$105,046.04** |
| | | | | |
| **Safety And Hygiene** | | | | |
| Safety And Hygiene | | | | **Balance** |
| 01/14/2005  07/01/04 to 12/31/04 | 4,668,712.77 | 2,334,356.39 | 0.009800 | 22,876.70 |
| Transaction Total | | | | **$22,876.70** |
| | | | | |
| **Guaranty Fund General** | | | | |
| Guaranty Fund General | | | | **Balance** |
| 01/14/2005  07/01/04 to 12/31/04 | 4,668,712.77 | 2,334,356.39 | 0.140000 | 326,809.90 |
| Transaction Total | | | | **$326,809.90** |
| | | | | |
| **BWC Administrative Cost** | | | | |
| BWC Administrative Cost | | | | **Balance** |
| 01/14/2005  07/01/04 to 12/31/04 | 4,668,712.77 | 2,334,356.39 | 0.079000 | 184,414.16 |
| Transaction Total | | | | **$184,414.16** |
| | | | | |
| **IC Administrative Cost** | | | | |
| IC Administrative Cost | | | | **Balance** |
| 01/14/2005  07/01/04 to 12/31/04 | 4,668,712.77 | 2,334,356.39 | 0.066600 | 155,468.14 |
| Transaction Total | | | | **$155,468.14** |
| Self-Insured Transactions Total | | | | **$794,614.84** |
| | | | | |
| **TOTAL MONTHLY ACTIVITY** | | | | **$794,614.84** |



RECEIVED
FEB  7 2005
By:

## SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the first (1st) Invoice/Statement for Self Insured Assessments based on the calendar year 2003 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0450 | $ 14,970.06 | $ 673.65 |
| Administrative Cost Fund | BWC/ACF | .0790 | $ 14,970.06 | $ 1,182.63 |
| Administrative Cost Fund | IC/ACF | .0666 | $ 14,970.06 | $ 997.01 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 14,970.06 | $ 146.71 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 14,970.06 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |
| **Guaranty Fund | GFA | .1400 | $ 0.00 | $ 0.00 |

**Self Insuring employer guaranty fund will be assessed for the calendar year 2003 and will be based on a rate of .1400. The guaranty fund is evaluated annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. For the first time since 1995, a guaranty fund assessment is being levied. No minimum balance applies to this assessment.

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

### PAYMENT INSTRUCTIONS:

1. The payment must be received by the close of business **February 28, 2005** to continue self-insured coverage. **To ensure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND
        BUREAU OF WORKERS' COMPENSATION
        CORPORATE PROCESSING DEPARTMENT
        COLUMBUS, OH 43271-097

**OVERNIGHT PAYMENT TO:**
BUREAU OF WORKERS' COMPENSATION
30 WEST SPRING ST LEVEL 26
ATTN: JENNIFER GROPPER
COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

### ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address.

Ohio Bureau of Workers' Compensation, SIUS
**Attn: Jennifer Gropper**
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 644-5062
Fax (614) 719-5314
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding **DWRF eligibility, calculations, claimant social security changes or notification of claimant death**, must be addressed to:

**Ohio Bureau of Workers' Compensation**
**ATTN: DWRF UNIT**
30 West Spring Street, L-10
Columbus, OH 43215-2256



Phone (614) 466-4610
Fax (614) 644-7152
Toll free in USA: 1-800-644-6292

National Benefits Center
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 09/16/2005 | 794,614.89 | 0008854895 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

*000024 0008854895 00002 OF 00019 OAM 050916 1014

SEDGWICK CMS
25330 TELEGRAPH ROAD - SUITE 440
ATTN: RAQUEL ORIEL/SHEILA GERARD
SOUTHFIELD, MI 48034

| Claimant Name | | Loss Date | Claim Number | SSN |
|---------------|--|-----------|--------------|-----|

Amt Paid: 794614.89     Description: State Assessment
Amt Billed: 794614.89     Invoice: 67817128     ICN:
Dates: 01/01/2005 - 06/30/2005     Comment: OH SI Semi Annual Assessment - Delphi 20005212 (38343

RECEIVED
SEP 2 0 2005
By:

E1991.FRM (02-28-0

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|--------|------|-----------|-------|
| 1821856 | 09/16/2005 | 0008854895 | 911 |

PAY
ONLY **794614**89 SEVEN NINE FOUR SIX ONE FOUR 89

000024 0008854895 00002 OF 00019 OAM 050916 1014

PAY *SEVEN HUNDRED NINETY FOUR THOUSAND SIX HUNDRED*
*FOURTEEN AND 89/100 DOLLARS*

$794614.89

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

TO     BWC STATE INSURANCE FUND
THE     OHIO BUREAU OF WORKERS' COMPENSATION
ORDER
OF
Wachovia, N.A. Bank
Wilmington, DE     VOID AFTER 60 DAYS

⑈0008854895⑈ ⑆031100225⑆ 2079950059703⑈



# *Invoice/Statement*

**Online payment is quick and convenient.** Pay your balance at **ohiobwc.com** using a credit card or electronic funds transfer. Click Ohio Employers, Quick pay, Accounts receivable balance history.

**Note**: Please read the back of this invoice for additional important information. For other employer information call **1-800-OHIOBWC**.

Bob Taft, Governor    Tina Kielmeyer, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| | | | | |
|---|---|---|---|---|
| **Policy Number:** | 20005212 | **Invoice Number:** | 67817128 | **Invoice Date:** | 08/26/2005 |
| **Federal ID Number:** | 38-3430473 | **Current Rating Plan:** | Self Insured | **Due Date:** | 09/30/2005 |
| **Coverage Status:** | ACTIVE | | | |

## Billing Summary

| | | Breakdown | Total |
|---|---|---|---|
| Outstanding Balance: | BWC | $794,614.89 | $794,614.89 |
| Ending Balance: | BWC | $794,614.89 | $794,614.89 |

RECEIVED
SEP 1 5 2005
By: _____

*Period - 01/01/05 - 6/30/05*

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 67817128 | 09/30/2005 | $794,614.89 | $ *794,614.89* |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

20005212000000067817128805000000079461489



*Invoice/Statement*

# Current Activity Detail

Bob Taft, Governor   Tina Kielmeyer, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 67817128 |
| Invoice Date | Due Date |
| 08/26/2005 | 09/30/2005 |

Detailed information regarding the beginning balances on this Invoice/Statement
was shown on an earlier Invoice/Statement.

*(See invoice dated 1/21/05.)*



RECEIVED
SEP 1 5 2005
By: _____

**1-800-OHIOBWC**

**National Benefits Center**
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 12/2/2005 | 253,261.22 | 0009032192 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 1 |

lddlldllmdldldldddldlmdllddll

18

**SEDGWICK CMS**
ATTN: RAQUEL ORIEL/SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48034-7460

| Claimant Name | | | Loss Date | Claim Number | | SSN |
|---------------|--|--|-----------|--------------|--|-----|
| Amt Paid: 253261.22 | | Description: State Assessment | | | | |
| Amt Billed: 253261.22 | | Invoice: 69294378 | | ICN: | | |
| Dates: 12/01/2005 - 12/01/2005 | | Comment: OH BWC Guaranty Fund High Risk Special Assessment | | | | |

Received

DEC 0 6 2005

DNBC

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Sedgwick Claims Management Services, Inc**
**on Behalf of Delphi Automotive Systems**

| ORIGIN | CHECK DATE | CHECK NO. | 82-22/311 |
|--------|------------|-----------|-----------|
| 1821856 | 12/2/2005 | 0009032192 | |

PAY
ONLY **253261.22**

PAY *Two Hundred Fifty Three Thousand Two Hundred Sixty One And 22/100 Dollars* $253,261.22

TO
THE
ORDER
OF

BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc., Agent
BY:

