UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re: DPH HOLDINGS CORP., et al.,

                                Debtor

Case No.: 05-44481
Chapter 11

------------------------------------------------------------x

DELPHI CORPORATION, et al.,

                                Plaintiff

                                   v.

INTEC GROUP,

                                Defendant

Adversary Proceeding No.: 07-02525

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Stephanie K. Hor-Chen, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent The Intec Group, Inc., a creditor in the above-referenced ☑ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 12/15/2010
Chicago, Illinois

*Mailing Address:*

Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
*E-mail address:* schen@vedderprice.com
*Telephone number:* (312) 609-7786