UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: DPH HOLDINGS CORP., et al.,           Case No.: 05-44481

                                                          Chapter 11

                                 Debtor

-----------------------------------------------------------x

       DELPHI CORPORATION, et al.,           Adversary Proceeding No.: 07-02525

                                  Plaintiff

                                        v.

INTEC GROUP,

                                Defendant

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of <u>Stephanie K. Hor-Chen</u>, to be admitted, *pro hac vice*, to represent <u>The Intec Group, Inc.</u>, (the "Client") a <u>creditor</u> in the above referenced ☑ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Illinois</u> and, if applicable, the bar of the U.S. District Court for the <u>Northern</u> District of <u>Illinois</u>, it is hereby

**ORDERED**, that <u>Stephanie K. Hor-Chen</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____

                                                      UNITED STATES BANKRUPTCY JUDGE