IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                     :
        In re                        :    Chapter 11
                                     :
DPH HOLDINGS CORP., et al.,          :    Case No. 05-44481 (RDD)
                                     :
                Reorganized Debtors. :    (Jointly Administered)
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## AFFIDAVIT OF SERVICE

I, Lydia Pastor, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 10, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.

Dated: December 13, 2010

_Lydia Pastor_
Lydia Pastor

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of December, 2010, by Lydia Pastor, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Michelle_

> MICHELLE CRUZ
> Commission # 1875517
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jan 2, 2014

# **EXHIBIT A**

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|
| Transferor | Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | New York | NY | 10022 | 20980 |
| Transferee | Sunset Partners LLC | Attn Richard M Fels | 227 Sunset Ave | Ridgewood | NJ | 07450 | 20980 |
| Transferor | Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | New York | NY | 10022 | 20981 |
| Transferee | Sunset Partners LLC | Attn Richard M Fels | 227 Sunset Ave | Ridgewood | NJ | 07450 | 20981 |
| Transferor | Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | New York | NY | 10022 | 20982 |
| Transferee | Sunset Partners LLC | Attn Richard M Fels | 227 Sunset Ave | Ridgewood | NJ | 07450 | 20982 |
| Transferor | Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | New York | NY | 10022 | 20983 |
| Transferee | Sunset Partners LLC | Attn Richard M Fels | 227 Sunset Ave | Ridgewood | NJ | 07450 | 20983 |
| Transferor | Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | New York | NY | 10022 | 20984 |
| Transferee | Sunset Partners LLC | Attn Richard M Fels | 227 Sunset Ave | Ridgewood | NJ | 07450 | 20984 |
| Transferor | Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | New York | NY | 10022 | 20985 |
| Transferee | Sunset Partners LLC | Attn Richard M Fels | 227 Sunset Ave | Ridgewood | NJ | 07450 | 20985 |
| Transferor | Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | New York | NY | 10022 | 20986 |
| Transferee | Sunset Partners LLC | Attn Richard M Fels | 227 Sunset Ave | Ridgewood | NJ | 07450 | 20986 |
| Transferor | Latigo Master Fund Ltd | Attn Paul Malek | 590 Madison Ave 9th Fl | New York | NY | 10022 | 20987 |
| Transferee | Sunset Partners LLC | Attn Richard M Fels | 227 Sunset Ave | Ridgewood | NJ | 07450 | 20987 |

# **EXHIBIT B**

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

TO:        Transferee
           Transferee Address

CC:        Transferor
           Transferor Address

           Notice Party (if applicable)

FROM:      Joseph Johnson
DATE:      _____
RE:        Notice of Rejection of Notice of Transfer (Claim No.____ or Creditor ID No. _____)

---

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Delphi Corporation, et al., Case No. 05-44481 (RDD)** been charged with the duty of maintaining the Court's claims register.  We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership.  As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

_____     The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

_____     The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

_____     The NOT asserts that it transfers a proof of claim or scheduled liability from the above listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

_____     The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

_____     The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

_____     The NOT was filed after the Claims Record Date and is therefore untimely pursuant to Paragraph 45 of the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order

We have attached hereto for your convenience a copy of the NOT that we received.  If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.