BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | Jointly Administered |
| | ) | |
| Reorganized Debtors. | ) | |

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2010, a true and correct copy of the foregoing Notice Of Sufficiency Hearing With Respect to Reorganized Debtors' Objection to Proof Of Claim No. 18690 (Robert Bosch LLC) along with copies of the Administrative Procedures Order and Claims Objection Procedures Order was served by Fax to the following persons at the following address:

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
Fax: 616.222.2185
*Attorneys for Robert Bosch LLC*

Dated: Detroit, Michigan         /s/ Alexis L. Richards
        December 20, 2010         Alexis L. Richards