BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2010, a true and correct copy of the foregoing Notice Of Claims Objection Hearing With Respect to Reorganized Debtors' Objection to Proof Of Claim No. 15606 (Lockheed Martin Corporation) and a copy of the Claims Objection Procedures Order was served by Fax to the following persons at the following addresses:

Thomas O. Bean, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA
Fax: 617.535.3800
*Attorneys for Lockheed Martin Corporation*

Dated: Detroit, Michigan            /s/ Alexis L. Richards
       December 14, 2010            Alexis L. Richards