IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

In re                        :     Chapter 11
                        :

DPH HOLDINGS CORP., et al.,    :     Case No. 05-44481 (RDD)
                        :

          Reorganized Debtors.    :     (Jointly Administered)
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

      I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

      On December 15, 2010, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight mail, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the party listed on Exhibit C hereto via postage pre-paid U.S. mail:

      Reorganized Debtors' Second Supplemental Reply to Supplemental Response of Claimant to Debtors' Objection to Proof of Claim Number 1294 Filed by Ohio Bureau of Workers' Compensation ("Second Supplemental Reply Regarding Claim Filed by Ohio Bureau of Workers Compensation") (Docket No. 21008) [a copy of which is attached hereto as Exhibit D]

Dated: December 20, 2010

                                 /s/ Darlene Calderon
                                  Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of December, 2010, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:  /s/ Vanessa R. Quiñones

Commission Expires: 3/20/11

# EXHIBIT A

DPH Holdings Corp.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Baker & Hostetler LLP | Richard J Bernard | 45 Rockefeller Plaza | | New York | NY | 10111 |
| Ohio Bureau of Workers Compensation | Law Section Bankruptcy Unit | 30 W Spring St | PO Box 15567 | Columbus | OH | 43215-0567 |
| Ohio Bureau of Workers Compensation | Victoria D Garry Richard Cordray | Ohio Attorney Generals Office | 1600 Carew Twr 441 Vine St | Cincinnati | OH | 45202 |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/17/2010 12:30 PM
Ohio Workers Comp Special Parties

# EXHIBIT B

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | Deborah L. Thorne Kathleen L. Matsoukas | One N Wacker Drive | Suite 4400 | Chicago | IL | 60606 | 312-357-1313 | dthorne@btlaw.com kmatsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Delphi Automotive Systems LLP | Sean Corcoran Karen Craft David M. Sherbin | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com david.sherbin@delphi.com | Delphi Automotive Systems LLP |
| DPH Holdings Corp. | John Brooks | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2143 | john.brooks@delphi.com | Reorganized Debtors |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | fgorman@honigman.com rweiss@honigman.com | Counsel to General Motors Corporation |
| Ruskin Moscou Faltischek PC | Jeffrey A. Wurst, Esq. | 1425 RXR Plaza | 15th Floor | Uniondale | NY | 11556 | 516-663-6535 | jwurst@rmfpc.com | |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | 155 N Wacker Drive | Suite 2700 | Chicago | IL | 60606-1720 | 312-407-0700 | rmeisler@skadden.com | Counsel to the Reorganized Debtor |
| Weil, Gotshal & Manges LLP | Harvey R. Miller Robert J. Lemons | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8500 | harvey.miller@weil.com robert.lemons@weil.com | Counsel to General Motors Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/17/2010 12:34 PM
Post-Emergence Master Service List 101130.xlsx Email (7)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Adalberto Cañadas Castillo | | Avda Ramon de Carranza | 10-1º | Cadiz | | 11006 | Spain | 34 956 226 311 | adalberto@canadas.com | Representative to DASE |
| Adler Pollock & Sheehan PC | Joseph Avanzato | One Citizens Plz 8th Fl | | Providence | RI | 02903 | | 401-274-7200 | javanzato@apslaw.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-902-6028 | david.boyle@airgas.com | Counsel to Airgas, Inc. |
| Akebono Brake Corporaton | Brandon J. Kessinger | 310 Ring Road | | Elizabethtown | KY | 42701 | | 270-234-5580 | bkessinger@akebono-usa.com | Representative for Akebono Corporation |
| Akin Gump Strauss Hauer & Feld, LLP | Christina M. Padien | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-229-1000 | cpadien@akingump.com | Counsel to Wamco, Inc. |
| Akin Gump Strauss Hauer & Feld, LLP | David M Dunn | 1333 New Hampshire Ave NW | | Washington | DC | 20036 | | 202-887-4000 | ddunn@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | idizengoff@akingump.com | Counsel to TAI Unsecured Creditors Liquidating Trust |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | mgreger@allenmatkins.com | Counsel to Kilroy Realty, L.P. |
| Alliance for Sustainable Energy LLC | National Renewable Energy Laboratory | Jim Martin Senior Attorney | 1617 Golden Blvd MS 1734 | Golden | CO | 80401 | | 303-384-7497 | jim.martin@nrel.gov | Counsel for National Renewable Energy Laboratory |
| Alston & Bird, LLP | Craig E. Freeman | 90 Park Avenue | | New York | NY | 10016 | | 212-210-9400 | craig.freeman@alston.com | Counsel to Cadence Innovation, LLC |
| Alston & Bird, LLP | Dennis J. Connolly; David A. Wender | 1201 West Peachtree Street | | Atlanta | GA | 30309 | | 404-881-7269 | dconnolly@alston.com dwender@alston.com | Counsel to Cadence Innovation, LLC, PD George Co, Furukawa Electric Companay, Ltd., and Furukawa Electric North America APD, Inc. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | mtf@afrct.com | Counsel to Stanley Electric Sales of America, Inc. |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | Hirsh.Robert@arentfox.com | Counsel to Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | joel_gross@aporter.com | Counsel to CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | cgalloway@atsautomation.com | Company |
| Balch & Bingham LLP | Eric T. Ray | PO Box 306 | | Birmingham | AL | 35201 | | 205-251-8100 | eray@balch.com | Attorney for Alabama Power Company |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | kim.robinson@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | 200 W Madison St Ste 3900 | | Chicago | IL | 60606 | | 312-984-3100 | william.barrett@bfkn.com | Counsel to Motion Industries, Inc., EIS, Inc. and Johnson Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | alan.mills@btlaw.com | Counsel to Mays Chemical Company |
| Barnes & Thornburg LLP | Damon R Leichty | 600 1st Source Bank Center | 100 North Michigan | South Bend | IN | 46601 | | 574-233-1171 | damon.leichty@btlaw.com | Counsel to Bank of America, N.A. |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Barnes & Thornburg LLP | David M. Powlen | 1000 N West Street | Suite 1200 | Wilmington | DE | 19801 | | 302-888-4536 | david.powlen@btlaw.com | Counsel to Howard County, Indiana |
| Barnes & Thornburg LLP | Deborah L. Thorne | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | deborah.thorne@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions) |
| Barnes & Thornburg LLP | John T. Gregg | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3930 | jgregg@btlaw.com | Counsel to Priority Health; Clarion Corporation of America; Continental AG and Affiliates |
| Barnes & Thornburg LLP | Kathleen L. Matsoukas | One North Wacker Drive | Suite 4400 | Chicago | IL | 60606 | | 312-357-1313 | kathleen.matsoukas@btlaw.com | Counsel to Johnson Controls Battery Group, Inc.; Johnson Controls, Inc. (Power Solutions); Howard County, Indiana |
| Barnes & Thornburg LLP | Mark R. Owens | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | mark.owens@btlaw.com | Counsel to Clarion Corporation of America |
| Barnes & Thornburg LLP | Michael K. McCrory | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | michael.mccrory@btlaw.com | Counsel to Gibbs Die Casting Corporation; Clarion Corporation of America |
| Barnes & Thornburg LLP | Patrick E. Mears | 171 Monroe Avenue NW | Suite 1000 | Grand Rapids | MI | 49503 | | 616-742-3936 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Sarah Quinn Kuhny | 600 1st Source Bank Center | 100 North Michigan | South Bend | IN | 46601 | | 574-233-1171 | sarah.kuhny@btlaw.com | Counsel to Bank of America, N.A. |
| Barnes & Thornburg LLP | Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | wendy.brewer@btlaw.com | Counsel to Gibbs Die Casting Corporation |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | 155 Federal Street | 9th Floor | Boston | MA | 02110 | | 617-422-0200 | ffm@bostonbusinesslaw.com | Counsel to Iron Mountain Information Management, Inc. |
| Beeman Law Office | Thomas M Beeman | 33 West 10th Street | Suite 200 | Anderson | IN | 46016 | | 765-640-1330 | tom@beemanlawoffice.com | Counsel to Madison County (Indiana) Treasurer |
| Bendinelli Law Office PC | Jerry Sumner | 11184 Huron Street | Suite 10 | Denver | CO | 80234 | | 303-940-9900 | js@colawfirm.com michelle@colawfirm.com | Counsel to Jose C Alfaro |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | hannah@blbglaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | murph@berrymoorman.com | Counsel to Kamax L.P.; Optrex America, Inc.; GKN Sinter Metals, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 2 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-------|------------------|
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Bingham McCutchen LLP | Kate K Simon | One State Street | | Hartford | CT | 06103 | | 860-240-2700 | kate.simon@bingham.com | Counsel to Sumitomo Corporation and Sumitomo Corp. of America |
| Bingham McHale LLP | Whitney L Mosby | 10 West Market Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-635-8900 | wmosby@binghammchale.com | Counsel to Universal Tool & Engineering co., Inc. and M.G. Corporation |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | mrichards@blankrome.com | Counsel to DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | rmcdowell@bodmanllp.com | Counsel to Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | chill@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | csullivan@bsk.com | Counsel to Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | sdonato@bsk.com | Counsel to Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | amcmullen@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | rjones@bccb.com | Counsel to Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brembo S.p.A. | Massimilliano Cini | Administration Department via Brembo 25 | 24035 Curno BG | Bergamo | | | Italy | 00039-035-605-529 | massimiliano_cini@brembo.it | Creditor |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | dludman@brownconnery.com | Counsel to SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | schristianson@buchalter.com | Counsel to Oracle USA, Inc.; Oracle Credit Corporation |
| Buchanan Ingersoll & Rooney PC | Mark Pfeiffer | 50 S. 16th St Ste 3200 | | Philadelphia | PA | 19102 | | 215-665-8700 | mark.pfeiffer@bipc.com | Counsel to ATEL Leasing Corp. |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | The Brandywine Building | 1000 West Street, Suite 1410 | Wilmington | DE | 19801 | | 302-552-4200 | mary.caloway@bipc.com | Counsel to Fiduciary Counselors |
| Buchanan Ingersoll & Rooney PC | Peter S. Russ | 620 Eighth Ave | 23rd Floor | New York | NY | 10018 | | 212-440-4400 | peter.russ@bipc.com | Counsel to ATEL Leasing Corp. |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | Two Liberty Place | 50 S. 16th St., Ste 3200 | Philadelphia | PA | 19102 | | 215-665-5326 | william.schorling@bipc.com | Counsel to Fiduciary Counselors |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Butzel Long | Cynthia J. Haffey | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-983-7434 | haffey@butzel.com | Counsel to Delphi Corporation |
| Butzel Long | Donald V. Orlandoni | 150 W. Jefferson | Suite 100 | Detroit | MI | 48226 | | 313-225-7063 | orlandoni@butzel.com | Counsel to Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | 1201 F St NW Ste 1100 | | Washington | DC | 20004 | | 202-862-2452 | jeannine.damico@cwt.com | Attorneys for the Audit Committee of Delphi Corporation |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq Joseph Zujkowski Esq | One World Financial Center | | New York | NY | 10281 | | 212-504-6000 | john.rapisardi@cwt.com joseph.zujkowski@cwt.com | Counsel to the Auto Task Force of the U.S. Department of the Treasury |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | jonathan.greenberg@BASF.C OM | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Kevin Burke | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | kburke@cahill.com | Counsel to Engelhard Corporation |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | 1400 McDonald Investment Ctr | 800 Superior Ave | Cleveland | OH | 44114 | | 216-622-8404 | jrobertson@calfee.com | Counsel to Brush Engineered materials |
| Calinoff & Katz, LLP | Dorothy H. Marinis-Riggio Robert Calinoff | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | dhriggio@gmail.com rcalinoff@candklaw.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, I |
| Cantor Colburn LLP | Michael J Rye | 20 Church Street | 22nd Floor | Hartford | CT | 06103-3207 | | 860-286-2929 | mrye@cantorcolburn.com | Patent Counsel to Delphi Corporation et al., Debtors and Debtors-in-Possession |
| Carson Fischer, P.L.C. | Joseph M Fischer Patrick J Kukla | 4111 Andover Road | West 2nd Floor | Bloomfield Hills | MI | 48302 | | 248-644-4840 | brcy@carsonfischer.com | Counsel to Bing Metals Group, LLC; Behr America, Inc.; Findlay Industries; Vitec, LLC |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 4111 Andover Road | West 2nd Floor | Birmingham | MI | 48302 | | 248-644-4840 | rweisberg@carsonfischer.com brcy@carsonfischer.com | Counsel to Cascade Die Casting Group, Inc.; Behr America, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | cahn@clm.com | Counsel to STMicroelectronics, Inc. |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-408-5100 | ddeutsch@chadbourne.com | Counsel to EagleRock Capital Management, LLC |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | japplebaum@clarkhill.com | Counsel to 1st Choice Heating & Cooling, Inc.; BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Shannon Deeby | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | sdeeby@clarkhill.com | Counsel to BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | rgordon@clarkhill.com | Counsel to ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 4 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | maofiling@cgsh.com | Counsel to Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | tmaxson@cohenlaw.com | Counsel to Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | jvitale@cwsny.com bceccotti@cwsny.com | Counsel to International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | Pretekin@coollaw.com | Counsel to Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany; Attorneys for Columbia Industrial |
| Covington & Burling | Susan Power Johnston Aaron R. Marcu | 620 Eighth Ave | | New York | NY | 10018 | | 212-841-1005 | sjohnston@cov.com | Special Counsel to the Debtor |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | Tenth Floor Columbia Center | 101 W. Big Beaver Road | Troy | MI | 48084-5280 | | 248-457-7000 | swalsh@chglaw.com | Counsel to Nisshinbo Automotive Corporation |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | dpm@curtinheefner.com | Counsel to SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6936 | ceilbott@curtis.com | Counsel to Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | wsavino@damonmorey.com | Counsel to Relco, Inc.; The Durham Companies, Inc. |
| David P. Martin | | 519 Energy Center Blvd | Ste 1104 | Northport | AL | 35401 | | 205-343-1771 | davidpmartin@erisacase.com davidpmartin@bellsouth.net | Co-Counsel for David Gargis, Jimmy Mueller, and D. Keith Livingston |
| Day Pitney LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | rmeth@daypitney.com | Counsel to Marshall E. Campbell Company |
| Day Pitney LLP | Ronald S. Beacher Conrad K. Chiu | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | rbeacher@daypitney.com cchiu@daypitney.com | Counsel to IBJTC Business Credit Corporation, as successor to IBJ Whitehall Business Credit Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 5 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Dechert LLP | Glenn E. Siegel James O. Moore | 1095 Avenue of the Americas | | New York | NY | 10036-6797 | | 212-698-3500 | glenn.siegel@dechert.com james.moore@dechert.com | Counsel for Kensington International Limited, Manchester Securities Corp. and Springfield Associates, LLC |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Co-Counsel to Tower Automotive, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | john.persiani@dinslaw.com | Counsel to The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | richard.kremen@dlapiper.com | Counsel to Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | jhlemkin@duanemorris.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; and Hosiden America Corporation |
| Duane Morris LLP | Lewis R Olshin Esq | 30 South 17th Street | | Philadelphia | PA | 19103 | | 215-979-1129 | Olshin@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | dmdelphi@duanemorris.com mreed@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1547 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company and Pacific Employers Insurance Company |
| Dykema Gossett PLLC | Douglas S Parker | 39577 Woodward Ave | Suite 300 | Bloomfield Hills | MI | 48304 | | 248-203-0703 | dparker@dykema.com | Counsel for Federal Screw |
| Dykema Gossett PLLC | Robert D. Nachman | 10 South Wacker Drive | Suite 2300 | Chicago | IL | 60606 | | 312-876-1700 | rnachman@dykema.com | Counsel to MJ Celco, Inc. |
| Dykema Gossett PLLC | Sharon A. Salinas | 10 South Wacker Dr | Suite 2300 | Chicago | IL | 60606 | | 312-627-2199 | ssalinas@dykema.com | Counsel to Tremont City Barrel Fill PRP Group |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | 170 Mitchell Street, SW | | Atlanta | GA | 30303 | | 404-581-3818 | bem@eorrlaw.com | Counsel to Southwire Company |
| Entergy Services, Inc. | Alan H. Katz | 639 Loyola Ave 26th Fl | | New Orleans | LA | 70113 | | | akatz@entergy.com | Assistant General Counsel to Entergy Services, Inc |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 6 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Epstein Becker & Green PC | Maura I. Russell Anthony B. Stumbo | 250 Park Ave | 11th Floor | New York | NY | 10177-1211 | | 212-351-4500 | MRussell@ebglaw.com | Counsel to SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | | 516-227-6300 | gettelman@e-hlaw.com | Counsel to Jon Ballin |
| Faegre & Benson LLP | Elizabeth K. Flaagan | 3200 Wells Fargo Center | 1700 Lincoln St | Denver | CO | 80203-4532 | | 303-607-3694 | eflaagan@faegre.com | Counsel to CoorsTek, Inc.; Corus, L.P. |
| Farrell Fritz PC | Louis A. Scarcella Patrick T. Collins | 1320 RexCorp Plaza | | Uniondale | NY | 11556-1320 | | 516-227-0700 | lscarcella@farrellfritz.com pcollins@farrellfritz.com | Counsel to Official Committee of Equity Holders |
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | 65 Trumbull Street | Second Floor | New Haven | CT | 06510 | | 203-562-8588 | charles@filardi-law.com | Counsel to Federal Express Corporation |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | tdonovan@finkgold.com | Counsel to Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Ann Marie Uetz | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | auetz@foley.com | Counsel to PBR Tennessee |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | jmurch@foley.com | Counsel to Kuss Corporation |
| Foley & Lardner LLP | John A. Simon | One Detroit Center | 500 Woodward Ave Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jsimon@foley.com | Counsel to Ernst & Young LLP |
| Foley & Lardner LLP | John R. Trentacosta Katherine R. Catanese | 500 Woodward Avenue | Suite 2700 | Detroit | MI | 48226-3489 | | 313-234-7100 | jtrentacosta@foley.com kcatanese@foley.com | Counsel to Kautex Inc. |
| Fox Rothschild LLP | Brian Isen | 1301 Atlantic Avenue | | Atlantic City | NJ | 08401 | | 609-348-2294 | bisen@foxrothschild.com | Counsel to M&Q Plastic Products L.P. |
| Fox Rothschild LLP | Fred Stevens | 100 Park Avenue | 15th Floor | New York | NY | 10017 | | 212-878-7900 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | ftrikkers@rikkerslaw.com | Counsel to Southwest Metal Finishing, Inc. |
| Frost Brown Todd LLC | Ronald E. Gold | 2200 PNC Center | 201 East Fifth Street | Cincinnati | OH | 45202-4182 | | 513-651-6156 | rgold@fbtlaw.com | Counsel to AKS Receivables, LLC |
| Fulbright & Jaworski LLP | David A Rosenzweig | 666 Fifth Avenue | | New York | NY | 10103-3198 | | 212-318-3000 | drosenzweig@fulbright.com | Counsel to Southwest Research Institute Attorney for Solvay Fluorides, LLC |
| Fulbright & Jaworski LLP | Michael M Parker | 300 Convent St Ste 2200 | | San Antonio | TX | 78205 | | 210-224-5575 | mparker@fulbright.com | Counsel to Southwest Research Institute |
| Genovese Joblove & Battista, P.A. | David C. Cimo | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | dcimo@gjb-law.com | Counsel to Ryder Integrated Logistics, Inc. |
| Gibbons P.C. | David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | 973-596-4523 | dcrapo@gibbonslaw.com | Counsel to Epcos, Inc. |
| Goldberg Segalla LLP | Attn Bruce W Hoover | 665 Main St Ste 400 | | Buffalo | NY | 14203 | | 716-566-5400 | bhoover@goldbergsegalla.com | Attorneys for MasTec Inc. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | bmehlsack@gkllaw.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 7 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Grant & Eisenhofer P.A. | James J Sabella | 485 Lexington Ave | | New York | NY | 10017 | | 646-722-8520 | jsabella@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | jeisenhofer@gelaw.com | Counsel to Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | mrr@previant.com | Counsel to International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | mdebbeler@graydon.com | Counsel to Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greenberg Traurig, LLP | Maria J. DiConza | MetLife Bldg | 200 Park Avenue | New York | NY | 10166 | | 212-801-9200 | diconzam@gtlaw.com | Counsel to Samtech Corporation |
| Greenberg Traurig, LLP | Shari L. Heyen | 1000 Louisiana | Suite 1800 | Houston | TX | 77002 | | 713-374-3500 | heyens@gtlaw.com | Counsel to Samtech Corporation |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | ckm@greensfelder.com jpb@greensfelder.com | Counsel to ARC Automotive, Inc. |
| Hahn Loeser & Parks LLP | Lawrence E Oscar Christopher W Peer | 200 Public Square | Suite 2800 | Cleveland | OH | 44114 | | 216-621-0150 | leoscar@hahnlaw.com cpeer@hahnlaw.com | Counsel to Casco Products, a Unit of Sequa Corporation and ARC Automotive, Inc. |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia Julie D. Dyas | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net jdyas@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation; ARC Automotive, Inc |
| Hancock & Estabrook LLP | R John Clark Esq | 1500 Tower I | PO Box 4976 | Syracuse | NY | 13221-4976 | | 315-471-3151 | rjclark@hancocklaw.com | Counsel to Alliance Precision Plastics Corporation |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | 21043 Mack Avenue | | Grosse Pointe Woods | MI | 48236 | | 313-886-4550 | ddragich@hdolaw.com | Counsel to Intermet Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 315 Madison Avenue | Suite 901 | New York | NY | 10017 | | 212-725-7338 | hleinwand@aol.com | Counsel to Baker Hughes Incorporated; Baker Petrolite Corporation |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | 2001 Park Place North | Suite 1400 | Birmingham | AL | 35203 | | 205-251-1000 | rha@hsy.com | Counsel to Simco Construction, Inc. |
| Haynes and Boone, LLP | Judith Elkin | 153 East 53rd Street | Suite 4900 | New York | NY | 10022 | | 212-659-7300 | judith.elkin@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Haynes and Boone, LLP | Lenard M. Parkins Kenric D. Kattner | 1 Houston Center | 1221 McKinney, Suite 2100 | Houston | TX | 77010 | | 713-547-2000 | lenard.parkins@haynesboone.com kenric.kattner@haynesboone.com | Counsel to Highland Capital Management, L.P. |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | prubin@herrick.com | Counsel to Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Hewlett-Packard Company | Ramona S. Neal | 11311 Chinden Blvd., M/S 314 | | Boise | ID | 83714-0021 | | 208-396-6484 | Ramona.neal@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | sharon.petrosino@hp.com | Counsel to Hewlett-Packard Financial Services Company |
| Hinckley Allen & Snyder LLP | Michael J Pendell | 185 Asylum St CityPlace I | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | mpendell@haslaw.com | Counsel to Barnes Group, Inc. |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | echarlton@hiscockbarclay.com | Counsel to GW Plastics, Inc. |
| Hodgson Russ LLP | Garry M. Graber | 60 E 42nd St 37th Fl | | New York | NY | 10165-0150 | | 212-661-3535 | ggraber@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | amoog@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | ecdolan@hhlaw.com | Counsel to Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | sagolden@hhlaw.com | Counsel to XM Satellite Radio Inc. |
| Hogan Lovells US LLP | Matthew P Morris | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | matthew.morris@hoganlovells.com | Counsel to TESA AG |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | dbaty@honigman.com | Counsel to Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7548 | tsable@honigman.com | Counsel to Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | I. W. Winsten, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7608 | iww@honigman.com | Counsel to Affina Group Holdings Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | 2290 First National Building | 660 Woodward Ave | Detroit | MI | 48226 | | 313-465-7488 | lmurphy@honigman.Com | Attorneys for Guide Corporation and Lightsource Parent Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | 2290 First National Building | 660 Woodward Avenue Ste 2290 | Detroit | MI | 48226 | | 313-465-7626 | sdrucker@honigman.com | Counsel for Valeo Climate Control, Corp. |
| Howard & Howard Attorneys PC | Lisa S Gretchko | 39400 Woodward Ave | Ste 101 | Bloomfield Hills | MI | 48304-5151 | | 248-723-0396 | lgretchko@howardandhoward.com | Intellectual Property Counsel for Delphi Corporation, et al. |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | 3101 Tower Creek Parkway | Ste 600 One Tower Creek | Atlanta | GA | 30339 | | 678-384-7000 | lmcbryan@hwmklaw.com | Counsel to Vanguard Distributors, Inc. |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | jrhunter@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | tomschank@hunterschank.com | Counsel to ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | sholmes@hunton.com | Counsel to RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | aee@hurwitzfine.com | Counsel to Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | Ben.Caughey@icemiller.com | Counsel to Sumco, Inc. |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Ice Miller LLP | Henry A. Efroymson | One American Square | 29th Floor | Indianapolis | IN | 46482 | | 317-236-2397 | henry.efroymson@icemiller.com | Counsel to Fin Machine Co. Ltd |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | rgriffin@iuoe.org | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jackson Walker LLP | Bruce J. Ruzinsky | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 | | 713-751-4200 | bruzinsky@jw.com | Counsel to Constellation NewEnergy, Inc. |
| Jackson Walker LLP | Heather M. Forrest | 901 Main St Ste 600 | | Dallas | TX | 75202 | | 214-953-6000 | hforrest@jw.com | Counsel to Constellation NewEnergy, Inc. |
| James R Scheuerle | Parmenter O'Toole | 601 Terrace Street | PO Box 786 | Muskegon | MI | 49443-0786 | | 231-722-1621 | JRS@Parmenterlaw.com | Counsel to Port City Die Cast and Port City Group Inc |
| Jason, Inc. | Will Schultz, General Counsel | 411 E. Wisconsin Ave | Suite 2120 | Milwaukee | WI | 53202 | | 414-277-2110 | wschultz@jasoninc.com | General Counsel to Jason Incorporated |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | rpeterson@jenner.com | Counsel to SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC, Tenneco Inc. and Contech LLC |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | 239 E. 4th St. | | Panama City | FL | 32401 | | 850-763-8421 | gerdekomarek@bellsouth.net | Counsel to Peggy C. Brannon, Bay County Tax Collector |
| Jones Day | Corinne Ball | 222 East 41st Street | | New York | NY | 10017 | | 212-326-7844 | cball@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Jones Day | Peter J. Benvenutti Michaeline H. Correa | 555 California St 26th Floor | | San Francisco | CA | 94104 | | 415-626-3939 | pjbenvenutti@jonesday.com mcorrea@jonesday.com | Attorneys for Symantec Corporation, Successor-in-Interest to Veritas Corporation |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | sjfriedman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kaye Scholer LLP | Richard G Smolev | 425 Park Avenue | | New York | NY | 10022-3598 | | 212-236-8000 | rsmolev@kayescholer.com | Counsel to InPlay Technologies Inc |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | kcookson@keglerbrown.com | Counsel to Solution Recovery Services |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 10 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko Cari Campen Laufenberg Erin M. Rily | 1201 Third Avenue | Suite 3200 | Seattle | WA | 98101 | | 206-623-1900 | lsarko@kellerrohrback.com claufenberg@kellerrohrback.com eriley@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Keller Rohrback P.L.C. | Gary A. Gotto | National Bank Plaza | 3101 North Central Avenue, Suite 900 | Phoenix | AZ | 85012 | | 602-248-0088 | ggotto@kellerrohrback.com | Counsel to Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | cwolfe@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Merrill B. Stone | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | mstone@kelleydrye.com | Counsel to the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | sjennik@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | tkennedy@kjmlabor.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kerr Russell & Weber PLC | James E. DeLine | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | jed@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| Kerr Russell & Weber PLC | Patrick Warren Hunt | 500 Woodward Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-961-0200 | pwh@krwlaw.com | Counsel to Pontiac Coil, Inc. |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | sdabney@kslaw.com | Counsel to KPMG LLP |
| Kirkland & Ellis LLP | David Spiegel | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | david.spiegel@kirkland.com | |
| Kirkland & Ellis LLP | Jim Stempel | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | jstempel@kirkland.com | Counsel to Lunt Mannufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Kokomo Gas & Fuel Company | Patti E Pope Revenue Recovery Manager | Northern Indiana Public Service Company | 801 East 86th Avenue | Merrillville | IN | 46410 | | | pepope@nisource.com | Kokomo Gas & Fuel Company |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9489 | jkaye@kramerlevin.com | Counsel to HP Enterprise Services, LLC; Vishay Americas Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 11 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Krieg Devault LLP | Lawrence W. Schmits Esq. | One Indiana Square, Suite 2800 | | Indianapolis | IN | 46204 | | 317-238-6271 | lschmits@kdlegal.com | Co-Counsel for Delphi Salaried Retirees Association Benefit Trust VEBA Committee |
| Krieg Devault LLP | Patricia L. Beaty Esq | One Indiana Square, Suite 2800 | | Indianapolis | IN | 46204 | | 317-636-4341 | pbeaty@kdlegal.com | Co-Counsel for Delphi Salaried Retirees Association Benefit Trust VEBA Committee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | sosimmerman@kwgd.com | Counsel for Millwood, Inc. |
| Kutak Rock LLP | Jay Selanders | 1010 Grand Blvd Ste 500 | | Kansas City | MO | 64106 | | 816-502-4617 | jay.selanders@kutakrock.com | Counsel to DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | ekutchin@kutchinrufo.com | Counsel to Parlex Corporation |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | Two Center Plaza | Suite 620 | Boston | MA | 02108-1906 | | 617-542-3000 | knorthup@kutchinrufo.com | Counsel to Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | adbruski@lambertleser.com | Counsel to Creditor Linamar Corp. |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | smcook@lambertleser.com | Counsel to Linamar Corporation |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1370 | robert.rosenberg@lw.com | UCC Professional |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | 22 N Walnut Street | | West Chester | PA | 19380 | | 610-738-1230 | mkohayer@aol.com | Counsel to A-1 Specialized Services and Supplies Inc |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | General Counsel for Linear Technology Corporation | 1630 McCarthy Blvd. | Milpitas | CA | 95035-7417 | | 408-432-1900 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | dallas.bankruptcy@publicans.com | Counsel to Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities: Cypress-Fairbanks Independent School District, City of Houston, Harris County |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | | 212-812-8304 | kwalsh@lockelord.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Locke Lord Bissell & Liddell | Timothy S. McFadden | 111 South Wacker Drive | | Chicago | IL | 60606 | | 312-443-0370 | tmcfadden@lockelord.com | Counsel to Methode Electronics, Inc. |

