**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re: DPH HOLDINGS CORP., et al.,

                              Debtor.

Case No. 05-44481
Chapter 11

---

DELPHI CORPORATION, et al.,

                              Plaintiff

              v.

INTEC GROUP,

                              Defendant

Adversary Proceeding No.: 07-02525

---

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Stephanie K. Hor-Chen, to be admitted, ***pro hac vice***, to represent The Intec Group, Inc., (the "Client") a creditor in the above referenced ☒ case ☒ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Illinois and, if applicable, the bar of the U.S. District Court for the Northern District of Illinois, it is hereby

      **ORDERED**, that Stephanie K. Hor-Chen, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☒ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 20, 2010
White Plains, New York                        /s/Robert D. Drain
                                                           UNITED STATES BANKRUPTCY JUDGE