BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2010, a true and correct copy of the Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof of Claim No. 15606 (Lockheed Martin Corporation) was served by Fax to the following persons at the following addresses:

Thomas O. Bean, Esq.
McDermott Will & Emery LLP
28 State Street
Boston, MA
Fax: 617.535.3800
*Attorneys for Lockheed Martin Corporation*

Dated: Detroit, Michigan         /s/ Alexis L. Richards
       December 21, 2010         Alexis L. Richards