# EXHIBIT A

**HODGSON RUSS LLP**
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Tel: 716-856-4000
Fax: 716-849-0349
Garry M. Graber, Esq.
James C. Thoman, Esq.
ggraber@hodgsonruss.com
jthoman@hodgsonruss.com

*Attorneys for Unifrax I LLC f/k/a Unifrax Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |
| | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| DELPHI CORPORATION, et al., | : | Adv. Pro. No. 07-02270 (RDD) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| | : | |
| - against - | : | |
| | : | |
| BP, BP AMOCO CORP, BP MICROSYSTEMS | : | |
| INC., BP PRODUCTS NORTH AMERICA, | : | |
| CASTROL, CASTROL INDUSTRIAL | : | |
| AND UNIFRAX CORP. | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

### AFFIRMATION IN SUPPORT OF MOTION OF GARRY M. GRABER FOR AN ORDER ADMITTING JAMES C. THOMAN, *PRO HAC VICE*, PURSUANT TO LOCAL RULE 2090-1(b)

James C. Thoman, in support of the Motion of Garry M. Graber for an Order admitting

James C. Thoman, *pro hac vice,* pursuant to Local Bankruptcy Rule 2090-1(b) in the above-

captioned Chapter 11 proceedings (the "Motion") respectfully states as follows:

1. I am a partner with the law firm of Hodgson Russ LLP, which maintains offices for the practice of law at 140 Pearl Street, Suite 100, Buffalo, New York 14202 and at 60 East 42nd Street, New York, New York 10165.

2. I am a member in good standing of the Bar of the State of New York and admitted to practice before the United States District Court for the Northern and Western Districts of New York; United States Bankruptcy Court for the Northern and Western Districts of New York.

3. I am not currently nor have I ever been held in contempt of court or censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor am I the subject of any pending complaint before the court.

4. As a practitioner in the federal courts I certify that I have read and am fully familiar with (a) the provisions of Judicial Code 28 U. S. C., section 1344, sections 151 through 158, and sections 1408 through 1412, and section 1452, pertaining to jurisdiction over and venue of bankruptcy cases, proceedings and matters; (b) Title 11 of the United States Code; (c) the Federal Rules of Bankruptcy Procedure; and (d) the Local Rules of Bankruptcy Procedure for the Southern District of New York.

I further certify that I shall adhere faithfully to the New York State Lawyer's Code of Professional Responsibility as adopted by the Appellate Divisions of the State of New York.

Dated: Buffalo, New York
January 6, 2011

　　　　　　　　　　　　　　　　/s/ James C. Thoman　　　　　　
　　　　　　　　　　　　　　　James C. Thoman
　　　　　　　　　　　　　　　Hodgson Russ LLP
　　　　　　　　　　　　　　　140 Pearl Street, Suite 100
　　　　　　　　　　　　　　　Buffalo, New York  14202
　　　　　　　　　　　　　　　Tel:  716-856-4000
　　　　　　　　　　　　　　　Fax:  716-849-0349
　　　　　　　　　　　　　　　jthoman@hodgsonruss.com