# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                 :   Jointly Administered
                                                            :
            Debtors.                                        :
                                                            :
                                                            :
------------------------------------------------------------x
                                                            :
DELPHI CORPORATION, et al.,                                 :   Adv. Pro. No. 07-02270 (RDD)
                                                            :
            Plaintiffs,                                     :
                                                            :
                                                            :
    - against -                                             :
                                                            :
BP, BP AMOCO CORP, BP MICROSYSTEMS                          :
INC., BP PRODUCTS NORTH AMERICA,                            :
CASTROL, CASTROL INDUSTRIAL                                 :
AND UNIFRAX CORP.                                           :
                                                            :
            Defendant.                                      :
                                                            :
------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO APPEAR
## AND PRACTICE, *PRO HAC VICE*

Upon the Motion for Admission to Practice, *pro hac vice*, of Garry M. Graber, Esq. of Hodgson Russ LLP,

**IT IS HEREBY ORDERED** that James C. Thoman be admitted, *pro hac vice*, to appear and practice before the United States Bankruptcy Court for the Southern District of New York for the purpose of representing *Unifrax I LLC, formerly known as Unifrax Corporation* in the above-captioned bankruptcy proceeding and related adversary proceedings, subject to payment of the filing fee.

Dated: January ____, 2011

                                            Honorable Robert D. Drain
                                            United States Bankruptcy Judge