UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :     Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                     :     Jointly Administered
                                                :
            Debtors.                            :
                                                :
------------------------------------------------------------x
                                                :
DELPHI CORPORATION, et al.,                     :     Adv. Pro. No. 07-02270 (RDD)
                                                :
            Plaintiffs,                         :
                                                :
                                                :
                                                :
      - against -                               :
                                                :
BP, BP AMOCO CORP, BP MICROSYSTEMS              :
INC., BP PRODUCTS NORTH AMERICA,                :
CASTROL, CASTROL INDUSTRIAL                     :
AND UNIFRAX CORP.                               :
                                                :
            Defendant.                          :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Garry M. Graber, by his signature below, hereby certifies that on January 7, 2011, copies of the foregoing *Motion of Garry M. Graber for an Order Admitting James T. Thoman, Pro Hac Vice, Pursuant to Local Rule 2090-1(b)* were served (1) by filing the Motion using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective email addresses designated for such service; and (2) via first-class U.S. mail, postage prepaid, upon all parties listed below:

| *Office of the United States Trustee*<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | *Counsel to Debtor*<br>Andrew Currie, Esq.<br>WilmerHale LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC  20006 |
| --- | --- |

| | |
|---|---|
| *Counsel to Official Committee of Unsecured Creditors*<br>Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022-4208 | *Claims Agent*<br>Kurtzman Carson Consultants, LLC<br>2335 Alaska Avenue<br>El Segundo, CA  90245 |

Dated: January 7, 2011

       /s/ Garry M. Graber
      Garry M. Graber

000161/01271 Business 8008999v1