KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Patrick J. Orr
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

-and-

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Mark L. Durbin
Mary E. Olson
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

Attorneys for Wiegel Tool Works, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the Motion of Wiegel Tool Works, Inc. for an Order Providing Relief from the Plan Modification Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 (the "Motion"), previously scheduled for January 20, 2011 at 10:00 a.m., has been adjourned to February 17, 2011, at 10:00 a.m. (ET) or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections to the relief requested in the Motion, if any, must be in writing, shall be filed with the Court, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court and the Case Management Order entered in these cases, and shall be served upon (i) Klestadt & Winters, LLP,

292 Madison Avenue, 17th Floor, New York, New York 10017-6314, Attn: Patrick J. Orr, Esq., and Joseph C. Corneau, Esq. and (ii) Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker Drive, Chicago, Illinois 60606-1229, Attn: Jonathan W. Young, Mark L. Durbin, and Mary E. Olson, so as to be received not later than 4:00 p.m. (ET) on February 10, 2011.

DATED:    New York, New York
          January 11, 2011

                                KLESTADT & WINTERS, LLP

                                By:/s/Patrick J. Orr
                                    Tracy L. Klestadt
                                    Patrick J. Orr
                                    Joseph C. Corneau
                              292 Madison Avenue, 17th Floor
                              New York, New York 10018
                              (212) 972-3000

                                      -and-

                              WILDMAN, HARROLD, ALLEN & DIXON LLP
                              Jonathan W. Young
                              Mark L. Durbin
                              Mary E. Olson
                              225 West Wacker Drive, Suite 3000
                              Chicago, Illinois 60606
                              (312) 201-2000

                              Attorneys for Wiegel Tool Works, Inc.