CENTER FOR ELDER MANAGEMENT, INC.
P.O. Box 273792
Tampa, FL 33688
(813) 935-9906
FAX (813) 935-9948

November 24, 2010

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claims
Bowling Green Station
P.O. Box 5058
New York, NY 10274-5058

RE:   Gladys R. McDonald
      Name of Debtor
      Case # 05-44481

To Whom It May Concern:

Enclosed is a copy of my Letters of Guardianship for Gladys McDonald. Please send me information regarding this case and change her address to mine above. Also, please note that you may speak with my office staff, Elizabeth Jackson, Terry Harl, Jackie Wyckoff and Joanne Goddard.

Feel free to contact me if you have any questions or need additional documentation.

Sincerely,

Julie Goddard
Legal Guardian for Gladys R. McDonald

JMG/eaj

Enclosure



RECEIVED
JAN - 4 2011
U.S. BANKRUPTCY COURT, SDNY

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA

PROBATE DIVISION

IN RE: GUARDIANSHIP OF

GLADYS R. MCDONALD

File No. 09-CP-1586

Division A

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE AND THE SAME IS IN FULL FORCE AND EFFECT THIS ___ DAY OF NOV. 20 09

PAT FRANK
CLERK OF THE CIRCUIT COURT

BY _____ D.C.
AS DEPUTY CLERK

2009 NOV 19 AM 9:37
CLERK OF CIRCUIT COURT
HILLSBOROUGH COUNTY, FL
PROBATE

FILED

## LETTERS OF PLENARY GUARDIANSHIP OF THE PERSON AND PROPERTY

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Julie Goddard has been appointed plenary guardian of the person and property of Gladys R. McDonald (the Ward), and has taken the prescribed oath and performed all other acts prerequisite to issuance of plenary letters of guardianship of the person and property of the Ward,

NOW THEREFORE, I, the undersigned circuit judge, declare Julie Goddard duly qualified under the laws of the State of Florida to act as plenary guardian of the person and property of Gladys R. McDonald, with full power to have the care, custody and control of the Ward, to exercise all delegable legal rights and powers of the Ward, to administer the property of the Ward according to law, and to take possession of and to hold, for the benefit of the Ward, all the property and income of the Ward.

The guardian shall not exercise any authority over any health care surrogate appointed by any valid advance directive executed by the Ward under Chapter 765, Florida Statutes, until further order of this Court.

ORDERED on November 18, 2009.

_____
Circuit Judge