UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: DELPHI CORPORATION, et al.,

                        Debtor

-----------------------------------------------------------x

                        Plaintiff

                v.

                        Defendant

-----------------------------------------------------------x

Case No.: 05-44481
Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nicholas J. Zluticky, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent ThyssenKrupp Waupaca, Inc., a Creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Missouri and, if applicable, the bar of the U.S. District Court for the Western District of Missouri.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: 01/06/2011
New York, New York

/s/ Nicholas J. Zluticky
*Mailing Address*:

STINSON MORRISON HECKER LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
*E-mail address*: nzluticky@stinson.com
*Telephone number*: (816) 691-3278