BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| DPH HOLDINGS CORP., *et al.*, | ) Case No. 05-44481 (RDD) |
| | ) Jointly Administered |
| | ) |
| Reorganized Debtors. | ) |

### JOINT STIPULATION AND AGREED ORDER DISALLOWING AND EXPUNGING ADMINISTRATIVE EXPENSE CLAIM NUMBER 18690

DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Robert Bosch LLC ("Claimant") respectfully submit this Joint Stipulation and Agreed Order Disallowing and Administrative Expense Claim Number 18690 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (collectively, the "Debtors"), predecessors of the Reorganized Debtors, filed voluntary petitions under chapter 11 of the title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 14, 2010, Claimant filed administrative expense claim number 18690 (the "Claim") against Delphi Korea Corporation, which asserts a priority administrative expense claim in the amount of $71,676.37 stemming from the sale of goods.

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, on January 22, 2010, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Objection").

WHEREAS, on February 23, 2010, Claimant filed its response to the Objection (Docket No. 19550) (the "Response").

WHEREAS, on December 20, 2010, the Reorganized Debtors filed their Notice of Sufficiency Hearing With Respect to Reorganized Debtors' Objection to Proof of Claim No. 18690 (Docket No. 21020), scheduling a sufficiency hearing to address the legal sufficiency of the Claim for January 20, 2011, at 10:00 a.m. (prevailing Eastern Time) in this Court.

WHEREAS, to resolve the Objection with respect to the Claim, the Reorganized Debtors and Claimant entered into this Stipulation.

WHEREAS, pursuant to this Stipulation, Claimant acknowledges and agrees that the Claim shall be disallowed and expunged in its entirety.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

1.    The Claim shall be disallowed and expunged in its entirety.

2.    The Response is hereby deemed withdrawn with prejudice.

3.    This Court shall retain original and exclusive jurisdiction to adjudicate any dispute arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 14th day of January, 2011.

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| */s/ Katie L. Cooperman* | */s/ Gordon J. Toering* |
| Barry N. Seidel | Gordon J. Toering |
| Eric B. Fisher | WARNER NORCROSS & JUDD LLP |
| Katie L. Cooperman | 900 Fifth Third Center |
| Butzel Long, a professional corporation | 111 Lyon Street NW |
| 380 Madison Avenue, 22nd Floor | Grand Rapids, MI 49503-2487 |
| New York,  New York 10017 | |
| | Attorney for Robert Bosch LLC |
| Attorneys for Reorganized Debtors | |