UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re: DPH Holdings Corp., et al.,                                            Case No.: 05-44481 (RDD)

                                                                                                Chapter 11

                                        Debtor

-------------------------------------------------------------x

    DPH Holdings Corp., et al.                                          Adversary Proceeding No.: 07-2151 (RDD)

                                        Plaintiff

                                v.

    Charter Manufacturing Co., Charter
    MFG. Co. Inc., Milwaukee Wire Prod.

                                        Defendant

-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

       Upon the motion of  Valerie L. Bailey-Rihn , to be admitted, ***pro hac vice***, to represent  Charter Manufacturing Co., et al.,  (the "Client") a  defendants  in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of  Wisconsin  and, if applicable, the bar of the U.S. District Court for the  Western  District of  Wisconsin , it is hereby

       **ORDERED**, that  Valerie L. Bailey-Rihn , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 18, 2011

  White Plains , New York                              /s/  Robert D. Drain

                                                                                UNITED STATES BANKRUPTCY JUDGE