**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Delphi Corporation, et al.,                                    Case No.: 05-44481 (RDD)

                                                                     Chapter 11

                          Debtor

---------------------------------------------------------------x

                                      Adversary Proceeding No.: _____

                        Plaintiff

               v.

                        Defendant

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of Nicholas Zluticky, to be admitted, ***pro hac vice***, to represent ThyssenKrupp Waupaca, Inc., (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Missouri and, if applicable, the bar of the U.S. District Court for the Western District of Missouri, it is hereby

      **ORDERED**, that Nicholas Zluticky, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 13, 2011
White Plains, New York                  /s/ Robert D. Drain

                                                    UNITED STATES BANKRUPTCY JUDGE