**MCELROY, DEUTSCH, MULVANEY
& CARPENTER LLP**
Kristin B. Mayhew (9794)
30 Jelliff Lane
Southport, CT  06890-1436
Tel     (203) 319-4022
Fax    (203) 259-0251
*Admission Pro Hac Vice*
***Attorneys for Illinois Tool Works Inc., Illinois Tool Works for
Hobart Brothers Co., Hobart Brothers Company, ITW Food
Equipment Group LLC and Tri-Mark, Inc.***

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| **DELPHI CORPORATION**, *et al.* | : |  |
|  | : | Case No.05-44481 (RDD) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : | January 19, 2011 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned hereby withdraws her appearance in the above-captioned bankruptcy proceeding, on behalf of **ILLINOIS TOOL WORKS, INC., ILLINOISE TOOL WORKS FOR HOBART BROTHERS CO., HOBART BROTHERS COMPANY, ITW FOOD EQUIPMENT GROUPP LLC** and **TRI-MARK, INC.** (and its affiliates, if any, represented by the undersigned "ITW"), creditor and party-in-interest therein.

PLEASE TAKE FURTHER NOTICE, that the undersigned performed servces and filed papers for ITW and hereby withdraws her request (whether formal or informal) that all notices and papers served or required to be served in this proceeding – including ECF notices from the U.S. Bankruptcy Court – be given to and served on the following:

        Kristin B. Mayhew
        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        30 Jelliff Lane
        Southport, CT  06890-1436
        Tel.:   (203) 319-4022
        Fax:   (203) 259-0251
        Email: kmayhew@mdmc-law.com

            /s/ Kristin B. Mayhew
        Kristin B. Mayhew (9794)
        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        30 Jelliff Lane
        Southport, CT  06890-1436
        Tel.:   (203) 319-4022
        Fax:   (203) 259-0251
        Email: kmayhew@mdmc-law.com

## CERTIFICATE OF SERVICE

Copies of the foregoing were served by operation of the Court's electronic notification system (CM/ECF) on January 19, 2011.

          /s/ Kristin B. Mayhew
          Kristin B. Mayhew