SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

### NOTICE OF ADJOURNMENT AND CANCELLATION OF SIXTY-THIRD OMNIBUS HEARING

05-44481-rdd    Doc 21076    Filed 01/19/11    Entered 01/19/11 12:48:22    Main Document
Pg 2 of 2

PLEASE TAKE NOTICE that the Sixty-Third Omnibus Hearing in the above-captioned cases that was originally scheduled for January 20, 2011 at 10:00 a.m. (prevailing Eastern time) has been cancelled.

PLEASE TAKE FURTHER NOTICE that all matters that were scheduled to be heard at the January 20, 2011 omnibus hearing have been adjourned as set forth below:

1) **VEBA Committee Motion for Order** - Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20462) has been adjourned to the February 17, 2011 omnibus hearing by agreement of the parties.

2) **Wiegel Tool Works, Inc. Motion For Relief** - Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20484) has been adjourned to the February 17, 2011 omnibus hearing pursuant to the Notice Of Adjournment Of Hearing (Docket No. 21056).

Dated:  New York, New York
January 19, 2011

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors