SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors

DPH Holdings Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Reorganized Debtors. | : | |

NOTICE OF CANCELLATION OF FORTY-FIRST CLAIMS HEARING

PLEASE TAKE NOTICE that the Forty-First Claims Hearing in the above-captioned cases that was originally scheduled for January 20, 2011 at 10:00 a.m. (prevailing Eastern time) has been cancelled.

PLEASE TAKE FURTHER NOTICE that all matters that were scheduled to be heard at the January 20, 2011 claims hearing have been adjourned or resolved by stipulation as set forth below:

1) **Claims Objection Hearing Regarding Claims of Bing Metals Group, LLC -** Claims Objection Hearing Regarding Administrative Expense Claim Numbers 18797 and 19718 of Bing Metals Group, LLC as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) has been adjourned to the March 17, 2010 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18797 And 19718 Filed By Bing Metals Group, LLC (Docket No. 21060).

2) **Claims Objection Hearing Regarding Claim Of All Tool Sales, Inc. -** Claims Objection Hearing Regarding Administrative Expense Claim Number 19081 of All Tool Sales, Inc. as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And All Tool Sales, Inc. (I) Modifying And Allowing Proof Of Claim Number 13573 And (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 19081, entered by this Court on December 13, 2010 (Docket No. 20995).

3) **Claims Objection Hearing Regarding Claim of Technology Properties Ltd.** - Claims Objection Hearing Regarding Administrative Expense Claim Number 14955 of Technology Properties Ltd. as Objected to on Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr.P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) has been resolved pursuant to the Joint

Stipulation And Agreed Order Between Reorganized Debtors And Technology Properties, Ltd. Withdrawing Proof Of Claim Number 14955, entered by this Court on December 17, 2010 (Docket No. 21014).

4) **Sufficiency Hearing Regarding Claim Of Robert Bosch LLC** - Sufficiency Hearing Regarding Proof of Claim Number 18690 of Robert Bosch LLC as Objected to on Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) has been resolved pursuant to the Joint Stipulation And Agreed Order Disallowing And Expunging Administrative Expense Claim Number 18690, entered by this Court on January 14, 2011(Docket No. 21063).

Dated: New York, New York
January 19, 2011

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

\- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
Reorganized Debtors