# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DPH HOLDINGS CORP., et al.,<br><br>Reorganized Debtors. | Case No. 05-44481 (RDD)<br><br>Chapter 11<br><br>Jointly Administered |

### [PROPOSED] ORDER GRANTING MOTION OF OHIO BUREAU OF WORKERS' COMPENSATION TO (I) DEEM CLAIM TIMELY FILED OR, ALTERNATIVELY, (II) AUTHORIZE THE AMENDMENT OF CLAIM, OR (III) PERMIT LATE FILED CLAIM

Upon the Motion of Ohio Bureau of Workers' Compensation to (I) Deem Claim Timely Filed or, Alternatively, (II) Authorize the Amendment of Claim, or (III) Permit Late Filed Claim (the "Motion"), by which the Ohio Bureau of Workers' Compensation ("BWC") seeks entry of an order deeming claim number 1294 (the "Claim") a timely filed informal administrative expense claim, or alternatively, permitting BWC to amend the Claim to include its administrative expense claim, or permitting BWC to file a late administrative expense claim; and upon the record of the December 16, 2010 hearing; and the Court having conducted a hearing on the Motion on February 18, 2011 (the "Hearing"); and upon all of the proceedings had before the Court; and after due deliberation thereon; and for the reasons set forth on the record at the Hearing, and good and sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is Granted; and it is further

ORDERED that the Claim is hereby deemed a timely filed administrative expense claim; OR

ORDERED that BWC is permitted to amend its timely filed Claim to classify such claim as an administrative expense claim; OR

ORDERED that BWC is permitted to file an administrative expense claim, but shall file said claim on or before twenty (20) days of the date of the entry of this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: White Plains, New York
       February __, 2011

                                          HONORABLE ROBERT D. DRAIN
                                          UNITED STATES BANKRUPTCY JUDGE