# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK (Manhattan)

_____

| | |
|---|---|
| In Re: | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |
| _____/ | |

### REQUEST TO BE REMOVED FROM RECEIVING NOTICES IN A CASE

I hereby request that I be removed from the electronic notice list and all other service lists in the above-referenced case:

       Harold E. Nelson       bkhen@nlsg.com; hal@nlsg.com

Respectfully submitted,

**NANTZ, LITOWICH, SMITH
 GIRARD & HAMILTON, P.C.**
Attorneys for Lankfer Diversified Industries, Inc.

Dated:  January 19, 2011      By:___*/s/ **Harold E. Nelson**_____
                                            Harold E. Nelson  (P-27974)
                                            (Admitted *Pro Hac Vice*)
                                          Business Address & Telephone:
                                            2025 East Beltline, S.E., Suite 600
                                            Grand Rapids, MI  49546-7671
                                            (616) 977-0077

F:\data\LDI\Delphi\Request to be Removed 1-19-11.doc