UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., *et al.*, <br><br> Reorganized Debtors. <br>-------------------------------------------------------------- <br> DPH HOLDINGS CORP., *et al.*, <br><br> Plaintiffs, <br> -against- <br><br> CORNING INC., CORNING INCORPORATED, AND CORNING, <br><br> Defendants. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br> (Jointly Administered) <br><br><br><br> Adv. Pro. No. 07-02177 (RDD) |

### STIPULATED ORDER ADJOURNING DEFENDANTS' DEADLINE TO RESPOND TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record in the above-captioned adversary proceeding (the "Action"), that, in connection with the Reorganized Debtors' Motion for Leave to File Amended Complaints dated September 7, 2010 (the "Motion"), the Defendants in the Action shall have until January 28, 2011 rather than January 21, 2011 to respond to the Motion. It is further stipulated and agreed that the Reorganized Debtors' February 4, 2011 deadline for filing their reply in support of their Motion shall be extended to February 11, 2011. This Stipulation is entered into without prejudice to any rights, claims, or defenses that the Parties may have with respect to the Action.

Dated: New York, New York
       January 21, 2011

| | |
|---|---|
| BUTZEL LONG, a professional corporation | NIXON PEABODY LLP |
| By: /s/ Cynthia J. Haffey<br>Barry N. Seidel, Esq.<br>Eric B. Fisher, Esq.<br>Cynthia J. Haffey, Esq.<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017<br>Telephone: (212) 818-1110<br><br>*Attorneys for Plaintiffs* | By: /s/ Christopher M. Desiderio<br>Victor G. Milione<br>Christopher M. Desiderio<br>437 Madison Avenue<br>New York, New York 10022<br>Tel: (212) 940-1000<br>Fax: (866) 596-3967<br>Email: cdesiderio@nixonpeabody.com<br><br>*Attorneys for Corning Inc., Corning Incorporated and Corning* |

SO ORDERED this 25th day of January, 2011

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE