CARSON FISCHER, P.L.C.
*Counsel for Acord Holdings, LLC*
4111 Andover Road, West-2nd Floor
Bloomfield Hills, MI  48302
(248) 644-4840
Patrick J. Kukla (admitted *pro hac vice*)
pkukla@carsonfischer.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No.: 05-44481(RDD) |
| DPH HOLDINGS CORP., *et al.,* | : | (Jointly Administered) |
| | : | |
| Reorganized Debtors | : | |

-----------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| DELPHI CORPORATION, et al. | : | |
| | : | |
| Plaintiffs, | : | Adv. Pro. No. 07-02147-RDD |
| vs. | : | |
| | : | |
| ACORD INC. | : | |
| | : | |
| Defendant. | : | |

-----------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that *Acord Holdings, LLC's Joinder to Motions for Relief From Fourth Order Extending Time to Service Complaint* was served upon all counsel of record via the ECF System on January 21, 2011.

＿/s/ *Patrick J. Kukla*＿＿＿＿＿＿＿＿＿ ＿
Patrick J. Kukla

Dated:  January 21, 2011