BAKER & HOSTETLER LLP
Marc Skapof
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Ohio Bureau of Workers' Compensation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., | Chapter 11 |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2011, I caused true copies of the *Motion of Ohio Bureau of Workers' Compensation to (I) Deem Claim Timely Filed, or, Alternatively, (II) Authorize the Amendment of Claim, or (III) Permit Late Filed Claim*, and supporting papers (the "Motion"), to be served upon those parties who are receiving electronic service through ECF and I caused additional copies of the Motion to be served upon the attorneys for the reorganized debtors, Skadden, Arps, Slate, Meagher & Flom LLP, by electronic mail to John K. Lyons at John.Lyons@skadden.com and Brandon M. Duncomb at Brandon.Duncomb@skadden.com;

On January 25, 2011, I caused a true copy of the Motion to be served by regular U.S. Mail upon the Office of the United States Trustee, 33 Whitehall Street, New York, New York 10004-2122; and

On January 26, 2011, I caused true copies of the Motion to be served by regular U.S. Mail upon: Elaine L. Chao, U.S. Department of Labor, Office of the Solicitor, 230 South Dearborn Street, Room 844, Chicago, IL 60604 and the Internal Revenue Service, Dept. of the Treasury, 290 Broadway, New York, New York 10007.

*/s/ Marc Skapof*
Marc Skapof

103698366