# EXHIBIT C



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 05-44481 (RDD); Adv. Proc. No. 07-02619 (RDD);
Adv. Proc. No. 07-02242 (RDD); Adv. Proc. No. 07-02256 (RDD);
Adv. Proc. No. 07-02333 (RDD); Adv. Proc. No. 07-02580 (RDD);
Adv. Proc. No. 07-02661 (RDD); Adv. Proc. No. 07-02743 (RDD);
Adv. Proc. No. 07-02768 (RDD); Adv. Proc. No. 07-02769 (RDD);
Adv. Proc. No. 07-02790 (RDD); Adv. Proc. No. 07-02076 (RDD);
Adv. Proc. No. 07-02084 (RDD); Adv. Proc. No. 07-02096 (RDD);
Adv. Proc. No. 07-02125 (RDD); Adv. Proc. No. 07-02177 (RDD);
Adv. Proc. No. 07-02188 (RDD); Adv. Proc. No. 07-02211 (RDD);
Adv. Proc. No. 07-02212 (RDD); Adv. Proc. No. 07-02236 (RDD);
Adv. Proc. No. 07-02250 (RDD); Adv. Proc. No. 07-02262 (RDD);
Adv. Proc. No. 07-02270 (RDD); Adv. Proc. No. 07-02291 (RDD);
Adv. Proc. No. 07-02328 (RDD); Adv. Proc. No. 07-02337 (RDD);
Adv. Proc. No. 07-02348 (RDD); Adv. Proc. No. 07-02432 (RDD);
Adv. Proc. No. 07-02436 (RDD); Adv. Proc. No. 07-02449 (RDD);
Adv. Proc. No. 07-02479 (RDD); Adv. Proc. No. 07-02525 (RDD);
Adv. Proc. No. 07-02534 (RDD); Adv. Proc. No. 07-02539 (RDD);
Adv. Proc. No. 07-02551 (RDD); Adv. Proc. No. 07-02581 (RDD);
Adv. Proc. No. 07-02597 (RDD); Adv. Proc. No. 07-02618 (RDD);
Adv. Proc. No. 07-02623 (RDD); Adv. Proc. No. 07-02659 (RDD);
Adv. Proc. No. 07-02672 (RDD); Adv. Proc. No. 07-02702 (RDD);
Adv. Proc. No. 07-02723 (RDD); Adv. Proc. No. 07-02743 (RDD);

1

1    - - - - - - - - - - - - - - - - - - - -x
2    DELPHI CORPORATION, et al.,
3                Plaintiffs,
4        -against-
5    GLOBE MOTORS INC.,
6                Defendant.
7    - - - - - - - - - - - - - - - - - - - -x
8    DELPHI CORPORATION, et al.,
9                Plaintiffs,
10       -against-
11   PHILIPS SEMICONDUCTOR, et al.,
12               Defendants.
13   - - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15               Plaintiffs,
16       -against-
17   SUMMIT POLYMERS INC.,
18               Defendant.
19   - - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21               Plaintiffs,
22       -against-
23   M & Q PLASTIC PRODUCTS, et al.,
24               Defendants.
25   - - - - - - - - - - - - - - - - - - - -x

3

1    Adv. Proc. No. 07-02744 (RDD); Adv. Proc. No. 07-02750 (RDD);
2    Adv. Proc. No. 07-02188 (RDD)
3    - - - - - - - - - - - - - - - - - - - -x
4    In the Matter of:
5    DPH HOLDINGS CORP., et al.,
6                Reorganized Debtors.
7    - - - - - - - - - - - - - - - - - - - -x
8    DELPHI CORPORATION, et al.,
9                Plaintiffs,
10       -against-
11   SETECH INC., et al.,
12               Defendants.
13   - - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15               Plaintiffs,
16       -against-
17   DUPONT COMPANY, et al.,
18               Defendants.
19   - - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21               Plaintiffs,
22       -against-
23   ECO-BAT AMERICA LLC,
24               Defendant.
25   - - - - - - - - - - - - - - - - - - - -x

