SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
                                                  :
   In re                                   :   Chapter 11
                                                  :
DPH HOLDINGS CORP., et al.,   :   Case No. 05-44481 (RDD)
                                                  :
                                                  :   (Jointly Administered)
        Reorganized Debtors.     :
                                                  :
------------------------------- x

### NOTICE OF RESCHEDULING OF SIXTY-THIRD OMNIBUS HEARING AND FORTY-FIRST CLAIMS HEARING

       PLEASE TAKE NOTICE that the Sixty-Third Omnibus Hearing and the Forty-First Claims Hearing in the above-captioned cases, which are scheduled to occur on Thursday, February 17, 2011 at 10:00 a.m. (prevailing Eastern time) at the Hon. Charles L. Brieant Jr.

Federal Building and Courthouse, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140,[1] have been rescheduled for Friday, February 18, 2011 at 10:00 a.m. (prevailing Eastern time); provided, however, that all matters previously scheduled to be heard on February 17, 2011 pursuant to the Scheduling Order Regarding Dates And Procedures For Reorganized Debtors' Motions For Leave To File Amended Complaints (Docket No. 20698) (the "Preference Matters") will not be heard on either February 17, 2011 or February 18, 2011.  Rather, a separate notice of rescheduling will be filed to reschedule the Preference Matters for a later time.

PLEASE TAKE FURTHER NOTICE that all corresponding deadlines shall shift in accordance with the following orders, as applicable: (a) the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), (b) the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims, entered October 22, 2009 (Docket No. 18998), or (c) the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883), as amended.

---

[1] See Twenty-First Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered November 1, 2010 (Docket No. 20764) and Thirteenth Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered November 1, 2010 (Docket No. 20765).

Dated: New York, New York
January 31, 2011

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By:  /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Albert L. Hogan III
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

      - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors