# EXHIBIT A

| CASE NO. | MOTION DOCKET NO. | BUTZEL LONG DEFENDANTS |
|---|---|---|
| 07-02142 | 20712 | Access One Technology |
| 07-02147 | 21082 | Acord, Inc. |
| 07-02076 | 20710 | Ahuas Tool & Engineering Inc. |
| 07-02201 | 20717 | Ambrake Corporation and Ambrake Corp. |
| 07-02125 | 20699 | ATS Automation Tooling Systems Inc., ATS Automation Tooling Sys., ATS Automation Tooling Systems, and Automation Tooling Systems |
| 07-02182 | 20729 | Barnes & Associates |
| 07-02270 | 20740 | BP, BP Amoco Corp., BP Microsystems Inc., BP Products North America Castrol, Castrol Industrial and Unifrax Corp. |
| 07-02282 | 20705 | Calsonic Corp., Calsonic N. America Inc., and Calsonic North America, Inc. |
| 07-02291 | 20714 | Carlisle and Carlisle Companies, Inc. |
| 07-02188 | 20737 | Critech Research Inc. |
| 07-02212 | 20706 | D&R Technology LLC, and D and R Technology LLC |
| 07-02217 | 20723 | D&S Machine Products Inc. |
| 07-02211 | 20701 | Doshi Prettl International and Doshi Prettl Int. |
| 07-02236 | 20715 | DSSI and DSSI LLC |
| 07-02256 | 20964 | Eco-Bat America LLC |
| 07-02322 | 20916 | Jamestown Container and Jamestown Container Corp. |
| 07-02432 | 20708 | Methode Electronics Inc. |
| 07-02466 | 20707 | MJ Celco and MJ Celco Inc. |
| 07-02489 | 20724 | Mubea and Mubea Inc. |
| 07-02540 | 20833 | Owens Corning |
| 07-02572 | 20722 | PBR Columbia LLC |
| 07-02287 | A.P. 34 | Plasco and Plasco Inc. |
| 07-02744 | 20703 | Republic Engineered Products, Republic Eng. Products, and Republic Engineered |
| 07-02800 | 20721 | Robert Bosch and Robert Bosch GmbH |
| 07-02767 | 20932 | Rotor Coaters International |
| 07-02768 | 20963 | RSR Corporation, RSR, and RSR Corp. |
| 07-02633 | 20718 | Solid State Stamping Inc., Solid State Stamping I and Solid State Stamping Inc. |
| 07-02644 | 20704 | Sprimag Inc. |
| 07-02688 | 20719 | Timken, Timken Company, Timken Corporation, Timken France SAS, and Timken Super Precision |
| 07-02790 | 20716 | Tyco, Tyco Adhesives, Tyco Electronics-Raychem, Tyco Electronics Corp., Tyco Electronics Corporation, Tyco Electronics Identification, Tyco Electronics Logistics AG, and Tyco/Electronics |
| 07-02539 | 20871 | Vanguard Distributors Inc. |
| 07-02551 | 20713 | Victory Packaging and Victory Packing LP |
| 07-02556 | 20736 | Vishay Americas Inc. |

| CASE NO. | MOTION DOCKET NO. | TOGUT DEFENDANTS |
|---|---|---|
| 07-02337 | 20711 | Ex-Cell-O Machine Tools, Inc. |
| 07-02541 | 20726 | NGK, NGK Automotive Ceramics, Inc., NGK Automotive USA, Inc., and NGK Spark Plug Mfg. (USA), Inc. |