# EXHIBIT B

EXHIBIT B

```
                                                                    1
 1

 2    UNITED STATES BANKRUPTCY COURT

 3    SOUTHERN DISTRICT OF NEW YORK

 4    Case No. 05-44481

 5    Adv. Case No. 07-01435

 6    - - - - - - - - - - - - - - - - - - - -x

 7    In the Matter of:

 8

 9    DELPHI CORPORATION, ET AL.,

10

11            Debtor.

12

13    - - - - - - - - - - - - - - - - - - - -x

14

15              U.S. Bankruptcy Court

16              One Bowling Green

17              New York, New York

18

19              August 16, 2007

20              10:05 a.m.

21

22    B E F O R E:

23    HON. ROBERT D. DRAIN

24    U.S. BANKRUPTCY JUDGE

25
```

```
                                                                      2
 1   MOTION for an Order Authorizing the Official Committee of

 2   Unsecured Creditors to Prosecute the Debtors' Claim and

 3   Defenses Against General Motors Corporation and Certain Former

 4   Officers of the Debtors

 5

 6   DEBTORS' Eighteenth Omnibus Objection (Procedural) to Claims

 7

 8   DEBTORS' Nineteenth Omnibus Objection (Substantive) to Claims

 9

10   EX PARTE MOTION for Order Authorizing the Official Committee of

11   Equity Security Holders to File Under Seal a Supplemental

12   Objection in Further Support of the Equity Committee's

13   Objection to the Motion for an Order Authorizing the Official C

14

15   MOTION for Order Further Extending Deadline to Assume or Reject

16   Leases of Nonresidential Real Property

17

18   MOTION to Further Extend Time Period Within Which Debtors May

19   Remove Actions

20

21   MOTION Approving Bidding Procedures, Granting Certain Bid

22   Protections, Approving Form and Manner of Sale Notices, And

23   Setting Sale Hearing Date, and Authorizing and Approving Sale

24   of Certain of Debtors' Assets

25
```

3

1   DEBTORS' Seventeenth Omnibus Objection

2

3   MOTION to Authorize Authorizing Debtors to Enter into

4   Stipulations Tolling Statute of Limitations with Respect to

5   Certain Claims Authorizing Procedures to Identify Causes of

6   Action that Should be Preserved and Establishing Procedures

7

8   MOTION to Approve Memoranda of Understanding Among IUOE, IBEEW,

9   IAM, Delphi and General Motors Corporation Including

10  Modification of IUOE, IBEW and IAM Collective Bargaining

11  Agreements and Retiree Welfare Benefits for Certain IUOE, IBEW

12

13  MOTION to Approve Memorandum of Understanding Among IUE-CWA,

14  Delphi and General Motors Corporation

15

16  PRE TRIAL CONFERENCE in Delphi Corporation v. National Union

17  Fire Insurance Company of Pittsburg

18

19

20

21

22

23

24

25

```
                                                                  10
 1   tolling agreements it provides that each debtor is deemed to
 2   have entered into such a stipulation with the other debtors,
 3   which is fine.  And then it says and "affiliate non-debtor
 4   entities."  And I added there "either controlled by the debtors
 5   or that had actual notice of the motion."  I guess it's
 6   conceivable that you have an affiliate that you don't control,
 7   it didn't get noticed and I don't think they would be bound by
 8   this.  And then there's a bit of ambiguity in paragraph 5.  As
 9   I understand it there are two categories of actions that you're
10   allowed to abandon here without any further notice to anyone.
11   And they're described in the motion papers.  Then there's
12   another group that also falls into certain categories where you
13   have to give notice to the two committees.  And I just made it
14   a little -- I think that's what's contemplated here.
15           MR. BUTLER:  Yes, Your Honor.
16           THE COURT:  I just made that a little clearer.  And
17   then the last point is -- and I'm assuming you've discussed
18   this with the clerk, I thought the phrase "indicate is subject
19   to these procedures" was a little vague or squishy so I
20   actually -- you have some mechanism where you're going to tell
21   the clerk of this.
22           MR. BUTLER:  Yes.
23           THE COURT:  So I want to make that a little clearer.
24           MR. BUTLER:  Do you want to designate or --
25           THE COURT:  I put that in.  Anyway I'll -- I know
```

11

1  this order's been fairly carefully worked out with the parties.

2  So what I'm going to do is give you my mark-up, I tried to

3  write neatly and you can share it with them. But I don't think

4  it changes the motion. But let me say for the record, the

5  motion in addition to being unopposed sets forth good cause and

6  to the extent you needed good business reasons for all the

7  relief that you're seeking here, and that includes the ceiling

8  portion of it and consequently I'll approve it in full.

9         MR. BUTLER:  Thank you, Your Honor.

10        THE COURT:  And as you know, I said this at the

11 chambers conference, I'm a firm believer in the majority of

12 cases that say that you can toll the period under 546 and also

13 that the abandonment to the extent you're not tolling it does

14 not waive rights under 502(d) and I actually put in the order

15 that you're not waiving and you're preserving your rights under

16 502(d). So that will get entered.

17        MR. BUTLER:  Thank you, Your Honor. Your Honor, the

18 next matter on the agenda is matter number 6. Matter number 6

19 and 7 are actually motions that approve memorandums of

20 understanding with four of our six U.S. unions, labor unions.

21 I'm going to present them separately.

22        The first one, matter number 6, is the IUOE, the IBEW

23 and the IAM, 1113, 1114 supplementary retirement benefit

24 approval motions is filed at docket number 8906 and it is

25 unopposed. Your Honor, as you know, this motion which deals