TOGUT SEGAL & SEGAL LLP                                    Hearing Date:  T.B.D.
One Penn Plaza, Suite 3335
New York, New York 10119
Neil Berger
Richard K. Milin
Jason P. Rubin
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
*Conflicts Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
In re:                                        :        Chapter 11
                                              :        Case No. 05-44481 [RDD]
DPH HOLDINGS CORP, *et al.*,                  :
                                              :
                      Reorganized Debtors.    :
                                              :
-----------------------------------------------------------------x

### JOINDER IN REORGANIZED DEBTORS' OMNIBUS RESPONSE TO MOTIONS FOR RELIEF FROM FOURTH ORDER EXTENDING THE TIME TO SERVE COMPLAINT

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

        DPH Holdings Corporation and certain of its affiliated reorganized

debtors, as plaintiffs in six adversary proceedings (the "Plaintiffs"),[1] by their conflicts

counsel Togut, Segal & Segal (the "Togut Firm"), join in the Omnibus Response to

Motions for Relief from Fourth Order Extending the Time to Serve Complaint (the

"Omnibus Response") filed on the Plaintiffs' behalf in parallel adversary proceedings

by the Butzel Long firm.

---

[1]    *DPH Holdings Corp., et al. v. Ex Cell O Machine Tools Inc.* (Adv. Pro. No. 07-02337) (the "Ex Cello O Action");  *DPH Holdings Corp., et al. v. NGK, et al.* (Adv. Pro. No. 07-02541) (the "NGK Action");  *DPH Holdings Corp., et al. v. Johnson Controls, et al.* (Adv. Pro. No. 07-02348);  *DPH Holdings Corp., et al. v. Kostal, et al.* (Adv. Pro. No. 07-02712);  *DPH Holdings Corp., et al. v. NSK Steering Systems* (Adv. Pro. No. 07-02459);  and *DPH Holdings Corp., et al. v. Sumitomo, et al.* (Adv Pro No. 07-02659).

The Omnibus Response addresses, *inter alia*, the arguments raised in ATS Automation Tooling Systems Inc.'s Motion and Brief of Defendant for Relief from Fourth Order Extending Time to Serve Complaint (the "ATS Motion"). The defendants in the Ex Cell O Action and the NGK Action, in which the Togut Firm represents the Plaintiffs, joined in the ATS Motion. Because the Omnibus Response responds to the arguments raised in the ATS Motion, we join in the Omnibus Response.

Dated:   New York, New York
         February 3, 2011

                                   Respectfully submitted,

                                   DPH Holdings Corp., *et al.*
                                   By their conflicts counsel,
                                   TOGUT, SEGAL & SEGAL LLP
                                   By:

                                   /s/ Neil Berger
                                   NEIL BERGER
                                   RICHARD K. MILIN
                                   JASON P. RUBIN
                                   One Penn Plaza, Suite 3335
                                   New York, New York 10119
                                   (212) 594-5000