IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                         :

     In re                                       :      Chapter 11

DPH HOLDINGS CORPORATION, et al., :      Case No. 05-44481 (RDD)

              Reorganized Debtors.     :      (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

AFFIDAVIT OF SERVICE

    I, Darlene Calderon, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Reorganized Debtors in the above-captioned cases.

    On January 31, 2011, I caused to be served the documents listed below upon the parties listed on Exhibit A hereto via electronic notification:

1) Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr.R. 1007-2(e) ("Case Management Order") (Docket No. 245)

2) Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(M), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Supplemental Case Management Order") (Docket No. 2883)

3) Second Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Second Supplemental Case Management Order") (Docket No. 2995)

4) Third Supplemental Order Under 11 U.S.C. 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Third Supplemental Case Management Order") (Docket No. 3293)

5) Fourth Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Fourth Supplemental Case Management Order") (Docket No. 3589)

6)  Fifth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Fifth Supplemental Case Management Order") (Docket No. 3629)

7)  Sixth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Sixth Supplemental Case Management Order") (Docket No. 3730)

8)  Seventh Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed.R.Bankr.P.2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Seventh Supplemental Case Management Order") (Docket No. 3824)

9)  Eighth Supplemental Order Under 11 U.S.C. § 102(1) And 105 And Fed.R.Bankr.P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Eighth Supplemental Case Management Order") (Docket No. 5401)

10) Amended Eighth Supplemental Order Under 11 U.S.C. Sections 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Eighth Supplemental Case Management Order") (Docket No. 5418)

11) Ninth Supplemental Order Under 11 U.S.C. §§ 102(l) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Ninth Supplemental Case Management Order") (Docket No. 10661)

12) Tenth Supplemental Order Under 11 U.S.C §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures ("Tenth Supplemental Case Management Order") (Docket No. 12487)

13) Eleventh Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Eleventh Supplemental Case Management Order") (Docket No. 13920)

14) Twelfth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Twelfth Supplemental Case Management Order") (Docket No. 13965)

15) Thirteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Thirteenth Supplemental Case Management Order") (Docket No. 14534)

16) Fourteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Fourteenth Supplemental Case Management Order") (Docket No. 16589)

17) Fifteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Fifteenth Supplemental Case Management Order") (Docket No. 18839)

18) Sixteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Revising Certain Notice Procedures ("Sixteenth Supplemental Case Management Order") (Docket No. 19178)

19) Seventeenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Seventeenth Supplemental Case Management Order") (Docket No. 19360)

20) Eighteenth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Eighteenth Supplemental Case Management Order") (Docket No. 19774)

21) Nineteenth Supplemental Order Under 11 U.S.C. §§ 102(l) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Nineteenth Supplemental Case Management Order") (Docket No. 20189)

22) Twentieth Supplemental Order Under 11 U.S.C. §§ 102(l) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Twentieth Supplemental Case Management Order") (Docket No. 20427)

23) Twenty-First Supplemental Order Under 11 U.S.C. §§ 102(l) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Twenty-First Supplemental Case Management Order") (Docket No. 20764)

24) Twenty-Second Supplemental Order Under 11 U.S.C. § 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures ("Twenty-Second Supplemental Case Management Order") (Docket No. 21099)

Dated: February 3, 2011

                                                 */s/ Darlene Calderon*
                                                 Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 3rd day of February, 2011, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:   */s/ Elizabeth Marie Barnett*

Commission Expires:  *10/10/13*

# EXHIBIT A

DPH Holdings Corp.
Post-Emergence 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Hodgson Russ LLP | James C. Thoman | The Guaranty Building | 140 Pearl Street, Suite 100 | Buffalo | NY | 14202-4040 | 716-856-4000 | jthoman@hodgsonruss.com | Counsel to Unifrax I LLC f/k/a Unifrax Corporation |
| Stinson Morrison Hecker LLP | Nicholas J Zluticky | 1201 Walnut Street | Suite 2900 | Kansas City | MO | 64106 | 816-691-3278 | nzluticky@stinson.com | Counsel to ThyssenKrupp Waupaca, Inc. |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/2/2011 2:13 PM
Email (2)