MICHAEL W. MALTER
HEINZ BINDER
ROBERT G. HARRIS
JULIE H. ROME-BANKS
DAVID B. RAO
WENDY W. SMITH
ROYA SHAKOORI
KRISTINA A. PARSON
RYAN M. PENHALLEGON
------------------
NAN L. CORBER
  PARALEGAL

# BINDER & MALTER, LLP
## ATTORNEYS AT LAW

2775 PARK AVENUE
SANTA CLARA, CA 95050

Please reply to:
P.O. Box 28461
San Jose, CA 95159-8461

TELEPHONE 408-295-1700
FACSIMILE 408-295-1531

January 24, 2011



**VIA FACSIMILE**

Attn: Clerk
Manhattan Office
One Bowling Green
New York, NY 10004
Fax: (212) 668-2878

RE:   DPH Holdings Corp.; Chapter 11 Case No.: 05-44481-RDD
      Request to be Removed from Mailing List

Dear Clerk,

I am no longer involved in this bankruptcy case and kindly request that you remove me from both the electronic and physical mailing list. I no longer wish to receive any documentation regarding the above-referenced matter. My information is as follows:

Wendy W. Smith, Esq.
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Email: wendy@bindermalter.com
Tel: (408) 295-1700
Fax: (408) 295-1531

Sincerely,

BINDER & MALTER, LLP

Wendy W. Smith
Attorney at Law

/tt

F:\Clients\Google\Corr\Clerk NY 1.24.11.wpd

1