KLESTADT & WINTERS, LLP
Tracy L. Klestadt
Patrick J. Orr
Joseph C. Corneau
292 Madison Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

-and-

WILDMAN, HARROLD, ALLEN & DIXON LLP
Jonathan W. Young
Mark L. Durbin
Mary E. Olson
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 201-2000

Attorneys for Wiegel Tool Works, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
DPH HOLDINGS CORP., et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                                                             :    (Jointly Administered)
              Reorganized Debtors.                           :
                                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF ADJOURNMENT OF HEARING**

     **PLEASE TAKE NOTICE** that the hearing on the Motion of Wiegel Tool Works, Inc. for an Order Providing Relief from the Plan Modification Order Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024 (the "Motion"), previously scheduled for February 17, 2011at 10:00 a.m., has been adjourned to March 17, 2011, at 10:00 a.m. (ET) or as soon thereafter as counsel may be heard.

     **PLEASE TAKE FURTHER NOTICE** that objections to the relief requested in the Motion, if any, must be in writing, shall be filed with the Court, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Rules of the Bankruptcy Court and the Case Management Order entered in these cases, and shall be served upon (i) Klestadt & Winters, LLP,

292 Madison Avenue, 17th Floor, New York, New York 10017-6314, Attn: Patrick J. Orr, Esq., and Joseph C. Corneau, Esq. and (ii) Wildman, Harrold, Allen & Dixon LLP, 225 West Wacker Drive, Chicago, Illinois 60606-1229, Attn: Jonathan W. Young, Mark L. Durbin, and Mary E. Olson, so as to be received not later than 4:00 p.m. (ET) on March 10, 2011.

DATED:    New York, New York
          February 7, 2011

                    KLESTADT & WINTERS, LLP

                    By:/s/Patrick J. Orr
                        Tracy L. Klestadt
                        Patrick J. Orr
                        Joseph C. Corneau
                  292 Madison Avenue, 17th Floor
                  New York, New York 10018
                  (212) 972-3000

                        -and-

                  WILDMAN, HARROLD, ALLEN & DIXON LLP
                  Jonathan W. Young
                  Mark L. Durbin
                  Mary E. Olson
                  225 West Wacker Drive, Suite 3000
                  Chicago, Illinois 60606
                  (312) 201-2000

                  Attorneys for Wiegel Tool Works, Inc.