**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re: DELPHI CORPORATION, et al.                    Case No.: 05-44481 (RDD)

Chapter 11

                              Debtor

----------------------------------------------------------------x

                                                     Adversary Proceeding No.: 07-2270

                              Plaintiff

                 v.

                              Defendant

----------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of James T. Thoman , to be admitted, ***pro hac vice***, to represent Unifrax I LLC f/k/a Unifrax Corp. , (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York and, if applicable, the bar of the U.S. District Court for the Southern District of New York , it is hereby

**ORDERED**, that James T. Thoman , Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: February 10, 2011

White Plains , New York          /s/ Robert D. Drain

                              UNITED STATES BANKRUPTCY JUDGE