UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                         :    Jointly Administered
                                                    :
                        Debtors.                    :
                                                    :
                                                    :
---------------------------------------------------------------x
                                                    :
DELPHI CORPORATION, et al.,                         :    Adv. Pro. No. 07-02270 (RDD)
                                                    :
                        Plaintiffs,                 :
                                                    :
                                                    :
    - against -                                     :
                                                    :
                                                    :
BP, BP AMOCO CORP, BP MICROSYSTEMS                  :
INC., BP PRODUCTS NORTH AMERICA,                    :
CASTROL, CASTROL INDUSTRIAL                         :
AND UNIFRAX CORP.                                   :
                                                    :
                        Defendant.                  :
---------------------------------------------------------------x

### AMENDED ORDER GRANTING ADMISSION TO APPEAR
### AND PRACTICE, *PRO HAC VICE*

Upon the Motion for Admission to Practice, *pro hac vice*, of Garry M. Graber, Esq. of Hodgson Russ LLP,

**IT IS HEREBY ORDERED** that James C. Thoman be admitted, *pro hac vice*, to appear and practice before the United States Bankruptcy Court for the Southern District of New York for the purpose of representing *Unifrax I LLC, formerly known as Unifrax Corporation* in the above-captioned bankruptcy proceeding and related adversary proceedings, subject to payment of the filing fee.

Dated: February 10, 2011

                                /s/Robert D. Drain
                                Honorable Robert D. Drain
                                United States Bankruptcy Judge

000161/01271 Business 7983910v1