TOGUT, SEGAL & SEGAL LLP  
Bankruptcy Conflicts Counsel for DPH Holdings Corp, *et al.*,  
Reorganized Debtors  
One Penn Plaza, Suite 3335  
New York, New York 10119  
(212) 594-5000  
Albert Togut  
Neil Berger  
Lara Sheikh  

ADJOURNED HEARING DATE:   4/21/2011  
AT:   10:00 A.M.

DPH Holdings Corp. Legal Information Hotline:  
Toll Free:  (800) 718-5305  
International:  (248) 813-2698  

DPH Holdings Corp. Legal Information Website:  
http://www.delphidocket.com  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
----------------------------------------------------------------x  
:  
In re:                                                                          :  
:                                            Chapter 11  
DPH HOLDINGS CORP., et al.,                  :   Case No. 05-44481 [RDD]  
:  
Reorganized Debtors.             :   Jointly Administered  
:  
----------------------------------------------------------------x  

### NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING WITH RESPECT TO REORGANIZED DEBTORS' OBJECTION TO PROOFS OF ADMINISTRATIVE EXPENSE CLAIM NOS. 19147 AND 19921 FILED BY NAVISTAR, INC.

PLEASE TAKE NOTICE that on January 22, 2010, DPH Holdings Corp. and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), successors of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation et al.), (collectively, the "Debtors"), objected to administrative expense claim numbers 19147 and 19921 (the "Proofs of Claim") filed by Navistar, Inc., f/k/a International Truck and Engine Corporation, (the "Claimants") pursuant to The Debtors' Forty-Third Omnibus Objection Pursuant to 11.U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 to (I) Expunge

Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (II) Transferred Workers' Compensation Claims, (III) Modify and Allow Certain Administrative Expense Severance Claims, and (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19356).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objection to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests." Modified Plan, art. 9.6(a).

PLEASE TAKE FURTHER NOTICE that on December 14, 2010, the Reorganized Debtors filed the Notice of Claims Objection Hearing with Respect to Reorganized Debtors' Objection to Proofs of Administrative Expense Claim Nos. 19147 and 19921 filed by Navistar, Inc. f/k/a International Truck and Engine Corporation (Docket No. 21004), scheduling an evidentiary hearing (the "Claims Objection Hearing") on the merits of the Claims. The Claims Objection Hearing was scheduled for February 17, 2011 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room

2

118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that on January 31, 2011, the Reorganized Debtors filed the Notice of Rescheduling of Sixty-Third Omnibus Hearing and Forty-First Claims Hearing (Docket No. 21101), adjourning the Claims Objection Hearing to February 18, 2011 at 10:00 a.m. (prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (i) Dates for Hearings Regarding Objections to Claims and (ii) Certain Notices and Procedures Governing Objections to Claims, entered, December 7, 2006 (Docket No. 6089) (the "Order"), the Order Pursuant to 11 U.S.C. §§105(a) and 503(b) Authorizing Debtors to Apply Claims Objection Procedures to Address Contested Administrative Expense Claims (Docket No. 18998) (the "Administrative Claims Procedures Order"), and the Fourteenth Supplemental Order Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing (I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and Procedures Governing Objections to Claims, entered January 28, 2011 (Docket No.

21098), the Claims Objection Hearing is hereby adjourned to **April 21, 2011 at 10:00 a.m.**

(prevailing Eastern time).

Dated:   New York, New York
         February 10, 2011

                                    DPH HOLDINGS CORP., *et al.*
                                    By their attorneys,
                                    TOGUT, SEGAL & SEGAL LLP
                                    By:

                                    /s/ Neil Berger
                                    NEIL BERGER
                                    A Member of the Firm
                                    One Penn Plaza
                                    New York, New York 10119
                                    (212) 594-5000