February 3, 2011

1' of 4

United States Bankruptcy Court
Southern District of New York.

In re
Motors Liquidation Company, et al
f/k/a General Motors Corp, et al

Chapter 11 Case No
09-50026 (RCB)
(Jointly Administered)

Debtors.

Delphi Corporation -05-44481
(RDD)

Dear Judges / Courts:

I Sharyl J. Carter at 1541
LaSalle Ave # 1, Niagara Falls, New York 14301
My Numbers are (716) 282-1639 and (716)
930-4495.

Enclosed are copies of documents
from Delphi Sub Administration Center and
Ohio Department of Job and Family Services

2 of 4

Office of Unemployment Compensation Determination of Unemployment Compensation Benefits, and Delphi Seperation Personal Savings Plan and the Delphi Salaried Retirement Saving Program.

I Sheryl Y. Carter contacted Delphi Sub Administration Center several times and I continue to get the run around delay tactics about my funds that are rightfully owed to me. Delphi and their affiliated Debtors, agency continue to place stress upon me, and my family, harassment, retailation tactic continue to go on. I also continue to hear from Delphi and affiliated Debtors and Company that they do not have

any files on me. My question is why not, and how is it that Delphi continues to contact me about enclosed documents also claims that I Sheryl Y. Carter have against Delphi Corporation Am Company. Also I'm contacted after the fact, deadlines, etc. I contacted Delphi. Stock (PSP) which I won small settlements that was placed into Delphi Am stock, which I can not withdraw, take out, due to Delphi and affiliated debtors has a hold on my account. Again I am being told they do not know why, the Representatives. I contacted Union Representatives Leslie Cash whos looking into the matter. Delay tactic continues. As I have NO INCOME since March 2010 of

· Unemployments Benefits, which those funds was delay cut off in between months at a time, and I Sharyl Y. Carter had to go through the same delay, stressful tactic as I continue to go through now, present and future

I ask respectfully of you the Judges and Court to have this stop and allow all my claims that is allow to be given to me <u>cash</u> <u>only</u>. <u>Please</u>. This tactics that is place upon me is, and continue to cause stress painful pressure against me and my family.

Thank You.

Sincerely
Sharyl Y. Carter

U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

## OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To *Delphi Sub Admin Center*
*Attn: Appeal Dept*
Street, Apt. No.; or PO Box No. *P.D. Box 5827*
City, State, ZIP+4 *Troy, Michigan 48098*

PS Form 3800, August 2006                See Reverse for Instructions

**CERTIFIED MAIL**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7008 3230 0000 5106 4687
7008 3230 0000 5106 4687

---

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | **A. Signature** <br> X ☐ Agent ☐ Addressee <br> **B. Received by (*Printed Name*)** **C. Date of Delivery** |
| **1. Article Addressed to:** <br><br> *Delphi Sub Admin Center* <br> *Attn: Appeal Dept* <br> *P.D. Box 5827* <br> *Troy, Michigan 48098* | **D. Is delivery address different from Item 1?** ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> **3. Service Type** <br> ☐ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> **4. Restricted Delivery? (*Extra Fee*)** ☐ Yes |
| **2. Article Number** <br> *(Transfer from service label)* | |

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540

December 20, 2010

Delphi Sub Administration Center                    1 of 3
Attn: Appeal Dept.
P.D. Box 5027
Troy, Michigan 48098 USA.

Dear Appeal Dept.
        Enclosed are copies of the forms I
Shary! Y. Carter at 1541 LaSalle Ave #1,
Niagara Falls, New York 14301, my numbers
are (716) 282-3624 and (716) 930-4495
in September 2010, and I had to mail back
in October 2010 both with letters I wrote.
        I am appealing this decision, due to
I Shary! Y. Carter only received two
checks from Delphi Sub Administration, which
is also enclosed. According to the letter
the Sub funds was to beginning in,
on September 21, 2010. I was told

the Sub funds ended September 2010, for
the employees who took option 3 from Delphi
Corporation. Also, I did not know I
was to continue filing after my funds
ended in March 2010 for Unemployment
Benefits. First of all I was not notify
or aware of this information, or to file
for Sub funds, or who I was to come
contact. But afterwards Delphi Sub
Administration Center contacted me to fill
out forms. Why could this have been
completed before funds expired? This is
not my fault and again I am
Appealing this decision. Also look into
the matter of me, Sheryl Y. Hunter not
Receiving Sub fund back in the years
ago when I was laid off 2007.

To my understanding other employees received Sub friends, even if they took or was given options 3. Again I ask of you the Appeal dept to look into this matter and correct the problem.

Thank You. In the future I would like to be notify a head of time.

Sincerely

Shanyl Y. Carter

P.S. Also I have relocated back to my home town above from Ohio, another reason I did not know about filing continually.

