**Hearing Date:  March 17, 2011**
                                **Hearing Time:  10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                         :    Chapter 11
                               :
DPH HOLDINGS CORP., et al.,    :    Case No. 05-44481 (RDD)
                               :
                               :    (Jointly Administered)
         Reorganized Debtors.     :
                               :
------------------------------ x

REORGANIZED DEBTORS' SUPPLEMENTAL REPLY WITH RESPECT TO
PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 19068
(INTERNATIONAL RECTIFIER CORPORATION)

("SUPPLEMENTAL REPLY – INTERNATIONAL RECTIFIER CORPORATION")

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), hereby submit this Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 19068 (the "Supplemental Reply") filed by International Rectifier Corporation (the "Claimant") and respectfully represent as follows:

1. On January 19, 2011 the Reorganized Debtors filed the Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19068 (International Rectifier Corporation) (Docket No. 21080) (the "Statement of Disputed Issues").

2. Because the Claimant has not filed a supplemental response, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon the Statement of Disputed Issues.

3. In the event that the Claimant files a supplemental response or otherwise raises additional issues contesting the assertions in the Statement of Disputed Issues, the Reorganized Debtors reserve all of the their rights to (a) supplement this Supplemental Reply and (b) assert that the Claimant has not followed the claims objection procedures approved by this Court.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) disallowing and expunging proof of administrative expense claim number 19068 in its entirety and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:    New York, New York
          February 16, 2011

          SKADDEN, ARPS, SLATE, MEAGHER
           & FLOM LLP

By:   /s/ John Wm. Butler, Jr.
     John Wm. Butler, Jr.
     John K. Lyons
     Ron E. Meisler
155 North Wacker Drive
Chicago, Illinois 60606

- and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors