Bendinelli Law Office, P.C.
9035 Wadsworth Parkway, Suite 4000
Westminster, CO 80050
Phone: (303) 940-9900
Fax: (303) 940-9933
Bobby Gerald Sumner, Esq. - 29688



**COUNSEL TO JOSE C. ALFARO AND MARTHA ALFARO**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter: 11 |

### ELECTRONIC FILER REQUEST TO TERMINATE
### COURT E-MAIL NOTIFICATION

PLEASE TAKE NOTICE that the undersigned attorney/electronic filer ("E-Filer") hereby requests termination of electronic notification of actions and events docketed in the above matter. The undersigned understands that registration as an electronic filer serves as consent to receive notice electronically from the court pursuant to Amended General Procedure Order No. 2001-8. The undersigned also understands that upon processing of this request by the clerk, service of orders and notices from the court via E-mail notification will cease, and because the undersigned's general status as a registered E-filer with the court remains in effect, the undersigned will not receive service of orders and notices by conventional mailing from the court.

PLEASE TAKE FURTHER NOTICE that in the event the undersigned E-filer has previously filed a Waiver of Conventional Notice and Consent to Notice by Electronic Transmission pursuant to Amended General Procedure Order No. 2001-8, undersigned understands said waiver is withdrawn by the filing of this Request.

DATED: February 3, 2011        By: _____
                                   Bobby Gerald Sumner
                                   Bendinelli Law Office, P.C.
                                   9035 Wadsworth Parkway, Ste 4000
                                   Denver, CO 802347
                                   Phone: (303) 940-9900
                                   Fax: (303) 940-9933

E-Mail Addresses:
JS@COLAWFIRM.COM
Michelle@COLAWFIRM.COM