**Hearing Date: February 18, 2011**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
  In re                                     :   Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :   Case No. 05-44481 (RDD)
                                            :
            Reorganized Debtors.            :   (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FORTY-FIRST CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Forty-First Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.    Contested Matters (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **"Claims Objection Hearing Regarding Claims Of Ohio Bureau Of Workers' Compensation"** - Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation as Objected to on the Debtors' Thirty-Fourth Omnibus Objection Pursuant to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

        *Responses filed:*    *Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346)*

        *Response Of The Ohio Bureau Of Workers' Compensation To Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21003)*

        *Replies filed:*    *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit*

|  |  |
|---|---|
|  | *Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation ("Supplemental Reply Regarding Claim Filed By Ohio Bureau Of Workers Compensation") (Docket No. 20977)* |
|  | *Reorganized Debtors' Second Supplemental Reply To Supplemental Response Of Claimant To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation ("Second Supplemental Reply Regarding Claim Filed By Ohio Bureau Of Workers Compensation") (Docket No. 21008)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20509)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20549)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20693)* |

        *(I) Notice Of Adjournment Of Evidentiary Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation And (II) Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20803)*

        *Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation ("Claim Objection Order Regarding Ohio Bureau Of Workers' Compensation ") (Docket No. 21027)*

        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21117)*

        *Proofs Of Claim Nos. 1294 And 1301*

*Status:*    *The hearing with respect to proof of claim number 1301 has been adjourned to the April 21, 2011 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21117). Proof of Claim Number 1294 has been resolved pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21027).*

2. **"Claims Objection Hearing Regarding Claims Of Navistar, Inc."** - Claims Objection Hearing Regarding Proofs of Administrative Expense Claim Numbers 19147 and 19921 of Navistar, Inc. f/k/a International Truck and Engine Corporation as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant to 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (II) Transferred Workers' Compensation Claims, (III) Modify and Allow Certain Administrative Expense Severance Claims, and (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19356).

   *Responses filed:*   *Response Of Navistar Inc. To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19466)*

| | |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 19147 And 19921 (Navistar, Inc. f/k/a International Truck And Engine Corporation) (Docket No. 21004)* |
| | *Statement Of Disputed Issues With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 19147 And 19921 (Navistar, Inc. f/k/a International Truck And Engine Corporation) (Docket No. 21032)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 19147 And 19921 Filed By Navistar, Inc. (Docket No. 21115)* |
| | *Proofs Of Administrative Expense Claim Nos. 19147 And 19921* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the April 21, 2011 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 19147 And 19921 Filed By Navistar, Inc. (Docket No. 21115).* |

C.  **Uncontested, Agreed, Or Settled Matters**

3.  **"Claims Objection Hearing Regarding Claim Of Texas Foundries, Ltd."** - Claims Objection Hearing Regarding Proof of Claim Number 1773 of Texas Foundries, Ltd. as Objected to on the Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently

5

Documented Claims, And (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation. (Docket No. 9535)

| | |
|---|---|
| *Responses filed:* | *Citation Foundry Corp., Castwell Products, Inc., And Texas Foundries, Ltd.'s Response To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation (Docket No. 10610)* |
| | *Citation Foundry Corp., Castwell Products, Inc., And Texas Foundries, Ltd.'s Supplemental Response To Debtors' Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification And Modified Claims Asserting Reclamation, And To The Debtor's Statement Of Disputed Issues (Docket No. 11627)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Twenty-First Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Duplicate Or Amended Claims, (B) Untimely Equity Claim, (C) Insufficiently Documented Claims, (D) Claims Not Reflected On Debtors' Books And Records, (E) Untimely Claims, And (F) Claims Subject To Modification, Tax Claim Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 10713)* |
| *Related filings:* | *Notice of Claims Objection Hearing with Respect to Reorganized Debtors' Objection to Proof of Claim No. 1773 (Docket No. 20999)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 1773 (Texas Foundries, Ltd./JPMorgan Chase Bank, N.A. As Assignee) (Docket No. 21036)* |

|  |  |
|---|---|
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors, Texas Foundries Ltd., And JPMorgan Chase Bank, N.A. Compromising And Allowing Proof Of Claim Number 1773 (Docket No. 21050)* |
|  | *Proof Of Claim No. 1773* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, Texas Foundries Ltd., And JPMorgan Chase Bank, N.A. Compromising And Allowing Proof Of Claim Number 1773 (Docket No. 21050).* |

4.  **"Claims Objection Hearing Regarding Claim Of Lockheed Martin Corporation"** - Claims Objection Hearing Regarding Proof of Claim Number 15606 of Lockheed Martin Corporation as Objected to on the Reorganized Debtors' Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Certain Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 18983)

|  |  |
|---|---|
| *Responses filed:* | *Response Of Lockheed Martin Corporation To Thirty-Sixth Omnibus Claims Objection (Claim No. 15606) (Docket No. 19079)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow Claim And (II) Expunge Certain (A) Duplicate SERP Claims, (B) Books And Records Claims, (C) Untimely Claims, And (D) Pension, Benefit, And OPEB Claims (Docket No. 19099)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim No. 15606 (Docket No. 20998)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 15606 (Lockheed Martin Corporation) (Docket No. 21034)* |
|  | *Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 15606 (Docket No. 21062)* |
|  | *Proof Of Claim No. 15606* |

7

|   |   |
|---|---|
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Disallowing And Expunging Proof Of Claim Number 15606 (Docket No. 21062).* |

5. **"Claims Objection Hearing Regarding Claim Of Kautex, Inc."** - Claims Objection Hearing Regarding Proof of Claim Number 12140 of Kautex, Inc. as Objected to on the Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19044)

|   |   |
|---|---|
| *Responses filed:* | *Kautex Inc.'s Response To The Reorganized Debtors' Thirty-Eighth Omnibus Claims Objection (Docket No. 19139)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19167)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim No. 12140 (Docket No. 20997)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Claim Number 12140 (Kautex Inc.) (Docket No. 21033)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Kautex Inc. Compromising And Allowing Proof Of Claim No. 12140 (Docket No. 21072)* |
|  | *Proof Of Claim No. 12140* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Kautex Inc. Compromising And Allowing Proof Of Claim No. 12140 (Docket No. 21072).* |

6. **"Claims Objection Hearing Regarding Claim Of Durham Staffing, Inc."** - Claims Objection Hearing Regarding Proof of Administrative Expense Claim Number 18393 of Durham Staffing, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant to 11.U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books and Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E)

8

Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, and OPEB Claims, (H) Workers' Compensation Claims, and (II) Transferred Workers' Compensation Claims, (III) Modify and Allow Certain Administrative Expense Severance Claims, and (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Response Of Durham Staffing Inc. To The Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. §503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19406)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18393 (Durham Staffing, Inc.) (Docket No. 21005)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 18393 (Durham Staffing, Inc.) ("Statement Of Disputed Issues – Durham Staffing, Inc.") (Docket No. 21038)* |
| | *Proof Of Administrative Expense Claim No. 18393* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Durham Staffing, Inc. Withdrawing Proof Of* |

*Administrative Expense Claim Number 18393 (Docket No. 21081)*

**D.     Contested Matters**

*None.*

Dated:  New York, New York
        February 17, 2011

                SKADDEN, ARPS, SLATE, MEAGHER
                  & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors