SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


    - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                          :

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS AND ORACLE AMERICA, INC., SUCCESSOR IN INTEREST
TO SUN MICROSYSTEMS, INC. WITHDRAWING PROOF OF
ADMINISTRATIVE EXPENSE CLAIM NUMBER 16597

(ORACLE AMERICA, INC., SUCCESSOR IN INTEREST
TO SUN MICROSYSTEMS, INC.)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Oracle America, Inc., successor in interest to Sun Microsystems, Inc. (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Oracle America, Inc., Successor In Interest To Sun Microsystems, Inc. Withdrawing Proof Of Administrative Expense Claim Number 16597 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on April 18, 2007, the Claimant filed proof of administrative expense claim number 16597 (the "Claim") against Delphi asserting an administrative expense priority claim in the amount of $114,168.03 arising from certain support agreements between the Debtors and the Claimant.

WHEREAS, on May 22, 2007, the Reorganized Debtors objected to the Claim pursuant to the Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation (Docket No. 7999) (the "Fifteenth Omnibus Claims Objection").

WHEREAS, on June 19, 2007, the Claimant filed Sun Microsystems, Inc.'s Response to Debtors' Fifteenth Omnibus Claims Objection (Docket No. 8304) (the "Response").

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi emerged from chapter 11 as DPH Holdings Corp.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, Oracle America, Inc. (a) is the legal successor to Sun Microsystems, Inc. and (b) has assumed any and all rights and responsibilities with respect to the Claim.

WHEREAS, the obligations asserted in the Claim have been satisfied in full and no further amounts are owed to the Claimant on account of the Claim.

WHEREAS, to resolve the Forty-Third Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant agreed that the Claim has been satisfied in full and should be withdrawn in its entirety.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

1.    The Claim has been satisfied in full and is hereby withdrawn in its entirety.

2.    The Response is hereby deemed withdrawn with prejudice.

3

3.       This Court shall retain original and exclusive jurisdiction to adjudicate any

disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 22nd day of February, 2011

/s/Robert D. Drain

UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Shawn M. Christianson |
| John Wm. Butler, Jr. | Shawn M. Christianson |
| John K. Lyons | BUCHALTER NEMER PC |
| Ron E. Meisler | 333 Market Street |
| SKADDEN, ARPS, SLATE, MEAGHER | 25th Floor |
|   & FLOM LLP | San Francisco, California  94105 |
| 155 North Wacker Drive | |
| Chicago, Illinois  60606 | Counsel for Oracle America, Inc., successor in |
| | interest to Sun Microsystems, Inc. |

- and -

Four Times Square
New York, New York  10036

Attorneys for DPH Holdings Corp., et al.
   Reorganized Debtors

4