February 3, 2011

1 of 4

United States Bankruptcy Court
Southern District of New York.

In re
Motors Liquidation Company, et al,
f/k/a General Motors Corp, et al,

Debtors.

Delphi Corporation - 05-44481 (RDD)

Chapter 11 Case No
09-50026 (RCB)
(Jointly Administered)

Dear Judges/Courts:

I Sharyl J. Carter at 1541 LaSalle Ave #1, Niagara Falls, New York 14301 my numbers are (716) 282-1639 and (716) 930-4495.

Enclosed are copies of documents from Delphi Sub Administration Center and Ohio Department of Job and Family Services

Office of Unemployment Compensation Determination of Unemployment Compensation Benefits, and Delphi Corporation Personal Savings Plan and the Delphi Salaried Retirement Saving Program.

I Sheryl J. Carter contacted Delphi Sub Administration Center several times and I continue to get the run around delay tactics about my funds that are rightfully owe to me, Delphi and their affiliated Debtors, agency continue to place stress upon me, and my family, harassment, retaliation tactic continue to go on. I also continue to hear from Delphi and affiliated Debtors and company that they do not have

Unemployments Benefits, which there was delay cut off in between months at a time, and I Sheryl Y. Carter had to go through the same delay, stressful tactic as I continue to go through now, present and future.

I ask respectfully of you the Judges and Court to have this stop and allow all my claims that is allowed to be given to me <u>cash only</u>. <u>Please</u> this tactics that is place upon me is, and continue to cause stress painful pressure against me and my family. Thank you.

Sincerely
Sheryl Y. Carter

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Delphi Sub Admin Center
Street, Apt. No.; or PO Box No.: ATTN: Appeal Dept, P.O. Box 5027
City, State, ZIP+4: Troy, Michigan 48098

Article Number: 7008 3230 0000 5106 4687

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Delphi Sub Admin. Center
   Attn: Appeal Dept
   P.O. Box 5027
   Troy, Michigan 48098

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CO.   FILE           DEPT.     CLOCK NUMBER
86A   012423         000002    0094709783   056   1

DPH-SAS LLC
5725 DELPHI DRIVE
TROY, MI 48096

*[signature] 11/11/2010*

143301 $1227 C063

SHARYL CARTER
1541 LASALLE AVE #1
NIAGARA FALLS NY 14301

02 1M
0004230059
MAILED FROM ZIPCODE 48083
$00.44⁰
NOV 10 2010
PITNEY BOWES

---

CO.   FILE           DEPT.     CLOCK NUMBER
86A   012423         000002    0094709784   056   2

DPH-SAS LLC
5725 DELPHI DRIVE
TROY, MI 48096

*[signature] 11/11/2010*

143301 $1227 C063

SHARYL CARTER
1541 LASALLE AVE #1
NIAGARA FALLS NY 14301

02 1M
0004230059
MAILED FROM ZIPCODE 48083
$00.44⁰
NOV 10 2010
PITNEY BOWES

| CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|---|---|---|---|---|---|
| 86A | 012423 | 000002 | | 0094709784 | 2 |

# Earnings Statement

**ADP**

**DPH-SAS LLC**
**5725 DELPHI DRIVE**
**TROY, MI 48096**

Period Beginning:  10/31/2010
Period Ending:     11/06/2010
Pay Date:          11/12/2010

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  0
   OH:       0

SHARYL CARTER
1541 LASALLE AVE #1
NIAGARA FALLS NY 14301

Social Security Number: XXX-XX-9353

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sub No Fica | | | 495.46 | 990.92 |
| **Gross Pay** | | | **$495.46** | 990.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -52.66 | 105.32 |
| | OH State Income Tax | -11.60 | 23.20 |
| | Moraine Income Tax | -9.91 | 19.82 |
| **Net Pay** | | | **$421.29** |

Your federal taxable wages this period are $495.46

| CO. | FILE | DEPT. | CLOCK | NUMBER | 056 |
|---|---|---|---|---|---|
| 86A | 012423 | 000002 | | 0094709783 | 1 |

# Earnings Statement



**DPH-SAS LLC**
**5725 DELPHI DRIVE**
**TROY, MI 48096**

Period Beginning:  10/31/2010
Period Ending:    11/06/2010
Pay Date:         11/12/2010

