SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | : | |
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED DEBTORS
AND WIEGEL TOOL WORKS, INC. (A) PROVIDING WIEGEL TOOL WORKS, INC. AN
ALLOWED GENERAL UNSECURED NON-PRIORITY CLAIM PURSUANT TO
11 U.S.C. § 502(h) AND (B) WITHDRAWING MOTION FILED AT DOCKET NO. 20484

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Wiegel Tool Works, Inc. ("Defendant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Wiegel Tool Works, Inc. (A) Providing Wiegel Tool Works, Inc. An Allowed General Unsecured Non-Priority Claim Pursuant To 11 U.S.C. § 502(h) And (B) Withdrawing Motion Filed At Docket No. 20484 (the "Stipulation"), and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S. C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on or about September 26, 2007, the Debtors commenced an adversary proceeding (the "Adversary Proceeding") by filing a complaint (the "Complaint") to avoid and recover certain amounts (the "Transfers") from Defendant.

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, pursuant to section 7.19 of the Modified Plan, the Reorganized Debtors in their sole and absolute discretion retained the right to pursue the claims and causes of action asserted in the Complaint and to settle, release or compromise such claims and causes of action without further approval of this Court.

WHEREAS, on July 30, 2010, the Defendant filed the Motion By Wiegel Tool Works, Inc. Seeking An Order Providing Relief From The Plan Modification Order Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr. P. 9024 (Docket No. 20484) (the "Rule 60 Motion").

WHEREAS, the Reorganized Debtors and Defendant entered into a settlement agreement (the "Settlement Agreement") to resolve the Adversary Proceeding with respect to the Transfers, pursuant to which the Reorganized Debtors and Defendant agreed, *inter alia*, that (i) Defendant would withdraw as moot the Rule 60 Motion and (ii) pursuant to 11 U.S.C. §502(h), Defendant should be provided with an allowed general unsecured non-priority claim in the amount as set forth in the Settlement Agreement.

NOW, THEREFORE, the Reorganized Debtors and Defendant stipulate and agree as follows:

1. Upon payment by the Defendant to the Reorganized Debtors of the settlement amount set forth in the Settlement Agreement, pursuant to 11 U.S.C. § 502(h), Defendant shall receive an allowed general unsecured non-priority claim against DPH-DAS LLC in accordance with the terms of the Modified Plan in the amount set forth in the Settlement Agreement.

2. The Rule 60 Motion is hereby deemed withdrawn with prejudice.

3. This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 10th day of March, 2011.

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Mark L. Durbin |
|---|---|
| John Wm. Butler, Jr. | Jonathan W. Young |
| John K. Lyons | Mark L. Durbin |
| Ron E. Meisler | WILDMAN, HARROLD ALLEN |
| SKADDEN, ARPS, SLATE, MEAGHER |   & DIXON LLP |
|   & FLOM LLP | 225 West Wacker Drive, Suite 3000 |
| 155 North Wacker Drive | Chicago, Illinois 60606 |
| Chicago, Illinois 60606 | |
| | - and – |
| - and - | |
| | Tracy L. Klestadt |
| Four Times Square | Patrick J. Orr |
| New York, New York 10036 | Joseph C. Corneau |
| | KLESTADT & WINTERS, LLP |
| Attorneys for DPH Holdings Corp., et al. | 292 Madison Avenue, 17th Floor |
|   Reorganized Debtors | New York, New York 10018 |
| | |
| | Attorneys for Wiegel Tool Works, Inc. |