Deirdre Woulfe Pacheco, Esq. (DP 6171)
WILENTZ GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, New Jersey 07095-0958
Telephone: (732) 636-8000
*Attorneys for A-1 Specialized Services & Supplies, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No.: 05-44481 (RDD) |
| Debtor. | Jointly Administered |

**REQUEST FOR REMOVAL FROM**
**ELECTRONIC NOTIFICATION SERVICE LIST**

PLEASE TAKE FURTHER NOTICE that A-1 Specialized Services & Supplies, Inc. hereby requests that the following counsel be removed from the electronic notification service list:

Deirdre Woulfe Pacheco, Esq,
Wilentz, Goldman & Spitzer, P.A.
90 Woodbridge Center Drive
Suite 900, Box 10
Woodbridge, NJ 07095
(732) 855-6189
(732) 726-6627 (fax)
dpacheco@wilentz.com

**WILENTZ, GOLDMAN & SPITZER, P.A.**
*Attorneys for A-1 Specialized Services*
*& Supplies, Inc.,*

By: /s/ *Deirdre Woulfe Pacheco, Esq.*
_____
Deirdre Woulfe Pacheco, Esq.

Dated: March 14, 2011

#3370315 (154642.002)