**Hearing Date: March 18, 2011**
                                     **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                      :
  In re                                             :   Chapter 11
                                                      :
DPH HOLDINGS CORP., et al.,           :   Case No. 05-44481 (RDD)
                                                      :
                      Reorganized Debtors.  :   (Jointly Administered)
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FORTY-SECOND CLAIMS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                          300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Forty-Second Claims Hearing Agenda:

      A.      Introduction

      B.      Continued Or Adjourned Matters (None)

      C.      Uncontested, Agreed, Or Settled Matters (3 Matters)

      D.      Contested Matters (None)

**A.    Introduction**

**B.    Continued Or Adjourned Matters**

      *None.*

**C.    Uncontested, Agreed, Or Settled Matters**

    1.    **"Claims Objection Hearing Regarding Claims of Bing Metals Group, LLC"** - Claims Objection Hearing Regarding Administrative Expense Claim Numbers 18797 and 19718 of Bing Metals Group, LLC as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

        *Responses filed:*    *Response Of Bing Metals Group, LLC In Opposition To Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Claim Numbers 18797, 19717, 19718, 19719) (Docket No. 19463)*

        *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow*

|  |  |
|---|---|
|  | *Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18797 And 19718 (Bing Metals Group, LLC) (Docket No. 20806)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 18797 And 19718 (Bing Metals Group, LLC) (Docket No. 20854)* |
|  | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18797 And 19718 Filed By Bing Metals Group, LLC (Docket No. 21040)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Bing Metals Group, LLC Withdrawing Proofs Of Administrative Expense Claim Numbers 18797 and 19718 (Docket No. 21131)* |
|  | *Proofs of Administrative Expense Claim Nos. 18797 and 19718* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Bing Metals Group, LLC Withdrawing Proofs Of Administrative Expense Claim Numbers 18797 and 19718 (Docket No. 21131).* |

2. **"Claims Objection Hearing Regarding Claims of Pioneer North America, Inc."** - Claims Objection Hearing Regarding Proofs of Administrative Expense Claim Numbers 19090 and 19091 of Pioneer North America, Inc., on behalf of its affiliates, Pioneer Automotive Technologies, Inc. and Pioneer Speakers, Inc., as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

*Responses filed:*     *Pioneer North America, Inc.'s Response To Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C.*

3

|  |  |
|---|---|
|  | *§503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims. ("Forty-Third Omnibus Claims Objection") (Docket No. 19551)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
|  | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Numbers 19090 And 19091 (Pioneer North America, Inc., On Behalf Of Its Affiliates, Pioneer Automotive Technologies, Inc. And Pioneer Speakers, Inc.) (Docket No. 21127)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19090 And 19091 (Docket No. 21059)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 19090 And 19091 (Docket No. 21079)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Pioneer North America, Inc., On Behalf Of Its Affiliates, Pioneer Automotive Technologies, Inc. And Pioneer Speakers, Inc., Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19090 And 19091 (Docket No. 21151)* |

|   |   |   |
|---|---|---|
|   |   | *Proofs of Administrative Expense Claim Nos. 19090 and 19091* |
|   | *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Pioneer North America, Inc., On Behalf Of Its Affiliates, Pioneer Automotive Technologies, Inc. And Pioneer Speakers, Inc., Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19090 And 19091 (Docket No. 21151).* |

3.  **"Claims Objection Hearing Regarding Claim of International Rectifier Corporation."** - Claims Objection Hearing Regarding Proof of Administrative Expense Claim Number 19068 of International Rectifier Corporation as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|   |   |
|---|---|
| *Responses filed:* | *Response Of International Rectifier Corporation To The Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19548)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
|   | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 19068 (International Rectifier Corporation) (Docket No. 21128)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19068 (Docket No. 21058)* |

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19068 (Docket No. 21080)*

*Proof of Administrative Expense Claim No. 19068*

*Status:* *The hearing with respect to this matter will be proceeding on an uncontested basis.*

**D. Contested Matters**

*None*

Dated: New York, New York
March 17, 2011

      SKADDEN, ARPS, SLATE, MEAGHER
       & FLOM LLP

     By: /s/ John K. Lyons
      John Wm. Butler, Jr.
      John K. Lyons
      Albert L. Hogan III
      Ron E. Meisler

     155 North Wacker Drive
     Chicago, Illinois 60606
     (312) 407-0700

      - and -

     Four Times Square
     New York, New York 10036
     (212) 735-3000

     Attorneys for DPH Holdings Corp., et al.,
      Reorganized Debtors