SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED DEBTORS, EMCON
TECHNOLOGIES, LLC, EMCON TECHNOLOGIES CANADA, ULC, AND FECT, USA, LLC
(I) RESOLVING DEBTORS' OMNIBUS 8.2(b) OBJECTION (DOCKET NO. 13459) AND
(II) WITHDRAWING (A) EMCON TECHNOLOGIES, LLC'S AND EMCON
TECHNOLOGIES CANADA, ULC'S PROPOSED CURE
CLAIMS (DOCKET NO. 12999) AND (B) RESPONSE TO DEBTORS'
OMNIBUS 8.2(b) CURE OBJECTION (DOCKET NO. 13626)

DPH Holdings Corp. and its subsidiaries and affiliates (collectively, the

"Reorganized Debtors"), EMCON Technologies, LLC ("EMCON U.S."), EMCON Technologies

Canada, ULC ("EMCON Canada"), and FECT, USA, LLC ("FECT USA" and together with

EMCON U.S. and EMCON Canada, the "Claimants") respectfully submit this Joint Stipulation

And Agreed Order Between Reorganized Debtors, EMCON Technologies, LLC, EMCON

Technologies Canada, ULC, And FECT, USA, LLC (I) Resolving Debtors' Omnibus 8.2(b)

Objection (Docket No. 13459) And (II) Withdrawing (A) EMCON Corporation 's Proposed Cure

Claims (Docket No. 12999) And (B) Response To Debtors' Omnibus 8.2(b) Cure Objection

(Docket No. 13626) (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and

certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11

of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States

Bankruptcy Court for the Southern District of New York.

WHEREAS, on March 6, 2008, EMCON U.S. and EMCON Canada filed the

Notice Of Cure Claim Of EMCON Technologies, LLC And EMCON Technologies Canada,

ULC Pursuant To Article VIII Of The Confirmed First Amended Joint Plan Of Reorganization

Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession With Respect

To Certain Executory Contracts (Docket No. 12999) (the "EMCON Cure Claim").

WHEREAS, on April 24, 2008, the Debtors objected to the EMCON Cure Claim

pursuant to the Debtor's (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§

105(a), 365, And Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article

8.2(b) Of Debtors' Plan Of Reorganization And (II) Request For Order Provisionally Allowing

Certain Cure Proposals (Docket No. 13459) (the "Omnibus 8.2(b) Cure Objection").

2

WHEREAS, on May 19, 2008, EMCON U.S. and EMCON Canada filed

EMCON Technologies, LLC's And EMCON Technologies Canada, ULC's Response To The

Debtors' (I) Omnibus Objection Pursuant To Confirmation Order, 11 U.S.C. §§ 105(a), 365, And

Fed. R. Bankr. P. 9014 Regarding Cure Proposals Submitted Under Article 8.2(b) Of Debtors'

Plan Of Reorganization And (II) Request For Order Provisionally Allowing Certain Cure

Proposals (Docket No. 13626) (the "EMCON 8.2(b) Response").

WHEREAS, on May 19, 2008, in connection with the EMCON 8.2(b) Response,

EMCON filed the Declaration Of Michael D. Virtue In Support Of EMCON Technologies,

LLC's And EMCON Technologies, Canada, ULC's Response To The Debtors' (I) Omnibus

Objection Pursuant To Confirmation Order, 11 U.S.C. §§ 105(a), 365, And Fed. R. Bankr. P.

9014 Regarding Cure Proposals Submitted Under Article 8.2(b) Of Debtor's Plan Of

Reorganization And (II) Request For Order Provisionally Allowing Certain Cure Proposals

(Docket No. 13627).

WHEREAS, on May 29, 2008, this Court entered its Omnibus Order (I) Pursuant

To Confirmation Order, 11 U.S.C. §§ 105(a), 365, And Fed. R. Bankr. P. 9014 Regarding Cure

Proposals Submitted Under Article 8.2(b) Of Debtors' Plan Of Reorganization And (II) Request

For Order Provisionally Allowing Certain Cure Proposals (Docket No. 13696) (the "Omnibus

8.2(b) Cure Objection Order"), which, among other things, listed the EMCON Cure Claim as a

disputed Cure Proposal.

WHEREAS, FECT USA (a) is the legal successor to EMCON U.S. and (b) has

assumed any and all rights and responsibilities of EMCON U.S. with respect to the EMCON

Cure Claim and the EMCON 8.2(b) Response.

WHEREAS, on October 6, 2009 (the "Effective Date"), the Debtors substantially

consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And

3

Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"),

which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket

No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

NOW, THEREFORE, the Reorganized Debtors and the Claimants stipulate and

agree as follows:

1.       The EMCON Cure Claim is hereby withdrawn with prejudice.

2.       The EMCON 8.2(b) Response is hereby withdrawn with prejudice.

3.       This Court shall retain original and exclusive jurisdiction to adjudicate any

disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 17th day of March, 2011

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ Ron E. Meisler | /s/ Mark R. Owens |
|---|---|
| John Wm. Butler, Jr. | Alan K. Mills |
| John K. Lyons | Mark R. Owens |
| Ron E. Meisler | BARNES & THORNBURG LLP |
| SKADDEN, ARPS, SLATE, MEAGHER | 11 South Meridian Street |
| & FLOM LLP | Indianapolis, Indiana 46204 |
| 155 North Wacker Drive | |
| Chicago, Illinois  60606 | Attorneys for EMCON Technologies, LLC, |
| | EMCON Technologies Canada, ULC, and FECT, |
| | USA, LLC |

- and –

Four Times Square
New York, New York  10036


Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

4