BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
(317) 236-1313
Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO 9742)

Attorneys for Navistar, Inc. (f/k/a International Truck and Engine Corporation)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|   |   |   |
|---|---|---|
| In re | : | Chapter 11 |
|   | : |   |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
|   | : |   |
| Reorganized Debtors. | : | (Jointly Administered) |
|   | : |   |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE
## CLAIM NUMBERS 19921 AND 19147

Pursuant to Bankruptcy Rule 3006, Navistar, Inc. (f/k/a International Truck and Engine Corporation) ("Navistar"), a creditor in the above-captioned chapter 11 cases, by its undersigned attorneys, hereby withdraws its administrative claims designated on the claims register as Administrative Expense Claim No. 19921 in the amount of $26,638.12 and Administrative Expense Claim No. 19147 in the amount of $36,872.63 against Delphi Diesel Systems Corporation ("Delphi").  Navistar's withdrawal of Administrative Expense Claim Nos. 19921 and 19147, however, shall not constitute a waiver or release, and shall not prejudice in any way any other claims or defenses that Navistar has against Delphi. Each of these claims and the rights and defenses related thereto hereby are expressly reserved.  The parties shall bear their own fees and costs.

|  |  |
|---|---|
| Dated: Indianapolis, Indiana<br>March 18, 2011 | Respectfully submitted,<br><br>/s/ Mark R. Owens<br>Michael K. McCrory, Esq.<br>Mark R. Owens, Esq. (MO 9742)<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>Phone: (317) 236-1313<br>Facsimile:  (317) 231-7433<br><br>*Counsel for Navistar, Inc. (f/k/a International Truck and Engine Corporation)* |

INDS01 1261562v1