**Hearing Date And Time:  April  21, 2011 at 10:00 a.m.**
             **Deadline To File Motion For Leave To File Late Claim:  April 1, 2011**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|     Reorganized Debtors. | : | (Jointly Administered) |

NOTICE OF DEADLINE TO FILE MOTION FOR LEAVE TO FILE LATE
ADMINISTRATIVE EXPENSE CLAIM WITH RESPECT TO LATE ADMINISTRATIVE
EXPENSE CLAIM FILED BY TAL-PORT INDUSTRIES, LLC
<u>(ADMINISTRATIVE EXPENSE CLAIM NO. 19804)</u>

PLEASE TAKE NOTICE that pursuant to rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, if claimant Tal-Port Industies, LLC (the "Claimant") wishes to further prosecute proof of administrative expense claim number 19804 (the "Untimely Claim") it filed without leave of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") after the July 15, 2009 bar date for administrative expense claims arising through May 31, 2009 (the "July 15 Bar Date"),[1] the Claimant must file a motion seeking such relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that such Motion must (a) be in writing and (b) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, served in accordance with the procedures set forth herein and the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 20, 2006 (Docket No. 2883) and the Twenty-Second Supplemental Order Under 11 U.S.C. §§ 102(l) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered January 28, 2011 (Docket No. 21099), and (c) **be received no later than April 1, 2011** (the "Deadline").

PLEASE TAKE FURTHER NOTICE that if the Claimant files a Motion by the Deadline, the hearing to consider the relief requested in such Motion will be held on April 21,

---

[1] The July 15 Bar Date was established pursuant to paragraph 38 of the Order (A)(I) Approving Modifications To Debtors' First Amended Plan Of Reorganization (As Modified) And Related Disclosures And Voting Procedures And (II) Setting Final Hearing Date To Consider Modifications To Confirmed First Amended Plan Of Reorganization And (B) Setting Administrative Expense Claims Bar Date And Alternative Transaction Hearing Date, entered on June 16, 2009 (Docket No. 17032) (the "Modification Procedures Order").  On July 15, 2009, this Court entered the Stipulation And Agreed Order Modifying Paragraph 38 Of Modification Procedures Order Establishing Administrative Expense Bar Date (Docket No. 18259) to provide that paragraph 38 of the Modification Procedures Order should be amended to require parties to submit an administrative expense claim form for administrative expense claims for the period from the commencement of these cases through May 31, 2009 rather than through June 1, 2009.

2

2011 at 10:00 a.m. (prevailing Eastern time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that only a Motion made as set forth herein will be considered by the Bankruptcy Court at the Hearing. If no Motion is filed by the Deadline, the Bankruptcy Court may enter a final order disallowing and expunging the Untimely Claim filed by the Claimant without further notice or hearing on April 21, 2011.

Dated:   New York, New York
         March 21, 2011

                                SKADDEN, ARPS, SLATE, MEAGHER
                                  & FLOM LLP

                                By:   /s/ John K. Lyons
                                    John Wm. Butler, Jr.
                                    John K. Lyons
                                    Ron E. Meisler
                                155 North Wacker Drive
                                Chicago, Illinois 60606

                                    - and -

                                Four Times Square
                                New York, New York 10036

                                Attorneys for DPH Holdings Corp., et al.,
                                   Reorganized Debtors