TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for DPH Holdings Corp, *et al.*,
Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Lara Sheikh

HEARING DATE: 5/26/11
AT: 10:00 A.M.

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                              :

In re:                                 :

                                    :     Chapter 11

DPH HOLDINGS CORP., et al.,     :     Case No. 05-44481 [RDD]

                                    :

                Reorganized Debtors.   :     Jointly Administered

                                    :
-------------------------------------------------------------x

**NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO
REORGANIZED DEBTORS' OBJECTION TO ADMINISTRATIVE EXPENSE CLAIM
NOS. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816, AND 19817**

**(BANK OF AMERICA, N.A.)**

     PLEASE TAKE NOTICE that on October 15, 2009, DPH Holdings Corp.

and certain of its affiliated reorganized debtors (the "Reorganized Debtors"), successors

of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-

in-possession in the above-captioned cases (f/k/a In re Delphi Corporation et al.),

(collectively, the "Debtors") objected to proof of claim number 19088 (the "Claim

19088"), filed by Bank of America, N.A. (the "Claimant") pursuant to The Debtors'

Thirty-Seventh Omnibus Objection Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P.

3007 to Expunge Certain (I) Prepetition Claims, (II) Equity Interest, (III) Books and

Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims (VI) Pension, Benefit

and OPEB Claims and (VII) Duplicate Claims (Docket No. 18984).

PLEASE TAKE FURTHER NOTICE that on April 16, 2010, Debtors

objected to administrative expense claim numbers 19069, 19087, 19123, 19124, 19125,

19602, 19603, 19604, 19815, 19816, and 19817 (together with Claim 19088, the "Claims"),

filed by the Claimant pursuant to The Debtors' Forty-Seventh Omnibus Objection

Pursuant to 11 U.S.C. § 503(b) and Fed. R. Bankr. P. 3007 to (I) Disallow And Expunge

(A) Certain Administrative Expense Books and Records Claims, (B) A Certain

Administrative Expense Duplicate Claim, and (C) Certain Administrative Expense

Duplicate Substantial Contribution Claims, and (II) Modify Certain Administrative

Expense Claims (Docket No. 19873).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors

substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi

Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, as Modified (the

"Modified Plan"), which had been approved by the United States Bankruptcy Court for

the Southern District of New York pursuant to an order entered on July 30, 2009

(Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified

Plan provides that "[t]he Reorganized Debtors shall retain responsibility for

administering, disputing, objection to, compromising, or otherwise resolving all Claims

against, and Interests in, the Debtors and making distributions (if any) with respect to

all Claims and Interests."  Modified Plan, art. 9.6(a).

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant

to 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and

9014 Establishing (i) Dates for Hearings Regarding Objections to Claims And (ii) Certain

2

Notices and Procedures Governing Objections to Claims, entered December 7, 2006

(Docket No. 6089) (the "Order"), the Order Pursuant to 11 U.S.C. §§105(a) and 503(b)

Authorizing Debtors to Apply Claims Objection Procedures to Address Contested

Administrative Expense Claims (Docket No. 18998) (the "Administrative Claims

Procedures Order"), and the Fourteenth Supplemental Order Pursuant to 11 U.S.C. §

502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, and 9014 Establishing

(I) Dates for Hearings Regarding Objections to Claims and (II) Certain Notices and

Procedures Governing Objections to Claims, entered January 28, 2011 (Docket No.

21098), a claims objection hearing ("the Claims Objection Hearing") for purposes of

holding an evidentiary hearing on the merits of the Claims is hereby scheduled for May

26, 2011 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court

for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains,

New York 10601-4140 (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing

will proceed in accordance with the procedures provided in the Order, unless such

procedures are modified in accordance with Paragraph 9(k) thereof.  Please review the

Order carefully – failure to comply with the procedures provided in the Order (or as

modified pursuant to Paragraph 9(k)) could result in the disallowance and

expungement of your Claims.   A copy of the Order and the Administrative Claims

Procedures Order are attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may

further adjourn the Claims Objection Hearing at any time at least five business days

prior to the scheduled hearing upon notice to the Court and the Claimants.


Dated:   New York, New York
         March 22, 2011

DPH HOLDINGS CORP., *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/ Neil Berger
NEIL BERGER
A Member of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000