UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re

DPH HOLDINGS CORP., et al.,                              Chapter 11
                                                          Case No. 05-44481 (RDD)

                      Reorganized Debtors.
------------------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL FOR UNITED PARCEL SERVICE

**PLEASE TAKE NOTICE** that White and Williams hereby withdraws its appearance as local counsel to Bialson Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, California 94306, Attn.: Kenneth Law and Thomas M. Gaa, on behalf of creditor United Parcel Service and attorney Karel S. Karpe, of Karel S. Karpe PC d/b/a KarpeLaw hereby enters her appearance as local counsel to Bialson Bergen & Schwab on behalf of United Parcel Service pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, and requests that all notices and all papers served or required to be served in the above captioned case be served upon her attention.

Dated: March 24, 2011
       New York, New York

                                          WHITE AND WILLIAMS LLP

                                          By:   /s/Sedgwick M. Jeanite
                                           Sedgwick M. Jeanite
                                           One Penn Plaza, Suite 4110
                                           New York, N.Y. 10119
                                           Telephone (212) 244-9500
                                           Email: Jeanites@whiteandwilliams.com

Dated: March 24, 2011
       New York, New York

                                            Karel S. Karpe P.C. d/b/a KarpeLaw

                                           By:   /s/Karel S. Karpe
                                           Karel S. Karpe
                                           44 Wall Street, 12th Floor

6981048v.1

                                                              New York, N.Y. 10005
Telephone (212) 461-2250
Email:  kkarpe@karpelaw.com

Dated: March 24, 2011
       New York, New York

                                              Bialson Bergen & Schwab

                                              By:   /s/Thomas M. Gaa
Thomas M. Gaa *(admitted in California)*
Kenneth Law *(admitted in California)*
 2600 El Camino Real, Suite 300
Palo Alto, California  94306
Telephone 650 857 9500
Email: tgaa@bbslaw.com
        klaw@bbslaw.com

-2-

6981048v.1