SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                  :
       In re                      :    Chapter 11
                                    :
DPH HOLDINGS CORP., et al.,      :    Case No. 05-44481 (RDD)
                                    :
                                    :    (Jointly Administered)
            Reorganized Debtors.     :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

**NOTICE OF SUFFICIENCY HEARING WITH RESPECT TO (I) DEBTORS' OBJECTION
TO PROOF OF CLAIM NUMBER 9647 AND (II) REORGANIZED DEBTORS'
OBJECTION TO SCHEDULED LIABILITY NUMBERS 10396186 AND 10402310**

PLEASE TAKE NOTICE that as set forth on <u>Exhibit A</u> attached hereto, Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession (collectively, the "Debtors") and DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), as applicable, objected to the proof of claim and certain scheduled liabilities (collectively, the "Claims") filed by certain parties (collectively, the "Claimants").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Order")[1] and the Fourteenth Supplemental Order Pursuant To 11 U.S.C. § 502(b) And Fed.

---

[1]     Pursuant to Order Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled

R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For

Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing

Objections To Claims, entered January 28, 2011 (Docket No. 21098), a sufficiency hearing (the

"Sufficiency Hearing") to address the legal sufficiency of each of the Claims and whether each

Claim states a colorable claim against the asserted Debtor is hereby scheduled for April 21,

2011, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the

Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York

10601-4140.

PLEASE TAKE FURTHER NOTICE that the Sufficiency Hearing will proceed

in accordance with the procedures provided in the Order, unless such procedures are modified in

accordance with Paragraph 9(k) thereof.  Please review the Order carefully because failure to

comply with the procedures provided in the Order (or as modified pursuant to Paragraph 9(k))

could result in the disallowance and expungement of your Claim.  A copy of the Order is

attached hereto for your convenience.

---

Liabilities, (B) Certain MDL-Related Claims, (C) Certain Personal Injury Claims, And (D) A Duplicate
Claim, (III) Preserve Reorganized Debtors' Objection To Certain (A) Preference-Related Claims And (B)
Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities
(Docket No. 19770), the hearing on scheduled liability numbers 10396186 and 10402310 was adjourned to
a future date to be noticed by the Reorganized Debtors consistent with and subject to the Order.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further

adjourn the Sufficiency Hearing at any time at least five business days prior to the scheduled

hearing upon notice to the Court and the Claimant.


Dated:     New York, New York
           March 24, 2011

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By:   /s/ John K. Lyons
                                 John Wm. Butler, Jr.
                                 John K. Lyons
                                 Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                 - and -

                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                 Reorganized Debtors

**Exhibit A**

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|
| Claim Number | Date Filed | Party Filing Claim | Owner of Claim | Asserted Amount | Omnibus Claims Objection | Date Of Omnibus Claims Objection | Debtor Named On Claim |
| 9647 | 7/12/2006 | PARK ENTERPRISES OF ROCHESTER, INC. | LONGACRE MASTER FUND LTD. | $618,507.09 | Twenty-Seventh Omnibus Claims Objection | 2/15/2008 | DELPHI CORPORATION |
| Scheduled Liability No. 10396186 | 1/20/2006 | AMERICAN CABLE COMPANY INC. | MADISON NICHE OPPROTUNITES LLC | $31,200.00 | Forty-Fourth Omnibus Claims Objection | 2/3/2010 | DELPHI AUTOMOTIVE SYSTEMS LLC |
| Scheduled Liability No. 10402173[1] | 1/20/2006 | UNITED METAL PROD CORP EFT | MADISON INVESTMENT TRUST SERIES 38 | $51,735.60 | Forty-Fourth Omnibus Claims Objection | 2/3/2010 | DELPHI AUTOMOTIVE SYSTEMS LLC |

1  The Reorganized Debtors are only seeking to reduce scheduled liability number 10402173 by $50,098.30.