Exhibit A

# Creditor Data for Claim Number 19804

Help

| Creditor: | Date Claim Filed: 10/27/2009 |
|---|---|
| Tal Port Industries LLC<br>Seth C Little<br>PO Box 1970<br>Jackson, MS 39215-1970 | Claim #: 19804 |

**Notice Party(ies):**

**Debtor Name:** Delphi Corporation
**Debtor Case Number:** 05-44481

|       | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|-------|-----------------|----|----|----|--------------------|-----------------------|
| GU    |                 |    |    |    |                    |                       |
| PRI   |                 |    |    |    |                    |                       |
| SEC   |                 |    |    |    |                    |                       |
| AP    |                 |    |    |    | $89,459.02         | $89,459.02            |
| AS    |                 |    |    |    |                    |                       |
| TOTALS|                 |    |    |    | $89,459.02         | $89,459.02            |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found | | | | | |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| 1/22/2010 | Debtors' Forty-Third Omnibus Objection to Claims [Docket No. 19356] | Exhibit B - Books and Records Claims | Continued |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found | | | |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".