Exhibit C

# Seth Little

| | |
|---|---|
| **From:** | Bechtel, Margaret [Margaret.Bechtel@delphi.com] |
| **Sent:** | Thursday, February 03, 2011 10:29 AM |
| **To:** | Seth Little |
| **Subject:** | Tal Port Industries LLC Admin Claim 19804 |

Hello Seth,

As we have discussed, can you provide a business contact at Tal Port that I may work with to resolve the issues in this claim? In addition, a listing of the current amount outstanding would be very helpful. Thank you so much for your assistance.

Regards,

Margaret Bechtel, Contractee
On Assignment to Delphi Corporation
(248) 813-6844 phone
(248) 813-3230 fax
Margaret.Bechtel@delphi.com


************************************************************************
Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.
************************************************************************

1

# Seth Little

| | |
|---|---|
| **From:** | Bechtel, Margaret [Margaret.Bechtel@delphi.com] |
| **Sent:** | Thursday, February 03, 2011 12:26 PM |
| **To:** | Seth Little |
| **Subject:** | RE: Tal Port Industries LLC Admin Claim 19804 |

Thank you Seth — I am the contact, she can call me directly.

Margaret

---

**From:** Seth Little [mailto:little@wellsmoore.com]
**Sent:** Thursday, February 03, 2011 1:16 PM
**To:** Bechtel, Margaret
**Cc:** Jeff Williams; Richard Montague
**Subject:** Re: Tal Port Industries LLC Admin Claim 19804

Margaret,
Thanks for the call. Babs Hardy, the President of Tal Port, will be our contact to speak with whomever you designate from Delphi. If you would like, Babs can initiate the call to Delphi's rep if you can get me a name and number of Delphi's contact. I have let Babs know that we need an updated amount and she will provide it in her phone call to Delphi.

Sent from my iPhone

On Feb 3, 2011, at 10:29 AM, "Bechtel, Margaret" <Margaret.Bechtel@delphi.com> wrote:

> Hello Seth,
>
>
> As we have discussed, can you provide a business contact at Tal Port that I may work with to resolve the issues in this claim? In addition, a listing of the current amount outstanding would be very helpful. Thank you so much for your assistance.
>
>
>
> Regards,
>
>
>
> Margaret Bechtel, Contractee
>
> On Assignment to Delphi Corporation
>
> (248) 813-6844 phone
>
> (248) 813-3230 fax
>
> Margaret.Bechtel@delphi.com

1

# Seth Little

| | |
|---|---|
| **From:** | Bechtel, Margaret [Margaret.Bechtel@delphi.com] |
| **Sent:** | Monday, March 14, 2011 12:27 PM |
| **To:** | dutches45@yahoo.com |
| **Cc:** | Seth Little |
| **Subject:** | Tal-Port Admin Claim 19804 |
| **Attachments:** | Tal Port, Claim 19804 payment information.pdf |

Hello Diane,

The following is a list of claimed items that are found to be paid by the "D.../...." reference number listed on the invoice (payment report attached):

| Invoice No. | Claimed Amount | Paid Amount | Payment Information |
|---|---|---|---|
| 104981  D254/5700 | 264.44 | 264.44 | Paid 4/2/08 ref 2000108578 |
| 105000  D255/5700 | 132.22 | 132.22 | Paid 4/2/08 ref 2000108578 |
| 105060  D256/3300 | 132.22 | 132.22 | Paid 4/2/08 ref 2000108578 |
| 105061  D256/5700 | 264.44 | 264.44 | Paid 4/2/08 ref 2000108578 - see also 105062 |
| 105062  D256/5700 | 528.88 | 528.88 | Paid 4/2/08 ref 2000108578 - see also 105061 |
| 105124  D257/3300 | 132.22 | 132.22 | Paid 4/2/08 ref 2000108578 |
| 105134  D258/5700 | 132.22 | 132.22 | Paid 4/2/08 ref 2000108578 |
| 105202  D259/5700 | 528.88 | 528.88 | Paid 4/2/08 ref 2000108578 |
| 105290  D260/5700 | 132.22 | 132.22 | Paid 5/2/08 ref 2000123020 |

The remaining invoices found in the claim did not contain the "D.../...." reference number and therefore could not be matched. In addition, many invoices contain "Delphi" or "Delphi 116" in the purchase order field. This is not a valid purchase order.

Please forward the packing slips for the remaining items, including the "D.../...." reference number, as well as valid purchase order references. We can then investigate these items as well.

Regards,

Margaret Bechtel, Contractee
On Assignment to Delphi Corporation
(248) 813-6844 phone
(248) 813-3230 fax
Margaret.Bechtel@delphi.com

*************************************************************************
Note: If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.
*************************************************************************

1