Neil J. Smith, Esq.                                    Hearing Date: April 21, 2011
Mackenzie Hughes LLP                                   Hearing Time: 10:00 a.m.
101 South Salina Street
Syracuse, NY 13066
Telephone: 315-233-8226
Fax: 315-233-8235
Email:nsmith@mackenziehughes.com


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                          :
In re:                                    :       Chapter 11
                                          :
   DPH HOLDINGS CORP., et al.,            :       Case No. 05-44481 (RDD)
                                          :
            Reorganized Debtors.          :       (Jointly Administered)
---------------------------------------------------------------x


**NOTICE OF MOTION OF TAL-PORT INDUSTRIES, LLC**
**FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM**
**PURSUANT TO 11 U.S.C. § 503(B)(1)(A) AND, IN THE ALTERNATIVE,**
**FOR LEAVE TO FILE A LATE ADMINISTRATIVE EXPENSE**
<u>**CLAIM PURSUANT TO BANKRUPTCY RULE 9006(B)**</u>


| | |
|---|---|
| **MOTION MADE BY:** | Mackenzie Hughes LLP, on behalf of Movant Tal-Port Industries, LLC |
| **DATE, TIME and PLACE OF HEARING:** | April 21, 2011, at 10:00 a.m., at a Motion Term of the Bankruptcy Court of the Southern District of New York, at 300 Quarropas Street White Plains, NY 10601-4140. |
| **SUPPORTING PAPERS:** | The accompanying Motion and the Exhibits attached thereto. |
| **RELIEF DEMANDED:** | (1) An Order granting leave for the late filing of Administrative Claim No. 19804 and compelling payment of such claim as a priority administrative expense claim pursuant to Section 503(b)(1)(A) of the Bankruptcy Code; and |
| | (2) An Order granting such other and further relief as to |

                              this Court may seem just and proper.

**ANSWERING PAPERS:**         Demand is made that answering affidavits be served in accordance with the Local Rules.

DATED: April 1, 2011

                              **MACKENZIE HUGHES LLP**

                              ___/s/ Neil J. Smith_____
By:   Neil J. Smith, Esq.
       101 South Salina Street, Suite 600
       Syracuse, New York 13202
       nsmith@mackenziehughes.com
       (315)233-8226 (Phone)
       (315)233-8235 (Fax)