Neil J. Smith, Esq.                                    Hearing Date: April 21, 2011
Mackenzie Hughes LLP                                   Hearing Time: 10:00 a.m.
101 South Salina Street
Syracuse, NY 13066
Telephone: 315-233-8226
Fax: 315-233-8235
Email:nsmith@mackenziehughes.com


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
                                                :
In re:                                          :        Chapter 11
                                                :
    DPH HOLDINGS CORP., et al.,                 :        Case No. 05-44481 (RDD)
                                                :
                        Reorganized Debtors.    :        (Jointly Administered)
--------------------------------------------------------------x

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 1, 2011 I caused true copies of the *Motion of Tal-Port Industries, LLC For Allowance of an Administrative Claim Pursuant to 11 USC § 503(b)(1)(A), And, In the Alternative For Leave to File a Late Administrative Expense Claim Pursuant to Bankruptcy Rule 9006(B)* to be served upon those parties who are receiving electronic service through ECF and I caused additional copies of the Motion to be served via overnight mail and electronic mail to the attorneys for the reorganized debtors, John K. Lyons, John Wm. Butler, Jr. and Ron E. Meisler of Skadden, Arps, Slate, Meagher & Flom, LLP.


On April 1, 2011, I caused a true copy of the Motion to be served via overnight mail upon the Office of the United States Trustee, 33 Whitehall Street, New York, New York 10004-2122; and

{M0167220.1 }

On April 1, 2011, I caused true copies of the Motion to be served via overnight mail upon

the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern

District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.

Respectfully Submitted,

DATED:   April 1, 2011

**MACKENZIE HUGHES LLP**

_____/s/ Neil J. Smith_____

By:    Neil J. Smith, Esq.
101 South Salina Street, Suite 600
Syracuse, New York 13202
nsmith@mackenziehughes.com
(315)233-8226 (Phone)
(315)233-8235 (Fax)