UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| DPH HOLDINGS CORP., *et al*. | ) | No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF JOHN PROCK RE: DIMINUTION IN VALUE OF
AIRCRAFT FROM OCTOBER 8, 2005 TO OCTOBER 6, 2009**

JOHN PROCK, being duly sworn, deposes and says as follows:

1.      I am an individual over the age of 18 years and have knowledge of the facts stated herein. I am currently a Vice President and National Asset Manager for Banc of America Leasing in its Global Corporate Aircraft Finance Department. Banc of America Leasing is an affiliate of Bank of America, N.A. (the "Bank), the lessor of the two aircraft described in this affidavit.

2.      In December 1995, I received a Bachelor of Science degree with a double major in Aviation Management and Marketing from Minnesota State University in Mankato, Minnesota. After graduating, I accepted employment with Regent Aviation located in St. Paul, Minnesota, which employment lasted approximately 4 years. At Regent Aviation, my duties primarily involved buying and selling corporate aircraft. In 2001, I began work at Donaldson Company, a manufacturer of components for commercial aircraft engines, in the role of a manufacturer's sales representative.

3.      On April 18, 2005, I began employment with the Bank in its Special Management Group for the Global Corporate Aircraft Finance Group ("GCAF") to exclusively manage the corporate aircraft inventory and provide valuations of such aircrafts. My current position is Vice

President, National Asset Manager. The Bank is the world's largest lessor and financier of corporate aircraft. Among my credentials, in the course of my employment in this industry, I have developed expertise in valuing corporate aircraft. Over the years, I have sold, leased, and performed valuations on hundreds of aircraft, including those that are part of $2 billion annual business generated by GCAF. The Bank regularly relies upon me to perform accurate valuations for its aircraft financing and leasing business.

4.      In general, valuation of aircraft involves (i) a physical inspection of the aircraft in question, along with its record, logs, and other data concerning the aircraft's operation; and (ii) researching recognized authorities concerning the value of aircraft, including used aircraft.

5.      One such recognized authority in this industry is the Aircraft Value Reference Guide, otherwise known as "Vref," which is an aircraft valuation guide by VREF Publishing, Inc. Vref contains values for used aircraft based on their age and condition. Another guide to aircraft value employed in the industry is the Aircraft Bluebook Price Digest.

6.      Another source is the Bank's own internal market research, which is extensive, given the fact that the bank is the world's largest lessor and financier of corporate aircraft. Given the size of the Bank's corporate aircraft portfolio, the Bank performs hundreds of aircraft transactions per year. Such transactions provide the Bank extensive data on the resale or liquidation value of such aircraft. During my tenure with the Bank, I have played a vital role, as asset manager of its corporate aircraft inventory, in growing the Bank's corporate aircraft portfolio from about $4 billion to $7.25 billion.

7.      I am familiar with all these resources, and valuators in my field regularly and customarily rely on these resources in performing aircraft valuations.

8.  Appraisals of corporate aircraft are influenced by some variables, including the year that the aircraft was manufactured, the year that it was delivered, the serial number sequence, time on airframe and engines, damage and its repair, logbook and history of upgrades, prior owners, maintenance programs (especially approved maintenance schedules), avionics, options, and overall condition. The "Bluebook Scale" is typically used in the industry to rate the exterior and interior of aircraft. A rating of 10 indicates that the aircraft is new, whereas a rating of 1 means that the aircraft is not fit for occupation or flight without extensive work.

9.  The aircraft that are the subject of this claims objection litigation are the following: (i) one Learjet 60 aircraft bearing U.S. Registration Mark N699DA and manufacturer's serial number 237 with 2 Pratt & Whitney Canada aircraft engines and avionics (the "Learjet"); and (ii) one Bombardier CL-600-2B16 (Variant 604) aircraft bearing U.S. Registration Mark N599DA and manufacturer's serial number 5498 with 2 General Electric engines and avionics (the "Challenger"). These aircraft were leased by the Bank to Delphi Automotive Systems Human Resources, LLC, one of the Chapter 11 debtors in these cases ("DASHR"), pursuant to two leases dated March 30, 2001 and related documents.

