## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 Case |
| | ) | |
| DPH HOLDINGS CORP., *et al*. | ) | No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

### <u>AFFIDAVIT OF JOHN BUCHER RE: INSPECTION OF AIRCRAFT</u>

JOHN BUCHER, being duly sworn, deposes and says as follows:

1.     I am an individual over the age of 18 years and have knowledge of the facts stated herein.  I have been in the aircraft industry for 38 years and for the past eight (8) years have worked with Banc of America Leasing, which is an affiliate of Bank of America, N.A., the lessor of the two aircraft described herein (the "Bank").

2.     Before working with Bank, I was the chief of maintenance for Honeywell's corporate aviation group.  In addition, I worked in Honeywell's corporate aviation group for over 30 years.

3.     Attached to this Affidavit as **<u>Exhibit A</u>** is my biography and curriculum vitae.

4.     As part of regular business operations, records are created and retained of aircraft inspections.  These records are made at or near the time of the inspection by me after personally examining aircraft.  I am familiar with and have access to these business records relating to the inspections.

5.     I was asked by the Bank to inspect the aircraft that are the subject of this litigation: (i) one Learjet 60 aircraft bearing U.S. Registration Mark N699DA and manufacturer's serial number 237 with 2 Pratt & Whitney Canada aircraft engines and avionics (the "Learjet");

and (ii) one Bombardier CL-600-2B16 (Variant 604) aircraft bearing U.S. Registration Mark N599DA and manufacturer's serial number 5498 with 2 General Electric engines and avionics (the "Challenger").

6.    I performed inspections and reviews of the Learjet and Challenger and then prepared and provided for the Bank reports containing the findings based on my inspections and reviews of the Learjet and Challenger (the "Reports").  The Reports contain my findings based on the examination of the records and logs of the Learjet and Challenger, their maintenance status, schedules, their physical and cosmetic condition and other factors. Attached to this Affidavit as **Exhibit B** are true and accurate copies of the Reports.

Further affiant saith not.

I affirm under the penalties of perjury that the foregoing is true and correct.

/s/  John Bucher_____
John Bucher

**JOHN E. BUCHER**
7233 Girard Avenue South
Richfield, MN 55423
Home 612-866-8271
Cell 612 723-1068
e-mail: JBucher961@aol.com

**Objective:**     A management position where my aviation maintenance and operational management experience, skills and training can be utilized.

**Professional
Summary**     A strong commitment of integrity and excellence combined with a proven track record of aviation maintenance and flight operations management, safety policies and cost management.  Strengths include relationship building and the rendering of optimal quality service.  Extensive coordination and management of flight-test projects for development and certification programs within Honeywell.

**Awards**     The 2001 Vern Lowe Award from Cessna Aircraft for continued outstanding contributions to the operation and safety of Cessna Citation Aircraft.

The 2001 Honeywell Chairman's Award for superior contributions in Honeywell's goal of Delighting Our Customers.

**Experience:**     **Aircraft Maintenance Consultant**

I have been with the Banc of America Corporate Aircraft Finance group 8 years in the capacity of an Aircraft Maintenance Consultant.  My primary responsibilities include aircraft reviews, aircraft management for operations, maintenance scheduling/planning/on site management and project management.  During this time I have reviewed over 300 aircraft for condition, status, maintenance compliance and installed equipment.  Also average 6 - 10 lease returns and pre purchase inspection on a yearly basis.

Also I have assisted three Fortune 500 firms with the outfitting and completion process of new Gulfstreams.

**Manager Aircraft Maintenance and Facilities**
Honeywell Inc. Flight Operations, 1973 to March, 2002
> January 1973 to December 1999, in Minneapolis, MN.
> December 1999 to March, 2002 at Morristown, NJ
> (1973-1979 A&P Technician, 1979 promotion to Manager of Aircraft
> Maintenance)



John E. Bucher
Page 2

- Manage up to 13 technical and support personnel at two different bases (NJ and MN), with focus on monitoring their work assignments, safety compliance, budget management, personnel issues, training and annual performance reviews.
- Responsible for asset management of the aircraft owned, leased and operated by Honeywell, Inc.
- Formulate all annual budgets (up to 1.8m) and resolve any financial disparities. Authorized invoices receivable and all payments through maintenance.
- Extensive experience in contract negotiations for aircraft purchases and sales, aircraft interior completion agreements, and hangar construction.
- Compliance with the various aircraft maintenance programs for Honeywell's aircraft, including in-house maintenance and outside contract maintenance services.
- Travel extensively domestically and international levels in support of Honeywell aircraft used for company business, maintenance service and Honeywell product demonstrations.
- Successfully operate, control and manage the day to day operations of the aircraft hangar, with adherence to safety guidelines.
- Manage flight test, development and certification programs within schedule and budgetary parameters for Honeywell equipment in leased and Honeywell aircraft. Extensive interface and coordination with engineers, FAA, NASA and other organizations for certification processes.

