BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

Damon R. Leichty (*pro hac vice pending*)
Telephone: (574) 233-1171
Email: dleichty@btlaw.com

Sarah Quinn Kuhny (*pro hac vice pending*)
Telephone: (574) 233-1171
Email: skuhny@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| | ) | |
| DPH HOLDINGS CORP., *et al*. | ) | No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

**Documents served:**

1. Bank of America, N.A.'s Supplemental Response to Claims Objection of Reorganized Debtors and to Reorganized Debtors' Statement of Disputed Issues with Respect to Proof of Administrative Claim Nos. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816, and 19817 filed by Bank of America, N.A.;

2. Affidavit of John Prock Re: Diminution in Value of Aircraft from October 8, 2005 to October 6, 2009;

3. Affidavit of Stuart R. Schwartz;

4. Affidavit of John Bucher Re: Inspection of Aircraft; and

5.     Bank of America, N.A.'s Motion for Leave to Proffer a Third Affidavit in Support of its Supplemental Response to Reorganized Debtors' Statement of Disputed Issues with Respect to Proof of Administrative Claim Nos. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816 and 19817 filed by Bank of America, N.A.

The undersigned certifies that copies of the documents listed above were served upon the parties listed in the attached **Exhibit A** at their respective addresses by Federal Express on the date indicated below.

Date of Service:  April 14, 2011        I declare that the statement above is true to the best of my information, knowledge and belief.

/s/ Patrick E. Mears
Patrick E. Mears

# **EXHIBIT A**

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY  10601-4140

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Michael W. Perl, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL  60606

Office of The United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

DPH Holdings, Corp.
Attn:  General Counsel
5725 Delphi Drive
Troy, MI  48098

Albert Togut
Neil Berger
Lara Sheikh
Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY 10119