**Hearing Date: April 21, 2011**
                             **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
  In re                                    :     Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,         :     Case No. 05-44481 (RDD)
                                              :
             Reorganized Debtors.  :     (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED SIXTY-FIFTH OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                       300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixty-Fifth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**∗

    1.    **"VEBA Committee Motion for Order"** - Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20462)

        *Responses filed:*    *Reorganized Debtors' Objection To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20525)*

        *Opposition By Official Committee Of Eligible Salaried Retirees To Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

|  |  |
|---|---|
|  | *Trust To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court And (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20529)* |
|  | *Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20605)* |
| *Replies filed:* | *Reply In Support Of Final Report And Request For Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20620)* |
| *Related filings:* | *Notice Of Hearing On Motion Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust Pursuant To 11 U.S.C. § 105 And The Salaried OPEB Settlement Order To (I) Compel The Official Committee Of Eligible Salaried Retirees To File Its Final Report With The Court Pursuant To The Terms Of The Salaried OPEB Settlement Order; And, (II) To Direct The Office Of The United States Trustee To Disband The Official Committee Of Eligible Salaried Retirees (Docket No. 20463)* |
|  | *Notice of Adjourned Hearing (Docket No. 20501)* |
|  | *Notice Of Hearing Regarding Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20526)* |
|  | *Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20527)* |
|  | *Notice Of Adjourned Hearing (Docket No. 20550)* |
|  | *Objection Of William P. Gifford (Docket No. 20563)* |
|  | *Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) And Request For Instructions (Docket No. 20617)* |

3

*Declaration Of Dean M. Gloster In Support Of Reply In Support Of Final Report And Request For Instructions By Official Committee Of Eligible Salaried Retirees (Docket No. 20622)*

*A Letter In Response To The "Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Reprort [sic] Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d)" (Docket No. 20627)*

*Affidavit Of Patricia L. Beaty, Esq., In Further Support Of The Limited Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. § 1114(d) (Docket No. 20629)*

*Exhibits A To J To Affidavit In Support Of Limited Objection To The Final Report Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. 1114(d) (Docket No. 20630)*

*Objection Of James R. Frost (Undocketed)*

*Objection Of John C. Norris (Undocketed)*

*Objection Of Richard A. Davis (Undocketed)*

*Objection Of Delphi Salaried Retirees Association Board Of Directors (Undocketed)*

*Objection Of Paul J. Dobosz (Undocketed)*

*Supplemental Response By Official Committee Of Eligible Salaried Retirees To Limited Objection By VEBA Committee (Docket No. 20681)*

*Declaration Of Dean Gloster In Support Of Supplemental Response To Limited Objection By VEBA Committee (Docket No. 20682)*

*Letter by Timothy T. Brock on Behalf of VEBA Committee Regarding Status Update (Docket No. 20797)*

|   |   |
|---|---|
|   | *Further Supplemental Response By Official Committee Of Eligible Salaried Retirees To Limited Objection By VEBA Committee (Docket No. 20820)* |
|   | *Notice Of Adjournment And Cancellation Of Sixty-Third Omnibus Hearing (Docket No. 21076)* |
|   | *A Letter To The Court Concerning Violations Of The "First Amended And Restated Delphi Salaried Retirees Association Benfit [sic] Trust Agreement' By A Member Of The Official Committee Of Retired Salaried Employees Pursuant To 11 U.S.C. ' 1114(d)" From William B. Gifford, Delphi Retiree's Committee Member (Undocketed)* |
|   | *Notice Of Rescheduling Of Sixty-Fourth Omnibus Hearing And Forty-Second Claims Hearing (Docket No. 21149)* |
| *Status:* | *This matter has been adjourned by agreement of the parties.* |

C.   **Uncontested, Agreed, Withdrawn, Or Settled Matters**

   *None.*

D.   **Contested Matters**

2.   **"Tal-Port Late Claim Motion"** - Motion Of Tal-Port Industries, LLC For Allowance Of An Administrative Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 21195)

|   |   |
|---|---|
| *Responses filed:* | *Reorganized Debtors' Objection To Motion Of Tal-Port Industries, LLC For Allowance Of An Administrative Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 21208)* |
| *Replies filed:* | *None.* |
| *Related filings:* | *Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Tal-Port Industries, LLC (Administrative Expense Claim No. 19804) (Docket No. 21162)* |

5

|  |  |
|---|---|
|  | *Notice Of Motion Of Tal-Port Industries, LLC For Allowance Of An Administrative Claim Pursuant To 11 U.S.C. § 503(b)(1)(A) And, In The Alternative, For Leave To File A Late Administrative Expense Claim Pursuant To Bankruptcy Rule 9006(b) (Docket No. 21196)* |
|  | *Proof of Administrative Expense Claim No. 19804* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

**E.     Adversary Proceedings**

*None.*

Dated: New York, New York
April 20, 2011

                                         SKADDEN, ARPS, SLATE, MEAGHER
                                           & FLOM LLP

                           By: /s/ John K. Lyons
                               John Wm. Butler, Jr.
                               John K. Lyons
                               Albert L. Hogan III
                               Ron E. Meisler

                           155 North Wacker Drive
                           Chicago, Illinois 60606

                                  - and -

                           Four Times Square
                           New York, New York 10036

                           Attorneys for DPH Holdings Corp., et al.,
                             Reorganized Debtors