**Hearing Date: April 21, 2011**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FORTY-THIRD CLAIMS HEARING AGENDA

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                        300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Forty-Third Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (1 Matter)

    C.    Uncontested, Agreed, Or Settled Matters (2 Matters)

    D.    Contested Matters (3 Matters)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **"Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation"** - Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation as Objected to on the Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

        *Responses filed:*    *Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346)*

        *Replies filed:*    *Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569)*

*Related filings:*   *Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20509)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20549)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20693)*

*(I) Notice Of Adjournment Of Evidentiary Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation And (II) Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20803)*

*Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21117)*

*Order Denying Motion Of Ohio Bureau Of Workers' Compensation To (I) Deem Claim Timely Filed, Or, Alternatively, (II) Authorize The Amendment Of Claim, Or (III) Permit Late Filed Claim (Docket No. 21147)*

|  |  |
|---|---|
|  | *Notice of Adjournment of Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim Number 1301 Filed by Ohio Bureau of Workers' Compensation (Docket No. 21207)* |
|  | *Proof of Claim No. 1301* |
| *Status:* | *The hearing with respect to proof of claim number 1301 has been adjourned to the June 23, 2011 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21207).* |

**C.    Uncontested, Agreed, Or Settled Matters**

2.  **"Claims Objection Hearing Regarding Claims of Navistar, Inc."** - Claims Objection Hearing Regarding Proofs of Administrative Expense Claim Numbers 19147 and 19921 of Navistar, Inc. f/k/a International Truck and Engine Corporation as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11.U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (II) Transferred Workers' Compensation Claims, (III) Modify And Allow Certain Administrative Expense Severance Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|  |  |
|---|---|
| *Responses filed:* | *Response Of Navistar Inc. To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19466)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 19147 And 19921 (Navistar, Inc. f/k/a* |

        *International Truck And Engine Corporation) (Docket No. 21004)*

        *Statement Of Disputed Issues With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 19147 And 19921 (Navistar, Inc. f/k/a International Truck And Engine Corporation) (Docket No. 21032)*

        *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Nos. 19147 And 19921 Filed By Navistar, Inc. (Docket No. 21115)*

        *Withdrawal Of Claim For Navistar, Inc. (f/k/a International Truck And Engine Corporation) re: Claim Nos. 19921 And 19147 (Docket No. 21161)*

        *Joint Stipulation And Agreed Order Between Reorganized Debtors And Navistar, Inc. Withdrawing Administrative Expense Claim Nos. 19147 And 19921 (Docket No. 21186)*

        *Proofs of Administrative Expense Claim Nos. 19147 and 19921*

    *Status:*    *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Navistar, Inc. Withdrawing Administrative Expense Claim Nos. 19147 And 19921 (Docket No. 21186).*

3. **"Claims Objection Hearing Regarding Claim of Sensata Technologies, Inc."** - Claims Objection Hearing Regarding Claim of Sensata Technologies, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

    *Responses filed:*  *Response Of Sensata Technologies, Inc. To Reorganized Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19529)*

    *Replies filed:*  *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain*

5

|  |  |
|---|---|
|  | *Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18881 (Sensata Technologies, Inc.) (Docket No. 21122)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 18881 (Sensata Technologies, Inc.) (Docket No. 21141)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Sensata Technologies, Inc. Withdrawing Proof Of Administrative Expense Claim Number 18881 (Docket No. 21146)* |
|  | *Proof of Administrative Expense Claim No. 18881* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Sensata Technologies, Inc. Withdrawing Proof Of Administrative Expense Claim Number 18881 (Docket No. 21146).* |

D. **Contested Matters**

4. **"Sufficiency Hearing Regarding Claim Number 9647 Filed By Park Enterprises Of Rochester, Inc. And Subsequently Transferred To Longacre Master Fund Ltd."** – Sufficiency Hearing Regarding Claim Number 9647 of Longacre Master Fund Ltd., as Transferee of Park Enterprises of Rochester, Inc., as Objected to on the Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments (Docket No. 12687)

