UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| DPH Holdings Corp., *et al.*, | ) ) | No. 05-44481-rdd |
| Debtors. | ) ) ) | |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Damon R. Leichty to be admitted, ***pro hac vice***, to represent Bank of America NA, a creditor in the above-captioned bankruptcy case, and upon the movant's certification that the movant is a member in good standing of the bar in the state of Indiana, it is hereby

**ORDERED,** that Damon R. Leichty, Esq., is admitted to practice, ***pro hac vice***, in the above bankruptcy case, in the United States Bankruptcy Court, Southern District of New York.

Dated: April 21, 2011

    White Plains, New York

                                  /s/Robert D. Drain
                                  United States Bankruptcy Judge