TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts Counsel for DPH Holdings Corp, *et al.*,
Reorganized Debtors
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut
Neil Berger
Lara Sheikh

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :
                                                                 :     Chapter 11
DPH HOLDINGS CORP., *et al.*,                                    :     Case No. 05-44481 [RDD]
                                                                 :
              Reorganized Debtors.                               :     Jointly Administered
                                                                 :
-----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF (I) REORGANIZED DEBTORS' FIRST REQUEST
TO CLAIMANT BANK OF AMERICA, N.A. FOR PRODUCTION OF
DOCUMENTS AND THINGS; AND (II) REORGANIZED DEBTORS' FIRST
SET OF INTERROGATORIES TO CLAIMANT BANK OF AMERICA, N.A.**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK )

      DENISE CAHIR, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

      On April 21, 2011, deponent served copies of the (i) Reorganized Debtors' First Request to Claimant Bank of America, N.A. for Production of Documents and Things; and (ii) Reorganized Debtors' First Set of Interrogatories to Claimant Bank of

America, N.A., upon all the parties set forth on the service list annexed hereto, by FedEx standard overnight delivery.

/s/Denise Cahir
DENISE CAHIR

Sworn to before me this
21st day of April 2011

/s/Krista Ackerman
NOTARY PUBLIC

## SERVICE LIST

Patrick E. Mears, Esq.
Barnes & Thornburg LLP
171 Monroe Avenue N.W.
Suite 1000
Grand Rapids, Michigan  49503-2694

Damon R. Leichty, Esq.
Barnes & Thornburg LLP
600 1st Source Bank Center
100 North Michigan
South Bend, Indiana  46601-1632