Hearing Date: May 26, 2011 at 10 a.m. (EDT)

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

**REORGANIZED DEBTORS' SUPPLEMENTAL REPLY
WITH RESPECT TO PROOF OF ADMINISTRATIVE
EXPENSE CLAIM NUMBER 18556**

**(CON-WAY FREIGHT, INC.)**

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), hereby submit this Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 18556 (the "Supplemental Reply") filed by Con-Way Freight, Inc. (the "Claimant") and respectfully represent as follows:

1.  On March 29, 2011 the Reorganized Debtors filed the Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 18556 (Con-Way Freight, Inc.) (Docket No. 21184) (the "Statement of Disputed Issues").

2.  Because the Claimant has not filed a supplemental response, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon the Statement of Disputed Issues.

3.    In the event that the Claimant files a supplemental response or otherwise raises additional issues contesting the assertions in the Statement of Disputed Issues, the Reorganized Debtors reserve all of the their rights to (a) supplement this Supplemental Reply and (b) assert that the Claimant has not followed the claims objection procedures approved by this Court.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) disallowing and expunging proof of administrative expense claim number 18556 in its entirety and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:    New York, New York
         April 28, 2011

BUTZEL LONG, a professional corporation

By: /s/ Eric B. Fisher
    Barry N. Seidel
    Eric B. Fisher
    Katie L. Cooperman
    380 Madison Avenue, 22nd Floor
    New York, New York 10017
    (212) 818-1110

*Attorneys for Reorganized Debtors*

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2011, a true and correct copy of the Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 18556 (CON-WAY FREIGHT, INC.) was served by Fax to the following person at the following address:

David Edelberg, Esq.
155 Polifly Road
Hackensack, New Jersey 07601
F: (201) 343-5181
*Attorneys for Con-Way Freight, Inc.*

Dated: Detroit, Michigan            /s/ Alexis L. Richards
       April 28, 2011               Alexis L. Richards

3