Hearing Date: May 26, 2011 at 10 a.m. (EDT)

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

### REORGANIZED DEBTORS' SUPPLEMENTAL REPLY WITH RESPECT TO PROOFS OF ADMINISTRATIVE EXPENSE CLAIM NUMBERS 19720, 19721, 19722 and 19723

### (FCI CONNECTORS HUNGARY GMBH, FCI KOREA LTD., AND FCI USA, INC.)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), hereby submit this Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 and 19723 (the "Supplemental Reply") filed by FCI Connectors Hungary GmbH, FCI Korea Ltd., and FCI USA, Inc. (collectively, the "Claimant") and respectfully represent as follows:

1. On March 29, 2011 the Reorganized Debtors filed the Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 and 19723 (FCI Connectors Hungary GmbH, FCI Korea Ltd., and FCI USA, Inc.) (Docket No. 21182) (the "Statement of Disputed Issues").

2.  Because the Claimant has not filed a supplemental response, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon the Statement of Disputed Issues.

3.  In the event that the Claimant files a supplemental response or otherwise raises additional issues contesting the assertions in the Statement of Disputed Issues, the Reorganized Debtors reserve all of the their rights to (a) supplement this Supplemental Reply and (b) assert that the Claimant has not followed the claims objection procedures approved by this Court.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) disallowing and expunging proofs of administrative expense claim numbers 19720, 19721, 19722 and 19723 in their entirety and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated:  New York, New York
        April 28, 2011

                                BUTZEL LONG, a professional corporation


                                By: /s/ Eric B. Fisher
                                    Barry N. Seidel
                                    Eric B. Fisher
                                    Katie L. Cooperman
                                    380 Madison Avenue, 22nd Floor
                                    New York, New York 10017
                                    (212) 818-1110

                                *Attorneys for Reorganized Debtors*

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

# CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2011, a true and correct copy of the Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 and 19723 (FCI CONNECTORS HUNGARY GMBH, FCI KOREA LTD., AND FCI USA, INC.) was served by Fax to the following person at the following address:

Keith J. Cunningham, Esq.
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
F: (207) 791-1350
*Attorneys for FCI Connectors Hungary GmbH, et al.*

Dated: Detroit, Michigan          /s/ Alexis L. Richards
   April 28, 2011                 Alexis L. Richards