IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| DPH HOLDINGS CORP., et al., | ) Case No. 05-44481 (RDD) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

## REQUEST TO BE REMOVED FROM RECEIVING NOTICES IN A CASE

**PLEASE TAKE NOTICE** that Isaac M. Pachulski, Eric D. Goldberg and the law firm of Stutman, Treister & Glatt, hereby request that they be removed from the electronic notice list and all other service lists in this matter.

Dated: April 28, 2011

Respectfully submitted,

By: /s/ Eric D. Goldberg
STUTMAN, TREISTER & GLATT, P.C.
Eric D. Goldberg
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067-6013
(310) 228-5600
egoldberg@stutman.com
ipachulski@stutman.com

Counsel for CR Intrinsic Investors, LLC

550428v.1