**NOWELL, AMOROSO, KLEIN, BIERMAN, P.A.**
David Edelberg, Esq.
155 Polifly Road
Hackensack, New Jersey 07601
Tel: 201-343-5001
Attorneys for Con-way Freight Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                       :    Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :    Case No. 05-44481 (RDD)
                                            :
Reorganized Debtors.                        :    (Jointly Administered)
------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2011, I caused to be served by regular mail, the Supplemental Response of Con-way Freight Inc. to the Debtors' Objection to Administrative Expense Claim, upon:

Donald V. Orlandoni, Esq.
Butzel Long
150 W. Jefferson Avenue
Suite 100
Detroit, Michigan 48226
.

Dated:  Hackensack, New Jersey
        May 2, 2011

**NOWELL, AMOROSO, KLEIN, BIERMAN, P.A.**

/s/ David Edelberg
David Edelberg, Esq.
155 Polifly Road
Hackensack, New Jersey 07601
Tel: 201-343-5001

G:\wp\WPDATA\CLIENT FILES\C Files\ConWay Transportation Services, Inc\083. Delphi\Pleadings\Certificate of Service 5.2.11.doc