BINGHAM McCUTCHEN LLP
Kate K. Simon
One State Street
Hartford, CT  06103
Tel:  860.240.2700
Fax:  860.240.2800

*Counsel to Sumitomo Corporation and Sumitomo Corp. of America*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| **DPH HOLDINGS CORP.,** *et al.*, | ) ) Case No. 05-44481 (RDD) |
| Debtors. | ) ) **(Jointly Administered)** |

### REQUEST FOR REMOVAL FROM ELECTRONIC NOTICE SERVICE LIST

PLEASE TAKE NOTICE that the undersigned counsel requests to be removed from the electronic notice service list:

> Kate K. Simon
> Bingham McCutchen LLP
> One State Street
> Hartford, CT  06103
> Telephone No.:  860.240.2700
> Facsimile No.:   860.240.2800
> kate.simon@bingham.com

A/74251509.1

Dated: Hartford, Connecticut
       May 3, 2011

          Respectfully submitted,


          By: /s/Kate K. Simon
            Kate K. Simon
            BINGHAM McCUTCHEN LLP
            One State Street
            Hartford, CT  06103
            Tel:  860.240.2700
            Fax:  860.240.2800

*Counsel to Sumitomo Corporation and Sumitomo Corp. of America*

BINGHAM McCUTCHEN LLP
Kate K. Simon
One State Street
Hartford, CT  06103
Tel:  860.240.2700
Fax:  860.240.2800

*Counsel to Sumitomo Corporation and
Sumitomo Corp. of America*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | ) ) Case No. 05-44481 (RDD) |
| Debtors. | ) ) (Jointly Administered) ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 3, 2011, she caused to be electronically filed the *Request for Removal from Electronic Notice Service List* using the ECF system which sent notification of such filing to the parties listed on the Court's electronic mail notice list.

Dated:  Hartford, Connecticut
        May 3, 2011

Respectfully submitted,

By: /s/Kate K. Simon
    Kate K. Simon
    BINGHAM McCUTCHEN LLP
    One State Street
    Hartford, CT  06103
    Tel:  860.240.2700
    Fax:  860.240.2800

*Counsel to Sumitomo Corporation and Sumitomo
Corp. of America*

A/74251509.1