BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone: (616) 742-3936
Email: pmears@btlaw.com

Damon R. Leichty (*pro hac vice*)
Telephone: (574) 233-1171
Email: dleichty@btlaw.com

Sarah Quinn Kuhny (*pro hac vice*)
Telephone: (574) 233-1171
Email: skuhny@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DPH HOLDINGS CORP., *et al*. | ) | No. 05-44481 (RDD) |
| Reorganized Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE
_____

**Documents served:**

1.   Bank of America, N.A.'s First Document Requests to Reorganized Debtors

_____

The undersigned certifies that copies of the documents listed above were served upon the parties listed in the attached **Exhibit A** via electronic mail and also at their respective addresses by Federal Express on the date indicated below.

Date of Service: May 5, 2011           I declare that the statement above is true to the best
                                        of my information, knowledge and belief.

                                        /s/ Sarah Quinn Kuhny
                                        Sarah Quinn Kuhny

# **EXHIBIT A**

Albert Togut
Neil Berger
Lara Sheikh
Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY 10119