| | |
|---|---|
| Neil A. Goteiner (NG 1644)<br>Dean M. Gloster (Admitted *Pro Hac Vice*)<br>FARELLA BRAUN + MARTEL LLP<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 954-4400<br>Facsimile:  (415) 954-4480 | Hearing Date & Time: May 26, 2011 at 10:00 a.m. (prevailing Eastern Time)<br><br>Objections due:  May 19, 2011 |

Attorneys for OFFICIAL COMMITTEE OF
ELIGIBLE SALARIED RETIREES


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x    Chapter 11
                                                    :
     In re:                                         :    Case No. 05-44481 (RDD)
                                                    :
DPH HOLDINGS CORP., et al.,                         :    (Jointly Administered)
                                                    :
                                                    :
                                                    :
                                                    :
             Reorganized Debtors.                   :
---------------------------------------------------x

## CERTIFICATE OF SERVICE

Documents Served:

**MOTION BY OFFICIAL COMMITTEE OF ELIGIBLE SALARIED RETIREES TO DESIGNATE BENEFIT OF DSRA VEBA AS IN LIEU OF COBRA COVERAGE;**

**DECLARATION OF DEAN M. GLOSTER; and**

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the documents listed above were servedupon the parties listed below by FedEx standard overnight delivery on May 6, 2011, to the parties listed below:

Hon. Robert D. Drain
United States Bankruptcy Court
 for the Southern District of New York
300 Quarropas Street
White Plains, NY  10601-4140
Telephone:  (914) 390-4155

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois  60606
Attn:  John Wm. Butler, Jr.; Albert L. Hogan, III; Nick D. Campanario
Telephone:  (312) 407-0700

Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York  10169
Attn:  Timothy T. Brock
Telephone:  (212) 818-9200
        and
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204
Attn:  Patricia L. Beaty
Telephone:  (317) 238-6278

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004
Attn:  Alicia M. Leonhard
Telephone:  (212) 668-2255

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.  Executed on May 6, 2001, at San Francisco, California.

/s/  *Barbara Arzio*
Barbara Arzio