IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
In re : Chapter 11
:
DPH HOLDINGS CORP., et al., : Case No. 05-44481 (RDD)
:
Reorganized Debtors. : (Jointly Administered)
:
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court-appointed claims and noticing agent for the Debtors in the above-captioned cases.

On May 2, 2011, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.

Dated: May 5, 2011

_____
Christie K. Pham

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 5th day of May, 2011, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Transferor | Pension Benefit Guaranty Corporation | Attn Karen L Morris Esq | Office of the Chief Counsel | 1200 K St NW Ste 340 | Washington | DC | 20005 | 21216 |
| Transferee | Credit Suisse Loan Funding LLC | Attn Gil Golan | Eleven Madison Ave 5th Fl | | New York | NY | 10010 | 21216 |
| Notice Party | Pension Benefit Guaranty Corporation | Attn Chief Financial Officer | 1200 K St NW | | Washington | DC | 20005 | 21216 |
| Notice Party | Credit Suisse Loan Funding LLC | Attn Ashwinee Sawh | Eleven Madison Ave 5th Fl | | New York | NY | 10010 | 21216 |
| Transferor | Credit Suisse Loan Funding LLC | Attn Gil Golan | Eleven Madison Ave 5th Fl | | New York | NY | 10010 | 21217 |
| Transferee | Prime Capital Master SPC GOT WAT MAC Segregated Portfolio | Attn Vincent Conley | c o Waterstone Capital Management LP | 2 Carlson Pkwy Ste 260 | Plymouth | MN | 55447 | 21217 |
| Transferor | Credit Suisse Loan Funding LLC | Attn Gil Golan | Eleven Madison Ave 5th Fl | | New York | NY | 10010 | 21218 |
| Transferee | Waterstone Market Neutral Master Fund Ltd | Attn Vincent Conley | c o Waterstone Capital Management LP | 2 Carlson Pkwy Ste 260 | Plymouth | MN | 55447 | 21218 |
| Transferor | Credit Suisse Loan Funding LLC | Attn Gil Golan | Eleven Madison Ave 5th Fl | | New York | NY | 10010 | 21219 |
| Transferee | Waterstone MF Fund Ltd | Attn Vincent Conley | c o Waterstone Capital Management LP | 2 Carlson Pkwy Ste 260 | Plymouth | MN | 55447 | 21219 |

# EXHIBIT B

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

| | |
|---|---|
| TO: | Transferee |
| | Transferee Address |
| CC: | Transferor |
| | Transferor Address |
| | Notice Party (if applicable) |
| FROM: | Joseph Johnson |
| DATE: | _____ |
| RE: | Notice of Rejection of Notice of Transfer (Claim No._____ or Creditor ID No. _____) |

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Delphi Corporation, et al., Case No. 05-44481 (RDD)** been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

_____   The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

_____   The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

_____   The NOT asserts that it transfers a proof of claim or scheduled liability from the above listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

_____   The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

_____   The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

_____   The NOT was filed after the Claims Record Date and is therefore untimely pursuant to Paragraph 45 of the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified And (II) Confirmation Order

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.