Hearing Date: June 23, 2011 at 10 a.m. (EDT)

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

**NOTICE OF ADJOURNMENT OF CLAIM OBJECTION HEARING
WITH RESPECT TO REORGANIZED DEBTORS' OBJECTION TO
PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER
17882 FILED BY UNION PACIFIC RAILROAD COMPANY**

("NOTICE OF ADJOURNMENT OF CLAIM OBJECTION HEARING AS TO
PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 17882")

PLEASE TAKE NOTICE that on January 22, 2010, DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors"), successors of Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, *et al*.) (collectively, the "Debtors") objected to proof of administrative expense claim number 17882 (the "Claim") filed by Union Pacific Railroad Company (the "Claimant") pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred

Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that on March 22, 2011, the Reorganized Debtors filed a Notice of Claims Objection Hearing With Respect to Reorganized Debtors' Objection to Proof of Administrative Expense Claim Number 17882 (Union Pacific Railroad Company) (Docket No. 21164), scheduling an evidentiary hearing (the "Claim Objection Hearing") on the merits of the Claim.  The Claim Objection Hearing was scheduled for May 26, 2011 at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140.

PLEASE TAKE FURTHER NOTICE that pursuant to paragraph 9(a)(ii) of the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089), the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims

2

entered October 22, 2009 (Docket No. 18998), and the Thirteenth Supplemental Order Pursuant To 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered November 1, 2010 (Docket No. 20765), the Claims Objection Hearing is hereby adjourned to June 23, 2011, at 10:00 a.m. (prevailing Eastern time).

Dated:   New York, New York
          May 10, 2011

                              BUTZEL LONG, a professional corporation

                              By: /s/ Eric B. Fisher
                                  Barry N. Seidel
                                  Eric B. Fisher
                                  Katie L. Cooperman
                                  380 Madison Avenue, 22nd Floor
                                  New York, New York 10017
                                  (212) 818-1110

                              *Attorneys for Reorganized Debtors*

1277707

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, a true and correct copy of the Notice Of Adjournment Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 17882 filed by union pacific railroad company was served by Fax to the following person at the following address:

Ilene J. Feldman, Esq.
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825
F: (203) 256-3333
*Attorneys for Union Pacific Railroad Company*

Dated: Detroit, Michigan           /s/ Alexis L. Richards
       May 10, 2011                Alexis L. Richards

4