**Hearing Date: May 26, 2011 at 10 a.m. (EDT)**

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

**REORGANIZED DEBTORS' SUPPLEMENTAL REPLY
WITH RESPECT TO PROOFS OF ADMINISTRATIVE EXPENSE
CLAIM NUMBERS 18966 AND 18967**

**(AKZO NOBEL COATINGS, INC. AND AKZO
NOBEL INDUSTRIAL COATINGS MEXICO S.A.)**

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), hereby submit this Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 18966 and 18967 (the "Supplemental Reply") filed by Akzo Nobel Coatings, Inc. and Akzo Nobel Industrial Coatings Mexico S.A. (collectively, the "Claimant") and respectfully represent as follows:

1.  On March 29, 2011 the Reorganized Debtors filed the Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 18966 and 18967 (Akzo Nobel Coatings, Inc. and Akzo Nobel Industrial Coatings Mexico S.A.) (Docket No. 21185) (the "Statement of Disputed Issues").

2. The Reorganized Debtors and the Claimant subsequently agreed to extend (a) the Claimant's deadline for filing its supplemental response to May 2, 2011 and (b) the Reorganized Debtors' deadline for filing their supplemental reply to May 13, 2011.

3. Because the Claimant has not filed a supplemental response, the Statement of Disputed Issues is uncontested and the Reorganized Debtors rely upon the Statement of Disputed Issues.

4. In the event that the Claimant files a supplemental response or otherwise raises additional issues contesting the assertions in the Statement of Disputed Issues, the Reorganized Debtors reserve all of the their rights to (a) supplement this Supplemental Reply and (b) assert that the Claimant has not followed the claims objection procedures approved by this Court.

WHEREFORE the Reorganized Debtors respectfully request that this Court enter an order (a) disallowing and expunging proofs of administrative expense claim numbers 18966 and 18967 in their entirety and (b) granting the Reorganized Debtors such other and further relief as is just.

Dated: New York, New York
       May 10, 2011

BUTZEL LONG, a professional corporation

By: /s/ Eric B. Fisher
    Barry N. Seidel
    Eric B. Fisher
    Katie L. Cooperman
    380 Madison Avenue, 22nd Floor
    New York, New York 10017
    (212) 818-1110

*Attorneys for Reorganized Debtors*

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
(212) 818-1110
Barry N. Seidel
Eric B. Fisher
Katie L. Cooperman

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2011, a true and correct copy of the Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 18966 and 18967 (AKZO NOBEL COATINGS, INC. AND AKZO NOBEL INDUSTRIAL COATINGS MEXICO S.A.) was served by Fax to the following persons at the following address:

Richard B. Herzog, Esq.
Byron C. Starcher, Esq.
Nelson Mullins Riley & Scarborough, LLP
201 17th Street, N.W., Suite 201
Atlanta, GA 30363
F: (404) 322-6050
*Attorneys for AKZO Nobel Coatings, Inc. &*
*AKZO Nobel Industrial Coatings Mexico S.A.*

Dated: Detroit, Michigan                    /s/ Alexis L. Richards
      May 10, 2011                                Alexis L. Richards