**HODGSON RUSS LLP**
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Tel: 716-856-4000
Fax: 716-849-0349
Garry M. Graber, Esq.
James C. Thoman, Esq.
ggraber@hodgsonruss.com
jthoman@hodgsonruss.com

*Attorneys for Unifrax I LLC f/k/a Unifrax Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., : | Jointly Administered |
| : | |
| Debtors. : | |
| : | |

------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James C. Thoman, of the law firm of Hodgson Russ LLP, hereby appears in the above-captioned case as counsel for Unifrax I LLC, formerly known as Unifrax Corp. pursuant to 11 U.S.C. §1109(b) and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure. Request is hereby made for copies of all notices given or required to be given in this case and all papers served in the above-captioned case be given to and served upon him as follows:

>James C. Thoman, Esq.
>Hodgson Russ LLP
>140 Pearl Street, Suite 100
>Buffalo, New York 14202
>Telephone: (716) 856-4000
>Facsimile: (716) 849-0349
>Email: jthoman@hodgsonruss.com

**PLEASE TAKE FURTHER NOTICE** that request is also made that the address identified herein be added to all Service Lists maintained by the Court or otherwise for pleadings, notices and all documents filed and served in this case and any other related or ancillary proceedings.

Dated: May 12, 2011

                                  **HODGSON RUSS LLP**

                                  By:   */s/ James C. Thoman*
                                        James C. Thoman, Esq.

                                  Hodgson Russ LLP
                                  140 Pearl Street, Suite 100
                                  Buffalo, New York  14202
                                  Telephone:  (716) 856-4000
                                  Facsimile:  (716) 849-0349
                                  Email:  jthoman@hodgsonruss.com