UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Richard G. Atkins a/k/a Richard Gordon Atkins
a/k/a Richard Atkins a/k/a  Richard Gordon
Geoffrey Atkins d/b/a Synergy,

        Debtor.

Case No.:  10-23961 rdd
Chapter 7

## ORDER EXTENDING LOSS MITIGATION PERIOD AND ADJOURNING STATUS CONFERENCE

It appearing that the above debtor, Richard G. Atkins a/k/a Richard Gordon Atkins a/k/a Richard Atkins a/k/a  Richard Gordon Geoffrey Atkins d/b/a Synergy has requested Loss Mitigation; and it further appearing that this Court entered an order on or about October 21, 2010 granting such request as to the loan held by Chase Home Equity Line; and it further appearing that the parties have been cooperating with respect to the Loss Mitigation and, through their counsel, have agreed to extend the Loss Mitigation period and adjourn the Status Conference scheduled for May 20, 2011; and good cause appearing therefor, it is hereby

**ORDERED**, that the Loss Mitigation period is extended to July 15, 2011 and the Status Conference will now be held on July 14, 2011 at 10:00 a.m. in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601.

Dated: White Plains, New York
       May 18, 2011

                                       /s/Robert D. Drain
                                       Hon. Robert D. Drain
                                       U.S. Bankruptcy Judge