**Hearing Date: July 28, 2011 at 10 a.m. (EDT)**

BUTZEL LONG, a professional corporation
Barry N. Seidel
Eric B. Fisher
Donald V. Orlandoni
150 W. Jefferson Ave., Suite 100
Detroit, Michigan 48226
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
fisher@butzel.com

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>DPH HOLDINGS CORP., et al.,<br>                    Reorganized Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**NOTICE OF CLAIMS OBJECTION HEARING WITH RESPECT TO REORGANIZED DEBTORS' OBJECTION TO PROOFS OF ADMINISTRATIVE EXPENSE CLAIM NUMBERS 18680 AND 20072**

**(DIRECT SOURCING SOLUTIONS, INC.)**

PLEASE TAKE NOTICE that on January 22, 2010, DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors"), successors of Delphi Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the "Debtors") objected to proofs of administrative expense claim numbers 18680 and 20072 (together, the "Claims") filed by Direct Sourcing Solutions, Inc. (the "Claimant") pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers'

Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claim Objection Procedures Order") and the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b) Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims (Docket No. 18998) (together with the Claim Objection Procedures Order, the "Orders"), a claims objection hearing (the "Claims Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Claims is hereby scheduled for July 28, 2011, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Court").

2

PLEASE TAKE FURTHER NOTICE that the Claims Objection Hearing will proceed in accordance with the procedures provided in the Orders, unless such procedures are modified in accordance with Paragraph 9(k) of the Claim Objection Procedures Order. Please review the Orders carefully because failure to comply with the procedures provided in the Orders (or as modified pursuant to Paragraph 9(k) of the Claim Objection Procedures Order) could result in the disallowance and expungement of your Claims. Copies of the Orders are attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further adjourn the Claims Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:   New York, New York
         May 24, 2011

BUTZEL LONG, a professional corporation

By: /s/ Eric B. Fisher
    Barry N. Seidel, Esq.
    Eric B. Fisher, Esq.
    Donald V. Orlandoni, Esq.
    150 W. Jefferson Ave., Suite 100
    Detroit, Michigan 48226
    (313) 225-7000

*Attorneys for Reorganized Debtors*

3

BUTZEL LONG, a professional corporation
Barry N. Seidel
Eric B. Fisher
Donald V. Orlandoni
150 W. Jefferson Ave., Suite 100
Detroit, Michigan 48226
Telephone:  (313) 225-7000
Facsimile:  (313) 225-7080
fisher@butzel.com

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br>DPH HOLDINGS CORP., et al.,<br>    Reorganized Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011, a true and correct copy of the Notice of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18680 and 20072 (DIRECT SOURCING SOLUTIONS, INC.) was served by Fax to the following persons at the following addresses:

| | |
|---|---|
| Richard M. Meth, Esq.<br>FOX ROTHSCHILD LLP<br>75 Eisenhower Parkway, Suite 200<br>Roseland, New Jersey 07068<br>F: (973) 992-9125<br>-and-<br>100 Park Avenue, 15th Floor<br>New York, New York 10017 | Michael G. Shaikun, Esq.<br>C.R. Bowles, Jr., Esq.<br>GREENEBAUM DOLL & McDONALD PLLC<br>3500 National City Tower<br>101 South Fifth Street<br>Louisville, Kentucky 40402<br>F: (502) 540-2140<br>F: (502) 540-2274 |

*Attorneys for Direct Sourcing Solutions, Inc.*

Dated: Detroit, Michigan               /s/ Alexis L. Richards
       May 24, 2011                    Alexis L. Richards

4