<div align="right">**Hearing Date: May 26, 2011**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**</div>

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<div align="center">PROPOSED FORTY-FOURTH CLAIMS HEARING AGENDA</div>

Location Of Hearing:    United States Bankruptcy Court for the Southern District of New York,
                                300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Forty-Fourth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (5 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (4 Matters)

    D.    Contested Matters (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **"Claims Objection Hearing Regarding Claim of Union Pacific Railroad Company"** - Claims Objection Hearing Regarding Claim of Union Pacific Railroad Company as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

        *Responses filed:*    *Union Pacific Railroad Company's Response To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. §503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compenstation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19453)*

        *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers'*

|  |  |
|---|---|
|  | *Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 17882 (Union Pacific Railroad Company) (Docket No. 21164)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 17882 (Union Pacific Railroad Company) (Docket No. 21183)* |
|  | *Notice Of Adjournment Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 17882 Filed By Union Pacific Railroad Company (Docket No. 21265)* |
|  | *Proof Of Administrative Expense Claim No. 17882* |
| *Status:* | *The hearing with respect to this matter has been adjourned to the June 23, 2011 hearing pursuant to the Notice Of Adjournment Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 17882 Filed By Union Pacific Railroad Company (Docket No. 21265).* |

2. **"Claims Objection Hearing Regarding Claims of FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc."** - Claims Objection Hearing Regarding Claims of FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|  |  |
|---|---|
| *Responses filed:* | *Response Of FCI Connectors Hungary GmbH, FCI Korea Ltd. And FCI USA, Inc. To Debtors' Forty-Third Omnibus Objection (Claims Nos. 19720, 19721, 19722 And 19723) (Docket No. 19544)* |

3

|   |   |   |
|---|---|---|
| *Replies filed:* | | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| | | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 And 19723 (FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc.) (Docket No. 21241)* |
| *Related filings:* | | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 And 19723 (FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc.) (Docket No. 21163)* |
| | | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 And 19723 (FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc.) (Docket No. 21182)* |
| | | *Proofs of Administrative Expense Claim Nos. 19720, 19721, 19722 And 19723* |
| *Status:* | | *The hearing with respect to this matter has been adjourned to the June 23, 2011 pursuant to an agreement between the parties.* |

3.  **"Claims Objection Hearing Regarding Claims of Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A."** - Claims Objection Hearing Regarding Claims of Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims,

And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Response Of Akzo Nobel Industrial Coatings Mexico SA De CV, To The Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19460)* |
| | *Response Of Akzo Nobel Coatings Inc., To The Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19459)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 18966 And 18967(Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A.) (Docket No. 21266)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18966 And 18967 (Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A.) (Docket No. 21165)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 18966 And 18967 (Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A.)(Docket No. 21185)* |
| | *Proofs Of Administrative Expense Claim Nos. 18966 And 18967* |
| *Status:* | The hearing with respect to this matter has been adjourned to the June 23, 2011 pursuant to an agreement between the parties. |

4. **"Claims Objection Hearing Regarding Claims of Con-Way Freight, Inc."** - Claims Objection Hearing Regarding Claim of Con-Way Freight, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Response Of Con-Way Freight Inc. To Debtors' Objection To Administrative Expense Claim Number 18556 (Docket No. 19446)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 18556 (Con-Way Freight, Inc.) (Docket No. 21240)* |
| *Related filings:* | *Notice Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18556 (Con-Way Freight, Inc.) (Docket No. 21166)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 18556 (Con-Way Freight, Inc.)(Docket No. 21184)* |
| | *Con-Way Freight Inc.'s Counter Statement Of Disputed Issues With Respect To Administrative Expense Claim Number 18556 (Docket No. 21248)* |
| | *Proof Of Administrative Expense Claim No. 18556* |

|   |   |
|---|---|
| *Status:* | *The hearing with respect to this matter has been adjourned to the June 23, 2011 pursuant to an agreement between the parties.* |

**C.  Uncontested, Agreed, Or Settled Matters**

5.  **"Claims Objection Hearing Regarding Claim of Liquidity Solutions Inc., As Transferee Of S & Z Tool & Die Co., Inc."** - Claims Objection Hearing Regarding Claim of Liquidity Solutions Inc., As Transferee Of S & Z Tool & Die Co., Inc., as Objected to on the Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 11588)

|   |   |
|---|---|
| *Responses filed:* | *Response Of Liquidity Solutions, Inc. And The S&Z Entities To Debtors' Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 12225)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Twenty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (A) Duplicate Or Amended Claims, (B) Claims Not Reflected On Debtors' Books And Records, (C) Untimely Claims, And (D) Claims Subject To Modification, Modified Claims Asserting Reclamation, And Claim Subject To Modification That Is Subject To Prior Order (Docket No. 12338)* |
| *Related filings:* | *Notice Of Transfer Of Claim (Docket No. 4338)* |
|   | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Claim Number 2036 (Liquidity Solutions Inc., As Transferee Of S & Z Tool & Die Co., Inc.) (Docket No. 21167)* |
|   | *Joint Stipulation And Agreed Order Between Reorganized Debtors, S&Z Tool & Die Co., Inc., And Liquidity Solutions, Inc. (As Agent For Liquidity Solutions, Inc. Defined Benefit Pension Plan) Compromising And Allowing Proof Of Claim Number 2036 (Docket No. 21194)* |

|  |  |
|---|---|
|  | *Proof of Claim No. 2036* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, S&Z Tool & Die Co., Inc., And Liquidity Solutions, Inc. (As Agent For Liquidity Solutions, Inc. Defined Benefit Pension Plan) Compromising And Allowing Proof Of Claim Number 2036 (Docket No. 21194).* |

6. **"Claims Objection Hearing Regarding Claim of American Recycling & Manufacturing Co., Inc."** - Claims Objection Hearing Regarding Claim of American Recycling & Manufacturing Co., Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|  |  |
|---|---|
| *Responses filed:* | *American Recycling & Manufacturing Co., Inc. Response To Forty-Third Omnibus Claims Objection (Docket No. 19522)* |
|  | *American Recycling & Manufacturing Co., Inc. Supplemental Response To Objection To Administrative Expense Claim No. 18605 (Docket No. 21215)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18605 (American Recycling & Manufacturing Co., Inc.) (Docket No. 21170)* |

|   |   |
|---|---|
|   | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 18605 (American Recycling & Manufacturing Co., Inc.) (Docket No. 21188)* |
|   | *Joint Stipulation And Agreed Order Between Reorganized Debtors And American Recycling & Manufacturing Co., Inc. Compromising And Allowing Proof Of Administrative Expense Claim Number 18605 (Docket No. 21247)* |
|   | *Proof Of Administrative Expense Claim No. 18605* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And American Recycling & Manufacturing Co., Inc. Compromising And Allowing Proof Of Administrative Expense Claim Number 18605 (Docket No. 21247).* |

7. **"Claims Objection Hearing Regarding Claim of United Parcel Service"** - Claims Objection Hearing Regarding Claim of United Parcel Service as Objected to on the Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873)

|   |   |
|---|---|
| *Responses filed:* | *Declaration Of Wade Witt In Support Of United Parcel Service, Inc.'s Response To Reorganized Debtors' Forty-Seventh Omnibus Claim Objection (Claim No. 19082) (Docket No. 20038)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 20168)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19082 (United Parcel Service) (Docket No. 21168)* |

|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19082 (United Parcel Service) (Docket No. 21190)* |
|---|---|
|  | *Proof Of Administrative Expense Claim No. 19082* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, United Parcel Service, And Delphi Automotive Systems, LLC Compromising And Allowing Proof Of Administrative Expense Claim Number 19082 (Docket No. 21269).* |

8. **"Claims Objection Hearing Regarding Claim of Bank of America, N.A."** - Claims Objection Hearing Regarding Claim of Bank of America, N.A. as Objected to on the Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interest, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims (VI) Pension, Benefit And OPEB Claims And (VII) Duplicate Claims (Docket No. 18984)

| *Responses filed:* | *Response Of Bank Of America, N.A. To Thirty-Seventh Omnibus Objection To The Reorganized Debtors Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19018)* |
|---|---|
|  | *Amended Response Of Bank Of America, N.A. To Thirty-Seventh Omnibus Objection To The Reorganized Debtors Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19022)* |
|  | *Bank Of America, N.A.'s Supplemental Response To Claims Objection Of Reorganized Debtors And To Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Claim Nos. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816 And 19817 Filed By Bank Of America, N.A. (Docket No. 21209)* |
| *Replies filed:* | *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims,* |

*(II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

*Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Nos. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816, And 19817 (Bank Of America, N.A.) (Docket No. 21242)*

*Related filings:*   *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Administrative Expense Claim Nos. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816, And 19817 (Bank Of America, N.A.) (Docket No. 21171)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Nos. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816, And 19817 (Bank Of America, N.A.) (Docket No. 21187)*

*Affidavit Of John Prock Re: Diminution In Value Of Aircraft From October 8, 2005 To October 6, 2009 (Docket No. 21210)*

*Affidavit Of Stuart R. Schwartz (Docket No. 21211)*

*Affidavit Of John Bucher Re: Inspection Of Aircraft (Docket No. 21212)*

*Bank Of America, N.A.'s Motion For Leave To Proffer A Third Affidavit In Support Of Its Supplemental Response To Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Claim Nos. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816, And 19817 Filed By Bank Of America, N.A. (Docket No. 21213)*

*Affidavit Of John Bucher Re: Inspection Of Aircraft (Docket No. 21254)*

*Affidavit Of John Prock Re: Diminution In Value Of Aircraft From October 8, 2005 To October 6, 2009 (Docket No. 21255)*

*Affidavit Of Stuart R. Schwartz (Docket No. 21256)*

11

        *Proofs of Administrative Expense Claim Nos. 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816, And 19817*

        *Joint Stipulation And Agreed Order Between Reorganized Debtors And Bank of America, N.A. (I) Compromising And Allowing Proof Of Claim Numbers 20006, 20007 And 20008; And (II) Disallowing And Expunging Proof Of Claim Numbers 11317, 11470, 11457, 19585, 19586 And 19587 And Proof Of Administrative Expense Claim Numbers 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816 And 19817 (Docket No. 21270)*

*Status:*    *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Bank of America, N.A. (I) Compromising And Allowing Proof Of Claim Numbers 20006, 20007 And 20008; And (II) Disallowing And Expunging Proof Of Claim Numbers 11317, 11470, 11457, 19585, 19586 And 19587 And Proof Of Administrative Expense Claim Numbers 19069, 19087, 19088, 19123, 19124, 19125, 19602, 19603, 19604, 19815, 19816 And 19817 (Docket No. 21270)*

9. **"Claims Objection Hearing Regarding Claim of Central Transport International, Inc."** - Claims Objection Hearing Regarding Claim of Central Transport International, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

*Responses filed:*    *Response To Reorganized Debtors' Forty-Third Omnibus Claims Objection To Proof Of Claim No. 18667 Filed By Central Transport International, Inc. (Docket No. 19498)*

*Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers'*

|  |  |
|---|---|
|  | *Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18667 (Central Transport International, Inc.) (Docket No. 21169)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 18667 (Central Transport International, Inc.) (Docket No. 21189)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors, Central Transport International, Inc., And Delphi Automotive Systems, LLC Compromising And Allowing Proof Of Administrative Expense Claim Number 18667 (Docket No. 21274)* |
|  | *Proof Of Administrative Expense Claim No. 18667* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, Central Transport International, Inc., And Delphi Automotive Systems, LLC Compromising And Allowing  Proof Of Administrative Expense Claim Number 18667 (Docket No. 21274).* |

D.      Contested Matters

   *None.*

Dated: New York, New York
       May 25, 2011

                SKADDEN, ARPS, SLATE, MEAGHER
                    & FLOM LLP

            By: /s/ Ron E. Meisler
               John Wm. Butler, Jr.
               John K. Lyons
               Albert L. Hogan III
               Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors