BUTZEL LONG, a professional corporation
Barry N. Seidel
Eric B. Fisher
Donald V. Orlandoni
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
fishere@butzel.com

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

**REORGANIZED DEBTORS' SUPPLEMENTAL REPLY
WITH RESPECT TO PROOF OF ADMINISTRATIVE
EXPENSE CLAIM NUMBER 17882**

**(UNION PACIFIC RAILROAD COMPANY)**

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), hereby submit this Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 17882 (the "Supplemental Reply") filed by Union Pacific Railroad Company (the "Claimant") (together with the Reorganized Debtors, the "Parties") and respectfully represent as follows:

1.      On March 29, 2011, the Reorganized Debtors filed the Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 17882 (Union Pacific Railroad) (Docket No. 21183) (the "Statement of Disputed Issues").

2.       On May 23, 2011, the Claimant filed Union Pacific Railroad Company's Supplemental Response To Reorganized Debtors' Notice Of Claims Objection Hearing With

Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim

Number 17882 (Union Pacific Railroad Company) (Docket No. 21276) (the "Supplemental

Response").

       3.     The Parties have reached an agreement in principle to resolve fully the

Reorganized Debtors' objection to proof of administrative expense claim number 17882 (the

"Agreement"); however, the Reorganized Debtors reserve the right to supplement this

Supplemental Reply in the event that the Parties are unable to finalize the Agreement.

       WHEREFORE, in the event that the Parties are unable to finalize the Agreement, the

Reorganized Debtors respectfully request that this Court enter an order (a) disallowing and

expunging proof of administrative expense claim number 17882 in its entirety and (b) granting

the Reorganized Debtors such other and further relief as is just.

Dated:  New York, New York
        May 25, 2011

                          BUTZEL LONG, a professional corporation


                        By:  /s/  Eric B. Fisher      
                              Barry N. Seidel
                              Eric B. Fisher
                              Donald V. Orlandoni
                         380 Madison Avenue, 22nd Floor
                         New York, New York 10017
                         Telephone:  (212) 818-1110

                         *Attorneys for Reorganized Debtors*

BUTZEL LONG, a professional corporation
Barry N. Seidel
Eric B. Fisher
Donald V. Orlandoni
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
fishere@butzel.com

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 (RDD) |
| Reorganized Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2011, a true and correct copy of the Reorganized Debtors'
Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 17882
(Union Pacific Railroad Company) was served by Fax to the following person at the following
address:

Ilene J. Feldman, Esq.
Ilene J. Feldman, Esq., LLC
325 Reef Road, Suite 105
P.O. Box 1639
Fairfield, CT 06825
F: (203) 256-3333
*Attorneys for Union Pacific Railroad Company*

Dated: Detroit, Michigan                    /s/ Alexis L. Richards
         May 25, 2011                         Alexis L. Richards