Donald V. Orlandoni
BUTZEL LONG
150 W. Jefferson
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
E-mail: orlandoni@butzel.com
*Attorney for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**MOTION UNDER LOCAL BANKRUPTCY RULE 2090-1(b)
FOR ADMISSION *PRO HAC VICE* OF DONALD V. ORLANDONI**

I, Donald V. Orlandoni, a member in good standing of the bar of the State of Michigan and of the bar of the United States District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent DPH Holdings Corporation, et al., in matters related to the above-referenced case. My contact information follows:

　　　　　　　　　　Donald V. Orlandoni (P71133)
　　　　　　　　　　150 W. Jefferson
　　　　　　　　　　Suite 100 Detroit, MI 48226
　　　　　　　　　　Telephone: (313) 225-7000
　　　　　　　　　　Facsimile: (313) 225-7080
　　　　　　　　　　E-mail: orlandoni @butzel.com

I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

        Respectfully submitted,

        BUTZEL LONG

        By: /s/ Donald V. Orlandoni
        Donald V. Orlandoni (P71133)
        150 W. Jefferson Suite 100
        Detroit, MI 48226
        (313) 225-7000
        E-mail: orlandoni@butzel.com
        Dated: May 26, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served this 26th day of May, 2011 upon all parties of record through the Court's Electronic Case Filing system.

        /s/ Donald V. Orlandoni
           Donald V. Orlandoni

## CERTIFICATE

The undersigned certifies that he is eligible for admission to the Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Motion, submits to the disciplinary jurisdiction of the court for any alleged misconduct that arises in the course of these Chapter 11 cases pursuant to Local Bankruptcy Rules for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated: Detroit, Michigan
May 26, 2011

/s/ Donald V. Orlandoni
Donald V. Orlandoni