UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION FOR ADMISSION OF CYNTHIA
J.  HAFFEY TO PRACTICE IN THIS COURT *PRO HAC VICE***

Cynthia J. Haffey, a member in good standing of the bar of the State of Michigan and
of the bar of the United States District Court for the Eastern District of Michigan, having
requested admission, *pro hac vice*, to represent DPH Holdings Corporation, et al., in matters
related to the above-referenced case,

IT IS HEREBY ORDERED that Cynthia J. Haffey, Esq., is admitted to practice, *pro
hac vice*, in matters related to the above-referenced case, in the United States Bankruptcy
Court, Southern District of New York, provided that the filing fee has been paid.

Dated: White Plains, New York
        May 27, 2011

/s/Robert D. Drain
Honorable Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE