**DRINKER BIDDLE & REATH LLP**
David B. Aaronson
One Logan Square, Ste. 2000
Philadelphia, Pennsylvania 19103-6996
Telephone: (215) 988-3377

Counsel for Quaker Chemical
Corporation and Henkel Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re                                              :
                                                   :    Chapter 11
DELPHI CORPORATION, et al.,                        :
                                                   :    Case No. 05-44481 (RDD)
                                                   :
            Debtors.                               :    (Jointly Administered)
------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

The undersigned attorney hereby withdraws his appearance as counsel for Quaker

Chemical Corporation and Henkel Corporation, creditors herein, and requests that he be removed

from any and all service lists in this matter, including the Court's ECF notification list.

DATED this 27th day of May, 2011

                                    By:    /s/ David B. Aaronson
                                           David B. Aaronson, Esq.
                                           DRINKER BIDDLE & REATH LLP
                                           One Logan Square, Ste. 2000
                                           Philadelphia, Pennsylvania 19103-6996
                                           Telephone: (215) 988-3377
                                           Facsimile: (215) 988-2757
                                           Email: David.Aaronson@dbr.com

CH01/ 25736342.1

## CERTIFICATE OF SERVICE

I, David Aaronson, an attorney-at-law in the law firm of Drinker Biddle & Reath LLP, hereby certify that on May 27, 2011, a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service Lists was served electronically upon all parties who receive notice via the ECF Filing System in this case.

   /s/ David B. Aaronson  
David B. Aaronson

Dated: May 27, 2011  
      Philadelphia, Pennsylvania

CH01/ 25736342.1