

**JAFFE RAITT HEUER & WEISS**
*A Professional Corporation*
*Attorneys & Counselors*

27777 FRANKLIN ROAD, SUITE 2500 • SOUTHFIELD, MICHIGAN 48034-8214
PHONE 248.351.3000 • FAX 248.351.3082
www.jaffelaw.com

Christopher A. Andreoff
candreoff@jaffelaw.com
248.727.1380

May 19, 2011

Case Management Editing Department
U.S. Bankruptcy Court, Southern District of New York
Manhattan Office
One Bowling Green
New York, NY 10004

    Re:   *DPH Holdings Corp., et al*
           Case No. 05-44481-rdd

Dear Clerk:

    Please accept this correspondence as a request to discontinue receiving notice of e-filings in the above matter and to be terminated from the case.

    Thank you for your kind attention in this regard.

                          Sincerely,

                          **Jaffe, Raitt, Heuer & Weiss**
                          Professional Corporation

                          Christopher A. Andreoff

CAA/mag

RECEIVED MAY 23 2011 U.S. BANKRUPTCY COURT, SDNY