SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                         :
   In re                                      :         Chapter 11
                                                                        :
DPH HOLDINGS CORP., et al.,        :         Case No. 05-44481 (RDD)
                                                                         :
                      Reorganized Debtors.  :        (Jointly Administered)
                                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS'
FORTY-FOURTH OMNIBUS CLAIMS OBJECTION WITH
<u>RESPECT TO PROOF OF CLAIM NUMBER 16320</u>

      PLEASE TAKE NOTICE that DPH Holdings Corp. and its affiliated reorganized debtors

in the above-captioned cases (collectively, the "Reorganized Debtors"), formerly known as

Delphi Corporation and certain of its subsidiaries and affiliates, debtor and debtors-in-possession

(collectively, the "Debtors"), objected to proof of claim number 16320, filed by Simco

Construction, Inc., pursuant to the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395) (the "Forty-Fourth Omnibus Claims Objection").

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors are hereby withdrawing the Forty-Fourth Omnibus Claims Objection solely with respect to proof of claim number 16320.

PLEASE TAKE FURTHER NOTICE that in accordance with Articles 1.9 and 9.6(b) of the Modified Plan and 11 U.S.C. § 502, the withdrawal of the Forty-Fourth Omnibus Claims Objection with respect to proof of claim number 16320 will result in proof of claim number 16320 being allowed as a general unsecured non-priority claim in the amount of $144,606.93 against DPH-DAS LLC in accordance with the terms of the Modified Plan.

Dated:   New York, New York
         June 2, 2011

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

        By:  /s/ John K. Lyons
           John Wm. Butler, Jr.
           John K. Lyons
           Ron E. Meisler
        155 North Wacker Drive
        Chicago, Illinois 60606

        - and -

        Four Times Square
        New York, New York 10036

        Attorneys for DPH Holdings Corp., et al.,
          Reorganized Debtors