# Attachment- 3

# Letter to Larry Schmits Regarding COBRA

James B. Sumpter
21169 Westbay Circle
Noblesville, IN  46062

**Mr. Larry Schmits**
**Kreig Devault LLP**
**949 Conner St, # 200**
**Noblesville, IN  46060**

21169 Westbay Circle
Noblesville, IN  46062
September 18, 2010

Mr. Larry Schmits
Kreig Devault LLP
949 Conner St, # 200
Noblesville, IN  46060

Dear Mr. Schmits:

I would like to thank you for taking the time to understand my disability life insurance ERISA issue.  I appreciate your advices and candor.  I have not yet tried to contact Ms. O'Ryn.   I have not decided whether pursuing the issue further is the best use of my time.

During our conversation it became clear to me that you a very competent and knowledgeable attorney.  Thus, it's my hope that your expertise and experience will be applicable to a significant Delphi Salaried Retiree Lifetime COBRA issue **(worth over $532,000,000),** which resulted from the Delphi Bankruptcy.

I have pursued this issue for almost sixteen months.  However, I feel I have reached the limits of my strategic competence and my minimal legal abilities, while my stamina has been significantly eroded by my ongoing health issues.

Thus, I'm hoping that you will determine that this case has sufficient merit and probability of success that you and your firm will be willing to help.

I have received some assistance from Senator Lugar and have enclosed a copy of a letter that I sent him last May.  I have enclosed this letter because it provides a good summary of the current situation.  I have also enclosed a complete document history of my efforts (both in a spiral bound booklet and on a searchable DVD).  The enclosed document set includes an executive summary, which will also be helpful in describing the issues and the extent my efforts.

Senator Lugar's office is also engaged in securing some additional Congressional history (which I requested), via the Congressional Research Service.

Meanwhile, there has been no communications from the Department of Labor with me since March 2010 and no meaningful response to Senator Lugar's inquiries.

I do have a recent letter from the IRS, in response to an inquiry from Senator Lugar.  However, it provides little information.  A copy is enclosed.

My contact information is below:

**James B. Sumpter**
**21169 Westbay Circle**
**Noblesville, IN 46062**

**317-877-0736 hm**
**317-432-3681 cell**

**jsump@ieee.org**

I appreciate your consideration and I look forward to your timely feedback.

    Sincerely,

    James B. Sumpter