# ATTACHMENT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:

DELPHI CORPORATION, et. al.,    : (Jointly Administered)

Debtors.

------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, James B. Sumpter, do herby state that relative to the motion:

**REQUEST FOR STAY OF COURT ORDER AND RELATED PROCEEDINGS REGARDING OF VEBA IN LIEU OF COBRA RULING (DOCKET # 21306)**

I served copies of the above motion and its related attachments on the entities listed in Exhibit A, via Email and U.S. Mail. The documents were E-mailed and mailed on 9-June-2011. A paper copy and a DVD were also sent via FED EX overnight to the clerk of the court.

_____    6/9/2011
James B. Sumpter                     Date
21169 Westbay circle
Noblesville, IN 46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

# ATTACHMENT A

**Serving Date - June 9, 2011**

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
Telephone: (914) 390-4155

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: John Wm. Butler, Jr.; Albert L. Hogan, III; Nick D. Campanario
Telephone: (312) 407-0700

Co-Counsel for Delphi Salaried Retirees
Association Benefit Trust VEBA Committee
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, Suite 1130
New York, New York 10169
Attn: Timothy T. Brock
Telephone: (212) 818-9200
          and
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana 46204
Attn: Patricia L. Beaty
Telephone: (317) 238-6278

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attn: Alicia M. Leonhard
Telephone: (212) 668-2255

Dean M. Gloster (Admitted *Pro Hac Vice*)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Attorneys for OFFICIAL COMMITTEE OF
ELIGIBLE SALARIED RETIREES