BUTZEL LONG, a professional corporation
Cynthia J. Haffey
Donald V. Orlandoni
150 W. Jefferson Ave., Suite 100
Detroit, Michigan 48226
Telephone:  (313) 225-7000
Facsimile:  (313) 225-7080
haffey@butzel.com
orlandoni@butzel.com

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED DEBTORS, AKZO NOBEL COATINGS, INC. AND AKZO NOBEL INDUSTRIAL COATINGS MEXICO S.A. (I) COMPROMISING AND ALLOWING PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 18966 AND (II) DISALLOWING AND EXPUNGING PROOF OF ADMINISTRATIVE CLAIM NUMBER 18967 IN ITS ENTIRETY

(AKZO NOBEL COATINGS, INC. AND AKZO
NOBEL INDUSTRIAL COATINGS MEXICO S.A.)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), Akzo Nobel Coatings, Inc. and Akzo Nobel Industrial Coatings Mexico S.A. (together with Akzo Nobel Coatings, Inc, the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors, Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A. (I) Compromising And Allowing Proof Of Administrative Expense Claim Number 18966 And (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 18967 In Its Entirety (the "Stipulation"), and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on July 15, 2009, the Claimant filed proof of administrative expense claim number 18966 ("Claim 18966") and proof of administrative claim number 18967 ("Claim 18967") (together with Claim 18966, the "Claims") against Delphi asserting administrative expense claims in the respective amounts of $63,582.05 and $11,461.02 for alleged goods sold by the Claimant to the Debtors.

WHEREAS, on October 6, 2009 (the "Effective Date"), the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors. In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, on January 22, 2010, the Reorganized Debtors objected to the Claims pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A)

2

Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Forty-Third Omnibus Claims Objection").

WHEREAS, on February 17, 2010, the Claimant filed the Response of Akzo Nobel Coatings Inc. to the Debtors' Forty-Third Omnibus Objection to Claims (Docket No. 19459) and the Response of Akzo Nobel Industrial Coatings Mexico SA de CV to the Debtors' Forty-Third Omnibus Objection to Claims (Docket No. 19460) (collectively, the "Responses").

WHEREAS, to resolve the Forty-Third Omnibus Claims Objection with respect to the Claims, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant agreed that (a) Claim 18966 should be compromised and allowed as an administrative claim in the amount of $1,000.00 (the "Stipulated Amount") against DPH-DAS LLC and (b) Claim 18967 should be disallowed and expunged in its entirety.

NOW, THEREFORE, the Reorganized Debtors and Claimant stipulate and agree as follows:

1. Claim 18966 shall be allowed in the amount of $1,000.00 and shall be treated as an allowed administrative claim against DPH-DAS LLC in accordance with the terms of the Modified Plan.

2. Notwithstanding anything to the contrary in the Modified Plan, within 60 days of entry of this Stipulation on the Court's docket, DPH-DAS LLC shall pay the $1,000.00 referenced in paragraph 1 above in full and final satisfaction of Claim 18966. Such payment will

be remitted by check payable to "Akzo Nobel Coatings., Inc." and will be mailed to the following address:

> Nelson Mullins Riley & Scarborough, LLP
> Attention: Byron C. Starcher, Esq.
> 201 17th Street, N.W.
> Suite 1700
> Atlanta, Georgia 30363

3. Claim 18967 is hereby disallowed and expunged in its entirety.

4. The Responses are hereby deemed withdrawn with prejudice.

5. Nothing herein shall be construed as an admission of liability on behalf of the Reorganized Debtors or Debtors with respect to any portion of the Claims.

6. This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

AGREED TO AND APPROVED FOR ENTRY:

| By: /s/ Cynthia J. Haffey | By: /s/ Byron C. Starcher |
|---|---|
| Cynthia J. Haffey | Byron C. Starcher |
| Donald V. Orlandoni | 201 17th Street, N.W. |
| Butzel Long, a professional corporation | Suite 1700 |
| 150 W. Jefferson Ave., Suite 100 | Atlanta, Georgia 30363 |
| Detroit, Michigan 48226 | |
| Attorneys for DPH Holdings Corp., et al., Reorganized Debtors | Attorneys for Akzo Nobel Coatings, Inc. and Akzo Nobel Industrial Coatings Mexico S.A. |

So Ordered in White Plains, New York, this 13th day of June, 2011

> /s/Robert D. Drain
> UNITED STATES BANKRUPTCY JUDGE