EXHIBIT A

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Adversary Proceeding No.** | **None Alleged** | **None Alleged for Certain Transfers** | **Debt not owed by Plaintiff** | **Meaningless Description** | **No Date for Indebtedness** |
| 2 | Ahaus Tool & Engineering / 07-2076 | x | x | | x | |
| 3 | Ambrake Corporation, et al. / 07-2201 | | | | x | |
| 4 | BP, BP Amoco, BP Microsystems/07-2270 | x | | | x | |
| 5 | Calsonic Corp. / 07-2282 | x | | | x | |
| 6 | Carlisle Companies / 07-2291 | | x | x | x | |
| 7 | Critech Research, Inc. / 07-2188 | x | | x | x | x |
| 8 | D&S Machine Products / 07-2217 | x | | x | x | |
| 9 | DSSI /  07-2236 | x | | x | | |
| 10 | Danobat Machine Tool Co. / 07-2250 | | | x | | |
| 11 | Doshi Pretti Int'l. / 07-2211 | | x | x | x | x |
| 12 | DuPont Company, et al. / 07-2242 | | | x | x | |
| 13 | Eco-Bat America / 07-2256 | | | x | x | x |
| 14 | Ex Cell O Machine Tools / 07-2337 | | | | x | |
| 15 | FA Tech / 07-2350 | | | | x | |
| 16 | Florida Production Engineering / 07-2302 | x | x | x | | |
| 17 | Heraeus Metal Processing / 07-2442, | x | | | x | x |
| 18 | Heraeus Precious Metals / 07-2445 | x | | | x | x |
| 19 | HSS and HSS LLC / 07-2475 | | | | | |
| 20 | Johnson Controls, et al. / 07-2348 | x | | | x | x |
| 21 | Magnesium Aluminum Corp. / 07-2756 | x | | | | |
| 22 | Magnesium Electron Inc. / 07-2758 | x | | | | x |
| 23 | Methode Electronics, Inc. / 07-2432 | | | | | |
| 24 | Microchip / 07-2436 | x | | | | |
| 25 | MJ Celco, Inc. / 07-2466 | | x | x | x | |
| 26 | Muba  and Mubea, Inc. / 07-2489 | x | | x | x | |
| 27 | Multitronics/Mtronics.Com, Inc / 07-2500 | x | | x | x | x |
| 28 | NGK Automotive Ceramics USA / 07-2541 | x | | x | x | |
| 29 | Niles USA, Inc. / 07-2414 | x | | x | x | |
| 30 | NXP/Philips Semiconductors, Inc / 07-2580 | x | | | | |
| 31 | PBR Columbia LLC / 07-2572 | x | | x | x | |
| 32 | Pro Tech Machine / 07-2690 | | | x | x | |
| 33 | Republic Engineered Products / 07-7244 | | x | | x | |
| 34 | RSR Corporation / 07-2768 | x | x | x | x | x |
| 35 | Rotor Coaters International / 07-2767 | | | | | |
| 36 | Select Tool & Die Corp. / 07-2618 | | | | | |
| 37 | Solid State Stamping Inc., et al. / 07-2633 | | x | x | x | |
| 38 | Spartech Polycom / 07-2639 | x | x | x | x | |
| 39 | Sprimag Inc. / 07-2644 | | | | x | |
| 40 | Stephenson Roofing / 07-2654 | | | x | x | |

EXHIBIT A

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Adversary Proceeding No.** | **None Alleged** | **None Alleged for Certain Transfers** | **Debt not owed by Plaintiff** | **Meaningless Description** | **No Date for Indebtedness** |
| 41 | Summit Polymers Inc. / 07-2661 |  |  | x |  |  |
| 42 | Tata America Int'l Corp. / 07-2668 | x |  |  | x |  |
| 43 | Tech Central LLC / 07-2672 |  | x | x | x |  |
| 44 | The Timken Corporation / 07-2688 |  | x |  | x | x |
| 45 | Tyco Adhesives / 07-2790 |  |  |  |  |  |
| 46 | Unifrax Corp. / 07-2270 |  |  | x | x |  |
| 47 | Universal Tool & Engineering / 07-2505 | x |  |  | x |  |
| 48 | Vanguard Distributors / 07-2539 | x | x | x | x |  |
| 49 | Victory Packaging LP / 07-2551 |  |  | x |  |  |
| 50 | Vishay Americas, Inc. / 07-2556 |  | x |  |  |  |
| 51 | Wells Fargo Bank, N.A. / 07-2597 |  |  | x |  |  |