Thomas D. Noonan
BUTZEL LONG
150 W. Jefferson Ave.
Suite 100
Detroit, MI 48226
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
E-mail: noonan@butzel.com
*Attorney for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**MOTION UNDER LOCAL BANKRUPTCY RULE 2090-1(b)
FOR ADMISSION *PRO HAC VICE* OF THOMAS D. NOONAN**

I, Thomas D. Noonan, a member in good standing of the bar of the State of Michigan and of the bar of the United States District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent DPH Holdings Corporation, et al., in matters related to the above-referenced case. My contact information follows:

>Thomas D. Noonan (P60450)
>150 W. Jefferson Ave.
>Suite 100
>Detroit, MI 48226
>Telephone: (313) 225-7000
>Facsimile: (313) 225-7080
>E-mail: noonan@butzel.com

I have submitted the filing fee of $25.00 with this motion for pro hac vice admission.

        Respectfully submitted,

        BUTZEL LONG

        By: /s/ Thomas D. Noonan
        Thomas D. Noonan (P60450)
        150 W. Jefferson Ave.
        Suite 100
        Detroit, MI 48226
        (313) 225-7000
        E-mail: noonan@butzel.com
        Dated: June 13, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing document to be served this 13th day of June, 2011 upon all parties of record through the Court's Electronic Case Filing system.

        By: /s/ Thomas D. Noonan
        Thomas D. Noonan

1284482

# **CERTIFICATE**

The undersigned certifies that he is eligible for admission to the Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Motion, submits to the disciplinary jurisdiction of the court for any alleged misconduct that arises in the course of these Chapter 11 cases pursuant to Local Bankruptcy Rules for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated: Detroit, Michigan
June 13, 2011

By: /s/ Thomas D. Noonan
Thomas D. Noonan