Hearing Date and Time: June 21, 2011 at 10:00 a.m. (prevailing Eastern time)

BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

Deborah L. Thorne (admitted *pro hac vice*)
Kathleen L. Matsoukas (KL-1821)
Email: deborah.thorne@btlaw.com
       kathleen.matsoukas@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | No. 05-44481 (RDD) |
| Reorganized Debtors. | Jointly Administered |
| DELPHI CORPORATION, *et al.* | |
| Plaintiffs, | Adv. Pro. No. 07-2348 |
| -against- | |
| JOHNSON CONTROLS, JOHNSON CONTROLS BATTERY GROUP, JOHNSON CONTROLS GMBH & CO. KG and JOHNSON CONTROLS, INC. | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2011, I caused to be electronically filed the *Sur-reply of Johnson Controls, Johnson Controls Battery Group, and Johnson Controls, Inc. in Further Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint*, with exhibit, using the ECF system which will send notification of such filing to all registered ECF users.

The following party was served with the above-referenced documents via overnight delivery on June 13, 2011:

The Honorable Robert D. Drain
United States Bankruptcy Judge
United States Bankruptcy Court
    for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

The following parties were also served with the above-referenced documents by email on June 13, 2011:

| | |
|---|---|
| Neil Berger | Jeremy M. Downs |
| David M. Smith | Danielle Wildern Juhle |
| Togut, Segal & Segal LLP | Goldberg Kohn Ltd. |
| One Penn Plaza, Suite 3335 | 55 East Monroe Street, Suite 3300 |
| New York, New York 10119 | Chicago, Illinois 60603-5792 |
| nberger@teamtogut.com | Jeremy.Downs@goldbergkohn.com |
| dsmith@teamtogut.com | Danielle.Juhle@goldbergkohn.com |

Cynthia J. Haffey
Butzel Long
150 West Jefferson Ave., Suite 100
Detroit, Michigan 48226
haffey@butzel.com

Dated:  June 13, 2011

Respectfully submitted,

BARNES & THORNBURG LLP

By:    /s/Kathleen L. Matsoukas
    Deborah L. Thorne (admitted *pro hac vice*)
    Kathleen L. Matsoukas (KL-1821)
    One North Wacker Drive, Suite 4400
    Chicago, Illinois 60606-2833
    Telephone:  (312) 357-1313

Counsel to Johnson Controls, Johnson Controls Battery Group, Inc., and Johnson Controls, Inc.