**Hearing Date and Time:  June 21, 2011 at 10:00 a.m.**

Shalom Jacob
Zachary D. Silbersher
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel:  (212) 415-8600
Fax: (212) 303-2754

-and-

Courtney E. Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Tel:  (312) 443-0700
Fax: (312) 443-0336

  *Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------x
| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 [RDD] |
|   Reorganized Debtors. | (Jointly Administered) |

------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
|   Plaintiffs, | |
| v. | Adv. Pro. No. 07-02432 [RDD] |
| METHODE ELECTRONICS, INC. | |
|   Defendant. | |

------------------------------------------------x

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 13, 2011, I caused to be electronically filed *Methode Electronics, Inc.'s Sur-Reply in Support of its Objection to the Reorganized Debtors' Motion for*

1

*Leave to File Amended Complaints*, using the ECF system which will send notification of such filing to all registered ECF users.

The following parties were served with the above-referenced documents via overnight delivery on June 14, 2011:

    The Honorable Robert D. Drain
    United States Bankruptcy Court Judge
    United States Bankruptcy Court
        for the Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601


    U.S. Trustee
    United States Bankruptcy Court
        for the Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601


    Cynthia J. Haffey
    Butzel Long
    150 West Jefferson Ave., Suite 100
    Detroit, Michigan 48226
    haffey@butzel.com


Dated:  June 14, 2010
        New York, New York          /s/ Zachary D. Silbersher\_\_\_
                                                Zachary D. Silbersher
                                                LOCKE LORD BISSELL & LIDDELL LLP
                                                Three World Financial Center
                                                New York, New York 10281-2101
                                                Tel:  (212) 415-8600
                                                Fax: (212) 303-2754

2