CLARK HILL PLC  
151 S. Old Woodward Avenue, Suite 200  
Birmingham, Michigan 48009  
Joel D. Applebaum  
*pro hac vice admission*  
Mahesh K. Nayak  
*pro hac vice admission*  
japplebaum@clarkhill.com  
(248) 642-9692  

Hearing Date: **06/21/11 at 10:00 a.m. (ET)**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, ) | Case No. 05-44481 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| _____/ ) | Honorable Robert D. Drain |
| | |
| DELPHI CORPORATION, *et al.*, | Adv. Pro. No. 07-02211 |
| | |
| Plaintiffs, | |
| | |
| -against- | |
| | |
| DOSHI PRETTL INTERNATIONAL and | |
| DOSHI PRETTL INT., | |
| | |
| Defendants. | |

---

### DEFENDANT'S JOINDER IN SUR-REPLY OF METHODE ELECTRONICS, INC.'S SUR-REPLY IN SUPPORT OF ITS OBJECTION TO THE REORGANIZED DEBTORS' <u>MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS</u>

Doshi Prettl International, n/k/a Detroit Products International, LLC ("**DPI**" or "**Defendant**"), defendant in the above-captioned dismissed adversary proceeding (the "**Adversary Proceeding**"), concurs with and joins the *Sur-Reply of Methode Electronics, Inc.'s Sur-Reply in Support of Its Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints* [Docket No. 21319] (the "**Sur-Reply**"). For the reasons set forth in the *Objection of*

7097183.2 30885/135676

*Defendant to Motion by Reorganized Debtors for Leave to File Amended Complaint* [Adv. Pro. Docket No. 36] and the Sur-Reply, the Defendant respectfully requests that the Court deny the *Reorganized Debtors' Motion for Leave to File Amended Complaint.*

Respectfully submitted,

CLARK HILL PLC


/s/ *Joel D. Applebaum*
Joel D. Applebaum (*pro hac vice*)
Mahesh K. Nayak (*pro hac vice*)
151 South Old Woodward Avenue, Suite 200
Birmingham, Michigan 48009
(248) 642-9692

Attorneys for Defendant

Dated: June 14, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2011, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

I further certify that on the 14th day of June, 2011, a copy of the foregoing was sent via Federal Express overnight delivery on the following:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Donald Orlandoni<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, Michigan 48226 |

| | |
|---|---|
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 76102 | Office of the U.S. Trustee<br>Attn: Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| Barnes & Thornburg LLP<br>Attn: D. Thome/K. Matsoukas<br>One N. Wacker Drive<br>Suite 4400<br>Chicago, IL 60606 | Delphi Automotive Systems LLP<br>Attn: S. Corcoran, K. Craft, D. Sherbin<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| Honigman Miller Schwartz and Cohn LLP<br>Attn: F. Gorman/R. Weiss<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Ruskin Moscou Faltischek PC<br>Attn: J. Wurst<br>1425 RXR Plaza<br>15th Floor<br>Uniondale, NY 11556 |
| Skadden Arps Slate Meagher & Flom LLP<br>Attn: Ron Meisler<br>155 N. Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720 | Weil, Gotshal & Manges LLP<br>Attn: H. Miller/R. Lemons<br>767 Fifth Avenue<br>New York, NY 10153 |

/s/ Joel D. Applebaum
Joel D. Applebaum
Clark Hill PLC

I further certify that on the 14th day of June, 2011, a copy of the foregoing was sent via Federal Express overnight delivery upon the Honorable Robert D. Drain, U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.

/s/ Joel D. Applebaum
Joel D. Applebaum
Clark Hill PLC