**JAECKLE FLEISCHMANN & MUGEL, LLP**
12 Fountain Plaza, Suite 800
Buffalo, New York 14202
Tel: 716.856.0600
Fax: 716.856.0432
Beverley S. Braun, Esq. (admitted *pro hac vice*)
bbraun@jaeckle.com

*Attorneys for Jamestown Container Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., *et al.*, | ) | No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 07-02322 |
| -against- | ) | |
| | ) | |
| JAMESTOWN CONTAINER CORP., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, **Beverley S. Braun**, an attorney admitted to practice in the State of New York and an

associate of the firm of Jaeckle Fleischmann & Mugel, LLP, hereby certify that:

On the 14th day of June, 2011, I caused the Jamestown Container Corporation's Sur-

Reply to the Reorganized Debtors' Motion for Leave to File Amended Complaints to be

electronically filed with the Clerk of the Court using the ECF System, which sent notification to

all ECF participants requesting electronic service.

Additionally, on June 14, 2011, the following parties were also served via overnight

Federal Express:

| | |
|---|---|
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New yOrk<br>White Plains Office<br>300 Quarropas Street<br>White Plains, New York 10601<br>Tel: (914) 390-4155 | Alica M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 White Hall Street, Suite 2100<br>New York, New York 10004<br>Tel: (215) 510-0500 |
| Neil Berger, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York New York 10119<br>Tel: (212) 594-5000 | Eric B. Fisher, Esq.<br>Butzel Long<br>380 Madison Avenue<br>22nd Floor<br>New York, New York 10017 |
| Cynthia J. Haffney, Esq.<br>Butzel Long<br>150 W. Jefferson Avenue, Suite 100<br>Detroit, Michigan 48226<br>Tel: (313) 983-7434 | |

Dated: Buffalo, New York
        June 14, 2011

JAECKLE FLEISCHMANN & MUGEL, LLP
By: /s/ Beverley S. Braun
        Beverley S. Braun, Esq. (admitted *pro hac vice*)
        12 Fountain Plaza, Suite 800
        Buffalo, New York 14202
        Tel: 716-856-0600
        Fax:  716-856-0432
        bbraun@jaeckle.com
*Counsel to Jamestown Container Corp.*