James M. Sullivan
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
*Attorneys for The Timken Company and*
*The Timken Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re                                                   :
                                                        :   Chapter 11
DPH HOLDINGS CORP, et al.,                              :
                                                        :   Case No. 05-44481 (RDD)
               Reorganized Debtors.                     :   (Jointly Administered)
------------------------------------------------------- x
DELPHI AUTOMOTIVE SYSTEMS, LLC,                         :
                                                        :   Adv. Pro. No. 07-02688 (RDD)
                              Plaintiff,                :
                                                        :
               -against-                                :
                                                        :
THE TIMKEN COMPANY and THE                              :
TIMKEN CORPORATION,                                     :
                                                        :
                              Defendants.               :
------------------------------------------------------- X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      Don K. Kick, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that he caused a copy of the following pleadings:

**(1)     Sur-Reply of The Timken Company and The Timken Corporation in Further Opposition to Reorganized Debtors' Motion For Leave to File Amended Complaints; and**

**(2)     Declaration of James Sullivan in Further Support of Opposition of The Timken Company and The Timken Corporation to Reorganized Debtors' Motion for Leave to File Amended Complaints.**

to be served Via Federal Express on the 14th day of June, 2011 on the following Party at the address designated by her for such service.

849935v1  086000.0100

**Cynthia J. Haffey, Esq.**
**Butzel Long, a Professional Corporation**
**150 W. Jefferson Avenue, Suite 100**
**Detroit, MI 48226**

and served via the Electronic Case Filing System upon the registered participants as identified on the Notice of Electronic Filing on June 14, 2011.

/s/ Don K. Kick
Don K. Kick

Sworn to before me on June 14, 2011

/s/ Marie S. Leybag
Notary Public

Marie S. Leybag
Notary Public, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires: May 20, 2014

849935v1  086000.0100