**HARRIS D. LEINWAND, ESQ.**   Hearing Date:  June 21, 2011 at 10:00 a.m.
315 Madison Avenue Suite 901
New York, New York 10017
Tel: (212) 725-7338

Attorney for Ahaus Tool & Engineering Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
In re:                                                         :
                                                               : Chapter 11
DELPHI CORPORATION, et al.,                                    : Case No. 05-44481 (RDD)
                                                               : Jointly Administered
              Reorganized Debtors,          :
--------------------------------------------------------------x
                                                               :
DELPHI CORPORATION, et al.,                                    : Adv. Pro. No. 07-02076 (RDD)
                                                               :
,                              Plaintiffs,                     :
                                                               :
- against -                                                    :
                                                               :
                                                               :
AHAUS TOOL & ENGINEERING INC.                                  :
                                                               :
                              Defendant.    :
--------------------------------------------------------------x

**OBJECTION - JOINDER OF AHAUS TOOL & ENGINEERING INC. TO SUR-REPLY OF VICTORY PACKAGING AND THE TIMKEN COMPANY AND THE TIMKEN CORPORATION AND OTHER DOCUMENTS FILED IN FURTHER OPPOSITION TO REORGANIZED DEBTORS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

  AHAUS TOOL & ENGINEERING INC., ("Ahaus") by its undersigned counsel, hereby

joins in and adopts the arguments set forth in the following sur-replies to the Reorganized

Debtors' motion for leave to file amended complaints (the "Sur-replies") filed by ( the

"Objecting Preference Defendants") including, but not limited to:

1

1. **VICTORY PACKAGING'S AND VICTORY PACKAGING LP'S SUR-REPLY IN SUPPORT OF ITS OBJECTION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS (DOCKET NOS. 20863 AND 20864)**

2. **THE TIMKEN COMPANY AND THE TIMKEN CORPORATION'S SUR-REPLY IN SUPPORT OF ITS OBJECTION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS (DOCKET NO. 21319)**

The facts set out in the Sur-replies are substantially similar to the relevant facts with respect to Ahaus . (except that Ahaus does not have a release or an assumed contract) so that any relief granted for the benefit of the Objecting Preference Defendants should be granted to Ahaus

On the other hand Ahaus has facts and arguments not made by and perhaps not available to the Defendants in whose sur-replies Ahaus joins. Those facts were again stated in an earlier joinder served and filed by Ahaus today. Docket No. 61 in the adversary 07-02076 and Docket No. 21325 in 05-44481. Thus, I do not repeat them here.

For the convenience of the Court Ahaus serves and files one omnibus joinder in the sur-replies of all the other preference defendants. Ahaus respectfully joins with and incorporates all applicable arguments raised by all the other preference defendants' sur–replies.

Ahaus reserves its right to supplement this objection-joinder and to appear at any and all hearings and conferences scheduled on the Motion.

## CONCLUSION

WHEREFORE, Ahaus respectfully requests that the Court for all of the reasons set forth above, deny Delphi's Motion in all respects, award Ahaus fees and costs incurred in

2

connection with the Adversary and grant Ahaus such other and further relief as the Court deems just and proper.

Dated: New York, New York
June 14, 2011

**HARRIS D. LEINWAND, ESQ.**
Attorney for Defendant Ahaus Tool & Engineering Inc.

 /S/    Harris D. Leinwand
Harris D. Leinwand, Esq. (HL-4419)
315 Madison Avenue - Suite 901
New York, NY 10017
Telephone: (212) 725-7338

### CERTIFICATE OF SERVICE

**I,** Harris D. Leinwand, being over 18 years old, hereby certify that on June 15, 2011 true and correct copies of the Objection-Joinder of Ahaus Tool & Engineering Inc., to sur-replies to the Reorganized Debtors' motion for leave to file amended complaints were served by overnight mail on:

Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

Cynthia J. Haffey
Butzel Long PC
150 W. Jefferson Ave., Suite 100
Detroit, MI 48226

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard

3

33 Whitehall Street - Suite 2100
New York, NY 10004

Butzel Long
380 Madison Avenue - 22nd Floor
New York, NY 10017


Dated: New York, New York
       June 15, 2011


      _/S/___Harris D. Leinwand_____
      Harris D. Leinwand, Esq. (HL-4419)