UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :     Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                         :     Jointly Administered
                                                    :
            Debtors.                                :
                                                    :
                                                    :
------------------------------------------------------------x
                                                    :
DELPHI CORPORATION, et al.,                         :     Adv. Pro. No. 07-02270 (RDD)
                                                    :
            Plaintiffs,                             :
                                                    :
                                                    :
    - against -                                     :
                                                    :
BP, BP AMOCO CORP, BP MICROSYSTEMS                  :
INC., BP PRODUCTS NORTH AMERICA,                    :
CASTROL, CASTROL INDUSTRIAL                         :
AND UNIFRAX CORP.                                   :
                                                    :
            Defendant.                              :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

James C. Thoman, by his signature below hereby certifies that on June 15, 2011 true and correct copies of Unifrax Corporation's Sur-Reply in Support of its Objection to the Reorganized Debtors' Motion For Leave to File Amended Complaints were served (1) by filing the Motion using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective email addresses designated for such service; and (2) via first-class U.S. mail, postage prepaid, upon all parties listed below:

| | |
|---|---|
| Cynthia J. Haffey, Esq.<br>Butzel Long PC<br>150 W. Jefferson Ave., Suite 100<br>Detroit, MI 48226 | Office of the United States Trustee<br>Southern District of New York<br>Attn: Alicia M. Leonhard, Esq.<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |

| | |
|---|---|
| Neil Berger, Esq.<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 | Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601 |
| Eric Fisher, Esq.<br>Dickstein Shapiro<br>1633 Broadway<br>32nd Floor<br>New York, NY 10019 | Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 |

Dated: June 15, 2011

**HODGSON RUSS LLP**
*Attorneys for Unifrax I, LLC f/k/a*
*Unifrax Corporation*

By: */s/ James C. Thoman*
James C. Thoman
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
Tel: 716-848-1273
Fax: 716-849-0349
jthoman@hodgsonruss.com