UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

DELPHI CORPORATION, et al.,

                Debtors.

------------------------------------------------------------X
DELPHI CORPORATION et al.,

                Plaintiff,

    -against-

WELLS FARGO BUSINESS AND WELLS
FARGO MINNESOTA,

                Defendants.
------------------------------------------------------------X

Chapter 11

Case No. 05-44481 (RDD)

Adv. Pro. 07-02597 (RDD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NEW YORK    )

    LINDA TRENT, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York.

    On June 15, 2011, I served a true copy of the within **JOINDER OF WELLS FARGO BANK, N.A. TO SUR-REPLIES IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAING,** by (1) filing the Motion using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective e-mail addresses designated for such service; and (2) via first-class U.S. Mail, postage prepaid, upon the parties listed below:

Cynthia J. Haffey, Esq.
Butzel Long PC
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226

Office of the U.S. Trustee, S.D.N.Y.
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Alicia M. Leonard, Esq.

Hon. Robert D. Drain
U.S. Bankruptcy Court, S.D.N.Y.
300 Quarropas Street
White Plains, New York 10601

Eric Fisher, Esq.
Dickstein Shapiro
1633 Broadway, 32nd Floor
New York, New York 10019

                                                 /s/ Linda Trent
                                                 LINDA TRENT

Sworn to before me this
15th day of June, 2011

/s/ Notary
Notary Public

**MICHAEL THOMAS ROZEA**
Notary Public, State of New York
No. 02RO6233613
Qualified in Nassau County
Commission Expires January 3, 2015