LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
Susan M. Cook (Mich. Bar No. P31514)
Rozanne M. Giunta (Mich. Bar No. P29969)
Adam D. Bruski (Mich. Bar No. P70030)
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
scook@lambertleser.com

Attorneys for Defendant Pro Tech Machine

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Hon. Robert D. Drain |
| | ) | |
| | ) | |

_____ )

**SUR-REPLY AND JOINDER OF PRO TECH MACHINE IN SUPPORT OF OBJECTIONS TO
THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Defendant Pro Tech Machine ("Defendant"), by and through its attorneys, Lambert,

Leser, Isackson, Cook & Giunta, P.C., hereby submits this Sur-Reply and Joinder in support

of its objection (the "Objection") to the Reorganized Debtors' Motion for Leave to File

Amended Complaints (the "Motion").

In the interest of judicial economy, the Defendant will not repeat and restate the

arguments advanced by similarly situated parties who have filed Sur-Replies to the Motion.

The Defendant joins and adopts all relevant arguments and authorities as if stated fully

herein.  The Defendant reserves the right to supplement this Sur-Reply, including, but not

limited to providing documentary evidence, and to appear at all hearings and conferences

scheduled on the Motion.

{00104553}1

Respectfully submitted,

LAMBERT, LESER, ISACKSON,
COOK & GIUNTA, P.C.

Dated: June 15, 2011.                    By:    /s/ Susan M. Cook

_____
Susan M. Cook (MI Bar No. P31514)
Rozanne M. Giunta (MI Bar No. P29969)
Adam D. Bruski (MI Bar No. P70030)
Attorneys for the Defendant
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
scook@lambertleser.com

{00104553}2