HEARING DATE AND TIME: JUNE 21, 2011 AT 10:00 A.M. ET

HOWICK, WESTFALL, MCBRYAN & KAPLAN, LLP
3101 TOWER CREEK PARKWAY
SUITE 600, ONE TOWER CREEK
ATLANTA, GEORGIA 30339
TELEPHONE:    (678) 384-7000
FACSIMILE:     (678) 384-7034
LOUIS G. MCBRYAN (LG 1352) (PRO HAC VICE)
ATTORNEYS FOR VANGUARD DISTRIBUTORS, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DELPHI CORPORATION, ET AL. | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | CASE NO. 05-44481 (RDD) |
| | : | |
| | : | (JOINTLY ADMINISTERED) |
| | : | |
| DELPHI CORPORATION, ET AL. | : | ADVERSARY PROCEEDING NO. |
| | : | 07-02539 |
| PLAINTIFFS, | : | |
| | : | |
| -AGAINST- | : | |
| | : | |
| VANGUARD DISTRIBUTORS, INC., | : | |
| | : | |
| DEFENDANT. | : | |
| | x | |

**JOINDER OF VANGUARD DISTRIBUTORS, INC. TO SUR-REPLIES FILED IN
SUPPORT OF OBJECTION TO THE REORGANIZED DEBTORS' MOTION
<u>FOR LEAVE TO FILE AMENDED COMPLAINTS</u>**

Vanguard Distributors, Inc., Defendant in the above-captioned adversary

proceeding, joins and adopts the sur-replies of Methode Electronics, Inc. (Docket No.

21319), Johnson Controls, Johnson Controls Battery Group and Johnson Controls, Inc.

{File: 00050274.DOC / }

(Docket No. 21312), Ex-Cell Machine Tools, Inc. (Docket No. 21321) and all other sur-replies (the "Sur-replies") filed by defendants in avoidance actions filed in the above-captioned bankruptcy proceedings.  In the interest of judicial efficiency, Defendant will not reiterate all the arguments which have already been made in the Sur-replies.

Vanguard joins with other Defendants and requests that this Court deny the Reorganized Debtor's Motion for Leave to File Amended Complaints against Vanguard with prejudice.

Dated: Atlanta, Georgia
       June 15, 2011

    Respectfully submitted,

    HOWICK, WESTFALL, MCBRYAN
    & KAPLAN, LLP


    By: s/ Louis G. McBryan
        Louis G. McBryan

    Suite 600, One Tower Creek
    3101 Towercreek Parkway
    Atlanta, Georgia 30339