HOWICK, WESTFALL, MCBRYAN & KAPLAN, LLP
3101 TOWER CREEK PARKWAY
SUITE 600, ONE TOWER CREEK
ATLANTA, GEORGIA 30339
TELEPHONE:    (678) 384-7000
FACSIMILE:    (678) 384-7034
LOUIS G. MCBRYAN (LG 1352) (PRO HAC VICE)
ATTORNEYS FOR VANGUARD DISTRIBUTORS, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DELPHI CORPORATION, ET AL. | : | CHAPTER 11 |
| | : | |
| DEBTORS. | : | CASE NO. 05-44481 (RDD) |
| | : | |
| | : | (JOINTLY ADMINISTERED) |
| | : | |
| DELPHI CORPORATION, *ET AL.* | : | ADVERSARY PROCEEDING NO. |
| | : | 07-02539 |
| PLAINTIFFS, | : | |
| | : | |
| -AGAINST- | : | |
| | : | |
| VANGUARD DISTRIBUTORS, INC., | : | |
| | : | |
| DEFENDANT. | : | |
| | X | |

**NOTICE OF SERVICE**

This is to certify that on that 15th day of June, 2011, a copy of the *JOINDER OF VANGUARD DISTRIBUTORS, INC. TO SUR-REPLIES FILED IN SUPPORT OF OBJECTION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS* was filed electronically. A copy was mailed by Federal Express to chamber and sent via first class mail to:

{File: 00050280.DOC / }

Butzel Long
Attn: Eric B. Fisher, Esq.
380 Madison Avenue, 22nd Floor
New York, New York 10017

This 15th day of June, 2011.

      */s/Louis G. McBryan*
      Louis G. McBryan
      3101 Towercreek Parkway
      One Tower Creek, Suite 600
      Atlanta, Georgia 30339
      Telephone: (678) 384-7000
      Facsimile: (678) 384-7034
      E-mail: lmcbryan@hwmklaw.com
      *Attorneys for Vanguard Distributors, Inc.*