**Hearing Date and Time: 06/21/11 at 10:00 a.m.**

REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                              Chapter 11

DELPHI CORPORATION, *et al.*,

                                                                   Case No. 05-44481-RDD

                                    Debtors.
----------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

                           Plaintiffs,                             Adv. Pro. No. 07-02188-RDD
            -against-

CRITECH RESEARCH, INC.,

                           Defendant.
----------------------------------------------------------x

### CRITECH RESEARCH INC.'S SUR-REPLY IN FURTHER OPPOSITION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

        Defendant, Critech Research Inc., by its undersigned attorneys, Reich, Reich &

Reich, P.C., hereby submits this Sur-Reply in further opposition to the Reorganized Debtors'

Motion for leave to file amended complaints.

        In the interest of judicial economy, Critech joins and adopts all relevant

arguments and authorities contained in the sur-replies filed by Johnson Controls, Johnson

Controls Battery Group, and Johnson Controls, Inc. (Document No. 21312); Methode

Electronics, Inc. (Document No. 21319); and Ex-Cell-O Machine Tools, Inc. (Document No.

21321), as well as all other similar-situated defendants.

WHEREFORE, Critech respectfully requests that the Motion be denied in all

respects and that it have such other and further relief as is just and proper.

Dated:  White Plains, New York
June 14, 2011

REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.


By: /s/ Lawrence R. Reich
Lawrence R. Reich

235 Main Street
Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com