LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.
Rozanne M. Giunta (Mich. Bar No. P29969)
Susan M. Cook (Mich. Bar No. P31514)
Adam D. Bruski (Mich. Bar No. P70030)
916 Washington Ave, Suite 309
PO Box 835
Bay City, MI  48707
989-893-3518
rgiunta@lambertleser.com

Attorneys for Defendant Stephenson and Sons Roofing

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                              )
In re:                                        )   Chapter 11
                                              )
DPH HOLDINGS CORP., et al.,                   )   Case No. 05-44481 (RDD)
                                              )
         Debtors.                             )   Hon. Robert D. Drain
                                              )
_____  )

**SUR-REPLY AND JOINDER OF STEPHENSON AND SONS ROOFING IN SUPPORT OF OBJECTIONS TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Defendant Stephenson and Sons Roofing ("Defendant"), by and through its attorneys, Lambert, Leser, Isackson, Cook & Giunta, P.C., hereby submits this Sur-Reply and Joinder in support of its objection (the "Objection") to the Reorganized Debtors' Motion for Leave to File Amended Complaints (the "Motion").

In the interest of judicial economy, the Defendant will not repeat and restate the arguments advanced by similarly situated parties who have filed Sur-Replies to the Motion. The Defendant joins and adopts all relevant arguments and authorities as if stated fully herein. The Defendant reserves the right to supplement this Sur-Reply, including, but not

limited to providing documentary evidence, and to appear at all hearings and conferences scheduled on the Motion.

                                                    Respectfully submitted,

                                                    LAMBERT, LESER, ISACKSON,
                                                    COOK & GIUNTA, P.C.

Dated: June 15, 2011.                    By:    /s/ Rozanne M. Giunta
                                                    _____
                                                    Rozanne M. Giunta (MI Bar No. P29969)
                                                    Susan M. Cook (MI Bar No. P31514)
                                                    Adam D. Bruski (MI Bar No. P70030)
                                                    Attorneys for the Defendant
                                                    916 Washington Ave, Suite 309
                                                    PO Box 835
                                                    Bay City, MI  48707
                                                    989-893-3518
                                                    rgiunta@lamertleser.com