REICH, REICH & REICH, P.C.
Attorneys for Critech Research Inc.
235 Main Street, Suite 450
White Plains, New York 10601
(914) 949-2126
reichlaw@aol.com
Lawrence R. Reich

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481-RDD |
| Debtors. | |

-----------------------------------------------------------x
DELPHI CORPORATION, *et al.*,

| | |
|---|---|
| Plaintiffs, | Adv. Pro. No. 07-02188-RDD |
| -against- | |
| CRITECH RESEARCH, INC., | |
| Defendant. | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Samara Neal, being at all times over 18 years of age, hereby certify that on June 15, 2011 a true and correct copy of Critech Research Inc.'s Sur-Reply in Further Opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaints and the notice of electronic filing of the foregoing document, was served electronically through the Court's ECF system on all parties requesting electronic service, and by U.S. mail to the parties indicated below:

>   Butzel Long
>   380 Madison Avenue, 22nd Floor
>   New York, NY 10017

>Honorable Robert D. Drain
>c/o Clerk's Office of the
>U.S. Bankruptcy Court
>300 Quarropas Street
>White Plains, NY 10601
>
>Alicia M. Leonhard, Esq.
>U.S. Trustee's Office
>33 Whitehall Street, Suite 2100
>New York, NY 10004

I, Samara Neal, being at all times over 18 years of age, hereby certify that on June 15, 2011 a true and correct copy of Critech Research Inc.'s Sur-Reply in Further Opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaints and the notice of electronic filing of the foregoing document was served via electronic mail to:

>Butzel Long
>Attn: Cynthia J. Haffey, Esq.
>haffey@butzel.com

Dated: White Plains, New York
       June 15, 2011

>/s/Samara Neal
>Samara Neal