VARNUM LLP  
Bridgewater Place, P.O. Box 352  
Grand Rapids, MI 49501-0352  
Mary Kay Shaver  
Bryan R. Walters (*pro hac vice* admission pending)  
Tel.: (616) 336-6000  

Hearing Date: June 21, 2011, at 10 a.m.

*Attorneys for Summit Polymers, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x

In re:

DPH HOLDINGS CORP., et al.,

          Debtors.

Case No. 05-44481-rddChapter 11
Chapter 11
(Jointly Administered)

———————————————————————x

DELPHI CORPORATION, et al.,

          Plaintiff,

          v.

SUMMIT POLYMERS INC. ,

          Defendant.

Adv. Proc. No. 07-02661-rdd

———————————————————————x

**JOINDER OF SUMMIT POLYMERS, INC. TO SUR-REPLIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

    Summit Polymers, Inc. ("Defendant" or "Summit"), by and through its undersigned counsel, hereby joins and adopts the arguments set forth in the sur-replies in opposition to Plaintiff's Motion for Leave to File a First Amended Complaint filed by numerous defendants to the preference actions (the "Complaining Preference Defendants").

The facts set out in the sur-replies are substantially the same, if not identical, with respect to Summit, such that any relief granted for the benefit of one or the other of the Complaining Preference Defendants should be granted for all and others who are similarly situated.

Grand Rapids, Michigan
Dated: June 15, 2011

VARNUM LLP

By: /s/ Bryan R. Walters
Bryan R. Walters
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
(616) 336-6000
brwalters@varnumlaw.com

*Attorneys for Defendant Summit Polymers, Inc.*

4362710_1.DOC