THE MICHAELSON LAW FIRM  Hearing Date: June 15, 2011
Robert N. Michaelson  Hearing Time: 10:00 a.m.
11 Broadway, Suite 615
New York, New York, 10004
(p) (212) 604-0685
(f) (800) 364-1291

Attorneys for NXP Semiconductors USA, Inc.

**THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP, *et al.* | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC | ) | Adv. Pro. No. 07-02580 (RDD) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIPS SEMICONDUCTORS, INC. (n/k/a) NXP SEMICONDUCTORS USA, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JOINDER OF PHILIPS SEMICONDUCTORS, INC (n/k/a NXP
SEMICONDUCTORS USA, INC.) TO SUR-REPLY AND JOINDER OF
DEFENDANT VICTORY PACKAGING LP IN FURTHER SUPPORT OF ITS
OPPOSITION TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO
<u>FILE AMENDED COMPLAINTS</u>**

Philips Semiconductors, Inc. ("<u>Philips</u>") (n/k/a NXP Semiconductors USA, Inc.)

("<u>NXP</u>"), by its undersigned counsel, hereby by joins and adopts the legal arguments set

forth in the Sur-Reply and Joinder of Defendant Victory Packaging LP in Further Support

of its Opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaints..

Dated: June 15, 2011

                                              Respectfully submitted,

                                              THE MICHAELSON LAW FIRM
                                              Robert N. Michaelson
                                              11 Broadway, Suite 615
                                              New York, New York 10004
                                              (p) (212) 604-0685
                                              (f)  (800) 364-1291


                                              /s/ Robert N. Michaelson_____
                                              Robert N. Michaelson

                                              Attorneys for NXP Semiconductors USA, Inc.