# Robert Michaelson

**From:** Robert Michaelson <rnm@michaelsonlawfirm.com>
**Sent:** Tuesday, February 22, 2011 3:52 PM
**To:** 'haffey@butzel.com'
**Subject:** Delphi v. NXP Semiconductors

Cynthia:

We spoke in mid-January about NXP's "assumed contract" defense to Delphi's preference claims and you said you would get back to me with response though you said it might take several weeks. I'm now checking in to see if you have a response. Thank you.

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004
(v) 212.604.0685
(f) 800.364.1291
(c) 917.992.5006
rnm@michaelsonlawfirm.com
www.michaelsonlawfirm.com

This electronic message contains information from The Michaelson Law Firm. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact Robert N. Michaelson at rnm@michaelsonlawfirm.com.