# Robert Michaelson

**From:** Robert Michaelson <rnm@michaelsonlawfirm.com>
**Sent:** Wednesday, March 02, 2011 12:16 PM
**To:** Haffey, Cynthia J. (haffey@butzel.com)
**Subject:** Delphi v. NXP Semiconductors

Cynthia:

When we spoke in mid-January about NXP's "assumed contract" defense to Delphi's preference claim you said you would get back to me with a response though it might take several weeks. I'm now checking in once again to see if you have a response. Because our discussion was held at the court's direction to Delphi to hold such discussions with those asserting an "assumed contract" defense, I believe that timely response is warranted. Thank you.

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004
(v) 212.604.0685
(f)  800.364.1291
(c) 917.992.5006
rnm@michaelsonlawfirm.com
www.michaelsonlawfirm.com

This electronic message contains information from The Michaelson Law Firm. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact Robert N. Michaelson at rnm@michaelsonlawfirm.com.