# Robert Michaelson

**From:** Haffey, Cynthia J. <haffey@butzel.com>
**Sent:** Monday, April 04, 2011 9:53 AM
**To:** 'rnm@michaelsonlawfirm.com'
**Subject:** Re: Delphi v. NXP Semiconductors

Robert, I wanted to give you an update on this matter. I had hoped to have a response to you this morning, but have not yet received all of the information from my client in order for me to do so. I appreciate your patience and understand your and your client's desire to receive a response from DPH. I hope to get back to you within a few days. Regards, Cynthia

---

**From:** Robert Michaelson <rnm@michaelsonlawfirm.com>
**To:** Haffey, Cynthia J.
**Sent:** Thu Mar 17 14:25:19 2011
**Subject:** Delphi v. NXP Semiconductors

Please see the attached letter


Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004
(v) 212.604.0685
(f) 800.364.1291
(c) 917.992.5006
rnm@michaelsonlawfirm.com
www.michaelsonlawfirm.com

This electronic message contains information from The Michaelson Law Firm. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact Robert N. Michaelson at rnm@michaelsonlawfirm.com.

---

To comply with U.S. Treasury Regulations: This communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the tax laws of the United States, or promoting, marketing or recommending to another party any transaction or matter addressed in this communication (and any attachment).


Confidentiality Statement:

This message (including any attachments) is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information that is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating or distributing this information (other than to the intended recipient) or copying this information. If you have received this communication in error, please notify us immediately by e-mail or by telephone at (313) 225-7000. To learn more about Butzel Long, please visit our website at http://www.butzel.com