# Robert Michaelson

**From:** Robert Michaelson <rnm@michaelsonlawfirm.com>
**Sent:** Tuesday, June 07, 2011 11:20 AM
**To:** 'Haffey, Cynthia J.'
**Subject:** RE: Delphi v. NXP Semiconductors

Cynthia:

It has been more than two months since you advised me that you anticipated getting back to me in a few days to discuss the claim against my client. Please provide me with an update.

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004
(v) 212.604.0685
(f) 800.364.1291
(c) 917.992.5006
rnm@michaelsonlawfirm.com
www.michaelsonlawfirm.com

This electronic message contains information from The Michaelson Law Firm. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact Robert N. Michaelson at rnm@michaelsonlawfirm.com.

---

**From:** Haffey, Cynthia J. [mailto:haffey@butzel.com]
**Sent:** Monday, April 04, 2011 9:53 AM
**To:** 'rnm@michaelsonlawfirm.com'
**Subject:** Re: Delphi v. NXP Semiconductors

Robert, I wanted to give you an update on this matter. I had hoped to have a response to you this morning, but have not yet received all of the information from my client in order for me to do so. I appreciate your patience and understand your and your client's desire to receive a response from DPH. I hope to get back to you within a few days. Regards, Cynthia

---

**From:** Robert Michaelson <rnm@michaelsonlawfirm.com>
**To:** Haffey, Cynthia J.
**Sent:** Thu Mar 17 14:25:19 2011
**Subject:** Delphi v. NXP Semiconductors

Please see the attached letter

Robert N. Michaelson
The Michaelson Law Firm
11 Broadway, Suite 615
New York, NY 10004

1