HONIGMAN MILLER SCHWARTZ AND COHN LLP
I.W. Winsten (Michigan Bar # P30528)
Judy B. Calton (Michigan Bar # P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
Email: jcalton@honigman.com

*Attorneys for Defendant TechCentral, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____/

| | |
|---|---|
| DPH HOLDINGS CORP, et al., | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

_____/

DELPHI AUTOMOTIVE SYSTEMS, LLC,

    Plaintiff,                                                            Adv. Pro. No. 07-02672 (RDD)

vs.

TECHCENTRAL, LLC,

    Defendant.
_____/

**JOINDER IN SUR-REPLIES AND OPPOSITIONS TO REORGANIZED DEBTORS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Defendant TechCentral, LLC ("TechCentral") for its Joinder In Sur-Replies And Oppositions To Reorganized Debtors Motion For Leave To File Amended Complaint, joins in and adopts the arguments raised by other defendants in opposition to Reorganized Debtors' Motion For Leave To File Amended Complaint, including specifically the following:

    1.    Affinia Group Holding, Inc.'s And Brake Parts Inc.'s Brief In Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints dated November 23, 2010 (Docket 20841).

2.     Supplemental Authority In Support Of Affinia Group Holding Inc.'s And Brake Part Inc.'s Brief In Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints dated December 16, 2010 (Docket 21010).

3.     MSX International, Inc's Brief In Opposition To Reorganized Debtor's Motion For Leave To File Amended Complaint dated November 23, 2010 (Docket 20857).

4.     Sur-Reply of Johnson Controls, Johnson Controls Battery Group, And Johnson Controls, Inc. In Further Opposition To Plaintiff's Motion For Leave To File A First Amended Complaint dated June 13, 2011 (Docket 21312).

5.     Methode Electronics, Inc.'s Sur-Reply In Support Of Its Objection To The Reorganized Debtors' Motion For Leave To File Complaint dated June 14, 2011 (Docket 21319).

6.     Sur-Reply and Joinder of Victory Packaging LP In Further Support Of Its Opposition To The Reorganized Debtors' Motion For Leave To File Amended Complaints dated June 14, 2011 (Docket 21326).

7.     Sur-Reply of the Timken Company And The Timken Corporation In Further Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints dated June 14, 2011 (Docket 21329).

In particular, TechCentral joins in the arguments that Plaintiffs did not comply with this Court's order with respect to alleging antecedent debt and did not allege antecedent debt in compliance with the standards of *Twombly and Iqbal.*

For example, the Proposed Amended Complaint against TechCentral is based on an Exhibit 1 which purports to satisfy the antecedent debt pleading requirements. Exhibit 1 does not adequately plead antecedent debt for the reasons previously briefed by TechCentral and in the papers joined in above. For example, Plaintiffs allege in Exhibit 1 that the "Obligor" and

Transferring Entity" for every transfer was "DAS LLC". Exhibit 1 contradicts that by stating the "Contracting Entity/Entities" were three separate entities, "DAS LLC, Diesel Systems, Delphi Technologies." Plaintiffs were required to identify the precise contracting entity, and not create a guessing game by including two entities who are not the Obligor, Transferring Entity or even the proposed Plaintiff.

Further, despite the statements on Exhibit 1, large transfers were not EFTs from DAS LLC but were wire transfers from Delphi Corporation.

**The largest transfer at issue, $15,000,000.00 on 10/6/2005, has no antecedent debt information at all; the box entitled "Purchase Order/Invoice Number/Antecedent Debt" is blank.**

Also, the antecedent debt information at times is pure gibberish – see the Purchase Order/Invoice Number/Antecedent Debt entry for a $851,764.71 transfer on 10/6/2005, which Plaintiffs allege erroneously is an invoice.

To illustrate these points, the last page of the Exhibit 1 to the Proposed Amended Complaint against TechCentral is attached as Exhibit A hereto.

For the forgoing reasons, the Reorganized Debtors' motion for leave to file the amended complaint against TechCentral should be denied.

                                                HONIGMAN MILLER SCHWARTZ AND COHN LLP
                                                Attorneys for TechCentral LLC

                                                By:_____/s/ Judy B. Calton_____
                                                    I.W. Winsten (Michigan Bar No. P30528)
                                                    Judy B. Calton (Mich. Id. No. P38733)
                                                2290 First National Building
                                                Detroit, Michigan 48226
                                                Telephone: (313) 465-7344
                                                Facsimile:  (313) 465-7345
                                                Email: jcalton@honigman.com

Dated: June 15, 2011
9248758.1

# EXHIBIT A

EXHIBIT 1
*Delphi Automotive Systems, LLC v. Tech Central*
Adv. Pro. No. 07-02672 [RDD]

| Adversary Proceeding No. | Transfer Recipient(s) | Contracting Entity/Entities | Obligor and Transferring Entity | Transfer Dates | Transfer Amounts | Purchase Order/Invoice Number/Antecedent Debt | Purchase Order/Invoice | Transfer Type |
|---|---|---|---|---|---|---|---|---|
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 84,118.53 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 36,487.61 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 155,874.26 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 188,812.88 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 39,569.26 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 13,348.05 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 218,498.00 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 9,190.58 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 28,034.00 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 128,493.38 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 396,361.42 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 43,231.90 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 25,895.51 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 9,117.42 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 7,814.49 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/4/2005 | $ 116,806.62 | DWB00252 | PO | EFT |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/6/2005 | $ 851,764.71 | EW020929200585176471 | INVOICE | |
| 07-02672 | TECH CENTRAL | DAS LLC, Diesel Systems, Delphi Technologies | DAS LLC | 10/6/2005 | $ 15,000,000.00 | | | |

Total Amount of Claim= $ 59,796,196.65