**Hearing Date: June 21, 2011 at 10:00 a.m. (ET)**

MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York 10036
Telephone: (646) 290-6496
Facsimile: (646) 224-8377
David C. McGrail, Esq. (DM 3904)

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481-RDD |
| Debtors. | : | |

-------------------------------------------------------------X

| | | |
|---|---|---|
| DELPHI CORPORATION, et al., | : | |
| Plaintiffs, | : | Adv. No. 07-02633-RDD |
| v. | : | |
| SOLID STATE STAMPING INC., SOLID STATE STAMPING I and SOLID STATE STAMPLING INC., | : | |
| Defendants. | : | |

-------------------------------------------------------------X

**SUNSTONE COMPONENTS GROUP, INC.'S JOINDER
IN SUR-REPLIES IN FURTHER SUPPORT OF
OBJECTIONS AND BRIEFS WITH RESPECT TO REORGANIZED
DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Defendant Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.) ("SCG"), by and through its undersigned counsel, hereby joins in, and incorporates by reference, similarly situated defendants' sur-replies in further support of objections and briefs with respect to Reorganized Debtors' Motion for Leave to File Amended Complaints, including, without limitation: (1) Sur-Reply of Johnson Controls, Johnson Controls Battery Group, and Johnson

Controls, Inc. in Further Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint, dated June 13, 2011 (D.I. # 21312); (2) Methode Electronics, Inc.'s Sur-Reply in Support of its Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints, dated June 14, 2011 (D.I. # 21319); (3) Ex-Cell-O Machine Tools, Inc.'s Sur-Reply in Support of Response to Plaintiff's Motion for Leave to File Amended Complaints, dated June 14, 2011 (D.I. # 21321); (4) Sur-Reply and Joinder of Victory Packaging LP in Further Support of its Opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaints, dated June 14, 2011 (D.I. # 21326); and (5) Sur-Reply of Timkin Company and the Timkin Corporation in Further Opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaints, dated June 14, 2011 (D.I. # 21329).

In further support of this joinder, SCG states as follows:

1. On March 11, 2011, counsel for SCG sent a letter to counsel for the Plaintiffs requesting that the Plaintiffs provide copies of documents evidencing the purported transactions and otherwise supporting the claims set forth in the Complaint "as soon as possible and, in any event, in advance of the hearing on their motion for leave to amend the complaint." No such documents have been provided.

2. On May 9, 2011, counsel for SCG sent a letter to counsel for the Plaintiffs demanding that the Plaintiffs remove those transactions from the Complaint that were also listed as executory contracts on Delphi Automotive Systems, LLC's amended schedules, or explain their refusal to do so. The Plaintiffs have not replied.

DATED: June 15, 2011
       New York, New York

                MCGRAIL & BENSINGER LLP

                s/ David C. McGrail
                David C. McGrail, Esq. (DM 3904)
                676A Ninth Avenue #211
                New York, New York  10036
                Telephone:  (646) 290-6496
                Facsimile:  (646) 224-8377

                Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)

MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York  10036
Telephone:  (646) 290-6496
Facsimile:  (646) 224-8377
David C. McGrail, Esq. (DM 3904)

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                    :        Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :        Case No. 05-44481-RDD
                                                          :
                    Debtors.                              :
-------------------------------------------------------------X
DELPHI CORPORATION, et al.,                               :
                                                          :
                    Plaintiffs,                           :        Adv. No. 07-02633-RDD
        v.                                                :
                                                          :
SOLID STATE STAMPING INC., SOLID                          :
STATE STAMPING I and SOLID STATE                          :
STAMPLING INC.,                                           :
                                                          :
                    Defendants.                           :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify that on June 15, 2011, a true copy of Sunstone Components Group, Inc.'s Joinder in the Objections and Briefs With Respect to Reorganized Debtors' Motion for Leave to File Amended Complaints, dated June 15, 2011, was served by email and facsimile, on:

Cynthia Haffey, Esq.
Butzel Long
Suite 100
150 West Jefferson Ave.
Detroit, Michigan  48226
Facsimile:  (313) 225-7080

DATED: June 15, 2011
New York, New York

        MCGRAIL & BENSINGER LLP

        s/ David C. McGrail
        David C. McGrail, Esq. (DM 3904)
        676A Ninth Avenue #211
        New York, New York  10036
        Telephone:  (646) 290-6496
        Facsimile:  (646) 224-8377

        Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)