UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re                                                            :    Chapter 11
                                                                 :    Case No. 05-44481 [RDD]
DELPHI CORPORATION, *et al.,*                                    :
                                                                 :    Jointly Administered
-----------------------------------------------------------------x
                                                                 :
DELPHI CORPORATION, *et al.,*                                    :
                                                                 :    Adv. Pro. No. 07-02790 [RDD]
             Plaintiffs,                                         :
                                                                 :
    -against-                                                    :
                                                                 :
TYCO, TYCO ADHESIVES, TYCO                                       :
ELECTRONICS – RAYCHEM, TYCO                                      :
ELECTRONICS CORP., TYCO                                          :
ELECTRONICS CORPORATION, TYCO                                    :
ELECTRONICS IDENTIFICATION TYCO                                  :
ELECTRONICS LOGISTICS AG, and                                    :
TYCO/ELECTRONICS,                                                :
                                                                 :
             Defendants.                                         :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK** )
                      ) SS.:
**COUNTY OF NEW YORK** )

     **CANDY LAMPROPOULOS**, being duly sworn, deposes and says:

     1.    I am employed by the firm Windels, Marx, Lane & Mittendorf, LLP, attorneys for Tyco Adhesives LP. I am not a party to this action and am over 18 years of age.

     2.    On June 15, 2011, I served a true copy of the Joinder of Defendant Tyco Adhesives LP, with (A) Sur-Reply of Victory Packaging LP in Further Support of Brief in Opposition, and (B) Preliminary Objection of Tyco Electronics Corporation and Tyco Electronics Logistics AG, to The Reorganized Debtors' Motion for Leave to File Amended Complaints, and Declaration of Peter Baylor, by sending same, securely sealed in a postpaid wrapper via Federal Express, for delivery the next business day to the following:

Cynthia J. Haffey                             Joseph M. Barry
Butzel Long                                   Young Conaway Stargatt & Taylor, LLP
*Attorneys for Reorganized Debtors*           *Attorneys for Tyco Electronics Corporation and*
150 West Jefferson Avenue, Suite 100          *Tyco Electronics Logistics AG*
Detroit, Michigan 48226                       The Brandywine Building
                                              1000 West Street, 17th Floor
                                              Wilmington, DE 19801

{10647590:1}

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004-2112
Tracy Hope Davis, Esq.

these being the addresses designated for that purpose.

                                                        /s/    Candy Lambropoulos
                                                          CANDY LAMBROPOULOS

Sworn to before me
this 15th day of June, 2011

/s/ Leslie S. Barr
Leslie S. Barr
Notary Public, State of New York
No. 02BA4952880
Qualified in Nassau County
Commission Expires June 26, 2011

{10647590:1}