WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
(212) 237-1000
Howard Simon (hsimon@windelsmarx.com)
Leslie S. Barr (lbarr@windelsmarx.com)
     - and -
NUTTER MCCLENNEN & FISH LLP
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 439-2390
Peter Nils Baylor (pbaylor@nutter.com)

Hearing: June 21, 2011 @ 10:00 a.m.

*Attorneys for Tyco Adhesives LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | : | |
| | : | Jointly Administered |
| -------------------------------------------------------x | | |
| DELPHI CORPORATION, *et al.*, | : | |
| | : | Adv. Pro. No. 07-02790 (RDD) |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| TYCO, TYCO ADHESIVES, TYCO ELECTRONICS – RAYCHEM, TYCO ELECTRONICS CORP., TYCO ELECTRONICS CORPORATION, TYCO ELECTRONICS IDENTIFICATION TYCO ELECTRONICS LOGISTICS AG, and TYCO/ELECTRONICS, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on June 14, 2011, true copies of the following were

served by electronic service through the Court's CM/ECF system upon all parties requesting

{10649645:1}

electronic service:

**Lead Case No. 05-44481, ECF Docket No. 21332 and Adversary Proceeding No. 07-02790, ECF Docket No. 55 -** Joinder of Defendant Tyco Adhesives LP, With (A) Sur-Reply of Victory Packaging LP in Further Support of Brief in Opposition, and (B) Preliminary Objection to Tyco Electronics Corporation and Tyco Electronics Logistics A to the Reorganized Debtors' Motion for Leave to File Amended Complaints and Declaration of Peter Baylor in Support of Joinder
.

Dated: New York, New York
June 15, 2011

Respectfully submitted,

WINDELS MARX LANE & MITTENDORF, LLP

By: /s/ Leslie S. Barr
Leslie S. Barr (lbarr@windelsmarx.com)
156 West 56th Street
New York, New York 10019
(212) 237-1000

*Attorneys for Tyco Adhesives LP*

{10649645:1} 2