KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-7583
Facsimile: (212) 715-8000
Jordan D. Kaye

*Counsel to Vishay Americas, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ X | : | |
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |
| ------------------------------------------------------------ X | : | |
| DELPHI CORPORATION, *et al.*, | : | |
| | : | Adv. Pro. No. 07-02556 (RDD) |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| VISHAY AMERICAS, INC., | : | |
| | : | |
| Defendant. | : | |
| ------------------------------------------------------------ X | | |

**SUR-REPLY AND JOINDER OF VISHAY AMERICAS, INC.
IN SUPPORT OF OBJECTIONS TO THE REORGANIZED
DEBTORS' MOTION TO AMEND THE COMPLAINTS**

   Defendant Vishay Americas, Inc. ("Vishay"), by its undersigned counsel, hereby submits this sur-reply in support of its objection (the "Objection") to the Reorganized Debtors' Motion for Leave to File the Amended Complaints (the "Motion"). In the interest of judicial economy, Vishay will not repeat and restate the arguments of similarly situated defendants who have filed sur-replies to the Motion (the "Sur-Replies"). Instead, Vishay hereby incorporates by reference, as if fully stated herein, the arguments and requests for relief set forth in the Sur-Replies, to the

KL2 2704919.1

extent that they are applicable to Vishay.

Dated: June 16, 2011

Respectfully submitted,

By: */s/ Jordan D. Kaye*
Jordan D. Kaye
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-7583
Fax: (212) 715-8000
E-mail: boneill@kramerlevin.com

Counsel to Vishay Americas Inc.

KL2 2704919.1