BOSE MCKINNEY & EVANS LLP  
David J. Jurkiewicz  
Attorney No. 18018-53  
111 Monument Circle, Suite 2700  
Indianapolis, Indiana 46204  
(317) 684-5000 / (317) 684-5173 (FAX)

**Hearing Date: June 21, 2011 at 10:00 a.m.**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | (Jointly Administered) |
| Debtors. ) | Chapter 11 |
| ──────────────────────── ) | |
| ) | |
| DELPHI CORPORATION, et al., ) | |
| ) | Adversary Case No.: 07-02098 (RDD) |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| DECATUR PLASTIC PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

### SUR-REPLY AND JOINDER OF DECATUR PLASTIC PRODUCTS, INC. IN SUPPORT OF OBJECTIONS TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

Decatur Plastic Products, Inc. ("Decatur"), by counsel, hereby joins and adopts the arguments set forth in the Sur-Replies filed by Johnson Controls; Johnson Controls Battery Group; Johnson Controls, Inc.; Methode Electronics, Inc.; and Victory Packaging L.P. (the "Complaining Preference Defendants").

The facts and arguments set out in the respective Sur-Replies of the Complaining Preference Defendants are substantially the same with respect to Decatur, such that any relief granted for the benefit of one or the other of the Complaining Preference Defendants should be granted for all and others who are similarly situated, including, but not limited to, Decatur.

1931839/12212-4

WHEREFORE, Decatur Plastic Products, Inc., by counsel, joins and adopts the arguments set forth in the foregoing Sur-Replies filed by Johnson Controls; Johnson Controls Battery Group; Johnson Controls, Inc.; Methode Electronics, Inc.; and Victory Packaging L.P., and respectfully requests that any relief granted for the benefit of one or the other of the Complaining Preference Defendants be granted for all and others who are similarly situated, including, but not limited to, Decatur.

Dated:  June 16, 2011

      Respectfully submitted,

      /s/  David J. Jurkiewicz
      David J. Jurkiewicz
      Attorney No. 18018-53
      BOSE MCKINNEY & EVANS LLP
      111 Monument Circle, Suite 2700
      Indianapolis, Indiana 46204
      (317) 684-5000 / (317) 684-5173 (FAX)
      djurkiewicz@boselaw.com

      Attorneys for Decatur Plastic Products, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2011, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

Cynthia Haffey
haffey@butzel.com

Eric Fisher
fishere@dicksteinshapiro.com
nybankruptcydocketing@dicksteinshapiro.com

I further certify that on the 16th day of June, 2011, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York  10119

      /s/  David J. Jurkiewicz
      David J. Jurkiewicz

1931839/12212-4