BUTZEL LONG, a professional corporation
Cynthia J. Haffey
Donald V. Orlandoni
150 W. Jefferson Ave., Suite 100
Detroit, Michigan 48226
Telephone: (313) 225-7000
haffey@butzel.com
orlandoni@butzel.com

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS AND ARAMARK UNIFORM & CAREER APPAREL, LLC COMPROMISING
AND ALLOWING PROOF OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 19062

(ARAMARK UNIFORM & CAREER APPAREL, LLC)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and ARAMARK Uniform & Career Apparel, LLC (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And ARAMARK Uniform & Career Apparel, LLC Compromising And Allowing Proof Of Administrative Expense Claim Number 19062 (the "Stipulation"), and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§

101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on July 15, 2009, the Claimant filed proof of administrative expense claim number 19062 (the "Claim") against Delphi asserting an administrative expense claim in the amount of $221,551.43 arising from charges for goods and services allegedly provided by the Claimant to the Debtors.

WHEREAS, on October 6, 2009 (the "Effective Date"), the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors. In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, on January 22, 2010, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III)

Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Forty-Third Omnibus Claims Objection").

WHEREAS, on February 17, 2010, the Claimant filed ARAMARK Uniform & Career Apparel, LLC's Response to Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19454) (the "Response").

WHEREAS, to resolve the Forty-Third Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant agreed that Claim 19062 should be compromised and allowed as an administrative claim in the amount of $101,250.00 against DPH-DAS LLC.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

1. Claim 19062 shall be compromised and allowed in the amount of $101,250.00 and shall be treated as an allowed administrative claim against DPH-DAS LLC in accordance with the terms of the Modified Plan.

2. Notwithstanding anything to the contrary in the Modified Plan, within 60 days of entry of this Stipulation on the Court's docket, DPH-DAS LLC shall pay the $101,250.00 referenced in paragraph 1 above in full and final satisfaction of the Claim. Such payment will be remitted by check payable to "ARAMARK Uniform & Career Apparel, LLC" and will be mailed to the following address:

> Edward Friedler
> Assistant General Counsel
> ARAMARK Uniform & Career Apparel, LLC
> 115 North First Street
> Burbank, California 91502

3. The Response is hereby deemed withdrawn with prejudice.

3

4. Nothing herein shall be construed as an admission of liability on behalf of the Reorganized Debtors or Debtors with respect to any portion of the Claim.

5. This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

AGREED TO AND APPROVED FOR ENTRY:

By: /s/ Cynthia J. Haffey
    Cynthia J. Haffey
    Donald V. Orlandoni
    Butzel Long, a professional corporation
    150 W. Jefferson Ave., Suite 100
    Detroit, Michigan 48226

    Attorneys for DPH Holdings Corp., et al., Reorganized Debtors

By: /s/Sheila R. Schwager
    Sheila R. Schwager
    Hawley Troxell
    877 Main Street, Suite 1000
    P.O. Box 1639
    Boise, Idaho 83701

    Attorney for ARAMARK Uniform & Career Apparel, LLC

So Ordered in White Plains, New York, this 16th day of June, 2011

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE