**Hearing Date and Time:  June 21, 2011 at 10:00 a.m. (ET)**

BRADLEY ARANT BOULT CUMMINGS LLP
T. Parker Griffin, Jr. (admitted Pro Hac Vice)
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8524
Facsimile: (205) 48-6524
Email: pgriffin@babc.com

*Attorney for Mtronics.com, Inc., successor by merger to Multitronics Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - ---- - - ---- - - -- - - - -- - --- - - - ---- - -- - ----- - --- - --- - - -x
                                                            :
In re:                                                      :          Chapter 11
                                                            :          Case No. 05-44481 (RDD)
          DPH HOLDINGS CORP, *et al.,*                      :
                                                            :
- - --- - -- -- -- ---- - - - --- - - - -- --- - - - -- --- --- - --- - - --x
                                                            :
DELPHI AUTOMOTIVE SYSTEMS, LLC,                             :
                                                            :
          Plaintiff,                                        :          Adv. Pro. No. 07-02500 (RDD)
                                                            :
v.                                                          :
                                                            :
MULTITRONICS INC., and                                      :
MTRONICS.COM, INC., successor by merger,                    :
                                                            :
          Defendants.                                       :
- - --- --- - - --- - - - --- --- - --- - ---- - --- - -- - - - ----- - -- - - -x

### SUR-REPLY AND JOINDER OF MTRONICS.COM, INC. IN SUPPORT OF OBJECTIONS TO THE REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

          Defendant Mtronics.Com, Inc., as successor by merger to Multitronics Inc. ("Mtronics"),

by and through its undersigned counsel, hereby joins in and incorporates by reference as if fully

stated herein, the sur-replies filed by similarly situated defendants to the Reorganized Debtor's

Motion for Leave to File Amended Complaints (the "Motion"), including, without limitation, the

1

sur-replies of Johnson Controls, Johnson Controls Battery Group and Johnson Controls, Inc. [Docket No. 21312], Methode Electronics, Inc. [Docket No. 21319], Ex-Cell Machine Tools, Inc. [Docket No. 21321], Victory Packaging LP [Docket No. 21326], Timkin Company and Timkin Corporation [Docket No. 21329], and all other sur-replies filed by defendants in avoidance actions in the above referenced bankruptcy case (collectively, the "Sur-replies") to the extent they are applicable.  In the interest of judicial economy, Mtronics will not reiterate all of the arguments which have already been made in the Sur-replies.

WHEREFORE, Mtronics respectfully requests that the Motion be denied with prejudice in all respects, and that the Court grant it such other and further relief as is just and proper.

Respectfully submitted this the 16th day of June, 2011.

\s\ T. Parker Griffin, Jr.
T. Parker Griffin, Jr.   (pro hac)
*Attorneys for Mtronics.com, Inc.*

**OF COUNSEL:**

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL  35203
Telephone: (205) 521-8000
pgriffin@babc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of June, 2011, a copy of the above and foregoing was served electronically through the Court's CM/ECF system to all parties consenting to such service, and via electronic email and/or United States first class mail, properly addressed and postage prepaid, upon the following:

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Cynthia J. Haffey
Butzel Long, a professional corporation
150 West Jefferson Ave.
Suite 100
Detroit, Michigan 48226
haffey@butzel.com

Neil Berger
Scott E. Ratner
Togut, Segal and Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119

\s\ T. Parker Griffin, Jr.
OF COUNSEL