| | |
|---|---|
| Lisa Piece Reisz (admitted *pro hac vice*)<br>Tiffany Strelow Cobb (admitted *pro hac vice*)<br>**VORYS, SATER, SEYMOUR AND PEASE LLP**<br>52 E. Gay Street / P.O. Box 1008<br>Columbus, Ohio 43216-1008<br>Telephone:  (614) 464-8322<br>Facsimile:   (614) 719-4663<br>E-mail:  tscobb@vorys.com | Hearing Date:  6/21/11, at 10:00 am (ET) |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 05-44481-rdd |
| DPH Holdings Corp., et al. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| Delphi Corporation, et al., | : | Adv. Case No. 07-02291 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Carlisle Companies, Inc., | : | |
| | : | |
| Defendant. | : | |

**<u>AFFIDAVIT OF SERVICE OF SUR-REPLY AND JOINDER OF CARLISLE
COMPANIES INCORPORATED IN SUPPORT OF OBJECTIONS TO REORGANIZED
DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS</u>**

State of Ohio         )
                              ) SS
County of Franklin    )

Tiffany Strelow Cobb, after being duly cautioned and sworn, states as follows:

1. I am not a party to the action, am over 18 years of age and reside in Columbus, Ohio.

2. On the 16th day of June, 2011, I filed the SUR-REPLY AND JOINDER OF CARLISLE COMPANIES INCORPORATED IN SUPPORT OF OBJECTIONS TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS (the "Sur-Reply") via the Court's ECF system.

3. On the 16th day of June, 2011, I also served copies of the Sur-Reply by overnight mail upon the parties listed in Paragraph 4 of this Affidavit, as well as upon The Honorable Robert D. Drain, U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140.

4. The following parties were served as described above:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Cynthia J. Haffey<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, Michigan 48226 |
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 75102 | Office of the U.S. Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |

/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

Sworn to before me this
16th day of June, 2011

/s/ Torpy Yates
Notary Public

2