ARCHER & GREINER, P.C.
2 Penn Plaza, Suite 1500
New York, NY 10121
Tel: (212) 292-4988
Fax: (212) 629-4568
Stephen M. Packman, Esquire
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |
| DELPHI CORPORATION, *et al.*, | Adv. Pro. No. 07-02758 (RDD) |
| Plaintiff, | |
| v. | |
| MAGNESIUM ELECTRON INC. and MAGNESIUM ELEKTRON INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I, Stephen M. Packman, hereby certify that on June 17, 2011, I caused to be served copies of the Joinder of Magnesium Electron Inc. and Magnesium Elektron Inc. in Sur Replies in Further Support of Objections and Briefs with Respect to Reorganized Debtors' Motion for Leave to File Amended Complaints to all parties on the attached service list via regular first class mail.

Dated: June 17, 2011

/s/ Stephen M. Packman       .
Stephen M. Packman, Esquire
ARCHER & GREINER, P.C.
2 Penn Plaza, Suite 1500
New York, NY 10121
Tel: (212) 292-4988
Fax: (212) 629-4568
spackman@archerlaw.com
*Attorneys for Magnesium Electron Inc. and Magnesium Elektron Inc.*

## SERVICE LIST

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Cynthia J. Haffey, Esquire
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, MI 48226
(313) 983-7434
Fax : (313) 225-7080
Email: haffey@butzel.com

Eric Fisher, Esquire
Dickstein Shapiro
1633 Broadway, 32nd Floor
New York, NY 10019
(212) 277-6500
Fax : (212) 277 6501
Email: fishere@dicksteinshapiro.com

6850316v1