STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
(212) 319-8500
Constantine D. Pourakis (cp@stevenslee.com)

Attorneys for Globe Motors, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et.al.,* | : | (Jointly Administered) |
| | | |
| DELPHI CORPORATION, *et.al.* | : | |
| | : | |
| Plaintiffs, | : | Adv. Pro. No. 07-02333 (RDD) |
| | : | |
| v. | : | |
| | : | |
| GLOBE MOTORS, INC. and GLOBE MOTORS, | : | |
| | : | |
| Defendants. | : | |

**SUR-REPLY AND JOINDER OF GLOBE MOTORS, INC.
IN SUPPORT OF OBJECTIONS TO THE REORGANIZED
<u>DEBTORS' MOTION TO AMEND THE COMPLAINTS</u>**

Defendant Globe Motors, Inc. ("<u>Globe</u>"), by its undersigned counsel, hereby submits this sur-reply in support of its objection (the "<u>Objection</u>") to the Reorganized Debtors' Motion for Leave to File the Amended Complaints (the "Motion). Globe hereby joins, and incorporates by reference, as if fully stated herein, the arguments and requests for relief set forth in the Sur-Replies of similarly situated defendants who have previously filed sur-replies to the Motion.

06/17/2011 SL1 1080328v1 105400.00001

Dated:  June 17, 2011 **STEVENS & LEE, P.C.**

By:  */s/ Constantine D. Pourakis*
Constantine D. Pourakis
485 Madison Avenue, 20th floor
New York, NY 10022
Telephone:  (212) 319-8500
Email:  cp@stevenslee.com

- and -

Jeffrey L. Gansberg
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone:  312-521-2000
Email:  jgansberg@muchshelist.com