STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500
Constantine D. Pourakis (cp@stevenslee.com)

Attorneys for Globe Motors, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : | Chapter 11 |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et.al.,* : | (Jointly Administered) |
| : | |
| DELPHI CORPORATION, *et.al.,* : | |
| : | Adv. Pro. No. 07-02333 (RDD) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| GLOBE MOTORS, INC. and GLOBE MOTORS, : | |
| : | |
| Defendants. : | |

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

    Jesse A. Gonzalez, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

    On June 17, 2011, deponent served the *Sur-Reply of Joinder of Globe Motors, Inc. in Support of Objections to the Reorganized Debtors' Motion to Amend the Complaints* by Federal Express on the following:

Eric B. Fisher, Esq.  
Barry N. Seidel, Esq.  
Cynthia J. Haffey, Esq.  
Butzel Long  
380 Madison Avenue, 22nd Floor  
New York, NY 10017

/s/ Jesse A. Gonzalez  
Jesse A. Gonzalez

Sworn to before me this  
17th day of June 2011

/s/ Constantine Pourakis  
Notary Public

SL1 1080403v1 105400.00001