TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue
New York, New York 10022
Tel:  (212) 754-9400
Fax:  (212) 754-6262
Janice B. Grubin

and

TAFT STETTINUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Tel: (513) 381-2838
Fax: (513) 381-0205
W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)

*Attorneys for Defendant Select Industries, Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In  re:<br><br>DPH HOLDINGS CORP., *et al.*,<br><br>                    Debtors, | Chapter 11<br>Case No. 05-44481 (RDD)<br>Jointly Administered |
| DELPHI CORPORATION, *et al.*,<br><br>                    Plaintiffs,<br>           v.<br><br>SELECT TOOL & DIE CORP.,<br><br>                    Defendant. | Adv. Pro. No. 07-02618 (RDD) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                                                  : ss.:
COUNTY OF NEW YORK   )

      Sheree Nobles, being duly sworn, deposes and says:

266404v1

- 2 -

     I am over the age of eighteen, not a party to the action, and reside in the County of Bronx, State of New York.

     On June 16, 2011, I caused to be served true copies of the **Joinder of Defendant Select Industries, Corp. In Sur-Replies in Support of Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints** by (i) electronically through the Court's ECF system on all parties requesting electronic service in the Lead Case No. 05-44481, ECF Docket No. 21368 and Adversary Proceeding No. 07-02618, ECF Docket No. 41, and (ii) by Federal Express in a wrapper properly addressed to the addressees listed below. Said delivery was made prior to the latest time designated by Federal Express for overnight delivery.

Alicia Leonhard  
Tracy Hope Davis  
Office of the U.S. Trustee  
33 Whitehall Street, 21st Floor  
New York, NY 10004

Cynthia J. Haffey, Esq.  
Butzel Long  
150 W. Jefferson Avenue, Suite 100  
Detroit, Michigan 48226

                                                            s/ Sheree Nobles  
                                                            Sheree Nobles

Sworn to before me this 17th  
day of June, 2011

s/ Todd A. Schulman  
Notary Public, State of New York  
No. 02SC6109578  
Qualified in Kings County  
Commission Expires May 10, 2012

266404v1

- 2 -