UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------X

In re                                        Chapter 11

DELPHI CORPORATION, et al.,            Case No. 05-44481 (RDD)

               Debtors.                          (Jointly Administered)

---------------------------------------------X

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Eric B. Fisher, counsel to DPH Holdings Corp., hereby files this Notice of Withdrawal of Appearance in the above-referenced, jointly administered bankruptcy case.

1. I am no longer an attorney with the firm Butzel Long, 380 Madison Avenue, 22nd Floor New York, NY 10017, counsel to DPH Holdings Corp., on the above-referenced case.

2. I am currently a member of Dickstein Shapiro LLP, 1633 Broadway, New York, NY 10036.

3. Butzel Long continues to represent DPH Holdings Corp.

Dated: New York, New York
       June 17, 2011

                                                 By: /s/ Eric B. Fisher
                                                     DICKSTEIN SHAPIRO LLP
                                                     Eric B. Fisher
                                                     1633 Broadway
                                                     New York, NY 10036
                                                     Telephone: (212) 277-6500
                                                     Facsimile: (212) 277-6501