Braun Kendrick Finkbeiner, PLC
Corey D. Grandmaison
4301 Fashion Square Boulevard
Saginaw, MI 48603
989-498-2256 X 510
989-799-4666 fax

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Delphi Corporation, et al. | : | Case No. 05-44481 |
| | : | (Jointly Administered) |
| Debtors | : | Judge Robert D. Drain |
| | : | Adv. Pro. No. 07-02416 |
| Delphi Corporation, et al., | : | |
| Plaintiff, | : | |
| vs. | : | |
| Merrill Tool & Machine, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I served the following document:

**JOINDER OF MERRILL TOOL AND MACHINE TO SUR-REPLIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Via this court's ECF noticing system to all parties requesting electronic service and also by First Class Mail with proper postage to the following parties:

| | |
|---|---|
| BUTZEL LONG | BUTZEL LONG |
| Barry N. Seidel, Esq. | Cynthia J. Haffey, Esq. |
| 380 Madison Ave. | Suite 100 |
| 22nd Floor | 150 W. Jefferson Ave. |
| New York, NY 10017 | Detroit, MI 48226 |

Dated: June 17, 2011

BRAUN KENDRICK FINKBEINER, PLC

*/s/ Corey D. Grandmaison*
Corey D. Grandmaison
4301 Fashion Square Boulevard
Saginaw, MI 48603
989-498-2256 X 510
989-799-4666 fax
corgra@bkf-law.com

{S0905922.DOC.1}