Sheldon H. Klein
BUTZEL LONG
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
Telephone: (248) 258-1414
Facsimile:  (248) 258-1439
E-mail: klein@butzel.com
*Attorney for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sheldon H. Klein of Butzel Long, a professional corporation, enters his appearance as counsel of record for the Reorganized Debtors and requests that he receive all notices given or required to be given and all papers served or required to be served at the following addresses:

Sheldon H. Klein
BUTZEL LONG
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
Telephone: (248) 258-1414
Facsimile:  (248) 258-1439
E-mail: klein@butzel.com
*Attorney for Reorganized Debtors*

Dated: New York, New York
       June 17, 2011

**BUTZEL LONG,**
a professional corporation

By: /s/ Cynthia J. Haffey
    Cynthia J. Haffey, Esq.
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
haffey@butzel.com
*Attorney for Reorganized Debtors*