Thomas B. Radom
BUTZEL LONG
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
Telephone: (248) 258-1414
Facsimile:  (248) 258-1439
E-mail: radom@butzel.com
*Attorney for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re<br><br>DPH HOLDINGS CORP., et al.,<br><br>　　　　Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Thomas B. Radom of Butzel Long, a professional corporation, enters his appearance as counsel of record for the Reorganized Debtors and requests that he receive all notices given or required to be given and all papers served or required to be served at the following addresses:

>Thomas B. Radom
>BUTZEL LONG
>Stoneridge West
>41000 Woodward Avenue
>Bloomfield Hills, MI  48304
>Telephone: (248) 258-1414
>Facsimile:  (248) 258-1439
>E-mail: radom@butzel.com

Dated: New York, New York
June 17, 2011

**BUTZEL LONG,**
a professional corporation

By: /s/ Cynthia J. Haffey
Cynthia J. Haffey, Esq.
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
haffey@butzel.com
*Attorney for Reorganized Debtors*