Leslie A. Berkoff, Esq.      Hearing Date: June 21, 2011
MORITT HOCK & HAMROFF LLP     Hearing Time: 10:00 a.m.
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000; (516) 873-2010
lberkoff@moritthock.com
*Local Counsel for Verizon Business*

and

Darrell W. Clark, *Pro Hac Vice* (DC-3549)
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC 20036-3816
(202) 785-9100; (202) 785-9163
E-mail: dclark@stinson.com
*Counsel for Verizon Business*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                   :
In re                                       :    Chapter 11
                                                   :
DPH HOLDINGS CORP.*, et al.*,       :    Case No. 05-44481 (RDD)
                                                   :
                Reorganized Debtors.     :
------------------------------------------------------------x

**WITHDRAWAL OF RESPONSE OF VERIZON
BUSINESS NETWORK SERVICES INC. TO REORGANIZED
DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

COMES NOW Verizon Business Network Services Inc., on behalf of MCI Communications Services, Inc. d/b/a Verizon Business Services, formerly Digex, Inc., defendant in the above-captioned adversary proceeding ("Verizon Business"), by and through its undersigned counsel, and respectfully states as follows:

1. On November 24, 2010, Verizon Business filed its response ("Response") to the Reorganized Debtors' Motion for Leave to File Amended Complaints.

2. Since the filing of the Response, the parties have engaged in settlement discussions, and the issues raised in the Response have been resolved.

3.    Based on the agreement between Verizon Business and the Reorganized Debtors and the pending dismissal of the above-captioned adversary proceeding, Verizon Business hereby voluntarily withdraws the Response.

WHEREFORE the Verizon Business requests that the records of this Honorable Court reflect the knowing and voluntary withdrawal of the Response [Docket Entry No. 20877].

| | |
|---|---|
| Dated: June 20, 2011 | Respectfully submitted: |
| | MORITT HOCK & HAMROFF LLP |
| | /s/ Leslie A. Berkoff<br>Leslie A. Berkoff, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530<br>Tel: (516) 873-2000<br>Fax: (516) 873-2010<br>lberkoff@moritthock.com |
| | and |
| | Darrell W. Clark, Esq., *Pro Hac Vice* (DC-3549)<br>STINSON MORRISON HECKER LLP<br>1150 18th Street, NW, Suite 800<br>Washington, DC 20036<br>Tel: 202-785-9100<br>Fax: 202-785-9163<br>dclark@stinson.com |
| | *Counsel for Verizon Business* |