BUTZEL LONG, a professional corporation
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey, Esq.
Haffey@butzel.com
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, a true and correct copy of the Reorganized Debtors' Response To Sur-Replies Of Certain Defendants In Further Opposition to Reorganized Debtors' Motion For Leave To File Amended Complaints via the courts electronic filing system and via e-mail.

Dated: Detroit, Michigan        /s/ Alexis L. Richards
       June 20, 2011            Alexis L. Richards