**Hearing Date: June 23, 2011**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                         :
  In re                                                  :    Chapter 11
                                                         :
DPH HOLDINGS CORP., et al.,                              :    Case No. 05-44481 (RDD)
                                                         :
                          Reorganized Debtors.  :    (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED SIXTY-SEVENTH OMNIBUS HEARING AGENDA

Location Of Hearing:      United States Bankruptcy Court for the Southern District of New York,
                          300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixty-Seventh Omnibus Hearing Agenda:

      A.    Introduction

      B.    Continued Or Adjourned Matters (None)

      C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (None)

      D.    Contested Matters (1 Matter)

      E.    Adversary Proceedings (None)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters\***

    *None.*

**C.**    **Uncontested, Agreed, Withdrawn, Or Settled Matters**

    *None.*

**D.**    **Contested Matters**

    1.    **"Request for Stay of Order" -** Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling (Docket #21306) (Docket No. 21308)

| | |
|---|---|
| *Responses filed:* | *Reorganized Debtors' Objection To Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling (Docket # 21306) (Docket No. 21400)* |
| | *Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The "Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling" Filed By James B. Sumpter, Pro Se (Docket No. 21402)* |

---

\*    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda:  Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

|  | *Objection Of The Official Committee Of Salaried Retirees To James B. Sumpter's "Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling (Docket No. 21404)* |
|---|---|
| *Replies filed:* | *None.* |
| *Related filings:* | *Expedited Motion To Enforce COBRA Benefit For Delphi Salaried Retirees And Motion For Cobra Settlement (COBRA Benefit Motion) (Docket No. 18366)* |
|  | *Motion To Shorten Notice With Respect To James B. Sumpter's Expedited Motion To Enforce COBRA Benefit For Delphi Salaried Retirees And Motion For COBRA Settlement (Docket No. 18367)* |
|  | *Transcript Regarding Hearing Held On July 29, 2009 (Docket No. 18829)* |
|  | *Transcript Regarding Hearing Held On July 30, 2009 (Docket No. 18830)* |
|  | *Order Denying Expedited Motion To Enforce COBRA Benefits For Salaried Retirees And Motion For COBRA Settlement (Cobra Benefit Motion) (Docket No. 18723)* |
|  | *Motion By Official Committee Of Eligible Salaried Retirees To Designate Benefit Of DSRA VEBA As In Lieu Of COBRA Coverage (Docket No. 21261)* |
|  | *Declaration Of Dean M. Gloster In Support Of Motion By Official Committee Of Eligible Salaried Retirees For Order Designating VEBA Benefits In Lieu Of COBRA (Docket No. 21262)* |
|  | *Reorganized Debtors' Statement Concerning Motion By Official Committee Of Eligible Salaried Retirees To Designate Benefit Of DSRA VEBA As In Lieu Of COBRA Coverage (Docket No. 21275)* |
|  | *Order Directing United States Trustee To Disband Official Committee Of Eligible Salaried Retirees (Docket No. 21305)* |
|  | *Order Pursuant To 11 U.S.C. §§ 105 And 1114 And 26 U.S.C. § 35(e)(1)(K) Designating DSRA VEBA Benefit As In Lieu Of COBRA Continuation Coverage (Docket No. 21306)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

3

**E.**     **Adversary Proceedings**

*None.*

Dated: New York, New York
        June 22, 2011

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

    - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

4