**Hearing Date: June 23, 2011**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
  In re                                     :   Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :   Case No. 05-44481 (RDD)
                                            :
            Reorganized Debtors.            :   (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PROPOSED FORTY-FIFTH CLAIMS HEARING AGENDA

Location Of Hearing:     United States Bankruptcy Court for the Southern District of New York,
                         300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Forty-Fifth Claims Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (2 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (8 Matters)

    D.    Contested Matters (1 Matter)

**A.**    **Introduction**

**B.**    **Continued Or Adjourned Matters**

    1.    **"Sufficiency Hearing Regarding Claims of Methode Electronics Inc."** – Sufficiency Hearing Regarding Claims of Methode Electronics Inc. as Objected to on the Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503 (b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)

        *Responses filed:*    None.

        *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) State Workers' Compensation Claims, (C) Duplicate State Workers' Compensation Claims, (D) Workers' Compensation Claims, (E) Transferred Workers' Compensation Claims, (F) Tax Claims, (G) Duplicate Insurance Claims, And (H) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19903)*

| | |
|---|---|
| *Related filings:* | *Notice Of Motion By Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19895)* |
| | *Memorandum Of Law In Support Of Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19896)* |
| | *Declaration Of Ann Marie Walsh In Support Of The Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19897)* |
| | *Reorganized Debtors' Objection To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20070)* |
| | *Reply In Support Of Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20164)* |
| | *Order In Respect Of Administrative Expense Claims Of Methode Electronics Inc. (Docket No. 20240)* |
| | *Supplement To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20274)* |
| | *Reorganized Debtors' Supplemental Objection In Response To Supplement To Motion Of Methode Electronics, Inc. For* |

|  | *An Order (I) Permitting Methode To Continue Post-Petition Litigation With Reorganized Debtors In Michigan And (II) Overruling Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20418)* |
|---|---|
|  | *Reply In Support Of Supplement To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20431)* |
|  | *Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19551, 19950, And 19951 (Docket No. 21288)* |
|  | *Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19950 And 19951 Filed By Methode Electronics, Inc. (Docket No. 21302)* |
|  | *Proofs Of Administrative Expense Claim Numbers 19950 And 19951* |
| *Status:* | *The hearing with respect to this matter has been adjourned without date pursuant to the Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19950 And 19951 Filed By Methode Electronics, Inc. (Docket No. 21302).* |

2. **"Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation"** - Claims Objection Hearing Regarding Claims of Ohio Bureau of Workers' Compensation as Objected to on the Debtors' Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claims, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 17182)

4

| | |
|---|---|
| *Responses filed:* | Ohio Bureau Of Workers' Compensation's Response To Debtors' Thirty-Fourth Omnibus Objection To Claims (Docket No. 18346) |
| *Replies filed:* | Debtors' Omnibus Reply In Support Of Thirty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge (A) Certain Pension And OPEB Claims, (B) Certain Individual Workers' Compensation Claims, (C) Certain Duplicate And/Or Amended Individual Workers' Compensation Claims, (D) Certain Untimely Individual Workers' Compensation Claim, (E) A Secured Books And Records Claim, And (F) Certain Untimely Claims, (II) Modify Certain (A) Wage And Benefit Claims, (B) State Workers' Compensation Claims, And (C) Individual Workers' Compensation Claims Asserting Priority, (III) Provisionally Disallow Certain Union Claims, And (IV) Modify And Allow Certain Settled Claims (Docket No. 18569) |
| *Related filings:* | Notice Of Claims Objection Hearing With Respect To Debtors Objection To Proofs Of Claim Nos. 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19687) |
| | Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Claim Numbers 1294 And 1301 (Ohio Bureau Of Workers' Compensation) (Docket No. 19720) |
| | Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 19864) |
| | Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20509) |
| | Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20549) |
| | Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20693) |

>   *(I) Notice Of Adjournment Of Evidentiary Hearing With Respect To Debtors' Objection To Proofs Of Claim Numbers 1294 And 1301 Filed By Ohio Bureau Of Workers' Compensation And (II) Notice Of Sufficiency Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1294 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 20803)*
>
>   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21117)*
>
>   *Order Denying Motion Of Ohio Bureau Of Workers' Compensation To (I) Deem Claim Timely Filed, Or, Alternatively, (II) Authorize The Amendment Of Claim, Or (III) Permit Late Filed Claim (Docket No. 21147)*
>
>   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21207)*
>
>   *Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21359)*
>
>   *Proof Of Claim No. 1301*
>
> *Status:*   *The hearing with respect to proof of claim number 1301 has been adjourned to the September 22, 2011 claims hearing pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 1301 Filed By Ohio Bureau Of Workers' Compensation (Docket No. 21359).*

C.  **Uncontested, Agreed, Or Settled Matters**

3.  **"Claims Objection Hearing Regarding Claim of Canon U.S.A., Inc."** - Claims Objection Hearing Regarding Claim of Canon U.S.A., Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain

6

Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

*Responses filed:*     *Response Of Canon U.S.A., Inc. To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expenses (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19495)*

*Replies filed:*     *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

*Related filings:*     *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19165 (Canon U.S.A., Inc.) (Docket No. 21222)*

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19165 (Canon U.S.A., Inc.) (Docket No. 21233)*

*Joint Stipulation And Agreed Order Between Reorganized Debtors And Canon U.S.A., Inc. Compromising And Allowing Proof Of Administrative Expense Claim Number 19165 (Docket No. 21277)*

*Proof Of Administrative Expense Claim No. 19165*

*Status:*     *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors*

      *And Canon U.S.A., Inc. Compromising And Allowing Proof Of Administrative Expense Claim Number 19165 (Docket No. 21277).*

4.  **"Claims Objection Hearing Regarding Claim of Fraenkische USA LP"** - Claims Objection Hearing Regarding Claim of Fraenkische USA LP as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

  *Responses filed:*   *Limited Response Of Fraenkische USA LP To Debtors' Forty-Third Claims Objection (Docket No. 19534)*

  *Replies filed:*   *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

  *Related filings:*   *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19155 (Fraenkische USA LP) (Docket No. 21220)*

      *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19155 (Fraenkische USA LP) (Docket No. 21234)*

      *Joint Stipulation And Agreed Order Between Reorganized Debtors, Fraenkische USA LP, And Delphi Automotive Systems, LLC Compromising And Allowing Proof Of Administrative Expense Claim Number 19155 (Docket No. 21304)*

      *Proof Of Administrative Expense Claim No. 19155*

8

|   |   |
|---|---|
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, Fraenkische USA LP, And Delphi Automotive Systems, LLC Compromising And Allowing Proof Of Administrative Expense Claim Number 19155 (Docket No. 21304).* |

5. **"Claims Objection Hearing Regarding Claims of Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A."** - Claims Objection Hearing Regarding Claims of Akzo Nobel Coatings, Inc. and Akzo Nobel Industrial Coatings Mexico S.A. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|   |   |
|---|---|
| *Responses filed:* | *Response Of Akzo Nobel Coatings Inc., To The Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19459)* |
|   | *Response Of Akzo Nobel Industrial Coatings Mexico SA De CV, To The Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19460)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
|   | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 18966 And 18967 (Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A.) (Docket No. 21266)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative* |

9

        *Expense Claim Numbers 18966 And 18967 (Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A.) (Docket No. 21165)*

        *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 18966 And 18967 (Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A.) (Docket No. 21185)*

        *Joint Stipulation And Agreed Order Between Reorganized Debtors, Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A. (I) Compromising And Allowing Proof Of Administrative Expense Claim Number 18966 And (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 18967 In Its Entirety (Docket No. 21309)*

        *Proofs Of Administrative Expense Claim Nos. 18966 And 18967*

    *Status:*    *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, Akzo Nobel Coatings, Inc. And Akzo Nobel Industrial Coatings Mexico S.A. (I) Compromising And Allowing Proof Of Administrative Expense Claim Number 18966 And (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 18967 In Its Entirety (Docket No. 21309).*

6.   **"Claims Objection Hearing Regarding Claims of Martinrea International, Inc."** - Claims Objection Hearing Regarding Claims of Martinrea International, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

    *Responses filed:*    *Response Of Martinrea International, Inc. To Debtors' Forty-Third Omnibus Objection To Claims (Docket No. 19430)*

    *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And*

10

|  |  |
|---|---|
|  | *Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
|  | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 18722 And 19714 (Docket No. 21286)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18722 And 19714 (Martinrea International, Inc.) (Docket No. 21221)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 18722 And 19714 (Martinrea International, Inc.) (Docket No. 21235)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors, Martinrea International, Inc., And Delphi Automotive Systems, LLC (I) Compromising And Allowing Proof Of Administrative Expense Claim Number 18722 And (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 19714 (Docket No. 21364)* |
|  | *Proofs Of Administrative Expense Claim Nos. 18722 And 19714* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, Martinrea International, Inc., And Delphi Automotive Systems, LLC (I) Compromising And Allowing  Proof Of Administrative Expense Claim Number 18722 And (II) Disallowing And Expunging Proof Of Administrative Expense Claim Number 19714 (Docket No. 21364).* |

7. **"Claims Objection Hearing Regarding Claim of Aramark Uniform & Career Apparel, LLC"** - Claims Objection Hearing Regarding Claim of Aramark Uniform & Career Apparel, LLC as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims,

11

(F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Aramark Uniform & Career Apparel, LLC's Response To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19454)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| *Related filings:* | *Notice Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 19062 (Docket No. 21223)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 19062 (Aramark Uniform & Career Apparel, LLC) (Docket No. 21237)* |
| | *Joint Stipulation And Agreed Order Between Reorganized Debtors And Aramark Uniform & Career Apparel, LLC Compromising And Allowing Proof Of Administrative Expense Claim Number 19062 (Docket No. 21366)* |
| | *Proof Of Administrative Expense Claim No. 19062* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Aramark Uniform & Career Apparel, LLC Compromising And Allowing Proof Of Administrative Expense Claim Number 19062 (Docket No. 21366).* |

8. **"Claims Objection Hearing Regarding Claim of Union Pacific Railroad Company"** - Claims Objection Hearing Regarding Claim of Union Pacific Railroad Company as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

    *Responses filed:*      *Union Pacific Railroad Company's Response To Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. §503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compenstation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19453)*

         *Union Pacific Railroad Company's Supplemental Response To Reorganized Debtors' Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim No. 17882 (Union Pacific Railroad Company) (Docket No. 21276)*

    *Replies filed:*      *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

         *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 17882 (Union Pacific Railroad Company) (Docket No. 21287)*

|  |  |
|---|---|
| *Related filings:* | *Notice Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 17882 (Union Pacific Railroad Company) (Docket No. 21164)* |

*Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 17882 (Union Pacific Railroad Company) (Docket No. 21183)*

*Notice Of Adjournment Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 17882 Filed By Union Pacific Railroad Company (Docket No. 21265)*

*Joint Stipulation And Agreed Order Between Reorganized Debtors And Union Pacific Railroad Company Compromising And Allowing Proof Of Administrative Expense Claim Number 17882 (Union Pacific Railroad Company) (Docket No. 21347)*

*Proof Of Administrative Expense Claim No. 17882*

|  |  |
|---|---|
| *Status:* | This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Union Pacific Railroad Company Compromising And Allowing Proof Of Administrative Expense Claim Number 17882 (Union Pacific Railroad Company) (Docket No. 21347). |

9. **"Claims Objection Hearing Regarding Claims of FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc."** - Claims Objection Hearing Regarding Claims of FCI Connectors Hungary GmbH, FCI Korea Ltd., and FCI USA, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

|  |  |
|---|---|
| *Responses filed:* | *Response Of FCI Connectors Hungary GmbH, FCI Korea Ltd. And FCI USA, Inc. To Debtors' Forty-Third Omnibus Objection (Claims Nos. 19720, 19721, 19722 And 19723) (Docket No. 19544)* |

14

|  |  |
|---|---|
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
|  | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 And 19723 (FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc.) (Docket No. 21241)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 And 19723 (FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc.) (Docket No. 21163)* |
|  | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 19720, 19721, 19722 And 19723 (FCI Connectors Hungary GmbH, FCI Korea Ltd., And FCI USA, Inc.) (Docket No. 21182)* |
|  | *Joint Stipulation And Agreed Order Between Reorganized Debtors, FCI Connectors Hungary GmbH, FCI Korea Ltd., FCI USA, Inc., FCI USA LLC, And Delphi Automotive Systems, LLC (I) Compromising And Allowing Proof Of Administrative Expense Claim Number 19723 And (II) Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19720, 19721 And 19722 In Their Entirety (Docket No. 21397)* |
|  | *Proofs Of Administrative Expense Claim Nos. 19720, 19721, 19722 And 19723* |
| *Status:* | *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors, FCI Connectors Hungary GmbH, FCI Korea Ltd., FCI USA, Inc., FCI USA LLC, And Delphi Automotive Systems, LLC (I) Compromising And Allowing Proof Of Administrative* |

    *Expense Claim Number 19723 And (II) Disallowing And Expunging Proofs Of Administrative Expense Claim Numbers 19720, 19721 And 19722 In Their Entirety (Docket No. 21397).*

10.   **"Claims Objection Hearing Regarding Claims of Con-Way Freight, Inc."** - Claims Objection Hearing Regarding Claim of Con-Way Freight, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

    *Responses filed:*     *Response Of Con-Way Freight Inc. To Debtors' Objection To Administrative Expense Claim Number 18556 (Docket No. 19446)*

    *Replies filed:*     *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

    *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 18556 (Con-Way Freight, Inc.) (Docket No. 21240)*

    *Related filings:*     *Notice Of Claim Objection Hearing With Respect To Reorganized Debtors' Objection To Proof Of Administrative Expense Claim Number 18556 (Con-Way Freight, Inc.) (Docket No. 21166)*

    *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proof Of Administrative Expense Claim Number 18556 (Con-Way Freight, Inc.) (Docket No. 21184)*

        *Con-Way Freight Inc.'s Counter Statement Of Disputed Issues With Respect To Administrative Expense Claim Number 18556 (Docket No. 21248)*

        *Proof Of Administrative Expense Claim No. 18556*

   *Status:*    *This matter has been resolved pursuant to a joint stipulation that will be submitted to the Court.*

**D. Contested Matters**

 11. **"Sufficiency Hearing Regarding Claim of Philip J. Carson"** - Sufficiency Hearing Regarding Claim of Philip J. Carson as Objected to on the Reorganized Debtors' Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 18984)

   *Responses filed:* *Letter Response To Thirty-Seventh Omnibus Claims Objection (Undocketed)*

        *Request For Appeal And Objection By Philip J. Carson (Docket No. 20494)*

        *Letter By Phillip J. Carson re: Sufficiency Hearing With Respect To Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19551, 19950 and 19951 (Docket No. 21356)*

   *Replies filed:*  *Debtors' Omnibus Reply In Support Of Thirty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To Expunge Certain (I) Prepetition Claims, (II) Equity Interests, (III) Books And Records Claims, (IV) Untimely Claims, (V) Paid Severance Claims, (VI) Pension, Benefit, And OPEB Claims, And (VII) Duplicate Claims (Docket No. 19100)*

        *Reorganized Debtors' Response To Letter Of Philip J. Carson (Docket No. 20521)*

        *Reorganized Debtors' Supplemental Reply With Respect To Proof Of Administrative Expense Claim Number 19551 (Philip J. Carson) (Docket No. 21311)*

   *Related filings:* *Notice Of Deadline To File Motion For Leave To File Late Administrative Expense Claim With Respect To Late Administrative Expense Claim Filed By Philip J. Carson*

*(Administrative Expense Claim Number 19551) (Docket No. 19316)*

*Notice Of Settlement Of Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Administrative Expense Claims Filed By Philip J. Carson, Deborah Chapman, And Saundra Hamlin (Administrative Expense Claim Numbers 19551, 19284, And 19370) (Docket No. 19584)*

*Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Administrative Expense Claims Filed By Philip J. Carson, Deborah Chapman, And Saundra Hamlin (Administrative Expense Claim Numbers 19551, 19284, And 19370) (Docket No. 19724)*

*Order Pursuant To Fed. R. Bankr. P. 9024 Vacating Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 Disallowing And Expunging Administrative Expense Claims Filed By Philip J. Carson, Deborah Chapman, And Saundra Hamlin (Administrative Expense Claim Numbers 19551, 19284, And 19370) Only With Respect To Administrative Expense Claim Number 19551 Filed By Philip J. Carson (Docket No. 20585)*

*E-mail from Mike Perl to Judge Drain (Docket No. 20495)*

*Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19551, 19950, And 19951 (Docket No. 21288)*

*Proof Of Administrative Expense Claim Number 19551*

*Status:*  *The hearing with respect to this matter will be proceeding.*

Dated: New York, New York
June 22, 2011

        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

By: /s/ John K. Lyons
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors