UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
: 
DPH HOLDINGS CORP., et al., : Case No. 05-44481 (RDD)
: 
Reorganized Debtors. : (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1. I, Nick D. Campanario, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent reorganized debtor DPH Holdings Corp. and its affiliated reorganized debtors in the above-referenced cases.

2. I certify that I am a member in good standing of the bars in the states of Illinois and Minnesota.

3. I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Chicago, Illinois
       June 23, 2011

/s/ Nick D. Campanario
Nick D. Campanario
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
nick.campanario@skadden.com
(312) 407-0700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
          :
   In re          :   Chapter 11
          :
DPH HOLDINGS CORP., et al.,   :   Case No. 05-44481 (RDD)
          :
      Reorganized Debtors.   :   (Jointly Administered)
          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nick D. Campanario, to be admitted, *pro hac vice*, to represent reorganized debtor DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors") in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bars in the states of Illinois and Minnesota, it is hereby

ORDERED, that Nick D. Campanario, is admitted to practice, *pro hac vice*, in the above-referenced cases to represent the Reorganized Debtors, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  While Plains, New York
        June ___, 2011

                                                    _____
                                                    UNITED STATES BANKRUPTCY JUDGE