SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp.  Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                                  :
        In re                                     :        Chapter 11
                                                  :
DPH HOLDINGS CORP., et al.,                       :        Case No. 05-44481 (RDD)
                                                  :
                Reorganized Debtors.              :        (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS AND EMPRESAS CA LE TLAXCALA S.A. DE C.V. DISALLOWING
AND EXPUNGING PROOF OF CLAIM NUMBER 15512

(EMPRESAS CA LE TLAXCALA S.A. DE C.V.)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Empresas Ca Le Tlaxcala S.A. de C.V. (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Empresas Ca Le Tlaxcala S.A. de C.V. Disallowing And Expunging Proof Of Claim Number 15512 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on July 31, 2006, the Claimant filed proof of claim number 15512 against Delphi, asserting an unsecured non-priority claim in an unliquidated amount for alleged environmental remediation claims (the "Claim").

WHEREAS, on October 31, 2006, the Debtors objected to the Claim pursuant to the Debtors' (I) Third Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Claims With Insufficient Documentation, (B) Claims Unsubstantiated By Debtors' Books And Records, And (C) Claims Subject To Modification And (II) Motion To Estimate Contingent And Unliquidated Claims Pursuant To 11 U.S.C. § 502(c) (Docket No. 5452) (the "Third Omnibus Claims Objection").

WHEREAS, on November 22, 2006, the Claimant filed the Response Of Empresas Ca Le Tlaxcala S.A. de C.V. To Debtors' Third Omnibus Claim Objection [Claim No. 15512] (Docket No. 5782) (the "Reponse").

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by

this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from

chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified

Plan, Delphi emerged from chapter 11 as DPH Holdings Corp.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized

Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if

any) with respect to all Claims and Interests."

WHEREAS, on October 18, 2010, DPH Holdings Corp. and the Claimant, among

other parties, entered into a settlement agreement which, among other things, provides for the

disallowance and expungement of the Claim.

WHEREAS, to resolve the Third Omnibus Claims Objection with respect to the

Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which

the Reorganized Debtors and the Claimant agreed that the Claim will be disallowed and

expunged in its entirety.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and

agree as follows:

1.      The Claim is hereby disallowed and expunged in its entirety.

2.      The Response is hereby withdrawn with prejudice.

3.      This Court shall retain original and exclusive jurisdiction to adjudicate any

disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 23rd day of June, 2011

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ Deborah G. Spanic |
|---|---|
| John Wm. Butler, Jr. | Deborah G. Spanic |
| John K. Lyons | Group Counsel - Americas |
| Ron E. Meisler | Johnson Controls, Inc. |
| SKADDEN, ARPS, SLATE, MEAGHER | Power Solutions |
| & FLOM LLP | 5757 N. Green Bay Ave., X-18 |
| 155 North Wacker Drive | Milwaukee, WI 53209 |
| Chicago, Illinois  60606 | |

- and -                                                           - and -

| Four Times Square | Elena Lazarou |
|---|---|
| New York, New York  10036 | REED SMITH |
| | 599 Lexington Ave |
| Attorneys for DPH Holdings Corp., et al., | New York, NY 10022 |
| Reorganized Debtors | |

- and -

Stephen T. Bobo
SACHNOFF & WEAVER, LTD.
10 S. Wacker Dr., Suite 4000
Chicago, IL 60606

Attorneys for Empresas Ca Le Tlaxcala
S.A. de C.V.