UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
    In re                                       :    Chapter 11
                                                    :
DPH HOLDINGS CORP., et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
    Reorganized Debtors.                        :    (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER DENYING JAMES B. SUMPTER'S REQUEST FOR STAY
OF COURT ORDER AND RELATED PROCEEDINGS REGARDING
OF VEBA IN LIEU OF COBRA RULING (DOCKET # 21306)

Upon James B. Sumpter's Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling (Docket # 21306), filed June 13, 2011 (Docket No. 21308) (the "Motion"); and upon the Reorganized Debtors' Objection To Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling (Docket # 21306), filed June 20, 2011 (Docket No. 21400), the Objection Of The VEBA Committee For The Delphi Salaried Retirees Association Benefit Trust To The "Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling" Filed By James B. Sumpter, Pro Se, filed June 20, 2011 (Docket No. 21402), and the Objection Of The Official Committee Of Salaried Retirees To James B. Sumpter's "Request For Stay Of Court Order And Related Proceedings Regarding Of VEBA In Lieu Of COBRA Ruling," filed June 20, 2011 (Docket No. 21404); and for the reasons stated by the Court in its bench ruling on the record at the hearing on the Motion on June 23, 2011 (the "Hearing"); and after due deliberation thereon; and good and sufficient cause appearing for the reasons stated by this Court in its ruling at the conclusion of the Hearing, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT: [1]

1. This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334, article XIII of the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified), and paragraphs FF and 56 of the Plan Modification Order, dated July 30, 2009 (Docket No. 18707). Venue of this matter and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is denied.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: White Plains, New York
       June 27, 2011

                                         /s/Robert D. Drain
                                         UNITED STATES BANKRUPTCY JUDGE

---

[1] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. See Fed. R. Bankr. P. 7052.

2