SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
     In re                                    :     Chapter 11
                                              :
DPH HOLDINGS CORP., et al.,                   :     Case No. 05-44481 (RDD)
                                              :
              Reorganized Debtors.            :     (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED DEBTORS
AND SENSUS PRECISION DIE CASTING INC. EXPUNGING PROOF OF
ADMINISTRATIVE EXPENSE CLAIM NUMBER 19801

(SENSUS PRECISION DIE CASTING INC.)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors"), and Sensus Precision Die Casting Inc. ("Sensus," or the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Sensus Precision Die Casting Inc. Expunging Proof Of Administrative Expense Claim Number 19801 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi emerged from chapter 11 as DPH Holdings Corp.

WHEREAS, on November 5, 2009, the Claimant filed proof of administrative expense claim number 19801 (the "Claim") asserting an administrative claim against Delphi in the amount of $1,119,135.77 stemming from goods sold by the Claimant to the Debtors.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

2

WHEREAS, on January 22, 2010, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356) (the "Forty-Third Omnibus Claims Objection").

WHEREAS, on February 19, 2010, Sensus filed the Response Of Sensus Precision Die Casting, Inc. To The Reorganized Debtors' Forty Third Omnibus Claims Objection (Docket No. 19515) (the "Response").

WHEREAS, to resolve the Forty-Third Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant acknowledged and agreed that the Claim has been satisfied in full by payments made in the ordinary course of business and therefore should be expunged in its entirety.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

1. The Claim is hereby expunged in its entirety.

2. The Response is hereby deemed withdrawn with prejudice.

3. This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 27th day of June, 2011

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ George M. Cheever |
|---|---|
| John Wm. Butler, Jr. | George M. Cheever |
| John K. Lyons | K&L GATES LLP |
| Ron E. Meisler | K&L Gates Center |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 210 Sixth Avenue |
| 155 North Wacker Drive | Pittsburgh PA 15222-2613 |
| Chicago, Illinois 60606 | |
| - and - | - and - |
| Four Times Square | Eric T. Moser |
| New York, New York 10036 | K&L GATES LLP |
| | 599 Lexington Avenue |
| Attorneys for DPH Holdings Corp., et al., Reorganized Debtors | New York, New York 10222-6030 |
| | Attorneys for Sensus Precision Die Casting, Inc. |

4