YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
Joseph M. Barry (NY JB1560; DE 4221)

Counsel for Tyco Electronics Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------:
                                                        :    Chapter 11
    In re                             :
                                                        :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                             :
                                                        :    (Jointly Administered)
        Debtors.  :
-------------------------------------------------------:

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
FOR REMOVAL FROM ECF NOTIFICATIONS AND MAILINGS**

      PLEASE TAKE NOTICE that Tyco Electronics Corporation hereby withdraws its appearance and requests that it and its undersigned counsel be removed from receiving ECF notifications and mailings in the above-captioned cases.

Dated: June 28, 2011      YOUNG CONAWAY STARGATT & TAYLOR LLP
      Wilmington, Delaware

           /s/ Joseph M. Barry
      Joseph M. Barry (NY JB1560; DE 4221)
      The Brandywine Building
      1000 West Street, 17th Floor
      Wilmington, Delaware 19801
      Telephone: 302-571-6600
      Facsimile: 302-571-1253

Counsel for Tyco Electronics Corporation

YCST01:8224484.2      065057.1001