# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

June 23, 2011

Clerk's Office
United States Bankruptcy Court
for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

Re:  In re DPH Holdings Corp., et al.
     Case No. 05-44481-rdd

Dear Sir or Madam:

Please remove me from the electronic mailing list for the case identified above.

Very truly yours,

William L. Farris

S.D. OF N.Y.
2011 JUN 23 P 1:40
U.S. BANKRUPTCY COURT
FILED