UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors.<br>_____/ | Chapter 11<br>Case No. 05-44481<br>(Jointly Administered)<br><br>Honorable Robert D. Drain |

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2011, a copy of the Letter Regarding Hearing on June 21, 2011 was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record. I further certify that on the 30th day of June, 2011, a copy of the foregoing was sent via Federal Express overnight delivery upon the Honorable Robert D. Drain, U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140 and the following:

| | |
|---|---|
| DPH Holdings Corp.<br>Attn: John Brooks<br>5725 Delphi Drive<br>Troy, Michigan 48098 | Butzel Long<br>Attn: Donald Orlandoni<br>150 W. Jefferson Avenue<br>Suite 100<br>Detroit, Michigan 48226 |
| Butzel Long<br>Attn: Eric Fisher<br>380 Madison Avenue, 22nd Floor<br>New York, New York 10017 | Latham & Watkins<br>Attn: Mark A. Broude/Robert J. Rosenberg<br>885 Third Avenue<br>New York, New York 10022 |
| Warner Stevens, L.L.P.<br>Attn: Michael D. Warner<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, Texas 76102 | Office of the U.S. Trustee<br>Attn: Brian Masumoto<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| Barnes & Thornburg LLP<br>Attn: D. Thome/K. Matsoukas<br>One N. Wacker Drive<br>Suite 4400<br>Chicago, IL 60606 | Delphi Automotive Systems LLP<br>Attn: S. Corcoran, K. Craft, D. Sherbin<br>5725 Delphi Drive<br>Troy, Michigan 48098 |
| Honigman Miller Schwartz and Cohn LLP<br>Attn: F. Gorman/R. Weiss<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Ruskin Moscou Faltischek PC<br>Attn: J. Wurst<br>1425 RXR Plaza<br>15th Floor<br>Uniondale, NY 11556 |

7119268.1 30885/135676

| Skadden Arps Slate Meagher & Flom LLP<br>Attn: Ron Meisler<br>155 N. Wacker Drive<br>Suite 2700<br>Chicago, IL 60606-1720 | Weil, Gotshal & Manges LLP<br>Attn: H. Miller/R. Lemons<br>767 Fifth Avenue<br>New York, NY 10153 |

/s/ Joel D. Applebaum
Joel D. Applebaum
Clark Hill PLC

7119268.1 30885/135676