**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
Douglas K. Mayer
Emil A. Kleinhaus
Alexander B. Lees

Hearing Date: August 25, 2011
Hearing Time: 10:00 a.m.
Objection Deadline: August 18, 2011

**LOCKE LORD BISSELL & LIDDELL LLP**
Three World Financial Center
New York, NY 10281
Telephone: 212-415-8600
Facsimile: 212-303-2754
Shalom Jacob

**LOCKE LORD BISSELL & LIDDELL LLP**
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0654
Facsimile: (312) 896-6654
Ann Marie Walsh

*Attorneys for Methode Electronics, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| DELPHI CORPORATION, et al., | : Case No. 05-44481 (RDD) |
| | : Jointly Administered |
| Debtors. | : |

**NOTICE OF MOTION BY METHODE ELECTRONICS, INC.
FOR AN ORDER (I) GRANTING IT LEAVE TO FILE ITS AMENDED
COUNTERCLAIM AGAINST THE REORGANIZED DEBTORS IN MICHIGAN
AND (II) OVERRULING THE OBJECTION OF THE REORGANIZED
DEBTORS TO METHODE'S ADMINISTRATIVE CLAIMS TO THE EXTENT
THE OBJECTION IS PREDICATED ON THE DATE WHEN METHODE FILED
CERTAIN CLAIMS FORMS WITH THIS COURT**

**PLEASE TAKE NOTICE** that Methode Electronics, Inc. ("Methode"), by and through its undersigned counsel, based on this notice of motion, the accompanying memorandum of law, and other accompanying documents, hereby moves for entry of an order (1) granting Methode leave to file its amended counterclaim against DPH-DAS LLC and affiliated reorganized debtors (the "Reorganized Debtors") in Michigan, and (2) overruling the objection of the Reorganized Debtors to Methode's administrative expense claims to the extent the objection is predicated on the date when Methode filed certain claim forms with this Court (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on August 25, 2011 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), The Honorable Charles L. Brieant Federal Building and Courthouse, 300 Quarropas Street, Courtroom 116, White Plains, New York 10601-4140.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, in opposition to the relief requested shall be filed with the Court and served upon the undersigned counsel for Methode no later than August 18, 2011 at 4:00 p.m. (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System, which can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format, and shall be

served in accordance with General Order M-242, with a courtesy copy delivered to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and served on Wachtell, Lipton, Rosen & Katz, attorneys for Methode, 51 West 52nd Street, New York, New York 10019, attn.: Douglas K. Mayer, in accordance with General Order M-182, so as to be received no later than the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that only those objections made as set forth herein will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: New York, New York
July 1, 2011

**LOCKE LORD BISSELL & LIDDELL LLP**

/s/ Shalom Jacob
Shalom Jacob
Three World Financial Center
New York, NY 10281
Telephone: 212-415-8600
Facsimile: 212-303-2754

**LOCKE LORD BISSELL & LIDDELL LLP**
Ann Marie Walsh
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0654
Facsimile: (312) 896-6654

**WACHTELL, LIPTON, ROSEN & KATZ**
Douglas K. Mayer
Emil A. Kleinhaus
Alexander B. Lees
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000