SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  |  |  |
| --- | --- | --- |
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Reorganized Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN
REORGANIZED DEBTORS AND OHIO ENVIRONMENTAL PROTECTION
AGENCY WITHDRAWING PROOF OF CLAIM NUMBER 15345

(OHIO ENVIRONMENTAL PROTECTION AGENCY)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Ohio Environmental Protection Agency (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Ohio Environmental Protection Agency Withdrawing Proof Of Claim Number 15345 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York.

WHEREAS, on July 31, 2006, the Claimant filed proof of claim number 15345 against DAS LLC asserting a priority claim and a general unsecured non-priority claim in an undetermined amount ("Claim 15345") for certain alleged environmental liabilities.

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.  In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

2

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, on November 9, 2009, the Reorganized Debtors objected to Claim 15345 pursuant to the Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19044) (the "Thirty-Eighth Omnibus Claims Objection").

WHEREAS, on December 3, 2009, the Claimant filed the Memorandum Of Ohio Environmental Protection Agency In Opposition To Reorganized Debtors' Thirty-Eighth Omnibus Objection Pursuant To 11 U.S.C. §502(b) And Fed.R.Bankr. 3007 To (I) Expunge Certain (A) Equity Interests, (B) Books And Records Claims, (C) Untimely Claims, (D) Pension, Benefit, And OPEB Claims, And (E) Workers' Compensation Claims And (II) Modify And Allow Certain Claims (Docket No. 19142) (the "Response").

WHEREAS, to resolve the Thirty-Eighth Omnibus Claims Objection with respect to Claim 15345, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant agreed that Claim 15345 should be withdrawn.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

1.    Claim 15345 is hereby withdrawn with prejudice in its entirety.

2.    The Response is hereby deemed withdrawn with prejudice.

3

3.      This Court shall retain original and exclusive jurisdiction to adjudicate any

disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 6th day of July, 2011


/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE


AGREED TO AND
APPROVED FOR ENTRY:

/s/ John K. Lyons                                    /s/ Victoria D. Garry
John Wm. Butler, Jr.                                 MICHAEL DEWINE
John K. Lyons                                        Ohio Attorney General of Ohio
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER                        Victoria D. Garry
  & FLOM LLP                                         (Ohio Reg. No. 0037014)
155 North Wacker Drive                               Assistant Attorney General
Chicago, Illinois 60606                              441 Vine Street
                                                     16th Floor, Carew Tower
          - and -                                    Cincinnati, Ohio 45202

Four Times Square                                    Attorneys for Ohio Environmental Protection
New York, New York  10036                            Agency


Attorneys for DPH Holdings Corp., et al.,
          Reorganized Debtors