BRYAN CAVE LLP
Michelle McMahon (MM-8130)
Jessica Fischweicher
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1493

BRYAN CAVE LLP
Lloyd A. Palans (admitted pro hac vice)
Christopher J. Lawhorn (admitted pro hac vice)
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com

*Attorneys for Spartech Polycom*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11:
                                                :
DELPHI CORPORATION, *et al.*,                   :    Case No. 05-44481 (RDD)
                                                :    Jointly Administered
---------------------------------------------------------------x
DELPHI CORPORATION, *et al.*,                   :
                                                :    Adv. Pro. No. 07-02639 (RDD)
                               Plaintiffs,      :
                                                :
             -against-                          :
                                                :
SPARTECH POLYCOM                                :
                                                :
                               Defendant.       :
---------------------------------------------------------------x

**NOTICE OF FILING OF DECLARATION OF CHAD R. TOMSHECK
IN SUPPORT OF SPARTECH POLYCOM'S OPPOSITION TO REORGANIZED
DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

Spartech Polycom ("Spartech"), by its undersigned attorneys, and in further support of its opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaints (the "Motion to Amend") against various preference defendants (collectively, the "Defendants"), including Spartech, respectfully states:

1.    Following dismissal of their initial complaint in this matter against Spartech, the Reorganized Debtors filed their Motion to Amend on or about September 7, 2010.

2.    Spartech responded by filing its Brief in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints on or about November 24, 2010.

3.    The Reorganized Debtors filed their Omnibus Reply in Further Support of Motions for Leave to File Amended Complaints on or about January 28, 2011.

4.    Spartech filed a Joinder and Sur-Reply in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints on or about June 17, 2011.

5.    On June 21, 2011, the Court held a hearing on the Motion to Amend and considered the various arguments that Spartech and other Defendants raised in opposition.  In particular, the Court authorized any Defendants that did not receive timely notice of the Supplemental Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order [Docket No. 18952] (the "Fourth Extension Motion") to file a declaration to that effect within three weeks of the hearing date.

6.    Spartech did not receive notice of the Fourth Extension Motion, nor any of the Reorganized Debtors' related motions that were filed prior to the Fourth Extension Motion. Accordingly, Spartech submits the Declaration of Chad R. Tomsheck in Support of Spartech Polycom's Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints

2

attached hereto as <u>Exhibit A</u> and requests that the Reorganized Debtors' Motion to Amend be

denied as to Spartech on a final basis.


Dated:  July 6, 2011                        Respectfully submitted,


                                            /s/  Jessica Fischweicher
                                            BRYAN CAVE LLP
                                            Michelle McMahon (MM-8130)
                                            Jessica Fischweicher
                                            1290 Avenue of the Americas
                                            New York, NY 10104
                                            Telephone:  (212) 541-2000
                                            Facsimile:  (212) 541-1493

                                            BRYAN CAVE LLP
                                            Lloyd A. Palans (admitted pro hac vice)
                                            Christopher J. Lawhorn (admitted pro hac vice)
                                            200 North Broadway, Suite 3600
                                            St. Louis, MO 63102
                                            Telephone:  (314) 259-2000
                                            Facsimile:  (314) 259-2020
                                            lapalans@bryancave.com
                                            cjlawhorn@bryancave.com

                                            *Attorneys for Spartech Polycom*

**EXHIBIT A**

BRYAN CAVE LLP
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-1493

BRYAN CAVE LLP
Lloyd A. Palans (admitted pro hac vice)
Christopher J. Lawhorn (admitted pro hac vice)
200 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
lapalans@bryancave.com
cjlawhorn@bryancave.com

*Attorneys for Spartech Polycom*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
                                              :
In re:                                        :    Chapter 11:
                                              :
DELPHI CORPORATION, *et al.*,                 :    Case No. 05-44481 (RDD)
                                              :    Jointly Administered
----------------------------------------------------------x
DELPHI CORPORATION, *et al.*,                 :
                                              :    Adv. Pro. No. 07-02639 (RDD)
                          Plaintiffs,         :
                                              :
        -against-                             :
                                              :
SPARTECH POLYCOM                              :
                                              :
                          Defendant.          :
----------------------------------------------------------x

## DECLARATION OF CHAD R. TOMSHECK IN SUPPORT OF SPARTECH POLYCOM'S OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

Chad R. Tomsheck , first being duly sworn and under oath, states:

1.      I am Chad R. Tomsheck and I am over 18 years old.  I am the Director of

Specialty Compounds and Tolling of Spartech Polycom ("Spartech").  I have personal

3663843.3                                   1

CRT

knowledge of the facts stated in this declaration. If called and sworn as a witness, I could and would testify competently to the matters set forth herein.

2.      I am an employee of Spartech with knowledge of Spartech's relationship with Delphi Corporation and its affiliates (collectively, the "Debtors").

3.      Spartech received no notice and had no knowledge that the Debtors had sued Spartech by filing the complaint (the "Complaint") in the above-captioned adversary proceeding in an attempt to recover $8,637,901.23 in alleged preferential transfers until at least April 2010. Further, Spartech had no notice prior to April 2010 that on several occasions the Debtors had sought and obtained authority to file and maintain hundreds of adversary proceedings under seal and to extend the time for service of the complaints (including the Complaint) long past the expiration of the applicable statute of limitations.

4.      The Debtors did not serve a copy of the Expedited Motion For Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), And 546(a) And Fed. R. Bankr. P. 7004, 9006(c), And 9018 (I) Authorizing Debtors To Enter Into Stipulations Tolling Statute Of Limitations With Respect To Certain Claims, (II) Authorizing Procedures To Identify Causes Of Action That Should Be Preserved, And (III) Establishing Procedures For Certain Adversary Proceedings Including Those Commenced By Debtors Under 11 U.S. C. § 541, 544, 545, 547, 548, Or 553 [Docket No. 8905] (the "First Extension Motion") on Spartech, and no reference to Spartech is contained in the relevant Affidavit of Service filed by the Debtors on or about August 10, 2007 [Docket No. 9039]. Spartech did not receive a copy of the First Extension Motion in connection with its filing, nor did Spartech receive a copy of the related order granting the First Extension Motion until after April 2010.

5.      The Debtors did not serve a copy of the Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. Civ. P. 4(m) To Extend Deadline To Serve Process For

Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order [Docket No. 12922] (the "Second Extension Motion") on Spartech, and no reference to Spartech is contained in the relevant Affidavit of Service filed by the Debtors on or about March 4, 2008 [Docket No. 12970]. Spartech did not receive a copy of the Second Extension Motion in connection with its filing, nor did Spartech receive a copy of the related order granting the Second Extension Motion until after April 2010.

6.      The Debtors did not serve a copy of the Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order [Docket No. 13361] (the "Third Extension Motion") on Spartech, and no reference to Spartech is contained in the relevant Affidavit of Service filed by the Debtors on or about April 16, 2008 [Docket No. 13415]. Spartech did not receive a copy of the Third Extension Motion in connection with its filing, nor did Spartech receive a copy of the related order granting the Third Extension Motion until after April 2010.

7.      The Debtors did not serve a copy of the Supplemental Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order [Docket No. 18952] (the "Fourth Extension Motion") on Spartech, and no reference to Spartech is contained in the relevant Affidavit of Service filed by the Debtors on or about October 7, 2009 [Docket No. 18967]. Spartech did not receive a copy of the Fourth Extension Motion in connection with its filing, nor did Spartech receive a copy of the related order granting the Fourth Extension Motion until after April 2010.

8.      Spartech did not learn of the First Extension Motion, the Second Extension Motion, the Third Extension Motion, or the Fourth Extension Motion (collectively, the

CRT

"Extension Motions") or the hearings thereon until long after the relief requested in the Extension Motions had been granted, and Spartech had no opportunity to object to the relief requested in the Extension Motions.

9.      Spartech has been prejudiced in its ability to defend against the allegations in the Complaint by the long delay in receiving notice and service of the Complaint and the Extension Motions.   Among other things, Spartech has lost the ability to identify, locate, and preserve its records that are relevant to the claims in the Complaint and to preserve information from Spartech employees knowledgeable about Spartech's relationship with the Debtors.

I declare under penalty of perjury that the foregoing is true and correct.

7/5/2011

Chad R. Tomsheck

## CERTIFICATE OF SERVICE

I, Jessica Fischweicher, hereby certify that a copy of the Notice of Filing of Declaration

of Chad R. Tomsheck in Support of Spartech Polycom's Opposition to Reorganized Debtors'

Motion for Leave to file Amended Complaints was served on the following counsel on July 6,

2011 by electronic mail.

BUTZEL LONG
380 Madison Avenue, 22nd Floor
New York, New York 10017
Attention:    Eric B. Fisher (fishere@butzel.com)
              Barry N. Seidel (seidel@butzel.com)

BUTZEL LONG
Suite 100
150 West Jefferson Ave.
Detroit, Michigan 48226
Attention:    Cynthia J. Haffey (haffey@butzel.com)


/s/  Jessica Fischweicher