MCGRAIL & BENSINGER LLP
676A Ninth Avenue #211
New York, New York  10036
Telephone:  (646) 290-6496
Facsimile:  (646) 224-8377
David C. McGrail, Esq. (DM 3904)

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481-RDD
                                                    :
                    Debtors.                        :
------------------------------------------------------------X
DELPHI CORPORATION, et al.,                         :
                                                    :
                    Plaintiffs,                     :    Adv. No. 07-02633-RDD
      v.                                            :
                                                    :
SOLID STATE STAMPING INC., SOLID                    :
STATE STAMPING I and SOLID STATE                    :
STAMPLING INC.,                                     :
                                                    :
                    Defendants.                     :
------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 8, 2011, a true copy of the Declaration of Neil D. Allen in Further Support of Sunstone Components Group, Inc.'s Joinders in (1) the Motion and Brief of Defendant Doshi Prettl International for Relief From Fourth Order Extending Time to Serve Complaint and (2) the Objections, Briefs, and Sur-Replies With Respect to Reorganized Debtors' Motion for Leave to File Amended Complaints, was served by email and U.S. Mail, postage pre-paid, on:

Cynthia Haffey, Esq.
Butzel Long
Suite 100
150 West Jefferson Ave.
Detroit, Michigan  48226
DATED:   July 8, 2011
         New York, New York

MCGRAIL & BENSINGER LLP

s/ David C. McGrail
David C. McGrail, Esq. (DM 3904)
676A Ninth Avenue #211
New York, New York  10036
Telephone:  (646) 290-6496
Facsimile:  (646) 224-8377

Counsel to Sunstone Components Group, Inc. (f/k/a Solid State Stamping Inc.)

2