HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP
3101 Tower Creek Parkway
Suite 600, One Tower Creek
Atlanta, Georgia 30339
Telephone:     (678) 384-7000
Facsimile:       (678) 384-7034
Louis G. McBryan (LG 1352) (pro hac vice)
Attorneys for Vanguard Distributors, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | |
| DELPHI CORPORATION, et al. | Chapter 11 |
| Debtors. | Case No. 05-44481 (RDD) |
|  | (Jointly Administered) |
| DELPHI CORPORATION, *et al.* | Adversary Proceeding No. 07-02539 |
| Plaintiffs, | |
| -against- | |
| VANGUARD DISTRIBUTORS, INC., | |
| Defendant. | |

**NOTICE OF SERVICE**

This is to certify that on that the 8th day of July, 2011, a copy of the *Notice of Filing Declaration of Sylvester Formey in Support of Vanguard Distributors, Inc.'s Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaint* was filed electronically. A copy was mailed by Federal Express to chamber and sent via first class mail to:

{File: 00051226.DOC / }

Butzel Long
Attn: Eric B. Fisher, Esq.
380 Madison Avenue, 22nd Floor
New York, New York 10017

This 8th day of July, 2011.

/s/Louis G. McBryan
Louis G. McBryan
3101 Towercreek Parkway
One Tower Creek, Suite 600
Atlanta, Georgia 30339
Telephone: (678) 384-7000
Facsimile: (678) 384-7034
E-mail: lmcbryan@hwmklaw.com
*Attorneys for Vanguard Distributors, Inc.*

{File: 00051226.DOC / }