**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

Robinson Strauss, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for Methode Electronics, Inc., in the above-captioned case.

2. On July 1, 2011, I caused a true and correct copy of the following documents:

- Notice of Motion by Methode Electronics, Inc. for an Order (I) Granting It Leave to File Its Amended Counterclaim Against the Reorganized Debtors in Michigan and (II) Overruling the Objection of the Reorganized Debtors to Methode's Administrative Claims to the Extent the Objection is Predicated on the Date When Methode Filed Certain Claims Forms with This Court

- Memorandum in Support of Motion of Methode Electronics, Inc. for Leave to File Its Amended Counterclaim Against the Reorganized Debtors in Michigan

to be served by overnight mail upon the parties listed on the service list attached hereto as Exhibit A, and by electronic mail upon the parties listed on the service list attached hereto as Exhibit B.

 

_____
Robinson Strauss

Sworn to before me this
8TH Day of July, 2011

_____
JUSTIN F. STENERSON
Notary Public, State of New York
No. 01ST6180617
Qualified in New York County
Commission Expires January 14, 20 12