**Exhibit B**

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Barnes & Thornburg LLP | Deborah L. Thorne | dthorne@btlaw.com |
| Barnes & Thornburg LLP | Kathleen L. Matsoukas | kmatsoukas@btlaw.com |
| Delphi Automotive Systems LLP | Sean Corcoran | sean.p.corcoran@delphi.com |
| Delphi Automotive Systems LLP | Karen Craft | karen.j.craft@delphi.com |
| Delphi Automotive Systems LLP | David M. Sherbin | david.sherbin@delphi.com |
| DPH Holdings Corp. | John Brooks | john.brooks@delphi.com |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | fgorman@honigman.com |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | rweiss@honigman.com |
| Ruskin Moscou Faltischek PC | Jeffrey A. Wurst, Esq. | jwurst@rmfpc.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | rmeisler@skadden.com |
| Weil, Gotshal & Manges LLP | Harvey R. Miller | harvey.miller@weil.com |
| Weil, Gotshal & Manges LLP | Robert J. Lemons | robert.lemons@weil.com |
| Adalberto Cañadas Castillo | | adalberto@canadas.com |
| Adler Pollock & Sheehan PC | Joseph Avanzato | javanzato@apslaw.com |
| Airgas, Inc. | David Boyle | david.boyle@airgas.com |
| Akebono Brake Corporaton | Brandon J. Kessinger | bkessinger@akebono-usa.com |
| Akin Gump Strauss Hauer & Feld, LLP | Ira S Dizengoff | idizengoff@akingump.com |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | mgreger@allenmatkins.com |
| Alliance for Sustainable Energy LLC | National Renewable Energy Laboratory | jim.martin@nrel.gov |
| Alston & Bird, LLP | Craig E. Freeman | craig.freeman@alston.com |
| Alston & Bird, LLP | Dennis J. Connolly | dconnolly@alston.com |
| | David A. Wender | dwender@alston.com |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | steven.keyes@aam.com |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | mtf@afrct.com |
| Arent Fox PLLC | Robert M. Hirsh | Hirsh.Robert@arentfox.com |
| Arnall Golden Gregory LLP | Darryl S. Laddin | dladdin@agg.com |
| Arnold & Porter LLP | Joel M. Gross | joel_gross@aporter.com |
| ATS Automation Tooling Systems Inc. | Carl Galloway | cgalloway@atsautomation.com |
| Balch & Bingham LLP | Eric T. Ray | eray@balch.com |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | Kimberly J. Robinson | kim.robinson@bfkn.com |
| Barack, Ferrazzano, Kirschbaum & Nagelberg LLP | William J. Barrett | william.barrett@bfkn.com |
| Barnes & Thornburg LLP | Alan K. Mills | alan.mills@btlaw.com |
| Barnes & Thornburg LLP | Damon R Leichty | damon.leichty@btlaw.com |
| Barnes & Thornburg LLP | David M. Powlen | david.powlen@btlaw.com |
| Barnes & Thornburg LLP | Deborah L. Thorne | deborah.thorne@btlaw.com |
| Barnes & Thornburg LLP | John T. Gregg | jgregg@btlaw.com |
| Barnes & Thornburg LLP | Kathleen L. Matsoukas | kathleen.matsoukas@btlaw.com |
| Barnes & Thornburg LLP | Mark R. Owens | mark.owens@btlaw.com |
| Barnes & Thornburg LLP | Michael K. McCrory | michael.mccrory@btlaw.com |
| Barnes & Thornburg LLP | Patrick E. Mears | pmears@btlaw.com |
| Barnes & Thornburg LLP | Sarah Quinn Kuhny | sarah.kuhny@btlaw.com |
| Barnes & Thornburg LLP | Wendy D. Brewer | wendy.brewer@btlaw.com |
| Bartlett Hackett Feinberg P.C. | Frank F. McGinn | ffm@bostonbusinesslaw.com |
| Beeman Law Office | Thomas M Beeman | tom@beemanlawoffice.com |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | hannah@blbglaw.com |
| Berry Moorman P.C. | James P. Murphy | murph@berrymoorman.com |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | klaw@bbslaw.com |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | lschwab@bbslaw.com |
| Bialson, Bergen & Schwab | Thomas M. Gaa | tgaa@bbslaw.com |
| Bingham McHale LLP | Whitney L Mosby | wmosby@binghammchale.com |
| Blank Rome LLP | Marc E. Richards | mrichards@blankrome.com |
| Bodman LLP | Ralph E. McDowell | rmcdowell@bodmanllp.com |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | chill@bsk.com |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | csullivan@bsk.com |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | sdonato@bsk.com |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | amcmullen@bccb.com |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | rjones@bccb.com |
| Brembo S.p.A. | Massimilliano Cini | massimiliano_cini@brembo.it |
| Brown & Connery, LLP | Donald K. Ludman | dludman@brownconnery.com |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Buchanan Ingersoll & Rooney PC | Mark Pfeiffer | mark.pfeiffer@bipc.com |
| Buchanan Ingersoll & Rooney PC | Mary Caloway | mary.caloway@bipc.com |
| Buchanan Ingersoll & Rooney PC | Peter S. Russ | peter.russ@bipc.com |
| Buchanan Ingersoll & Rooney PC | William H. Schorling, Esq. | william.schorling@bipc.com |
| Butzel Long | Bruce L. Sendek | sendek@butzel.com |
| Butzel Long | Chester E. Kasiborski, Jr. | kasiborski@butzel.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 1 of 7

**Exhibit B**

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Butzel Long | Cynthia J. Haffey | haffey@butzel.com |
| Butzel Long | David J. DeVine | devine@butzel.com |
| Butzel Long | Donald V. Orlandoni | orlandoni@butzel.com |
| Butzel Long | Sheldon H. Klein | klein@butzel.com |
| Butzel Long | Thomas B. Radom | radom@butzel.com |
| Butzel Long | Thomas D. Noonan | noonan@butzel.com |
| Cadwalader Wickersham & Taft LLP | Jeannine D'Amico | jeannine.damico@cwt.com |
| Cadwalader Wickersham & Taft LLP | John J. Rapisardi Esq | john.rapisardi@cwt.com |
|  | Joseph Zujkowski Esq | joseph.zujkowski@cwt.com |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | jonathan.greenberg@BASF.COM |
| Cahill Gordon & Reindel LLP | Kevin Burke | kburke@cahill.com |
| Calfee, Halter & Griswold LLC | Jean R. Robertson, Esq. | jrobertson@calfee.com |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | dhriggio@gmail.com |
|  | Robert Calinoff | rcalinoff@candklaw.com |
| Cantor Colburn LLP | Michael J Rye | mrye@cantorcolburn.com |
| Carson Fischer, P.L.C. | Joseph M Fischer | brcy@carsonfischer.com |
|  | Patrick J Kukla |  |
| Carson Fischer, P.L.C. | Robert A. Weisberg | rweisberg@carsonfischer.com |
|  |  | brcy@carsonfischer.com |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | cahn@clm.com |
| Chadbourne & Parke LLP | Douglas Deutsch, Esq. | ddeutsch@chadbourne.com |
| Clark Hill PLC | Joel D. Applebaum | japplebaum@clarkhill.com |
| Clark Hill PLC | Shannon Deeby | sdeeby@clarkhill.com |
| Clark Hill PLLC | Robert D. Gordon | rgordon@clarkhill.com |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | maofiling@cgsh.com |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | maofiling@cgsh.com |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | tmaxson@cohenlaw.com |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | jvitale@cwsny.com |
|  | Babette Ceccotti | bceccotti@cwsny.com |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | srosen@cb-shea.com |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | jwisler@cblh.com |
| Coolidge Wall Co. LPA | Ronald S. Pretekin | Pretekin@coollaw.com |
| Covington & Burling | Susan Power Johnston | sjohnston@cov.com |
|  | Aaron R. Marcu |  |
| Cox, Hodgman & Giarmarco, P.C. | Sean M. Walsh, Esq. | swalsh@chglaw.com |
| Curtin & Heefner, LLP | Daniel P. Mazo | dpm@curtinheefner.com |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Cindi Eilbott | ceilbott@curtis.com |
| Damon & Morey LLP | William F. Savino | wsavino@damonmorey.com |
| David P. Martin |  | davidpmartin@erisacase.com |
|  |  | davidpmartin@bellsouth.net |
| Day Pitney LLP | Richard M. Meth | rmeth@daypitney.com |
| Day Pitney LLP | Ronald S. Beacher | rbeacher@daypitney.com |
|  | Conrad K. Chiu | cchiu@daypitney.com |
| Dechert LLP | Glenn E. Siegel | glenn.siegel@dechert.com |
|  | James O. Moore | james.moore@dechert.com |
| Denso International America, Inc. | Carol Sowa | carol_sowa@denso-diam.com |
| DiConza Law, P.C. | Gerard DiConza, Esq. | gdiconza@dlawpc.com |
| Dinsmore & Shohl LLP | John Persiani | john.persiani@dinslaw.com |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen | richard.kremen@dlapiper.com |
|  | Maria Ellena Chavez-Ruark |  |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | andrew.kassner@dbr.com |
| Duane Morris LLP | Joseph H. Lemkin | jhlemkin@duanemorris.com |
| Duane Morris LLP | Lewis R Olshin Esq | Olshin@duanemorris.com |
| Duane Morris LLP | Margery N. Reed, Esq. | dmdelphi@duanemorris.com |
|  |  | mreed@duanemorris.com |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | wmsimkulak@duanemorris.com |
| Dykema Gossett PLLC | Douglas S Parker | dparker@dykema.com |
| Dykema Gossett PLLC | Robert D. Nachman | rnachman@dykema.com |
| Electronic Data Systems Corporation | Ayala Hassell | ayala.hassell@eds.com |
| Ellenberg, Ogier, Rothschild & Rosenfeld, P.C. | Barbara Ellis-Monro | bem@eorrlaw.com |
| Entergy Services, Inc. | Alan H. Katz | akatz@entergy.com |
| Epstein Becker & Green PC | Maura I. Russell | MRussell@ebglaw.com |
|  | Anthony B. Stumbo |  |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | gettelman@e-hlaw.com |
| Faegre & Benson LLP | Elizabeth K. Flaagan | eflaagan@faegre.com |
| Farrell Fritz PC | Louis A. Scarcella | lscarcella@farrellfritz.com |
|  | Patrick T. Collins | pcollins@farrellfritz.com |

**Exhibit B**

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Filardi Law Offices LLC | Charles J. Filardi, Jr., Esq. | charles@filardi-law.com |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | tdonovan@finkgold.com |
| Foley & Lardner LLP | Ann Marie Uetz | auetz@foley.com |
| Foley & Lardner LLP | Jill L. Murch | jmurch@foley.com |
| Foley & Lardner LLP | John A. Simon | jsimon@foley.com |
| Foley & Lardner LLP | John R. Trentacosta | jtrentacosta@foley.com |
|  | Katherine R. Catanese | kcatanese@foley.com |
| Fox Rothschild LLP | Brian Isen | bisen@foxrothschild.com |
| Fox Rothschild LLP | Fred Stevens | fstevens@foxrothschild.com |
| Frederick T. Rikkers |  | ftrikkers@rikkerslaw.com |
| Frost Brown Todd LLC | Ronald E. Gold | rgold@fbtlaw.com |
| Fulbright & Jaworski LLP | David A Rosenzweig | drosenzweig@fulbright.com |
| Fulbright & Jaworski LLP | Michael M Parker | mparker@fulbright.com |
| Genovese Joblove & Battista, P.A. | David C. Cimo | dcimo@gjb-law.com |
| Gibbons P.C. | David N. Crapo | dcrapo@gibbonslaw.com |
| Goldberg Segalla LLP | Attn Bruce W Hoover | bhoover@goldbergsegalla.com |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | bmehlsack@gkllaw.com |
| Goulston & Storrs, P.C. | Peter D. Bilowz | pbilowz@goulstonstorrs.com |
| Grant & Eisenhofer P.A. | James J Sabella | jsabella@gelaw.com |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | jeisenhofer@gelaw.com |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | mrr@previant.com |
| Graydon Head & Ritchey LLP | J. Michael Debbler | mdebbeler@graydon.com |
|  | Susan M. Argo |  |
| Greenberg Traurig, LLP | Maria J. DiConza | diconzam@gtlaw.com |
| Greenberg Traurig, LLP | Shari L. Heyen | heyens@gtlaw.com |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald | ckm@greensfelder.com |
|  | J. Patrick Bradley | jpb@greensfelder.com |
| Hahn Loeser & Parks LLP | Lawrence E Oscar | leoscar@hahnlaw.com |
|  | Christopher W Peer | cpeer@hahnlaw.com |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin | cbattaglia@halperinlaw.net |
|  | Christopher J.Battaglia | ahalperin@halperinlaw.net |
|  | Julie D. Dyas | jdyas@halperinlaw.net |
| Hancock & Estabrook LLP | R John Clark Esq | rjclark@hancocklaw.com |
| Harrington, Dragich & O'Neill PLLC | David G Dragich | ddragich@hdolaw.com |
| Harris D. Leinwand | Harris D. Leinwand | hleinwand@aol.com |
| Haskell Slaughter Young & Rediker LLC | Robert H. Adams | rha@hsy.com |
| Haynes and Boone, LLP | Judith Elkin | judith.elkin@haynesboone.com |
| Haynes and Boone, LLP | Lenard M. Parkins | lenard.parkins@haynesboone.com |
|  | Kenric D. Kattner | kenric.kattner@haynesboone.com |
| Herrick, Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewlett-Packard Company | Kenneth F. Higman | ken.higman@hp.com |
| Hewlett-Packard Company | Ramona S. Neal | Ramona.neal@hp.com |
| Hewlett-Packard Company | Sharon Petrosino | sharon.petrosino@hp.com |
| Hinckley Allen & Snyder LLP | Michael J Pendell | mpendell@haslaw.com |
| Hiscock & Barclay, LLP | J. Eric Charlton | echarlton@hiscockbarclay.com |
| Hodgson Russ LLP | Garry M. Graber | ggraber@hodgsonruss.com |
| Hodgson Russ LLP | James C. Thoman | jthoman@hodgsonruss.com |
| Hogan & Hartson L.L.P. | Audrey Moog | amoog@hhlaw.com |
| Hogan & Hartson L.L.P. | Edward C. Dolan | ecdolan@hhlaw.com |
| Hogan & Hartson L.L.P. | Scott A. Golden | sagolden@hhlaw.com |
| Hogan Lovells US LLP | Matthew P Morris | matthew.morris@hoganlovells.com |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | dbaty@honigman.com |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | tsable@honigman.com |
| Honigman, Miller, Schwartz and Cohn, LLP | I. W. Winsten, Esq. | iww@honigman.com |
| Honigman, Miller, Schwartz and Cohn, LLP | Lawrence J. Murphy | lmurphy@honigman.Com |
| Honigman, Miller, Schwartz and Cohn, LLP | Seth A Drucker | sdrucker@honigman.com |
| Howard & Howard Attorneys PC | Lisa S Gretchko | lgretchko@howardandhoward.com |
| Howick, Westfall, McBryan & Kaplan, LLP | Louis G. McBryan | lmcbryan@hwmklaw.com |
| Hunter & Schank Co. LPA | John J. Hunter | jrhunter@hunterschank.com |
| Hunter & Schank Co. LPA | Thomas J. Schank | tomschank@hunterschank.com |
| Hunton & Wiliams LLP | Steven T. Holmes | sholmes@hunton.com |
| Hurwitz & Fine P.C. | Ann E. Evanko | aee@hurwitzfine.com |
| Ice Miller | Ben T. Caughey | Ben.Caughey@icemiller.com |
| Ice Miller LLP | Henry A. Efroymson | henry.efroymson@icemiller.com |
| Infineon Technologies North America Corporation | Greg Bibbes | greg.bibbes@infineon.com |
| Infineon Technologies North America Corporation | Jeff Gillespie | jeffery.gillispie@infineon.com |
| International Union of Operating Engineers | Richard Griffin | rgriffin@iuoe.org |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 3 of 7

**Exhibit B**

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Jackson Walker LLP | Bruce J. Ruzinsky | bruzinsky@jw.com |
| Jackson Walker LLP | Heather M. Forrest | hforrest@jw.com |
| James R Scheuerle | Parmenter O'Toole | JRS@Parmenterlaw.com |
| Jason, Inc. | Will Schultz | wschultz@jasoninc.com |
| Jenner & Block LLP | Ronald R. Peterson | rpeterson@jenner.com |
| Johnston, Harris Gerde & Komarek, P.A. | Jerry W. Gerde, Esq. | gerdekomarek@bellsouth.net |
| Jones Day | Corinne Ball | cball@jonesday.com |
| Jones Day | Peter J. Benvenutti | pjbenvenutti@jonesday.com |
| | Michaeline H. Correa | mcorrea@jonesday.com |
| Jones Day | Scott J. Friedman | sjfriedman@jonesday.com |
| Karel S. Karpe P.C. d/b/a KarpeLaw | Karel S. Karpe | kkarpe@karpelaw.com |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | john.sieger@kattenlaw.com |
| Kaye Scholer LLP | Richard G Smolev | rsmolev@kayescholer.com |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | kcookson@keglerbrown.com |
| Keller Rohrback L.L.P. | Lynn Lincoln Sarko | lsarko@kellerrohrback.com |
| | Cari Campen Laufenberg | claufenberg@kellerrohrback.com |
| | Erin M. Rily | eriley@kellerrohrback.com |
| Keller Rohrback P.L.C. | Gary A. Gotto | ggotto@kellerrohrback.com |
| Kelley Drye & Warren, LLP | Craig A. Wolfe | cwolfe@kelleydrye.com |
| Kelley Drye & Warren, LLP | Merrill B. Stone | mstone@kelleydrye.com |
| Kennedy, Jennick & Murray | Susan M. Jennik | sjennik@kjmlabor.com |
| Kennedy, Jennick & Murray | Thomas Kennedy | tkennedy@kjmlabor.com |
| Kerr Russell & Weber PLC | James E. DeLine | jed@krwlaw.com |
| Kerr Russell & Weber PLC | Patrick Warren Hunt | pwh@krwlaw.com |
| King & Spalding, LLP | H. Slayton Dabney, Jr. | sdabney@kslaw.com |
| Kirkland & Ellis LLP | David Spiegel | david.spiegel@kirkland.com |
| Kirkland & Ellis LLP | Jim Stempel | jstempel@kirkland.com |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | efox@klng.com |
| Kokomo Gas & Fuel Company | Patti E Pope | pepope@nisource.com |
| Kramer Levin Naftalis & Frankel LLP | Jordan D Kaye | jkaye@kramerlevin.com |
| Krieg Devault LLP | Lawrence W. Schmits Esq. | lschmits@kdlegal.com |
| Krieg Devault LLP | Patricia L. Beaty Esq | pbeaty@kdlegal.com |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | sosimmerman@kwgd.com |
| Kutak Rock LLP | Jay Selanders | jay.selanders@kutakrock.com |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | ekutchin@kutchinrufo.com |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | knorthup@bmklegal.com |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Adam D. Bruski | adbruski@lambertleser.com |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | smcook@lambertleser.com |
| Latham & Watkins | Mark A. Broude | mark.broude@lw.com |
| Latham & Watkins | Michael J. Riela | michael.riela@lw.com |
| Latham & Watkins | Mitchell A. Seider | mitchell.seider@lw.com |
| Latham & Watkins | Robert Rosenberg | robert.rosenberg@lw.com |
| Law Offices of Michael O'Hayer | Michael O'Hayer Esq | mkohayer@aol.com |
| Lewis and Roca LLP | Rob Charles, Esq. | rcharles@lrlaw.com |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | sfreeman@lrlaw.com |
| Linear Technology Corporation | John England, Esq. | jengland@linear.com |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | houston_bankruptcy@publicans.com |
| Locke Lord Bissell & Liddell | Kevin J. Walsh | kwalsh@lockelord.com |
| Loeb & Loeb LLP | P. Gregory Schwed | gschwed@loeb.com |
| Loeb & Loeb LLP | William M. Hawkins | whawkins@loeb.com |
| Lowenstein Sandler PC | Bruce S. Nathan | bnathan@lowenstein.com |
| Lowenstein Sandler PC | Ira M. Levee | ilevee@lowenstein.com |
| Lowenstein Sandler PC | Kenneth A. Rosen | krosen@lowenstein.com |
| Lowenstein Sandler PC | Michael S. Etikin | metkin@lowenstein.com |
| Lowenstein Sandler PC | Scott Cargill | scargill@lowenstein.com |
| Lowenstein Sandler PC | Vincent A. D'Agostino | vdagostino@lowenstein.com |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | egc@lydenlaw.com |
| Maddin, Hauser, Wartell, Roth & Heller PC | Alexander Stotland Esq | axs@maddinhauser.com |
| Madison Capital Management | Joe Landen | jlanden@madisoncap.com |
| Margulies & Levinson, LLP | Leah M. Caplan, Esq. | lmc@ml-legal.com |
| Mastromarco & Jahn, P.C. | Victor J. Mastromarco, Jr. | vmastromar@aol.com |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | gsantella@masudafunai.com |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | dadler@mccarter.com |
| McCarter & English, LLP | Eduardo J. Glas, Esq. | eglas@mccarter.com |
| McCarthy Tetrault LLP | Lorne P. Salzman | lsalzman@mccarthy.ca |

**Exhibit B**

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| McDermott Will & Emery LLP | Gary O. Ravert | gravert@mwe.com |
| McDermott Will & Emery LLP | Stephen B. Selbst | sselbst@mwe.com |
| McDermott Will & Emery LLP | Steven P. Handler | shandler@mwe.com |
|  | Monica M. Quinn | mquinn@mwe.com |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | sopincar@mcdonaldhopkins.com |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | sriley@mcdonaldhopkins.com |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | jbernstein@mdmc-law.com |
| McGuirewoods LLP | Aaron G McCollough Esq | amccollough@mcguirewoods.com |
| McGuirewoods LLP | Daniel F Blanks | dblanks@mcguirewoods.com |
| McGuirewoods LLP | John H Maddock III | jmaddock@mcguirewoods.com |
| Meyer, Suozzi, English & Klein, P.C. | Attn Thomas R Slome Esq | tslome@msek.com |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | hkolko@msek.com |
| Meyers Law Group, P.C. | Merle C. Meyers | mmeyers@mlg-pc.com |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | emeyers@mrrlaw.net |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | rrosenbaum@mrrlaw.net |
| Miami-Dade County Tax Collector | April Burch | mdtcbkc@miamidade.gov |
| Michael Cox |  | miag@michigan.gov |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | raterinkd@michigan.gov |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | miag@michigan.gov |
| Miles & Stockbridge, P.C. | Thomas D. Renda | trenda@milesstockbridge.com |
| Miller & Martin PLLC | Dale Allen | vjones@millermartin.com |
| Miller Johnson | Thomas P. Sarb | sarbt@millerjohnson.com |
|  | Robert D. Wolford | wolfordr@millerjohnson.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | greenj@millercanfield.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Marc N. Swanson | swansonm@millercanfield.com |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | fusco@millercanfield.com |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | pjricotta@mintz.com |
|  |  | pricotta@mintz.com |
| Molex Connector Corp | Jeff Ott | Jeff.Ott@molex.com |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | agottfried@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | mzelmanovitz@morganlewis.com |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | resterkin@morganlewis.com |
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | lberkoff@moritthock.com |
| Moses & Singer LLP | James M. Sullivan Esq. | jsullivan@mosessinger.com |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., | rurbanik@munsch.com |
|  | Joseph J. Wielebinski, Esq. and | jwielebinski@munsch.com |
|  | Davor Rukavina, Esq. | drukavina@munsch.com |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | sandy@nlsg.com |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | Knathan@nathanneuman.com |
| National City Commercial Capital | Lisa M. Moore | l.moore@pnc.com |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | george.cauthen@nelsonmullins.com |
| New Jersey Attorney General's Office Division of Law | Tracy E Richardson | tracy.richardson@dol.lps.state.nj.us |
|  | Deputy Attorney General |  |
| Nixon Peabody LLP | Victor G. Milione | cdesiderio@nixonpeabody.com |
|  | Christopher M. Desiderio | vmilione@nixonpeabody.com |
| North Point | David G. Heiman | dgheiman@jonesday.com |
| Office of the Chapter 13 Trustee | Camille Hope | cahope@chapter13macon.com |
| Office of the Texas Attorney General | Jay W. Hurst | jay.hurst@oag.state.tx.us |
| Ohio Environmental Protection Agency | c/o Michelle T. Sutter | msutter@ag.state.oh.us |
| Orbotech, Inc. | Michael M. Zizza | michaelz@orbotech.com |
| O'Rourke Katten & Moody | Michael Moody | mmoody@orourkeandmoody.com |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | aenglund@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | fholden@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Raniero D'Aversa, Jr. | Rdaversa@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Michael R. Seidl | mseidl@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein | Rfeinstein@pszjlaw.com |
|  | Ilan D. Scharf | lscharf@pszjlaw.com |
| Patterson Belknap Webb & Tyler LLP | Daniel A. Lowenthal | dalowenthal@pbwt.com |
| Patterson Belknap Webb & Tyler LLP | David W. Dykhouse | dwdykhouse@pbwt.com |
|  | Phyllis S. Wallitt |  |
| Paul H. Spaeth Co. LPA | Paul H. Spaeth | spaethlaw@phslaw.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Andrew N. Rosenberg | arosenberg@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | ddavis@paulweiss.com |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | emccolm@paulweiss.com |
| Peggy Housner |  | housnerp@michigan.gov |

**Exhibit B**

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Penachio Malara LLP | Anne Penachio | apenachio@pmlawllp.com |
| Pepper, Hamilton LLP | Francis J. Lawall | lawallf@pepperlaw.com |
| Pepper, Hamilton LLP | Henry Jaffe | jaffeh@pepperlaw.com |
| Pepper, Hamilton LLP | Nina M. Varughese | varughesen@pepperlaw.com |
| Pickrel Shaeffer & Ebeling | Sarah B. Carter Esq | scarter@pselaw.com |
| Pierce Atwood LLP | Jacob A. Manheimer | jmanheimer@pierceatwood.com |
| Pierce Atwood LLP | Keith J. Cunningham | kcunningham@pierceatwood.com |
| Pietragallo Bosick & Gordon LLP | Richard J. Parks | rjp@pbandg.com |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | karen.dine@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | margot.erlich@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | mark.houle@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | richard.epling@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | robin.spear@pillsburylaw.com |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | bsmoore@pbnlaw.com |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | jsmairo@pbnlaw.com |
| Previant, Goldberg, Uelman, Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley | jh@previant.com |
| | Marianne G. Robbins | mgr@previant.com |
| PriceWaterHouseCoopers | Enrique Bujidos | enrique.bujidos@es.pwc.com |
| QAD, Inc. | Stephen Tyler Esq | xst@qad.com |
| Quarles & Brady LLP | Kasey C. Nye | knye@quarles.com |
| Quarles & Brady LLP | Roy Prange | rlp@quarles.com |
| Quarles & Brady LLP | Valerie L. Bailey-Rihn Esq | valerie.bailey-rihn@quarles.com |
| Reed Smith | Ann Pille | apille@reedsmith.com |
| Republic Engineered Products, Inc. | Joseph A Kaczka | jkaczka@republicengineered.com |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | jshickich@riddellwilliams.com |
| Rieck and Crotty PC | Jerome F Crotty | jcrotty@rieckcrotty.com |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | rtrack@msn.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | cbelmonte@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | pbosswick@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Roberto Carrillo | rcarrillo@ssbb.com |
| Schafer and Weiner PLLC | Daniel Weiner | dweiner@schaferandweiner.com |
| Schafer and Weiner PLLC | Howard Borin | hborin@schaferandweiner.com |
| Schafer and Weiner PLLC | Ryan Heilman | rheilman@schaferandweiner.com |
| Schiff Hardin LLP | Eugene J. Geekie, Jr. | egeekie@schiffhardin.com |
| Schulte Roth & Zabel LLP | David J. Karp | david.karp@srz.com |
| Schulte Roth & Zabel LLP | James T. Bentley | james.bentley@srz.com |
| Schulte Roth & Zabel LLP | Michael L. Cook | michael.cook@srz.com |
| Schwartz Lichtenberg LLP | Barry E Lichtenberg Esq | barryster@att.net |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | pbaisier@seyfarth.com |
| Seyfarth Shaw LLP | Robert W. Dremluk | rdremluk@seyfarth.com |
| Seyfarth Shaw LLP | William J. Hanlon | whanlon@seyfarth.com |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC | Brian L Shaw | bshaw100@shawgussis.com |
| Sheehan Phinney Bass + Green Professional Association | Bruce A. Harwood | bharwood@sheehan.com |
| Sheldon S. Toll PLLC | Sheldon S. Toll | lawtoll@comcast.net |
| Sheppard Mullin Richter & Hampton LLP | Eric Waters | ewaters@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLP | Malani J. Sternstein | msternstein@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLP | Theodore A. Cohen | tcohen@sheppardmullin.com |
| Sheppard Mullin Richter & Hampton LLP | Theresa Wardle | twardle@sheppardmullin.com |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | rthibeaux@shergarner.com |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | rthibeaux@shergarner.com |
| Shipman & Goodwin LLP | Kathleen M. LaManna | bankruptcy@goodwin.com |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | asherman@sillscummis.com |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | jzackin@sillscummis.com |
| Sills, Cummis Epstein & Gross, P.C. | Valerie A Hamilton | vhamilton@sillscummis.com |
| | Simon Kimmelman | skimmelman@sillscummis.com |
| Silver Point Capital, L.P. | Chaim J. Fortgang | cfortgang@silverpointcapital.com |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | kmiller@skfdelaware.com |
| SNR Denton US LLP | D. Farrington Yates | fyates@sonnenschein.com |
| SNR Denton US LLP | Oscar N. Pinkas | opinkas@sonnenschein.com |
| SNR Denton US LLP | Robert E. Richards | rrichards@sonnenschein.com |
| Squire, Sanders & Dempsey L.L.P. | G. Christopher Meyer | cmeyer@ssd.com |
| State of California Office of the Attorney General | Sarah E. Morrison | sarah.morrison@doj.ca.gov |
| State of Michigan Department of Labor & Economic Growth, Unemployment Insurance Agency | Roland Hwang Assistant Attorney General | hwangr@michigan.gov |
| State of Michigan Labor Division | Susan Przekop-Shaw | przekopshaws@michigan.gov |
| Steel Technologies, Inc. | John M. Baumann | jmbaumann@steeltechnologies.com |

**Exhibit B**

| COMPANY | CONTACT | EMAIL |
|---|---|---|
| Sterns & Weinroth, P.C. | Michael A Spero<br>Simon Kimmelman<br>Valerie A Hamilton | jspecf@sternslaw.com |
| Stevens & Lee, P.C. | Constantine D. Pourakis, Esq. | cp@stevenslee.com |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | mshaiken@stinsonmoheck.com |
| Stinson Morrison Hecker LLP | Nicholas J Zluticky | nzluticky@stinson.com |
| Stites & Harbison PLLC | Madison L.Cashman | robert.goodrich@stites.com |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | madison.cashman@stites.com |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | wbeard@stites.com<br>loucourtsum@stites.com |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | ferrell@taftlaw.com |
| Taft, Stettinius & Hollister LLP | W Timothy Miller Esq | miller@taftlaw.com |
| Teitelbaum & Baskin LLP | Jay Teitelbaum<br>Ron Baskin | jteitelbaum@tblawllp.com<br>rbaskin@tblawllp.com |
| Tennessee Department of Revenue | Marvin E. Clements, Jr. | agbanknewyork@ag.tn.gov |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | jforstot@tpw.com |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | lcurcio@tpw.com |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | niizeki.tetsuhiro@furukawa.co.jp |
| The Michaelson Law Firm | Robert N Michaelson | rnm@michaelsonlawfirm.com |
| The Timken Corporation BIC - 08 | Michael Hart | michael.hart@timken.com |
| Thompson & Knight | Rhett G. Cambell | rhett.campbell@tklaw.com |
| Thompson & Knight LLP | Ira L. Herman | ira.herman@tklaw.com |
| Thompson & Knight LLP | John S. Brannon | john.brannon@tklaw.com |
| Thompson Coburn Fagel Haber | Lauren Newman | lnewman@thompsoncoburn.com |
| Thompson Hine LLP | Jennifer L Maffett | Jennifer.Maffett@ThompsonHine.com |
| TI Group Automotive Systms LLC | Timothy M. Guerriero | tguerriero@us.tiauto.com |
| Todd & Levi, LLP | Jill Levi, Esq. | jlevi@toddlevi.com |
| Todtman Nachamie Spizz & Johns PC | Janice B. Grubin | jgrubin@tnsj-law.com |
| U.S. Department of Justice | Matthew L Schwartz<br>Joseph N Cordaro | matthew.schwartz@usdoj.gov<br>Joseph.Cordaro@usdoj.gov |
| Underberg & Kessler, LLP | Helen Zamboni | hzamboni@underbergkessler.com |
| Union Pacific Railroad Company | Mary Ann Kilgore | mkilgore@UP.com |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy | Allied Industrial and Service Workers, Intl Union (USW), AFL-CIO | djury@usw.org |
| Vedder Price PC | Stephanie K Hor Chen | schen@vedderprice.com |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | tscobb@vorys.com |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | RGMason@wlrk.com |
| Warner Norcross & Judd LLP | Gordon J. Toering | gtoering@wnj.com |
| Warner Norcross & Judd LLP | Michael G. Cruse | mcruse@wnj.com |
| Warner Norcross & Judd LLP | Stephen B. Grow | growsb@wnj.com |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | gpeters@weltman.com |
| White & Case LLP | Glenn Kurtz<br>Gerard Uzzi<br>Douglas Baumstein | gkurtz@ny.whitecase.com<br>guzzi@whitecase.com<br>dbaumstein@ny.whitecase.com |
| White & Case LLP | Thomas Lauria<br>Frank Eaton | tlauria@whitecase.com<br>featon@miami.whitecase.com |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | barnold@whdlaw.com |
| Wickens Herzer Panza Cook & Batista Co | James W Moennich Esq | jmoennich@wickenslaw.com |
| Winston & Strawn LLP | David Neier<br>Carey D. Schreiber | dneier@winston.com<br>cschreiber@winston.com |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | mwinthrop@winthropcouchot.com |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | sokeefe@winthropcouchot.com |
| Womble Carlyle Sandridge & Rice, PLLC | Allen Grumbine | agrumbine@wcsr.com |
| Womble Carlyle Sandridge & Rice, PLLC | Michael G. Busenkell | mbusenkell@wcsr.com |
| Woods Oviatt Gilman LLP | Ronald J. Kisinski | rkisicki@woodsoviatt.com |
| Zeichner Ellman & Krause LLP | Stuart Krause | skrause@zeklaw.com |

In re. DPH Holdings Corp., et al.
Case No. 05-44481 (RDD)

Page 7 of 7