VARNUM LLP
Bridgewater Place, P.O. Box 352
Grand Rapids, MI 49501-0352
Mary Kay Shaver
Bryan R. Walters (admitted *pro hac vice*)
Tel.: (616) 336-6000

*Attorneys for Summit Polymers, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 05-44481-rdd |
| | Chapter 11 |
| DPH HOLDINGS CORP., et al., | (Jointly Administered) |
| Debtors. | |

--------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al., | Adv. Proc. No. 07-02661-rdd |
| Plaintiff, | |
| v. | |
| SUMMIT POLYMERS INC., | |
| Defendant. | |

--------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that, and to the best of his knowledge, information, and belief, on July 11, 2011, a copy of Summit Polymers, Inc.'s Notice of Filing of Affidavit of Peter M. Garvey in Support of Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints was served electronically via the Court's ECF system on the parties shown on the attached Notice of Electronic filing.

/s/ Bryan R. Walters
Bryan R. Walters
brwalters@varnumlaw.com

4418869_1.DOCX