STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
(212) 319-8500
Constantine D. Pourakis (cp@stevenslee.com)

Attorneys for Globe Motors, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et.al.*, | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| DELPHI CORPORATION, *et.al.*, | |
| Plaintiffs, | Adv. Pro. No. 07-02333 (RDD) |
| v. | |
| GLOBE MOTORS, INC. and GLOBE MOTORS, | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

  Jesse A. Gonzalez, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Kings County, New York.

  On July 11, 2011, deponent served the *Second Declaration of Thomas Carroll in Support of Objection of Globe Motors to Reorganized Debtors' Motion for Leave to File Amended Complaints and in Support of Motions to Dismiss Adversary Proceedings* by Federal Express on the following:

SL1 1084911v1 105400.00001

| | |
|---|---|
| Cynthia J. Haffey, Esq. | Eric B. Fisher, Esq. |
| Butzel Long | Barry N. Seidel, Esq. |
| 150 West Jefferson Avenue, Suite 100 | Butzel Long |
| Detroit, MI 48226 | 380 Madison Avenue, 22nd Floor |
| | New York, NY 10017 |

/s/ Jesse A. Gonzalez
Jesse A. Gonzalez

Sworn to before me this
11th day of July 2011

/s/ Constantine Pourakis
Notary Public

SL1 1084911v1 105400.00001