Shalom Jacob
Zachary D. Silbersher
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel: (212) 415-8600
Fax: (212) 303-2754

-and-

Courtney E. Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 443-0700
Fax: (312) 443-0336

*Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
In re:                                            Chapter 11

DPH HOLDINGS CORP., et al.,                       Case No. 05-44481 [RDD]

           Reorganized Debtors.           (Jointly Administered)
-------------------------------------------------x
DELPHI CORPORATION, et al.,

           Plaintiffs,
v.                                                Adv. Pro. No. 07-02432 [RDD]

METHODE ELECTRONICS INC.,

           Defendant.
-------------------------------------------------x

### DECLARATION OF TIMOTHY R. GLANDON

Timothy R. Glandon, hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true to the best of my knowledge, information and belief:

    1.    My name is Timothy R. Glandon. I am of sound mind, over the age of eighteen years, capable of making this declaration (the "Declaration") and fully competent to testify

herein. Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, information provided to me by certain employees of Methode Electronics, Inc. ("Methode") with whom I manage, my review of relevant documents, or my opinion based upon my experience, knowledge, and information concerning the operations and financial affairs of Methode. If I were called upon to testify, I would testify competently to the facts set forth in this Declaration. I am authorized to submit this Declaration.

2.  I submit this Declaration in connection with the above-captioned bankruptcy case and adversary proceeding and in support of Methode's Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints and the motion to vacate the Fourth Extension Order.

3.  Since August 2001, I have been employed by Methode. I am currently employed as Vice President and General Manager of North American Automotive Operations at Methode.

4.  As Vice President and General Manager at Methode, I am familiar with the supply arrangements between Methode and Delphi Automotive Systems, LLC ("Delphi") and have been involved in Methode's business relationship with Delphi since coming to Methode in 2001.

5.  Methode was not served with any of the four Extension Motions by overnight mail, including the First Extension Motion, the Second Extension Motion, the Third Extension Motion, or the Fourth Extension Motion.

6.  Methode was not served with the Fourth Extension Motion by postage pre-paid US mail.

I declare under the penalty of perjury and the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 10, 2011 at Chicago, Illinois.

_____
Timothy R. Glandon
Vice President and General Manager of North
    American Automotive Operations
Methode Electronics, Inc.

```
STATE OF ILLINOIS  )
                   )  SS
COUNTY OF COOK     )
```

Subscribed and sworn to before me this 11th day of July, 2011.

_____
Notary Public

```
OFFICIAL SEAL
PATRICIA M. SWAGGERTY
Notary Public · State of Illinois
My Commission Expires Feb 17, 2014
```