Shalom Jacob
Zachary D. Silbersher
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281-2101
Tel: (212) 415-8600
Fax: (212) 303-2754

-and-

Courtney E. Barr (CE 7768)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois  60606
Tel: (312) 443-0700
Fax: (312) 443-0336

    *Counsel for Methode Electronics, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP., et al., | Case No. 05-44481 [RDD] |
|     Reorganized Debtors. | (Jointly Administered) |

-------------------------------------------------x

| | |
|---|---|
| DELPHI CORPORATION, et al., | |
|     Plaintiffs, | |
| v. | Adv. Pro. No. 07-02432 [RDD] |
| METHODE ELECTRONICS, INC. | |
|     Defendant. | |

-------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2011, I caused to be electronically filed *Methode Electronics, Inc.'s Objection to the Reorganized Debtors' Motion for Leave to File Amended*

1

*Complaints*, and the accompanying *Declaration of Timothy R. Glandon*, using the ECF system which will send notification of such filing to all registered ECF users.

The following parties were served with the above-referenced documents via overnight delivery on July 11, 2011:

>The Honorable Robert D. Drain
>United States Bankruptcy Court Judge
>United States Bankruptcy Court
>    for the Southern District of New York
>300 Quarropas Street
>White Plains, New York 10601


>U.S. Trustee
>United States Bankruptcy Court
>    for the Southern District of New York
>300 Quarropas Street
>White Plains, New York 10601


>Cynthia J. Haffey
>Butzel Long
>150 West Jefferson Ave., Suite 100
>Detroit, Michigan 48226
> haffey@butzel.com

Dated:  July 11, 2011
         New York, New York              /s/ Zachary D. Silbersher
                                         Zachary D. Silbersher
                                         LOCKE LORD BISSELL & LIDDELL LLP
                                         Three World Financial Center
                                         New York, New York 10281-2101
                                         Tel:  (212) 415-8600
                                         Fax: (212) 303-2754