KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
Telephone:     (513) 579-6400
Facsimile:      (513) 579-6457
Jason V. Stitt, Esq.
*Counsel for Defendant, F.A. Tech Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 [RDD] |
| Debtors. | (Jointly Administered) |
| DELPHI CORPORATION, *et al.*, | Adv. Proc. No. 07-02350 [RDD] |
| Plaintiffs, | |
| -v- | |
| F.A. TECH CORPORATION, | |
| Defendant. | |

**NOTICE OF FILING DECLARATION OF KELLY MICHIMI IN SUPPORT OF**
**F.A. TECH CORPORATION'S OBJECTION TO REORGANIZED DEBTORS'**
**MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

F. A. Tech Corporation ("F. A. Tech"), by its undersigned attorneys, and in support of its opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaint (the "Motion to Amend") against various Preference Defendants (collectively, the "Defendants") including F. A. Tech, respectively states:

1. Following dismissal of their initial complaint in this matter against F. A. Tech, the Reorganized Debtors filed their Motion to Amend on or about September 7, 2010 (the "Motion to Amend") [Doc. No. 20575; Adv. Doc. No. 29].

2. F. A. Tech responded by filing its Objection to Reorganized Debtors' Motion for Leave to File Amended Complaints on November 24, 2010 [Doc. No. 20898, Adv. Doc. No. 33].

3. The Reorganized Debtors filed their Omnibus Reply in further support of the Motion for Leave to File Amended Complaints on January 28, 2011 [Doc. No. 20196, Adv. Doc. No.35].

4. F. A. Tech filed a Sur-Reply and Joinder of F. A. Tech Corporation in Support of Objections to the Reorganized Debtors Motion for Leave to File Amended Complaints on June 17, 2011 [Adv. Doc. No. 39].

5. On June 21, 2011, the Court held a hearing on the Motion to Amend and consider various arguments that F. A. Tech and other Defendants raised in opposition. In particular, the court authorized any Defendants that did not receive timely notice of the Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(d)(i) and Fed. R. Civ. P. 4(m) to extend deadline to serve process for avoidance actions filed in connection with preservation of a state claims procedures order [Doc. No. 18952] (the "Fourth Extension Motion") to file a declaration to that effect within three weeks of the hearing date.

6. F. A. Tech did not receive notice of the Fourth Extension Motion nor any of the Reorganized Debtors, related motions that were filed prior to the Fourth Extension Motion.

7. Accordingly, F. A. Tech submits the Declaration of Kelly Michimi in support of F. A. Tech Corporation's Objection to Reorganized Debtors Motion for Leave to File Amended Complaint, attached hereto as <u>Exhibit A</u> and requests that the Reorganized Debtors Motion to Amend be denied as to F. A. Tech on a final basis.

Dated: July 11, 2011              Respectfully submitted,

                                  /s/ Jason V. Stitt
                                  Jason V. Stitt (0078513)
                                  KEATING MUETHING & KLEKAMP PLL
                                  One East Fourth Street, Suite 1400
                                  Cincinnati, Ohio 45202
                                  Telephone:    (513) 639-3964
                                  Facsimile:    (513) 579-6457
                                  jstitt@kmklaw.com
                                  *Counsel for Defendant, F.A. Tech Corporation*

## CERTIFICATE OF SERVICE

    I certify that on July 11, 2011, I caused the **NOTICE OF FILING DECLARATION OF KELLY MICHIMI IN SUPPORT OF F.A. TECH CORPORATION'S OBJECTION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

    The following parties were also served via overnight UPS on June 10, 2011:

| | |
|---|---|
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New York<br>White Plains Office<br>300 Quarropas Street<br>White Plains, NY 10601 | Neil Berger<br>Togut, Segal & Segal LLP<br>One Penn Plaza Suite 3335<br>New York, NY 10119 |
| Cynthia J. Haffey<br>Butzel Long PC<br>150 W. Jefferson Ave., Suite 100<br>Detroit, MI 48226 | Office of United States Trustee<br>Attn: Alicia M. Leonhard, Trace Hope<br>Davis and Brian Masumoto<br>33 Whitehall St. 21st Floor<br>New York, NY 10004 |

                              /s/ Jason V. Stitt
                              Jason V. Stitt (0078513)

3976621.1