```
 1
 2    UNITED STATES BANKRUPTCY COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Case No. 05-44481-rdd
 5    - - - - - - - - - - - - - - - - - - - - - -x
 6    In the Matter of:
 7
 8    DPH HOLDINGS CORP., ET AL.,
 9
10             Debtors.
11
12    - - - - - - - - - - - - - - - - - - - - - -x
13
14                 U.S. Bankruptcy Court
15                 300 Quarropas Street
16                 White Plains, New York
17
18                 June 21, 2011
19                 10:10 AM
20
21    B E F O R E:
22    HON. ROBERT D. DRAIN
23    U.S. BANKRUPTCY JUDGE
24
25
```

DPH HOLDINGS CORP., ET AL.

1    THE COURT:  But if it's an order entered based upon a

2    representation that the people had been served, when in fact,

3    they hadn't been served.  That's a real problem.

4    MR. KLEIN:  I agree with you and let me address that.

5    THE COURT:  Okay.

6    MR. KLEIN:  Plain and -- I wasn't involved in the case

7    at the time, so I --

8    THE COURT:  Right.

9    MR. KLEIN:  Plainly, there was not an understanding,

10   and I could imagine very sensible reasons for thinking that the

11   notice language in the -- case management will likely know what

12   the exact name of the order is -- applied here.  First, it

13   would be inherently -- expecting this sort of notice, would be

14   inherently inconsistent with the big picture series of orders

15   that were entered that provided for filing the cases under

16   seal, precisely to avoid creating the sorts of controversies

17   that would arise here.  I mean, that was --

18   THE COURT:  But that isn't -- that wasn't the basis

19   for the fourth extension.

20   MR. KLEIN:  Well, but it's inextricably tied to put

21   it -- the cases under seal.  You can't -- I mean, the whole

22   point of the extension was to continue the status quo where

23   complaints hadn't been served.

24   THE COURT:  But did -- the point as stated in the

25   motion and in the oral presentation was that the debtor needed

DPH HOLDINGS CORP., ET AL.

1    a situation that other than through some miraculous

2    happenstance, no one could have --

3            THE COURT:  I appreciate -- that's why I say there's a

4    spectrum here.

5            MR. KLEIN:  Okay.  Thank you, Your Honor.

6            THE COURT:  Okay.

7            MR. NAYAK:  Your Honor, Mahesh Nayak again.  I'm just

8    wanting to get clarification.  You mentioned some time frames

9    that you would like to see this within --

10           THE COURT:  Yes.

11           MR. NAYAK:  -- and I also want to understand from Your

12   Honor how you view this should happen, whether it should be

13   part and parcel of the -- is this a predicate or a predecessor

14   to the debtors' motion for leave to amend that they can

15   affirmatively somehow establish that service was accomplished

16   to Your Honor's satisfaction, that we would oppose that, there

17   would be a hearing on it in advance of a motion for leave to

18   amend?  Because it seems like a motion for leave to amend, Your

19   Honor --

20           THE COURT:  That's a good question.  I think it partly

21   depend -- I'm not sure there's a difference as far as burden is

22   concerned; if I treat this as step two of their leave to amend

23   or if I treat this as everyone's request for me to take another

24   look at the October order since ultimately the issue is -- I

25   think there's -- in each case, there's a fairly modest burden

DPH HOLDINGS CORP., ET AL.

1    on the debtor in either case.  But maybe I'm wrong about that.
2             I mean, ultimately it is part of -- I think a 15
3    showing to me, ultimately, because it's the futility argument.
4    Rule 15 is -- you know, it's a fairly light burden, ultimately,
5    but -- and I think the futility point here goes back to
6    reconsideration of my order so again, there's some slight
7    burden on the debtor.
8             MR. NAYAK:  Slight burden on the debtor with respect
9    to the --
10            THE COURT:  Under either -- whether I do it under
11   either approach.  But I guess it's probably best done as part
12   two of a Rule 15 motion.
13            UNIDENTIFIED SPEAKER:  -- the timing, Your Honor?
14            THE COURT:  Well, I think step one of this part two
15   would be the defendants' assertion of their facts as to notice
16   and step two of it would be the debtors' response.
17            UNIDENTIFIED SPEAKER:  Understood.
18            MR. KLEIN:  Your Honor, I assume this is only with
19   respect to defendants who have filed an affidavit as to filing
20   notice?
21            THE COURT:  Have or will?  I mean, we specifically
22   didn't make notice part of this hearing, so --
23            MR. KLEIN:  Well, no but there's -- the relevant
24   motions were filed a year ago.
25            THE COURT:  Oh, you don't have to refile one -- you

DPH HOLDINGS CORP., ET AL.

1    THE COURT: No. No, I don't think so because again --
2    and I appreciate that counsel for Doshi and other counsel may
3    have reviewed the December transcript and thought that those
4    issues were for part of this hearing, but I've concluded they
5    aren't. So I don't think people should be closed out by not
6    having raised them. You don't have to repeat them, because
7    you've already done it, those who have done, but I don't think
8    people should be closed out for not having raised them because
9    it wasn't part of this hearing. I've already ruled that.
10    MS. GRUBIN: Well, Your Honor, perhaps people should
11    not be foreclosed for filing affidavits subsequent to today.
12    THE COURT: That's what I just said.
13    MS. GRUBIN: I wanted to make it clear, Your Honor.
14    THE COURT: You said it more clearly. You said it
15    more clearly.
16    UNIDENTIFIED SPEAKER: And, Your Honor, I apologize
17    because I think I'll be repeating you too, but the vehicle to
18    make this happen will be a motion that must be brought by the
19    debtor.
20    THE COURT: Is part two of the objection -- I'm sorry.
21    Part two of the objection to the Rule 15 motion.
22    UNIDENTIFIED SPEAKER: Part two to the objection to
23    the Rule 15 motion.
24    THE COURT: Yes. Yes. And you ought to wait to see
25    what complaints survive and then you can file your objection.