UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

DELPHI CORPORATION, et al.,

                            Debtors.
-----------------------------------------------------------------X
DELPHI CORPORATION et al.,

                            Plaintiff,
        -against-

WELLS FARGO BUSINESS AND WELLS
FARGO MINNESOTA,

                            Defendants.
-----------------------------------------------------------------X

Chapter 11

Case No. 05-44481 (RDD)

Adv. Pro. 07-02597 (RDD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                      ) ss.:
COUNTY OF NEW YORK )

    LINDA TRENT, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age, and reside in Suffolk County, New York.

    On July 12, 2011, I served a true copy of the within **SUPPLEMENTAL OPPOSITION TO DEBTORS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT,** by (1) filing the Motion using the Court's CM/ECF system which immediately notifies all registered users via electronic transmission at the respective e-mail addresses designated for such service; and (2) via first-class U.S. Mail, postage prepaid, upon the parties listed below:

    Cynthia J. Haffey, Esq.
    Butzel Long PC
    150 W. Jefferson Avenue, Suite 100
    Detroit, MI 48226

    Office of the U.S. Trustee, S.D.N.Y.
    33 Whitehall Street, 21st Floor
    New York, New York 10004
    Attn: Alicia M. Leonard, Esq.

    Hon. Robert D. Drain
    U.S. Bankruptcy Court, S.D.N.Y.
    300 Quarropas Street
    White Plains, New York 10601

_____
LINDA TRENT

Sworn to before me this
12th day of July, 2011

_____
Notary Public

MICHAEL THOMAS ROZEA
Notary Public, State of New York
No. 02RO6233613
Qualified in Nassau County
Commission Expires January 3, 2015