# EXHIBIT A

BRADLEY ARANT BOULT CUMMINGS LLP
T. Parker Griffin, Jr. (admitted Pro Hac Vice)
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8524
Facsimile: (205) 48-6524
Email: pgriffin@babc.com

*Attorney for Mtronics.com, Inc., successor by merger to Multitronics Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------x
                                                :
In re:                                          :    Chapter 11
                                                :    Case No. 05-44481 (RDD)
    DPH HOLDINGS CORP, *et al.*,           :
                                                :
------------------------------------------------x
                                                :
DELPHI AUTOMOTIVE SYSTEMS, LLC,                 :
                                                :
    Plaintiff,                             :    Adv. Pro. No. 07-02500 (RDD)
                                                :
v.                                              :
                                                :
MULTITRONICS INC., and                          :
MTRONICS.COM, INC., successor by merger,        :
                                                :
    Defendants.                            :
------------------------------------------------x

**DECLARATION OF ASHOK K. MAHBUBANI IN SUPPORT OF MTRONICS.COM, INC.'S OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO <u>FILE AMENDED COMPLAINTS</u>**

ASHOK K. MAHBUBANI declares as follows:

1. I am the Chief Executive Officer and President of Mtronics.Com, Inc., successor by merger to Multitronics, Inc. ("Mtronics"), and have held such positions at all times relevant to this lawsuit.

2. I have personal knowledge of and am familiar with the day-to-day operations, business, and financial affairs of Mtronics, including, without limitation, Mtronics' relationship and dealings with Delphi Corporation and its affiliates (the "Debtors"). As President and Chief Executive Officer of Mtronics, I have direct and primary responsibility and control over Mtronics' relationship dealings with the Debtors and all litigation, lawsuits and other legal proceedings against Mtronics.

3. I submit this declaration in further support of Mtronics' opposition to the *Reorganized Debtors' Motion for Leave to File Amended Complaint* and in accordance with this Court's direction at the June 21, 2011 hearing.

4. I am over the age of 18 years old and I have personal knowledge of the facts set forth herein. If I were called to testify, I could and would testify to the facts set forth herein.

5. Mtronics first received notice of this lawsuit on or about March 29, 2010, when Mtronics received by certified mail a copy of a Summons dated March 12, 2010 (the "Summons") and a Complaint dated September 26, 2007 (the "Complaint"). The certified mail receipt indicates a mailing date of March 19, 2010.

6. In the Complaint the Debtors asserted claims against Mtronics in the amount of $5,046,103.44 (the "Claims").

7. Mtronics had no notice or actual knowledge of the Summons or the Complaint before March 29, 2010.

8. Mtronics had no notice or actual knowledge of the Claims before March 29, 2010.

9.  Mtronics did not receive copies of the First Extension Motion, Second Extension Motion, Third Extension Motion, and Fourth Extension Motion (as these terms are defined below) at the time they were filed, considered by the Court or granted. Mtronics later received copies of these motions after it received service of the Summons and Complaint. Mtronics had no notice and no actual knowledge of these motions or the relief requested in these motions before April 2010.

### First Extension Motion and Order

10. My attorney has provided my with a copy of that certain *Expedited Motion For Order Under 11 U.S.C. §§ 102(1)(A), 105(a), 107, 108(a)(2), And 546(a) And Fed. R. Bankr. P. 7004, 9006(c), and 9018 (i) Authorizing Debtors to Enter Into Stipulations Tolling Statute of Limitations With Respect to Certain Claims, (ii) Authorizing Procedures to Identify Causes of Action That Should Be Preserved, And (iii) Establishing Procedures For Certain Adversary Proceedings Including Those Commenced By Debtors Under 11 U.S.C. § 541, 544, 545, 547, 548, or 553* [Docket No. 8905, Lead Bankruptcy] (the "First Extension Motion") filed by the Debtors on or about August 6, 2007, and a copy of the corresponding *Affidavit of Service* filed on or about August 10, 2007 [Docket No. 9039, Lead Bankruptcy] (the "First Extension Motion Affidavit of Service"). I have reviewed both the First Extension Motion and the First Extension Motion Affidavit of Service. Mtronics does not appear in the service list contained in the First Extension Motion Affidavit of Service. Mtronics did not receive a copy of the First Extension Motion from the Debtors. Mtronics had no notice or knowledge of the First Extension Motion before it was granted. Mtronics first received notice of the First Extension Motion after Mtronics' receipt of the Summons and Complaint.

11. My attorney has provided me with a copy of the Order dated August 16, 2007 [Docket No. 9105, Lead Bankruptcy] (the "First Extension Order"), pursuant to which the Court granted the First Extension Motion, and a copy of the corresponding *Affidavit of Service* filed on or about August 23, 2007 [Docket No. 9141, Lead Bankruptcy] (the "First Extension Order Affidavit of Service"). I have reviewed both the First Extension Order and the First Extension Order Affidavit of Service. Mtronics does not appear in the service list contained in the First Extension Order Affidavit of Service. Mtronics did receive a copy of the First Extension Order from the Debtors. Mtronics first received notice of the First Extension Order after Mtronics' receipt of the Summons and Complaint.

### Second Extension Motion and Order

12. My attorney has provided me with a copy of that certain *Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection With Preservation of Estate Claims Procedures Order* [Docket No. 12922, Lead Bankruptcy] (the "Second Extension Motion") filed by the Debtors on or about February 28, 2008, and a copy of the corresponding *Affidavit of Service* filed on or about March 4, 2008 [Docket No. 12970, Lead Bankruptcy] (the "Second Extension Motion Affidavit of Service"). I have reviewed both the Second Extension Motion and the Second Extension Motion Affidavit of Service. Mtronics does not appear in the service list contained in the Second Extension Motion Affidavit of Service. Mtronics did not receive a copy of the Second Extension Motion from the Debtors. Mtronics had no notice or knowledge of the Second Extension Motion before it was granted. Mtronics first received notice of the Second Extension Motion after Mtronics' receipt of the Summons and Complaint.

13. My attorney has also provided me with a copy of the Order dated March 28, 2008 [Docket No. 13277, Lead Bankruptcy] (the "Second Extension Order"), pursuant to which the Court granted the Second Extension Motion, and a copy of the corresponding *Affidavit of Service* filed on or about April 1, 2008 [Docket No. 13313, Lead Bankruptcy] (the "Second Extension Order Affidavit of Service"). I have reviewed both the Second Extension Order and the Second Extension Order Affidavit of Service. Mtronics does not appear in the service list contained in the Second Extension Order Affidavit of Service. Mtronics received a copy of the Second Extension Order from the Debtors on or about April 16, 2010. However, Mtronics did not have notice or knowledge of the Second Extension Order until after Mtronics' receipt of the Summons and Complaint.

**Third Extension Motion**

14. My attorney has provided me with a copy of that certain *Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection With Preservation of Estate Claims Procedures Order* [Docket No. 13361, Lead Bankruptcy] (the "Third Extension Motion") filed by the Debtors on or about April 10, 2008, and a copy of the corresponding *Affidavit of Service* filed on or about April 16, 2008 [Docket No. 13415, Lead Bankruptcy] (the "Third Extension Motion Affidavit of Service"). I have reviewed both the Third Extension Motion and the Third Extension Motion Affidavit of Service. Mtronics did not receive a copy of the Third Extension Motion from the Debtors. Mtronics had no notice or knowledge of the Third Extension Motion before it was granted. Mtronics first received notice of the Third Extension Motion after Mtronics' receipt of the Summons and Complaint.

15. My attorney has provided me with a copy of the Order dated April 30, 2008 [Docket No. 13484, Lead Bankruptcy] (the "Third Extension Order"), pursuant to which the Court granted the Third Extension Motion, and a copy of the corresponding *Affidavit of Service* filed on or about May 6, 2008 [Docket No. 13540, Lead Bankruptcy] (the "Third Extension Order Affidavit of Service"). I have reviewed both the Third Extension Order and the Third Extension Order Affidavit of Service. Mtronics does not appear in the service list contained in the Third Extension Order Affidavit of Service. Mtronics received a copy of the Third Extension Order from the Debtors on or about April 16, 2010. However, Mtronics did not have notice or knowledge of the Third Extension Order until after Mtronics' receipt of the Summons and Complaint.

**Fourth Extension Motion and Order**

16. My attorney has provided me with a copy of that certain *Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection With Preservation of Estate Claims Procedures Order* [Docket No. 18952, Lead Bankruptcy] (the "Fourth Extension Motion") filed by the Debtors on or about October 2, 2009, and a copy of the corresponding *Affidavit of Service* filed on or about October 7, 2009 [Docket No. 18967, Lead Bankruptcy] (the "Fourth Extension Motion Affidavit of Service"). I have reviewed both the Fourth Extension Motion and the Fourth Extension Motion Affidavit of Service. Mtronics does not appear in the service list contained in the Fourth Extension Motion Affidavit of Service. Mtronics did not receive a copy of the Fourth Extension Motion from the Debtors. Mtronics had no notice or

knowledge of the Fourth Extension Motion before it was granted. Mtronics first received notice of the Fourth Extension Motion after Mtronics' receipt of the Summons and Complaint.

17.  My attorney has provided me with a copy of the Order dated October 22, 2009 [Docket No. 18999, Lead Bankruptcy] (the "Fourth Extension Order"), pursuant to which the Court granted the Fourth Extension Motion. I have reviewed the Fourth Extension Order. Mtronics received a copy of the Fourth Extension Order from the Debtors on or about April 16, 2010. However, Mtronics did not have notice or knowledge of the Fourth Extension Order until after Mtronics' receipt of the Summons and Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed:    July 11, 2011
             Huntsville, AL                         Ashok K. Mahbubani