Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI  49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
gtoering@wnj.com
moneal@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Bosch Chassis Systems Columbia L.L.C.
f/k/a PBR Columbia L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -x
|                          | :  |                           |
|--------------------------|----|---------------------------|
| In re                    | :  | Chapter 11                |
|                          | :  |                           |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|                          | :  |                           |
|                          | :  | (Jointly Administered)    |
| Debtors.                 | :  |                           |

- - - - - - - - - - - - - - - - - - - - - - - - - -x
|                          | :  |                           |
|--------------------------|----|---------------------------|
| DELPHI CORPORATION, et al | :  |                           |
|                          | :  |                           |
| Plaintiff,               | :  |                           |
|                          | :  |                           |
| v.                       | :  | Adv. Proc. No. 07-02572-rdd |
|                          | :  |                           |
| PBR COLUMBIA LLC,        | :  |                           |
|                          | :  |                           |
| Defendant.               | :  |                           |

- - - - - - - - - - - - - - - - - - - - - - - - - -x

# EXHIBIT A

**BOSCH CHASSIS SYSTEMS COLUMBIA L.L.C. F/K/A PBR COLUMBIA L.L.C.'S
NOTICE OF FILING OF AFFIDAVITS IN SUPPORT OF ITS OPPOSITION TO
REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED
COMPLAINTS AND SUPPLEMENT TO ITS MOTION FOR RELIEF FROM FOURTH
ORDER EXTENDING TIME TO SERVE COMPLAINT**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
gtoering@wnj.com
moneal@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Bosch Chassis Systems Columbia L.L.C.
f/k/a PBR Columbia L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
        In re                       :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                                    :    (Jointly Administered)
                                    :
              Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
DELPHI CORPORATION, et al           :
                                    :
              Plaintiff,            :
                                    :
v.                                  :    Adv. Proc. No. 07-02572-rdd
                                    :
PBR COLUMBIA LLC,                   :
                                    :
              Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF DAVID WHEELER

I, David Wheeler, pursuant to 28 U.S.C. § 1746, furnish this declaration and declare as

follows:

1.    I make this Declaration on personal knowledge, and if called as a witness, would testify to the facts contained herein.

2.    From November 25,2004 to December 31, 2009, I was General Manager of Bosch Chassis Systems Columbia L.L.C. f/k/a PBR Columbia LLC ("**Defendant**").  In that capacity I was aware of and involved in matters pertaining to Delphi's bankruptcy.

3.    I have recently reviewed Delphi's Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection With Preservation of Estate Claims Procedure Order (Docket No. 18952) (the "**Fourth Extension Motion**") and the Order entered on October 22, 2009 approving that motion (Docket No. 18999) (the "**Fourth Extension Order**").

4.    To the best of my knowledge, Defendant was never served with either the Fourth Extension Motion or the Fourth Extension Order.  Likewise, to the best of my knowledge, Defendant was unaware of either the Fourth Extension Motion or the Fourth Extension Order until after it was served with the complaint in February 2010.

I make this Declaration under penalty of perjury.

David Wheeler

Executed in West Columbia, South Carolina
on July 12, 2011

5597013

2