Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
gtoering@wnj.com
moneal@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Bosch Chassis Systems Columbia L.L.C.
f/k/a PBR Columbia L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |
| DELPHI CORPORATION, et al | |
| Plaintiff, | |
| v. | Adv. Proc. No. 07-02572-rdd |
| PBR COLUMBIA LLC, | |
| Defendant. | |

------------------------------x

# EXHIBIT B

**BOSCH CHASSIS SYSTEMS COLUMBIA L.L.C. F/K/A PBR COLUMBIA L.L.C.'S
NOTICE OF FILING OF AFFIDAVITS IN SUPPORT OF ITS OPPOSITION TO
REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED
COMPLAINTS AND SUPPLEMENT TO ITS MOTION FOR RELIEF FROM FOURTH
ORDER EXTENDING TIME TO SERVE COMPLAINT**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503-2487
(616) 752-2000 phone
(616) 222-2500 fax
gtoering@wnj.com
moneal@wnj.com

Gordon J. Toering (GT-3738)
(Admitted *Pro Hac Vice*)
Michael B. O'Neal (MO-9511)
(Admitted *Pro Hac Vice*)
Attorneys for Bosch Chassis Systems Columbia L.L.C.
f/k/a PBR Columbia L.L.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |
| ------------------------------x | |
| DELPHI CORPORATION, et al | |
| Plaintiff, | |
| v. | Adv. Proc. No. 07-02572-rdd |
| PBR COLUMBIA LLC, | |
| Defendant. | |
| ------------------------------x | |

## DECLARATION OF JUDY A. O'NEILL

I, Judy A. O'Neill, pursuant to 28 U.S.C. § 1746, furnish this declaration and declare as follows:

1. I make this Declaration on personal knowledge, and if called as a witness, would testify to the facts contained herein.

2. I am a partner at Foley & Lardner LLP ("**Foley**").

3. Foley represented PBR Columbia L.L.C. (now known as Bosch Chassis Systems Columbia L.L.C.) ("**PBR Columbia**") in the Delphi Corporation, *et al* bankruptcy proceedings (Case No. 05-44481) (the "**Delphi Chapter 11 Case**").

4. I understand an adversary proceeding to recover alleged preferential payments has been filed against PBR (Case No. 07-02572). Foley does not represent, and has never represented, PBR Columbia in the adversary proceeding. Foley has never been authorized to accept service of any pleading in that adversary proceeding. I understand Warner Norcross & Judd LLP represents PBR Columbia in that adversary proceeding.

5. At my direction, one or more other attorneys at Foley worked on PBR Columbia matters in the Delphi Chapter 11 Case. I was the partner in charge of the PBR Columbia client relationship with respect to the Delphi Chapter 11 Case and handled most communications with PBR Columbia.

6. As I had appeared in the Delphi Chapter 11 Case, I received ECF notification of the thousands of filings that were made in the Delphi Chapter 11 Case.

7. I have recently reviewed Delphi's Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection With Preservation of Estate Claims Procedure Order (Docket No. 18952) (the "**Fourth Extension Motion**") and the Order entered on October 22, 2009 approving that motion (Docket No. 18999) (the "**Fourth Extension Order**").

2

8.  At the time of their filing and service, I had no reason to believe that the Fourth Extension Motion and Fourth Extension Order pertained to PBR Columbia.

9.  Based on my recollection and the recollection of the other Foley attorney working with me at the time of service, neither the Fourth Extension Motion nor the Fourth Extension Order were ever sent to PBR Columbia by me or anyone else at Foley. In order to confirm my recollection, a review was undertaken of the available and relevant "hard copy" and electronic files and documents, and, based on information relayed to me from that review, none of them indicated in any manner whatsoever that either the Fourth Extension Motion or the Fourth Extension Order were provided in hard copy or electronically to PBR Columbia.

I make this Declaration under penalty of perjury.

_____
Judy O'Neill

Executed in Detroit, Michigan
on July , 2011

5584197

3