H. Buswell Roberts, Jr. (VSB #77518)
2001 South Main Street Suite 206-A
Blacksburg, VA 24060
Telephone: (540) 951-8320
Fax: (540) 951-8357
hbroberts@live.com
*Attorney for Owens Corning Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re | Chapter 11 |
| DPH HOLDING CORP, et al., | Case No. 05-44481 (RDD)<br>(Jointly Administered) |
| Reorganized Debtors. | |
| Delphi Automotive Systems, LLC, | Adv. Pro. No. 07-02540 (RDD) |
| Plaintiff, | |
| -vs- | |
| Owens Corning, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

This is to certify that on that on July 12, 2011 a copy of *Owens Corning's Renewed Motion To Dismiss* and accompanying Declaration was filed electronically. A copy was mailed by regular U.S. Mail to:

    The Honorable Robert D. Drain
    United States Bankruptcy Court SDNY
    300 Quarropas Street
    White Plains, NY 10601

U.S. Trustee
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Butzel Long,
Attn: Cynthia J. Haffey
150 W. Jefferson Ave. Ste 100
Detroit, MI 48226

    <u>H. Buswell Roberts, Jr.</u>
    H. Buswell Roberts, Jr.
    2001 South Main Street Suite 206-A
    Blacksburg, VA 24060
    Email: hbroberts@live.com
    *Attorney for Owens Corning Defendant*