SCOTT A. WOLFSON  (admitted *Pro Hac Vice*)
ANTHONY J. KOCHIS (admitted *Pro Hac Vice*)
WOLFSON BOLTON PLLC
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7103
Facsimile:  (248) 247-7099
E-Mail:  swolfson@wolfsonbolton.com

*Attorneys for Access One Technology Group, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

| | |
|---|---|
| DELPHI CORPORATION, *et al.*, | Chapter 11 |
| | Case No. 05-44481-RDD |
| Debtor. | Jointly Administered |

_____/

| | |
|---|---|
| DELPHI CORPORATION, *et al.*, | |
| | Adversary Proceeding No. 07-02142 |
| Plaintiffs, | |
| v. | |
| ACCESS ONE TECHNOLOGY, | |
| Defendant. | |

_____/

**NOTICE OF SUBMISSION OF DECLARATIONS IN FURTHER OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Defendant Access One Technology Group, LLC ("Access One"), through its attorneys, Wolfson Bolton PLLC, for its Notice of Submission of Declarations in Further Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint ("Motion to Amend") [Adv. Proc. No. 39], states:

After hearings on Plaintiff's Motion to Amend and Defendant ATS Automation Tooling Systems Inc.'s Motion and Brief of Defendant for Relief from Fourth Order Extending Time to

Serve Complaint ("<u>Motion to Vacate</u>")[1] [Docket No. 20699] on June 21, 2011, the Court ordered defendants to file affidavits/declarations relating to "defendant's assertion of their facts as to notice" of the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion [Docket No. 18952] within 21 days.  *See* June 21, 2011 Transcript, pp. 310, 320.

Consistent with the Court's directive, and in further opposition to Plaintiff's Motion to Amend, Access One submits the Declaration of Kevin N. Fanroy, attached as Exhibit A.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | WOLFSON BOLTON PLLC<br>*Attorneys for Access One* |
| Dated:  July 12, 2011 | By:   /s/ Anthony J. Kochis<br>        Scott A. Wolfson (P53194)<br>        Anthony J. Kochis (P72020)<br>3150 Livernois, Suite 275<br>Troy, MI  48083<br>Telephone:  (248) 247-7105<br>Facsimile:  (248) 247-7099<br>E-Mail:  akochis@wolfsonbolton.com |

---

[1] Access One joined the Motion to Vacate.  *See* Docket No. 20712.

## **CERTIFICATE OF SERVICE**

I certify that on July 12, 2011, I caused Access One Technology Group, LLC's Notice of Submission of Declarations in Further Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint and accompanying exhibit to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

The following parties were also served via U.S. Mail on July 12, 2011:

| | |
|---|---|
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New York<br>White Plains Office<br>300 Quarropas Street<br>White Plains, NY 10601 | Cynthia J. Haffey<br>Butzel Long PC<br>150 W. Jefferson Ave., Suite 100<br>Detroit, MI 48226<br><br>Office of United States Trustee<br>Attn:  Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall St. 21st Floor<br>New York, NY 10004 |
| Dated:  July 12, 2011 | By:    /s/ Anthony J. Kochis<br>        Scott A. Wolfson (P53194)<br>        Anthony J. Kochis (P72020)<br>3150 Livernois, Suite 275<br>Troy, MI  48083<br>Telephone:  (248) 247-7105<br>Facsimile:  (248) 247-7099<br>E-Mail:  akochis@wolfsonbolton.com |