SCOTT A. WOLFSON  (admitted *Pro Hac Vice*)
ANTHONY J. KOCHIS (admitted *Pro Hac Vice*)
WOLFSON BOLTON PLLC
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7105
Facsimile:  (248) 247-7099
E-Mail:  akochis@wolfsonbolton.com

*Attorneys for Ex-Cell-O Machine Tools, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

| | |
|---|---|
| DELPHI CORPORATION, *et al*., | Chapter 11 |
| | Case No. 05-44481-RDD |
| Debtor. | Jointly Administered |

_____/

| | |
|---|---|
| DELPHI CORPORATION, *et al*., | |
| | Adversary Proceeding No. 07-02337 |
| Plaintiffs, | |
| v. | |
| EX CELL O MACHINE TOOLS INC., | |
| Defendant. | |

_____/

**NOTICE OF SUBMISSION OF DECLARATIONS IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

Defendant Ex-Cell-O Machine Tools, Inc. ("Ex-Cell-O"), through its attorneys, Wolfson Bolton PLLC, for its Notice of Submission of Declarations in Further Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint ("Motion to Amend") [Adv. Proc. No. 33], states:

After hearings on Plaintiff's Motion to Amend and Defendant ATS Automation Tooling Systems Inc.'s Motion and Brief of Defendant for Relief from Fourth Order Extending Time to

Serve Complaint ("<u>Motion to Vacate</u>")[1] [Docket No. 20699] on June 21, 2011, the Court ordered defendants to file affidavits/declarations relating to "defendant's assertion of their facts as to notice" of the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion [Docket No. 18952] within 21 days.  *See* June 21, 2011 Transcript, pp. 310, 320.

Consistent with the Court's directive, and in further opposition to Plaintiff's Motion to Amend, Ex-Cell-O submits the Declaration of Stephanie L.M. Hendrickson (attached as Exhibit A), the Declaration of Brian Prina (attached as Exhibit B), and the Declaration of Elizabeth Sitterly (attached as Exhibit C).

<table>
<tr><td></td><td>Respectfully submitted,<br><br>WOLFSON BOLTON PLLC<br>*Attorneys for Ex-Cell-O*</td></tr>
<tr><td>Dated:  July 12, 2011</td><td>By:   /s/ Anthony J. Kochis<br>        Scott A. Wolfson (P53194)<br>        Anthony J. Kochis (P72020)<br>3150 Livernois, Suite 275<br>Troy, MI  48083<br>Telephone:  (248) 247-7105<br>Facsimile:  (248) 247-7099<br>E-Mail:  akochis@wolfsonbolton.com</td></tr>
</table>

---

[1] Ex-Cell-O joined the Motion to Vacate.  *See* Docket No. 20711.

2

**CERTIFICATE OF SERVICE**

I certify that on July 12, 2011, I caused Ex-Cell-O Machine Tools, Inc.'s Notice of Submission of Declarations in Further Opposition to Plaintiff's Motion for Leave to File a First Amended Complaint and accompanying exhibits to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service.

The following parties were also served via U.S. Mail on July 12, 2011:

| | |
|---|---|
| Hon. Robert D. Drain<br>U.S. Bankruptcy Court<br>Southern District of New York<br>White Plains Office<br>300 Quarropas Street<br>White Plains, NY 10601 | Richard Milin<br>David Smith<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 |
| | Office of United States Trustee<br>Attn: Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto<br>33 Whitehall St. 21st Floor<br>New York, NY 10004 |

Dated: July 12, 2011

By:   /s/ Anthony J. Kochis
    Scott A. Wolfson (P53194)
    Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI  48083
Telephone:  (248) 247-7105
Facsimile:  (248) 247-7099
E-Mail:  akochis@wolfsonbolton.com