# EXHIBIT A

SCOTT A. WOLFSON  (admitted *Pro Hac Vice*)
ANTHONY J. KOCHIS (admitted *Pro Hac Vice*)
WOLFSON BOLTON PLLC
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7105
Facsimile:  (248) 247-7099
E-Mail:  akochis@wolfsonbolton.com

*Attorneys for Ex-Cell-O Machine Tools, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

DELPHI CORPORATION, *et al.*,

          Debtor.

_____/

Chapter 11
Case No. 05-44481-RDD
Jointly Administered

DELPHI CORPORATION, *et al.*,

          Plaintiffs,

v.

EX CELL O MACHINE TOOLS INC.,

          Defendant.
_____/

Adversary Proceeding No. 07-02337

## DECLARATION OF STEPHANIE L.M. HENDRICKSON

Stephanie L.M. Hendrickson declares as follows:

1.    I am Senior Corporate Operations Manager for The Corporation Company, which has served as resident agent for Ex-Cell-O Machine Tools, Inc. in the State of Michigan since March 2007.

2.    I make this Declaration upon my review of pertinent business records.  If called as a witness, I would testify to these facts.

3.    The Corporation Company regularly maintains an electronic record of documents and papers received on behalf of their clients, such as Ex-Cell-O Machine Tools, Inc.

4. On March 31, 2010, The Corporation Company received the following documents on behalf of Ex-Cell-O Machine Tools, Inc. with respect to the above-referenced cases: (a) Second Summons and Notice of Pretrial Conference in an Adversary Proceeding; (b) Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550; (c) Preservation of Estate Claims Procedures Order; (d) Extension of Avoidance Action Service Deadline Order; (e) Postconfirmation Extension of Avoidance Action Service Deadline Order; and (f) Extension of Postconfirmation Extension of Avoidance Action Service Deadline Order.

5. According to our records no other process or documents regarding the above-referenced cases were received by The Corporation Company on behalf of Ex-Cell-O Machine Tools, Inc.

6. I declare under penalty of perjury that the foregoing is true and correct.

Stephanie L.M. Hendrickson

Executed in Bingham Farms, Michigan
On July 7th, 2011