# EXHIBIT B

SCOTT A. WOLFSON  (admitted *Pro Hac Vice*)
ANTHONY J. KOCHIS (admitted *Pro Hac Vice*)
**WOLFSON BOLTON PLLC**
3150 Livernois Rd., Suite 275
Troy, MI 48083
Telephone:  (248) 247-7105
Facsimile:  (248) 247-7099
E-Mail:  akochis@wolfsonbolton.com

*Attorneys for Ex-Cell-O Machine Tools, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____/

In re:

DELPHI CORPORATION, *et al*.,              Chapter 11
                                            Case No. 05-44481-RDD
            Debtor.                         Jointly Administered
_____/


DELPHI CORPORATION, *et al*.,

                                            Adversary Proceeding No. 07-02337
            Plaintiffs,

   v.

EX CELL O MACHINE TOOLS INC.,

            Defendant.
_____/

### **DECLARATION OF BRIAN PRINA**

Brian Prina declares as follows:

1. I am Executive Vice President, MAG North America for MAG IAS, LLC (f/k/a MAG Industrial Automation Systems, LLC, "MAG").

2. I previously served as President of MAG Powertrain Cross Huller Ex-Cell-O Lamb ("MAG Powertrain") from October 2006 until August 2010, which group of companies included Ex-Cell-O Machine Tools, Inc. ("Ex-Cell-O").

3.  I make this Declaration on personal knowledge, my review of pertinent business records, and my review of the Declaration of Elizabeth Sitterly. If called as a witness, I would testify to these facts.

4.  In my role as President of MAG Powertrain, I was directly involved and advised of the day-to-day business, operational, and legal issues regarding MAG Powertrain.

5.  Ex-Cell-O was served with the complaint in the above-referenced adversary proceeding ("Complaint") on or around March 24, 2010.

6.  Prior to this time and in my role as President of MAG Powertrain, I had no knowledge of the existence of the above-referenced adversary proceeding or, among other things, the various motions to file the adversary proceeding under seal and extend the time to serve the summons and Complaint, including, but not limited to, the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion [Docket No. 18952] ("Fourth Extension Motion") filed on October 2, 2009.

7.  Had I known of the existence of the above-referenced adversary proceeding or any of the various motions to file the adversary proceeding under seal and extend the time to serve the summons and Complaint, including, but not limited to, the Fourth Extension Motion, I would have promptly informed MAG's legal counsel, Elizabeth Sitterly.

8.  I declare under penalty of perjury that the foregoing is true and correct.

_____
Brian Prina

Executed in Sterling Heights, Michigan
On July __8__, 2011

2