**JAECKLE FLEISCHMANN & MUGEL, LLP**
12 Fountain Plaza, Suite 800
Buffalo, New York 14202
Tel: 716.856.0600
Fax: 716.856.0432
Beverley S. Braun, Esq. (admitted *pro hac vice*)
bbraun@jaeckle.com

*Attorneys for Jamestown Container Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| DELPHI CORPORATION, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Adv. Pro. No. 07-02322 |
| -against- | ) | |
| | ) | |
| JAMESTOWN CONTAINER CORP., | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, **Beverley S. Braun**, an attorney admitted to practice in the State of New York and an associate of the firm of Jaeckle Fleischmann & Mugel, LLP, hereby certify that:

On the 12th day of July, 2011, I caused the Jamestown Container Corporation's Supplemental Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints to be electronically filed with the Clerk of the Court using the ECF System, which sent notification to all ECF participants requesting electronic service.

Additionally, on July 12, 2011, the following parties were also served via overnight Federal Express:

5

Hon. Robert D. Drain
U.S. Bankruptcy Court
Southern District of New York
White Plains Office
300 Quarropas Street
White Plains, New York 10601
Tel: (914) 390-4155

Neil Berger, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York New York 10119
Tel: (212) 594-5000

Cynthia J. Haffney, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226
Tel: (313) 983-7434

Alica M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 White Hall Street, Suite 2100
New York, New York 10004
Tel: (215) 510-0500

Eric B. Fisher, Esq.
Butzel Long
380 Madison Avenue
22nd Floor
New York, New York 10017

Donald V. Orlandoni, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226
Tel: (313) 983-7434

Dated: Buffalo, New York
         July 12, 2011

**JAECKLE FLEISCHMANN & MUGEL, LLP**
By: /s/ Beverley S. Braun
         Beverley S. Braun, Esq. (admitted *pro hac vice*)
         12 Fountain Plaza, Suite 800
         Buffalo, New York 14202
         Tel: 716-856-0600
         Fax:  716-856-0432
         bbraun@jaeckle.com
*Counsel to Jamestown Container Corp.*

6