Douglas L. Lutz, Esq.
Lindsey F. Baker, Esq.
**FROST BROWN TODD LLC**
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
513-651-6800 Telephone
513-651-6981 Facsimile
dlutz@fbtlaw.com
lbaker@fbtlaw.com

Attorneys for Sprimag Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | Case No. 05-44481 [RDD] |
| DPH HOLDINGS CORP, *et al.*, | : | |
| | : | Jointly Administered |
| Reorganized Debtors. | : | |
| | : | |

---------------------------------------------------------x

| | | |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 07-02644 [RDD] |
| | : | |
| v. | : | |
| | : | |
| SPRIMAG INC., | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------x

## NOTICE OF FILING OF DECLARATION OF JOSEPH VANDEN-EYNDEN

Sprimag Inc. (the "Defendant") hereby files the attached *Declaration of Joseph Vanden-Eynden* in support of: (i) *Sprimag Inc.'s Objection to Reorganized Debtors' Motion for Leave to File Amended Complaints and Request for Entry of an Order Vacating Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024* (Docket No. 29) filed on November 24, 2010; and the (ii) *Joinder of Defendant Sprimag Inc. to Motion and Brief of Defendant for*

*Relief from Fourth Order Extending Time to Serve Complaint* (Docket No. 26) filed on October 22, 2010.

Dated: July 12, 2011

Respectfully submitted,

*/s/ Douglas L. Lutz*

Douglas L. Lutz, Esq.
Lindsey F. Baker, Esq.
**FROST BROWN TODD LLC**
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
513-651-6800 Telephone
513-651-6981 Facsimile
dlutz@fbtlaw.com
lbaker@fbtlaw.com

Attorneys for Sprimag Inc.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Filing of Declaration of Joseph Vanden-Eynden* was sent via regular United States mail, postage prepaid, and/or by ECF noticing, on July 12, 2011 to the parties listed below.

/s/ Douglas L. Lutz

## VIA REGULAR MAIL

Eric Fisher, Esq.
Dickstein Shapiro
1633 Broadway
32nd Floor
New York, NY 10019
*Counsel for Plaintiffs*

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue
Sutie 100
Detroit, MI 48226
haffey@butzel.com
*Counsel for Plaintiffs*

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
*Counsel for Plaintiffs*

Honorable Robert D. Drain, Bankruptcy Judge
United States Bankruptcy Court
300 Quarropas Street
White Plains, New York 10601

DPH Holdings Corp.
Attn:  John Brooks
5725 Delphi Drive
Troy, Michigan 48098

Office of the U.S. Trustee
Attn:  Alicia M. Leonhard, Trace Hope Davis and Brian Masumoto
33 Whitehall Street, 21st Floor
New York, New York  10004

Latham & Watkins
Attn:  Mark A. Broude/Robert J. Rosenberg
885 Third Avenue
New York, New York 10022

CINLibrary 0082222.0384973   2338745v1