UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                        :  Chapter 11
                                                             :  Case No. 05-44481 [RDD]
DPH HOLDINGS CORP, *et al.*,                                 :
                                                             :
        Reorganized Debtors.                              :  Jointly Administered
                                                             :
------------------------------------------------------------x :
                                                             :
DELPHI AUTOMOTIVE SYSTEMS, LLC,                              :
                                                             :
        Plaintiff,                                        :
                                                             :  Adv. Pro. No. 07-02644 [RDD]
v.                                                           :
                                                             :
SPRIMAG INC.,                                                :
                                                             :
        Defendant.                                        :
                                                             :
------------------------------------------------------------x

## **DECLARATION OF JOSEPH VANDEN-EYNDEN**

      I, JOSEPH VANDEN-EYNDEN, being first duly cautioned and sworn, declare and say of my own personal knowledge the following:

      1.    I am the Managing Director of Sprimag Inc. ("Sprimag"). As Managing Director, I am familiar with Sprimag's operations and the adversary proceeding commenced against Sprimag by Delphi Automotive Systems, LLC, Adversary Proceeding No. 07-02644 (the "Adversary Proceeding").

      2.    Upon information and belief, on October 8, 2005, Delphi and certain of its subsidiaries (the "Initial Filers") each filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code. On October 14, 2005, three additional U.S. subsidiaries of Delphi (together with the Initial Filers, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

      3.    Sprimag was not served with the motions filed by the Debtors, dated August 6, 2007, February 28, 2008, April 10, 2008, and October 2, 2009 (collectively, the "Extension Motions") which sought permission to, among other things: (a) toll the statute of limitations by asking for an extension of time to serve the complaint filed in the Adversary Proceeding and a stay of the Adversary Proceeding until service of process was effected; and (b) file certain adversary proceeding complaints, including the complaint filed in the Adversary Proceeding, under seal.

4. Sprimag was not served with the orders granting the Extension Motions, dated August 16, 2007, March 28, 2008, April 30, 2008, and October 22, 2009 (collectively, the "Extension Orders").

5. Sprimag was not listed on the affidavits of service filed in connection with the Extension Motions and the Extension Orders. At no time was Sprimag advised that it was an actual or potential defendant in any claim.

6. Sprimag had no knowledge of the Adversary Proceeding until it was served with a summons and complaint on December 8, 2009.

(Signature Page Follows)

(Signature Page to Vanden-Eynden Declaration)

_____
Joseph Vanden-Eynden

CINLibrary 0082222.0384973  2337581v2