**THOMPSON & KNIGHT LLP**
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
Ira L. Herman
Jennifer A. Christian
Gabrielle E. Farina

*Attorneys for Victory Packaging LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: : | |
| : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., : | (Jointly Administered) |
| : | |
| Reorganized Debtors. : | Chapter 11 |
| ---------------------------------------------------------x | |
| DELPHI CORPORATION, et al. : | |
| : | |
| Plaintiffs, : | |
| : | Adv. No. 07-02551 (RDD) |
| -against- : | |
| : | |
| VICTORY PACKAGING and : | |
| VICTORY PACKAGING LP, : | |
| : | |
| Defendants. : | |
| ---------------------------------------------------------x | |

**DECLARATION OF LEAH BORRELLO IN SUPPORT
OF VICTORY PACKAGING LP'S OPPOSITION TO REORGANIZED DEBTORS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

LEAH BORRELLO, hereby declares, pursuant to 28 U.S.C. § 1746:

1.  I am currently the Chief Financial Officer of Victory Packaging LP ("Victory")
and have substantial knowledge regarding Victory's relationship with Delphi Corporation and its
affiliates (collectively, the "Debtors").



EXHIBIT A

2.   I submit this Declaration in connection with the above-captioned bankruptcy case and adversary proceeding in support of (a) Victory's Opposition (the "Opposition") to the Reorganized Debtors' Motion for Leave to File Amended Complaints (the "Motion to Amend"), and (b) Victory's joinder [Docket No. 20713] in the motion to vacate the order [Docket No. 18999] (the "Fourth Extension Order") that was entered granting the *Supplemental Motion Pursuant to Fed. R. Bankr. P. 7004(a) and 9006(b)(1) and Fed. R. Civ. P. 4(m) to Extend Deadline to Serve Process for Avoidance Actions Filed in Connection with Preservation of Estate Claims Procedures Order* [Docket No. 18952] (the "Fourth Extension Motion").

3.   A review of the business records maintained by Victory in the ordinary course reveals no evidence that Victory was served with any of the four Extension Motions by overnight mail (or postage pre-paid US mail).

4.   Accordingly, Victory submits this Declaration and requests that the Court grant the motion to vacate the Fourth Extension Order and deny the Motion to Amend its complaint against Victory on a final basis.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 12, 2011

/s/ Leah Borrello
Leah Borrello

406953 000079 DALLAS 2762882.2                              2