**THOMPSON & KNIGHT LLP**
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
Ira L. Herman
Jennifer A. Christian
Gabrielle E. Farina

*Attorneys for Victory Packaging LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| In re: | |
| | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., *et al.*, | (Jointly Administered) |
| Reorganized Debtors. | Chapter 11 |

-------------------------------------------------------x

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | |
| Plaintiff, | |
| | Adv. No. 07-02551 (RDD) |
| -against- | |
| VICTORY PACKAGING LP, | |
| Defendants. | |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

     I hereby certify that on July 12, 2011, a true and correct copy of the *Notice of Filing of Declaration of Leah Borrello, and Joinder in Methode Electronics, Inc.'s Opposition to the Reorganized Debtors' Motion for Leave to File Amended Complaints, in Support of Victory Packaging LP's Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints,* was served electronically through the Court's ECF system on all parties requesting electronic service, and by Federal Express overnight mail on the following persons at the following addresses:

406953 000079 DALLAS 2763034.1

Cynthia J. Haffey
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226

Alicia Leonhard
Tracy Hope Davis
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Ste. 2100
New York, New York 10004

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Dated: New York, New York
      July12, 2011

                                           */s/ Ira L. Herman*
                                           Ira L. Herman