**HODGSON RUSS LLP**
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York  14202-4040
Tel:  716-856-4000
Fax:  716-849-0349
James C. Thoman, Esq.
jthoman@hodgsonruss.com

*Attorneys for Unifrax I LLC f/k/a Unifrax Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | |
|---|---|
| In re: : | |
| : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., : | |
| : | Chapter 11 |
| Debtors. : | Jointly Administered |
| : | |

---------------------------------------------------------------x

| | |
|---|---|
| : | |
| DELPHI CORPORATION, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| : | Adv. Pro. No. 07-02270 (RDD) |
| - against - : | |
| : | |
| BP, BP AMOCO CORP, BP MICROSYSTEMS : | |
| INC., BP PRODUCTS NORTH AMERICA, : | |
| CASTROL, CASTROL INDUSTRIAL : | |
| AND UNIFRAX CORP. : | |
| : | |
| Defendants. : | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

James C. Thoman, by his signature below, hereby certifies that on July 13, 2011,

copies of the *Declation In Support of Objection to Debtor's Motion For Leave To Amend* were

served (1) by filing the Motion using the Court's CM/ECF system which immediately notifies all

registered users via electronic transmission at the respective email addresses designated for such service; and (2) via first-class U.S. mail, postage prepaid, upon all parties listed below:

| *Office of the United States Trustee*<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | *Counsel to Debtor*<br>Cynthia J. Haffey<br>Butzel Long<br>150 W. Jefferson Avenue, Suite 100<br>Detroit, Michigan 48226 |
|---|---|
| *Counsel to Official Committee of Unsecured Creditors*<br>Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022-4208 | *Claims Agent*<br>Kurtzman Carson Consultants, LLC<br>2335 Alaska Avenue<br>El Segundo, CA  90245 |
| Eric Fisher<br>Dickstein Shapiro<br>1633 Broadway<br>32nd Floor<br>New York, NY 10019 | Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 |

Dated: July 13, 2011

                                           /s/ James C. Thoman
                                              James C. Thoman