UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____/ | ) | Honorable Robert D. Drain |
| | | |
| DELPHI CORPORATION, *et al.*, | ) | Adv. Pro. No. 07-02211 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| DOSHI PRETTL INTERNATIONAL and DOSHI PRETTL INT., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2011, the *Declaration of Mahesh A. Nayak* was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record. I further certify that on the 12th day of July, 2011, a copy of the foregoing was sent via electronic mail and Federal Express overnight delivery upon the Honorable Robert D. Drain, U.S. Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601-4140. Also served upon Cynthia Haffey, Esq. via electronic mail, ECF and Federal Express and First Class Mail to Butzel Long, 150 W. Jefferson Avenue, Ste 100, Detroit, MI 48226 and to the Preference Defense Counsel via electronic mail and ECF.

*/s/ Secret S. Washington*
Secret S. Washington
Clark Hill PLC
151 S. Old Woodward Ave, Suite 200
Birmingham, MI 48009
swashington@clarkhill.com

7131922.1 30885/135676