TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
425 Park Avenue
New York, New York 10022
Tel:  (212) 754-9400
Fax:  (212) 754-6262
Janice B. Grubin

and

TAFT STETTINUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
Tel: (513) 381-2838
Fax: (513) 381-0205
W. Timothy Miller (admitted *pro hac vice*)
Paige Leigh Ellerman (admitted *pro hac vice*)

*Attorneys for Defendant Select Industries, Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In  re:<br><br>DPH HOLDINGS CORP., *et al.*,<br><br>      Debtors, | Chapter 11<br>Case No. 05-44481 (RDD)<br>Jointly Administered |
| DELPHI CORPORATION, *et al.*,<br><br>      Plaintiffs,<br>  v.<br><br>SELECT TOOL & DIE CORP.,<br><br>      Defendant. | Adv. Pro. No. 07-02618 (RDD) |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK  )
          : ss.:
COUNTY OF NEW YORK )

   Janice B. Grubin, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of New York, State of New York.

On July 12, 2011, I caused to be served a true copy of the **Affidavit of W. Timothy Miller, Esq. In Support of Opposition of Select Industries, Corp. to Reorganized Debtors' Motion for Leave to File Amended Complaint** via electronically through the Court's ECF system upon all parties requesting electronic service in the Lead Case No. 05-44481, ECF Docket No. 21481 and Adversary Proceeding No. 07-02618, ECF Docket No. 43, including the party listed below, upon whom I also served personally by email:

Cynthia J. Haffey, Esq.
Butzel Long
150 W. Jefferson Avenue, Suite 100
Detroit, Michigan 48226
Email: haffey@butzel.com

 s/ Janice B. Grubin
Janice B. Grubin

Sworn to before me this 13th
day of July, 2011

 s/ Barbara F. Gonsalves
Notary Public, State of New York
No. 01GO4716132
Qualified in Richmond County
Commission Expires January 31, 2015