Hearing Date and Time: June 21, 2011 a.m. EST

James M. Sullivan
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
Email: jsullivan@mosessinger.com

*Attorneys for The Timken Company and
The Timken Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In re:                                              :
                                                    :    Chapter 11
                                                    :
DPH HOLDINGS CORP, et al,                           :
                                                    :    Case No. 05-44481 (RDD)
             Reorganized Debtors.                   :    (Jointly Administered)
                                                    :
-------------------------------------------------------- X
DELPHI AUTOMOTIVE SYSTEMS, LLC,                     :
                                                    :
             Plaintiff,                             :
                                                    :    Adv. Proc. No. 07-02688 (RDD)
     v.                                             :
                                                    :
                                                    :
THE TIMKEN COMPANY and THE                          :
TIMKEN CORPORATION,                                 :
                                                    :
             Defendants.                            :
-------------------------------------------------------- X

**JOINDER OF THE TIMKEN COMPANY AND THE TIMKEN CORPORATION
IN CONNECTION WITH DEBTORS' MOTION FOR LEAVE TO FILE AMENDED
PREFERENCE COMPLAINTS AND VARIOUS MOTIONS TO VACATE THE
EXTENSION ORDERS**

877192v1 013074.0101

The Timken Company and The Timken Corporation (collectively "Timken"), by their attorneys, Moses & Singer LLP, submit this Joinder in the numerous responses to the Reorganized Debtors' Motion for Leave to File Amended Complaints (Doc. No. 20575/Doc. No. 38)[1] and in further support of the numerous motions to vacate the Fourth Extension Order that have been filed by defendants in connection with the preference complaints filed in this case, including but not limited to the motions to vacate filed by Timken (Docket No. 20112 and 20720/Doc. Nos. 33 and 41). In particular, this Joinder is being filed in response to the Court's invitation for parties to submit their positions in connection with the issue regarding the adequacy of notice of the various Extension Motions.

In connection with this Joinder, Timken has filed the Declaration of Michael Hart (Doc. No. 21479/Doc. 59) and the Declaration of James Sullivan (Doc. No. 21480/Doc. 60), each bearing on the issue regarding the adequacy of notice provided in connection with each of the four Extension Motions.

Dated: July 13, 2011

Respectfully submitted,

MOSES & SINGER LLP

By: /s/ James M. Sullivan
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
Email: jsullivan@mosessinger.com

*Attorneys for The Timken Company and The Timken Corporation*

---

[1] The first reference is to the Document Number in the main bankruptcy case and the second reference is to the Document Number in the adversary proceeding.

877192v1 013074.0101