# AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:                                     05-44481 (RDD)
County of New York   )

Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York.

On July 14, 2011, I served the "IUE-CWA's Motion Pursuant to 11 U.S.C. §§ 105 and 363(b), to Amend the IUE-CWA 1113/1114 Settlement Approval Order", by sending a copy via email to the following:

        Alicia.M.Leonhard, Esq.
        Brian Masumoto, Esq.
        United States Trustee Office
        33 Whitehall Street, 21st Fl.
        New York, NY 10004
        Alicia.M.Leonhard@usdoj.gov
        Brian.Masumuto@usdoj.gov

        Ron E. Meisler, Esq.
        Kayalan A. Marafioti, Esq.
        Skadden, Arps, Slate, Meagher & Flom LLP
        Four Times Square
        New York, NY 10036
        rmeisler@skadden.com
        kmarafio@skadden.com

                            ALEXANDRA MILLER

Sworn to before me this
14th day of July, 2011

Notary Public

ELIZABETH M. PILECKI
NOTARY PUBLIC, STATE OF NEW YORK
LIC. #02PI6039445
KINGS COUNTY
COMMISSION EXPIRES MAY 8, 2014