# AFFIDAVIT OF SERVICE

State of New York    )
                     ) ss.:
County of New York   )

05-44481 (RDD)

    Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York.

    On July 15, 2011, I served the Amended "IUE-CWA's Motion Pursuant to 11 U.S.C. §§ 105 and 363(b), to Amend the IUE-CWA 1113/1114 Settlement Approval Order" by sending a copy via email to the following:

> Brian Masumoto, Esq.
> United States Trustee Office
> 33 Whitehall Street, 21st Fl.
> New York, NY 10004
> Brian.Masumuto@usdoj.gov

> Ron E. Meisler, Esq.
> Skadden, Arps, Slate, Meagher & Flom LLP
> Four Times Square
> New York, NY 10036
> rmeisler@skadden.com

_____
ALEXANDRA MILLER

Sworn to before me this
15th day of July, 2011

_____
Notary Public

ELIZABETH M. PILECKI
NOTARY PUBLIC, STATE OF NEW YORK
LIC. #02PI6039445
KINGS COUNTY
COMMISSION EXPIRES MAY 8, 2014