UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

In re

DELPHI CORPORATION, *et al.*,

        Debtors.

_____:

:    Chapter 11
:
:    Case No. 05-44481 (RDD)
:
:    Jointly Administered
:
:
:

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2011, I caused to be electronically filed *Methode Electronics, Inc.'s Supplemental Response To The Reorganized Debtors' Forty-Sixth Omnibus Objection To Disallow And Expunge The Methode Electronics Claims*, using the ECF system which will send notification of such filing to all registered ECF users.

      The following parties were served with the above-referenced documents via overnight delivery on July 22, 2011:

      The Honorable Robert D. Drain
      United States Bankruptcy Court Judge
      United States Bankruptcy Court
            for the Southern District of New York
      300 Quarropas Street
      White Plains, New York 10601


      U.S. Trustee
      Brian Masumoto
      United States Bankruptcy Court
            for the Southern District of New York
      33 Whitehall Street, 21st Floor
      New York, New York 10004-2112

Dated: July 22, 2011
      New York, New York        /s/ Zachary D. Silbersher
                                           Zachary D. Silbersher
                                           LOCKE LORD BISSELL & LIDDELL LLP
                                           Three World Financial Center
                                           New York, New York 10281-2101
                                           Tel: (212) 415-8600
                                           Fax: (212) 303-2754