# **EXHIBIT A**

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------- x
                                  :
   In re                          :   Chapter 11
                                  :
DELPHI CORPORATION, et al.,       :   Case No. 05-44481 (RDD)
                                  :
                      Debtors.    :   (Jointly Administered)
                                  :
--------------------------------- x

### AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On July 2, 2009, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via postage pre-paid U.S. mail:

Notice Of Non-Assumption Under The Modified Plan With Respect To Certain Expired Or Terminated Contracts Or Leases Previously Deemed To Be Assumed Or Assumed And Assigned Under Confirmed Plan Of Reorganization (the "Notice of Non-Assumption") [a copy of the form of which is attached hereto as Exhibit B]. Each party's personalized schedule to the Notice of Non-Assumption was sent to the name and address listed in columns 1 through 9 of Exhibit A attached hereto and contained the information listed in columns 10 and 11 of Exhibit A attached hereto. A copy of all the personalized schedules are attached hereto as Exhibit C.

Dated: July 8, 2009

                                        /s/ Evan Gershbein
                                        Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of July, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: /s/ L. Maree Sanders

Commission Expires: 10/1/09