# **EXHIBIT B**

Delphi Corporation
Non-Assumption Notice Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Non-Debtor Counterparty | Contract(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| VALEO ELECTRICAL SYSTEMS EFT AIRFLOW DIVISION | | 9 BUTTERFIELD TRL BLVD STE A | | | EL PASO | TX | 79906 | | VALEO ELECTRICAL SYSTEMS EFT AIRFLOW DIVISION | D0550064375 |
| VALEO ELECTRICAL SYSTEMS EFT MOTORS DIVISION | | 9 BUTTERFIELD TRL BLVD STE A | | | EL PASO | TX | 79906 | | VALEO ELECTRICAL SYSTEMS EFT MOTORS DIVISION | D0550016383 |
| VALEO ELECTRONICS NA EFT | | PO BOX 2557 | | | CAROL STREAM | IL | 60132 | | VALEO ELECTRONICS NA EFT | D0550038002 |
| VAMP COMPANY EFT | | 28055 FORT ST | | | TRENTON | MI | 48183-4909 | | VAMP COMPANY EFT | SAG9010398 |
| VAN ROB INC | | 1000 UNIVERSITY AVE W | | | WINDSOR | ON | N9A 5S4 | CA | VAN-ROB INC | D0550052421 |
| VAN ROB INC | | 1000 UNIVERSITY AVE W | | | WINDSOR | ON | N9A 5S4 | CA | VAN-ROB INC | D0550062585 |
| VARIETY DIE & STAMPING CO | | 2221 BISHOP CIRCLE EAST | | | DEXTER | MI | 48130-1565 | | VARIETY DIE & STAMPING CO | D0550001252 |
| VENTRA GROUP INC | | 1 MITTEN CT | | | CAMBRIDGE | ON | N1R 5T8 | CA | VENTRA GROUP INC | D0550001407 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550048961 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550050658 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550052748 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550061736 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550064026 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550069474 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550071138 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550072261 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550076716 |
| VIASYSTEMS CANADA INC EFT | | 205 BOUL BRUNSWICK | | | MONTREAL | PQ | H9R 1A5 | CA | VIASYSTEMS CANADA INC EFT | D0550079773 |
| VIBRACOUSTIC GMBH & CO KG EFT | | HOHNERWEG 2 4 | | | WEINHEIM | BW | 69469 | DE | VIBRACOUSTIC GMBH & CO KG EFT | SAG9014936 |
| VICTORY PACKAGING EFT | | 6938 KINNE ST | | | EAST SYRACUSE | NY | 13057-1028 | | VICTORY PACKAGING EFT | D0550055079 |
| VICTORY PACKAGING EFT | | 6938 KINNE ST | | | EAST SYRACUSE | NY | 13057-1028 | | VICTORY PACKAGING EFT | D0550055265 |
| VICTORY PACKAGING EFT | | 1585 WESTBELT DR | | | COLUMBUS | OH | 43228-3839 | | VICTORY PACKAGING EFT | D0550076260 |
| VICTORY PACKAGING EFT | | 1585 WESTBELT DR | | | COLUMBUS | OH | 43228-3839 | | VICTORY PACKAGING EFT | D0550076262 |
| VICTORY PACKAGING EFT | | 1585 WESTBELT DR | | | COLUMBUS | OH | 43228-3839 | | VICTORY PACKAGING EFT | D0550076264 |
| VICTORY PACKAGING EFT | | 1585 WESTBELT DR | | | COLUMBUS | OH | 43228-3839 | | VICTORY PACKAGING EFT | PEDP5850011 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160159 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160160 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160161 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160162 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160163 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160164 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160165 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160166 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160168 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160169 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160171 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160172 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160173 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160174 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160175 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160176 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160177 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160178 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160179 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160180 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160181 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160182 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160183 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160184 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160185 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160186 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160187 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160188 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160189 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160190 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160191 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160192 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160193 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160194 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160195 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160196 |

Delphi Corporation
Non-Assumption Notice Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Non-Debtor Counterparty | Contract(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160197 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160198 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160200 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160201 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160202 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160203 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160208 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160209 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160216 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0450160218 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550054472 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550057096 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550059071 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550063848 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550063922 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550064310 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550068933 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550070385 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550071947 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550072605 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550077376 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550079062 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550079284 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550079667 |
| VICTORY PACKAGING EFT 1 | | 2111 HESTER ST | | | DONNA | TX | 78537 | | VICTORY PACKAGING EFT 1 | D0550081899 |
| VICTORY PACKAGING EFT 2 | | 3061 W SANER AVE | | | DALLAS | TX | 75233 | | VICTORY PACKAGING EFT 2 | D0550069695 |
| VICTORY PACKAGING LP EFT | | 6441 DAVIS INDUSTRIAL PKY | | | SOLON | OH | 44139 | | VICTORY PACKAGING LP EFT | D0550055263 |
| VICTORY PACKAGING LP EFT | | 6441 DAVIS INDUSTRIAL PKY | | | SOLON | OH | 44139 | | VICTORY PACKAGING LP EFT | D0550055451 |
| VICTORY PACKAGING LP EFT | | 6441 DAVIS INDUSTRIAL PKY | | | SOLON | OH | 44139 | | VICTORY PACKAGING LP EFT | D0550055452 |
| VICTORY PACKAGING LP EFT | | 6441 DAVIS INDUSTRIAL PKY | | | SOLON | OH | 44139 | | VICTORY PACKAGING LP EFT | D0550070798 |
| VICTORY PACKAGING LP EFT | | 6441 DAVIS INDUSTRIAL PKY | | | SOLON | OH | 44139 | | VICTORY PACKAGING LP EFT | PEDP5850012 |
| VIKING PLASTICS INC EFT | | 1 VIKING ST | | | CORRY | PA | 16407 | | VIKING PLASTICS INC EFT | D0550048943 |
| VIKING PLASTICS INC EFT | | 1 VIKING ST | | | CORRY | PA | 16407 | | VIKING PLASTICS INC EFT | D0550069855 |
| VIKING PLASTICS INC EFT | | 1 VIKING ST | | | CORRY | PA | 16407 | | VIKING PLASTICS INC EFT | D0550069856 |
| VIKING PLASTICS INC EFT | | 1 VIKING ST | | | CORRY | PA | 16407 | | VIKING PLASTICS INC EFT | D0550070359 |
| VISHAY DALE ELECTRONICS EFT | | 1122 23RD ST | | | COLUMBUS | NE | 68601-3647 | | VISHAY DALE ELECTRONICS EFT | D0550041702 |
| VISHAY DALE ELECTRONICS EFT | | 1122 23RD ST | | | COLUMBUS | NE | 68601-3647 | | VISHAY DALE ELECTRONICS EFT | D0550042392 |
| VISHAY DALE ELECTRONICS EFT | | 1122 23RD ST | | | COLUMBUS | NE | 68601-3647 | | VISHAY DALE ELECTRONICS EFT | D0550043173 |
| VISHAY DALE ELECTRONICS EFT | | 1122 23RD ST | | | COLUMBUS | NE | 68601-3647 | | VISHAY DALE ELECTRONICS EFT | D0550043199 |
| VISHAY DALE ELECTRONICS EFT | | 1122 23RD ST | | | COLUMBUS | NE | 68601-3647 | | VISHAY DALE ELECTRONICS EFT | D0550049385 |
| VISHAY DALE ELECTRONICS EFT | | 1122 23RD ST | | | COLUMBUS | NE | 68601-3647 | | VISHAY DALE ELECTRONICS EFT | D0550071918 |
| VISHAY DALE ELECTRONICS EFT | | 1122 23RD ST | | | COLUMBUS | NE | 68601-3647 | | VISHAY DALE ELECTRONICS EFT | D0550071919 |
| VISTEON CLIMATE CONTROL SYSTEMS LTD | | 4900 N AMERICA DR STE B | | | WEST SENECA | NY | 14224 | | VISTEON CLIMATE CONTROL SYSTEMS LTD | D0550036777 |
| VOA CANADA INC | | 190 MACDONALD RD | | | COLLINGWOOD | ON | L9Y 4N6 | CA | VOA CANADA INC | D0550063563 |
| VOGT ELECTRONIC OF N A | | VOGT ELECTRONIC PLATZ 1 | | | OBERNZELL | BY | 94130 | DE | VOGT ELECTRONIC OF N A | D0550042866 |
| WAINWRIGHT INDUSTRIES INC EFT | | 17 CERMAK BLVD | | | SAINT PETERS | MO | 63376-1019 | | WAINWRIGHT INDUSTRIES INC EFT | D0550016178 |
| WAINWRIGHT INDUSTRIES INC EFT | | 17 CERMAK BLVD | | | SAINT PETERS | MO | 63376-1019 | | WAINWRIGHT INDUSTRIES INC EFT | D0550025638 |
| WAINWRIGHT INDUSTRIES INC EFT | | 17 CERMAK BLVD | | | SAINT PETERS | MO | 63376-1019 | | WAINWRIGHT INDUSTRIES INC EFT | D0550035897 |
| WAINWRIGHT INDUSTRIES INC EFT | | 17 CERMAK BLVD | | | SAINT PETERS | MO | 63376-1019 | | WAINWRIGHT INDUSTRIES INC EFT | D0550072726 |
| WAKEFIELD ENGINEERING INC | | 33 BRIDGE ST | | | PELHAM | NH | 3076 | | WAKEFIELD ENGINEERING INC | D0550043285 |
| WAKEFIELD ENGINEERING INC | | 33 BRIDGE ST | | | PELHAM | NH | 3076 | | WAKEFIELD ENGINEERING INC | D0550044916 |
| WAKEFIELD ENGINEERING INC | | 33 BRIDGE ST | | | PELHAM | NH | 3076 | | WAKEFIELD ENGINEERING INC | D0550045006 |
| WAKEFIELD ENGINEERING INC | | 33 BRIDGE ST | | | PELHAM | NH | 3076 | | WAKEFIELD ENGINEERING INC | D0550079034 |
| WALBRO ENGINE MANAGEMENT CORP | | 6242 GARFIELD AVE | | | CASS CITY | MI | 48726 | | WALBRO ENGINE MANAGEMENT CORP | D0550076178 |
| WALCO CORPORATION EFT | | 1651 E SUTTER RD | | | GLENSHAW | PA | 15116-1700 | | WALCO CORPORATION EFT | D0550063266 |
| WALLACE COMPUTER SERVICES INC | | 2275 CABOT DR | | | LISLE | IL | 60532 | | WALLACE COMPUTER SERVICES INC | D0550037711 |
| WAMCO INC EFT | | 11555 COLEY RIVER CIRCLE STE A | | | FOUNTAIN VALLEY | CA | 92708 | | WAMCO INC EFT | D0550039044 |
| WAMCO INC EFT | | 11555 COLEY RIVER CIRCLE STE A | | | FOUNTAIN VALLEY | CA | 92708 | | WAMCO INC EFT | D0550040540 |
| WAMCO INC EFT | | 11555 COLEY RIVER CIRCLE STE A | | | FOUNTAIN VALLEY | CA | 92708 | | WAMCO INC EFT | D0550041266 |