**<u>EXHIBIT F</u>**

Delphi Corporation
Twentieth Omnibus Claims Objection
Exhibit G (single) Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis for Objection | Modified Debtor | Modified Amount | Modified Nature | Modified Debtor2 | Modified Amount2 | Modified Nature2 |
| SPCP Group LLC as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund LTD | Attn Brian A Jarmain Two Greenwich Plz 1st Fl Greenwich, CT 06830 | 7/31/2006 | 14479 | $609,554.90 | Modified Claims Asserting Reclamation | 05-44640 | $222.80 | Priority | 05-44640 | $567,396.36 | General Unsecured |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 7/5/2006 | 9037 | $1,676,212.31 | Modified Claims Asserting Reclamation | 05-44640 | $0.00 | Priority | 05-44640 | $0.00 | General Unsecured |
| TPG Credit Opportunities Fund LP | Attn Shelley Hartman c o TPG Credit Management LP 4600 Wells Fargo Ctr 90 S Seventh St Minneapolis, MN 55402 | 7/7/2006 | 9120 | $160,270.22 | Modified Claims Asserting Reclamation | 05-44640 | $0.00 | Priority | 05-44640 | $17,982.34 | General Unsecured |
| TT Electronics OPTEK Technology | David M Schilli Robinson Bradshaw & Hinson P A 101 N Tryon St Ste 1900 Charlotte, NC 28246 | 7/5/2006 | 9037 | $1,676,212.31 | Modified Claims Asserting Reclamation | 05-44640 | $5,458.47 | Priority | 05-44640 | $152,487.03 | General Unsecured |
| United Plastics Group Inc | William Holbrook Director of Finance United Plastics Group Inc 1420 Kensington Rd Ste 209 Oak Brook, IL 60523 | 7/25/2006 | 13572 | $46,538.80 | Modified Claims Asserting Reclamation | 05-44640 | $2,010.69 | Priority | 05-44640 | $41,502.60 | General Unsecured |
| United Plastics Group Inc | Monika J Machen Sonnenschein Nath & Rosenthal 8000 Sears Tower Chicago, IL 60606 | 7/25/2006 | 13572 | $46,538.80 | Modified Claims Asserting Reclamation | 05-44640 | $2,010.69 | Priority | 05-44640 | $41,502.60 | General Unsecured |
| Victory Packaging LP | Attn Mr Benjamin Samuels Vice Chairman Victory Packaging LLP 3555 Timmons Land Ste 1440 Houston, TX 77027 | 7/27/2006 | 11640 | $10,208,032.27 | Modified Claims Asserting Reclamation | 05-44640 | $658,509.45 | Priority | 05-44640 | $3,525,426.66 | General Unsecured |
| Victory Packaging LP | Thompson & Knight LLP Attn Ira L Herman Esq 919 Third Ave 39th Fl New York, NY 10022 | 7/27/2006 | 11640 | $10,208,032.27 | Modified Claims Asserting Reclamation | 05-44640 | $658,509.45 | Priority | 05-44640 | $3,525,426.66 | General Unsecured |

8/30/2007 8:03 PM
Omni 20 Obj Ex G (single debtor) Service List

Delphi Corporation
Thirty-Second Omnibus Claims Objection
Exhibit B Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Modified Debtor | Modified Amount | Modified Nature |
| Special Situations Investing Group Inc | Goodwin Procter LLP Allan S Brilliant Emanuel C Grillo Brian W Harvey 599 Lexington Ave New York, NY 10022 | 7/31/06 | 15423 | $6,153,413.36 | Claims Subject To Modification | 05-44640 | $5,858,665.54 | General Unsecured |
| Tax Commissioner of the State of Ohio | 30 E Broad St Columbus, OH 43215 | 6/16/06 | 8094 | $271.50 | Claims Subject To Modification | 05-44640 | $222.89 | Priority |
| Tax Commissioner of the State of Ohio | Attorney General of the State of Ohio Attorney General of the State of Ohio Collection Enforcement 150 E Gay St 21st Fl Columbus, OH 43215 | 6/16/06 | 8094 | $271.50 | Claims Subject To Modification | 05-44640 | $222.89 | Priority |
| The Dayton Power and Light Company | 1065 Woodman Dr Dayton, OH 45432 | 7/24/06 | 10373 | $61,309.20 | Claims Subject To Modification | 05-44640 | $37,272.92 | General Unsecured |
| Valeo Climate Control Corporation | Attn Christopher R Connely 3000 University Dr Auburn Hills, MI 48326 | 7/27/06 | 11462 | $506,709.93 | Claims Subject To Modification | 05-44640 | $156,725.41 | General Unsecured |
| Valeo Climate Control Corporation | Honigman Miller Schwartz and Cohn LLP Judy B Calton 2290 First National Bldg 660 Woodward Ave Detroit, MI 48226-3506 | 7/27/06 | 11462 | $506,709.93 | Claims Subject To Modification | 05-44640 | $156,725.41 | General Unsecured |
| Verizon North Inc | AFNI Verizon 404 Brock Dr Bloomington, IL 61701 | 3/20/06 | 2340 | $5,083.55 | Claims Subject To Modification | 05-44640 | $4,200.00 | Unsecured |
| Victory Packaging LP | Attn Mr Benjamin Samuels Vice Chairman Victory Packaging LLP 3555 Timmons Land Ste 1440 Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |
| Victory Packaging LP | Thompson & Knight LLP Attn Ira L Herman Esq Ira L Herman Esq 919 Third Ave 39th Fl New York, NY 10022 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |
| Victory Packaging LP | Victory Packaging LP 3555 Timmons Ln Ste 1400 Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Claims Subject To Modification | 05-44640 | $3,764,666.98 | General Unsecured |

11/17/2008 1:31 PM
Delphi Omni 32 Objection Exhibit B Service List

Fortieth Omnibus Claims Objection
Exhibit D Single Service List

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|
| Name | Address | Date Filed | Claim Number | Asserted Claim Amount | Basis For Objection | Correct Debtor | Allowed Amount | Allowed Nature |
| Toshiba America Electronic Components Inc | Lei Lei Wang Ekvall Esq / Weiland Golden Smiley Wang Ekvall & Strok / 650 Town Center Dr Ste 950 / Costa Mesa, CA 92626 | 7/28/06 | 12239 | $599,351.09 | Exhibit D Claims | 05-44640 | $174,838.00 | General Unsecured |
| Trade Debt Net | Trade Debt Net / 281 Tresser Blvd Ste 1501 / Stamford, CT 06901 | 7/20/06 | 10011 | $2,009.90 | Exhibit D Claims | 05-44640 | $99.50 | General Unsecured |
| Ufe Inc | PO Box 7 / Stillwater, MN 55082-0007 | 7/21/06 | 10233 | $287,522.77 | Exhibit D Claims | 05-44640 | $285,962.77 | General Unsecured |
| Victory Packaging LP | Attn Mr Benjamin Samuels Vice Chairman / Victory Packaging LLP / 3555 Timmons Land Ste 1440 / Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Exhibit D Claims | 05-44640 | $3,180,058.44 | General Unsecured |
| Victory Packaging LP | Thompson & Knight LLP / Attn Ira L Herman Esq / Ira L Herman Esq 919 Third Ave 39th Fl / New York, NY 10022 | 7/27/06 | 11640 | $6,183,936.00 | Exhibit D Claims | 05-44640 | $3,180,058.44 | General Unsecured |
| Victory Packaging LP | Victory Packaging LP / 3555 Timmons Ln Ste 1400 / Houston, TX 77027 | 7/27/06 | 11640 | $6,183,936.00 | Exhibit D Claims | 05-44640 | $3,180,058.44 | General Unsecured |
| Vishay Americas Inc | Attn Marion R Hubbard / 1 Greenwhich PL / Shelton, CT 06484 | 7/13/06 | 9454 | $23,391.86 | Exhibit D Claims | 05-44567 | $14,166.86 | General Unsecured |
| Woco Industrietechnik GmbH | Seth P Tompkins Esq / 25800 Northwestern Hwy 1000 / Southfield, MI 48075-1000 | 7/20/06 | 10076 | $0.00 | Exhibit D Claims | 05-44640 | $77,084.27 | General Unsecured |
| Woco Industrietechnik GmbH | Woco Industrietechnik Gmbh / Hanauer Landstr 16 / Bad Soden Salmuenster, 63628 Germany | 7/20/06 | 10076 | $0.00 | Exhibit D Claims | 05-44640 | $77,084.27 | General Unsecured |
| Zierick Mfg Co | 131 Radio Circle / Mount Kisco, NY 10549 | 4/28/06 | 3375 | $2,678.08 | Exhibit D Claims | 05-44567 | $102.00 | General Unsecured |