**THOMPSON & KNIGHT LLP**
900 Third Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113
Ira L. Herman
Jennifer A. Christian
Gabrielle E. Farina

*Attorneys for Victory Packaging LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 05-44481 (RDD) |
| DPH HOLDINGS CORP., et al., | : | (Jointly Administered) |
| | : | |
| Reorganized Debtors. | : | Chapter 11 |
| ------------------------------------------x | | |
| DELPHI CORPORATION, et al. | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Adv. No. 07-02551 (RDD) |
| -against- | : | |
| | : | |
| | : | |
| VICTORY PACKAGING LP, | : | |
| | : | |
| Defendant. | : | |
| ------------------------------------------x | | |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 22, 2011, a true and correct copy of *Victory Packaging LP's Further Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints Regarding Notices of Non-Assumption Allegedly Served on Victory*, was served electronically through the Court's ECF system on all parties requesting electronic service, and by Federal Express overnight mail on the following persons at the following addresses:

| | |
|---|---|
| Cynthia J. Haffey<br>Butzel Long<br>150 W. Jefferson Avenue, Suite 100<br>Detroit, Michigan 48226 | 33 Whitehall Street, Ste. 2100<br>New York, New York 10004 |
| Alicia Leonhard<br>Tracy Hope Davis<br>Office of the United States Trustee<br>Southern District of New York | The Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |

Dated: New York, New York
　　　　July 22, 2011

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ira L. Herman*
　　　　　　　　　　　　　　　　　　　　　　　　Ira L. Herman