**Hearing Date: July 28, 2011**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                           :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FORTY-SIXTH CLAIMS HEARING AGENDA

Location Of Hearing:     United States Bankruptcy Court for the Southern District of New York,
                                    300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Forty-Sixth Claims Hearing Agenda:

    A.     Introduction

    B.     Continued Or Adjourned Matters (1 Matter)

    C.     Uncontested, Agreed, Or Settled Matters (1 Matter)

    D.     Contested Matters (1 Matter)

**A.**     **Introduction**

**B.**     **Continued Or Adjourned Matters**

    1.     **"Claims Objection Hearing Regarding Claims of ATS Ohio Inc., ATS Automation Tooling Systems, Inc., And ATS Michigan Sales And Services, Inc."** - Claims Objection Hearing Regarding Claims of ATS Ohio Inc., ATS Automation Tooling Systems, Inc., And ATS Michigan Sales And Services, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

        *Responses filed:*    *Response Of ATS Automation Tooling Systems Inc., ATS Michigan Sales And Service Inc., ATS Ohio Inc. And ATS Wickel Und Montagetechnik AG To Reorganized Debtors' Forty-Third Omnibus Claims Objection (Docket No. 19456)*

        *Replies filed:*    *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

| | |
|---|---|
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763 (ATS Ohio Inc., ATS Automation Tooling Systems, Inc., And ATS Michigan Sales And Services, Inc.) (Docket No. 21282)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763 (Docket No. 21300)* |
| | *Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763 (Docket No. 21426)* |
| | *Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763* |
| *Status:* | *The hearing with respect to this matter has been adjourned to August 25, 2011 pursuant to the Notice Of Adjournment Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19761, 19762, And 19763 (Docket No. 21426).* |

## C.   Uncontested, Agreed, Or Settled Matters

2.   **"Claims Objection Hearing Regarding Claims of Direct Sourcing Solutions, Inc."** - Claims Objection Hearing Regarding Claims of Direct Sourcing Solutions, Inc. as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Response Of Direct Sourcing Solutions, Inc. To Debtors' Forty-Third Omnibus Claims Objection As To Claim No. 18680 (Docket No. 19493)* |
| | *Response Of Direct Sourcing Solutions, Inc. To Debtors' Forty-Third Omnibus Claims Objection As To Claim No. 20072 (Docket No. 19494)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. §* |

3

> *503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)*

Related filings:    *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18680 And 20072 (Direct Sourcing Solutions, Inc.) (Docket No. 21281)*

> *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 18680 And 20072 (Direct Sourcing Solutions, Inc.) (Docket No. 21298)*

> *Joint Stipulation And Agreed Order Between Reorganized Debtors And Direct Sourcing Solutions, Inc. Withdrawing Proofs Of Administrative Expense Claim Numbers 18680 And 20072 (Docket No. 21394)*

> *Proofs Of Administrative Expense Claim Numbers 18680 And 20072*

Status:    *This matter has been resolved pursuant to the Joint Stipulation And Agreed Order Between Reorganized Debtors And Direct Sourcing Solutions, Inc. Withdrawing Proofs Of Administrative Expense Claim Numbers 18680 And 20072 (Docket No. 21394).*

## D.    Contested Matters

3.    **"Claims Objection Hearing Regarding Claims of The Timken Company"** - Claims Objection Hearing Regarding Claims of The Timken Company as Objected to on the Reorganized Debtors' Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19356)

| | |
|---|---|
| *Responses filed:* | *Omnibus Response To Notice Of Objections To Claim (Docket No. 19552)* |
| *Replies filed:* | *Reorganized Debtors' Omnibus Reply In Support Of Forty-Third Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Expunge Certain Administrative Expense (A) Severance Claims, (B) Books And Records Claims, (C) Duplicate Claims, (D) Equity Interests, (E) Prepetition Claims, (F) Insufficiently Documented Claims, (G) Pension, Benefit, And OPEB Claims, (H) Workers' Compensation Claims, And (I) Transferred Workers' Compensation Claims, (II) Modify And Allow Certain Administrative Expense Severance Claims, And (III) Allow Certain Administrative Expense Severance Claims (Docket No. 19574)* |
| | *Reorganized Debtors' Supplemental Reply With Respect To Proofs Of Administrative Expense Claim Numbers 18832 And 19765 (Docket No. 21421)* |
| *Related filings:* | *Notice Of Claims Objection Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 18832 And 19765 (The Timken Company) (Docket No. 21283)* |
| | *Reorganized Debtors' Statement Of Disputed Issues With Respect To Proofs Of Administrative Expense Claim Numbers 18832 And 19765 (Docket No. 21299)* |
| | *Proofs Of Administrative Expense Claim Numbers 18832 and 19765* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

Dated: New York, New York
   July 27, 2011

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

       By:/s/ John K. Lyons
        John Wm. Butler, Jr.
        John K. Lyons
        Albert L. Hogan III
        Ron E. Meisler

       155 North Wacker Drive
       Chicago, Illinois 60606
       (312) 407-0700

         - and -

       Four Times Square
       New York, New York 10036
       (212) 735-3000

       Attorneys for DPH Holdings Corp., et al.,
        Reorganized Debtors