# KENNEDY, JENNIK & MURRAY, P.C.

### ATTORNEYS AT LAW

**113 UNIVERSITY PLACE**
**NEW YORK, NEW YORK 10003**
**(212) 358-1500**

* * *

FACSIMILE (212) 358-0207

SERGE AMBROISE
sambroise@kjmlabor.com

July 27, 2011

**VIA ECF**

Honorable Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

     Re:    In re DPH Holdings Corp., et al., Ch. 11, Case No. 05-44481 (RDD)

Dear Judge Drain:

    In compliance with the Supplemental Case Management Orders that govern motions in the above-referenced matter, the IUE-CWA's Motion Pursuant to 11 U.S.C. Sections 105 and 363(b) to Amend the IUE-CWA Settlement 1113/1114 Settlement Approval Order (the "Motion")—which was originally scheduled for July 28, 2011—should currently be scheduled for a hearing on the next Omnibus Hearing Date which is August 25, 2011.

    The Motion was filed on July 14, 2011, and an amended Motion was filed on July 15, 2011. However, counsel for the Debtor requested compliance with the 20-day notice period set forth in the Supplemental Case Management Orders, entered on March 20, 2006 and on several subsequent dates thereafter, most recently on May 3, 2011. Neither the July 27, 2011 hearing date originally proposed by the IUE-CWA, nor the July 28 Omnibus Hearing Date provided the required notice, necessitating a hearing on the next available Omnibus Hearing Date.

    The Motion, which this morning appeared on Your Honor's calendar on the Court's web site as scheduled for July 28, 2011, has apparently been rescheduled according to the version of the calendar that appeared on the web site in the afternoon. The schedule change appears to conform to the requirements of the Case Management Orders. However, counsel for the IUE-CWA wanted to ensure that Your Honor was informed of the developments that likely contributed to the schedule change.

    I thank you for your attention to this matter and ask that you please contact me if you have any questions.

Respectfully,

Serge Ambroise

**KENNEDY, JENNIK & MURRAY, P.C.**

ATTORNEYS AT LAW

Cc:    Ron Meisler, Esq.
       Louis S. Chiapetta, Esq.