SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
    In re                                                    :         Chapter 11
                                                        :
DPH HOLDINGS CORP., et al.,              :         Case No. 05-44481 (RDD)
                                                        :
                     Reorganized Debtors.     :         (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS AND LEAR CORPORATION GMBH WITHDRAWING PROOF
OF ADMINISTRATIVE EXPENSE CLAIM NUMBER 19032

(LEAR CORPORATION GMBH)

DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized Debtors") and Lear Corporation GmbH (the "Claimant") respectfully submit this Joint Stipulation And Agreed Order Between Reorganized Debtors And Lear Corporation GmbH Withdrawing Proof Of Administrative Expense Claim Number 19032 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on July 15, 2009, the Claimant filed proof of administrative expense claim number 19032 against Delphi and DAS LLC which asserts an administrative claim in the amount of EUR98,001 for goods sold by the Claimant to the Debtors (the "Claim").

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors. In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS LLC, respectively.

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or

2

otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, on April 16, 2010, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Claims (Docket No. 19873) (the "Forty-Seventh Omnibus Claims Objection").

WHEREAS, on May 12, 2010, the Claimant filed the Response Of Lear Corporation EEDS And Interiors, Lear Corporation GmbH And Lear Corporation On Behalf Of Itself And Its Subsidiaries To Reorganized Debtors' Forty-Seventh Omnibus Objection Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modify Certain Administrative Expense Severance Claims (Docket No. 20032) (the "Response").

WHEREAS, the obligations asserted in the Claim were valid and have been satisfied in full and no further amounts are owed on account of the Claim.

WHEREAS, to resolve the Forty-Seventh Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant agreed that the Claim will be withdrawn.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and

3

agree as follows:.

    1.    Because the amounts asserted in the Claim were valid and have been satisfied in full, the Claim is withdrawn.

    2.    The Forty Seventh Omnibus Claims Objection and the Response, both with respect to the Claim only, are withdrawn.

    3.    This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 29th day of July, 2011

        /s/Robert D. Drain
    UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| /s/ John K. Lyons | /s/ David J. Nowaczewski |
|---|---|
| John Wm. Butler, Jr. | Ralph E. McDowell |
| John K. Lyons | David J. Nowaczewski |
| Ron E. Meisler | BODMAN PLC |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | 6th Floor at Ford Field |
| 155 North Wacker Drive | 1901 St. Antoine Street |
| Chicago, Illinois 60606 | Detroit, Michigan 48226 |
| | |
| | Attorneys for Lear Corporation GmbH |
| - and - | |
| | |
| Four Times Square | |
| New York, New York 10036 | |
| | |
| Attorneys for DPH Holdings Corp., et al., Reorganized Debtors | |