**<u>EXHIBIT J</u>**

**October 22, 2009 Hearing Transcript**

1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

Case No. 05-44481

- - - - - - - - - - - - - - - - - - - - - -x

In the Matter of:


DELPHI CORPORATION, ET AL.,


          Debtors.


- - - - - - - - - - - - - - - - - - - - - -x


                    U.S. Bankruptcy Court

                    One Bowling Green

                    New York, New York


                    October 22, 2009

                    10:02 AM


B E F O R E:

HON. ROBERT D. DRAIN

U.S. BANKRUPTCY JUDGE

2

1    Supplemental Motion to Extend Deadline to Serve Process for

2    Avoidance Action Filed in Connection with Preservation of

3    Estate Claims Procedures Order

4

5    Proposed Forty-Eighth Omnibus Hearing Agenda

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Dena Page

3

```
 1

 2     A P P E A R A N C E S :

 3     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

 4          Attorneys for Debtors

 5          Four Times Square

 6          New York, NY 10036

 7

 8     BY:   KAYALYN A. MARAFIOTI, ESQ.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1                    P R O C E E D I N G S

2          THE COURT:  Please be seated.  Okay.  In re: Delphi

3    Corporation.

4          MS. MARAFIOTI:  Good morning, Your Honor.  Kayalyn

5    Marafioti on behalf of DPH Holdings, Corp., which is the

6    reorganized company and successor to Delphi Corporation and all

7    but two of its affiliated debtors.

8          There are only a couple of items on the calendar

9    today, and the second of them is now moot.  The motion of

10   Robert Backy (ph.) to enforce payment of his claim was

11   withdrawn yesterday.  I think the appropriate pleadings were

12   filed.  And so that matter is, effectively, settled.

13         And that leaves us with the debtors' motion under

14   Bankruptcy Rule -- well, Federal Rule 4(m) and its companion

15   bankruptcy rule to further extend the time to file service of

16   process in connection with a number of adversary proceedings

17   that were filed under seal a couple of years ago.

18         Your Honor, since we last made a motion seeking an

19   extension of time, quite a considerable amount of progress has

20   been made.  In March, when we initially sought time that would

21   relate to thirty days past the consummation date, there were

22   some 752 complaints that might be brought.  And you may recall

23   that under the modified plan, the debtors were required to

24   submit an exhibit naming, by adversary proceeding number, the

25   complaints that could be brought post-consummation.  And that

5

1    number is now down to 177.  So the pool of potential claims has

2    been reduced to less than one quarter of its original size.

3          But the reason we're here seeking a further extension

4    is that in the intense period that led up to the closing, it

5    simply wasn't possible for the debtors to winnow that number

6    down any further.  And at the moment, under the master

7    disposition agreement, these claims inure solely to the benefit

8    of DPH Holdings, Corp.  They did not move to the buyers.  So

9    they're staying with the reorganized company.

10          And there is only one employee at DPH Holdings Corp.

11   He has a lot of things to do right now in trying to effectuate

12   all the transactions that were contemplated by the plan, and

13   certainly this issue is now very much at the center of his

14   attention, but he does need a bit more time.

15          Also, we understand that a different law firm will be

16   taking over those claims, if and to the extent that they are

17   brought, and so they need a bit of time to get up to speed as

18   well.

19          We think that those reasons form the basis for the

20   Court's extension of time, here.  There has been no objection

21   filed.  We did serve the motion in the usual fashion, and no

22   objections were lodged.  So we would simply ask that the order

23   be entered as submitted.

24          THE COURT:  Okay, and thirty days hasn't run since the

25   consummation of the plan, right?

VERITEXT REPORTING COMPANY

6

1          MS. MARAFIOTI:  That's correct.  I think that would be

2     November 5 --

3          THE COURT:  Okay.

4          MS. MARAFIOTI:  -- would be the thirtieth day.

5          THE COURT:  All right, so you're within the deadline.

6          MS. MARAFIOTI:  Right.

7          THE COURT:  I'll enter the order --

8          MS. MARAFIOTI:  Okay, very good.  Thank you, Your

9     Honor.

10         THE COURT:  -- for the reasons stated in the motion.

11    As with the last ones, this is without prejudice to the rights

12    of these potential defendants to argue other defenses, other

13    than the running of the limitations period.  And I think that

14    goes without saying.  So this is just an extension of the time

15    to actually serve.

16         MS. MARAFIOTI:  That's right, Your Honor.

17         THE COURT:  So do you have a disc for me?

18         MS. MARAFIOTI:  I believe we do.  If I may approach

19    the bench, Your Honor.

20         THE COURT:  Sure.  Obviously, the debtors' decision to

21    proceed this way is borne out by the fact that the vast

22    majority of these cases have already been, effectively, booted

23    out.  And as the motion states, the potential plaintiff, here,

24    certainly should have a little more time to analyze whether it

25    makes sense to bring the remaining lawsuits or only some of

7

1    them before DPH and the defendants incur additional costs.

2            Okay, thank you.

3            MS. MARAFIOTI:  Thank you, Your Honor.

4            THE COURT:  Okay.

5        (Proceedings concluded at 10:07 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

8

1

2                                I N D E X

3

4                                RULINGS

5                          Page      Line

6   Supplemental Motion to    6        10

7   Extend Deadline to Serve

8   Process for Avoidance

9   Action Granted

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VERITEXT REPORTING COMPANY

212-267-6868                                        516-608-2400

9

1

2                         C E R T I F I C A T I O N

3

4    I, Dena Page, certify that the foregoing transcript is a true

5    and accurate record of the proceedings.

6    **Dena Page**      Digitally signed by Dena Page
                         DN: cn=Dena Page, o, ou,
                         email=digital1@veritext.com, c=US
7    _____    Date: 2009.10.23 13:54:44 -04'00'

8    Dena Page

9

10   Veritext LLC

11   200 Old Country Road

12   Suite 580

13   Mineola, NY 11501

14

15   Date:  October 23, 2009

16

17

18

19

20

21

22

23

24

25