UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
     In re                      :        Chapter 11
                                          :
DPH HOLDINGS CORP., et al.,               :        Case No. 05-44481 (RDD)
                                          :
          Reorganized Debtors. :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER PURSUANT TO 11 U.S.C. § 105 AND FED. R. BANKR. P. 9014 FOR
LEAVE TO (I) SUPPLEMENT THE RECORD OF THE JUNE 21, 2011
HEARING AND (II) FILE THE REORGANIZED DEBTORS' STATEMENT
REGARDING SERVICE OF THE FINAL EXTENSION MOTION

Upon the motion, dated August 2, 2011 (the "Motion"),[1] of DPH Holdings Corp.

("DPH Holdings"), on behalf of itself and certain of its affiliated reorganized debtors in the

above-captioned cases (together with DPH Holdings, the "Reorganized Debtors"), formerly

known as Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, former

debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for

entry of an order pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9014 for leave to (i)

supplement the record of the June 21, 2011 hearing and (ii) file the Reorganized Debtors'

statement regarding service of the final extension motion; and it appearing that proper and

adequate notice of the Motion has been given and that no other or further notice is necessary; and

upon the record of the August 25, 2011 hearing on the Motion; and after due deliberation thereon;

and good and sufficient cause appearing therefor, it is hereby

---

[1]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

ORDERED, ADJUDGED, AND DECREED THAT:[2]

1.      This Court has core jurisdiction over these chapter 11 cases and the parties

and property affected hereby to consider the relief described herein pursuant to 28 U.S.C. §§ 157

and 1334, article XIII of the First Amended Joint Plan Of Reorganization Of Delphi Corporation

And Certain Affiliates, Debtors And Debtors-In-Possession (As Modified), and paragraphs FF

and 56 of the Plan Modification Order, dated July 30, 2009 (Docket No. 18707).  Venue of this

proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The Motion is GRANTED.

3.      This Court shall retain original and exclusive jurisdiction to hear and

determine all matters arising from or relating to the implementation of this order.

Dated: White Plains, New York
          August ___, 2011

_____
UNITED STATES BANKRUPTCY JUDGE

---

[2]   Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings
of fact when appropriate.  See Fed. R. Bankr. P. 7052.