## Index of Exhibits

**Exhibit 1:**  The Declaration Of John Brooks
**Exhibit 2:**  June 21, 2011 Hearing Transcript
**Exhibit 3:**  Skadden Motion[1]

    **Exhibit A:**  Skadden's Statement

        **Exhibit A:**  Final Extension Motion
        **Exhibit B:**  Preservation of Estate Claims Procedures Order
        **Exhibit C:**  Preservation of Estate Claims Procedures Motion
        **Exhibit D:**  First Extension Motion
        **Exhibit E:**  March 19, 2008 Hearing Transcript
        **Exhibit F:**  Extension of Avoidance Action Service Deadline Order (First Extension Order)
        **Exhibit G:**  Second Extension Motion
        **Exhibit H:**  April 30, 2008 Hearing Transcript
        **Exhibit I:**  Postconfirmation Extension of Avoidance Action Service Deadline Order (Second Extension Order)
        **Exhibit J:**  October 22, 2009 Hearing Transcript
        **Exhibit K:**  Postconfirmation Extension of Avoidance Action Service Deadline Order (Final Extension Order)

**Exhibit 4:**  Affidavit of Service of Final Extension Motion
**Exhibit 5:**  Proposed Forth-Eight Omnibus Hearing Agenda
**Exhibit 6:**  Affidavit of Service, Proposed Forth-Eight Omnibus Hearing Agenda
**Exhibit 7:**  Affidavit of Service of Disclosure Statement
**Exhibit 8:**  July 22, 2010 Hearing Transcript
**Exhibit 9:**  "Delphi Files Secret Preference Claims Under Seal," CFO.com, October 2, 2007
**Exhibit 10:**  Notice of Electronic Filing of the Final Extension Motion, dated October 2, 2009.
**Exhibit 11:**  Affidavit of Service of Initial Extension Motion

**Exhibits 12-19:** Intentionally Omitted

**Exhibit 20:**  Response to Submission of Calsonic North America Inc, et al, Adv. Pro. No. 07-02282

    **Exhibit 20 (a)**:  Declaration of Roger G. Jones

**Exhibit 21:**  Response to Submission of Methode Electronics Inc., Adv. Proc. No.: 07-02432

    **Exhibit 21 (a)**:  Declaration of Timothy R. Glandon
    **Exhibit 21 (b)**:  Methode Settlement Agreement and Transfers
    **Exhibit 21 (c)**:  Methode Electronics Inc.'s Answer To Complaint

---

[1] Capitalized but undefined terms used in this Index have the same meaning as in the Omnibus Response.

**Exhibit 22:**   Response to Submission of PBR Columbia (n/k/a Bosch Chassis System), Adv. Pro. No. 07-02572

   **Exhibit 22 (a)**:  Declaration of David L. Foster
   **Exhibit 22 (b)**:  Declaration of David Wheeler

**Exhibit 23:**   Response to Submission of Republic Engineered Products, Adv. Proc. No.: 07-02724 & 07-02744

   **Exhibit 23 (a)**:  Affidavit of Douglas L. Lutz
   **Exhibit 23 (b)**:  Affidavit of Joseph Kaczka
   **Exhibit 23 (c)**:  Republic Modified Payment Terms October 2005 Transfers

**Exhibit 24:**   Response to Submission of Select Industries Corp, Adv. Proc. No. 07-02618

   **Exhibit 24 (a)**:  Affidavit of Timothy Miller, Esq.

**Exhibit 25:**   Response to Submission of Timken Corporation, Adv. Proc. No.: 07-02198

   **Exhibit 25 (a)**:  Declaration of James M. Sullivan, Esq.
   **Exhibit 25 (b)**:  Declaration of Michael Hart

**Exhibit 26:**   Response to Submission of UVA Machine Company, Adv. Proc. No.: 07-02523

   **Exhibit 26 (a)**:  Affidavit of Robert F. Brown, Esq.

**Exhibit 27:**   Response to Submission of Vanguard Distributors, Adv. Proc. No.: 07-02539

   **Exhibit 27 (a)**:  The Amended Notice of Filing Declaration Of Sylvester Formey In Support Of Vanguard Distributor's, Inc.'s Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints, filed July 8, 2011
   **Exhibit 27 (b)**:  Declaration of Sylvester Formey

**Exhibit 28:**   Response to Submission of Victory Packaging, Adv. Proc. No.: 07-02551

   **Exhibit 28 (a)**:  Declaration of Leah Borrello
   **Exhibit 28 (b)**:  Victory Packaging October 2005 Transfers

**Exhibit 29:**   Response to Submission of Solid State Stamping Inc., Adv. Pro. No. 07-02633

   **Exhibit 29 (a)**:  Declaration of Neil D. Allen

**Exhibit 30:**   Response to Submission of Castrol Industrial, et al., Adv. Pro. No. 07-02270

   **Exhibit 30 (a)**:  Declaration of John Everhardus

        **Exhibit 30 (b)**:  April 12, 2010 Unifrax Motion to Vacate
        **Exhibit 30 (c)**:  Castrol Industrial Joinder in Motion to Vacate

**Exhibit 31:**  Response to Submission of Heraeus Metals Processing and Heraeus Precious Metals; Adv. Pro. No. 07-02445

        **Exhibit 31(a)**:  Declaration of Frederick J. Salek
        **Exhibit 31(b)**:  Declaration of David Gallagher
        **Exhibit 31(c)**:  Declaration of Diane Carrillo-Mireles
        **Exhibit 31(d)**:  Declaration of William M. Barron, Esq.
        **Exhibit 31(e)**:  Heraeus Webpage, available at http://wc-heraeus.com/en/home/hmt_hpm.aspx

**Exhibit 32:**  Response to Submission of Pro Tech Machine, Adv. Pro. No. 07-02690

        **Exhibit 32(a)**:  Declaration of David Currie

**Exhibit 33:**  Response to Submission of Rotor Coaters International, Adv. Pro. No.07-02767

        **Exhibit 33(a)**:  Declaration of Jill Warner

**Exhibit 34:**  Response to Submission of Mubea Inc., Adv. Pro. No. 07-02489

        **Exhibit 34(a)**:  Declaration of Byrd Douglas Cain III, dated November 24, 2010
        **Exhibit 34(b)**:  Declaration of Byrd Douglas Cain III, dated July 7, 2011
        **Exhibit 34(c)**:  Complaint re: Mubea Inc. Adv. Pro. No. 07-02489

**Exhibit 35:**  Response to Submission of HSS LLC, Adv. Pro. No. 07-02489

        **Exhibit 35(a)**: Notice of Electronic Filing, p. 10, dated February 28, 2008
        **Exhibit 35(b)**: Notice of Electronic Filing, dated April 10, 2008
        **Exhibit 35(c)**: Notice of Electronic Filing, October 2, 2009
        **Exhibit 35(d)**: Affidavit of Dennis M. Haley
        **Exhibit 35(e)**: Affidavit of Phillip Schaltz
        **Exhibit 35(f)**:  HSS October 2005 Transfer Payments

**Exhibit 36:**  Response to Submission of Doshi Prettl International, Adv. Pro. No. 07-02211

        **Exhibit 36(a)**:  Declaration of David H. Freedman
        **Exhibit 36(b)**:  Doshi 2005 Transfers
        **Exhibit 36(c)**:  Declaration of Peter Schrennen, April 8, 2010
        **Exhibit 36(d)**:  Declaration of Peter Schrennen, November 23, 2010
        **Exhibit 36(e)**:  Declaration of Mahesh Nayek, Esq.

**Exhibit 37:**  Response to Submission of NXP/Philips Semiconductor, Adv. Pro. No. 07-02580

                **Exhibit 37(a)**: Affirmation of Robert N. Michaelson
                **Exhibit 37(b)**: Philip Semiconductor Complaint

**Exhibit 38:**    Response to Submission of Blair Strip Steel Co, Adv. Pro. No. 07-02259

                **Exhibit 38(a)**:  Declaration of Scott A. McDowell

**Exhibit 39:**    Response to Submission of DSSI  LLC, Adv. Pro. No. 07-02236

                **Exhibit 39(a)**:  Affidavit of Gary Miller
                **Exhibit 39(b)**:  Transfer Payment Record
                **Exhibit 39(c)**:  DSSI Complaint, Adv. Pro. No. 07-02236-rdd

**Exhibit 40**:    Response to Submission of Microchip Technology Inc, Adv. Proc. No. 07-02436

                **Exhibit 40(a)**:  Declaration of Eric Bjornholt

**Exhibit 41**:    Response to Submission of Jamestown Container Corp, Adv. Pro. No. 07-02322

                **Exhibit 41(a)**:  Declaration of Richard Weimer

**Exhibit 42**:    Response to Submission of Fluent, Inc., Adv. Pro. No. 07-02312

                **Exhibit 42(a)**:  Declaration of Sheila S. DiNardo

**Exhibit 43**:    Response to Submission of FA Tech Corporation, Adv. Pro. No. 07-02350

                **Exhibit 43(a)**:  Declaration of Kelly Michimi

**Exhibit 44**:    Response to Submission of Globe Motors Inc., Adv. Pro. No. 07-02333

                **Exhibit 44(a)**:  Answer To Complaint filed by Globe Motors, Inc.
                **Exhibit 44(b)**:  Declaration of Thomas Carroll, dated July 8, 2011
                **Exhibit 44(c)**:  Declaration of Thomas Carroll, dated January 31, 2011
                **Exhibit 44(d)**:  Globe October 2005 Transfers and Settlement Agreement.

**Exhibit 45**:    Response to Submission of Merrill Tool & Machine, Adv. Pro. No. 07-02416

                **Exhibit 45(a)**:  Declaration of Michael Beyer

**Exhibit 46**:    Response to Submission of Magnesium Elektron Inc., 07-02758

                **Exhibit 46(a)**: Affidavit of Maryann Hampton

**Exhibit 47**:  Response to Submission of Florida Production Engineering, Adv. Pro. No.07-02301

    **Exhibit 47(a)**:  Declaration of Jim McKinley
    **Exhibit 47(b)**:  Florida Production Engineering Inc Complaint.

**Exhibit 48**:  Response to Submission of Multitronics Inc., Adv. Proc. No.: 07-02436

    **Exhibit 48(a)**:  Declaration of Ashok K. Mahbubani
    **Exhibit 48(b)**:  Settlement Agreement

**Exhibit 49**:  Response to Submission of Owens Corning, Adv. Proc. No.: 07-2540

    **Exhibit 49(a)**: Declaration of Karen Sprenger

**Exhibit 50**:  Response to Submission of Park Ohio Industries Inc. , Adv. Pro. No. 07-02563

    **Exhibit 50(a)**: Declaration of Linda Kold

**Exhibit 51**:  Response to Submission of Rieck Group LLC, Adv. Pro. No. 07-02750

    **Exhibit 51(a)**: Declaration of Michael Stemen

**Exhibit 52**:  Response to Submission of Spartech Polycom, Adv. Pro. No. 07-02639

    **Exhibit 52(a)**: Declaration of Chad R. Tomsheck

**Exhibit 53**:  Response to Submission of Sprimag Inc., Adv. Pro. No. 07-02644

    **Exhibit 53(a)**: Answer of Sprimag Inc. To Complaint To Avoid And Recover Transfer Pursuant To 11 U.S.C. §¶ 547 And 550

    **Exhibit 53(b)**: Declaration of Joseph Vanden-Eynden

**Exhibit 54**:  Response to Submission of Tata America International. Adv. Pro. No. 07-02668

    **Exhibit 54(a)**: Declaration of Gregory Bennett

**Exhibit 55**:  Response to Submission of Summit Polymers, Adv. Pro. No. 07-02661

    **Exhibit 55(a)**: Declaration of Peter M. Garvey

**Exhibit 56**:  Response to Submission of Unifrax Corp, Adv. Pro. No. 07-02270

    **Exhibit 56(a)**: Declaration of David J. Bartley
    **Exhibit 55(b)**: Declaration of Mark D. Roos

**Exhibit 57**:   Response to Submission of Wells Fargo Business Credit, Adv. Pro. No. 07-02597

    **Exhibit 57(a)**:  Affidavit of Melody Stalling s
    **Exhibit 57(b)**:  Affidavit of Michael T. Rozea, Esq.

**Exhibit 58**:   Response to Submission of Williams Advanced Materials Inc., Adv. Pro. No. 07-02606

    **Exhibit 58(a)**:  Declaration of Richard L. Mugel

**Exhibit 59**:   Response to Submission of D&S Machine Products, Adv. Pro. No. 07-02217

    **Exhibit 59(a)**:  Declaration of Dan Fugate

**Exhibit 60**:   Response to Submission of Access One Technology, Adv. Pro. No. 07-02142-

    **Exhibit 60(a)**:  Declaration of Kevin N. Fanroy

**Exhibit 61**:   Response to Submission of Stephenson & Sons Roofing, Adv. Pro. No. 07-02654-

    **Exhibit 61(a)**:  Declaration of Craig Stephenson