# EXHIBIT 5

**Hearing Date: October 22, 2009**
**Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                   :

        In re                     :     Chapter 11
                                     :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                     :
                                   :     (Jointly Administered)
        Debtors.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## PROPOSED FORTY-EIGHTH OMNIBUS HEARING AGENDA

<u>Location Of Hearing</u>:     United States Bankruptcy Court for the Southern District of New
York, Alexander Hamilton Custom House, Room 610, 6th Floor, One
Bowling Green, New York, New York 10004-1408

0544481091021000000000001

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

A.    Introduction

B.    Continued Or Adjourned Matters (None)

C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (1 Matter)

D.    Contested Matters (1 Matter)

**B.    Continued Or Adjourned Matters∗**

See footnote.

**C.    Uncontested, Agreed, Withdrawn, Or Settled Matters**

1.    **Debtor's Motion To Extend Deadline** – Supplemental Motion Pursuant To Fed. R. Bankr. P. 7004(b) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order (Docket No. 18952)

*Responses filed:*       *None.*

*Reply filed:*            *None.*

*Related filings:*        *None.*

*Status:*                 *The hearing with respect to this matter will be proceeding.*

**D.    Contested Matters**

2.    **Robert Backie Motion** - Creditor's Motion For Court Enforcement (Docket No. 18809)

---

∗    Motions found at the following docket numbers that appeared on previous Proposed Hearing Agendas have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Mercedes-Benz U.S. International, Inc.'s Motion to File Claims [Docket No. 4778], Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912], Computer Patent Annuities Limited's Motion To Assume Or Reject Executory Contract [Docket No. 5153], Motion Of Sumida America Inc. To Allow Setoff/Recoupment And For Relief From Automatic Stay [Docket No. 6723], ATEL Leasing Corporation's Motion To Allow Administrative Claim [Docket No. 6990], Debtors' Omnibus Objection To Claims For Postpetition Interest [Docket No. 12833], and Furukawa Administrative Expenses Motion [Docket No. 18706]. In addition, the following adversary proceedings have also been withdrawn from the agenda and would be subject to re-noticing to be reinstated on a hearing agenda: National Union Fire Insurance Company Of Pittsburgh, PA Adv. Pro. No. 07-01435, which has been settled as part of the MDL settlement and will be resolved upon the Court's approval of the MDL settlement; Debtors' Motion for Determination [Docket No. 30] and Plaintiff's Motion for Leave [Docket No. 36], Computer Sciences Corporation Adv. Pro. No. 09-01271.

| | |
|---|---|
| *Responses filed:* | *Reorganized Debtors' Objection To Creditor's Motion For Court Enforcement [Docket No. 18809] (Docket No. 18981)* |
| *Reply filed:* | *None.* |
| *Related filings:* | *None.* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

3

Dated:    New York, New York
          October 21, 2009

                              SKADDEN, ARPS, SLATE, MEAGHER
                                 & FLOM LLP

                              By:   /s/ John Wm. Butler, Jr.
                                    John Wm. Butler, Jr.
                                    John K. Lyons
                                    Ron E. Meisler
                              155 North Wacker Drive
                              Chicago, Illinois 60606

                                   - and -

                              By:   /s/  Kayalyn A. Marafioti
                                    Kayalyn A. Marafioti
                              Four Times Square
                              New York, New York 10036

                              Attorneys for DPH Holdings Corp., et al.,
                                 Reorganized Debtors