# EXHIBIT 8

# CERTIFIED TRANSCRIPT

— 1 —

```
1
2    UNITED STATES BANKRUPTCY COURT
3    SOUTHERN DISTRICT OF NEW YORK
4    Case No. 05-44481 (RDD); Adv. Proc. No. 07-02619 (RDD);
5    Adv. Proc. No. 07-02242 (RDD); Adv. Proc. No. 07-02256 (RDD);
6    Adv. Proc. No. 07-02333 (RDD); Adv. Proc. No. 07-02580 (RDD);
7    Adv. Proc. No. 07-02661 (RDD); Adv. Proc. No. 07-02743 (RDD);
8    Adv. Proc. No. 07-02768 (RDD); Adv. Proc. No. 07-02769 (RDD);
9    Adv. Proc. No. 07-02790 (RDD); Adv. Proc. No. 07-02076 (RDD);
10   Adv. Proc. No. 07-02084 (RDD); Adv. Proc. No. 07-02096 (RDD);
11   Adv. Proc. No. 07-02125 (RDD); Adv. Proc. No. 07-02177 (RDD);
12   Adv. Proc. No. 07-02188 (RDD); Adv. Proc. No. 07-02211 (RDD);
13   Adv. Proc. No. 07-02212 (RDD); Adv. Proc. No. 07-02236 (RDD);
14   Adv. Proc. No. 07-02250 (RDD); Adv. Proc. No. 07-02262 (RDD);
15   Adv. Proc. No. 07-02270 (RDD); Adv. Proc. No. 07-02291 (RDD);
16   Adv. Proc. No. 07-02328 (RDD); Adv. Proc. No. 07-02337 (RDD);
17   Adv. Proc. No. 07-02348 (RDD); Adv. Proc. No. 07-02432 (RDD);
18   Adv. Proc. No. 07-02436 (RDD); Adv. Proc. No. 07-02449 (RDD);
19   Adv. Proc. No. 07-02479 (RDD); Adv. Proc. No. 07-02525 (RDD);
20   Adv. Proc. No. 07-02534 (RDD); Adv. Proc. No. 07-02539 (RDD);
21   Adv. Proc. No. 07-02551 (RDD); Adv. Proc. No. 07-02581 (RDD);
22   Adv. Proc. No. 07-02597 (RDD); Adv. Proc. No. 07-02618 (RDD);
23   Adv. Proc. No. 07-02623 (RDD); Adv. Proc. No. 07-02659 (RDD);
24   Adv. Proc. No. 07-02672 (RDD); Adv. Proc. No. 07-02702 (RDD);
25   Adv. Proc. No. 07-02723 (RDD); Adv. Proc. No. 07-02743 (RDD);
```

- 2 -

1   Adv. Proc. No. 07-02744 (RDD); Adv. Proc. No. 07-02750 (RDD);

2   Adv. Proc. No. 07-02188 (RDD)

3   - - - - - - - - - - - - - - - - - - - -x

4   In the Matter of:

5   DPH HOLDINGS CORP., et al.,

6                       Reorganized Debtors.

7   - - - - - - - - - - - - - - - - - - - -x

8   DELPHI CORPORATION, et al.,

9                       Plaintiffs,

10       -against-

11   SETECH INC., et al.,

12                       Defendants.

13   - - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                       Plaintiffs,

16       -against-

17   DUPONT COMPANY, et al.,

18                       Defendants.

19   - - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                       Plaintiffs,

22       -against-

23   ECO-BAT AMERICA LLC,

24                       Defendant.

25   - - - - - - - - - - - - - - - - - - - -x

- 3 -

1    - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                        Plaintiffs,

4        -against-

5    GLOBE MOTORS INC.,

6                        Defendant.

7    - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                        Plaintiffs,

10        -against-

11   PHILIPS SEMICONDUCTOR, et al.,

12                       Defendants.

13   - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                       Plaintiffs,

16        -against-

17   SUMMIT POLYMERS INC.,

18                       Defendant.

19   - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                       Plaintiffs,

22        -against-

23   M & Q PLASTIC PRODUCTS, et al.,

24                       Defendants.

25   - - - - - - - - - - - - - - - -x

- 4 -

1    - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                        Plaintiffs,

4        -against-

5    RSR CORPORATION, et al.,

6                        Defendants.

7    - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                        Plaintiffs,

10       -against-

11   RSR/ECOBAT,

12                       Defendant.

13   - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                       Plaintiffs,

16       -against-

17   TYCO et al.,

18                       Defendants.

19   - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                       Plaintiffs,

22       -against-

23   AHAUS TOOL & ENGINEERING INC.,

24                       Defendant.

25   - - - - - - - - - - - - - - - - - -x

- 5 -

```
 1    - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                        Plaintiffs,

 4        -against-

 5    A 1 SPECIALIZED SVC & SUPP., INC.,

 6                        Defendant.

 7    - - - - - - - - - - , - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                        Plaintiffs,

10        -against-

11    A-1 SPECIALIZED SERVICES,

12                        Defendant.

13    - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16        -against-

17    ATS AUTOMATION TOOLING SYSTEMS INC., et al.,

18                        Defendants.

19    - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22        -against-

23    CORNING INC., et al.,

24                        Defendants.

25    - - - - - - - - - - - - - - - -x
```

- 6 -

```
 1    - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                         Plaintiffs,

 4        -against-

 5    CRITECH RESEARCH INC.,

 6                         Defendant.

 7    - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                         Plaintiffs,

10        -against-

11    DOSHI PRETTL INTERNATIONAL, et al.,

12                         Defendants.

13    - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16        -against-

17    D & R TECHNOLOGY LLC, et al.,

18                         Defendants.

19    - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22        -against-

23    DSSI, et al.,

24                         Defendants.

25    - - - - - - - - - - - - - - - - - -x
```

– 7 –

1    - - - - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                        Plaintiffs,

4        -against-

5    DANOBAT MACHINE TOOL CO. INC.,

6                        Defendant.

7    - - - - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                        Plaintiffs,

10       -against-

11   EDS, et al.,

12                       Defendants.

13   - - - - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                       Plaintiffs,

16       -against-

17   BP, et al.,

18                       Defendants.

19   - - - - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                       Plaintiffs,

22       -against-

23   CARLISLE, et al.,

24                       Defendants.

25   - - - - - - - - - - - - - - - - - - -x

- 8 -

1      - - - - - - - - - - - - - - - - - -x

2      DELPHI CORPORATION, et al.,

3                          Plaintiffs,

4          -against-

5      GKNS INTERMETALS,

6                          Defendant.

7      - - - - - - - - - - - - - - - - - -x

8      DELPHI CORPORATION, et al.,

9                          Plaintiffs,

10         -against-

11     EX-CELL-O MACHINE TOOLS INC.,

12                         Defendant.

13     - - - - - - - - - - - - - - - - - -x

14     DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16         -against-

17     JOHNSON CONTROLS, et al.,

18                         Defendants.

19     - - - - - - - - - - - - - - - - - -x

20     DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22         -against-

23     NILES USA INC., et al.,

24                         Defendants.

25     - - - - - - - - - - - - - - - - - -x

-- 9 --

```
 1    - - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                       Plaintiffs,

 4        -against-

 5    METHODE ELECTRONICS INC., et al.,

 6                       Defendants.

 7    - - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                       Plaintiffs,

10        -against-

11    MICROCHIP,

12                       Defendant.

13    - - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                       Plaintiffs,

16        -against-

17    HEWLETT PACKARD, et al.,

18                       Defendants.

19    - - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                       Plaintiffs,

22        -against-

23    OLIN CORP,

24                       Defendant.

25    - - - - - - - - - - - - - - - - - -x
```

- 10 -

1   - - - - - - - - - - - - - - - - - -x

2   DELPHI CORPORATION, et al.,

3                    Plaintiffs,

4       -against-

5   INTEC GROUP,

6                    Defendant.

7   - - - - - - - - - - - - - - - - - -x

8   DELPHI CORPORATION, et al.,

9                    Plaintiffs,

10      -against-

11  VALEO, et al.,

12                   Defendants.

13  - - - - - - - - - - - - - - - - - -x

14  DELPHI CORPORATION, et al.,

15                   Plaintiffs,

16      -against-

17  VANGUARD DISTRIBUTORS,

18                   Defendant.

19  - - - - - - - - - - - - - - - - - -x

20  DELPHI CORPORATION, et al.,

21                   Plaintiffs,

22      -against-

23  VICTORY PACKAGING, et al.,

24                   Defendants.

25  - - - - - - - - - - - - - - - - - -x

```
 1    - - - - - - - - - - - - - - - - -x

 2    DELPHI CORPORATION, et al.,

 3                         Plaintiffs,

 4         -against-

 5    WAGNER-SMITH COMPANY,

 6                         Defendant.

 7    - - - - - - - - - - - - - - - - -x

 8    DELPHI CORPORATION, et al.,

 9                         Plaintiffs,

10         -against-

11    WELLS FARGO BUSINESS, et al.,

12                         Defendants.

13    - - - - - - - - - - - - - - - - -x

14    DELPHI CORPORATION, et al.,

15                         Plaintiffs,

16         -against-

17    SELECT TOOL & DIE CORP.,

18                         Defendant.

19    - - - - - - - - - - - - - - - - -x

20    DELPHI CORPORATION, et al.,

21                         Plaintiffs,

22         -against-

23    SHUERT INDUSTRIES INC.,

24                         Defendant.

25    - - - - - - - - - - - - - - - - -x
```

- 12 -

```
1    - - - - - - - - - - - - - - - -x

2    DELPHI CORPORATION, et al.,

3                           Plaintiffs,

4         -against-

5    SUMITOMO, et al.,

6                           Defendants.

7    - - - - - - - - - - - - - - - -x

8    DELPHI CORPORATION, et al.,

9                           Plaintiffs,

10        -against-

11   TECH CENTRAL,

12                          Defendant.

13   - - - - - - - - - - - - - - - -x

14   DELPHI CORPORATION, et al.,

15                          Plaintiffs,

16        -against-

17   PRUDENTIAL RELOCATION, et al.,

18                          Defendants.

19   - - - - - - - - - - - - - - - -x

20   DELPHI CORPORATION, et al.,

21                          Plaintiffs,

22        -against-

23   LDI INCORPORATED,

24                          Defendant.

25   - - - - - - - - - - - - - - - -x
```

- 13 -

```
1   - - - - - - - - - - - - - - - - - - -x

2   DELPHI CORPORATION, et al.,

3                         Plaintiffs,

4        -against-

5   M & Q PLASTIC PRODUCTS, et al.,

6                         Defendants.

7   - - - - - - - - - - - - - - - - - - -x

8   DELPHI CORPORATION, et al.,

9                         Plaintiffs,

10       -against-

11  REPUBLIC ENGINEERED PRODUCTS, et al.,

12                        Defendants.

13  - - - - - - - - - - - - - - - - - - -x

14  DELPHI CORPORATION, et al.,

15                        Plaintiffs,

16       -against-

17  RIECK GROUP LLC,

18                        Defendant.

19  - - - - - - - - - - - - - - - - - - -x

20  DELPHI CORPORATION, et al.,

21                        Plaintiffs,

22       -against-

23  CRITECH RESEARCH INC.,

24                        Defendant.

25  - - - - - - - - - - - - - - - - - - -x
```

- 14 -

1            U.S. Bankruptcy Court

2            300 Quarropas Street

3            White Plains, New York

4

5            July 22, 2010

6            10:20 AM

7

8

9    B E F O R E:

10   HON. ROBERT D. DRAIN

11   U.S. BANKRUPTCY JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

– 15 –

1

2   RE: ADV. PROC. NO. 07-02619 (RDD):

3   HEARING re Setech, Inc.'s Motion to Vacate and to Dismiss

4   (Docket No. 20094)

5

6   RE: CASE NO. 0544481 (RDD):

7   HEARING re Joinder of E. I. du Pont de Nemours and Company to

8   Motions (I) to Vacate Prior Orders Establishing Procedures for

9   Certain Adversary Proceedings, Including Those Commenced by the

10   Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or

11   549, and Extending the Time to Serve Process for Such Adversary

12   Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R.

13   Bankr. P. 7012(b) Dismissing the Adversary Proceeding with

14   Prejudice, or (III) in the Alternative, Dismissing the

15   Adversary Proceeding on the Ground of Judicial Estoppel (Docket

16   No. 19999)

17

18   RE: ADV. PROC. NO. 07-02242 (RDD):

19   HEARING re Statement Of E. I. Du Pont De Nemours And Company

20   And Its Affiliates In Support Of Certain Reply Briefs Filed

21   With Respect To Motions (I) To Vacate Prior Orders Establishing

22   Procedures For Certain Adversary Proceedings, Including Those

23   Commenced By The Debtors Under 11 U.S.C. Sections 541, 544,

24   545, 547, 548, Or 549, And Extending The Time To Serve Process

25   For Such Adversary Proceedings, (II) Pursuant To Fed. R. Civ.

- 16 -

1    P. 12(b) And Fed. R. Bankr. P. 7012(b), Dismissing The

2    Adversary Proceeding With Prejudice, Or (III) In The

3    Alternative, Dismissing The Adversary Proceeding On The Ground

4    Of Judicial Estoppel (Docket No. 20323)

5

6    RE: ADV. PROC. NO. 07-02256 (RDD):

7    HEARING re Complaint against Defendant 200A.

8

9    RE: ADV. PROC. NO. 07-02333 (RDD):

10    HEARING re Replies in Support of Motions (I) to Vacate Prior

11    Orders Establishing Procedures for Certain Adversary

12    Proceedings, Including Those Commenced by the Debtors Under 11

13    USC Sections 541, 544, 545, 547, 548, or 549, and Extending the

14    Time to Serve Process for Such Adversary Proceedings, (II)

15    Dismissing the Adversary Proceeding with Prejudice, or (III) In

16    The Alternative, Dismissing the Adversary Proceeding on the

17    Grounds of Judicial Estoppel (Docket No. 20341)

18

19    RE: ADV. PROC. NO. 07-02580 (RDD):

20    HEARING re Joinder Of Philips Semiconductor, Philips

21    Semiconductors, And Philips Semiconductors, Inc (N/K/A NXP

22    Semiconductors USA, Inc.) To (I) Reply Memorandum Of Law In

23    Support Of Motions Of Affinia, GKN, MSX And Valeo To: (A)

24    Vacate Certain Prior Orders Of The Court; (B) Dismiss The

25    Complaint With Prejudice; (C) And (D) Dismiss Claims Based On

- 17 -

1   Assumption Of Contracts; Or (E) In The Alternative, To Require

2   Plaintiffs To File A More Definite Statement And (II) Reply Of

3   HP Enterprise Services, LLC And Affiliates In Support Of Their

4   Motion For An Order Dismissing The Complaint With Prejudice,

5   And Vacating Certain Prior Orders Pursuant To Fed. R. Civ. P.

6   60 And Fed. R. Bankr. P. 9024 (Docket No. 20353)

7

8   ADV. PROC. NO. 07-02661 (RDD):

9   HEARING re Joinder Of Summit Polymers, Inc. To Motions (I) To

10  Vacate Prior Orders Establishing Procedures For Certain

11  Adversary Proceedings, Including Those Commenced By The Debtors

12  Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or 549, And

13  Extending The Time To Serve Process For Such Adversary

14  Proceedings; (II) Dismissing The Adversary Proceeding With

15  Prejudice; Or (III) In The Alternative, Dismissing The

16  Adversary Proceeding On The Ground Of Judicial Estoppel (Docket

17  No. 20)

18

19  RE: ADV. PROC. NO. 07-02743 (RDD):

20  HEARING re Joinder Of M&Q Plastic Products L.P. To Motions (I)

21  To Vacate Prior Orders Establishing Procedures For Certain

22  Adversary Proceedings, Including Those Commenced By The Debtors

23  Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or 549, And

24  Extending The Time To Serve Process For Such Adversary

25  Proceedings, (II) Dismissing The Adversary Proceeding With

- 18 -

1    Prejudice, Or (III) In The Alternative, Dismissing The

2    Adversary Proceeding On The Ground Of Judicial Estoppel (Docket

3    No. 19818)

4

5    RE: ADV. PROC. NO. 07-02768 (RDD):

6    HEARING re Complaint against Defendant 566A, Defendant 566B,

7    Defendant 566C

8

9    RE: ADV. PROC. NO. 07-02769 (RDD):

10    HEARING re Complaint against Defendant 567A

11

12    RE: ADV. PROC. NO. 07-02790 (RDD):

13    HEARING re Motion of Tyco Adhesives LP, and Joinder with

14    Motions of Fin Machine Co. Ltd. and Wagner-Smith Company, for

15    an Order: (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr.

16    P. 9024 Vacating Prior Orders Establishing Procedures for

17    Certain Adversary Proceedings, Including Those Commenced by the

18    Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or

19    549, and Extending the Time to Serve Process for Such Adversary

20    Proceedings, and (II) Pursuant to Fed. R. Civ. P. 12 and Fed.

21    R. Bankr. P. 7012, Dismissing the Adversary Proceeding with

22    Prejudice for Failure to State a Cause of Action Because it is

23    Barred by the Two Year Statute of Limitations, and (III)

24    Pursuant to Fed. R. Civ. P. 12 and Fed. R. Bankr. P. 7012

25    Dismissing the Adversary Proceeding with Prejudice for Failure

- 19 -

1   to State a Cause of Action Because it is Insufficiently Pled,

2   and (IV) Dismissing the Adversary Proceeding on the Ground of

3   Judicial Estoppel, and (V) Dismissing the Adversary Proceeding

4   on the Ground of Laches, or (VI) in the Alternative, Pursuant

5   to Fed. R. Civ. P. 12(e) and Fed. R. Bankr. P 7012(e),

6   Directing a More Definite Statement of the Pleadings (Docket

7   No. 20089)

8

9   RE: CASE NO. 05-44481 (RDD):

10  HEARING re Reply And Joinder In Further Support Of Motion Of

11  Johnson Controls, Johnson Controls Battery Group, Johnson

12  Controls GMBH & Co. KG And Johnson Controls, Inc. To: (A)

13  Vacate Certain Prior Orders Of The Court; (B) Dismiss The

14  Complaint With Prejudice; Or (C) In The Alternative, To Dismiss

15  The Claims Against Certain Defendants Named In The Complaint

16  And To Require Plaintiffs To File A More Definite Statement

17  (Docket No. 20298)

18

19  RE: CASE NO. 05-44481 (RDD):

20  HEARING re Response of Reorganized Debtors to Motions to Vacate

21  Certain Orders and Dismiss Adversary Actions filed by Eric

22  Fisher on behalf of DPH Holdings Corp. et al.

23

24  RE: CASE NO. 05-44481 (RDD):

25  HEARING re Joinder Of Vanguard Distributors, Inc. In Further

- 20 -

1   Support Of Motion For Order (I) Vacating Certain Prior Orders;

2   And (II) Dismissing The Adversary Proceeding With Prejudice

3   (Docket No. 20319)

4

5   RE: CASE NO. 05-44481 (RDD):

6   HEARING re Joinder Of Wells Fargo Bank, N.A. (Named Herein As

7   Wells Fargo Business And Wells Fargo Minnesota) To Replies (I)

8   To Vacate Certain Prior Orders Of The Court Pursuant To Fed. R.

9   Civ. P. 60 And Fed. R. Bankr. P. 9024; (II) To Dismiss The

10  Complaint With Prejudice; (III) To Dismiss The Claims Against

11  Certain Defendants Named In The Complaint; Or (IV) In The

12  Alternative, To Require Plaintiffs To File A More Definite

13  Statement (Docket No. 20338)

14

15  RE: CASE NO. 05-44481 (RDD):

16  HEARING re Reply Memorandum Of Law In Support Of Motions Of

17  Affinia, GKN, MSX And Valeo To: (A) Vacate Certain Prior Orders

18  Of The Court; (B) Dismiss The Complaint With Prejudice; (C) And

19  Dismiss The Claims Against Certain Defendants Named In The

20  Complaint; And (D) Dismiss Claims Based On Assumption Of

21  Contracts; Or (E) In The Alternative, To Require Plaintiffs To

22  File A More Definite Statement (Docket No. 20304)

23

24  RE: CASE NO. 05-44481 (RDD):

25  HEARING re Reorganized Debtors' Supplemental Reply To Response

- 21 -

1   Of Claimants To Reorganized Debtors' Objections To Proofs Of

2   Administrative Expense Claim Numbers 18742, 19717, 19719, And

3   20053 (Docket No. 20397)

4

5   RE: CASE NO. 05-44481 (RDD):

6   HEARING re Reorganized Debtors' Supplemental Reply To Response

7   On Behalf Of Claimant To Reorganized Debtors' Objection To

8   Proof Of Administrative Expense Claim Number 19568 Filed On

9   Behalf Of Paullion Roby (Docket No. 20398)

10

11  RE: CASE NO. 05-44481 (RDD):

12  HEARING re Claim Objection Hearing Regarding Claims of New

13  Jersey Self-Insurer's Guaranty Association as Objected to on

14  Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To

15  11 U.S.C. Section 503(b) And Fed. R. Bankr. P. 3007 To (I)

16  Disallow And Expunge Certain Administrative Expense (A) Books

17  And Records Claims, (B) Methode Electronics Claims, (C) State

18  Workers' Compensation Claims, (D) Duplicate State Workers'

19  Compensation Claims, (E) Workers' Compensation Claims, (F)

20  Transferred Workers' Compensation Claims, (G) Tax Claims, (H)

21  Duplicate Insurance Claims, And (I) Severance Claims, (II)

22  Disallow And Expunge (A) A Certain Duplicate Workers'

23  Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C)

24  A Certain Duplicate Severance Claim, (III) Modify Certain

25  Administrative Expense (A) State Workers' Compensation Claims

- 22 -

1   And (B) Workers' Compensation Claims, And (IV) Allow Certain

2   Administrative Expense Severance Claims (Docket No. 19711)

3

4   RE: CASE NO. 05-44481 (RDD):

5   HEARING re Notice Of Motion By Methode Electronics, Inc. For An

6   Order (I) Permitting Methode To Continue Post-Petition

7   Litigation With The Reorganized Debtors In Michigan And (II)

8   Overruling The Reorganized Debtors' Timeliness Objection To

9   Methode's Administrative Expense Claims (Docket No. 19895) and

10  Supplement To Motion Of Methode Electronics, Inc. For An Order

11  (I) Permitting Methode To Continue Post-Petition Litigation

12  With The Reorganized Debtors In Michigan And (II) Overruling

13  The Reorganized Debtors' Timeliness Objection To Methode's

14  Administrative Expense Claims (Docket No. 20274)

15

16  RE: CASE NO. 05-44481 (RDD):

17  HEARING re Joinder In Plaintiffs' Omnibus Response To Motions

18  Seeking, Among Other Forms Of Relief, Orders To Vacate Certain

19  Procedural Orders (Docket No. 20226)

20

21  RE: CASE NO. 05-44481 (RDD):

22  HEARING re Reorganized Debtors' Supplemental Reply With Respect

23  To Proofs Of Administrative Expense Claim Numbers 18602 And

24  19712 (New Jersey Self-Insurers Guaranty Association) (Docket

25  No. 20446)

- 23 -

1

2      RE: CASE NO. 05-44481 (RDD):

3      HEARING re Notice of Hearing on Proposed Fifty-Seventh Omnibus

4      Hearing Agenda

5

6      RE: CASE NO. 05-44481 (RDD):

7      HEARING re Notice of Hearing on Proposed Thirty-Fifth Claims

8      Hearing Agenda

9

10     RE: ADV. PROC. NO. 07-02076 (RDD):

11     HEARING re Joinder Of Ahaus Tool &Engineering Inc. To Motions

12     Seeking An Order (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R.

13     Bankr. P. 9024, Vacating Prior Orders Establishing Procedures

14     For Certain Adversary Proceedings, Including Those Commenced By

15     The Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548,

16     Or 549, And Extending The Time To Serve Process For Such

17     Adversary Proceedings, (II) Pursuant To Fed. R. Civ. P. 12(b)

18     And Fed. R. Bankr. P. 7012(b), Dismissing The Adversary

19     Proceeding With Prejudice, Or (III) In The Alternative,

20     Dismissing The Adversary Proceeding On The Ground Of Judicial

21     Estoppel And Replies To Debtors' Omnibus Response To Said

22     Motions (Docket No. 20336)

23

24     RE: ADV. PROC. NO. 07-02084 (RDD):

25     HEARING re Motion to Dismiss Adversary Proceeding and for

− 24 −

1    Related Relief filed by Deirdre Woulfe Pacheco on behalf of A 1

2    Specialized SVC & Supp., Inc. (Docket No. 21)

3

4    RE: ADV. PROC. NO. 07-02096 (RDD):

5    HEARING re Motion to Dismiss Adversary Proceeding and for

6    Related Relief filed by Deirdre Woulfe Pacheco on behalf of A-1

7    Specialized Services (Docket No. 22)

8

9    RE: ADV. PROC. NO. 07-02125 (RDD):

10   HEARING re ATS Automation Tooling Systems, Inc.'s Motion and

11   Brief of Defendant to: (A) Vacate Certain Orders of this Court;

12   and (B) Dismiss the Complaint (v. ATS Automation Tooling, et

13   al.) with Prejudice; or (C) in the Alternative, to Dismiss the

14   Claims Against Certain Defendants Named in the Complaint

15   (Docket No. 20088)

16

17   RE: ADV. PROC. NO. 07-02177 (RDD):

18   HEARING re Complaint against Defendant 152A, Defendant 152B,

19   Defendant 152C

20

21   RE: ADV. PROC. NO. 07-02188 (RDD):

22   HEARING re Joinder of Critech Research Inc. to Motions (I) to

23   Vacate Prior Orders Establishing Procedures for Certain

24   Adversary Proceedings, Including Those Commenced by the Debtors

25   Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or 549, and

- 25 -

1   Extending the Time to Serve Process for Such Adversary

2   Proceeding with Prejudice, or (III) in the Alternative,

3   Dismissing the Adversary Proceeding on the Ground of Judicial

4   Estoppel (Docket No. 20106)

5

6   RE: ADV. PROC. NO. 07-02211 (RDD):

7   HEARING re Doshi Prettl International's Notice of Motion and

8   Brief of Defendant to: (A) Vacate Certain Orders of This Court;

9   and (B) Dismiss the Complaint with Prejudice; or (C) in the

10  Alternative, to Dismiss the Claims Against Certain Defendants

11  Named in the Complaint (Docket No. 20093)

12

13  RE: ADV. PROC. NO. 07-02212 (RDD):

14  HEARING re Joinder of D&R Technology, LLC to Motion (I) To

15  Vacate Prior Orders Establishing Procedures For Certain

16  Adversary Proceedings, Including Those Commenced By The Debtors

17  Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or 549, And

18  Extending The Time To Serve Process For Such Adversary

19  Proceedings, and (II) In The Alternative, Dismissing The

20  Adversary Proceedings On The Grounds Of Being Barred by the

21  Statute of Limitations and/or Judicial Estoppel

22

23  RE: ADV. PROC. NO. 07-02212 (RDD):

24  HEARING re Joinder of D&R Technology, LLC To Replies to

25  Reorganized Debtors Omnibus Response to Motions Seeking, Among

- 26 -

1    Other Forms of Relief, Orders to Vacate Certain Procedural

2    Orders Previously Entered by This Court and to Dismiss the

3    Avoidance Actions Against the Moving Defendants (Docket No.

4    20344)

5

6    RE: ADV. PROC. NO. 07-02236 (RDD):

7    HEARING re Reply Of DSSI Defendants To The Debtors' Omnibus

8    Response, And Joinder In Further Support Of The Motion Of The

9    DSSI Defendants Seeking An Order (I) Pursuant To Fed. R. Civ.

10   P. 60 And Fed. R. Bankr. P. 9024, Vacating Prior Orders

11   Establishing Procedures For Certain Adversary Proceedings,

12   Including Those Commenced By Delphi Corporation, Et Al. Under

13   11 U.S.C. Sections 541, 544, 545, 547, 548, And/Or 549, And

14   Extending The Time To Serve Process For Such Adversary

15   Proceedings; (II) Dismissing The Adversary Proceeding With

16   Prejudice Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr.

17   P. 7012(b) (Docket No. 20325)

18

19   RE: ADV. PROC. NO. 07-02250 (RDD):

20   HEARING re Motion of Danobat Machine Tool Co., Inc. for An

21   Order (i) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P.

22   9024, relieving it from the effect of prior orders establishing

23   procedures for certain adversary proceedings and extending the

24   time to serve process for such adversary proceedings, and (ii)

25   Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P.

- 27 -

1   7012(b), dismissing the complaint with prejudice, or (iii) in

2   the alternative, dismissing the complaint with prejudice on the

3   grounds of Laches filed by Carmen H. Lonstein on behalf of

4   Danobat Machine Tool Co Inc. (Docket No. 12)

5

6   RE: ADV. PROC. NO. 07-02262 (RDD):

7   HEARING re Complaint against Defendant 201A, Defendant 201B,

8   Defendant 201C, Defendant 201D, Defendant 201E, Defendant 201F,

9   Defendant 201G

10

11  RE: ADV. PROC. NO. 07-02262 (RDD):

12  HEARING re Reply of HP Enterprise Services, LLC and Affiliates

13  in Support of their Motion for an Order Dismissing the

14  Complaint with Prejudice, and Vacating Certain Prior Orders

15  Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024,

16  dated July 2, 2010 (A.P. 02-02262 Docket No. 31)

17

18  RE: ADV. PROC. NO. 07-02270 (RDD):

19  HEARING re Motion to Dismiss Party filed by Christopher B.

20  Block on behalf of BP Microsystems Inc. (Docket No. 30)

21

22  RE: ADV. PROC. NO. 07-02270 (RDD):

23  HEARING re Motion to Dismiss Adversary Proceeding /Joinder to

24  Unifrax Corporation's Motion to Dismiss the Adversary

25  Proceeding with Prejudice and for the Other Relief Sought

- 28 -

1    Therein filed by James S. Carr on behalf of BP, BP Amoco Corp.,

2    BP Microsystems Inc., BP Products North America Inc., Castrol,

3    Castrol Industrial (Docket No. 26)

4

5    RE: ADV. PROC. NO. 07-02270 (RDD):

6    HEARING re Notice of Hearing filed by Christopher B. Block on

7    behalf of BP Microsystems Inc.

8

9    RE: ADV. PROC. NO. 07-02291 (RDD):

10   HEARING re Motion of Carlisle Companies Incorporated for

11   Judgment on the Pleadings and Joinder to Motions (I) to Vacate

12   Prior Orders Establishing Procedures for Certain Adversary

13   Proceedings, Including Those Commenced by the Debtors Under 11

14   U.S.C. Sections 541, 544, 545, 547, 548 or 549, and Extending

15   the Time to Serve Process for Such Adversary Proceedings, (II)

16   Dismissing the Adversary Proceeding with Prejudice, or (III) in

17   the Alternative, Dismissing the Adversary Proceeding on the

18   Ground of Judicial Estoppel (Docket No. 20082)

19

20   RE: ADV. PROC. NO. 07-02328 (RDD):

21   HEARING re Response to Joinder in Plaintiffs' Omnibus Response

22   to Motions Seeking, Among Other Forms of Relief, Orders to

23   Vacate Certain Procedural Orders

24

25

1

2        RE: ADV. PROC. NO. 07-02337 (RDD):

3        HEARING re Joinder And Reply In Support Of Motion By Ex-Cell-O

4        Machine Tools, Inc. Seeking An Order (I) Pursuant To Fed. R.

5        Civ. P. 60 And Fed. R. Bankr. P. 9024 Vacating Prior Orders

6        Establishing Procedures For Certain Adversary Proceedings,

7        Including Those Commenced By The Debtors Under 11 U.S.C.

8        Sections 541, 544, 545, 547, 548, Or 549, And Extending The

9        Time To Serve Process For Such Adversary Proceedings; (II)

10       Pursuant To Fed. R. Civ. P. 12(b) And Fed. R. Bankr. P. 7012

11       Dismissing This Adversary Proceeding With Prejudice; (III) In

12       The Alternative, Dismissing This Adversary Proceeding On The

13       Ground Of Judicial Estoppel; (IV) In The Alternative,

14       Dismissing This Adversary Proceeding On The Ground Of Res

15       Judicata; And (V) In The Alternative, Dismissing This Adversary

16       Proceeding On The Grounds That It Fails To Plead Facts

17       Sufficient To State A Claim For Relief (Docket No. 20361)

18

19       RE: ADV. PROC. NO. 07-02348 (RDD):

20       HEARING re Motion to Dismiss Adversary Proceeding filed by

21       Kathleen Leicht Matsoukas on behalf of Johnson Controls,

22       Johnson Controls Battery Group, Johnson Controls GMBH & Co. KG,

23       Johnson Controls Inc.

24

25

1

2      RE: ADV. PROC. NO. 07-02348 (RDD):

3      HEARING re Response to Joinder in Plaintiffs' Omnibus Response

4      to Motions Seeking, Among Other Forms of Relief, Orders to

5      Vacate Certain Procedural Orders

6

7      RE: ADV. PROC. NO. 07-02348 (RDD):

8      HEARING re Reply to Motion filed by Kathleen Leicht Matsoukas

9      on behalf of Johnson Controls, Johnson Controls Battery Group,

10     Johnson Controls GMBH & Co. KG, Johnson Controls Inc.

11

12     RE: ADV. PROC. NO. 07-02414 (RDD):

13     HEARING re Complaint against Defendant 444A, Defendant 444B

14

15     RE: ADV. PROC. NO. 07-02432 (RDD):

16     HEARING re Joinder Of Methode Electronics, Inc. To Motions (I)

17     To Vacate Prior Orders Establishing Procedures For Certain

18     Adversary Proceedings, Including Those Commenced By The Debtors

19     Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or 549, And

20     Extending The Time To Serve Process For Such Adversary

21     Proceedings, and (II) In The Alternative, Dismissing The

22     Adversary Proceedings On The Grounds Of Being Barred by the

23     Statute of Limitations and/or Judicial Estoppel

24

25

- 31 -

1

2    RE: ADV. PROC. NO. 07-02432 (RDD):

3    HEARING re Replies Of Methode Electronics, Inc. To Reorganized

4    Debtors' Omnibus Response To Motions Seeking, Among Other Forms

5    Of Relief, Orders To Vacate Certain Procedural Orders

6    Previously Entered By This Court And To Dismiss The Avoidance

7    Actions Against The Moving Defendants

8

9    RE: ADV. PROC. NO. 07-02436 (RDD):

10   HEARING re Motion by Microchip Technology Incorporated Seeking

11   an Order (I) Pursuant to Fed.R.Civ.P.60 and Fed.R.Bankr.P.9024,

12   Vacating Prior Order Establishing Procedures for Certain

13   Adversary Proceedings, Including Those Commenced by the Debtors

14   Under 1 U.S.C. Sections 541, 544, 545, 547, 548, or 549, and

15   Extending the Time to Serve Process for Such Adversary

16   Proceedings, (II) Pursuant to Fed.R.Civ.P.12(b) and

17   Fed.R.Bankr.R.7012(b), Dismissing the Adversary Proceeding with

18   Prejudice, or (III) In the Alternative, Dismissing the

19   Adversary Proceeding on the Ground of Judicial Estoppel filed

20   on behalf of Microchip (Docket No. 10)

21

22   RE: ADV. PROC. NO. 07-02449 (RDD):

23   HEARING re Complaint against Defendant 289A, Defendant 289B,

24   Defendant 289C, Defendant 289D, Defendant 289E, Defendant 289F,

25   Defendant 289G

- 32 -

1

2        RE: ADV. PROC. NO. 07-02479 (RDD):

3        HEARING re Complaint against Defendant 460A

4

5        RE: ADV. PROC. NO. 07-02525 (RDD):

6        HEARING re Motion to Dismiss Adversary Proceeding /Motion of

7        Defendant The Intec Group, Inc. to Dismiss and Joinder in

8        Hewlett Packard Company and Affiliates' Motion to Dismiss

9        Plaintiffs' Complaint (A. P. 07-02525 Docket No. 21)

10

11       RE: ADV. PROC. NO. 07-02534 (RDD):

12       HEARING re Joinder In Plaintiffs' Omnibus Response To Motions

13       Seeking, Among Other Forms Of Relief, Orders To Vacate Certain

14       Procedural Orders

15

16       RE: ADV. PROC. NO. 07-02539 (RDD):

17       HEARING re Notice of Motion by Vanguard Distributors, Inc.

18       Seeking an Order (I) Pursuant to Fed. R. Civ. P. 12(b) and Fed.

19       R. Bankr. P. 7012(b), Dismissing The Adversary Proceeding with

20       Prejudice, and (II) Pursuant To Fed. R. Civ. P. 60 and Fed. R.

21       Bankr., P. 9024, Vacating Prior Orders Establishing Procedures

22       for Certain Adversary Proceeding, Including Those Commenced by

23       Delphi Under 11 U.S.C. Sections 541, 544, 545, 547, 548 and/or

24       549, and Extending The Time To Serve Process For Such Adversary

25       Proceedings, Or In the Alternative, (III) Dismissing The

- 33 -

1    Adversary Proceeding On The Ground of Judicial Estoppel; and

2    (2) Affidavit in Support of Motion filed on behalf of Vanguard

3    Distributors (Docket No. 24)

4

5    RE: ADV. PROC. NO. 07-02539 (RDD):

6    HEARING re Joinder Of Vanguard Distributors, Inc. In Further

7    Support Of Motion For Order (I) Vacating Certain Prior Orders;

8    And (II) Dismissing The Adversary Proceeding With Prejudice

9    (Docket No. 20319)

10

11   RE: ADV. PROC. NO. 07-02541 (RDD):

12   HEARING re Joinder In Plaintiffs' Omnibus Response To Motions

13   Seeking, Among Other Forms Of Relief, Orders To Vacate Certain

14   Procedural Orders

15

16   RE: ADV. PROC. NO. 07-02551 (RDD):

17   HEARING re Notice Of Motion Of Victory Packaging And Victory

18   Packaging LP For An Order (I) Dismissing The Complaint With

19   Prejudice, (II) Vacating Certain Prior Orders Pursuant To Fed.

20   R. Civ. P. 60 And Fed. R. Bankr. P. 9024 and (III) In The

21   Alternative, Requiring A More Definite Statement filed on

22   behalf of Victory Packaging, Victory Packaging LP (Docket No.

23   20)

24

25

- 34 -

1

2    RE: ADV. PROC. NO. 07-02581 (RDD):

3    HEARING re Motion to Dismiss Adversary Proceeding and Seeking

4    An Order: (I) Pursuant To Fed. R. Civ. P. 60 And Fed. R. Bankr.

5    P. 9024 Vacating Prior Orders Establishing Procedures For

6    Certain Adversary Proceedings, Including Those Commenced By The

7    Debtors Under 11 U.S.C. Sections 541, 544, 545, 547, 548, Or

8    549, And Extending The Time To Serve Process For Such Adversary

9    Proceedings, And (II) Pursuant To Fed. R. Civ. P. 12(b) And

10   Fed. R. Bankr. P. 7012(b), Dismissing The Adversary Proceeding

11   With Prejudice, Or (III) In the Alternative, Dismissing The

12   Adversary Proceeding

13

14   RE: ADV. PROC. NO. 07-02581 (RDD):

15   HEARING re Response of Reorganized Debtors to Motions to Vacate

16   Certain Orders and Dismiss Adversary Actions filed by Cynthia

17   J. Haffey on behalf of Delphi Corporation, et al.

18

19   RE: ADV. PROC. NO. 07-02597 (RDD):

20   HEARING re Motion to Dismiss Adversary Proceeding Filed by

21   Jeffrey A. Wurst on behalf of Wells Fargo Business, Wells Fargo

22   Minnesota

23

24   RE: ADV. PROC. NO. 07-02618 (RDD):

25   HEARING re Joinder Of Select Industries, Corp. In Further

- 35 -

1   Support Of Motion For Order (I) Vacating Certain Prior Orders;

2   And (II) Dismissing The Adversary Proceeding With Prejudice

3   (Docket No. 20321)

4

5   RE: ADV. PROC. NO. 07-02623 (RDD):

6   HEARING re Joinder of Shuert Industries, Inc. in Motions to:

7   (I) Vacate Certain Prior Orders of the Court Establishing

8   Procedures for Certain Adversary Proceedings, and (II) Dismiss

9   the Complaint with Prejudice (Docket No. 20036)

10

11   RE: ADV. PROC. NO. 07-02623 (RDD):

12   HEARING re Joinder Of Shuert Industries, Inc. In Replies Of

13   Other Preference Defendants In Support Of Joinder Of Shuert

14   Industries, Inc. In Motions To: (I) Vacate Certain Prior Orders

15   Of The Court Establishing Procedures For Certain Adversary

16   Proceedings, And (II) Dismiss The Complaint With Prejudice

17   (Docket No. 20293)

18

19   RE: ADV. PROC. NO. 07-02659 (RDD):

20   HEARING re Joinder of Sumitomo Corporation and Sumitomo Corp.

21   of America to Motions Filed by Various Preference Defendants to

22   (A) Vacate Certain Prior Orders of the Court; (B) Dismiss the

23   Complaint with Prejudice; or (C) in the Alternative, to Dismiss

24   the Claims Against Certain Defendants Named in the Complaint

25   and to Require Plaintiffs to File a More Definite Statement

- 36 -

1    (Docket No. 20086)

2

3    RE: ADV. PROC. NO. 07-02659 (RDD):

4    HEARING re Motion to Dismiss Adversary Proceeding Or, In The

5    Alternative, For Summary Judgment Filed By Lorraine S. McGowen

6    on Behalf of SUMCO USA Sales Corporation f/k/a Sumitomo Sitix

7    Inc.

8

9    RE: ADV. PROC. NO. 07-02659 (RDD):

10    HEARING re Joinder In Plaintiffs' Omnibus Response To Motions

11    Seeking, Among Other Forms Of Relief, Orders To Vacate Certain

12    Procedural Orders

13

14    RE: ADV. PROC. NO. 07-02672 (RDD):

15    HEARING re Joinder Of Tech Central In Motions To: (I) Vacate

16    Certain Prior Orders Of The Court Establishing Procedures For

17    Certain Adversary Proceedings; (II) Dismiss The Complaint With

18    Prejudice; Or (III) In The Alternative, To Require Plaintiffs

19    To File A More Definitive Statement (Docket No. 27)

20

21    RE: ADV. PROC. NO. 07-02702 (RDD):

22    HEARING re Joinder Of Prudential Relocation, Prudential

23    Relocation Inc. And Prudential Relocation Int'l To Reply Papers

24    Filed In Motions (I) To Vacate Prior Orders Establishing

25    Procedures For Certain Adversary Proceedings, Including Those

- 37 -

1    Commenced By The Debtors Under 11 U.S.C. Sections 541, 544,

2    545, 547, 548, Or 549, And Extending The Time To Serve Process

3    For Such Adversary Proceedings, (II) Dismissing The Adversary

4    Proceeding With Prejudice, Or (III) In The Alternative,

5    Dismissing The Adversary Proceeding On The Ground Of Judicial

6    Estoppel (Docket No. 26)

7

8    RE: ADV. PROC. NO. 07-02723 (RDD):

9    HEARING re Motion to Dismiss Adversary Proceeding

10

11   RE: ADV. PROC. NO. 07-02743 (RDD):

12   HEARING re Motion of M&Q Plastic Products L.P. Seeking an Order

13   (I) Dismissing the Complaint with Prejudice; (II) Vacating

14   Certain Prior Orders Pursuant to Fed. R. Civ. P. 60 and Fed. R.

15   Bankr. P. 9024; and (III) in the Alternative, Requiring a More

16   Definite Statement (Docket No. 20098)

17

18   RE: ADV. PROC. NO. 07-02744 (RDD):

19   HEARING re Motion to Dismiss Adversary Proceeding and Vacate

20   Certain Prior Orders filed on behalf of Republic Engineered

21   Products (Docket No. 19)

22

23   RE: ADV. PROC. NO. 07-02750 (RDD):

24   HEARING re Motion to Dismiss Case filed on behalf of Rieck

25   Group LLC (Docket No. 24)

– 38 –

1

2     RE: ADV. PROC. NO. 07-02188 (RDD):

3     HEARING re Joinder of Critech Research Inc. to Motions (I) to

4     Vacate Prior Orders Establishing Procedures for Certain

5     Adversary Proceedings, Including Those Commenced by the Debtors

6     Under 11 U.S.C. Sections 541, 544, 545, 547, 548, or 549, and

7     Extending the Time to Serve Process for Such Adversary

8     Proceeding with Prejudice, or (III) in the Alternative,

9     Dismissing the Adversary Proceeding on the Ground of Judicial

10    Estoppel (Docket No. 20106)

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Transcribed By:  Clara Rubin

25

- 39 -

1

2      A P P E A R A N C E S:

3      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4              Attorneys for the Reorganized Debtors

5              155 North Wacker Drive

6              Chicago, IL 60606

7

8      BY:    CARL T. TULLSON, ESQ.

9              RON E. MEISLER, ESQ.

10             JOHN K. LYONS, ESQ.

11             BRANDON M. DUNCOMB, ESQ.

12             MICHAEL W. PERL, ESQ.

13             LOUIS S. CHIAPPETTA, ESQ.

14             ALBERT L. HOGAN III, ESQ.

15

16

17     BUTZEL LONG

18             Attorneys for the Reorganized Debtors

19             380 Madison Avenue

20             22nd Floor

21             New York, NY 10017

22

23     BY:    ERIC B. FISHER, ESQ.

24

25

- 40 -

```
 1

 2    ARENT FOX LLP

 3           Attorneys for The Timken Company, The Timken Corporation,

 4             and MPB Corporation d/b/a Timken Super Precision

 5           1675 Broadway

 6           New York, NY 11019

 7

 8    BY:   JAMES M. SULLIVAN, ESQ.

 9

10

11    BARNES & THORNBURG LLP

12           Attorneys for the Johnson Control Entities

13           One North Wacker Drive

14           Suite 4400

15           Chicago, IL 60606

16

17    BY:   DEBORAH L. THORNE, ESQ.

18

19    BINGHAM MCCUTCHEN LLP

20           Attorneys for Sumitomo Corporation, Sumitomo Corporation

21            of America

22           One State Street

23          · Hartford, CT 06103

24

25    BY:   KATE K. SIMON, ESQ.
```

1

2      BRADLEY ARANT BOULT CUMMINGS LLP

3             Attorneys for Defendant, Multi-Tronics

4             1600 Division Street

5             Suite 700

6             Nashville, TN 37203

7

8      BY:   ROGER G. JONES, ESQ.

9

10     BRADLEY ARANT BOULT CUMMINGS LLP

11            Attorneys for Defendant, Multi-Tronics

12            One Federal Place

13            1819 Fifth Avenue North

14            Birmingham, AL 35203

15

16     BY:   T. PARKER GRIFFIN, JR., ESQ. (TELEPHONICALLY)

17

18     BRYAN CAVE LLP

19            Attorneys for GBC Metals LLC and Spartech Polycom

20            One Metropolitan Square

21            211 North Broadway

22            Suite 3600

23            St. Louis, MO 63102

24

25     BY:   LLOYD A. PALANS, ESQ.

```
 1
 2      CLEARY GOTTLIEB STEEN & HAMILTON LLP
 3           Attorneys for HP and EDS Defendants
 4           One Liberty Plaza
 5           New York, NY 10006
 6
 7      BY:   LISA M. SCHWEITZER, ESQ.
 8
 9
10      CLARK HILL PLC
11           151 South Old Woodward Avenue
12           Suite 200
13           Birmingham, MI 48009
14
15      BY:   MAHESH K. NAYAK, ESQ.
16
17
18      FROST BROWN TODD LLC
19           One Columbus
20           10 West Broad Street, Suite 2300
21           Columbus, OH 43215
22
23      BY:   MICHAEL K. YARBROUGH, ESQ.
24
25
```

1

2      HODGSON RUSS LLP

3            The Lincoln Building

4            60 East 42nd Street, 37th Floor

5            New York, NY 10165

6

7      BY:   DEBORAH J. PIAZZA, ESQ.

8

9      HONIGMAN MILLER SCHWARTZ AND COHN LLP

10           Attorneys for Defendants, Valeo, Affnia, MSX

11            International, and GKN

12           2290 First National Building

13           660 Woodward Avenue

14           Detroit, MI 48226

15

16     BY:   I. W. WINSTEN, ESQ.

17           SETH A. DRUCKER, ESQ. (TELEPHONICALLY)

18

19     JENNER & BLOCK LLP

20           Attorneys for Defendant, Olin Corp.

21           919 Third Avenue, 37th Floor

22           New York, NY 10022

23

24     BY:   MARC B. HANKIN, ESQ.

25

- 44 -

```
 1

 2    K&L GATES LLP

 3         Attorneys for NXP Semiconductors

 4         599 Lexington Avenue

 5         New York, NY 10022

 6

 7    BY:    ROBERT N. MICHAELSON, ESQ.

 8

 9

10    KATTEN MUCHIN ROSENMAN LLP

11         575 Madison Avenue

12         New York, NY 10022

13

14    BY:    MATTHEW W. OLSEN, ESQ.

15

16

17    KRAMER LEVIN NAFTALIS & FRANKEL LLP

18         Attorneys for Vishay Americas

19         1177 Avenue of the Americas

20         New York, NY 10036

21

22    BY:    JORDAN DANIEL KAYE, ESQ.

23

24

25
```

- 45 -

1

2    LAW OFFICE OF IRA S. SACKS LLP

3         Attorneys for Invotec Engineering

4         575 Madison Avenue

5         10th Floor

6         New York, NY 10022

7

8    BY:   TERENCE D. WATSON, ESQ.

9

10   HARRIS D. LEINWAND

11        Attorney for Ahaus Tool & Engineering Inc.

12        315 Madison Avenue

13        Suite 901

14        New York, NY 10017

15

16   BY:   HARRIS D. LEINWAND, ESQ.

17

18   LEWIS LAW LLP

19        Attorneys for CriTech Research, Inc.

20        120 Bloomingdale Road

21        Suite 100

22        White Plains, NY 10605

23

24   BY:   KENNETH M. LEWIS, ESQ.

25

- 46 -

```
 1

 2     LOCKE LORD BISSELL & LIDDELL LLP

 3          Attorneys for Creditor, Method Electronics, Inc.

 4          3 World Financial Center

 5          New York, NY 10281

 6

 7     BY:   SHALOM JACOB, ESQ.

 8

 9

10     LOCKE LORD BISSELL & LIDDELL LLP

11          Attorneys for Creditor, Method Electronics, Inc.

12          111 South Wacker Drive

13          Chicago, IL 60606

14

15     BY:   COURTNEY E. BARR, ESQ. (TELEPHONICALLY)

16

17

18     MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

19          Attorneys for New Jersey Self-Insurers Guaranty

20           Association

21          Three Gateway Center

22          100 Mulberry Street

23          Newark, NJ 07102

24

25     BY:   JEFFREY BERNSTEIN, ESQ.
```

```
 1

 2    MORGAN, LEWIS & BOCKIUS LLP

 3         Attorneys for Wagner-Smith Company

 4         101 Park Avenue

 5         New York, NY 10178

 6

 7    BY:   ANDREW D. GOTTFRIED, ESQ.

 8

 9

10    MORGAN, LEWIS & BOCKIUS LLP

11         Attorneys for Wagner-Smith Company

12         1701 Market Street

13         Philadelphia, PA 19103

14

15    BY:   RACHEL JAFFE MAUCERI, ESQ.

16

17

18    NANTZ, LITOWICH, SMITH, GIRARD & HAMILTON

19         Attorneys for LDI, Incorporated

20         2025 East Beltline SE

21         Suite 600

22         Grand Rapids, MI 49546

23

24    BY:   HAROLD E. NELSON, ESQ.

25
```

1

2    ORRICK, HERRINGTON & SUTCLIFFE LLP

3         Attorneys for SUMCO USA Sales Corporation

4         51 West 52nd Street

5         New York, NY 10019

6

7    BY:   ALYSSA D. ENGLUND, ESQ.

8

9

10   PHILLIPS LYTLE LLP

11        Attorneys for DuPont

12        437 Madison Avenue

13        34th Floor

14        New York, NY 10022

15

16   BY:   ALLAN H. HILL, ESQ.

17

18

19   POLSINELLI SHUGART PC

20        7 Penn Plaza

21        Suite 600

22        New York, NY 10001

23

24   BY:   JASON A. NAGI, ESQ.

25

- 49 -

1

2      SCHLANGER & SCHLANGER, LLP

3            Attorneys for Plasco, Inc.

4            105 Westchester Avenue

5            Suite 108

6            White Plains, NY 10604

7

8      BY:   MICHAEL SCHLANGER, ESQ.

9

10     SNELL & WILMER LLP

11           Attorneys for Microchip Technology Inc.

12           One Arizona Center

13           400 East Van Buren Street

14           Suite 1900

15           Phoenix, AZ 85004

16

17     BY:   STEVEN D. JEROME, ESQ.

18

19     STEVENS & LEE P.C.

20           Attorneys for Globe Motors, Inc. and Globe Motors

21           485 Madison Avenue

22           20th Floor

23           New York, NY 10022

24

25     BY:   CONSTANTINE D. POURAKIS, ESQ.

                                                                    - 50 -

1

2     STITES & HARBISON PLLC

3           SunTrust Plaza

4           401 Commerce Street

5           Suite 800

6           Nashville, TN 37219

7

8     BY:   ROBERT C. GOODRICH JR.

9

10

11    THOMPSON COBURN LLP

12          Attorneys for KMI Liquidating, LLC

13          One US Bank Plaza

14          St. Louis, MO 63101

15

16    BY:   DAVID D. FARRELL, ESQ.

17

18

19    THOMPSON HINE LLP

20          Special Counsel for the Debtors

21          2000 Courthouse Plaza, N.E.

22          10 W. Second Street

23          Dayton, OH 45402

24

25    BY:   JENNIFER L. MAFFETT, ESQ.

- 51 -

```
 1

 2     THOMPSON & KNIGHT LLP

 3          Attorneys for Creditor, Victory Packaging

 4          900 Third Avenue

 5          20th Floor

 6          New York, NY 10022

 7

 8     BY:   IRA L. HERMAN, ESQ.

 9           JENNIFER A. CHRISTIAN, ESQ. (TELEPHONICALLY)

10           GABRIELLE E. FARINA, ESQ. (TELEPHONICALLY)

11

12     TODTMAN, MACHAMIE, SPIZZ & JOHNS, P.C.

13          Attorneys for Select Industries

14          425 Park Avenue

15          New York, NY 10022

16

17     BY:   JANICE B. GRUBIN, ESQ.

18

19     TOGUT, SEGAL & SEGAL LLP

20          Attorneys for Plaintiffs

21          One Penn Plaza

22          New York, NY 10119

23

24     BY:   NEIL BERGER, ESQ.

25           DANIEL F.X. GEOGHAN, ESQ.
```

1

2   VEDDER PRICE P.C.

3        Attorneys for Intec Group

4        1633 Broadway

5        47th Floor

6        New York, NY 10019

7

8   BY:   MICHAEL L. SCHEIN, ESQ.

9

10

11   VORYS, SATER, SEYMOUR AND PEASE LLP

12        Attorneys for Carlisle Companies

13        52 East Gay Street

14        Columbus, OH 43216

15

16   BY:   TIFFANY STRELOW COBB, ESQ.

17

18

19   WACHTELL, LIPTON, ROSEN & KATZ

20        Attorneys for Methode Electronics

21        51 West 52nd Street

22        New York, NY 10019

23

24   BY:   DOUGLAS K. MAYER, ESQ.

25

1

2      WARNER NORCROSS & JUDD LLP

3            900 Fifth Third Center

4            111 Lyon Street, N.W.

5            Grand Rapids, MI 49503

6

7      BY:    MICHAEL B. O'NEAL, ESQ.

8

9

10     WILENTZ GOLDMAN & SPITZER P.A.

11           Attorneys for A-1 Specialized Services & Supplies, Inc.

12           90 Woodbridge Center Drive

13           Suite 900, Box 10

14           Woodbridge, NJ 07095

15

16     BY:    DAVID H. STEIN, ESQ.

17           LETITIA ACCARRINO, ESQ.

18

19

20     WINDELS MARX LANE & MITTENDORF, LLP

21           Attorneys for Tyco Adhesives LP

22           156 West 56th Street

23           New York, NY 10019

24

25     BY:    HOWARD L. SIMON, ESQ.

- 54 -

1

2      BODMAN LLP

3            Attorneys for Defendants, Freudenberg, et al.

4            1901 St. Antoine Street

5            6th Floor at Ford Field

6            Detroit, MI 48226

7

8      BY:   DAVID J. NOWACZEWSKI, ESQ. (TELEPHONICALLY)

9

10     BOSE, MCKINNEY & EVANS LLP

11            Attorneys for Decatur Plastic Products

12            111 Monument Circle

13            Suite 2700

14            Indianapolis, IN 46204

15

16     BY:   DAVID J. JURKIEWICZ, ESQ. (TELEPHONICALLY)

17

18     CALFEE, HALTER & GRISWOLD LLP

19            Attorneys for Defendants, Williams Advanced Materials,

20            Park Ohio Industries, and Blair Strip Steel

21            1400 KeyBank Center

22            800 Superior Avenue

23            Cleveland, OH 44114

24

25     BY:   NATHAN A. WHEATLEY, ESQ. (TELEPHONICALLY)

~ 55 ~

1

2      COHEN, POLLOCK, MERLIN & SMALL, P.C.

3            Attorneys for Creditor, Sasol Germany GMBH

4            3350 Riverwood Parkway

5            Suite 1600

6            Atlanta, GA 30339

7

8      BY:   KAREN F. WHITE, ESQ. (TELEPHONICALLY)

9

10     DYKEMA GOSSETT, PLLC

11           Attorneys for Defendant, MJ Celco

12           10 South Wacker Drive

13           Suite 2300

14           Chicago, IL 60606

15

16     BY:   ROBERT D. NACHMAN, ESQ. (TELEPHONICALLY)

17

18     FOX ROTHSCHILD LLP

19           Attorneys for Creditor, M&Q Plastic Products

20           Midtown Building, Suite 400

21           1301 Atlantic Avenue

22           Atlantic City, NJ 08401

23

24     BY:   BRIAN ISEN, ESQ. (TELEPHONICALLY)

25           MICHAEL J. VICSOUNT, JR., ESQ. (TELEPHONICALLY)

- 56 -

```
 1

 2    FOX ROTHSCHILD LLP

 3         Attorneys for Defendant, DSSI

 4         75 Eisenhower Parkway

 5         Suite 200

 6         Roseland, NJ 07068

 7

 8    BY:   RICHARD M. METH, ESQ. (TELEPHONICALLY)

 9

10    GOLDBERG KOHN

11         Attorneys for Creditor, Johnson Controls

12         55 East Monroe Street

13         Suite 3300

14         Chicago, IL 60603

15

16    BY:   JEREMY M. DOWNS, ESQ. (TELEPHONICALLY)

17

18    GREENEBAUM DOLL & MCDONALD PLLC

19         Attorneys for Defendant, DSSI

20         3500 National City Tower

21         101 South Fifth Street

22         Louisville, KY 40202

23

24    BY:   CLAUDE R. "CHIP" BOWLES, JR., ESQ. (TELEPHONICALLY)

25
```

- 57 -

```
 1

 2    HASKELL SLAUGHTER

 3         Attorneys for Defendant, Simco Construction Inc.

 4         1400 Park Place Tower

 5         2001 Park Place North

 6         Birmingham, AL 35203

 7

 8    BY:   ROBERT H. ADAMS, ESQ. (TELEPHONICALLY)

 9

10    ICE MILLER LLP

11         Attorneys for Creditor, Fin Machine Company

12         One American Square

13         Suite 2900

14         Indianapolis, IN 46282

15

16    BY:   HENRY A. EFROYMSON, ESQ. (TELEPHONICALLY)

17

18    KEATING, MUETHING & KLEKAMP PLL

19         Attorneys for Defendant, FA Pech

20         One East Fourth Street

21         Suite 1400

22         Cincinnati, OH 45202

23

24    BY:   JASON V. STITT, ESQ. (TELEPHONICALLY)

25
```

```
 1

 2    KELLEY DRYE & WARREN LLP

 3         Attorneys for Creditor, Tata America International

 4         101 Park Avenue

 5         New York, NY 10178

 6

 7    BY:   GILBERT R. SAYDAH, ESQ. (TELEPHONICALLY)

 8

 9

10    KEMP KLEIN

11         Attorneys for Defendant, Shuert Industries, Inc.

12         201 W. Big Beaver Road

13         Suite 600

14         Troy, MI 48084

15

16    BY:   NORMAN D. ORR, ESQ. (TELEPHONICALLY)

17

18

19    KIRKLAND & ELLIS LLP

20         Attorneys for Defendant, Magnesium Aluminum Corp.

21         300 North LaSalle

22         Chicago, IL 60654

23

24    BY:   DAVID SPIEGEL, ESQ. (TELEPHONICALLY)

25
```

- 59 -

1

2    LAMBERT, LESER, ISACKSON, COOK & GIUNTA, P.C.

3         Attorneys for Creditors, ProTech Machine and Stephenson &

4         Sons

5         309 Davidson Building

6         916 Washington Avenue

7         Bay City, MI 48708

8

9    BY:   SUSAN M. COOK, ESQ. (TELEPHONICALLY)

10

11   LOEB & LOEB, LLP

12        Attorneys for Interested Party, Kyocera

13        345 Park Avenue

14        New York, NY 10154

15

16   BY:   DANIEL B. BESIKOF, ESQ. (TELEPHONICALLY)

17

18   MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

19        Attorneys for Creditor, Techcenteral

20        150 West Jefferson

21        Suite 2500

22        Detroit, MI 48226

23

24   BY:   DONALD J. HUTCHINSON, ESQ. (TELEPHONICALLY)

25        TIMOTHY A. FUSCO, ESQ. (TELEPHONICALLY)

1

2    NIXON PEABODY LLP

3          For Defendant, Corning Inc.

4          437 Madison Avenue

5          New York, NY 10022

6

7    BY:   GREGORY J. MASCITTI, ESQ. (TELEPHONICALLY)

8

9    RUSKIN MOSCOU FALTISCHEK, P.C.

10         Attorneys for Creditors, Wells Fargo Business, Wells

11          Fargo Minnesota

12         East Tower, 15th Floor

13         1425 RXR Plaza

14         Uniondale, NY 11556

15

16   BY:   JEFFREY A. WURST, ESQ. (TELEPHONICALLY)

17

18   SCHAFER AND WEINER, PLLC

19         Attorneys for Defendant, Macsteel

20         40950 Woodward Avenue

21         Suite 100

22         Bloomfield Hills, MI 48304

23

24   BY:   RYAN D. HEILMAN, ESQ. (TELEPHONICALLY)

25

- 61 -

1

2     VARNUM LLP

3         Attorneys for Creditor, Summit Olymers

4         Bridgewater Place

5         Grand Rapids, MI 49501

6

7

8     BY:   BRYAN R. WALTERS, ESQ. (TELEPHONICALLY)

9

10    WOLFSON BOLTON

11        Attorneys for Defendant, Excelo Machine Tools & Access

12         One Technology Group, LLC

13        3150 Livernois

14        Suite 275

15        Troy, MI 48083

16

17    BY:   ANTHONY J. KOCHIS, ESQ. (TELEPHONICALLY)

18

19    AYALA HASSEL (TELEPHONICALLY)

20

21    GARY MILLER, IN PROPRIA PERSONA (TELEPHONICALLY)

22

23    RAMONA S. NEAL (TELEPHONICALLY)

24

25

1   statute of limitations runs, why would I ever think?  So --

2           THE COURT:  What about the disclosure statement which

3   did to go every creditor?

4           MR. WINSTEN:  Well, but the disclosure statement

5   doesn't say you've been sued.  It doesn't say who's been sued.

6           THE COURT:  It merely says we've reserved this right.

7           MR. WINSTEN:  It says unknown people have been sued.

8   They're telling they want everybody in the dark, and that puts

9   me at inquiry where I'm at risk?  That doesn't seem right, Your

10  Honor.  That just doesn't seem fair.  This is -- I think this

11  is still America.  It doesn't work that way.  It's not my fault

12  they wanted to keep me in the dark.  It's not my problem they

13  wanted to keep me in the dark.  It's their problem.

14          THE COURT:  Well, I guess the issue is, are you really

15  in the dark?  I mean, it may depend on the size of the transfer

16  that went to you within ninety days of the petition date.

17          MR. WINSTEN:  Your Honor --

18          THE COURT:  I mean, usually, when a really big

19  customer files -- or not usually -- but it often happens that

20  if a really big customer files, a vendor will check to see what

21  transfers they got in the first ninety days--

22          MR. WINSTEN:  Let's assume --

23          THE COURT:  -- before the petition.

24          MR. WINSTEN:  -- that's true.  Let's take that

25  hypothetical.  Let's assume I'm a really big creditor.  I got

05-44481-rdd   Doc 21510-8   Filed 08/02/11   Entered 08/02/11 23:30:44   Exhibit 8
DPI HOLDINGS CORP., et al.

Pg 64 of 67

- 151 -

1   ten million --

2          THE COURT:  Well, not necessarily a big creditor.  You

3   know, you just have a relationship and you may have -- you want

4   to see whether we got a big payment within ninety days.

5          MR. WINSTEN:  Let's assume I got one.  Let's assume I

6   got ten million dollars, out of the ordinary course.  All

7   right?  Arguably out of the ordinary course -- within the

8   ninety days.  Delphi just filed.  Oh, my God.  I reserve for

9   that ten million.  The two years goes by and they never sue.  I

10  now, on reserve, I go live my life.  Two and a half years

11  later, I get a complaint.

12         THE COURT:  Well, but there's a missing step.  Should

13  that person be said to have been on notice if they got the

14  disclosure statement that said Delphi has reserved?

15         MR. WINSTEN:  How can you be, Your Honor?  How is it

16  fair -- how is it right to say I should have been on notice

17  because they said they've sued unspecified people -- they won't

18  tell me who they are -- who are a small subset, when their

19  admitted purpose was to keep me in the dark?  Why am I now on a

20  heightened level of inquiry, when they're telling you their

21  goal is to keep me in the dark?

22         THE COURT:  Well, at the same time, though, you

23  weren't necessarily in the dark.

24         MR. WINSTEN:  I guess what I -- Your Honor, I don't

25  get that argument.  I really don't.  I hear you saying it.  But

1   if you look at it and you say wait a minute, you've got a

2   plaintiff who's intentionally trying to keep them in the dark,

3   and now we're going to bend over backwards to try to figure out

4   if maybe they might have had an inkling because there were 800

5   cases filed under seal out of 11,000, and maybe that was one of

6   them, and therefore they're charged with knowledge that it's a

7   possibility, and therefore and therefore, that seems --

8           THE COURT:  Again, it seems to me, the issue should

9   be, there were none that were served as opposed to that were

10  under seal.  Because again, I -- it's as easy -- it's probably

11  easier to inquire about whether I'm one of the 800 than to go

12  searching the docket.

13          MR. WINSTEN:  Well, okay.  Well, they don't claim

14  by -- I mean, they don't say how many people inquired.  And

15  given the --

16          THE COURT:  Well, let me ask you -- let's just say

17  someone did inquire and they were told they're on the docket.

18  I know you're saying your clients didn't do this.  But say

19  someone did.  They say there were people who did that.  Why

20  should they have their motion to dismiss granted?

21          MR. WINSTEN:  That's a very good point.  Let me answer

22  it this way.  First, all five of my sets of clients have

23  affidavits in --

24          THE COURT:  No, I know.  Yours are not in this --

25          MR. WINSTEN:  -- they didn't know.

05-44481-rdd   Doc 21510-8   Filed 08/02/11   Entered 08/02/11 23:30:44   Exhibit 8
DPH HOLDINGS CORP., et al.
Pg 66 of 67

- 153 -

1          THE COURT:  -- yours are not in this group.

2          MR. WINSTEN:  We filed a motion.  The way the

3     adversary system works is they're supposed to respond.  There's

4     not one word from them --

5          THE COURT:  No, no.  No, that's not -- again, you're

6     talking for like a whole group here, so --

7          MR. WINSTEN:  Okay.

8          THE COURT:  -- I'm talking now about those who did

9     inquire.

10         MR. WINSTEN:  From 177 -- or rather for the 83 moving

11    parties, it was incumbent upon Delphi, if they claim that any

12    of those 83 moving parties had inquired, to tell this Court

13    that they were on notice.  This was their opportunity.  They

14    haven't said that.  Therefore, for purposes of this hearing,

15    none of the 83 inquired.

16         THE COURT:  Okay.

17         MR. WINSTEN:  Well, I think once Mr. Fisher responds

18    on the 4(m) statute of limitations argument, we're going to

19    need to figure out some organization on the remaining issues,

20    the Iqbal, the abandonment, the res judicata and the no notice

21    whatsoever on due process.

22         THE COURT:  Okay.  Why don't we deal with the last

23    point.  There's nothing in the response that says that any

24    particular movant actually had actual notice, right?

25         MR. FISHER:  But I think, Your Honor, the question of

1  actual notice -- the question of actual notice is a fact

2  question.  The question of what went out by e-mail, that can be

3  resolved by reference to affidavits of service.  But the

4  question of whether any defendant that was in receipt of a

5  preference payment knew that this procedure was going on and

6  knew that it might be among the named defendants is a fact

7  question.

8       THE COURT:  Well, what about those people who

9  submitted affidavits that say that they didn't know?  Those are

10  uncontroverted, right?

11       MR. FISHER:  Without the benefit of taking their

12  deposition, which was not something that we were going to

13  engage in, in advance of a hearing on a motion to dismiss,

14  there's no way to know whether they had actual notice or not,

15  whether they knew or should have known about these motions.  I

16  don't think that that's something that can properly be

17  addressed on a motion to dismiss, Your Honor.

18       THE COURT:  Okay.

19       MR. FISHER:  Your Honor asked about Zapata.  And I

20  just wanted to turn to Zapata for a moment, because as Your

21  Honor pointed out, in footnote 7, Judge Jacobs leave open, of

22  course, the question of what would happen where a lower court

23  approves a 4(m) extension, even without good cause.  But of

24  course, here we have an express finding of good cause.  Your

25  Honor found that on the record after hearing the motion for