# EXHIBIT 10

**From:** nysbinfo@nysb.uscourts.gov
**Date:** October 2, 2009 5:41:37 PM EDT
**To:** courtmail@nysb.uscourts.gov
**Subject: 05-44481-rdd Motion to Extend Time**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from John Wm. Butler entered on 10/2/2009 at 5:41 PM and filed on 10/2/2009

| | |
|---|---|
| **Case Name:** | Delphi Corporation |
| **Case Number:** | 05-44481-rdd |
| **Document Number:** | 18952 |

**Docket Text:**
Supplemental Motion to Extend Time *Supplemental Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order* filed by John Wm. Butler Jr. on behalf of Delphi Corporation. with hearing to be held on 10/22/2009 at 10:00 AM at Courtroom 610 (RDD) Responses due by 10/15/2009, (Attachments: # (1) Proposed Order) (Butler, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\temp\convert\4(m) Motion.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/2/2009] [FileNumber=8103654-0] [35bc9187f12f4c48ee34110926590d10b13f0792e77ba6e7935b7d22e9e1b0112e6eb c8e3f78bb2f6b41453f8fa3e762a0e4e8db4146c303265892e3322d2b51]]
**Document description:** Proposed Order
**Original filename:** G:\temp\convert\4(m) Proposed Order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/2/2009] [FileNumber=8103654-1] [5390aeea55a856fa37d0f8773a0ff9aeddb381410a2643428dafe0c84f464f5862864 2dc7135ef5ec977840aa317147c866cbd2666a601e6b23c2d39d7b0fc3d]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson on behalf of Attorney Drinker Biddle & Reath LLP
david.aaronson@dbr.com

Anne Marie Aaronson on behalf of Attorney Pepper Hamilton LLP
aaronsoa@pepperlaw.com

Elizabeth Abdelmasieh on behalf of Creditor Riverside Claims LLC
elizabeth@regencap.com

Marc Abrams on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, mabrams@willkie.com

Franklin C. Adams on behalf of Unknown Solid State Stamping
franklin.adams@bbklaw.com

Jennifer L. Adamy on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

David J. Adler on behalf of Creditor Energy Conversion System
dadler@mccarter.com

Michael J. Alerding on behalf of Creditor M.G. Corporation
malerding@binghammchale.com

Joseph W. Allen on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel,LLP
jallen@jaeckle.com

Christopher A. Andreoff on behalf of Creditor Laura Marion
candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker on behalf of Unknown Wilmer Cutler Pickering Hale and Dorr LLP
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor 1st Choice Heating & Cooling, Inc.
japplebaum@clarkhill.com

Bruce D. Atherton on behalf of Unknown Direct Sourcing Solutions, Inc.
batherton@bathertonlaw.com

Allison R. Bach on behalf of Financial Advisor W.Y. Campbell & Company
abach@dickinsonwright.com

Stephen M. Bales on behalf of Interested Party Tremco Incorporated
sbales@zieglermetzger.com

C. David Bargamian on behalf of Creditor RBS Asset Finance, Inc.
dbargamian@bsdd.com

Courtney Engelbrecht Barr on behalf of Creditor D & R Technology LLC
cbarr@lockelord.com, docket@lockelord.com

William J. Barrett on behalf of Creditor EIS, Inc.
william.barrett@bfkn.com

David S. Barritt on behalf of Interested Party Littelfuse, Inc.
barritt@chapman.com

Douglas P. Bartner on behalf of Debtor Delphi Corporation
dbartner@shearman.com,
mtorkin@shearman.com;ned.schodek@shearman.com;yuichi.haraguchi@shearman.com;atenzer@shearman.co
m;danielle.kalish@shearman.com

Donald F. Baty on behalf of Creditor Fujitsu Ten Corp. of America
dbaty@honigman.com

Douglas P. Baumstein on behalf of Defendant A-D Acquisition Holdings, LLC
dbaumstein@whitecase.com, lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com

Peter Nils Baylor on behalf of Creditor Hollingsworth & Vose Co.
pnb@nutter.com

Ronald Scott Beacher on behalf of Unknown IBJTC Business Credit Corporation
rbeacher@daypitney.com

W. Robinson Beard on behalf of Creditor Akebono Corporation (North America)
jkirk@stites.com

Thomas M. Beeman on behalf of Creditor Madison County (Indiana) Treasurer
tom@beemanlawoffice.com

Christopher Robert Belmonte on behalf of Unknown Moody's Investors Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett on behalf of Creditor Tower Automotive, Inc.
rbennett@kirkland.com,
pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kir
kland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com;brad.weiland@kirkland.com

Neil Matthew Berger on behalf of Plaintiff Delphi Corporation
neilberger@teamtogut.com,
abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@te
amtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;dsmith@teamtogut.com;kackerman@teamtogu
t.com;mhammersky@teamtogut.com

Leslie Ann Berkoff on behalf of Creditor Demag Plastics Group, Corporation dba Van Dorn Demag
Corporation
lberkoff@moritthock.com

Richard J. Bernard on behalf of Creditor Stoneridge, Inc.

rbernard@bakerlaw.com

Jeffrey Bernstein on behalf of Creditor New Jersey Self-Insurers Guaranty Association
jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com

Brendan G. Best on behalf of Creditor Federal Screw Works
ssalinas@dykema.com

Brendan G. Best on behalf of Creditor Tremont City Barrel Fill PRP Group
ssalinas@dykema.com

Beth Ann Bivona on behalf of Creditor Lockport City Treasurer
bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Anthony D. Boccanfuso on behalf of Interested Party CSX Transportation, Inc.
Anthony_Boccanfuso@aporter.com

Florence Bonaccorso-Saenz on behalf of Unknown Louisiana Department of Revenue
florence.saenz@la.gov

Charles E. Boulbol on behalf of Creditor Russell Reynolds Associates, Inc.
rtrack@msn.com

Jordan Brackett on behalf of Plaintiff Delphi Corporation
jbrackett@fklaw.com, vgarvey@fklaw.com

Eliza K. Bradley on behalf of Creditor WorldWide Battery Co., LLC
ebradley@robergelaw.com

William M. Braman on behalf of Creditor M.G. Corporation
wbraman@meplegal.com

Wendy D. Brewer on behalf of Creditor Gibbs Die Casting Corporation
wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com

Allan S. Brilliant on behalf of Unknown Asset Management Inc
abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink on behalf of Creditor Sedgwick Claims Management Services, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Creditor Citigroup, Inc.
maofiling@cgsh.com

Mark A. Broude on behalf of Creditor Committee The Official Committee Of Unsecured Creditors
mark.broude@lw.com, peter.gilhuly@lw.com;kathryn.bowman@lw.com

Lee B. Brumitt on behalf of Creditor Gully Transportation
lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Adam D. Bruski on behalf of Creditor Linamar Corporation

adbruski@lambertleser.com

Daniel E. Bruso on behalf of Spec. Counsel Cantor Colburn LLP
dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Jacob Buchdahl on behalf of Plaintiff Delphi Corporation
jbuchdahl@susmangodfrey.com

Deborah M. Buell on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com

Kevin J. Burke on behalf of Creditor Engelhard Corporation
kburke@cahill.com

Brent Adam Burns on behalf of Interested Party Paul Higgins
bburns@babfirm.com

Michael G. Busenkell on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
mbusenkell@wcsr.com

John Wm. Butler on behalf of Counter-Claimant Delphi Corporation
jbutler@skadden.com

Aaron R. Cahn on behalf of Unknown STMicroelectronics, Inc.
cahn@clm.com

Robert A. Calinoff on behalf of Creditor Hydro Aluminum Adrian, Inc.
rcalinoff@candklaw.com

Judy B. Calton on behalf of Creditor DBM Technologies, Inc.
jcalton@honigman.com

Paul W. Carey on behalf of Creditor Allegro MicroSystems, Inc.
bankrupt@modl.com, pwcarey@modl.com

Scott Cargill on behalf of Interested Party Cerberus Capital Management, L.P.
scargill@lowenstein.com

James C. Carignan on behalf of Creditor SKF USA Inc.
carignanj@pepperlaw.com

James S. Carr on behalf of Creditor Castrol Industrial North America
KDWBankruptcyDepartment@kelleydrye.com

D. Christopher Carson on behalf of Creditor Citation Corporation
ccarson@burr.com

Michelle Carter on behalf of Creditor Mitsubishi Electric Automobile America, Inc.
mcarter@kslaw.com, pwhite@kslaw.com

Erin M. Casey on behalf of Creditor Omron Dualtec Automotive Electronics, Inc.

erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Linda J. Casey on behalf of Creditor SKF USA Inc.
caseyl@pepperlaw.com,
jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

Michael Cassell on behalf of Creditor H.E. Services Company
mcassell@lefkowitzhogan.com

Ben T. Caughey on behalf of Creditor Sumco, Inc.
ben.caughey@icemiller.com

George B. Cauthen on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial Coatings Mexico
SA de CV. Viscom, Inc.
george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Rocco A. Cavaliere on behalf of Creditor O&R Precision Grinding, Inc.
rcavaliere@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Babette A. Ceccotti on behalf of Creditor International Union, UAW
bceccotti@cwsny.com, ecf@cwsny.com

Sarah B. Chapman Carter on behalf of Creditor City of Vandalia, Ohio
scarter@pselaw.com

Erik G. Chappell on behalf of Creditor Metro Fibres, Inc.
egc@lydenlaw.com

J Eric Charlton on behalf of Creditor GW Plastics, Inc.
echarlton@hiscockbarclay.com

J. Mark Chevallier on behalf of Attorney J. Chevallier
mchevallier@mcslaw.com

Conrad Chiu on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall
Business Credit Corporation
cchiu@daypitney.com

Gloria M. Chon on behalf of Creditor Raymond Johnson
gloria.chon@kkue.com

David D. Cleary on behalf of Creditor Recticel North America, Inc.
david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
tscobb@vorys.com, cdfricke@vorys.com

Theodore A. Cohen on behalf of Creditor Gary Whitney

7

tcohen@smrh.com, amontoya@sheppardmullin.com

Magdeline D. Coleman on behalf of Creditor ATEL Leasing Corporation, as Agent
magdeline.coleman@bipc.com, donna.curcio@bipc.com

Mark B. Conlan on behalf of Creditor Breen Color Concentrates, Inc.
mconlan@gibbonslaw.com

Dennis J. Connolly on behalf of Creditor Cadence Innovation, LLC
dconnolly@alston.com

Susan M. Cook on behalf of Creditor Arnold Center, Inc.
smcook@lambertleser.com

Trent P. Cornell on behalf of Interested Party Paul Higgins
tcornell@stahlcowen.com

Patrick M. Costello on behalf of Creditor Coherent, Inc.
pcostello@bbslaw.com, Timothe@bbslaw.com

Thomas W. Cranmer on behalf of Creditor John Blahnik
cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo on behalf of Interested Party Epcos, Inc.
dcrapo@gibbonslaw.com

Tyson A. Crist on behalf of Creditor Battelle Memorial Institute
tcrist@szd.com

Maureen A. Cronin on behalf of Unknown Rothschild Inc.
macronin@debevoise.com, mao-ecf@debevoise.com;mbrice@debevoise.com

Michael G. Cruse on behalf of Creditor Compuware Corporation
mcruse@wnj.com, hziegler@wnj.com

Gary H. Cunningham on behalf of Unknown Nash
gcunningham@gmhlaw.com

Louis A. Curcio on behalf of Creditor AB Automotive Electronics Ltd.
lcurcio@sonnenschein.com

Vincent D'Agostino on behalf of Creditor Verizon Wireless Messaging Services LLC
vdagostino@lowenstein.com, jbecht@lowenstein.com

Jeannine D'Amico on behalf of Other Prof. Cadwalader Wickersham & Taft LLP
jeannine.damico@cwt.com

Sherri Lynn Dahl on behalf of Creditor Dayton, City of
sdahl@ssd.com, SSzymanski@ssd.com

Michael R. Dal Lago on behalf of Interested Party Dennis Black, Charles Cunningham, and Delphi Salaried

Retiree Association
bankruptcy@morrisoncohen.com

Jeffry A. Davis on behalf of Creditor Silicon Laboratories, Inc.
jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis on behalf of Unknown AIG Member Companies
mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre on behalf of Creditor Decatur Plastic Products, Inc.
cdelatorre@boselaw.com

James J. DeCristofaro on behalf of Creditor TI Automotive
james.decristofaro@lovells.com

Karen Veronica DeFio on behalf of Creditor Marquardt GmbH
kdefio@bsk.com

J. Michael Debbeler on behalf of Attorney Graydon Head & Ritchey
mdebbeler@graydon.com

Robert Dehney on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
rdehney@mnat.com,
cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@mnat.com;efay@mnat.com

Karol K. Denniston on behalf of Unknown MobileAria, Inc.
karol.denniston@dlapiper.com

Maria J. DiConza on behalf of Creditor Duraswitch Industries Inc.
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Gerard DiConza on behalf of Creditor Furukawa Electric North America ADP
gdiconza@dlawpc.com, las@dlawpc.com

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

Karen Dine on behalf of Unknown Clarion Corporation of America
karen.dine@pillsburylaw.com

Stephen A. Donato on behalf of Creditor Diemolding Corporation
sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan on behalf of Creditor Burkburnett I.S.D.
TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

Amish R. Doshi on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall
Business Credit Corporation
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Creditor Audio MPEG, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Daniel D. Doyle on behalf of Unknown Carl Visconti
ddoyle@spencerfane.com, kcollier@spencerfane.com;ssidebottom@spencerfane.com

David G. Dragich on behalf of Creditor GE Commercial Materials SA de CV
ddragich@harringtondragich.com

David B. Draper on behalf of Creditor Maxim Integrated Products, Inc.
ddraper@terra-law.com

Dennis J. Drebsky on behalf of Unknown Corning Incorporated
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Attorney Seyfarth Shaw LLP
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Seth A. Drucker on behalf of Creditor BorgWarner Turbo Systems Inc.
sdrucker@honigman.com

David W. Dykhouse on behalf of Creditor Ashland, Inc.
dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton on behalf of Unknown Appaloosa Management L.P.
featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com

Erica L. Edman on behalf of Unknown Hyundai Motor America
eedman@pillsburywinthrop.com

Daniel Egan on behalf of Other Prof. KPMG LLP
degan@kslaw.com

Weston T. Eguchi on behalf of Unknown BANK OF AMERICA, N.A.
weguchi@orrick.com

Gayle Ehrlich on behalf of Creditor City of Wyoming, Michigan
gehrlich@sandw.com

Robert L. Eisenbach on behalf of Creditor BEI Sensors & Systems Company
reisenbach@cooley.com

David M. Eisenberg on behalf of Unknown Martinrea International Inc.
deisenberg@ermanteicher.com

Judith Elkin on behalf of Creditor Amtek Tngineering Limited, et al.
judith.elkin@haynesboone.com

Paige Leigh Ellerman on behalf of Unknown Gobar Systems, Inc.
ellerman@taftlaw.com, docket@taftlaw.com

Bruce N. Elliott on behalf of Creditor Brazeway,Inc.
elliott@cmplaw.com

Rex H. Elliott on behalf of Creditor Estate of Clarence Huston
loris@cooperelliott.com

Kristin Elliott on behalf of Plaintiff Wilmington Trust Company, as Indenture Trustee
kelliott@kelleydrye.com

Alyssa Englund on behalf of Creditor American President Lines, Ltd. and APL Co. Pte Ltd.
aenglund@orrick.com

Michael R. Enright on behalf of Creditor GE Fanuc Automation North America, Inc.
menright@rc.com

Richard L. Epling on behalf of Unknown MeadWestvaco Corporation
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich on behalf of Unknown MeadWestvaco Corporation
margot.erlich@pillsburylaw.com

Scott L. Esbin on behalf of Creditor Credit Suisse
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin on behalf of Defendant Teachers' Retirement System of Oklahoma
metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga on behalf of Creditor Susan Buttitta
sfalanga@connellfoley.com

Marc Falcone on behalf of Counter-Claimant Merrill Lynch, Pierce, Fenner & Smith Incoparated
mfalcone@paulweiss.com

Eugene I. Farber on behalf of Creditor DBM Technologies, Inc.
efarber747@aol.com

Kathleen A. Farinas on behalf of Creditor Charles Musgrave
kf@lgrslaw.com

Robert Michael Farquhar on behalf of Creditor GCi Technologies
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Goldman Sachs & Co.
farrisw@sullcrom.com

Bonnie Glantz Fatell on behalf of Interested Party Special Devices Inc.
fatell@blankrome.com

Oscar B. Fears on behalf of Creditor Georgia Department of Revenue
bfears@law.ga.gov

Benjamin D. Feder on behalf of Spec. Counsel Thompson Hine LLP
KDWBankruptcyDepartment@kelleydrye.com

Robert J. Feinstein on behalf of Creditor Essex Group, Inc.
rfeinstein@pszyj.com, dharris@pszyjw.com

Richard L. Ferrell on behalf of Creditor Koyo Corporation
Ferrell@taftlaw.com

Charles J. Filardi on behalf of Creditor FedEx Trade Networks Transport & Brokerage, Inc.
charles@filardi-law.com, abothwell@filardi-law.com

Elizabeth K. Flaagan on behalf of Unknown ColorsTek, Inc.
eflaagan@faegre.com

Jonathan L. Flaxer on behalf of Unknown Universal Bearings, LLC
jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com

Daniel A. Fliman on behalf of Interested Party Longacre Master Fund, LTD.
dfliman@kasowitz.com

Jonathan D. Forstot on behalf of Creditor TT electronics, Plc.
jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Z. Fowler on behalf of Spec. Counsel Quinn Emanuel
leticiabustinduy@quinnemanuel.com

Shawn Randall Fox on behalf of Creditor Alumax Mill Products, Inc., Alcoa Automotive Castings, A Michigan
Partnership And Alcoa Extrusions, Inc.
sfox@mcguirewoods.com

Edward M. Fox on behalf of Creditor Wilmington Trust Company
edward.fox@klgates.com

Joseph D. Frank on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

Mark S. Frankel on behalf of Unknown SPCP Group L.L.C.
mfrankel@couzens.com

Thomas M. Franklin on behalf of Creditor Kansas Department of Health and Environment
tmflaw@swbell.net

Michael Friedman on behalf of Creditor Goldman Sachs Credit Partners L.P.
mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Edward A. Friedman on behalf of Plaintiff Delphi Corporation
efriedman@fklaw.com, vgarvey@fklaw.com

Scott J. Friedman on behalf of Unknown WL Ross & Co. LLC

sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

Patricia B. Fugee on behalf of Interested Party Ericka Parker
pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com

Lars H. Fuller on behalf of Unknown Photo Stencil, LLC
lfuller@rothgerber.com

Timothy A. Fusco on behalf of Creditor Autoliv ASP, Inc.
fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa on behalf of Creditor VERITAS Software Corporation
tgaa@bbslaw.com, catherine@bbslaw.com

James Gadsden on behalf of Unknown Carter Ledyard & Milburn LLP
bankruptcy@clm.com

James M. Garner on behalf of Creditor Gulf Coast Bank & Trust Company
jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation
vgarry@ag.state.oh.us

Joanne Gelfand on behalf of Unknown Itautec America Inc.
joanne.gelfand@akerman.com

Yann Geron on behalf of Creditor M&Q Plastic Products, Inc.
ygeron@foxrothschild.com

Philip J. Giacinti on behalf of Creditor Sunrise Medical, Inc.
pjg@procopio.com, caw@procopio.com

Karen Giannelli on behalf of Creditor Breen Color Concentrates, Inc.
kgiannelli@gibbonslaw.com

Leo J. Gibson on behalf of Creditor ICX Corporation
lgibson@bsdd.com

Celeste R. Gill on behalf of Creditor Michigan Department of Environmental Quality
gillc1@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto on behalf of Interested Party First Technology Holdings, Inc. and Affiliates and Subsidiaries,
Control Devices, Inc. and First Inertia Switch Limited
jgitto@nixonpeabody.com

Eduardo J. Glas on behalf of Creditor Automodular Assemblies Inc.
eglas@mccarter.com

Jeffrey R. Gleit on behalf of Interested Party Contrarian Funds LLC
jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com

Ronald L. Glick on behalf of Creditor Equistar Chemicals, LP
rlg@stevenslee.com

Larry Ivan Glick on behalf of Defendant Sidney Bernstein
larryglick@erols.com

Dean M. Gloster on behalf of Unknown Delphi Salaried Retirees Association
dgloster@fbm.com

Matthew Alexander Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor CR Intrinsic Investors, LLC
egoldberg@Stutman.com

Thomas D. Goldberg on behalf of Creditor Carrier Corporation
tdgoldberg@dbh.com

Scott R. Goldberg on behalf of Creditor Semiconductor Components Industries, LLC
sgoldber@quarles.com

Scott A. Golden on behalf of Creditor XM Satellite Radio Inc.
sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich on behalf of Interested Party SETECH INC.
nashvillebankruptcyfilings@stites.com

Robert D. Gordon on behalf of Attorney Clark Hill PLC
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Creditor Delphi Salaried Retirees Association
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Gary A. Gotto on behalf of Interested Party Thomas Kessler
ggotto@krplc.com

Garry M. Graber on behalf of Creditor Jideco of Bardstown, Inc.
ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

David S. Gragg on behalf of Debtor Delphi Corporation
dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham on behalf of Creditor Small Parts, Inc.
jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

Warren R. Graham on behalf of Creditor Tal-Port Industries, LLC
wrg@dmlegal.com

Jonathan S. Green on behalf of Attorney Miller, Canfield, Paddock and Stone
greenj@millercanfield.com

Wendy B. Green on behalf of Creditor Siemens Building Technologies, Inc.
wgreen@formanlaw.com

John T. Gregg on behalf of Creditor Armada Rubber Manufacturing Company
jgregg@btlaw.com

Lisa S. Gretchko on behalf of Other Prof. Howard & Howard Attorneys, P.C.
lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

David M. Grogan on behalf of Creditor Wellman, Inc.
dgrogan@slk-law.com

Stephen H. Gross on behalf of Creditor Mubea, Inc.
sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow on behalf of Creditor Behr Industries Corp.
sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin on behalf of Attorney Drinker Biddle & Reath LLP
janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak on behalf of Unknown Price, Heneveld, Cooper, DeWitt & Litton, LLP.
phcdelphi@priceheneveld.com

Peter J. Gurfein on behalf of Creditor Wamco, Inc
pgurfein@akingump.com

Elizabeth A. Haas on behalf of Creditor Allegro MicroSystems, Inc.
info@thehaaslawfirm.com

Dennis M. Haley on behalf of Unknown Genesee Packaging, Inc.
dhaley@winegarden-law.com

Michael Leo Hall on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mhall@burr.com

Alan D. Halperin on behalf of Creditor ARAMARK Services, Inc.
ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

William J. Hanlon on behalf of Creditor Bradford Industries, Inc.
whanlon@seyfarth.com

Kristopher M. Hansen on behalf of Creditor 1401 Troy Associates LP
insolvency2@stroock.com;docketing@stroock.com

Adam Craig Harris on behalf of Unknown Parnassus Holdings II, LLC
adam.harris@srz.com

Jill M. Hartley on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
jh@previant.com

Brian W. Harvey on behalf of Creditor A.G. Machining
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel on behalf of Unknown Clerk's Office of the U.S. Bankruptcy Court
lah@groom.com

William M. Hawkins on behalf of Creditor Kyocera Industrial Ceramics Corp.
whawkins@loeb.com

Nava Hazan on behalf of Creditor Motorola, Inc.
nhazan@mwe.com

Ryan D. Heilman on behalf of Creditor Al-Shreveport, LLC
rheilman@schaferandweiner.com

Ira L. Herman on behalf of Creditor Midwest Tool & Die Corporation
ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman on behalf of Interested Party Steering Holding, LLC
Nherman@morganlewis.com

Brian S. Hermann on behalf of Unknown Deutsche Bank Securities Inc.
bhermann@paulweiss.com

William Heuer on behalf of Unknown Sumitomo Corporation
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Unknown Pullman Bank and Trust Company
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

Shannon E. Hoff on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mstinson@burr.com

Marie Polito Hofsdal on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall
Business Credit Corporation
mhofsdal@daypitney.com

Albert L. Hogan on behalf of Defendant Delphi Corporation
al.hogan@skadden.com, andrew.fuchs@skadden.com;chdocket@skadden.com

Michelle R. Holl on behalf of Other Prof. Ernst & Young LLP
mholl@mayerbrownrowe.com

John R. Humphrey on behalf of Creditor Preferred Sourcing, LLC
jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

John J. Hunter on behalf of Creditor ZF Boge Elastmetall, LLC
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com

Jay W. Hurst on behalf of Creditor Texas Comptroller Of Public Accounts
jay.hurst@oag.state.tx.us

Donald J. Hutchinson on behalf of Creditor Ford Motor Company
hutchinson@millercanfield.com

Roland Hwang on behalf of Unknown State of Michigan Department of Labor & Economic Growth,
Unemployment Insurance Agency
hwangr@michigan.gov

Mark S. Indelicato on behalf of Creditor Affinia Canada Corp., EFT
eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan@hahnhessen.
com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com

Michael G. Insalaco on behalf of Unknown Toyota Tsusho America, Inc.
minsalaco@zeklaw.com

Susan Jennik on behalf of Creditor International Union of Electronic, Salaried, Machine and Furniture Workers
- Communications Workers of America
sjennik@kjmlabor.com

Nan E. Joesten on behalf of Creditor Delphi Salaried Retirees Association
njoesten@fbm.com

Mary L. Johnson on behalf of Creditor International Rectifier Corp.
mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones on behalf of Creditor Calsonic Kansei North America, Inc.
rjones@bccb.com

Richard Josephson on behalf of Creditor ENTEK International LLC
basargent@stoel.com

John E. Jureller on behalf of Creditor Bayer MaterialScience, LLC
jjureller@klestadt.com, jjureller@klestadt.com

Allen G. Kadish on behalf of Creditor Jacobson Mfg., LLC
kadisha@gtlaw.com, cusumanod@gtlaw.com

Dana P. Kane on behalf of Creditor Revenue Management
lsi@liquiditysolutions.com

Karel S. Karpe on behalf of Creditor Cisco Systems, Inc. and its subsidiaries and affiliates, including but not
limited to Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Penske Truck Leasing Co., L.P.
andrew.kassner@dbr.com

William M. Katich on behalf of Unknown Illinois Department of Revenue
wkatich@atg.state.il.us

Kristi A. Katsma on behalf of Unknown Dickinson Wright PLLC

kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating on behalf of Creditor Marco Manufacturing Co.
pkeating@bdblaw.com

Thomas M. Kennedy on behalf of Creditor International Union of Electric, Electrical, Salaried, Machine and
Furniture Workers Communications Workers of America (IUE-CWA)
tkennedy@kjmlabor.com

David Kennedy on behalf of Unknown IRS Department of the Treasury
david.kennedy2@usdoj.gov

Michael P. Kessler on behalf of Interested Party General Motors Corporation
ilusion.rodriguez@weil.com;garrett.fail@weil.com;rachel.albanese@weil.com;robert.lemons@weil.com;jae.ki
m@weil.com

Jocelyn Keynes on behalf of Creditor Equistar Chemicals, LP
jk@stevenslee.com

Jocelyn Keynes on behalf of Unknown Equistar Chemicals, LP
jkeynes@halperinlaw.net

Ron Kilgard on behalf of Creditor ERISA Lead Plaintiffs
BankruptcyECF@krplc.com

Tami Hart Kirby on behalf of Creditor Alegre, Inc
tkirby@porterwright.com

Myron Kirschbaum on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd.
mkirschbaum@kayescholer.com

Karen L. Kirshenbaum on behalf of Unknown Viasystems
kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jkleinman@fgllp.com

Tracy L. Klestadt on behalf of Creditor Detroit Heading, LLC
tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg on behalf of Creditor Robin Industries, Inc.
bklineberg@moritthock.com

Howard Koh on behalf of Creditor Solectron Corporation
hkoh@meisterseelig.com

Seth F. Kornbluth on behalf of Creditor Juki Automation Systems, Inc.
skornbluth@herrick.com

Alan M. Koschik on behalf of Creditor Goodyear Canada Inc.
akoschik@brouse.com

Lawrence J. Kotler on behalf of Creditor ACE American Insurance Company
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party Paul Free
kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Stuart A. Krause on behalf of Unknown Toyota Tsusho America, Inc.
skrause@zeklaw.com

Julia S. Kreher on behalf of Creditor BAILEY MANUFACTURING COMPANY, LLC
jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Duane Kumagai on behalf of Unknown NMB Technologies, Corp.
dkumagai@rutterhobbs.com

David R. Kuney on behalf of Interested Party Banc of America Securities, LLC
dkuney@sidley.com, kjacobs@sidley.com;emcdonnell@sidley.com

Glenn M. Kurtz on behalf of Defendant A-D Acquisition Holdings, LLC
gkurtz@whitecase.com

Randall D. LaTour on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rdlatour@vssp.com, cdfricke@vorys.com

Robinson B. Lacy on behalf of Defendant Goldman Sachs & Co.
Lacyr@sullcrom.com

Darryl S. Laddin on behalf of Creditor Daishinku (America) Corp. d/b/a KDS America
bkrfilings@agg.com

Ralph L. Landy on behalf of Creditor Pension Benefit Guaranty Corporation
landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven on behalf of Transferee CF Special Situation Fund 1 LP
slaven@bfca.com

James N. Lawlor on behalf of Interested Party Flow Dry Technology, Ltd.
jlawlor@wmd-law.com, gbenaur@wmd-law.com

Barry R. Lax on behalf of Respondent Paul Higgins
blax@laxneville.com

Elena Lazarou on behalf of Attorney Reed Smith LLP
elazarou@reedsmith.com, elazarou@reedsmith.com

Harlan Mitchell Lazarus on behalf of Defendant NYCH LLC
hmllaw@att.net, hmllaw@att.net

Thomas A. Lee on behalf of Creditor FIA Card Services aka Bank of America by eCAST Settlement
Corporation as its agent
notices@becket-lee.com

David S. Lefere on behalf of Creditor Eclipse Tool and Die Inc.
davidl@bolhouselaw.com

Eugene Leff on behalf of Unknown State of New York, Department of Environmental Conservation
eleff@oag.state.ny.us

Harris Donald Leinwand on behalf of Creditor Baker Hughes Incorporated Baker Petrolite Corporation
hleinwand@aol.com, hleinwand@aol.com

David E. Lemke on behalf of Creditor Nissan North America, Inc.
david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com

Joseph H. Lemkin on behalf of Attorney Masuda, Funai, Eifert & Mitchell, Ltd.
jhlemkin@duanemorris.com

Ira M. Levee on behalf of Defendant Teachers' Retirement System of Oklahoma
ilevee@lowenstein.com, mseymour@lowenstein.com

Jill Levi on behalf of Creditor Bank of Lincolnwood
jlevi@toddlevi.com, drosenberg@toddlevi.com

Jonathan Levine on behalf of Unknown Columbus Hill Capital Management, L.P.
jlevine@andrewskurth.com, jlevine@akllp.com

Kenneth M. Lewis on behalf of Creditor Dott Industries, Inc.
klewis@tblawllp.com

Kim Martin Lewis on behalf of Creditor Feintool Cincinnati, Inc.
kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Mark S. Lichtenstein on behalf of Debtor Delphi Corporation
mlichtenstein@crowell.com, mlichtenstein@crowell.com

David Liebov on behalf of Defendant Goldman Sachs & Co.
liebovd@sullcrom.com

Eric Lopez Schnabel on behalf of Creditor Entergy Mississippi, Inc.
schnabel.eric@dorsey.com

Dennis W. Loughlin on behalf of Creditor PIC Productivity Improvement Center
dloughlin@wnj.com, robinclark@wnj.com

Daniel A. Lowenthal on behalf of Attorney Thelen Reid & Priest LLP
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz on behalf of Attorney Means Industries, Inc
plubitz@nyc.rr.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Matthew J. Lund on behalf of Creditor Paul Free
kovskyd@pepperlaw.com

John H. Maddock on behalf of Interested Party CSX Transportation, Inc.
jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com

Amina Maddox on behalf of Creditor New Jersey Division of Taxation
amina.maddox@law.dol.lps.state.nj.us

John S. Mairo on behalf of Creditor Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact
Extrusion, Inc.
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo
@pbnlaw.com;wdbailey@pbnlaw.com

Donald W. Mallory on behalf of Creditor Plastic Moldings Company, Ltd.
dmallory@ctks.com, ddcass@ctks.com

Richard Mancino on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, rmancino@willkie.com

Jacob A. Manheimer on behalf of Creditor FCI USA, Inc.
jmanheimer@pierceatwood.com

Kayalyn A. Marafioti on behalf of Debtor DREAL, Inc.
kmarafio@skadden.com

Alan E. Marder on behalf of Creditor Kilroy Realty, L.P.
lgomez@msek.com

Andrew L. Margulis on behalf of Creditor Technology Properties Ltd.
amargulis@ropers.com

Kenneth S. Marks on behalf of Plaintiff Delphi Corporation
kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

Ilan Markus on behalf of Creditor Associated Spring Do Brasil Ltda
ilan.markus@leclairryan.com

John J. Marquess on behalf of Unknown John Marquess
jjm@legalcost.com

Madison L. Martin on behalf of Interested Party SETECH INC.
nashvillebankruptcyfilings@stites.com

Richard Gary Mason on behalf of Unknown Capital Research and Management Company
rgmason@wlrk.com, calert@wlrk.com

Victor J. Mastromarco on behalf of Creditor H.E. Services Company
vmastromar@aol.com

Deborah A. Mattison on behalf of Creditor Rosalyn Motley
dmattison@wcqp.com

Kristin B. Mayhew on behalf of Unknown Hobart Brothers Company
abothwell@pepehazard.com

Alan S. Maza on behalf of Creditor SECURITIES AND EXCHANGE COMMISSION
mazaa@sec.gov

Jil Mazer-Marino on behalf of Creditor Cherokee North Kansas City, LLC
jmazermarino@msek.com, kgiddens@msek.com

Daniel P. Mazo on behalf of Creditor Greer Stop Nut, Inc.
dpm@curtinheefner.com, rsz@curtinheefner.com

Aaron G. McCollough on behalf of Unknown Siemens Energy & Automation, Inc.
amccollough@mcguirewoods.com

Michael K. McCrory on behalf of Creditor Gibbs Die Casting Corporation
michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell on behalf of Creditor American Axle & Manufacturing, Inc.
rmcdowell@bodmanllp.com

Douglas J. McGill on behalf of Attorney Drinker Biddle & Reath LLP
douglas.mcgill@dbr.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Scott S. McKessy on behalf of Unknown Admiral Tool & Manufacturing Co. of Illinois
smckessy@reedsmith.com

Terence McLaughlin on behalf of Creditor Pardus DPH Holding LLC
maosbny@willkie.com, tmclaughlin@willkie.com

Michelle McMahon on behalf of Creditor United Telephone Company of Ohio
michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

Greta A. McMorris on behalf of Creditor ThyssenKrupp Budd Systems, LLC
gmcmorris@stinsonmoheck.com

Austin L. McMullen on behalf of Creditor Calsonic Harrison Co., Ltd.
amcmullen@babc.com

Patrick E. Mears on behalf of Creditor Armada Rubber Manufacturing Company
patrick.mears@btlaw.com

Derek F. Meek on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
dmeek@burr.com

Barbara S Mehlsack on behalf of Creditor International Association of Machinists, AFL-CIO Tool and Die
Makers Local Lodge 78, District 10 (IAM District 10)
bmehlsack@gkllaw.com

Timothy Mehok on behalf of Creditor Atmel Corporation
timothy.mehok@hellerehrman.com

Richard M. Meth on behalf of Creditor 2088343 Ontario Limited
msteen@daypitney.com

G. Christopher Meyer on behalf of Creditor Dayton, City of
cmeyer@ssd.com

Sally Meyer on behalf of Unknown Madison Niche Opportunities, LLC
smeyer@madisonliquidity.com

Merle C. Meyers on behalf of Creditor Alps Automotive, Inc.
mmeyers@mlg-pc.com

Robert N. Michaelson on behalf of Creditor ASSEMBLEON AMERICA, INC.
rmichaelson@klgates.com

Kathleen M. Miller on behalf of Creditor Airgas, Inc.
kmm@skfdelaware.com, tlc@skfdelaware.com

Brian Parker Miller on behalf of Creditor Furukawa Electric Co., LTD.
parker.miller@alston.com

W. Timothy Miller on behalf of Creditor Select Industries Corporation
miller@taftlaw.com, adams@taftlaw.com;docket@taftlaw.com

Angela Z. Miller on behalf of Unknown E.I. Du Pont De Nemours and Company
amiller@phillipslytle.com, jhahn@phillipslytle.com

Alan K. Mills on behalf of Creditor Mays Chemical Company
amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff on behalf of Creditor Capital Investors, LLC
rminkoff@jefferies.com

Joseph Thomas Moldovan on behalf of Interested Party Dennis Black and Charles Cunningham
bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

James P. Moloy on behalf of Creditor Filters Unlimited, Inc.
jmoloy@dannpecar.com

Michael C. Moody on behalf of Creditor Ameritech Credit Corporation d/b/a SBC Capital Services
mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com

Audrey E. Moog on behalf of Unknown Umicore Autocat Canada Corp.
amoog@hhlaw.com

Brian F. Moore on behalf of Creditor Automodular Assemblies Inc.
bmoore@mccarter.com

James O. Moore on behalf of Creditor Kensington International Limited, Manchester Securities Corp. and
Springfield Associates, LLC
james.moore@dechert.com, james.moore@dechert.com

Brett S. Moore on behalf of Creditor Schulte & Co. GMBH
bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo
@pbnlaw.com;wdbailey@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Gene T. Moore on behalf of Unknown Arlis Elmore
gtmlaw@bellsouth.net

Thomas R. Morris on behalf of Creditor Ralco Industries, Inc.
morris@silvermanmorris.com, morris@silvermanmorris.com

Sarah E. Morrison on behalf of Creditor Department Of Toxic Substances Control
sarah.morrison@doj.ca.gov

Whitney L. Mosby on behalf of Creditor M.G. Corporation
wmosby@binghammchale.com

Eric T. Moser on behalf of Unknown Sensus Precision Die Casting, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola on behalf of Interested Party Contrarian Capital Management, LLC
alisa@contrariancapital.com

Jill L. Murch on behalf of Creditor Holset Engineering Company
jmurch@foley.com, khall@foley.com

James P. Murphy on behalf of Creditor GKN Sinter Metals, Inc.
murph@berrymoorman.com

Robert D. Nachman on behalf of Unknown MJ Celco
rnachman@scgk.com

Stephen M. Nagle on behalf of Creditor Workers Compensation Board
stephen.nagle@oag.state.ny.us

Bruce S. Nathan on behalf of Interested Party Daewoo International (America) Corp.
bnathan@lowenstein.com

David Neier on behalf of Creditor Ad Hoc Group of Tranche A & B DIP Lenders
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Lord Corporation
mneier@ibolaw.com

Michael R. Nestor on behalf of Creditor Metalforming Technologies, Inc.
bankfilings@ycst.com

Marie L. Nienhuis on behalf of Interested Party Miniature Precision Components
pmitchell@bcblaw.net

Timothy F. Nixon on behalf of Interested Party Miniature Precision Components
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton on behalf of Creditor Jason Incorporated, Sackner Products Division
rnorton@hunton.com

Kasey C. Nye on behalf of Creditor Semiconductor Components Industries, LLC
kasey.nye@quarles.com

Michael P. O'Connor on behalf of Creditor American Casualty Company of Reading, PA
mpolaw@aol.com

Michael O'Hayer on behalf of Debtor Delphi Corporation
mkohayer@aol.com

Judy A. O'Neill on behalf of Creditor Inteva Products, LLC
joneill@foley.com

Martin P. Ochs on behalf of Creditor Coherent, Inc.
martin@oglaw.net

Sean A. Okeefe on behalf of Creditor Metal Surfaces, Inc.
sokeefe@winthropcouchot.com

Patrick J. Orr on behalf of Creditor 3M Company
porr@klestadt.com

Norman D. Orr on behalf of Creditor Raymond Johnson
norman.orr@kkue.com

Lawrence E. Oscar on behalf of Creditor ARC Automotive, Inc.
leoscar@hahnlaw.com, hlpcr@hahnlaw.com

Karen Ostad on behalf of Unknown Tesa AG
kostad@mofo.com

Mark Russell Owens on behalf of Creditor EMCON Technologies Canada, ULC
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Isaac M. Pachulski on behalf of Creditor CR Intrinsic Investors, LLC
ipachulski@stutman.com

Nicholas R. Pagliari on behalf of Creditor Actco Tool & Manufacturing Company
npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella on behalf of Creditor SAP America, Inc.
cpalella@kurzman.com

Ingrid S. Palermo on behalf of Creditor P & R Industries, Inc.
ipalermo@bsk.com

Sapna W. Palla on behalf of Defendant Harbinger Capital Partners Master Fund I, Ltd.
spalla@kayescholer.com,
bmintz@kayescholer.com;rcappiello@kayescholer.com;maosbny@kayescholer.com;tlangsdorf@kayescholer.c
om

Charles N. Panzer on behalf of Creditor Hewlett Packard Company
cpanzer@sillscummis.com

Richard J. Parks on behalf of Creditor American Turned Products, Inc.
rjp@pietragallo.com, kas2@pietragallo.com

Felton E. Parrish on behalf of Creditor Caraustar Custom Packaging Group, Inc.
fparrish@kslaw.com

Susan P. Persichilli on behalf of Creditor ATEL Leasing Corporation, as Agent
susan.persichilli@bipc.com

Geoffrey J. Peters on behalf of Creditor Seven Seventeen Credit Union
colnyecf@weltman.com

Ronald R. Peterson on behalf of Creditor Alcan Rolled Products-Ravenswood, LLC
rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Lowell Peterson on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied
Industrial and Service Workers, International Union (USW), AFL-CIO
lpeterson@msek.com

Robert A. Peurach on behalf of Creditor Ogura Clutch Company
rpeurach@gdakmak.com

Ed Phillips on behalf of Creditor Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold & Tool
Group
ephillips@thurman-phillips.com

Christine A.M. Pierpont on behalf of Creditor Furukawa Electric Co., LTD.
cpierpont@ssd.com

Shone Pierre on behalf of Unknown Louisiana Department of Revenue

florence.saenz@la.gov

Oscar N. Pinkas on behalf of Creditor Schaeffler Canada, Inc.
opinkas@sonnenschein.com

Leslie A. Plaskon on behalf of Witness Rafael De Paoli and GE Corporate Financial Services
leslieplaskon@paulhastings.com

Constantine Pourakis on behalf of Creditor PolyOne Corporation
cp@stevenslee.com

Mark T. Power on behalf of Creditor Affinia Canada Corp., EFT
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.co
m;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprimm@hahnhessen.com;nrigano@hahnhessen.
com;jorbach@hahnhessen.com

Susan Power-Johnston on behalf of Spec. Counsel Covington & Burling
sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin on behalf of Unknown Columbia Industrial
pretekin@coollaw.com, piatt@coollaw.com

Susan Przekop-Shaw on behalf of Unknown Michigan Workers' Compensation Agency
przekopshaws@michigan.gov

Dennis E. Quaid on behalf of Creditor Penn Aluminum International, Inc.
dquaid@fagelhaber.com

Paul A. Rachmuth on behalf of Attorney Dell Receivables, L.P.
prachmuth@reedsmith.com

Thomas B. Radom on behalf of Attorney Butzel Long, P.C.
radom@butzel.com

John J. Rapisardi on behalf of Unknown Auto Task Force of the United States Department of the Treasury
john.rapisardi@cwt.com,
megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Gary Ravert on behalf of Creditor Motorola, Inc.
gravert@mwe.com

Eric T. Ray on behalf of Creditor Alabama Power Company
eray@balch.com

Jo Christine Reed on behalf of Creditor INA USA, Inc.
jcreed@sonnenschein.com

Steven J. Reisman on behalf of Creditor Flextronics International Asia-Pacific Ltd. and Flextronics Technology

(M) Sdn. Bhd.
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgalla
gher@curtis.com;dching@curtis.com

Walter Reynolds on behalf of Creditor Alegre, Inc
wreynolds@porterwright.com

Kenneth A. Reynolds on behalf of Creditor National Molding Corp.
kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Kenneth A. Reynolds on behalf of Unknown Security Plastics Division/NMC, LLC
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Jeffrey N. Rich on behalf of Unknown JPMorgan Chase Bank, N. A.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Interested Party DENSO International America Inc.
mrichards@blankrome.com

Tracy E. Richardson on behalf of Creditor New Jersey Division of Taxation
tracy.richardson@dol.lps.state.nj.us

Paul J. Ricotta on behalf of Interested Party Tokico (USA), Inc.
pricotta@mintz.com

Craig Philip Rieders on behalf of Creditor Ryder Integrated Logistics, Inc.
crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer on behalf of Creditor Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems
(U.S.A.) Inc.
sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Matthew R. Robbins on behalf of Unknown International Brotherhood of Electrical Workers Local Union No.
663 (IBEW Local 663)
mrr@previant.com

Elizabeth A. Roberge on behalf of Creditor WorldWide Battery Co., LLC
eroberge@robergelaw.com

Scott D. Rosen on behalf of Creditor Floyd Manufacturing Co., Inc.
srosen@cb-shea.com

Heath D. Rosenblat on behalf of Creditor Celestica Inc.
hrosenblat@kayscholer.com

Paul M. Rosenblatt on behalf of Creditor IDG USA, LLC
prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com, aweaver@cgsh.com

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski L.L.P.
DRosenzweig@Fulbright.com

David S. Rosner on behalf of Creditor Argo Partners
dfliman@kasowitz.com;courtnotices@kasowitz.com

Robert B. Rubin on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
brubin@burr.com

Ira Rubin on behalf of Unknown Beaver Valley Manufacturing
norma@bizwoh.rr.com

Maura I. Russell on behalf of Attorney Dreier LLP
dangiulo@dreierllp.com, ECFNotices@dreierllp.com

Lyle D. Russell on behalf of Attorney Lyle Russell
lylerussell@magnusoft.com

E. Todd Sable on behalf of Creditor Nidec Motor & Actuators (USA), Inc.
tsable@honigman.com

Chester B. Salomon on behalf of Creditor Tonolli Canada Ltd.
csalomon@beckerglynn.com,
jholdridge@beckerglynn.com;aranade@beckerglynn.com;lmueller@beckerglynn.com

Brian D. Salwowski on behalf of Creditor Indiana Department of Environmental Management
bsalwowski@atg.state.in.us

Diane W. Sanders on behalf of Creditor Angelina County
austin.bankruptcy@publicans.com

William A. Sankbeil on behalf of Creditor John Blahnik
was@krwlaw.com

Thomas P. Sarb on behalf of Creditor Avon Automotive
ecfsarbt@millerjohnson.com

Robert V. Sartin on behalf of Creditor Toyota Motor Corporation
rsartin@fbtlaw.com, chruska@fbtlaw.com

William F. Savino on behalf of Creditor Durham Companies, Inc.
wsavino@damonmorey.com, alunday@damonmorey.com

Louis A. Scarcella on behalf of Unknown Official Committee of Equity Security Holders
lscarcella@farrellfritz.com

Thomas J. Schank on behalf of Creditor Blissfield Manufacturing Company

tomschank@hunterschank.com, mcraig@hunterschank.com

Ilan D. Scharf on behalf of Creditor Essex Group, Inc.
ischarf@pszjlaw.com

Michael L. Schein on behalf of Creditor Best Foam Fabricators, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle on behalf of Creditor Muskegon Castings Corp.
jrs@parmenterlaw.com, lms@parmenterlaw.com

Andrew W. Schilling on behalf of Plaintiff Delphi Corporation
aschilling@fklaw.com, vgarvey@fklaw.com

William H. Schorling on behalf of Creditor Arkema Inc.
william.schorling@bipc.com

Christopher P. Schueller on behalf of Creditor Keystone Powdered Metal Company
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Sheila R. Schwager on behalf of Creditor ARAMARK Uniform & Career Apparel Inc.
srs@hteh.com

Andrea B. Schwartz on behalf of Creditor Castwell Products, LLC
andrea.b.schwartz@usdoj.gov

Matthew L. Schwartz on behalf of Creditor Equal Employment Opportunity Commission
matthew.schwartz@usdoj.gov

Bryan I. Schwartz on behalf of Unknown KL Industries, Inc.
bschwartz@lplegal.com

Lon J. Seidman on behalf of Creditor Collins & Aikman Corporation
filings@spallp.com, lseidman@silvermanacampora.com

Howard Seife on behalf of Interested Party EagleRock Capital Management, LLC
arosenblatt@chadbourne.com

Jay Selanders on behalf of Attorney DaimlerChrysler Motors Company, LLC, DaimlerChrysler Corporation,
DaimlerChrysler Canada Inc.
jay.selanders@kutakrock.com

Mark A. Shaiken on behalf of Creditor ThyssenKrupp Budd Systems, LLC
mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro on behalf of Interested Party Central Transport International, Inc.
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor Brown Co. of Ionia LLC
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Creditor ATC Logistics & Electronics, Inc.
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch Independent School District
sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Andrew Howard Sherman on behalf of Creditor Doosan Infracore America Corp.
asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill on behalf of Attorney Sutherland Asbill & Brennan LLP
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Ambrake Corporation, Noma Company, Akebono Corporation
(North America), and General Chemical Preference Products LLC
sshimshak@paulweiss.com, sshimshak@paulweiss.com

J. Christopher Shore on behalf of Counter-Claimant A-D Acquisition Holdings, LLC
cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;earundel@whitecase.com

Robert J. Sidman on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rjsidman@vorys.com, bkbowers@vorys.com

Robert Sidorsky on behalf of Creditor Pioneer Speakers, Inc.
sidorsky@butzel.com

Glenn E. Siegel on behalf of Creditor Kensington International Limited, Manchester Securities Corp. and
Springfield Associates, LLC
Glenn.Siegel@dechert.com

John D. Silk on behalf of Unknown LASALLE NATIONAL BANK
silk@rbmchicago.com

Paul N. Silverstein on behalf of Unknown Credit Suisse International
paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman on behalf of Unknown Millwood, Inc.
sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon on behalf of Other Prof. Ernst & Young LLP
jsimon@foley.com

Rebecca H. Simoni on behalf of Unknown Rotaform, LLC.
rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Joseph E. Simpson on behalf of Creditor P & R Industries, Inc.
jsimpson@hselaw.com

Thomas R. Slome on behalf of Attorney Rosen Slome Marder LLP.
lgomez@msek.com

Richard G. Smolev on behalf of Unknown InPlay Technologies
rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com

Jesse L. Snyder on behalf of Creditor James Hutz, Jr.
jforstot@tpwlaw.com;mmuller@tpwlaw.com

Marc P. Solomon on behalf of Creditor Castwell Products, Inc.
msolomon@burr.com

Sean C. Southard on behalf of Unknown Davidson Kempner Capital Management LLC
ssouthard@klestadt.com

Paul H. Spaeth on behalf of Unknown F&G Multi-Slide Inc.
spaethlaw@phslaw.com

Robyn J. Spalter on behalf of Creditor Riverside Claims LLC
notice@regencap.com

Sarah F. Sparrow on behalf of Unknown Automotive Systems Laboratory, Inc.
ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Douglas E. Spelfogel on behalf of Creditor CYRO Industries
dspelfogel@foley.com

Michael A. Spero on behalf of Creditor Doosan Infracore America Corp.
jspecf@sternslaw.com

Byron C. Starcher on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial Coatings Mexico SA
de CV. Viscom, Inc.
byron.starcher@nelsonmullins.com

Catherine Steege on behalf of Creditor Honeywell International - Aerospace
csteege@jenner.com, jeffrey_cross@discovery.com

Matthew B. Stein on behalf of Creditor Molex Connector Corporation
mstein@sonnenschein.com

Bonnie Steingart on behalf of Other Prof. Fried Frank Harris Shriver & Jacobson LLP
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Andrew W. Stern on behalf of Plaintiff Banc of America Securities LLC
astern@sidley.com

Malani Sternstein on behalf of Creditor International Rectifier Corp.
msternstein@sheppardmullin.com

Alexander Stotland on behalf of Creditor Danice Manufacturing Co.
axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland on behalf of Creditor Pepco Energy Services, Inc.

bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Defendant A-D Acquisition Holdings, LLC
harveystrickon@paulhastings.com

Joseph G. Strines on behalf of Unknown The Dayton Power and Light Company
joseph.strines@dplinc.com

James M. Sullivan on behalf of Creditor Motorola, Inc.
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Michelle T. Sutter on behalf of Creditor Ohio Environmental Protection Agency
msutter@ag.state.oh.us

Marc N. Swanson on behalf of Creditor Brose North America Holding LP and its affiliates
swansonm@millercanfield.com

Paul Sweeney on behalf of Creditor Quest Diagnostics, Inc.
psweeney@loganyumkas.com, jbeckman@loganyumkas.com

Dona Szak on behalf of Creditor Rassini, S.A. de C.V.
dszak@ajamie.com

Robert Szwajkos on behalf of Creditor NSS Technologies, Inc.
rsz@curtinheefner.com

Douglas T. Tabachnik on behalf of Creditor SEALY RG VALLEY BUILDINGS, L.P.
dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum on behalf of Creditor General Motors Corporation
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton on behalf of Creditor Board of County Commissioners of Johnson County, Kansas
roger.tarbutton@jocogov.org

Samuel Jason Teele on behalf of Unknown Lead Plaintiff and the Prospective Class
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Jay Teitelbaum on behalf of Creditor Mary Schafer
jteitelbaum@tblawllp.com

Richard S. Toder on behalf of Unknown PricewaterhouseCoopers, LLP.
rtoder@morganlewis.com

Gordon J. Toering on behalf of Creditor RT Sub, LLC f/k/a RecepTec, LLC
gtoering@wnj.com

Albert Togut on behalf of Other Prof. Togut, Segal & Segal LLP
alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll on behalf of Unknown Milwaukee Investment Company

lawtoll@comcast.net

Jason M. Torf on behalf of Creditor Kokomo Gas and Fuel Company
jtorf@schiffhardin.com, edocket@schiffhardin.com;pfokuo@schiffhardin.com

Michael A. Trentadue on behalf of Creditor Decatur Plastic Products, Inc.
mtrentadue@boselaw.com

Martin B. Tucker on behalf of Unknown Martin Tucker
mtucker@fbtlaw.com

Debra S. Turetsky on behalf of Creditor General Electric Capital Corporation
dturetsky@reedsmith.com

Raymond J. Urbanik on behalf of Counter-Defendant Computer Sciences Corporation
rurbanik@munsch.com

Robert Usadi on behalf of Creditor Engelhard Corporation
rusadi@cahill.com

Nina M. Varughese on behalf of Creditor Ametek, Inc.
varughesen@pepperlaw.com

Shmuel Vasser on behalf of Interested Party Speedline Technologies, Inc.
shmuel.vasser@dechert.com

Lori V. Vaughan on behalf of Creditor Intermet Corporation
lvaughan@foley.com

Frank F. Velocci on behalf of Creditor QEK Global Solutions (US), LP
frank.velocci@dbr.com

James J. Vincequerra on behalf of Unknown Plymouth Rubber Company, LLC
jvincequerra@wolfblock.com

Gary Vist on behalf of Creditor Sumida America Inc.
gvist@masudafunai.com

Joseph J. Vitale on behalf of Creditor International Union, UAW
jvitale@cwsny.com

Sean M. Walsh on behalf of Creditor Nisshinbo Automotive Corporation
swalsh@gmhlaw.com

Arthur T. Walsh on behalf of Creditor Edwin Stimpson
omclaw@aol.com

Michael D. Warner on behalf of Attorney Warner Stevens, L.L.P.
bankruptcy@warnerstevens.com

W. Clark Watson on behalf of Creditor Alabama Power Company

cwatson@balch.com

Robert K. Weiler on behalf of Creditor Carlisle Engineered Products, Inc.
rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub on behalf of Creditor Essex Group, Inc.
wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com

Allison H. Weiss on behalf of Creditor Camoplast Incorporated
aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com

Jay Welford on behalf of Creditor DC Coaters, Inc.
jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

Robert J. Welhoelter on behalf of Creditor Nissan North America, Inc.
rjwelho@gmail.com, chris.cronk@wallerlaw.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

David A. Wender on behalf of Creditor Cadence Innovation, LLC
david.wender@alston.com

Michael R. Wernette on behalf of Creditor L & W Engineering Co.
mwernette@schaferandweiner.com

Robert A White on behalf of Creditor Lydall Thermal/Acoustical Sales Co. LLC
rwhite@murthalaw.com

Amy Williams-Derry on behalf of Interested Party Thomas Kessler
awilliams-derry@kellerrohrback.com, bellis@kellerrohrback.com

Stephen F. Willig on behalf of Defendant National Union Fire Insurance Company of Pittsburgh, PA
swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
KDWBankruptcyDepartment@Kelleydrye.com

Jeffrey C. Wisler on behalf of Creditor Connecticut General Life Insurance Company
jcw@cblhlaw.com

Douglas Wolfe on behalf of Creditor ASM Capital II, L.P.
dwolfe@asmcapital.com

Craig A. Wolfe on behalf of Creditor Pension Benefit Guaranty Corporation
cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Robert D. Wolford on behalf of Creditor Monroe, LLC
ecfwolfordr@millerjohnson.com

Kelly A. Woodruff on behalf of Creditor Delphi Salaried Retirees Association

kwoodruff@fbm.com

Zhiyuan Xu on behalf of Creditor Means Industries, Inc
mxu@schiffhardin.com

David Farrington Yates on behalf of Creditor United Plastics Group
fyates@sonnenschein.com

Stephen L. Yonaty on behalf of Attorney Hodgson Russ LLP
syonaty@chwattys.com

German Yusufov on behalf of Creditor Pima County, Arizona
pcaocvbk@pcao.pima.gov

Helen A. Zamboni on behalf of Creditor McAlpin Industries, Inc.
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
mzelmanovitz@morganlewis.com

Peter Alan Zisser on behalf of Interested Party New York Power Authority
pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

**05-44481-rdd Notice will not be electronically mailed to:**

Elizabeth B. Ahlemann on behalf of Unknown CTS Corporation
905 West Boulevard N.
Elkhart, IN 46514

Matt E. (Last Name Unknown)
,

(Name Not Legible)
,

1599963 Ontario Limited
,

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

58 Active Delphi Athens Salaried Employees
,

975 Opdyke LP, et al.
,

A Well Meaning Delphi Employee

A. Schulman, Inc.
c/o Carrie M. Caldwell
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

AM General LLC
105 North Niles
South Bend, IN 46634

AT&T Entities
,

James M. Aardappel
,

Mohamed Abbas
7796 Raintree Rd
Dayton, OH 45459

Duane L Abbuhl
,

Duane L. Abbuhl
,

Michael R. Abbuhl
,

James V. Accetta
,

Gary L. Ackerman
,

John A. Ackworth
5970 Mount Everett Rd.
Hubbard, OH 44425

Harry Acosta
,

Paul J. Acri

,

Paul J. Acri
30 Southwick Drive
Webster, NY 14580

Kenneth C. Acton
2484 Fenton Creek Lane
Fenton, MI 48430

Sandra Acton
,

Actoras Partners LTD
,

Thomas R. Adam
9046 Altura Dr NE
Warren, OH 44485-1732

Charles Adams
,

Gary L. Adams
,

Hatti L. Adams
,

John Adams
,

Laura B Adams
725 Greenview Dr
Tipp City, OH 45371

Laura B. Adams
,

Robert E. Adams
,

Rose Adams
,

Rose A Adams
,

Jason R. Adams on behalf of Creditor FisherCast Global Corporation
Torys, LLP
237 Park Avenue

New York, NY 10017

William David Addison

,

Lenville P. Adkins
3475 Federal Rd.
Xenia, OH 45385

Bonita J. Aerne

,

Affinia Group Inc.

,

Nancy A. Agronin
11 Berkley Dr.
Lockport, NY 14094

Elizabeth Bottorf Ahlemann on behalf of Unknown CTS of Canada Co.
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.

,

Harriet Aivazis

,

Akerman Senterfitt on behalf of Creditor Itautec America Inc.
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Charley L. Akers

,

John C. Akers

,

John C. Akers

,

James Albrecht

,

James W. Albrecht

,

James D. Alcorn
,

Aleaciones De Metales Sinterizados
,

Michael J. Alerding
,

David J. Alexander
150 Wickins Rd.
Scottsville, NY 14546

Jack L. Alexander
,

Jerry L. Alexander
,

Linda Alexander
,

Alex L. Alexopoulous
,

John Allan
110 Westwind Drive, NE
Warren, OH 44484

Lisa A. Allan
,

Peggy Allan
110 Westwind Drive, NE
Warren, OH 44484

Deborah Allen
,

Gerald D. Allen
,

Allen & Overy LLP
,

Ronald D. Alles
5471 Adrian
Saginaw, MI 48603

James W Alley
1422 Parkview Dr

Kingston, OK 73439

Michael P. Alley on behalf of Unknown Consolidated Electrical Distributors, Inc.
Clark, Mize & Linville, CHTD.
P.O. Box 380
Salinas, KS 67402-0380

Alstom Power Environmental Consult GmbH

,

Alstom Power Equipment

,

Harvey Altus on behalf of Creditor LaborSource 2000
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

American Finance Group, Inc. d/b/a Guaranty Capital Corporation

,

American Molded Products LLC

,

Ames Reese, Inc.

,

Mark K. Ames on behalf of Unknown Commonwealth of Virginia Department of Taxation
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Audrey Amort

,

Manda L. Anagnost on behalf of Unknown Manda Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Manu Anand
43431 Vintners Place Dr.
Sterling Heights, MI 48314

Delbert E. Anderson

,

James F Anderson

,

James F. Anderson

6436 Amposta Dr.
El Paso, TX 79912

James R. Anderson

,

John C. Anderson

,

Pamela C. Anderson

,

Ronald L. Anderson
3285 Cinnamon Trace
Kokomo, IN 46901

Guy A. Andonian

,

Joseph Andrasik

,

Kyra E. Andrassy on behalf of Unknown Toshiba America Electronic Components, Inc.
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Bruce J. Andreas

,

Gary S. Andrews

,

Louise Andrews

,

Ron Andrews

,

Nancy Androsko
538 Laird Ave NE
Warren, OH 44483

William Angelis

,

Jim Angelo
84wild Grove Pl
Brandon, MS 39042

Mario Angelucci
,

Erin Anheier
,

Frank Aparo
,

Joel D. Applebaum
,

Ed Applegate
,

Lawrence C. Applegate
,

Rudolf M. Aranyosi
PO Box 54
Lewiston, NY 14092

Kevin Archambault
8695 N Valley View Ct
Middletown, IN 47356

Don Armstrong
,

Frederick P. Arndt
,

Frederick P. Arndt
7604 Fruit Dove Street
North Las Vegas, NV 89084

Thomas B. Arnold
,

Thomas Lloyd Arnold
,

William Arnold
7164 Springdale Dr.
Brookfield, OH 44403

Arrow CT Corporation
,

Arthur R. Jackson
,

John C. Assell
,

Association of Businesses Advocating Tariff Equity
,

H. Wayne Atkinson
,

Atradius
,

Wayne A. Aubel
,

Beverly B. Austin
,

Randy D. Austin
,

Thomas E. Austin
,

Avron M. Ehrlich, Jeffrey Gutterman and Neil Freson
,

B & B Machine & Grinding Service, Inc.
,

J. Allen Babb
,

J. Allen Babb
,

James A. Babb
,

Russell C. Babcock
,

Bill Baccari
105 Harmony Lame
Rochester, NY 14622

William J. Baccari
105 Harmony Ln.
Rochester, NY 14622

Patrick L. Bachelder
1500 Waverly Drive
Troy, MI 48098

Robert Bachman

,

Robert J. Bacue
1753 Coventry Ave,, NE
Warren, OH 44483

Stephen P. Baich

,

Brad Baidinger

,

James A. Bailey

,

Richard C. Bailey

,

Steven M. Bailey
Delphi Salaried Retiree
7998 E. Monroe Road
Tecumseh, M 49286

James A. Baker

,

James A. Baker

,

Jerome E. Baker

,

Kristine G. Baker

,

William J. Bakinski

,

John Bakker

,

John Bakker

,

Jon K. Bakus

,

Diane Balciar
304 Addsion Avenue
Franklin, TN 37064

Paul A Balciar
304 Addison Avenue
Franklin, TN 37064

Brad Baldinger
1724 Skilers Alv.
Lapeer, MI 48446-8416

Kenneth L. Baldwin
,

Laura Balestrino
,

Laurence Balestrino
,

Logan P. Balestrino
,

Suzanne Balestrino
,

Virginia Balestrino
,

William Balestrino
,

Marcia Balestrino-Emery
,

Ball Systems, Inc.
,

Richard E. Ballentine
,

Banco J.P. Morgan, S.A., Institucion de Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, Not
Individually, but in its Capacity as Trustee of Trust F/00121; Prudential Financial, Inc.; Prude
,

Mark I Bane on behalf of Creditor Pension Benefit Guaranty Corporation
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Chris D. Bank
,

Christie David Bank
,

Wayne H. Bank
,

Bank of America, N.A.
,

Bank of America, N.A.
,

Alice J. Banus
,

Terisa Baranoski
,

Mark Baranski
,

John F. Barany
6947 Cedar Ridge Circle
Milton, FL 32570

John B. Barclay
,

Ed Bardella
331 North Summit Road
Jamestown, PA 16134

Edward J. Bardella
331 North Summit Road
Jamestown, PA 16134

Michael J. Barker
Warren, OH

Jeffrey H. Barlett
,

John Barmby
,

Christine Barnes
,

Christine Barnes

,

Christine M. Barnes

,

Johnnie V. Barnes

,

Les Barnett
430 Ironwood Dr.
Carmel, IN 46033

Oscar Barnett Jr.

,

Lorraine Barnum

,

Dwayne Barrett
320 Afton Dr
Brandon, MI 39042

Peter Bartell

,

Patrick Bartels

,

Margaret Bartindale on behalf of Unknown Margaret Bartindale
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Jeannette Bartko

,

Robert E. Bartkus on behalf of Unknown BANK OF AMERICA, N.A.
DILLON, BITAR & LUTHER LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

William D. Bartz
6412 Bartz Road
Lockport, NY 14094

Andrew R. Basile

,

David J. Bastin

,

John Batcha
37616 Darthmouth Drive
Sterling Heights, MI 48310

Berkley D. Bateman
4510 Queens Way
Gladwin, MI 48624

William D Bauman
2287 141st Ave
Dorr, MI 49323

William E. Bauman

,

Bay County (FLA.) Tax Collector's

,

Bay County, Florida

,

Bay County, Florida, Tax Collector

,

Dean M. Bayer

,

Milton Beach

,

Beacon Reel Co.

,

Janita C. Beall

,

Henry E. Beamer

,

Victoria Bean

,

David M. Beare

,

J. Martin Beas

,

Edward Beavers

,

Allan H. Beck

,

Dennis E. Beck

,

Richard F. Beckmeyer

,

Jody A. Bedenbaugh

,

David P. Behnke

,

Paul Beiter
150 Bastian Rd.
Rochester, NY 14623

James Bell

,

John S. Bell

,

Marvin Bell

,

Sherman Bell

,

Wendy A. Bell

,

Bell, Anderson & Sanders LLC

,

Thomas J Bellafaire
129 Creston Court
Mooresville, NC 28115

Ross Bellaire

,

Rosemary Bellavia

,

Ross Bellavia

,

Louise S. Belline

,

Louise S. Belline
5 Keswick Way
Fairport, NY 14450

Richard Belsenich
3673 Cumberland Ln.

,

Howard S. Beltzer on behalf of Unknown Deutsche Bank Securities Inc.
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178
hbeltzer@morganlewis.com

Richard Benner

,

Richard Benner

,

Bradley A. Bennett

,

Norman Bennett
209 Case Grande Dr.
Clinton, MS 39056

Roger K. Bennett                          ,

,

Timothy C. Bennett on behalf of Unknown JPMORGAN CHASE BANK, N.A.
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022

Sachiko Bennette

,

Sherman Benson

,

David T. Benway

,

Alvin W. Berger

,

Glenn P. Berger on behalf of Creditor Precix
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger on behalf of Plaintiff Delphi Corporation
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Neil Berger on behalf of Plaintiff Delphi Medical Systems Colorado Corporation
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Thomas L Bergman
4217 Tradewind Ct.
Englewood, OH 45322

Thomas L. Bergman

,

Donald Bergwall

,

Donald W. Bergwall

,

John H. Bernardi
6397 O'Connor Drive
Lockport, NY 14094

Charles E. Bernd

,

Karenann J. Berner
2083 Erickman Lane
Xenia, OH 45385

William E. Berner
2083 Erickman Lane
Xenia, OH 45385

Jay Bernhart
656 Tamarron Dr.
Grand Junction, CO 81506

Stephen M. Berninger

,

James Bernsdorf

,

Georgia S. Berry

,

Martin Bertleleff

,

Gary Bertram
3457 Woodlands Circle
Macedon, NY 14502

Allen W. Besey

,

Douglas J. Beurmann
10342 Pine Valley Drive
Grand Blanc, MI 48439

Thomas Beyer

,

Thomas E. Beyer

,

Thomas E. Beyer

,

Mohinder S. Bhatti

,

John Biafora

,

Mark Bianchi
3783 Wilson-Sharpsville Rd.
Cortland, OH 44410

Donald Jay Bice
2383 Andrews Drive N.E.
Warren, OH 44481-9333

Donald S. Bielicki

,

Jerome E. Biersack

,

Bruce A. Biller
858 Burritt Rd.
Hilton, NY 14468

Bing Metals Group, Inc.
,

Mary Binnion
2010 Drexel Dr
Anderson, IN 46011

Robert Jack Binnion
2010 Drexel Dr
Anderson, IN 46011

Bio-Serv Corporation
,

David B. Bishoff
,

Jacqueline J. Bishop
,

Tim O. Bishop
,

David J. Bisignani
,

Dennis A. Black
,

Franklin Black
,

Steven L. Black
,

Pamela Blake
,

William M. Blakesley
,

Ellen L. Blanchard
,

James Blaner
6188 Secret Lake Dr
Port Orange, FL 32128

John P. Blankenship
23599 East Clearmont Drive
Elkmont, AL 35620

Sam C. Blankenship

,

Sam C Blankenshp
1803 Longview Dr. SW APT. 21
Decatur, AL 35603

Frank J. Blasioli
5 Glenmore Circle
Pittsford, NY 14534

Connie S. Blaylock

,

David A. Blaze
4402 Bayberry Ct.
Warren, MI 48092

Karen Blazek

,

Harold D. Block

,

Gilbert J. Blok

,

Dean R. Bloom
726 Baker St.
Rochester Hills, MI 48307

Blue Cross and Blue Shield of Michigan

,

Blue Heron Micro Opportunities Fund, LLP
5315 North Kings Highway
Myrtle Beach, SC 29577

James P. Boardman on behalf of Unknown Emil Franz
6225 Gratiot
P.O. Box 6669
Saginaw, MI 48608

Sue Boarts

,

John L. Bockelman
11079 Innisbrooke Lane
Fishers, IN 46037

David G. Bodkin
,

Kathy Boger
,

Bona Vista
,

Bona Vista Programs, Inc.
,

Tina J. Bonanno
,

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

John L. Bonner
,

Larry Bonner
,

David Bookin
,

James R Boone
,

Cheryl Boor
7362 Oakcrest Dr
Hubbard, OH 44425-8723

Lana Boor
,

Lana D. Boor
,

Lisa Booth
,

Booth Udall, PLC

,

Borg Indak, Inc.

,

Russ Bosch

,

Taunee Boudreau

,

David F. Boull

,

Timothy C. Bousum

,

Eugene P. Bovenzi

,

Amy Bowers

,

Albert R. Bowman

,

Alex Boyd

,

Alexander J. Boyd
1093 Roseway Ave. SE
Warren, OH 44484

Don E. Boyd

,

Patty Boyd

,

Richard C. Boyd
2900 O'Hanlon Court
Williamston, MI 48895

Robert L. Boyd
121 Morningside Drive
Grand Island, NY 14072

Joseph C. Bracci

,

Bregitte Braddock

,

Bregitte Braddock

,

Gloria K. Bragg

,

Sara Jo Bragg

,

Wallace F. Brahm

,

Michael Branam

,

George E. Brand

,

Phyllis Brandt

,

Theresa G. Brandt

,

John S. Brannon

,

Edwin Scott Branscum

,

John R. Brantingham

,

Jayne Kratz Brasser

,

Richard P. Brasseur

,

William Braun
2348 Colony Way
Kettering, OH 45440

William L. Braun

,

Douglas F. Brechtelsbauer

,

Kathy Breece
,

Jay C. Breisch
,

Richard J. Bremer
,

Barbara S. Brenner
,

Richard Brenner
2452 Ridge Road
Vienna, OH 44473

Jeff J Brenske
,

Jeff J. Brenske
3683 Lone Rd
Freeland, MI

Keith Brewer
,

Kenneth A Brewer
1006 Laurelwood
Clinton, MS 39056

Rosemary Brewer
,

Wayne Brewer
106 Winding Hills Dr.
Clinton, MS 39056

Wayne C. Brewer
,

Harold Brier
,

Harold Brier
,

Frederick J. Brimmer
,

William Bringer
,

William H. Brinkman
,

Warren E Brinson
307 Mulberry Road
Chesterfield, IN 46017

Craig Brittin
,

Ward Britton
118 Laura LN.
Brockport, NY 14420

Victor Steven Broo
,

Gary J. Brooks
,

Cheryl L. Brown
,

Cheryl L. Brown
,

Chris Brown
,

Elizabeth M. Brown
241 Cricklewood Drive
Cortland, OH 44410

James Brown
,

Larry Brown
,

Lonzo Brown
,

Loretta N. Brown
,

Loretta N. Brown
,

Ralph D. Brown
,

Richard J. Brown

,

Richard J. Brown

,

Scott L. Brown

,

Thomas Brown

,

Thomas Brown

,

Brown & James, P.C.

,

Dewitt Brown on behalf of Creditor Arkema Inc.
Buchanan Ingersoll & Rooney PC
1835 Market Street
14th Floor
Philadelphia, PA 19103

J. Michael Brown on behalf of Unknown Hidria USA, Inc.
Gallivan, White & Boyd, PA
55 Beattie Place
Suite 1200
Greensville, SC 29601

Robert F. Brown on behalf of Unknown Mad River Transportation, Inc.
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Patrick R. Browne

,

Terry Browne

,

David L. Brownfield

,

Valerie S. Brubaker

,

Edward A. Brucken

,

Michael Bruewer

,

James Bruner

,

James A. Bruner

,

Dennis Brunner
3184 Hance Road
Macedon, NY 14502

Frederick Bruns

,

Brush Engineered Materials
17876 St. Clair Avenue
Cleveland, OH 44110

James A. Bruso
2809 Gatewood Drive.
Waterford, MI 48329

George W Brutchen PE

,

Linda K. Bryan

,

Ned C. Bryant

,

Patricia Bryant

,

Deneise Bryant Lymuel
1340 Amarello Drive
Clinton, MS 39056

Tamika A. Bryant on behalf of Other Prof. Howard & Howard Attorneys, P.C.
Howard & Howard Attorneys, P.C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304-5151

Terrance A. Buchaiski

,

Jacob W. Buchdahl on behalf of Plaintiff Delphi Corporation

Susman Godfrey LLP
654 MAdison Avenue
5th Floor
New York, NY 10065

Terry L. Buckley

,

Terry L. Buckley
160 W. 400N
Sharpsville, IN 46068

John Buckner
12062 Million Dollar Hwy.
Medina, NY 14103

Jim Buczkowski
5669 Leete Rd.
Lockport, NY 14094

Frank X. Budelewski

,

J. Michael Budenz

,

Daniel J. Buehler

,

Buell Automatics, Inc.

,

Bryan Bueltel

,

Buffalo Check Cashing, Inc.

,

Linda A. Bullens

,

Edward Bungo

,

Edward M. Bungo
379 Cherry Hill Lane
Cortland, OH 44410

Kathy Bungo

,

Barbara Pauline Burger
9844 S Glenmoor Ct.
Oak Creek, WI 53154

James M. Burke
,

Kenneth D. Burkett
,

John Burleson
,

Thomas Burleson
,

Thomas D. Burleson
22532 10 Mile Road
Saint Clair Shores, MI 48080

Dale E. Burnett
,

Robert L. Burnison
,

Barbara Burns
,

Barbara Burns
,

Joanne Burns
,

Ronald Burns
,

Lyle E. Burr
,

Lyle E. Burr
,

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Lee Ann Burrows
,

Fred Burton
167 Caesar Blvd.
Williamsville, NY 14221

Michael R. Burton

,

Deborah Busch

,

Richard W. Buschmann

,

Dennis C. Butler

,

Raymond O. Butler
713 Camellia Green Dr.
Sun City Center, FL 33573

Robert E. Butler

,

Gary L. Butterfield

,

John Wm Buttler

,

James Butts

,

Charles W. Byer

,

William Byers

,

William J. Byers

,

Russell D. Byrer

,

Ronald B. Byrns

,

C&S Logos Patent and Law Office

,

CDW Computer Centers, Inc.

,

CH & I Technologies, Inc.

,

CH2M Hill, Inc.

,

CPI Control & Power, Inc.

,

CT Corporation

,

CT Corporation

,

CT a Wolters Kluwer Business

,

CTP Carrera, Inc. d/b/a Carclo Technical Plastics

,

CTP Carrera, Inc., d/b/a Carclo Technical Plastics

,

Cadena Law Firm, P.C.

,

JoEllen Cain

,

JoEllen Cain
7150 E 00 NS
Greentown, IN 46936

Barbara Lee Caldwell on behalf of Unknown Maricopa County Treasurer
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

James W. Calhoun

,

Thomas R. Califano on behalf of Interested Party John E. Benz & Co.
DLA Piper LLP (US)
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;john.mcnicholas@dlapiper.com;william.coleman
@dlapiper.com;robert.ware@dlapiper.com;christopher.thomson@dlapiper.com;mark.c.smith@dlapiper.com;kri
stin.rosella@dlapiper.com;camisha.simmons@dlapiper.com

Joseph M. Callahan

,

Callanan Industries, Inc.

,

Marsha Calloway

,

Marty Campana

,

Gary W. Campbell

,

Kenneith R. Campbell

,

Thomas L. Campbell

,

Carole Canter

,

Ken Cantrell

,

Kenneth K, Cantrell

,

James A. Caporini

,

Joseph A. Carbone on behalf of Unknown Comptrol Incorporated
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Manuel Cardenas

,

Manuel Cardenas
105 Provincial Ct#3
Saginaw, MI 48638

Cardinal Law Group, Ltd.

,

Thomas J Carella
685 Sara Court
Lewiston, NY 14092

Thomas J. Carella

,

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Thomas P. Carlin

,

Robert W. Carlson

,

Joan B. Carmack

,

Randy F. Carmen

,

Sheryl L. Carnivale

,

Gary Carpenter

,

Janice M. Carpenter

,

Paula Carpentiari

,

Paula Carpentieri

,

Dwayne M. Carr
604 Brookmeade Court
Beavercreek, OH 45434

Edward A. Carr

,

Thomas G Carrier
2161 S Ryan Ct
Bay City, MI 48706

Richard T. Carriere

,

Roberto Carrillo on behalf of Unknown Tecnomec S.R.L.
Garvey Schubert Barer
100 Wall Street
20th Floor
New York, NY 10005

Kathy Carrithers

,

Cathleen Carroll

,

Charles H. Carson

,

Thomas J. Carson
5514 Forest Hill Rd
Lockport, NY 14094

Sharyl Carter

,

Sharyl Carter

,

Sharyl Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter
92 Woolery Lane # C
Dayton, OH 45415

Sharyl Yvette Carter
1541 LaSalle Avenue
#1
Niagra Falls, NY 14301

Sheila D Carter

,

Marianne Case

,

Roy Case
16920 Roslyn Lee Lane
Athens, AL 35613

Dwight E. Casler

,

Gary Casterline
7895 Raglan Drive
Warren, OH 44440

Kevin W. Castor

,

Kevin W. Castro
3610 Nichol Ave.
Anderson, IN 46011

Henry Caswell
Wise Choice British Foods
6171 Brandt Pike
Huber Heights, OH 45424

Catalytic Solutions, Inc.

,

Pamela Cates

,

Cathy J. Dorland

,

Robert A. Catron

,

George B. Cauthen

,

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

James B. Cech

,

Cheryl Cera

,

Brad A. Chalker on behalf of Unknown Jospeh Reno
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

William R. Chamberlain

,

Richard Chandler

,

Peggy R. Chaney

,

Peggy R. Chaney
3193 Solar Dr. NW
Warren, OH 44485

Elaine L. Chao
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street
Room 844
Chicago, IL 60604

Marcus Chao

,

Janet L. Chaplin

,

Lynda L. Chapman

,

Ralph E. Chapman

,

Sarah B. Chapman Carter

,

Jeanine S. Chart

,

David Chatt
7133 Northledge Drive
Lockport, NY 14094

David M. Chatt

Jeanine S. Chatt
7133 Northledge Dr.
Lockport, NY 14094

Madan Chatterji
,

Madan Chatterji
,

Arun K. Chaudhuri
13940 Stonemill Circle
Carmel, IN 46032

Maria E. Chavez-Ruark on behalf of Creditor Constellation NewEnergy - Gas Division, LLC
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209

Charles C. Chen
,

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Stuart F. Cheney on behalf of Unknown Autocam Corporation
,

Matthew W. Cheney on behalf of Unknown Westwood Associates, Inc.
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Chester, Willcox & Saxbe, LLP.

,

Simeon Chikildin
1604 W 11th Street
Muncie, IN 47302

Charles E. Childs

,

Charles E. Childs
647 South, 850 East
Greentown, IN 46936

Robert Childs

,

Mark Ira Chinitz on behalf of Unknown Key Safety Systems, Inc.
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174
mark.chinitz@steinrisomantel.com

Nancy Christopher

,

Ken Chung

,

Shao Chung

,

Joseph A. Cianciosa
7325 Balla Drive
North Tonawanda, NY 14120

Matthew Ciaramitaro

,

Chet Ciesinski

,

Robert Ciesluk

,

Salvatore L. Ciferno

,

Thomas C. Clair

,

Melba R Clapp

,

Timothy A. Clar
782 Hightower Way
Webster, NY 14580

Michael D. Clark

,

Michael D. Clark

,

Ronald T. Clark

,

R. John Clark on behalf of Creditor Alliance Precision Plastics Corporation
Hancock & Estabrook, LLP
1500 Tower 1
P.O. Box 4976
Syracuse, NY 13221-4976

Megan E. Clark on behalf of Creditor Carl Allison
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Suite 1500
Austin, TX 78701

Bruce Clary

,

Roger C. Class
13712 White Cap Dr.
Sterling Hts., MI 48313

Mark G. Claypool on behalf of Creditor Matrix Tool, Inc.
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461

Ralph Clayson

,

Clerk of Court

,

Clerk's Office U.S. Bankruptcy Court

,

John Clifford
Gasport, NY 14067

Robert & Barbara L Cline
3108 Tally Ho Dr
Kokomo, IN 46902

William K. Clupper

,

David L Clute

,

William J. Coats
456 Greenmount Drive
Canfield, OH 44406

Robert W. Coberg

,

Joseph D. Cocca

,

Coface North America, Inc.

,

Thomas W. Coffey

,

Theodore C. Coffield
9210 Ray Road
Gaines, MI 48436

Gina D. Coggin on behalf of Unknown Sandra Williams
RHEA, BOYD, RHEA & COGGIN
930 Forrest Avenue
Gadsden, AL 35901

Jeffrey L. Cohen on behalf of Creditor Greywolf Capital Management LP
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
jcohen@cooley.com

Douglass Cole

,

Douglass L. Cole

,

Douglass L. Cole

,

Douglass L. Cole

,

Collector of Revenue for St. Louis County, Missouri

,

Collector of Revenue, St. Louis County, Missouri

,

Lin Collin

,

Howard Collins

,

Nancy L. Collins
14531 Grande Cay
Cir #3009
Fort Myers, FL 33908-7987

Raymond D. Collins

,

Raymond D. Collins
14531 Grande Cay Ctr.
Apt. 3009
Fort Myers, FL 33908-7987

Ronald L. Collins

,

Carl D. Colpean
18 Southlawn Ct.
Saginaw, MI 48602

Daniel Coltoniak

,

Daniel R. Coltoniak

,

Denice Combs

,

Donice Combs

,

Kevin M. Comer

,

Max D. Comerford

,

Commissioner of Revenue for theCommonwealth of Massachusetts ("MDOR")

,

Commodity Management Services and GBS Printed Products & Services

,

Commonwealth of Pennsylvania Department of Revenue

,

James R. Conger

,

Robert J. Conklin

,

Karen Conner

,

Michael P. Connerton
8 Cricket Knoll Ln.
Carmel, IN 46033-1962

Chris Connolly

,

Debby Connolly
608 S 12th Ave
Saint Charles, IL 60174

Edward L Conover
5422 Fosdick Rd.
Ontario, NY 14519

William J. Conroy

,

Control Masters, Inc.

,

Controls Crew Co., Inc.

,

William J. Conwell

,

Carol L. Cook

,

Gary Y. Cook

,

Susan A. Cook

,

Michael L. Cook on behalf of Interested Party D.C. Capital Partners, L.P.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com

Ted E. Cookman
6320 Franklin Trail
El Paso, TX 79912

Debra Jean Cooley

,

Michael Bruce Cooley

,

Duane D. Cooper

,

Merel L. Cooper

,

Richard L Cooper
10497 Perry Road
LeRoy, NY 14482

Jeffrey A. Cooper on behalf of Unknown Specialty Coatings Systems Eft.
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
jcooper@carellabyrne.com

David A. Copp

,

Robert B. Corbin

,

Robert S. Corbin
271 Crescent Place #3A

Yonkers, NY 10704

Anthony V. Cornacchione
1675 Fox Trail
Bellbrook, OH 45305

Larry Cornell
151 Christina Dr.
North Chili, NY 14514

Thomas V. Cornell
,

Cornell University
,

Don Corpier
,

Don C. Corser
,

John R. Costello
,

Michael D. Courtney
,

David K. Cox
1038 Carnoustie Circle
Grove City, OH 43123

Howard M. Cox
,

Ronald W Cox
9610 Oakhaven Ct
Indianapolis, IN 46256

Angelika J. Coyle
,

Brenda L. Cozart
,

Larry Cracraft
,

Larry F. Cracraft
,

Caver Craig

,

Charles E. Craig
1377 Cranbrook Dr. NE
Warren, OH 44484

James A Craig
18751 Whitcomb Place
Noblesville, IN 46062

Julia M. Craig
1377 Cranbrook Dr. NE
Warren, OH 44484

Kerry A. Crain

,

David J. Crandall

,

David M Crandall
1023 Pendle Hill Ave
Pendleton, IN 46064

Martin E. Crandall on behalf of Creditor Milan Belans
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Floyd C. Crawford
901 Carriage Hill Drive
Salem, OH 44460

John Crawford

,

John C. Crawford

,

Creative Techniques, Inc.

,

Credit Suisse

,

Carol Creel

,

Lawrence H. Cresswell

53 Winding Creek Lane
Rochester, NY 14625

Curtis L. Crittendon
,

Thelma Pat Crittendon
3009 Darwin Lane
Kokomo, IN 46902

Lawrence F. Croisdale
,

James A. Crooks
,

Gerald Cross
,

William E. Cross
,

James L. Crouse
,

William E. Crousore
,

Crown Credit Company
,

Phil H. Crum
,

Richard T Cruse
9 Beacon Park - Unit I
Amherst, NY 14228

Richard T. Cruse
9 Beacon Park-Unit I
Amherst, NY 14228

Jack L Crusey
9301 Leafy Hollow Ct
Dayton, OH 45458-9416

Thomas M. Cryan, Jr on behalf of Plaintiff Delphi Corporation
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Richard D. Culbertson

,

Ralph E. Culliton

,

William Keith Cummins

,

William Keith Cummins
17236 Street Car Rd.
Brookville, IN 47012

Charles Cunningham

,

Charles R. Cunningham

,

Gary H. Cunningham

,

Gary H. Cunningham
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Road
10th Floor
Troy, MI 48084

Juanita M Cunningham
5079 Shady Oak Trl
Flint, MI 48532

Mary Beth Cunningham

,

Marybeth Cunningham

,

Sandra Sullivan Cunningham

,

Cunningham Engineering, Inc.

,

John K. Cunningham on behalf of Unknown Appaloosa Management L.P.
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com,
rkebrdle@whitecase.com;icruz@whitecase.com;fmenendez@whitecase.com;lbegy@whitecase.com;jdisanti@w

hitecase.com;mcosbny@whitecase.com

Anita Curran
4210 East Lake Road
Livonia, NY 14487

Anita D. Curran

,

James Curran
4210 East Lake Road
Livonia, NY 14487

Michael J. Curran

,

Steven M. Curran
54 Anglers Cove
Hilton, NY 14468

Currie Kendall PLC

,

Andrew Currie on behalf of Debtor Delphi Corporation
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Larry Cusick

,

Randall Cyman

,

Randall E. Cyman
3321 N. Old Hwy 421
Greensburg, IN 47240

Kenneth S. Czernik

,

Raniero D'Aversa on behalf of Creditor Bank of America, N.A.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-001
rdaversa@orrick.com, crogers@orrick.com

D-J, Inc.

,

Nancy Dabney

,

W.M. Howard Dahlem
1801 Townshend Tr. SW.
Decatur, AL 35603

William Dahlquist

,

Jimmie Dallas
1119 Irving Way
Anderson, IN 46012

Craig Alan Damast on behalf of Attorney Blank Rome
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Paul Danahy
35 Mont Morency Dr.
Rochester, NY 14612

Paul R. Daniel

,

Patrick D. Daniels

,

Alvin N. Darbee
6308 Heritage Pt. S.
Lockport, NY 14094

David Darnell

,

Richard L Darst on behalf of Creditor James Nguyen
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Dennie M. Dashkovitz
9310 Buck Rd
Freeland, MI 48623

Dennis Dashkovitz

,

Herbert S. Daugherty

,

James D. Daugherty

,

Tim Daves
16481 Dusk Light Drive
Fenton, MI 48430

David C. Hines

,

David Green

,

David Smith

,

John R Davidson
2823 Lower River Road SE
Decatur, AL 35603

John R. Davidson

,

James E. Davies

,

Barbara J. Davis

,

Billy Davis

,

Daniel R. Davis
4505 Willow Dr.
Kokomo, IN 46901

Diane M. Davis

,

Henry Davis
Jackson, MS

James R. Davis

,

James R. Davis
394 Westchester Drive SE
Warren, OH 44484

John E. Davis
151 Republic Ave
NW