# EXHIBIT 35

# EXHIBIT 35

## HSS LLC, Adv. Pro. No. 07-02489-rdd

HSS LLC ("HSS") received notice of the of Filing of the Final Extension Motion, as well as the second and third extension motions, via its counsel Dennis M. Haley, Winegarden Haley Lindholm & Robertson, PLC.  Mr. Haley is identified as having received the electronic Notice of Filing the Final Extension Motion, as well as the second and third Extension Motions.  With each Notice of Electronic Filing was a hyper-link to the Extension Motion.  *See Ex. 35(a), Notice of Electronic Filing, p. 10, dated February 28, 2008;  See Ex. 35(b), Notice of Electronic Filing,  p. 10, dated April 10, 2008; See Ex. 35(c), Notice of Electronic Filing, p. 15, October 2, 2009.*[6] Mr. Haley received the Notice of Electronic Filing at his current email address, dhaley@winegarden-law.com.  *See Ex. 35(a), 35(b) and Ex.35(c).*  Mr. Haley acknowledged in his Affidavit that he and the firm of Winegarden Haley Lindhom & Robertson, PLC "represented HSS in all matters involving the Delphi bankruptcy, and [he was] the primary attorney in the law firm handling these matters."  *Ex. 35(d), ¶4.*

HSS also filed the Affidavit of  Phillip Shaltz, HSS's managing member.  *Ex. 35(e).*  In his affidavit, Mr. Shaltz states that "neither HSS, LLC nor its counsel, Winegarden Haley Lindholm & Robertson, PLC, is listed" on Exs. A or B of the October 7, 2009 Proof of Service of the Final Extension Motion.  *Ex. 35(e), ¶ 11.*  Mr. Shaltz also asserts that neither HSS nor its counsel had "notice of the filing of this Motion."  *Id.*  HSS's counsel, Dennis Haley, states that "[n]either [he] nor any other attorney at the law firm of Winegarden Haley Lindhom & Robertson, PLC received notice of any of the Debtors' Motions to extend the deadline for service

---

[6] On this Notice, and only this notice, Mr. Haley is identified as representing Genesee Packaging, Inc.

or process in the HSS preference case, or in any other preference action brought by the Debtor."
*Ex. 35(d), ¶ 4.*

Through the information conveyed in the above filings, HSS cannot credibly deny knowledge that avoidance claims were filed and placed under seal and the summonses had been extended.  HSS was the 8th largest unsecured creditor in the Delphi bankruptcy.  On March 5, 2009, HSS's chief executive officer, Dave Gawthrop, provided comment on Delphi's bankruptcy, stating that at the time, HSS had $150 million of materials and equipment under management for GM and Delphi. *See Automotive News*, *October 8, 2005, Ex. 9.*

Moreover, HSS had every reason to anticipate that it was the target of one of the avoidance claims.  As set forth in the complaint, HSS was a significant supplier who shortly before the chapter 11 petition was filed demanded modified payment terms and received over $2.3 million in non-ordinary course payments.  The transfers were wired to HSS in 3 payments, dated October 6, 2005 and October 7, 2005.  *Ex. 35(f), HSS October 2005 Transfer Payments.* This was only 2 days before the Delphi chapter 11 petition was filed and undoubtedly HSS understood the preference implications.

In addition to the notice identified above, the company received other confirmation that avoidance claims had been filed under seal and the time to serve the complaints and summonses had been extended through the First Amended Plan Disclosure Statement, filed in December 2007, which was served on HSS.  *See Affidavit of Service (Docket No. 11974).*[7]  On December 13, 2007, the Debtors also filed a copy of the Disclosure Statement publicly with their Form 8-K (Docket No. 11388).  The Disclosure Statement outlined in detail that Preference Claims were to be filed under seal, with service deferred until after the limitations period.  As this Court

---

[7] *Ex. 7, Service List: Executory Contract and Unexpired Leases, p. 108.*

discussed during the July 22, 2010 hearing, the Disclosure Statement, combined with the defendants' knowledge that they had in fact received preferential transfers, put the defendants on notice of the preference claim procedures at issue and on inquiry notice as to the need to monitor preference claim developments. *Ex. 8, July 22, 2010 Transcript, pp. 150-153.*

Further the likelihood that a multimillion dollar avoidance claim might be brought could not have escaped HSS's attention because HSS was listed as one of the Debtors' 50 largest unsecured creditors, along with Robert Bosch Corporation, PBR Automotive USA Pacific, Victory Packaging, Philips Semiconductors, Applied Bio Systems, Methode and Timken. Sophisticated creditors like HSS typically are well aware of prospects and risks of preference litigation and it seems unlikely that creditors like HSS could be surprised or caught off guard when such preference complaints are finally filed. *See also In re TWA Inc. Post Confirmation Estate*, 305 B.R. 221, 227 (D. Del. 2004) ("[I]n large chapter 11 cases sophisticated creditors typically are well aware of prospects and risks of preference litigation. … Thus, it seems unlikely that creditors could be surprised or caught off guard when such preference complaints are finally filed.").

# EXHIBIT A

REDACTED

**From:** nysbinfo@nysb.uscourts.gov
**Date:** February 28, 2008 10:11:05 PM EST

**To:** courtmail@nysb.uscourts.gov
**Subject: 05-44481-rdd Motion to Extend Time**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Butler, John Wm. entered on 2/28/2008 at 10:09 PM and filed on 2/28/2008

**Case Name:**     Delphi Corporation
**Case Number:**   05-44481-rdd
**Document Number:** 12922

**Docket Text:**
Motion to Extend Time *Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(B)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order* filed by John Wm. Butler Jr. on behalf of Delphi Corporation. with hearing to be held on 3/19/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 3/12/2008, (Attachments: # (1) Proposed Order# (2) Notice) (Butler, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\temp\CONVERT\Motion.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/28/2008] [FileNumber=6519604-0] [9805e69bf9c14c51ec54a111329fc00f31b73dc236e38ce4b5dde0a04a713f1ffb33a 54fee8db87ecc32e94b7ef43826e606ce39ce9c983f44f2a08138188075]]
**Document description:** Proposed Order
**Original filename:** C:\temp\CONVERT\Order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/28/2008] [FileNumber=6519604-1] [8c3b7c27170111bd6fda3c648d63640ceadbc57cecfbaab0935fde6d17689bfdb482d 8c35301564c8dcd1650eb0d49dc7d706026d691c4eb940e3859fff5168e]]
**Document description:** Notice
**Original filename:** C:\temp\CONVERT\Notice.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=2/28/2008] [FileNumber=6519604-2] [3398c13952cb78242944c522bc2f3d3861acce70e72cfd99778536bdb75e6ee003ffe c0d17f4c5bed773395cef07cc32ae65f0a3df87984da7a6c14c8ea0128c]]

**05-44481-rdd Notice will be electronically mailed to:**

Anne Marie Aaronson       aaronsoa@pepperlaw.com

David B. Aaronson       david.aaronson@dbr.com

Elizabeth Abdelmasieh       elizabeth@regencap.com

Franklin C. Adams       franklin.adams@bbklaw.com

Jason R. Adams       jadams@torys.com

Jennifer L. Adamy       bankruptcy@goodwin.com

David J. Adler       dadler@mccarter.com

Michael J. Alerding       malerding@binghammchale.com

Joseph W. Allen       jallen@jaeckle.com

Christopher A. Andreoff       candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker       philip.anker@wilmerhale.com

Joel D. Applebaum       japplebaum@clarkhill.com

Allison R. Bach       abach@dickinsonwright.com

Stephen M. Bales       sbales@zieglermetzger.com

C. David Bargamian       dbargamian@bsdd.com

Courtney Engelbrecht Barr       cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com

William J. Barrett       william.barrett@bfkn.com

David S. Barritt       barritt@chapman.com

Joseph M. Barry       jbarry@ycst.com

Douglas P. Bartner       dbartner@shearman.com,
bankruptcy@shearman.com,mtorkin@shearman.com,ned.schodek@shearman.com,bryan.kaplan@shearman.co
m,henry.nguyen@shearman.com,yuichi.haraguchi@shearman.com,atenzer@shearman.com,justin.hewitt@shea
rman.com,gloria.huang@shearman.com,danielle.kalish@shearman.com

Donald F. Baty       dbaty@honigman.com

Douglas P. Baumstein       dbaumstein@whitecase.com

Peter Nils Baylor       pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher       rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Thomas M. Beeman    tom@beemanlawoffice.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@t
eamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;jfalco@teamtogut.
com;jwisnia@teamtogut.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jbernstein@mdmc-law.com

Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com

Brendan G. Best    bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker    monicablacker@akllp.com

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

William M. Braman    wmbraman@binghammchale.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    timothy.brink@dlapiper.com

Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dewitt.brown@bipc.com

J. Michael Brown    mbrown@gwblawfirm.com

Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Robert A. Calinoff    rcalinoff@candklaw.com

Judy B. Calton    jcalton@honigman.com

Paul W. Carey    bankrupt@modl.com, pwcarey@modl.com

Scott Cargill    scargill@lowenstein.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Roberto Carrillo    rcarrillo@gsblaw.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com

Rocco A. Cavaliere    rcavaliere@blankrome.com, senese@blankrome.com

Babette A. Ceccotti    bceccotti@cwsny.com

Sarah B. Chapman Carter    scarter@pselaw.com

Erik G. Chappell    egc@lydenlaw.com

J Eric Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu    cchiu@daypitney.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhlaw.com

Louis A. Curcio    lcurcio@tpwlaw.com

Vincent D'Agostino    vdagostino@lowenstein.com

Jeannine D'Amico    jeannine.damico@cwt.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis    mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre    cdelatorre@boselaw.com

James J. DeCristofaro    james.decristofaro@lovells.com

James J. DeCristofaro    jdecristofaro@mofo.com

Karen Veronica DeFio    kdefio@bsk.com

J. Michael Debbeler    mdebbeler@graydon.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Gerard DiConza    gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman    houston_bankruptcy@publicans.com

Karen Dine    karen.dine@pillsburylaw.com

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos    william.dornbos@oag.state.ny.us

Mary Joanne Dowd    dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

David G. Dragich    ddragich@foley.com

David B. Draper    ddraper@terra-law.com

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com

Seth A. Drucker    sdrucker@honigman.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton    featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi    weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com

Gayle Ehrlich    gehrlich@sandw.com

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

Paige Leigh Ellerman    ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Michael R. Enright    menright@rc.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich    margot.erlich@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Kathleen A. Farinas    kf@lgrslaw.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears    bfears@law.ga.gov, 02bf@law.ga.gov

Benjamin D. Feder    ben.feder@thompsonhine.com

Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan L. Flaxer    jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

Edward M. Fox    efox@klgates.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, mtroendle@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit   jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick   larryglick@erols.com

Ronald L. Glick   rlg@stevenslee.com

Matthew Alexander Gold   courts@argopartners.net

Scott R. Goldberg   sgoldber@quarles.com

Scott A. Golden   sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich   nashvillebankruptcyfilings@stites.com

Robert D. Gordon   rgordon@clarkhill.com

Gary A. Gotto   ggotto@krplc.com

Garry M. Graber   ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

David S. Gragg   dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham   jgraham@sommerbarnard.com,
ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com

Warren R. Graham   wrg@dmlegal.com

Gary E. Green   ggreen@fagelhaber.com

Jonathan S. Green   greenj@millercanfield.com

Wendy B. Green   wgreen@formanlaw.com

John T. Gregg   jgregg@btlaw.com

Lisa S. Gretchko   lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross   sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow   sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin   janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak   phcdelphi@priceheneveld.com

Peter J. Gurfein   pgurfein@akingump.com

Elizabeth A. Haas   info@thehaaslawfirm.com

Dennis M. Haley   dhaley@winegarden-law.com

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com

Alan D. Halperin    ahalperin@halperinlaw.net,
eganc@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net

Matthew W. Hamilton    electronicnotice@fulcruminv.com

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel    lah@groom.com

William M. Hawkins    whawkins@loeb.com

Nava Hazan    nhazan@mwe.com

Ryan D. Heilman    rheilman@schaferandweiner.com

Ira L. Herman    ira.herman@tklaw.com, bankr.nyc@tklaw.com;suhailah.sallie@tklaw.com

Neil E. Herman    Nherman@morganlewis.com

Brian S. Hermann    bhermann@paulweiss.com

William Heuer    wheuer@dl.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl    mholl@mayerbrownrowe.com

Stephanie K. Hoos    stephanie.hoos@bingham.com

Bruce W. Hoover    bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com

John R. Humphrey    jhumphrey@sbalawyers.com,
jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Donald J. Hutchinson    hutchinson@millercanfield.com

Roland Hwang    hwangr@michigan.gov

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Dana P. Kane    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Jocelyn Keynes    jk@stevenslee.com

Ron Kilgard    BankruptcyECF@krplc.com, BankruptcyECF@krplc.com

Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg    bklineberg@moritthock.com

Jonathan Koevary    jkoevary@kramerlevin.com, rwagner@kramerlevin.com

Howard Koh   hkoh@meisterseelig.com

Seth F. Kornbluth   skornbluth@herrick.com

Alan M. Koschik   akoschik@brouse.com

Lawrence J. Kotler   ljkotler@duanemorris.com

Stuart A. Krause   skrause@zeklaw.com

Julia S. Kreher   jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com

Duane Kumagai   dkumagai@rutterhobbs.com

David R. Kuney   dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;
emcdonnell@sidley.com

Glenn M. Kurtz   gkurtz@whitecase.com

Randall D. LaTour   rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com

Darryl S. Laddin   bkrfilings@agg.com

Stuart A. Laven   slaven@bfca.com

James N. Lawlor   jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou   elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere   davidl@bolhouselaw.com

Harris Donald Leinwand   hleinwand@aol.com, hleinwand@aol.com

David E. Lemke   david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy
@wallerlaw.com

Joseph H. Lemkin   jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee   ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi   jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson   jml@ml-legal.com

Kenneth M. Lewis   klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis   kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com

Mark S. Lichtenstein   mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel   schnabel.eric@dorsey.com

Dennis W. Loughlin   dloughlin@wnj.com, sfraser@wnj.com

Daniel A. Lowenthal   dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz   plubitz@schiffhardin.com

Donald K. Ludman   dludman@brownconnery.com

Matthew J. Lund   kovskyd@pepperlaw.com

Sara Klettke MacWilliams   skm@h2law.com

Amina Maddox   amina.maddox@law.dol.lps.state.nj.us

John S. Mairo   jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner
@pbnlaw.com;daamedeo@pbnlaw.com

Donald W. Mallory   donald.mallory@dinslaw.com

Amy Wood Malone   amalone@colwinlaw.com

Jacob A. Manheimer   mpottle@pierceatwood.com

Nauni Manty   ecfb@felhaber.com

Kayalyn A. Marafioti   kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis   amargulis@ropers.com

Dorothy H. Marinis-Riggio   demarinis@candklaw.com

Ilan Markus   imarkus@tylercooper.com

John J. Marquess   jjm@legalcost.com

Madison L. Martin   nashvillebankruptcyfilings@stites.com

Richard Gary Mason   rgmason@wlrk.com

Victor J. Mastromarco   vmastromar@aol.com

Thomas J. Matz   tmatz@skadden.com

Kristin B. Mayhew   abothwell@pepehazard.com

Daniel P. Mazo   dpm@curtinheefner.com

Aaron G. McCollough    amccollough@mcguirewoods.com

Michael K. McCrory    michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Scott S. McKessy    smckessy@reedsmith.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris    gmcmorris@stinsonmoheck.com

Austin L. McMullen    amcmulle@bccb.com

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com

Timothy Mehok    timothy.mehok@hellerehrman.com

Richard M. Meth    msteen@daypitney.com

G. Christopher Meyer    cmeyer@ssd.com

Sally Meyer    smeyer@madisonliquidity.com

Merle C. Meyers    mmeyers@mlg-pc.com

Robert N. Michaelson    rmichaelson@klgates.com

Angela Z. Miller    amiller@phillipslytle.com, jhahn@phillipslytle.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller    miller@taftlaw.com

Alan K. Mills    amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff    lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy    jmoloy@dannpecar.com

Michael C. Moody    mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog    amoog@hhlaw.com

Brett S. Moore    bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschec
hter@pbnlaw.com;jsbasner@pbnlaw.com

Brian F. Moore    bmoore@mccarter.com

Gene T. Moore    gtmlaw@bellsouth.net

Thomas R. Morris    morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison    amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison    sarah.morrison@doj.ca.gov

Whitney L. Mosby    wmosby@binghammchale.com

Eric T. Moser    eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola    alisa@contrariancapital.com

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy    murph@berrymoorman.com

Lawrence J. Murphy    lmurphy@honigman.com

Robert D. Nachman    rnachman@scgk.com

Bruce S. Nathan    bnathan@lowenstein.com

Michael R. Nestor    bankruptcy@ycst.com

Lauren Newman    inewman@fagelhaber.com

Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton    rnorton@hunton.com

Gordon Z. Novod    gnovod@kramerlevin.com

Kasey C. Nye    knye@quarles.com

Michael P. O'Connor    mpolaw@aol.com

Michael O'Hayer    mkohayer@aol.com

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com

Patrick J. Orr    porr@klestadt.com

Karen Ostad    kostad@mofo.com

Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Nicholas R. Pagliari    npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Charles N. Panzer    cpanzer@sillscummis.com

Richard J. Parks    rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish    fparrish@kslaw.com

Susan P. Persichilli    susan.persichilli@bipc.com

Geoffrey J. Peters    colnyecf@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis    cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kgreenspan@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.co
m;eschnitzer@hahnhessen.com;jzawadzki@hahnhessen.com;mmarhyan@hahnhessen.com

Susan Power-Johnston    sjohnston@cov.com

Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com

Dennis E. Quaid    dquaid@fagelhaber.com

Paul A. Rachmuth    prachmuth@reedsmith.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Gary Ravert    gravert@mwe.com

Eric T. Ray    eray@balch.com

Ira A. Reid    ira.a.reid@bakernet.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;ceilbott@cm-p.com;jdrew@cm-p.com;sbeyer@cm-p.com;jthomison@curtis.com

Kenneth A. Reynolds    kar@pryormandelup.com

Geoffrey A. Richards    grichards@kirkland.com

Marc E. Richards    mrichards@blankrome.com

Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen    srosen@cb-shea.com

Heath D. Rosenblat    hrosenblat@kayscholer.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin    brubin@burr.com

Maura I. Russell    jguerrier@dreierllp.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Ilan D. Scharf    ischarf@pszjlaw.com

Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling    william.schorling@bipc.com

Christopher P. Schueller    christopher.schueller@bipc.com, darcy.drons@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Sheila R. Schwager    srs@hteh.com

Bryan I. Schwartz    bschwartz@lplegal.com

Matthew L. Schwartz    matthew.schwartz@usdoj.gov

Mark S. Scott    mscott@riemerlaw.com

Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com

Howard Seife    arosenblatt@chadbourne.com

Jay Selanders    jay.selanders@kutakrock.com

Gary I. Selinger    gselinger@hodgsonruss.com

Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro    shapiro@steinbergshapiro.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill    mark.sherrill@sablaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com

Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Aaron M. Silver    asilver@honigman.com

Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon    jsimon@foley.com

Joseph E. Simpson    jsimpson@hselaw.com

Thomas R. Slome    mail@rsmllp.com

Wendy W. Smith    wendy@bindermalter.com

Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder    jsnyder@tpwlaw.com, jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon    msolomon@burr.com

Sean C. Southard    ssouthard@klestadt.com, sfurst@klestadt.com

Paul H. Spaeth    spaethlaw@phslaw.com

Robyn J. Spalter    notice@regencap.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Byron C. Starcher     byron.starcher@nelsonmullins.com

Robert J. Stark     claukamg@brownrudnick.com

Catherine Steege     csteege@jenner.com

Matthew B. Stein     mstein@sonnenschein.com

Bonnie Steingart     steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Stephen P. Stella     attorneystella@sszpc.com

Malani Sternstein     msternstein@sheppardmullin.com

Alexander Stotland     axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland     bstrickland@wtplaw.com

Joseph G. Strines     joseph.strines@dplinc.com

James M. Sullivan     jmsullivan@mwe.com

Michelle T. Sutter     msutter@ag.state.oh.us

Paul Sweeney     psweeney@linowes-law.com

Dona Szak     dszak@ajamie.com

Robert Szwajkos     rsz@curtinheefner.com

Douglas T. Tabachnik     dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton     roger.tarbutton@jocogov.org

John E. Taylor     jtaylor@binghammchale.com

Samuel Jason Teele     jteele@lowenstein.com

Andrew M. Thaler     thaler@tglawfirm.com, thaler@tglawfirm.com

Zakarij O. Thomas     zothomas@klettrooney.com

Janice L. Thompson     Thompson.Janice@dol.gov

Melinda S. Thornton     cao.bkc@miamidade.gov

Gordon J. Toering     gtoering@wnj.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue    mtrentadue@boselaw.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Philip Urofsky    philip.urofsky@cwt.com, purofsky@yahoo.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@eapdlaw.com

Lori V. Vaughan    lvaughan@foley.com

Frank F. Velocci    frank.velocci@dbr.com, steven.alfred@dbr.com

Gary Vist    gvist@masudafunai.com

Joseph J. Vitale    jvitale@cwsny.com

Arthur T. Walsh    rkirby@omclaw.com

Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner    bankruptcy@warnerstevens.com

W. Clark Watson    cwatson@balch.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub    wweintraub@fklaw.com

Jay Welford    jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David A. Wender    david.wender@alston.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Richard L. Wynne    richard_wynne@kirkland.com;sperry@kirkland.com

Zhiyuan Xu    mxu@schiffhardin.com

David Farrington Yates    fyates@sonnenschein.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com, Bos-bankruptcy@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

Elizabeth B. Ahlemann
905 West Boulevard N.
Elkhart, IN 46514

1599963 Ontario Limited
,

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

975 Opdyke LP, et al.
,

AFI, LLC
One University Plaza

Suite 312
Hackensack, NJ 07601

Actoras Partners LTD
,

Affinia Group Inc.
,

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.
,

Akerman Senterfitt
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Michael J. Alerding
,

Allen & Overy LLP
,

Alstom Power Environmental Consult GmbH
,

Alstom Power Equipment
,

Harvey Altus
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

American Finance Group, Inc. d/b/a Guaranty Capital Corporation
,

American Molded Products LLC
,

Mark K. Ames
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Ames Reese, Inc.

,

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Kyra E. Andrassy
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Joel D. Applebaum

,

Association of Businesses Advocating Tariff Equity

,

Bruce D. Atherton
BRUCE D. ATHERTON & ASSOCIATES, PLLC
455 S. 4th Street, Suite 1450
Louisville, KY 40202-2528

Atradius

,

B & B Machine & Grinding Service, Inc.

,

Russell C. Babcock

,

Kristine G. Baker

,

Ball Systems, Inc.

,

Banco J.P. Morgan, S.A., Institucion de Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, Not
Individually, but in its Capacity as Trustee of Trust F/00121; Prudential Financial, Inc.; Prude

,

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.bane@ropesgray.com

Bank of America, N.A.

,

Bank of America, N.A.

,

Alice J. Banus

,

Margaret Bartindale
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Robert E. Bartkus
DILLON, BITAR & LUTHER LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

Andrew R. Basile

,

Bay County (FLA.) Tax Collector's

,

Bay County, Florida

,

Bay County, Florida, Tax Collector

,

Beacon Reel Co.

,

Victoria Bean

,

Michael Beard

,

Jody A. Bedenbaugh

,

Bell, Anderson & Sanders LLC

,

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue

New York, NY 10178
hbeltzer@morganlewis.com

Bradley A. Bennett
,

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Bing Metals Group, Inc.
,

Bio-Serv Corporation
,

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022
Anthony_Boccanfuso@aporter.com, quebecorservice@aporter.com

Bona Vista
,

Bona Vista Programs, Inc.
,

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

Booth Udall, PLC
,

Borg Indak, Inc.
,

John S. Brannon
,

Barbara S. Brenner
,

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Brown & James, P.C.
,

Frank X. Budelewski
,

Buell Automatics, Inc.
,

Bryan Bueltel
,

Buffalo Check Cashing, Inc.
,

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

John Wm Buttler
,

C&S Logos Patent and Law Office
,

CDW Computer Centers, Inc.
,

CH & I Technologies, Inc.
,

CH2M Hill, Inc.
,

CPI Control & Power, Inc.
,

CSX Transportation

,

CT Corporation

,

CT Corporation

,

CT a Wolters Kluwer Business

,

CTP Carrera, Inc. d/b/a Carclo Technical Plastics

,

CTP Carrera, Inc., d/b/a Carclo Technical Plastics

,

Cadena Law Firm, P.C.

,

Barbara Lee Caldwell
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104
thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;john.mcnicholas@dlapiper.com;william.coleman
@dlapiper.com;robert.ware@dlapiper.com;christopher.thomson@dlapiper.com;mark.c.smith@dlapiper.com;kri
stin.rosella@dlapiper.com

Callanan Industries, Inc.

,

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Cardinal Law Group, Ltd.

,

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Joan B. Carmack

,

Sharyl Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter

,

Catalytic Solutions, Inc.

,

George B. Cauthen

,

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

Ralph E. Chapman

,

Sarah B. Chapman Carter

,

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Stuart F. Cheney
,

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Chester, Willcox & Saxbe, LLP.
,

Mark Ira Chinitz
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174
mark.chinitz@steinrisomantel.com;christine.mayer@steinrisomantel.com

Matthew Ciaramitaro
,

Megan E. Clark
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Suite 1500
Austin, TX 78701

Mark G. Claypool
,

Clerk's Office U.S. Bankruptcy Court
,

Robert W. Coberg
,

Coface North America, Inc.

,

Thomas W. Coffey

,

Collector of Revenue for St. Louis County, Missouri

,

Collector of Revenue, St. Louis County, Missouri

,

Commissioner of Revenue for theCommonwealth of Massachusetts ("MDOR")

,

Commodity Management Services and GBS Printed Products & Services

,

Commonwealth of Pennsylvania Department of Revenue

,

Control Masters, Inc.

,

Controls Crew Co., Inc.

,

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com

Susan A. Cook

,

Jeffrey A. Cooper
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
jcooper@carellabyrne.com

Cornell University

,

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Creative Techniques, Inc.

,

Credit Suisse

,

Carol Creel

,

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
macronin@debevoise.com

Crown Credit Company

,

Thomas M. Cryan, Jr
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Gary H. Cunningham

,

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com,
rkebrdle@whitecase.com;dbaumstein@whitecase.com;cryan@whitecase.com;lbegy@whitecase.com;tdee@whi
tecase.com;mresnicoff@whitecase.com

Cunningham Engineering, Inc.

,

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Currie Kendall PLC

,

Raniero D'Aversa
Mayer, Brown, LLP
1675 Broadway
New York, NY 10019-5820
rdaversa@mayerbrown.com, lmetzger@mayerbrownrowe.com;cwilliams-pugh@mayerbrown.com

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
cadamast@blankrome.com

Richard L Darst
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Dennis Dashkovitz
,

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Dayton Supply & Tool Company
Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

Peter D. DeChiara
Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY 10036
pdechiara@cwsny.com, pellis@cwsny.com;iturner@cwsny.com

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Dechert, LLP.
,

Defense Contract Management Agency

Deloitte & Touche, LLP.

,

Karol K. Denniston
DLP PIPER LLP
550 South Hope Street
Suite 2300
Los Angeles, CA 90071

Department of the Treasury, Internal Revenue Service

,

Dept Of Revenue
Compliance Division
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Deringer-Ney, Inc.

,

Robert E. Dettinger

,

Russell Detwiler

,

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;alisa.aczel@troutmansanders.com

Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Douglas Deykes

,

DiConza Law, P.C.

,

Diane Nelson, CFC, Tax Collector of Pinellas County, Florida

,

Dierker & Associates, P.C.

,

Karen B. Dine

,

Stephen A. Ditullio

,

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
idizengoff@akingump.com

Dobmeier Janitor Supply, Inc.

,

Diane L. Donabedian
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street
Hohenwalk, TN 38462

Dow Corning Corporation

,

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue N.
Suite 2600
Birmingham, AL 35209

William P. Downey

,

James J. Dragna

,

David B. Draper

,

David B. Draper

,

Eugene Driker

,

Seth A. Drucker

,

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

James P. Dube
Blake, Cassels & Graydon, LLP
Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, M5L IA9

Robert J. Dubin

,

Due Doyle Fanning & Metzger, LLP

,

Jane M. Duffy

,

EMC Corporation

,

EQUITY TRUST CO. CUST. FBO BENJAMIN D. TARVER IRA

,

Frank L. Eaton
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Economy Transport, Inc.

,

Robert J. Edel

,

David S. Elkind
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
david.elkind@ropesgray.com, paul.lang@ropesgray.com

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron

Ann Arbor, MI 48103-4204

Elmos North America, Inc.

,

Energy Engineering & Consulting Services, LLC
2137 South 800 West
Swayzee, IN 46986

Eq-Heritage, LLC

,

Estate of Virginia A. Haass

,

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
# 401
Garden City, NY 11530

Delphine L. Evans

,

Export Development Canada

,

FTI Consulting, Inc.

,

FTI Consulting, Inc.

,

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Fair Liquidity Partners, LLC

,

Joseph R. Falasco

,

Michael Farina
Thaler & Gertler, LLP

900 Merchants Concourse
Suite 414
Westbury, NY 11590

Jerry L. Fenton
,

John A. Ferroli
,

Fifteenth Judicial District Court
,

FirstEnergy Solutions Corp.
,

Michael D. Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Brian T. FitzGerald
P.O. Box 1110
Tampa, FL 33602

Brian T. FitzGerald
Senior Assistant County Attorney
Post Office Box 1110
Tampa, FL 33601-1110

Fitzgerald Water, Light, and Bond Commission
,

Jeanne Fitzsimmons
,

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
,

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Flexible Automation, Inc.

,

Floform. Ltd.

,.

Florida Production Engineering, Inc.

,

Benjamin H. Flowe

,

Francis J. Fodale

,

Glenn D. Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Formall, Inc.

,

Charles R. Forman
Post Office Box 159
Oscala, FL 34478

Lorna J. Foster
P.O. Box 245
Plainwell, MI 49080

Steven E. Fox
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022
sfox@dreierllp.com, bnizzo@dreierllp.com;jguerrier@dreierllp.com

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Fred Sisk, Knox County Trustee

,

Richard A. Freese
2031 2nd Avenue
Birmingham, AL 35203

Naomi M. Frye

,

Fujikoki America, Inc.
,

Fulbright & Jaworski L.L.P.
,

G. Brian Patterson
,

G.P. Reeves, Inc.
,

GE Commercial Materials
c/o Lori Vaughan
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York, NY 10016

GMD Industries LLC dba Production Screw Machine Co.
1414 E. Second Street
Dayton, OH 45403-1023

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707
dgarland@mcdr-law.com, dgarland@mcdr-law.com

Joanne Gelfand
,

Arlene N. Gelman
,

John Gianfermi
,

Gobar Systems, Inc.
,

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Andrew Goldman
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022
agoldman@wilmer.com, patricia.doctor@wilmerhale.com;joel.millar@wilmerhale.com

David N. Goldsweig
,

Gooding Co Inc.
,

Gooding Company, Inc.
,

Patricia Gordon
,

Robert D. Gordon
,

Lesley Rita Gore Kitikul
,

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Gordon E. Gouveia
,

Stephanie Gray
,

Stephanie Gray
,

Greeley Containment & Rework, Inc.
,

Greenberg Traurig, LLP

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC 28202

Paul S. Groschadl
,

Gruner AG
,

Kevin T. Grzelak
,

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Gwinn & Roby
,

Holly G. Gydus
Regen Capital
2109 Broadway
New York, NY 10023

HEAD acoustics, Inc.
,

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Randy Halazon
,

Halperin Battaglia Raicht, LLP
,

Charles Hamilton
,

Hamilton Tool & Machine, Co., Inc.
,

Hamlin Tool & Machine Co., Inc.
,

Michael C. Hammer
,

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989
thannon@mkmb.com

Harco Brake Systems, Inc.
PO Box 335
Englewood, OH 45322

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street
Suite 204
St. Charles, MO 63301

Domencia N.S. Hartman
,

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Emily R. Haus
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

Mark C. Haut
Morgan, Lewis & Bockius, LLP
101 Park Avenue
46th Floor
New York, NY 10178

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
dhayes@mcguirewoods.com


HellermanTyton

,


Henman Engineering & Machine, Inc.

,


Henman Engineering & Machine, Inc.

,


Morrie Wayne Henry

,


Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922


Richard B. Herzog

,


Highland Capital Management, LP.

,


Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402


Jane Ann Himsel

,


Hinshaw Roofing & Sheet Metal Co., Inc.

,


Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
MHirschfield@ropesgray.com


David A. Hodges

,


David A. Hodges

212 Center Street
Fifth Floor
Little Rock, AR 72201

David A. Hodges
Centre Place
212 Center Street
Fifth Floor
Little Rock, AR 72201

Richard B. Hoffman
,

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
ehollander@whitecase.com, rlipman@mcleodusa.com

Hollingsworth Lumber
,

Hollingsworth Sawmill, Inc.
,

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281
jhong@rkollp.com, rkoquebec@rkollp.com

Honigman Miller Schwartz and Cohn LLP
,

Camille Hope
,

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
ehorn@lowenstein.com

Laurel B. Houser
,

Peggy A. Housner
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200

Detroit, MI 48202

Peggy Ann Housner
Michigan Department of Attorney General
First Floor, Treasury Building
430 West Allegan Street
Lansing, MI 48922

Patrick Howell
Whyte Hirschboeck Dudek, S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
phowell@whdlaw.com, lramirez@whdlaw.com;slarson@whdlaw.com

Patrick B. Howell
,

Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202

Kelly Hurley
,

Hyatt Legal Plans, Inc.
,

ICG Castings, Inc.
,

ILM Tool, Incorporated
,

Ice Miller, LLP
,

Illinois Department of Revenues
,

Illinois Environmental Protection Agency
,

Impala Platinum
,

In-Parallel Computer Staff, Ltd.
,

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
jindyke@cooley.com

Intec Group, Inc.
c/o Vedder, Price, Kaufman & Kammholz,PC
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Integrated Quality Solutions, LLC.

,

Internal Revenue Service, Dept. of the Treasury
290 Broadway
New York, NY 10007

Ionics Ultrapure Water

,

Iowa Department of Revenue
1305 E. Walnut St.
Hoover State Office Bldg. - 3rd FL
Des Moines, IA 50319-0120

Iron Mountain Information Management, Inc.
c/o Windels Mark Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Ivins, Phillips & Barker

,

Ivins, Phillips, & Barker Chartered

,

J. Gordon Lewis dba J. Gordon Lewis, PLLC

,

J. Gordon Lewis, PLLC

,

JPMORGAN CHASE BANK, N.A.

,

JPMorgan Chase Bank, N.A.

,

JPMorgan Chase, N. A.

,

JPMorgan Chase, N.A.

,

Wilma S. Jackson

,

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Jacobson Mfg., LLC

,

Spencer James

,

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2609

Jefferson Wells International, Inc.

,

William H. Jeffress
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400

Jenner & Block LLP

,

Joe E. Tedder, CFC, Tax Collector for Polk County, Florida

,

John E Benz & Co.

,

John Hopkins University

,

Johnson Controls GmbH & Co. KG

,

Johnson Controls Interiors LLC

,

Floyd Jones

,

Jennifer Jones

,

Loretta M. Jones

,

Ronald E. Jorgensen

,

Judco Manufacturing

,

Michael L. Julius

,

KDS Innovation in Electronic Solutions

,

KPMG LLP

,

KS Capital Partners, L.P.
11 West 42nd Street, 30th Floor
New York, NY 10036

Kachele Vibrastop

,

Kate Kanabay

,

Kansas Department of Revenue

,

Kardex Systems Inc.
25 Industrial Blvd
Paoli, PA 19301

William M. Katich
500 South Second Street
Springfield, IL 62706

Bart E. Kaylor

,

Peter D. Keefe

,

Kelley Drye & Warren LLP

,

Ken Burton, Jr. Manatee County Tax Collector
,

Thomas Kennedy
,

Kenneth Mason Publications Limited
,

William Kerscher
,

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Kiefel Technologies, Inc.
,

Kenneth J. Kies
,

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Killam
,

King & Spalding LLP
,

King Collision
,

Evelyn M. Kiresen
St. Andrews-South Life Care Community
6065 S Verde Trail
Apt # G-321
Boca Raton, FL 33433

Kirkpatrick & Lockhart Nicholson Graham LLP
,

Kirkpatrick & Lockhart Preston Gates Ellis LLP

,

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com,
benjaminfinestone@quinnemanuel.com;josephminias@quinnemanuel.com

Klash, Inc.

,

Alan J. Knauf
Knauf Shaw LLP
1125 Crossroads Building
2 State Street
Rochester, NY 14614

Ernest A. Knobelspiesse

,

Knox County Trustee

,

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza
58th Floor
New York, NY 10005
joseph.koczko@thompsonhine.com

Barry R. Kogut

,

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018
hkolko@msek.com, egilmartin@afanet.org;rclayman@geclaw.com

Korten Quality Systems, Ltd.

,

James M. Koshland

,

Laurie Krepto
Montgomery, McCracken Walker & Rhoads
123 South Broad Street

Avenue of the Arts
Philadelphia, PA 19109
lkrepto@mmwr.com

Kringeta Design & Drafting
,

Kelly A. Kruse
4190 Telegraph Rd.
Ste 3500
Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Boulevard
Suite 302-D
Land O' Lakes, FL 34639

Duane Kumagai
,

John M. Kunst
,

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727

L & B Cartage, Inc. - Omni Warehouse
,

L.A.W.S. Labor Advocates for Workers Solutions
,

LB Transportation Group
,

Denise K. LaRue
HASKIN LAUTER LaRUE & GIBBONS
255 North Alabama Street
Indianapolis, IN 46204

Andrew Ladika
3951 River Lane
Rocky River, OH 44116

Harold A. Larson
Couzens, Lansky, Fealk, Ellis, Roeder
& Lazar, P.C.
39395 W. 12 Mile Road
Suite 200
Farmington Hills,, MI 48331

Edward L. Lavelle
,

James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688

Brenda Lawrence
,

Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989

Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303
Valley Cottage, NY 10989
eleen@mkmb.com

Legal Cost Control, Inc.
,

Legal Cost Control, Inc.
,

Leichester Die & Tool, Inc.
,

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Wilfred D. Leong

,

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Edward J. Lesniak

,

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611-3607

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Lexington County, Treasurer's Office

,

Zhang Xiao Li

,

Lippert, Humphreys, Campbells, Dust & Humphreys, P.C.

,

Littlefuse, Inc.

,

Local 897, UAW

,

Logistics Insight Corp. (LINC)

,

Louisiana Department of Revenue

,

Allison W. Lowell

,

Jay L. Lubetkin

,

Patricia A. Lykins

,

MEMC Electronic Materials, Inc.

,

MSX International, Inc.

,

MSX International, Inc.
22355 W. 11 Mile Road
Southfield, MI 48034

Machined Products Co.

,

Madison County, Mississippi Tax Collector to Objection to Claim

,

Madison Investment Trust - Series (1-50)
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

William Bernard Maguire

,

Ann M. Maher

,

Mallesons Stephen Jaques

,

Carmen Mandato

,

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Evie Stiles Manusakis

,

MarTek, Inc.

,

Wendy G. Marcari
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Alan E. Marder
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Maricopa County Treasurer
,

Maricopa County Treasurer's
,

Townsell G. Marshall
,

Martinrea International Inc.
,

Master Molded Products Corporation
,

Victor J. Mastromarco
,

Paul C. Mathis
,

Deborah A. Mattison
,

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553
mail@rsmllp.com

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

John K. McAndrew
Woods Oviatt Gilman LLP

700 Crossroads Building
2 State Street
Rochester, NY 14614

Douglas J. McBride
,

Robert G. McClure
,

John K. McDavid
,

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com;frowinski@lordbissell.com

McGlinchey Stafford, PLLC
,

Maureen A. McGlynn
,

John McGrath
,

John A. McKinney
,

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

McNees Wallace & Nurick LLC
,

McShane & Bowie, P.L.C.
,

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Timothy Mehok

,

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY 10016

Mesirow Financial Consulting, LLC

,

Methode Electronics, Inc., and its Affiliates
115 South LaSalle Street
Chicago, IL 60603

Merle C. Meyers

,

Michael D. Schloff, PLLC

,

Michigan Gas Utilities

,

Michigan Heritage Bank

,

Eva Milanowki

,

Alexander Miller

,

Keith Miller

,

Milliken & Company

,

Minco Tool & Mold

,

Sakura Mizuno

,

Terry Mocny

,

Terry R. Mocny

,

James W. Moennich
Wickens, Herzer,Panza, Cook & Batista Co
35765 Chester Road
Avon, OH 44011-1262

Moldtech, Inc.
,

Glenn A. Montgomery
,

Moraine Maintenance Co, Inc
2611 Nordic Rd
Dayton, OH 45414

Moraine Maintenance Co., Inc.
,

Sarah E. Morrison
,

Whitney Mosby
,

Mothershead
,

Robert A. Mothershead
,

Multibase, Inc.
,

Murphy Desmond S.C.
,

NU Horizons Electronics Corp.
,

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
jdibattista@mofo.com;pmar@mofo.com;wbroscious@kbbplc.com

National City Commerical Capital
,

National Fire Insurance Company of Hartford and Continental Casualty Company
,

Kathy R. Neal

,

Carolyn Needham

,

Neosong USA, Inc.

,

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

New York State Department of Taxation and Finance

,

New York State Department of Taxation and Finance

,

New York State Office of Temporary and Disability Assistance

,

Newington Capital, Inc.
P.O Box 20224
New York, NY 10021-0063

Newstart Factors, Inc
281 Tresser Blvd
Suite 1501
Stamford, CT 06901

Thomas R. Noland
Stratman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Nutech Plastics Engineering, Inc.
Tisdale & Associates LLC
1600 Broadway
Suite 2600
Denver, CO 80202

Michael P. O'Connor

10 Esquire Road, Suite 14
New City, NY 10956

Matthew Oddy

,

Ohio Hoist & Puller/Tuf-Tug Products & Accessories

,

Ohio Job & Family

,

Ohio Job & Family Services

,

Donna Ondash

,

Kenneth Ondash

,

One Hundred Transferred Employees of Delphi

,

Optical Cable Corporation (OCC)

,

Orange County Tax Collector California

,

Ore Hill Hub Fund, LTD.
650 FIFTH AVENUE 9TH FL
NEW YORK, NY 10019

Eva Orlik

,

Eva M. Orlik

,

James R. Oswald
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Oxford Industries of CT, Inc., d/b/a Oxford Polymers

,

PABCO Industries, LLC.

,

PBR Australia PTY LTD.

,

PBR International
c/o Lori Vaughan
Foley & Lardner
90 Park Avenue
37th Floor
New York, NY 10016

PBR Tennessee, Inc.

,

PEC of America Corp.

,

PML FLIGHTLINK LTD.
NEWMAN LANE
ALTON, HAMPSHIRE
UNITED KINGDOM 0X16 1SG

,

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033
spackman@archerlaw.com

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Anne.Pak@ropesgray.com

Panasonic Electric Works Corporation of America

,

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Park Enterprises of Rochester, Inc.

,

Parkview Metal Products, Inc.

,

Brian C. Pauls

,

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Simon Peach
,

Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C.
,

Brian Penley
,

James Penney
,

People's Republic of China
,

Victoria B. Perez
,

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY 14203
apeterson@phillipslytle.com

Phelps, Jenkins, Gison & Fowler, LLP.
,

Harvey Pickering
,

A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
nathanael.meyers@klgates.com

Pillsbury Winthrop Shaw Pittman LLP
,

Pillsbury Winthrop Shaw Pittman, LLP

,

Pitney Bowes Credit Corporation

,

Thomas A. Pitta
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020
tpitta@lowenstein.com

Plastomer Corporation

,

James A. Plemmons

,

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
spohl@brownrudnick.com,
cennis@brownrudnick.com;sbeville@brownrudnick.com;claukamg@brownrudnick.com

Polk County Tax Collector

,

Portage County Water Resources Department

,

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave.
Suite 1420
Detroit, MI 48226

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, WI 53072

William E. Prachar

,

Preyco Manufacturing Co., Inc.

,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.
,

PricewaterhouseCoopers, LLP.
,

Prichard, Hawkins, McFarland & Young, LLP
,

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200
Oneonta, AL 35121

Pro Pallet, Inc.
,

Protomold Company, Inc.
,

Leigh S. Prugh
,

QAD, Inc.
,

Steven W. Quattlebaum
,

Quick Tanks, Inc.
,

Quinn Emanual Urquhart Oliver & Hedges, LLP.
,

Quinn Emanuel Urquhart Oliver & Hedges LLP
,

Quinn Emanuel Urquhart Oliver & Hedges LLP
,

Quinn Emanuel Urquhart Oliver & Hedges LLP
,

Quinn Emanuel Urquhart Oliver & Hedges, LLP
,

RCMA AMERICAS INC.
,

RLI Insurance Company
,

Leonard J. Rachwal
,

Rader Fishman & Grauer LLP
,

Rader Fishman & Grauer LLP
,

Rader, Fishman & Grauer PLLC.
,

Radiall
,

Mark L. Radtke
,

Geoffrey T. Raicht
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
graicht@sidley.com, dhlee@sidley.com;emcdonnell@sidley.com

Rand Transcript Service, Inc.
,

Rasselstein GmbH
,

Receivable Management Services
,

Martin J. Reder
,

Redrock Capital Partners, LLC
111 S. Main Street
Suite C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020
jcreed@sonnenschein.com, rrichards@sonnenschein.com

Scott Reese

,

Scott Darryl Reese

,

Scott Darryl Reese

,

Scott Darryl Reese

,

Regency Reporting, Inc.

,

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Relats S.A.

,

Reliance Insurance Company (In Liquidation)

,

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Republic Engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
r.digest@dpw.com

Kenneth A. Reynolds
Pryor & Madelup, LLP

675 Old Country Road
Westbury, NY 11590

Vincent E. Rhynes
1514 W. Manchester Ave # 5
Los Angeles, CA 90047

Jeffrey A. Rich
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, OH 43215

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue
37th Floor
New York, NY 10016
mrichman@foley.com

Frederick T. Rikkers
,

Ris The Paper House
,

Ronald A. Rispo
,

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence Rivers
,

Riverside Claims, LLC.
,

Terri A. Roberts
32 North Stone Ave
Suite 2100
Tucson, AZ 85701

Rockwell Automation
,

Patricia M. Rodenhausen
U.S. Department of Labor
Office of the Solicitor
201 Varick Street

Room 983
New York, NY 10014
rogoff.jeffrey@dol.gov

Brian W. Rogers
,

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com, emccolm@paulweiss.com;bfiller@paulweiss.com

Risa M. Rosenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
RROSENBERG@milbank.com;jclark2@milbank.com;financialrestructuringefilings@milbank.com

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Gregg Rossi
P.O. Box 6045
Youngstown, OH 44501

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center
36th Floor
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Rothschild, Inc.
,

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606

aconnor@mayerbrownrowe.com

Cathy Rozanski

,

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
prubin@herrick.com

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium

,

Leon R. Russell

,

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Paul Ryan

,

SFS Intect, Inc.

,

SGS North America, Inc.

,

SKF USA, Inc.

,

SL Stephenson & Lawyer, Inc.

,

SPCP Group LLC as Assignee of Solution Recovery Services, Inc.'s

,

STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES

,

Yilmaz Sahinkaya

,

Saint Louis County Collector of Revenue

,

Samsung Electro Mechanics Co Ltd
314 Maetan 3-dong, youngtong-gu
Suwon, Kyunggi 448-803
Republic of Korea
,

Sanders Lead Co., Inc.
,

Darrin C. Savage
,

David A. Schaefer
,

Scheuer Mackin & Breslin LLC
,

Schleuniger, Inc.
,

Darla Schmidt
,

Dave J. Schmidt
,

Ronald J. Schmidt
,

Schmidt Technology GmbH
,

William R. Schulz
,

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Andrea B. Schwartz
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
aschwartz@fulbright.com

Bryan I. Schwartz
,

Jay A. Schwartz

,

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
gschwed@loeb.com, tcummins@loeb.com

Seal & Design Inc.

,

Senus Precision Die Casting, Inc.

,

Sharp Electronics Corporation

,

Sharp Electronics Corporation, Sony Electronics, Inc. and Milliken Company

,

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Shearman & Sterling, LLP.

,

Adam L. Shiff
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
ashiff@kasowitz.com,
ffigueroa@kasowitz.com;alungen@kasowitz.com;jfolkes@kasowitz.com;jcarter@kasowitz.com;mruiz@kasowitz.com

Lesley Shore
110 W College St
Hagerstown, IN 47346

Michael E. Sieloff

,

Siemens Automotive Canada Inc.

,

Siemens VDO Automotive Canada Inc.

,

Siemens VDO Automotive Corp.

,

Sierra Liquidity Fund

,

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

Sierra Liquidity Fund, LLC

,

Sierra Liquidity Fund, LLC
2699 White Rd. Irvine
, ca 92614

Sierra Liquidity Fund, LLC (Assignee)

,

Sierra Liquidity Fund, LLC (Assignee); Dynamic Corporation (Assignor)

,

Sierra Liquidity Fund, LLC (Assignee); Showers Group, Inc, Shepard Mfg Co., Inc. (Assignor)

,

Sierra Liquidity Fund, LLC.

,

Sierra Liquidity Fund, LLC.

,

Robert M. Sigler

,

John D. Silk
Rothschild, Barry & Myers
55 West Monroe Street
Suite 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue
Ste. 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

Skadden Arps Slate Meagher & Flom LLP

,

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, Ny 10036

Skadden, Arps, Slate, Meagher & Flom LLP

,

Skadden, Arps, Slate, Meagher & Flom, LLP.

,

Skadden, Arps, Slate, Meagher & Flom, LLP.

,

Skilled Trades Employees

,

R. Michael Sment
Law Offices of Michael R. Sment
770 County Square Drive
Suite 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Rd.
Hubbard, OH 44425

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Sokymat Automotive GmbH, Gewerbeparkstrasse 10, D-5180 Reichshof-Wehnrath

,

Robert Solt

,

Solvay Flourides, LLC

,

Solvay Fluorides Inc.
3500 Missouri Ave.
East Saint Louis, IL 60055-0236

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

mark.somerstein@ropesgray.com

Sonic Tech Inc.'s

,

Sonic Tech, Inc.

,

Sony Electronics, Inc.

,

Paul H Spaeth
130 West Second St., Ste. 450
Dayton, OH 45402

St. Clair Plastics Co.

,

Thomas St. George
729 Clifton Dr. Ne.
Warren, OH 44484

Byron C. Starcher

,

State of Indiana, Department of Revenue

,

William J. Stavole

,

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Steven Hall & Partners, LLC

,

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022

Paul M. Stoychoff

,

Sundram Fasteners Limited

,

Superior Design Co., Inc.

,

T & L Automatics, Inc

,

TDK Corporation of America

,

Tadiran Batteries

,

Leigh C Taggart
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Robert P. Tata
307 Tiffin Avenue
Huron, OH 44839

Tax Collector for Polk County, Florida

,

John E. Taylor

,

Team Golden Link America Corporation

,

Technical Machinery Sales

,

Telamon

,

Teledyne Technologies Incorporated

,

Teledyne Technologies, Inc.

,

Tessier Machine, Co.

,

TestEquity, Inc.

,

Texas Comptroller Of Public Accounts

,

Texas Comptroller of Public Accounts

,

Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Counties, Special Purpose Districts and/or Texas Metropolitan or Regional Transportation Authorities

,

Textron Financial Corporation

,

The American Team, Inc.

,

The Bank of Tokyo-Misubishi UFJ, Ltd.

,

The Commonwealth of Massachusetts

,

The Growing Concern

,

The Mapes Piano String Company

,

The State of Ohio Department of Taxation

,

The Thomas Engineering & Surveying Co.

,

The Thomas Engineering & Surveying, Co.

,

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Richard F. Thiry

,

Stephen R. Thomas

,

Thomas Engineering Company

,

Thompson Emergency Freight Systems

,

Thompson, Hine & Flory, LLP.

,

Thompson, Hine & Flory, LLP.

,

Thompson, Hine & Flory, LLP.

,

Thorn Gershon Tymann and Bonanni, LLP

,

Thyssenkrupp Waupaca., Inc.

,

Timmons Oil Company, Inc.

,

Tinoco Soares & Filho Ltda.

,

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Amy M. Tonti
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
atonti@reedsmith.com, slucas@reedsmith.com

Steven B. Towbin

,

Tower Automotive, Inc.

,

79

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Trinary
,

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

Turtle & Hughes Inc.
,

Tuscaloosa County Alabama
,

Tuscaloosa County Tax Collector
,

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

U.S. Aeroteam Inc.
,

U.S. Equal Employment Opportunity Commission
,

UAW International Retired Workers Council #31411
,

Umi United Machining, Inc.
,

United States Attorney
,

United States District Court
500 Pearl Street
New York, NY 10007

Unitrin Kemper Auto and Home
,

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway

Suite 611
Southfield, MI 48075

Universal Truckload Services, Inc.
,

Larry Vanderpool
,

Vanguard Die & Machine, Inc.
,

Varroc Exhaust Systems, Pvt. Ltd.
,

Charles K. Veenstra
,

Veritext, LLC
,

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Avenue
2nd Floor
New York, NY 10010

W. Timothy Miller
,

WESCO Distribution, Inc.
,

WWG, Inc.
;

Wallace W. Walker
Roetzel & Andress
222 South Main Street
Akron, OH 44309

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com,
william.coleman@dlapiper.com;jeremy.johnson@dlapiper.com;mark.c.smith@dlapiper.com;christopher.thoms
on@dlapiper.com;john.mcnicholas@dlapiper.com;vincent.roldan@dlapiper.com;robert.ware@dlapiper.com;kri

stin.rosella@dlapiper.com

Robert W. Ward

,

Robert W. Ward

,

Earl Washington

,

Lafonza Earl Washington

,

Lafonza Earl Washington

,

Jeffrey Wax

,

David B. Weinstein

,

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Kevin P. Weldon

,

Jay Welford

,

Joseph N. Wharton

,

Whitlam Label Company, Inc.

,

Kerry R. Wieland

,

Wilhelm Kachele GmbH

,

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

Daniel M. Wilson
,

Wimer Law Offices, P.C.
,

Thomas C. Wimsatt
Mahlberg, Brandt, Gilbert Thompson
& Bommarito
,

Windham Professionals, Inc.
,

Denisa K. Wineinger
,

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Robert P. Wise
,

David Wright
,

Orval Wright
,

D. Bradley Young
Sanyo North America
2055 Sanyo Ave
San Diego, CA 92154-6229

Young Conaway Stargatt & Taylor, LLP
,

Yuasa and Hara
,

Zeanah, Hust, Summerford & Williamson
,

Mildred Zivov

,

Lee A. Zoeller

,

# EXHIBIT B

REDACTED

**From:** nysbinfo@nysb.uscourts.gov
**Date:** April 10, 2008 10:14:09 PM EDT
**To:** courtmail@nysb.uscourts.gov
**Subject: 05-44481-rdd Motion to Extend Time**


\***NOTE TO PUBLIC ACCESS USERS\*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

**U.S. Bankruptcy Court**

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Butler, John Wm. entered on 4/10/2008 at 10:12 PM and filed on 4/10/2008

**Case Name:**        Delphi Corporation
**Case Number:**    05-44481-rdd
**Document Number:** 13361

**Docket Text:**
Motion to Extend Time *Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order ("Postconfirmation Extension Of Avoidance Action Service Deadline Motion")* filed by John Wm. Butler Jr. on behalf of Delphi Corporation. with hearing to be held on 4/30/2008 at 10:00 AM at Courtroom 610 (RDD) Responses due by 4/23/2008, (Attachments: # (1) Proposed Order# (2) Notice) (Butler, John)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Filings\4(m) Motion.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=4/10/2008] [FileNumber=6623938-0]
[7efa16c3a4992dfc530b7c425a454d9ca8dddd6126d1f9528fd07916e101d95e42d0d
90d9569800fc6adcf24bb346919db538938cdb5fbf32f9e81c473710eb6]]
**Document description:** Proposed Order
**Original filename:**C:\Filings\4(m) Order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=4/10/2008] [FileNumber=6623938-1]
[4c9cbf9799ba577379991bf94a160f8063285d8fe4fdfc708e29eb773b7776e5f81c9
382bebe25bde546ff06ae1d0fc47c96110388807c6541e2f89944ec3bce]]
**Document description:** Notice
**Original filename:**C:\Filings\4(m) Notice.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=4/10/2008] [FileNumber=6623938-2]
[b97a0a9447d572af19dd9cf954b434e154014a56ac6de05b54602e14ff2935ee3268f
c6bf62e54d4bfecb23243b8127b273589edbb2683e6c1e36fa6fe44905f]]


## 05-44481-rdd Notice will be electronically mailed to:

Anne Marie Aaronson     aaronsoa@pepperlaw.com

David B. Aaronson     david.aaronson@dbr.com

Elizabeth Abdelmasieh     elizabeth@regencap.com

Franklin C. Adams     franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com

Jennifer L. Adamy    bankruptcy@goodwin.com

David J. Adler    dadler@mccarter.com

Michael J. Alerding    malerding@binghammchale.com

Joseph W. Allen    jallen@jaeckle.com

Christopher A. Andreoff    candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker    philip.anker@wilmerhale.com

Joel D. Applebaum    japplebaum@clarkhill.com

Allison R. Bach    abach@dickinsonwright.com

Stephen M. Bales    sbales@zieglermetzger.com

C. David Bargamian    dbargamian@bsdd.com

Courtney Engelbrecht Barr    cbarr@lockelord.com, docket@lockelord.com;dknell@lockelord.com

William J. Barrett    william.barrett@bfkn.com

David S. Barritt    barritt@chapman.com

Joseph M. Barry    jbarry@ycst.com

Douglas P. Bartner    dbartner@shearman.com,
mtorkin@shearman.com,ned.schodek@shearman.com,yuichi.haraguchi@shearman.com,atenzer@shearman.co
m,justin.hewitt@shearman.com,gloria.huang@shearman.com,danielle.kalish@shearman.com

Donald F. Baty    dbaty@honigman.com

Douglas P. Baumstein    dbaumstein@whitecase.com

Peter Nils Baylor    pnb@nutter.com, pacton@nutter.com

Ronald Scott Beacher    rbeacher@daypitney.com

W. Robinson Beard    jkirk@stites.com

Thomas M. Beeman    tom@beemanlawoffice.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett    rbennett@kirkland.com,
asathy@kirkland.com;rkwasteniet@kirkland.com;pfraumann@kirkland.com;jgoldfinger@kirkland.com

Timothy C. Bennett    tbennett@klng.com

Neil Matthew Berger    neilberger@teamtogut.com,
dgeoghan@teamtogut.com;abrogan@teamtogut.com;jlee@teamtogut.com;cmilianes@teamtogut.com;scurrie@t
eamtogut.com;awinchell@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;jfalco@teamtogut.
com;jwisnia@teamtogut.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Richard J. Bernard    rbernard@bakerlaw.com

Jeffrey Bernstein    jbernstein@mdmc-law.com

Brendan G. Best    Bbest@dykema.com, ssalinas@dykema.com

Brendan G. Best    bbest@dykema.com, ssalinas@dykema.com

Beth Ann Bivona    bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Monica Susan Blacker    monicablacker@akllp.com

Florence Bonaccorso-Saenz    florence.saenz@la.gov

Charles E. Boulbol    rtrack@msn.com

Eliza K. Bradley    ebradley@robergelaw.com

William M. Braman    wmbraman@binghammchale.com

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    timothy.brink@dlapiper.com

Peter D. Broitman    broitman.peter@dol.gov, sol-chi@dol.gov

James L. Bromley    maofiling@cgsh.com;soneal@cgsh.com

Mark A. Broude    mark.broude@lw.com

Dewitt Brown    dewitt.brown@bipc.com

J. Michael Brown    mbrown@gwblawfirm.com

Lee B. Brumitt    lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Daniel E. Bruso    dbruso@cantorcolburn.com, DMayhew@cantorcolburn.com

Tamika A. Bryant    tab@h2law.com

Deborah M. Buell    maofiling@cgsh.com

Kevin J. Burke    kburke@cahill.com

Michael G. Busenkell    mbusenkell@eckertseamans.com

John Wm. Butler    jbutler@skadden.com, achavali@skadden.com

Aaron R. Cahn    cahn@clm.com

Robert A. Calinoff    rcalinoff@candklaw.com

Judy B. Calton    jcalton@honigman.com

Paul W. Carey    bankrupt@modl.com, pwcarey@modl.com

Scott Cargill    scargill@lowenstein.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Roberto Carrillo    rcarrillo@gsblaw.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com, pwhite@kslaw.com

Linda J. Casey    caseyl@pepperlaw.com,
hillera@pepperlaw.com;jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@p
epperlaw.com

Michael Cassell    mcassell@lefkowitzhogan.com

Ben T. Caughey    ben.caughey@icemiller.com

George B. Cauthen    george.cauthen@nelsonmullins.com,
mary.cutler@nelsonmullins.com;brook.wright@nelsonmullins.com

Rocco A. Cavaliere    rcavaliere@blankrome.com, senese@blankrome.com

Babette A. Ceccotti    bceccotti@cwsny.com

Sarah B. Chapman Carter    scarter@pselaw.com

Erik G. Chappell    egc@lydenlaw.com

J Eric Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Conrad Chiu    cchiu@daypitney.com

R. John Clark    rjclark@hancocklaw.com, jmccarthy@hancocklaw.com;ssagert@hancocklaw.com

David D. Cleary    david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements    icnewyork@state.tn.us

Tiffany Strelow Cobb    tscobb@vorys.com, eplitfin@vorys.com;cdfricke@vorys.com

Theodore A. Cohen    tcohen@smrh.com, amontoya@sheppardmullin.com

Mark B. Conlan    mconlan@gibbonslaw.com

Dennis J. Connolly    dconnolly@alston.com

Susan M. Cook    smcook@lambertleser.com

Patrick M. Costello    pcostello@bbslaw.com

Thomas W. Cranmer    cranmer@millercanfield.com,
rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo    dcrapo@gibbonslaw.com

Tyson A. Crist    tcrist@szd.com

Michael G. Cruse    mcruse@wnj.com

Gary H. Cunningham    gcunningham@gmhlaw.com

Louis A. Curcio    lcurcio@tpwlaw.com

Vincent D'Agostino    vdagostino@lowenstein.com

Jeannine D'Amico    jeannine.damico@cwt.com

Sherri Lynn Dahl    sdahl@ssd.com, SSzymanski@ssd.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis    mdavis@zeklaw.com,
mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre    cdelatorre@boselaw.com

James J. DeCristofaro    james.decristofaro@lovells.com

Karen Veronica DeFio    kdefio@bsk.com

J. Michael Debbeler   mdebbeler@graydon.com

Robert Dehney   rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@
mnat.com;wlamotte@mnat.com

Christopher M. Desiderio   cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Gerard DiConza   gdiconza@dlawpc.com, las@dlawpc.com

Maria J. DiConza   diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

John P. Dillman   houston_bankruptcy@publicans.com

Karen Dine   karen.dine@pillsburylaw.com

Stephen A. Donato   sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan   TDonovan@Finkgold.com;srshmulevitz@finkgold.com

William E. Dornbos   william.dornbos@oag.state.ny.us

Amish R. Doshi   adoshi@daypitney.com

Mary Joanne Dowd   dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

David G. Dragich   ddragich@foley.com

David B. Draper   ddraper@terra-law.com

Dennis J. Drebsky   ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk   rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com

Seth A. Drucker   sdrucker@honigman.com

David W. Dykhouse   dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton   featon@whitecase.com,
icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Weston T. Eguchi   weguchi@mayerbrownrowe.com, cwilliams-pugh@mayerbrown.com

Gayle Ehrlich   gehrlich@sandw.com, ccarlson@sandw.com

Robert L. Eisenbach   reisenbach@cooley.com

Judith Elkin   judith.elkin@haynesboone.com

Paige Leigh Ellerman   ellerman@taftlaw.com

Bruce N. Elliott    elliott@cmplaw.com

Rex H. Elliott    loris@cooperelliott.com, rexe@cooperelliott.com;sheilav@cooperelliott.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com

Alyssa Englund    aenglund@orrick.com

Michael R. Enright    menright@rc.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich    margot.erlich@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com

Scott L. Esbin    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com, porr@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com

Kathleen A. Farinas    kf@lgrslaw.com

Robert Michael Farquhar    mfarquhar@winstead.com

Bonnie Glantz Fatell    fatell@blankrome.com

Oscar B. Fears    bfears@law.ga.gov, 02bfmail@law.ga.gov

Benjamin D. Feder    Lauren.mcevoy@thompsonhine.com

Robert J. Feinstein    rfeinstein@pszyj.com, dharris@pszyjw.com

Hermann Ferre    hferre@thelenreid.com

Richard L. Ferrell    Ferrell@taftlaw.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Andrea Fischer    afischer@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com

Jonathan L. Flaxer    jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com

Daniel A. Fliman    dfliman@kasowitz.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Fowler    mateofowler@quinnemanuel.com

Mateo Z. Fowler    leticiabustinduy@quinnemanuel.com

Edward M. Fox    efox@klgates.com

Shawn Randall Fox    sfox@mcguirewoods.com

Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com

Mark S. Frankel    mfrankel@couzens.com

Thomas M. Franklin    tmflaw@swbell.net

David H. Freedman    dfreedman@ermanteicher.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;ChicagoBRR@jonesday.com

Patricia B. Fugee    pfugee@ralaw.com, lmsmith@ralaw.com

Lars H. Fuller    lfuller@rothgerber.com

Timothy A. Fusco    fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa    tgaa@bbslaw.com

James Gadsden    bankruptcy@clm.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry    vgarry@ag.state.oh.us

Joanne Gelfand    joanne.gelfand@akerman.com

Yann Geron    ygeron@foxrothschild.com

Philip J. Giacinti    pjg@procopio.com, caw@procopio.com

Karen Giannelli    kgiannelli@gibbonslaw.com

Leo J. Gibson    lgibson@bsdd.com

Celeste R. Gill    gillcr@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Jeffrey R. Gleit     jgleit@kasowitz.com, ffigueroa@kasowitz.com;cciuffani@kasowitz.com

Larry Ivan Glick     larryglick@erols.com

Ronald L. Glick     rlg@stevenslee.com

Matthew Alexander Gold     courts@argopartners.net

Scott R. Goldberg     sgoldber@quarles.com

Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich     nashvillebankruptcyfilings@stites.com

Robert D. Gordon     rgordon@clarkhill.com

Gary A. Gotto     ggotto@krplc.com

Garry M. Graber     ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

David S. Gragg     dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham     jgraham@sommerbarnard.com,
ecfclerk@sommerbarnard.com;denisa.wineinger@sommerbarnard.com

Warren R. Graham     wrg@dmlegal.com

Gary E. Green     ggreen@fagelhaber.com

Jonathan S. Green     greenj@millercanfield.com

Wendy B. Green     wgreen@formanlaw.com

John T. Gregg     jgregg@btlaw.com

Lisa S. Gretchko     lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

Stephen H. Gross     sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow     sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin     janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak     phcdelphi@priceheneveld.com

Peter J. Gurfein     pgurfein@akingump.com

Elizabeth A. Haas     info@thehaaslawfirm.com

Dennis M. Haley     dhaley@winegarden-law.com

Michael Leo Hall     mhall@burr.com

Timothy C. Hall     tch@previant.com

Alan D. Halperin     ahalperin@halperinlaw.net,
eganc@halperinlaw.net;cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;jmoore@halperinlaw.net

Matthew W. Hamilton     electronicnotice@fulcruminv.com

William J. Hanlon     whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen     insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley     jh@previant.com

Brian W. Harvey     bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel     lah@groom.com

William M. Hawkins     whawkins@loeb.com

Nava Hazan     nhazan@mwe.com

Ryan D. Heilman     rheilman@schaferandweiner.com

Ira L. Herman     ira.herman@tklaw.com,
bankr.nyc@tklaw.com;orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman     Nherman@morganlewis.com

Brian S. Hermann     bhermann@paulweiss.com

William Heuer     wheuer@dl.com

Jeannette Eisan Hinshaw     jhinshaw@boselaw.com, kmcintosh@boselaw.com

Robert M. Hirsh     hirsh.robert@arentfox.com

Shannon E. Hoff     Shannon.Hoff@hmw.com, mstinson@burr.com

Michelle R. Holl     mholl@mayerbrownrowe.com

Stephanie K. Hoos     stephanie.hoos@bingham.com

Bruce W. Hoover     bhoover@goldbergsegalla.com, jsymack@goldbergsegalla.com

John R. Humphrey     jhumphrey@sbalawyers.com,
jhumphrey@sbalawyers.com;ecfclerk@sommerbarnard.com

John J. Hunter     jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Donald J. Hutchinson    hutchinson@millercanfield.com

Roland Hwang    hwangr@michigan.gov

Mark S. Indelicato
mindelicato@hahnhessen.com;eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.c
om

Michael G. Insalaco    minsalaco@zeklaw.com

Peter Janovsky    PJanovsky@ZEKlaw.com

Susan Jennik    sjennik@kjmlabor.com

Hilary Jewett    hjewett@foley.com

Mary L. Johnson    mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones    rjones@bccb.com

Gregory J. Jordan    gjordan@dykema.com

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Dana P. Kane    lsi@liquiditysolutions.com, sfriedberg@liquiditysolutions.com

Andrew C. Kassner    andrew.kassner@dbr.com

Jessica Kastin    jkastin@omm.com, #nymanagingattorney@omm.com

William M. Katich    wkatich@atg.state.il.us

Kristi A. Katsma    kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating    pkeating@bdblaw.com

David Kennedy    david.kennedy2@usdoj.gov

Thomas M. Kennedy    tkennedy@kjmlabor.com

Jocelyn Keynes    jk@stevenslee.com

Ron Kilgard    BankruptcyECF@krplc.com, BankruptcyECF@krplc.com

Tami Hart Kirby    tkirby@porterwright.com

Karen L. Kirshenbaum    kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman    jkleinman@fgllp.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg    bklineberg@moritthock.com

Jonathan Koevary    jkoevary@kramerlevin.com, rwagner@kramerlevin.com

Howard Koh    hkoh@meisterseelig.com

Seth F. Kornbluth    skornbluth@herrick.com

Alan M. Koschik    akoschik@brouse.com

Lawrence J. Kotler    ljkotler@duanemorris.com

Stuart A. Krause    skrause@zeklaw.com

Julia S. Kreher    jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com

Duane Kumagai    dkumagai@rutterhobbs.com

David R. Kuney    dkuney@sidley.com,
nroberge@sidley.com;kjacobs@sidley.com;vleather@sidley.com;zdelacru@sidley.com;lkujawski@sidley.com;
emcdonnell@sidley.com

Glenn M. Kurtz    gkurtz@whitecase.com

Randall D. LaTour    rdlatour@vssp.com, cdfricke@vorys.com;jcookdubin@vorys.com

Darryl S. Laddin    bkrfilings@agg.com

Ralph L. Landy    landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven    slaven@bfca.com

James N. Lawlor    jlawlor@wmd-law.com, gbenaur@wmd-law.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

Thomas A. Lee    notices@becket-lee.com

David S. Lefere    davidl@bolhouselaw.com

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy
@wallerlaw.com

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com, akowalski@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com

Kenneth M. Lewis    klewis@rosenpc.com, srosen@rosenpc.com

Kim Martin Lewis    kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com

Mark S. Lichtenstein    mlichtenstein@crowell.com, mlichtenstein@crowell.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Dennis W. Loughlin    dloughlin@wnj.com, hziegler@wnj.com

Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz    plubitz@schiffhardin.com

Donald K. Ludman    dludman@brownconnery.com

Matthew J. Lund    kovskyd@pepperlaw.com

Sara Klettke MacWilliams    skm@h2law.com

John H. Maddock    jmaddock@mcquirewoods.com,
jmaddock@mcguirewoods.com;jsheerin@mcguirewoods.com

Amina Maddox    amina.maddox@law.dol.lps.state.nj.us

John S. Mairo    jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;cjalvarado@pbnlaw.com;jcbasner
@pbnlaw.com;daamedeo@pbnlaw.com

Donald W. Mallory    donald.mallory@dinslaw.com

Amy Wood Malone    amalone@colwinlaw.com

Jacob A. Manheimer    mpottle@pierceatwood.com

Nauni Manty    ecfb@felhaber.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Andrew L. Margulis    amargulis@ropers.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com

Ilan Markus     imarkus@tylercooper.com

John J. Marquess     jjm@legalcost.com

Madison L. Martin     nashvillebankruptcyfilings@stites.com

Richard Gary Mason     rgmason@wlrk.com

Victor J. Mastromarco     vmastromar@aol.com

Deborah A. Mattison     dmattison@wcqp.com

Thomas J. Matz     tmatz@skadden.com

Kristin B. Mayhew     abothwell@pepehazard.com

Alan S. Maza     mazaa@sec.gov

Daniel P. Mazo     dpm@curtinheefner.com

Aaron G. McCollough     amccollough@mcguirewoods.com

Michael K. McCrory     michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell     rmcdowell@bodmanllp.com

Douglas J. McGill     douglas.mcgill@dbr.com

Frank McGinn     ffm@bostonbusinesslaw.com

Scott S. McKessy     smckessy@reedsmith.com

Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Greta A. McMorris     gmcmorris@stinsonmoheck.com

Austin L. McMullen     amcmulle@bccb.com

Patrick E. Mears     patrick.mears@btlaw.com

Derek F. Meek     dmeek@burr.com

Barbara S Mehlsack     bmehlsack@gkllaw.com

Timothy Mehok     timothy.mehok@hellerehrman.com

Richard M. Meth     msteen@daypitney.com

G. Christopher Meyer     cmeyer@ssd.com

Sally Meyer     smeyer@madisonliquidity.com

Merle C. Meyers     mmeyers@mlg-pc.com

Robert N. Michaelson     rmichaelson@klgates.com

Angela Z. Miller     amiller@phillipslytle.com, jhahn@phillipslytle.com

Brian Parker Miller     parker.miller@alston.com

Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

W. Timothy Miller     miller@taftlaw.com

Alan K. Mills     amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff     lsi@liquiditysolutions.com,
rminkoff@liquiditysolutions.com;sfriedberg@liquiditysolutions.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com;ny76@ecfcbis.com

James P. Moloy     jmoloy@dannpecar.com

Michael C. Moody     mmoody@okmlaw.com, firm@okmlaw.com;morourke@okmlaw.com

Audrey E. Moog     amoog@hhlaw.com

Brett S. Moore     bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;cjalvarado@pbnlaw.com;rmschec
hter@pbnlaw.com;jsbasner@pbnlaw.com

Brian F. Moore     bmoore@mccarter.com

Gene T. Moore     gtmlaw@bellsouth.net

Thomas R. Morris     morris@silvermanmorris.com, morris@silvermanmorris.com

Andrew L. Morrison     amorrison@reedsmith.com, rmarino@reedsmith.com

Sarah E. Morrison     sarah.morrison@doj.ca.gov

Whitney L. Mosby     wmosby@binghammchale.com

Eric T. Moser     eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola     alisa@contrariancapital.com

Jill L. Murch     jmurch@foley.com, khall@foley.com

James P. Murphy     murph@berrymoorman.com

Lawrence J. Murphy    lmurphy@honigman.com

Robert D. Nachman    rnachman@scgk.com

Melissa Z. Neier    mneier@ibolaw.com

Michael R. Nestor    bankruptcy@ycst.com

Lauren Newman    inewman@fagelhaber.com

Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton    rnorton@hunton.com

Gordon Z. Novod    gnovod@kramerlevin.com

Kasey C. Nye    knye@quarles.com

Michael P. O'Connor    mpolaw@aol.com

Michael O'Hayer    mkohayer@aol.com

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com

Patrick J. Orr    porr@klestadt.com

Karen Ostad    kostad@mofo.com

Mark Russell Owens    mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Nicholas R. Pagliari    npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella    cpalella@kurzman.com

Ingrid S. Palermo    ipalermo@hselaw.com

Charles N. Panzer    cpanzer@sillscummis.com

Richard J. Parks    rjp@pbandg.com, kas2@pbandg.com

Felton E. Parrish    fparrish@kslaw.com

Susan P. Persichilli    susan.persichilli@bipc.com

Geoffrey J. Peters    colnyecf@weltman.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Ed Phillips    ephillips@thurman-phillips.com

Christine A.M. Pierpont    cpierpont@ssd.com

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com

David M. Posner    dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com;mferrara@hhlaw.com

Constantine Pourakis    cp@stevenslee.com

Mark T. Power
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.co
m;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;mmarhyan@hahnhessen.com

Susan Power-Johnston    sjohnston@cov.com

Ronald S. Pretekin    pretekin@coollaw.com, piatt@coollaw.com

Dennis E. Quaid    dquaid@fagelhaber.com

Paul A. Rachmuth    prachmuth@reedsmith.com

Thomas B. Radom    radom@butzel.com

Dennis Jay Raterink    raterinkd@michigan.gov

Gary Ravert    gravert@mwe.com

Eric T. Ray    eray@balch.com

Ira A. Reid    ira.a.reid@bakernet.com

Steven J. Reisman    sreisman@cm-p.com, jbarucha@cm-p.com;webmaster@docketware.com;ceilbott@cm-
p.com;jdrew@cm-p.com;sbeyer@cm-p.com;jthomison@curtis.com

Kenneth A. Reynolds    kar@pryormandelup.com

Walter Reynolds    wreynolds@porterwright.com

Marc E. Richards    mrichards@blankrome.com

Tracy E. Richardson    tracy.richardson@dol.lps.state.nj.us

Craig Philip Rieders    crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-
law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins    mgr@previant.com, em@previant.com

Matthew R. Robbins    mrr@previant.com

Elizabeth A. Roberge    eroberge@robergelaw.com

Jean R. Robertson    jrobertson@calfee.com, jrobertson@calfee.com

Scott D. Rosen    srosen@cb-shea.com

Heath D. Rosenblat    hrosenblat@kayscholer.com

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal    maofiling@cgsh.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Ira Rubin    irarubin265@aol.com, norma@bizwoh.rr.com

Robert B. Rubin    brubin@burr.com

Maura I. Russell    dangiulo@dreierllp.com, jguerrier@dreierllp.com

E. Todd Sable    tsable@honigman.com

Chester B. Salomon    cs@stevenslee.com

Brian D. Salwowski    bsalwowski@atg.state.in.us

Diane W. Sanders    austin.bankruptcy@publicans.com

William A. Sankbeil    was@krwlaw.com

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Robert V. Sartin    rsartin@fbtlaw.com

William F. Savino    wsavino@damonmorey.com

Thomas J. Schank    tomschank@hunterschank.com

Ilan D. Scharf    ischarf@pszjlaw.com

Michael L. Schein    mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle    jrs@parmenterlaw.com, lms@parmenterlaw.com

William H. Schorling    william.schorling@bipc.com

Christopher P. Schueller    christopher.schueller@bipc.com,
darcy.drons@bipc.com;timothy.palmer@bipc.com;donna.curcio@bipc.com

Charles P. Schulman    cschulman@sachnoff.com

Sheila R. Schwager    srs@hteh.com

Bryan I. Schwartz    bschwartz@lplegal.com

Matthew L. Schwartz    matthew.schwartz@usdoj.gov

Mark S. Scott    mscott@riemerlaw.com

Lon J. Seidman    mail@rsmllp.com, mail@rsmllp.com

Howard Seife    arosenblatt@chadbourne.com

Jay Selanders    jay.selanders@kutakrock.com

Gary I. Selinger    gselinger@hodgsonruss.com

Mark A. Shaiken    mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro    shapiro@steinbergshapiro.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill    mark.sherrill@sablaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Robert J. Sidman    rjsidman@vorys.com, cdfricke@vorys.com;bkbowers@vorys.com

Aaron M. Silver    asilver@honigman.com

Paul N. Silverstein    paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon    jsimon@foley.com

Joseph E. Simpson    jsimpson@hselaw.com

Thomas R. Slome    mail@rsmllp.com

Richard G. Smolev    rsmolev@kayescholer.com, rrotman@kayescholer.com;maosbny@kayescholer.com

Jesse L. Snyder    jsnyder@tpwlaw.com, jforstot@tpwlaw.com;mmuller@tpwlaw.com;cgraham@tpwlaw.com

Marc P. Solomon    msolomon@burr.com

Sean C. Southard    ssouthard@klestadt.com, sfurst@klestadt.com

Paul H. Spaeth    spaethlaw@phslaw.com

Robyn J. Spalter    notice@regencap.com

Sarah F. Sparrow    ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Douglas E. Spelfogel    dspelfogel@bakerlaw.com

Michael A. Spero    jspecf@sternslaw.com

Byron C. Starcher    byron.starcher@nelsonmullins.com

Robert J. Stark    claukamg@brownrudnick.com

Catherine Steege    csteege@jenner.com

Matthew B. Stein    mstein@sonnenschein.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Stephen P. Stella    attorneystella@sszpc.com

Malani Sternstein    msternstein@sheppardmullin.com

Alexander Stotland    axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland    bstrickland@wtplaw.com

Joseph G. Strines    joseph.strines@dplinc.com

James M. Sullivan    jmsullivan@mwe.com

Michelle T. Sutter    msutter@ag.state.oh.us

Paul Sweeney    psweeney@linowes-law.com

Dona Szak    dszak@ajamie.com

Robert Szwajkos    rsz@curtinheefner.com

Douglas T. Tabachnik    dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton    roger.tarbutton@jocogov.org

John E. Taylor    jtaylor@binghammchale.com

Samuel Jason Teele    jteele@lowenstein.com

Andrew M. Thaler    thaler@tglawfirm.com, thaler@tglawfirm.com

Zakarij O. Thomas    zothomas@klettrooney.com

Janice L. Thompson    Thompson.Janice@dol.gov

Melinda S. Thornton    cao.bkc@miamidade.gov

Richard S. Toder    rtoder@morganlewis.com

Gordon J. Toering    gtoering@wnj.com

Albert Togut    alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Michael A. Trentadue    mtrentadue@boselaw.com

Martin B. Tucker    mtucker@fbtlaw.com

Raymond J. Urbanik    rurbanik@munsch.com

Robert Usadi    rusadi@cahill.com

Shmuel Vasser    svasser@nixonpeabody.com

Lori V. Vaughan    lvaughan@foley.com

Frank F. Velocci    frank.velocci@dbr.com, steven.alfred@dbr.com

Gary Vist    gvist@masudafunai.com

Joseph J. Vitale    jvitale@cwsny.com

Arthur T. Walsh    omclaw@aol.com

Sean M. Walsh    swalsh@gmhlaw.com, jmahar@gmhlaw.com

Michael D. Warner    bankruptcy@warnerstevens.com

W. Clark Watson    cwatson@balch.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub    wweintraub@fklaw.com, vgarvey@fklaw.com

Jay Welford    jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;pbarr@jaffelaw.com;phage@jaffelaw.com

Robert J. Welhoelter    robert.welhoelter@wallerlaw.com,
darlene.banach@wallerlaw.com;chris.cronk@wallerlaw.com;bk@wallerlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David A. Wender    david.wender@alston.com

Michael R. Wernette    mwernette@schaferandweiner.com

Robert A White    rwhite@murthalaw.com

Amy Williams-Derry    awilliams-derry@kellerrohrback.com, hvargas@kellerrohrback.com

Stephen F. Willig    swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

W. Joe Wilson    jwilson@tylercooper.com

Jeffrey C. Wisler    jcw@cblhlaw.com

Douglas Wolfe    dwolfe@asmcapital.com

Robert D. Wolford    ecfwolfordr@millerjohnson.com

Richard L. Wynne    richard_wynne@kirkland.com;sperry@kirkland.com

Zhiyuan Xu    mxu@schiffhardin.com

David Farrington Yates    fyates@sonnenschein.com

Stephen L. Yonaty    syonaty@chwattys.com

German Yusufov    pcaocvbk@pcao.pima.gov

Helen A. Zamboni    hzamboni@underbergkessler.com

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com

Peter Alan Zisser    nyc-bkcyecf@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

Elizabeth B. Ahlemann
905 West Boulevard N.
Elkhart, IN 46514

1599963 Ontario Limited

,

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

975 Opdyke LP, et al.

,

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

Actoras Partners LTD

,

Affinia Group Inc.

,

Elizabeth Bottorf Ahlemann
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.

,

Akerman Senterfitt
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Michael J. Alerding

,

Allen & Overy LLP

,

Alstom Power Environmental Consult GmbH

,

Alstom Power Equipment

,

Harvey Altus
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

American Finance Group, Inc. d/b/a Guaranty Capital Corporation
,

American Molded Products LLC
,

Mark K. Ames
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Ames Reese, Inc.
,

Audrey Amort
,

Manda L. Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Kyra E. Andrassy
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Joel D. Applebaum
,

Association of Businesses Advocating Tariff Equity
,

Bruce D. Atherton
BRUCE D. ATHERTON & ASSOCIATES, PLLC
455 S. 4th Street, Suite 1450
Louisville, KY 40202-2528

Atradius
,

B & B Machine & Grinding Service, Inc.
,

Russell C. Babcock

,

Kristine G. Baker

,

Ball Systems, Inc.

,

Banco J.P. Morgan, S.A., Institucion de Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, Not
Individually, but in its Capacity as Trustee of Trust F/00121; Prudential Financial, Inc.; Prude

,

Mark I Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.bane@ropesgray.com

Bank of America, N.A.

,

Bank of America, N.A.

,

Alice J. Banus

,

Lorraine Barnum

,

Margaret Bartindale
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Robert E. Bartkus
DILLON, BITAR & LUTHER LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

Andrew R. Basile

,

Bay County (FLA.) Tax Collector's

,

Bay County, Florida
,

Bay County, Florida, Tax Collector
,

Beacon Reel Co.
,

Victoria Bean
,

Michael Beard
,

Jody A. Bedenbaugh
,

Bell, Anderson & Sanders LLC
,

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178
hbeltzer@morganlewis.com

Bradley A. Bennett
,

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Neil Berger
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Bing Metals Group, Inc.
,

Bio-Serv Corporation
,

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022
Anthony_Boccanfuso@aporter.com, quebecorservice@aporter.com


Bona Vista
,

Bona Vista Programs, Inc.
,

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

Booth Udall, PLC
,

Borg Indak, Inc.
,

John S. Brannon
,

Barbara S. Brenner
,

Robert F. Brown
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Brown & James, P.C.
,

Frank X. Budelewski
,

Buell Automatics, Inc.
,

Bryan Bueltel
,

Buffalo Check Cashing, Inc.
,

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

John Wm Buttler
,

C&S Logos Patent and Law Office
,

CDW Computer Centers, Inc.
,

CH & I Technologies, Inc.
,

CH2M Hill, Inc.
,

CPI Control & Power, Inc.
,

CSX Transportation
,

CT Corporation
,

CT Corporation
,

CT a Wolters Kluwer Business
,

CTP Carrera, Inc. d/b/a Carclo Technical Plastics
,

CTP Carrera, Inc., d/b/a Carclo Technical Plastics
,

Cadena Law Firm, P.C.
,

Barbara Lee Caldwell
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

Thomas R. Califano

DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104
thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;john.mcnicholas@dlapiper.com;william.coleman
@dlapiper.com;robert.ware@dlapiper.com;christopher.thomson@dlapiper.com;mark.c.smith@dlapiper.com;kri
stin.rosella@dlapiper.com

Callanan Industries, Inc.
,

Joseph A. Carbone
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Cardinal Law Group, Ltd.
,

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Joan B. Carmack
,

Sharyl Carter
,

Sharyl Y. Carter
,

Sharyl Y. Carter
,

Sharyl Y. Carter
,

Catalytic Solutions, Inc.
,

George B. Cauthen
,

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Central Transport International, Inc.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Brad A. Chalker
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

Ralph E. Chapman
,

Sarah B. Chapman Carter
,

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Matthew W. Cheney
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Stuart F. Cheney
,

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Chester, Willcox & Saxbe, LLP.
,

Mark Ira Chinitz
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174
mark.chinitz@steinrisomantel.com;christine.mayer@steinrisomantel.com

Matthew Ciaramitaro

,

Megan E. Clark
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Suite 1500
Austin, TX 78701

Mark G. Claypool

,

Clerk's Office U.S. Bankruptcy Court

,

Robert W. Coberg

,

Coface North America, Inc.

,

Thomas W. Coffey

,

Collector of Revenue for St. Louis County, Missouri

,

Collector of Revenue, St. Louis County, Missouri

,

Commissioner of Revenue for theCommonwealth of Massachusetts ("MDOR")

,

Commodity Management Services and GBS Printed Products & Services

,

Commonwealth of Pennsylvania Department of Revenue

,

Control Masters, Inc.

,

Controls Crew Co., Inc.

,

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com

Susan A. Cook
,

Jeffrey A. Cooper
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
jcooper@carellabyrne.com

Cornell University
,

Martin E. Crandall
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Creative Techniques, Inc.
,

Credit Suisse
,

Carol Creel
,

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
macronin@debevoise.com

Crown Credit Company
,

Thomas M. Cryan, Jr
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Gary H. Cunningham
,

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com,
rkebrdle@whitecase.com;icruz@whitecase.com;lbegy@whitecase.com;tdee@whitecase.com

Cunningham Engineering, Inc.
,

Andrew Currie
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Currie Kendall PLC
,

Raniero D'Aversa
Mayer, Brown, LLP
1675 Broadway
New York, NY 10019-5820
rdaversa@mayerbrown.com, lmetzger@mayerbrownrowe.com;cwilliams-pugh@mayerbrown.com

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
cadamast@blankrome.com

Richard L Darst
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Dennis Dashkovitz
,

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Dayton Supply & Tool Company

Attn: Dwight Woessner
507 East First Street
Dayton, OH 45402

Gail DeCaire
1714 Delaware
Saginaw, MI 48602

Peter D. DeChiara
Cohen, Weiss and Simon, LLP
330 West 42nd Street
New York, NY 10036
pdechiara@cwsny.com, pellis@cwsny.com;iturner@cwsny.com

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

Dechert, LLP.
,

Defense Contract Management Agency
,

Deloitte & Touche, LLP.
,

Karol K. Denniston
DLP PIPER LLP
550 South Hope Street
Suite 2300
Los Angeles, CA 90071

Department of the Treasury, Internal Revenue Service
,

Dept Of Revenue
Compliance Division
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

Deringer-Ney, Inc.
,

Robert E. Dettinger
,

Russell Detwiler
,

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;alisa.aczel@troutmansanders.com

Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY

Devco Corporation
300 Lanidex Plaza
Parsippany, NJ 07054

Douglas Deykes
,

DiConza Law, P.C.
,

Diane Nelson, CFC, Tax Collector of Pinellas County, Florida
,

Dierker & Associates, P.C.
,

Karen B. Dine
,

Stephen A. Ditullio
,

Ira S. Dizengoff
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022
idizengoff@akingump.com

Dobmeier Janitor Supply, Inc.
,

Diane L. Donabedian
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, CA 94105

Larry R. Dorning
Attorney at Law, P.C.
111 West Main Street

Hohenwalk, TN 38462

Dow Corning Corporation
,

Christie Lyman Dowling
Balch & Bingham, LLP
1901 Sixth Avenue N.
Suite 2600
Birmingham, AL 35209

William P. Downey
,

James J. Dragna
,

David B. Draper
,

David B. Draper
,

Eugene Driker
,

Seth A. Drucker
,

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

James P. Dube
Blake, Cassels & Graydon, LLP
Box 25, Commerce Court West
199 Bay Street
Toronto, Ontario, M5L IA9

Robert J. Dubin
,

Due Doyle Fanning & Metzger, LLP
,

Jane M. Duffy
,

Dykema Gossett PLLC
,

EMC Corporation

,

EQUITY TRUST CO. CUST. FBO BENJAMIN D. TARVER IRA

,

Frank L. Eaton
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Economy Transport, Inc.

,

Robert J. Edel

,

David S. Elkind
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
david.elkind@ropesgray.com, paul.lang@ropesgray.com

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Elmos North America, Inc.

,

Energy Engineering & Consulting Services, LLC
2137 South 800 West
Swayzee, IN 46986

Eq-Heritage, LLC

,

Estate of Virginia A. Haass

,

Michael S. Etkin
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
# 401
Garden City, NY 11530

Delphine L. Evans
,

Export Development Canada
,

FTI Consulting, Inc.
,

Fair Harbor Capital, LLC
875 Avenue of the Americas
Suite 2305
New York, NY 10001

Fair Liquidity Partners, LLC
,

Joseph R. Falasco
,

Michael Farina
Thaler & Gertler, LLP
900 Merchants Concourse
Suite 414
Westbury, NY 11590

Jerry L. Fenton
,

John A. Ferroli
,

Fifteenth Judicial District Court
,

FirstEnergy Solutions Corp.
,

Michael D. Fishman
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Brian T. FitzGerald
P.O. Box 1110
Tampa, FL 33602

Brian T. FitzGerald
Senior Assistant County Attorney
Post Office Box 1110
Tampa, FL 33601-1110

Fitzgerald Water, Light, and Bond Commission
,

Jeanne Fitzsimmons
,

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
,

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Flexible Automation, Inc.
,

Floform. Ltd.
,

Florida Production Engineering, Inc.
,

Benjamin H. Flowe
,

Francis J. Fodale
,

Glenn D. Forbis
39533 Woodward Avenue, Suite 140
Bloomfield Hills, MI 48304

Formall, Inc.
,

Charles R. Forman
Post Office Box 159
Oscala, FL 34478

Lorna J. Foster
P.O. Box 245
Plainwell, MI 49080

Steven E. Fox
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022
sfox@dreierllp.com, bnizzo@dreierllp.com;jguerrier@dreierllp.com

Joseph D. Frank
Frank/Gecker LLP
325 N. LaSalle
Suite 625
Chicago, IL 60610

Fred Sisk, Knox County Trustee
,

Richard A. Freese
2031 2nd Avenue
Birmingham, AL 35203

Naomi M. Frye
,

Fujikoki America, Inc.
,

Fulbright & Jaworski L.L.P.
,

G. Brian Patterson
,

G.P. Reeves, Inc.
,

GE Commercial Materials
c/o Lori Vaughan
Foley & Lardner LLP
90 Park Avenue
37th Floor
New York, NY 10016

GMD Industries LLC dba Production Screw Machine Co.
1414 E. Second Street
Dayton, OH 45403-1023

David Garland
Moore, Clarke, DuVall & Rodgers, P.C.
2829 Old Dawson Road
Albany, GA 31707

dgarland@mcdr-law.com, dgarland@mcdr-law.com

Joanne Gelfand

,

Arlene N. Gelman

,

John Gianfermi

,

Gobar Systems, Inc.

,

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Robert B. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Andrew Goldman
Wilmer Cutler Pickering Hale
and Dorr LLP
399 Park Avenue
New York, NY 10022
agoldman@wilmer.com, patricia.doctor@wilmerhale.com;joel.millar@wilmerhale.com

David N. Goldsweig

,

Gooding Co Inc.

,

Gooding Company, Inc.

,

Patricia Gordon

,

Robert D. Gordon

,

Lesley Rita Gore Kitikul
,

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Gordon E. Gouveia
,

Stephanie Gray
,

Stephanie Gray
,

Greeley Containment & Rework, Inc.
,

Greenberg Traurig, LLP
,

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC 28202

Paul S. Groschadl
,

Gruner AG
,

Kevin T. Grzelak
,

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Gwinn & Roby
,

Holly G. Gydus
Regen Capital

2109 Broadway
New York, NY 10023

HEAD acoustics, Inc.
,

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Randy Halazon
,

Halperin Battaglia Raicht, LLP
,

Charles Hamilton
,

Hamilton Tool & Machine, Co., Inc.
,

Hamlin Tool & Machine Co., Inc.
,

Michael C. Hammer
,

Tara Hannon
Mandel Katz Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989
thannon@mkmb.com

Harco Brake Systems, Inc.
PO Box 335
Englewood, OH 45322

Harco Industries, Inc.
PO Box 335
Englewood, OH 45322

Daniel J. Harlan
1360 S. Fifth Street
Suite 204
St. Charles, MO 63301

Domencia N.S. Hartman
,

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Bruce A. Harwood
1000 Elm Street
PO Box 3701
Manchester, NH 03105-3701

Emily R. Haus
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

Mark C. Haut
Morgan, Lewis & Bockius, LLP
101 Park Avenue
46th Floor
New York, NY 10178

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
dhayes@mcguirewoods.com

HellermanTyton
,

Henman Engineering & Machine, Inc.
,

Henman Engineering & Machine, Inc.
,

Morrie Wayne Henry
,

Heraeus Amersil, Inc.
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Richard B. Herzog
,

Highland Capital Management, LP.
,

Patricia L. Hill
Statman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Jane Ann Himsel

,

Hinshaw Roofing & Sheet Metal Co., Inc.

,

Marc E. Hirschfield
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
MHirschfield@ropesgray.com

David A. Hodges

,

David A. Hodges
212 Center Street
Fifth Floor
Little Rock, AR 72201

David A. Hodges
Centre Place
212 Center Street
Fifth Floor
Little Rock, AR 72201

Richard B. Hoffman

,

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
ehollander@whitecase.com, rlipman@mcleodusa.com

Hollingsworth Lumber

,

Hollingsworth Sawmill, Inc.

,

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center

New York, NY 10281
jhong@rkollp.com, rkoquebec@rkollp.com

Honigman Miller Schwartz and Cohn LLP

,

Camille Hope

,

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068
ehorn@lowenstein.com

Laurel B. Houser

,

Peggy A. Housner
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Peggy Ann Housner
Michigan Department of Attorney General
First Floor, Treasury Building
430 West Allegan Street
Lansing, MI 48922

Patrick Howell
Whyte Hirschboeck Dudek, S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
phowell@whdlaw.com, lramirez@whdlaw.com;slarson@whdlaw.com

Patrick B. Howell

,

Patrick B. Howell
Whyte Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202

Kelly Hurley

,

Hyatt Legal Plans, Inc.

,

ICG Castings, Inc.

,

ILM Tool, Incorporated

,

Ice Miller, LLP

,

Illinois Department of Revenues

,

Illinois Environmental Protection Agency

,

Impala Platinum

,

In-Parallel Computer Staff, Ltd.

,

Jay R. Indyke
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
jindyke@cooley.com

Intec Group, Inc.
c/o Vedder, Price, Kaufman & Kammholz,PC
222 North LaSalle Street
Suite 2200
Chicago, IL 60601

Integrated Quality Solutions, LLC.

,

Internal Revenue Service, Dept. of the Treasury
290 Broadway
New York, NY 10007

Ionics Ultrapure Water

,

Iowa Department of Revenue
1305 E. Walnut St.
Hoover State Office Bldg. - 3rd FL
Des Moines, IA 50319-0120

Iron Mountain Information Management, Inc.

c/o Windels Mark Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

Ivins, Phillips & Barker
,

Ivins, Phillips, & Barker Chartered
,

J. Gordon Lewis dba J. Gordon Lewis, PLLC
,

J. Gordon Lewis, PLLC
,

JPMORGAN CHASE BANK, N.A.
,

JPMorgan Chase Bank, N.A.
,

JPMorgan Chase, N. A.
,

JPMorgan Chase, N.A.
,

Wilma S. Jackson
,

Kurt Jacobs
Sidley Austin LLP
1501 K Street NW
Washington, DC 20005

Jacobson Mfg., LLC
,

Spencer James
,

Helen Jarmakowicz
201 Browertown Rd
West Paterson, NJ 07424-2609

Jefferson Wells International, Inc.
,

William H. Jeffress
Baker Botts LLP

1299 Pennsylvania Ave NW
Washington, DC 20004-2400

Jenner & Block LLP
,

Joe E. Tedder, CFC, Tax Collector for Polk County, Florida
,

John E Benz & Co.
,

John Hopkins University
,

Johnson Controls GmbH & Co. KG
,

Johnson Controls Interiors LLC
,

Floyd Jones
,

Jennifer Jones
,

Loretta M. Jones
,

Ronald E. Jorgensen
,

Judco Manufacturing
,

Michael L. Julius
,

KDS Innovation in Electronic Solutions
,

KPMG LLP
,

KS Capital Partners, L.P.
11 West 42nd Street, 30th Floor
New York, NY 10036

Kachele Vibrastop
,

Kate Kanabay
,

Kansas Department of Revenue
,

Kardex Systems Inc.
25 Industrial Blvd
Paoli, PA 19301

William M. Katich
500 South Second Street
Springfield, IL 62706

Bart E. Kaylor
,

Peter D. Keefe
,

Kelley Drye & Warren LLP
,

Ken Burton, Jr. Manatee County Tax Collector
,

Thomas Kennedy
,

Kenneth Mason Publications Limited
,

William Kerscher
,

William Kerscher
1321 Kings Carriage
Grand Blanc, MI 48439

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Kiefel Technologies, Inc.
,

Kenneth J. Kies
,

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Killam
,

King & Spalding LLP
,

King Collision
,

Evelyn M. Kiresen
St. Andrews-South Life Care Community
6065 S Verde Trail
Apt # G-321
Boca Raton, FL 33433

Kirkpatrick & Lockhart Nicholson Graham LLP
,

Kirkpatrick & Lockhart Preston Gates Ellis LLP
,

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com,
benjaminfinestone@quinnemanuel.com;josephminias@quinnemanuel.com

Klash, Inc.
,

Alan J. Knauf
Knauf Shaw LLP
1125 Crossroads Building
2 State Street
Rochester, NY 14614

Ernest A. Knobelspiesse
,

Knox County Trustee
,

Joseph B. Koczko
Thompson Hine LLP
One Chase Manhattan Plaza

58th Floor
New York, NY 10005
joseph.koczko@thompsonhine.com

Barry R. Kogut

,

Hanan B. Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018
hkolko@msek.com, egilmartin@afanet.org;rclayman@geclaw.com

Korten Quality Systems, Ltd.

,

James M. Koshland

,

Laurie Krepto
Montgomery, McCracken Walker & Rhoads
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
lkrepto@mmwr.com

Kringeta Design & Drafting

,

Kelly A. Kruse
4190 Telegraph Rd.
Ste 3500
Bloomfield Hills, MI 48302

Diane V. Kuenzel
Kuenzel & Lutes, P.A.
4111 Land O' Lakes Boulevard
Suite 302-D
Land O' Lakes, FL 34639

Duane Kumagai

,

John M. Kunst

,

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727


L & B Cartage, Inc. - Omni Warehouse
,


L.A.W.S. Labor Advocates for Workers Solutions
,


LB Transportation Group
,


Denise K. LaRue
HASKIN LAUTER LaRUE & GIBBONS
255 North Alabama Street
Indianapolis, IN 46204


Andrew Ladika
3951 River Lane
Rocky River, OH 44116


Harold A. Larson
Couzens, Lansky, Fealk, Ellis, Roeder
& Lazar, P.C.
39395 W. 12 Mile Road
Suite 200
Farmington Hills,, MI 48331


Edward L. Lavelle
,


James Michael Lawniczak
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688


Brenda Lawrence
,


Anna C. Lee
Mandel, Katz, Manna & Brosnan, LLP
210 Route 303
Valley Cottage, NY 10989


Edward J. Leen
Mandel, Katz, Manna & Brosnan, LLP
The Law Building
210 Route 303

Valley Cottage, NY 10989
eleen@mkmb.com

Legal Cost Control, Inc.

,

Legal Cost Control, Inc.

,

Leichester Die & Tool, Inc.

,

David S. Leinwand
Amroc Investments, LLC
535 Madison Avenue
15th Floor
New York, NY 10017

Clifford Leong
3616 Garner Pl.
Encinitas, CA 92024

Wilfred D. Leong

,

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Edward J. Lesniak

,

Edward J. Lesniak
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue
22nd Floor
Chicago, IL 60611-3607

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas 18th Floor
New York, NY 10019

Lexington County, Treasurer's Office

,

Lexington Rubber Group., Inc.

,

Zhang Xiao Li
,

Lifetime Industries, Inc.
,

Lippert, Humphreys, Campbells, Dust & Humphreys, P.C.
,

Littlefuse, Inc.
,

Local 897, UAW
,

Logistics Insight Corp. (LINC)
,

Allison W. Lowell
,

Jay L. Lubetkin
,

Patricia A. Lykins
,

MEMC Electronic Materials, Inc.
,

MSX International, Inc.
,

MSX International, Inc.
22355 W. 11 Mile Road
Southfield, MI 48034

Machined Products Co.
,

Madison County, Mississippi Tax Collector to Objection to Claim
,

Madison Investment Trust - Series (1-50)
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor

New York, NY 10003

William Bernard Maguire
,

Ann M. Maher
,

Mallesons Stephen Jaques
,

Carmen Mandato
,

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Evie Stiles Manusakis
,

MarTek, Inc.
,

Wendy G. Marcari
Dreier LLP
499 Park Avenue
14th Floor
New York, NY 10022

Alan E. Marder
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553

Maricopa County Treasurer
,

Maricopa County Treasurer's
,

Townsell G. Marshall
,

Martinrea International Inc.
,

Master Molded Products Corporation

,

Victor J. Mastromarco

,

Paul C. Mathis

,

Deborah A. Mattison

,

Jil Mazer-Marino
Rosen Slome Marder LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, NY 11553
mail@rsmllp.com

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

John K. McAndrew
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614

Douglas J. McBride

,

Robert G. McClure

,

John K. McDavid

,

McDemott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Timothy S. McFadden
Locke Lord Bissell & Liddell.LLP
111 South Wacker Drive
Chicago, IL 60606
tmcfadden@lockelord.com, docket@lockelord.com

McGlinchey Stafford, PLLC

,

Maureen A. McGlynn

,

John McGrath

,

John A. McKinney

,

Daniel A. McLaughlin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

McNees Wallace & Nurick LLC

,

McShane & Bowie, P.L.C.

,

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Timothy Mehok

,

Richard G. Menaker
Menaker & Herrmann, LLP
10 E. 40th Street
New York, NY 10016

Mesirow Financial Consulting, LLC

,

Methode Electronics, Inc., and its Affiliates
115 South LaSalle Street
Chicago, IL 60603

Merle C. Meyers

,

Michael D. Schloff, PLLC

,

Michigan Gas Utilities

,

Michigan Heritage Bank

,

Eva Milanowki

,

Alexander Miller

,

Keith Miller

,

Milliken & Company

,

Minco Tool & Mold

,

Sakura Mizuno

,

Terry Mocny

,

Terry R. Mocny

,

James W. Moennich
Wickens, Herzer,Panza, Cook & Batista Co
35765 Chester Road
Avon, OH 44011-1262

Moldtech, Inc.

,

Glenn A. Montgomery

,

Moraine Maintenance Co, Inc
2611 Nordic Rd
Dayton, OH 45414

Moraine Maintenance Co., Inc.

,

Sarah E. Morrison

,

Whitney Mosby

,

Mothershead

,

Robert A. Mothershead

,

Multibase, Inc.

,

Murphy Desmond S.C.

,

NU Horizons Electronics Corp.

,

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
rfreimuth@mofo.com;nrosenbaum@mofo.com

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
21st Floor
New York, NY 10020

National City Commerical Capital

,

National Fire Insurance Company of Hartford and Continental Casualty Company

,

Kathy R. Neal

,

Carolyn Needham

,

Neosong USA, Inc.

,

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

C. Donald Neville
Kroll, McNamara, Evans & Delehanty, LLP
29 South Main Street
West Hartford, CT 06107

New York State Department of Taxation and Finance
,

New York State Department of Taxation and Finance
,

New York State Office of Temporary and Disability Assistance
,

Newington Capital, Inc.
P.O Box 20224
New York, NY 10021-0063

Newstart Factors, Inc
281 Tresser Blvd
Suite 1501
Stamford, CT 06901

Thomas R. Noland
Stratman, Harris & Eyrich, LLC
110 North Main Street
Suite 1520
Dayton, OH 45402

Nutech Plastics Engineering, Inc.
Tisdale & Associates LLC
1600 Broadway
Suite 2600
Denver, CO 80202

Michael P. O'Connor
10 Esquire Road, Suite 14
New City, NY 10956

Matthew Oddy
,

Ohio Hoist & Puller/Tuf-Tug Products & Accessories
,

Ohio Job & Family
,

Ohio Job & Family Services
,

Donna Ondash
,

Kenneth Ondash

,

One Hundred Transferred Employees of Delphi

,

Optical Cable Corporation (OCC)

,

Orange County Tax Collector California

,

Ore Hill Hub Fund, LTD.
650 FIFTH AVENUE 9TH FL
NEW YORK, NY 10019

Eva Orlik

,

Eva M. Orlik

,

James R. Oswald
Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Oxford Industries of CT, Inc., d/b/a Oxford Polymers

,

PABCO Industries, LLC.

,

PBR Australia PTY LTD.

,

PBR International
c/o Lori Vaughan
Foley & Lardner
90 Park Avenue
37th Floor
New York, NY 10016

PBR Tennessee, Inc.

,

PEC of America Corp.

,

PML FLIGHTLINK LTD.
NEWMAN LANE
ALTON, HAMPSHIRE

UNITED KINGDOM 0X16 1SG

,

Stephen M. Packman
Archer & Greiner
One Centennial Square
Haddonfield, NJ 08033
spackman@archerlaw.com

Anneliese H. Pak
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Anne.Pak@ropesgray.com

Panasonic Electric Works Corporation of America

,

George Panters
Hayt, Hayt & Landau
600 Northern Blvd.
Great Neck, NY 11021

Park Enterprises of Rochester, Inc.

,

Parkview Metal Products, Inc.

,

Brian C. Pauls

,

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Simon Peach

,

Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C.

,

Brian Penley

,

James Penney

,

People's Republic of China

,

Victoria B. Perez

,

Anne M. Peterson
Phillips Lytle Hitchcock Blaine & Huber
3400 HSBC Center
Buffalo, NY 14203
apeterson@phillipslytle.com

Phelps, Jenkins, Gison & Fowler, LLP.

,

Phillips Plastics Corporation

,

Harvey Pickering

,

A. Robert Pietrzak
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Marc A. Pifko
Kirkpatrick & Lockhart
Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
nathanael.meyers@klgates.com

Pillsbury Winthrop Shaw Pittman LLP

,

Pillsbury Winthrop Shaw Pittman, LLP

,

Pitney Bowes Credit Corporation

,

Thomas A. Pitta
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020
tpitta@lowenstein.com

Plastomer Corporation

,

James A. Plemmons

,

Steven D. Pohl
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
spohl@brownrudnick.com,
cennis@brownrudnick.com;sbeville@brownrudnick.com;claukamg@brownrudnick.com

Polk County Tax Collector
,

Portage County Water Resources Department
,

Alan B. Posner
Kelman Loria, PLLC
660 Woodward Ave.
Suite 1420
Detroit, MI 48226

Amy Wallace Potter
DLI Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303

Michael Potter
N.38 W.26876 Glacier Rd.
Pewaukee, WI 53072

William E. Prachar
,

Preyco Manufacturing Co., Inc.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.
,

Price, Heneveld, Cooper, DeWitt & Litton, LLP.
,

Prichard, Hawkins, McFarland & Young, LLP
,

Thomas B. Prickett, II
215 Second Avenue East
P.O. Box 1200

Oneonta, AL 35121

Pro Pallet, Inc.

,

Protomold Company, Inc.

,

Leigh S. Prugh

,

QAD, Inc.

,

Steven W. Quattlebaum

,

Quick Tanks, Inc.

,

Quinn Emanual Urquhart Oliver & Hedges, LLP.

,

Quinn Emanuel Urquhart Oliver & Hedges LLP

,

Quinn Emanuel Urquhart Oliver & Hedges LLP

,

Quinn Emanuel Urquhart Oliver & Hedges LLP

,

Quinn Emanuel Urquhart Oliver & Hedges, LLP

,

RCMA AMERICAS INC.

,

RLI Insurance Company

,

Leonard J. Rachwal

,

Rader Fishman & Grauer LLP

,

Rader Fishman & Grauer LLP

,

Rader, Fishman & Grauer PLLC.

,

Radiall

,

Mark L. Radtke

,

Geoffrey T. Raicht
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
graicht@sidley.com, emcdonnell@sidley.com

Rand Transcript Service, Inc.

,

Rasselstein GmbH

,

Receivable Management Services

,

Martin J. Reder

,

Redrock Capital Partners, LLC
111 S. Main Street
Suite C11
PO Box 9095
Breckenridge, CO 80424

Jo Christine Reed
Sonnenschein Nath & Rosenthal, LLP
1221 Avenue of the Americas
New York, NY 10020
jcreed@sonnenschein.com, rrichards@sonnenschein.com

Scott Reese

,

Scott Darryl Reese

,

Scott Darryl Reese

,

Scott Darryl Reese

,

Regency Reporting, Inc.

,

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Relats S.A.

,

Reliance Insurance Company (In Liquidation)

,

Donald P. Renaldo
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Republic Engineered Products, Inc.
c/o Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
r.digest@dpw.com

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Vincent E. Rhynes
1514 W. Manchester Ave # 5
Los Angeles, CA 90047

Jeffrey A. Rich
Rich, Crites & Dittmer, LLC
300 East Broad Street, Suite 300
Columbus, OH 43215

Geoffrey A. Richards
200 East Randolph Drive
Chicago, IL 60601

Michael P. Richman
Foley & Lardner, LLP
90 Park Avenue

37th Floor
New York, NY 10016
mrichman@foley.com

Frederick T. Rikkers
,

Ris The Paper House
,

Ronald A. Rispo
,

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence Rivers
,

Riverside Claims, LLC.
,

Terri A. Roberts
32 North Stone Ave
Suite 2100
Tucson, AZ 85701

Rockwell Automation
,

Patricia M. Rodenhausen
U.S. Department of Labor
Office of the Solicitor
201 Varick Street
Room 983
New York, NY 10014
rogoff.jeffrey@dol.gov

Brian W. Rogers
,

Caroline Rogus
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Andrew Neil Rosenberg
Paul, Weiss, Rifkind, Wharton
& Garrison LLP

1285 Avenue of the Americas
New York, NY 10019
arosenberg@paulweiss.com, emccolm@paulweiss.com;bfiller@paulweiss.com

Risa M. Rosenberg
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
RROSENBERG@milbank.com;jclark2@milbank.com;financialrestructuringefilings@milbank.com

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Gregg Rossi
P.O. Box 6045
Youngstown, OH 44501

Richard A. Rossman
Pepper Hamilton LLP
100 Renaissance Center
36th Floor
Detroit, MI 48243

Gregory T. Roth
2288 Major Lane
Davison, MI 48423

Rothschild, Inc.
,

Paul J.N. Roy
Mayer, Brown, LLP
71 S. Wacker Drive
Chicago, IL 60606
aconnor@mayerbrownrowe.com

Cathy Rozanski
,

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
prubin@herrick.com

Laurent A. Ruessmann
Sidley Austin LLP
Square de Meeus, 35
B-1000 Brussels, Belgium

,

Leon R. Russell

,

Leon R. Russell
3102 Oak Lawn
Suite 600, LB 164
Dallas, TX 75219

Paul Ryan

,

SFS Intect, Inc.

,

SGS North America, Inc.

,

SKF USA, Inc.

,

SL Stephenson & Lawyer, Inc.

,

SPCP Group LLC as Assignee of Solution Recovery Services, Inc.'s

,

STATE OF CONNECTICUT, DEPARTMENT OF REVENUE SERVICES

,

Yilmaz Sahinkaya

,

Saint Louis County Collector of Revenue

,

Samsung Electro Mechanics Co Ltd
314 Maetan 3-dong, youngtong-gu
Suwon, Kyunggi 448-803
Republic of Korea

,

Sanders Lead Co., Inc.

,

Darrin C. Savage

,

David A. Schaefer

,

Scheuer Mackin & Breslin LLC
,

Schleuniger, Inc.
,

Darla Schmidt
,

Dave J. Schmidt
,

Ronald J. Schmidt
,

Schmidt Technology GmbH
,

William R. Schulz
,

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Andrea B. Schwartz
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, NY 10103
aschwartz@fulbright.com

Bryan I. Schwartz
,

Jay A. Schwartz
,

Peter Gregory Schwed
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154
gschwed@loeb.com, tcummins@loeb.com

Seal & Design Inc.
,

Senus Precision Die Casting, Inc.
,

Sharp Electronics Corporation

,

Sharp Electronics Corporation, Sony Electronics, Inc. and Milliken Company

,

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Shearman & Sterling, LLP.

,

Adam L. Shiff
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019-6799
ashiff@kasowitz.com,
ffigueroa@kasowitz.com;alungen@kasowitz.com;jfolkes@kasowitz.com;jcarter@kasowitz.com

Lesley Shore
110 W College St
Hagerstown, IN 47346

Wallace A. Showman
1350 Avenue of the Americas
29th Floor
New York, NY 10019

Michael E. Sieloff

,

Siemens Automotive Canada Inc.

,

Siemens VDO Automotive Canada Inc.

,

Siemens VDO Automotive Corp.

,

Sierra Liquidity Fund

,

Sierra Liquidity Fund
2699 White Road #255
Irvine, CA 92614

Sierra Liquidity Fund, LLC

,

Sierra Liquidity Fund, LLC
2699 White Rd. Irvine
, ca 92614

Sierra Liquidity Fund, LLC (Assignee)
,

Sierra Liquidity Fund, LLC (Assignee); Dynamic Corporation (Assignor)
,

Sierra Liquidity Fund, LLC (Assignee); Showers Group, Inc, Shepard Mfg Co., Inc. (Assignor)
,

Sierra Liquidity Fund, LLC.
,

Sierra Liquidity Fund, LLC.
,

Robert M. Sigler
,

John D. Silk
Rothschild, Barry & Myers
55 West Monroe Street
Suite 3900
Chicago, IL 60603-5017

Rebecca H. Simoni
von Briesen & Roper, s.c.
411 E. Wisconsin Avenue
Ste. 700
Milwaukee, WI 53202

Rick L. Sizemore
6595 Westminster Drive
East Amherst, NY 14051

Skadden Arps Slate Meagher & Flom LLP
,

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, Ny 10036

Skadden, Arps, Slate, Meagher & Flom LLP
,

Skadden, Arps, Slate, Meagher & Flom, LLP.
,

Skadden, Arps, Slate, Meagher & Flom, LLP.
,

Skilled Trades Employees
,

R. Michael Sment
Law Offices of Michael R. Sment
770 County Square Drive
Suite 210
Ventura, CA 93003-5407

Mary Beth Smith
7339 Bedford Rd.
Hubbard, OH 44425

Wendy W. Smith
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

Michael J. Sobieray
Stewart & Stewart
Attorneys at Law
931 S. Rangeline Road
Carmel, IN 46032

Sokymat Automotive GmbH, Gewerbeparkstrasse 10, D-5180 Reichshof-Wehnrath
,

Robert Solt
,

Solvay Flourides, LLC
,

Solvay Fluorides Inc.
3500 Missouri Ave.
East Saint Louis, IL 60055-0236

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.somerstein@ropesgray.com

Sonic Tech Inc.'s
,

Sonic Tech, Inc.

Sony Electronics, Inc.
,

Paul H Spaeth
130 West Second St., Ste. 450
Dayton, OH 45402

Spector & Ehrenworth, P.C.
,

St. Clair Plastics Co.
,

Thomas St. George
729 Clifton Dr. Ne.
Warren, OH 44484

Byron C. Starcher
,

State of Indiana, Department of Revenue
,

William J. Stavole
,

David E. Stenson
David E. Stenson
Liberty Tower
Suite 1210
120 W. Second Street
Dayton, OH 45402

Andrew Stern
Sidley Austin LLP
787 Seventh
New York, NY 10019

Steven Hall & Partners, LLC
,

Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue
30th Floor
New York, NY 10022

Paul M. Stoychoff
,

Sundram Fasteners Limited
,

Superior Design Co., Inc.
,

T & L Automatics, Inc
,

TDK Corporation of America
,

Tadiran Batteries
,

Leigh C Taggart
39533 Woodward Avenue
Suite 140
Bloomfield Hills, MI 48304

Robert P. Tata
307 Tiffin Avenue
Huron, OH 44839

Tax Collector for Polk County, Florida
,

John E. Taylor
,

Team Golden Link America Corporation
,

Technical Machinery Sales
,

Telamon
,

Teledyne Technologies Incorporated
,

Teledyne Technologies, Inc.
,

Tessier Machine, Co.
,

TestEquity, Inc.
,

Texas Comptroller Of Public Accounts
,

Texas Comptroller of Public Accounts
,

Texas Comptroller of Public Accounts on behalf of the State of Texas, Texas Municipalities, Texas Counties, Special Purpose Districts and/or Texas Metropolitan or Regional Transportation Authorities
,

Textron Financial Corporation
,

The American Team, Inc.
,

The Bank of Tokyo-Misubishi UFJ, Ltd.
,

The Commonwealth of Massachusetts
,

The Growing Concern
,

The Mapes Piano String Company
,

The State of Ohio Department of Taxation
,

The Thomas Engineering & Surveying Co.
,

The Thomas Engineering & Surveying, Co.
,

Thermotech Company
1302 South 5th Street
Hopkins, MN 55343-7877

Richard F. Thiry
,

Stephen R. Thomas
,

Thomas Engineering Company
,

Thompson Emergency Freight Systems
,

Thompson, Hine & Flory, LLP.
,

Thompson, Hine & Flory, LLP.
,

Thompson, Hine & Flory, LLP.
,

Thorn Gershon Tymann and Bonanni, LLP
,

Thyssenkrupp Waupaca., Inc.
,

Timmons Oil Company, Inc.
,

Tinoco Soares & Filho Ltda.
,

Togut Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Seth P. Tompkins
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075-1000

Amy M. Tonti
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
atonti@reedsmith.com, slucas@reedsmith.com

Steven B. Towbin

,

Tower Automotive, Inc.

,

Trade-Debt.net
P.O Box 1487
West Babylon, NY 11704

Trinary

,

Douglas M. Trout
301 West Third Street
PO Box 972
Dayton, OH 45422

Turtle & Hughes Inc.

,

Tuscaloosa County Alabama

,

Tuscaloosa County Tax Collector

,

TypeWrite Word Processing Service
356 Eltingville Boulevard
Staten Island, NY 10312

U.S. Aeroteam Inc.

,

U.S. Equal Employment Opportunity Commission

,

UAW International Retired Workers Council #31411

,

Umi United Machining, Inc.

,

United States Attorney

,

United States District Court
500 Pearl Street
New York, NY 10007

Unitrin Kemper Auto and Home

,

Universal Am-Can, Ltd.
c/o Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield, MI 48075

Universal Truckload Services, Inc.
,

Philip Urofsky
Cadwalader, Wickersham & Taft, LLP
1201 F. Street, N.W.
Washington, DC 20004

Larry Vanderpool
,

Vanguard Die & Machine, Inc.
,

Varroc Exhaust Systems, Pvt. Ltd.
,

Charles K. Veenstra
,

Veritext, LLC
,

Versatile Engineering
1559 West 135th Street
Gardena, CA 90249

VonWin Capital, L.P.
60 Madison Avenue
2nd Floor
New York, NY 10010

W. Timothy Miller
,

WESCO Distribution, Inc.
,

WWG, Inc.
,

Wallace W. Walker
Roetzel & Andress
222 South Main Street

Akron, OH 44309

Timothy W. Walsh
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com,
william.coleman@dlapiper.com;jeremy.johnson@dlapiper.com;mark.c.smith@dlapiper.com;christopher.thoms
on@dlapiper.com;john.mcnicholas@dlapiper.com;vincent.roldan@dlapiper.com;robert.ware@dlapiper.com;kri
stin.rosella@dlapiper.com

Robert W. Ward
,

Robert W. Ward
,

Earl Washington
,

Lafonza Earl Washington
,

Lafonza Earl Washington
,

Jeffrey Wax
,

David B. Weinstein
,

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Jeffrey H. Weir, II
Colella & Kolczun, P.L.L.
6055 Park Square Drive
Lorain, OH 44053

Kevin P. Weldon
,

Jay Welford
,

Joseph N. Wharton
,

Whitlam Label Company, Inc.

,

Kerry R. Wieland

,

Wilhelm Kachele GmbH

,

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

Daniel M. Wilson

,

Wimer Law Offices, P.C.

,

Thomas C. Wimsatt
Mahlberg, Brandt, Gilbert Thompson
& Bommarito

,

Windham Professionals, Inc.

,

Denisa K. Wineinger

,

Wireless Matrix Corporation
c/o Cooley Godward LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Robert P. Wise

,

David Wright

,

Orval Wright

,

D. Bradley Young
Sanyo North America
2055 Sanyo Ave
San Diego, CA 92154-6229

Young Conaway Stargatt & Taylor, LLP

,

Yuasa and Hara

,

Zeanah, Hust, Summerford & Williamson

,

Mildred Zivov

,

Lee A. Zoeller

,

# EXHIBIT C

**From:** nysbinfo@nysb.uscourts.gov
**Date:** October 2, 2009 5:41:37 PM EDT
**To:** courtmail@nysb.uscourts.gov
**Subject: 05-44481-rdd Motion to Extend Time**

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

<div align="center">

**U.S. Bankruptcy Court**

**Southern District of New York**

</div>

Notice of Electronic Filing

The following transaction was received from John Wm. Butler entered on 10/2/2009 at 5:41 PM and filed on 10/2/2009

**Case Name:**     Delphi Corporation
**Case Number:**   05-44481-rdd
**Document Number:** 18952

**Docket Text:**
Supplemental Motion to Extend Time *Supplemental Motion Pursuant To Fed. R. Bankr. P. 7004(a) And 9006(b)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order* filed by John Wm. Butler Jr. on behalf of Delphi Corporation. with hearing to be held on 10/22/2009 at 10:00 AM at Courtroom 610 (RDD) Responses due by 10/15/2009. (Attachments: # (1) Proposed Order) (Butler, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** G:\temp\convert\4(m) Motion.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/2/2009] [FileNumber=8103654-0]
[35bc9187f12f4c48ee34110926590d10b13f0792e77ba6e7935b7d22e9e1b0112e6eb
c8e3f78bb2f6b41453f8fa3e762a0e4e8db4146c303265892e3322d2b51]]
**Document description:** Proposed Order
**Original filename:** G:\temp\convert\4(m) Proposed Order.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/2/2009] [FileNumber=8103654-1]
[5390aeea55a856fa37d0f8773a0ff9aeddb381410a2643428dafe0c84f464f5862864
2dc7135ef5ec977840aa317147c866cbd2666a601e6b23c2d39d7b0fc3d]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson on behalf of Attorney Drinker Biddle & Reath LLP
david.aaronson@dbr.com

Anne Marie Aaronson on behalf of Attorney Pepper Hamilton LLP
aaronsoa@pepperlaw.com

Elizabeth Abdelmasieh on behalf of Creditor Riverside Claims LLC
elizabeth@regencap.com

Marc Abrams on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, mabrams@willkie.com

Franklin C. Adams on behalf of Unknown Solid State Stamping
franklin.adams@bbklaw.com

Jennifer L. Adamy on behalf of Attorney Shipman & Goodwin LLP
bankruptcy@goodwin.com

David J. Adler on behalf of Creditor Energy Conversion System
dadler@mccarter.com

Michael J. Alerding on behalf of Creditor M.G. Corporation
malerding@binghammchale.com

Joseph W. Allen on behalf of Spec. Counsel Jaeckle Fleischmann & Mugel,LLP
jallen@jaeckle.com

Christopher A. Andreoff on behalf of Creditor Laura Marion
candreoff@jaffelaw.com, ckelley@jaffelaw.com

Philip D. Anker on behalf of Unknown Wilmer Cutler Pickering Hale and Dorr LLP
philip.anker@wilmerhale.com

Joel D. Applebaum on behalf of Creditor 1st Choice Heating & Cooling, Inc.
japplebaum@clarkhill.com

Bruce D. Atherton on behalf of Unknown Direct Sourcing Solutions, Inc.
batherton@bathertonlaw.com

Allison R. Bach on behalf of Financial Advisor W.Y. Campbell & Company
abach@dickinsonwright.com

Stephen M. Bales on behalf of Interested Party Tremco Incorporated
sbales@zieglermetzger.com

C. David Bargamian on behalf of Creditor RBS Asset Finance, Inc.
dbargamian@bsdd.com

Courtney Engelbrecht Barr on behalf of Creditor D & R Technology LLC
cbarr@lockelord.com, docket@lockelord.com

William J. Barrett on behalf of Creditor EIS, Inc.
william.barrett@bfkn.com

David S. Barritt on behalf of Interested Party Littelfuse, Inc.
barritt@chapman.com

Douglas P. Bartner on behalf of Debtor Delphi Corporation
dbartner@shearman.com,
mtorkin@shearman.com;ned.schodek@shearman.com;yuichi.haraguchi@shearman.com;atenzer@shearman.com;danielle.kalish@shearman.com

Donald F. Baty on behalf of Creditor Fujitsu Ten Corp. of America
dbaty@honigman.com

Douglas P. Baumstein on behalf of Defendant A-D Acquisition Holdings, LLC
dbaumstein@whitecase.com, lpolyova@whitecase.com;mcosbny@whitecase.com;jdisanti@whitecase.com

Peter Nils Baylor on behalf of Creditor Hollingsworth & Vose Co.
pnb@nutter.com

Ronald Scott Beacher on behalf of Unknown IBJTC Business Credit Corporation
rbeacher@daypitney.com

W. Robinson Beard on behalf of Creditor Akebono Corporation (North America)
jkirk@stites.com

Thomas M. Beeman on behalf of Creditor Madison County (Indiana) Treasurer
tom@beemanlawoffice.com

Christopher Robert Belmonte on behalf of Unknown Moody's Investors Service
cbelmonte@ssbb.com, pbosswick@ssbb.com

Ryan B. Bennett on behalf of Creditor Tower Automotive, Inc.
rbennett@kirkland.com,
pfraumann@kirkland.com;paul.wierbicki@kirkland.com;jacob.goldfinger@kirkland.com;david.helstowski@kirkland.com;samuel.gross@kirkland.com;carl.pickerill@kirkland.com;brad.weiland@kirkland.com

Neil Matthew Berger on behalf of Plaintiff Delphi Corporation
neilberger@teamtogut.com,
abrogan@teamtogut.com;bdawson@teamtogut.com;jlee@teamtogut.com;echafetz@teamtogut.com;sskelly@teamtogut.com;sreichert@teamtogut.com;dcahir@teamtogut.com;dsmith@teamtogut.com;kackerman@teamtogut.com;mhammersky@teamtogut.com

Leslie Ann Berkoff on behalf of Creditor Demag Plastics Group, Corporation dba Van Dorn Demag
Corporation
lberkoff@moritthock.com

Richard J. Bernard on behalf of Creditor Stoneridge, Inc.

rbernard@bakerlaw.com

Jeffrey Bernstein on behalf of Creditor New Jersey Self-Insurers Guaranty Association
jbernstein@mdmc-law.com, acimino@mdmc-law.com;malimario@mdmc-law.com

Brendan G. Best on behalf of Creditor Federal Screw Works
ssalinas@dykema.com

Brendan G. Best on behalf of Creditor Tremont City Barrel Fill PRP Group
ssalinas@dykema.com

Beth Ann Bivona on behalf of Creditor Lockport City Treasurer
bbivona@damonmorey.com, wsavino@damonmorey.com;mbrennan@damonmorey.com

Anthony D. Boccanfuso on behalf of Interested Party CSX Transportation, Inc.
Anthony_Boccanfuso@aporter.com

Florence Bonaccorso-Saenz on behalf of Unknown Louisiana Department of Revenue
florence.saenz@la.gov

Charles E. Boulbol on behalf of Creditor Russell Reynolds Associates, Inc.
rtrack@msn.com

Jordan Brackett on behalf of Plaintiff Delphi Corporation
jbrackett@fklaw.com, vgarvey@fklaw.com

Eliza K. Bradley on behalf of Creditor WorldWide Battery Co., LLC
ebradley@robergelaw.com

William M. Braman on behalf of Creditor M.G. Corporation
wbraman@meplegal.com

Wendy D. Brewer on behalf of Creditor Gibbs Die Casting Corporation
wendy.brewer@btlaw.com, marguerite.winslow@btlaw.com

Allan S. Brilliant on behalf of Unknown Asset Management Inc
abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink on behalf of Creditor Sedgwick Claims Management Services, Inc.
timothy.brink@dlapiper.com

James L. Bromley on behalf of Creditor Citigroup, Inc.
maofiling@cgsh.com

Mark A. Broude on behalf of Creditor Committee The Official Committee Of Unsecured Creditors
mark.broude@lw.com, peter.gilhuly@lw.com;kathryn.bowman@lw.com

Lee B. Brumitt on behalf of Creditor Gully Transportation
lbrumitt@dysarttaylor.com, sriley@dysarttaylor.com

Adam D. Bruski on behalf of Creditor Linamar Corporation

erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Linda J. Casey on behalf of Creditor SKF USA Inc.
caseyl@pepperlaw.com,
jaffeh@pepperlaw.com;shieldsa@pepperlaw.com;barsonl@pepperlaw.com;kistlerb@pepperlaw.com

Michael Cassell on behalf of Creditor H.E. Services Company
mcassell@lefkowitzhogan.com

Ben T. Caughey on behalf of Creditor Sumco, Inc.
ben.caughey@icemiller.com

George B. Cauthen on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial Coatings Mexico
SA de CV. Viscom, Inc.
george.cauthen@nelsonmullins.com, mary.wilkinson@nelsonmullins.com;brook.wright@nelsonmullins.com

Rocco A. Cavaliere on behalf of Creditor O&R Precision Grinding, Inc.
rcavaliere@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Babette A. Ceccotti on behalf of Creditor International Union, UAW
bceccotti@cwsny.com, ecf@cwsny.com

Sarah B. Chapman Carter on behalf of Creditor City of Vandalia, Ohio
scarter@pselaw.com

Erik G. Chappell on behalf of Creditor Metro Fibres, Inc.
egc@lydenlaw.com

J Eric Charlton on behalf of Creditor GW Plastics, Inc.
echarlton@hiscockbarclay.com

J. Mark Chevallier on behalf of Attorney J. Chevallier
mchevallier@mcslaw.com

Conrad Chiu on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall
Business Credit Corporation
cchiu@daypitney.com

Gloria M. Chon on behalf of Creditor Raymond Johnson
gloria.chon@kkue.com

David D. Cleary on behalf of Creditor Recticel North America, Inc.
david.cleary@dl.com, mkhambat@dl.com

Marvin E. Clements on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
tscobb@vorys.com, cdfricke@vorys.com

Theodore A. Cohen on behalf of Creditor Gary Whitney

7

tcohen@smrh.com, amontoya@sheppardmullin.com

Magdeline D. Coleman on behalf of Creditor ATEL Leasing Corporation, as Agent
magdeline.coleman@bipc.com, donna.curcio@bipc.com

Mark B. Conlan on behalf of Creditor Breen Color Concentrates, Inc.
mconlan@gibbonslaw.com

Dennis J. Connolly on behalf of Creditor Cadence Innovation, LLC
dconnolly@alston.com

Susan M. Cook on behalf of Creditor Arnold Center, Inc.
smcook@lambertleser.com

Trent P. Cornell on behalf of Interested Party Paul Higgins
tcornell@stahlcowen.com

Patrick M. Costello on behalf of Creditor Coherent, Inc.
pcostello@bbslaw.com, Timothe@bbslaw.com

Thomas W. Cranmer on behalf of Creditor John Blahnik
cranmer@millercanfield.com, rouman@millercanfield.com;christenson@millercanfield.com

David N. Crapo on behalf of Interested Party Epcos, Inc.
dcrapo@gibbonslaw.com

Tyson A. Crist on behalf of Creditor Battelle Memorial Institute
tcrist@szd.com

Maureen A. Cronin on behalf of Unknown Rothschild Inc.
macronin@debevoise.com, mao-ecf@debevoise.com;mbrice@debevoise.com

Michael G. Cruse on behalf of Creditor Compuware Corporation
mcruse@wnj.com, hziegler@wnj.com

Gary H. Cunningham on behalf of Unknown Nash
gcunningham@gmhlaw.com

Louis A. Curcio on behalf of Creditor AB Automotive Electronics Ltd.
lcurcio@sonnenschein.com

Vincent D'Agostino on behalf of Creditor Verizon Wireless Messaging Services LLC
vdagostino@lowenstein.com, jbecht@lowenstein.com

Jeannine D'Amico on behalf of Other Prof. Cadwalader Wickersham & Taft LLP
jeannine.damico@cwt.com

Sherri Lynn Dahl on behalf of Creditor Dayton, City of
sdahl@ssd.com, SSzymanski@ssd.com

Michael R. Dal Lago on behalf of Interested Party Dennis Black, Charles Cunningham, and Delphi Salaried

Retiree Association
bankruptcy@morrisoncohen.com

Jeffry A. Davis on behalf of Creditor Silicon Laboratories, Inc.
jadavis@mintz.com, dsjohnson@mintz.com

Michael S. Davis on behalf of Unknown AIG Member Companies
mdavis@zeklaw.com, mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com

Carina M. De La Torre on behalf of Creditor Decatur Plastic Products, Inc.
cdelatorre@boselaw.com

James J. DeCristofaro on behalf of Creditor TI Automotive
james.decristofaro@lovells.com

Karen Veronica DeFio on behalf of Creditor Marquardt GmbH
kdefio@bsk.com

J. Michael Debbeler on behalf of Attorney Graydon Head & Ritchey
mdebbeler@graydon.com

Robert Dehney on behalf of Creditor Chicago Miniature Optoelectronic Technologies, Inc.
rdehney@mnat.com,
cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;wlamotte@mnat.com;cfights@
mnat.com;efay@mnat.com

Karol K. Denniston on behalf of Unknown MobileAria, Inc.
karol.denniston@dlapiper.com

Maria J. DiConza on behalf of Creditor Duraswitch Industries Inc.
diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Gerard DiConza on behalf of Creditor Furukawa Electric North America ADP
gdiconza@dlawpc.com, las@dlawpc.com

John P. Dillman on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@publicans.com

Karen Dine on behalf of Unknown Clarion Corporation of America
karen.dine@pillsburylaw.com

Stephen A. Donato on behalf of Creditor Diemolding Corporation
sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan on behalf of Creditor Burkburnett I.S.D.
TDonovan@Finkgold.com, David@Finkgold.com;CClarke@Gwfglaw.com

Amish R. Doshi on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall
Business Credit Corporation
adoshi@daypitney.com

Mary Joanne Dowd on behalf of Creditor Audio MPEG, Inc.
dowd.mary@arentfox.com, rothleder.jeffrey@arentfox.com

Daniel D. Doyle on behalf of Unknown Carl Visconti
ddoyle@spencerfane.com, kcollier@spencerfane.com;ssidebottom@spencerfane.com

David G. Dragich on behalf of Creditor GE Commercial Materials SA de CV
ddragich@harringtondragich.com

David B. Draper on behalf of Creditor Maxim Integrated Products, Inc.
ddraper@terra-law.com

Dennis J. Drebsky on behalf of Unknown Corning Incorporated
ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk on behalf of Attorney Seyfarth Shaw LLP
rdremluk@seyfarth.com, pbaisier@seyfarth.com,dchristian@seyfarth.com,

Seth A. Drucker on behalf of Creditor BorgWarner Turbo Systems Inc.
sdrucker@honigman.com

David W. Dykhouse on behalf of Creditor Ashland, Inc.
dwdykhouse@pbwt.com;cbelanger@pbwt.com

Frank L. Eaton on behalf of Unknown Appaloosa Management L.P.
featon@whitecase.com, icruz@whitecase.com;mresnicoff@whitecase.com;lbegy@whitecase.com

Erica L. Edman on behalf of Unknown Hyundai Motor America
eedman@pillsburywinthrop.com

Daniel Egan on behalf of Other Prof. KPMG LLP
degan@kslaw.com

Weston T. Eguchi on behalf of Unknown BANK OF AMERICA, N.A.
weguchi@orrick.com

Gayle Ehrlich on behalf of Creditor City of Wyoming, Michigan
gehrlich@sandw.com

Robert L. Eisenbach on behalf of Creditor BEI Sensors & Systems Company
reisenbach@cooley.com

David M. Eisenberg on behalf of Unknown Martinrea International Inc.
deisenberg@ermanteicher.com

Judith Elkin on behalf of Creditor Amtek Tngineering Limited, et al.
judith.elkin@haynesboone.com

Paige Leigh Ellerman on behalf of Unknown Gobar Systems, Inc.
ellerman@taftlaw.com, docket@taftlaw.com

Bruce N. Elliott on behalf of Creditor Brazeway,Inc.
elliott@cmplaw.com

Rex H. Elliott on behalf of Creditor Estate of Clarence Huston
loris@cooperelliott.com

Kristin Elliott on behalf of Plaintiff Wilmington Trust Company, as Indenture Trustee
kelliott@kelleydrye.com

Alyssa Englund on behalf of Creditor American President Lines, Ltd. and APL Co. Pte Ltd.
aenglund@orrick.com

Michael R. Enright on behalf of Creditor GE Fanuc Automation North America, Inc.
menright@rc.com

Richard L. Epling on behalf of Unknown MeadWestvaco Corporation
richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Margot Erlich on behalf of Unknown MeadWestvaco Corporation
margot.erlich@pillsburylaw.com

Scott L. Esbin on behalf of Creditor Credit Suisse
bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com

Michael S. Etkin on behalf of Defendant Teachers' Retirement System of Oklahoma
metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga on behalf of Creditor Susan Buttitta
sfalanga@connellfoley.com

Marc Falcone on behalf of Counter-Claimant Merrill Lynch, Pierce, Fenner & Smith Incoporated
mfalcone@paulweiss.com

Eugene I. Farber on behalf of Creditor DBM Technologies, Inc.
efarber747@aol.com

Kathleen A. Farinas on behalf of Creditor Charles Musgrave
kf@lgrslaw.com

Robert Michael Farquhar on behalf of Creditor GCi Technologies
mfarquhar@winstead.com, whsu@winstead.com

William L. Farris on behalf of Defendant Goldman Sachs & Co.
farrisw@sullcrom.com

Bonnie Glantz Fatell on behalf of Interested Party Special Devices Inc.
fatell@blankrome.com

Oscar B. Fears on behalf of Creditor Georgia Department of Revenue
bfears@law.ga.gov

Benjamin D. Feder on behalf of Spec. Counsel Thompson Hine LLP
KDWBankruptcyDepartment@kelleydrye.com

Robert J. Feinstein on behalf of Creditor Essex Group, Inc.
rfeinstein@pszyj.com, dharris@pszyjw.com

Richard L. Ferrell on behalf of Creditor Koyo Corporation
Ferrell@taftlaw.com

Charles J. Filardi on behalf of Creditor FedEx Trade Networks Transport & Brokerage, Inc.
charles@filardi-law.com, abothwell@filardi-law.com

Elizabeth K. Flaagan on behalf of Unknown ColorsTek, Inc.
eflaagan@faegre.com

Jonathan L. Flaxer on behalf of Unknown Universal Bearings, LLC
jflaxer@golenbock.com,
ssmith@golenbock.com;avassallo@golenbock.com;eneuman@golenbock.com;mlu@golenbock.com

Daniel A. Fliman on behalf of Interested Party Longacre Master Fund, LTD.
dfliman@kasowitz.com

Jonathan D. Forstot on behalf of Creditor TT electronics, Plc.
jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Mateo Z. Fowler on behalf of Spec. Counsel Quinn Emanuel
leticiabustinduy@quinnemanuel.com

Shawn Randall Fox on behalf of Creditor Alumax Mill Products, Inc., Alcoa Automotive Castings, A Michigan
Partnership And Alcoa Extrusions, Inc.
sfox@mcguirewoods.com

Edward M. Fox on behalf of Creditor Wilmington Trust Company
edward.fox@klgates.com

Joseph D. Frank on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jfrank@fgllp.com, ccarpenter@fgllp.com;rheiligman@fgllp.com;zzielinski@fgllp.com

Mark S. Frankel on behalf of Unknown SPCP Group L.L.C.
mfrankel@couzens.com

Thomas M. Franklin on behalf of Creditor Kansas Department of Health and Environment
tmflaw@swbell.net

Michael Friedman on behalf of Creditor Goldman Sachs Credit Partners L.P.
mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Edward A. Friedman on behalf of Plaintiff Delphi Corporation
efriedman@fklaw.com, vgarvey@fklaw.com

Scott J. Friedman on behalf of Unknown WL Ross & Co. LLC

sjfriedman@jonesday.com, ChicagoBRR@jonesday.com

Patricia B. Fugee on behalf of Interested Party Ericka Parker
pfugee@ralaw.com, cbaker@ralaw.com;tburgin@ralaw.com

Lars H. Fuller on behalf of Unknown Photo Stencil, LLC
lfuller@rothgerber.com

Timothy A. Fusco on behalf of Creditor Autoliv ASP, Inc.
fusco@millercanfield.com, skoczylas@millercanfield.com

Thomas M. Gaa on behalf of Creditor VERITAS Software Corporation
tgaa@bbslaw.com, catherine@bbslaw.com

James Gadsden on behalf of Unknown Carter Ledyard & Milburn LLP
bankruptcy@clm.com

James M. Garner on behalf of Creditor Gulf Coast Bank & Trust Company
jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry on behalf of Creditor Ohio Bureau of Workers' Compensation
vgarry@ag.state.oh.us

Joanne Gelfand on behalf of Unknown Itautec America Inc.
joanne.gelfand@akerman.com

Yann Geron on behalf of Creditor M&Q Plastic Products, Inc.
ygeron@foxrothschild.com

Philip J. Giacinti on behalf of Creditor Sunrise Medical, Inc.
pjg@procopio.com, caw@procopio.com

Karen Giannelli on behalf of Creditor Breen Color Concentrates, Inc.
kgiannelli@gibbonslaw.com

Leo J. Gibson on behalf of Creditor ICX Corporation
lgibson@bsdd.com

Celeste R. Gill on behalf of Creditor Michigan Department of Environmental Quality
gillc1@michigan.gov, sherwoodj@michigan.com

Joseph M. Gitto on behalf of Interested Party First Technology Holdings, Inc. and Affiliates and Subsidiaries,
Control Devices, Inc. and First Inertia Switch Limited
jgitto@nixonpeabody.com

Eduardo J. Glas on behalf of Creditor Automodular Assemblies Inc.
eglas@mccarter.com

Jeffrey R. Gleit on behalf of Interested Party Contrarian Funds LLC
jgleit@kasowitz.com, courtnotices@kasowitz.com;cciuffani@kasowitz.com

Ronald L. Glick on behalf of Creditor Equistar Chemicals, LP
rlg@stevenslee.com

Larry Ivan Glick on behalf of Defendant Sidney Bernstein
larryglick@erols.com

Dean M. Gloster on behalf of Unknown Delphi Salaried Retirees Association
dgloster@fbm.com

Matthew Alexander Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor CR Intrinsic Investors, LLC
egoldberg@Stutman.com

Thomas D. Goldberg on behalf of Creditor Carrier Corporation
tdgoldberg@dbh.com

Scott R. Goldberg on behalf of Creditor Semiconductor Components Industries, LLC
sgoldber@quarles.com

Scott A. Golden on behalf of Creditor XM Satellite Radio Inc.
sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich on behalf of Interested Party SETECH INC.
nashvillebankruptcyfilings@stites.com

Robert D. Gordon on behalf of Attorney Clark Hill PLC
rgordon@clarkhill.com

Neil Andrew Goteiner on behalf of Creditor Delphi Salaried Retirees Association
ngoteiner@fbm.com, calendar@fbm.com;karentsen@fbm.com

Gary A. Gotto on behalf of Interested Party Thomas Kessler
ggotto@krplc.com

Garry M. Graber on behalf of Creditor Jideco of Bardstown, Inc.
ggraber@hodgsonruss.com, bomalley@hodgsonruss.com;mmuskopf@hodgsonruss.com

David S. Gragg on behalf of Debtor Delphi Corporation
dgragg@langleybanack.com, cjohnston@langleybanack.com

Jeffrey J. Graham on behalf of Creditor Small Parts, Inc.
jgraham@taftlaw.com, ecfclerk@taftlaw.com;krussell@taftlaw.com;docket@taftlaw.com

Warren R. Graham on behalf of Creditor Tal-Port Industries, LLC
wrg@dmlegal.com

Jonathan S. Green on behalf of Attorney Miller, Canfield, Paddock and Stone
greenj@millercanfield.com

Wendy B. Green on behalf of Creditor Siemens Building Technologies, Inc.
wgreen@formanlaw.com

John T. Gregg on behalf of Creditor Armada Rubber Manufacturing Company
jgregg@btlaw.com

Lisa S. Gretchko on behalf of Other Prof. Howard & Howard Attorneys, P.C.
lgretchko@howardandhoward.com, dbrandon@howardandhoward.com

David M. Grogan on behalf of Creditor Wellman, Inc.
dgrogan@slk-law.com

Stephen H. Gross on behalf of Creditor Mubea, Inc.
sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Stephen B. Grow on behalf of Creditor Behr Industries Corp.
sgrow@wnj.com, kfrantz@wnj.com

Janice Beth Grubin on behalf of Attorney Drinker Biddle & Reath LLP
janice.grubin@dbr.com, daniel.northrop@dbr.com

Kevin Grzelak on behalf of Unknown Price, Heneveld, Cooper, DeWitt & Litton, LLP.
phcdelphi@pricehenveld.com

Peter J. Gurfein on behalf of Creditor Wamco, Inc
pgurfein@akingump.com

Elizabeth A. Haas on behalf of Creditor Allegro MicroSystems, Inc.
info@thehaaslawfirm.com

Dennis M. Haley on behalf of Unknown Genesee Packaging, Inc.
dhaley@winegarden-law.com

Michael Leo Hall on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mhall@burr.com

Alan D. Halperin on behalf of Creditor ARAMARK Services, Inc.
ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

William J. Hanlon on behalf of Creditor Bradford Industries, Inc.
whanlon@seyfarth.com

Kristopher M. Hansen on behalf of Creditor 1401 Troy Associates LP
insolvency2@stroock.com;docketing@stroock.com

Adam Craig Harris on behalf of Unknown Parnassus Holdings II, LLC
adam.harris@srz.com

Jill M. Hartley on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
jh@previant.com

Brian W. Harvey on behalf of Creditor A.G. Machining
bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

Lonie A. Hassel on behalf of Unknown Clerk's Office of the U.S. Bankruptcy Court
lah@groom.com

William M. Hawkins on behalf of Creditor Kyocera Industrial Ceramics Corp.
whawkins@loeb.com

Nava Hazan on behalf of Creditor Motorola, Inc.
nhazan@mwe.com

Ryan D. Heilman on behalf of Creditor AI-Shreveport, LLC
rheilman@schaferandweiner.com

Ira L. Herman on behalf of Creditor Midwest Tool & Die Corporation
ira.herman@tklaw.com, orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman on behalf of Interested Party Steering Holding, LLC
Nherman@morganlewis.com

Brian S. Hermann on behalf of Unknown Deutsche Bank Securities Inc.
bhermann@paulweiss.com

William Heuer on behalf of Unknown Sumitomo Corporation
wheuer@duanemorris.com

Robert M. Hirsh on behalf of Unknown Pullman Bank and Trust Company
hirsh.robert@arentfox.com, constantino.nova@arentfox.com

Shannon E. Hoff on behalf of Creditor Mercedes-Benz U.S. International, Inc.
mstinson@burr.com

Marie Polito Hofsdal on behalf of Unknown IBJTC Business Credit Corporation, as successor to IBJ Whitehall
Business Credit Corporation
mhofsdal@daypitney.com

Albert L. Hogan on behalf of Defendant Delphi Corporation
al.hogan@skadden.com, andrew.fuchs@skadden.com;chdocket@skadden.com

Michelle R. Holl on behalf of Other Prof. Ernst & Young LLP
mholl@mayerbrownrowe.com

John R. Humphrey on behalf of Creditor Preferred Sourcing, LLC
jhumphrey@taftlaw.com, jhumphrey@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

John J. Hunter on behalf of Creditor ZF Boge Elastmetall, LLC
jrhunter@hunterschank.com, sharonaldrich@hunterschank.com;mcraig@hunterschank.com

Jay W. Hurst on behalf of Creditor Texas Comptroller Of Public Accounts
jay.hurst@oag.state.tx.us

Donald J. Hutchinson on behalf of Creditor Ford Motor Company
hutchinson@millercanfield.com

Roland Hwang on behalf of Unknown State of Michigan Department of Labor & Economic Growth,
Unemployment Insurance Agency
hwangr@michigan.gov

Mark S. Indelicato on behalf of Creditor Affinia Canada Corp., EFT
eschnitzer@hahnhessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;hpatwardhan@hahnhessen.
com;apapalexis@hahnhessen.com;sthompson@hahnhessen.com

Michael G. Insalaco on behalf of Unknown Toyota Tsusho America, Inc.
minsalaco@zeklaw.com

Susan Jennik on behalf of Creditor International Union of Electronic, Salaried, Machine and Furniture Workers
- Communications Workers of America
sjennik@kjmlabor.com

Nan E. Joesten on behalf of Creditor Delphi Salaried Retirees Association
njoesten@fbm.com

Mary L. Johnson on behalf of Creditor International Rectifier Corp.
mjohnson@sheppardmullin.com, msternstein@sheppardmullin.com

Roger G. Jones on behalf of Creditor Calsonic Kansei North America, Inc.
rjones@bccb.com

Richard Josephson on behalf of Creditor ENTEK International LLC
basargent@stoel.com

John E. Jureller on behalf of Creditor Bayer MaterialScience, LLC
jjureller@klestadt.com, jjureller@klestadt.com

Allen G. Kadish on behalf of Creditor Jacobson Mfg., LLC
kadisha@gtlaw.com, cusumanod@gtlaw.com

Dana P. Kane on behalf of Creditor Revenue Management
lsi@liquiditysolutions.com

Karel S. Karpe on behalf of Creditor Cisco Systems, Inc. and its subsidiaries and affiliates, including but not
limited to Cisco Systems Capital Corporation
karpek@whiteandwilliams.com, yoderj@whiteandwilliams.com

Andrew C. Kassner on behalf of Creditor Penske Truck Leasing Co., L.P.
andrew.kassner@dbr.com

William M. Katich on behalf of Unknown Illinois Department of Revenue
wkatich@atg.state.il.us

Kristi A. Katsma on behalf of Unknown Dickinson Wright PLLC

17

kkatsma@dickinsonwright.com, dnavin@dickinsonwright.com

Patrick J. Keating on behalf of Creditor Marco Manufacturing Co.
pkeating@bdblaw.com

Thomas M. Kennedy on behalf of Creditor International Union of Electric, Electrical, Salaried, Machine and
Furniture Workers Communications Workers of America (IUE-CWA)
tkennedy@kjmlabor.com

David Kennedy on behalf of Unknown IRS Department of the Treasury
david.kennedy2@usdoj.gov

Michael P. Kessler on behalf of Interested Party General Motors Corporation
ilusion.rodriguez@weil.com;garrett.fail@weil.com;rachel.albanese@weil.com;robert.lemons@weil.com;jae.ki
m@weil.com

Jocelyn Keynes on behalf of Creditor Equistar Chemicals, LP
jk@stevenslee.com

Jocelyn Keynes on behalf of Unknown Equistar Chemicals, LP
jkeynes@halperinlaw.net

Ron Kilgard on behalf of Creditor ERISA Lead Plaintiffs
BankruptcyECF@krplc.com

Tami Hart Kirby on behalf of Creditor Alegre, Inc
tkirby@porterwright.com

Myron Kirschbaum on behalf of Interested Party Harbinger Capital Partners Master Fund I, Ltd.
mkirschbaum@kayescholer.com

Karen L. Kirshenbaum on behalf of Unknown Viasystems
kkirshenbaum@lynchrowin.com

Jeremy C. Kleinman on behalf of Other Prof. Jones Lang LaSalle Americas, Inc.
jkleinman@fgllp.com

Tracy L. Klestadt on behalf of Creditor Detroit Heading, LLC
tklestadt@klestadt.com, tklestadt@gmail.com

Brandi P. Klineberg on behalf of Creditor Robin Industries, Inc.
bklineberg@moritthock.com

Howard Koh on behalf of Creditor Solectron Corporation
hkoh@meisterseelig.com

Seth F. Kornbluth on behalf of Creditor Juki Automation Systems, Inc.
skornbluth@herrick.com

Alan M. Koschik on behalf of Creditor Goodyear Canada Inc.
akoschik@brouse.com

Lawrence J. Kotler on behalf of Creditor ACE American Insurance Company
ljkotler@duanemorris.com

Deborah Kovsky-Apap on behalf of Interested Party Paul Free
kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com,alexsym@pepperlaw.com

Stuart A. Krause on behalf of Unknown Toyota Tsusho America, Inc.
skrause@zeklaw.com

Julia S. Kreher on behalf of Creditor BAILEY MANUFACTURING COMPANY, LLC
jkreher@hodgsonruss.com, pmacpher@hodgsonruss.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Duane Kumagai on behalf of Unknown NMB Technologies, Corp.
dkumagai@rutterhobbs.com

David R. Kuney on behalf of Interested Party Banc of America Securities, LLC
dkuney@sidley.com, kjacobs@sidley.com;emcdonnell@sidley.com

Glenn M. Kurtz on behalf of Defendant A-D Acquisition Holdings, LLC
gkurtz@whitecase.com

Randall D. LaTour on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rdlatour@vssp.com, cdfricke@vorys.com

Robinson B. Lacy on behalf of Defendant Goldman Sachs & Co.
Lacyr@sullcrom.com

Darryl S. Laddin on behalf of Creditor Daishinku (America) Corp. d/b/a KDS America
bkrfilings@agg.com

Ralph L. Landy on behalf of Creditor Pension Benefit Guaranty Corporation
landy.ralph@pbgc.gov, efile@pbgc.gov

Stuart A. Laven on behalf of Transferee CF Special Situation Fund 1 LP
slaven@bfca.com

James N. Lawlor on behalf of Interested Party Flow Dry Technology, Ltd.
jlawlor@wmd-law.com, gbenaur@wmd-law.com

Barry R. Lax on behalf of Respondent Paul Higgins
blax@laxneville.com

Elena Lazarou on behalf of Attorney Reed Smith LLP
elazarou@reedsmith.com, elazarou@reedsmith.com

Harlan Mitchell Lazarus on behalf of Defendant NYCH LLC
hmllaw@att.net, hmllaw@att.net

Thomas A. Lee on behalf of Creditor FIA Card Services aka Bank of America by eCAST Settlement
Corporation as its agent
notices@becket-lee.com

David S. Lefere on behalf of Creditor Eclipse Tool and Die Inc.
davidl@bolhouselaw.com

Eugene Leff on behalf of Unknown State of New York, Department of Environmental Conservation
eleff@oag.state.ny.us

Harris Donald Leinwand on behalf of Creditor Baker Hughes Incorporated Baker Petrolite Corporation
hleinwand@aol.com, hleinwand@aol.com

David E. Lemke on behalf of Creditor Nissan North America, Inc.
david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;jason.shields@wallerlaw.com;bk@wallerlaw.com

Joseph H. Lemkin on behalf of Attorney Masuda, Funai, Eifert & Mitchell, Ltd.
jhlemkin@duanemorris.com

Ira M. Levee on behalf of Defendant Teachers' Retirement System of Oklahoma
ilevee@lowenstein.com, mseymour@lowenstein.com

Jill Levi on behalf of Creditor Bank of Lincolnwood
jlevi@toddlevi.com, drosenberg@toddlevi.com

Jonathan Levine on behalf of Unknown Columbus Hill Capital Management, L.P.
jlevine@andrewskurth.com, jlevine@akllp.com

Kenneth M. Lewis on behalf of Creditor Dott Industries, Inc.
klewis@tblawllp.com

Kim Martin Lewis on behalf of Creditor Feintool Cincinnati, Inc.
kim.lewis@dinslaw.com, john.persiani@dinslaw.com;lisa.geeding@dinslaw.com;patrick.burns@dinslaw.com

Mark S. Lichtenstein on behalf of Debtor Delphi Corporation
mlichtenstein@crowell.com, mlichtenstein@crowell.com

David Liebov on behalf of Defendant Goldman Sachs & Co.
liebovd@sullcrom.com

Eric Lopez Schnabel on behalf of Creditor Entergy Mississippi, Inc.
schnabel.eric@dorsey.com

Dennis W. Loughlin on behalf of Creditor PIC Productivity Improvement Center
dloughlin@wnj.com, robinclark@wnj.com

Daniel A. Lowenthal on behalf of Attorney Thelen Reid & Priest LLP
dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

A. Peter Lubitz on behalf of Attorney Means Industries, Inc
plubitz@nyc.rr.com

Donald K. Ludman on behalf of Creditor SAP America, Inc.
dludman@brownconnery.com

Matthew J. Lund on behalf of Creditor Paul Free
kovskyd@pepperlaw.com

John H. Maddock on behalf of Interested Party CSX Transportation, Inc.
jmaddock@mcquirewoods.com, jsheerin@mcguirewoods.com

Amina Maddox on behalf of Creditor New Jersey Division of Taxation
amina.maddox@law.dol.lps.state.nj.us

John S. Mairo on behalf of Creditor Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact
Extrusion, Inc.
jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo
@pbnlaw.com;wdbailey@pbnlaw.com

Donald W. Mallory on behalf of Creditor Plastic Moldings Company, Ltd.
dmallory@ctks.com, ddcass@ctks.com

Richard Mancino on behalf of Attorney Counsel for Certain Tranche C DIP Lenders
maosbny@willkie.com, rmancino@willkie.com

Jacob A. Manheimer on behalf of Creditor FCI USA, Inc.
jmanheimer@pierceatwood.com

Kayalyn A. Marafioti on behalf of Debtor DREAL, Inc.
kmarafio@skadden.com

Alan E. Marder on behalf of Creditor Kilroy Realty, L.P.
lgomez@msek.com

Andrew L. Margulis on behalf of Creditor Technology Properties Ltd.
amargulis@ropers.com

Kenneth S. Marks on behalf of Plaintiff Delphi Corporation
kmarks@susmangodfrey.com, pwallace@susmangodfrey.com

Ilan Markus on behalf of Creditor Associated Spring Do Brasil Ltda
ilan.markus@leclairryan.com

John J. Marquess on behalf of Unknown John Marquess
jjm@legalcost.com

Madison L. Martin on behalf of Interested Party SETECH INC.
nashvillebankruptcyfilings@stites.com

Richard Gary Mason on behalf of Unknown Capital Research and Management Company
rgmason@wlrk.com, calert@wlrk.com

Victor J. Mastromarco on behalf of Creditor H.E. Services Company
vmastromar@aol.com

Deborah A. Mattison on behalf of Creditor Rosalyn Motley
dmattison@wcqp.com

Kristin B. Mayhew on behalf of Unknown Hobart Brothers Company
abothwell@pepehazard.com

Alan S. Maza on behalf of Creditor SECURITIES AND EXCHANGE COMMISSION
mazaa@sec.gov

Jil Mazer-Marino on behalf of Creditor Cherokee North Kansas City, LLC
jmazermarino@msek.com, kgiddens@msek.com

Daniel P. Mazo on behalf of Creditor Greer Stop Nut, Inc.
dpm@curtinheefner.com, rsz@curtinheefner.com

Aaron G. McCollough on behalf of Unknown Siemens Energy & Automation, Inc.
amccollough@mcguirewoods.com

Michael K. McCrory on behalf of Creditor Gibbs Die Casting Corporation
michael.mccrory@btlaw.com, bankruptcyindy@btlaw.com

Ralph E. McDowell on behalf of Creditor American Axle & Manufacturing, Inc.
rmcdowell@bodmanllp.com

Douglas J. McGill on behalf of Attorney Drinker Biddle & Reath LLP
douglas.mcgill@dbr.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Scott S. McKessy on behalf of Unknown Admiral Tool & Manufacturing Co. of Illinois
smckessy@reedsmith.com

Terence McLaughlin on behalf of Creditor Pardus DPH Holding LLC
maosbny@willkie.com, tmclaughlin@willkie.com

Michelle McMahon on behalf of Creditor United Telephone Company of Ohio
michelle.mcmahon@bryancave.com, dortiz@bryancave.com;wcrenshaw@pogolaw.com

Greta A. McMorris on behalf of Creditor ThyssenKrupp Budd Systems, LLC
gmcmorris@stinsonmoheck.com

Austin L. McMullen on behalf of Creditor Calsonic Harrison Co., Ltd.
amcmullen@babc.com

Patrick E. Mears on behalf of Creditor Armada Rubber Manufacturing Company
patrick.mears@btlaw.com

Derek F. Meek on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
dmeek@burr.com

Barbara S Mehlsack on behalf of Creditor International Association of Machinists, AFL-CIO Tool and Die
Makers Local Lodge 78, District 10 (IAM District 10)
bmehlsack@gkllaw.com

Timothy Mehok on behalf of Creditor Atmel Corporation
timothy.mehok@hellerehrman.com

Richard M. Meth on behalf of Creditor 2088343 Ontario Limited
msteen@daypitney.com

G. Christopher Meyer on behalf of Creditor Dayton, City of
cmeyer@ssd.com

Sally Meyer on behalf of Unknown Madison Niche Opportunities, LLC
smeyer@madisonliquidity.com

Merle C. Meyers on behalf of Creditor Alps Automotive, Inc.
mmeyers@mlg-pc.com

Robert N. Michaelson on behalf of Creditor ASSEMBLEON AMERICA, INC.
rmichaelson@klgates.com

Kathleen M. Miller on behalf of Creditor Airgas, Inc.
kmm@skfdelaware.com, tlc@skfdelaware.com

Brian Parker Miller on behalf of Creditor Furukawa Electric Co., LTD.
parker.miller@alston.com

W. Timothy Miller on behalf of Creditor Select Industries Corporation
miller@taftlaw.com, adams@taftlaw.com;docket@taftlaw.com

Angela Z. Miller on behalf of Unknown E.I. Du Pont De Nemours and Company
amiller@phillipslytle.com, jhahn@phillipslytle.com

Alan K. Mills on behalf of Creditor Mays Chemical Company
amills@btlaw.com, bankruptcyindy@btlaw.com

Robert K. Minkoff on behalf of Creditor Capital Investors, LLC
rminkoff@jefferies.com

Joseph Thomas Moldovan on behalf of Interested Party Dennis Black and Charles Cunningham
bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

James P. Moloy on behalf of Creditor Filters Unlimited, Inc.
jmoloy@dannpecar.com

Michael C. Moody on behalf of Creditor Ameritech Credit Corporation d/b/a SBC Capital Services
mmoody@orourkeandmoody.com, firm@orourkeandmoody.com;morourke@orourkeandmoody.com

Audrey E. Moog on behalf of Unknown Umicore Autocat Canada Corp.
amoog@hhlaw.com

Brian F. Moore on behalf of Creditor Automodular Assemblies Inc.
bmoore@mccarter.com

James O. Moore on behalf of Creditor Kensington International Limited, Manchester Securities Corp. and
Springfield Associates, LLC
james.moore@dechert.com, james.moore@dechert.com

Brett S. Moore on behalf of Creditor Schulte & Co. GMBH
bsmoore@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo
@pbnlaw.com;wdbailey@pbnlaw.com;rmschechter@pbnlaw.com;jsbasner@pbnlaw.com

Gene T. Moore on behalf of Unknown Arlis Elmore
gtmlaw@bellsouth.net

Thomas R. Morris on behalf of Creditor Ralco Industries, Inc.
morris@silvermanmorris.com, morris@silvermanmorris.com

Sarah E. Morrison on behalf of Creditor Department Of Toxic Substances Control
sarah.morrison@doj.ca.gov

Whitney L. Mosby on behalf of Creditor M.G. Corporation
wmosby@binghammchale.com

Eric T. Moser on behalf of Unknown Sensus Precision Die Casting, Inc.
eric.moser@klgates.com, kristen.serrao@klgates.com

Alisa Mumola on behalf of Interested Party Contrarian Capital Management, LLC
alisa@contrariancapital.com

Jill L. Murch on behalf of Creditor Holset Engineering Company
jmurch@foley.com, khall@foley.com

James P. Murphy on behalf of Creditor GKN Sinter Metals, Inc.
murph@berrymoorman.com

Robert D. Nachman on behalf of Unknown MJ Celco
rnachman@scgk.com

Stephen M. Nagle on behalf of Creditor Workers Compensation Board
stephen.nagle@oag.state.ny.us

Bruce S. Nathan on behalf of Interested Party Daewoo International (America) Corp.
bnathan@lowenstein.com

David Neier on behalf of Creditor Ad Hoc Group of Tranche A & B DIP Lenders
dneier@winston.com, dcunsolo@winston.com

Melissa Z. Neier on behalf of Unknown Lord Corporation
mneier@ibolaw.com

Michael R. Nestor on behalf of Creditor Metalforming Technologies, Inc.
bankfilings@ycst.com

Marie L. Nienhuis on behalf of Interested Party Miniature Precision Components
pmitchell@bcblaw.net

Timothy F. Nixon on behalf of Interested Party Miniature Precision Components
tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Richard P. Norton on behalf of Creditor Jason Incorporated, Sackner Products Division
rnorton@hunton.com

Kasey C. Nye on behalf of Creditor Semiconductor Components Industries, LLC
kasey.nye@quarles.com

Michael P. O'Connor on behalf of Creditor American Casualty Company of Reading, PA
mpolaw@aol.com

Michael O'Hayer on behalf of Debtor Delphi Corporation
mkohayer@aol.com

Judy A. O'Neill on behalf of Creditor Inteva Products, LLC
joneill@foley.com

Martin P. Ochs on behalf of Creditor Coherent, Inc.
martin@oglaw.net

Sean A. Okeefe on behalf of Creditor Metal Surfaces, Inc.
sokeefe@winthropcouchot.com

Patrick J. Orr on behalf of Creditor 3M Company
porr@klestadt.com

Norman D. Orr on behalf of Creditor Raymond Johnson
norman.orr@kkue.com

Lawrence E. Oscar on behalf of Creditor ARC Automotive, Inc.
leoscar@hahnlaw.com, hlpcr@hahnlaw.com

Karen Ostad on behalf of Unknown Tesa AG
kostad@mofo.com

Mark Russell Owens on behalf of Creditor EMCON Technologies Canada, ULC
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Isaac M. Pachulski on behalf of Creditor CR Intrinsic Investors, LLC
ipachulski@stutman.com

Nicholas R. Pagliari on behalf of Creditor Actco Tool & Manufacturing Company
npagliari@quinnfirm.com, mseaberg@quinnfirm.com;dcornelius@quinnfirm.com

Charles Palella on behalf of Creditor SAP America, Inc.
cpalella@kurzman.com

Ingrid S. Palermo on behalf of Creditor P & R Industries, Inc.
ipalermo@bsk.com

Sapna W. Palla on behalf of Defendant Harbinger Capital Partners Master Fund I, Ltd.
spalla@kayescholer.com,
bmintz@kayescholer.com;rcappiello@kayescholer.com;maosbny@kayescholer.com;tlangsdorf@kayescholer.c
om

Charles N. Panzer on behalf of Creditor Hewlett Packard Company
cpanzer@sillscummis.com

Richard J. Parks on behalf of Creditor American Turned Products, Inc.
rjp@pietragallo.com, kas2@pietragallo.com

Felton E. Parrish on behalf of Creditor Caraustar Custom Packaging Group, Inc.
fparrish@kslaw.com

Susan P. Persichilli on behalf of Creditor ATEL Leasing Corporation, as Agent
susan.persichilli@bipc.com

Geoffrey J. Peters on behalf of Creditor Seven Seventeen Credit Union
colnyecf@weltman.com

Ronald R. Peterson on behalf of Creditor Alcan Rolled Products-Ravenswood, LLC
rpeterson@jenner.com, anicoll@jenner.com;docketing@jenner.com

Lowell Peterson on behalf of Creditor United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied
Industrial and Service Workers, International Union (USW), AFL-CIO
lpeterson@msek.com

Robert A. Peurach on behalf of Creditor Ogura Clutch Company
rpeurach@gdakmak.com

Ed Phillips on behalf of Creditor Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold & Tool
Group
ephillips@thurman-phillips.com

Christine A.M. Pierpont on behalf of Creditor Furukawa Electric Co., LTD.
cpierpont@ssd.com

Shone Pierre on behalf of Unknown Louisiana Department of Revenue

florence.saenz@la.gov

Oscar N. Pinkas on behalf of Creditor Schaeffler Canada, Inc.
opinkas@sonnenschein.com

Leslie A. Plaskon on behalf of Witness Rafael De Paoli and GE Corporate Financial Services
leslieplaskon@paulhastings.com

Constantine Pourakis on behalf of Creditor PolyOne Corporation
cp@stevenslee.com

Mark T. Power on behalf of Creditor Affinia Canada Corp., EFT
MPower@HahnHessen.com;kcraner@hahnhessen.com;jcerbone@hahnhessen.com;eschnitzer@hahnhessen.co
m;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;kprimm@hahnhessen.com;nrigano@hahnhessen.
com;jorbach@hahnhessen.com

Susan Power-Johnston on behalf of Spec. Counsel Covington & Burling
sjohnston@cov.com, jmcneil@cov.com

Ronald S. Pretekin on behalf of Unknown Columbia Industrial
pretekin@coollaw.com, piatt@coollaw.com

Susan Przekop-Shaw on behalf of Unknown Michigan Workers' Compensation Agency
przekopshaws@michigan.gov

Dennis E. Quaid on behalf of Creditor Penn Aluminum International, Inc.
dquaid@fagelhaber.com

Paul A. Rachmuth on behalf of Attorney Dell Receivables, L.P.
prachmuth@reedsmith.com

Thomas B. Radom on behalf of Attorney Butzel Long, P.C.
radom@butzel.com

John J. Rapisardi on behalf of Unknown Auto Task Force of the United States Department of the Treasury
john.rapisardi@cwt.com,
megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com

Dennis Jay Raterink on behalf of Creditor Michigan Funds Administration
raterinkd@michigan.gov

Gary Ravert on behalf of Creditor Motorola, Inc.
gravert@mwe.com

Eric T. Ray on behalf of Creditor Alabama Power Company
eray@balch.com

Jo Christine Reed on behalf of Creditor INA USA, Inc.
jcreed@sonnenschein.com

Steven J. Reisman on behalf of Creditor Flextronics International Asia-Pacific Ltd. and Flextronics Technology

(M) Sdn. Bhd.
sreisman@curtis.com,
ceilbott@curtis.com;jdrew@curtis.com;tbarnes@curtis.com;cmanthei@curtis.com;vhodeau@curtis.com;mgalla
gher@curtis.com;dching@curtis.com

Walter Reynolds on behalf of Creditor Alegre, Inc
wreynolds@porterwright.com

Kenneth A. Reynolds on behalf of Creditor National Molding Corp.
kar@pryormandelup.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Kenneth A. Reynolds on behalf of Unknown Security Plastics Division/NMC, LLC
kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Jeffrey N. Rich on behalf of Unknown JPMorgan Chase Bank, N. A.
jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards on behalf of Interested Party DENSO International America Inc.
mrichards@blankrome.com

Tracy E. Richardson on behalf of Creditor New Jersey Division of Taxation
tracy.richardson@dol.lps.state.nj.us

Paul J. Ricotta on behalf of Interested Party Tokico (USA), Inc.
pricotta@mintz.com

Craig Philip Rieders on behalf of Creditor Ryder Integrated Logistics, Inc.
crieders@gjb-law.com;cgreco@gjb-law.com, cgreco@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer on behalf of Creditor Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems
(U.S.A.) Inc.
sriemer@phillipsnizer.com, ddore@phillipsnizer.com

Marianne Goldstein Robbins on behalf of Creditor IBEW Brotherhood of Electrical Workers Local 663
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Matthew R. Robbins on behalf of Unknown International Brotherhood of Electrical Workers Local Union No.
663 (IBEW Local 663)
mrr@previant.com

Elizabeth A. Roberge on behalf of Creditor WorldWide Battery Co., LLC
eroberge@robergelaw.com

Scott D. Rosen on behalf of Creditor Floyd Manufacturing Co., Inc.
srosen@cb-shea.com

Heath D. Rosenblat on behalf of Creditor Celestica Inc.
hrosenblat@kayscholer.com

Paul M. Rosenblatt on behalf of Creditor IDG USA, LLC
prosenblatt@kilpatrickstockton.com

Jeffrey A. Rosenthal on behalf of Defendant UBS Securities LLC
maofiling@cgsh.com, aweaver@cgsh.com

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski L.L.P.
DRosenzweig@Fulbright.com

David S. Rosner on behalf of Creditor Argo Partners
dfliman@kasowitz.com;courtnotices@kasowitz.com

Robert B. Rubin on behalf of Creditor Hyundai Motor Manufacturing Alabama, LLC
brubin@burr.com

Ira Rubin on behalf of Unknown Beaver Valley Manufacturing
norma@bizwoh.rr.com

Maura I. Russell on behalf of Attorney Dreier LLP
dangiulo@dreierllp.com, ECFNotices@dreierllp.com

Lyle D. Russell on behalf of Attorney Lyle Russell
lylerussell@magnusoft.com

E. Todd Sable on behalf of Creditor Nidec Motor & Actuators (USA), Inc.
tsable@honigman.com

Chester B. Salomon on behalf of Creditor Tonolli Canada Ltd.
csalomon@beckerglynn.com,
jholdridge@beckerglynn.com;aranade@beckerglynn.com;lmueller@beckerglynn.com

Brian D. Salwowski on behalf of Creditor Indiana Department of Environmental Management
bsalwowski@atg.state.in.us

Diane W. Sanders on behalf of Creditor Angelina County
austin.bankruptcy@publicans.com

William A. Sankbeil on behalf of Creditor John Blahnik
was@krwlaw.com

Thomas P. Sarb on behalf of Creditor Avon Automotive
ecfsarbt@millerjohnson.com

Robert V. Sartin on behalf of Creditor Toyota Motor Corporation
rsartin@fbtlaw.com, chruska@fbtlaw.com

William F. Savino on behalf of Creditor Durham Companies, Inc.
wsavino@damonmorey.com, alunday@damonmorey.com

Louis A. Scarcella on behalf of Unknown Official Committee of Equity Security Holders
lscarcella@farrellfritz.com

Thomas J. Schank on behalf of Creditor Blissfield Manufacturing Company

tomschank@hunterschank.com, mcraig@hunterschank.com

Ilan D. Scharf on behalf of Creditor Essex Group, Inc.
ischarf@pszjlaw.com

Michael L. Schein on behalf of Creditor Best Foam Fabricators, Inc.
mschein@vedderprice.com, ecfnydocket@vedderprice.com

James R. Scheuerle on behalf of Creditor Muskegon Castings Corp.
jrs@parmenterlaw.com, lms@parmenterlaw.com

Andrew W. Schilling on behalf of Plaintiff Delphi Corporation
aschilling@fklaw.com, vgarvey@fklaw.com

William H. Schorling on behalf of Creditor Arkema Inc.
william.schorling@bipc.com

Christopher P. Schueller on behalf of Creditor Keystone Powdered Metal Company
christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Sheila R. Schwager on behalf of Creditor ARAMARK Uniform & Career Apparel Inc.
srs@hteh.com

Andrea B. Schwartz on behalf of Creditor Castwell Products, LLC
andrea.b.schwartz@usdoj.gov

Matthew L. Schwartz on behalf of Creditor Equal Employment Opportunity Commission
matthew.schwartz@usdoj.gov

Bryan I. Schwartz on behalf of Unknown KL Industries, Inc.
bschwartz@lplegal.com

Lon J. Seidman on behalf of Creditor Collins & Aikman Corporation
filings@spallp.com, lseidman@silvermanacampora.com

Howard Seife on behalf of Interested Party EagleRock Capital Management, LLC
arosenblatt@chadbourne.com

Jay Selanders on behalf of Attorney DaimlerChrysler Motors Company, LLC, DaimlerChrysler Corporation,
DaimlerChrysler Canada Inc.
jay.selanders@kutakrock.com

Mark A. Shaiken on behalf of Creditor ThyssenKrupp Budd Systems, LLC
mshaiken@stinson.com, jgant@stinson.com;amurdock@stinsonmoheck.com

Mark H. Shapiro on behalf of Interested Party Central Transport International, Inc.
shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Creditor Brown Co. of Ionia LLC
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Creditor ATC Logistics & Electronics, Inc.
bshaw100@shawgussis.com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch Independent School District
sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Andrew Howard Sherman on behalf of Creditor Doosan Infracore America Corp.
asherman@sillscummis.com, asherman@sillscummis.com

Mark Sherrill on behalf of Attorney Sutherland Asbill & Brennan LLP
mark.sherrill@sablaw.com

Stephen J. Shimshak on behalf of Creditor Ambrake Corporation, Noma Company, Akebono Corporation
(North America), and General Chemical Preference Products LLC
sshimshak@paulweiss.com, sshimshak@paulweiss.com

J. Christopher Shore on behalf of Counter-Claimant A-D Acquisition Holdings, LLC
cshore@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com;agoldenberg@whitecase.com;earundel@whitecase.com

Robert J. Sidman on behalf of Attorney Vorys, Sater, Seymour and Pease LLP
rjsidman@vorys.com, bkbowers@vorys.com

Robert Sidorsky on behalf of Creditor Pioneer Speakers, Inc.
sidorsky@butzel.com

Glenn E. Siegel on behalf of Creditor Kensington International Limited, Manchester Securities Corp. and
Springfield Associates, LLC
Glenn.Siegel@dechert.com

John D. Silk on behalf of Unknown LASALLE NATIONAL BANK
silk@rbmchicago.com

Paul N. Silverstein on behalf of Unknown Credit Suisse International
paulsilverstein@andrewskurth.com, jlevine@akllp.com

Sam O. Simmerman on behalf of Unknown Millwood, Inc.
sosimmerman@kwgd.com, mhelmick@kwgd.com

John A. Simon on behalf of Other Prof. Ernst & Young LLP
jsimon@foley.com

Rebecca H. Simoni on behalf of Unknown Rotaform, LLC.
rsimoni@vonbriesen.com, jpurpora@vonbriesen.com

Joseph E. Simpson on behalf of Creditor P & R Industries, Inc.
jsimpson@hselaw.com

Thomas R. Slome on behalf of Attorney Rosen Slome Marder LLP.
lgomez@msek.com

Richard G. Smolev on behalf of Unknown InPlay Technologies
rsmolev@kayescholer.com,
rrotman@kayescholer.com;maosbny@kayescholer.com;rcappiello@kayescholer.com

Jesse L. Snyder on behalf of Creditor James Hutz, Jr.
jforstot@tpwlaw.com;mmuller@tpwlaw.com

Marc P. Solomon on behalf of Creditor Castwell Products, Inc.
msolomon@burr.com

Sean C. Southard on behalf of Unknown Davidson Kempner Capital Management LLC
ssouthard@klestadt.com

Paul H. Spaeth on behalf of Unknown F&G Multi-Slide Inc.
spaethlaw@phslaw.com

Robyn J. Spalter on behalf of Creditor Riverside Claims LLC
notice@regencap.com

Sarah F. Sparrow on behalf of Unknown Automotive Systems Laboratory, Inc.
ssparrow@tuggleduggins.com, martit@tuggleduggins.com

Douglas E. Spelfogel on behalf of Creditor CYRO Industries
dspelfogel@foley.com

Michael A. Spero on behalf of Creditor Doosan Infracore America Corp.
jspecf@sternslaw.com

Byron C. Starcher on behalf of Creditor Akzo Nobel Coatings Inc., Akzo Nobel Industrial Coatings Mexico SA
de CV. Viscom, Inc.
byron.starcher@nelsonmullins.com

Catherine Steege on behalf of Creditor Honeywell International - Aerospace
csteege@jenner.com, jeffrey_cross@discovery.com

Matthew B. Stein on behalf of Creditor Molex Connector Corporation
mstein@sonnenschein.com

Bonnie Steingart on behalf of Other Prof. Fried Frank Harris Shriver & Jacobson LLP
steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Andrew W. Stern on behalf of Plaintiff Banc of America Securities LLC
astern@sidley.com

Malani Sternstein on behalf of Creditor International Rectifier Corp.
msternstein@sheppardmullin.com

Alexander Stotland on behalf of Creditor Danice Manufacturing Co.
axs@maddinhauser.com, msl@maddinhauser.com;bac@maddinhauser.com

Brent C. Strickland on behalf of Creditor Pepco Energy Services, Inc.

bstrickland@wtplaw.com

Harvey A. Strickon on behalf of Defendant A-D Acquisition Holdings, LLC
harveystrickon@paulhastings.com

Joseph G. Strines on behalf of Unknown The Dayton Power and Light Company
joseph.strines@dplinc.com

James M. Sullivan on behalf of Creditor Motorola, Inc.
sullivan.james@arentfox.com, constantino.nova@arentfox.com

Michelle T. Sutter on behalf of Creditor Ohio Environmental Protection Agency
msutter@ag.state.oh.us

Marc N. Swanson on behalf of Creditor Brose North America Holding LP and its affiliates
swansonm@millercanfield.com

Paul Sweeney on behalf of Creditor Quest Diagnostics, Inc.
psweeney@loganyumkas.com, jbeckman@loganyumkas.com

Dona Szak on behalf of Creditor Rassini, S.A. de C.V.
dszak@ajamie.com

Robert Szwajkos on behalf of Creditor NSS Technologies, Inc.
rsz@curtinheefner.com

Douglas T. Tabachnik on behalf of Creditor SEALY RG VALLEY BUILDINGS, L.P.
dtabachnik@dttlaw.com

Jeffrey L. Tanenbaum on behalf of Creditor General Motors Corporation
garrett.fail@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com

Roger L. Tarbutton on behalf of Creditor Board of County Commissioners of Johnson County, Kansas
roger.tarbutton@jocogov.org

Samuel Jason Teele on behalf of Unknown Lead Plaintiff and the Prospective Class
jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

Jay Teitelbaum on behalf of Creditor Mary Schafer
jteitelbaum@tblawllp.com

Richard S. Toder on behalf of Unknown PricewaterhouseCoopers, LLP.
rtoder@morganlewis.com

Gordon J. Toering on behalf of Creditor RT Sub, LLC f/k/a RecepTec, LLC
gtoering@wnj.com

Albert Togut on behalf of Other Prof. Togut, Segal & Segal LLP
alcourt@teamtogut.com, kackerman@teamtogut.com

Sheldon S. Toll on behalf of Unknown Milwaukee Investment Company

lawtoll@comcast.net

Jason M. Torf on behalf of Creditor Kokomo Gas and Fuel Company
jtorf@schiffhardin.com, edocket@schiffhardin.com;pfokuo@schiffhardin.com

Michael A. Trentadue on behalf of Creditor Decatur Plastic Products, Inc.
mtrentadue@boselaw.com

Martin B. Tucker on behalf of Unknown Martin Tucker
mtucker@fbtlaw.com

Debra S. Turetsky on behalf of Creditor General Electric Capital Corporation
dturetsky@reedsmith.com

Raymond J. Urbanik on behalf of Counter-Defendant Computer Sciences Corporation
rurbanik@munsch.com

Robert Usadi on behalf of Creditor Engelhard Corporation
rusadi@cahill.com

Nina M. Varughese on behalf of Creditor Ametek, Inc.
varughesen@pepperlaw.com

Shmuel Vasser on behalf of Interested Party Speedline Technologies, Inc.
shmuel.vasser@dechert.com

Lori V. Vaughan on behalf of Creditor Intermet Corporation
lvaughan@foley.com

Frank F. Velocci on behalf of Creditor QEK Global Solutions (US), LP
frank.velocci@dbr.com

James J. Vincequerra on behalf of Unknown Plymouth Rubber Company, LLC
jvincequerra@wolfblock.com

Gary Vist on behalf of Creditor Sumida America Inc.
gvist@masudafunai.com

Joseph J. Vitale on behalf of Creditor International Union, UAW
jvitale@cwsny.com

Sean M. Walsh on behalf of Creditor Nisshinbo Automotive Corporation
swalsh@gmhlaw.com

Arthur T. Walsh on behalf of Creditor Edwin Stimpson
omclaw@aol.com

Michael D. Warner on behalf of Attorney Warner Stevens, L.L.P.
bankruptcy@warnerstevens.com

W. Clark Watson on behalf of Creditor Alabama Power Company

cwatson@balch.com

Robert K. Weiler on behalf of Creditor Carlisle Engineered Products, Inc.
rweiler@greenseifter.com, lellis@greenseifter.com

William P. Weintraub on behalf of Creditor Essex Group, Inc.
wweintraub@fklaw.com, vgarvey@fklaw.com;smartin@fklaw.com

Allison H. Weiss on behalf of Creditor Camoplast Incorporated
aweiss@dl.com, aweiss@llgm.com;aperry@dl.com;lsaal@dl.com;mdreyer@dl.com

Jay Welford on behalf of Creditor DC Coaters, Inc.
jwelford@jaffelaw.com, dgoldberg@jaffelaw.com;phage@jaffelaw.com;aschehr@jaffelaw.com

Robert J. Welhoelter on behalf of Creditor Nissan North America, Inc.
rjwelho@gmail.com, chris.cronk@wallerlaw.com

Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

David A. Wender on behalf of Creditor Cadence Innovation, LLC
david.wender@alston.com

Michael R. Wernette on behalf of Creditor L & W Engineering Co.
mwernette@schaferandweiner.com

Robert A White on behalf of Creditor Lydall Thermal/Acoustical Sales Co. LLC
rwhite@murthalaw.com

Amy Williams-Derry on behalf of Interested Party Thomas Kessler
awilliams-derry@kellerrohrback.com, bellis@kellerrohrback.com

Stephen F. Willig on behalf of Defendant National Union Fire Insurance Company of Pittsburgh, PA
swillig@damato-lynch.com, ecf@damato-lynch.com;hfried@damato-lynch.com

Eric R. Wilson on behalf of Creditor Pension Benefit Guaranty Corporation
KDWBankruptcyDepartment@Kelleydrye.com

Jeffrey C. Wisler on behalf of Creditor Connecticut General Life Insurance Company
jcw@cblhlaw.com

Douglas Wolfe on behalf of Creditor ASM Capital II, L.P.
dwolfe@asmcapital.com

Craig A. Wolfe on behalf of Creditor Pension Benefit Guaranty Corporation
cwolfe@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com

Robert D. Wolford on behalf of Creditor Monroe, LLC
ecfwolfordr@millerjohnson.com

Kelly A. Woodruff on behalf of Creditor Delphi Salaried Retirees Association

kwoodruff@fbm.com

Zhiyuan Xu on behalf of Creditor Means Industries, Inc
mxu@schiffhardin.com

David Farrington Yates on behalf of Creditor United Plastics Group
fyates@sonnenschein.com

Stephen L. Yonaty on behalf of Attorney Hodgson Russ LLP
syonaty@chwattys.com

German Yusufov on behalf of Creditor Pima County, Arizona
pcaocvbk@pcao.pima.gov

Helen A. Zamboni on behalf of Creditor McAlpin Industries, Inc.
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz on behalf of Creditor Hitachi Chemical (Singapore) Pte. Ltd.
mzelmanovitz@morganlewis.com

Peter Alan Zisser on behalf of Interested Party New York Power Authority
pzisser@ssd.com, wlancaster@ssd.com;rgreen@ssd.com

**05-44481-rdd Notice will not be electronically mailed to:**

Elizabeth B. Ahlemann on behalf of Unknown CTS Corporation
905 West Boulevard N.
Elkhart, IN 46514

Matt E. (Last Name Unknown)
,

(Name Not Legible)
,

1599963 Ontario Limited
,

3V Capital Management LLC
3V Capital Management LLC
1 Greenwich Office Park N
51 E Weaver St
Greenwich, CT 06831

58 Active Delphi Athens Salaried Employees
,

975 Opdyke LP, et al.
,

A Well Meaning Delphi Employee

A. Schulman, Inc.
c/o Carrie M. Caldwell
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, OH 44114

AFI, LLC
One University Plaza
Suite 312
Hackensack, NJ 07601

AM General LLC
105 North Niles
South Bend, IN 46634

AT&T Entities
,

James M. Aardappel
,

Mohamed Abbas
7796 Raintree Rd
Dayton, OH 45459

Duane L Abbuhl
,

Duane L. Abbuhl
,

Michael R. Abbuhl
,

James V. Accetta
,

Gary L. Ackerman
,

John A. Ackworth
5970 Mount Everett Rd.
Hubbard, OH 44425

Harry Acosta
,

Paul J. Acri

Paul J. Acri
30 Southwick Drive
Webster, NY 14580

Kenneth C. Acton
2484 Fenton Creek Lane
Fenton, MI 48430

Sandra Acton
,

Actoras Partners LTD
,

Thomas R. Adam
9046 Altura Dr NE
Warren, OH 44485-1732

Charles Adams
,

Gary L. Adams
,

Hatti L. Adams
,

John Adams
,

Laura B Adams
725 Greenview Dr
Tipp City, OH 45371

Laura B. Adams
,

Robert E. Adams
,

Rose Adams
,

Rose A Adams
,

Jason R. Adams on behalf of Creditor FisherCast Global Corporation
Torys, LLP
237 Park Avenue

New York, NY 10017

William David Addison
,

Lenville P. Adkins
3475 Federal Rd.
Xenia, OH 45385

Bonita J. Aerne
,

Affinia Group Inc.
,

Nancy A. Agronin
11 Berkley Dr.
Lockport, NY 14094

Elizabeth Bottorf Ahlemann on behalf of Unknown CTS of Canada Co.
CTS Corporation
905 West Boulevard N.
Elkhart, IN 45614

Air Products and Chemicals, Inc.
,

Harriet Aivazis
,

Akerman Senterfitt on behalf of Creditor Itautec America Inc.
Akerman Senterfitt, Esqs.
Las Olas Centre II, Ste 1600
350 East Las Olas Blvd.
Ft. Lauderdale, Fl 33301-2229

Charley L. Akers
,

John C. Akers
,

John C. Akers
,

James Albrecht
,

James W. Albrecht
,

James D. Alcorn
,

Aleaciones De Metales Sinterizados
,

Michael J. Alerding
,

David J. Alexander
150 Wickins Rd.
Scottsville, NY 14546

Jack L. Alexander
,

Jerry L. Alexander
,

Linda Alexander
,

Alex L. Alexopoulous
,

John Allan
110 Westwind Drive, NE
Warren, OH 44484

Lisa A. Allan
,

Peggy Allan
110 Westwind Drive, NE
Warren, OH 44484

Deborah Allen
,

Gerald D. Allen
,

Allen & Overy LLP
,

Ronald D. Alles
5471 Adrian
Saginaw, MI 48603

James W Alley
1422 Parkview Dr

Kingston, OK 73439

Michael P. Alley on behalf of Unknown Consolidated Electrical Distributors, Inc.
Clark, Mize & Linville, CHTD.
P.O. Box 380
Salinas, KS 67402-0380

Alstom Power Environmental Consult GmbH

,

Alstom Power Equipment

,

Harvey Altus on behalf of Creditor LaborSource 2000
30500 Northwestern Hwy., Ste 500
Farmington Hills, MI 48334

American Finance Group, Inc. d/b/a Guaranty Capital Corporation

,

American Molded Products LLC

,

Ames Reese, Inc.

,

Mark K. Ames on behalf of Unknown Commonwealth of Virginia Department of Taxation
Taxing Authority Consulting Services, PC
2812 Emerywood Parkway
Suite 220
Richmond, VA 23294

Audrey Amort

,

Manda L. Anagnost on behalf of Unknown Manda Anagnost
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197

Manu Anand
43431 Vintners Place Dr.
Sterling Heights, MI 48314

Delbert E. Anderson

,

James F Anderson

,

James F. Anderson

6436 Amposta Dr.
El Paso, TX 79912

James R. Anderson
,

John C. Anderson
,

Pamela C. Anderson
,

Ronald L. Anderson
3285 Cinnamon Trace
Kokomo, IN 46901

Guy A. Andonian
,

Joseph Andrasik
,

Kyra E. Andrassy on behalf of Unknown Toshiba America Electronic Components, Inc.
Weiland, Golden, Smiley, Wang,
Ekvall &Strok, LLP.
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Bruce J. Andreas
,

Gary S. Andrews
,

Louise Andrews
,

Ron Andrews
,

Nancy Androsko
538 Laird Ave NE
Warren, OH 44483

William Angelis
,

Jim Angelo
84wild Grove Pl
Brandon, MS 39042

Mario Angelucci
,

Erin Anheier
,

Frank Aparo
,

Joel D. Applebaum
,

Ed Applegate
,

Lawrence C. Applegate
,

Rudolf M. Aranyosi
PO Box 54
Lewiston, NY 14092

Kevin Archambault
8695 N Valley View Ct
Middletown, IN 47356

Don Armstrong
,

Frederick P. Arndt
,

Frederick P. Arndt
7604 Fruit Dove Street
North Las Vegas, NV 89084

Thomas B. Arnold
,

Thomas Lloyd Arnold
,

William Arnold
7164 Springdale Dr.
Brookfield, OH 44403

Arrow CT Corporation
,

Arthur R. Jackson
,

John C. Assell
,

Association of Businesses Advocating Tariff Equity
,

H. Wayne Atkinson
,

Atradius
,

Wayne A. Aubel
,

Beverly B. Austin
,

Randy D. Austin
,

Thomas E. Austin
,

Avron M. Ehrlich, Jeffrey Gutterman and Neil Freson
,

B & B Machine & Grinding Service, Inc.
,

J. Allen Babb
,

J. Allen Babb
,

James A. Babb
,

Russell C. Babcock
,

Bill Baccari
105 Harmony Lame
Rochester, NY 14622

William J. Baccari
105 Harmony Ln.
Rochester, NY 14622

Patrick L. Bachelder
1500 Waverly Drive
Troy, MI 48098

Robert Bachman

,

Robert J. Bacue
1753 Coventry Ave,, NE
Warren, OH 44483

Stephen P. Baich

,

Brad Baidinger

,

James A. Bailey

,

Richard C. Bailey

,

Steven M. Bailey
Delphi Salaried Retiree
7998 E. Monroe Road
Tecumseh, M 49286

James A. Baker

,

James A. Baker

,

Jerome E. Baker

,

Kristine G. Baker

,

William J. Bakinski

,

John Bakker

,

John Bakker

,

Jon K. Bakus

,

Diane Balciar
304 Addsion Avenue
Franklin, TN 37064

Paul A Balciar
304 Addison Avenue
Franklin, TN 37064

Brad Baldinger
1724 Skilers Alv.
Lapeer, MI 48446-8416

Kenneth L. Baldwin
,

Laura Balestrino
,

Laurence Balestrino
,

Logan P. Balestrino
,

Suzanne Balestrino
,

Virginia Balestrino
,

William Balestrino
,

Marcia Balestrino-Emery
,

Ball Systems, Inc.
,

Richard E. Ballentine
,

Banco J.P. Morgan, S.A., Institucion de Banca Multiple, J.P. Grupo Financiero, Division Fiduciaria, Not
Individually, but in its Capacity as Trustee of Trust F/00121; Prudential Financial, Inc.; Prude
,

Mark I Bane on behalf of Creditor Pension Benefit Guaranty Corporation
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Chris D. Bank
,

Christie David Bank
,

Wayne H. Bank
,

Bank of America, N.A.
,

Bank of America, N.A.
,

Alice J. Banus
,

Terisa Baranoski
,

Mark Baranski
,

John F. Barany
6947 Cedar Ridge Circle
Milton, FL 32570

John B. Barclay
,

Ed Bardella
331 North Summit Road
Jamestown, PA 16134

Edward J. Bardella
331 North Summit Road
Jamestown, PA 16134

Michael J. Barker
Warren, OH

Jeffrey H. Barlett
,

John Barmby
,

Christine Barnes
,

Christine Barnes
,

Christine M. Barnes
,

Johnnie V. Barnes
,

Les Barnett
430 Ironwood Dr.
Carmel, IN 46033

Oscar Barnett Jr.
,

Lorraine Barnum
,

Dwayne Barrett
320 Afton Dr
Brandon, MI 39042

Peter Bartell
,

Patrick Bartels
,

Margaret Bartindale on behalf of Unknown Margaret Bartindale
State of Michigan
Department of Attorney General
Revenue & Collections Division
3030 W. Grand Blvd. 10th Fl. Ste. 200
Detroit, MI 48202

Jeannette Bartko
,

Robert E. Bartkus on behalf of Unknown BANK OF AMERICA, N.A.
DILLON, BITAR & LUTHER LLC
53 Maple Avenue
P.O. Box 398
Morristown, NJ 07963-0398

William D. Bartz
6412 Bartz Road
Lockport, NY 14094

Andrew R. Basile

,

David J. Bastin

,

John Batcha
37616 Darthmouth Drive
Sterling Heights, MI 48310

Berkley D. Bateman
4510 Queens Way
Gladwin, MI 48624

William D Bauman
2287 141st Ave
Dorr, MI 49323

William E. Bauman

,

Bay County (FLA.) Tax Collector's

,

Bay County, Florida

,

Bay County, Florida, Tax Collector

,

Dean M. Bayer

,

Milton Beach

,

Beacon Reel Co.

,

Janita C. Beall

,

Henry E. Beamer

,

Victoria Bean

,

David M. Beare

,

J. Martin Beas

,

Edward Beavers

,

Allan H. Beck

,

Dennis E. Beck

,

Richard F. Beckmeyer

,

Jody A. Bedenbaugh

,

David P. Behnke

,

Paul Beiter
150 Bastian Rd.
Rochester, NY 14623

James Bell

,

John S. Bell

,

Marvin Bell

,

Sherman Bell

,

Wendy A. Bell

,

Bell, Anderson & Sanders LLC

,

Thomas J Bellafaire
129 Creston Court
Mooresville, NC 28115

Ross Bellaire

,

Rosemary Bellavia

,

Ross Bellavia

,

Louise S. Belline

,

Louise S. Belline
5 Keswick Way
Fairport, NY 14450

Richard Belsenich
3673 Cumberland Ln.

,

Howard S. Beltzer on behalf of Unknown Deutsche Bank Securities Inc.
Morgan, Lewis & Bockius LLP
101 Parke Avenue
New York, NY 10178
hbeltzer@morganlewis.com

Richard Benner

,

Richard Benner

,

Bradley A. Bennett

,

Norman Bennett
209 Case Grande Dr.
Clinton, MS 39056

Roger K. Bennett                    '

,

Timothy C. Bennett on behalf of Unknown JPMORGAN CHASE BANK, N.A.
Kirkpatrick & Lockhart Nicholson Graham
599 Lexington Avenue
New York, NY 10022

Sachiko Bennette

,

Sherman Benson

,

David T. Benway

,

Alvin W. Berger

,

Glenn P. Berger on behalf of Creditor Precix
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Neil Berger on behalf of Plaintiff Delphi Corporation
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Neil Berger on behalf of Plaintiff Delphi Medical Systems Colorado Corporation
Togut, Segal & Segal LLP
1 Penn Plaza, Ste., 3335
New York, NY 10119

Thomas L Bergman
4217 Tradewind Ct.
Englewood, OH 45322

Thomas L. Bergman

,

Donald Bergwall

,

Donald W. Bergwall

,

John H. Bernardi
6397 O'Connor Drive
Lockport, NY 14094

Charles E. Bernd

,

Karenann J. Berner
2083 Erickman Lane
Xenia, OH 45385

William E. Berner
2083 Erickman Lane
Xenia, OH 45385

Jay Bernhart
656 Tamarron Dr.
Grand Junction, CO 81506

Stephen M. Berninger

,

James Bernsdorf

,

Georgia S. Berry

,

Martin Bertleleff

,

Gary Bertram
3457 Woodlands Circle
Macedon, NY 14502

Allen W. Besey

,

Douglas J. Beurmann
10342 Pine Valley Drive
Grand Blanc, MI 48439

Thomas Beyer

,

Thomas E. Beyer

,

Thomas E. Beyer

,

Mohinder S. Bhatti

,

John Biafora

,

Mark Bianchi
3783 Wilson-Sharpsville Rd.
Cortland, OH 44410

Donald Jay Bice
2383 Andrews Drive N.E.
Warren, OH 44481-9333

Donald S. Bielicki

,

Jerome E. Biersack

,

Bruce A. Biller
858 Burritt Rd.
Hilton, NY 14468

Bing Metals Group, Inc.
,

Mary Binnion
2010 Drexel Dr
Anderson, IN 46011

Robert Jack Binnion
2010 Drexel Dr
Anderson, IN 46011

Bio-Serv Corporation
,

David B. Bishoff
,

Jacqueline J. Bishop
,

Tim O. Bishop
,

David J. Bisignani
,

Dennis A. Black
,

Franklin Black
,

Steven L. Black
,

Pamela Blake
,

William M. Blakesley
,

Ellen L. Blanchard
,

James Blaner
6188 Secret Lake Dr
Port Orange, FL 32128

John P. Blankenship
23599 East Clearmont Drive
Elkmont, AL 35620

Sam C. Blankenship

,

Sam C Blankenshp
1803 Longview Dr. SW APT. 21
Decatur, AL 35603

Frank J. Blasioli
5 Glenmore Circle
Pittsford, NY 14534

Connie S. Blaylock

,

David A. Blaze
4402 Bayberry Ct.
Warren, MI 48092

Karen Blazek

,

Harold D. Block

,

Gilbert J. Blok

,

Dean R. Bloom
726 Baker St.
Rochester Hills, MI 48307

Blue Cross and Blue Shield of Michigan

,

Blue Heron Micro Opportunities Fund, LLP
5315 North Kings Highway
Myrtle Beach, SC 29577

James P. Boardman on behalf of Unknown Emil Franz
6225 Gratiot
P.O. Box 6669
Saginaw, MI 48608

Sue Boarts

,

John L. Bockelman
11079 Innisbrooke Lane
Fishers, IN 46037

David G. Bodkin
,

Kathy Boger
,

Bona Vista
,

Bona Vista Programs, Inc.
,

Tina J. Bonanno
,

Bond, Schoeneck & King, PLLC
Attn: Stephen A. Donato, Esq.
One Lincoln Center
18th Floor
Syracuse, NY 13202

John L. Bonner
,

Larry Bonner
,

David Bookin
,

James R Boone
,

Cheryl Boor
7362 Oakcrest Dr
Hubbard, OH 44425-8723

Lana Boor
,

Lana D. Boor
,

Lisa Booth
,

Booth Udall, PLC

,

Borg Indak, Inc.

,

Russ Bosch

,

Taunee Boudreau

,

David F. Boull

,

Timothy C. Bousum

,

Eugene P. Bovenzi

,

Amy Bowers

,

Albert R. Bowman

,

Alex Boyd

,

Alexander J. Boyd
1093 Roseway Ave. SE
Warren, OH 44484

Don E. Boyd

,

Patty Boyd

,

Richard C. Boyd
2900 O'Hanlon Court
Williamston, MI 48895

Robert L. Boyd
121 Morningside Drive
Grand Island, NY 14072

Joseph C. Bracci

,

Bregitte Braddock

,

Bregitte Braddock
,

Gloria K. Bragg
,

Sara Jo Bragg
,

Wallace F. Brahm
,

Michael Branam
,

George E. Brand
,

Phyllis Brandt
,

Theresa G. Brandt
,

John S. Brannon
,

Edwin Scott Branscum
,

John R. Brantingham
,

Jayne Kratz Brasser
,

Richard P. Brasseur
,

William Braun
2348 Colony Way
Kettering, OH 45440

William L. Braun
,

Douglas F. Brechtelsbauer
,

Kathy Breece

,

Jay C. Breisch

,

Richard J. Bremer

,

Barbara S. Brenner

,

Richard Brenner
2452 Ridge Road
Vienna, OH 44473

Jeff J Brenske

,

Jeff J. Brenske
3683 Lone Rd
Freeland, MI

Keith Brewer

,

Kenneth A Brewer
1006 Laurelwood
Clinton, MS 39056

Rosemary Brewer

,

Wayne Brewer
106 Winding Hills Dr.
Clinton, MS 39056

Wayne C. Brewer

,

Harold Brier

,

Harold Brier

,

Frederick J. Brimmer

,

William Bringer

,

William H. Brinkman
,

Warren E Brinson
307 Mulberry Road
Chesterfield, IN 46017

Craig Brittin
,

Ward Britton
118 Laura LN.
Brockport, NY 14420

Victor Steven Broo
,

Gary J. Brooks
,

Cheryl L. Brown
,

Cheryl L. Brown
,

Chris Brown
,

Elizabeth M. Brown
241 Cricklewood Drive
Cortland, OH 44410

James Brown
,

Larry Brown
,

Lonzo Brown
,

Loretta N. Brown
,

Loretta N. Brown
,

Ralph D. Brown
,

Richard J. Brown

,

Richard J. Brown

,

Scott L. Brown

,

Thomas Brown

,

Thomas Brown

,

Brown & James, P.C.

,

Dewitt Brown on behalf of Creditor Arkema Inc.
Buchanan Ingersoll & Rooney PC
1835 Market Street
14th Floor
Philadelphia, PA 19103

J. Michael Brown on behalf of Unknown Hidria USA, Inc.
Gallivan, White & Boyd, PA
55 Beattie Place
Suite 1200
Greensville, SC 29601

Robert F. Brown on behalf of Unknown Mad River Transportation, Inc.
Rendigs, Fry, Kiely & Dennis, L.L.P.
One West Fourth Street
Suite 900
Cincinnati, OH 45202-3688

Patrick R. Browne

,

Terry Browne

,

David L. Brownfield

,

Valerie S. Brubaker

,

Edward A. Brucken

,

Michael Bruewer

,

James Bruner

,

James A. Bruner

,

Dennis Brunner
3184 Hance Road
Macedon, NY 14502

Frederick Bruns

,

Brush Engineered Materials
17876 St. Clair Avenue
Cleveland, OH 44110

James A. Bruso
2809 Gatewood Drive.
Waterford, MI 48329

George W Brutchen PE

,

Linda K. Bryan

,

Ned C. Bryant

,

Patricia Bryant

,

Deneise Bryant Lymuel
1340 Amarello Drive
Clinton, MS 39056

Tamika A. Bryant on behalf of Other Prof. Howard & Howard Attorneys, P.C.
Howard & Howard Attorneys, P.C.
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304-5151

Terrance A. Buchaiski

,

Jacob W. Buchdahl on behalf of Plaintiff Delphi Corporation

Susman Godfrey LLP
654 MAdison Avenue
5th Floor
New York, NY 10065

Terry L. Buckley

,

Terry L. Buckley
160 W. 400N
Sharpsville, IN 46068

John Buckner
12062 Million Dollar Hwy.
Medina, NY 14103

Jim Buczkowski
5669 Leete Rd.
Lockport, NY 14094

Frank X. Budelewski

,

J. Michael Budenz

,

Daniel J. Buehler

,

Buell Automatics, Inc.

,

Bryan Bueltel

,

Buffalo Check Cashing, Inc.

,

Linda A. Bullens

,

Edward Bungo

,

Edward M. Bungo
379 Cherry Hill Lane
Cortland, OH 44410

Kathy Bungo

,

Barbara Pauline Burger
9844 S Glenmoor Ct.
Oak Creek, WI 53154

James M. Burke
,

Kenneth D. Burkett
,

John Burleson
,

Thomas Burleson
,

Thomas D. Burleson
22532 10 Mile Road
Saint Clair Shores, MI 48080

Dale E. Burnett
,

Robert L. Burnison
,

Barbara Burns
,

Barbara Burns
,

Joanne Burns
,

Ronald Burns
,

Lyle E. Burr
,

Lyle E. Burr
,

Burr & Forman LLP
420 North 20th Street
Suite 3100
Birmingham, AL 35203

Lee Ann Burrows
,

Fred Burton
167 Caesar Blvd.
Williamsville, NY 14221

Michael R. Burton
,

Deborah Busch
,

Richard W. Buschmann
,

Dennis C. Butler
,

Raymond O. Butler
713 Camellia Green Dr.
Sun City Center, FL 33573

Robert E. Butler
,

Gary L. Butterfield
,

John Wm Buttler
,

James Butts
,

Charles W. Byer
,

William Byers
,

William J. Byers
,

Russell D. Byrer
,

Ronald B. Byrns
,

C&S Logos Patent and Law Office
,

65

CDW Computer Centers, Inc.

,

CH & I Technologies, Inc.

,

CH2M Hill, Inc.

,

CPI Control & Power, Inc.

,

CT Corporation

,

CT Corporation

,

CT a Wolters Kluwer Business

,

CTP Carrera, Inc. d/b/a Carclo Technical Plastics

,

CTP Carrera, Inc., d/b/a Carclo Technical Plastics

,

Cadena Law Firm, P.C.

,

JoEllen Cain

,

JoEllen Cain
7150 E 00 NS
Greentown, IN 46936

Barbara Lee Caldwell on behalf of Unknown Maricopa County Treasurer
Hebert Schenk P.C.
4742 N. 24th Street
Suite 100
Phoenix, AZ 85016

James W. Calhoun

,

Thomas R. Califano on behalf of Interested Party John E. Benz & Co.
DLA Piper LLP (US)
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

thomas.califano@dlapiper.com,
jeremy.johnson@dlapiper.com;vincent.roldan@dlapiper.com;john.mcnicholas@dlapiper.com;william.coleman
@dlapiper.com;robert.ware@dlapiper.com;christopher.thomson@dlapiper.com;mark.c.smith@dlapiper.com;kri
stin.rosella@dlapiper.com;camisha.simmons@dlapiper.com

Joseph M. Callahan

,

Callanan Industries, Inc.

,

Marsha Calloway

,

Marty Campana

,

Gary W. Campbell

,

Kenneith R. Campbell

,

Thomas L. Campbell

,

Carole Canter

,

Ken Cantrell

,

Kenneth K, Cantrell

,

James A. Caporini

,

Joseph A. Carbone on behalf of Unknown Comptrol Incorporated
Joseph A. Carbone Co., L.P.A.
1370 Ontario Street
Suite 800
Cleveland, OH 44113

Manuel Cardenas

,

Manuel Cardenas
105 Provincial Ct#3
Saginaw, MI 48638

Cardinal Law Group, Ltd.

,

Thomas J Carella
685 Sara Court
Lewiston, NY 14092

Thomas J. Carella

,

Jeffrey G. Carl
6597 Parkwood Dr.
Lockport, NY 14094

Thomas P. Carlin

,

Robert W. Carlson

,

Joan B. Carmack

,

Randy F. Carmen

,

Sheryl L. Carnivale

,

Gary Carpenter

,

Janice M. Carpenter

,

Paula Carpentiari

,    "

Paula Carpentieri

,

Dwayne M. Carr
604 Brookmeade Court
Beavercreek, OH 45434

Edward A. Carr

,

Thomas G Carrier
2161 S Ryan Ct
Bay City, MI 48706

Richard T. Carriere

,

Roberto Carrillo on behalf of Unknown Tecnomec S.R.L.
Garvey Schubert Barer
100 Wall Street
20th Floor
New York, NY 10005

Kathy Carrithers

,

Cathleen Carroll

,

Charles H. Carson

,

Thomas J. Carson
5514 Forest Hill Rd
Lockport, NY 14094

Sharyl Carter

,

Sharyl Carter

,

Sharyl Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter

,

Sharyl Y. Carter
92 Woolery Lane # C
Dayton, OH 45415

Sharyl Yvette Carter
1541 LaSalle Avenue
#1
Niagra Falls, NY 14301

Sheila D Carter

,

Marianne Case

,

Roy Case
16920 Roslyn Lee Lane
Athens, AL 35613

Dwight E. Casler

,

Gary Casterline
7895 Raglan Drive
Warren, OH 44440

Kevin W. Castor

,

Kevin W. Castro
3610 Nichol Ave.
Anderson, IN 46011

Henry Caswell
Wise Choice British Foods
6171 Brandt Pike
Huber Heights, OH 45424

Catalytic Solutions, Inc.

,

Pamela Cates

,

Cathy J. Dorland

,

Robert A. Catron

,

George B. Cauthen

,

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

James B. Cech

,

Cheryl Cera

,

Brad A. Chalker on behalf of Unknown Jospeh Reno
Law Offices of Brad A. Chalker, LLC.
848-C East Franklin St.
Centerville, OH 45459

William R. Chamberlain

,

Richard Chandler

,

Peggy R. Chaney

,

Peggy R. Chaney
3193 Solar Dr. NW
Warren, OH 44485

Elaine L. Chao
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street
Room 844
Chicago, IL 60604

Marcus Chao

,

Janet L. Chaplin

,

Lynda L. Chapman

,

Ralph E. Chapman

,

Sarah B. Chapman Carter

,

Jeanine S. Chart

,

David Chatt
7133 Northledge Drive
Lockport, NY 14094

David M. Chatt

,

Jeanine S. Chatt
7133 Northledge Dr.
Lockport, NY 14094

Madan Chatterji

,

Madan Chatterji

,

Arun K. Chaudhuri
13940 Stonemill Circle
Carmel, IN 46032

Maria E. Chavez-Ruark on behalf of Creditor Constellation NewEnergy - Gas Division, LLC
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209

Charles C. Chen

,

Chi-Hau Chen
415 Bradford Place
N. Dartmouth, MA 02747

Wanda W. Chen
415 Bradford Place
N. Dartmouth, MA 02747

Stuart F. Cheney on behalf of Unknown Autocam Corporation

,

Matthew W. Cheney on behalf of Unknown Westwood Associates, Inc.
Orrick, Herrington, & Sutcliffe LLP
3050 K Street, N.W.
Washington, DC 20007

Cherry Corporation
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Cherry GMBH
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922

Chester, Willcox & Saxbe, LLP.

,

Simeon Chikildin
1604 W 11th Street
Muncie, IN 47302

Charles E. Childs

,

Charles E. Childs
647 South, 850 East
Greentown, IN 46936

Robert Childs

,

Mark Ira Chinitz on behalf of Unknown Key Safety Systems, Inc.
Stein Riso Mantel LLP
405 Lexington Avenue
New York, NY 10174
mark.chinitz@steinrisomantel.com

Nancy Christopher

,

Ken Chung

,

Shao Chung

,

Joseph A. Cianciosa
7325 Balla Drive
North Tonawanda, NY 14120

Matthew Ciaramitaro

,

Chet Ciesinski

,

Robert Ciesluk

,

Salvatore L. Ciferno

,

Thomas C. Clair

,

Melba R Clapp

,

Timothy A. Clar
782 Hightower Way
Webster, NY 14580

Michael D. Clark

,

Michael D. Clark

,

Ronald T. Clark

,

R. John Clark on behalf of Creditor Alliance Precision Plastics Corporation
Hancock & Estabrook, LLP
1500 Tower 1
P.O. Box 4976
Syracuse, NY 13221-4976

Megan E. Clark on behalf of Creditor Carl Allison
Freking & Betz
525 Vine Street
Sixth Street
Cincinnati, OH 45202

Clark, Thomas & Winters PC
c/o Will Guerrant
300 W. Sixth Street, Suite 1500
Austin, TX 78701

Bruce Clary

,

Roger C. Class
13712 White Cap Dr.
Sterling Hts., MI 48313

Mark G. Claypool on behalf of Creditor Matrix Tool, Inc.
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461

Ralph Clayson

,

Clerk of Court

,

Clerk's Office U.S. Bankruptcy Court

,

John Clifford
Gasport, NY 14067

Robert & Barbara L Cline
3108 Tally Ho Dr
Kokomo, IN 46902

William K. Clupper

,

David L Clute

,

William J. Coats
456 Greenmount Drive
Canfield, OH 44406

Robert W. Coberg

,

Joseph D. Cocca

,

Coface North America, Inc.

,

Thomas W. Coffey

,

Theodore C. Coffield
9210 Ray Road
Gaines, MI 48436

Gina D. Coggin on behalf of Unknown Sandra Williams
RHEA, BOYD, RHEA & COGGIN
930 Forrest Avenue
Gadsden, AL 35901

Jeffrey L. Cohen on behalf of Creditor Greywolf Capital Management LP
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
jcohen@cooley.com

Douglass Cole

,

Douglass L. Cole

,

Douglass L. Cole

,

Douglass L. Cole

,

Collector of Revenue for St. Louis County, Missouri

,

Collector of Revenue, St. Louis County, Missouri

,

Lin Collin

,

Howard Collins

,

Nancy L. Collins
14531 Grande Cay
Cir #3009
Fort Myers, FL 33908-7987

Raymond D. Collins

,

Raymond D. Collins
14531 Grande Cay Ctr.
Apt. 3009
Fort Myers, FL 33908-7987

Ronald L. Collins

,

Carl D. Colpean
18 Southlawn Ct.
Saginaw, MI 48602

Daniel Coltoniak

,

Daniel R. Coltoniak

,

Denice Combs

,

Donice Combs

,

Kevin M. Comer

,

Max D. Comerford

,

Commissioner of Revenue for theCommonwealth of Massachusetts ("MDOR")

,

Commodity Management Services and GBS Printed Products & Services

,

Commonwealth of Pennsylvania Department of Revenue

,

James R. Conger

,

Robert J. Conklin

,

Karen Conner

,

Michael P. Connerton
8 Cricket Knoll Ln.
Carmel, IN 46033-1962

Chris Connolly

,

Debby Connolly
608 S 12th Ave
Saint Charles, IL 60174

Edward L Conover
5422 Fosdick Rd.
Ontario, NY 14519

William J. Conroy

,

Control Masters, Inc.

,

Controls Crew Co., Inc.

,

William J. Conwell

,

Carol L. Cook

,

Gary Y. Cook

,

Susan A. Cook

,

Michael L. Cook on behalf of Interested Party D.C. Capital Partners, L.P.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com

Ted E. Cookman
6320 Franklin Trail
El Paso, TX 79912

Debra Jean Cooley

,

Michael Bruce Cooley

,

Duane D. Cooper

,

Merel L. Cooper

,

Richard L Cooper
10497 Perry Road
LeRoy, NY 14482

Jeffrey A. Cooper on behalf of Unknown Specialty Coatings Systems Eft.
Carella, Byrne, Bain, Gilfillan, Cecchi,
Stewart & Olstein
5 Becker Farm Road
Roseland, NJ 07068
jcooper@carellabyrne.com

David A. Copp

,

Robert B. Corbin

,

Robert S. Corbin
271 Crescent Place #3A

Yonkers, NY 10704

Anthony V. Cornacchione
1675 Fox Trail
Bellbrook, OH 45305

Larry Cornell
151 Christina Dr.
North Chili, NY 14514

Thomas V. Cornell
,

Cornell University
,

Don Corpier
,

Don C. Corser
,

John R. Costello
,

Michael D. Courtney
,

David K. Cox
1038 Carnoustie Circle
Grove City, OH 43123

Howard M. Cox
,

Ronald W Cox
9610 Oakhaven Ct
Indianapolis, IN 46256

Angelika J. Coyle
,

Brenda L. Cozart
,

Larry Cracraft
,

Larry F. Cracraft
,

Caver Craig

,

Charles E. Craig
1377 Cranbrook Dr. NE
Warren, OH 44484

James A Craig
18751 Whitcomb Place
Noblesville, IN 46062

Julia M. Craig
1377 Cranbrook Dr. NE
Warren, OH 44484

Kerry A. Crain

,

David J. Crandall

,

David M Crandall
1023 Pendle Hill Ave
Pendleton, IN 46064

Martin E. Crandall on behalf of Creditor Milan Belans
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226

Floyd C. Crawford
901 Carriage Hill Drive
Salem, OH 44460

John Crawford

,

John C. Crawford

,

Creative Techniques, Inc.

,

Credit Suisse

,

Carol Creel

,

Lawrence H. Cresswell

53 Winding Creek Lane
Rochester, NY 14625

Curtis L. Crittendon
,

Thelma Pat Crittendon
3009 Darwin Lane
Kokomo, IN 46902

Lawrence F. Croisdale
,

James A. Crooks
,

Gerald Cross
,

William E. Cross
,

James L. Crouse
,

William E. Crousore
,

Crown Credit Company
,

Phil H. Crum
,

Richard T Cruse
9 Beacon Park - Unit I
Amherst, NY 14228

Richard T. Cruse
9 Beacon Park-Unit I
Amherst, NY 14228

Jack L Crusey
9301 Leafy Hollow Ct
Dayton, OH 45458-9416

Thomas M. Cryan, Jr on behalf of Plaintiff Delphi Corporation
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, DC 20006

Richard D. Culbertson

,

Ralph E. Culliton

,

William Keith Cummins

,

William Keith Cummins
17236 Street Car Rd.
Brookville, IN 47012

Charles Cunningham

,

Charles R. Cunningham

,

Gary H. Cunningham

,

Gary H. Cunningham
Giarmarco, Mullins & Horton, P.C.
101 W. Big Beaver Road
10th Floor
Troy, MI 48084

Juanita M Cunningham
5079 Shady Oak Trl
Flint, MI 48532

Mary Beth Cunningham

,

Marybeth Cunningham

,

Sandra Sullivan Cunningham

,

Cunningham Engineering, Inc.

,

John K. Cunningham on behalf of Unknown Appaloosa Management L.P.
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com,
rkebrdle@whitecase.com;icruz@whitecase.com;fmenendez@whitecase.com;lbegy@whitecase.com;jdisanti@w

hitecase.com;mcosbny@whitecase.com

Anita Curran
4210 East Lake Road
Livonia, NY 14487

Anita D. Curran

,

James Curran
4210 East Lake Road
Livonia, NY 14487

Michael J. Curran

,

Steven M. Curran
54 Anglers Cove
Hilton, NY 14468

Currie Kendall PLC

,

Andrew Currie on behalf of Debtor Delphi Corporation
WilmerHale, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Larry Cusick

,

Randall Cyman

,

Randall E. Cyman
3321 N. Old Hwy 421
Greensburg, IN 47240

Kenneth S. Czernik

,

Raniero D'Aversa on behalf of Creditor Bank of America, N.A.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-001
rdaversa@orrick.com, crogers@orrick.com

D-J, Inc.

,

Nancy Dabney

83

,

W.M. Howard Dahlem
1801 Townshend Tr. SW.
Decatur, AL 35603

William Dahlquist

,

Jimmie Dallas
1119 Irving Way
Anderson, IN 46012

Craig Alan Damast on behalf of Attorney Blank Rome
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Paul Danahy
35 Mont Morency Dr.
Rochester, NY 14612

Paul R. Daniel

,

Patrick D. Daniels

,

Alvin N. Darbee
6308 Heritage Pt. S.
Lockport, NY 14094

David Darnell

,

Richard L Darst on behalf of Creditor James Nguyen
8888 Keystone Crossing Blvd
Suite 800
Indianapolis, IN 46240

Dennie M. Dashkovitz
9310 Buck Rd
Freeland, MI 48623

Dennis Dashkovitz

,

Herbert S. Daugherty

,

James D. Daugherty

,

Tim Daves
16481 Dusk Light Drive
Fenton, MI 48430

David C. Hines
,

David Green
,

David Smith
,

John R Davidson
2823 Lower River Road SE
Decatur, AL 35603

John R. Davidson
,

James E. Davies
,

Barbara J. Davis
,

Billy Davis
,

Daniel R. Davis
4505 Willow Dr.
Kokomo, IN 46901

Diane M. Davis
,

Henry Davis
Jackson, MS

James R. Davis
,

James R. Davis
394 Westchester Drive SE
Warren, OH 44484

John E. Davis
151 Republic Ave
NW

# EXHIBIT D

BUTZEL LONG, a professional corporation
Eric B. Fisher
Barry N. Seidel
Cynthia J. Haffey (Detroit Office)
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
fishere@butzel.com

*Attorneys for Plaintiffs*

Winegarden, Haley, Lindholm
& Robertson, P.L.C.
Dennis M. Haley (P14538)
G-9460 S. Saginaw Street, Suite A
Grand Blanc, MI 48439
Phone:   (810) 579-3600
Fax:        (810) 579-1748
dhaley@winegarden-law.com

*Attorneys for HSS and HSS, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP, *et al.,* | Case No. 05-44481-rdd |
| Reorganized Debtors. | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | Adv. Pro. No. 07-02475-rdd |
| Plaintiff, | |
| v. | |
| HSS LLC d/b/a HSS, | |
| Defendant. | |

**AFFIDAVIT OF DENNIS M. HALEY REGARDING DEFENDANT'S NOTICE
OF FOURTH EXTENSION OF TIME FOR SERVICE OF COMPLAINT**

1

I, Dennis M. Haley, being first duly sworn, deposes and says:

1.    I am competent to testify with respect to the matters set forth herein, which are based on my personal knowledge, public records, and the books and records of the law firm of Winegarden Haley Lindholm & Robertson, PLC.

2.    I am an attorney at law, licensed to practice in all state and federal courts in the State of Michigan, and was admitted to this Court pro hoc vice as counsel for HSS in this adversary proceeding.

3.    I am the senior partner in the law firm of Winegarden Haley Lindholm & Robertson, PLC, which has represented HSS in all matters involving the Delphi bankruptcy, and the primary attorney in the law firm handling these matters.

4.    Neither I nor any other attorney at the law firm of Winegarden Haley Lindholm & Robertson, PLC received notice of any of the Debtor's Motions to extend the deadline for service or process in the HSS preference case, or in any other preference action brought by the Debtor.

5.    The first time I became aware that there was an Order extending the time for service of process was after HSS provided a copy of the complaint after it was served, and an investigation was made of the docket to determine why it was served years after it was filed.

FURTHER, Deponent saith not.

_____
Dennis M. Haley

Subscribed and sworn to before me, a Notary Public, on this $\underline{8^{th}}$ day of July, 2011, by Dennis M. Haley.

_Lora M. Ziembo_

Notary Public - Lora M. Ziembo
_____Genesee_____ County, Michigan
My Commission Expires: 07-04-2012
Acting in _____Genesee_____ County, Michigan

PREPARED BY: Dennis M. Haley (P14538), Winegarden Haley Lindholm & Robertson, PLC, G-9460 S. Saginaw Street, Suite A, Grand Blanc, MI 48439; (810) 579-3600
F:\APPS\DMH\H\HSS\Delphi\Pleadings\Affidavit 7-7-11 (Denns Haley).wpd

# EXHIBIT E

BUTZEL LONG, a professional corporation
Eric B. Fisher
Barry N. Seidel
Cynthia J. Haffey (Detroit Office)
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494
fishere@butzel.com

*Attorneys for Plaintiffs*

Winegarden, Haley, Lindholm
& Robertson, P.L.C.
Dennis M. Haley (P14538)
G-9460 S. Saginaw Street, Suite A
Grand Blanc, MI 48439
Phone:   (810) 579-3600
Fax:      (810) 579-1748
dhaley@winegarden-law.com

*Attorneys for HSS and HSS, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DPH HOLDINGS CORP, *et al.,* | Case No. 05-44481-rdd |
| Reorganized Debtors. | |
| DELPHI AUTOMOTIVE SYSTEMS, LLC, | Adv. Pro. No. 07-02475-rdd |
| Plaintiff, | |
| v. | |
| HSS LLC d/b/a HSS, | |
| Defendant. | |

**AFFIDAVIT OF PHILLIP SHALTZ REGARDING DEFENDANT'S NOTICE**
**OF FOURTH EXTENSION OF TIME FOR SERVICE OF COMPLAINT**

1

I, Phillip Shaltz, being first duly sworn, deposes and says:

1.      I am competent to testify with respect to the matters set forth herein, which are based on my personal knowledge, public records, and the books and records of HSS, LLC.

2.      I was the managing member of HSS, LLC in October 2005 when Delphi Automotive Systems filed its petition for relief under Chapter 11 of the United States Bankruptcy Code, and have continued to hold that position since that date.

3.      That HSS has been represented by the law firm of Winegarden Haley Lindholm & Robertson, PLC, in all matters relating to the Delphi bankruptcy.

4.      That HSS has been sued in adversary proceeding 07-02475-RDD by Delphi Automotive Systems for recovery of $19,362,279.01, in alleged preferential transfers.

5.      HSS had no notice when this complaint was initially filed that they had been sued.

6.      That the time for service of the complaint in this adversary proceeding was extended by this Court by Orders dated August 16, 2007; March 28, 2008; April 20, 2008.

7.      HSS was unaware of the entry of those Orders.

8.      On October 2, 2008, the Debtor filed a further Motion to extend the deadline to serve process for avoidance actions, which resulted in an Order extending the time for service of the Summons an additional 180 days after substantial confirmation of the modified Plan of Reorganization.

9.      A Proof of Service dated October 7, 2009, was filed in connection with that Motion.

10.    The Proof of Service states that the Motion was served on the parties on Exhibit A thereto by overnight mail, on the parties listed on Exhibit B via electronic notification, the parties listed on Exhibit C via postage, prepaid U.S. Mail, and was served on the parties listed on Exhibit D via overnight mail.

11.    That neither HSS, LLC nor its counsel, Winegarden Haley Lindholm & Robertson, PLC, is listed in any of those exhibits, and had no notice of the filing of this Motion.

12.    An Order was entered granting this Motion on October 22, 2009, Docket No. 18999.

13.    That Order required the Debtor to file a copy of the Order in each adversary proceeding, and attached thereto as Exhibit A was a list of adversary proceedings, which include No. 07-02475.

14.    A copy of that Order, however, was not filed in the adversary proceeding.

15.    HSS did not have any notice of the Motion to extend or entry of that Order until after it was served with the Summons and Complaint in this matter, and its counsel examined the docket and pleadings in this bankruptcy proceeding which for the first time brought the existence of the Motion to extend and Order granting the same to HSS's attention.

FURTHER, Deponent saith not.

_____
Phillip Shaltz

3

Subscribed and sworn to before me, a Notary Public, on this 8th day of July, 2011, by Phillip Shaltz.

_Janice Morley_
Notary Public -
_Genesee_ County, Michigan
My Commission Expires: 11-30-2013
Acting in _Genesee_ County, Michigan

JANICE MORLEY
Notary Public, State of Michigan
County of Genesee
My Commission Expires Nov. 30, 2013
Acting in the County of _Genesee_

PREPARED BY: Dennis M. Haley (P14538), Winegarden Haley Lindholm & Robertson, PLC, G-9460 S. Saginaw Street, Suite A, Grand Blanc, MI 48439; (810) 579-3600
F:\APPS\DMH\H\HSS\Delphi\Pleadings\Affidavit 7-8-11 (Phillip Shaltz).wpd

4

# EXHIBIT F

**Delphi**
**Pre Petition Wire Analysis Review Form**

339

| | | |
|---|---|---|
| Vendor Name: | **HSS LLC** | |
| Remit Duns: | **RD 057598729** | |
| Date of Wire: | **10/06/2005** | (Actual wire date not date requested) |
| Amount of Wire | **$ 589,513.12** | (Indicate currency if other than USD) |
| Source: | **Wire Room** | (e.g. Treasury, ACS or Wire Room) |

What was intent of wire made above?        (Place X in the most appropriate box below)

To Pay for Shipments Prior to Wire:                    [ ]

To Pay for Shipments Subsequent to Wire:          [ ]

To Pay for Shipments both Prior & Subsequent:    [ ]

Unknown Intent:                                              [ X ]

*Essential Supplier*

Please **attach** documentation in support of the above assessment of intent.  Documentation may include but is not limited to the following types of documentation:

- Email correspondence indicating intent for wire
- Detail lists of invoices/shipments that are being remitted
- Letters/notes/memos indicating intent for wire
- Meeting/Phone conversation minutes that indicate intent
- E-Dacor listings indicating amount due at date of wire that match wire amounts
- Terms deviation requests that indicate wire amount and intent for wire

1/2

**Delphi**
**Pre Petition Wire Analysis Review Form**



*Index #: 337 ← 340*

| | |
|---|---|
| Vendor Name: | **HSS LLC** |
| Remit Duns: | **WT057598729** |
| Date of Wire: | **10/6/2005**      (Actual wire date not date requested) |
| Amount of Wire | **$ 16,599.65+ $1,720,908.59** (Indicate currency if other than USD) |
| Source: | **ACS**      (e.g. Treasury, ACS or Wire Room) |

What was intent of wire made above?      (Place X in the most appropriate box below)

To Pay for Shipments Prior to Wire:    [ ]

To Pay for Shipments Subsequent to Wire:    [ ]

To Pay for Shipments both Prior & Subsequent:    [ ]

Unknown Intent: ✓    [ **x** ]

Please **attach** documentation in support of the above assessment of intent. Documentation may include but is not limited to the following types of documentation:

- Email correspondence indicating intent for wire
- Detail lists of invoices/shipments that are being remitted
- Letters/notes/memos indicating intent for wire
- Meeting/Phone conversation minutes that indicate intent
- E-Dacor listings indicating amount due at date of wire that match wire amounts
- Terms deviation requests that indicate wire amount and intent for wire

(*Please see the attached document page 2,3)

1/3