BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Sheldon H. Klein
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
haffey@butzel.com

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DPH Holdings Corp., *et al.*,

            Reorganized Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

**Declaration of Cynthia J. Haffey in Support of Reorganized
Debtors' Omnibus Response to Certain Defendants' Submissions
Regarding the October 2, 2009 Supplemental Postconfirmation
<u>Extension of Avoidance Action Service Deadline Motion</u>**

CYNTHIA J. HAFFEY, under penalty of perjury, pursuant to 28 U.S.C. § 1746,

deposes and says:

      1.      I am a shareholder with Butzel Long, a professional corporation, attorneys for Plaintiffs, and I am familiar with the facts set forth herein. I submit this declaration in support of the Reorganized ' Debtor's Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (the "Response").[1]

      2.      Attached hereto as <u>Exhibit 1</u> is the Declaration of John Brooks.

---

[1]    Terms not defined herein have the meanings set forth in the Response.

3. Attached hereto as <u>Exhibit 2</u> is the transcript from the hearing before this Court on June 21, 2011 on the Motion By Reorganized Debtors For Leave To File Amended Complaints and Certain Defendants Motion To Vacate The Fourth Extension Motion.

4. Attached hereto as Exhibit 3 is the Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (Ii) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion

5. Attached hereto as Exhibit 3(A)  Statement Reorganized Debtors' Statement In Opposition To Declarations Filed By Certain Preference Defendants Regarding Service Of The Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion

6. Attached hereto as Exhibit 3(A)(A) is the Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion

7. Attached hereto as Exhibit 3(A)(B) is the Preservation Of Estate Claims Procedures Order

8. Attached hereto as Exhibit 3(A)(C) is the Preservation Of Estate Claims Procedures Motion

9. Attached hereto as Exhibit 3(A)(D) is the Extension Of Avoidance Action Service Deadline Motion

10. Attached here to as Exhibit 3(A)(E) the March 19, 2008 Hearing Transcript

11. Attached hereto as Exhibit 3(A)(F) is the Extension Of Avoidance Action Service Deadline Order

12. Attached hereto as Exhibit 3(A)(G) is the Postconfirmation Extension Of Avoidance Action Service Deadline Motion

2

13. Attached hereto as Exhibit 3(A)(H) is the April 30, 2008 Hearing Transcript

14. Attached hereto as Exhibit 3(A)(I) is the Postconfirmation Extension Of Avoidance Action Service Deadline Order.

15. Attached hereto as Exhibit 3(A)(J) is the October 22, 2009 Hearing Transcript.

16. Attached hereto as Exhibit 3(A)(K) is the Supplemental Postconfirmation Extension Order.

17. Attached hereto as Exhibit 4 is the Affidavit of Service of Postconfirmation Extension of Avoidance Action Service Deadline (Final Extension Motion).

18. Attached hereto as Exhibit 5 is the Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 18991).

19. Attached hereto as Exhibit 6 is the Affidavit of Service, Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 18991).

20. Attached hereto as Exhibit 7 is the is a copy in relevant portion of the Affidavit of Service of the Disclosure Statement and relevant portion of the Disclosure Statement.

21. Attached hereto as Exhibit 8 is a copy of the transcript from the hearing before this Court on July 22, 2010 on Certain Defendants Motion To Vacate To (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss the Complaint With Prejudice; or (C) In the Alternative, To Dimiss The Claims Against Certain Defendants Named In The Complaint And ToRequire Plantiffs To File A More Definite Statement.

22. Attached hereto as Exhibit 9 is a copy of an article from CFO.com, dated, October 2, 2007, titled "Delphi Files Secret Preference Claims Under Seal."

23. Attached hereto as Exhibit 10 is the Supplemental Motion to Extend Time Pursuant to Fed. R. Bankr. P. 7004(a) And 9006(B)(1) And Fed. R. Civ. P. 4(m) To

3

Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order, dated October 2, 2009.

24. Attached hereto as Exhibit 11 is the Affidavit of Service of the Preservation Motion, as the term "Preservation Motion" is defined in Paragraph 4, fn 4. of Reorganized Debtors' Response.

25. Exhibits 12-19 have been intentionally omitted.

26. Attached as Exhibit 20 is the Reorganized Debtors Response to the Submission of Calsonic North America Inc, et al, Adv. Pro. No. 07-02282.

27. Attached as Exhibit 20(a) is the Declaration of Roger G. Jones.

28. Attached as Exhibit 21 is the Reorganized Debtors Response to the Submission of Methode Electronics Inc., Adv. Proc. No.: 07-02432.

29. Attached as Exhibit 21(a) is the Declaration of Timothy R. Glandon

30. Attached as Exhibit 21(b) is Delphi Corporation and Methode Electronics, Inc. Settlement Agreement, October 2, 3005 and Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550.

31. Attached as Exhibit 21(c) is Methode Electronics Inc.'s Answer To Complaint.

32. Attached as Exhibit 22 is the Reorganized Debtors' Response to the Submission of PBR Columbia (n/k/a Bosch Chassis System), Adv. Pro. No. 07-02572.

33. Attached as Exhibit 22(a) is the Declaration of David L. Foster.

34. Attached as Exhibit 22(b) is the Declaration of Declaration of David Wheeler.

35. Attached as Exhibit 23 is the Reorganized Debtors' Response to the Submission of Republic Engineered Products, Adv. Proc. No.: 07-02724 & 07-02744.

36. Attached as Exhibit 23(a) is the Declaration of Douglas L. Lutz.

37. Attached as Exhibit 23(b) is the Declaration of Joseph Kaczka.

4

38.     Attached as Exhibit 23(c) is a Delphi Term Deviation Request Form dated August 11, 2005 and Pre Petition Wire Analysis Review Form, dated September 21, 2005.

39.     Attached as Exhibit 24 is the Reorganized Debtors' Response to the Submission of Select Industries Corp, Adv. Proc. No. 07-02618.

40.     Attached as Exhibit 24(a) is the Affidavit of Timothy Miller, Esq.

41.     Attached as Exhibit 25 is the Reorganized Debtors' Response to the Submission of Timken Corporation, Adv. Proc. No. 07-02198.

42.     Attached as Exhibit 25(a) is the Declaration of James M. Sullivan, Esq.

43.     Attached as Exhibit 25(b) is the Declaration of Michael Hart.

44.     Attached as Exhibit 26 is the Reorganized Debtors Response to Submission of UVA Machine Company, Adv. Proc. No. 07-02523.

45.     Attached as Exhibit 26(a) is the Affidavit of Robert F. Brown, Esq.

46.     Attached as Exhibit 27 is the Reorganized Debtors' Response to Submission of Vanguard Distributors, Adv. Proc. No. 07-02539.

47.     Attached as Exhibit 27(a) is The Amended Notice of Filing Declaration Of Sylvester Formey In Support Of Vanguard Distributor's, Inc.'s Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints, filed July 8, 2011.

48.     Attached as Exhibit 27(b) is the Affidavit of Sylvester Formey.

49.     Attached as Exhibit 28 is the Response to Submission of Victory Packaging, Adv. Proc. No. 07-02551.

50.     Attached as Exhibit 28(a) is the Declaration of Leah Borrello.

51.     Attached as Exhibit 28(b) are Delphi Corporation Pre-Petition Wire Analysis Review Forms, a Payment Term Deviation Request Form, and a Letter Authorizing Charge to Account.

52. Attached as Exhibit 29 is the Response to Submission of Solid State Stamping Inc., Adv. Pro. No. 07-02633.

53. Attached as Exhibit 29(a) is the Declaration of Neil D. Allen.

54. Attached as Exhibit 30 is the Response to Submission of Castrol Industrial, et al., Adv. Pro. No. 07-02270.

55. Attached as Exhibit 30(a) is the Declaration of John Everhardus.

56. Attached as Exhibit 30(b) is Unifrax's April 12, 2010 Motion to Vacate.

57. Attached as Exhibit 30(c) is Castrol Industrial's Joinder in Motion to Vacate.

58. Attached as Exhibit 31 the Response to Submission of Heraeus Metals Processing and Heraeus Precious Metals; Adv. Pro. No. 07-02445.

59. Attached as Exhibit 31(a) is the Declaration of Frederick J. Salek.

60. Attached as Exhibit 31(b) is the Declaration of David Gallagher.

61. Attached as Exhibit 31(c) is the Declaration of Diane Carrillo-Mireles.

62. Attached as Exhibit 31(d) is the Declaration of William M. Barron, Esq.

63. Attached as Exhibit 31(e) is a page from Heraeus' website.

64. Attached as Exhibit 32 is the Response to Submission of Pro Tech Machine, Adv. Pro. No. 07-02690.

65. Attached as Exhibit 32(a) is the Declaration of David Currie.

66. Attached as Exhibit 33 is the Response to Submission of Rotor Coaters International, Adv. Pro. No.07-02767.

67. Attached as Exhibit 33(a) is the Declaration of Jill Warner.

68. Attached as Exhibit 34 is the Response to Submission of Mubea Inc., Adv. Pro. No. 07-02489.

69. Attached as Exhibit 34(a) is the Declaration of Byrd Douglas Cain III, dated November 24, 2010.

Pg 7 of 11

70. Attached as Exhibit 34(b) is the Declaration of Byrd Douglas Cain III, dated July 7, 2011.

71. Attached as Exhibit 34(c) is the Complaint re: Mubea Inc. Adv. Pro. No. 07-02489.

72. Attached as Exhibit 35 is the Response to Submission of HSS LLC, Adv. Pro. No. 07-02489.

73. Attached as Exhibit 35(a) is the February 28, 2008 Notice of Electronic Filing of the First Extension Motion, as the First Extension Motion is defined in footnote 4 of page 4 of the Response.

74. Attached as Exhibit 35(b) is the April 10, 2008 Notice of Electronic Filing, of the Second Extension Motion, as the Second Extension Motion is defined in footnote 4 of page 4 of the Response.

75. Attached as Exhibit 35(c) is the October 2, 2009 Notice of Electronic Filing, of the Third Extension Motion, as the Third Extension Motion is defined in footnote 4 of page 4 of the Response.

76. Attached as Exhibit 35(d) is the Affidavit of Dennis M. Haley.

77. Attached as Exhibit 35(e) is the Affidavit of Phillip Schaltz.

78. Attached as Exhibit 35(f) is two Delphi Pre Petition Wire Analysis Review Forms, dated October 6, 2005.

79. Attached as Exhibit 36 is the Response to Submission of Doshi Prettl International, Adv. Pro. No. 07-02211.

80. Attached as Exhibit 36(a) is the Declaration of David H. Freedman.

81. Attached as Exhibit 36(b) is the Settlement Agreement between Delphi Corporation and Doshi Prettl International, dated August 31, 2005 and Delphi Pre Petition Wire Analysis Review Form dated October 6, 2005.

82. Attached as Exhibit 36(c) is the Declaration of Peter Schrennen, April 8, 2010.

7

83. Attached as Exhibit 36(d) is the Declaration of Peter Schrennen, November 23, 2010.

84. Attached as Exhibit 36(e) is the Declaration of Mahesh Nayek, Esq.

85. Attached as Exhibit 37 is the Response to Submission of NXP/Philips Semiconductor, Adv. Pro. No. 07-02580.

86. Attached as Exhibit 37(a) is the Affirmation of Robert N. Michaelson.

87. Attached as Exhibit 37(b) is the Philip Semiconductor Complaint.

88. Attached as Exhibit 38 is the Response to Submission of Blair Strip Steel Co, Adv. Pro. No. 07-02259.

89. Attached as Exhibit 38(a) is the Declaration of Scott A. McDowell.

90. Attached as Exhibit 39 is the Response to Submission of DSSI LLC, Adv. Pro. No. 07-02236-rdd.

91. Attached as Exhibit 39(a) is the Affidavit of Gary Miller.

92. Attached as Exhibit 39(b) is the Transfer Payment Record.

93. Attached as Exhibit 39(c) is the DSSI Complaint, Adv. Pro. No. 07-02236-rdd.

94. Attached as Exhibit 40 is the Response to Submission of Microchip Technology Inc, Adv. Proc. No. 07-02436.

95. Attached as Exhibit 40(a) is the Declaration of Eric Bjornholt.

96. Attached as Exhibit 41 is the Response to Submission of Jamestown Container Corp, Adv. Pro. No. 07-02322.

97. Attached as Exhibit 41(a) is the Declaration of Richard Weimer.

98. Attached as Exhibit 42 is the Response to Submission of Fluent, Inc., Adv. Pro. No. 07-02312-rdd.

99. Attached as Exhibit 42(a) is the Declaration of Sheila S. DiNardo.

100. Attached as Exhibit 43 is the Response to Submission of FA Tech Corporation, Adv. Pro. No. 07-02350.

101. Attached as Exhibit 43(a) is the Declaration of Kelly Michimi.

102. Attached as Exhibit 44 is the Response to Submission of Globe Motors Inc., Adv. Pro. No. 07-02333.

103. Attached as Exhibit 44(a) is the Answer To Complaint filed by Globe Motors, Inc.

104. Attached as Exhibit 44(b) is the Declaration of Thomas Carroll, dated July 8, 2011.

105. Attached as Exhibit 44(c) is the Declaration of Thomas Carroll, dated January 31, 2011.

106. Attached as Exhibit 44(d) is the Settlement Agreement between Delphi Corporation and Globe Motors dated October 6, 2005, as well as a Payment Deviation Request Form dated October 6, 2005.

107. Attached as Exhibit 45 is the Response to Submission of Merrill Tool & Machine, Adv. Pro. No. 07-02416.

108. Attached as Exhibit 45(a) is the Declaration of Michael Beyer.

109. Attached as Exhibit 46 as Response to Submission of Magnesium Elektron Inc., 07-02758.

110. Attached as Exhibit 46(a) is the Affidavit of Maryann Hampton.

111. Attached as Exhibit 47 is the Response to Submission of Florida Production Engineering, Adv. Pro. No.07-02301.

112. Attached as Exhibit 47(a) is the Declaration of Jim McKinley.

113. Attached as Exhibit 47(b) is Florida Production Engineering Inc.'s Complaint.

114. Attached as Exhibit 48 is the Response to Submission of Multitronics Inc., Adv. Proc. No.: 07-02436.

115. Attached as Exhibit 48(a) is the Declaration of Ashok K. Mahbubani

116. Attached as Exhibit 48(b) is the Settlement Agreement.

117. Attached as Exhibit 49 is the Response to Submission of Owens Corning, Adv. Proc. No.: 07-2540.

118. Attached as Exhibit 49(a) is the Declaration of Karen Sprenger.

119. Attached as Exhibit 50 is the Response to Submission of Park Ohio Industries Inc., Adv. Pro. No. 07-2563.

120. Attached Exhibit 50(a) is the Declaration of Linda Kold.

121. Attached as Exhibit 51 is the Response to Submission of Rieck Group LLC, Adv. Pro. No.: 07-02750-rdd.

122. Attached as Exhibit 51(a) is the Declaration of Michael Stemen.

123. Attached as Exhibit 52 is the Response to Submission of Spartech Polycom, Adv. Pro. No. 07-02639.

124. Attached as Exhibit 52(a) is the Declaration of Chad R. Tomsheck.

125. Attached as Exhibit 53 is the Response to Submission of Sprimag Inc., Adv. Pro. No. 07-02644-rdd.

126. Attached as Exhibit 53(a) is the Answer of Sprimag Inc. To Complaint To Avoid And Recover Transfer Pursuant To 11 U.S.C. §¶ 547 And 550.

127. Attached as Exhibit 53(b) is the Declaration of Joseph Vanden-Eynden.

128. Attached as Exhibit 54 is the Response to Submission of Tata America International. Adv. Pro. No. 07-02668.

129. Attached as Exhibit 54(a) is the Declaration of Gregory Bennett.

130. Attached as Exhibit 55 is the Response to Submission of Summit Polymers, Adv. Pro. No. 07-02661.

131. Attached as Exhibit 55(a) is the Declaration of Peter M. Garvey.

132. Attached as Exhibit 56 is the Response to Submission of Unifrax Corp, Adv. Pro. No. 07-02270.

133. Attached as Exhibit 56(a) is the Declaration of David J. Bartley.

134. Attached as Exhibit 56(b) is the Declaration of Mark D. Roos.

135. Attached as Exhibit 57 is the Response to Submission of Wells Fargo Business Credit, Adv. Pro. No. 07-02597-rdd.

136. Attached as Exhibit 57(a) is the Affidavit of Melody Stallings.

137. Attached as Exhibit 57(b) is the Affidavit of Michael T. Rozea, Esq.

138. Attached as Exhibit 58 is the Response to Submission of Williams Advanced Materials Inc., Adv. Pro. No. 07-02606.

139. Attached as Exhibit 58(a) is the Declaration of Richard L. Mugel.

140. Attached as Exhibit 59 is the Response to Submission of D&S Machine Products, Adv. Pro. No. 07-02217-rdd.

141. Attached as Exhibit 59(a) is the Declaration of Dan Fugate.

142. Attached as Exhibit 60 is the Response to Submission of Access One Technology, Adv. Pro. No. 07-02142.

143. Attached as Exhibit 60(a) is the Declaration of Kevin N. Fanroy.

144. Attached as Exhibit 61 is the Response to Submission of Stephenson & Sons Roofing, Adv. Pro. No. 07-02654.

145. Attached as Exhibit 61(a) is the Declaration of its President Craig Stephenson.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Detroit, Michigan
       August 2, 2011

                                    /s/ Cynthia J. Haffey
                                    Cynthia J. Haffey