UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
        In re                               :     Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :     Case No. 05-44481 (RDD)
                                            :
                    Reorganized Debtors.    :     (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


SIXTEENTH SUPPLEMENTAL ORDER PURSUANT TO 11 U.S.C. § 502(b) AND
FED. R. BANKR. P. 2002(m), 3007, 7016, 7026, 9006, 9007, AND 9014
ESTABLISHING (I) DATES FOR HEARINGS REGARDING OBJECTIONS
TO CLAIMS AND (II) CERTAIN NOTICES AND PROCEDURES
GOVERNING OBJECTIONS TO CLAIMS

("SIXTEENTH SUPPLEMENTAL CLAIM OBJECTION PROCEDURES ORDER")

                Upon the motion, dated October 31, 2006, of Delphi Corporation and certain of its

affiliates (collectively, the "Debtors"), now known as DPH Holdings Corp. and certain of its

affiliated reorganized debtors in the above-captioned cases (collectively, the "Reorganized

Debtors"), for an order under 11 U.S.C. §§ 502(b) and 502(c) and Fed. R. Bankr. P. 2002(m),

3007, 7016, 7026, 9006, 9007, and 9014 establishing (i) dates for hearings regarding

disallowance or estimation of claims and (ii) certain notices and procedures governing hearings

regarding disallowance or estimation of claims (the "Claim Objection Procedures Motion")

(Docket No. 5453); and

                Upon the order, entered December 6, 2006, granting the Claim Objection

Procedures Motion (the "Claim Objection Procedures Order") (Docket No. 6089) and the

supplemental orders entered on October 23, 2007 (Docket No. 10701), November 20, 2007

(Docket No. 10994), February 11, 2008 (Docket No. 12609), June 11, 2008 (Docket No. 13726),

August 5, 2008 (Docket No. 14022), October 22, 2008 (Docket No. 14371), January 8, 2009

(Docket No. 14634), September 25, 2009 (Docket No. 18936), December 11, 2009 (Docket No.

19176), January 25, 2010 (Docket No. 19358), April 5, 2010 (Docket No. 19776), July 16, 2010

(Docket No. 20426), November 1, 2010 (Docket No. 20765), January 28, 2011 (Docket No.

21098), and May 3, 2011 (Docket No. 21252); and

Upon the Order Approving Modifications Under 11 U.S.C. § 1127(b) To (I) First

Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors

And Debtors-In-Possession, As Modified And (II) Confirmation Order [Docket No. 12359] (the

"Plan Modification Order") (Docket No. 18707); and after due deliberation thereon; and good

and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.    This Court shall conduct special periodic hearings on contested claims

matters in these cases and hearings on Section 365 Objections (as such term is defined in

paragraph 28 of the Plan Modification Order) (the "Claims Hearings"), to be held in Courtroom

118, United States Bankruptcy Court, Hon. Charles L. Brieant Jr. Federal Building and

Courthouse, 300 Quarropas Street, White Plains, New York 10601-4140 unless the Reorganized

Debtors and the parties whose claims are affected are otherwise notified by this Court.  The

following dates and times (the "Claims Hearing Dates") have been scheduled for Claims

Hearings in these chapter 11 cases:

October 24, 2011 at 10:00 a.m. (prevailing Eastern time)

November 17, 2011 at 10:00 a.m. (prevailing Eastern time)

December 21, 2011 at 10:00 a.m. (prevailing Eastern time)

2

2.      Additional Claims Hearings thereafter may be scheduled by this Court. All contested claims matters or Section 365 Objections requiring a hearing in these chapter 11 cases shall be set for and be heard on the Claims Hearing Dates unless alternative hearing dates are approved by this Court for good cause shown.

3.      If this Court changes any of the Claims Hearing Dates set forth in paragraph 1 above, the Reorganized Debtors are authorized to provide a notice of change of Claims Hearing Date (the "Notice") in accordance with paragraph 9 of the Claim Objection Procedures Order or paragraphs 32 and 40 of the Plan Modification Order.  The terms of such Notice shall be binding upon all parties-in-interest in these chapter 11 cases and no other or further notice or order of this Court shall be necessary.

4.      Except as set forth herein, the Claim Objection Procedures Order and the Plan Modification Order shall continue in full force and effect.

Dated: White Plains, New York
          August 1, 2011

/s/Robert D. Drain                                          _
UNITED STATES BANKRUPTCY JUDGE