| | |
|---|---|
| BUTZEL LONG, a professional corporation<br>150 West Jefferson, Suite 100<br>Detroit, Michigan 48226<br>Cynthia J. Haffey<br>Sheldon H. Klein<br>Thomas Radom<br>Bruce L. Sendek<br>David J. DeVine<br>Telephone: (313) 225-7000<br>Facsimile: (313) 225-7080<br>*Attorneys for Reorganized Debtors* | **Hearing Date and Time:**<br>**August 25, 2011 at 10:00 a.m.**<br>**(Prevailing Eastern time)** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., *et al*.,<br><br>                Reorganized Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**NOTICE OF HEARING REGARDING (I) CERTAIN DEFENDANTS'
SUBMISSIONS ("DEFENDANTS' SUBMISSIONS") REGARDING THE OCTOBER 9,
2009 SUPPLEMENTAL POSTCONFIRMATION EXTENSION OF AVOIDANCE
ACTION SERVICE DEADLINE MOTION, FILED IN SUPPORT OF CERTAIN
DEFENDANTS' (A) OBJECTIONS TO REORGANIZED DEBTORS' MOTION FOR
LEAVE TO FILE AMENDED COMPLAINTS AND (B) MOTIONS TO VACATE AND
DISMISS, AND (II) REORGANIZED DEBTORS' OMNIBUS
<u>RESPONSE TO THE SUBMISSIONS ("OMNIBUS RESPONSE")</u>**

      PLEASE TAKE NOTICE that on August 2, 2011, DPH Holdings Corp., on behalf of itself and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors"), filed the above-referenced Omnibus Response to Certain Defendants' above-referenced Submissions.

      PLEASE TAKE FURTHER NOTICE that a hearing to consider those certain Defendants' Submissions and the Reorganized Debtors' Omnibus Response will be held on August 25, 2011 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain,

-1-

United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140.

Dated:  Detroit, Michigan
       August 4, 2011

                              Respectfully submitted,

                              **BUTZEL LONG, a professional corporation**

                              s/*Cynthia J. Haffey*
                                Cynthia J. Haffey
                                Sheldon H. Klein
                                Thomas Radom
                                Bruce L. Sendek
                                David J. DeVine
                             150 West Jefferson, Suite 100
                             Detroit, MI  48226-4452
                             (313) 225-7000
                             haffey@butzel.com

Dated:  August 4, 2011