BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Sheldon H. Klein
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
haffey@butzel.com

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DPH Holdings Corp., *et al.*,

           Reorganized Debtors.

Chapter 11

Case No. 05-44481 (RDD)
(Jointly Administered)

**Amended Declaration of Cynthia J. Haffey in Support of
Reorganized Debtors' Omnibus Response to Certain
Defendants' Submissions Regarding the October 2, 2009
Supplemental Postconfirmation Extension of Avoidance
<u>Action Service Deadline Motion</u>**

       CYNTHIA J. HAFFEY, under penalty of perjury, pursuant to 28 U.S.C. § 1746, deposes and says:

       1.     I am a shareholder with Butzel Long, a professional corporation, attorneys for Plaintiffs, and I am familiar with the facts set forth herein. I submit this declaration in support of the Reorganized Debtors' Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (the "Response").[1]

---

[1] Capitalized but undefined terms used in this Amended Declaration have the meanings set forth in the Response.

2. Attached to the Response as <u>Exhibit 1</u> is the Declaration of John Brooks.

3. Attached to the Response as <u>Exhibit 2</u> is a copy in relevant portion of the transcript from the hearing before this Court on June 21, 2011 on the Motion By Reorganized Debtors For Leave To File Amended Complaints and Certain Defendants' Motions To Vacate The Fourth Extension Motion.

4. Attached to the Response as <u>Exhibit 3</u> is the Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion.

5. Attached to the Response as <u>Exhibit 3(A)</u> is the Reorganized Debtors' Statement In Opposition To Declarations Filed By Certain Preference Defendants Regarding Service Of The Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion.

6. Attached to the Response as <u>Exhibit 3(A)(A)</u> is the Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion.

7. Attached to the Response as <u>Exhibit 3(A)(B)</u> is the Preservation Of Estate Claims Procedures Order.

8. Attached to the Response as <u>Exhibit 3(A)(C)</u> is the Preservation Of Estate Claims Procedures Motion.

9. Attached to the Response as <u>Exhibit 3(A)(D)</u> is the Extension Of Avoidance Action Service Deadline Motion.

10. Attached to the Response as <u>Exhibit 3(A)(E)</u> is the March 19, 2008 Hearing Transcript.

2

11.Attached to the Response as Exhibit 3(A)(F) is the Extension Of Avoidance Action Service Deadline Order.

12.Attached to the Response as Exhibit 3(A)(G) is the Postconfirmation Extension Of Avoidance Action Service Deadline Motion.

13.Attached to the Response as Exhibit 3(A)(H) is the April 30, 2008 Hearing Transcript.

14.Attached to the Response as Exhibit 3(A)(I) is the Postconfirmation Extension Of Avoidance Action Service Deadline Order.

15.Attached to the Response as Exhibit 3(A)(J) is the October 22, 2009 Hearing Transcript.

16.Attached to the Response as Exhibit 3(A)(K) is the Supplemental Postconfirmation Extension Order.

17.Attached to the Response as Exhibit 4 is the Affidavit of Service of Postconfirmation Extension of Avoidance Action Service Deadline (Final Extension Motion).

18.Attached to the Response as Exhibit 5 is the Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 18991).

19.Attached to the Response as Exhibit 6 is the Affidavit of Service, Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 18991).

20.Attached to the Response as Exhibit 7 is a copy in relevant portion of the Affidavit of Service of the Disclosure Statement and in relevant portion of the Disclosure Statement.

21.     Attached to the Response as <u>Exhibit 8</u> is a copy in relevant portion of the transcript from the hearing before this Court on July 22, 2010 on Certain Defendants' Motions (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss the Complaint With Prejudice; or (C) In the Alternative, To Dimiss The Claims Against Certain Defendants Named In The Complaint And To Require Plaintiffs To File A More Definite Statement.

22.     Attached to the Response as <u>Exhibit 9</u> is a copy of an article from CFO.com dated October 2, 2007 and titled "Delphi Files Secret Preference Claims Under Seal."

23.     Attached to the Response as <u>Exhibit 10</u> is the Supplemental Motion to Extend Time Pursuant to Fed. R. Bankr. P. 7004(a) And 9006(B)(1) And Fed. R. Civ. P. 4(m) To Extend Deadline To Serve Process For Avoidance Actions Filed In Connection With Preservation Of Estate Claims Procedures Order, dated October 2, 2009.

24.     Attached to the Response as <u>Exhibit 11</u> is the Affidavit of Service of the Preservation Motion, as the term "Preservation Motion" is defined in footnote 4 of Paragraph 4 of the Response.

25.     <u>Exhibits 12-19</u> have been intentionally omitted from the Response.

26.     Attached to the Response as <u>Exhibit 20</u> is the Reorganized Debtors' Response to the Submission of Calsonic North America Inc, *et al.*, Adv. Pro. No. 07-02282.

27.     Attached to the Response as <u>Exhibit 20(a)</u> is the Declaration of Roger G. Jones.

28.     Attached to the Response as <u>Exhibit 21</u> is the Reorganized Debtors' Response to the Submission of Methode Electronics Inc., Adv. Proc. No. 07-02432.

4

29. Attached to the Response as Exhibit 21(a) is the Declaration of Timothy R. Glandon.

30. Attached to the Response as Exhibit 21(b) is an October 2, 2005 Settlement Agreement between Delphi Corporation and Methode Electronics, Inc., as well as a Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Proc. No. 07-02432.

31. Attached to the Response as Exhibit 21(c) is Methode Electronics Inc.'s Answer To Complaint.

32. Attached to the Response as Exhibit 22 is the Reorganized Debtors' Response to the Submission of PBR Columbia (n/k/a Bosch Chassis System), Adv. Pro. No. 07-02572.

33. Attached to the Response as Exhibit 22(a) is the Declaration of David L. Foster.

34. Attached to the Response as Exhibit 22(b) is the Declaration of Declaration of David Wheeler.

35. Attached to the Response as Exhibit 23 is the Reorganized Debtors' Response to the Submission of Republic Engineered Products, Adv. Proc. No. 07-02724 & 07-02744.

36. Attached to the Response as Exhibit 23(a) is the Declaration of Douglas L. Lutz.

37. Attached to the Response as Exhibit 23(b) is the Declaration of Joseph Kaczka.

38.    Attached to the Response as Exhibit 23(c) is a Delphi Term Deviation Request Form dated August 11, 2005 and Pre Petition Wire Analysis Review Form dated September 21, 2005.

39.    Attached to the Response as Exhibit 24 is the Reorganized Debtors' Response to the Submission of Select Industries Corp, Adv. Proc. No. 07-02618.

40.    Attached to the Response as Exhibit 24(a) is the Affidavit of Timothy Miller, Esq.

41.    Attached to the Response as Exhibit 25 is the Reorganized Debtors' Response to the Submission of Timken Corporation, Adv. Proc. No. 07-02198.

42.    Attached to the Response as Exhibit 25(a) is the Declaration of James M. Sullivan, Esq.

43.    Attached to the Response as Exhibit 25(b) is the Declaration of Michael Hart.

44.    Attached to the Response as Exhibit 26 is the Reorganized Debtors' Response to the Submission of UVA Machine Company, Adv. Proc. No. 07-02523.

45.    Attached to the Response as Exhibit 26(a) is the Affidavit of Robert F. Brown, Esq.

46.    Attached to the Response as Exhibit 27 is the Reorganized Debtors' Response to the Submission of Vanguard Distributors, Adv. Proc. No. 07-02539.

47.    Attached to the Response as Exhibit 27(a) is The Amended Notice of Filing of Declaration Of Sylvester Formey In Support Of Vanguard Distributors, Inc.'s Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints, filed July 8, 2011.

48. Attached to the Response as <u>Exhibit 27(b)</u> is the Affidavit of Sylvester Formey.

49. Attached to the Response as <u>Exhibit 28</u> is the Response to the Submission of Victory Packaging, Adv. Proc. No. 07-02551.

50. Attached to the Response as <u>Exhibit 28(a)</u> is the Declaration of Leah Borrello.

51. Attached to the Response as <u>Exhibit 28(b)</u> are Delphi Corporation Pre-Petition Wire Analysis Review Forms, Payment Term Deviation Request Forms, and a Letter Authorizing Charge to Account.

52. Attached to the Response as <u>Exhibit 29</u> is the Response to the Submission of Solid State Stamping Inc., Adv. Pro. No. 07-02633.

53. Attached to the Response as <u>Exhibit 29(a)</u> is the Declaration of Neil D. Allen.

54. Attached to the Response as <u>Exhibit 30</u> is the Response to the Submission of Castrol Industrial, et al., Adv. Pro. No. 07-02270.

55. Attached to the Response as <u>Exhibit 30(a)</u> is the Declaration of John Everhardus.

56. Attached to the Response as <u>Exhibit 30(b)</u> is Unifrax's April 12, 2010 Motion to Vacate.

57. Attached to the Response as <u>Exhibit 30(c)</u> is Castrol Industrial's Joinder in Motion to Vacate.

58. Attached to the Response as <u>Exhibit 31</u> the Response to the Submission of Heraeus Metals Processing and Heraeus Precious Metals; Adv. Pro. No. 07-02445.

59. Attached to the Response as Exhibit 31(a) is the Declaration of Frederick J. Salek.

60. Attached to the Response as Exhibit 31(b) is the Declaration of David Gallagher.

61. Attached to the Response as Exhibit 31(c) is the Declaration of Diane Carrillo-Mireles.

62. Attached to the Response as Exhibit 31(d) is the Declaration of William M. Barron, Esq.

63. Attached to the Response as Exhibit 31(e) is a page from Heraeus' website, available at http://wc-heraeus.com/en/home/hmt_hpm.aspx.

64. Attached to the Response as Exhibit 32 is the Response to the Submission of Pro Tech Machine, Adv. Pro. No. 07-02690.

65. Attached to the Response as Exhibit 32(a) is the Declaration of David Currie.

66. Attached to the Response as Exhibit 33 is the Response to the Submission of Rotor Coaters International, Adv. Pro. No.07-02767.

67. Attached to the Response as Exhibit 33(a) is the Declaration of Jill Warner.

68. Attached to the Response as Exhibit 34 is the Response to the Submission of Mubea Inc., Adv. Pro. No. 07-02489.

69. Attached to the Response as Exhibit 34(a) is the Declaration of Byrd Douglas Cain III, dated November 24, 2010.

70. Attached to the Response as Exhibit 34(b) is the Declaration of Byrd Douglas Cain III, dated July 7, 2011.

71. Attached to the Response as <u>Exhibit 34(c)</u> is the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02489.

72. Attached to the Response as <u>Exhibit 35</u> is the Response to the Submission of HSS LLC, Adv. Pro. No. 07-02489.

73. Attached to the Response as <u>Exhibit 35(a)</u> is the February 28, 2008 Notice of Electronic Filing of the First Extension Motion, as the "First Extension Motion" is defined in footnote 4 of page 4 of the Response.

74. Attached to the Response as <u>Exhibit 35(b)</u> is the April 10, 2008 Notice of Electronic Filing of the Second Extension Motion, as the "Second Extension Motion" is defined in footnote 4 of page 4 of the Response.

75. Attached to the Response as <u>Exhibit 35(c)</u> is the October 2, 2009 Notice of Electronic Filing of the Third Extension Motion, as the "Third Extension Motion" is defined in footnote 4 of page 4 of the Response.

76. Attached to the Response as <u>Exhibit 35(d)</u> is the Affidavit of Dennis M. Haley.

77. Attached to the Response as <u>Exhibit 35(e)</u> is the Affidavit of Phillip Schaltz.

78. Attached to the Response as <u>Exhibit 35(f)</u> is two Delphi Pre Petition Wire Analysis Review Forms, dated October 6, 2005.

79. Attached to the Response as <u>Exhibit 36</u> is the Response to the Submission of Doshi Prettl International, Adv. Pro. No. 07-02211.

80. Attached to the Response as <u>Exhibit 36(a)</u> is the Declaration of David H. Freedman.

81. Attached to the Response as <u>Exhibit 36(b)</u> is the August 31, 2005 Settlement Agreement between Delphi Corporation and Doshi Prettl International, as well as a Delphi Pre-Petition Wire Analysis Review Form dated October 6, 2005.

82. Attached to the Response as <u>Exhibit 36(c)</u> is the Declaration of Peter Schrennen, dated April 8, 2010.

83. Attached to the Response as <u>Exhibit 36(d)</u> is the Declaration of Peter Schrennen, dated November 23, 2010.

84. Attached to the Response as <u>Exhibit 36(e)</u> is the Declaration of Mahesh Nayek, Esq.

85. Attached to the Response as <u>Exhibit 37</u> is the Response to the Submission of NXP/Philips Semiconductor, Adv. Pro. No. 07-02580.

86. Attached to the Response as <u>Exhibit 37(a)</u> is the Affirmation of Robert N. Michaelson.

87. Attached to the Response as <u>Exhibit 37(b)</u> is the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02580.

88. Attached to the Response as <u>Exhibit 38</u> is the Response to the Submission of Blair Strip Steel Co, Adv. Pro. No. 07-02259.

89. Attached to the Response as <u>Exhibit 38(a)</u> is the Declaration of Scott A. McDowell.

90. Attached to the Response as <u>Exhibit 39</u> is the Response to the Submission of DSSI LLC, Adv. Pro. No. 07-02236.

91. Attached to the Response as <u>Exhibit 39(a)</u> is the Affidavit of Gary Miller.

92. Attached to the Response as Exhibit 39(b) is a Transfer Payment Record dated September 19, 2005.

93. Attached to the Response as Exhibit 39(c) is the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02236.

94. Attached to the Response as Exhibit 40 is the Response to the Submission of Microchip Technology Inc, Adv. Proc. No. 07-02436.

95. Attached to the Response as Exhibit 40(a) is the Declaration of Eric Bjornholt.

96. Attached to the Response as Exhibit 41 is the Response to the Submission of Jamestown Container Corp, Adv. Pro. No. 07-02322.

97. Attached to the Response as Exhibit 41(a) is the Declaration of Richard Weimer.

98. Attached to the Response as Exhibit 42 is the Response to the Submission of Fluent, Inc., Adv. Pro. No. 07-02312.

99. Attached to the Response as Exhibit 42(a) is the Declaration of Sheila S. DiNardo.

100. Attached to the Response as Exhibit 43 is the Response to the Submission of FA Tech Corporation, Adv. Pro. No. 07-02350.

101. Attached to the Response as Exhibit 43(a) is the Declaration of Kelly Michimi.

102. Attached to the Response as Exhibit 44 is the Response to the Submission of Globe Motors Inc., Adv. Pro. No. 07-02333.

103. Attached to the Response as <u>Exhibit 44(a)</u> is the Answer To Complaint filed by Globe Motors, Inc.

104. Attached to the Response as <u>Exhibit 44(b)</u> is the Declaration of Thomas Carroll, dated July 8, 2011.

105. Attached to the Response as <u>Exhibit 44(c)</u> is the Declaration of Thomas Carroll, dated January 31, 2011.

106. Attached to the Response as <u>Exhibit 44(d)</u> is the October 6, 2005 Settlement Agreement between Delphi Corporation and Globe Motors, as well as a Payment Deviation Request Form dated October 6, 2005.

107. Attached to the Response as <u>Exhibit 45</u> is the Response to the Submission of Merrill Tool & Machine, Adv. Pro. No. 07-02416.

108. Attached to the Response as <u>Exhibit 45(a)</u> is the Declaration of Michael Beyer.

109. Attached to the Response as <u>Exhibit 46</u> as Response to Submission of Magnesium Elektron Inc., 07-02758.

110. Attached to the Response as <u>Exhibit 46(a)</u> is the Affidavit of Maryann Hampton.

111. Attached to the Response as <u>Exhibit 47</u> is the Response to the Submission of Florida Production Engineering, Adv. Pro. No.07-02301.

112. Attached to the Response as <u>Exhibit 47(a)</u> is the Declaration of Jim McKinley.

113. Attached to the Response as <u>Exhibit 47(b)</u> is the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02301.

114. Attached to the Response as <u>Exhibit 48</u> is the Response to the Submission of Multitronics Inc., Adv. Proc. No. 07-02436.

115. Attached to the Response as <u>Exhibit 48(a)</u> is the Declaration of Ashok K. Mahbubani.

116. Attached to the Response as <u>Exhibit 48(b)</u> is the September 8, 2005 Settlement Agreement between Delphi Corporation and Mtronics.Com Inc.

117. Attached to the Response as <u>Exhibit 49</u> is the Response to the Submission of Owens Corning, Adv. Proc. No. 07-2540.

118. Attached to the Response as <u>Exhibit 49(a)</u> is the Declaration of Karen Sprenger.

119. Attached to the Response as <u>Exhibit 50</u> is the Response to the Submission of Park Ohio Industries Inc., Adv. Pro. No. 07-2563.

120. Attached <u>Exhibit 50(a)</u> is the Declaration of Linda Kold.

121. Attached to the Response as <u>Exhibit 51</u> is the Response to the Submission of Rieck Group LLC, Adv. Pro. No. 07-02750.

122. Attached to the Response as <u>Exhibit 51(a)</u> is the Declaration of Michael Stemen.

123. Attached to the Response as <u>Exhibit 52</u> is the Response to the Submission of Spartech Polycom, Adv. Pro. No. 07-02639.

124. Attached to the Response as <u>Exhibit 52(a)</u> is the Declaration of Chad R. Tomsheck.

125. Attached to the Response as <u>Exhibit 53</u> is the Response to the Submission of Sprimag Inc., Adv. Pro. No. 07-02644.

126. Attached to the Response as Exhibit 53(a) is the Answer of Sprimag Inc. To Complaint To Avoid And Recover Transfer Pursuant To 11 U.S.C. §§ ¶ 547 And 550.

127. Attached to the Response as Exhibit 53(b) is the Declaration of Joseph Vanden-Eynden.

128. Attached to the Response as Exhibit 54 is the Response to the Submission of Tata America International. Adv. Pro. No. 07-02668.

129. Attached to the Response as Exhibit 54(a) is the Declaration of Gregory Bennett.

130. Attached to the Response as Exhibit 55 is the Response to the Submission of Summit Polymers, Adv. Pro. No. 07-02661.

131. Attached to the Response as Exhibit 55(a) is the Declaration of Peter M. Garvey.

132. Attached to the Response as Exhibit 56 is the Response to the Submission of Unifrax Corp, Adv. Pro. No. 07-02270.

133. Attached to the Response as Exhibit 56(a) is the Declaration of David J. Bartley.

134. Attached to the Response as Exhibit 56(b) is the Declaration of Mark D. Roos.

135. Attached to the Response as Exhibit 57 is the Response to the Submission of Wells Fargo Business Credit, Adv. Pro. No. 07-02597.

136. Attached to the Response as Exhibit 57(a) is the Affidavit of Melody Stallings.

137.    Attached to the Response as Exhibit 57(b) is the Affidavit of Michael T. Rozea, Esq.

138.    Attached to the Response as Exhibit 58 is the Response to the Submission of Williams Advanced Materials Inc., Adv. Pro. No. 07-02606.

139.    Attached to the Response as Exhibit 58(a) is the Declaration of Richard L. Mugel.

140.    Attached to the Response as Exhibit 59 is the Response to the Submission of D&S Machine Products, Adv. Pro. No. 07-02217.

141.    Attached to the Response as Exhibit 59(a) is the Declaration of Dan Fugate.

142.    Attached to the Response as Exhibit 60 is the Response to the Submission of Access One Technology, Adv. Pro. No. 07-02142.

143.    Attached to the Response as Exhibit 60(a) is the Declaration of Kevin N. Fanroy.

144.    Attached to the Response as Exhibit 61 is the Response to the Submission of Stephenson & Sons Roofing, Adv. Pro. No. 07-02654.

145.    Attached to the Response as Exhibit 61(a) is the Declaration of President Craig Stephenson.

146.    The Reorganized Debtors have filed the Response, together with Exhibits 1-11, in each Adversary Proceeding.  Additionally, in each Adversary Proceeding in which the Defendant(s) filed a Submission, the Reorganized Debtors have also filed an additional Exhibit responding to the respective Submission.  To the extent that any Defendant in an Adversary Proceeding has not filed a Submission, the Reorganized Debtors have not filed any additional Exhibits in that Adversary Proceeding beyond

<u>Exhibits 1-11</u>.  To the extent that the Defendant(s) in any Adversary Proceeding seek to view the Submission-specific Exhibits filed in any other Adversary Proceedings, a complete compilation of the Response, together with all accompanying Exhibits, has been filed on the main docket (05-4441) as Docket No. 121510.

      147.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: Detroit, Michigan
       August 2, 2011

                                                        /s/ Cynthia J. Haffey
                                                        Cynthia J. Haffey