BUTZEL LONG, a professional corporation
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey, Esq.
Sheldon H. Klein, Esq.
Thomas Radom, Esq.
Bruce L. Sendek, Esq.
David J. DeVine, Esq.
(313) 225-7000

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, a true and correct copy of the Reorganized Debtors' *Notice of Hearing Regarding (I) Certain Defendants' Submissions ("Defendants Submissions") Regarding the October 9, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion, Filed in Support of Certain Defendants' (A) Objections to Reorganized Debtors' Motion for Leave to File Amended Complaints and (B) Motions to Vacate and Dismiss, and (II) Reorganized Debtors' Omnibus Response to the Submissions ("Omnibus Response")*, was served via the Court's electronic filing system and via e-mail correspondence on all Defendants who have filed an appearance in the Reorganized Debtors' preference actions.

Dated: Detroit, Michigan          /s/ Alexis L. Richards
       August 4, 2011             Alexis L. Richards