Thomas M. Kennedy, Esq.
Susan M. Jennik, Esq.
Serge Ambroise, Esq.
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place, 7th floor
Telephone: (212) 358-1500
Facsimile: (212) 358-0207
Attorneys for IUE-CWA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                    :    **Chapter 11 Case No.**
                                                          :
DPH HOLDINGS CORP., et al.,                               :    **05-44481 (RDD)**
                                                          :
*f/k/a* DELPHI CORP., *et al.*,                           :    **(Jointly Administered)**
                                                          :
          Debtors.                                        :
                                                          :
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL
## OF IUE-CWA'S MOTION TO AMEND THE IUE-CWA 1113/1114 SETTLEMENT APPROVAL ORDER

Please take notice that the IUE-CWA respectfully withdraws its Motion Pursuant to 11 U.S.C. §§ 105 and 363(b) to Amend the IUE-CWA 1113/1114 Settlement Approval Order, (Docket No. 21489) filed initially on July 14, 2011 (the "Motion"), and the Amended Motion (Docket No. 21492) that was filed on July 15, 2011.

Dated: New York, New York
       August 8, 2011

Respectfully submitted,
KENNEDY, JENNIK & MURRAY, P.C.
Attorneys for IUE-CWA

By:     Thomas M. Kennedy
        tkennedy@kjmlabor.com
        Susan M. Jennik
        sjennik@kjmlabor.com
        Serge Ambroise
        sambroise@kjmlabor.com
113 University Place, 7th floor
New York, NY  10003
Tel. (212) 358-1500
Fax: (212) 358-0207