TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Neil Berger
Richard K. Milin
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
*Conflicts Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                          :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 [RDD] |
| DPH HOLDINGS CORP., *et al.*, | : | |
| | : | |
|        Reorganized Debtors, | : | |
| | : | |

-------------------------------------------------------------x
                                            :

| | | |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC, | : | |
| | : | |
|        Plaintiff, | : | Adv. Pro. No. 07-02541 [RDD] |
| | : | |
|        v. | : | |
| | : | |
| NGK AUTOMOTIVE CERAMICS USA, INC., | : | |
| | : | |
|        Defendant. | : | |

-------------------------------------------------------------x

### CERTIFICATE OF SERVICE OF REORGANIZED DEBTORS' (A) RESPONSE TO MOTION AND SUPPORTING DECLARATION FILED BY NGK AUTOMOTIVE CERAMICS USA, INC. IN OPPOSITION TO REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS AND (B) JOINDER IN REORGANIZED DEBTORS' OMNIBUS RESPONSE

        I, David Smith, hereby certify that on August 3, 2011, I caused a true and correct copy of the *Reorganized Debtors' (A) Response to Motion and Supporting Declaration Filed by NGK Automotive Ceramics USA, Inc. in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints and (B) Joinder in Reorganized Debtors' Omnibus Response, together with its underlying exhibit* (the "Response and Joinder") to be filed and

served via the court's ECF system on all parties registered to receive notice.  The

Response and Joinder was also served via electronic mail to the parties listed on Exhibit

"A" and via first-class U.S. Mail, postage prepaid, to the party listed on Exhibit "B".

Dated:  New York, New York
        August 8, 2011

/s/David Smith
David Smith
**TOGUT, SEGAL & SEGAL LLP**
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000

### Exhibit "A"

### *By Email*

Mark A. Shaiken, Esq.
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Email: MShaiken@stinson.com

Eric D. Carlson, Esq.
Miller Canfield
150 West Jefferson
Suite 2500
Detroit, Michigan 48226
Email: carlson@millercanfield.com

Michael B. O'Neal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
Email: MONeal@wnj.com

Anthony Kochis, Esq.
Wolfson Bolton PLLC
3150 Livernois, Suite 275
Troy, Michigan 48083
Email: akochis@wolfsonbolton.com

## Exhibit "B"

### *By First-Class Mail*

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487
Attn:   Michael B. O'Neal, Esq.