Page 1

```
 1
 2   UNITED STATES BANKRUPTCY COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   Case No. 05-44481-rdd
 5   - - - - - - - - - - - - - - - - - - - - -x
 6   In the Matter of:
 7
 8   DPH HOLDINGS CORP., et al.,
 9
10            Reorganized Debtors.
11
12   - - - - - - - - - - - - - - - - - - - - -x
13
14            U.S. Bankruptcy Court
15            300 Quarropas Street
16            White Plains, New York
17
18            July 28, 2011
19            10:05 AM
20
21   B E F O R E:
22   HON. ROBERT D. DRAIN
23   U.S. BANKRUPTCY JUDGE
24
25
```

1
2  **Forty-Sixth Claims Hearing**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  **Transcribed by: Hana Copperman**
25

```
 1
 2   A P P E A R A N C E S :
 3   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
 4        Attorneys for Debtors
 5        155 North Wacker Drive
 6        Chicago, IL 60606
 7
 8   BY:    MICHAEL PERL, ESQ. (TELEPHONICALLY)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

05-44481-rdd    Doc 21523    Filed 08/01/11    Entered 08/09/11 10:43:20    Main Document
DPH HOLDINGS CORPORATION, ET AL.
Pg 4 of 8

Page 4

1           P R O C E E D I N G S

2           THE CLERK:  All rise.

3           THE COURT:  Good morning.  This is In re DPH Holdings.

4           MR. PERL:  Good morning, Your Honor.  Michael Perl of

5   Skadden, Arps, Slate, Meagher & Flom on behalf of the

6   reorganized debtors.

7           THE COURT:  Okay.  There's no one in the courtroom

8   besides my staff, so I'll just hear from you, then.

9           MR. PERL:  Okay.  Thank you, Your Honor.  Your Honor,

10  there are no matters scheduled for today's sixty-eighth omnibus

11  hearing and only one contested matter scheduled for the forty-

12  sixth claims hearing.  Yesterday, Your Honor, the reorganized

13  debtors filed a proposed agenda for the claims hearing at

14  docket number 21502, and with Your Honor's permission I'd like

15  to proceed in accordance with that agenda.

16          THE COURT:  That's fine.

17          MR. PERL:  Your Honor, the first matter on the agenda

18  is the claims of ATS.  Those claims have been adjourned to the

19  August 25th hearing pursuant to a notice of adjournment that

20  had been filed.

21          THE COURT:  Right.

22          MR. PERL:  And the second matter on the agenda are the

23  claims of Direct Sourcing, and those claims have been resolved

24  pursuant to a joint stipulation that had been previously --

25  been entered by Your Honor.

05-44481-rdd    Doc 21523    Filed 08/01/11    Entered 08/09/11 10:43:20    Main Document
DPH HOLDINGS CORPORATION, ET AL.
Pg 5 of 8

Page 5

1             THE COURT:  Okay.

2             MR. PERL:  Your Honor, the third matter is the only

3    contested matter for today.  That is the matter with respect to

4    the Timken Company, specifically with respect to proofs of

5    administrative expense claim numbers 18832 and 19765.

6             The reorganized debtors filed a notice to notice these

7    claims for a hearing, and the reorganized debtors filed their

8    statement of disputed issues at docket number 21299 asking that

9    these two claims be disallowed and expunged.

10            The Timken Company did not respond to the reorganized

11   debtors' statement of disputed issues, and counsel for Timken

12   has represented that it will not be opposing the relief sought

13   by the reorganized debtors and that it will not be appearing at

14   today's hearing.  Accordingly, the reorganized debtors

15   respectfully request that Your Honor enter an order disallowing

16   and expunging proofs of administrative expense claim numbers

17   18832 and 19765.

18            THE COURT:  Okay.  I'll do that.  The statement of

19   issue states that on the debtors' books there's no evidence of

20   any amount owing.  I assume Timken's verified that, confirming

21   that either it filed the claim in error or it had been paid in

22   the ordinary course, so you can submit the order granting the

23   objection.

24            MR. PERL:  Thank you, Your Honor.  Your Honor, that

25   concludes the forty-sixth claims hearing today, and unless Your

```
                                                                    Page 6
 1   Honor has any other questions we request that we be excused for

 2   today.

 3            THE COURT:  No, that's fine.  Thank you.

 4            MR. PERL:  Thank you, Your Honor.

 5            THE COURT:  Okay.

 6        (Whereupon these proceedings were concluded at 10:07 AM)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 7

1

2                                    I N D E X

3

4                                    RULINGS

5                                                         Page      Line

6    Granting of request to disallow and expunge           5         19

7    proofs of administrative expense claims

8    18832 and 19765

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T I O N

I, Hana Copperman, certify that the foregoing transcript is a true and accurate record of the proceedings.

*Hana Copperman*

Digitally signed by Hana Copperman
DN: cn=Hana Copperman, o, ou, email=digital1@veritext.com, c=US
Date: 2011.08.01 10:35:09 -04'00'

Hana Copperman

AAERT Certified Electronic Transcriber (CET**D-487)

Veritext

200 Old Country Road

Suite 580

Mineola, NY 11501

Date:   July 30, 2011