# AFFIDAVIT OF SERVICE

State of New York     )
                      ) ss.:         05-44481 (RDD)
County of New York    )

Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York.

On August 8, 2011, I served the "Notice of Withdrawal of IUE-CWA's Motion to Amend the IUE-CWA 1113/1114 Settlement Approval Order " by sending a copy via email to the following:

>Brian Masumoto, Esq.
>United States Trustee Office
>33 Whitehall Street, 21st Fl.
>New York, NY 10004
>Brian.Masumuto@usdoj.gov

>Ron E. Meisler, Esq.
>Skadden, Arps, Slate, Meagher & Flom LLP
>Four Times Square
>New York, NY 10036
>rmeisler@skadden.com

_____
ALEXANDRA MILLER

Sworn to before me this
15th day of July, 2011

_____
Notary Public

LARRY MAGARIK
NOTARY PUBLIC, State of New York
No. 02MA5082506
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires July 28, 2012