SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan, III
Ron E. Meisler

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
   Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                         :

      In re                 :    Chapter 11
                         :

DPH HOLDINGS CORP., et al.,   :    Case No. 05-44481 (RDD)
                         :

                         :    (Jointly Administered)
        Reorganized Debtors.   :
                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF ADJOURNMENT OF REORGANIZED DEBTORS' MOTION
UNDER 11 U.S.C. § 105 AND FED. R. BANKR. P. 9014 FOR LEAVE TO
(I) SUPPLEMENT THE RECORD OF THE JUNE 21, 2011 HEARING AND
(II) FILE THE REORGANIZED DEBTORS' STATEMENT REGARDING
SERVICE OF THE FINAL EXTENSION MOTION

("NOTICE OF ADJOURNMENT OF MOTION
REGARDING SERVICE OF THE FINAL EXTENSION MOTION")

PLEASE TAKE NOTICE that on August 2, 2011, DPH Holdings Corp. and its

affiliated reorganized debtors (the "Reorganized Debtors"), formerly known as Delphi

Corporation and certain of its subsidiaries and affiliates, former debtors and debtors-in-

possession in the above-captioned cases (f/k/a In re Delphi Corporation, et al.) (collectively, the

"Debtors"), filed the Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P.

9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The

Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (Docket No.

21509) (the "Motion").

PLEASE TAKE FURTHER NOTICE that the hearing originally set for August

25, 2011 at 10:00 a.m. (prevailing Eastern time) to consider the Motion has been adjourned to

the hearing scheduled for **October 24, 2011 at 10:00 a.m**. (prevailing Eastern time) in the

United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street,

Room 118, White Plains, New York 10601-4140 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must

(a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local

Bankruptcy Rules for the Southern District of New York, and the Supplemental Order Under 11

U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing

Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative

Procedures, entered March 20, 2006 (Docket No. 2883) (the "Supplemental Case Management

Order"), and the Twenty-Fourth Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And

Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And

Certain Notice, Case Management, And Administrative Procedures, entered August 1, 2011

2

(Docket No. 21507) (together with the Supplemental Case Management Order, the "Case

Management Orders"), (c) be filed with the Bankruptcy Court in accordance with General Order

M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable

Document Format (PDF), WordPerfect, or any other Windows-based word processing format),

(d) be submitted in hard copy form directly to the chambers of the Honorable Robert D. Drain,

United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of

New York, The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas

Street, Courtroom 116, White Plains, New York 10601-4140, and (e) be served upon (i) DPH

Holdings Corp., 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: President), (ii) counsel to the

Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive,

Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr., Albert L. Hogan, III, and Ron E. Meisler),

and (iii) special counsel to the Reorganized Debtors, Butzel Long PC, 150 West Jefferson, Suite

100, Detroit, Michigan 48226 (Att'n: Cynthia J. Haffey and Sheldon H. Klein), in each case so as

to be received no later than 4:00 p.m. (prevailing Eastern time) on **October 17, 2011**.

Dated:     New York, New York
   August 18, 2011

         SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP

         By: /s/ John Wm. Butler, Jr.
          John Wm. Butler, Jr.
          John K. Lyons
          Albert L. Hogan, III
          Ron E. Meisler
         155 North Wacker Drive
         Chicago, Illinois 60606

          - and -

         Four Times Square
         New York, New York 10036

         Attorneys for DPH Holdings Corp., et al.,
          Reorganized Debtors