BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Sheldon H. Klein
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
*Attorneys for Reorganized Debtors*

**Hearing Date and Time:**
**October 24, 2011 at 10:00 a.m.**
**(Prevailing Eastern time)**

**Reply Deadline:**
**October 7, 2011 at 4:00 p.m.**
**(Prevailing Eastern time)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPH HOLDINGS CORP., *et al.*,<br><br>              Reorganized Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING REGARDING (I) CERTAIN
DEFENDANTS' SUBMISSIONS ("DEFENDANTS' SUBMISSIONS") REGARDING
THE OCTOBER 9, 2009 SUPPLEMENTAL POSTCONFIRMATION EXTENSION OF
AVOIDANCE ACTION SERVICE DEADLINE MOTION, FILED IN SUPPORT OF
CERTAIN DEFENDANTS' (A) OBJECTIONS TO REORGANIZED DEBTORS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS AND (B) MOTIONS TO
VACATE AND DISMISS, AND (II) REORGANIZED DEBTORS' OMNIBUS
RESPONSE TO THE SUBMISSIONS ("OMNIBUS RESPONSE")**

PLEASE TAKE NOTICE that on August 2, 2011, DPH Holdings Corp., on behalf of

itself and certain of its affiliated reorganized debtors in the above-captioned cases (together with

DPH Holdings Corp., the "Reorganized Debtors"), filed the above-referenced Omnibus

Response to the above-referenced Defendants' Submissions.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Defendants'

Submissions and the Reorganized Debtors' Omnibus Response was originally scheduled for

August 25, 2011 at 10:00 a.m. (prevailing Eastern time) before the Honorable Robert D. Drain,

United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street,

Courtroom 118, White Plains, New York 10601-4140 (the "Bankruptcy Court").  The August 25,

2011 hearing date is adjourned and rescheduled for **October 24, 2011 at 10:00 a.m.** at the

Bankruptcy Court.

PLEASE TAKE FURTHER NOTICE that any reply briefs filed by any Defendants in

further support of their respective Submissions must be in writing and filed on the Bankruptcy

Court's electronic filing system on or before **October 7, 2011 at 4:00 p.m.**


Dated:  Detroit, Michigan
      August 18, 2011

                Respectfully submitted,

                **BUTZEL LONG, a professional corporation**


                s/*Cynthia J. Haffey*
                Cynthia J. Haffey
                Sheldon H. Klein
                Thomas Radom
                Bruce L. Sendek
                David J. DeVine
                150 West Jefferson, Suite 100
                Detroit, MI  48226-4452
                (313) 225-7000
                haffey@butzel.com
                P57352