Hearing Date: October 24, 2011 at 10 a.m. (EDT)

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## NOTICE OF CLAIM OBJECTION HEARING WITH RESPECT TO DEBTORS' OBJECTION TO PROOF OF CLAIM NUMBER 10014

### (SELECT INDUSTRIES CORPORATION f/k/a SELECT TOOL& DIE CORPORATION)

PLEASE TAKE NOTICE that on July 13, 2007, Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (f/k/a In re Delphi Corporation, *et al.*) (collectively, the "Debtors") objected to proof of claim number 10014 (the "Claim") filed by Select Industries Corporation f/k/a Select Tool & Die Corporation (the "Claimant") pursuant to the Debtors' Nineteenth Omnibus Objection (Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claim, And (D) Claims Subject To Modification, Tax Claims Subject to Modification, Modified Claims Asserting Reclamation, And Consensually Modified And Reduced Claims (Docket No. 8617).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as DPH Holdings Corp. and its affiliated reorganized debtors ("the Reorganized Debtors").

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claim Objection Procedures Order"), a claim objection hearing (the "Claim Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Claim is hereby scheduled for October 24, 2011, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claim Objection Hearing will proceed in accordance with the procedures provided in the Claim Objection Procedures Order, unless such procedures are modified in accordance with Paragraph 9(k) of that Order. Please review the

Claim Objection Procedures Order carefully because failure to comply with the procedures provided in that Order (or as modified pursuant to Paragraph 9(k) of that Order) could result in the disallowance and expungement of your Claim. A copy of the Claim Objections Procedures Order is attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further adjourn the Claim Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated: Detroit, MI
August 19, 2011

BUTZEL LONG, a professional corporation

By: /s/Cynthia J. Haffey
Cynthia J. Haffey
Chester E. Kasiborski, Jr.
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000

*Attorneys for Reorganized Debtors*

#1296605 v1

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011, a true and correct copy of the Notice of Claim Objection Hearing With Respect To Debtors' Objection To Proof Of Claim Number 10014 (SELECT INDUSTRIES CORPORATION f/k/a SELECT TOOL& DIE CORPORATION) ("the Notice") and a copy of the Claim Objection Procedures Order referred to in the Notice were served by facsimile to the following persons at the following address and facsimile number:

> W. Timothy Miller, Esq.
> Emily C. McNicholas, Esq.
> Taft Stettinius & Hollister LLP
> 425 Walnut Street, Suite 1800
> Cincinnati, OH 45202-3957
> Facsimile: (513) 381-0205
>
> *Attorneys for Select Industries Corporation*
> *f/k/a Select Tool& Die Corporation*

Dated: Detroit, Michigan    /s/ Regina Romero
August 19, 2011    Regina Romero

#1296605 v1