Hearing Date: October 24, 2011 at 10 a.m. (EDT)

BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DPH HOLDINGS CORP., *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | Jointly Administered |
| | ) | |
| Reorganized Debtors. | ) | |

**NOTICE OF CLAIM OBJECTION HEARING WITH RESPECT TO DEBTORS'
OBJECTIONS TO PROOF OF CLAIM NUMBER 9319 AND REORGANIZED
DEBTORS' OBJECTIONS TO ADMINISTRATIVE EXPENSE CLAIM NUMBER 16908**

**(VANGUARD DISTRIBUTORS, INC.)**

PLEASE TAKE NOTICE that on June 15, 2007 Delphi Corporation and certain of its

subsidiaries and affiliates, former debtors and debtors-in-possession in the above-captioned cases

(f/k/a In re Delphi Corporation, *et al.*) (collectively, the "Debtors") objected to proof of claim

number 9319 filed by (the "Claimant") pursuant to the Debtors' Seventeenth Omnibus Objection

(Substantive) Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 3007 To Certain

(A) Insufficiently Documented Claims, (B) Claims Not Reflected On Debtors' Books and

Records, (C) Insurance Claim Not Reflected On Debtors' Books and Records, (D) Untimely

Claims And Untimely Tax Claims, And (E) Claims Subject To Modification, Tax Claims

Subject To Modification, And Modified Claims Asserting Reclamation (Docket No. 8270).

PLEASE TAKE FURTHER NOTICE that on April 16, 2010, DPH Holdings Corp. and its affiliated reorganized debtors (the "Reorganized Debtors") objected to administrative claim number 16908 filed by the Claimant (together with claim number 9319, the "Claim") pursuant to the Reorganized Debtors' Forty-Seventh Omnibus Objection pursuant to 11 U.S.C. §503(b) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge (A) Certain Administrative Expense Books and Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims And (II) Modify Certain Administrative Expense Claims (Docket No. 19873).

PLEASE TAKE FURTHER NOTICE that on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by the United States Bankruptcy Court for the Southern District of New York pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors.

PLEASE TAKE FURTHER NOTICE that Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

PLEASE TAKE FURTHER NOTICE that pursuant to the Order Pursuant To 11 U.S.C. § 502(b) And Fed. R. Bankr. P. 2002(m), 3007, 7016, 7026, 9006, 9007, And 9014 Establishing (I) Dates For Hearings Regarding Objections To Claims And (II) Certain Notices And Procedures Governing Objections To Claims, entered December 7, 2006 (Docket No. 6089) (the "Claim Objection Procedures Order") and the Order Pursuant To 11 U.S.C. §§ 105(a) And 503(b)

Authorizing Debtors To Apply Claims Objection Procedures To Address Contested Administrative Expense Claims entered October 22, 2009 (Docket No. 18998) (together with the Claim Objection Procedures Order, the "Orders"), a claim objection hearing (the "Claim Objection Hearing") for purposes of holding an evidentiary hearing on the merits of the Claim is hereby scheduled for October 24, 2011, at 10:00 a.m. (prevailing Eastern time) in the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 118, White Plains, New York 10601-4140 (the "Court").

PLEASE TAKE FURTHER NOTICE that the Claim Objection Hearing will proceed in accordance with the procedures provided in the Orders, unless such procedures are modified in accordance with Paragraph 9(k) of the Claim Objection Procedures Order. Please review the Orders carefully because failure to comply with the procedures provided in the Orders (or as modified pursuant to Paragraph 9(k) of the Claim Objection Procedures Order) could result in the disallowance and expungement of your Claim. Copies of the Orders are attached hereto for your convenience.

PLEASE TAKE FURTHER NOTICE that the Reorganized Debtors may further adjourn the Claim Objection Hearing at any time at least five business days prior to the scheduled hearing upon notice to the Court and the Claimant.

Dated:    Detroit, Michigan
          August 19, 2011

                              BUTZEL LONG, a professional corporation

                              By: /s/ Cynthia J. Haffey
                                  Cynthia J. Haffey
                                  Chester E. Kasiborski, Jr.
                                  150 West Jefferson, Suite 100
                                  Detroit, Michigan 48226
                                  (313) 225-7000
                                  *Attorneys for Reorganized Debtors*

BUTZEL LONG, a professional corporation
150 W. Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD)<br>Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011, a true and correct copy of the Notice of Claim Objection Hearing With Respect To Debtors' Objections To Proof Of Claim Number 9319 and Reorganized Debtors' Objections to Administrative Expense Claim Number 16908 (Vanguard Distributors, Inc.) (the "Notice") and copies of the Orders referenced in the Notice were served by by facsimile to the following persons at the following address and facsimile number:

Janice B. Grubin, Esq.
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Fax: (212) 248-3141

*Attorneys for Vanguard Distributors, Inc.*

Louis G. McBryan, Esq.
Howick, Westfall, McBryant, Kaplan, LLP
3101 Tower Creek Parkway
Suite 600, One Tower Creek
Atlanta, GA 30339
Fax: (678) 384-7034

Dated: Detroit, Michigan
       August 19, 2011

/s/ Regina Romero
Regina Romero

#1296594 v1