| | |
|---|---|
| Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, New York 10119<br>Neil Berger<br>Richard K. Milin<br>David M. Smith<br>Telephone: (212) 594-5000<br>Facsimile: (212) 967-4258 | **ADJOURNED HEARING DATE:** 10/24/11<br>                                      **AT:** 10:00 A.M.<br><br>**REPLY DEADLINE:** 10/7/11<br>                      **AT:** 4:00 P.M. |

*Conflicts Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                  :
In re:                                                        :     Chapter 11
                                                                  :     Case No. 05-44481 [RDD]
DPH HOLDINGS CORP., *et al.*,               :
                                                                  :
          Reorganized Debtors,                :
                                                                  :
------------------------------------------------------------x
                                                                  :
DELPHI AUTOMOTIVE SYSTEMS LLC,     :
                                                                  :
          Plaintiff,                                    :     Adv. Pro. No. 07-02541 [RDD]
                                                                  :
          v.                                                 :
                                                                  :
NGK AUTOMOTIVE CERAMICS USA, INC., :
                                                                  :
          Defendant.                                 :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING REGARDING
(I) CERTAIN DEFENDANTS' SUBMISSIONS REGARDING THE
OCTOBER 9, 2009 SUPPLEMENTAL POSTCONFIRMATION EXTENSION
OF AVOIDANCE ACTION SERVICE DEADLINE MOTION, FILED IN
SUPPORT OF CERTAIN DEFENDANTS' (A) OBJECTIONS TO
REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED
COMPLAINTS AND (B) MOTIONS TO VACATE AND DISMISS, AND (II)
<u>REORGANIZED DEBTORS' OMNIBUS RESPONSE TO THE SUBMISSIONS</u>**

**PLEASE TAKE NOTICE** that on August 2, 2011, DPH Holdings Corp., on behalf of itself and certain of its affiliated reorganized debtors in the above-captioned cases (together with DPH Holdings Corp., the "Reorganized Debtors"), through its counsel Butzel Long, P.C., filed the Omnibus Response to the Defendants' Submissions,

and on August 2, 2011, Togut, Segal & Segal LLP, conflicts counsel to the Reorganized Debtors, filed the Reorganized Debtors' (A) Response to Motion and Supporting Declaration filed by NGK Automotive Ceramics USA, Inc. in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints and (B) Joinder in Reorganized Debtors' Omnibus Response (the "Joinder").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Reorganized Debtors' Motion for Leave to File Amended Complaints, Omnibus Response and Joinder, which was originally scheduled for August 25, 2011 at 10:00 a.m. (prevailing Eastern time), has been adjourned to **October 24, 2011 at 10:00 a.m.** before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601-4140 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any reply briefs filed by any Defendants in further support of their respective Submissions must be in writing and filed on the Bankruptcy Court's electronic filing system on or before **October 7, 2011 at 4:00 p.m.**

Dated:  New York, New York
        August 22, 2011

        DPH Holdings Corp., *et al.*
        By their conflicts counsel,
        TOGUT, SEGAL & SEGAL LLP
        By:

        /s/Neil Berger
        NEIL BERGER
        RICHARD K. MILIN
        One Penn Plaza, Suite 3335
        New York, New York 10119
        (212) 594-5000