BUTZEL LONG, a professional corporation
150 W. Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey, Esq.
Sheldon H. Klein, Esq.
Thomas Radom, Esq.
Bruce L. Sendek, Esq.
David J. DeVine, Esq.
(313) 225-7000
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2011, a true and correct copy of the *Notice of Adjournment of Hearing Regarding (I) Certain Defendants Submissions (Defendants Submissions) Regarding the October 9, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion, Filed in Support of Certain Defendants (A) Objections to Reorganized Debtors Motion for Leave to File Amended Complaints and (B) Motions to Vacate and Dismiss, and (II) Reorganized Debtors Omnibus Response to the Submissions (Omnibus Response)* was served on Defendants via the courts electronic filing system and via e-mail correspondence on August 23, 2011.

Dated: Detroit, Michigan          /s/ Alexis L. Richards
      August 23, 2011              Alexis L. Richards