UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2011, I caused to be electronically filed *Methode Electronics, Inc.'s Response to the Reorganized Debtors' Objection to Motion of Methode Electronics, Inc. for Leave to File its Amended Counterclaim Against the Reorganized Debtors in Michigan*, using the ECF system which will send notification of such filing to all registered ECF users.

The following parties were served with the above-referenced documents via overnight delivery on August 23, 2011:

    The Honorable Robert D. Drain
    United States Bankruptcy Court Judge
    United States Bankruptcy Court
        for the Southern District of New York
    300 Quarropas Street
    White Plains, New York 10601


    U.S. Trustee
    Attn:   Brian Masumoto
    United States Bankruptcy Court
        for the Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, New York 10004-2112

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler
        John K. Lyons
        Ron E. Meisler
        Lee P. Garner
155 North Wacker Drive
Chicago, Illinois 60606
        -- and –
Four Times Square
New York, New York 10036

Dated:  August 23, 2011
        New York, New York              /s/ Zachary D. Silbersher___
                                        Zachary D. Silbersher
                                        LOCKE LORD BISSELL & LIDDELL LLP
                                        Three World Financial Center
                                        New York, New York 10281-2101
                                        Tel:  (212) 415-8600
                                        Fax: (212) 303-2754