Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, New York 10119
Neil Berger
Richard K. Milin
David M. Smith
Telephone: (212) 594-5000
Facsimile: (212) 967-4258

*Conflicts Counsel for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                              :
In re:                                                        :    Chapter 11
                                                              :    Case No. 05-44481 [RDD]
DPH HOLDINGS CORP., *et al.*,                                 :
                                                              :
           Reorganized Debtors,                               :
                                                              :
---------------------------------------------------------------x
                                                              :
DELPHI AUTOMOTIVE SYSTEMS LLC,                                :
                                                              :
           Plaintiff,                                         :    Adv. Pro. No. 07-02541 [RDD]
                                                              :
       v.                                                     :
                                                              :
NGK AUTOMOTIVE CERAMICS USA, INC.,                            :
                                                              :
           Defendant.                                         :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE OF
NOTICE OF ADJOURNMENT OF HEARING REGARDING
(I) CERTAIN DEFENDANTS' SUBMISSIONS REGARDING THE
OCTOBER 9, 2009 SUPPLEMENTAL POSTCONFIRMATION EXTENSION
OF AVOIDANCE ACTION SERVICE DEADLINE MOTION, FILED IN
SUPPORT OF CERTAIN DEFENDANTS' (A) OBJECTIONS TO
REORGANIZED DEBTORS' MOTION FOR LEAVE TO FILE AMENDED
COMPLAINTS AND (B) MOTIONS TO VACATE AND DISMISS, AND (II)
<u>REORGANIZED DEBTORS' OMNIBUS RESPONSE TO THE SUBMISSIONS</u>**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

       DENISE CAHIR, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at New York, New York.

2

       On August 22, 2011, deponent served a copy of the Notice of Adjournment of Hearing Regarding (I) Certain Defendants' Submissions Regarding the October 9, 2009 Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion, Filed in Support of Certain Defendants' (A) Objections to Reorganized Debtors' Motion for Leave to File Amended Complaints and (B) Motions to Vacate and Dismiss, and (II) Reorganized Debtors' Omnibus Response to the Submissions, upon each of the parties set forth on the service list annexed hereto, by depositing a true copy of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                             /s/Denise Cahir
                                                                             DENISE CAHIR

Sworn to before me this
23rd day of August 2011

/s/Cynthia Juliano
NOTARY PUBLIC

## SERVICE LIST

### *By First-Class Mail*

Mark A. Shaiken, Esq.
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, Missouri 64106

Eric D. Carlson, Esq.
Miller Canfield
150 West Jefferson
Suite 2500
Detroit, Michigan 48226

Michael B. O'Neal, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487

Anthony Kochis, Esq.
Wolfson Bolton PLLC
3150 Livernois, Suite 275
Troy, Michigan 48083