**Hearing Date: August 25, 2011**
                                **Hearing Time: 10:00 a.m. (prevailing Eastern time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Albert L. Hogan III
Ron E. Meisler

  - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DPH HOLDINGS CORP., et al., | : | Case No. 05-44481 (RDD) |
|               Reorganized Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>PROPOSED SIXTY-NINTH OMNIBUS HEARING AGENDA</u>

<u>Location Of Hearing</u>:    United States Bankruptcy Court for the Southern District of New York,
                                     300 Quarropas Street, Room 118, White Plains, New York 10601-4140

The matters set for hearing are divided into the following categories for the purposes of this Proposed Sixty-Ninth Omnibus Hearing Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (None)

    C.    Uncontested, Agreed, Withdrawn, Or Settled Matters (2 Matters)

    D.    Contested Matters (1 Matter)

    E.    Adversary Proceedings (1 Matter)

**A.**     **Introduction**

**B.**     **Continued Or Adjourned Matters**∗

    *None.*

**C.**     **Uncontested, Agreed, Withdrawn, Or Settled Matters**

    1.    **"Motion by IUE-CWA To Amend The IUE-CWA 1113/1114 Settlement Approval Order"** - IUE-CWA's Motion Pursuant To 11 U.S.C. §§ 105 And 363(b), To Amend The IUE-CWA 1113/1114 Settlement Approval Order (Docket No. 21492)

        *Responses filed:*     *None.*

        *Replies filed:*     *None.*

        *Related filings:*     *Order Under 11 U.S.C. §§ 363, 1113 And 1114 And Fed.R. Bankr. P. 6004 And 9019 Approving Memorandum Of Understanding Among IUE-CWA, Delphi, And General Motors Corporation Including Modification Of IUE-CWA Collective Bargaining Agreements And Retiree Welfare Benefits For Certain IUE-CWA-Represented Retirees (Docket No. 9106)*

---

∗    The motion found at the following docket number that appeared on a previous Proposed Omnibus Hearing Agenda has been voluntarily withdrawn from the agenda and would need to be re-noticed under the Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures, entered March 17, 2006 (Docket No. 2883), to be reinstated on a future Proposed Omnibus Hearing Agenda: Methode Electronics, Inc.'s Setoff Motion [Docket No. 4912].

|  |  |
|---|---|
|  | *IUE-CWA's Motion Pursuant To 11 U.S.C. §§ 105 And 363(b), To Amend The IUE-CWA 1113/1114 Settlement Approval Order (Docket No. 21489)* |
|  | *Notice Of Withdrawal Of IUE-CWA's Motion To Amend The IUE-CWA 1113/1114 Settlement Approval Order (Docket No. 21521)* |
| *Status:* | This matter has been withdrawn by the Notice Of Withdrawal Of IUE-CWA's Motion To Amend The IUE-CWA 1113/1114 Settlement Approval Order (Docket No. 21521). |

2. **"Motion By Reorganized Debtors To File Statement Regarding The Final Extension Motion"** - Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (Docket No. 21509)

|  |  |
|---|---|
| *Responses filed:* | None. |
| *Replies filed:* | None. |
| *Related filings:* | *Reorganized Debtors' Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21510)* |
|  | *Reorganized Debtors' (A) Response To Motion And Supporting Declaration Filed By NGK Automotive Ceramics USA, Inc. In Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints And (B) Joinder In Reorganized Debtors' Omnibus Response (Docket No. 21511)* |
|  | *Declaration Of Cynthia J. Haffey In Support Of Reorganized Debtors' Omnibus Response To Certain Defendants' Submissions Regarding The October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21512)* |
|  | *Reorganized Debtors' Statement In Opposition To Declarations Filed By Certain Preference Defendants Regarding Service Of The Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Reorganized Debtors' 4(M) Service Statement) (Docket No. 21513)* |
|  | *Declaration Of John Brooks In Support Of The Reorganized Debtors Omnibus Response To Certain Defendants* |

3

        *Submissions Regarding The October 2, 2009 Supplemental Post Confirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 21516)*

        *Notice Of Hearing Regarding (I) Certain Defendants' Submissions ("Defendants' Submissions") Regarding The October 9, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion, Filed In Support Of Certain Defendants' (A) Objections To Reorganized Debtors' Motion For Leave To File Amended Complaints And (B) Motions To Vacate And Dismiss, And (II) Reorganized Debtors' Omnibus Response To The Submissions ("Omnibus Response") (Docket No. 21517)*

        *Notice Of Adjournment Of Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (Docket No. 21509)*

    *Status:*    *The hearing with respect to this matter has been adjourned to the October 24, 2011 hearing pursuant to Notice Of Adjournment Of Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (Docket No. 21527).*

**D.**    **Contested Matters**

    3.    **"Motion By Methode Electronics, Inc. For Leave To File Its Amended Counterclaim Against The Reorganized Debtors In Michigan"** - Notice Of Motion By Methode Electronics, Inc. For An Order (I) Granting It Leave To File Its Amended Counterclaim Against The Reorganized Debtors In Michigan And (II) Overruling The Objection Of The Reorganized Debtors To Methode's Administrative Claims To The Extent The Objection Is Predicated On The Date When Methode Filed Certain Claims Forms With This Court (Docket No. 21424)

        *Responses filed:*    *Reorganized Debtors' Objection To Motion Of Methode Electronics, Inc. For Leave To File Its Amended Counterclaim Against The Reorganized Debtors In Michigan (Docket No. 21529)*

        *Replies filed:*    *Methode Electronics, Inc.'s Response To The Reorganized Debtors' Objection To Motion Of Methode Electronics, Inc. For Leave To File Its Amended Counterclaim Against The Reorganized Debtors In Michigan (Docket No. 21538)*

4

| | |
|---|---|
| *Related filings:* | *Reorganized Debtors' Forty-Sixth Omnibus Objection Pursuant To 11 U.S.C. § 503(B) And Fed. R. Bankr. P. 3007 To (I) Disallow And Expunge Certain Administrative Expense (A) Books And Records Claims, (B) Methode Electronics Claims, (C) State Workers' Compensation Claims, (D) Duplicate State Workers' Compensation Claims, (E) Workers' Compensation Claims, (F) Transferred Workers' Compensation Claims, (G) Tax Claims, (H) Duplicate Insurance Claims, And (I) Severance Claims, (II) Disallow And Expunge (A) A Certain Duplicate Workers' Compensation Claim, (B) A Certain Duplicate Tax Claim, And (C) A Certain Duplicate Severance Claim, (III) Modify Certain Administrative Expense (A) State Workers' Compensation Claims And (B) Workers' Compensation Claims, And (IV) Allow Certain Administrative Expense Severance Claims (Docket No. 19711)* |
| | *Notice Of Motion By Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19895)* |
| | *Memorandum Of Law In Support Of Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19896)* |
| | *Declaration Of Ann Marie Walsh In Support Of The Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 19897)* |
| | *Reorganized Debtors' Objection To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20070)* |
| | *Reply In Support Of Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition* |

*Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20164)*

*Transcript Regarding Hearing Held On May 20, 2010 (Docket No. 20197)*

*Order In Respect Of Administrative Expense Claims Of Methode Electronics Inc. (Docket No. 20240)*

*Supplement To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20274)*

*Reorganized Debtors' Supplemental Objection In Response To Supplement To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With Reorganized Debtors In Michigan And (II) Overruling Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20418)*

*Reply In Support Of Supplement To Motion Of Methode Electronics, Inc. For An Order (I) Permitting Methode To Continue Post-Petition Litigation With The Reorganized Debtors In Michigan And (II) Overruling The Reorganized Debtors' Timeliness Objection To Methode's Administrative Expense Claims (Docket No. 20431)*

*Transcript Regarding Hearing Held On July 22, 2010 (Docket No. 21152)*

*Order Regarding Supplement To Motion Of Methode Electronics Inc. For Relief From Plan Injunction (Docket No. 20548)*

*Notice Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of Administrative Expense Claim Numbers 19551, 19950, And 19951 (Docket No. 21288)*

*Notice Of Adjournment Of Sufficiency Hearing With Respect To Reorganized Debtors' Objection To Proofs Of*

|  |  |
|---|---|
|  | *Administrative Expense Claim Numbers 19950 And 19951 Filed By Methode Electronics, Inc. (Docket No. 21302)* |
|  | *Methode Electronics, Inc.'s Supplemental Response To The Forty-Sixth Omnibus Objection To Disallow And Expunge The Methode Electronics Claims (Docket No. 21496)* |
|  | *Memorandum In Support Of Motion Of Methode Electronics, Inc. For Leave To File Its Amended Counterclaim Against The Reorganized Debtors In Michigan (Docket No. 21425)* |
| *Status:* | *The hearing with respect to this matter will be proceeding.* |

### E.  Adversary Proceedings

4.  The hearing with respect to the Adversary Proceedings has been adjourned to the October 24, 2011 hearing pursuant to the (a) Notice Of Adjournment Of Notice Of Hearing Regarding (I) Certain Defendants' Submissions ("Defendants' Submissions") Regarding The October 9, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion, Filed In Support Of Certain Defendants' (A) Objections To Reorganized Debtors' Motion For Leave To File Amended Complaints And (B) Motions To Vacate And Dismiss, And (II) Reorganized Debtors' Omnibus Response To The Submissions ("Omnibus Response") (Docket No. 21528) and (b) Notice Of Adjournment Of Hearing Regarding (I) Certain Defendants' Submissions Regarding The October 9, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion, Filed In Support Of Certain Defendants' (A) Objections To Reorganized Debtors' Motion For Leave To File Amended Complaints And (B) Motions To Vacate And Dismiss, And (II) Reorganized Debtors' Omnibus Response To The Submissions (Docket No. 21535).

Dated: New York, New York
       August 24, 2011

                SKADDEN, ARPS, SLATE, MEAGHER
                   & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr.
    John K. Lyons
    Albert L. Hogan III
    Ron E. Meisler

155 North Wacker Drive
Chicago, Illinois 60606

      - and -

Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
  Reorganized Debtors