UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
            In re                           :        Chapter 11
                                            :
DPH HOLDINGS CORP., et al.,                 :        Case No. 05-44481 (RDD)
                                            :
                        Reorganized Debtors. :        (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

Upon the motion of Nick D. Campanario, to be admitted, *pro hac vice*, to

represent reorganized debtor DPH Holdings Corp. and its affiliated reorganized debtors (the

"Reorganized Debtors") in the above-referenced cases, and upon the movant's certification that

the movant is a member in good standing of the bars in the states of Illinois and Minnesota, it is

hereby

ORDERED, that Nick D. Campanario, is admitted to practice, *pro hac vice*, in the

above-referenced cases to represent the Reorganized Debtors, in the United States Bankruptcy

Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: While Plains, New York
       August 25, 2011

                                      /s/Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE