# EXHIBIT A

## Payment Details
Auth File ID: 2000462610
Payment Number: 14102000280940
Payer Name: **Delphi Automotive Systems**
Settlement Date: Aug-11-2011

Payment Method: **ACH**
Payment Amount: **204,622.48**
Currency: **USD**

## Payee
Company Name: **CALSONICKANSEI NORTH AMERICA INC**
Payee Code: 00005141101
Receiving Bank ID: 084307033:1001279169

## Buyer
Company Name: Delphi Automotive Systems
Originating Bank ID: 021000021:9102614402

| Contact: | Name | Phone | Fax | eMail |
|---|---|---|---|---|
| | no data | no data | no data | no data |

## Payment Details
Invoice No.: 1900458828
BOL#: 20110726
Invoice Date: Jul-26-2011
Tax Amount: 0.00
Plant Description: 20110726
Hedge:
Rate:
Comments: 20110726

PO Number:
Invoice Amount: 204,622.48
Discount/Adj Amount: 0.00
Net Amount Paid: 204,622.48
Plant Number: J5
Part Number:
Unit Price:
Quantity:
Unit Of Measure:

Copyright © GXS. All rights reserved.