UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------x Chapter 11 Case No. 05-44481 (RDD)

In re:  :

DELPHI CORPORATION, et. al.,   : (Jointly Administered)
:
Debtors.   : :
: :

-------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, James B. Sumpter, do herby state that relative to the motion:

**MOTION FOR RECOUPMENT ON BEHALF OF
DELPHI SALARIED RETIREES**

I served copies of the above motion and its related attachments on the entities listed in Exhibit A, via Email and U.S. Mail. The documents were E-mailed and mailed on 22-AUG-2011. A paper copy and a DVD were also sent via FED EX overnight to the clerk of the court.

_____    8/22/2011
James B. Sumpter                    Date
21169 Westbay circle
Noblesville, IN  46062
Telephone: (317) 877-0736
Facsimile: (317) 877-1070
jsump@ieee.org

# ATTACHMENT A

**Serving Date  - August 22, 2011**

Hon. Robert D. Drain
United States Bankruptcy Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140
Telephone: (914) 390-4155

Counsel to the Debtors
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Attn: Ron E. Meisler
Telephone: (312) 407-0700

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Frank L. Gorman, Esq. &
      Robert B. Weiss, Esq.
Telephone: 313-465-7000

Ruskin Moscou Faltischek PC
1425 RXR Plaza, 15th Floor
Uniondale, NY 11556
Attn: Jeffrey A. Wurst, Esq.
Telephone: (516) 663-6535

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Brian Masumoto
Telephone: (212) 510-0500

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller
      Robert J. Lemons
Telephone: (212) 310-8500