# EXHIBIT A

IN THE ORPHANS' COURT FOR

(OR) **Baltimore County**, MARYLAND

BEFORE THE REGISTER OF WILLS FOR

IN THE ESTATE OF:                         ESTATE NO: 145084
BORIS AVERBUKH

## ORDER FOR SMALL ESTATE

Upon the foregoing Petition, it is this 27th day of JULY, 2007, by the Register of Wills ordered that:

1. The estate of BORIS AVERBUKH shall be administered as a small estate.

2. VLADIMIR AVERBUKH shall serve as personal representative(s).

3. The personal representative shall pay fees due the register, expenses of administration, allowable funeral expenses, and statutory family allowances, and, if necessary, sell property of the decedent in order to pay them.

4. The will dated ___none___ (including codicils, if any, dated ___n/a___) accompanying the petition is:
   - ☐ admitted to probate; or
   - ☐ retained on file only.

5. Publication is:
   - ☑ not required; or
   - ☐ required and Notice of Appointment shall be published once in a newspaper of general circulation in the county.

6. When publication is required, the personal representative shall, subject to the statutory order of priorities and the resolution of disputed claims by the parties or by the court: (a) pay all proper claims, expenses, and allowances not previously paid; (b) if necessary, sell property of the estate in order to do so; and (c) distribute the remaining property of the estate in accordance with the will or, if none, with the intestacy laws of this State.

_____
GRACE G. CONNOLLY
Register of Wills

**This order does not constitute letters of administration
and does not authorize the transfer of assets.**

I hereby certify that on this __27TH__ day of __JULY__, __2007__, I delivered or mailed, postage prepaid, a copy of the foregoing Order to VLADIMIR AVERBUKH Personal Representative.

117 FENNINGTON CIRCLE
OWINGS MILLS, MD 21117

_____
GRACE G. CONNOLLY
Register of Wills

RW 1108
Revised 7/92

PS-3564



# *State of Maryland*
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. 145084

I certify that administration of the Estate of

__BORIS AVERBUKH__

was granted on the ___27th___ day of ___JULY, 2007___

to __VLADIMIR AVERBUKH__

as personal representative(s) and the appointment is in effect

this ___27th___ day of ___JULY, 2007___.

☐ Will probated _____
                   (date)

☑ Intestate estate.

☐ Unprobated Will - Probate Not Required

*Grace G. Connolly* (signature)

GRACE G. CONNOLLY

**Register of Wills for**

__Baltimore County__

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW 1107