# EXHIBIT F

05-44481-rdd    Doc 21553-7    Filed 08/30/11    Entered 08/30/11 23:22:34    Exhibit F
Pg 1 of 5

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Kayalyn A. Marafioti

Attorneys for DPH Holdings Corp., et al.,
    Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
    In re                       :    Chapter 11
                                :
DPH HOLDINGS CORP., et al.,     :    Case No. 05-44481 (RDD)
                                :
                                :    (Jointly Administered)
        Reorganized Debtors.    :
                                :
------------------------------- x

NOTICE OF ENTRY OF ORDER PURSUANT TO 11 U.S.C. § 503(b) AND FED.
R. BANKR. P. 3007 (I) DISALLOWING AND EXPUNGING (A) CERTAIN
ADMINISTRATIVE EXPENSE BOOKS AND RECORDS CLAIMS, (B) A CERTAIN
ADMINISTRATIVE EXPENSE DUPLICATE CLAIM, AND (C) CERTAIN
ADMINISTRATIVE EXPENSE DUPLICATE SUBSTANTIAL CONTRIBUTION
<u>CLAIMS, AND (II) MODIFYING A CERTAIN ADMINISTRATIVE EXPENSE CLAIM</u>

PLEASE TAKE NOTICE that on May 25, 2010, the United States Bankruptcy Court for the Southern District of New York entered an Order Pursuant To 11 U.S.C. § 503(b) And Fed. R. Bankr. P. 3007 (I) Disallowing And Expunging (A) Certain Administrative Expense Books And Records Claims, (B) A Certain Administrative Expense Duplicate Claim, And (C) Certain Administrative Expense Duplicate Substantial Contribution Claims, And (II) Modifying A Certain Administrative Expense Claim (the "Forty-Seventh Omnibus Claims Objection Order") (Docket No. 20188).

PLEASE TAKE FURTHER NOTICE THAT a copy of the Forty-Seventh Omnibus Claims Objection Order, excluding exhibits, is attached hereto.

PLEASE TAKE FURTHER NOTICE that the proof of administrative expense claim no[s]. listed below, which you filed against Delphi Corporation (n/k/a DPH Holdings Corp.) and/or other of its subsidiaries and affiliates that are debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), was subject to the Forty-Seventh Omnibus Claims Objection Order, was listed on Exhibit __A__ to the Forty-Seventh Omnibus Claims Objection Order, and was accordingly disallowed and expunged, as provided below in the column entitled "Treatment Of Claim."

| Date Filed | Claim Number | Asserted Claim Amount[1] | Basis For Objection | Treatment Of Claim | Surviving Claim Number (if any) |
|---|---|---|---|---|---|
| 09/10/2009 | 19597 | $1,500,000.00 | Books and Records Claims | Disallow And Expunge | |

---

[1] Asserted Claim Amounts listed as $0.00 generally reflect that the claim amount asserted is unliquidated.

PLEASE TAKE FURTHER NOTICE that you may view the complete exhibits to the Forty-Seventh Omnibus Claims Objection Order by requesting a copy from the claims and noticing agent in the above-captioned chapter 11 cases, Kurtzman Carson Consultants LLC, at 1-888-249-2691 or by accessing www.dphholdingsdocket.com, the Legal Information Website of DPH Holdings Corp. and certain of its affiliated reorganized debtors in the above-captioned cases (the "Reorganized Debtors").

Dated:   New York, New York
         May 28, 2010

                            SKADDEN, ARPS, SLATE, MEAGHER
                            & FLOM LLP

                            John Wm. Butler, Jr.
                            John K. Lyons
                            Ron E. Meisler
                            155 North Wacker Drive
                            Chicago, Illinois 60606

                                  - and -

                            Kayalyn A. Marafioti
                            Four Times Square
                            New York, New York 10036

                            Attorneys for DPH Holdings Corp., et al.,
                                Reorganized Debtors



CASE NO: 05-44481
PRF 29670***

ALLA AVERBUKH
THE KUHLMAN LAW FIRM LLC
1100 MAIN ST STE 2550
KANSAS CITY, MO 64105

SVC: 1
PACK NO: 23
47TH OMNI