BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, MI 48226
(313) 225-7000
Cynthia J. Haffey
Chester E. Kasiborski, Jr.

*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD)<br>Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2011, a true and correct copy of the Notice of Hearing and Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Planned Plan Modification Order Injunction And Forty-Seventh Omnibus Claims Objection Order Against Averbukhs, As Plaintiffs, In Maryland State Court Wrongful Death Action; And (II) Directing Averbukhs To Dismiss Action To Recover Upon Discharged And Expunged Claim ("Averbukh Injunction Motion") was served by Fed Ex, next day delivery, to the following persons at the following addresses:

Vladimir Averbukh
6 Bridgeport Court, Apt. L2
Owings Mills, MD 21117-5368

Gregory G. Hopper, Esq.
Salsbury, Clements, Bekman, Marder
    and Adkins, LLC
300 West Pratt Street, Suite 450
Baltimore, MD 21201
(410) 539-6633

Bradley D. Kuhlman, Esq.
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64105
(816) 799-0330

Chad C. Lucas, Esq.
The Kuhlman Law Firm, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64105
(816) 799-0330

Aleksandr Averbukh
6994 Millbrook Park, Apt. 2D
Baltimore, MD 21215

Alex Poberesky, Esq.
Law Offices of Alex Poberesky, P.A.
104 Church Lane, Suite 100
Baltimore, MD 21208
(410) 484-0400

Alla Averbukh
3 Russern Court, Apt. 2-A
Baltimore, MD 21215

Marsha Krawtiz Samuels, Esq.
O'Conor, Grant & Samuels
401 Washington Avenue, Suite 400
Towson, MD 21204
(410) 832-2883

Robert J. Weltchek, Esq.
Weltcheck Mallahan & Weltchek LLC
2330 W. Joppa Road, Suite 203
Lutherville, MD 21093
(410) 825-5287

Kristopher A. Mallahan, Esq.
Weltcheck Mallahan & Weltchek LLC
2330 W. Joppa Road, Suite 203
Lutherville, MD 21093
(410) 825-5287

and was served by U.S. First-Class Mail upon Brian Masumoto, Counsel to the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004-2112.

Dated: Detroit, Michigan
August 30, 2011

/s/Regina M. Romero
Regina M. Romero