# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
In re                          :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

AFFIDAVIT OF SERVICE

  I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases. I submit this Affidavit in connection with the service of the solicitation materials for the **First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified)** [Docket No. 17030] ("the Plan").

  On December 1, 2005, the Court signed and entered an Order Pursuant to 28 U.S.C. § 156(c) Authorizing Retention and Appointment of Kurtzman Carson Consultants LLC as Claims, Noticing and Balloting Agent for Clerk of Bankruptcy Court [Docket No. 1374] designating KCC as the official Balloting Agent.

  KCC is charged with the duty of printing and distributing Solicitation Packages to creditors and other interested parties pursuant to the instructions set forth in the **Order (A)(I) Approving Modifications to Debtors' First Amended Plan of Reorganization (as Modified) and Related Disclosures and Voting Procedures and (II) Setting Final Hearing Date to Consider Modifications to Confirmed First Amended Plan of Reorganization and (B) Setting Administrative Expense Claims Bar Date and Alternative Transaction Hearing Date ("Modification Procedures Order")** [Docket No. 17032] ("Modification Procedures Order") as entered by the Court on June 16, 2009.

  The various solicitation materials consist of the following documents:

1) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class A Secured Claims) ("Class A Ballot") (attached hereto as Exhibit A);

2) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class C-1 General Unsecured Claims) ("Class C-1 Ballot") (attached hereto as Exhibit B);

3) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class C-2 Pension Benefit Guaranty Corporation Claims) ("Class C-2 Ballot") (attached hereto as Exhibit C);

4) Ballot for Accepting or Rejecting First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession (As Modified) (Class D General Motors Corporation Claim) ("Class D Ballot") (attached hereto as Exhibit D);

5) Notice of (1) Approval of Supplement; (2) Hearing on Modifications to Plan; (3) Deadline and Procedures for Filing Objections to Modifications of Plan; (4) Deadline and Procedures for Temporary Allowance of Certain Claims for Voting Purposes; (5) Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Noticing, Voting, and Distribution Purposes; (6) Record Date; (7) Voting Deadline for Receipt of Ballots; and (9) Proposed Releases, Exculpation, and Injunction in Modified Plan ("Final Modification Hearing Notice") (attached hereto as Exhibit E);

6) a letter from the Delphi Corporation Official Committee of Unsecured Creditors ("Creditors' Committee Letter") (attached hereto as Exhibit F);

7) First Amended Disclosure Statement Supplement with Respect to First Amended Plan of Reorganization (As Modified), Modification Procedures Order and December 10, 2007 Solicitation Procedures Order, in CD-ROM format ("CD-ROM")

8) Notice of Non-Voting Status with Respect to Certain Claims and Interests ("Notice of Non-Voting Status") (attached hereto as Exhibit G);

9) Notice to Unimpaired Creditors of (I) Filing of Proposed Modified Plan of Reorganization, (II) Treatment of Claims Under Modified Plan, (III) Hearing on Approval of Modified Plan, and (IV) Deadline and Procedures for Filing Objections Thereto ("Unimpaired Notice") (attached hereto as Exhibit H);

10) a memorandum from Kurtzman Carson Consultants to additional notice parties of ballot recipients ("Ballot Notice Party Memo") (attached hereto as Exhibit I);

11) Notice of Bar Date for Filing Proofs of Administrative Expense ("Administrative Bar Date Notice") (attached hereto as Exhibit J); and

12) Administrative Expense Claim Form ("Administrative Expense Claim Form") (attached hereto as Exhibit K).

On or before June 20, 2009, I caused to be served a personalized Class A Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the parties listed on Exhibit L via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class C-1 Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the parties listed on Exhibit M via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class C-2 Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the party listed on Exhibit N via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served a personalized Class D Ballot, Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice, Administrative Expense Claim Form and a pre-addressed, postage pre-paid return envelope upon the party listed on Exhibit O via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit P via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Notice of Non-Voting Status, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit Q via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Unimpaired Notice, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit R via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Notice of Non-Voting Status, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit S via postage pre-paid U.S. mail.

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Creditors' Committee Letter, CD-ROM, Ballot Notice Party Memo, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit T via postage pre-paid U.S. mail.

3

On or before June 20, 2009, I caused to be served the Final Modification Hearing Notice, Administrative Bar Date Notice and Administrative Expense Claim Form upon the parties listed on Exhibit U via postage pre-paid U.S. mail.

Dated: June 23, 2009

Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 23rd day of June, 2009, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature

Commission Expires: 10-1-09

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

4

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| METAL PREPARATIONS CO INC | | PO BOX 955 | | | | BUFFALO | NY | 14207-0955 | |
| METAL PREPARATIONS CO INC | | 1121 LEXINGTON AVE | | | | ROCHESTER | NY | 14606 | |
| METAL PROCESSING INTERNATIONAL LP | | 6100 S INTERNATIONAL PKWY STE 500 | | | | MCALLEN | TX | 78503-8995 | |
| METAL PROCESSORS INC | | 1010 W JOHN BEERS RD | | | | STEVENSVILLE | MI | 49127-940 | |
| METAL PROCESSORS INC | | PO BOX 196 | | | | STEVENSVILLE | MI | 49127-0196 | |
| METAL PROCESSORS INC | ACCOUNTS PAYABLE | 120 BEATTY ST | | | | JACKSON | MS | 39205 | |
| METAL SEAL & PRODUCTS INC | | 4323 HAMANN PKWY | | | | WILLOUGHBY | OH | 44094 | |
| METAL SEAL & PRODUCTS INC | | 4323 HAMANN PKWY | | | | WILLOUGHBY | OH | 44094 | |
| METAL SEAL & PRODUCTS INC | | 4323 HAMANN PKY | | | | WILLOUGHBY | OH | 44094-562 | |
| METAL SEAL & PRODUCTS INC | | PO BOX 92414 N | | | | CLEVELAND | OH | 44193 | |
| METAL SEAL & PRODUCTS INC | AL PIRNAT | PO BOX 92414N | | | | CLEVELAND | OH | 44193 | |
| METAL SEAL & PRODUCTS INC EFT | | PO BOX 92414 N | | | | CLEVELAND | OH | 44193 | |
| METAL STRIPPING SYSTEMS INC | | 3346 AMBROSE AVE | | | | NASHVILLE | TN | 37207 | |
| METAL STRIPPING SYSTEMS INC | | 3346 AMBROSE AVE | | | | NASHVILLE | TN | 37208 | |
| METAL SURFACES HOLDING CO | | 6060 SHULL ST | | | | BELL GARDENS | CA | 90202-5001 | |
| METAL SURFACES HOLDING CO | CHRIS BOLTZ | 6060 SHULL ST | | | | BELL GARDENS | CA | 90201-6297 | |
| METAL SURFACES INC | ACCOUNTS RECEIVABLE | PO BOX 5001 | | | | BELL GARDENS | CA | 90202-5001 | |
| METAL SURFACES INC | ATTN ROBERT H LEOTERMAN PRES CEO | 5060 SHULL ST | | | | BELL GARDENS | CA | 90201 | |
| METAL SURFACES INC | MARC J WINTHROP | WINTHROP COUCHOT | 660 NEWPORT CTR DR FOURTH FL | | | NEWPORT BEACH | CA | 92660 | |
| METAL SYSTEMS DE MONTERREY S DE RL | | KAPPA NO 425 | | | | APODACA | NL | 66600 | MX |
| METAL TECHNOLOGIES INC | | 1401 S GRANDSTAFF DR | | | | AUBURN | IN | 46706 | |
| METAL TECHNOLOGIES INC | | 2260 RELIABLE PKWY | | | | CHICAGO | IL | 60686 | |
| METAL TECHNOLOGIES INC | | 429 4TH ST | | | | THREE RIVERS | MI | 49093-1601 | |
| METAL TECHNOLOGIES INC EFT | | 2260 RELIABLE PKWY | | | | CHICAGO | IL | 60686 | |
| METAL TECHNOLOGIES INC EFT | | 1401 S GRANDSTAFF DR | | | | AUBURN | IN | 46706 | |
| METAL TECHNOLOGIES INC EFT | | 429 4TH ST | | | | THREE RIVERS | MI | 49093-1601 | |
| METAL TECHNOLOGIES INC EFT | | FMLY DOCK FOUNDRY CO | 1401 S GRANDSTAFF DR | | | AUBURN | IN | 46706 | |
| METAL TECHNOLOGIES RAVENNA DUCTILE | | PO BOX 397 | | | | RAVENNA | MI | 49451-0397 | |
| METAL TECHNOLOGY INC | | 10015 S 72ND E AVE | | | | TULSA | OK | 74133 | |
| METAL TECHNOLOGY INC | | 173 QUEEN AVE SE | | | | ALBANY | OR | 97321 | |
| METAL WORKING LUBRICANTS CO | | PO BOX 214379 | | | | AUBURN HILLS | MI | 48321 | |
| METAL WORKING LUBRICANTS CO | METALWORKING LUBRICANTS COMPANY | | 25 W SILVERDOME INDUSTRIAL PARK | | | PONTIAC | MI | 48342 | |
| METAL WORKING LUBRICANTS COMPANY | | 1509 S SENATE AVE | | | | INDIANAPOLIS | IN | 46225 | |
| METAL WORKING LUBRICANTS COMPANY | | 1509 S SENATE AVE | | | | INDIANAPOLIS | IN | 46225 | |
| METAL WORKING LUBRICANTS COMPANY | | 1509 S SENATE AVE | | | | INDIANAPOLIS | IN | 46225 | |
| METALART INC | | PO BOX 191 | | | | MIDDLETOWN | IN | 47356 | |
| METALBAGES SA | | METALBAGES | POLIGONO INDUSTRIAL SANTA ANA | | | SANTPEDOR BARCELONA | | 08251 | |
| METALBAGES SA | | POLIG IND SANTA ANA S N | 08251 SANTPEDOR | | | | | | SPAIN |
| METALBAGES SA | C/O LES ARENES 1 | POL IND STA ANNA II | SANTPEDOR | | | BARCELONA | | 08251 | SPAIN |
| METALBAGES SA EFT | | PG IND SANTA ANA II | 5 | | | SANTPEDOR | | 8251 | SPAIN |
| METALBAGES SA EFT | | POLIG IND SANTA ANA S N | 08251 SANTPEDOR | | | | | | SPAIN |
| METALCENTER | DAVID WOOD | 12034 GREENSTONE AVE | | | | SANTA FE SPRINGS | CA | 90670 | |
| METALCENTER ROCHESTER INC | | MCR METALCENTER | 100 AJAX RD | | | ROCHESTER | NY | 14624 | |
| METALCRAFT INC | | 149 4TH ST SW | | | | MASON CITY | IA | 50401 | |
| METALCRAFT INC | | 149 4TH SW | PO BOX 1468 | | | MASON CITY | IA | 50402-1468 | |
| METALCRAFT INC | | PO BOX 1468 | | | | MASON CITY | IA | 50402-1468 | |
| METALCRAFT INC | | ZP UPD 1 5 03 PH | 149 4TH SW | PO BOX 1468 | | MASON CITY | IA | 50402-1468 | |
| METALCRAFT INC | JODI TORKELSON | 149 4TH ST S.W. | PO BOX 1468 | | | MASON CITY | IA | 50402-1468 | |
| METALCRAFT TECHNOLOGIES INC | | 498 NORTH 2774 WEST | | | | CEDAR CITY | UT | 84720 | |
| METALDYNE CORP | | 220 INDUSTRIAL BLVD | | | | GREENVILLE | NC | 27834 | |
| METALDYNE CORP | | EDON OPERATIONS DIV | 507 W INDIANA ST | | | EDON | OH | 43518 | |
| METALDYNE CORP | | FREMONT OPERATIONS DIV | PO BOX 67000 DEPT 67 120A | | | DETROIT | MI | 48231-006 | |
| METALDYNE CORP | | GLADWIN OPERATIONS DIV | PO BOX 67 120A | | | DETROIT | MI | 48267 | |
| METALDYNE CORP | | MASCOTECH FORMING TECHNOLOGIES | 19001 GLENDALE AVE | | | DETROIT | MI | 48223 | |
| METALDYNE CORP | | METALDYNE | 47603 HALYARD DR | | | PLYMOUTH | MI | 48170 | |
| METALDYNE CORP | | METALDYNE | 47659 HALYARD DR | | | PLYMOUTH | MI | 48170 | |
| METALDYNE CORP | | METALDYNE FORGING | 2727 W 14 MILE RD | | | ROYAL OAK | MI | 48073-171 | |
| METALDYNE CORP | | METALDYNE FORMING TECHNOLOGIES | 24701 HALLWOOD CT | | | FARMINGTON HILLS | MI | 48335 | |

Delphi Corporation
Creditor Matrix

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| METALDYNE CORP | | PUNCHCRAFT | 30500 RYAN RD | | | WARREN | MI | 48092-1902 | |
| METALDYNE CORP | | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170 | |
| METALDYNE CORP | ACCOUNTS PAYABLE | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170 | |
| METALDYNE CORPORATION | | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE CORPORATION | | METALDYNE TRANSMISSION & PROGR | 6491 FRANZ WARNER PKY | | | WHITSETT | NC | 27377 | |
| METALDYNE CORPORATION | | 6491 FRANZ WARNER PKY | | | | WHITSETT | NC | 27377 | |
| METALDYNE CORPORATION | | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE CORPORATION | CLARK HILL PLC | ROBERT D GORDON | 500 WOODWARD AVE STE 3500 | | | DETROIT | MI | 48226-3435 | |
| METALDYNE CORPORATION | FOLEY & LARDNER LLP | LORI V VAUGHAN | 90 PARK AVE | | | NEW YORK | NY | 10016 | |
| METALDYNE CORPORATION EFT | | 220 INDUSTRIAL BLVD | | | | GREENVILLE | NC | 27834 | |
| METALDYNE CORPORATION EFT | | 2727 W 14 MILE RD | | | | ROYAL OAK | MI | 48073 | |
| METALDYNE CORPORATION EFT | | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE CORPORATION EFT | | FRMLY BRAUN ENGINEERING CO | 47603 HALYARD DR | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE CORPORATION EFT | | FRMLY SIMPSON INDUSTRIES INC | 47603 HALYARD DR | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE CORPORATION EFT | | METALDYNE SINTERED COMPONENTS | PO BOX 170 | WEST CREEK RD 8 26 05 CC | | SAINT MARYS | PA | 15857 | |
| METALDYNE CORPORATION EFT | | MTSPC INC MT WINDFALL PA | WEST CREEK RD | | | ST MARYS | PA | 15857 | |
| METALDYNE CORPORATION EFT WINDFALL PA | | W CREEK RD | | | | SAINT MARYS | PA | 15857 | |
| METALDYNE CORPORATION EFTMTSPC INC PRECISION FORMING | | 19001 GLENDALE AVE | | | | DETROIT | MI | 48223 | |
| METALDYNE CORPORATION MTSPC INC PRECISION FORMING | | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE CORPORATION MTSPC INC PRECISION FORMING | | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE CORPORATION WINDFALL PA | | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE FORGING OPERATIONS | | PO BOX 67000 DEPT 246401 | | | | DETROIT | MI | 48267-2464 | |
| METALDYNE FORMING TECHNOLOGIES | | METALDYNE PRECISION FORMING | 6710 INNOVATION BLVD | | | FORT WAYNE | IN | 46818 | |
| METALDYNE FORMING TECHNOLOGIES | | METALDYNE PRECISION FORMING DE | 19001 GLENDALE AVE | | | DETROIT | MI | 48223 | |
| METALDYNE GMBH & CO OHG | | BUCHENWALDSTR 2 | | | | ZELL | | 77736 | GERMANY |
| METALDYNE INC | ACCOUNTS PAYABLE | 131 WEST HARVEST ST | | | | BLUFFTON | IN | 45714 | |
| METALDYNE PRECISION EFT FORMING | | PO BOX 67000 DEPT 246401 | | | | DETROIT | MI | 48267-2464 | |
| METALDYNE PRECISION FORMING | | FMLY MASCOTECH FORMING TECH | 6710 INNOVATION BLVD | | | FORT WAYNE | IN | 46818-1334 | |
| METALDYNE SINTERED COMPONENTS | | 47603 HALYARD DR | | | | PLYMOUTH | MI | 48170-2429 | |
| METALDYNE SINTERED COMPONENTS | | C/O FREUDENBERG NOK | 1275 ARCHER DR | | | TROY | OH | 45373 | |
| METALDYNE SINTERED COMPONENTS | | DEPT 237201 | | | | DETROIT | MI | 48267 | |
| METALDYNE SINTERED COMPONENTS | | W CREEK RD | | | | SAINT MARYS | PA | 15857 | |
| METALDYNE SINTERED COMPONENTS INC | | 1275 ARCHER DR | | | | TROY | OH | 45373 | |
| METALDYNE SINTERED COMPONENTS INC | | 197 W CREEK RD | | | | SAINT MARYS | PA | 15857 | |
| METALES SINTERIZADOS SA | | ARITZ BIDEA 63 | | | | MUNGUIA VIZCAYA | | 48100 | SPAIN |
| METALES SINTERIZADOS SA | | C ARITZ BIDEA 63 A | 48100 MUNGIA | | | | | | SPAIN |
| METALES SINTERIZADOS SA | | C ARITZ BIDEA 63 A | 48100 MUNGIA | | | | | | SPAIN |
| METALFORM INDUSTRIES SOUTH | | PO BOX 659 | | | | MT STERLING | KY | 40353-0659 | |
| METALFORM INDUSTRIES SOUTH | | WHOLE SALE LOCKBOX DEPT 77422 | 9000 HAGGERTY RD | | | BELLEVILLE | MI | 48111 | |
| METALFORMING TECHNOLOGIES EFT | | INC | ATTN JEFF WILEY | 3271 FIVE POINTS STE 102 | | AUBURN HILLS | MI | 48326 | |
| METALFORMING TECHNOLOGIES EFT | | INC | PO BOX 70 | RMT CHG PER LETTER 6 14 04 | | SALINE | MI | 48176 | |
| METALFORMING TECHNOLOGIES INC | | 3271 FIVE POINTS DR STE 102 | | | | AUBURN HILLS | MI | 48326 | |
| METALFORMING TECHNOLOGIES INC | | 905 WOODLAND DR | | | | SALINE | MI | 48176 | |
| METALFORMING TECHNOLOGIES INC | | ATTN JEFF WILEY | 3271 FIVE POINTS STE 102 | | | AUBURN HILLS | MI | 48326 | |
| METALFORMING TECHNOLOGIES INC | | JSI DIV | 9120 GENERAL DR | | | PLYMOUTH | MI | 48170-4624 | |
| METALFORMING TECHNOLOGIES INC | | METALFORMING TECHNOLOGIES FLIN | 3084 E HEMPHILL RD | | | BURTON | MI | 48529 | |

Page 2722 of 4538