BUTZEL LONG, a professional corporation
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
Cynthia J. Haffey
Sheldon H. Klein
Thomas B. Radom
Thomas D. Noonan
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

**ORDER (I) ENFORCING MODIFICATION PROCEDURES ORDER, MODIFIED PLAN AND PLAN MODIFICATION ORDER INJUNCTIONS AGAINST TRUSTEE FOR THE OLDCO M DISTRIBUTION TRUST, AND (II) DIRECTING TRUSTEE TO DISMISS ACTION TO RECOVER DISCHARGED CLAIM**

**("OLDCO TRUSTEE INJUNCTION ORDER")**

Upon the Reorganized Debtors' Motion for Order (I) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (II) Directing Trustee to Dismiss Action to Recover Discharged Claim[1]; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and for the reasons stated on the record at the hearing on the Motion on September 22, 2011; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

ORDERED, ADJUDGED, AND DECREED THAT:

1. This Court has core jurisdiction over these chapter 11 cases and the parties and property affected hereby pursuant to 28 U.S.C. §§ 157(b) and 1334. Venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Motion is granted as provided herein.

3. The Oldco Trustee is permanently enjoined from pursuing claims against Debtors or Reorganized Debtors relating to the Preference Action that have been barred and discharged.

4. The Oldco Trustee is ordered to take such action as is necessary to immediately dismiss the Preference Action against Delphi Automotive Systems LLC with prejudice and any further action by the Oldco Trustee with respect to its claims in the Preference Action shall constitute contempt of this Court.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this order.

Dated:   White Plains, New York
         September ___, 2011

_____
UNITED STATES BANKRUPTCY JUDGE