BUTZEL LONG, a professional corporation
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304
(248) 258-1616
Cynthia J. Haffey
Sheldon H. Klein
Thomas B. Radom
Thomas D. Noonan
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.,* | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned herein certifies that a copy of:

- The Notice of Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim;

- Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim; and

- Certificate of Service

was served on August 31, 2011, via Federal Express, upon:

> Executive Sounding Board Associates, Inc.
> 2 Penn Center Plaza
> 1500 John F. Kennedy Boulevard
> Suite 1730
> Philadelphia, PA 19102

The undersigned further certifies that a copy of:

- The Notice of Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim;

- Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim; and

- Certificate of Service

was served on August 31, 2011, via electronic mail upon:

Richard Levy, Jr., Esq.
rlevy@pryorcashman.com


Dated:   Bloomfield Hills, MI
         August 31, 2011

BUTZEL LONG, a professional corporation

By:   /s/   Thomas B. Radom
      Cynthia J. Haffey
      Sheldon H. Klein
      Thomas B. Radom
      Thomas D. Noonan
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
(248) 258-1616

*Attorneys for Reorganized Debtors*