BUTZEL LONG, a professional corporation  
Stoneridge West  
41000 Woodward Avenue  
Bloomfield Hills, MI 48304  
(248) 258-1616  
Cynthia J. Haffey  
Sheldon H. Klein  
Thomas B. Radom  
Thomas D. Noonan  
*Attorneys for Reorganized Debtors*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DPH HOLDINGS CORP., *et al.*, | Case No. 05-44481 (RDD) |
| | Jointly Administered |
| Reorganized Debtors. | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned herein certifies that a copy of:

- The Notice of Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim;

- Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim; and

- Certificate of Service

was served on August 31, 2011, via Federal Express, upon:

>Executive Sounding Board Associates, Inc.
>2 Penn Center Plaza
>1500 John F. Kennedy Boulevard
>Suite 1730
>Philadelphia, PA  19102

The undersigned further certifies that a copy of:

- The Notice of Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim;

- Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim; and

- Certificate of Service

was served on August 31, 2011, via electronic mail upon:

>Richard Levy, Jr., Esq.
>rlevy@pryorcashman.com

The undersigned further certifies that a copy of:

- The Notice of Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim;

- Reorganized Debtors' Motion for Order (i) Enforcing Modification Procedures Order, Modified Plan and Plan Modification Order Injunctions Against Trustee for the Oldco M Distribution Trust, and (ii) Directing Trustee to Dismiss Action To Recover Discharged Claim; and

- Certificate of Service

was served on September 1, 2011, via U.S. Mail, upon:

>Brian S. Masumoto, Esq.
>Office of the United States Trustee
>for the Southern District of New York
>33 Whitehall Street, Suite 2100
>New York, NY 10004

Dated:  Bloomfield Hills, MI
        September 1, 2011

BUTZEL LONG, a professional corporation

By:    /s/   Thomas B. Radom
       Cynthia J. Haffey
       Sheldon H. Klein
       Thomas B. Radom
       Thomas D. Noonan
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304
(248) 258-1616

*Attorneys for Reorganized Debtors*