Presentment Date and Time:  September 9, 2011 at 12:00 noon (prevailing Eastern time)
Objection Deadline:  September 9, 2011 at 11:30 a.m. (prevailing Eastern time)

LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, New York 10281
Shalom Jacob

LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, Illinois 60606
Ann Marie Walsh

  - and -

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Douglas K. Mayer
Emil A. Kleinhaus

*Attorneys for Methode Electronics, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re                                         :    Chapter 11
                                              :
DPH HOLDINGS CORP., *et al.*,                 :    Case No. 05-44481 (RDD)
                                              :
                    Reorganized Debtors.      :    (Jointly Administered)
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PRESENTMENT OF PROPOSED ORDER
REGARDING MOTION OF METHODE ELECTRONICS, INC.
<u>FOR LEAVE TO FILE ITS AMENDED COUNTERCLAIM IN MICHIGAN</u>**

**PLEASE TAKE NOTICE** that the undersigned, in accordance with Local Bankruptcy Rule 9074-1, will present the annexed proposed Order Regarding Motion of Methode Electronics, Inc. for Leave to File Its Amended Counterclaim in Michigan (the "Proposed Order") to the Honorable Robert D. Drain, United States Bankruptcy Judge, for signature on September 9, 2011 at 12:00 noon (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Proposed Order must (a) be made in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, the Supplemental Order Under 11 U.S.C. Sections 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures (Docket No. 2883) ("Supplemental Case Management Order"), and the Twenty-Third Supplemental Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing Omnibus Hearing Dates And Certain Notice, Case Management, And Administrative Procedures (Docket No. 21251) ("Twenty-Third Supplemental Case Management Order"), (c) be filed with the Bankruptcy Court in accordance with General Order M-242, as amended (registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties in interest must file on a 3.5-inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, Room 116, White Plains, New York 10601-4140, and (e) be served upon (i) counsel to Methode Electronics, Inc., Lock Lord Bissell & Liddell, Three World Financial Center, New York, New York 10281 (Att'n: Shalom Jacob), Lock Lord Bissell &

Liddell, 111 South Wacker Drive, Chicago, Illinois 60606 (Att'n: Ann Marie Walsh), and Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, New York 10019 (Att'n: Douglas K. Mayer and Emil A. Kleinhaus), and (ii) counsel to the Reorganized Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, Illinois 60606-1285 (Att'n: John Wm. Butler, Jr.) and Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036-6522 (Att'n: Kayalyn A. Marafioti), in each case so as to be received no later than 11:30 a.m. (prevailing Eastern time) on September 9, 2011 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections made in writing, in accordance with the Supplemental Case Management Order and the Twenty-Third Supplemental Case Management Order, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court, and that if no objections to the Proposed Order are timely filed and served, the Bankruptcy Court may enter the Proposed Order without further notice.

Dated: September 6, 2011
New York, New York

**WACHTELL, LIPTON, ROSEN & KATZ**

By:  /s/ Douglas K. Mayer

Douglas K. Mayer
Emil A. Kleinhaus
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

**LOCKE LORD BISSELL & LIDDELL LLP**
Shalom Jacob
Three World Financial Center
New York, New York 10281
Telephone: 212-415-8600
Facsimile: 212-303-2754

Ann Marie Walsh
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0654
Facsimile: (312) 896-6654

*Attorneys for Methode Electronics, Inc.*