UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
                              :
In re                          :      Chapter 11
                              :
DPH HOLDINGS CORP., *et al.*,    :      Case No. 05-44481 (RDD)
                              :
            Reorganized Debtors. :      (Jointly Administered)
                              :
                              :
------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK )

Kaitlin Zylich, being duly sworn, deposes and says:

      1.     I am over the age of 18, am not a party to this action, and am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for Methode Electronics, Inc., in the above-captioned cases.

      2.     On September 6, 2011, I caused a copy of the document Notice of Presentment of Proposed Order Regarding Motion of Methode Electronics, Inc. for Leave to File its Amended Counterclaim in Michigan and accompanying exhibits to be served by email and overnight mail on the parties listed on the service list attached hereto, and by ECF notification on the parties to these cases that have elected to receive such notification.

                                                                           Kaitlin Zylich

AISHA PENEEYA COLLINS
Notary Public, State of New York
No. 01CO6072547
Qualified in Kings County
Commission Expires April 8, 2014

Sworn to and subscribed before me this
6th day of September, 2011

## SERVICE LIST

Honorable Robert D. Drain
United States Bankruptcy Court for the
    Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4140

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036-6522