UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X          AFFIDAVIT OF SERVICE
In Re:,


DPH HOLDINGS CORP., ET AL                                                         CASE NO: 05-44481(RDD)


             Reorganized Debtors,
-----------------------------------------------------------------------X
DELPHI AUTOMOTIVE SYSTEMS, LLC, as successor in interest to
DPH HOLDINGS CORP.,

                                  Plaintiff

             -AGAINST-                                                            Adv. P. No. 06-1902(RDD)

NYCH LLC d/b/a RCS COMPUTER EXPERIENCE,

                                  Defendant,
-----------------------------------------------------------------------X
STATE OF NEW YORK, COUNTY OF SUFFOLK                       ss.:

ALAN FELDMAN, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the STATE OF NEW YORK.

That on 8/17/11 at 3:41PM at 1078 EAST 9TH STREET, BROOKLYN, NY 11230, deponent served the within ORDER ESTABLISHING NOTICE PROCEDURE, DECLARATION OF JEFFREY A. CARLINO IN SUPPORT OF PLAINTIFF'S APPLICATION FOR AN ORDER TO SHOW CAUSE, DECLARATION OF JEFFREY A. CARLINO IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE JUDGMENT AGAINST CHARLES TEBELE,, PLAINTIFF'S MOTION TO ENTER AND ENFORCE JUDGMENT AGAINST NON-PARTY CHARLES TEBELE AND AFFIDAVIT OF DEAN UNRUE bearing CASE # 05-44481 (RDD) and Adv. P. No. 06-1902(RDD) upon CHARLES TEBELE defendant therein named.

By affixing a true copy of each to the door of said premises, which is defendant's RESIDENCE within the state. Deponent was unable, with due diligence to find the defendant or a person of suitable age and discretion thereat, having verified defendant's RESIDENCE with JANE DOE, NEIGHBOR @ 1074 E 9TH STREET, BROOKLYN, ( FEMALE, WHITE SKIN, BROWN HAIR, APPROX 35 YRS OLD, 5'5 AND 130 LBS ) and having called there on:

**8/16/11@ 8:43pm; 8/17/11@ 5:48am-6:07am; and 8/17/11@ 3:41pm**

On 8/18/11 deponent also enclosed a copy of same in a postpaid sealed wrapper by regular mail properly addressed to the defendant at defendant's RESIDENCE at 1078 EAST 9TH STREET, BROOKLYN, NY 11230 and deposited said wrapper in a post office of the United States Postal Service within New York State. **MARKED PERSONAL & CONFIDENTIAL**


I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The sources of my information and the grounds of my beliefs are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military services of New York State or of the United States as that term is defined in either the State or Federal Statutes.

Sworn to before me on 8-18-11

_____

KAREN KANE
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC. #01KA6096127
COMM. EXP. 12/04/2011

Alan Feldman
Process Server
License # 0946641

KAREN KANE
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC. #01KA6096127
COMM. EXP. 12/04/2011