SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Attorneys for DPH Holdings Corp., et al.,
 Reorganized Debtors

DPH Holdings Corp. Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

DPH Holdings Corp. Legal Information Website:
http://www.dphholdingsdocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
   In re                                              :        Chapter 11
                                                        :
DPH HOLDINGS CORP., et al.,           :        Case No. 05-44481 (RDD)
                                                         :
               Reorganized Debtors.     :        (Jointly Administered)
                                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOINT STIPULATION AND AGREED ORDER BETWEEN REORGANIZED
DEBTORS AND JESSICA KRAUS DISALLOWING AND
<u>EXPUNGING PROOF OF CLAIM NUMBER 14810</u>

(JESSICA KRAUS)

      DPH Holdings Corp. and its affiliated reorganized debtors in the above-captioned cases

(collectively, the "Reorganized Debtors") and Jessica Kraus (the "Claimant") respectfully submit

this Joint Stipulation And Agreed Order Between Reorganized Debtors And Jessica Kraus

Disallowing And Expunging Proof Of Claim Number 14810 (the "Stipulation") and agree and state as follows:

WHEREAS, on October 8 and 14, 2005, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, including Delphi Automotive Systems LLC ("DAS LLC"), former debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as then amended, in the United States Bankruptcy Court for the Southern District of New York (the "Court").

WHEREAS, on July 31, 2006, the Claimant filed proof of claim number 14810 against DAS LLC which asserts a personal injury claim allegedly arising from a motor vehicle accident that occurred on December 11 2001 at approximately 6:20 p.m. on the New York State Thruway Interstate 90 Eastbound in the Town of Cheektowaga, County of Erie and State of New York (the "Claim").

WHEREAS, on October 6, 2009, the Debtors substantially consummated the First Amended Joint Plan Of Reorganization Of Delphi Corporation And Certain Affiliates, Debtors And Debtors-In-Possession, As Modified (the "Modified Plan"), which had been approved by this Court pursuant to an order entered on July 30, 2009 (Docket No. 18707), and emerged from chapter 11 as the Reorganized Debtors. In connection with the consummation of the Modified Plan, Delphi and DAS LLC emerged from chapter 11 as DPH Holdings Corp. and DPH-DAS LLC, respectively.

WHEREAS, on February 3, 2010, the Reorganized Debtors objected to the Claim pursuant to the Reorganized Debtors' Forty-Fourth Omnibus Objection Pursuant To 11 U.S.C. § 502(b) And (d) And Fed. R. Bankr. P. 3007 To (I) Modify And Allow (A) Certain Modified And

Allowed Claims, (B) A Partially Satisfied Claim, And (C) Certain Partially Satisfied Scheduled Liabilities, (II) Disallow And Expunge (A) Certain Fully Satisfied Scheduled Liabilities, (B) Certain MDL-Related Claims, (C) Certain Union Claims, (D) Certain Personal Injury Claims, And (E) A Duplicate Claim, (III) Object To Certain (A) Preference-Related Claims And (B) Preference-Related Scheduled Liabilities, And (IV) Modify Certain SERP-Related Scheduled Liabilities (Docket No. 19395) (the "Forty-Fourth Omnibus Claims Objection").

WHEREAS, Article 9.6(a) of the Modified Plan provides that "[t]he Reorganized Debtors shall retain responsibility for administering, disputing, objecting to, compromising, or otherwise resolving all Claims against, and Interests in, the Debtors and making distributions (if any) with respect to all Claims and Interests."

WHEREAS, on March 9, 2010, the Claimant filed Jessica Kraus' Response to Reorganized Debtors' Forty-Fourth Omnibus Objection (Docket No. 19617) (the "Response").

WHEREAS, to resolve the Forty-Fourth Omnibus Claims Objection with respect to the Claim, the Reorganized Debtors and the Claimant entered into this Stipulation, pursuant to which the Reorganized Debtors and the Claimant agreed that the Claim will be disallowed and expunged in its entirety.

NOW, THEREFORE, the Reorganized Debtors and the Claimant stipulate and agree as follows:

1. The Claim is hereby disallowed and expunged in its entirety.

2. The Response is hereby withdrawn with prejudice.

3. This Court shall retain original and exclusive jurisdiction to adjudicate any disputes arising from or in connection with this Stipulation.

So Ordered in White Plains, New York, this 13th day of September, 2011

/s/Robert D. Drain

UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND
APPROVED FOR ENTRY:

| | |
|---|---|
| /s/ John K. Lyons | /s/ Christopher D. D'Amato |
| John Wm. Butler, Jr. | Christopher D. D'Amato, Esq. |
| John K. Lyons | CELLINO & BARNES, P.C. |
| Ron E. Meisler | 350 Main Street |
| SKADDEN, ARPS, SLATE, MEAGHER | 2500 Main Place Tower |
|   & FLOM LLP | Buffalo, New York  14202 |
|   155 North Wacker Drive | |
| Chicago, Illinois 60606 | |
| | Attorneys for Jessica Kraus |
| - and - | |
| Four Times Square | |
| New York, New York 10036 | |
| | |
| Attorneys for DPH Holdings Corp., et al., | |
|   Reorganized Debtors | |