# Index of Exhibits

**Exhibit 1:** Declaration of John Brooks

**Exhibit 2:** June 21, 2011 Hearing Transcript

**Exhibit 3:** Skadden Motion

**Exhibit 3A:** Skadden Statement

**Exhibit A:** Supplemental Postconfirmation Extension (Final Extension Motion) (Docket No. 18952)
**Exhibit B:** Preservation of Estate Claims Procedures Order (Preservation Order) (Docket No. 9015)
**Exhibit C:** Preservation of Estate Claims Procedures Motion (Preservation Motion) (Docket No. 8905)
**Exhibit D:** First Extension Motion (Docket No. 12922)
**Exhibit E:** March 19, 2008 Hearing Transcript
**Exhibit F:** Extension of Avoidance Action Service Deadline Order (First Extension Order) (Docket No. 13277)
**Exhibit G:** Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Second Extension Motion) (Docket No. 13361)
**Exhibit H:** April 30, 2008 Hearing Transcript
**Exhibit I:** Postconfirmation Extension of Avoidance Action Service Deadline Order (Second Extension Order) (Docket No. 13484)
**Exhibit J:** October 22, 2009 Hearing Transcript
**Exhibit K:** Supplemental Postconfirmation Extension Order (Final Extension Order) (Docket No. 18999)

**Exhibit 4:** Affidavit of Service of Final Extension Motion (Docket No. 18967)

**Exhibit 5:** Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 18991)

**Exhibit 6:** Affidavit of Service of Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 19015)

**Exhibit 7:** Affidavit of Service of Disclosure Statement (Docket No. 11974)

**Exhibit 8:** Relevant Portion of July 22, 2010 Hearing Transcript

**Exhibit 9:** "Delphi Files Secret Preference Claims," CFO.com, dated October 2, 2007

**Exhibit 10:** ECF Notice of Electronic Filing of the Final Extension Motion, dated October 2, 2009

**Exhibit 11:** Affidavit of Service of the Preservation Motion (Docket No. 9039)

**Exhibit 12:** August 23, 2007 Affidavit of Service of the Preservation Order (Docket No. 9141)

**Exhibit 13:** March 4, 2008 Affidavit of Service of the First Extension Motion (Docket No. 12970)

**Exhibit 14:** April 1, 2008 Affidavit of Service of the First Extension Order (Docket No. 13315)

**Exhibit 15:** April 16, 2008 Affidavit of Service of the Second Extension Motion (Docket No. 13415)

**Exhibit 16:** May 6, 2008 Affidavit of Service of the Second Extension Order (Docket No. 13540)

**Exhibit 17:** Notice of (1) Approval of Disclosure Statement; (2) Hearing on Confirmation of Plan; (3) Deadline and Procedures for Filing Objections to Confirmation of Plan; (4) Deadline and Procedures for Temporary Allowance of Certain Claims for Voting Procedures; (5) Deadline for Asserting Cure Claims for Assumed Contracts; (6) Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (7) Record Date; (8) Voting Deadline for Receipt of Ballots; and (9) Proposed Releases, Exculpation, and Injunction in Plan (Docket No. 11974, Ex. F)

**Exhibit 18:** ECF Notice of Electronic Filing of the First Extension Motion, dated February 28, 2008

**Exhibit 19:** ECF Notice of Electronic Filing of the Second Extension Motion, dated April 10, 2008

**Exhibit 20:** Response to the Submission of Calsonic North America, Inc., et al., Adv. Pro. No. 07-02282

**Exhibit 20(a):** Homepage of the website of CalsonicKansei North America, Inc.

**Exhibit 20(b):** July 11, 2011 Declaration of Roger G. Jones

**Exhibit 21:** Response to the Submission of Methode Electronics Inc., Adv. Proc. No. 07-02432

**Exhibit 21(a):** July 11, 2011 Declaration of Timothy R. Glandon

**Exhibit 21(b):** October 3, 2005 Settlement Agreement between Delphi Corporation and Methode Electronics, Inc.

**Exhibit 21(c):** Methode Electronics Inc.'s Answer to Complaint

**Exhibit 22:** Response to the Submission of PBR Columbia (n/k/a Bosch Chassis System), Adv. Pro. No. 07-02572

**Exhibit 22(a):** June 14, 2007 Response of PBR Columbia LLC to Debtors' Fifteenth Omnibus Objection
**Exhibit 22(b):** November 19, 2010 Declaration of David L. Foster
**Exhibit 22(c):** July 12, 2011 Declaration of David Wheeler

**Exhibit 23:** Response to the Submission of Republic Engineered Products, Adv. Proc. Nos. 07-02724 & 07-02744

**Exhibit 23(a):** July 12, 2011 Affidavit of Douglas L. Lutz
**Exhibit 23(b):** November 19, 2010 Declaration of Joseph Kaczka
**Exhibit 23(c):** Delphi Term Deviation Request Form dated August 11, 2005 and Pre Petition Wire Analysis Review Form dated September 21, 2005

**Exhibit 24:** Response to the Submission of Select Industries, Corp., Adv. Proc. No. 07-02618

**Exhibit 24(a):** July 12, 2011 Affidavit of W. Timothy Miller, Esq.

**Exhibit 25:** Response to the Submission of Timken Corporation, Adv. Proc. No. 07-02198

**Exhibit 25(a):** Relevant portion of the March 19, 2008 Hearing Transcript
**Exhibit 25(b):** July 12, 2011 Declaration of James Sullivan
**Exhibit 25(c):** November 22, 2010 Request for Notices (Docket No. 20840)
**Exhibit 25(d):** July 12, 2011 Declaration of Michael Hart
**Exhibit 25(e):** May 14, 2010 Declaration of Michael Hart

**Exhibit 26:** Response to the Submission of UVA Machine Company, Adv. Proc. No. 07-02523

**Exhibit 26(a):** July 13, 2011 Affidavit of Robert F. Brown

**Exhibit 27:** Response to the Submission of Vanguard Distributors, Adv. Proc. No. 07-02539

**Exhibit 27(a):** July 8, 2011 Amended Notice of Filing of Declaration Of Sylvester Formey

**Exhibit 28:** Response to the Submission of Victory Packaging, Adv. Proc. No. 07-02551

**Exhibit 28(a):** July 12, 2011 Declaration of Leah Borrello

| | |
|---|---|
| **Exhibit 28(b):** | September 16, 2005 and September 30, 2005 Delphi Corporation Pre-Petition Wire Analysis Review Forms, October 7, 2005 and September 13, 2005 Payment Term Deviation Request Forms, and an October 7, 2005 letter from Delphi Automotive Systems LLC authorizing a charge to account |

**Exhibit 29:** Response to the Submission of Solid State Stamping Inc., Adv. Pro. No. 07-02633

| | |
|---|---|
| **Exhibit 29(a):** | October 14, 2005 Notice of Reclamation Demand of Solid State Stamping (Docket No. 531) |
| **Exhibit 29(b):** | July 7, 2011 Declaration of Neil D. Allen |

**Exhibit 30:** Response to the Submission of Castrol Industrial North America Inc., et al., Adv. Pro. No. 07-02270

| | |
|---|---|
| **Exhibit 30(a):** | November 28, 2005 Objection of Castrol Industrial North America Inc. (Docket No. 1309) |
| **Exhibit 30(b):** | July 12, 2011 Declaration of John Everhardus of BP America, Inc. |
| **Exhibit 30(c):** | April 12, 2010 Motion by Unifrax Corp. Seeking an Order |
| **Exhibit 30(d):** | May 6, 2010 Joinder of BP, BP Amoco Corp., BP Products North America Inc., Castrol, and Castrol Industrial |

**Exhibit 31:** Response to the Submission of Heraeus Metals Processing and Heraeus Precious Metals, Adv. Pro. No. 07-02445

| | |
|---|---|
| **Exhibit 31(a):** | Page from Heraeus' website |
| **Exhibit 31(b):** | July 7, 2011 Declaration of Frederick J. Salek |
| **Exhibit 31(c):** | November 22, 2010 Declaration of David Gallagher |
| **Exhibit 31(d):** | November 22, 2010 Declaration of Diane Carrillo-Mireles |
| **Exhibit 31(e):** | July 7, 2011 Declaration of William M. Barron |

**Exhibit 32:** Response to the Submission of Pro Tech Machine, Adv. Pro. No. 07-02690

| | |
|---|---|
| **Exhibit 32(a):** | Declaration of David Currie |

**Exhibit 33:** Response to the Submission of Rotor Coaters International, Adv. Pro. No.07-02767

| | |
|---|---|
| **Exhibit 33(a):** | July 19, 2011 Declaration of Jill Warner |

**Exhibit 34:** Response to the Submission of Mubea Inc., Adv. Pro. No. 07-02489

| | |
|---|---|
| **Exhibit 34(a):** | November 24, 2010 Declaration of Byrd Douglas Cain III |
| **Exhibit 34(b):** | July 7, 2011 Declaration of Byrd Douglas Cain III |

**Exhibit 34(c):** Complaint to Avoid and Recover Transfers

**Exhibit 35:** Response to the Submission of HSS LLC, Adv. Pro. No. 07-02489

**Exhibit 35(a):** July 8, 2011 Affidavit of Dennis M. Haley
**Exhibit 35(b):** July 8, 2011 Affidavit of Phillip Shaltz
**Exhibit 35(c):** Two October 6, 2005 Delphi Pre Petition Wire Analysis Review Forms

**Exhibit 36:** Response to the Submission of Doshi Prettl International, Adv. Pro. No. 07-02211

**Exhibit 36(a):** November 17, 2010 Declaration of David H. Freedman
**Exhibit 36(b):** August 31, 2005 Settlement Agreement between Delphi Corporation and Doshi Prettl International, an October 6, 2005 Delphi Pre-Petition Wire Analysis Review Form, and the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02211
**Exhibit 36(c):** April 8, 2010 Declaration of Peter Schrennen
**Exhibit 36(d):** November 23, 2010 Declaration of Peter Schrennen
**Exhibit 36(e):** July 12, 2011 Declaration of Mahesh K. Nayak

**Exhibit 37:** Response to the Submission of NXP/Philips Semiconductor, Adv. Pro. No. 07-02580

**Exhibit 37(a):** July 11, 2011 Affirmation of Robert N. Michaelson
**Exhibit 37(b):** Complaint to Avoid and Recover Transfers

**Exhibit 38:** Response to the Submission of Blair Strip Steel Co, Adv. Pro. No. 07-02259

**Exhibit 38(a):** July 12, 2011 Declaration of Scott A. McDowell

**Exhibit 39:** Response to the Submission of DSSI LLC, Adv. Pro. No. 07-02236

**Exhibit 39(a):** Undated Affidavit of Gary Miller
**Exhibit 39(b):** September 19, 2005 Delphi Payment Term Deviation Request Form
**Exhibit 39(c):** Complaint to Avoid and Recover Transfers

**Exhibit 40:** Response to the Submission of Microchip Technology Inc, Adv. Proc. No. 07-02436

**Exhibit 40(a):** November 23, 2010 Declaration of Eric Bjornholt

**Exhibit 41:** Response to the Submission of Jamestown Container Corp, Adv. Pro. No. 07-02322

**Exhibit 41(a):** November 23, 2010 Declaration of Richard Weimer

**Exhibit 42:** Response to the Submission of Fluent, Inc., Adv. Pro. No. 07-02312

**Exhibit 42(a):** July 8, 2011 Declaration of Sheila S. DiNardo

**Exhibit 43:** Response to the Submission of FA Tech Corporation, Adv. Pro. No. 07-02350

**Exhibit 43(a):** Answer of F.A. Tech Corporation to Complaint to Avoid and Recover Transfers
**Exhibit 43(b):** July 11, 2011 Declaration of Kelly Michimi

**Exhibit 44:** Response to the Submission of Globe Motors Inc., Adv. Pro. No. 07-02333

**Exhibit 44(a):** Answer to Complaint filed by Globe Motors, Inc.
**Exhibit 44(b):** July 8, 2011 Second Declaration of Thomas Carroll
**Exhibit 44(c):** January 31, 2011 Declaration of Thomas Carroll
**Exhibit 44(d):** October 6, 2005 Settlement Agreement between Delphi Corporation, and Globe Motors, as well as an October 6, 2005 Delphi Payment Term Deviation Request Form

**Exhibit 45:** Response to the Submission of Merrill Tool & Machine, Adv. Pro. No. 07-02416

**Exhibit 45(a):** July 12, 2011 Declaration of Michael Beyer

**Exhibit 46:** Response to Submission of Magnesium Elektron Inc., 07-02758

**Exhibit 46(a):** July 12, 2011 Affidavit of Maryann Hampton

**Exhibit 47:** Response to the Submission of Florida Production Engineering, Adv. Pro. No.07-02301

**Exhibit 47(a):** July 6, 2011 Affidavit of Jim McKinley of Florida Production Engineering, Inc.
**Exhibit 47(b):** Complaint to Avoid and Recover Transfers

**Exhibit 48:** Response to the Submission of Multitronics Inc., Adv. Proc. No. 07-02436

**Exhibit 48(a):** July 11, 2011 Declaration of Ashok K. Mahbubani
**Exhibit 48(b):** September 8, 2005 Settlement Agreement between Delphi Corporation and Mtronics.Com Inc, as well as the October 6, 2005 Delphi Pre Petition Wire Analysis Review Form

**Exhibit 49:** Response to the Submission of Owens Corning, Adv. Proc. No. 07-2540

**Exhibit 49(a):** July 12, 2011 Declaration of Karen Sprenger

**Exhibit 50:** Response to the Submission of Park Ohio Industries Inc., Adv. Pro. No. 07-2563

**Exhibit 50(a):** July 11, 2011 Declaration of Linda Kold

**Exhibit 51:** Response to the Submission of Rieck Group LLC, n/k/a Mechanical Construction Managers, LLC, Adv. Pro. No. 07-02750

**Exhibit 51(a):** November 23, 2010 Affidavit of Michael Stemen

**Exhibit 52:** Response to the Submission of Spartech Polycom, Adv. Pro. No. 07-02639

**Exhibit 52(a):** July 5, 2011 Declaration of Chad R. Tomsheck

**Exhibit 53:** Response to the Submission of Sprimag Inc., Adv. Pro. No. 07-02644

**Exhibit 53(a):** Answer of Sprimag Inc. To Complaint To Avoid And Recover Transfer
**Exhibit 53(b):** Undated Declaration of Joseph Vanden-Eynden

**Exhibit 54:** Response to the Submission of Tata America International. Adv. Pro. No. 07-02668

**Exhibit 54(a):** July 12, 2011 Declaration of Gregory Bennett of Tata America International Corporation d/b/a TCS America
**Exhibit 54(b):** Verified Statement of Kelley Drye & Warren LLP (Docket No. 668)

**Exhibit 55:** Response to the Submission of Summit Polymers, Adv. Pro. No. 07-02661

**Exhibit 55(a):** July 7, 2011 Affidavit of Peter M. Garvey on Behalf of Summit Polymers Inc.

**Exhibit 56:** Response to the Submission of Unifrax Corp, Adv. Pro. No. 07-02270

**Exhibit 56(a):** July 11, 2011 Declaration of David J. Bartley
**Exhibit 56(b):** April 12, 2010 Declaration of Mark D. Roos
**Exhibit 56(c):** Verified Statement Concerning Representation of Multiple Creditors Pursuant to Fed. Bank. P. 2019(a) (Docket No. 1578)

**Exhibit 57:** Response to the Submission of Wells Fargo Business Credit, Adv. Pro. No. 07-02597

**Exhibit 57(a):** May 13, 2010 Affidavit of Melody Stallings
**Exhibit 57(b):** July 11, 2011 Affidavit of Michael T. Rozea

**Exhibit 58:** Response to the Submission of Williams Advanced Materials Inc., Adv. Pro. No. 07-02606

**Exhibit 58(a):** July 12, 2011 Declaration of Richard L. Mugel

**Exhibit 59:** Response to the Submission of D&S Machine Products, Adv. Pro. No. 07-02217

**Exhibit 59(a):** July 11, 2011 Declaration of Dan Fugate

**Exhibit 60:** Response to the Submission of Access One Technology, Adv. Pro. No. 07-02142

**Exhibit 60(a):** July 11, 2011 Declaration of Kevin N. Fanroy

**Exhibit 61:** Response to the Submission of Stephenson & Sons Roofing, Adv. Pro. No. 07-02654

**Exhibit 61(a):** July 18, 2011 Declaration of Craig Stephenson