BUTZEL LONG, a professional corporation
150 West Jefferson, Suite 100
Detroit, Michigan 48226
Cynthia J. Haffey
Sheldon H. Klein
Thomas Radom
Bruce L. Sendek
David J. DeVine
Telephone: (313) 225-7000
Facsimile: (313) 225-7080
haffey@butzel.com

*Attorneys for Plaintiffs*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DPH Holdings Corp., *et al.*,<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**Declaration of Bruce L. Sendek in Support of Reorganized
Debtors' Amended Omnibus Response to Certain
Defendants' Submissions Regarding the October 2, 2009
Supplemental Postconfirmation Extension of Avoidance
Action Service Deadline Motion**

BRUCE L. SENDEK, under penalty of perjury, pursuant to 28 U.S.C. § 1746, deposes and says:

1.    I am a shareholder with Butzel Long, a professional corporation, attorneys for Plaintiffs, and I am familiar with the facts set forth herein.  I submit this declaration in support of the Reorganized Debtors' Amended Omnibus Response to Certain Defendants' Submissions Regarding the October 2, 2009 Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (the "Amended Response").[1]

---

[1]    Capitalized but undefined terms used in this Amended Declaration have the meanings set forth in the Amended Response.

2.      Attached to the Amended Response as <u>Exhibit 1</u> is the Declaration of John Brooks.

3.      Attached to the Amended Response as <u>Exhibit 2</u> is a copy in relevant portion of the transcript from the hearing before this Court on June 21, 2011 on the Motion By Reorganized Debtors For Leave To File Amended Complaints and Certain Defendants' Motions To Vacation The Fourth Extension Motion.

4.      Attached to the Amended Response as <u>Exhibit 3</u> is the Reorganized Debtors' Motion Under 11 U.S.C. § 105 And Fed. R. Bankr. P. 9014 For Leave To (I) Supplement The Record Of The June 21, 2011 Hearing And (II) File The Reorganized Debtors' Statement Regarding Service Of The Final Extension Motion (the "Skadden Motion"), filed by Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden").

5.      Attached to the Amended Response as <u>Exhibit 3A</u> is the Reorganized Debtors' Statement In Opposition To Declarations Filed By Certain Preference Defendants Regarding Service Of The Supplemental Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Reorganized Debtors' 4(M) Service Statement), filed by Skadden as an accompaniment to the Skadden Motion.

6.      Attached to the Amended Response as <u>Exhibit 3A(A)</u> is the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion (Docket No. 18952).

7.      Attached to the Amended Response as <u>Exhibit 3A(B)</u> is the Preservation of Estate Claims Procedures Order (Docket No. 9015).

8.      Attached to the Amended Response as <u>Exhibit 3A(C)</u> is the Preservation of Estate Claims Procedures Motion (Docket No. 8905).

9.      Attached to the Amended Response as <u>Exhibit 3A(D)</u> is the Extension of Avoidance Action Service Deadline Motion (Docket No. 12922).

10.      Attached to the Amended Response as <u>Exhibit 3A(E)</u> is the March 19, 2008 Hearing Transcript.

11.      Attached to the Amended Response as <u>Exhibit 3A(F)</u> is the Extension of Avoidance Action Service Deadline Order (Docket No. 13277).

12.      Attached to the Amended Response as <u>Exhibit 3A(G)</u> is the Postconfirmation Extension Of Avoidance Action Service Deadline Motion (Docket No. 13361).

13.      Attached to the Amended Response as <u>Exhibit 3A(H)</u> is the April 30, 2008 Hearing Transcript.

14.      Attached to the Amended Response as <u>Exhibit 3A(I)</u> is the Postconfirmation Extension of Avoidance Action Service Deadline Order (Docket No. 13484).

15.      Attached to the Amended Response as <u>Exhibit 3A(J)</u> is the October 22, 2009 Hearing Transcript.

16.      Attached to the Amended Response as <u>Exhibit 3A(K)</u> is the Supplemental Postconfirmation Extension Order (Docket No. 18999).

17.      Attached to the Amended Response as <u>Exhibit 4</u> is the October 7, 2009 Affidavit of Service of the Supplemental Postconfirmation Extension of Avoidance Action Service Deadline Motion (Final Extension Motion) (Docket No. 18967).

18.      Attached to the Amended Response as <u>Exhibit 5</u> is the Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 18991).

19.     Attached to the Amended Response as <u>Exhibit 6</u> is the Affidavit of Service of the Proposed Forty-Eighth Omnibus Hearing Agenda (Docket No. 19015).

20.     Attached to the Amended Response as <u>Exhibit 7</u> is a copy in relevant portion of the January 11, 2008 Affidavit of Service of the solicitation materials for the First Amended Joint Plan of Reorganization of Delphi Corporation and Certain Affiliates, Debtors and Debtors-In-Possession, which solicitation materials included, without limitation, the First Amended Disclosure Statement with Respect to First Amended Plan of Reorganization (Docket No. 11974).

21.     Attached to the Amended Response as <u>Exhibit 8</u> is a copy in relevant portion of the transcript from the hearing before this Court on July 22, 2010 on Certain Defendants' Motions (A) Vacate Certain Prior Orders Of The Court; (B) Dismiss the Complaint With Prejudice; or (C) In the Alternative, To Dimiss The Claims Against Certain Defendants Named In The Complaint And To Require Plaintiffs To File A More Definite Statement.

22.     Attached to the Amended Response as <u>Exhibit 9</u> is a copy of an article from CFO.com dated October 2, 2007 and titled "Delphi Files Secret Preference Claims."

23.     Attached to the Amended Response as <u>Exhibit 10</u> is the ECF Notice of Final Extension Motion (Docket No. 18952), dated October 2, 2009.

24.     Attached to the Amended Response as <u>Exhibit 11</u> is a copy in relevant portion of the August 10, 2007 Affidavit of Service of the Preservation Motion, as the term "Preservation Motion" is defined in footnote 5 of paragraph 4 of the Amended Response (Docket No. 9039).

25.      Attached to the Amended Response as <u>Exhibit 12</u> is a copy in relevant portion of the August 23, 2007 Affidavit of Service of the Preservation Order, as the term "Preservation Order" is defined in footnote 5 of paragraph 4 of the Amended Response (Docket No. 9141).

26.      Attached to the Amended Response as <u>Exhibit 13</u> is a copy in relevant portion of the March 4, 2008 Affidavit of Service of the First Extension Motion, as the term "First Extension Motion" is defined in footnote 5 of paragraph 4 of the Amended Response (Docket No. 12970).

27.      Attached to the Amended Response as <u>Exhibit 14</u> is the April 1, 2008 Affidavit of Service of the First Extension Order, as the term "First Extension Order" is defined in footnote 5 of paragraph 4 of the Amended Response (Docket No. 13315).

28.      Attached to the Amended Response as <u>Exhibit 15</u> is a copy in relevant portion of the April 16, 2008 Affidavit of Service of the Second Extension Motion, as the term "Second Extension Motion" is defined in footnote 5 of paragraph 4 of the Amended Response (Docket No. 13415).

29.      Attached to the Amended Response as <u>Exhibit 16</u> is a copy in relevant portion of the May 6, 2008 Affidavit of Service of the Second Extension Order, as the term "Second Extension Order" is defined in footnote 5 of paragraph 4 of the Amended Response (Docket No. 13540).

30.      Attached to the Amended Response as <u>Exhibit 17</u> is the Notice of (1) Approval of Disclosure Statement; (2) Hearing on Confirmation of Plan; (3) Deadline and Procedures for Filing Objections to Confirmation of Plan; (4) Deadline and Procedures for Temporary Allowance of Certain Claims for Voting Procedures; (5)

Deadline for Asserting Cure Claims for Assumed Contracts; (6) Treatment of Certain Unliquidated, Contingent, or Disputed Claims for Notice, Voting, and Distribution Purposes; (7) Record Date; (8) Voting Deadline for Receipt of Ballots; and (9) Proposed Releases, Exculpation, and Injunction in Plan (Docket No. 11974, Ex. F).

31.    Attached to the Amended Response as <u>Exhibit 18</u> is the February 28, 2008 ECF Notice of Electronic Filing of the First Extension Motion.

32.    Attached to the Amended Response as <u>Exhibit 19</u> is the April 10, 2008 ECF Notice of Electronic Filing of the Second Extension Motion.

33.    Attached to the Amended Response as <u>Exhibit 20</u> is the Reorganized Debtors' response to the Submission of Calsonic North America, Inc., *et al.*, Adv. Pro. No. 07-02282.

34.    Attached to the Amended Response as <u>Exhibit 20(a)</u> is a copy of the homepage of the website of CalsonicKansei North America, Inc.

35.    Attached to the Amended Response as <u>Exhibit 20(b)</u> is the July 11, 2011 Declaration of Roger G. Jones in Support of Defendants' Motion to Vacate Prior Orders Establishing Procedures for Certain Adversary Proceedings and Defendants' Objection to Motion For Leave to File Amended Complaints.

36.    Attached to the Amended Response as <u>Exhibit 21</u> is the Reorganized Debtors' response to the Submission of Methode Electronics Inc., Adv. Proc. No. 07-02432.

37.    Attached to the Amended Response as <u>Exhibit 21(a)</u> is the July 11, 2011 Declaration of Timothy R. Glandon.

38.     Attached to the Amended Response as Exhibit 21(b) is an October 3, 2005 Settlement Agreement between Delphi Corporation and Methode Electronics, Inc., as well as the Reorganized Debtors' original Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Proc. No. 07-02432.

39.     Attached to the Amended Response as Exhibit 21(c) is Methode Electronics Inc.'s Answer to Delphi Corporation's Adversary Complaint for (1) Avoidance of Preferential Transfers Pursuant to 11 U.S.C.  547 and (2) Recovery of Property Transferred and/or Preservation of Transfers Pursuant to 11 U.S.C. §§ 547 and 550.

40.     Attached to the Amended Response as Exhibit 22 is the Reorganized Debtors' response to the Submission of PBR Columbia (n/k/a Bosch Chassis System), Adv. Pro. No. 07-02572.

41.     Attached to the Amended Response as Exhibit 22(a) is the June 14, 2007 Response of PBR Columbia LLC to Debtors' Fifteenth Omnibus Objection (Substantive) Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007 to Certain (A) Insufficiently Documented Claims, (B) Claims Not Reflected on Debtors' Books and Records, (C) Untimely Claims and Untimely Tax Claim, and (D) Claims Subject to Modification, Tax Claims Subject to Modification, and Modified Claims Asserting Reclamation.

42.     Attached to the Amended Response as Exhibit 22(b) is the November 19, 2010 Declaration of David L. Foster in Support of Bosch Chassis System Columbia L.L.C.'s Memorandum of Law in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaint.

43.     Attached to the Amended Response as <u>Exhibit 22(c)</u> is the July 12, 2011 Declaration of David Wheeler.

44.     Attached to the Amended Response as <u>Exhibit 23</u> is the Reorganized Debtors' response to the Submission of Republic Engineered Products, Adv. Proc. Nos. 07-02724 & 07-02744.

45.     Attached to the Amended Response as <u>Exhibit 23(a)</u> is the July 12, 2011 Affidavit of Douglas L. Lutz.

46.     Attached to the Amended Response as <u>Exhibit 23(b)</u> is the November 19, 2010 Declaration of Joseph Kaczka.

47.     Attached to the Amended Response as <u>Exhibit 23(c)</u> is a Delphi Term Deviation Request Form dated August 11, 2005 and Pre Petition Wire Analysis Review Form dated September 21, 2005.

48.     Attached to the Amended Response as <u>Exhibit 24</u> is the Reorganized Debtors' response to the Submission of Select Industries, Corp., Adv. Proc. No. 07-02618.

49.     Attached to the Amended Response as <u>Exhibit 24(a)</u> is the  July 12, 2011 Affidavit of W. Timothy Miller, Esq. in Support of Opposition of Select Industries, Corp. to Reorganized Debtors' Motion for Leave to File Amended Complaints.

50.     Attached to the Amended Response as <u>Exhibit 25</u> is the Reorganized Debtors' response to the Submission of Timken Corporation, Adv. Proc. No. 07-02198.

51.     Attached to the Amended Response as <u>Exhibit 25(a)</u> is a copy in relevant portion of the March 19, 2008 Hearing Transcript.

52.     Attached to the Amended Response as <u>Exhibit 25(b)</u> is the July 12, 2011 Declaration of James Sullivan.

53.     Attached to the Amended Response as <u>Exhibit 25(c)</u> is a November 22, 2010 Request for Notices (Docket No. 20840).

54.     Attached to the Amended Response as <u>Exhibit 25(d)</u> is the July 12, 2011 Declaration of Michael Hart.

55.     Attached to the Amended Response as <u>Exhibit 25(e)</u> is the May 14, 2010 Declaration of Michael Hart in Support of Motion by the Timken Company, the Timken Corporation, and MPB Corporation d/b/a Timken Super Precision Seeking an Order (I) Pursuant to Fed. R. Civ. P. 60 and Fed. R. Bankr. P. 9024, Vacating Prior Orders Establishing Procedures for Certain Adversary Proceedings, Including Those Commenced by the Debtors Under 11 U.S.C. §§ 541, 544, 545, 547, 548, or 549, and Extending the Time to Serve Process for Such Adversary Proceedings, (II) Pursuant to Fed. R. Civ. P. 12(b) and Fed. R. Bankr. P. 7012(b), Dismissing the Adversary Proceeding with Prejudice, (III) in the Alternative, Dismissing the Adversary Proceeding on Ground of Judicial Estoppel[,] or (IV) in the Alternative, Dismissing the Adversary Proceeding on Ground of Laches.

56.     Attached to the Amended Response as <u>Exhibit 26</u> is the Reorganized Debtors' response to the Submission of UVA Machine Company, Adv. Proc. No. 07-02523.

57.     Attached to the Amended Response as <u>Exhibit 26(a)</u> is the July 13, 2011 Affidavit of Robert F. Brown.

58.     Attached to the Amended Response as <u>Exhibit 27</u> is the Reorganized Debtors' response to the Submission of Vanguard Distributors, Adv. Proc. No. 07-02539.

59.     Attached to the Amended Response as <u>Exhibit 27(a)</u> is the July 8, 2011 Amended Notice of Filing of Declaration Of Sylvester Formey In Support Of Vanguard Distributors, Inc.'s Opposition To Reorganized Debtors' Motion For Leave To File Amended Complaints, which includes as Exhibit A the July 8, 2011 Declaration of Sylvester Formey in Support of Vanguard Distributors, Inc.'s Opposition to Reorganized Debtor's Motion For Leave To File Amended Complaints.

60.     Attached to the Amended Response as <u>Exhibit 28</u> is the Reorganized Debtors' response to the Submission of Victory Packaging, Adv. Proc. No. 07-02551.

61.     Attached to the Amended Response as <u>Exhibit 28(a)</u> is the July 12, 2011 Declaration of Leah Borrello in Support of Victory Packaging LP's Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints.

62.     Attached to the Amended Response as <u>Exhibit 28(b)</u> are September 16, 2005 and September 30, 2005 Delphi Corporation Pre-Petition Wire Analysis Review Forms, October 7, 2005 and September 13, 2005 Payment Term Deviation Request Forms, and an October 7, 2005 letter from Delphi Automotive Systems LLC authorizing a charge to account.

63.     Attached to the Amended Response as <u>Exhibit 29</u> is the Reorganized Debtors' response to the Submission of Solid State Stamping Inc., Adv. Pro. No. 07-02633.

64.     Attached to the Amended Response as <u>Exhibit 29(a)</u> is the October 14, 2005 Notice of Reclamation Demand of Solid State Stamping (Docket No. 531).

65.    Attached to the Amended Response as <u>Exhibit 29(b)</u> is the July 7, 2011 Declaration of Neil D. Allen in Further Support of Sunstone Components Group, Inc.'s Joinders in (1) the Motion and Brief of Defendant Doshi Prettl International for Relief from Fourth Order Extending Time to Serve Complaint and (2) the Objections, Briefs, and Sur-Replies With Respect to Reorganized Debtors' Motion for Leave to File Amended Complaints.

66.    Attached to the Amended Response as <u>Exhibit 30</u> is the Reorganized Debtors' response to the Submission of Castrol Industrial, et al., Adv. Pro. No. 07-02270.

67.    Attached to the Amended Response as <u>Exhibit 30(a)</u> is the November 28, 2005 Objection of Castrol Industrial North America Inc. to Motion for an Order Under 11 U.S.C. Sections 363(b) and 365(a) and Fed. R. Bankr. P. 9019 Establishing Procedures for the Assumption of Executory Contracts (Docket No. 1309).

68.    Attached to the Amended Response as <u>Exhibit 30(b)</u> is the July 12, 2011 Declaration of John Everhardus of BP America, Inc. on Behalf of Castrol and Castrol Industrial in Support of (I) Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints and (II) Motion to Vacate Fourth Extension Order.

69.    Attached to the Amended Response as <u>Exhibit 30(c)</u> is the April 12, 2010 Motion by Unifrax Corp. Seeking an Order, among other things, to vacate the Extension Orders and dismiss the Reorganized Debtors' preference action against Unifrax Corporation.

70.    Attached to the Amended Response as <u>Exhibit 30(d)</u> is the May 6, 2010 Joinder of BP, BP Amoco Corp., BP Products North America Inc., Castrol, and Castrol

Industrial to Unifrax Corporation's Motion to Dismiss the Adversary Proceeding With Prejudice and for the Other Relief Sought Therein.

71.      Attached to the Amended Response as <u>Exhibit 31</u> the response to the Submission of Heraeus Metals Processing and Heraeus Precious Metals; Adv. Pro. No. 07-02445.

72.      Attached to the Amended Response as <u>Exhibit 31(a)</u> is a page from Heraeus' website, available at <u>http://wc-heraeus.com/en/home/hmt_hpm.aspx</u>.

73.      Attached to the Amended Response as <u>Exhibit 31(b)</u> is the July 7, 2011 Declaration of Frederick J. Salek.

74.      Attached to the Amended Response as <u>Exhibit 31(c)</u> is the November 22, 2010 Declaration of David Gallagher.

75.      Attached to the Amended Response as <u>Exhibit 31(d)</u> is the November 22, 2010 Declaration of Diane Carrillo-Mireles.

76.      Attached to the Amended Response as <u>Exhibit 31(e)</u> is the July 7, 2011 Declaration of William M. Barron.

77.      Attached to the Amended Response as <u>Exhibit 32</u> is the Reorganized Debtors' response to the Submission of Pro Tech Machine, Adv. Pro. No. 07-02690.

78.      Attached to the Amended Response as <u>Exhibit 32(a)</u> is the Declaration of David Currie.

79.      Attached to the Amended Response as <u>Exhibit 33</u> is the Reorganized Debtors' response to the Submission of Rotor Coaters International, Adv. Pro. No.07-02767.

80.    Attached to the Amended Response as <u>Exhibit 33(a)</u> is the July 19, 2011 Declaration of Jill Warner in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints.

81.    Attached to the Amended Response as <u>Exhibit 34</u> is the Reorganized Debtors' response to the Submission of Mubea Inc., Adv. Pro. No. 07-02489.

82.    Attached to the Amended Response as <u>Exhibit 34(a)</u> is the November 24, 2010 Declaration of Byrd Douglas Cain III.

83.    Attached to the Amended Response as <u>Exhibit 34(b)</u> is the July 7, 2011 Declaration of Byrd Douglas Cain III.

84.    Attached to the Amended Response as <u>Exhibit 34(c)</u> is the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02489.

85.    Attached to the Amended Response as <u>Exhibit 35</u> is the Reorganized Debtors' response to the Submission of HSS LLC, Adv. Pro. No. 07-02489.

86.    Attached to the Amended Response as <u>Exhibit 35(a)</u> is the July 8, 2011 Affidavit of Dennis M. Haley Regarding Defendant's Notice of Fourth Extension of Time for Service of Complaint.

87.    Attached to the Amended Response as <u>Exhibit 35(b)</u> is the July 8, 2011 Affidavit of Phillip Shaltz Regarding Defendant's Notice of Fourth Extension of Time for Service of Complaint.

88.    Attached to the Amended Response as <u>Exhibit 35(c)</u> are two October 6, 2005 Delphi Pre Petition Wire Analysis Review Forms.

89.    Attached to the Amended Response as <u>Exhibit 36</u> is the Reorganized Debtors' response to the Submission of Doshi Prettl International, Adv. Pro. No. 07-02211.

90.    Attached to the Amended Response as <u>Exhibit 36(a)</u> is the November 17, 2010 Declaration of David H. Freedman.

91.    Attached to the Amended Response as <u>Exhibit 36(b)</u> is the August 31, 2005 Settlement Agreement between Delphi Corporation and Doshi Prettl International, an October 6, 2005 Delphi Pre-Petition Wire Analysis Review Form, and the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02211.

92.    Attached to the Amended Response as <u>Exhibit 36(c)</u> is the April 8, 2010 Declaration of Peter Schrennen.

93.    Attached to the Amended Response as <u>Exhibit 36(d)</u> is the November 23, 2010 Declaration of Peter Schrennen.

94.    Attached to the Amended Response as <u>Exhibit 36(e)</u> is the July 12, 2011 Declaration of Mahesh K. Nayak.

95.    Attached to the Amended Response as <u>Exhibit 37</u> is the Reorganized Debtors' response to the Submission of NXP/Philips Semiconductor, Adv. Pro. No. 07-02580.

96.    Attached to the Amended Response as <u>Exhibit 37(a)</u> is the July 11, 2011 Affirmation of Robert N. Michaelson.

97.     Attached to the Amended Response as Exhibit 37(b) is the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02580.

98.     Attached to the Amended Response as Exhibit 38 is the Response to the Submission of Blair Strip Steel Co, Adv. Pro. No. 07-02259.

99.     Attached to the Amended Response as Exhibit 38(a) is the July 12, 2011 Declaration of Scott A. McDowell in Further Support of pleadings by Blair Strip Steel seeking, among other things, the vacation of the Extension Orders and the dismissal with prejudice of the preference action against Blair Strip Steel.

100.    Attached to the Amended Response as Exhibit 39 is the Reorganized Debtors' response to the Submission of DSSI LLC, Adv. Pro. No. 07-02236.

101.    Attached to the Amended Response as Exhibit 39(a) is the undated Affidavit of Gary Miller in Support of Objection to Delphi Automotive Systems LLC's Motion for Leave to File an Amended Complaint.

102.    Attached to the Amended Response as Exhibit 39(b) is a September 19, 2005 Delphi Payment Term Deviation Request Form.

103.    Attached to the Amended Response as Exhibit 39(c) is the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02236.

104.    Attached to the Amended Response as Exhibit 40 is the Reorganized Debtors' response to the Submission of Microchip Technology Inc, Adv. Proc. No. 07-02436.

105.    Attached to the Amended Response as Exhibit 40(a) is the November 23, 2010 Declaration of Eric Bjornholt in Support of Microchip Technology Incorporated's Response to Reorganized Debtors' Motion for Leave to File Amended Complaints.

106.    Attached to the Amended Response as Exhibit 41 is the Reorganized Debtors' response to the Submission of Jamestown Container Corp, Adv. Pro. No. 07-02322.

107.    Attached to the Amended Response as Exhibit 41(a) is the November 23, 2010 Declaration of Richard Weimer.

108.    Attached to the Amended Response as Exhibit 42 is the Reorganized Debtors' response to the Submission of Fluent, Inc., Adv. Pro. No. 07-02312.

109.    Attached to the Amended Response as Exhibit 42(a) is the July 8, 2011 Declaration of Sheila S. DiNardo in Support of Joinder of ANSYS, Inc. to the Objections, Responses and Other Pleadings Submitted in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints.

110.    Attached to the Amended Response as Exhibit 43 is the Reorganized Debtors' response to the Submission of FA Tech Corporation, Adv. Pro. No. 07-02350.

111.    Attached to the Amended Response as Exhibit 43(a) is the Answer of F.A. Tech Corporation to Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550.

112.    Attached to the Amended Response as Exhibit 43(b) is the July 11, 2011 Declaration of Kelly Michimi in Support of F.A. Tech Corporation's Objection to Reorganized Debtors' Motion for Leave to File Amended Complaints.

113.    Attached to the Amended Response as <u>Exhibit 44</u> is the Reorganized Debtors' response to the Submission of Globe Motors Inc., Adv. Pro. No. 07-02333.

114.    Attached to the Amended Response as <u>Exhibit 44(a)</u> is the Answer to Complaint filed by Globe Motors, Inc.

115.    Attached to the Amended Response as <u>Exhibit 44(b)</u> is the July 8, 2011 Second Declaration of Thomas Carroll in Support of Objection of Globe Motors to Reorganized Debtors' Motion for Leave to File Amended Complaints and in Support of Motions to Dismiss Adversary Proceedings.

116.    Attached to the Amended Response as <u>Exhibit 44(c)</u> is the January 31, 2011 Declaration of Thomas Carroll in Support of Objection of Globe Motors to Reorganized Debtors' Motion for Leave to File Amended Complaints and in Support of Motions to Dismiss Adversary Proceedings.

117.    Attached to the Amended Response as <u>Exhibit 44(d)</u> is the October 6, 2005 Settlement Agreement between Delphi Corporation, and Globe Motors, as well as an October 6, 2005 Delphi Payment Term Deviation Request Form.

118.    Attached to the Amended Response as <u>Exhibit 45</u> is the Reorganized Debtors' response to the Submission of Merrill Tool & Machine, Adv. Pro. No. 07-02416.

119.    Attached to the Amended Response as <u>Exhibit 45(a)</u> is the July 12, 2011 Declaration of Michael Beyer in Support of Objection to Reorganized Debtors' Motion for Leave to Amend.

120.    Attached to the Amended Response as <u>Exhibit 46</u> is the Reorganized Debtors' response to Submission of Magnesium Elektron Inc., 07-02758.

121.    Attached to the Amended Response as <u>Exhibit 46(a)</u> is the July 12, 2011 Affidavit of Maryann Hampton.

122.    Attached to the Amended Response as <u>Exhibit 47</u> is the Reorganized Debtors' response to the Submission of Florida Production Engineering, Adv. Pro. No.07-02301.

123.    Attached to the Amended Response as <u>Exhibit 47(a)</u> is the July 6, 2011 Affidavit of Jim McKinley of Florida Production Engineering, Inc. Supporting Brief in Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints.

124.    Attached to the Amended Response as <u>Exhibit 47(b)</u> is the Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547 and 550 in Adv. Pro. No. 07-02301.

125.    Attached to the Amended Response as <u>Exhibit 48</u> is the Reorganized Debtors' response to the Submission of Multitronics Inc., Adv. Proc. No. 07-02436.

126.    Attached to the Amended Response as <u>Exhibit 48(a)</u> is the July 11, 2011 Declaration of Ashok K. Mahbubani in Support of Mtronics.Com, Inc.'s Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints.

127.    Attached to the Amended Response as <u>Exhibit 48(b)</u> is the September 8, 2005 Settlement Agreement between Delphi Corporation and Mtronics.Com Inc, as well as the October 6, 2005 Delphi Pre Petition Wire Analysis Review Form.

128.    Attached to the Amended Response as <u>Exhibit 49</u> is the Reorganized Debtors' response to the Submission of Owens Corning, Adv. Proc. No. 07-2540.

129.    Attached to the Amended Response as <u>Exhibit 49(a)</u> is the July 12, 2011 Declaration of Karen Sprenger in Support of Objection of Owens Corning to Reorganized

Debtors' Motion for Leave to File Amended Complaints and in Support of Motions to Dismiss Adversary Proceedings.

130.    Attached to the Amended Response as <u>Exhibit 50</u> is the Reorganized Debtors' response to the Submission of Park Ohio Industries Inc., Adv. Pro. No. 07-2563.

131.    Attached <u>Exhibit 50(a)</u> is the July 11, 2011 Declaration of Linda Kold in Support of Park Ohio Industries, Inc.'s pleadings seeking, among other things, the vacation of the Extension Orders and the dismissal with prejudice of the preference action against Park Ohio Industries, Inc.

132.    Attached to the Amended Response as <u>Exhibit 51</u> is the Reorganized Debtors' response to the Submission of Rieck Group LLC, n/k/a Mechanical Construction Managers, LLC, Adv. Pro. No. 07-02750.

133.    Attached to the Amended Response as <u>Exhibit 51(a)</u> is the November 23, 2010 Affidavit of Michael Stemen in Support of Objection to Rieck Group, LLC nka Mechanical Construction Managers, LLC to Reorganized Debtors' Motion for Leave to File Amended Complaints.

134.    Attached to the Amended Response as <u>Exhibit 52</u> is the Reorganized Debtors' response to the Submission of Spartech Polycom, Adv. Pro. No. 07-02639.

135.    Attached to the Amended Response as <u>Exhibit 52(a)</u> is the July 5, 2011 Declaration of Chad R. Tomsheck in Support of Spartech Polycom's Opposition to Reorganized Debtors' Motion for Leave to File Amended Complaints.

136.    Attached to the Amended Response as <u>Exhibit 53</u> is the Reorganized Debtors' response to the Submission of Sprimag Inc., Adv. Pro. No. 07-02644.

137.    Attached to the Amended Response as <u>Exhibit 53(a)</u> is the Answer of Sprimag Inc. To Complaint To Avoid And Recover Transfer Pursuant To 11 U.S.C. §§ ¶ 547 And 550.

138.    Attached to the Amended Response as <u>Exhibit 53(b)</u> is the undated Declaration of Joseph Vanden-Eynden.

139.    Attached to the Amended Response as <u>Exhibit 54</u> is the Reorganized Debtors' response to the Submission of Tata America International. Adv. Pro. No. 07-02668.

140.    Attached to the Amended Response as <u>Exhibit 54(a)</u> is the July 12, 2011 Declaration of Gregory Bennett of Tata America International Corporation d/b/a TCS America In Support of (I) Objection to the Reorganized Debtors' Motion for Leave to File Amended Complaints and (II) Motion to Vacate Fourth Extension Order.

141.    Attached to the Amended Response as <u>Exhibit 54(b)</u> is the Verified Statement of Kelley Drye & Warren LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (Docket No. 668).

142.    Attached to the Amended Response as <u>Exhibit 55</u> is the Reorganized Debtors' response to the Submission of Summit Polymers, Adv. Pro. No. 07-02661.

143.    Attached to the Amended Response as <u>Exhibit 55(a)</u> is the July 7, 2011 Affidavit of Peter M. Garvey on Behalf of Summit Polymers Inc.

144.    Attached to the Amended Response as <u>Exhibit 56</u> is the Reorganized Debtors' response to the Submission of Unifrax Corp, Adv. Pro. No. 07-02270.

145.    Attached to the Amended Response as <u>Exhibit 56(a)</u> is the July 11, 2011 Declaration of David J. Bartley in Support of Objection to Debtors' Motion for Leave to Amend.

146.    Attached to the Amended Response as <u>Exhibit 56(b)</u> is the April 12, 2010 Declaration of Mark D. Roos in Support of Motion to Dismiss.

147.    Attached to the Amended Response as <u>Exhibit 56(c)</u> is a Verified Statement Concerning Representation of Multiple Creditors Pursuant to Fed. Bank. P. 2019(a) (Docket No. 1578).

148.    Attached to the Amended Response as <u>Exhibit 57</u> is the Reorganized Debtors' response to the Submission of Wells Fargo Business Credit, Adv. Pro. No. 07-02597.

149.    Attached to the Amended Response as <u>Exhibit 57(a)</u> is the May 13, 2010 Affidavit of Melody Stallings in Support of Motion to Dismiss.

150.    Attached to the Amended Response as <u>Exhibit 57(b)</u> is the July 11, 2011 Affidavit of Michael T. Rozea in Further Opposition to Debtors' Motion for Leave to File a First Amended Complaint.

151.    Attached to the Amended Response as <u>Exhibit 58</u> is the Reorganized Debtors' response to the Submission of Williams Advanced Materials Inc., Adv. Pro. No. 07-02606.

152.    Attached to the Amended Response as <u>Exhibit 58(a)</u> is the July 12, 2011 Declaration of Richard L. Mugel in Further Support of Williams Advanced Materials Inc.'s pleadings seeking, among other things, the vacation of the Extension Orders and

the dismissal with prejudice of the preference action against Williams Advanced Materials Inc.

153.    Attached to the Amended Response as <u>Exhibit 59</u> is the Reorganized Debtors' response to the Submission of D&S Machine Products, Adv. Pro. No. 07-02217.

154.    Attached to the Amended Response as <u>Exhibit 59(a)</u> is the July 11, 2011 Declaration of Dan Fugate.

155.    Attached to the Amended Response as <u>Exhibit 60</u> is the Reorganized Debtors' response to the Submission of Access One Technology, Adv. Pro. No. 07-02142.

156.    Attached to the Amended Response as <u>Exhibit 60(a)</u> is the July 11, 2011 Declaration of Kevin N. Fanroy.

157.    Attached to the Amended Response as <u>Exhibit 61</u> is the Reorganized Debtors' response to the Submission of Stephenson & Sons Roofing, Adv. Pro. No. 07-02654.

158.    Attached to the Amended Response as <u>Exhibit 61(a)</u> is the July 18, 2011 Declaration of Craig Stephenson.

159.    The Reorganized Debtors have filed the Amended Response, together with <u>Exhibits 1-19</u>, in each Adversary Proceeding.    Additionally, in each Adversary Proceeding in which the Defendant(s) filed a Submission, the Reorganized Debtors have also filed an additional Exhibit responding to the respective Submission.    To the extent that any Defendant in an Adversary Proceeding has not filed a Submission, the Reorganized Debtors have not filed any additional Exhibits in that Adversary Proceeding beyond <u>Exhibits 1-19</u>.    To the extent that the Defendant(s) in any Adversary Proceeding

seek to view the Submission-specific Exhibits filed in any other Adversary Proceedings,

a complete compilation of the Amended Response, together with all accompanying

Exhibits, has been filed on the main docket (05-4441) as Docket No. 121510.

160.   I declare under penalty of perjury that the foregoing is true and correct.


Dated: Detroit, Michigan
September 13, 2011

/s/ Bruce L. Sendek
Bruce L. Sendek