VOID AFTER 60 DAYS

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING MP

⑈0009032192⑈ ⑆031100225⑆ 20799500000007⑈

# Invoice/Statement

**BWC**
Better Workers' Compensation
Built with *you* in mind.

Bob Taft, Governor   William E. Mabe, Administrator/CEO

**Online payment is quick and convenient.** Pay your balance at **ohiobwc.com** using a credit card or electronic funds transfer. Click Ohio Employers, Quick pay, Accounts receivable balance history.
**Note**: Please read the back of this invoice for additional important information. For other employer information call **1-800-OHIOBWC.**

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| | | | |
|---|---|---|---|
| Policy Number: | 20005212 | Invoice Number: | 69294378 |
| Federal ID Number: | 38-3431131 | Current Rating Plan: Self Insured | Invoice Date: 11/08/2005 |
| Coverage Status: | ACTIVE | | Due Date: 12/13/2005 |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached Self-Insured Transactions | $253,261.22 | $253,261.22 |
| Ending Balance:    BWC | $253,261.22 | $253,261.22 |

RECEIVE
NOV 17 2005
DELPHI AUTOMOTIVE SYST
EMPLOYEE BENEFITS

Please see reverse side for Notes, Definitions and Glossary of Terms.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 69294378 | 12/13/2005 | $253,261.22 | $253,261.22 |

Mail to:
BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000006929437880500000025326122

12/14/2010   8:41AM

*Invoice/Statement*

# Current Activity Detail

**BWC**
Better Workers' Compensation
Built with *you* in mind.

Bob Taft, Governor   William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 69294378 |

| Invoice Date | Due Date |
|---|---|
| 11/08/2005 | 12/13/2005 |

|  | Balance |
|---|---|
| **Guaranty Fund High Risk** 10/17/2005 | 253,261.22 |
| Transaction Total | $253,261.22 |
| Self-Insured Transactions Total | $253,261.22 |
| TOTAL MONTHLY ACTIVITY | $253,261.22 |

**National Benefits Center**
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 3/3/2006 | 761,683.14 | 0009948166 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 1 |

lablabllllmallldalollullbbbbldallmmllbblbllll   17

**SEDGWICK CMS**
ATTN: RAQUEL ORIEL/SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48034-7460

| Claimant Name | | Loss Date | Claim Number | SSN |
|---------------|--|-----------|--------------|-----|

Amt Paid:     761683.14     Description: State Assessment
Amt Billed:   761683.14     Invoice: 70852969     ICN:
Dates: 07/01/2005 - 12/31/2005     Comment: Semi Annual Assessment 7-01-05 thru 12-31-05-Delph

RECEIVED
MAR 1 4 2006
By _____

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER



**Sedgwick Claims Management Services, Inc**
**on Behalf of Delphi Automotive Systems**

| ORIGIN | CHECK DATE | CHECK NO. | 62-22/311 |
|--------|-----------|-----------|-----------|
| 1821856 | 3/3/2006 | 0009948166 | |

PAY
ONLY 761683.14

PAY ***Seven Hundred Sixty One Thousand Six Hundred Eighty Three And 14/100 Dollars*** ***$761,683.14***

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent

TO
THE
ORDER
OF     BWC STATE INSURANCE FUND

BY _____

Wachovia, N.A. Bank
Wilmington, DE

VOID AFTER 60 DAYS     SIGNATURE HAS A BLUE-GREEN BACKGROUND I BORDER CONTAINS MICROPRINTING, MP

⑈0009948166⑈ ⑆031100225⑆ 2079950059703⑈

**BWC**

*Better Workers' Compensation*

*Built with you in mind.*

## Invoice/Statement

**Online payment is quick and convenient.** Pay your balance at ohiobwc.com using a credit card or electronic funds transfer. Click Ohio Employers, Quick pay, Accounts receivable balance history.

**Note:** Please read the back of this invoice for additional important information. For other employer information call **1-800-OHIOBWC.**

Bob Taft, Governor    William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

### Policy Information

| | | | | | |
|---|---|---|---|---|---|
| **Policy Number:** | 20005212 | **Invoice Number:** | **70852969** | **Invoice Date:** | **01/20/2006** |
| **Federal ID Number:** | 38-3431131 | **Current Rating Plan:** | **Self Insured** | **Due Date:** | **02/24/2006** |
| **Coverage Status:** | **ACTIVE** | | | | *03/31/06* |

### Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $761,683.14 | $761,683.14 |
| Ending Balance:    BWC | $761,683.14 | $761,683.14 |

RECEIVED FEB 24 2006

RECEIVED FEB 24 2006

RECEIVED FEB 21 2006
DELPHI AUTOMOTIVE SYSTEMS
EMPLOYEE BENEFITS

Please see reverse side for Notes, Definitions and Glossary of Terms.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 70852969 | *03/31/06* 02/24/2006 | $761,683.14 | $ |

*Mail to:*

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000000708529698050000000761683314

12/14/2010   8:41AM



# Current Activity Detail

*Invoice/Statement*

Bob Taft, Governor   William E. Mabe, Administrator/CEO



RECEIVED FEB 24 2006 By

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 70852969 |
| Invoice Date | Due Date |
| 01/20/2006 | 02/24/2006 |

**Mandatory Surplus**

Mandatory Surplus
01/12/2006  07/01/05 to 12/31/05

| | Reported Paid Comp for 2004 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|---|
| | 4,221,020.35 | 2,110,510.18 | 0.070600 | | 149,002.02 |

Transaction Total                                                                    **$149,002.02**

**Safety And Hygiene**

Safety And Hygiene
01/12/2006  07/01/05 to 12/31/05

| | Reported Paid Comp for 2004 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|---|
| | 4,221,020.35 | 2,110,510.18 | 0.009800 | | 20,683.00 |

Transaction Total                                                                    **$20,683.00**

**Guaranty Fund General**

Guaranty Fund General
01/12/2006  07/01/05 to 12/31/05

| | Reported Paid Comp for 2004 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|---|
| | 4,221,020.35 | 2,110,510.18 | 0.134900 | | 284,707.83 |

Transaction Total                                                                    **$284,707.83**

**BWC Administrative Cost**

BWC Administrative Cost
01/12/2006  07/01/05 to 12/31/05

| | Reported Paid Comp for 2004 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|---|
| | 4,221,020.35 | 2,110,510.18 | 0.079000 | | 166,730.31 |

Transaction Total                                                                    **$166,730.31**

**IC Administrative Cost**

IC Administrative Cost
01/12/2006  07/01/05 to 12/31/05

| | Reported Paid Comp for 2004 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|---|
| | 4,221,020.35 | 2,110,510.18 | 0.066600 | | 140,559.98 |

Transaction Total                                                                    **$140,559.98**

Self-Insured Transactions Total                                                      **$761,683.14**

TOTAL MONTHLY ACTIVITY                                                                **$761,683.14**

**National Benefits Center**
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 8/22/2006 | 761,683.12 | 0011324588 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 1 |

40

**SEDGWICK CMS**
**RAQUEL ORIEL/SHEILA GERARD**
**25330 TELEGRAPH RD STE 440**
**SOUTHFIELD, MI 48033-7460**

| Claimant Name | | Loss Date | Claim Number | SSN |
|---------------|--|-----------|--------------|-----|
| Amt Paid: 761683.12 | Description: State Assessment | | | |
| Amt Billed: 761683.12 | Invoice: 75163301 | ICN: | | |
| Dates: 01/01/2006 - 06/30/2006 | Comment: OH BWC Assessment 01/01/06-06/30/06 Comp Pd 2004 - | | | |

*Policy #-2000 5212*

Received

AUG 24 2006

DNBC

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Sedgwick Claims Management Services, Inc.**
**on Behalf of Delphi Automotive Systems**

| ORIGIN | CHECK DATE | CHECK NO. | 62-22/311 |
|--------|-----------|-----------|-----------|
| 1821856 | 8/22/2006 | 0011324588 | |

PAY
ONLY **761683.12**

Seven Hundred Sixty One Thousand Six Hundred Eighty Three And 12/100 Dollars $761,683.12

PAY
TO
THE
ORDER
OF
BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc. Agent
BY

VOID AFTER 90 DAYS

⑈0011324588⑈ ⑆031100225⑆ 20799500597031⑈



# BWC
Better Workers' Compensation
Built with you in mind.

Bob Taft, Governor   William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## *Invoice/Statement*

**Online payment is quick and convenient.** Log on to
**ohiobwc.com**, and click on Ohio Employers, and then
Accounts Receivable balance to pay your balance using a
credit card or electronic funds transfer.

  BWC may turn over balances not paid by the invoice due date
to the Ohio Attorney General's office for collection. Please read
the back of this invoice for additional information. For other
employer information, call **1-800-OHIOBWC**.

Para asistencia en Español, llame a
1-800-644-6292 opcion 9.

## Policy Information

| Policy Number: | 20005212 | Invoice Number: | 75163301 | Invoice Date: | 07/22/2006 |
|---|---|---|---|---|---|
| Federal ID Number: | 38-3431131 | Current Rating Plan: | Self Insured | Due Date: | 08/31/2006 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | | Breakdown | Total |
|---|---|---|---|
| Outstanding Balance: | BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | | |
| Self-Insured Transactions | | $761,683.12 | $761,683.12 |
| Ending Balance: | BWC | $761,683.12 | $761,683.12 |

Received

AUG 0 3 2006

DNBC

Please see reverse side for Notes, Definitions and Glossary of Terms.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 ✓ | 75163301 ✓ | 08/31/2006 | $761,683.12 ✓ | $ 761,683.12 |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

200052120000000751633016050000000761683312

12/14/2010   8:41AM



**BWC**
Better Workers' Compensation
Built with *you* in mind.

*Invoice/Statement*
# Current Activity Detail

Bob Taft, Governor  William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

Received

AUG 0 3 2006

DNBC

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 75163301 |
| Invoice Date | Due Date |
| 07/22/2006 | 08/31/2006 |

Verified SI-40

**Mandatory Surplus**

| Mandatory Surplus | Reported Paid Comp for 2004 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.070600 | 149,002.02 |
| Transaction Total | | | | $149,002.02 |

**Safety And Hygiene**

| Safety And Hygiene | Reported Paid Comp for 2004 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.009800 | 20,683.00 |
| Transaction Total | | | | $20,683.00 |

**Guaranty Fund General**

| Guaranty Fund General | Reported Paid Comp for 2004 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.134900 | 284,707.82 |
| Transaction Total | | | | $284,707.8 |

**BWC Administrative Cost**

| BWC Administrative Cost | Reported Paid Comp for 2004 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.079000 | 166,730.39 |
| Transaction Total | | | | $166,730.3 |

**IC Administrative Cost**

| IC Administrative Cost | Reported Paid Comp for 2004 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.066600 | 140,559.9 |
| Transaction Total | | | | $140,559.8 |
| Self-Insured Transactions Total | | | | $761,683.1 |

TOTAL MONTHLY ACTIVITY $761,883.1

## SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the second (2nd) Invoice/Statement for Self Insured Assessments based on the calendar year 2004 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0706 | $ 13,274.34 | $ 937.17 |
| Administrative Cost Fund | BWC/ACF | .0790 | $ 13,274.34 | $ 1,048.67 |
| Administrative Cost Fund | IC/ACF | .0666 | $ 13,274.34 | $884.07 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 13,274.34 | $ 130.09 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 13,274.34 | $ 1,725.66 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |
| **Guaranty Fund | GFA | .1349 | $ 0.00 | $ 0.00 |

**Self Insuring employer guaranty fund will be assessed for the calendar year 2004 and will be based on a rate of .1349. The guaranty fund is evaluated annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. For the first time since 1995, a guaranty fund assessment is being levied. No minimum balance applies to this assessment.

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the first (1st) half of the calendar year 2005, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2004 and ends June 30, 2005.

## PAYMENT INSTRUCTIONS:

1. The payment must be received by the close of business August 31, 2006 to continue self-insured coverage.

2. Please write your policy number on your check to ensure BWC credits he proper account.

3. Make your check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to:

STATE INSURANCE FUND
BUREAU OF WORKERS' COMPENSATION
CORPORATE PROCESSING DEPARTMENT
COLUMBUS, OH 43271-0977

Overnight payment to:
BUREAU OF WORKERS' COMPENSATION
30 WEST SPRING ST.LEVEL 26
ATTN: ROBERT ADAMS
COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

## ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address.

Ohio Bureau of Workers' Compensation, SIUS
**Attn: Robert Adams**
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 995-7629
Fax (614) 621-1044
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding **DWRF eligibility, calculations, claimant social security changes or notification of claimant death,** must be addressed to:

**Ohio Bureau of Workers' Compensation**
**ATTN: DWRF UNIT**
30 West Spring Street, L-10

Phone (614) 466-4610
Fax (614) 644-7152
Toll free in USA: 1-800-644-6292

**Ohio Bureau of Workers' Compensation**
30 W. Spring St.
Columbus, OH 43215-2256

BWC
Better Workers' Compensation
Faith with you in mind

**Bob Taft**
Governor

ohiobwc.com

**William E. Mabe**
Administrator/CEO

1-800-OHIOBWC

July 2006

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;

2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;

3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;

4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;

5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;

6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.

12/14/2010 8:41AM

**National Benefits Center**
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 2/16/2007 | 750,140.45 | 0012715183 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 1 |

ldulullullmulullulumldulllludllmmldlllldul

29

**SEDGWICK CMS**
ATTN: RAQUEL ORIEL/SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48033-7460

| Claimant Name | | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|---|

```
Amt Paid:    750140.45      Description: State Assessment
Amt Billed:  750140.45      Invoice: 80063083      ICN:
     Dates: 07/01/2006 - 12/31/2006   Comment: OH Assessment - Comp Yr 05 07-01-06 to 12-31-06
```

Received
FEB 2 1 2007
DNBC

Received
FEB 2 2 2007
DNBC

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Sedgwick Claims Management Services, Inc**
**on Behalf of Delphi Automotive Systems**

| | ORIGIN | CHECK DATE | CHECK NO. | 62-22/311 |
|---|---|---|---|---|
| | 1821856 | 2/16/2007 | 0012715183 | |

PAY ONLY 750140.45

*Seven Hundred Fifty Thousand One Hundred Forty And 45/100 Dollars* $750,140.45

PAY
TO
THE
ORDER
OF          BWC STATE INSURANCE FUND

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY

Wachovia, N.A. Bank
Wilmington, DE

VOID AFTER 60 DAYS

SIGNATURE HAS A BLUE-GREEN BACKGROUND - BORDER CONTAINS MICROPRINTING

⑆0012715183⑆ ⑈031100225⑈ 2079950059703⑈

# BWC

**Better Workers' Compensation**

**Built with _you_ in mind.**

Ted Strickland, Governor   William E. Mabe, Administrator/CEO

## Invoice/Statement

**Online payment is quick and convenient.** Log on to **ohiobwc.com**, and click on Ohio Employers, and then Accounts Receivable balance to pay your balance using a credit card or electronic funds transfer.

BWC may turn over balances not paid by the invoice due date to the Ohio Attorney General's office for collection. Please read the back of this invoice for additional information. For other employer information, call **1-800-OHIOBWC**.

Para asistencia en Español, llame a 1-800-644-6292 opción 9.

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| | | | |
|---|---|---|---|
| **Policy Number:** | 20005212 | **Invoice Number:** | 80063083 |
| **Federal ID Number:** | 38-3430473 | **Current Rating Plan:** Self Insured | **Invoice Date:** 01/20/2007 |
| **Coverage Status:** | ACTIVE | | **Due Date:** 02/28/2007 |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $754,993.87 | |
| Payment/Refund Transactions | $4,853.42 cr | $750,140.45 |
| Ending Balance:      BWC | $750,140.45 | $750,140.45 |

Received

FEB 08 2007

DNBC

R E C E I V E D

FEB 0 1 2007

DELPHI AUTOMOTIVE SYSTEMS
EMPLOYEE BENEFITS

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the Invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 80063083 | 02/28/2007 | $750,140.45 | $ 750,140.45 |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

200052120000000800630837050000000750140045



*Invoice/Statement*

# Current Activity Detail

Ted Strickland,Governor   William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

Received

FEB 0 2 2007

DNBC

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 80063083 |
| Invoice Date | Due Date |
| 01/20/2007 | 02/28/2007 |

---

**Mandatory Surplus**

| Mandatory Surplus | Reported Paid Comp for 2005 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.070600 | 143,096.23 |
| Transaction Total | | | | **$143,096.23** |

**Safety And Hygiene**

| Safety And Hygiene | Reported Paid Comp for 2005 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.009800 | 19,863.22 |
| Transaction Total | | | | **$19,863.22** |

**Guaranty Fund General**

| Guaranty Fund General | Reported Paid Comp for 2005 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.134900 | 273,423.25 |
| Transaction Total | | | | **$273,423.25** |

**BWC Administrative Cost**

| BWC Administrative Cost | Reported Paid Comp for 2005 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.082200 | 166,607.80 |
| Transaction Total | | | | **$166,607.80** |

**IC Administrative Cost**

| IC Administrative Cost | Reported Paid Comp for 2005 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.072600 | 147,149.95 |
| Transaction Total | | | | **$147,149.95** |

| | Balance |
|---|---|
| **Claim Expense Adjustment** | |
| 12/27/2006 | 4,853.42 |
| Transaction Total | **$4,853.42** |
| **Self-Insured Transactions Total** | **$754,993.87** |

---

**1-800-OHIO BWC**

www.ohiobwc.com

12/14/2010  8:41AM

Dec-14-2010 09:40am From-sedgwick cms +2482082359 T-620 P.074/074 F-939
05-44481-rdd Doc 21008 Filed 12/15/10 Entered 12/15/10 15:37:20 Main Document Pg 54 of 81



# Current Activity Detail

Ted Strickland, Governor   William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 80063083 |
| Invoice Date | Due Date |
| 01/20/2007 | 02/28/2007 |

| Payment | | Balance |
|---|---|---|
| 12/19/2006 | | 4,853.42 cr |
| **Transaction Total** | | **$4,853.42 cr** |
| Payment/Refund Transactions Total | | $4,853.42 cr |
| TOTAL MONTHLY ACTIVITY | | $750,140.45 |

National Benefits Center
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 5/15/2007 | 506,491.28 | 0013429147 |

| PAYEE | TAX ID |
|---|---|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|---|---|
| 182 National Benefits Center | 1 |

54

SEDGWICK CMS
ATTN: RAQUEL ORIEL/SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48033-7460

| Claimant Name | | Loss Date | Claim Number | SSN |
|---|---|---|---|---|

Amt Paid: 506491.28       Description: State Assessment
Amt Billed: 506491.28       Invoice: 82625916       ICN:
Dates: 05/14/2007 - 05/14/2007       Comment: OH Assessemnt - Guaranty Fund High Risk - 20005212

Received

MAY 1 8 2007

DNBC

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | CHECK DATE | CHECK NO. | 62-22/311 |
|---|---|---|---|
| 1821856 | 5/15/2007 | 0013429147 | |

PAY ONLY 506491.28

*Five Hundred Six Thousand Four Hundred Ninety One And 28/100 Dollars*       $506,491.28

PAY
TO
THE
ORDER
OF

BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

Bob Blankenship

VOID AFTER 60 DAYS

SIGNATURE HAS A BLUE-GREEN BACKGROUND - BORDER CONTAINS MICROPRINTING   MP

⑈0013429147⑈ ⑈031100225⑈ 2079950059703⑈

# BWC
**Better Workers' Compensation**
**Built with *you* in mind.**

## *Invoice/Statement*

**Online payment is quick and convenient.** Log on to
**ohiobwc.com**, and click on Ohio Employers, and then
Accounts Receivable balance to pay your balance using a
credit card or electronic funds transfer.

BWC may turn over balances not paid by the invoice due date
to the Ohio Attorney General's office for collection. Please read
the back of this invoice for additional information. For other
employer information, call 1-800-OHIOBWC

Para asistencia en Español, llame a
1-800-644-6292 opción 9.

Ted Strickland, Governor
Tina Kielmeyer, Acting Administrator/CEO

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

R E C E I V E D
MAY 0 5 2007
DELPHI AUTOMOTIVE SYSTEMS

## Policy Information

| | | | |
|---|---|---|---|
| Policy Number: | 20005212 | Invoice Number: | 82625916 |
| Federal ID Number: | 38-3430473 | Current Rating Plan: Self Insured | Invoice Date: 04/25/2007 |
| Coverage Status: | ACTIVE | | Due Date: 05/23/2007 |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $506,491.28 | $506,491.28 |
| Ending Balance: BWC | $506,491.28 | $506,491.28 |

Received

MAY 1 0 2007

DNBC

Please see reverse side for Notes, Definiti ons and Glossary of
Terms.

Please detach and return with your chec k payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 82625916 | 05/23/2007 | $506,491.28 | $ 506,491.28 |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000000826259161050000000506491128

12/14/2010 8:41AM



*Invoice/Statement*

# *Current Activity Detail*

Ted Strickland, Governor
Tina Kielmeyer, Acting Administrator/CEO

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 82625916 |
| Invoice Date | Due Date |
| 04/25/2007 | 05/23/2007 |

| | Balance |
|---|---|
| **Guaranty Fund High Risk** | |
| 04/16/2007 — Review 2006 | 263,268.22 |
| 04/17/2007 — Review 2005 | 243,223.06 |
| Transaction Total | $506,491.28 |
| Self-Insured Transactions Total | $506,491.28 |
| **TOTAL MONTHLY ACTIVITY** | $506,491.28 |

6% of SI-40 Total

Received

MAY 1 0 2007

DNBC

**1-800-OHIO BWC**

**Sedgwick Claims Management Services, Inc**
P.O. Box 14422
Lexington KY 40512-4422

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 2/19/2008 | 589,501.43 | 0015708343 |

| PAYEE | TAX ID |
|---|---|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|---|---|
| 182 Sedgwick Claims Management Services | 1 |

94

SEDGWICK CMS
ATTN: SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48033-7460

| Claimant Name | | Loss Date | Claim Number | SSN |
|---|---|---|---|---|
| Amt Paid: 589501.43 | Description: State Assessment | | | |
| Amt Billed: 589501.43 | Invoice: 89939350 | ICN: | | |
| Dates: 07/01/2007 - 12/31/2007 | Comment: OH Assessment - 7/1/07 thru 12/31/07 - Delphi 2000. | | | |

RECEIVED

FEB 21 2008

DNBC

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | CHECK DATE | CHECK NO. |
|---|---|---|
| 1821856 | 2/19/2008 | 0015708343 |

VOID

PAY ONLY 589501 43

PAY *Five Hundred Eighty Nine Thousand Five Hundred One And 43/100 Dollars* $589,501.43

TO
THE
ORDER
OF     BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc., Agent
BY:

VOID AFTER 60 DAYS

SIGNATURE HAS A BLUE-GREEN BACKGROUND. BORDER CONTAINS MICROPRINTING. MP

⑈0015708343⑈ ⑆031100225⑆ 207995005970⑈
02/21/2008  1:44PM

12/14/2010  8:41AM



Ted Strickland, Governor
Marsha P. Ryan, Administrator

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Invoice/Statement

Online payment is quick and convenient. Log on to ohiobwc.com, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic information or by completing the appropriate policy update *Notification of Policy Update* (U-117) or *Notification of Business Acquisition/ Merger/ Purchase/Sale* (U-118). You can also call **1-800-OHIOBWC** for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

### Policy information

| Policy number: | 20005212 | Invoice number: | 89939350 | Invoice date: | 01/19/2008 |
|---|---|---|---|---|---|
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 02/29/2008 |
| Coverage status: | ACTIVE | | | | |

### Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity – Detail Attached Self-Insured Transactions | $589,501.43 | $589,501.43 |
| Ending Balance: BWC | $589,501.43 | $589,501.43 ✓ |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 89939350 | 02/29/2008 | $589,501.43 | $ *589,501.43* |

Mail to:
**BWC State Insurance Fund**
*Corporate Processing Dept.*
*Columbus, OH 43271-0977*

Reminder – if you have not already reported your payroll and paid your premium for the period ending 12/31/2007, you must do so by 02/28/2008 to avoid a lapse in coverage.

200052120000000089393501050000005895 0143

02/21/2008  1:44PM

12/14/2010  8:41AM



**BWC**
*Better Workers' Compensation*
Built with *you* in mind.

Invoice/Statement

# Current Activity Detail

Ted Strickland, Governor
Marsha P. Ryan, Administrator

| Policy number | Invoice number |
|---|---|
| 20005212 | 89939350 ✓ |
| Invoice date | Due date |
| 01/19/2008 | 02/29/2008 |

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

---

**Mandatory Surplus**

Mandatory Surplus ✓
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.045000 | | 98,725.58 |

Transaction Total — $98,725.58

**Safety And Hygiene**

Safety And Hygiene
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.009800 | | 21,500.24 |

Transaction Total — $21,500.24

**Guaranty Fund General**

Guaranty Fund General
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.052700 | | 115,618.63 |

Transaction Total — $115,618.63

**BWC Administrative Cost**

BWC Administrative Cost
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.082200 | | 180,338.73 |

Transaction Total — $180,338.73

**IC Administrative Cost**

IC Administrative Cost
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | | Balance |
|---|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.079000 | | 173,318.25 |

Transaction Total — $173,318.25

Self-Insured Transactions Total — $589,501.43

TOTAL MONTHLY ACTIVITY — $589,501.43

---

## Self-Insured Assessment Information Sheet

Along with this information sheet, the Ohio Bureau of Workers' Compensation (BWC) has enclosed your first invoice/statement for the self-insured assessments for the 7-1-07 to 12-31-07 period based on compensation paid during the 2006 calendar year. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment description | | Fiscal year rate | Calendar year minimum paid compensation | Fiscal year minimum assessment |
|---|---|---|---|---|
| Surplus Fund (mandatory) | SURPF | .0450 | $13,888.89 | $625.00 |
| Administrative Cost Fund | BWC/ACF | .0822 | $ 13,888.89 | $ 1,141.67 |
| Administrative Cost Fund | IC/ACF | .0790 | $ 13,888.89 | $1,097.22 |
| Division of Safety & Hygiene Fund | SANDH | .0098 | $ 13,888.89 | $ 136.11 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 13,888.89 | $ 1,805.56 |
| Surplus Handicap Fund | HANDI | .2480 | $ 13,888.89 | $3,444.44 |
| Guaranty Fund* | GFA | .0527 | $ 0 | $ 0 |
| Surplus Fund (Disallowed Claims Reimbursement) | CLMRE | .0236 | $0 | $ 0 |

*BWC assesses the self-insuring employer Guaranty Fund for the 2006 calendar year on a rate of 0.0527. BWC evaluates the Guaranty Fund annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. No minimum compensation applies to this assessment. In calculating the Disabled Workers' Relief Fund (DWRF), BWC assesses 100 percent of the benefits paid to the claimants.

NOTE: BWC prorated the assessment of employers granted self insurance during the second half of the 2007 calendar year based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2007, and ends June 30, 2008.

### Payment instructions

1. BWC must receive your payment by the close of business Feb. 29, 2008, to continue your self-insured coverage.

2. Please write your policy number on your check to ensure BWC credits the proper account.

3. Make your check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your invoice/statement and mail it with your check in the enclosed self-addressed envelope to:

State Insurance Fund
Ohio Bureau of Workers' Compensation
Corporate Processing Department
Columbus, OH 43271-0977

Overnight payment to:
Ohio Bureau of Workers' Compensation
30 W. Spring St., 26th Floor
Attn: Robert Adams
Columbus, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

### Additional information

Send questions, protests or disputes regarding this assessment billing to the address below.

Ohio Bureau of Workers' Compensation, SIUS
Attn: Robert Adams
30 W. Spring St., 26th Floor
Columbus, OH 43215-2256

Phone: (614) 995-7629
Fax: (614) 621-1044
Toll free: 1-800-OHIOBWC
(Press option 2, then 3)

Address any questions, protests or disputes regarding DWRF eligibility, calculations, claimant Social Security changes or notification of claimant death to:

Ohio Bureau of Workers' Compensation
Attn: DWRF Unit
30 W. Spring St., 10th Floor
Columbus, OH 43215-2256

Phone: (614) 466-4610
Fax: (614) 644-7152
Toll free in USA: 1-800-644-6292

| Ohio Bureau of Workers' Compensation | | Ted Strickland | Marsha P. Ryan |
|---|---|---|---|
| 30 W. Spring St. | | Governor | Administrator |
| Columbus, OH 43215-2256 | BWC | ohiobwc.com | 1-800-OHIOBWC |

January, 2008

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;

2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;

3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;

4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;

5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;

6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.

Sedgwick Claims Management Services, Inc
P.O. Box 14422
Lexington KY 40512-4422

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 05/14/2008 | 145,267.40 | 0016603690 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 Sedgwick Claims Management Services | 001 |

*000090    0016603690 00016 OF 00036 OAM 080514 1018

SEDGWICK CMS
25330 TELEGRAPH ROAD - STE 440
ATTN: SHEILA GERARD
SOUTHFIELD, MI 48033

RECEIVED

MAY 16 2008

DNBC

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

Amt Paid:     145267.40     Description: State Assessment
Amt Billed:   145267.40     Invoice: 92696778     ICN:
   Dates: 05/13/2008 - 05/13/2008     Comment: Ohio Guaranty Fund High Risk Assessment - Delphi 2000

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

EI591-PRM (02-28-01)

---

ORIGINAL DOCUMENT IS PRINTED ON CHEMICAL-REACTIVE PAPER WITH MICROPRINTED BORDER. NO CASH IF THE WORD VOID IS VISIBLE

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|--------|------|-----------|-------|
| 1821856 | 05/14/2008 | 0016603690 | 311 |

00009D 00000 00000 0016603690 00016 OF 00036 OAM 080514 1018

PAY ONLY    1 4 5 2 6 7 40
ONE FOUR FIVE TWO SIX SEVEN

PAY    *ONE HUNDRED FORTY FIVE THOUSAND TWO HUNDRED SIXTY*
       *SEVEN AND 40/100 DOLLARS*

$145267.40

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

TO
THE
ORDER    BWC STATE INSURANCE FUND
OF

Wachovia, N.A. Bank
Wilmington, DE                    VOID AFTER 60 DAYS

THIS DOCUMENT CONTAINS A TRUE WATERMARK. DO NOT CASH IF THE WATERMARK IS NOT VISIBLE. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES.

⑆0016603690⑆ ⑈031100225⑈ 2079950059303⑆

# BWC
**Better Workers' Compensation**
**Built with _you_ in mind.**

# Invoice/Statement

**Online payment is quick and convenient.** Log on to ohiobwc.com, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic Information or by completing the appropriate policy update *Notification of Policy Update* (U-117) or *Notification of Business Acquisition/ Merger/ Purchase/Sale* (U-118). You can also call **1-800-OHIOBWC** for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

Ted Strickland, Governor
Marsha P. Ryan, Administrator

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

## Policy information

| Policy number: | 20005212 | Invoice number: | 92696778 | Invoice date: | 04/28/2008 |
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 05/26/2008 |
| Coverage status: | ACTIVE | | | | |

## Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $145,267.40 | $145,267.40 |
| Ending Balance: BWC | $145,267.40 | $145,267.40 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the **Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.**
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 92696778 | 05/26/2008 | $145,267.40 | $ |

*Mail to:*

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000009269677850500000014526740



# Current Activity Detail

Ted Strickland, Governor
Marsha P. Ryan, Administrator

| Policy number | Invoice number |
|---|---|
| 20005212 | 92696778 |
| Invoice date | Due date |
| 04/28/2008 | 05/26/2008 |

**DELPHI CORPORATION**
**PO BOX 5060**
**SOUTHFIELD MI 48086-5060**

| | Balance |
|---|---|
| **Guaranty Fund High Risk** | |
| 04/07/2008 | 145,267.40 |
| Transaction Total | **$145,267.40** |
| Self-Insured Transactions Total | **$145,267.40** |
| TOTAL MONTHLY ACTIVITY | **$145,267.40** |

**Sedgwick Claims Management Services, Inc**
P.O. Box 14422
Lexington KY 40512-4422

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 08/25/2008 | 589,501.41 | 0017719288 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | *****0201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 Sedgwick Claims Management Services | 001 |

*000095    0017719288 00063 OF 00065 0AM 080825 1004

SEDGWICK CMS
25330 TELEGRAPH ROAD – SUITE 440
ATTN: SHEILA GERARD / KIM PRONOVICH
SOUTHFIELD, MI 48033

RECEIVED
AUG 27 2008
DNBC

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|

Amt Paid:     589501.41     Description: State Assessment
Amt Billed:   589501.41        Invoice: 95059731      ICN:
   Dates: 01/01/2008 – 06/30/2008     Comment: Ohio Semi Annual Assessment 1/1/08 – 6/30/08 – 200052

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

6199I.FRM (02-28-01)

| Sedgwick Claims Management Services, Inc on Behalf of Delphi Automotive Systems | ORIGIN 1821856 | DATE 08/25/2008 | CHECK NO 0017719288 | 62-22 311 |

PAY ONLY   $589501.41

000095 00000 00000 0017719288 00063 OF 00065 0AM 080825 1004

PAY    *FIVE HUNDRED EIGHTY NINE THOUSAND FIVE HUNDRED*
       *ONE AND 41/100 DOLLARS*

                                                          $589501.41
                                          Delphi Automotive Systems, Principal
                                          Sedgwick Claims Management Services, Inc, Agent
TO                                        BY:
THE     BWC STATE INSURANCE FUND
ORDER
OF

Wachovia, N.A. Bank
Wilmington, DE                VOID AFTER 60 DAYS

⑈0017719288⑈ ⑆031100225⑆ 207950059203⑈

12/14/2010   8:41AM

# Invoice/Statement

**BWC**

*Better Workers' Compensation*

**Built with *you* in mind.**

Ted Strickland, Governor
Marsha P. Ryan, Administrator

RECEIVED
JUL 29 2008
DNBC

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

Online payment is quick and convenient. Log on to ohiobwc.com, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic Information or by completing the appropriate policy update *Notification of Policy Update* (U-117) or *Notification of Business Acquisition/Merger/Purchase/Sale* (U-118). You can also call **1-800-OHIOBWC** for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

## Policy information

| Policy number: | 20005212 | Invoice number: | 95059731 | Invoice date: | 07/22/2008 |
|---|---|---|---|---|---|
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 08/31/2008 |
| Coverage status: | ACTIVE | | | | |

## Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $589,501.41 | $589,501.41 |
| Ending Balance: BWC | $589,501.41 | $589,501.41 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 95059731 | 08/31/2008 | $589,501.41 | $ *589,501.41* |

*Mail to:*

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

20005212000000009505973160500000058950141

**NOTE: Failure to pay the balance due may result in further action. Failure to pay may also impact your coverage, your acceptance into alternative rating programs or your ability to qualify for self-insurance.**

## Account balances

**Appealed** - Amount formally disputed by an employer

**Attorney general** - Delinquent amount certified to the Office of the Attorney General of Ohio for collection

**BWC balance** - Amount due to or from BWC

## Coverage status

**Active** - BWC insurance coverage in force

**Combined** - BWC policy has been transfered into a successor policy

**Canceled** - BWC insurance coverage canceled or no longer in force

**Lapsed** - BWC insurance coverage not in force due to non-payment of premium

**No coverage** - Employer has not filed for BWC insurance coverage or BWC insurance is not in force

**Reinstated** - BWC insurance coverage back in force after a period of coverage lapse

**Total experience-only transfer** - Transfer of BWC rate experience to a successor policy

## Billing descriptions/Terms

**Audit adjustment** - Bill or credit generated as the result of a premium audit

**Attorney general (AG) interest** - Interest billed as a result of past-due premiums that are certified to the AG

**Class code** - The code number assigned to a manual classification. RN stands for Regular NCCI. SN stands for Elective NCCI. RS stands or Regular BWC. SS stands for Elective BWC.

**Invoice date/Due date** - The Invoice and Due dates do NOT apply to payroll (current or non-current) balances. The due date identified on your original payroll reports applies to your payroll balance. If you do not pay your premium by the payroll due date, your coverage may lapse and you may incur late payment penalties.

**Payroll current** - Payroll reported timely

**Payroll non-current** - Payroll reported after the due date

**Estimated payroll** - Amount estimated by BWC because of an employer's failure to report actual payroll

**Non-compliance claim** - Billings related to claims occurring when coverage is not in force

**Payroll adjustment** - Premium billed due to changes in payroll (excluding audit adjustments)

**Penalties** - Amount charged for late filing or late payment of premiums

**Premium cap** - Limit placed on the increase allowed if the NCCI manual class premium is greater than the BWC manual class premium.

**Rate adjustment** - Premium changes due to rating plan participation, payroll changes, claims cost changes or other events that alter an employer's experience modifier.

**Premium security deposit** - Funds required and held by BWC as a deposit. ($1,000 maximum)

**Prior to coverage** - Premiums due based on wages paid by an employer prior to the effective date of coverage.

**Retrospective rating** - Program in which the employer agrees to assume a portion of the claims liability for a possible future reduction in premiums

## Credit Card Payment Information

| ☐VISA VISA | ☐MASTERCARD | ☐AMEX |
|---|---|---|

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit card account no.

_____

Amount to be paid

Expiration date

Date

Signature

Print name as it appears on credit card

| Bank Use Only |
|---|



**BWC**
Better Workers' Compensation
Built with *you* in mind.

Invoice/Statement

# Current Activity Detail

Ted Strickland, Governor
Marsha P. Ryan, Administrator

RECEIVED

JUL 29 2008

DNBC

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

| Policy number | Invoice number |
|---|---|
| 20005212 | 95059731 |
| Invoice date | Due date |
| 07/22/2008 | 08/31/2008 |

## Mandatory Surplus

| | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus**<br>07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.045000 | 98,725.58 |
| Transaction Total | | | | **$98,725.58** |

## Safety And Hygiene

| | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Safety And Hygiene**<br>07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.009800 | 21,500.24 |
| Transaction Total | | | | **$21,500.24** |

## Guaranty Fund General

| | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Guaranty Fund General**<br>07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.052700 | 115,618.62 |
| Transaction Total | | | | **$115,618.62** |

## BWC Administrative Cost

| | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **BWC Administrative Cost**<br>07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.082200 | 180,338.73 |
| Transaction Total | | | | **$180,338.73** |

## IC Administrative Cost

| | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **IC Administrative Cost**<br>07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.079000 | 173,318.24 |
| Transaction Total | | | | **$173,318.24** |
| Self-Insured Transactions Total | | | | **$589,501.41** |
| **TOTAL MONTHLY ACTIVITY** | | | | **$589,501.41** |

**1-800-OHIOBWC**

**ohiobwc.com**

12/14/2010  8:41AM

## Self-Insured Assessment Information Sheet

Along with this information sheet, the Ohio Bureau of Workers' Compensation (BWC) has enclosed your second invoice/statement for the self-insured assessments for the 01/01/08 to 06/30/08 period based on compensation paid during the 2006 calendar year. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

RECEIVED
JUL 29 2008
DNBC

| Assessment description | | Fiscal year rate | Calendar year minimum paid compensation | Fiscal year minimum assessment |
|---|---|---|---|---|
| Surplus Fund (mandatory) | SURPF | .0450 | $13,888.89 | $625.00 |
| Administrative Cost Fund | BWC/ACF | .0822 | $ 13,888.89 | $ 1,141.67 |
| Administrative Cost Fund | IC/ACF | .0790 | $ 13,888.89 | $1,097.22 |
| Division of Safety & Hygiene Fund | SANDH | .0098 | $ 13,888.89 | $ 136.11 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 13,888.89 | $ 1,805.56 |
| Surplus Handicap Fund | HANDI | .2480 | $ 13,888.89 | $3,444.44 |
| Guaranty Fund* | GFA | .0527 | $ 0 | $ 0 |
| Surplus Fund (Disallowed Claims Reimbursement) | CLMRE | .0236 | $0 | $ 0 |

*BWC assesses the self-insuring employer Guaranty Fund for the 2006 calendar year on a rate of 0.0527. BWC evaluates the Guaranty Fund annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. No minimum compensation applies to this assessment. In calculating the Disabled Workers' Relief Fund (DWRF), BWC assesses 100 percent of the benefits paid to the claimants.

**NOTE:** BWC prorated the assessment of employers granted self insurance during the second half of the 2007 calendar year based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2007, and ends June 30, 2008.

**Payment instructions**

1. BWC must receive your payment by the close of business Aug. 31, 2008, to continue your self-insured coverage.

2. Please write your policy number on your check to ensure BWC credits the proper account.

3. Make your check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your invoice/statement and mail it with your check in the enclosed self-addressed envelope to:

| | |
|---|---|
| State Insurance Fund | Overnight payment to: |
| Ohio Bureau of Workers' Compensation | Ohio Bureau of Workers' Compensation |
| Corporate Processing Department | 30 W. Spring St., 26th Floor |
| Columbus, OH 43271-0977 | Attn: Robert Adams |
| | Columbus, OH 43215-2256 |

5. Keep the billing and the claims payment detail (if applicable) for your records.

**Additional information**
Send questions, protests or disputes regarding this assessment billing to the address below.

| | |
|---|---|
| Ohio Bureau of Workers' Compensation, SIUS | Phone: (614) 995-7629 |
| Attn: Robert Adams | Fax: (614) 621-1044 |
| 30 W. Spring St., 26th Floor | Toll free: 1-800-OHIOBWC |
| Columbus, OH 43215-2256 | (Press option 2, then 3) |

Address any questions, protests or disputes regarding DWRF eligibility, calculations, claimant Social Security changes or notification of claimant death to:

| | |
|---|---|
| Ohio Bureau of Workers' Compensation | Phone: (614) 466-4610 |
| Attn: DWRF Unit | Fax:   (614) 644-7152 |
| 30 W. Spring St., 10th Floor | Toll free in USA: 1-800-644-6292 |
| Columbus, OH 43215-2256 | |

**Ohio Bureau of Workers' Compensation**
30 W. Spring St.
Columbus, OH 43215-2256

BWC.

| Ted Strickland | Marsha P. Ryan |
|---|---|
| Governor | Administrator |
| ohiobwc.com | 1-800-OHIOBWC |

RECEIVED

JUL 29 2008

DNBC

July, 2008

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;

2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;

3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;

4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;

5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;

6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.

Dec-14-2010 09:36am From-sedgwick cms +2482082359 T-620 P.064/074 F-939
05-44481-rdd Doc 21008 Filed 12/15/10 Entered 12/15/10 15:37:20 Main Document
Wachovia Connection Image Viewer Pg 72 of 81 Page 1 of 1



# Invoice/Statement

*Check #19375259 3/2/09*

# Ohio   Bureau of Workers' Compensation

Online payment is quick and convenient. Log on to ohiobwc.com, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic Information or by completing the appropriate policy update Notification of Policy Update (U-117) or Notification of Business Acquisition/Merger/Purchase/Sale (U-118). You can also call 1-800-OHIOBWC for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy information

| Policy number: | 20005212 | Invoice number: | 100100276 | Invoice date: | 01/16/2009 |
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 02/28/2009 |
| Coverage status: | ACTIVE | | | | |

## Billing summary

| | | Breakdown | Total |
|---|---|---|---|
| Outstanding Balance: BWC | | $0.00 | $0.00 |
| | | | |
| Current Activity - Detail Attached | | | |
| Self-Insured Transactions | | $333,630.82 | $333,630.82 |
| | | | |
| Ending Balance:   BWC | | $333,630.82 | $333,630.82 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
**Please write your policy number on your check.**

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 100100276 | 02/28/2009 | $333,630.82 | $ _____ |

*Mail to:*
*BWC State Insurance Fund*
*Corporate Processing Dept.*
*Columbus, OH 43271-0977*

20005212000000100100276105000000033363082

NOTE: Failure to pay the balance due may result in further action. Failure to pay may also impact your coverage, your acceptance into alternative rating programs or your ability to qualify for self-insurance.

## Account balances

**Appealed** - Amount formally disputed by an employer

**Attorney general** - Delinquent amount certified to the Office of the Attorney General of Ohio for collection

**BWC balance** - Amount due to or from BWC

## Coverage status

**Active** - BWC insurance coverage in force

**Combined** - BWC policy has been transfered into a successor policy

**Canceled** - BWC insurance coverage canceled or no longer in force

**Lapsed** - BWC insurance coverage not in force due to non-payment of premium

**No coverage** - Employer has not filed for BWC insurance coverage or BWC insurance is not in force

**Reinstated** - BWC insurance coverage back in force after a period of coverage lapse

**Total experience-only transfer** - Transfer of BWC rate experience to a successor policy

## Billing descriptions/Terms

**Audit adjustment** - Bill or credit generated as the result of a premium audit

**Attorney general (AG) interest** - Interest billed as a result of past-due premiums that are certified to the AG

**Class code** - The code number assigned to a manual classification. RN stands for Regular NCCI, SN stands for Elective NCCI, RS stands for Regular BWC. SS stands for Elective BWC.

**Invoice date/Due date** - The Invoice and Due dates do NOT apply to payroll (current or non-current) balances. The due date identified on your original payroll reports applies to your payroll balance. If you do not pay your premium by the payroll due date, your coverage may lapse and you may incur late payment penalties.

**Payroll current** - Payroll reported timely

**Payroll non-current** - Payroll reported after the due date

**Estimated payroll** - Amount estimated by BWC because of an employer's failure to report actual payroll

**Non-compliance claim** - Billings related to claims occurring when coverage is not in force

**Payroll adjustment** - Premium billed due to changes in payroll (excluding audit adjustments)

**Penalties** - Amount charged for late filing or late payment of premiums

**Premium cap** - Limit placed on the increase allowed if the NCCI manual class premium is greater than the BWC manual class premium.

**Rate adjustment** - Premium changes due to rating plan participation, payroll changes, claims cost changes or other events that alter an employer's experience mod.ifier.

**Premium security deposit** - Funds required and held by BWC as a deposit. ($1,000 maximum)

**Prior to coverage** - Premiums due based on wages paid by an employer prior to the effective date of coverage

**Retrospective rating** - Program in which the employer agrees to assume a portion of the claims liability for a possible future reduction in premiums

## Credit Card Payment Information

| ☐VISA | ☐MASTERCARD | ☐AMEX |
|-------|-------------|-------|

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit card account no.

Amount to be paid _____

Expiration date _____

Date _____

Signature _____

Print name as it appears on credit card _____

| | Bank Use Only |
|---|---|



**Ohio** | **Bureau of Workers' Compensation**

30 W. Spring St.
Columbus, OH 43215-2256

Governor Ted Strickland
Administrator Marsha P. Ryan

ohiobwc.com
1-800-OHIOBWC

January, 2009

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;
2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;
3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;
4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;
5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;
6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.

Invoice/Statement

# Current Activity Detail

**Ohio** | Bureau of Workers' Compensation

| Policy number | Invoice number |
|---|---|
| 20005212 | 100100276 |
| Invoice date | Due date |
| 01/16/2009 | 02/28/2009 |

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Mandatory Surplus

| Mandatory Surplus | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009  07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.045000 | 54,475.28 |
| Transaction Total | | | | **$54,475.28** |

## Safety And Hygiene

| Safety And Hygiene | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009  07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.009800 | 11,863.51 |
| Transaction Total | | | | **$11,863.51** |

## Guaranty Fund General

| Guaranty Fund General | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009  07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.052700 | 63,796.60 |
| Transaction Total | | | | **$63,796.60** |

## BWC Administrative Cost

| BWC Administrative Cost | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009  07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.084700 | 102,534.58 |
| Transaction Total | | | | **$102,534.58** |

## IC Administrative Cost

| IC Administrative Cost | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009  07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.083400 | 100,960.85 |
| Transaction Total | | | | **$100,960.85** |
| Self-Insured Transactions Total | | | | **$333,630.82** |

| TOTAL MONTHLY ACTIVITY | $333,630.82 |
|---|---|

Sedgwick Claims Management Services, Inc
P.O. Box 14422
Lexington KY 40512-4422

**RECEIVED**

**AUG 03 2009**

**DNBC**

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 07/30/2009 | 333,630.78 | 0021250517 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | *****0201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 Sedgwick Claims Management Services | 001 |

000095        0021250517 00043 OF 00083 OAM 090730 1016

SEDGWICK CMS
25330 TELEGRAPH ROAD - SUITE 440
ATTN: TAKELA HARRIS/SHEILA GERARD
SOUTHFIELD, MI 48033

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|

```
    Amt Paid:    333630.78        Description: State Assessment
    Amt Billed:  333630.78        Invoice: 105234491       ICN:
    Dates: 01/01/2009 - 06/30/2009   Comment: Delphi - OH semi-annual assessment - 20005212
```

lestions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.
E1791.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|--------|------|-----------|-------|
| 182185G | 07/30/2009 | 0021250517 | 311 |

**PAY ONLY** 333630*78

000095 00000 00000 0021250517 00043 OF 00083 OAM 090730 1016

PAY     *THREE HUNDRED THIRTY THREE THOUSAND SIX HUNDRED*
        *THIRTY AND 78/100 DOLLARS*

$333630.78

Delphi Automotive Systems Municipal
Sedgwick Claims Management Services, Inc, Agent
BY:

TO
THE
ORDER
OF     BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE                    VOID AFTER 60 DAYS

⑆0021250517⑆ ⑇031100225⑇ 2079950059703⑈

12/14/2010  8:41AM

# Invoice/Statement

## Ohio | Bureau of Workers' Compensation

RECEIVED
JUL 2 8 2009
DNBC

**Online payment is quick and convenient.** Log on to ohiobwc.com, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic Information or by completing the appropriate policy update Notification of Policy Update (U-117) or Notification of Business Acquisition/Merger/Purchase/Sale (U-118). You can also call **1-800-OHIOBWC** for employer information.  Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

Para asistencia en Espanol, llame a  1-800-644-6292 opcion 9.

MARK FRAYLICK
DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

### Policy information

| Policy number: | 20005212 | Invoice number: | 105234491 | Invoice date: | 07/17/2009 |
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 08/31/2009 |
| Coverage status: | ACTIVE | | | | |

### Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $333,630.78 | $333,630.78 |
| Ending Balance:   BWC | $333,630.78 | $333,630.78 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 105234491 | 08/31/2009 | $333,630.78 | $ |

Mail to:
BWC State Insurance Fund
Corporate Processing Dept.
Columbus. OH 43271-0977

2000521200000010523449100500000003363078

12/14/2010  8:41AM

# Ohio | Bureau of Workers' Compensation

RECEIVED **Current Activity Detail**

JUL 28 2009

DNBC

MARK FRAYLICK
DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

| Policy number | Invoice number |
|---|---|
| 20005212 | 105234491 |
| Invoice date | Due date |
| 07/17/2009 | 08/31/2009 |

| | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus** 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.045000 | 54,475.27 |
| Transaction Total | | | | **$54,475.27** |
| **Safety And Hygiene** 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.009800 | 11,863.50 |
| Transaction Total | | | | **$11,863.50** |
| **Guaranty Fund General** 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.052700 | 63,796.60 |
| Transaction Total | | | | **$63,796.60** |
| **BWC Administrative Cost** 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.084700 | 102,534.57 |
| Transaction Total | | | | **$102,534.57** |
| **IC Administrative Cost** 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.083400 | 100,960.84 |
| Transaction Total | | | | **$100,960.84** |
| Self-Insured Transactions Total | | | | **$333,630.78** |
| TOTAL MONTHLY ACTIVITY | | | | **$333,630.78** |

**1-800-OHIOBWC**

**ohiobwc.com**

12/14/2010  8:41AM

## Self-Insured Assessment Information Sheet

Along with this information sheet, the Ohio Bureau of Workers' Compensation (BWC) has enclosed your second RECEIVED invoice/statement for the self-insured assessments based on compensation paid during the 2007 calendar year. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other JUL 2 8 2009 important information.

DNBC

| Assessment description | | Fiscal year rate | Calendar year minimum paid compensation | Fiscal year minimum assessment |
|---|---|---|---|---|
| Surplus Fund (mandatory) | SURPF | .0450 | $13,458.95 | $605.65 |
| Administrative Cost Fund | BWC/ACF | .0847 | $ 13,458.95 | $ 1,139.97 |
| Administrative Cost Fund | IC/ACF | .0834 | $ 13,458.95 | $1,122.48 |
| Division of Safety & Hygiene Fund | SANDH | .0098 | $ 13,458.95 | $ 131.90 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 13,458.95 | $ 1,749.66 |
| Surplus Handicap Fund | HANDI | .2480 | $ 13,458.95 | $3,337.82 |
| Guaranty Fund* | GFA | .0527 | $ 0 | $ 0 |
| Surplus Fund (Disallowed Claims Reimbursement) | CLMRE | .0285 | $0 | $ 0 |

*BWC assesses the self-insuring employer Guaranty Fund for the 2007 calendar year on a rate of 0.0527. BWC evaluates the Guaranty Fund annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. No minimum balance applies to this assessment. In calculating the Disabled Workers' Relief Fund (DWRF), BWC assesses 100 percent of the benefits paid to the claimants.

**NOTE:** BWC prorated the assessment of employers granted self insurance during the first half of the 2008 calendar year based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2008, and ends June 30, 2009.

### Payment instructions

1. BWC must receive your payment by the close of business Aug.31, 2009, to continue your self-insured coverage.

2. Please write your policy number on your check to ensure BWC credits the proper account.

3. Make your check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your invoice/statement and mail it with your check in the enclosed self-addressed envelope to:



State Insurance Fund
Ohio Bureau of Workers' Compensation
Corporate Processing Department
Columbus, OH 43271-0977

Overnight payment to:
Ohio Bureau of Workers' Compensation
30 W. Spring St., 27th Floor
Attn: Robert Adams
Columbus, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

6. For faster service, you may make your payment online @ www.ohiobwc.com.

### Additional information

Send questions, protests or disputes regarding this assessment billing to the address below.

Ohio Bureau of Workers' Compensation, SIUS
Attn: Robert Adams
30 W. Spring St., 26th Floor
Columbus, OH 43215-2256

Phone: (614) 995-7629
Fax: (614) 621-1044
Toll free: **1-800-OHIOBWC**
(Press option 2, then 3)

Address any questions, protests or disputes regarding DWRF eligibility, calculations, claimant Social Security chan
Ohio Bureau of Workers' Compensation
Attn: DWRF Unit
30 W. Spring St., 10th Floor
Columbus, OH 43215-2256

Phone: (614) 644-6292
Fax: (614) 644-7152
Toll free in USA: 1-800-644-6292

**Ohio Bureau of Workers' Compensation**
30 W. Spring St.
Columbus, OH 43215-2256

**BWC**
Ohio Workers Compensation
Built with you in mind

**Ted Strickland**
Governor
ohiobwc.com

**Marsha P. Ryan**
Administrator
1-800-OHIOBWC

RECEIVED

JUL 2 8 2009

DNBC

July, 2009

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;

2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;

3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;

4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;

5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;

6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.