In re: DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 12 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Loeb & Loeb LLP | P. Gregory Schwed | 345 Park Avenue | | New York | NY | 10154-0037 | | 212-407-4000 | gschwed@loeb.com | Counsel to Creditor The Interpublic Group of Companies, Inc. and Proposed Auditor Deloitte & Touche, LLP |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | whawkins@loeb.com | Counsel to Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | bnathan@lowenstein.com | Counsel to Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | ilevee@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | krosen@lowenstein.com | Counsel to Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | metkin@lowenstein.com | Counsel to Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | scargill@lowenstein.com | Counsel to Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | vdagostino@lowenstein.com | Counsel to AT&T Corporation |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | | 419-867-8900 | egc@lydenlaw.com | Counsel to Metro Fibres, Inc. |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | 28400 Northwestern Hwy | Third Floor | Southfield | MI | 48034 | | 248-354-4030 | axs@maddinhauser.com | Attorney for Danice Manufacturing Co. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | lmc@ml-legal.com | Counsel to Venture Plastics |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | 1024 North Michigan Avenue | P.O. Box 3197 | Saginaw | MI | 48605-3197 | | 989-752-1414 | vmastromar@aol.com | Counsel to H.E. Services Company and Robert Backie and Counsel to Cindy Palmer, Personal Representative to the Estate of Michael Palmer |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | gsantella@masudafunai.com | Counsel to NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC and Hosiden America Corporation |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | Four Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4096 | | 913-622-4444 | eglas@mccarter.com | Counsel to General Products Delaware Corporation |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 13 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| McCarthy Tetrault LLP | Lorne P. Salzman | 66 Wellington Street West | Suite 4700 | Toronto | Ontario | M5K 1E6 | | 416-362-1812 | lsalzman@mccarthy.ca | Counsel to Themselves (McCarthy Tetrault LLP) |
| McDermott Will & Emery LLP | Gary O. Ravert | 340 Madison Avenue | | New York | NY | 10017-1922 | | 212-547-5477 | gravert@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDermott Will & Emery LLP | Stephen B. Selbst | 340 Madison Avenue | | New York | NY | 10017 | | 212-547-5400 | sselbst@mwe.com | Counsel to National Semiconductor Corporation |
| McDermott Will & Emery LLP | Steven P. Handler Monica M. Quinn | 227 W Monroe St | | Chicago | IL | 60606 | | 312-372-2000 | shandler@mwe.com mquinn@mwe.com | Counsel for Temic Automotive of North America, Inc. |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Aaron G McCollough Esq | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1000 | amccollough@mcguirewoods.com | Counsel to Siemens Energy & Automation, Inc. |
| McGuirewoods LLP | Daniel F Blanks | One James Center | 901 East Cary Street | Richmond | VA | 23219 | | 804-775-1000 | dblanks@mcguirewoods.com | Counsel for CSX Transportation, Inc. |
| McGuirewoods LLP | John H Maddock III | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | jmaddock@mcguirewoods.com | Counsel to Siemens Logistics Assembly Systems, Inc.; Counsel for CSX Transportation, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | 990 Stewart Ave Ste 300 | PO Box 9194 | Garden City | NY | 11530-9194 | | 516-741-6565 | tslome@msek.com | Counsel for Pamela Geller; JAE Electronics, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | hkolko@msek.com | Counsel to The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyers Law Group, P.C. | Merle C. Meyers | 44 Montgomery Street | Suite 1010 | San Francisco | CA | 94104 | | 415-362-7500 | mmeyers@mlg-pc.com | Counsel to Alps Automotive, Inc. |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | emeyers@mrrlaw.net | Counsel to Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | rrosenbaum@mrrlaw.net | Counsel to Prince George County, Maryland |
| Miami-Dade County Tax Collector | April Burch | Paralegal Unit | 140 West Flagler St Ste 1403 | Miami | FL | 33130 | | 305-375-5314 | mdtcbkc@miamidade.gov | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | miag@michigan.gov | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1176 | raterinkd@michigan.gov | Assistant Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | | 517-373-1820 | miag@michigan.gov | Attorney General for Worker's Compensation Agency; Attorney for the Funds Administration for the State of Michigan |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 14 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | trenda@milesstockbridge.com | Counsel to Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller & Martin PLLC | Dale Allen | 150 Fourth Ave North | Ste 1200 | Nashville | TN | 37219 | | | vjones@millermartin.com | Counsel to Averitt Express |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | greenj@millercanfield.com | Counsel to Wells Operating Partnership, LP |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-963-6420 | swansonm@millercanfield.com | Counsel to Brose North America Holding LP and its affiliates |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | pjricotta@mintz.com pricotta@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. and Conceria Pasubio |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | Jeff.Ott@molex.com | Counsel to Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | agottfried@morganlewis.com | Counsel to ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | mzelmanovitz@morganlewis.com | Counsel to Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | lberkoff@moritthock.com | Counsel to Standard Microsystems Corporation and its direct and indirect subsidiares Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Moses & Singer LLP | James M. Sullivan Esq. | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-554-7800 | jsullivan@mosessinger.com | Counsel to The Timken Corporation |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 3800 Lincoln Plaza | 500 North Akard Street | Dallas | RX | 75201-6659 | | 214-855-7590 214-855-7561 214-855-7587 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel to Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | sandy@nlsg.com | Counsel to Lankfer Diversified Industries, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 15 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | Knathan@nathanneuman.com | Counsel to 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | l.moore@pnc.com | Vice President and Senior Counsel to National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | george.cauthen@nelsonmullins.com | Counsel to Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson Deputy Attorney General | R.J. Hughes Justice Complex | 25 Market St P.O. Box 106 | Trenton | NJ | 08628-0106 | | 609-292-1537 | tracy.richardson@dol.lps.state.nj.us | Deputy Attorney General - State of New Jersey Division of Taxation |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | dgheiman@jonesday.com | Counsel to WL. Ross & Co., LLC |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | | 478-742-8706 | cahope@chapter13macon.com | Office of the Chapter 13 Trustee |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | jay.hurst@oag.state.tx.us | Counsel to The Texas Comptroller of Public Accounts |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | Principal Assistant Attorney General Environmental Enforcement Section | 30 E Broad St 25th Fl | Columbus | OH | 43215 | | 614-466-2766 | msutter@ag.state.oh.us | Attorney for State of Ohio, Environmental Protection Agency |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | michaelz@orbotech.com | Company |
| O'Rourke Katten & Moody | Michael Moody | 55 W Wacker Dr | Ste 1400 | Chicago | IL | 60615 | | 312-849-2020 | mmoody@orourkeandmoody.com | Counsel to Ameritech Credit Corporation d/b/a SBC Capital Services |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | 51 West 52nd Street at 6th Avenue | | New York | NY | 10103-0001 | | 212-506-3715 | Rdaversa@orrick.com | Counsel to Bank of America, N.A. |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | 919 N. Market Street, 17th Floor | P.O. Box 8705 | Wilmington | DE | 19899-8705 | | 302-652-4100 | mseidl@pszjlaw.com | Counsel for Essex Group, Inc. |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein Ilan D. Scharf | 780 Third Avenue, 36th Floor | | New York | NY | 10017-2024 | | 212-561-7700 | Rfeinstein@pszjlaw.com Ischarf@pszjlaw.com | Counsel for Essex Group, Inc. |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | 1133 Avenue of the Americas | | New York | NY | 10036 | | 212-336-2720 | dalowenthal@pbwt.com | Counsel to American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse Phyllis S. Wallitt | 1133 Avenue of the Americas | | New York | NY | 10036-6710 | | 212-336-2000 | dwdykhouse@pbwt.com | Attorneys for Fry's Metals Inc. and Specialty Coatings Systems Eft |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 16 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | 130 W Second St Ste 450 | | Dayton | OH | 45402 | | 937-223-1655 | spaethlaw@phslaw.com | Attorneys for F&G Multi-Slide Inc and F&G Tool & Die Co. Inc. |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | arosenberg@paulweiss.com | Counsel to Merrill Lynch, Pierce, Fenner & Smith, Incorporated |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | ddavis@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | emccolm@paulweiss.com | Counsel to Noma Company and General Chemical Performance Products LLC |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | | 313-456-0140 | housnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Penachio Malara LLP | Anne Penachio | 235 Main Street | Suite 600A | White Plains | NY | 10601 | | 914-946-2889 | apenachio@pmlawllp.com | Counsel to UVA Machine Company and its successors by acquisition |
| Pepe & Hazard LLP | Kristin B. Mayhew | 30 Jelliff Lane | | Southport | CT | 06890-1436 | | 203-319-4022 | kmayhew@pepehazard.com | Counsel for Illinois Tool Works Inc., Illinois Tool Works for Hobart Brothers Co., Hobart Brothers Company, ITW Food Equipment Group LLC and Tri-Mark, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | jaffeh@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Nina M. Varughese | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | varughesen@pepperlaw.com | Counsel to Capro, Ltd; Teleflex Automotive Manufacturing Corporation; Teleflex Incorporated; Ametek; Cleo, Inc.; Sierra International, Inc. |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | 2700 Kettering Tower | | Dayton | OH | 45423-2700 | | 937-223-1130 | scarter@pselaw.com | |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | jmanheimer@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | kcunningham@pierceatwood.com | Counsel to FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | 54 Buhl Blvd | | Sharon | PA | 16146 | | 724-981-1397 | rjp@pbandg.com | Counsel to Ideal Tool Company, Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | karen.dine@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 17 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | margot.erlich@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | Ste 550 | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | mark.houle@pillsburylaw.com | Counsel to Clarion Corporation of America, Hyundai Motor Company and Hyundai Motor America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | richard.epling@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | robin.spear@pillsburylaw.com | Counsel to MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley and Marianne G. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | jh@previant.com mgr@previant.com | Counsel to International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| PriceWaterHouseCoopers | Enrique Bujidos | Almagro | 40 | Madrid | | 28010 | Spain | 34 915 684 356 | enrique.bujidos@es.pwc.com | Representative to DASE |
| QAD, Inc. | Stephen Tyler Esq | 10,000 Midlantic Drive | Suite 100 West | Mt. Laurel | NJ | 08054 | | 856-840-2870 | xst@qad.com | Counsel to QAD, Inc. |
| Quarles & Brady LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | knye@quarles.com | Counsel to Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation; Flambeau Inc. |
| Quarles & Brady LLP | Roy Prange | 33 E Main St Ste 900 | | Madison | WI | 53703-3095 | | 608-283-2485 | rlp@quarles.com | Counsel for Flambeau Inc. |
| Quarles & Brady LLP | Valerie L. Bailey-Rihn Esq | 33 E Main St Ste 900 | | Madison | WI | 53703 | | 608-283-2407 | valerie.bailey-rihn@quarles.com | Counsel to Charter Manufacturing Co., Charter Mfg. Co. Inc., Charter Steel and Milwaukee Wire Products |
| Reed Smith | Ann Pille | 10 South Wacker Drive | | Chicago | IL | 60606 | | 312-207-1000 | apille@reedsmith.com | Counsel to Infineon; Infineon Technologies |
| Republic Engineered Products, Inc. | Joseph A Kaczka | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3215 | jkaczka@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | jshickich@riddellwilliams.com | Counsel to Microsoft Corporation; Microsoft Licensing, GP |
| Rieck and Crotty PC | Jerome F Crotty | 55 West Monroe Street | Suite 3390 | Chicago | IL | 60603 | | 312-726-4646 | jcrotty@rieckcrotty.com | Counsel to Mary P. O'Neill and Liam P. O'Neill |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 18 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | 230 Park Avenue | Suite 1130 | New York | NY | 10169 | | 212-818-9200 | rcarrillo@ssbb.com | Attorney's for Tecnomec S.r.l. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | dweiner@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | hborin@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Michael R Wernette | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | mwernette@schaferandweiner.com shellie@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | | 248-540-3340 | rheilman@schaferandweiner.com | Counsel to Dott Industries, Inc. |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | 7500 Sears Tower | | Chicago | IL | 60606 | | 312-258-5635 | egeekie@schiffhardin.com | Counsel to Means Industries |
| Schulte Roth & Zabel LLP | David J. Karp | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | david.karp@srz.com | Counsel to Parnassus Holdings II, LLC and Platinum Equity Capital Partners II, LP |
| Schulte Roth & Zabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | james.bentley@srz.com | Counsel to Panasonic Autommotive Systems Company of America |
| Schulte Roth & Zabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | michael.cook@srz.com | Counsel to Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | 420 Lexington Ave Ste 2400 | | New York | NY | 10170 | | 212-389-7818 | barryster@att.net | Counsel to Marybeth Cunningham |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk | 620 Eighth Ave | | New York | NY | 10018-1405 | | 212-218-5500 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | whanlon@seyfarth.com | Counsel to le Belier/LBQ Foundry S.A. de C.V. |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | 321 N. Clark St. | Suite 800 | Chicago | IL | 60654 | | 312-541-0151 | bshaw100@shawgussis.com | Counsel to ATC Logistics & Electronics, Inc. |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-3701 | | 603-627-8139 | bharwood@sheehan.com | Counsel to Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | lawtoll@comcast.net | Counsel to Milwaukee Investment Company |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | ewaters@sheppardmullin.com | Counsel to Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | 30 Rockefeller Plaza | 24th Floor | New York | NY | 10112 | | 212-332-3800 | msternstein@sheppardmullin.com | Counsel to International Rectifier Corp. and Gary Whitney |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | tcohen@sheppardmullin.com | Counsel to Gary Whitney |

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | 333 South Hope Street | 48th Floor | Los Angeles | CA | 90071 | | 213-620-1780 | twardle@sheppardmullin.com | Counsel to International Rectifier Corp. |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | rthibeaux@shergarner.com | Counsel to Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Kathleen M. LaManna | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5603 | bankruptcy@goodwin.com | |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | asherman@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | jzackin@sillscummis.com | Counsel to Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton Simon Kimmelman | 650 College Rd E | | Princeton | NJ | 08540 | | 609-227-4600 | vhamilton@sillscummis.com skimmelman@sillscummis.com | Counsel to Doosan Infracore America Corp. |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | cfortgang@silverpointcapital.com | Counsel to Silver Point Capital, L.P. |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | kmiller@skfdelaware.com | Counsel to Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | fyates@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc. and United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Monika J. Machen | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | mmachen@sonnenschein.com | Counsel to United Plastics Group |
| Sonnenschein Nath & Rosenthal LLP | Oscar N. Pinkas | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | opinkas@sonnenschein.com | Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 7800 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | rrichards@sonnenschein.com | Counsel to Molex, Inc. and INA USA, Inc.; Counsel to Schaeffler Canada, Inc. and Schaeffler KG |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | 4900 Key Tower | 127 Public Sq | Cleveland | OH | 44114 | | 216-479-8692 | cmeyer@ssd.com | Counsel to Furukawa Electric Co., Ltd.; Counsel for the City of Dayton, Ohio |
| State of California Office of the Attorney General | Sarah E. Morrison | Deputy Attorney General | 300 South Spring Street Ste 1702 | Los Angeles | CA | 90013 | | 213-897-2640 | sarah.morrison@doj.ca.gov | Attorneys for the State of California Department of Toxic Substances Control |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | 3030 W. Grand Boulevard | Suite 9-600 | Detroit | MI | 48202 | | 313-456-2210 | hwangr@michigan.gov | Assistant Attorney General for State of Michigan, Unemployment Tax Office of the Department of Labor & Economic Growth, Unemployment Insurance Agency |
| State of Michigan Labor Division | Susan Przekop-Shaw | PO Box 30736 | | Lansing | MI | 48909 | | 517-373-2560 | przekopshaws@michigan.gov | Assistant Attorney General as Attorney for the Michigan Workers' Compensation Agency |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | jmbaumann@steeltechnologies.com | Counsel to Steel Technologies, Inc. |
| Sterns & Weinroth, P.C. | Michael A Spero Simon Kimmelman Valerie A Hamilton | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-392-2100 | jspecf@sternslaw.com | Counsel to Doosan Infracore America Corp. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 20 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. | Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | goett.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 502-587-3400 | wbeard@stites.com loucourtsum@stites.com | Counsel to WAKO Electronics (USA), Inc.,Ambrake Corporation, and Akebona Corporation (North America) |
| Stutman Treister & Glatt Professional Corporation | Christine M. Pajak Eric D. Goldberg Isaac M. Pachulski Esq Jeffrey H Davidson Esq | 1901 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-228-5600 | cpajak@stutman.com egoldberg@stutman.com ipachulski@stutman.com jdavidson@stutman.com | Counsel to CR Intrinsic Investors, LLC, Elliot Associates, L.P., Highland Capital Management, L.P. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | ferrell@taftlaw.com | Counsel to Wren Industries, Inc. |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202 | | 513-381-2838 | miller@taftlaw.com | Counsel to Select Industries Corporation and Gobar Systems, Inc. |
| Teitelbaum & Baskin LLP | Jay Teitelbaum Ron Baskin | 3 Barker Avenue | 3rd Floor | White Plains | NY | 10601 | | 914-437-7670 | jteitelbaum@tblawllp.com rbaskin@tblawllp.com | Counsel to Mary H. Schaefer |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | c/o TN Attorney General's Office, Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | 615-532-2504 | agbanknewyork@ag.tn.gov | Tennesse Department of Revenue |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | jforstot@tpw.com | Counsel to TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | lcurcio@tpw.com | Counsel to TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| The Michaelson Law Firm | Robert N Michaelson | 11 Broadway Ste 615 | | New York | NY | 10004 | | 212-604-0685 | rnm@michaelsonlawfirm.com | Counsel to NXP Semiconductors USA, Inc. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706-0927 | | 330-438-3000 | robert.morris@timken.com | Representative for Timken Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | rhett.campbell@tklaw.com | Counsel to STMicroelectronics, Inc. |
| Thompson & Knight LLP | Ira L. Herman | 919 Third Avenue | 39th Floor | New York | NY | 10022-3915 | | 212-751-3045 | ira.herman@tklaw.com | Counsel to Victory Packaging |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 3300 | Dallas | TX | 75201-4693 | | 214-969-1505 | john.brannon@tklaw.com | Counsel to Victory Packaging |
| Thompson Coburn Fagel Haber | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | lnewman@tcfhlaw.com | Counsel to Aluminum International, Inc. |
| Thompson Coburn LLP d/b/a Thompson Coburn Fagel Haber | Dennis E. Quaid Esq | 55 E Monroe 37th Fl | | Chicago | IL | 60603 | | 312-580-2215 | dquaid@thompsoncoburn.com | Counsel for Penn Aluminum International Inc |
| Thompson Hine LLP | Jennifer L Maffett | 2000 Courthouse Plaza NE | 10 W Second St | Dayton | OH | 45402 | | 937-443-6600 | Jennifer.Maffett@ThompsonHine.com | Counsel to Rieck Group, LLC n/k/a Mechanical Construction Managers, LLC |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | 12345 E Nine Mile Rd | | Warren | MI | 48089 | | 586-755-8066 | tguerriero@us.tiauto.com | General Counsel and Company Secretary to TI Group Automotive Systems LLC |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Todtman Nachamie Spizz & Johns PC | Janice B. Grubin | 425 Park Avenue | 5th Floor | New York | NY | 10022 | | 212-754-9400 | jgrubin@tnsj-law.com | Counsel to Vanguard Distributors, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 21 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| U.S. Department of Justice | Matthew L Schwartz Joseph N Cordaro | Assistant United States Attorneys | 86 Chambers St 3rd Fl | New York | NY | 10007 | | 212-637-1945 | matthew.schwartz@usdoj.gov Joseph.Cordaro@usdoj.gov | Counsel to Enviromental Protection Agency; Internal Revenue Service; Department of Health and Human Services; and Customs and Border Protection |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | hzamboni@underbergkessler.com | Counsel to McAlpin Industries, Inc. |
| Union Pacific Railroad Company | Mary Ann Kilgore | 1400 Douglas Street | MC 1580 | Omaha | NE | 68179 | | 402-544-4195 | mkilgore@UP.com | Counsel to Union Pacific Railroad Company |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO David Jury, Esq. | | Five Gateway Center Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2546 | djury@usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | tscobb@vorys.com | Counsel to America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | RGMason@wlrk.com | Counsel to Capital Research and Management Company |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | gtoering@wnj.com | Counsel to Robert Bosch Corporation; Counsel to Daewoo International Corp and Daewoo International (America) Corp |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | growsb@wnj.com | Counsel to Behr Industries Corp. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Glenn Kurtz Gerard Uzzi Douglas Baumstein | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | gkurtz@ny.whitecase.com guzzi@whitecase.com dbaumstein@ny.whitecase.com | Counsel to Appaloosa Management, LP |
| White & Case LLP | Thomas Lauria Frank Eaton | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | tlauria@whitecase.com featon@miami.whitecase.com | Counsel to Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | barnold@whdlaw.com | Counsel to Schunk Graphite Technology |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | 35765 Chester Rd | | Avon | OH | 44011-1262 | | 440-930-8000 | jmoennich@wickenslaw.com | Counsel for Delphi Sandusky ESOP |
| Winston & Strawn LLP | David Neier Carey D. Schreiber | 200 Park Avenue | | New York | NY | 10166-4193 | | 212-294-6700 | dneier@winston.com cschreiber@winston.com | Counsel to Ad Hoc Group of Tranche A & B DIP Lenders |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | mwinthrop@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | sokeefe@winthropcouchot.com | Counsel to Metal Surfaces, Inc. |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | 550 South Main St | | Greenville | SC | 29601 | | 864-255-5402 | agrumbine@wcsr.com | Counsel to Armacell |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | 222 Delaware Avenue | Suite 1501 | Wilmington | DE | 19801 | | | mbusenkell@wcsr.com | Counsel to Chicago Miniature Optoelectronic Technologies, Inc. |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | 700 Crossroads Bldg | 2 State St | Rochester | NY | 14614 | | 585-362-4514 | rkisicki@woodsoviatt.com | |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 22 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | skrause@zeklaw.com | Counsel to Toyota Tsusho America, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 23 of 23

12/17/2010 12:32 PM
Email (397)

DPH Holdings Corp.
Special Parties

| Contact | Email |
| --- | --- |
| Joseph "Ted" Chapman | joseph.chapman@ohioattorneygeneral.gov |
| Richard J Bernard | rbernard@bakerlaw.com |
| Victoria Garry | victoria.garry@ohioattorneygeneral.gov |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

12/17/2010 12:32 PM
Ohio Workers Comp Special Parties Email

# EXHIBIT C

DPH Holdings Corp.
Post-Emergence Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|
| United States Trustee | Brian Masumoto | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | Counsel to United States Trustee |

# EXHIBIT D

**Hearing Date and Time:  December 16, 2010 at 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


    - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036


Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors


DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698


DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

      In re                      :    Chapter 11
                                  :

DPH HOLDINGS CORP., et al.,    :    Case Number 05-44481 (RDD)
                                :

                                :    (Jointly Administered)

          Reorganized Debtors.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

REORGANIZED DEBTORS' SECOND SUPPLEMENTAL REPLY TO
SUPPLEMENTAL RESPONSE OF CLAIMANT TO DEBTORS'
OBJECTION TO PROOF OF CLAIM NUMBER 1294 FILED BY
OHIO BUREAU OF WORKERS' COMPENSATION

("SECOND SUPPLEMENTAL REPLY REGARDING CLAIM
FILED BY OHIO BUREAU OF WORKERS COMPENSATION")

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors") hereby submit the Reorganized Debtors' Second Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objections To Proof of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation, and respectfully represent as follows:

**DISCUSSION**

1.    On December 6, 2010, the Reorganized Debtors filed the Reorganized Debtors' Supplemental Reply To Supplemental Response Of Claimant To Reorganized Debtors' Objections To Proof of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20997) (the "Supplemental Reply").  In the Supplemental Reply, the Reorganized Debtors requested that the Court disallow the Proof of Claim[1] because all of the Debtors' prepetition obligations on account of workers' compensation have been paid in full. (Supplemental Reply ¶¶ 15-16.)  In its Response Of The Ohio Bureau Of Workers' Compensation To Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21003) (the "Supplemental Response"), however, the Bureau contends that "there are unpaid assessments which are capable of concrete calculation, and there will be future assessments."  (Supplemental Response ¶ 2.)  The Bureau does not provide any further detail as to the assessments that it believes to be owed, but the Bureau can only be referring to assessments levied after the Effective Date.  Attached as <u>Exhibit A</u> hereto are copies

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the Supplemental Reply.

of all of the checks issued by the Debtors to the Bureau and the corresponding invoices from the

Bureau.

2.    As to any post-Effective Date assessments, the Supplemental Reply

described the overwhelming weight of authority, including this Court's recent ruling on the

substantially similar Michigan Funds Administration claim, that treats annually assessed taxes as

separate claims that arise each year.  (Supplemental Reply ¶¶ 18-19.)  Nonetheless, the Bureau

summarily dismisses the majority view, observing that "the income and sales excise taxes cited

in the Supplemental Reply arise based upon the underlying income earned or sales generated in

the respective period."[2]  (Supplemental Response ¶ 3.)  Of course, the precise subject matter of

an excise tax is not dispositive here.  The appropriate test to determine whether a tax assessment

of any type constitutes a new claim or relates back to an existing claim turns on whether the

taxes arise annually or accrue on a continuous basis.  See In re Sage-Dey, Inc., 170 B.R. 46, 50-

51 (Bankr. N.D.N.Y. 1994).

3.    The Bureau instead weds itself to the unpublished decision In re Belden

Locker Co., No. 06-60316, 2008 WL 762243 (Bankr. N.D. Ohio Mar. 21, 2008), because that

case specifically addresses the type of workers' compensation assessments asserted in the Proof

of Claim.  As discussed in the Supplemental Reply, the reasoning in Belden Locker is unsound

and should not be adopted here.  (Supplemental Reply ¶ 20-21.)  In particular, Belden Locker

fails to even mention the legal authorities adhering to the majority view that annually assessed

---

[2]    The Bureau also seeks to distinguish the cases cited by the Reorganized Debtors by noting that the Proof of
Claim was timely filed.  No doubt, the Proof of Claim was filed before the bar date for prepetition claims.  But
to the extent that the Bureau is also seeking to assert a separate claim for postpetition or post-Effective Date
assessments, such claim is untimely.  The final bar date to assert administrative expense claims against the
Debtors was November 5, 2009.  (Modified Plan § 10.5.)

3

taxes constitute separate claims or the mechanics of how assessments are calculated and levied under Ohio law.

4.      Rather, the analysis in <u>Belden Locker</u> hinged on the bankruptcy court's incorrect and incomplete understanding that claims for assessments, like insurance-premium payments, arise simply by virtue of having employees prior to the petition date.  Premium and assessment claims, however, arise out of different circumstances: premium claims against state-insured employers arise as a result of having employees during a specified coverage period and assessment claims against self-insured employers arise on an annual basis based upon workers' compensation payments made during the previous calendar year.  Moreover, even in the context of claims for premium payments, the mere fact of having employees does not create springing future claims for premiums for periods beyond the coverage period.  Claims for workers' compensation insurance premiums arise as a result of having employees during the particular period of insurance coverage because the employees contemporaneously receive the benefit of the coverage; it does not impose an obligation upon the employer to pay premiums for subsequent periods.  Surely the Bureau cannot be arguing that, in the event of an intervening bankruptcy filing, the prepetition act of employment would convert premiums for postpetition insurance coverage into prepetition claims while the employer continues to operate as a debtor-in-possession.  To the contrary, postpetition premiums would constitute separate claims entitled to administrative-expense priority under section 503(b) of the Bankruptcy Code.

5.      Likewise, separate assessment claims arise each year.[3]  In an apparent attempt to give its claim for future assessments some form of continuity between prepetition

_____

[3]    Inexplicably, the <u>Belden Locker</u> court did not discuss section 4123.35(J) of the Ohio Revised Code, which clearly imposes an assessment <u>each year</u> on an employer primarily based upon workers' compensation payments
                                                                                                                    *(cont'd)*

4

employment and the workers' compensation payments used to calculate subsequent assessments,
the Bureau indicates that assessments are "owed to [the Bureau] on account of actual and
projected injuries that occurred while the Debtor enjoyed the benefits of self-insured status."
(Supplemental Response ¶ 1.)  This description is imprecise, at best.  Subject to certain
adjustments not germane here, Ohio workers' compensation assessments are levied each year
against a self-insured employer based upon (1) the "total amount of paid compensation for the
previous calendar year attributable to all amenable self-insuring employers" and (2) the "total
amount of paid compensation for the previous calendar year that is attributable to the individual
self-insuring employer."[4]  OHIO REV. CODE ANN. § 4123.35(J).  Total compensation paid by the
Debtors in a calendar year is comprised of payments relating to both prepetition and postpetition
injuries—although never "projected injuries."  Thus, while the date of injury determines when a
claim arises for workers' compensation benefits, In re Olga Coal Co., 194 B.R. 741, 746 (Bankr.
S.D.N.Y. 1996), the date of injury is irrelevant for purposes of determining when a claim arises
for workers' compensation assessments.[5]

> 6.      Given Ohio's clear statutory calendar-year assessment framework, the
Bureau's view that future assessments should relate back to the prepetition time of employment
is without merit.  Taken to its logical conclusion—as discussed above in the context of insurance

_____

(cont''d from previous page)
        made by the individual self-insuring employer and other participating employers during the previous calendar
        year.

[4]     A third variable factor is the Bureau's discretionary determination of the total assessments and administrative
        costs for the year the assessments are being levied.  OHIO REV. CODE ANN. § 4123.35(J)(1).

[5]     Indeed, any future assessments that the Bureau might seek to levy against the Reorganized Debtors would
        benefit only the Bureau itself, and not the Debtors' former employees who are entitled to workers' compensation
        benefits as a result of their injuries.  Employers no longer operating as self-insurers in Ohio—like the
        Reorganized Debtors—are subject to assessments only for administrative costs and contributions to the surplus
        fund established to guaranty the solvency of Ohio's state-run insurance program.  OHIO REV. CODE ANN. §
        4123.35(J); OHIO ADMIN. CODE R. 4123-17-32(G).

premiums—the <u>Belden Locker</u> approach endorsed by the Bureau would allow an employer to continue operating as self-insurer after filing for bankruptcy relief but would not give the Bureau an administrative claim for assessments levied during the bankruptcy.  Such a bizarre result is not consistent with the Bankruptcy Code or the weight of case law analyzing how tax claims arise.  Accordingly, the Proof of Claim should be disallowed because all prepetition assessments previously levied against the Reorganized Debtors have been paid in full and the Bureau is not entitled to bootstrap future assessments into such Claim.[6]

---

[6]    In addition, and contrary to the Bureau's assertion in the Supplemental Response, the Reorganized Debtors may very well contest that assessments asserted in the Proof of Claim are entitled to priority treatment under section 507(a)(8)(E) of the Bankruptcy Code.  In the event that the Court concludes that postpetition, post-Effective-Date assessments relate back to the time of prepetition employment, the Reorganized Debtors reserve the right to challenge the relative priority of assessments based on payments to the individual workers' compensation beneficiaries.  A substantial majority of these payments relate to individuals who were employed by the Debtors more than three years prior to the Petition Date—or were employed by the Debtors after the Petition Date—and therefore would fall outside the scope of section 507(a)(8)(E).

WHEREFORE the Reorganized Debtors respectfully request this Court enter an order (a) sustaining the objection with respect to the Claim, (b) disallowing and expunging the Claim in its entirety, and (c) granting such further and other relief this Court deems just and proper.

Dated:    New York, New York
          December 15, 2010

                        SKADDEN, ARPS, SLATE, MEAGHER
                           & FLOM LLP

                        By:   /s/ John Wm. Butler, Jr.
                              John Wm. Butler, Jr.
                              John K. Lyons
                              Ron E. Meisler
                        155 North Wacker Drive
                        Chicago, Illinois 60606

                              - and -

                        Four Times Square
                        New York, New York 10036

                        Attorneys for DPH Holdings Corp., et al.,
                           Reorganized Debtors

7

National Benefits Center
P O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 02/06/2002 | 3,000.00 | 0001064677 |

| PAYEE | TAX ID |
|-------|--------|
| OHIO BUREAU OF WORKERS COMPENSATION | 31133418 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

8,954   0200B3421B2180          001 OF 002

Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48034

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

Amt Paid:      3000.00        Description: State Assessment
Amt Billed:        .00           Invoice: 42417445       ICN:
    Dates: 02/05/2002 - 02/05/2002    Comment: Delphi Automotive Systems Corporation - #20005212



RECEIVED
FEB 1 9 2002
DELPHI NATIONAL
BENEFIT CENTER

E1991.FRM (02-28-

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | |
|--------|------|-----------|--|
| 182185G | 02/06/2002 | 0001064677 | 62-22 / 311 |

PAY ONLY 3 0 0 0 .00

PAY    *THREE THOUSAND AND 00/100 DOLLARS*

TO
THE
ORDER
OF

OHIO BUREAU OF WORKERS COMPENSATION

$3000.00

First Union Bank of Delaware
Wilmington, DE

VOID AFTER 60 DAYS

⑈000106467⑈ ⑆031100225⑇ 2079950059703⑈



# Invoice/Statement

Please call **1-800-OHIOBWC** (1-800-644-6292)
and press 24 for billing questions or employer
information. Visit us on the web at:
**www.ohiobwc.com**

Bob Taft, Governor  James Conrad, Administrator/CEO

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy Information

| | | | |
|---|---|---|---|
| **Policy Number:** | **20005212** | Invoice Number: | **42417445** |
| Federal ID Number: | **38-3430473** | Current Rating Plan: **Self Insured** | Invoice Date: **01/25/2002** |
| Coverage Status: | **ACTIVE** | | Due Date: **02/24/2002** |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| **Outstanding Balance** | | |
| BWC Balance: | $3,000.00 | $3,000.00 |
| **Ending Balance** | | |
| BWC Balance: | $3,000.00 | $3,000.00 |

RECEIVED
DELPHI NATIONAL
BENEFITS CENTER

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 42417445 | 02/24/2002 | $3,000.00 | $ |

Mail to
BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

*Check # 106477*
*Sent out from*
*Poorman Douglas - 2/5/02*
*smg*

200052120000000042417445005000000000300000



*Invoice/Statement*

# *Current Activity Detail*

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 42417445 |
| Invoice Date | Due Date |
| 01/25/2002 | 02/24/2002 |

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

Detailed information regarding the beginning balances on this Invoice/Statement
was shown on an earlier Invoice/Statement.



**SELF INSURED EMPLOYERS' ASSESSMENTS FOR THE PERIOD 07-01-01 THRU 12-31-01.**

Enclosed is the Invoice/Statement for Self Insured Assessments for the second half of calendar year 2001. It is based on the **2000 calendar year paid compensation pro rated for the period of coverage and the following annual fiscal year (FY) rates.**

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0415 | $ 16,080.54 | $ 664.35 |
| Administrative Cost Fund * | ACF | .1377 | $ 16,080.54 | $ 2,204.38 |
| Safety & Hygiene Fund | SANDH | .0082 | $ 16,080.54 | $ 131.27 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |

\* Represents both BWC and IC combined.

Disabled Workers' Relief Fund DWRF Rate is 100 % of the expenditure that is a dollar for dollar billing.

NOTE: For those organizations granted self insurance during the second (2nd) half of the calendar year 2001, your assessment was pro rated based **on the number of days remaining in the state fiscal year.** The current state fiscal year began July 1, 2001 and ends June 30, 2002.

**PAYMENT INSTRUCTIONS:**

1. To avoid late payment, the payment must be received not later than the close of business **February 28, 2002. To insure proper payment, it is recommended you write your account/policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to:  STATE INSURANCE FUND
BUREAU OF WORKERS' COMPENSATION
CORPORATE PROCESSING DEPARTMENT
COLUMBUS, OH 43271-0977

5. **Keep the billing and the claims payment detail (if applicable) for your records.**

**ADDITIONAL INFORMATION:**

Questions, protests or disputes regarding this assessment billing must be sent to the below address, with a copy to BWC Collections Unit, L-24.

Ohio Bureau of Workers' Compensation, SIUS
Attn: Jennifer Belcher
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 644-5062
Fax    (614) 719-5314
Toll free in USA: 1-800-644-6292

Questions, protests or disputes regarding DWRF eligibility, calculations, claimant social security changes or notification of claimant death, must addressed to:

Ohio Bureau of Workers' Compensation
ATTN: DWRF UNIT
30 West Spring Street, L-10
Columbus, OH 43215-2256

Phone (614) 466-4610
Fax    (614) 644-7152
Toll free in USA: 1-800-644-6292

DELPHI NATIONAL
BENEFITS CENTER

National Benefits Center
P O. Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 02/20/2003 | 416,083.04 | 0003296536 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

48   0300927218218O        013 OF 001

Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48086

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

Amt Paid:    416083.04         Description: State Assessment
Amt Billed:       .00          Invoice: 49215565      ICN:
     Dates: 02/11/2003 - 02/11/2003    Comment: Ohio State Assessment SI Transacations SI# 20005212

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|--------|------|-----------|-------|
| 1821856 | 02/20/2003 | 0003296536 | 311 |



PAY ONLY   4 1 6 0 8 3 04
          FOUR  ONE  SIX  ZERO  EIGHT  THREE

PAY    *FOUR HUNDRED SIXTEEN THOUSAND EIGHTY THREE*

TO     BWC STATE INSURANCE FUND                    $416083.04
THE
ORDER
OF

First Union Bank of Delaware        VOID AFTER 60 DAYS
Wilmington, DE

⑈0003296536⑈  ⑈031100225⑈ 20799500597031⑈

# *Invoice/Statement*

**BWC**
Better Workers' Compensation
Built with *you* in mind.

Please call **1-800-OHIOBWC** (1-800-644-6292)
and press 2 for billing questions or employer
information. Visit us on the web at:
**www.ohiobwc.com**

Bob Taft, Governor  James Conrad, Administrator/CEO

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy Information

| | | | | | |
|---|---|---|---|---|---|
| Policy Number: | 20005212 | Invoice Number: | 49215565 | Invoice Date: | 01/27/2003 |
| Federal ID Number: | 38-3430473 | Current Rating Plan: | Self Insured | Due Date: | 03/03/2003 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| **Outstanding Balance** | | |
| BWC Balance: | $0.00 | $0.00 |
| | | |
| **Current Activity - Detail Attached** | | |
| Self-Insured Transactions | $416,083.04 | $416,083.04 |
| | | |
| **Ending Balance** | | |
| BWC Balance: | $416,083.04 | $416,083.04 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 49215565 | 03/03/2003 | $416,083.04 | $ *416,083.04* |

**Mail to:**

**BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977**

DELPHI NATIONAL BENEFIT CENTER
RECEIVED
FEB 0 3 2003


RECEIVED
FEB - 4 2003

200052120000000492155655050G00000041608304

# SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the first (1ˢᵗ) Invoice/Statement for Self Insured Assessments based on the calendar year 2001 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0415 | $ 14,157.62 | $ 587.54 |
| Administrative Cost Fund * | ACF | .1606 | $ 14,157.62 | $ 2,273.71 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 14,157.62 | $ 138.75 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |

* Represents both BWC and IC combined

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the second (2nd) half of the calendar year 2002, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2002 and ends June 30, 2003.

## PAYMENT INSTRUCTIONS:

1. To avoid late payment, the payment must be received not later than the close of business **February 28, 2003**. **To insure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed
envelope to: STATE INSURANCE FUND          OVERNIGHT PAYMENT TO:
            BUREAU OF WORKERS' COMPENSATION      BUREAU OF WORKERS' COMPENSATION
            CORPORATE PROCESSING DEPARTMENT      30 WEST SPRING ST LEVEL 26
            COLUMBUS, OH 43271-097               COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

## ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address, **with a copy to BWC Collections Unit, L-24.**

Ohio Bureau of Workers' Compensation, SIUS
Attn: Jennifer Gropper                   Phone (614) 644-5062
30 West Spring Street, L-26              Fax   (614) 719-5314
Columbus, OH 43215-2256                 Toll free in USA: 1-800-644-6292
                                        Option 2, then 3

Questions, protests or disputes regarding DWRF eligibility, calculations, claimant social security changes or notification of claimant death, must be addressed to:

Ohio Bureau of Workers' Compensation     Phone (614) 466-4610
ATTN: DWRF UNIT                          Fax   (614) 644-7152
30 West Spring Street, L-10             Toll free in USA: 1-800-644-6292
Columbus, OH 43215-2256

RECEIVED
FEB 0 2003
DELPHI NATIONAL
BENEFIT CENTER



*Invoice/Statement*

# *Current Activity Detail*

Bob Taft, Governor James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 49215565 |
| Invoice Date | Due Date |
| 01/27/2003 | 03/03/2003 |

**DELPHI AUTOMOTIVE SYSTEMS CORPORATION**
**PO BOX 5060**
**SOUTHFIELD MI 48086-5060**

---

**Mandatory Surplus**

| Mandatory Surplus | Reported Paid Comp for 2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/21/2003 07/01/02 to 12/31/02 | 4,117,595.60 | 2,058,797.80 | 0.041500 | 85,440.11 |
| Transaction Total | | | | **$85,440.11** |

**Administrative Cost**

| Administrative Cost | Reported Paid Comp for 2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/21/2003 07/01/02 to 12/31/02 | 4,117,595.60 | 2,058,797.80 | 0.160600 | 330,642.93 |
| Transaction Total | | | | **$330,642.93** |
| Self-Insured Transactions Total | | | | **$416,083.04** |

**TOTAL MONTHLY ACTIVITY**                       **$416,083.04**

DELPHI NATIONAL BENEFIT CENTER
FEB 0 4 2003
RECEIVED

Dec-14-2010 09:17am From-sedgwick cms    +2482082359    T-620   P.009   F-939
05-44481-rdd   Doc 21030   Filed 12/20/10   Entered 12/20/10 23:54:37   Main Document
Pg 48 of 113

**The Ohio Bureau of Workers' Compensation**
30 W. Spring Street
Columbus, OH 43215-2256



| **Bob Taft** | **James Conrad** |
|---|---|
| Governor | Administrator/CEO |
| **www.ohiobwc.com** | **1-800-OHIOBWC** |

August 29, 2003

Delphi Automotive Systems Inc
5725 Delphi Drive
Troy, MI 48098-2815

Re: Policy # 20005212

Dear Employer:

Please find enclosed an invoice/statement for the 2001 paid compensation safety and hygiene assessment in the amount of $40,352.44 and the 2000 paid compensation assessments for safety and hygiene $33,706.23; administration $566,017.98 and mandatory surplus $170,586.89. These funds were inadvertently missed during normal billing periods. Sorry for any inconvenience this may have caused.

I hope you find this information helpful. Should you have further questions, please do not hesitate to contact me @ 614-644-5062 or e-mail me @ Jennifer.G.1@bwc.state.oh.us

Sincerely,

Jennifer Gropper
Self Insured Underwriter

Encl: Invoice/Statement

Cc: File

8426-599S-0017

National Benefits Center
P O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 08/26/2003 | 416,083.03 | 0003838523 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

```
*   67  0003838523  033 OF 001  0AM  030826 1114
```
Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48086

| Claimant Name | Loss Date | Claim Number | SSN |
|---------------|-----------|--------------|-----|

```
   Amt Paid:     416083.03      Description: State Assessment
   Amt Billed:        .00          Invoice: 52671712       ICN:
      Dates: 08/25/2003 - 08/25/2003   Comment: Semi Annual Assessment Ohio - Delphi 20005212 - 38-34
```

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|--------|------|-----------|-------|
| 1821856 | 08/26/2003 | 0003838523 | 311 |

PAY
ONLY 416083 03
FOUR ONE SIX ZERO EIGHT THREE

```
   67  0003838523  033 OF 001  0AM  030826 1114
```
PAY   *FOUR HUNDRED SIXTEEN THOUSAND EIGHTY THREE*
      *AND 03/100 DOLLARS*                              $416083.03

TO    BWC STATE INSURANCE FUND
THE   OHIO BUREAU OF WORKERS COMPENSATION
ORDER
OF
First Union Bank of Delaware        VOID AFTER 60 DAYS
Wilmington, DE



⑈0003838523⑈ ⑆031100225⑆ 20795500597031⑈

# *Invoice/Statement*

**BWC**
Better Workers' Compensation
Built with *you* in mind.

Bob Taft, Governor James Conrad, Administrator/CEO

**Online payment, quick and convenient:** Pay your balance online at ohiobwc.com using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

RECEIVED DNBC

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

AUG 0 5 '03

## *Policy Information*

| | | | |
|---|---|---|---|
| **Policy Number:** | 20005212 | Invoice Number: | 52671712 | Invoice Date: 07/25/2003 |
| Federal ID Number: | 38-3430473 | Current Rating Plan: | Self Insured | Due Date: 08/29/2003 |
| Coverage Status: | ACTIVE | | | |

## *Billing Summary*

| | Breakdown | Total |
|---|---|---|
| **Outstanding Balance** | | |
| BWC Balance: | $0.00 | $0.00 |
| | | |
| **Current Activity – Detail Attached** | | |
| Self-Insured Transactions | $416,083.03 | $416,083.03 |
| | | |
| **Ending Balance** | | |
| BWC Balance: | $416,083.03 | $416,083.03 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 52671712 | 08/29/2003 | $416,083.03 | $ |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

Claim No:_____ Status_____
Examiner:_____
Approved / Denied Pay Code_____
Examiner Initial:_____
Paid Date:_____ Paid By: _____

20005212000000052671712105000000004160830



RECEIVED AUG 2 2 2003
12/14/2010 8:41AM



# Current Activity Detail

RECEIVED UNBC

Invoice/Statement

Bob Taft, Governor   James Conrad, Administrator/CEO

AUG 0 5 '03

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 52671712 |
| Invoice Date | Due Date |
| 07/25/2003 | 08/29/2003 |

DELPHI AUTOMOTIVE SYSTEMS CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Mandatory Surplus

| Mandatory Surplus | Reported Paid Comp for 2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/17/2003  01/01/03 to 06/30/03 | 4,117,595.60 | 2,058,797.80 | 0.041500 | 85,440.11 |
| Transaction Total | | | | $85,440.11 |

## Administrative Cost

| Administrative Cost | Reported Paid Comp for 2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/17/2003  01/01/03 to 06/30/03 | 4,117,595.60 | 2,058,797.80 | 0.160600 | 330,642.92 |
| Transaction Total | | | | $330,642.92 |
| Self-Insured Transactions Total | | | | $416,083.03 |

**TOTAL MONTHLY ACTIVITY**                                                     $416,083.03

# SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the first (1st) Invoice/Statement for Self Insured Assessments based on the calendar year 2001 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0415 | $ 14,157.62 | $ 587.54 |
| Administrative Cost Fund * | ACF | .1606 | $ 14,157.62 | $ 2,273.71 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 14,157.62 | $ 138.75 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |

**\* Represents both BWC and IC combined**

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the second (2nd) half of the calendar year 2002, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2002 and ends June 30, 2003.

## PAYMENT INSTRUCTIONS:

1. To avoid late payment, the payment must be received not later than the close of business **February 28, 2003.** **To insure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND **OVERNIGHT PAYMENT TO:**
BUREAU OF WORKERS' COMPENSATION    BUREAU OF WORKERS' COMPENSATION
CORPORATE PROCESSING DEPARTMENT    30 WEST SPRING ST LEVEL 26
COLUMBUS, OH 43271-097    COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

## ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address, **with a copy to BWC Collections Unit, L-24.**

Ohio Bureau of Workers' Compensation, SIUS
Attn: Jennifer Gropper
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 644-5062
Fax (614) 719-5314
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding DWRF eligibility, calculations, claimant social security changes or notification of claimant death, must be addressed to:

Ohio Bureau of Workers' Compensation
ATTN: DWRF UNIT
30 West Spring Street, L-10
Columbus, OH 43215-2256

Phone (614) 466-4610
Fax (614) 644-7152
Toll free in USA: 1-800-644-6292

National Benefits Center
P O Box 5053
Southfield, MI  48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 10/01/2003 | 810,663.04 | 0004006642 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

*000035  0004006642  015 OF 001  0AM  031001 1029

Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn:  Raquel Oriel/Sheila Gerard
Southfield, MI  48086

| Claimant Name | | Loss Date | Claim Number | SSN |
|---------------|--|-----------|--------------|-----|

Amt Paid:     810663.04        Description: State Assessment
Amt Billed:        .00         Invoice: 53292692      ICN:
    Dates: 09/25/2003 - 09/25/2003    Comment: OH Assessment 02(All Funds) & 01 Safety & Hygiene-200

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| | ORIGIN | DATE | CHECK NO. | 62-22 |
|--|--------|------|-----------|-------|
| | 1821856 | 10/01/2003 | 0004006642 | 311 |

PAY ONLY  810663 04

000035  0004006642  015 OF 001  0AM  031001 1029

PAY   *EIGHT HUNDRED TEN THOUSAND SIX HUNDRED SIXTY*
      *THREE AND 04/100 DOLLARS*                                    $810663.04

TO
THE      BWC STATE INSURANCE FUND
ORDER    OHIO BUREAU OF WORKERS' COMPENSATION
OF

First Union Bank of Delaware              VOID AFTER 60 DAYS
Wilmington, DE

⑈000400bb42⑈ ⑆031100225⑆ 2079950059703⑈



# *Invoice/Statement*

**Online payment, quick and convenient:** Pay your balance online at **ohiobwc.com** using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (**1-800-644-6292**) for employer information.

Bob Taft, Governor   James Conrad, Administrator/CEO

#332000201

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

## Policy Information

| Policy Number: | 20005212 | Invoice Number: | 53292692 | Invoice Date: | 08/29/2003 |
|---|---|---|---|---|---|
| Federal ID Number: | 38-3430473 | Current Rating Plan: | Self Insured | Due Date: | 10/03/2003 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | Breakdown | Total | |
|---|---|---|---|
| Outstanding Balance BWC Balance: | $416,083.03 | $416,083.03 | *Paid* |
| Current Activity - Detail Attached Self-Insured Transactions | $810,663.04 | $810,663.04 | |
| Ending Balance BWC Balance: | $1,226,746.07 | $1,226,746.07 | |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the **Ohio Bureau of Workers' Compensation**. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 53292692 | 10/03/2003 | $1,226,746.07 | $ |

*Mail to:*

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

200052120000000532926926050000000122674607



*Invoice/Statement*

# Current Activity Detail

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 53292692 |
| **Invoice Date** | **Due Date** |
| 08/29/2003 | 10/03/2003 |

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

**Mandatory Surplus**

Mandatory Surplus
08/25/2003  08/25/03 to 08/25/03

| | Reported Paid Comp for -2000 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.000000 | 170,586.39 |
| Transaction Total | 4,110,515.45 | 4,110,515.45 | .0415 | $170,586.39 |

**Administrative Cost**

Administrative Cost
08/25/2003  08/25/03 to 08/25/03

| | Reported Paid Comp for -2000 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| | 0.00 | 0.00 | 0.000000 | 566,017.98 |
| Transaction Total | Same as above | Same as above | .1377 | $566,017.98 |

**Safety And Hygiene**

Safety And Hygiene
08/25/2003  08/25/03 to 08/25/03

| | Reported Paid Comp for -2001 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| | 4,117,595.60  0.00 | 4,117,595.60  0.00 | 0.000000  .0098 | 40,352.44 200 |
| | 0.00 | 0.00 | 0.000000  .0082 | 33,706.23 200 |
| Transaction Total | 4,110,515.45 | 4,110,515.45 | | $74,058.67 |
| Self-Insured Transactions Total | | | | $810,663.04 |

TOTAL MONTHLY ACTIVITY                                    $810,663.04



**BWC**
Ohio Workers' Compensation
Built with *you* in mind.

*Invoice/Statement*
# *Current Activity Detail*

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 53292692 |
| Invoice Date | Due Date |
| 08/29/2003 | 10/03/2003 |

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

| | Reported Paid Comp for -2000 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus** | | | | |
| **Mandatory Surplus** | | | | |
| 08/25/2003  08/25/03 to 08/25/03 | 0.00 | 0.00  0.000000 | | 170,586.39 |
| **Transaction Total** | 4,110,515.45 | 4,110,515.45 | .0415 | $170,586.39 |
| | | | | |
| **Administrative Cost** | | | | |
| **Administrative Cost** | | | | |
| 08/25/2003  08/25/03 to 08/25/03 | 0.00 | 0.00  0.000000 | | 566,017.98 |
| **Transaction Total** | Same as above | Same as above | .1377 | $566,017.98 |
| | | | | |
| **Safety And Hygiene** | | | | |
| **Safety And Hygiene** | Comp for -2001 | | | |
| 08/25/2003  08/25/03 to 08/25/03 | 4,117,595.60 0.00  4,117,595.60 0.00  0.000000 .0098 | 0.00  0.000000 .0082 | | 40,352.44 200 |
| | 4,110,515.45 | 4,110,515.45 | | 33,706.23 200 |
| **Transaction Total** | | | | $74,058.67 |
| **Self-Insured Transactions Total** | | | | $810,663.04 |
| | | | | |
| **TOTAL MONTHLY ACTIVITY** | | | | $810,663.04 |

National Benefits Center
P O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 02/09/2004 | 724,427.97 | 0004526847 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

*000004  0004526847  001 OF 001  0AM  040209 1012

Sedgwick CMS
25330 Telegraph Road - Suite 215
Attn:  Raquel Oriel/Sheila Gerard
Southfield, MI  48034

| Claimant Name | | Loss Date | Claim Number | SSN |
|---------------|---|-----------|--------------|-----|

```
   Amt Paid:     724427.97      Description: State Assessment
   Amt Billed:        .00       Invoice: 56174718      ICN:
        Dates: 02/06/2004 - 02/06/2004    Comment: Ohio Assessment 07-01-03 through 12-31-03 - Delphi
```

E1991.FRM (02-28-01)



Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| | ORIGIN | DATE | CHECK NO. | 62-22 |
|---|--------|------|-----------|-------|
| | 1821856 | 02/09/2004 | 0004526847 | 311 |

PAY
ONLY  7 2 4 4 2 7 97

000004  0004526847  001 OF 001  0AM  040209 1012

PAY    *SEVEN HUNDRED TWENTY FOUR THOUSAND FOUR HUNDRED*
       *TWENTY SEVEN AND 97/100 DOLLARS*                         $724427.97

TO
THE
ORDER
OF        BWC STATE INSURANCE FUND

First Union Bank of Delaware          VOID AFTER 60 DAYS
Wilmington, DE

⑆000452684 7⑆ ⑈031100225⑈ 20799500597 03⑉



*Invoice/Statement*

**Online payment, quick and convenient:** Pay your balance online at **ohiobwc.com** using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

Bob Taft, Governor   James Conrad, Administrator/CEO

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063 *5060*
SOUTHFIELD MI 48086-5063



RECEIVED
FEB - 4 2004
DELPHI NATIONAL
BENEFIT CENTER

## Policy Information

| | | | | | |
|---|---|---|---|---|---|
| Policy Number: | **20005212** | Invoice Number: | **56174718** | Invoice Date: | **01/28/2004** |
| Federal ID Number: | **38-3430473** | Current Rating Plan: | **Self Insured** | Due Date: | **03/03/2004** |
| Coverage Status: | **ACTIVE** | | | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance | | |
| BWC Balance: | **$0.00** | **$0.00** |
| | | |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | **$724,427.97** | **$724,427.97** |
| | | |
| Ending Balance | | |
| BWC Balance: | **$724,427.97** | **$724,427.97** |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 56174718 | 03/03/2004 | $724,427.97 | $724,427.94 |

Mail to:
BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

**Received**
FEB 04 2004
**DNBC**

20005212000000005617471840500000072442797

16

12/14/2010   8:41AM

# Current Activity Detail

**BWC**
*Better Workers' Compensation*
**Built with *you* in mind.**

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 56174718 |
| **Invoice Date** | **Due Date** |
| 01/28/2004 | 03/03/2004 |

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

**Mandatory Surplus**

| Mandatory Surplus | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/28/2004  07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.052500 | 126,186.03 |
| Transaction Total | | | | **$126,186.03** |

**Safety And Hygiene**

| Safety And Hygiene | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/28/2004  07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.009800 | 23,554.73 |
| Transaction Total | | | | **$23,554.73** |

**Guaranty Fund General**

| Guaranty Fund General | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/28/2004  07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.069700 | 167,526.97 |
| Transaction Total | | | | **$167,526.97** |

**BWC Administrative Cost**

| BWC Administrative Cost | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/28/2004  07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.080500 | 193,485.24 |
| Transaction Total | | | | **$193,485.24** |

**IC Administrative Cost**

| IC Administrative Cost | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/28/2004  07/01/03 to 12/31/03 | 4,807,086.63 | 2,403,543.32 | 0.088900 | 213,675.00 |
| Transaction Total | | | | **$213,675.00** |
| Self-Insured Transactions Total | | | | **$724,427.97** |
| TOTAL MONTHLY ACTIVITY | | | | **$724,427.97** |

Received
FEB 04 2004
DNBC



**1-800-OHIOBWC**   www.ohiobwc.com
12/14/2010   8:41AM

## SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the first (1st) Invoice/Statement for Self Insured Assessments based on the calendar year 2002 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0525 | $ 12,947.78 | $ 679.76 |
| Administrative Cost Fund | BWC/ACF | .0805 | $ 12,947.78 | $ 1,042.30 |
| Administrative Cost Fund | IC/ACF | .0889 | $ 12,947.78 | $ 1,151.05 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 12,947.78 | $ 126.89 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |
| **Guaranty Fund | GFA | .0697 | $ 0.00 | $ 0.00 |

**Self Insuring employer guaranty fund** will be assessed based on the calendar year 2002 fund balance. The guaranty fund is evaluated annually for assessment to guarantee payments of claims against the fund. For the first time since 1995, a guaranty fund assessment is being levied. No minimum balance applies to this assessment.

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the second (2nd) half of the calendar year 2003, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2003 and ends June 30, 2004.

### PAYMENT INSTRUCTIONS:

1. To avoid late payment, the payment must be received not later than the close of business **February 29, 2004. To insure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND
       BUREAU OF WORKERS' COMPENSATION
       CORPORATE PROCESSING DEPARTMENT
       COLUMBUS, OH 43271-097

**OVERNIGHT PAYMENT TO:**
BUREAU OF WORKERS' COMPENSATION
30 WEST SPRING ST LEVEL 26
ATTN: JENNIFER GROPPER
COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

### ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this **assessment** billing must be sent to the below address, **with a copy to BWC Collections Unit, L-24.**

Ohio Bureau of Workers' Compensation, SIUS
Attn: Jennifer Gropper
30 West Spring Street, L-26
Columbus, OH 43215-2256

**Received**

**FEB 0 4 2004**

**DNBC**

Phone (614) 644-5062
Fax  (614) 719-5314
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding **DWRF eligibility, calculations, claimant social security changes or notification of claimant death**, must be addressed to:

Ohio Bureau of Workers' Compensation
ATTN: DWRF UNIT
30 West Spring Street, L-10
Columbus, OH 43215-2256

Phone (614) 466-4610
Fax  (614) 644-7152
Toll free in USA: 1-800-644-6292

National Benefits Center
P O Box 5053
Southfield, MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 08/12/2004 | 724,427.94 | 0005617471 |

| PAYEE | TAX ID |
|---|---|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|---|---|
| 182 National Benefits Center | 001 |

*000046 0005617471 009 OF 002 OAM 040812 1012

Sedgwick CMS
25330 Telegraph Road – Suite 215
Attn: Raquel Oriel/Sheila Gerard
Southfield, MI 48034

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|

```
Amt Paid:    724427.94      Description: State Assessment
Amt Billed:  724427.94      Invoice: 59677786      ICN:
    Dates: 01/01/2004 - 06/30/2004   Comment: Delphi SI Assessment - OH BWC - 01/01/04 to 06/30/04
```

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc.
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | |
|---|---|---|---|
| 182185 | 08/12/2004 | 0005617471 | 311 |

PAY ONLY $724427.94

*000046 0005617471 009 OF 002 OAM 040812 1012

PAY    *SEVEN HUNDRED TWENTY FOUR THOUSAND FOUR HUNDRED*
       *TWENTY SEVEN AND 94/100 DOLLARS*                        $724427.94

Delphi Automotive Systems, Principal
BY:

TO
THE
ORDER
OF    BWC STATE INSURANCE FUND

First Union Bank of Delaware       VOID AFTER 60 DAYS
Wilmington, DE

⑆000561747⑆ ⑈031100225⑈ 207995005970 3⑈

# *Invoice/Statement*

**BWC**
*Better Workers' Compensation*
**Built with you in mind.**

Bob Taft, Governor   James Conrad, Administrator/CEO

**Online payment, quick and convenient:** Pay your balance online at ohiobwc.com using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

## *Policy Information*

| | | | |
|---|---|---|---|
| Policy Number: | 20005212 | Invoice Number: | 59677786 | Invoice Date: | 07/23/2004 |
| Federal ID Number: | 38-3430473 | Current Rating Plan: | Self Insured | Due Date: | 08/27/2004 |
| Coverage Status: | ACTIVE | | |

## *Billing Summary*

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached Self-Insured Transactions | $724,427.94 | $724,427.94 |
| Ending Balance:      BWC | $724,427.94 | $724,427.94 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 59677786 | 08/27/2004 | $724,427.94 | $ 724,42794 |

Mail to:

*BWC State Insurance Fund*
*Corporate Processing Dept.*
*Columbus, OH 43271-0977*

## Received

AUG 05 2004

## DNBC

2000521200000005967778670400000072442794

F b

12/14/2010   8:41AM

# BWC

**Better Workers' Compensation**

**Built with _you_ in mind.**

# Invoice/Statement

# *Current Activity Detail*

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 59677786 |
| **Invoice Date** | **Due Date** |
| 07/23/2004 | 08/27/2004 |

DELPHI AUTOMOTIVE SYSTEMS LLC
PO BOX 5063
SOUTHFIELD MI 48086-5063

| | Reported Paid Comp for 2002 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus** | | | | |
| Mandatory Surplus | | | | |
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.052500 | 126,186.02 |
| Transaction Total | | | | **$126,186.02** |
| | | | | |
| **Safety And Hygiene** | | | | |
| Safety And Hygiene | | | | |
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.009800 | 23,554.72 |
| Transaction Total | | | | **$23,554.72** |
| | | | | |
| **Guaranty Fund General** | | | | |
| Guaranty Fund General | | | | |
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.069700 | 167,526.97 |
| Transaction Total | | | | **$167,526.97** |
| | | | | |
| **BWC Administrative Cost** | | | | |
| BWC Administrative Cost | | | | |
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.080500 | 193,485.23 |
| Transaction Total | | | | **$193,485.23** |
| | | | | |
| **IC Administrative Cost** | | | | |
| IC Administrative Cost | | | | |
| 07/14/2004  01/01/04 to 06/30/04 | 4,807,086.63 | 2,403,543.31 | 0.088900 | 213,675.00 |
| Transaction Total | | | | **$213,675.00** |
| Self-Insured Transactions Total | | | | **$724,427.94** |
| | | | | |
| **TOTAL MONTHLY ACTIVITY** | | | | **$724,427.94** |

## Received

AUG 05 2004

**DNBC**

## SELF INSURED ASSESSMENT INFORMATION SHEET

• Enclosed is the second (2nd) Invoice/Statement for Self Insured Assessments based on the calendar year 2002 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0525 | $ 12,947.78 | $ 679.76 |
| Administrative Cost Fund | BWC/ACF | .0805 | $ 12,947.78 | $ 1,042.30 |
| Administrative Cost Fund | IC/ACF | .0889 | $ 12,947.78 | $ 1,151.05 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 12,947.78 | $ 126.89 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 15,384.62 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |
| **Guaranty Fund | GFA | .0697 | $ 0.00 | $ 0.00 |

**Self Insuring employer guaranty fund** will be assessed for the calendar year 2002 and will be based on a rate of .0697. The guaranty fund is evaluated annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. For the first time since 1995, a guaranty fund assessment is being levied. No minimum balance applies to this assessment.

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the first (1st) half of the calendar year 2004, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2003 and ends June 30, 2004.

### PAYMENT INSTRUCTIONS:

1. The payment **must** be received by the close of business **August 31, 2004** to continue self-insured coverage. **To ensure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND

BUREAU OF WORKERS' COMPENSATION
CORPORATE PROCESSING DEPARTMENT
COLUMBUS, OH 43271-097

OVERNIGHT PAYMENT TO:
BUREAU OF WORKERS' COMPENSATION
30 WEST SPRING ST LEVEL 26
ATTN: JENNIFER GROPPER
COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

### ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this **assessment** billing must be sent to the below address.

Ohio Bureau of Workers' Compensation, SIUS
**Attn: Jennifer Gropper**
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 644-5062
Fax    (614) 719-5314
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding **DWRF eligibility, calculations, claimant social security changes or notification of claimant death,** must be addressed to:

**Ohio Bureau of Workers' Compensation**
**ATTN: DWRF UNIT**
30 West Spring Street, L-10
Columbus, OH 43215-2256

Phone (614) 466-4610
Fax    (614) 644-7152
Toll free in USA: 1-800-644-6292

Received
AUG 05 2004
DNBC

Received
AUG 05 2004
DNBC

National Benefits Center
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 02/11/2005 | 794,614.94 | 0006722588 |

| PAYEE | | TAX ID |
|-------|--|--------|
| BWC STATE INSURANCE FUND | | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

●000068 0006722588 00006 OF 00029 OAM 050211 1050

**SEDGWICK CMS**
**25330 TELEGRAPH ROAD – SUITE 440**
**ATTN: RAQUEL ORIEL/SHEILA GERARD**
**SOUTHFIELD, MI 48034**

| Claimant Name | | Loss Date | Claim Number | SSN |
|---------------|--|-----------|--------------|-----|

Amt Paid:      794614.94        Description: State Assessment
Amt Billed:    794614.94        Invoice: 63350366        ICN:
    Dates: 07/04/2004 - 12/31/2004    Comment: Semi Annual Ohio Self Insured Assessment - Delphi 200

RECEIVED
FEB 1 5 2005
By:

E1991.FRM (02-28-01)

Sedgwick Claims Management Services, Inc.
on Behalf of Delphi Automotive Systems

PAY ONLY 794614 94

●000068 0006722588 00006 OF 00028 OAM 050211 1050

PAY  *SEVEN HUNDRED NINETY FOUR THOUSAND SIX HUNDRED*
     *FOURTEEN AND 94/100 DOLLARS*
                                                          $794614.94
                                            Delphi Automotive Systems, Principal
TO     BWC STATE INSURANCE FUND              BY:
THE
ORDER
OF

⑈000672 2588⑈ ⑈03 1100 225⑈ 20 799500 59 70 3⑈



# *Invoice/Statement*

**Online payment, quick and convenient:** Pay your balance online at ohiobwc.com using a credit card or electronic funds transfer. Just select Ohio employers, Quick Pay, then Accounts Receivable Balance History. Call **1-800-OHIOBWC** (1-800-644-6292) for employer information.

Bob Taft, Governor  James Conrad, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| Policy Number: | 20005212 | Invoice Number: | 63350366 | Invoice Date: | 01/21/2005 |
|---|---|---|---|---|---|
| Federal ID Number: | 38-3430473 | Current Rating Plan: Self Insured | | Due Date: | 02/25/2005 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | | Breakdown | Total |
|---|---|---|---|
| Outstanding Balance: BWC | | $0.00 | $0.00 |
| Current Activity - Detail Attached | | | |
| Self-Insured Transactions | | $794,614.94 | $794,614.94 |
| Ending Balance: | BWC | $794,614.84 | $794,614.94 |

RECEIVED
FEB 7 2005
By:

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 63350366 | 02/25/2005 | $794,614.94 | $ *794,614.94* |

*Mail to:*

*BWC State Insurance Fund*
*Corporate Processing Dept.*
*Columbus, OH 43271-0977*

2000521200000000633503663050000000079461494



**Invoice/Statement**
# Current Activity Detail

Bob Taft, Governor   James Conrad, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 63350366 |
| Invoice Date | Due Date |
| 01/21/2005 | 02/25/2005 |

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

**Mandatory Surplus**
Mandatory Surplus
01/14/2005  07/01/04 to 12/31/04
Reported Paid Comp for 2003: 4,668,712.77   Billed Compensation: 2,334,356.39   Rate: 0.045000   Balance: 105,046.04
Transaction Total: $105,046.04

**Safety And Hygiene**
Safety And Hygiene
01/14/2005  07/01/04 to 12/31/04
Reported Paid Comp for 2003: 4,668,712.77   Billed Compensation: 2,334,356.39   Rate: 0.009800   Balance: 22,876.70
Transaction Total: $22,876.70

**Guaranty Fund General**
Guaranty Fund General
01/14/2005  07/01/04 to 12/31/04
Reported Paid Comp for 2003: 4,668,712.77   Billed Compensation: 2,334,356.39   Rate: 0.140000   Balance: 326,809.90
Transaction Total: $326,809.90

**BWC Administrative Cost**
BWC Administrative Cost
01/14/2005  07/01/04 to 12/31/04
Reported Paid Comp for 2003: 4,668,712.77   Billed Compensation: 2,334,356.39   Rate: 0.079000   Balance: 184,414.16
Transaction Total: $184,414.16

**IC Administrative Cost**
IC Administrative Cost
01/14/2005  07/01/04 to 12/31/04
Reported Paid Comp for 2003: 4,668,712.77   Billed Compensation: 2,334,356.39   Rate: 0.066600   Balance: 155,468.14
Transaction Total: $155,468.14
Self-Insured Transactions Total: $794,614.84

TOTAL MONTHLY ACTIVITY: $794,614.84

RECEIVED FEB 7 2005 By:

# SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the first (1st) Invoice/Statement for Self Insured Assessments based on the calendar year 2003 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0450 | $ 14,970.06 | $ 673.65 |
| Administrative Cost Fund | BWC/ACF | .0790 | $ 14,970.06 | $ 1,182.63 |
| Administrative Cost Fund | IC/ACF | .0666 | $ 14,970.06 | $ 997.01 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 14,970.06 | $ 146.71 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 14,970.06 | $ 2,000.00 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |
| **Guaranty Fund | GFA | .1400 | $ 0.00 | $ 0.00 |

**Self Insuring employer guaranty fund will be assessed for the calendar year 2003 and will be based on a rate of .1400. The guaranty fund is evaluated annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. For the first time since 1995, a guaranty fund assessment is being levied. No minimum balance applies to this assessment.

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

## PAYMENT INSTRUCTIONS:

1. The payment must be received by the close of business **February 28, 2005** to continue self-insured coverage. **To ensure proper payment, it is recommended you write your policy number on your check.**

3. Make check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to: STATE INSURANCE FUND      OVERNIGHT PAYMENT TO:

         BUREAU OF WORKERS' COMPENSATION      BUREAU OF WORKERS' COMPENSATION
         CORPORATE PROCESSING DEPARTMENT      30 WEST SPRING ST LEVEL 26
         COLUMBUS, OH 43271-097      ATTN: JENNIFER GROPPER
                                                COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

## ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address.

Ohio Bureau of Workers' Compensation, SIUS
**Attn: Jennifer Gropper**
30 West Spring Street, L-26                                    Phone (614) 644-5062
Columbus, OH 43215-2256                                  Fax   (614) 719-5314
                                                       Toll free in USA: 1-800-644-6292
                                                      Option 2, then 3

Questions, protests or disputes regarding **DWRF eligibility, calculations, claimant social security changes or notification of claimant death**, must be addressed to:

**Ohio Bureau of Workers' Compensation**
**ATTN: DWRF UNIT**                                                     **Phone** (614) 466-4610
30 West Spring Street, L-10                                               Fax   (614) 644-7152
Columbus, OH 43215-2256                                              Toll free in USA: 1-800-644-6292



National Benefits Center
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 09/16/2005 | 794,614.89 | 0008854895 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 001 |

*000024 0008854895 00002 OF 00019 OAM 050916 1014

SEDGWICK CMS
25330 TELEGRAPH ROAD - SUITE 440
ATTN: RAQUEL ORIEL/SHEILA GERARD
SOUTHFIELD, MI 48034

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

Amt Paid:      794614.89          Description: State Assessment
Amt Billed:    794614.89          Invoice: 67817128          ICN:
     Dates: 01/01/2005 - 06/30/2005     Comment: OH SI Semi Annual Assessment - Delphi 20005212 (38343

RECEIVED
SEP 2 0 2005
By:

E1991.FRM (02-28-0

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO |
|--------|------|----------|
| 1821856 | 09/16/2005 | 0008854895 |

62-22
911

PAY
ONLY 794614.89

000024 0008854895 00002 OF 00019 OAM 050916 1014

PAY   *SEVEN HUNDRED NINETY FOUR THOUSAND SIX HUNDRED*
      *FOURTEEN AND 89/100 DOLLARS*

$794614.89

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

TO     BWC STATE INSURANCE FUND
THE    OHIO BUREAU OF WORKERS' COMPENSATION
ORDER
OF
Wachovia, N.A. Bank
Wilmington, DE                    VOID AFTER 60 DAYS

⑈0008854895⑈ ⑆031100225⑆ 2079950059703⑈



# *Invoice/Statement*

**BWC**
*Better Workers' Compensation*
**Built with *you* in mind.**

Bob Taft, Governor    Tina Kielmeyer, Administrator/CEO

**Online payment is quick and convenient.** Pay your balance at **ohiobwc.com** using a credit card or electronic funds transfer. Click Ohio Employers, Quick pay, Accounts receivable balance history.
**Note**: Please read the back of this invoice for additional important information. For other employer information call **1-800-OHIOBWC.**

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| Policy Number: | 20005212 | Invoice Number: | 67817128 | Invoice Date: | 08/26/2005 |
|---|---|---|---|---|---|
| Federal ID Number: | 38-3430473 | Current Rating Plan: | Self Insured | Due Date: | 09/30/2005 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | | Breakdown | Total |
|---|---|---|---|
| Outstanding Balance: | BWC | $794,614.89 | $794,614.89 |
| Ending Balance: | BWC | $794,614.89 | $794,614.89 |

RECEIVED
SEP 1 5 2005
By: _____

*Period — 01/01/05 – 6/30/05*

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 67817128 | 09/30/2005 | $794,614.89 | $ *794,614.89* |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

20005212000000067817128805000000079461489

12/14/2010   8:41AM

Dec-14-2010 09:25am From-sedgwick cms
05-44481-rdd Doc 21030 Filed 12/20/10 Entered 12/20/10 23:54:37 Main Document
Pg 71 of 113



*Invoice/Statement*

# Current Activity Detail

Bob Taft, Governor   Tina Kielmeyer, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 67817128 |
| Invoice Date | Due Date |
| 08/26/2005 | 09/30/2005 |

**Detailed information regarding the beginning balances on this Invoice/Statement
was shown on an earlier Invoice/Statement.**

(See inmice dated 1/21/05.)



RECEIVED
SEP 1 5 2005
By: _____

Dec-14-2010 09:25am From-sedgwick cms +2482082359 T-620 P.033/074 F-939
FM #8009080 cross 05-44481-rdd Doc 21030 Filed 12/20/10 Entered 12/20/10 23:54:37 Main Document
Pg 72 of 113

National Benefits Center
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 12/2/2005 | 253,261.22 | 0009032192 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 1 |

|.|..||.|.||..,,||.|.||.,|,||.||,|.|,,,,,||,||.|,|,|

18

SEDGWICK CMS
ATTN: RAQUEL ORIEL/SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48034-7460

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|---|-----------|--------------|---|-----|
| Amt Paid: 253261.22 | Description: State Assessment | | | | |
| Amt Billed: 253261.22 | Invoice: 69294378 | ICN: | | | |
| Dates: 12/01/2005 - 12/01/2005 | Comment: OH BWC Guaranty Fund High Risk Special Assessment | | | | |

Received

DEC 0 6 2005

DNBC

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

| Sedgwick Claims Management Services, Inc on Behalf of Delphi Automotive Systems | ORIGIN 1821856 | CHECK DATE 12/2/2005 | CHECK NO. 0009032192 | 82-22/311 |
|---|---|---|---|---|

PAY ONLY **253261.22**

PAY *Two Hundred Fifty Three Thousand Two Hundred Sixty One And 22/100 Dollars* $253,261.22

TO THE ORDER OF BWC STATE INSURANCE FUND

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc., Agent
BY:

Wachovia, N.A. Bank
Wilmington, DE

VOID AFTER 60 DAYS

SIGNATURE HAS A BLUE-GREEN BACKGROUND - BORDER CONTAINS MICROPRINTING

⑈0009032192⑈ ⑆031100225⑆ 2079950050007⑈ 12/14/2010 8:41AM

# Invoice/Statement

**BWC**
Better Workers' Compensation
Built with *you* in mind.

Bob Taft, Governor    William E. Mabe, Administrator/CEO

**Online payment is quick and convenient.** Pay your balance at **ohiobwc.com** using a credit card or electronic funds transfer. Click Ohio Employers, Quick pay, Accounts receivable balance history.
**Note**: Please read the back of this invoice for additional important information. For other employer information call **1-800-OHIOBWC.**

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| | | | | | |
|---|---|---|---|---|---|
| Policy Number: | 20005212 | Invoice Number: | 69294378 | Invoice Date: | 11/08/2005 |
| Federal ID Number: | 38-3431131 | Current Rating Plan: | Self Insured | Due Date: | 12/13/2005 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached Self-Insured Transactions | $253,261.22 | $253,261.22 |
| Ending Balance:    BWC | $253,261.22 | $253,261.22 |

RECEIVED
NOV 17 2005
DELPHI AUTOMOTIVE SYSTEMS
EMPLOYEE BENEFITS

Please see reverse side for Notes, Definitions and Glossary of Terms.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 69294378 | 12/13/2005 | $253,261.22 | $253,261.22 |

*Mail to:*
BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

20005212000000069294378805000000025326122

**BWC**
Better Workers' Compensation
Built with *you* in mind.

*Invoice/Statement*

# Current Activity Detail

Bob Taft, Governor  William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 69294378 |
| Invoice Date | Due Date |
| 11/08/2005 | 12/13/2005 |

| | Balance |
|---|---|
| **Guaranty Fund High Risk** | 253,261.22 |
| 10/17/2005 | |
| Transaction Total | $253,261.22 |
| Self-Insured Transactions Total | $253,261.22 |
| TOTAL MONTHLY ACTIVITY | $253,261.22 |

12/14/2010  8:41AM

**National Benefits Center**
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 3/3/2006 | 761,683.14 | 0009948166 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 1 |

17

**SEDGWICK CMS**
**ATTN: RAQUEL ORIEL/SHEILA GERARD**
**25330 TELEGRAPH RD STE 440**
**SOUTHFIELD, MI 48034-7460**

| Claimant Name | Loss Date | Claim Number | SSN |
|---------------|-----------|--------------|-----|

Amt Paid:      761683.14      Description: State Assessment
Amt Billed:    761683.14      Invoice: 70852969      ICN:
Dates: 07/01/2005 - 12/31/2005      Comment: Semi Annual Assessment 7-01-05 thru 12-31-05-Delph



RECEIVED
MAR 1 4 2006
By

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Sedgwick Claims Management Services, Inc**
**on Behalf of Delphi Automotive Systems**

| ORIGIN | CHECK DATE | CHECK NO. | 62-22/311 |
|--------|-----------|-----------|-----------|
| 1821856 | 3/3/2006 | 0009948166 | |

PAY
ONLY **761683.14**

PAY           Seven Hundred Sixty One Thousand Six Hundred Eighty Three And 14/100 Dollars*****          $761,683.14*

TO
THE
ORDER
OF          BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE                                        VOID AFTER 60 DAYS

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY

SIGNATURE HAS A BLUE-GREEN BACKGROUND. BORDER CONTAINS MICROPRINTING.

⑈0009948166⑈ ⑆031100225⑆ 2079950059703⑈

# BWC

*Better Workers' Compensation*

| Built with *you* in mind. |

## Invoice/Statement

**Online payment is quick and convenient.** Pay your balance at **ohiobwc.com** using a credit card or electronic funds transfer. Click Ohio Employers, Quick pay, Accounts receivable balance history.

**Note**: Please read the back of this invoice for additional important information. For other employer information call **1-800-OHIOBWC.**

Bob Taft, Governor    William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| | | | | | |
|---|---|---|---|---|---|
| Policy Number: | 20005212 | Invoice Number: | 70852969 | Invoice Date: | 01/20/2006 |
| Federal ID Number: | 38-3431131 | Current Rating Plan: | Self Insured | Due Date: | 02/24/2006 |
| Coverage Status: | ACTIVE | | | | 03/31/06 |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $761,683.14 | $761,683.14 |
| Ending Balance: BWC | $761,683.14 | $761,683.14 |

RECEIVED FEB 24 2006

RECEIVED FEB 24 2006

RECEIVED
FEB 21 2006
DELPHI AUTOMOTIVE SYSTEMS
EMPLOYEE BENEFITS

*Please see reverse side for Notes, Definitions and Glossary of Terms.*

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 70852969 | 03/31/06 02/24/2006 | $761,683.14 | $ |

*Mail to:*

**BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977**

20005212000000070852969805000000076168314



BWC
*Better* Workers' Compensation
Built with *you* in mind.

*Invoice/Statement*
# *Current Activity Detail*

Bob Taft, Governor   William E. Mabe, Administrator/CEO


RECEIVED
FEB 2 4 2006
By

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 70852969 |
| Invoice Date | Due Date |
| 01/20/2006 | 02/24/2006 |

---

**Mandatory Surplus**

| Mandatory Surplus | Reported Paid Comp for 2004 | Billed Compensation | Rate | |
|---|---|---|---|---|
| 01/12/2006  07/01/05 to 12/31/05 | 4,221,020.35 | 2,110,510.18 | 0.070600 | **Balance** 149,002.02 |
| Transaction Total | | | | **$149,002.02** |

**Safety And Hygiene**

| Safety And Hygiene | Reported Paid Comp for 2004 | Billed Compensation | Rate | |
|---|---|---|---|---|
| 01/12/2006  07/01/05 to 12/31/05 | 4,221,020.35 | 2,110,510.18 | 0.009800 | **Balance** 20,683.00 |
| Transaction Total | | | | **$20,683.00** |

**Guaranty Fund General**

| Guaranty Fund General | Reported Paid Comp for 2004 | Billed Compensation | Rate | |
|---|---|---|---|---|
| 01/12/2006  07/01/05 to 12/31/05 | 4,221,020.35 | 2,110,510.18 | 0.134900 | **Balance** 284,707.83 |
| Transaction Total | | | | **$284,707.83** |

**BWC Administrative Cost**

| BWC Administrative Cost | Reported Paid Comp for 2004 | Billed Compensation | Rate | |
|---|---|---|---|---|
| 01/12/2006  07/01/05 to 12/31/05 | 4,221,020.35 | 2,110,510.18 | 0.079000 | **Balance** 166,730.31 |
| Transaction Total | | | | **$166,730.31** |

**IC Administrative Cost**

| IC Administrative Cost | Reported Paid Comp for 2004 | Billed Compensation | Rate | |
|---|---|---|---|---|
| 01/12/2006  07/01/05 to 12/31/05 | 4,221,020.35 | 2,110,510.18 | 0.066600 | **Balance** 140,559.98 |
| Transaction Total | | | | **$140,559.98** |
| Self-Insured Transactions Total | | | | **$761,683.14** |
| TOTAL MONTHLY ACTIVITY | | | | **$761,683.14** |

---

National Benefits Center
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 8/22/2006 | 761,683.12 | 0011324588 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 1 |

SEDGWICK CMS
RAQUEL ORIEL/SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48033-7460

40

| Claimant Name | | Loss Date | Claim Number | SSN |
|---|---|---|---|---|

Amt Paid: 761683.12   Description: State Assessment
Amt Billed: 761683.12   Invoice: 75163301   ICN:
Dates: 01/01/2006 - 06/30/2006   Comment: OH BWC Assessment 01/01/06-06/30/06 Comp Pd 2004 -

*Policy #-2000 5212*

Received
AUG 2 4 2006
DNBC

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

Sedgwick Claims Management Services, Inc.
on Behalf of Delphi Automotive Systems

ORIGIN 1821856   CHECK DATE 8/22/2006   CHECK NO. 0011324588

PAY ONLY **761683.12**

Seven Hundred Sixty One Thousand Six Hundred Eighty Three And 12/100 Dollars $761,683.12

PAY TO THE ORDER OF
BWC STATE INSURANCE FUND

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY

Wachovia, N.A. Bank
Wilmington, DE   VOID AFTER 60 DAYS

⑈0011324588⑈ ⑈031100225⑈ 2079950059703⑈

12/14/2010 8:41AM



**BWC**
Better Workers' Compensation
Built with *you* in mind.

# *Invoice/Statement*

**Online payment is quick and convenient.** Log on to ohiobwc.com, and click on Ohio Employers, and then Accounts Receivable balance to pay your balance using a credit card or electronic funds transfer.

BWC may turn over balances not paid by the invoice due date to the Ohio Attorney General's office for collection. Please read the back of this invoice for additional information. For other employer information, call **1-800-OHIOBWC**.

Para asistencia en Español, llame a 1-800-644-6292 opción 9.

Bob Taft, Governor   William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| Policy Number: | 20005212 | Invoice Number: | 75163301 | Invoice Date: | 07/22/2006 |
| Federal ID Number: | 38-3431131 | Current Rating Plan: | Self Insured | Due Date: | 08/31/2006 |
| Coverage Status: | ACTIVE | | | | |

## Billing Summary

| | | Breakdown | Total |
|---|---|---|---|
| Outstanding Balance: | BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | | |
| Self-Insured Transactions | | $761,683.12 | $761,683.12 |
| Ending Balance: | BWC | $761,683.12 | $761,683.12 |

**Received**

**AUG 0 3 2006**

**DNBC**

Please see reverse side for Notes, Definitions and Glossary of Terms.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 ✓ | 75163301 ✓ | 08/31/2006 | $761,683.12 ✓ | $ *761,683.12* |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000000751633016050000000761683312

12/14/2010  8:41AM

# BWC
**Better Workers' Compensation**
**Built with _you_ in mind.**

*Invoice/Statement*
# *Current Activity Detail*

Bob Taft, Governor  William E. Mabe, Administrator/CEO

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 75163301 |
| **Invoice Date** | **Due Date** |
| 07/22/2006 | 08/31/2006 |

ANTONIA WADE
DELPHI AUTOMOTIVE SYSTEMS LLC
5725 DELPHI DR
TROY MI 48098-2815

*Received*

AUG 0 3 2006

DNBC

*Verified SI-40*

| | Reported<br>Comp for 2004 | Paid<br>Compensation | Billed<br>Rate | | Balance |
|---|---|---|---|---|---|
| **Mandatory Surplus** | | | | | |
| Mandatory Surplus | | | | | |
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.070600 | | 149,002.02 |
| Transaction Total | | | | | $149,002.02 |
| | | | | | |
| **Safety And Hygiene** | | | | | |
| Safety And Hygiene | | | | | |
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.009800 | | 20,683.00 |
| Transaction Total | | | | | $20,683.00 |
| | | | | | |
| **Guaranty Fund General** | | | | | |
| Guaranty Fund General | | | | | |
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.134900 | | 284,707.82 |
| Transaction Total | | | | | $284,707.8 |
| | | | | | |
| **BWC Administrative Cost** | | | | | |
| BWC Administrative Cost | | | | | |
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.079000 | | 166,730.3 |
| Transaction Total | | | | | $166,730.3 |
| | | | | | |
| **IC Administrative Cost** | | | | | |
| IC Administrative Cost | | | | | |
| 07/14/2006 01/01/06 to 06/30/06 | 4,221,020.35 | 2,110,510.17 | 0.066600 | | 140,559.9 |
| Transaction Total | | | | | $140,559.8 |
| Self-Insured Transactions Total | | | | | $761,683.1 |
| | | | | | |
| **TOTAL MONTHLY ACTIVITY** | | | | | $761,683.1 |

## SELF INSURED ASSESSMENT INFORMATION SHEET

Enclosed is the second (2nd) Invoice/Statement for Self Insured Assessments based on the calendar year 2004 paid compensation. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment Description | | FY Rate | Calendar Year Minimum Paid Compensation | Fiscal Year Minimum Assessment |
|---|---|---|---|---|
| Surplus Fund (Mandatory) | SURPF | .0706 | $ 13,274.34 | $ 937.17 |
| Administrative Cost Fund | BWC/ACF | .0790 | $ 13,274.34 | $ 1,048.67 |
| Administrative Cost Fund | IC/ACF | .0666 | $ 13,274.34 | $884.07 |
| Safety & Hygiene Fund | SANDH | .0098 | $ 13,274.34 | $ 130.09 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 13,274.34 | $ 1,725.66 |
| Surplus Handicap Fund | HANDI | .2480 | $ 50,000.00 | $12,400.00 |
| **Guaranty Fund | GFA | .1349 | $ 0.00 | $ 0.00 |

**Self Insuring employer guaranty fund will be assessed for the calendar year 2004 and will be based on a rate of .1349. The guaranty fund is evaluated annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. For the first time since 1995, a guaranty fund assessment is being levied. No minimum balance applies to this assessment.

Disabled Workers' Relief Fund (DWRF) is assessed @ 100 % of the benefits paid to the claimant.

NOTE: For those employers granted self insurance during the first (1st) half of the calendar year 2005, your assessment was pro rated based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2004 and ends June 30, 2005.

## PAYMENT INSTRUCTIONS:

1. The payment must be received by the close of business August 31, 2006 to continue self-insured coverage.

2. Please write your policy number on your check to ensure BWC credits he proper account.

3. Make your check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your Invoice/Statement and mail it with your check in the enclosed self-addressed envelope to:

STATE INSURANCE FUND
BUREAU OF WORKERS' COMPENSATION
CORPORATE PROCESSING DEPARTMENT
COLUMBUS, OH 43271-0977

Overnight payment to:
BUREAU OF WORKERS' COMPENSATION
30 WEST SPRING ST LEVEL 26
ATTN: ROBERT ADAMS
COLUMBUS, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

## ADDITIONAL INFORMATION:

Questions, protests or disputes regarding this assessment billing must be sent to the below address.

Ohio Bureau of Workers' Compensation, SIUS
**Attn: Robert Adams**
30 West Spring Street, L-26
Columbus, OH 43215-2256

Phone (614) 995-7629
Fax (614) 621-1044
Toll free in USA: 1-800-644-6292
Option 2, then 3

Questions, protests or disputes regarding **DWRF eligibility, calculations, claimant social security changes or notification of claimant death,** must be addressed to:

**Ohio Bureau of Workers' Compensation**
**ATTN: DWRF UNIT**
30 West Spring Street, L-10

Phone (614) 466-4610
Fax (614) 644-7152
Toll free in USA: 1-800-644-6292

**Ohio Bureau of Workers' Compensation**
30 W. Spring St.
Columbus, OH 43215-2256

BWC

| Bob Taft | William E. Mabe |
|---|---|
| Governor | Administrator/CEO |
| ohiobwc.com | 1-800-OHIOBWC |

July 2006

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;

2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;

3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;

4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;

5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;

6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.

**National Benefits Center**
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 2/16/2007 | 750,140.45 | 0012715183 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 National Benefits Center | 1 |

IdaIIaIIdIIaaaIIaIIIaaIIaIaIIIaIIaaaIIdaIIdaI      29

**SEDGWICK CMS**
ATTN: RAQUEL ORIEL/SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48033-7460

| Claimant Name | | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|---|
| Amt Paid: 750140.45 | | Description: State Assessment | | | | |
| Amt Billed: 750140.45 | | Invoice: 80063083 | | ICN: | | |
| Dates: 07/01/2006 - 12/31/2006 | | Comment: OH Assessment - Comp Yr 05 07-01-06 to 12-31-06 | | | | |

Received
FEB 21 2007
DNBC

Received
FEB 22 2007
DNBC

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Sedgwick Claims Management Services, Inc**
**on Behalf of Delphi Automotive Systems**

| ORIGIN | CHECK DATE | CHECK NO. | 62-22/311 |
|--------|-----------|-----------|-----------|
| 1821856 | 2/16/2007 | 0012715183 | |

PAY ONLY 750140.45

*Seven Hundred Fifty Thousand One Hundred Forty And 45/100 Dollars*      $750,140.45

PAY
TO
THE
ORDER
OF

BWC STATE INSURANCE FUND

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

Wachovia, N.A. Bank
Wilmington, DE

VOID AFTER 60 DAYS

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING MP

⑈0012715183⑈ ⑆031100225⑆ 2079950059703⑈

**BWC**

*Better Workers' Compensation*

Built with *you* in mind.

Ted Strickland, Governor   William E. Mabe, Administrator/CEO

# Invoice/Statement

**Online payment is quick and convenient.** Log on to **ohiobwc.com**, and click on Ohio Employers, and then Accounts Receivable balance to pay your balance using a credit card or electronic funds transfer.

BWC may turn over balances not paid by the invoice due date to the Ohio Attorney General's office for collection. Please read the back of this invoice for additional information. For other employer information, call **1-800-OHIOBWC**.

Para asistencia en Español, llame a 1-800-644-6292 opción 9.

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

## Policy Information

| | | | |
|---|---|---|---|
| **Policy Number:** | 20005212 | **Invoice Number:** | 80063083 |
| **Federal ID Number:** | 38-3430473 | **Current Rating Plan:** Self Insured | **Invoice Date:** 01/20/2007 |
| **Coverage Status:** | **ACTIVE** | | **Due Date:** 02/28/2007 |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| | | |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $754,993.87 | |
| Payment/Refund Transactions | $4,853.42 cr | $750,140.45 |
| | | |
| Ending Balance:     BWC | $750,140.45 | $750,140.45 |

Received

FEB 08 2007

DNBC

RECEIVED

FEB 01 2007

DELPHI AUTOMOTIVE SYSTEMS
EMPLOYEE BENEFITS

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 80063083 | 02/28/2007 | $750,140.45 | $ *750,140.45* |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

200052120000000800630837050000007501404 5



**BWC**
'Better Workers' Compensation
Built with *you* in mind.

*Invoice/Statement*
# *Current Activity Detail*

Ted Strickland, Governor   William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

Received

FEB 0 2 2007

DNBC

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 80063083 |
| **Invoice Date** | **Due Date** |
| 01/20/2007 | 02/28/2007 |

| | Reported Paid Comp for 2005 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus** | | | | |
| Mandatory Surplus | | | | |
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.070600 | 143,096.23 |
| Transaction Total | | | | **$143,096.23** |
| **Safety And Hygiene** | | | | |
| Safety And Hygiene | | | | |
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.009800 | 19,863.22 |
| Transaction Total | | | | **$19,863.22** |
| **Guaranty Fund General** | | | | |
| Guaranty Fund General | | | | |
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.134900 | 273,423.25 |
| Transaction Total | | | | **$273,423.25** |
| **BWC Administrative Cost** | | | | |
| BWC Administrative Cost | | | | |
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.082200 | 166,607.80 |
| Transaction Total | | | | **$166,607.80** |
| **IC Administrative Cost** | | | | |
| IC Administrative Cost | | | | |
| 01/17/2007  07/01/06 to 12/31/06 | 4,053,717.59 | 2,026,858.80 | 0.072600 | 147,149.95 |
| Transaction Total | | | | **$147,149.95** |
| | | | | **Balance** |
| **Claim Expense Adjustment** | | | | |
| 12/27/2006 | | | | 4,853.42 |
| Transaction Total | | | | **$4,853.42** |
| **Self-Insured Transactions Total** | | | | **$754,993.87** |



# Current Activity Detail

Ted Strickland, Governor    William E. Mabe, Administrator/CEO

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 80063083 |
| Invoice Date | Due Date |
| 01/20/2007 | 02/28/2007 |

**Payment**                                                                          **Balance**

12/19/2006                                                                             4,853.42 cr

    Transaction Total                                            $4,853.42 cr

Payment/Refund Transactions Total                                                     $4,853.42 cr

    TOTAL MONTHLY ACTIVITY                                        $750,140.45

**National Benefits Center**
P O Box 5053
Southfield MI 48086-5053

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 5/15/2007 | 506,491.28 | 0013429147 |

| PAYEE | TAX ID |
|---|---|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|---|---|
| 182 National Benefits Center | 1 |

54

**SEDGWICK CMS**
**ATTN: RAQUEL ORIEL/SHEILA GERARD**
**25330 TELEGRAPH RD STE 440**
**SOUTHFIELD, MI 48033-7460**

| Claimant Name | | Loss Date | Claim Number | SSN |
|---|---|---|---|---|
| Amt Paid: 506491.28 | Description: State Assessment | | | |
| Amt Billed: 506491.28 | Invoice: 82625916 | ICN: | | |
| Dates: 05/14/2007 - 05/14/2007 | Comment: OH Assessemnt - Guaranty Fund High Risk - 20005212 | | | |

Received

MAY 1 8 2007

DNBC

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

**Sedgwick Claims Management Services, Inc**
**on Behalf of Delphi Automotive Systems**

| ORIGIN | CHECK DATE | CHECK. NO. | 62-22/311 |
|---|---|---|---|
| 1821856 | 5/15/2007 | 0013429147 | |

PAY ONLY **506491.28**

*Five Hundred Six Thousand Four Hundred Ninety One And 28/100 Dollars* $506,491.28

PAY
TO
THE
ORDER
OF

BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc. Agent
BY:

VOID AFTER 60 DAYS

SIGNATURE HAS A BLUE-GREEN BACKGROUND • BORDER CONTAINS MICROPRINTING MP

⑆0013429147⑈ ⑆031100225⑉ 2079950059703⑈

**BWC**

*Better Workers' Compensation*
**Built with *you* in mind.**

Ted Strickland, Governor
Tina Kielmeyer, Acting Administrator/CEO

# Invoice/Statement

**Online payment is quick and convenient.** Log on to **ohiobwc.com**, and click on Ohio Employers, and then Accounts Receivable balance to pay your balance using a credit card or electronic funds transfer.

BWC may turn over balances not paid by the invoice due date to the Ohio Attorney General's office for collection. Please read the back of this invoice for additional information. For other employer information, call 1-800-OHIOBWC

Para asistencia en Español, llame a
1-800-644-6292 opción 9.

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

**RECEIVED**
**MAY 0 5 2007**
DELPHI AUTOMOTIVE SYSTEMS

## Policy Information

| | | | |
|---|---|---|---|
| **Policy Number:** | 20005212 | **Invoice Number:** | 82625916 |
| **Federal ID Number:** | 38-3430473 | **Current Rating Plan:** Self Insured | **Invoice Date:** 04/25/2007 |
| **Coverage Status:** | **ACTIVE** | | **Due Date:** 05/23/2007 |

## Billing Summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| **Current Activity - Detail Attached** | | |
| Self-Insured Transactions | $506,491.28 | $506,491.28 |
| **Ending Balance:** BWC | $506,491.28 | $506,491.28 |

**Received**
**MAY 1 0 2007**
**DNBC**

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy Number | Invoice Number | Due Date | Total Balance Due | Amount Remitted |
|---|---|---|---|---|
| 20005212 | 82625916 | 05/23/2007 | $506,491.28 | $ *506,491.28* |

*Mail to:*

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000000826259161050000000506491128



*Invoice/Statement*

# Current Activity Detail

**Better Workers' Compensation**
**Built with *you* in mind.**

Ted Strickland, Governor
Tina Kielmeyer, Acting Administrator/CEO

ANTONIA WADE
DELPHI CORPORATION
5725 DELPHI DR
TROY MI 48098-2815

| Policy Number | Invoice Number |
|---|---|
| 20005212 | 82625916 |

| Invoice Date | Due Date |
|---|---|
| 04/25/2007 | 05/23/2007 |

| | Balance |
|---|---|
| **Guaranty Fund High Risk** | |
| 04/16/2007 — Review 2006 | 263,268.22 |
| 04/17/2007 — Review 2005 | 243,223.06 |
| Transaction Total | $506,491.28 |
| Self-Insured Transactions Total | $506,491.28 |
| **TOTAL MONTHLY ACTIVITY** | $506,491.28 |

6% of SI-40 Total

Received

MAY 1 0 2007

DNBC

**1-800-OHIO BWC**

**Sedgwick Claims Management Services, Inc**
P.O. Box 14422
Lexington KY 40512-4422

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 2/19/2008 | 589,501.43 | 0015708343 |

| PAYEE | TAX ID |
|---|---|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|---|---|
| 1B2 Sedgwick Claims Management Services | 1 |

94

SEDGWICK CMS
ATTN: SHEILA GERARD
25330 TELEGRAPH RD STE 440
SOUTHFIELD, MI 48033-7460

| Claimant Name | | Loss Date | Claim Number | SSN |
|---|---|---|---|---|
| Amt Paid: 589501.43 | Description: State Assessment | | | |
| Amt Billed: 589501.43 | Invoice: 89939350 | ICN: | | |
| Dates: 07/01/2007 - 12/31/2007 | Comment: OH Assessment - 7/1/07 thru 12/31/07 - Delphi 2000. | | | |

RECEIVED

FEB 21 2008

DNBC

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A BLUE-GREEN BACKGROUND PRINTED ON TRUE WATERMARK PAPER

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | CHECK DATE | CHECK NO. |
|---|---|---|
| 1821856 | 2/19/2008 | 0015708343 |

VOID

PAY ONLY 589501 43

PAY **Five Hundred Eighty Nine Thousand Five Hundred One And 43/100 Dollars** $589,501.43

TO THE ORDER OF

BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE

Delphi Automotive Systems Principal
Sedgwick Claims Management Services, Inc. Agent
BY:

VOID AFTER 60 DAYS

SIGNATURE HAS A BLUE-GREEN BACKGROUND. BORDER CONTAINS MICROPRINTING. MP

⑆0015708343⑆ ⑆031100225⑆ 207995005970 3⑆

02/21/2008 1:44PM

12/14/2010 8:41AM



**BWC**
*Better Workers' Compensation*
Built with you in mind.

Ted Strickland, Governor
Marsha P. Ryan, Administrator

# Invoice/Statement

Online payment is quick and convenient. Log on to ohiobwc.com, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic information or by completing the appropriate policy update *Notification of Policy Update* (U-117) or *Notification of Business Acquisition/ Merger/ Purchase/Sale* (U-118). You can also call **1-800-OHIOBWC** for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy information

| Policy number: | 20005212 | Invoice number: | 89939350 | Invoice date: | 01/19/2008 |
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 02/29/2008 |
| Coverage status: | ACTIVE | | | | |

## Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached Self-Insured Transactions | $589,501.43 | $589,501.43 |
| Ending Balance: BWC | $589,501.43 | $589,501.43 ✓ |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 89939350 | 02/29/2008 | $589,501.43 | $ *589,501.43* |

Mail to:
BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

Reminder – if you have not already reported your payroll and paid your premium for the period ending 12/31/2007, you must do so by 02/28/2008 to avoid a lapse in coverage.

200052120000000899393501050000005895 0143

02/21/2008 1:44PM

02/14/2010 8:41AM



Ted Strickland, Governor
Marsha P. Ryan, Administrator

Invoice/Statement

# Current Activity Detail

| Policy number | Invoice number |
|---|---|
| 20005212 | 89939350 ✓ |
| Invoice date | Due date |
| 01/19/2008 | 02/29/2008 |

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

---

**Mandatory Surplus**

**Mandatory Surplus** ✓
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.045000 | 98,725.58 |

Transaction Total $98,725.58

**Safety And Hygiene**

**Safety And Hygiene**
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.009800 | 21,500.24 |

Transaction Total $21,500.24

**Guaranty Fund General**

**Guaranty Fund General**
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.052700 | 115,618.63 |

Transaction Total $115,618.63

**BWC Administrative Cost**

**BWC Administrative Cost**
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.082200 | 180,338.73 |

Transaction Total $180,338.73

**IC Administrative Cost**

**IC Administrative Cost**
01/11/2008  07/01/07 to 12/31/07

| Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|
| 4,387,803.62 | 2,193,901.81 | 0.079000 | 173,318.25 |

Transaction Total $173,318.25

Self-Insured Transactions Total $589,501.43

TOTAL MONTHLY ACTIVITY $589,501.43

---

**1-800-OHIOBWC**                    **ohiobwc.com**
02/21/2008  1:44PM

12/14/2010  8:41AM

# Self-Insured Assessment Information Sheet

Along with this information sheet, the Ohio Bureau of Workers' Compensation (BWC) has enclosed your first invoice/statement for the self-insured assessments for the 7-1-07 to 12-31-07 period based on compensation paid during the 2006 calendar year. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

| Assessment description | | Fiscal year rate | Calendar year minimum paid compensation | Fiscal year minimum assessment |
|---|---|---|---|---|
| Surplus Fund (mandatory) | SURPF | .0450 | $13,888.89 | $625.00 |
| Administrative Cost Fund | BWC/ACF | .0822 | $13,888.89 | $1,141.67 |
| Administrative Cost Fund | IC/ACF | .0790 | $13,888.89 | $1,097.22 |
| Division of Safety & Hygiene Fund | SANDH | .0098 | $13,888.89 | $136.11 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $13,888.89 | $1,805.56 |
| Surplus Handicap Fund | HANDI | .2480 | $13,888.89 | $3,444.44 |
| Guaranty Fund* | GFA | .0527 | $0 | $0 |
| Surplus Fund (Disallowed Claims Reimbursement) | CLMRE | .0236 | $0 | $0 |

*BWC assesses the self-insuring employer Guaranty Fund for the 2006 calendar year on a rate of 0.0527. BWC evaluates the Guaranty Fund annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. No minimum compensation applies to this assessment. In calculating the Disabled Workers' Relief Fund (DWRF), BWC assesses 100 percent of the benefits paid to the claimants.

NOTE: BWC prorated the assessment of employers granted self insurance during the second half of the 2007 calendar year based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2007, and ends June 30, 2008.

## Payment instructions

1. BWC must receive your payment by the close of business Feb. 29, 2008, to continue your self-insured coverage.
2. Please write your policy number on your check to ensure BWC credits the proper account.
3. Make your check payable to Ohio Bureau of Workers' Compensation.
4. Detach the bottom portion of your invoice/statement and mail it with your check in the enclosed self-addressed envelope to:

State Insurance Fund
Ohio Bureau of Workers' Compensation
Corporate Processing Department
Columbus, OH 43271-0977

Overnight payment to:
Ohio Bureau of Workers' Compensation
30 W. Spring St., 26th Floor
Attn: Robert Adams
Columbus, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

## Additional information
Send questions, protests or disputes regarding this assessment billing to the address below.

Ohio Bureau of Workers' Compensation, SIUS
Attn: Robert Adams
30 W. Spring St., 26th Floor
Columbus, OH 43215-2256

Phone: (614) 995-7629
Fax: (614) 621-1044
Toll free: 1-800-OHIOBWC
(Press option 2, then 3)

Address any questions, protests or disputes regarding DWRF eligibility, calculations, claimant Social Security changes or notification of claimant death to:

Ohio Bureau of Workers' Compensation
Attn: DWRF Unit
30 W. Spring St., 10th Floor
Columbus, OH 43215-2256

Phone: (614) 466-4610
Fax: (614) 644-7152
Toll free in USA: 1-800-644-6292

02/21/2008 1:44PM

12/14/2010 8:41AM

Ohio Bureau of Workers' Compensation
30 W. Spring St.
Columbus. OH 43215-2256



Ted Strickland          Marsha P. Ryan
Governor                 Administrator
ohiobwc.com             1-800-OHIOBWC

January. 2008

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill. self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;

2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;

3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;

4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;

5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;

6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division. "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.

02/21/2008  1:44PM

12/14/2010  8:41AM

Sedgwick Claims Management Services, Inc
P.O. Box 14422
Lexington KY 40512-4422

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 05/14/2008 | 145,267.40 | 0016603690 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | 332000201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 Sedgwick Claims Management Services | 001 |

*000090    0016603690 00016 OF 00036 OAM 080514 1018

SEDGWICK CMS
25330 TELEGRAPH ROAD - STE 440
ATTN: SHEILA GERARD
SOUTHFIELD, MI 48033

RECEIVED
MAY 16 2008
DNBC

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---------------|--|-----------|--------------|--|-----|

Amt Paid:    145267.40      Description: State Assessment
Amt Billed:  145267.40      Invoice: 92696778      ICN:
      Dates: 05/13/2008 - 05/13/2008      Comment: Ohio Guaranty Fund High Risk Assessment - Delphi 2000

Questions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|--------|------|-----------|-------|
| 182185G | 05/14/2008 | 0016603690 | 311 |

PAY
✓ONLY    145267 40

000090 00000 00000 0016603690 00016 OF 00036 OAM 080514 1018

PAY    *ONE HUNDRED FORTY FIVE THOUSAND TWO HUNDRED SIXTY*
       *SEVEN AND 40/100 DOLLARS*

$145267.40

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

TO
THE
ORDER
OF    BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE                    VOID AFTER 60 DAYS

⑈0016603690⑈ ⑆031100225⑆ 2079950059303⑈

# Invoice/Statement

**BWC**
Better Workers' Compensation
Built with *you* in mind.

**Online payment is quick and convenient.** Log on to **ohiobwc.com**, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic Information or by completing the appropriate policy update *Notification of Policy Update* (U-117) or *Notification of Business Acquisition/ Merger/ Purchase/Sale* (U-118). You can also call **1-800-OHIOBWC** for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

Ted Strickland, Governor
Marsha P. Ryan, Administrator

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

## Policy information

| | | | | | |
|---|---|---|---|---|---|
| Policy number: | 20005212 | Invoice number: | 92696778 | Invoice date: | 04/28/2008 |
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 05/26/2008 |
| Coverage status: | ACTIVE | | | | |

## Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $145,267.40 | $145,267.40 |
| Ending Balance:    BWC | $145,267.40 | $145,267.40 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the **Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.**
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 92696778 | 05/26/2008 | $145,267.40 | $ |

*Mail to:*

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

200052120000000926967785050000000014526740

# BWC
Better Workers' Compensation
Built with *you* in mind.

# Current Activity Detail

Ted Strickland, Governor
Marsha P. Ryan, Administrator

| Policy number | Invoice number |
|---|---|
| 20005212 | 92696778 |
| Invoice date | Due date |
| 04/28/2008 | 05/26/2008 |

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

**Balance**

**Guaranty Fund High Risk**
04/07/2008                                                          145,267.40

   Transaction Total                                             **$145,267.40**
Self-Insured Transactions Total                          **$145,267.40**

      TOTAL MONTHLY ACTIVITY                           **$145,267.40**

Sedgwick Claims Management Services, Inc
P.O. Box 14422
Lexington KY 40512-4422

| DATE | CHECK AMT | CHECK NO. |
|---|---|---|
| 08/25/2008 | 589,501.41 | 0017719288 |

| PAYEE | TAX ID |
|---|---|
| BWC STATE INSURANCE FUND | *****0201 |

| SCMS UNIT | PAGE |
|---|---|
| 182 Sedgwick Claims Management Services | 001 |

*000095    0017719288 00063 OF 00065 OAM 080825 1004

SEDGWICK CMS
25330 TELEGRAPH ROAD – SUITE 440
ATTN: SHEILA GERARD / KIM PRONOVICH
SOUTHFIELD, MI 48033

RECEIVED

AUG 2 7 2008

DNBC

| Claimant Name | | Loss Date | Claim Number | | SSN |
|---|---|---|---|---|---|

Amt Paid:    589501.41      Description: State Assessment
Amt Billed:    589501.41        Invoice: 95059731        ICN:
      Dates: 01/01/2008 - 06/30/2008      Comment: Ohio Semi Annual Assessment 1/1/08 - 6/30/08 - 200052

uestions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.
6199.FRM (02-28-01)

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| ORIGIN | DATE | CHECK NO. | 62-22 |
|---|---|---|---|
| 182.1856 | 08/25/2008 | 0017719288 | 311 |

PAY
ONLY    5 8 9 5 0 1 .41
    FIVE EIGHT NINE FIVE ZERO ONE

000095 00000 00000 0017719288 00063 OF 00065 OAM 080825 1004

PAY    *FIVE HUNDRED EIGHTY NINE THOUSAND FIVE HUNDRED*
    *ONE AND 41/100 DOLLARS*

$589501.41

Delphi Automotive Systems, Principal
Sedgwick Claims Management Services, Inc, Agent
BY:

TO
THE
ORDER
OF    BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE                VOID AFTER 60 DAYS

DOCUMENT CONTAINS A TRUE WATERMARK. DO NOT CASH IF THE WATERMARK IS NOT VISIBLE. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

⑈0017719288⑈ ⑆031100225⑆ 207995005903⑈

# Invoice/Statement

**BWC**
*Better Workers' Compensation*
**Built with *you* in mind.**

Ted Strickland, Governor
Marsha P. Ryan, Administrator

RECEIVED
JUL 29 2008
DNBC

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

**Online payment is quick and convenient.** Log on to **ohiobwc.com**, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic Information or by completing the appropriate policy update *Notification of Policy Update* (U-117) or *Notification of Business Acquisition/ Merger/ Purchase/Sale* (U-118). You can also call **1-800-OHIOBWC** for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

## Policy information

| | | | |
|---|---|---|---|
| **Policy number:** | **20005212** | **Invoice number:** | **95059731** |
| **Federal ID number:** | **38-3430473** | **Current rating plan:** | **Self Insured** |
| **Coverage status:** | **ACTIVE** | **Invoice date:** | **07/22/2008** |
| | | **Due date:** | **08/31/2008** |

## Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached Self-Insured Transactions | $589,501.41 | $589,501.41 |
| Ending Balance: BWC | $589,501.41 | $589,501.41 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 95059731 | 08/31/2008 | $589,501.41 | $ *589,501.41* |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000009505973160500000058950141

**NOTE: Failure to pay the balance due may result in further action. Failure to pay may also impact your coverage, your acceptance into alternative rating programs or your ability to qualify for self-insurance.**

## Account balances

**Appealed** - Amount formally disputed by an employer

**Attorney general** - Delinquent amount certified to the Office of the Attorney General of Ohio for collection

**BWC balance** - Amount due to or from BWC

## Coverage status

**Active** - BWC insurance coverage in force

**Combined** - BWC policy has been transferred into a successor policy

**Canceled** - BWC insurance coverage canceled or no longer in force

**Lapsed** - BWC insurance coverage not in force due to non-payment of premium

**No coverage** - Employer has not filed for BWC insurance coverage or BWC insurance is not in force

**Reinstated** - BWC insurance coverage back in force after a period of coverage lapse

**Total experience-only transfer** - Transfer of BWC rate experience to a successor policy

## Billing descriptions/Terms

**Audit adjustment** - Bill or credit generated as the result of a premium audit

**Attorney general (AG) interest** - Interest billed as a result of past-due premiums that are certified to the AG

**Class code** - The code number assigned to a manual classification. RN stands for Regular NCCI. SN stands for Elective NCCI. RS stands for Regular BWC. SS stands for Elective BWC.

**Invoice date/Due date** - The Invoice and Due dates do NOT apply to payroll (current or non-current) balances. The due date identified on your original payroll reports applies to your payroll balance. If you do not pay your premium by the payroll due date, your coverage may lapse and you may incur late payment penalties.

**Payroll current** - Payroll reported timely

**Payroll non-current** - Payroll reported after the due date

**Estimated payroll** - Amount estimated by BWC because of an employer's failure to report actual payroll

**Non-compliance claim** - Billings related to claims occurring when coverage is not in force

**Payroll adjustment** - Premium billed due to changes in payroll (excluding audit adjustments)

**Penalties** - Amount charged for late filing or late payment of premiums

**Premium cap** - Limit placed on the increase allowed if the NCCI manual class premium is greater than the BWC manual class premium.

**Rate adjustment** - Premium changes due to rating plan participation, payroll changes, claims cost changes or other events that alter an employer's experience modifier.

**Premium security deposit** - Funds required and held by BWC as a deposit. ($1,000 maximum)

**Prior to coverage** - Premiums due based on wages paid by an employer prior to the effective date of coverage.

**Retrospective rating** - Program in which the employer agrees to assume a portion of the claims liability for a possible future reduction in premiums

## Credit Card Payment Information

☐VISA `VISA`  ☐MASTERCARD  ☐AMEX

Credit card account no.

Amount to be paid

Expiration date

Date

Signature

Print name as it appears on credit card

Bank Use Only

12/14/2010   8:41AM



**BWC**
Better Workers' Compensation
Built with *you* in mind.

Ted Strickland, Governor
Marsha P. Ryan, Administrator

## Invoice/Statement

## Current Activity Detail

RECEIVED

JUL 29 2008

DNBC

| Policy number | Invoice number |
|---|---|
| 20005212 | 95059731 |
| **Invoice date** | **Due date** |
| 07/22/2008 | 08/31/2008 |

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

---

**Mandatory Surplus**

| Mandatory Surplus | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.045000 | 98,725.58 |
| Transaction Total | | | | **$98,725.58** |

**Safety And Hygiene**

| Safety And Hygiene | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.009800 | 21,500.24 |
| Transaction Total | | | | **$21,500.24** |

**Guaranty Fund General**

| Guaranty Fund General | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.052700 | 115,618.62 |
| Transaction Total | | | | **$115,618.62** |

**BWC Administrative Cost**

| BWC Administrative Cost | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.082200 | 180,338.73 |
| Transaction Total | | | | **$180,338.73** |

**IC Administrative Cost**

| IC Administrative Cost | Reported Paid Comp for 2006 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 07/18/2008  01/01/08 to 06/30/08 | 4,387,803.62 | 2,193,901.81 | 0.079000 | 173,318.24 |
| Transaction Total | | | | **$173,318.24** |
| Self-Insured Transactions Total | | | | **$589,501.41** |
| **TOTAL MONTHLY ACTIVITY** | | | | **$589,501.41** |

---

**1-800-OHIOBWC**                                                **ohiobwc.com**

## Self-Insured Assessment Information Sheet

. . . , Along with this information sheet, the Ohio Bureau of Workers' Compensation (BWC) has enclosed your second invoice/statement for the self-insured assessments for the 01/01/08 to 06/30/08 period based on compensation paid during the 2006 calendar year. Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other important information.

RECEIVED
JUL 2 9 2008
DNBC

| Assessment description | | Fiscal year rate | Calendar year minimum paid compensation | Fiscal year minimum assessment |
|---|---|---|---|---|
| Surplus Fund (mandatory) | SURPF | .0450 | $13,888.89 | $625.00 |
| Administrative Cost Fund | BWC/ACF | .0822 | $13,888.89 | $1,141.67 |
| Administrative Cost Fund | IC/ACF | .0790 | $13,888.89 | $1,097.22 |
| Division of Safety & Hygiene Fund | SANDH | .0098 | $13,888.89 | $136.11 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $13,888.89 | $1,805.56 |
| Surplus Handicap Fund | HANDI | .2480 | $13,888.89 | $3,444.44 |
| Guaranty Fund* | GFA | .0527 | $0 | $0 |
| Surplus Fund (Disallowed Claims Reimbursement) | CLMRE | .0236 | $0 | $0 |

*BWC assesses the self-insuring employer Guaranty Fund for the 2006 calendar year on a rate of 0.0527. BWC evaluates the Guaranty Fund annually for assessment to ensure a minimum balance and to guarantee payments of claims against the fund. No minimum compensation applies to this assessment. In calculating the Disabled Workers' Relief Fund (DWRF), BWC assesses 100 percent of the benefits paid to the claimants.

**NOTE:** BWC prorated the assessment of employers granted self insurance during the second half of the 2007 calendar year based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2007, and ends June 30, 2008.

**Payment instructions**

1. BWC must receive your payment by the close of business Aug. 31, 2008, to continue your self-insured coverage.

2. Please write your policy number on your check to ensure BWC credits the proper account.

3. Make your check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your invoice/statement and mail it with your check in the enclosed self-addressed envelope to:

   State Insurance Fund
   Ohio Bureau of Workers' Compensation
   Corporate Processing Department
   Columbus, OH 43271-0977

   Overnight payment to:
   Ohio Bureau of Workers' Compensation
   30 W. Spring St., 26th Floor
   Attn: Robert Adams
   Columbus, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

**Additional information**
Send questions, protests or disputes regarding this assessment billing to the address below.

Ohio Bureau of Workers' Compensation, SIUS
Attn: Robert Adams
30 W. Spring St., 26th Floor
Columbus, OH 43215-2256

Phone: (614) 995-7629
Fax: (614) 621-1044
Toll free: 1-800-OHIOBWC
(Press option 2, then 3)

Address any questions, protests or disputes regarding DWRF eligibility, calculations, claimant Social Security changes or notification of claimant death to:

Ohio Bureau of Workers' Compensation
Attn: DWRF Unit
30 W. Spring St., 10th Floor
Columbus, OH 43215-2256

Phone: (614) 466-4610
Fax: (614) 644-7152
Toll free in USA: 1-800-644-6292

**Ohio Bureau of Workers' Compensation**
30 W. Spring St.
Columbus, OH 43215-2256

BWC

Ted Strickland   Marsha P. Ryan
Governor         Administrator
ohiobwc.com      1-800-OHIOBWC

RECEIVED
JUL 29 2008
DNBC

July, 2008

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;

2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;

3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;

4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;

5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;

6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.

Dec-14-2010 09:36am From-sedgwick cms +2482082359 T-620 P.064/074 F-939
05-44481-rdd Doc 21030 Filed 12/20/10 Entered 12/20/10 23:54:37 Main Document
Wachovia Connection Image Viewer Pg 104 of 113 Page 1 of 1



Check #19375259
3/2/09

# Invoice/Statement

## Ohio  Bureau of Workers' Compensation

Online payment is quick and convenient. Log on to ohiobwc.com, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic Information or by completing the appropriate policy update Notification of Policy Update (U-117) or Notification of Business Acquisition/Merger/Purchase/Sale (U-118). You can also call 1-800-OHIOBWC for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy information

| Policy number: | 20005212 | Invoice number: | 100100276 | Invoice date: | 01/16/2009 |
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 02/28/2009 |
| Coverage status: | ACTIVE | | | | |

## Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| | | |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $333,630.82 | $333,630.82 |
| | | |
| Ending Balance: BWC | $333,630.82 | $333,630.82 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 100100276 | 02/28/2009 | $333,630.82 | $ |

Mail to:

BWC State Insurance Fund
Corporate Processing Dept.
Columbus, OH 43271-0977

2000521200000010010027610500000003363082

**NOTE: Failure to pay the balance due may result in further action. Failure to pay may also impact your coverage, your acceptance into alternative rating programs or your ability to qualify for self-insurance.**

## Account balances

**Appealed** - Amount formally disputed by an employer

**Attorney general** - Delinquent amount certified to the Office of the Attorney General of Ohio for collection

**BWC balance** - Amount due to or from BWC

## Coverage status

**Active** - BWC insurance coverage in force

**Combined** - BWC policy has been transfered into a successor policy

**Canceled** - BWC insurance coverage canceled or no longer in force

**Lapsed** - BWC insurance coverage not in force due to non-payment of premium

**No coverage** - Employer has not filed for BWC insurance coverage or BWC insurance is not in force

**Reinstated** - BWC insurance coverage back in force after a period of coverage lapse

**Total experience-only transfer** - Transfer of BWC rate experience to a successor policy

## Billing descriptions/Terms

**Audit adjustment** - Bill or credit generated as the result of a premium audit

**Attorney general (AG) interest** - Interest billed as a result of past-due premiums that are certified to the AG

**Class code** - The code number assigned to a manual classification. RN stands for Regular NCCI. SN stands for Elective NCCI. RS stands for Regular BWC. SS stands for Elective BWC.

**Invoice date/Due date** - The Invoice and Due dates do NOT apply to payroll (current or non-current) balances. The due date identified on your original payroll reports applies to your payroll balance. If you do not pay your premium by the payroll due date, your coverage may lapse and you may incur late payment penalties.

**Payroll current** - Payroll reported timely

**Payroll non-current** - Payroll reported after the due date

**Estimated payroll** - Amount estimated by BWC because of an employer's failure to report actual payroll

**Non-compliance claim** - Billings related to claims occurring when coverage is not in force

**Payroll adjustment** - Premium billed due to changes in payroll (excluding audit adjustments)

**Penalties** - Amount charged for late filing or late payment of premiums

**Premium cap** - Limit placed on the increase allowed if the NCCI manual class premium is greater than the BWC manual class premium.

**Rate adjustment** - Premium changes due to rating plan participation, payroll changes, claims cost changes or other events that alter an employer's experience mod.fier.

**Premium security deposit** - Funds required and held by BWC as a deposit. ($1,000 maximum)

**Prior to coverage** - Premiums due based on wages paid by an employer prior to the effective date of coverage

**Retrospective rating** - Program in which the employer agrees to assume a portion of the claims liability for a possible future reduction in premiums

## Credit Card Payment Information

☐VISA VISA     ☐MASTERCARD 🔵🔵     ☐AMEX

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Credit card account no.

Amount to be paid _____

Expiration date _____

Date _____

Signature _____

Print name as it appears on credit card _____

| | Bank Use Only |
|---|---|



**Bureau of Workers' Compensation**

30 W. Spring St.
Columbus, OH 43215-2256

Governor Ted Strickland
Administrator Marsha P. Ryan

ohiobwc.com
1-800-OHIOBWC

January, 2009

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;
2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;
3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;
4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;
5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;
6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.

Invoice/Statement

# **Current Activity Detail**

**Ohio** | Bureau of Workers' Compensation

| Policy number | Invoice number |
|---|---|
| 20005212 | 100100276 |
| Invoice date | Due date |
| 01/16/2009 | 02/28/2009 |

DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

---

**Mandatory Surplus**

| Mandatory Surplus | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009 07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.045000 | 54,475.28 |
| Transaction Total | | | | **$54,475.28** |

**Safety And Hygiene**

| Safety And Hygiene | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009 07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.009800 | 11,863.51 |
| Transaction Total | | | | **$11,863.51** |

**Guaranty Fund General**

| Guaranty Fund General | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009 07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.052700 | 63,796.60 |
| Transaction Total | | | | **$63,796.60** |

**BWC Administrative Cost**

| BWC Administrative Cost | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009 07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.084700 | 102,534.58 |
| Transaction Total | | | | **$102,534.58** |

**IC Administrative Cost**

| IC Administrative Cost | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| 01/09/2009 07/01/08 to 12/31/08 | 2,421,123.35 | 1,210,561.68 | 0.083400 | 100,960.85 |
| Transaction Total | | | | **$100,960.85** |
| Self-Insured Transactions Total | | | | **$333,630.82** |

| TOTAL MONTHLY ACTIVITY | $333,630.82 |
|---|---|

---

**1-800-OHIOBWC** | **ohiobwc.com**

Sedgwick Claims Management Services, Inc
P.O. Box 14422
Lexington KY 40512-4422

**RECEIVED**

**AUG 03 2009**

**DNBC**

| DATE | CHECK AMT | CHECK NO. |
|------|-----------|-----------|
| 07/30/2009 | 333,630.78 | 0021250517 |

| PAYEE | TAX ID |
|-------|--------|
| BWC STATE INSURANCE FUND | *****0201 |

| SCMS UNIT | PAGE |
|-----------|------|
| 182 Sedgwick Claims Management Services | 001 |

000095      0021250517 00043 OF 00083 OAM 090730 1016

SEDGWICK CMS
25330 TELEGRAPH ROAD - SUITE 440
ATTN:  TAKELA HARRIS/SHEILA GERARD
SOUTHFIELD, MI  48033

| Claimant Name | Loss Date | Claim Number | SSN |
|---------------|-----------|--------------|-----|

```
    Amt Paid:   333630.78       Description: State Assessment
    Amt Billed: 333630.78       Invoice: 105234491      ICN:
        Dates: 01/01/2009 - 06/30/2009    Comment: Delphi - OH semi-annual assessment - 20005212
```

uestions about other Sedgwick CMS payments? Visit sedgwickcms.com. Click on Provider Resources, then choose viaOne Express® for Providers.

ORIGINAL DOCUMENT IS PRINTED ON THERMAL REACTIVE PAPER WITH MICROPRINTED BORDER - DO NOT CASH IF THE AREA VOID IS VISIBLE

Sedgwick Claims Management Services, Inc
on Behalf of Delphi Automotive Systems

| | ORIGIN | DATE | CHECK NO. | 62-22 |
|--|--------|------|-----------|-------|
| | 1821856 | 07/30/2009 | 0021250517 | 311 |

PAY
ONLY
333630 *78

000095 00000 00000 0021250517 00043 OF 00083 OAM 090730 1016

PAY  *THREE HUNDRED THIRTY THREE THOUSAND SIX HUNDRED*
     *THIRTY AND 78/100 DOLLARS*

$333630.78

Delphi Automotive Systems Municipal
Sedgwick Claims Management Services, Inc, Agent
BY:

TO
THE
ORDER
OF     BWC STATE INSURANCE FUND

Wachovia, N.A. Bank
Wilmington, DE

VOID AFTER 60 DAYS

DOCUMENT CONTAINS A TRUE WATERMARK. DO NOT CASH IF THE WATERMARK IS NOT VISIBLE. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES.

⑈002125051⑇ ⑈031100225⑈ 20799500597 03⑈

# Invoice/Statement

**Ohio** | **Bureau of Workers' Compensation**

RECEIVED
JUL 2 8 2009
DNBC

Online payment is quick and convenient. Log on to ohiobwc.com, and click on Ohio Employers, then Quick Pay to pay your balance using a credit card or electronic funds transfer. Notify BWC of policy updates via ohiobwc.com by clicking on Ohio Employers, then Demographic Information or by completing the appropriate policy update Notification of Policy Update (U-117) or Notification of Business Acquisition/Merger/Purchase/Sale (U-118). You can also call 1-800-OHIOBWC for employer information. Please note BWC processes invoices automatically. Therefore, BWC will not address any questions or updates you make on your invoice.

BWC may turn over balances not paid by the invoice due date to the Office of the Attorney General of Ohio for collection. Please read the back of this invoice for additional information.

Para asistencia en Espanol, llame a 1-800-644-6292 opcion 9.

MARK FRAYLICK
DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

## Policy information

| Policy number: | 20005212 | Invoice number: | 105234491 | Invoice date: | 07/17/2009 |
| Federal ID number: | 38-3430473 | Current rating plan: | Self Insured | Due date: | 08/31/2009 |
| Coverage status: | ACTIVE | | | | |

## Billing summary

| | Breakdown | Total |
|---|---|---|
| Outstanding Balance: BWC | $0.00 | $0.00 |
| Current Activity - Detail Attached | | |
| Self-Insured Transactions | $333,630.78 | $333,630.78 |
| Ending Balance:    BWC | $333,630.78 | $333,630.78 |

Please see reverse side for Notes, Definitions and Glossary of Terms.

Please detach and return with your check payable to the Ohio Bureau of Workers' Compensation. Do not staple your check to the invoice.
Please write your policy number on your check.

| Policy number | Invoice number | Due date | Total balance due | Amount remitted |
|---|---|---|---|---|
| 20005212 | 105234491 | 08/31/2009 | $333,630.78 | $ |

Mail to:
BWC State Insurance Fund
Corporate Processing Dept.
Columbus. OH 43271-0977

20005212000000105234491005000000003363078

12/14/2010  8:41AM

**Invoice/Statement**

# Ohio | Bureau of Workers' Compensation

RECEIVED **Current Activity Detail**

JUL 2 8 2009

DNBC

MARK FRAYLICK
DELPHI CORPORATION
PO BOX 5060
SOUTHFIELD MI 48086-5060

| Policy number | Invoice number |
|---|---|
| 20005212 | 105234491 |
| Invoice date | Due date |
| 07/17/2009 | 08/31/2009 |

| | Reported Paid Comp for 2007 | Billed Compensation | Rate | Balance |
|---|---|---|---|---|
| **Mandatory Surplus** | | | | |
| 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.045000 | 54,475.27 |
| Transaction Total | | | | **$54,475.27** |
| **Safety And Hygiene** | | | | |
| 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.009800 | 11,863.50 |
| Transaction Total | | | | **$11,863.50** |
| **Guaranty Fund General** | | | | |
| 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.052700 | 63,796.60 |
| Transaction Total | | | | **$63,796.60** |
| **BWC Administrative Cost** | | | | |
| 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.084700 | 102,534.57 |
| Transaction Total | | | | **$102,534.57** |
| **IC Administrative Cost** | | | | |
| 07/07/2009  01/01/09 to 06/30/09 | 2,421,123.35 | 1,210,561.67 | 0.083400 | 100,960.84 |
| Transaction Total | | | | **$100,960.84** |
| Self-Insured Transactions Total | | | | **$333,630.78** |
| TOTAL MONTHLY ACTIVITY | | | | **$333,630.78** |

**1-800-OHIOBWC**                                                                              **ohiobwc.com**

### Self-Insured Assessment Information Sheet

Along with this information sheet, the Ohio Bureau of Workers' Compensation (BWC) has enclosed your second RECEIVED
invoice/statement for the self-insured assessments based on compensation paid during the 2007 calendar year.
Below you will find the annual fiscal year (FY) rates, the minimum reportable paid compensation and other JUL 2 8 2009
important information.

DNBC

| Assessment description | | Fiscal year rate | Calendar year minimum paid compensation | Fiscal year minimum assessment |
|---|---|---|---|---|
| Surplus Fund (mandatory) | SURPF | .0450 | $13,458.95 | $605.65 |
| Administrative Cost Fund | BWC/ACF | .0847 | $ 13,458.95 | $ 1,139.97 |
| Administrative Cost Fund | IC/ACF | .0834 | $ 13,458.95 | $1,122.48 |
| Division of Safety & Hygiene Fund | SANDH | .0098 | $ 13,458.95 | $ 131.90 |
| Surplus Rehabilitation Fund | REHAB | .1300 | $ 13,458.95 | $ 1,749.66 |
| Surplus Handicap Fund | HANDI | .2480 | $ 13,458.95 | $3,337.82 |
| Guaranty Fund* | GFA | .0527 | $ 0 | $ 0 |
| Surplus Fund (Disallowed Claims Reimbursement) | CLMRE | .0285 | $0 | $ 0 |

*BWC assesses the self-insuring employer Guaranty Fund for the 2007 calendar year on a rate of 0.0527. BWC
evaluates the Guaranty Fund annually for assessment to ensure a minimum balance and to guarantee payments of
claims against the fund. No minimum balance applies to this assessment. In calculating the Disabled Workers'
Relief Fund (DWRF), BWC assesses 100 percent of the benefits paid to the claimants.

**NOTE:** BWC prorated the assessment of employers granted self insurance during the first half of the 2008 calendar
year based on the number of days remaining in the state fiscal year. The current state fiscal year began July 1, 2008,
and ends June 30, 2009.

#### Payment instructions

1. BWC must receive your payment by the close of business Aug.31, 2009, to continue your self-insured coverage.

2. Please write your policy number on your check to ensure BWC credits the proper account.

3. Make your check payable to Ohio Bureau of Workers' Compensation.

4. Detach the bottom portion of your invoice/statement and mail it with your check in the enclosed self-addressed envelope to:



State Insurance Fund
Ohio Bureau of Workers' Compensation
Corporate Processing Department
Columbus, OH 43271-0977

Overnight payment to:
Ohio Bureau of Workers' Compensation
30 W. Spring St., 27th Floor
Attn: Robert Adams
Columbus, OH 43215-2256

5. Keep the billing and the claims payment detail (if applicable) for your records.

6. For faster service, you may make your payment online @ www.ohiobwc.com.

#### Additional information
Send questions, protests or disputes regarding this assessment billing to the address below.

Ohio Bureau of Workers' Compensation, SIUS
Attn: Robert Adams
30 W. Spring St., 26th Floor
Columbus, OH 43215-2256

Phone: (614) 995-7629
Fax: (614) 621-1044
**Toll free: 1-800-OHIOBWC**
(Press option 2, then 3)

Address any questions, protests or disputes regarding DWRF eligibility, calculations, claimant Social Security chan
Ohio Bureau of Workers' Compensation
Attn: DWRF Unit
30 W. Spring St., 10th Floor
Columbus, OH 43215-2256

Phone: (614) 644-6292
Fax:   (614) 644-7152
Toll free in USA: 1-800-644-6292

**Ohio Bureau of Workers' Compensation**
30 W. Spring St.
Columbus, OH 43215-2256

**BWC**
Ohio Workers Compensation
Built with your in mind

| Ted Strickland | Marsha P. Ryan |
|---|---|
| Governor | Administrator |
| ohiobwc.com | 1-800-OHIOBWC |

**RECEIVED**

**JUL 2 8 2009**

**DNBC**

July, 2009

Dear SI employer:

Senate Bill 7 was recently passed by the Ohio legislature and as part of the bill, self insured employers that fail to TIMELY pay their SEMI-ANNUAL assessments will be assessed a MINIMUM penalty of five hundred dollars ($500.00). ADDITIONAL ASSESSMENTS MAY BE CHARGED ACCORDING TO THE FOLLOWING SCHEDULE:

1) For an assessment from sixty-one to ninety days past due, the prime interest rate, multiplied by the assessment due;

2) For an assessment from ninety-one to one hundred twenty days past due, the prime interest rate plus two per cent, multiplied by the assessment due;

3) For an assessment from one hundred twenty-one to one hundred fifty days past due, the prime interest rate plus four per cent, multiplied by the assessment due;

4) For an assessment from one hundred fifty-one to one hundred eighty days past due, the prime interest rate plus six per cent, multiplied by the assessment due;

5) For an assessment from one hundred eighty-one to two hundred ten days past due, the prime interest rate plus eight per cent, multiplied by the assessment due;

6) For each additional thirty-day period or portion thereof that an assessment remains past due after it has remained past due for more than two hundred ten days, the prime interest rate plus eight per cent, multiplied by the assessment due.

For purposes of this division, "prime interest rate" means the average bank prime rate, and the administrator shall determine the prime interest rate in the same manner as a county auditor determines the average bank prime rate under section 929.02 of the Revised Code.

Should you have any questions regarding the new penalty rule, please do not hesitate to contact the Self Insured Department @ siinq@bwc.state.oh.us or call 1-800-OHIOBWC.