2

1    - - - - - - - - - - - - - - - - - - - -x
2    DELPHI CORPORATION, et al.,
3                Plaintiffs,
4        -against-
5    RSR CORPORATION, et al.,
6                Defendants.
7    - - - - - - - - - - - - - - - - - - - -x
8    DELPHI CORPORATION, et al.,
9                Plaintiffs,
10       -against-
11   RSR/ECOBAT,
12               Defendant.
13   - - - - - - - - - - - - - - - - - - - -x
14   DELPHI CORPORATION, et al.,
15               Plaintiffs,
16       -against-
17   TYCO et al.,
18               Defendants.
19   - - - - - - - - - - - - - - - - - - - -x
20   DELPHI CORPORATION, et al.,
21               Plaintiffs,
22       -against-
23   AHAUS TOOL & ENGINEERING INC.,
24               Defendant.
25   - - - - - - - - - - - - - - - - - - - -x

4

```
1     - - - - - - - - - - - - - - - - - - -x
2     DELPHI CORPORATION, et al.,
3              Plaintiffs,
4        -against-
5     A 1 SPECIALIZED SVC & SUPP., INC.,
6              Defendant.
7     - - - - - - - - - - - - - - - - - - -x
8     DELPHI CORPORATION, et al.,
9              Plaintiffs,
10       -against-
11    A-1 SPECIALIZED SERVICES,
12             Defendant.
13    - - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15             Plaintiffs,
16       -against-
17    ATS AUTOMATION TOOLING SYSTEMS INC., et al.,
18             Defendants.
19    - - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21             Plaintiffs,
22       -against-
23    CORNING INC., et al.,
24             Defendants.
25    - - - - - - - - - - - - - - - - - - -x
                                              5
```

```
1     - - - - - - - - - - - - - - - - - - -x
2     DELPHI CORPORATION, et al.,
3              Plaintiffs,
4        -against-
5     DANOBAT MACHINE TOOL CO. INC.,
6              Defendant.
7     - - - - - - - - - - - - - - - - - - -x
8     DELPHI CORPORATION, et al.,
9              Plaintiffs,
10       -against-
11    EDS, et al.,
12             Defendants.
13    - - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15             Plaintiffs,
16       -against-
17    BP, et al.,
18             Defendants.
19    - - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21             Plaintiffs,
22       -against-
23    CARLISLE, et al.,
24             Defendants.
25    - - - - - - - - - - - - - - - - - - -x
                                              7
```

```
1     - - - - - - - - - - - - - - - - - - -x
2     DELPHI CORPORATION, et al.,
3              Plaintiffs,
4        -against-
5     CRITECH RESEARCH INC.,
6              Defendant.
7     - - - - - - - - - - - - - - - - - - -x
8     DELPHI CORPORATION, et al.,
9              Plaintiffs,
10       -against-
11    DOSHI PRETTL INTERNATIONAL, et al.,
12             Defendants.
13    - - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15             Plaintiffs,
16       -against-
17    D & R TECHNOLOGY LLC, et al.,
18             Defendants.
19    - - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21             Plaintiffs,
22       -against-
23    DSSI, et al.,
24             Defendants.
25    - - - - - - - - - - - - - - - - - - -x
                                              6
```

```
1     - - - - - - - - - - - - - - - - - - -x
2     DELPHI CORPORATION, et al.,
3              Plaintiffs,
4        -against-
5     GKNS INTERMETALS,
6              Defendant.
7     - - - - - - - - - - - - - - - - - - -x
8     DELPHI CORPORATION, et al.,
9              Plaintiffs,
10       -against-
11    EX-CELL-O MACHINE TOOLS INC.,
12             Defendant.
13    - - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15             Plaintiffs,
16       -against-
17    JOHNSON CONTROLS, et al.,
18             Defendants.
19    - - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21             Plaintiffs,
22       -against-
23    NILES USA INC., et al.,
24             Defendants.
25    - - - - - - - - - - - - - - - - - - -x
                                              8
```

```
 1    - - - - - - - - - - - - - - - - - -x
 2    DELPHI CORPORATION, et al.,
 3              Plaintiffs,
 4        -against-
 5    METHODE ELECTRONICS INC., et al.,
 6              Defendants.
 7    - - - - - - - - - - - - - - - - - -x
 8    DELPHI CORPORATION, et al.,
 9              Plaintiffs,
10        -against-
11    MICROCHIP,
12              Defendant.
13    - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15              Plaintiffs,
16        -against-
17    HEWLETT PACKARD, et al.,
18              Defendants.
19    - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21              Plaintiffs,
22        -against-
23    OLIN CORP,
24              Defendant.
25    - - - - - - - - - - - - - - - - - -x
                                          9
```

```
 1    - - - - - - - - - - - - - - - - - -x
 2    DELPHI CORPORATION, et al.,
 3              Plaintiffs,
 4        -against-
 5    WAGNER-SMITH COMPANY,
 6              Defendant.
 7    - - - - - - - - - - - - - - - - - -x
 8    DELPHI CORPORATION, et al.,
 9              Plaintiffs,
10        -against-
11    WELLS FARGO BUSINESS, et al.,
12              Defendants.
13    - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15              Plaintiffs,
16        -against-
17    SELECT TOOL & DIE CORP.,
18              Defendant.
19    - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21              Plaintiffs,
22        -against-
23    SHUERT INDUSTRIES INC.,
24              Defendant.
25    - - - - - - - - - - - - - - - - - -x
                                         11
```

```
 1    - - - - - - - - - - - - - - - - - -x
 2    DELPHI CORPORATION, et al.,
 3              Plaintiffs,
 4        -against-
 5    INTEC GROUP,
 6              Defendant.
 7    - - - - - - - - - - - - - - - - - -x
 8    DELPHI CORPORATION, et al.,
 9              Plaintiffs,
10        -against-
11    VALEO, et al.,
12              Defendants.
13    - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15              Plaintiffs,
16        -against-
17    VANGUARD DISTRIBUTORS,
18              Defendant.
19    - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21              Plaintiffs,
22        -against-
23    VICTORY PACKAGING, et al.,
24              Defendants.
25    - - - - - - - - - - - - - - - - - -x
                                         10
```

```
 1    - - - - - - - - - - - - - - - - - -x
 2    DELPHI CORPORATION, et al.,
 3              Plaintiffs,
 4        -against-
 5    SUMITOMO, et al.,
 6              Defendants.
 7    - - - - - - - - - - - - - - - - - -x
 8    DELPHI CORPORATION, et al.,
 9              Plaintiffs,
10        -against-
11    TECH CENTRAL,
12              Defendant.
13    - - - - - - - - - - - - - - - - - -x
14    DELPHI CORPORATION, et al.,
15              Plaintiffs,
16        -against-
17    PRUDENTIAL RELOCATION, et al.,
18              Defendants.
19    - - - - - - - - - - - - - - - - - -x
20    DELPHI CORPORATION, et al.,
21              Plaintiffs,
22        -against-
23    LDI INCORPORATED,
24              Defendant.
25    - - - - - - - - - - - - - - - - - -x
                                         12
```

**Page 13**

```
1    ------------------------x
2    DELPHI CORPORATION, et al.,
3                    Plaintiffs,
4    -against-
5    M & Q PLASTIC PRODUCTS, et al.,
6                    Defendants.
7    ------------------------x
8    DELPHI CORPORATION, et al.,
9                    Plaintiffs,
10   -against-
11   REPUBLIC ENGINEERED PRODUCTS, et al.,
12                   Defendants.
13   ------------------------x
14   DELPHI CORPORATION, et al.,
15                   Plaintiffs,
16   -against-
17   RIECK GROUP LLC,
18                   Defendant.
19   ------------------------x
20   DELPHI CORPORATION, et al.,
21                   Plaintiffs,
22   -against-
23   CRITECH RESEARCH INC.,
24                   Defendant.
25   ------------------------x
```

**Page 14**

```
1               U.S. Bankruptcy Court
2               300 Quarropas Street
3               White Plains, New York
4
5               July 22, 2010
6               10:20 AM
7
8
9    B E F O R E :
10   HON. ROBERT D. DRAIN
11   U.S. BANKRUPTCY JUDGE
```

**Page 15**

```
2    RE: ADV. PROC. NO. 07-02619 (RDD):
3    HEARING re Seretech, Inc.'s Motion to Vacate and to Dismiss
4    (Docket No. 20094)
5
6    RE: CASE NO. 0544481 (RDD):
7    HEARING re Joinder of E. I. du Pont de Nemours and Company to
8    Motions (I) to Vacate Prior Orders Establishing Procedures for
9    Certain Adversary Proceedings, Including Those Commenced by the
10   Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or
11   549, and Extending the Time to Serve Process for Such Adversary
12   Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R.
13   Bankr. P. 7012(b) Dismissing the Adversary Proceeding with
14   Prejudice, or (III) in the Alternative, Dismissing the
15   Adversary Proceeding on the Ground of Judicial Estoppel (Docket
16   No. 19999)
17
18   RE: ADV. PROC. NO. 07-02242 (RDD):
19   HEARING re Statement Of E. I. Du Pont De Nemours And Company
20   And Its Affiliates In Support Of Certain Reply Briefs Filed
21   With Respect To Motions (I) To Vacate Prior Orders Establishing
22   Procedures For Certain Adversary Proceedings, Including Those
23   Commenced By The Debtors Under 11 U.S.C. Sections 541, 544,
24   545, 547, 548, Or 549, And Extending The Time To Serve Process
25   For Such Adversary Proceedings, (II) Pursuant to Fed. R. Civ.
```

**Page 16**

```
1    P. 12(b) And Fed. R. Bankr. P. 7012(b), Dismissing The
2    Adversary Proceeding With Prejudice, Or (III) In The
3    Alternative, Dismissing The Adversary Proceeding On The Ground
4    Of Judicial Estoppel (Docket No. 20323)
5
6    RE: ADV. PROC. NO. 07-02256 (RDD):
7    HEARING re Complaint against Defendant 200A.
8
9    RE: ADV. PROC. NO. 07-02333 (RDD):
10   HEARING re Replies in Support of Motions (I) to Vacate Prior
11   Orders Establishing Procedures for Certain Adversary
12   Proceedings, Including Those Commenced by the Debtors Under 11
13   USC Sections 541, 544, 545, 547, 548, or 549, and Extending the
14   Time to Serve Process for Such Adversary Proceedings, (II)
15   Dismissing the Adversary Proceeding with Prejudice, or (III) In
16   The Alternative, Dismissing the Adversary Proceeding on the
17   Grounds of Judicial Estoppel (Docket No. 20341)
18
19   RE: ADV. PROC. NO. 07-02580 (RDD):
20   HEARING re Joinder Of Philips Semiconductor, Philips
21   Semiconductors, And Philips Semiconductors, Inc (N/K/A NXP
22   Semiconductors USA, Inc.) To (I) Reply Memorandum Of Law In
23   Support Of Motions Of Affinia, GKN, MSX And Valeo To: (A)
24   Vacate Certain Prior Orders Of The Court; (B) Dismiss The
25   Complaint With Prejudice; (C) And (D) Dismiss Claims Based On
```

1    defend. I think it is an affirmative requirement to state a

2    claim. And under Iqbal and Twombly and the cases, including

3    Judge Gonzalez' case on preferences, there's certain key

4    elements of the claim that require more than just the -- a

5    recitation of the elements of the claim. I mean, that's really

6    the -- that's really Twombly as opposed to Iqbal.

7        MR. FISHER: Right.

8        THE COURT: And that's, you know, basically, who made

9    the transfer, and what was the antecedent debt? Something,

10    other than just saying it was for antecedent debt. I mean, I

11    think by listing the amount and the date, I think it was

12    implicit that you're saying its defendant. But maybe I'm wrong

13    about that. If you're asserting against some of the people 550

14    relief then you probably should say how they got it.

15        MR. FISHER: Well, I think that it's just that --

16        THE COURT: Not immediate -- not the transferee but

17    subsequent transferee relief.

18        MR. FISHER: The strange thing about applying Twombly

19    and Iqbal to a preference case is that what does it mean to say

20    that a preference claim is plausible? I mean, it's plausible

21    that Delphi paid these defendants the amounts that are

22    indicated on the complaint on the dates that are indicated.

23    And it's plausible that those payments were on account of

24    antecedent debt.

25        THE COURT: First of all, it's not Delphi, there's

205

1    like forty-two debtors here. So it's not listed who did this.

2    I think that's important. And that leaves the issue of

3    antecedent debt.

4        I'm somewhat sympathetic to your point on that,

5    although, the three judges that have considered this, including

6    Judge Gonzalez, aren't. They all emphasize the need to say

7    something about the antecedent debt, other than the conclusory

8    statement that there's antecedent debt. Your point is well,

9    why would any of the debtors be paying anyone unless there was

10    an antecedent debt?

11        Well, the thing is it may not be antecedent, they may

12    be paying in advance, they may be paying that day; COD. You

13    know, that's the response I think.

14        MR. FISHER: And, Your Honor, it is important to say

15    which debtor entity we're talking about. It is important to

16    say exactly which transferee we're talking about. As a

17    practical matter --

18        THE COURT: Let me say -- I'm going to cut you short.

19        MR. FISHER: Yes.

20        THE COURT: As a -- it seems to me the problem with

21    what you're proposing is that you may not have a basis to say

22    in your books and records that -- at least for the face of the

23    complaint, that defendant X was owed a debt, that this was a

24    payment on account of you may not have it. And I think your

25    method basically sort of puts the onus on them to make that

206

1    part of your case for you.

2        MR. FISHER: What we're trying to avoid, Your Honor,

3    is a situation where we now go back and correct these

4    complaints by identifying the specific entities where we think,

5    as a practical matter, the movants know full well by checking

6    their own records --

7        THE COURT: But that's not -- that's not -- I don't

8    think that's the test, because, again, that shifts the burden

9    of proof. You know, you basically force them to show we don't

10    know.

11        MR. FISHER: Well, then, we go back and we provide

12    them with this information. We could provide it to them in

13    documentary form under 12(e), or we could provide it to them in

14    the form of an amended complaint.

15        THE COURT: To me that's --

16        MR. FISHER: And then say it's a new motion to

17    dismiss.

18        THE COURT: To me that's part of the merits of a

19    motion to amend. If, in fact, they knew and it's no big deal

20    and they know -- they've always known this, then that's a fact

21    in your favor as well as the fact that the law changed. You

22    know, but I think it should all be viewed in the context of a

23    motion to amend.

24        Now, I have not reviewed every complaint. But as I --

25    I've reviewed enough to see that I think they're form

207

1    complaints.

2        MR. FISHER: Yes.

3        THE COURT: I don't think they -- I think they all

4    follow this pattern that they don't identify the transferor or

5    the antecedent debt. And I don't know if you have to say the

6    antecedent debt is down to the -- you know, the very invoice,

7    but you have to give some context to show that there's a debt

8    owing. And as far as the transferee is concerned, I'm not able

9    to say, based on my review of the complaints, whether that's

10    going to be necessary or not. It would seem to me that it

11    wouldn't be necessary for the initial transferee. But if

12    you're including in the complaint subsequent transferees and

13    you're seeking really a 550 relief as against them, then you

14    may -- I think you may have to identify them as that.

15        MR. FISHER: Your Honor, should we await Your Honor

16    ruling on this Rule 8 issue, or should we file our motions to

17    amend.

18        THE COURT: That's my -- I mean, I'm just -- I haven't

19    issued a ruling on any of these things, I'm just giving you my

20    thoughts on this at this point.

21        One of you two said something about -- at the

22    beginning of this hearing about arguing that they shouldn't be

23    given leave to seek an amendment. My practice, generally, is

24    not to do these things without actually ruling on a motion.

25    I'm certainly amenable, given the number of defendants, to

208