Shanyl Y. Carter

# DELPHI

Delphi SUB Administration Center
P.O. Box 5027
Troy, MI 48098
1-248-813-1782

September 28, 2010

SHARYL  CARTER
1541   LASALLE AVE #1
NIAGARA FALLS, NY  14301

## Re: Determination of Ineligibility

Employee SSN:  084589353

Employee Name:  SHARYL CARTER

You are ineligible for a benefit under the SUB Plan for the week ending Sunday,  for the following reason(s):

## Employee has not submitted UC monetary determintion paperwork covering SUB Application week ending date

**Appeals Procedure:** If you disagree with this determination, you may appeal. Contact your Local Union Benefit Representative for instructions on how to appeal this determination. You should keep copies of all documents pertaining to your appeal. Your written appeal must be mailed to the Delphi SUB Administration Center within 30 days following the date of this notice. Send your appeal to:

Delphi SUB Administration Center
P.O. Box 5027
Troy, MI 48098

If you have any questions or require additional information about this letter, please call the Delphi SUB Administration Center, Monday through Friday between 8:00 a.m. and 4:00 p.m. Eastern Time zone, to speak with a Customer Service Associate.

Sincerely,

## Delphi SUB Administration Center

cc: Leslie Cash - Moraine & Kettering

DSAC01

# Dependent Information Change Form (SUB-DI Form)
## Delphi Supplemental Unemployment Benefit Plan

**About You** *(please print)*

Carter, Sheryl    L.    084 58 9353

Last Name | First Name | Middle Initial | Social Security Number

1541 LaSalle Ave #1 - Niagara Falls New York    14301

Street Address | City | State | Zip Code

(716) 282-3624    (716) 282-1639    9-1-64

Home Telephone Number | Daytime Telephone Number | Date of Birth

### 1. Check One:

- [ ] I am submitting the names of my Federal Income Tax dependents because I am included in my spouse's dependency information.
- [ ] I am entitled to a greater number of dependents—I am submitting the names of my Federal Income Tax dependents because I am entitled to a greater number of dependents than I claim.
- [ ] My spouse and I will be laid off at the same time—My spouse and I are both Delphi employees, with separate Delphi dependency information, and will be laid off at the same time. (You and your spouse must each complete a new SUB-DI form to indicate how your Federal Income Tax dependent exemptions are to be divided between the two of you prior to applying for SUBenefits. You and your spouse **may not** claim the same dependents. Failure to complete the SUB-DI form may result in a SUB overpayment.)
- [ ] None of the above applies—Information was requested by the Delphi SUB Administration Center.
- [ ] Please cancel my previous dependent change request and use my current health care benefit dependent information.

### 2. Indicate Your Federal Income Tax Marital Status:    X Single    ____ Married

### 3. List your Federal Income Tax dependents to be used for SUBenefit purposes:

| Name (First & Last) | Relationship |
|---|---|
| Creola Yvette Everett | Daughter |
| | |
| | |
| | |

### 4. Number of Dependents claimed above:  1  + 1 (myself) = 2  (Total Number Claimed)

### Signature and Date

Any changes made as a result of your submission of this form will be reflected in your SUBenefit for the week following the week in which the Delphi SUB Administration Center receives this form.

The information I am furnishing is true and correct to the best of my information and belief. I understand the completion of the form is for the purpose of calculation of my 95% Weekly After-Tax Pay which is used to determine the amount of my Regular SUBenefit. THIS FORM WILL NOT AFFECT MY INCOME TAX WITHHOLDING FOR PAYROLL PURPOSES. This form does not authorize Delphi Corporation to revise my current Form W-4 and has no effect on my claim of dependents for state UC benefit purposes. In addition, I recognize this form will stay in affect until I either complete and submit another for changes, or submit one for cancellation.

Sheryl L. Carter    Sept 29 2018

Signature | Date

**Mail Completed Form To:**
Delphi SUB Administration Center
P.O. Box 5027
Troy, MI 48098

**Contact Information:**
Phone:    1-248-813-1782

I do Request if included Health Ins

Sheryl L. Carter

SFBN45

# EMPLOYEE LAYOFF CHECKLIST

## › Unemployment Compensation (UC)

☐ After your layoff begins, contact your local Unemployment Compensation (UC) office or use the telephone number provided by the state agency. Answer all questions to the best of your knowledge, such as reporting wages and hours worked.

☐ If you have been denied UC due to Sunday earnings, include a copy of your denial letter with your SUB Application to the Delphi SUB Administration Center. Failure to do so may result in your SUBenefits being denied.

☐ If you have been denied UC due to insufficient earnings, include a copy of your denial letter with your SUB Application to the Delphi SUB Administration Center. Failure to do so may result in your SUBenefits being denied.

☐ Upon approval of initial UC Benefits, temporary extensions or Trade Readjustment Assistance, you will receive a Monetary Determination or Claim form from the state agency that provides Benefit year information. Include the Monetary Determination form with your SUB Application when applying for your SUBenefit. Failure to do so may result in your SUBenefits being denied.

> **Note:** If you work(ed) in a plant previously covered by an AutoSUB program, you now need to send your Monetary Determination information and SUB application to the Delphi SUB Administration Center to apply for SUBenefits. **Your SUBenefits will no longer be automatically processed** based on information in the corporate personnel system and information received electronically from the state UC agency.

☐ Proof of an UC Payment must also be included in with your SUB Application. If you're receiving an automatic payment directly into your bank account, your state's UC website should have a link to a page showing your payment. Failure to include proof of UC payment (for same week as SUB application) with your SUB Application may result in your SUBenefits being denied.

## SUBenefits

☐ Obtain a hard copy SUB application from your Union Benefit Representative or Plant Personnel Department and complete all questions to the best of your knowledge.

☐ To change the number of dependents currently used to calculate your 95% SUB Gross Amount, submit a SUB Dependent Change (SUB-DI) Form with your SUB Application. These forms can be obtained from your Union Benefit Representative or Plant Personnel Department. This form will stay in effect until changed or cancelled.

☐ You must wait to apply for SUBenefits until after you receive your UC payment for the same week. Your SUB Application, Proof of Outside Earnings and Proof of UC Payment **must** be filed within 60 days of the week for which you are applying.

☐ If your application is received before Tuesday and passes all audits, your check will be mailed on Friday of the same week.

Delphi SUB Administration Center
P.O. Box 5027
Troy, MI 48098
248-813-1SUB (1782)

Sept 10, 2010
2#2

application enclosed.

Also I ask that your agency mail me names, phone numbers of personnel department, union representatives, any other department that I need to contact, since my plant was closed in Ohio. You should have all this information in your files.

Also enclosed is a letter, statement from Ohio Department of Job and Family Services. that was mailed to me stating my benefits was expired as of march 24, 2010. If I need to send more information please contact me.

Sincerely,
Frank J. Carter

State of New York
County of ___Niagara___
Subscribed and Sworn to before me
this __23 RD__ day of __September__, 2010

Notary Public

Amanda Licht
NOTARY PUBLIC-State of New York
No. 01LI6203457
Qualified in Niagara County
My Commission Expires April 06, 2013

# Multiple Week Application for SUBenefits
## FORM SUB-2

**ABOUT YOU:**

Sharly J. Carter  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    Moraine/Kettering Ohio

Participant's Name (First, Middle Initial, Last)    Participant's Social Security Number (SSN)    Plant City/State Location

| WEEK 1 | | | |
|---|---|---|---|
| | Month | Day | Year |

| WEEK 2 | | | |
|---|---|---|---|
| | Month | Day | Year |

**UNEMPLOYMENT COMPENSATION:**

For WEEK 1 or WEEK 2, did you receive, or were you eligible to receive, any State or Federal Unemployment Compensation Benefit? (See mailing checklist on reverse side for more information.) If yes, enter the total Gross Amount received.

WEEK 1  Yes          WEEK 2  Yes
          No                       No

Enclose proof of receipt of such benefit showing the gross amount and each week ending date.
If no, review the reasons for ineligibility for each week below and circle the letter in the ineligibility column to the right.
A. Exhausted /Insufficient wages to qualify    C. Too much earned income
B. State Waiting Week          D. Other _____

Enclose a copy of any papers from the State or Federal Agency for proof of ineligibility.

| WEEK 1 | | WEEK 2 | |
|---|---|---|---|
| UC BENEFIT RECEIVED | Reason for Ineligibility | UC BENEFIT RECEIVED | Reason for Ineligibility |
| Gross Amount | A | Gross Amount | A |
| | B | | B |
| | C | | C |
| $ | D | $ | D |

**EARNINGS:**

For any day in WEEK 1 or WEEK 2, did you receive any earnings from ANY employer, including self-employment?
Did you receive or were you eligible for any Corporation HOLIDAY PAY for the week(s) you are claiming?
Fill in the name and address of the employer. ENTER GROSS EARNINGS.

| | Earnings Gross Amount | Earnings Gross Amount |
|---|---|---|
| | $ | $ |

| WEEK 1   YES   NO   Earnings | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|---|
| Name of Employer: _____ | | | | | | | | |
| Address: | | | | | | | | |
| WEEK 2   YES   NO   Earnings | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| Name of Employer: _____ | | | | | | | | |
| Address: | | | | | | | | |

**OTHER BENEFITS:**

For any of the days in WEEK 1 or WEEK 2, did you receive, or were you eligible for, or claiming:

Sickness /accident Disability Benefits    Worker's Compensation    Disability Pension Corporation Pension
Other: _____    Training Allowance

| WEEK 1   YES   NO   Other Benefits | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|---|
| Name of Payer: _____ | | | | | | | | |
| Type of Benefit: _____ | | | | | | | | |
| WEEK 2   YES   NO   Other Benefits | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| Name of Payer: _____ | | | | | | | | |
| Type of Benefit: _____ | | | | | | | | |

**SIGNATURE AND DATE:**

I have read the "Certification Statement" accompanying this application and agree to be bound thereby.

_____    Sept 20, 2010
Signature                                                Date

*You must sign and date this form so that your request can be processed.*

SUB-2

# OHIO DEPARTMENT OF JOB AND FAMILY SERVICES

## OFFICE OF UNEMPLOYMENT COMPENSATION

# DETERMINATION OF UNEMPLOYMENT COMPENSATION BENEFITS

JFS-63000  12/03/2009

| Claimant's Name | | Social Security Number | Determination Identification Number |
|---|---|---|---|
| SHARYL Y. CARTER | | 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 | 221598961-1 |
| Benefit Year Beginning Date | Benefit Year Ending Date | Application Date | Date Issued |
| 08/01/2010 | 07/30/2011 | 10/06/2010 | 10/18/2010 |

ODJFS Office

SHARYL Y. CARTER
1541 LA SALLE AVE
APT1
NIAGARA FALLS, NY 14301-1227
|..||.|.||.|.||.|.....||....||.|.||.|.||.|..||.|.||..||.|.||

Lima Processing Center
PO Box 1808
Lima, OH 45802-1808

Phone:  (866) 272-0118
Fax:     (419) 996-3929

---

**THIS NOTICE IS A DETERMINATION OF AN INITIAL APPLICATION FOR UNEMPLOYMENT BENEFITS, ISSUED IN ACCORDANCE WITH THE PROVISIONS OF SECTIONS 4141.28(D) & (E), OHIO REVISED CODE**

---

The Ohio Department of Job and Family Services has DISALLOWED the claimant's application for unemployment compensation benefits dated 10/06/2010. The claimant did not have at least twenty qualifying weeks of employment that was subject to an unemployment compensation law or did not earn an average weekly wage of at least $213 before taxes during the base period 07/01/2009 to 06/30/2010, as required by Section 4141.01(R)(1) of the Ohio Revised Code. This decision is related to qualification for regular UC benefits. If an application for Extended Unemployment Compensation benefits has been filed, a separate decision will be issued concerning eligibility for Extended Unemployment Compensation benefits.

---

**APPEAL RIGHTS:** If you do not agree with this determination, you may file an appeal by mail or fax to the ODJFS office provided. You may also file an appeal online at https://unemployment.ohio.gov. The appeal should include the determination ID number, name, claimant's social security number, and any additional facts and/or documentation to support the appeal. **TO BE TIMELY, YOUR APPEAL MUST BE RECEIVED/POSTMARKED NO LATER THAN 11/08/2010** (21 calendar days after the 'Date Issued'). If the 21st day falls on a Saturday, Sunday, or legal holiday, your deadline has already been extended to include the next scheduled work day. If you do not file your appeal within the 21-day calendar period, include a statement with the date you received the determination and your reason for filing late. If your appeal is late due to a physical or mental condition, provide certified medical evidence that your condition prevented you from filing within the 21-day period. In order for your appeal to be considered timely, it must be received/postmarked no later than 21 calendar days after the ending date of the physical or mental condition. **If unemployed,** claimants should continue to file weekly claims for benefits while the determination is under appeal. For additional information, call the ODJFS automated telephone system at 1-877-644-6562 and select the General Information option or visit the agency's website at https://unemployment.ohio.gov. Claimants may also review the **Worker's Guide to Unemployment Compensation.**

---

Si usted no puede leer esto, llame por favor a 1-877-644-6562 para una traduccion.

---

October 22, 2010

Delphi Sub Administration Center
P.O. Box 5027
Troy, Michigan 48098

1 of 2

Enclosed are copies of the information
and documents that was mailed back to
me, Sharyl Z. Carter at 1541 LaSalle Ave #1
Niagara Falls, New York 14301. My phone
Number is (716) 282-3624. Also Ohio
Department of Job & Family Services office of
Unemployment Compensation Determination
that I am Disallowed Services dated Oct
6, 2010.
Your stamp of receiving my application,
documents was Sept 29, 2010. The application
of multiple week for Subenifits from Sub-2
thats highlighted is blank, due to I
do not have that information. I Sharyl

October 22, 2010

2 of 2

2f. Carter contacted my Union Rep. Leslie Cash for this information, I was unable to get this information until I got the letter from Unemployment office of disallowed benefits which I'm mailing to Leslie and to you, which is enclosed. I would like for you to try and get this information for me, as I'll wait until she give it to me, and I'll send that form to you. I hope this do not interfere with my Sub pay.
Thank You.

Sincerely
Sharyl J. Carter

October XX, 2010

Leslie Cash
IUE-CWA Local 755
1675 Woodman Deive
Dayton Ohio 45432

1 of 2

I Sharyl J. Carter at 1541 LaSalle
Ave #1, Niagara Falls, New York 14301. My
Number is (716) 282-8624
Enclosed is a copy the letter that
stated I was Disallowed Service-Benefits
from Ohio Department of Job & Family
Services Office of Unemployment com
pensation Determination dated Oct 6, 2010.
and a copy of application form of Multiple
Week for Subcrirpts from Sub-2. I
would like this form to be filed out
and return to me. Sharyl J. Carter

Sharyl J. Carter.

October 22, 2010

Rob 2

and to Delphi Sub Administration Center
P.O. Box 5827, Troy Michigan 48098
I hope this do not delay the processing
for a long period of time.

I was required by Unemployment
Department not to give my pin number
out as you request to check on the
status of my claim, which again a copy
is enclosed, if you need or have to have
my pin number, I would like a written
letter from you or your supervisor signed
and requesting my pin number.

Thank you.

Sincerely
Sharyl J. Carter

4.10BW14569E2          ENVR110285276**001000073**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGARA FALLS, NY 14301

**Dear SHARYL Y CARTER:**

**Enclosed is important plan information.**

# DELPHI

October 29, 2010

Reference:   Changes to the Delphi Corporation Personal Savings Plan and the
                 Delphi Salaried Retirement Savings Program

Dear Plan Participant:

As a result of a change in the company contracted to manage the investment of assets held
in the Delphi Corporation Personal Savings Plan and the Delphi Salaried Retirement Savings
Program (the "Plans"), changes to the share class of five investment options within the
Plans are necessary. These share class changes will result in slightly revised expense levels
for four of these five investment options, while one option's expense level remains
unchanged. These changes represent the first step in a series of changes planned by Delphi
which will take place over the next several months and will culminate in overall
enhancements to the Plans.

*Please read carefully.* It is important for you to determine what action, if any, you would like
to make for the benefit of achieving your financial goals and investment objectives. There
are resources available to help you online at **yourdelphibenefits.com** and by phone at the
Fidelity Benefit Center **1-877-389-2DPH (374)**.

## Share Class Changes

Effective as of the market close (generally 4 p.m. Eastern time) **on November 29, 2010,**
the share class of five investment options offered through the Plans will change. As a result
of this change, the fund codes, ticker symbols, and expense ratios will change. The new
share class will offer you the same investment strategy and risk but the overall expenses
will change. See chart below for details. The transfer of balances will appear as an exchange
on your account history and quarterly statement.

| Old Investment Options | | New Investment Options |
|---|---|---|
| SSgA Large Cap Index<br>Expense Information*: .00% | ⇨ | SSgA S&P 500 Index Non-Lending Series Fund – Class C<br>Expense Information*: .06% |
| Mid/Small Cap Index Fund<br>Expense Information*: .04% | ⇨ | SSgA Russell Small/Mid Cap Index Non-Lending Series Fund – Class C<br>Expense Information*: .06% |
| International Index Fund<br>Expense Information*: .09% | ⇨ | SSgA International Index Non-Lending Series Fund – Class C<br>Expense Information*: .09% |
| Emerging Markets Index Fund<br>Expense Information*: .28% | ⇨ | SSgA Emerging Market Index Non-Lending Series Fund - Class C<br>Expense Information*: .20% |
| REIT Index Fund<br>Expense Information*: .14% | ⇨ | SSgA REIT Index Non-Lending Series Fund – Class C<br>Expense Information*: .10% |

As of date: September 23, 2010

The reallocation of assets depends on the timely liquidation of those assets. A delay in liquidation may result in a change to the
above-noted dates.

## Action to Consider

If you do not want your existing balances and future contributions to transfer to the
investment options as shown in the table above, you must contact Fidelity Investments
before 4 p.m. Eastern time on November 29, 2010, and request an exchange. You can do so
by logging on to **yourdelphibenefits.com** and accessing your account, or by calling
Fidelity at **1-877-389-2DPH (374)** and speaking with a Customer Service Associate,
between 8:30 a.m. and midnight Eastern Time, on any business day.

1 of 4

The S&P 500® Index is a registered service mark of The McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is an unmanaged index of the common stock prices of 500 widely held U.S. stocks that includes the reinvestment of dividends.

## SSgA International Index Non-Lending Series Fund – Class C
FPRS Code: OOSN
What it is: An international/global investment option (not a mutual fund).
Goal: The SSgA International Index Fund (the "Fund") seeks an investment return that approximates as closely as practicable, before expenses, the performance of the MSCI EAFE® Index (the "Index") over the long term.
What it invests in: The Fund is managed using a "passive" or "indexing" investment approach, by which SSgA attempts to match, before expenses, the performance of the Index. SSgA will typically attempt to invest in the securities comprising the Index in the same proportions as they are represented in the Index. In some cases, it may not be possible or practicable to purchase all of the securities comprising the Index, or to hold them in the same weightings as they represent in the Index. In those circumstances, SSgA may employ a sampling or optimization technique to construct the portfolio in question. The Fund's returns may vary from the returns of the Index.
Who may want to invest:
- Someone who wants to complement the performance of domestic investments with overseas investments, which can behave differently
- Someone who is willing to accept the higher degree of risk associated with investing overseas in exchange for potentially higher returns

Managed by State Street Global Advisors, which provided the description for this portfolio.

The Morgan Stanley Capital International Europe, Australasia and Far East Index (MSCI EAFE) is an unmanaged market capitalization-weighted index designed to represent the performance of developed stock markets outside the United States and Canada.

## SSgA Emerging Market Index Non-Lending Series Fund - Class C
FPRS Code: OOSP
What it is: An emerging markets investment option (not a mutual fund).
Goal: Seeks an investment return that approximates as closely as practicable, before expenses, the performance of the MSCI Emerging Markets Index over the long term.
What it invests in: The investment adviser will typically attempt to invest in the securities comprising the MSCI Emerging Markets Index in the same proportions as they are represented in that index. In some cases, it may not be possible or practicable to purchase all of the securities in the index, or to hold them in the same weightings as they represent in the index. In those circumstances, the adviser may employ a sampling or optimization technique to construct the portfolio in question. The portfolio's returns may vary from the returns of the index. Foreign securities are subject to interest-rate, currency-exchange-rate, economic, and political risks, all of which are magnified in emerging markets. Unit price and return will vary.
Who may want to invest:
- Someone who is willing to accept the higher degree of risk associated with investing in emerging markets in exchange for potentially higher returns
- Someone who wants to complement the performance of domestic investments with overseas investments, which can behave differently

Managed by State Street Global Advisors (SSgA), which provided the description for this portfolio.

The Morgan Stanley Capital International (MSCI) Emerging Markets Index is an unmanaged market capitalization weighted index of equity securities of companies in various countries.

December 2010

To:     Participants in the Delphi Personal Savings Plan for Hourly Rate Employees and
        Participants in the Delphi Savings-Stock Purchase Program for Salaried Employees (the
        "Plans") Between March 7, 2000 and March 3, 2005

Re:     Distribution to the Plans of Proceeds from Settlements Achieved in a Securities Class
        Action

This is to advise you that the Plans filed a claim to participate in the distribution of the proceeds
of settlements achieved by plaintiffs in a securities class action - - In re Delphi Corp. Sec. Litig.
Case Nos. 06-10025, 06-10026, 06-10027, 06-10028, 06-10029, 06-10030, and 06-10032.  The
Plans have received a distribution from the settlements, and the Plans' actuary has determined
each participant's proportionate share of that distribution.

As a Terminated Vested participant, the proceeds allocated to you by the Plans were invested
according to your most recent investment elections on file at Fidelity. If you did not have
investment elections on file at Fidelity on the allocation date, your proceeds were invested in the
Promark Income Fund. The proceeds appear in your account as a new source called "Litigation
Proceeds" and are 100% vested.

You can view the amount you received by logging onto www.netbenefits.com. After logging in,
click on the Plan link from the Home page and then click on Transaction History to view the
"Litigation Proceeds" contribution amount.

To see more information about the underlying litigation, you can view the notice describing the
action by visiting www.delphiclasssettlement.com.

If you are eligible to take this money as a distribution please view the 402(f) tax notice on
Fidelity NetBenefits before calling to request the distribution. To view the notice click on:
- The Plan link from the Home page
- Loans or withdrawals
- Withdrawals
- View the participant distribution and tax notices.

If you have any questions regarding this communication or your Plan account, please call the
Fidelity Benefit Center at 1-877-389-2374 to speak with a Delphi Savings Plans Customer
Service Associate. Customer Service Associates are available business days from 8:30 a.m. to
midnight Eastern Time.

**DPH Holdings Corp.**     World Headquarters 5725 Delphi Drive, Troy, MI 48096 USA

3.DELPHI-INACT.100

## U.S. Postal Service

### CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7008 3230 0000 5111 1046
7008 3230 0000 5111 1046

Sent To Honorable Robert G. Gerber
Street, Apt. No.; United States Bankruptcy Ct Southern District NY
or PO Box No. NK Bowling Green Room 621
City, State, ZIP+4 New York, New York 10004

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Robert G. Gerber
United States Bankruptcy Ct Southern District of New York
One Bowling Green Room 621
New York, New York 10004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To *Motors Liquidation Company*
Street, Apt. No.; *ATTN: Claims Team*
or PO Box No. *2101 Cedar Springs Rd, Suite 1100*
City, State, ZIP+4 *Dallas, Texas 75201*

PS Form 3800, August 2006          See Reverse for Instructions

7008 1077 5111 0000 3230 7008

7008 1077 5111 0000 3230 7008

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Motors Liquidation Company*
*ATTN: Claims Team*
*2101 Cedar Springs Rd, Suite 1100*
*Dallas, Texas 75201*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

June 11, 2010

Re: In Re Motors Liquidation Company, et al.
f/k/a General Motors Corporation, et al
Case No. 09-50026 (REG)

I Sheryl Y. Carter reside at 1541 Lasalle
Ave# Niagra Falls, New York 14301. My numbers are
(716) 282-3621 and (934) 302-8072.

Enclosed is copies of the documents that was
mailed to me, requesting me to fill out an amount
on claims numbers 14901, 7020 and 9072. I
Sheryl Y. Carter filled out the documents, and
place an amount of ($5 million) $5,000,000.00 on
each claims.

I Sheryl Y. Carter have several claims against
Motors Liquidation Company and their affiliated Debtors
in the courts system.

If you have any questions contact me at the
above numbers.

Sincerely,
Sheryl Y. Carter

04c 52046941

$00.880

05.25/2010

Mailed From 75201

US POSTAGE

neopost™



Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, Texas 75201

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

**VIA FIRST CLASS MAIL**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

> **Re:** **In re Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.) Case No.: 09-50026 (REG)**

Dear Claimant,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively, "MLC") are in receipt of the following proof(s) of claim that you filed against MLC in an unspecified and unsecured amount:

Creditor Name

SHARYL Y CARTER

Claim Number(s):

9072

The purpose of this letter is to request that you provide MLC with a liquidated amount for your proof(s) of claim against MLC. If you do not provide us with a liquidated amount for your proof(s) of claim, MLC may be compelled to pursue liquidation of your proof(s) of claim in the Bankruptcy Court through an objection or other available procedures. If you wish to provide MLC with a liquidated amount for your proof(s) of claim, please fill out the enclosed Claim Liquidation Letter and return it to MLC at the address indicated in the top left hand corner of the letter no later than June 18, 2010. Please attach any relevant documentation to your Claim Liquidation Letter.

Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official claims register with the liquidated amount for the above-listed proof(s) of claim provided in the Claim Liquidation Letter. Please be informed that submission of a Claim Liquidation Letter will not result in allowance of your proof(s) of claim. MLC reserves all rights with regard to the above-listed proof(s) of claim, including the right to object to the liquidated amount included in the Claim Liquidation Letter.

Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.

Sincerely,
Motors Liquidation Company

Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

      **Re:**    **In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –
Claim Liquidation Letter**

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

      **Proof(s) of Claim Number**          **Liquidated Amount (Unsecured)**
          9072              $ 5,000,000.00 ($5 million)

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims. I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

X _____

Print Name
Address
City and State

Motors Liquidation Company
2101 Cedar Springs Road, Suite 1100
Dallas, Texas 75201

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301


neopost

$00.880
05/25/2010
Mailed From 75201
US POSTAGE

**VIA FIRST CLASS MAIL**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGRA FALLS, NY 14301

> **Re:   In re Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.) Case No.: 09-50026 (REG)**

Dear Claimant,

Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors (collectively, "MLC") are in receipt of the following proof(s) of claim that you filed against MLC in an unspecified and unsecured amount:

Creditor Name

SHARYL Y CARTER

Claim Number(s):

7020

The purpose of this letter is to request that you provide MLC with a liquidated amount for your proof(s) of claim against MLC. If you do not provide us with a liquidated amount for your proof(s) of claim, MLC may be compelled to pursue liquidation of your proof(s) of claim in the Bankruptcy Court through an objection or other available procedures. If you wish to provide MLC with a liquidated amount for your proof(s) of claim, please fill out the enclosed Claim Liquidation Letter and return it to MLC at the address indicated in the top left hand corner of the letter no later than June 18, 2010. Please attach any relevant documentation to your Claim Liquidation Letter.

Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official claims register with the liquidated amount for the above-listed proof(s) of claim provided in the Claim Liquidation Letter. Please be informed that submission of a Claim Liquidation Letter will not result in allowance of your proof(s) of claim. MLC reserves all rights with regard to the above-listed proof(s) of claim, including the right to object to the liquidated amount included in the Claim Liquidation Letter.

Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-mail at claims@motorsliquidation.com.

Sincerely,
Motors Liquidation Company

Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

> **Re:** **In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –**
> **Claim Liquidation Letter**

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

| **Proof(s) of Claim Number** | **Liquidated Amount (Unsecured)** |
|---|---|
| 7020 | $5,000,000.00 ($5million) |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims. I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

x _____

Print Name _____

Address _____

City and State _____



0-... 2204-04-1
$00.880
06 25 2010
Mailed From 75201
US POSTAGE

neopost™

5/28/10

**Motors Liquidation Company**
**2101 Cedar Springs Road, Suite 1100**
**Dallas, Texas 75201**

**SHARYL Y CARTER**
**1541 LASALLE AVE #1**
**NIAGARA FALLS, NY 14301**

**VIA FIRST CLASS MAIL**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGARA FALLS, NY 14301

   Re:   **In re Motors Liquidation Company, et al. (f/k/a/ General Motors Corporation, et al.) Case
         No.: 09-50026 (REG)**

Dear Claimant,

   Motors Liquidation Company (f/k/a General Motors Corporation) and its affiliated debtors
(collectively, "MLC") are in receipt of the following proof(s) of claim that you filed against MLC in an
unspecified and unsecured amount:

Creditor Name

SHARYL Y CARTER

Claim Number(s):

14901

   The purpose of this letter is to request that you provide MLC with a liquidated amount for your
proof(s) of claim against MLC. If you do not provide us with a liquidated amount for your proof(s) of claim,
MLC may be compelled to pursue liquidation of your proof(s) of claim in the Bankruptcy Court through an
objection or other available procedures. If you wish to provide MLC with a liquidated amount for your
proof(s) of claim, please fill out the enclosed Claim Liquidation Letter and return it to MLC at the address
indicated in the top left hand corner of the letter no later than June 18, 2010. Please attach any relevant
documentation to your Claim Liquidation Letter.

   Upon receipt of your Claim Liquidation Letter, MLC will direct its claims agent to update the official
claims register with the liquidated amount for the above-listed proof(s) of claim provided in the Claim
Liquidation Letter. Please be informed that submission of a Claim Liquidation Letter will not result in
allowance of your proof(s) of claim. MLC reserves all rights with regard to the above-listed proof(s) of
claim, including the right to object to the liquidated amount included in the Claim Liquidation Letter.

   Should you have any questions about this matter, please contact MLC at 1-800-414-9607 or by e-
mail at claims@motorsliquidation.com.

Sincerely,
Motors Liquidation Company

Enclosure

**VIA EMAIL AND FIRST CLASS MAIL**

Motors Liquidation Company
Attn: Claims Team
2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201
claims@motorsliquidation.com

> **Re:** **In re Motors Liquidation Company, et al. ("Debtors"), Case No. 09-50026 (REG) –**
> **Claim Liquidation Letter**

Dear Motors Liquidation Company,

By this letter, I hereby submit a liquidated amount for the following proof(s) of claim:

| **Proof(s) of Claim Number** | **Liquidated Amount (Unsecured)** |
|---|---|
| 14901 | $5,000,000.00 *5 million* |

I understand and acknowledge that submission of this letter does not constitute allowance of the above-described proof(s) of claim, and that the Debtors reserve all rights with respect to these claims. I further acknowledge that upon receipt of this letter, the Debtors will direct their claims agent to update the official claims register with the liquidated amount provided in this letter for the corresponding proof(s) of claim listed above.

Very truly yours,

Print Name     _Sharyl 2 Carter_
Address        _1571 La Salle Ave #1_
City and State _Niagara Falls, New York 14301_

United States Bankruptcy Court
Southern District of New York

In Re

Chapter 11 Case N
09-50026/REG

Motors Liquidation Company, et al,
f/k/a General Motors Corp, et al,    Jointly Administe

Debtors.

I Sheryl 2f Carter at 1541 LaSalle Ave #1
Niagara Falls, New York 14301. My numbers Are
(716) 282-3624.

I am requesting, and would like to know
the status of my claims or claim against
the Debtors and its affiliated Debtors
and copies of the Plan, and Dis-
Closure Statement.
    Thank You.

Sincerely
Sheryl 2f Carter

February 3, 2011

1 of 6

United States Bankruptcy Court
Southern District of New York

In re

Motors Liquidation Company, et al
f/k/a General Motors Corp., et al
Debtors

Chapter 11 Case No.
09-50026 (Reg)
(Jointly Administered)

I Sharyl Y. Carter at 1541 LaSalle Ave #1
Niagara Falls, New York 14301. My numbers
are (716) 282-1639 and (716) 930-4195.
Also I request that the Debtors and
their affiliated Debtors. mail me all copies
documents concerning all my claims, and also
to all Plans in all these Bankruptcy.
Courts, Hearing, cases, plans, everything, at
the same time that I am mailed for

"Replys, Responses, and deadlines, that is
require by me the Claimant Sheryl J. Carter
Not after the fact se pass deadline date.
I Reject, object to all of the Debtors
and their affiliated Debtors Plans. The
Bankruptcy Courts has not passed on the
merits of the Plan, and I reject that
as well as all the Debtors and their
affiliated Debtors Plans.
    As far as Gm Debtors and it's
affiliated Debtors Health Care and Life
Insurance, I Reject and object, due to
the Debtors caniccal my Insurance before
the date stated to me which was December
31, 2009. The Debtors caniccal my Health
and Life Insurance November 2009,
which stopped all treatments, medications
that I Sheryl J. Carter needed for
my Health problems that I continued

Sharyl J. Carter
09-50026    3 # 6

to have and continue to bring up more
problems thats continue to occure, which
started from working for the Debtors and
affiliated Debtors. I believe all these
tactics I continue to go through continues
harassment, discrimination, Retaliation due
to me Sharyl J. Carter filing Claims
against the Debters and affiliated
Debters. This is very stressful, and
affects my health and family. Also
my funds, settlement money is being
with held within the Debtors and
affiliated Debtors Company, and stocks.
I thought that the purpose of these
Claims that I have against the
Debters and affiliated Debters was
to avoid and stop all treatments
tactics toward basic towards me

to stop. I respectfully ask the
Judge/courts to allow my Rejection
objections to all the Debtors and
their affiliated Debtors Plans, and
allow all my claims, settlements
to be paid to me Sharyl Y. Carter
Cash ONLY, Not Stocks within the
Debtors Company's.
   As GM-Debtors and affiliated Debtors
Stated that moreover, a viable Company
would help preserve and supports
Jobs and benefits, Not only for GM's
employees, but also for the employees
of GM Suppliers and dealers. So
why I continue to be mistreated,
misguided all tactics abuse from
the Debtors GM and affiliated Debtor?

COR 20 Sharyl Y Carter
09-050026 5 ∉ ∅

Again J Sharyl Y, Carter Reject object
to the Debtors and affiliated Debtors Plans
Disclosure Statement, Hearing Confirmation
of the Plan and Procedures and
objecting, Rejecting to confirmation of
the Plan, voting on the Plan.
Rule 3018 (a) motion of federal Rules
of Bankruptcy Procedure allowing my
Claim, or Claims in a different amount
that the Debtors and affiliated
Debtors Requesting in the voting Plan.
Enclosed are copies of claims that J
Requested $5 million each claim, any
other claims this amount should also
apply for those claims J have file
Against the Debtors and affiliated
Debtors, as stated by the Debtors it

is the opinion of the Debtors that
Confirmation and implementation
of the Plan is in the best interest
of the Debtors estates and creditors.
What about the best interest of the
Claimants. I Sharyl Y Carter, as I
reject, object with all the Plans by
the Debtors and their affiliated Debtors.
That I feel is in the best interest
of me, claimant.
     Thank You.

                    Sincerely
                    Sharyl Y Carter