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  0
  OH:       0

SHARYL CARTER
1541 LASALLE AVE #1
NIAGARA FALLS NY 14301

Social Security Number:  XXX-XX-9353

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Sub No Fica | | | 495.46 | 495.46 |
| Gross Pay | | | $495.46 | 495.46 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -52.66 | 52.66 |
| | OH State Income Tax | -11.60 | 11.60 |
| | Moraine Income Tax | -9.91 | 9.91 |
| | **Other** | | |
| | Union Dues Iue | -28.00 | |
| | **Net Pay** | **$393.29** | |

Your federal taxable wages this period are $495.46

© 2000 ADP, Inc

4.10BW14569E2        ENVR110285276**001000073**

SHARYL Y CARTER
1541 LASALLE AVE #1
NIAGARA FALLS, NY 14301

Dear SHARYL Y CARTER:

Enclosed is important plan information.



October 29, 2010

Reference:   Changes to the Delphi Corporation Personal Savings Plan and the
             Delphi Salaried Retirement Savings Program

Dear Plan Participant:

As a result of a change in the company contracted to manage the investment of assets held in the Delphi Corporation Personal Savings Plan and the Delphi Salaried Retirement Savings Program (the "Plans"), changes to the share class of five investment options within the Plans are necessary. These share class changes will result in slightly revised expense levels for four of these five investment options, while one option's expense level remains unchanged. These changes represent the first step in a series of changes planned by Delphi which will take place over the next several months and will culminate in overall enhancements to the Plans.

*Please read carefully.* It is important for you to determine what action, if any, you would like to make for the benefit of achieving your financial goals and investment objectives. There are resources available to help you online at **yourdelphibenefits.com** and by phone at the Fidelity Benefit Center **1-877-389-2DPH (374)**.

### Share Class Changes

Effective as of the market close (generally 4 p.m. Eastern time) **on November 29, 2010,** the share class of five investment options offered through the Plans will change. As a result of this change, the fund codes, ticker symbols, and expense ratios will change. The new share class will offer you the same investment strategy and risk but the overall expenses will change. See chart below for details. The transfer of balances will appear as an exchange on your account history and quarterly statement.

| Old Investment Options | | New Investment Options |
|---|---|---|
| SSgA Large Cap Index<br>Expense Information*: .00% | ⇨ | SSgA S&P 500 Index Non-Lending Series Fund – Class C<br>Expense Information*: .06% |
| Mid/Small Cap Index Fund<br>Expense Information*: .04% | ⇨ | SSgA Russell Small/Mid Cap Index Non-Lending Series Fund – Class C<br>Expense Information*: .06% |
| International Index Fund<br>Expense Information*: .09% | ⇨ | SSgA International Index Non-Lending Series Fund – Class C<br>Expense Information*: .09% |
| Emerging Markets Index Fund<br>Expense Information*: .28% | ⇨ | SSgA Emerging Market Index Non-Lending Series Fund - Class C<br>Expense Information*: .20% |
| REIT Index Fund<br>Expense Information*: .14% | ⇨ | SSgA REIT Index Non-Lending Series Fund – Class C<br>Expense Information*: .10% |

As of date: September 23, 2010

The reallocation of assets depends on the timely liquidation of those assets. A delay in liquidation may result in a change to the above-noted dates.

### Action to Consider

If you do not want your existing balances and future contributions to transfer to the investment options as shown in the table above, you must contact Fidelity Investments before 4 p.m. Eastern time on November 29, 2010, and request an exchange. You can do so by logging on to **yourdelphibenefits.com** and accessing your account, or by calling Fidelity at **1-877-389-2DPH (374)** and speaking with a Customer Service Associate, between 8:30 a.m. and midnight Eastern Time, on any business day.

1 of 4

The S&P 500® Index is a registered service mark of The McGraw-Hill Companies, Inc., and has been licensed for use by Fidelity Distributors Corporation and its affiliates. It is an unmanaged index of the common stock prices of 500 widely held U.S. stocks that includes the reinvestment of dividends.

**SSgA International Index Non-Lending Series Fund – Class C**
FPRS Code: OOSN
What it is: An international/global investment option (not a mutual fund).
Goal: The SSgA International Index Fund (the "Fund") seeks an investment return that approximates as closely as practicable, before expenses, the performance of the MSCI EAFE® Index (the "Index") over the long term.
What it invests in: The Fund is managed using a "passive" or "indexing" investment approach, by which SSgA attempts to match, before expenses, the performance of the Index. SSgA will typically attempt to invest in the securities comprising the Index in the same proportions as they are represented in the Index. In some cases, it may not be possible or practicable to purchase all of the securities comprising the Index, or to hold them in the same weightings as they represent in the Index. In those circumstances, SSgA may employ a sampling or optimization technique to construct the portfolio in question. The Fund's returns may vary from the returns of the Index.
Who may want to invest:
- Someone who wants to complement the performance of domestic investments with overseas investments, which can behave differently
- Someone who is willing to accept the higher degree of risk associated with investing overseas in exchange for potentially higher returns

Managed by State Street Global Advisors, which provided the description for this portfolio.

The Morgan Stanley Capital International Europe, Australasia and Far East Index (MSCI EAFE) is an unmanaged market capitalization-weighted index designed to represent the performance of developed stock markets outside the United States and Canada.

**SSgA Emerging Market Index Non-Lending Series Fund - Class C**
FPRS Code: OOSP
What it is: An emerging markets investment option (not a mutual fund).
Goal: Seeks an investment return that approximates as closely as practicable, before expenses, the performance of the MSCI Emerging Markets Index over the long term.
What it invests in: The investment adviser will typically attempt to invest in the securities comprising the MSCI Emerging Markets Index in the same proportions as they are represented in that index. In some cases, it may not be possible or practicable to purchase all of the securities in the index, or to hold them in the same weightings as they represent in the index. In those circumstances, the adviser may employ a sampling or optimization technique to construct the portfolio in question. The portfolio's returns may vary from the returns of the index. Foreign securities are subject to interest-rate, currency-exchange-rate, economic, and political risks, all of which are magnified in emerging markets. Unit price and return will vary.
Who may want to invest:
- Someone who is willing to accept the higher degree of risk associated with investing in emerging markets in exchange for potentially higher returns
- Someone who wants to complement the performance of domestic investments with overseas investments, which can behave differently

Managed by State Street Global Advisors (SSgA), which provided the description for this portfolio.

The Morgan Stanley Capital International (MSCI) Emerging Markets Index is an unmanaged market capitalization weighted index of equity securities of companies in various countries.

December 2010

To:     Participants in the Delphi Personal Savings Plan for Hourly Rate Employees and Participants in the Delphi Savings-Stock Purchase Program for Salaried Employees (the "Plans") Between March 7, 2000 and March 3, 2005

Re:     Distribution to the Plans of Proceeds from Settlements Achieved in a Securities Class Action

This is to advise you that the Plans filed a claim to participate in the distribution of the proceeds of settlements achieved by plaintiffs in a securities class action - - *In re Delphi Corp. Sec. Litig.* Case Nos. 06-10025, 06-10026, 06-10027, 06-10028, 06-10029, 06-10030, and 06-10032. The Plans have received a distribution from the settlements, and the Plans' actuary has determined each participant's proportionate share of that distribution.

As a Terminated Vested participant, the proceeds allocated to you by the Plans were invested according to your most recent investment elections on file at Fidelity. If you did not have investment elections on file at Fidelity on the allocation date, your proceeds were invested in the Promark Income Fund. The proceeds appear in your account as a new source called "Litigation Proceeds" and are 100% vested.

You can view the amount you received by logging onto www.netbenefits.com. After logging in, click on the Plan link from the Home page and then click on Transaction History to view the "Litigation Proceeds" contribution amount.

To see more information about the underlying litigation, you can view the notice describing the action by visiting www.delphiclasssettlement.com.

If you are eligible to take this money as a distribution please view the 402(f) tax notice on Fidelity NetBenefits before calling to request the distribution. To view the notice click on:
- The Plan link from the Home page
- Loans or withdrawals
- Withdrawals
- View the participant distribution and tax notices.

If you have any questions regarding this communication or your Plan account, please call the Fidelity Benefit Center at 1-877-389-2374 to speak with a Delphi Savings Plans Customer Service Associate. Customer Service Associates are available business days from 8:30 a.m. to midnight Eastern Time.

**DPH Holdings Corp.**     World Headquarters 5725 Delphi Drive, Troy, MI 48098 USA

3.DELPHI-INACT.100