10.  In the course of my business duties, I was requested in my role with GCAF to value the Learjet and the Challenger as of the Delphi petition date. In performing this valuation, the Bank uses certified and credentialed maintenance consultants to examine the records and logs, review the maintenance status and schedules, inspect the physical condition, and perform a cosmetic review of the aircrafts. Mr. John Bucher performed several inspections and reviews of the Learjet and Challenger at my direction and subject to my control, and he then prepared and provided me with a report containing his findings from such inspections and reviews of the Learjet and Challenger.

3

11.    I used and relied on Mr. Bucher's report to assist me in appraising the value of the LearJet and Challenger. It is customary for those in my field to rely on such credentialed aircraft maintenance consultants. Before being retained by the Bank, Mr. Bucher was the chief of maintenance for Honeywell's corporate aviation group and worked in that group for over 30 years. Honeywell's aviation group is highly respected in the corporate aviation industry. Mr. Bucher has been in the industry for 38 years.

12.    In performing valuations for the Bank, I also regularly and customarily rely on the business records of the Bank, including its internal market research and maintenance consultant reports. The Bank creates and maintains such records regarding its aircraft leases as part of its regular business operations, doing so at or near the time of the transactions, inspections, and other events surrounding the aircraft by individuals with knowledge of such, including Mr. Bucher. These records are maintained by the Bank in Chicago as part of its normal business operations. I am familiar with the business records related to these aircraft, including Mr. Bucher's Reports. True and accurate copies of the Reports are attached as **Exhibit A**.

13.    My methodology is recognized in the field of aircraft valuations. As a result of the valuation process, and based on my extensive experience, I determined that the orderly liquidation value of the Learjet, as of October 8, 2005, was $7,815,610; and that the orderly liquidation value of the Challenger, as of this same date, was $18,493,000, for a combined value of $26,308,610.

14.    Shortly after the surrender of the Learjet and Challenger to the Bank, I was requested in the course of my business duties with GCAF to value the Learjet and the Challenger as of October 6, 2009 as well.

4

15.    In performing this valuation, I examined and relied on Mr. Bucher's written report containing findings from his examination of the records and logs of the Learjet and Challenger, their maintenance status, schedules, physical and cosmetic condition, and other factors, as well as the authorities above and my experience in this industry. As a result, I determined that the orderly liquidation value of the Learjet, as of October 6, 2009, was $3,870,000; and that the orderly liquidation value of the Challenger, as of this same date, was $10,800,000, for a combined value of $14,670,000.

16.    Thus, during the course of the Delphi Chapter 11 cases, the value of the two aircraft decreased by $11,638,610. The diminution in value, to the extent that it was not compensated by post-petition rental payments, amounted to $7,315,283, which figure was used in the administrative expense claims filed by the Bank in 2009.

17.    It bears noting that the Learjet was sold for $4,272,500 at the end of 2009. The Challenger has been re-leased to a third party by the Bank and, as a result of these two actions, the revised amount of the Bank's administrative diminution claim not compensated by rent presently totals $6,027,608.

I affirm under the penalties of perjury that the foregoing is true and correct.

/s/  John Prock_____
John Prock

# <u>Aircraft Follow on Review</u>

## Challenger 604
## S/N 5498

## Lear 60
## S/N 237
## Delphi

**February 10, 2009**



EXHIBIT

A

PENGAD 800-631-6989

## General

On February 10, 2009 a follow-up review was conducted on the Delphi aircraft.  The aircraft are;

- ☆ Lear 60, S/N 237, N699DA
- ☆ Challenger 604, S/N 5498, N599DA

This review is an overview of status, condition, maintenance and appearance.

This is not an in-depth complete aircraft technical review.

The aircraft were reviewed at Pentastar Aviation at the Pontiac Airport in Pontiac, MI. Pentastar manages these aircraft for Delphi with management, maintenance and flight operations.

These aircraft have been reviewed at Pentastar on the following dates;

- ☆ April 7, 2005
- ☆ April 4, 2006

## Aircraft

Aircraft current times and cycles are as follows;

### Challenger 604

|  | April 2005 | April 2006 | February 2009 |
|---|---|---|---|
| Airframe Total Time: | 1765 hrs | 2349 | 3497 |
| Airframe Total flights: | 1162 | 1597 | 2405 |
| | | | |
| Left Engine Total time: | 1765 hrs | 2349 | 3497 |
| Left Engine total Cycles: | 1166 | 1601 | 2409 |
| | | | |
| Right Engine Total Time: | 1765 hrs | 2349 | 3497 |
| Right Engine Total Cycles: | 1176 | 1611 | 2419 |
| | | | |
| Auxiliary Power Unit Total time: | 1431 hrs | | 3162 |

In 2008 aircraft total use was 321 hrs or a monthly average of 26.6 hrs.

**Lear 60**

|                                    | April 2005 | April 2006 | February 2009 |
|------------------------------------|------------|------------|---------------|
| Airframe Total Time:               | 1441 hrs   | 1890       | 2554          |
| Airframe Total flights:            | 1188       | 1573       | 2152          |
| Left Engine Total time:            | 1406 hrs   | 1865       | 2507          |
| Left Engine total Cycles:          | 1162       | 1547       | 2114          |
| Right Engine Total Time:           | 1441 hrs   | 1890       | 2554          |
| Right Engine Total Cycles:         | 1188       | 1573       | 2152          |
| Auxiliary Power Unit Total time:   | 757 hrs    |            | 1615          |

In 2008 aircraft total use was 218 hrs or a monthly average of 16 hrs.

Delphi continues to work with Pentastar for these aircraft for operations, management and maintenance functions. Pentastar is a first class aircraft management and operations company. I am pleased with the overall care, maintenance, control and management of these aircraft. Each aircraft is clean, polished, shows well and is current in its maintenance status.

Review of the logbooks for each aircraft show continued attention to details and above average record keeping. All 8130 are on file to support maintenance actions. I have no concerns with the aircraft record keeping or management of the aircraft logbooks. Both aircraft continue to be tracked with CAMP for maintenance tracking.

**Challenger 604**

A review of the CAMP Due List shows that there are no open or overdue items. All maintenance, AD's and Mandatory SB are current and up to date.

There has been no damage to this aircraft reflected in the logbooks.

The CAMP report reflects normal scheduled maintenance is due throughout the 2009 year with the following inspections coming due;

   ☆ 24 month pitot, static and transponder ck is due May 2009
   ☆ 12, 24, 48 and 96 month airframe inspections are due December 2009

The aircraft continues to be on the Bombardier Smart Parts Program, SP 5498-61.

The engines are on the GE Service Plan with the engines being operated on condition, ESI010763C.

The APU is on the Honeywell MSP Program, #20596.

The ELT was upgraded to a three frequency ELT on 10/1/2006 at 2562 hrs and 1762 cycles.

The 400, 800, 1600, 3200 hr inspections were accomplished by Duncan 7/16/2007 at 2957 hrs and 2019 cycles. The engines had the 3200 hr boroscope inspections at this time. Both engines inspections were normal with no defects noted. The engines are being operated on condition.

The APU had a 2100 hr hot section accomplished 12/26/2006 at 2334 APU hrs for poor performance of the APU. Operation has been normal since this repair & hot section.

The aircraft has the factory new paint which is 8 years old. The paint is fading, has numerous areas of chips and paint flaking. The perfect time to repaint this aircraft is after the 96 month inspection due in December 2009. Condition would be a 7.0.

The interior wood and chair leather is in good condition. I would recommend a new carpet as the carpet is showing its age and wear. Condition would be a 7.5 – 8.0.

The bright work is highly polished.

## Lear 60

A review of the CAMP Due List shows that there are no open or overdue items. All maintenance, AD's and Mandatory SB are current and up to date.

There has been no damage to this aircraft reflected in the logbooks.

The CAMP report reflects normal scheduled maintenance is due throughout the 2009 year with the following inspections coming due;

> ☆ "A" phase is due September 2009 or at 2791 hrs, whichever comes first
> ☆ "B" phase is due November 2009 or at 2905 hrs, whichever comes first

The aircraft continues to be on the Bombardier Smart Parts Program, SP6023762.

The engines are on the Pratt ESP Gold Service Plan, #69201.

The APU is not on any service maintenance plan.

The left engine was removed for a repair on 10/7/2006. A rental engine was installed at this time. The engine was repaired and reinstalled on the aircraft 11/3/2006 at 2066 hrs and 1704 cycles. Engine operation has been normal since this repair.

The APU had a major repair/upgrade on 10/17/2008 by Gulftsream, Appleton, WI. A new "T" wheel and compressor wheel were installed at this time due to cycles. Operation has been normal since.

The aircraft had a warranty repaint in 2004.  The paint looks good and would be rated at 8.0.

The interior wood and chair leather is in good condition.  I would recommend a new carpet as the carpet is showing its age and wear.  Condition would be a 7.5 – 8.0.

The bright work is highly polished.

## Summary

The Challenger has some large maintenance due at the end of the year with an expected budget costs of 275 k for the aircraft inspections and 125k for aircraft painting, with a total of 400k expected costs.

The Lear has normal maintenance events for 2009 scheduled with no major concerns.

I continue to be pleased with the care, operation, control, maintenance and management given to these aircraft by Pentastar for Delphi.  The logbooks are in very good shape, high attention to detail and represent the aircraft very well.

The real question is what Delphi will be doing.  With the low utilization of these aircraft the operating costs per flight hour must be very high compared to the industry averages.

Any questions or comments, please contact me.

John Bucher
612 723-1068

# <u>Aircraft Review</u>

## Delphi Aircraft

## Lear 60, S/N 237, N699DA

## Challenger 604, S/N 5498, N599DA

---

On April 7, 2005 an aircraft review was conducted on the above aircraft. This review is an overview of status, condition, maintenance and appearance. This is not an in-depth complete aircraft technical review.

Delphi has contracted with Pentastar Aviation, Oakland County International Airport, 7002 Highland Rd, Waterford, MI 48327 to manage, operate and maintain these two aircraft. Delphi's contact regarding aviation matters is Mr. Jay Evans, 248 813-2564. Kellie Rittenhouse is the account manager at Pentastar who is responsible for the handling of the Delphi account. Both aircraft have been operated by Pentastar for Delphi since new. Pentastar Aviation is a full service facility. This includes aircraft management, operations, scheduling, flight crews and maintenance. They operated 19 aircraft under contract for various clients. The Delphi aircraft are operated under Pentastar's FAA 135 Operating certificate for charter and some of Delphi's executive travel. Most of the Delphi's corporate flying is conducted under FAA part 91.

Kellie Rittenhouse was most helpful in setting up arrangements and the aircraft for this report. Upon my arrival at Pentastar, I found both aircraft in a large, well lighted and clean maintenance hangar. I was given a customer office for the logbook reviews and paperwork.

Jay Evans has disclosed to me that Delphi is dissatisfied and discouraged with the service, dispatch reliability and cost management that Delphi is receiving from Pentastar. He had asked that I report back to him on my findings and discoveries in the process of doing this report.

The Lear 60 has been a difficult aircraft to operate as there have been so many component failures. There have been multiple problems with;

- Fuel quantity indication

- Pressurization components
- Landing gear side brace actuators
- APU operations
- Engine seals, causing an in-flight shutdown of the engine

Also the product support from Bombardier has added to the difficulty of supporting this aircraft.

## Lear 60, N699DA

Aircraft current times and cycles are as follows;

| | |
|---|---|
| Airframe Total Time: | 1441 hrs |
| Airframe Total flights: | 1188 |
| | |
| Left Engine Total time: | 1405.7 hrs |
| Left Engine total Cycles: | 1162 |
| | |
| Right Engine Total Time: | 1441 hrs |
| Right Engine Total Cycles: | 1188 |
| | |
| Auxiliary Power Unit Total time: | 757   hrs |

## Challenger, N599DA

Aircraft current times and cycles are as follows;

| | |
|---|---|
| Airframe Total Time: | 1764.9 hrs |
| Airframe Total flights: | 1162 |
| | |
| Left Engine Total time: | 1764.9 hrs |
| Left Engine total Cycles: | 1166 |
| | |
| Right Engine Total Time: | 1764.9 hrs |
| Right Engine Total Cycles: | 1176 |
| | |
| Auxiliary Power Unit Total time: | 1431 hrs |

Aircraft usage is as follows;

## 2004 Aircraft Utilization

### Lear 60

| | | |
|---|---|---|
| Owner operated | 327.3 hrs | 66% |
| Executive charter | 65.1 hrs | 13% |
| Customer charter | 100.2 hrs | 21% |
| Total hrs flown | 492.6 hrs | 100% |

### Challenger 604

| | | |
|---|---|---|
| Owner operated | 474.0 hrs | 78% |
| Executive charter | 26.0 hrs | 4% |
| Customer charter | 108.3 hrs | 18% |
| Total hrs flown | 608.3 hrs | 100% |

## 2005 Aircraft Utilization (January & February)

### Lear 60

| | | |
|---|---|---|
| Owner operated | 36.2 hrs | 40% |
| Executive charter | 5.2 hrs | 6% |
| Customer charter | 49.6 hrs | 54% |
| Total hrs flown | 91 hrs | 100% |

### Challenger 604

| | | |
|---|---|---|
| Owner operated | 62.2 hrs | 67% |
| Executive charter | 00.0 hrs | 0% |
| Customer charter | 30.1 hrs | 33% |
| Total hrs flown | 92.3 hrs | 100% |

The Lear 60 has averaged 41.7 hrs of monthly use in the last 14 months.

The Challenger 604 has averaged 50.0 hrs of monthly use in the last 14 months.

A copy of the last flight log sheet, for each aircraft is attached to this report.

Logbooks for both aircraft, engines and APU's were complete, chronological and very detailed. Pentastar has a very structured process of work orders, maintenance, inspections and aircrafts records. All logbooks show of care, attention to detail and organization.

Both aircraft have CAMP for maintenance tracking. Each aircraft was current in maintenance, with no open or overdue items noted. Projections for each aircraft were done for the next 12 months, 400 hrs of operation and 200 cycles. All items noted coming due were standard normal inspection and servicing requirements.

Both aircraft meet the current regulatory requirements for turbojet aircraft. Pentastar has RVSM LOA's and MEL's for each aircraft.

# Challenger 604, S/N 5498, N599DA

Aircraft current times and cycles are as follows;

| | |
|---|---|
| Airframe Total Time: | 1764.9 hrs |
| Airframe Total flights: | 1162 |
| | |
| Left Engine Total time: | 1764.9 hrs |
| Left Engine total Cycles: | 1166 |
| | |
| Right Engine Total Time: | 1764.9 hrs |
| Right Engine Total Cycles: | 1176 |
| | |
| Auxiliary Power Unit Total time: | 1431 hrs |

This aircraft was manufactured and issued a Standard Airworthiness Certificate on 5/20/2001 with 5.4 hrs. The interior and aircraft completion was accomplished by Bombardier in Wichita, KS and completed 12/4/2001 with 29.4 hrs and 16 cycles.

This aircraft is on Smart Parts for airframe and avionics, Honeywell MSP plan for the APU and GE Engine services plan.

The following equipment is installed in this aircraft;

6 TUBE COLLINS PROLINE IV EFIS
2 VHF-422D COMM'S
2 VIR-432 NAV'S
2 ADF-462 ADF
2 DME-422 DME
2 COLLINS TDR 90
1 COLLINS RTA-854 RADAR
2 COLLINS FMC-6000 FMS
2 COLLINS GPS
2 COLLINS HF / SELCAL HF
COLLINS / 7.0 TCAS II
Triple IRS
AFIS
COLLINS 6 CHANNEL SATCOM
MAGNASTAR C-2000 AIRPHONE
ARTEX SATELLITE ELT
ENHANCED W/WINDSHEAR GPWS
FAIRCHILD CVR, A200S

LORAL F1000 FDR
AIRSHOW 400
AUTO THROTTLES
MAGNASTAR 2000 & COLLINS SATCOM

The following flight manual supplements are in the flight manual;

- Noise characteristics
- Operation on wet and contaminated runways
- Operations at airports elevations up to 14,000 feet
- Category II operations
- Flight with landing gear down
- FMS navigation in polar regions
- Operation with airplane systems inoperative
- AOA vane transducers
- Galley overheat sensors
- Passenger oxygen system
- HF transfer system
- Remote cabin temperature control system
- Cabin call system
- Baggage & lavatory smoke detectors
- Fax annunciator
- Emergency lighting
- Cabin Bus Disconnect switch
- Safe flight enhanced auto throttle system
- Observer audio panel

The aircraft has SB 604-11-001, increasing MTOW to 48,200 lbs.

Weight and balance is dated 11/22/2004 with an empty weight of 26,696.67 lbs, arm 521.62 and moment of 13,925,497.67. BOW is 27,794.37 lbs, arm 516.05 and moment of 14,343,298.57 with a % MAC of 30.25.

**Engines**

Both engines are the original engines delivered with the aircraft. The aircraft is on the GE engine maintenance program, GE, CF 34 Maintenance Cost Per Hour (MCPH) Engine Service Agreement, ESI-01-0763C. Engine logbook show good details and chronological order.

Left Engine

Model CF34-3B
S/N GE-E-873033

TT     1764.9 hrs
Cycles 1166

Hot section inspection due at 3000 hrs or in 1235.1 hrs
Overhaul due at 6000 hrs or in 4235.1 hrs

<u>Right Engine</u>

Model CF34-3B
S/N GE-E-873034

TT     1764.9 hrs
Cycles 1166

Hot section inspection due at 3000 hrs or in 1235.1 hrs
Overhaul due at 6000 hrs or in 4235.1 hrs

<u>APU</u>

Honeywell
P/N 3800050-5
Model GTCP 36-100E
S/N P-699

TT     1431 hrs

The APU is covered by the Honeywell MSP plan. This is the original APU delivered
with the aircraft. The APU had a hot section inspection completed at 1375 hrs by
Honeywell due to poor performance.

### **Interior and Exterior**

<u>Interior</u>

Entering the aircraft is the standard large S curved galley. This has a microwave oven,
high temp oven and dual coffee makers. Across from the galley is the forward closet.
Entering into the 9 place cabin is a four place club, going aft on the right hand side is a
three place couch arrangement and a two place club seating arrangement across on the
left side from the couch. Going aft is the full service lavatory and the entry door into the
baggage compartment.



Bombardier Completion Center
1 LEARJET WAY
WICHITA KANSAS, 67209

# Cabin Floor Plan:
(CL-600 S/N 5498)



The wood is a dark stained burl with plated accents. The chairs are done in grey leather and the couch has a matching darker fabric. The carpet is a dark black/grey with a pattern of light colored swirls throughout the carpet. The interior is clean and shows very well. Rating of interior would be 8.5 – 9.0. Refer to the attached CD for photos of the interior.

The aircraft has a Magnastar and Collins Satcom with handsets in the cabin and cockpit. It also has DVD, VHS and CD player capabilities over two monitors on the forward and aft bulkheads.



Exterior

The exterior is a base Matterhorn white with a multiple colored stripe package. The exterior is clean with all the bright work highly polished. Very little minor window scratching was noticed. Refer to the attached CD photos of the exterior.



Delphi
Challenger 604, S/N 5498, N599DA

## Overall

The aircraft is well maintained, logbooks reflect attention to detail. The aircraft is clean inside and outside. This aircraft shows very well.

# Lear 60, S/N 237, N699DA

Aircraft current times and cycles are as follows;

| | |
|---|---|
| Airframe Total Time: | 1441 hrs |
| Airframe Total flights: | 1188 |
| | |
| Left Engine Total time: | 1405.7 hrs |
| Left Engine total Cycles: | 1162 |
| | |
| Right Engine Total Time: | 1441 hrs |
| Right Engine Total Cycles: | 1188 |
| | |
| Auxiliary Power Unit Total time: | 757  hrs |

This aircraft was manufactured and issued a Standard Airworthiness Certificate on 8/22/2001 with 7.7 hrs and 5 cycles. The interior and aircraft completion was accomplished by Bombardier in Tucson, AZ and completed 2/10/2002 with 23.84 hrs and 16 cycles.

This aircraft is on Smart Parts for airframe and avionics and the engines are covered by Pratt's Engine Service Plan #0692-01.

The following equipment is installed in this aircraft;

**Avionics:**

4 TUBE COLLINS PROLINE 4 **EFIS**
2 COLLINS VHF-422C/D **COMM'S**
2 COLLINS VIR-432 **NAV'S**
1 COLLINS ADF-462 **ADF**
2 COLLINS DME-442 **DME**
2 COLLINS TDR-94D **TDR**
1 COLLINS RTA-854 **RADAR**
2 UNIVERSAL UNS-1C **FMS**
2 UNIVERSAL 12 CHANNEL **GPS**
1 HONEYWELL KTR-953 W/SELCAL **HF**

COLLINS W/CHANGE 7 **TCAS II**
MAGNASTAR C-2000 **AIRPHONE**
DUAL COLLINS FCC-850A
**AUTOPILOT**
DORNE & MARGOLIN 14-1 **ELT**
HONEYWELL MK ENH W/WS
EGPWS, HONEYWELL
UNIVERSAL **CVR**
FAIRCHILD 1000 **FDR**
COLLINS DUAL, AHRS,AHS 85

**Special Features:**

RVSM COMPLIANT
LGHTD CTRL WHEEL CHART HLDR
CABIN SEAT STORAGE DRAWERS
DUAL COLLINS ADC-85D ADC'S

ROSEMOUNT ICE DETECTOR
77 CUBIC FOOT OXYGEN
BOTTLES
AIRTEX ELT, 406 WITH NAV

COLLINS ALT-4000 RAD ALT
LEAD ACID BATTERIES

The following flight manual supplements are in the flight manual;

- Pats Inc. APU installation
- Universal cockpit CVR-120 install
- Airtex ELT 110-406 Nav
- Collins TCAS 4000
- Jet 3"standby attitude gyro
- Rosemount ice detector
- Pitot heat indication system
- Category II operations
- RVSM operations
- Honeywell EGPWS
- Cabin power control switch

Weight and balance is dated 11/19/2004 with an empty weight of 14,572.2 lbs, arm 381.8 and moment of 5,564,337.2. BOW is 15,256.2 lbs, arm 374.28 and moment of 5,710,135.20 with a % MAC of 11.48.

## Engines

Both engines are the original engines delivered with the aircraft. The aircraft is on the Pratt engine maintenance program. Engine logbooks show good details and chronological order.

### Left Engine

Model PW305A
S/N PCE-CA0319

TT     1405.7 hrs
Cycles 1162

Hot section inspection due at 3000 hrs or in 1594.3 hrs
Overhaul due at 6000 hrs or in 4594.3 hrs

### Right Engine

Model PW305A
S/N PCE-CA0318

TT     1441 hrs
Cycles 1188

Hot section inspection due at 3000 hrs or in 1559 hrs
Overhaul due at 6000 hrs or in 4559 hrs

## APU

 SUNDSTRAND T-20G10C3A
S/N SP-E010358

Total Time: 757
Cycles      1936

Currently there is no maintenance service program on this APU.  Discussions are being held with Sundstrand about a possible warranty extension or some sort of a special buy in plan to an extended maintenance care program.

This APU has been a very troublesome unit.  It has been removed and reinstalled over 13 times since new in 2001.


## Interior and Exterior

Interior

Entering into the aircraft is the galley and service area on the right hand side of the aircraft.  This has a microwave unit.  Going aft is a four place club and aft are two forward facing chairs on the left and right.  The lavatory is on the right hand side with a small storage area aft of the lavatory area.

The wood is a dark stained burl with plated accents.  The chairs are done in grey leather.  The carpet is a dark black/grey with a pattern of light colored swirls throughout the carpet.  The interior is clean and shows very well.  Rating of interior would be 8.5 – 9.0. Refer to the attached CD for photos of the interior.

## Cabin Layout





Lear 60 Interior

Exterior

The exterior is a base Matterhorn white with a multiple colored stripe package. The exterior is clean with all the bright work highly polished. Very little minor window scratching was noticed. Refer to the attached CD photos of the exterior.



Delphi
Lear 60, S/N 237, N699DA

## <u>Overall</u>

The aircraft is well maintained, logbooks reflect attention to detail.  The aircraft is clean inside and outside.  This aircraft shows very well.