**Education:**

**1978-1979** **Minneapolis Technical College**, Supervisory and Management Development, 18 months, GPA 3.8.

**1971-1972** **Southwest Flight Academy,** Flight training, for Commercial, Multi, Instrument and CFI.

**1970-1972** **Spartan School of Aeronautics,** Diploma in Aviation Maintenance and 2nd class FCC license.

**1967-1969** **US Navy,** Aviation fundamentals, "A" school for jet engines, leadership schools for non-commissioned officers.

**Ratings**

Airframe and Powerplant, #2149772, with Inspection Authorization
Commercial Pilot license, #2135908, with Instrument, Multi Engine and CFI ratings

**Flight Safety International**
- Numerous courses on G IV, G III, G II, G I, Cessna Citation X, model 750, Citation 650, models III and VII and Cessna 310. Also Jetstar -8, Falcon maintenance initials, refreshers, advanced troubleshooting and maintenance management.

**Honeywell**
- Selected courses for managers, including Effective Letter Writing, Hiring and Job Interviews, Managing Troubled Employees, Windows 95, Word and Palm V.

**Activities:**
- Past member of the NBAA Maintenance Committee, Cessna Citation "X" NBAA Maintenance Technical Committee and Honeywell's Senior Managers Roundtable.

John E. Bucher
Page 3

- Previous member of Gulfstream's Maintenance Planning Board, Gulfstream's G V Advisory Board, Citation X Advisory Panel, Global Express Advisory Council and ISC Committee lead for powerplants for the development of the MSG-3 maintenance program for the Global Express aircraft.
- Advisor to the Minneapolis Technical College for A&P Programs, volunteer mentor to Minneapolis Public Schools Aviation Magnet Program at Washburn High School, sponsored 8 summer sessions for a high school intern positions at Honeywell.

# <u>Aircraft Follow on Review</u>

## Challenger 604
## S/N 5498

## Lear 60
## S/N 237
## Delphi

**February 10, 2009**



EXHIBIT

B

### General

On February 10, 2009 a follow-up review was conducted on the Delphi aircraft. The aircraft are;

> ☆ Lear 60, S/N 237, N699DA
> ☆ Challenger 604, S/N 5498, N599DA

This review is an overview of status, condition, maintenance and appearance.

This is not an in-depth complete aircraft technical review.

The aircraft were reviewed at Pentastar Aviation at the Pontiac Airport in Pontiac, MI. Pentastar manages these aircraft for Delphi with management, maintenance and flight operations.

These aircraft have been reviewed at Pentastar on the following dates;

> ☆ April 7, 2005
> ☆ April 4, 2006

### Aircraft

Aircraft current times and cycles are as follows;

### Challenger 604

|  | April 2005 | April 2006 | February 2009 |
|---|---|---|---|
| Airframe Total Time: | 1765 hrs | 2349 | 3497 |
| Airframe Total flights: | 1162 | 1597 | 2405 |
| Left Engine Total time: | 1765 hrs | 2349 | 3497 |
| Left Engine total Cycles: | 1166 | 1601 | 2409 |
| Right Engine Total Time: | 1765 hrs | 2349 | 3497 |
| Right Engine Total Cycles: | 1176 | 1611 | 2419 |
| Auxiliary Power Unit Total time: | 1431 hrs |  | 3162 |

In 2008 aircraft total use was 321 hrs or a monthly average of 26.6 hrs.

**Lear 60**

|                              | April 2005 | April 2006 | February 2009 |
|------------------------------|------------|------------|---------------|
| Airframe Total Time:         | 1441 hrs   | 1890       | 2554          |
| Airframe Total flights:      | 1188       | 1573       | 2152          |
| Left Engine Total time:      | 1406 hrs   | 1865       | 2507          |
| Left Engine total Cycles:    | 1162       | 1547       | 2114          |
| Right Engine Total Time:     | 1441 hrs   | 1890       | 2554          |
| Right Engine Total Cycles:   | 1188       | 1573       | 2152          |
| Auxiliary Power Unit Total time: | 757 hrs |          | 1615          |

In 2008 aircraft total use was 218 hrs or a monthly average of 16 hrs.

Delphi continues to work with Pentastar for these aircraft for operations, management and maintenance functions. Pentastar is a first class aircraft management and operations company. I am pleased with the overall care, maintenance, control and management of these aircraft. Each aircraft is clean, polished, shows well and is current in its maintenance status.

Review of the logbooks for each aircraft show continued attention to details and above average record keeping. All 8130 are on file to support maintenance actions. I have no concerns with the aircraft record keeping or management of the aircraft logbooks. Both aircraft continue to be tracked with CAMP for maintenance tracking.

**Challenger 604**

A review of the CAMP Due List shows that there are no open or overdue items. All maintenance, AD's and Mandatory SB are current and up to date.

There has been no damage to this aircraft reflected in the logbooks.

The CAMP report reflects normal scheduled maintenance is due throughout the 2009 year with the following inspections coming due;

&#9734; 24 month pitot, static and transponder ck is due May 2009
&#9734; 12, 24, 48 and 96 month airframe inspections are due December 2009

The aircraft continues to be on the Bombardier Smart Parts Program, SP 5498-61.

The engines are on the GE Service Plan with the engines being operated on condition, ESI010763C.

The APU is on the Honeywell MSP Program, #20596.

The ELT was upgraded to a three frequency ELT on 10/1/2006 at 2562 hrs and 1762 cycles.

The 400, 800, 1600, 3200 hr inspections were accomplished by Duncan 7/16/2007 at 2957 hrs and 2019 cycles. The engines had the 3200 hr boroscope inspections at this time. Both engines inspections were normal with no defects noted. The engines are being operated on condition.

The APU had a 2100 hr hot section accomplished 12/26/2006 at 2334 APU hrs for poor performance of the APU. Operation has been normal since this repair & hot section.

The aircraft has the factory new paint which is 8 years old. The paint is fading, has numerous areas of chips and paint flaking. The perfect time to repaint this aircraft is after the 96 month inspection due in December 2009. Condition would be a 7.0.

The interior wood and chair leather is in good condition. I would recommend a new carpet as the carpet is showing its age and wear. Condition would be a 7.5 – 8.0.

The bright work is highly polished.

### Lear 60

A review of the CAMP Due List shows that there are no open or overdue items. All maintenance, AD's and Mandatory SB are current and up to date.

There has been no damage to this aircraft reflected in the logbooks.

The CAMP report reflects normal scheduled maintenance is due throughout the 2009 year with the following inspections coming due;

☆ "A" phase is due September 2009 or at 2791 hrs, whichever comes first
☆ "B" phase is due November 2009 or at 2905 hrs, whichever comes first

The aircraft continues to be on the Bombardier Smart Parts Program, SP6023762.

The engines are on the Pratt ESP Gold Service Plan, #69201.

The APU is not on any service maintenance plan.

The left engine was removed for a repair on 10/7/2006. A rental engine was installed at this time. The engine was repaired and reinstalled on the aircraft 11/3/2006 at 2066 hrs and 1704 cycles. Engine operation has been normal since this repair.

The APU had a major repair/upgrade on 10/17/2008 by Gulftsream, Appleton, WI. A new "T" wheel and compressor wheel were installed at this time due to cycles. Operation has been normal since.

The aircraft had a warranty repaint in 2004.  The paint looks good and would be rated at 8.0.

The interior wood and chair leather is in good condition.  I would recommend a new carpet as the carpet is showing its age and wear.  Condition would be a 7.5 – 8.0.

The bright work is highly polished.

## **Summary**

The Challenger has some large maintenance due at the end of the year with an expected budget costs of 275 k for the aircraft inspections and 125k for aircraft painting, with a total of 400k expected costs.

The Lear has normal maintenance events for 2009 scheduled with no major concerns.

I continue to be pleased with the care, operation, control, maintenance and management given to these aircraft by Pentastar for Delphi.  The logbooks are in very good shape, high attention to detail and represent the aircraft very well.

The real question is what Delphi will be doing.  With the low utilization of these aircraft the operating costs per flight hour must be very high compared to the industry averages.

Any questions or comments, please contact me.

John Bucher
612 723-1068

# Aircraft Review

## Delphi Aircraft

## Lear 60, S/N 237, N699DA

## Challenger 604, S/N 5498, N599DA

---

On April 7, 2005 an aircraft review was conducted on the above aircraft. This review is an overview of status, condition, maintenance and appearance. This is not an in-depth complete aircraft technical review.

Delphi has contracted with Pentastar Aviation, Oakland County International Airport, 7002 Highland Rd, Waterford, MI 48327 to manage, operate and maintain these two aircraft. Delphi's contact regarding aviation matters is Mr. Jay Evans, 248 813-2564. Kellie Rittenhouse is the account manager at Pentastar who is responsible for the handling of the Delphi account. Both aircraft have been operated by Pentastar for Delphi since new. Pentastar Aviation is a full service facility. This includes aircraft management, operations, scheduling, flight crews and maintenance. They operated 19 aircraft under contract for various clients. The Delphi aircraft are operated under Pentastar's FAA 135 Operating certificate for charter and some of Delphi's executive travel. Most of the Delphi's corporate flying is conducted under FAA part 91.

Kellie Rittenhouse was most helpful in setting up arrangements and the aircraft for this report. Upon my arrival at Pentastar, I found both aircraft in a large, well lighted and clean maintenance hangar. I was given a customer office for the logbook reviews and paperwork.

Jay Evans has disclosed to me that Delphi is dissatisfied and discouraged with the service, dispatch reliability and cost management that Delphi is receiving from Pentastar. He had asked that I report back to him on my findings and discoveries in the process of doing this report.

The Lear 60 has been a difficult aircraft to operate as there have been so many component failures. There have been multiple problems with;

- Fuel quantity indication

- Pressurization components
- Landing gear side brace actuators
- APU operations
- Engine seals, causing an in-flight shutdown of the engine

Also the product support from Bombardier has added to the difficulty of supporting this aircraft.

### Lear 60, N699DA

Aircraft current times and cycles are as follows;

| | |
|---|---|
| Airframe Total Time: | 1441 hrs |
| Airframe Total flights: | 1188 |
| | |
| Left Engine Total time: | 1405.7 hrs |
| Left Engine total Cycles: | 1162 |
| | |
| Right Engine Total Time: | 1441 hrs |
| Right Engine Total Cycles: | 1188 |
| | |
| Auxiliary Power Unit Total time: | 757   hrs |

### Challenger, N599DA

Aircraft current times and cycles are as follows;

| | |
|---|---|
| Airframe Total Time: | 1764.9 hrs |
| Airframe Total flights: | 1162 |
| | |
| Left Engine Total time: | 1764.9 hrs |
| Left Engine total Cycles: | 1166 |
| | |
| Right Engine Total Time: | 1764.9 hrs |
| Right Engine Total Cycles: | 1176 |
| | |
| Auxiliary Power Unit Total time: | 1431 hrs |

Aircraft usage is as follows;

## 2004 Aircraft Utilization

### Lear 60

| | | |
|---|---|---|
| Owner operated | 327.3 hrs | 66% |
| Executive charter | 65.1 hrs | 13% |
| Customer charter | 100.2 hrs | 21% |
| Total hrs flown | 492.6 hrs | 100% |

### Challenger 604

| | | |
|---|---|---|
| Owner operated | 474.0 hrs | 78% |
| Executive charter | 26.0 hrs | 4% |
| Customer charter | 108.3 hrs | 18% |
| Total hrs flown | 608.3 hrs | 100% |

## 2005 Aircraft Utilization (January & February)

### Lear 60

| | | |
|---|---|---|
| Owner operated | 36.2 hrs | 40% |
| Executive charter | 5.2 hrs | 6% |
| Customer charter | 49.6 hrs | 54% |
| Total hrs flown | 91 hrs | 100% |

### Challenger 604

| | | |
|---|---|---|
| Owner operated | 62.2 hrs | 67% |
| Executive charter | 00.0 hrs | 0% |
| Customer charter | 30.1 hrs | 33% |
| Total hrs flown | 92.3 hrs | 100% |

The Lear 60 has averaged 41.7 hrs of monthly use in the last 14 months.

The Challenger 604 has averaged 50.0 hrs of monthly use in the last 14 months.

A copy of the last flight log sheet, for each aircraft is attached to this report.

Logbooks for both aircraft, engines and APU's were complete, chronological and very detailed. Pentastar has a very structured process of work orders, maintenance, inspections and aircrafts records. All logbooks show of care, attention to detail and organization.

Both aircraft have CAMP for maintenance tracking. Each aircraft was current in maintenance, with no open or overdue items noted. Projections for each aircraft were done for the next 12 months, 400 hrs of operation and 200 cycles. All items noted coming due were standard normal inspection and servicing requirements.

Both aircraft meet the current regulatory requirements for turbojet aircraft. Pentastar has RVSM LOA's and MEL's for each aircraft.

# Challenger 604, S/N 5498, N599DA

Aircraft current times and cycles are as follows;

| | |
|---|---|
| Airframe Total Time: | 1764.9 hrs |
| Airframe Total flights: | 1162 |

| | |
|---|---|
| Left Engine Total time: | 1764.9 hrs |
| Left Engine total Cycles: | 1166 |

| | |
|---|---|
| Right Engine Total Time: | 1764.9 hrs |
| Right Engine Total Cycles: | 1176 |

Auxiliary Power Unit Total time:    1431 hrs

This aircraft was manufactured and issued a Standard Airworthiness Certificate on 5/20/2001 with 5.4 hrs.  The interior and aircraft completion was accomplished by Bombardier in Wichita, KS and completed 12/4/2001 with 29.4 hrs and 16 cycles.

This aircraft is on Smart Parts for airframe and avionics, Honeywell MSP plan for the APU and GE Engine services plan.

The following equipment is installed in this aircraft;

6 TUBE COLLINS PROLINE IV EFIS
2 VHF-422D COMM'S
2 VIR-432 NAV'S
2 ADF-462 ADF
2 DME-422 DME
2 COLLINS TDR 90
1 COLLINS RTA-854 RADAR
2 COLLINS FMC-6000 FMS
2 COLLINS GPS
2 COLLINS HF / SELCAL HF
COLLINS / 7.0 TCAS II
Triple IRS
AFIS
COLLINS 6 CHANNEL SATCOM
MAGNASTAR C-2000 AIRPHONE
ARTEX SATELLITE ELT
ENHANCED W/WINDSHEAR GPWS
FAIRCHILD CVR, A200S

LORAL F1000 FDR
AIRSHOW 400
AUTO THROTTLES
MAGNASTAR 2000 & COLLINS SATCOM

The following flight manual supplements are in the flight manual;

- Noise characteristics
- Operation on wet and contaminated runways
- Operations at airports elevations up to 14,000 feet
- Category II operations
- Flight with landing gear down
- FMS navigation in polar regions
- Operation with airplane systems inoperative
- AOA vane transducers
- Galley overheat sensors
- Passenger oxygen system
- HF transfer system
- Remote cabin temperature control system
- Cabin call system
- Baggage & lavatory smoke detectors
- Fax annunciator
- Emergency lighting
- Cabin Bus Disconnect switch
- Safe flight enhanced auto throttle system
- Observer audio panel

The aircraft has SB 604-11-001, increasing MTOW to 48,200 lbs.

Weight and balance is dated 11/22/2004 with an empty weight of 26,696.67 lbs, arm
521.62 and moment of 13,925,497.67.  BOW is 27,794.37 lbs, arm 516.05 and moment
of 14,343,298.57 with a % MAC of 30.25.

## Engines

Both engines are the original engines delivered with the aircraft.  The aircraft is on the
GE engine maintenance program, GE, CF 34 Maintenance Cost Per Hour (MCPH)
Engine Service Agreement, ESI-01-0763C.  Engine logbook show good details and
chronological order.

Left Engine

Model CF34-3B
S/N GE-E-873033

TT      1764.9 hrs
Cycles 1166

Hot section inspection due at 3000 hrs or in 1235.1 hrs
Overhaul due at 6000 hrs or in 4235.1 hrs

Right Engine

Model CF34-3B
S/N GE-E-873034

TT      1764.9 hrs
Cycles 1166

Hot section inspection due at 3000 hrs or in 1235.1 hrs
Overhaul due at 6000 hrs or in 4235.1 hrs

APU

Honeywell
P/N 3800050-5
Model GTCP 36-100E
S/N P-699

TT      1431 hrs

The APU is covered by the Honeywell MSP plan. This is the original APU delivered
with the aircraft. The APU had a hot section inspection completed at 1375 hrs by
Honeywell due to poor performance.

**Interior and Exterior**

Interior

Entering the aircraft is the standard large S curved galley. This has a microwave oven,
high temp oven and dual coffee makers. Across from the galley is the forward closet.
Entering into the 9 place cabin is a four place club, going aft on the right hand side is a
three place couch arrangement and a two place club seating arrangement across on the
left side from the couch. Going aft is the full service lavatory and the entry door into the
baggage compartment.



Bombardier Completion Center
1 LEARJET WAY
WICHITA KANSAS, 67209

# Cabin Floor Plan:
## (CL-600 S/N 5498)



The wood is a dark stained burl with plated accents. The chairs are done in grey leather and the couch has a matching darker fabric. The carpet is a dark black/grey with a pattern of light colored swirls throughout the carpet. The interior is clean and shows very well. Rating of interior would be 8.5 – 9.0. Refer to the attached CD for photos of the interior.

The aircraft has a Magnastar and Collins Satcom with handsets in the cabin and cockpit. It also has DVD, VHS and CD player capabilities over two monitors on the forward and aft bulkheads.



Exterior

The exterior is a base Matterhorn white with a multiple colored stripe package. The exterior is clean with all the bright work highly polished. Very little minor window scratching was noticed. Refer to the attached CD photos of the exterior.



Challenger 604, S/N 5498, N599DA

## Overall

The aircraft is well maintained, logbooks reflect attention to detail.  The aircraft is clean inside and outside.  This aircraft shows very well.

# Lear 60, S/N 237, N699DA

Aircraft current times and cycles are as follows;

Airframe Total Time:              1441 hrs
Airframe Total flights:           1188

Left Engine Total time:           1405.7 hrs
Left Engine total Cycles:         1162

Right Engine Total Time:          1441 hrs
Right Engine Total Cycles:        1188

Auxiliary Power Unit Total time:   757  hrs

This aircraft was manufactured and issued a Standard Airworthiness Certificate on 8/22/2001 with 7.7 hrs and 5 cycles. The interior and aircraft completion was accomplished by Bombardier in Tucson, AZ and completed 2/10/2002 with 23.84 hrs and 16 cycles.

This aircraft is on Smart Parts for airframe and avionics and the engines are covered by Pratt's Engine Service Plan #0692-01.

The following equipment is installed in this aircraft;

**Avionics:**

4 TUBE COLLINS PROLINE 4 **EFIS**
2 COLLINS VHF-422C/D **COMM'S**
2 COLLINS VIR-432 **NAV'S**
1 COLLINS ADF-462 **ADF**
2 COLLINS DME-442 **DME**
2 COLLINS TDR-94D **TDR**
1 COLLINS RTA-854 **RADAR**
2 UNIVERSAL UNS-1C **FMS**
2 UNIVERSAL 12 CHANNEL **GPS**
1 HONEYWELL KTR-953 W/SELCAL **HF**

COLLINS W/CHANGE 7 **TCAS II**
MAGNASTAR C-2000 **AIRPHONE**
DUAL COLLINS FCC-850A
**AUTOPILOT**
DORNE & MARGOLIN 14-1 **ELT**
HONEYWELL MK ENH W/WS
EGPWS, HONEYWELL
UNIVERSAL **CVR**
FAIRCHILD 1000 **FDR**
COLLINS DUAL, AHRS,AHS 85

**Special Features:**

RVSM COMPLIANT
LGHTD CTRL WHEEL CHART HLDR
CABIN SEAT STORAGE DRAWERS
DUAL COLLINS ADC-85D ADC'S

ROSEMOUNT ICE DETECTOR
77 CUBIC FOOT OXYGEN
BOTTLES
AIRTEX ELT, 406 WITH NAV

COLLINS ALT-4000 RAD ALT
LEAD ACID BATTERIES

The following flight manual supplements are in the flight manual;

- Pats Inc. APU installation
- Universal cockpit CVR-120 install
- Airtex ELT 110-406 Nav
- Collins TCAS 4000
- Jet 3"standby attitude gyro
- Rosemount ice detector
- Pitot heat indication system
- Category II operations
- RVSM operations
- Honeywell EGPWS
- Cabin power control switch

Weight and balance is dated 11/19/2004 with an empty weight of 14,572.2 lbs, arm 381.8 and moment of 5,564,337.2.  BOW is 15,256.2 lbs, arm 374.28 and moment of 5,710,135.20 with a % MAC of 11.48.

**Engines**

Both engines are the original engines delivered with the aircraft.  The aircraft is on the Pratt engine maintenance program.  Engine logbooks show good details and chronological order.

Left Engine

Model PW305A
S/N PCE-CA0319

TT     1405.7 hrs
Cycles 1162

Hot section inspection due at 3000 hrs or in 1594.3 hrs
Overhaul due at 6000 hrs or in 4594.3 hrs

Right Engine

Model PW305A
S/N PCE-CA0318

TT     1441 hrs
Cycles 1188

Hot section inspection due at 3000 hrs or in 1559 hrs
Overhaul due at 6000 hrs or in 4559 hrs

## APU

SUNDSTRAND T-20G10C3A
S/N SP-E010358

Total Time: 757
Cycles        1936

Currently there is no maintenance service program on this APU.  Discussions are being held with Sundstrand about a possible warranty extension or some sort of a special buy in plan to an extended maintenance care program.

This APU has been a very troublesome unit.  It has been removed and reinstalled over 13 times since new in 2001.

## Interior and Exterior

Interior

Entering into the aircraft is the galley and service area on the right hand side of the aircraft.  This has a microwave unit.  Going aft is a four place club and aft are two forward facing chairs on the left and right.  The lavatory is on the right hand side with a small storage area aft of the lavatory area.

The wood is a dark stained burl with plated accents.  The chairs are done in grey leather.  The carpet is a dark black/grey with a pattern of light colored swirls throughout the carpet.  The interior is clean and shows very well.  Rating of interior would be 8.5 – 9.0.  Refer to the attached CD for photos of the interior.

## Cabin Layout





Lear 60 Interior

<u>Exterior</u>

The exterior is a base Matterhorn white with a multiple colored stripe package. The exterior is clean with all the bright work highly polished. Very little minor window scratching was noticed. Refer to the attached CD photos of the exterior.



Delphi
Lear 60, S/N 237, N699DA

### Overall

The aircraft is well maintained, logbooks reflect attention to detail.  The aircraft is clean inside and outside.  This aircraft shows very well.

# John E. Bucher

Born and raised in Minneapolis, MN graduated from Washburn H.S. and joined the US Navy in 1967. Attended Navy basic aircraft courses and "A" school for jet engines. Served as ships company aboard the USS Kearsarge (CVS 33) for two West PAC tours working with SH3A helicopters and C1A aircraft. (C1A referred to as the COD, Carrier On-board Delivery aircraft)

Attended Spartan School of Aeronautics in Tulsa, OK from January 1971 to September 1972. Obtained my A&P license with a second class FCC license. While attending Spartan earned my private, commercial, multi engine, instrument and flight instructor's ratings. Currently hold A&P with IA endorsement with over 2500 hours of flying experience.

Returned to Minneapolis, MN and started with Honeywell Flight Operations in January of 1973 as an A&P maintenance technician. Aircraft at that time consisted of 2 Gulfstream G I's, Jetstar-8 and a Cessna 310B model. Attended Minneapolis Community College in the evenings and graduated in the spring of 1979 with a degree in Supervisory and Management.

Promoted in 1979 to the Manager of Aircraft Maintenance and Facilities for Honeywell Flight Operations, Minneapolis. Responsibilities include the asset management of company owned aircraft, scheduled and unscheduled maintenance requirements and long range planning as required. Previous aircraft have included Gulfstream II's, III's, IV's Citation 650's models III and VII's. With the merger of Allied Signal and Honeywell in December 1999 transferred to Morristown, NJ. Responsibilities include a Citation X, Falcon 2000, Falcon 900 EX, Gulfstream IV and a Sikorsky S 76 B helicopter.

Also have had extensive management and coordination with the military, FAA, NASA and Honeywell engineers involving flight-test projects as required for equipment development, STC and certification programs. These have included programs with OH 58, Huey, Cobra, Blackhawk and MD 500 helicopters. Fixed wing aircraft have ranged from light twin to Gulfstreams and the F 20 Tigershark. The Citation 650 in Minneapolis was used for the space shuttle radar altimeter program, various military sensors and the early days of GPS testing.

John retired from Honeywell March 1, 2002. I started my aircraft consulting business in May 2002 and continue to work full time as an aircraft maintenance consultant.

John is married to Bonnie Bucher and they make their home in Castlewood, SD. They have two children; Molly is in college, while Scott is married and lives in Dallas, TX.