   *Responses filed:*   *Response Of Longacre Master Fund Ltd. To Debtors' Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General*

|  |  |
|---|---|
|  | *Unsecured Claims By Amount Of Cure Payments (Docket No. 13089)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Twenty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain Claims To Implement Cure Payments And Modify General Unsecured Claims By Amount Of Cure Payments (Docket No. 13155)* |
|  | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Debtors' Objection To Proof Of Claim Number 9647 Filed By Park Enterprises Of Rochester, Inc. And Subsequently Transferred To Longacre Master Fund Ltd. (Docket No. 21203)* |
| *Related filings:* | *Notice Of Sufficiency Hearing With Respect To (I) Debtors' Objection To Proof Of Claim Number 9647 And (II) Reorganized Debtors' Objection To Scheduled Liability Numbers 10396186 And 10402310 (Docket No. 21178)* |
|  | *Proofs of Claim Nos. 9647 and 16395* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

5. **"Sufficiency Hearing Regarding Madison Niche Opportunities LLC's Scheduled Liability No. 10396186"** - Sufficiency Hearing Regarding Scheduled Liability Number 10396186 of Madison Niche Opportunities LLC, as Transferee of American Cable Company Inc., as Objected to on the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities,(B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

|  |  |
|---|---|
| *Responses filed:* | *Response To: Notice Of Objection To Claim – Forty-Fourth Omnibus (Docket No. 19690)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain* |

7

|  |  |  |
|---|---|---|
|  |  | *Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)* |
|  |  | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objection To (I) Scheduled Liability Number 10396186 Scheduled On Behalf Of American Cable Company Inc. And Subsequently Transferred To Madison Niche Opportunities LLC And (II) Scheduled Liability Number 10402173 Scheduled On Behalf Of Union Metal Products Corp. EFT And Subsequently Transferred To Madison Investment Trust Series 38 (Docket No. 21204)* |
|  | *Related filings:* | *Notice Of Transfer Of Claim (Docket No. 8230)* |
|  |  | *Notice Of Sufficiency Hearing With Respect To (I) Debtors' Objection To Proof Of Claim Number 9647 And (II) Reorganized Debtors' Objection To Scheduled Liability Numbers 10396186 And 10402310 (Docket No. 21178)* |
|  |  | *Scheduled Liability No. 10396186* |
|  | *Status:* | *The hearing with respect to this matter will be proceeding.* |

6. **"Sufficiency Hearing Regarding Madison Investment Trust Series 38's Scheduled Liability No. 10402173"** - Sufficiency Hearing Regarding Scheduled Liability Number 10402173 of Madison Investment Trust Series 38, as Transferee of United Metal Prod Corp EFT, as Objected to on the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities,(B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395)

|  |  |  |
|---|---|---|
|  | *Responses filed:* | *Response To: Notice Of Objection To Claim – Forty-Fourth Omnibus (Docket No. 19691)* |

8

| | |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19700)* |
| | *Reorganized Debtors' Supplemental Reply To Response Of Claimant To Reorganized Debtors' Objection To (I) Scheduled Liability Number 10396186 Scheduled On Behalf Of American Cable Company Inc. And Subsequently Transferred To Madison Niche Opportunities LLC And (II) Scheduled Liability Number 10402173 Scheduled On Behalf Of Union Metal Products Corp. EFT And Subsequently Transferred To Madison Investment Trust Series 38 (Docket No. 21204)* |
| *Related filings:* | *Notice Of Transfer Of Claim (Docket No. 6955)* |
| | *Notice Of Sufficiency Hearing With Respect To (I) Debtors' Objection To Proof Of Claim Number 9647 And (II) Reorganized Debtors' Objection To Scheduled Liability Numbers 10396186 And 10402310 (Docket No. 21178)* |
| | *Scheduled Liability No. 10402173* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

9

Dated: New York, New York
April 20, 2011

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ John K. Lyons
   John Wm. Butler, Jr.
   John K. Lyons
   Albert L. Hogan III
   Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors